# Exhibit 10

**From:** Brent Irby
**Sent:** Tuesday, October 13, 2015 8:28 AM
**To:** 'Joe Patane'; 'laurenrussell@tatp.com'
**Subject:** CRT

Lauren and Joe----hope all is well. Please let us know if we can help out in any way on the objections or any other issues leading up to final approval. Thanks

Brent

R. Brent Irby
McCallum, Hoaglund, Cook & Irby, LLP
905 Montgomery Highway
Suite 201
Vestavia Hills, Alabama 35216
Phone: (205)824-7767
Fax: (205)824-7768
www.mhcilaw.com



ATTENTION: ATTORNEY CLIENT COMMUNICATION AND/OR ATTORNEY WORK PRODUCT INFORMATION MAY BE ENCLOSED

This message originates from the law firm of McCallum Hoaglund Cook & Irby, LLP. Its text and attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient, you should immediately stop reading this message and delete it from your system. Any unauthorized reading, distribution, copying or other use of this message or its attachments is strictly prohibited. All personal messages express solely the views of the sender and not those of McCallum Hoaglund Cook & Irby, LLP. This message may not be copied or distributed without this disclaimer. If you received this message in error, please reply to the sender immediately and permanently delete this message. Thank you.