# EXHIBIT 2



44 MONTGOMERY STREET - SUITE 3400　　　　　　　　　　　　　　　　　　　　　　　FRANCIS O. SCARPULLA
SAN FRANCISCO, CALIFORNIA 94104　　　　　　　　　　　　　　　　　　　　　　　　FScarpulla@zelle.com
415-693-0700 MAIN    415-693-0770 FAX　　　　　　　　　　　　　　　　　　　　　　　　　(415) 633-1929

October 2, 2014

By Federal Express and Email

Mario N. Alioto, Esq.
Trump, Alioto, Trump & Prescott, LLP
2280 Union Street
San Francisco, CA 94123
malioto@tatp.com

      RE:    *In re: Cathode Ray Tube (CRT) Antitrust Litigation*
              07-cv-5944 SC, MDL No. 1917
              File Number:  3-396-0001

Dear Mario:

      As the trial date for this case quickly approaches, the undersigned counsel are writing to request a meeting with you.  A number of firms with substantial knowledge of the case and investments in both time and money are concerned about coordinating a strategy for positioning this case for settlement or preparing it for trial.  Although some of us have spoken to you about these matters in the last few weeks, we think an in-person discussion involving a broader group would be productive.

      At such meeting, we would like to discuss the constitution of a trial team and what that team needs to accomplish to get this case ready for trial.  While it appears that work is underway to gather documents and deposition testimony for responding to summary judgment motions, we would like to discuss a comprehensive trial plan evaluating which defendants we would proceed against, what evidence is needed to prove our case, and how that evidence will be coming into the trial record.

      We would also like to discuss the plan for preparing draft Jury Instructions, a draft Verdict Form, a proposed Juror Questionnaire, motions in limine, trial witness schedules, trial subpoenae, fact stipulations, and whether you have scheduled any mock jury trial sessions.  With trial scheduled for March – and taking into account the Thanksgiving and Christmas/New Year holidays – we have a narrow window to accomplish all of this.  From our vantage point, we cannot tell what, if any, of these tasks are being done or by whom.

Mario N. Alioto, Esq.
October 2, 2014
Page 2

While much of the work on this case thus far has been appropriate for and carried out primarily by mid-level attorneys, at this time, the case needs a trial team of experienced senior lawyers. Especially now that the Court has requested statements regarding sequencing any trials with the Direct Action Plaintiffs ("DAPs") and the Indirect-Purchaser Plaintiffs ("IPPs"). That trial team should offer advice on having the DAPs proceed to trial before the IPPs, which may not be in the best interest of the class we represent.

We also would appreciate being apprised of the current status of settlement negotiations. We see from the public record the contentious relationship that has arisen between the IPPs and the California Attorney General, and imagine that this is likely hindering IPPs' efforts to settle. Several of us have been approached by defense counsel who seem frustrated that they cannot have a dialogue with you on this subject.

We also have several questions about costs and logistics. We have seen a large invoice from ApplEcon, and would like to know your plans for payment and whether we will be current by the next time Janet is deposed.

In order to get this case in shape to either settle or go to trial, we suggest that an experienced trial team, who also might be able to help you with any settlement negotiations, be formed. Therefore, we would like to suggest that we have a meeting during the week of October 6, 2014. Please let us know your schedule so that we can plan on a date for such a meeting.

Very truly yours,

| | | |
|---|---|---|
| Francis O. Scarpulla<br>Craig C. Corbitt<br>**Zelle Hofmann Voelbel & Mason LLP** | Josef D. Cooper<br>**Cooper & Kirkham** | Robert S. Green<br>**Green & Noblin** |
| | Susan G. Kupfer<br>**Glancy Binkow & Goldberg LLP** | Joseph Goldberg<br>**Freedman Boyd Hollander Goldberg Urias & Ward P.A.** |
| Daniel E. Birkhaeuser<br>**Bramson, Plutzik, Mahler & Birkhaeuser** | | |

mjb

3258365v3