# EXHIBIT 3

Scarpulla Chart Showing Proposed Fee Allocations
Page 1

| Firm | Lodestar (10% Reduced per SM) | Adjusted Lodestar (After All Reductions) | Multiplier | Allocated Fee Amount |
|---|---|---|---|---|
| TATP | $15,561,704.25 | $5,901,274.77[1] | 1.0 | $5,901,274.77 |
| Freedman Boyd, et al. | $500,988.60 | $500,988.60 | 1.0♣ | $500,988.60♥ |
| Straus & Boies | $8,102,347.88 | $4,861,408.72♦♠ | 2.0 | $9,722,817.44 |
| Law Offices of Sylvie Kern | $3,233,286.00 | $3,233,286.00 | 1.0♣ | $3,233,286.00 |
| Zelle | $8,095,456.58 | $8,095,456.58 | 3.0[2] | $24,286,369.74 |
| Kirby McInerney, LLP | $9,981,414.00 | $7,985,131.20♦ | 2.0 | $15,970,262.40 |
| Bramson, Plutzik, et al. | $2,347,704.00 | $2,347,704.00 | 1.8 | $4,225,867.20 |
| Andrus Anderson, LLP | $2,787,774.30 | $2,787,774.30 | 1.8 | $5,017,993.74 |
| Fine Kaplan and Black, RPC | $2,363,105.25 | $2,363,105.25 | 1.0♣ | $2,363,105.25♥ |
| Milberg LLP | $2,355,405.75 | $1,465,585.80♦♠ | 1.6 | $2,344,937.28 |
| Hulett Harper Stewart LLP | $571,654.58 | $571,654.58 | 1.0♣ | $571,654.58♥ |
| Law Offices of L.G. Papale | $851,850.00 | $851,850.00 | 1.0♣ | $851,850.00 |
| Vogl Meredith Burke LLP | $692,388.00 | $692,388.00 | 1.0♣ | $692,388.00 |
| Besmer Law Firm | $596,610.00 | $596,610.00 | 1.0♣ | $596,610.00 |
| Sharp McQueen PA | $1,298,886.75 | $1,298,886.75 | 1.4 | $1,818,441.45 |
| Glancy Binkow Goldberg LLP | $1,993,100.18 | $1,993,100.18 | 1.4 | 2,790,340.25 |
| Green & Noblin PC | $2,824,012.35 | $2,259,210.13♦ | 1.0♣ | $2,259,210.13 |
| Saunders Law Firm | $140,706.00 | $140,706.00 | 1.4 | $196,988.40 |
| Lovell Stewart Halebian, et al. | $3,168,794.12 | $3,168,794.12 | 1.3 | $4,119,432.36 |
| Miller Law LLC | $2,342,010.60 | $2,342,010.60 | 1.3 | $3,044,613.78 |

---

[1] TATP's lodestar was reduced by all of Mario Alioto's illegible hand-written time entries, as well as 20% for block-billing and another 20% for billing in quarter-hour increments; it was further reduced by the lodestar amounts claimed by the three late-added, so-called "trial firms" (*i.e.*, Freedman Boyd, Fine Kaplan and Hulett Harper) whose fees should come from TATP's awarded fees.  If all of Mr. Alioto's handwritten time is included – which it should not -- the TATP lodestar is $11,794,056.02 and its allocated fee should then be $11,794,056.02.

♣ Contributed no funds to the assessment account; no significant risk factors.

♠ 20% reduction for block-billing.

♦ 20% reduction for quarter-hour increments.

♥ Contributed no funds to the assessment account; no financial risk.  These amounts are paid out of TATP fees.

[2] Zelle did most of the important and valuable work in the case and should be granted the biggest multiplier.

Scarpulla Chart Showing Proposed Fee Allocations
Page 2

| Firm | Lodestar (10% Reduced per SM) | Adjusted Lodestar (After All Reductions) | Multiplier | Allocated Fee Amount |
|---|---:|---:|---|---:|
| Karon LLC | $184,505.67 | $184,505.67 | 1.0♣ | $184,505.67 |
| McCallum Hoaglund, Cook, et al. | $179,122.50 | $179,122.50 | 1.2 | $214,947.00 |
| Goldman Scarlato & Penny PC | $2,106,980.55 | $2,106,980.55 | 1.2 | $2,528,376.66 |
| Law Offices of Sherman Kassof | $2,152,021.50 | $2,152,021.50 | 1.0[3] | $2,152,021.50 |
| McCallum Methvin & Terrell, PC | $96,286.50 | $96,286.50 | 1.2 | $115,543.80 |
| Frankovitch Anetakis, et al. | $178,073.33 | $178,073.33 | 1.2 | $213,687.60 |
| Kirkpatrick & Goldsborough, PLLC | $193,189.50 | $193,189.50 | 1.2 | $231,827.40 |
| Bonnett Fairbourn, et al. | $600,869.25 | $600,869.25 | 1.2 | $721,043.10 |
| Wyatt & Blake | $79,593.75 | $79,593.75 | 1.0♣ | $79,593.75 |
| Flom Law Office | $21,369.60 | $21,369.60 | 1.0♣ | $21,369.60 |
| Gerard & Associates | $24,559.88 | $24,559.88 | 1.2 | $29,471.86 |
| Larson Kuper, et al. | $2,025.00 | $2,025.00 | 1.2 | $2,430.00 |
| Bangs McCullen Butler, et al. | $7,087.50 | $7,087.50 | 1.0♣ | $7,087.50 |
| Mansfield Tanick & Cohen PA **and** Foley & Mansfield, PLLP | $114,750.00 | $114,750.00 | 1.0♣ | $114,750.00 |
| Ademi & O'Reilly, LLP | $142,584.30 | $142,584.30 | 1.2 | $171,101.16 |
| Law Offices of Jeff Crabtree | $27,184.50 | $27,184.50 | 1.0♣ | $27,184.50 |
| Janssen Malloy, LLP | $492,239.25 | $492,239.25 | 1.0♣ | $492,239.25 |
| Ryley Carlock & Applewhite | $7,740.45 | $7,740.45 | 1.0♣ | $7,740.45 |
| McManis Faulkner | $59,615.55 | $59,615.55 | 1.0♣ | $59,615.55 |
| Schubert Jonckheer, et al. | $66,667.50 | $66,667.50 | 1.0♣ | $66,667.50 |
| Morrison Sund | $428,796.00 | $428,796.00 | 1.0♣ | $428,796.00 |
| Minami Tamaki, LLP | $2,951.10 | $2,951.10 | 1.0 | $2,591.10 |
| Law Offices of Brian Barry | $843,501.15 | $843,501.15 | 1.0 | $843,501.15 |
| Whitfield Bryson & Mason, LLP | $15,597.00 | $15,597.00 | 1.0♣ | $15,597.00 |
| Gustafson Gluek PLLC | $25,290.00 | $25,290.00 | 1.0♣ | $25,290.00 |
| Cooper & Kirkham PC | $2,761,632.00 | $2,761,632.00 | 3.0 | $8,229,663.36 |
| Law Offices of Francis O. Scarpulla Zelle-assigned lodestar | $212,288.75 | $212,288.75 | 3.0 | $636,866.25 |

---

[3] Cannot account for any assessment contribution and therefore no financial risk multiplier.

Scarpulla Chart Showing Proposed Fee Allocations
Page 3

| Firm | Lodestar (10% Reduced per SM) | Adjusted Lodestar (After All Reductions) | Multiplier | Allocated Fee Amount |
|---|---|---|---|---|
| Law Offices of Francis O. Scarpulla Entire Zelle Lodestar | $424,577.50 | $424,577.50 | 3.0 | $1,273,732.50 |
| Theresa D. Moore | $26,184.38 | $26,184.38 | 1.0 | $26,184.38 |
| The Furth Firm LLP | $92,125.35 | $92,125.35 | 1.0♣ | $92,125.35 |
| Lingel Winters | n/a | n/a | n/a | n/a |
| | | | | |
| Total Allocated Fees (w/ FOS @ Zelle-assigned lodestar) | $80,954,030.96 | $64,601,397.19 | | $104,814,501.35 |
| Total Allocated Fees (w/ FOS @ full Zelle lodestar) | $81,166,319.71 | $64,813,685.94 | | $105,451,367.60 |