UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 |
|---|---|
| | Case No. C-07-5944 JST |
| This Order Relates To: | **ORDER RE: DEVELOPMENTS AFFECTING TRIAL SCHEDULE** |
| ALL ACTIONS | |

In order to ensure that the Court possesses any information that might affect the management of the case, Special Master Walker is directed to report developments in the litigation that might affect the trial schedule set forth in this Court's June 10, 2016 Order, ECF No. 4671.

IT IS SO ORDERED.

Dated: September 7, 2016

_____
JON S. TIGAR
United States District Judge