SUSAN G. KUPFER (Cal. Bar No. 141724)
**GLANCY PRONGAY & MURRAY LLP**
1808 Sixth Street
Berkeley, CA 94710
(415) 972-8160
skupfer@glancylaw.com

*Counsel for Dana Ross and
Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Case No. 3:07-cv-5944<br>MDL No. 1917<br><br>**<u>CLASS ACTION</u>**<br><br>**OBJECTION OF GLANCY PRONGAY & MURRAY LLP TO LEAD COUNSEL'S PROPOSED ALLOCATION OF INDIRECT PURCHASER PLAINTIFFS' ATTORNEYS' FEES**<br><br>Court: JAMS<br>Special Master: Martin Quinn, JAMS<br>Judge: Honorable Jon S. Tigar |
| This Document Relates to:<br><br>All Indirect Purchaser Actions | |

---

OBJECTION OF GLANCY PRONGAY & MURRAY LLP TO LEAD COUNSEL'S PROPOSED ALLOCATION
OF INDIRECT PURCHASER PLAINTIFFS' ATTORNEYS' FEES
Case No. 3:07-cv-5944 JST, MDL No. 1917

**INTRODUCTION**

This Objection is made by Glancy Prongay & Murray LLP (the "Glancy Firm" or the "Firm") to the Lead Counsel's Proposed Allocation of Attorneys' Fees to Indirect Purchaser Plaintiffs' counsel (Dkt. 4790) and pursuant to the Order re Procedures for Objecting (Dkt. 4748) before the Special Master.

**ARGUMENT**

The Firm's Objection to Lead Counsel's Allocation is based on the fairness of the methodology of the allocation among indirect purchaser counsels' firms. While one appreciates the difficulties of assessing relative contributions to litigation over a long time period, the resultant proposed allocation, in the Firm's view, lacks consistency among similarly situated firms, and appears to be unjustified by objective criteria. Because the Firm believes it was disadvantaged by the proposed allocation, it respectfully objects on these grounds:

- Firms doing similar work were given multipliers ranging from 1.3 to 2.5. The Glancy Firm's proposed multiplier (1.4), while within this range, does not reflect the similarities in effort, experience of counsel, work performed, tasks satisfactorily effectuated or other objective criteria. Specifically:

    a. The disparity itself among similar firms in the amount of multiplier applied to their lodestars by Lead Counsel. Multipliers ranged from 2.5 to less than 1.30 for substantially similar work.

    b. The Special Master, in his Report and Recommendations on the Aggregate Fee (Dkt. 4351, p.69) cited the Glancy Firm's work regarding electronic discovery of the LG defendants as an example of efficient and effective work, along with other counsel who were rewarded with higher multipliers.

    c. There was an apparent failure to apply equal enhancements for those firms, like the Glancy Firm, which contributed monies to the litigation fund. Several firms with little or NO contribution to the litigation fund were rewarded with higher multipliers than the Glancy Firm.

- The Court awarded an aggregate fee of $158,606,250, which represented an overall 1.95 multiplier on the lodestar of counsel, and supporting exhibits, presented to the Court as part of the fee motion.  While that may not mean an automatic multiplier of 1.95 to all counsel, Lead Counsel has managed the process by reserving a 2.98 multiplier for its own work and  high  multipliers (ranging from 1.57 to 2.5) for those with the highest lodestars or positions in the case deemed worthy by Lead Counsel (which were determined by Lead Counsel in the first place.)  Since there is a finite amount of funds to be distributed, these actions  by Lead Counsel necessarily reduce the amount available to other counsel who worked efficiently and vigorously in the case at Lead :Counsel's direction  but were not favored to receive higher multipliers on their investment of time and money. This can be verified by looking at the chart in Exhibit A accompanying the Proposed Allocation.  The differentials between firms should be equalized as the work performed between the groups was not significantly different to be justified.

- The resolution the Firm seeks is a reallocation which takes into account those problems noted with the current proposed distribution.  The Glancy firm asks the factors that the factors  articulated in Lead  Counsel's allocation be applied consistently to all firms and that the fees to firms similarly situated to the Glancy Firm be recalculated along those principles:

    - Firms performing the same or similar work should be grouped in tiers and should receive the same multiplier. Although Lead Counsel articulated this would be the case,  a glance at Appendix A shows this in fact has not been done and that the disparities among those allegedly similarly situated remain;

    - The Special Master, in  his Report and Recommendations on the Aggregate Fee to be awarded, upon review of the submissions by all counsel in support, singled out the Glancy firm for its work regarding the LG

2

defendants. This was in the context of evaluating, and approving, the contributions of several firms, who ended up with different multipliers.

- Firms providing financial support to the litigation fund should receive an enhancement to their fee to adjust for the risk they assumed earlier in the litigation. Multipliers was not provided according to these contributions. In some cases, certain firms with zero or low contribution to the litigation fund received, ironically, higher lodestar multipliers than those with greater contributions. Several of the firms with zero or low thousand dollar contributions to the litigation received proposed multipliers between 2.27 and 1.474. There is simply no rationale for these discrepancies.

- In light of the Glancy Firm's contribution to the work of the case and to the litigation fund and its steadfast support of the litigation throughout the past nine years, the Firm seeks a multiplier of 1.7 on its lodestar.

The Indirect Purchaser actions resulted in a costly, extended, complicated litigation in which many firms joined. It should be treated as a joint venture, where contributions to the overall effort and expense are rewarded. While the Glancy Firm appreciates the difficulties of the Lead Counsel's task and the many competing interests that were juggled to reach a proposed resolution, it respectfully requests that the Court review the allocation issue among similarly situated firms according to the principles suggested above and upwardly revise the fee awarded to the Glancy Firm.

September 7, 2016                                **GLANCY PRONGAY & MURRAY LLP**

By: _/s/ Susan G. Kupfer_
Susan G. Kupfer
1808 Sixth
Berkeley, CA 94710
Tel: (415) 972-8160
Fax: (415) 972-8166
E-mail: skupfer@glancylaw.com

**PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO NORTHERN DISTRICT OF CALIFORNIA LOCAL RULES AND LOCAL CIVIL RULE 5-1**

I, the undersigned, say:

I am a citizen of the United States and am over the age of 18 and not a party to the within action. My business address is 1808 Sixth Street, Berkeley, California 94710.

On September 7, 2016, I served the following document:

**OBJECTION OF GLANCY PRONGAY & MURRAY LLP TO LEAD COUNSEL'S PROPOSED ALLOCATION OF INDIRECT PURCHASER PLAINTIFFS' ATTORNEYS' FEES**

By posting the document to the ECF Website of the United States District Court for the Northern District of California, for receipt electronically by the parties as listed on the attached Court's ECF Service List.

And on any non-ECF registered parties:

By U.S. Mail:  By placing true and correct copies thereof in individual sealed envelope: with postage thereon fully prepaid, which I deposited with my employer for collection and mailing by the United States Postal Service. I am readily familiar with my employer's practice for the collection and processing of correspondence or mailing with the United States Postal Service. In the ordinary course of business, this correspondence would be deposited by my employer with the United States Postal Service that same day.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 7, 2016, at Berkeley, California.

*s/ Susan G. Kupfer*
Susan G. Kupfer

**Mailing Information for a Case 3:07-cv-05944-JST MDL No. 1917 In Re: Cathode Ray Tube (CRT) Antitrust Litigation**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Eliot A. Adelson**
  eadelson@kirkland.com,sfarley@kirkland.com,mccarthym@kirkland.com

- **Diana Arlen Aguilar**
  diana.aguilar@weil.com

- **Lee Albert**
  lalbert@glancylaw.com

- **Joseph M. Alioto , Sr**
  jmalioto@aliotolaw.com,nas@aliotolaw.com,jmiller@aliotolaw.com

- **Joseph Michelangelo Alioto , Jr**
  Joseph.Alioto@usdoj.gov,melissa.dorton@usdoj.gov,CaseView.ECF@usdoj.gov

- **Mario N. Alioto**
  malioto@tatp.com

- **Mario Nunzio Alioto**
  malioto@tatp.com

- **Angelina Alioto-Grace**
  sexton@aliotolaw.com

- **Daniel Bruce Allanoff**
  dallanoff@mcgslaw.com

- **James T Almon**
  jalmon@knpa.com,agonzalez@knpa.com

- **Jacob P. Alpren**
  jalpren@fbj-law.com

- **Jonathan Ellis Altman**
  Jonathan.Altman@mto.com

- **Jennie Lee Anderson**
  jennie@andrusanderson.com,kelli.good@andrusanderson.com,leland.belew@andrusanderson.com

- **Lori Erin Andrus**
  lori@andrusanderson.com,kelli.good@andrusanderson.com,leland.belew@andrusanderson.com

- **Deborah Ellen Arbabi**
  darbabi@crowell.com

- **Gregory K Arenson**
  garenson@kaplanfox.com

- **Sofia Arguello**
  sarguello@winston.com

- **Richard A. Arnold**
  rarnold@kennynachwalter.com,sscott@kennynachwalter.com

- **Aldo A. Badini**
  abadini@winston.com,lcachola@winston.com,docketsf@winston.com,docketny@winston.com

- **Gordon Ball**
  gball@gordonball.com,tbenson@gordonball.com,ddaugherty@gordonball.com

- **Dylan Ian Ballard**
  dballard@sheppardmullin.com,mlinville@sheppardmullin.com,bcolomer@sheppardmullin.com

- **Brian Joseph Barry**
  bribarry1@yahoo.com

- **Joseph Michael Barton**
  joebartonesq@gmail.com

- **Harold A. Barza**
  halbarza@quinnemanuel.com,willcooper@quinnemanuel.com,albertvillamil@quinnemanuel.com,calendar@quinnemanuel.com

- **Timothy D. Battin**
  tbattin@straus-boies.com,ecf@straus-boies.com

- **William H. Bave , III**
  wbave@whitecase.com

- **Gary Becker**
  gary.becker@ct.gov

- **Van H. Beckwith**
  van.beckwith@bakerbotts.com,terry.barnard@bakerbotts.com,debora.simonson@bakerbotts.com

- **Matthew C. Behncke**
  mbehncke@susmangodfrey.com

- **Keith Thomson Belt , Jr**
  keithb@beltlawfirm.com,dianeb@beltlawfirm.com

- **Barry J Bendes**
  bbendes@eapdlaw.com

- **Barry J. Bendes**
  bbendes@eapdlaw.com

- **Craig A Benson**
  CBenson@paulweiss.com,mholden@paulweiss.com,jpowers@paulweiss.com,acoyle@paulweiss.com,stcohen@paulweiss.com,wmcauliffe@paulweiss.com,mao_fednational@paulweiss.com,larand@paulweiss.com,kdavis@paulweiss.com,dandrews@paulweiss.com

- **Steven F. Benz**
  sbenz@khhte.com,ashen@khhte.com,ccook@khhte.com

- **Debra Dawn Bernstein**
  debra.bernstein@alston.com

- **Veronica Besmer**
  veronica@besmerlaw.com,vbesmer@hotmail.com

- **Daniel Edward Birkhaeuser**
  dbirkhaeuser@bramsonplutzik.com,ptoovey@bramsonplutzik.com

- **Garrett D. Blanchfield , Jr**
  g.blanchfield@rwblawfirm.com,k.schulte@rwblawfirm.com,r.yard@rwblawfirm.com

- **William J. Blechman**
  wblechman@knpa.com,dluzniak@knpa.com,mbrehm@knpa.com

- **John Dmitry Bogdanov**
  jdb@coopkirk.com

- **David Boies , III**
  dboies@straus-boies.com,tpalumbo@straus-boies.com

- **Anthony J. Bolognese**
  abolognese@bolognese-law.com

- **Robert J. Bonsignore**
  rbonsignore@class-actions.us

- **Jeffrey D. Bores**
  jbores@chestnutcambronne.com

- **Benjamin Gardner Bradshaw**
  bbradshaw@omm.com

- **Liz Ann Brady**
  liz.brady@myfloridalegal.com,karen.marsh@myfloridalegal.com,colin.fraser@myfloridalegal.com,rachel.steinman@myfloridalegal.com
- **Patrick John Brady**
  jbrady@polsinelli.com,rtrosen@polsinelli.com,cmiller@polsinelli.com,docketing@polsinelli.com,dhunt@polsinelli.com
- **Rachel S. Brass**
  rbrass@gibsondunn.com,smaruschak@gibsondunn.com
- **Brad D. Brian**
  BrianBD@mto.com,lisa.lovullo@mto.com
- **Michael T. Brody**
  mbrody@jenner.com,edockets@jenner.com,svanhorn@jenner.com,docketing@jenner.com
- **Chadwick Oliver Brooker**
  cbrooker@atg.state.il.us
- **David C. Brownstein**
  dbrownstein@fbj-law.com
- **W. Joseph Bruckner**
  wjbruckner@locklaw.com,sipeem@locklaw.com,amhorningnygren@locklaw.com,user2@locklaw.com,pottehn@locklaw.com
- **Robert Page Bruner**
  robertb@beltlawfirm.com
- **David Burman**
  dburman@perkinscoie.com,DocketSFLIT@perkinscoie.com,JMccluskey@perkinscoie.com
- **Courtney C Byrd**
  cbyrd@omm.com
- **William G. Caldes**
  bcaldes@srkw-law.com,jjagher@srkw-law.com
- **Terry Calvani**
  terry.calvani@freshfields.com
- **Karl L. Cambronne**
  kcambronne@chestnutcambronne.com
- **Christopher William Cantrell**
  chrisc@beltlawfirm.com
- **Lauren Clare Capurro**
  laurenrussell@tatp.com,sisselbrowder@yahoo.com
- **Scott W. Carlson**
  scarlson@heinsmills.com
- **Gary R Carney**
  GCarney@paulweiss.com,mao_fednational@paulweiss.com
- **Drew A. Carson**
  carson@millergolerfaeges.com
- **Johnny William Carter**
  jcarter@susmangodfrey.com,ecf-3fdd79b2bc10@ecf.pacerpro.com,ecf-e319b07d26cc@ecf.pacerpro.com,chernandez@susmangodfrey.com
- **Leo David Caseria**
  lcaseria@sheppardmullin.com
- **Brent Caslin**
  bcaslin@jenner.com,docketing@jenner.com
- **Jill Sharon Casselman**
  jscasselman@rkmc.com,jmbauer@rkmc.com,dwfiskio@rkmc.com,lrbryant-wilson@rkmc.com
- **Christina Maria Ceballos-Levy**
  ccl@knpa.com
- **James E. Cecchi**
  jcecchi@carellabyrne.com,ltaylor@carellabyrne.com
- **David P. Chiappetta**
  dchiappetta@perkinscoie.com,jjaeger@perkinscoie.com,docketsflit@perkinscoie.com,jdance@perkinscoie.com,annalee@perkinscoie.com
- **Michelle Park Chiu**
  mchiu@morganlewis.com,drivera@morganlewis.com
- **Stephanie Yunjin Cho**
  scho@hausfeldllp.com
- **Emily E. Chow**
  emily.chow@faegrebd.com,lori.honse@faegrebd.com
- **Michael S. Christian**
  mchristian@zelle.com,rnewman@zelle.com
- **Patrick Bradford Clayton**
  pbc@scarpullalaw.com
- **William C. Cleveland**
  wcleveland@buistmoore.com
- **Bryan L. Clobes**
  bclobes@caffertyclobes.com,docketclerk@caffertyclobes.com,docket@caffertyclobes.com,dherrera@caffertyclobes.com
- **Bruce Cobath**
  bcobath@sheppardmullin.com
- **George Cochran**
  lawchrist@gmail.com
- **Eva W. Cole**
  ewcole@winston.com,cfernandez@winston.com,docketsf@winston.com,docketny@winston.com
- **Commonwealth of Massachusetts**
  matthew.lyons@state.ma.us
- **Bernice Conn**
  BConn@robinskaplan.com,rirajpanah@robinskaplan.com
- **Josef Deen Cooper**
  jdc@coopkirk.com,trk@coopkirk.com,jdl@coopkirk.com,bogdanorck@aol.com
- **Craig C. Corbitt**
  ccorbitt@zelle.com,mbabione@zelle.com,emilio.varanini@doj.ca.gov
- **Joseph W. Cotchett**
  jcotchett@cpmlegal.com
- **Christina Diane Crow**
  ccrow@jinkslaw.com,danthony@jinkslaw.com,ccantey@jinkslaw.com
- **William T. Crowder**
  wcrowder@emersonpoynter.com
- **Brendan P. Cullen**
  cullenb@sullcrom.com,s&cmanagingclerk@sullcrom.com
- **Tyler Mark Cunningham**
  tcunningham@sheppardmullin.com
- **Christopher M. Curran**
  ccurran@whitecase.com,erin.mcnamee@whitecase.com,fhogue@whitecase.com,emily.brodybizar@whitecase.com,mtoto@whitecase.com,jdisanti@whitecase.com,mco@whitecase.com,paige.dekker@whitecase.com
- **Joseph Edward Czerniawski**
  Jczerniawski@wkgj.com,JoeCznyc@gmail.com
- **Matthew Robert DalSanto**
  mdalsanto@winston.com,recordssf@winston.com,docketsf@winston.com,ttannis@winston.com

- **Kira A Davis**
  kdavis@paulweiss.com,mao_fednational@paulweiss.com
- **Gerard A Dever**
  gdever@finekaplan.com,shufnagel@finekaplan.com,akatzman@finekaplan.com,dperelman@finekaplan.com,nblakeslee@finekaplan.com
- **William Diaz**
  wdiaz@mwe.com,ahamilton@mwe.com,mstumpf@mwe.com
- **Manuel Juan Dominguez**
  jdominguez@cohenmilstein.com,mwade@cohenmilstein.com
- **Molly Donovan**
  mmdonovan@winston.com,docketsf@winston.com,PacerCourtFile@winston.com,docketny@winston.com,jstewart@winston.com
- **Mark C. Dosker**
  mark.dosker@squirepb.com,sfr_docket@squirepb.com,Dalia.Hill@squirepb.com
- **Thomas Patrick Dove**
  tdove@furth.com
- **Thomas Arthur Doyle**
  tadoyle@thomasadoyle.com,tsaunders@saunders-lawfirm.com
- **Matthew Duncan**
  mduncan@finekaplan.com
- **Barack Shem Echols**
  barack.echols@kirkland.com
- **Helen Cho Eckert**
  heckert@sheppardmullin.com
- **Marc Howard Edelson**
  medelson@edelson-law.com
- **Nathan P. Eimer**
  neimer@eimerstahl.com,erogers@eimerstahl.com,fharvey@eimerstahl.com,nnowacki@eimerstahl.com
- **Marwa Elzankaly**
  melzankaly@mcmanislaw.com,azandate@mcmanislaw.com,nshakoori@mcmanislaw.com,epipkin@mcmanislaw.com,sshakoori@mcmanislaw.com
- **John G. Emerson**
  jemerson@emersonfirm.com,tautry@emersonfirm.com
- **Candice J. Enders**
  cenders@bm.net
- **Vincent J. Esades**
  vesades@heinsmills.com,lgehrking@heinsmills.com,ikovarik@heinsmills.com,rsteiner@heinsmills.com
- **Esteban Martin Estrada**
  martin.estrada@mto.com,jennifer.lawlor@mto.com
- **John Clayton Everett , Jr**
  jeverett@morganlewis.com
- **Josh Ewing**
  je@fbdlaw.com
- **William S Farmer**
  wfarmer@fbj-law.com,jalpren@fbj-law.com,dbrownstein@fbjlaw.com,jsmith@fbj-law.com
- **Eric B. Fastiff**
  efastiff@lchb.com,btroxel@lchb.com
- **Gordon M. Fauth , Jr**
  gmf@classlitigation.com
- **Kevin Douglas Feder**
  kfeder@omm.com
- **John Finn**
  sampc01@gmail.com
- **Joel Flom**
  joel@jeffreislaw.com
- **Laura Fortman**
  sampc01@gmail.com
- **Dana E. Foster**
  defoster@whitecase.com,defoster@whitecase.com,cnaifeh@whitecase.com,lmandell@whitecase.com
- **M. Eric Frankovitch**
  msimon@facslaw.com
- **Jeff D Friedman**
  jefff@hbsslaw.com,jeanethd@hbsslaw.com,sf_filings@hbsslaw.com,nicolleg@hbsslaw.com
- **Qianwei Fu**
  qfu@zelle.com
- **Gabriel A. Fuentes**
  gfuentes@jenner.com
- **Kenneth A. Gallo**
  kgallo@paulweiss.com,GCarney@paulweiss.com,mlaramie@paulweiss.com,mao_fednational@paulweiss.com
- **Cheryl Ann Galvin**
  cgalvin@tcolaw.com
- **Rodney J Ganske**
  rod.ganske@alston.com,kerrie.sekine@alston.com
- **Steven Ganz**
  terry@grossbelsky.com
- **Jalaine Garcia**
  jgarcia@knpa.com
- **Arthur Slezak Gaus**
  asg@dillinghammurphy.com,wfm@dillinghammurphy.com
- **Martin C. Geagan , Jr**
  mgeagan@winston.com
- **Tiffany Belle Gelott**
  tiffany.gelott@bakerbotts.com
- **David Paul Germaine**
  dgermaine@vaneklaw.com,svitullo@vaneklaw.com,cparrottsheffer@vaneklaw.com
- **John Mark Gidley**
  mgidley@whitecase.com,jdisanti@whitecase.com,mco@whitecase.com
- **Brian Gillett**
  bgillett@susmangodfrey.com,ecf-b3db5569898c@ecf.pacerpro.com,ecf-63532ccae4d9@ecf.pacerpro.com
- **Bernadette Shawan Gillians**
  sgillians@buistmoore.com
- **Brendan Patrick Glackin**
  bglackin@lchb.com
- **Joseph Goldberg**
  jg@fbdlaw.com,imn@fbdlaw.com,drt@fbdlaw.com
- **Kevin B. Goldstein**
  kevin.goldstein@weil.com
- **Ryan Seth Goldstein**
  ryangoldstein@quinnemanuel.com

- **Ryan Michael Goodland**
  ryan.goodland@weil.com
- **Ruthanne Gordon**
  rgordon@bm.net,emagnus@bm.net,ccoslett@bm.net
- **Joshua H. Grabar**
  jgrabar@bolognese-law.com
- **Robert J. Gralewski , Jr**
  bgralewski@kmllp.com,fbrizuela@kmllp.com
- **Steven J. Greenfogel**
  sgreenfogel@litedepalma.com,epalomino@litedepalma.com
- **Marc Jeffrey Greenspon**
  mgreenspon@bermandevalerio.com
- **Francis M. Gregorek**
  gregorek@whafh.com,fait@whafh.com
- **Terry Gross**
  terry@gba-law.com,javier@gba-law.com,monique@gba-law.com,adam@gba-law.com,cristina@gba-law.com,javier@ecf.courtdrive.com,sarah@gba-law.com,joann@gba-law.com
- **Gianna Christa Gruenwald**
  gianna@saveri.com
- **Richard Michael Hagstrom**
  rhagstrom@hjlawfirm.com,cmnelson@hjlawfirm.com
- **Marjan Hajibandeh**
  marjan.hajibandeh@weil.com
- **Michael E. Hamburger**
  mhamburger@whitecase.com
- **Jeane Hamilton**
  jeane.hamilton2@usdoj.gov,vanessa.vargas@usdoj.gov,kathleen.turner@usdoj.gov,carole.huygen@usdoj.gov,kate.patchen@usdoj.gov,CaseView.ECF@usdoj.gov
- **Timothy Ricardo Hanigan**
  trhanigan@gmail.com,dlopez@bandaslawfirm.com,vgreenwalt@lhcllp.com
- **Blake Lee Harrop**
  bharrop@atg.state.il.us,jfeldmar@atg.state.il.us
- **Cathleen Hamel Hartge**
  Cathleen.Hartge@mto.com,Belinda.Morales@mto.com,Kevin.Park@mto.com,aileen.beltran@mto.com
- **Matthew Dickinson Heaphy**
  mheaphy@saveri.com
- **Astor Henry Lloyd Heaven , III**
  aheaven@crowell.com,aheaven@crowell.com
- **Christopher T. Heffelfinger**
  cheffelfinger@bermandevalerio.com,ysoboleva@bermandevalerio.com
- **Richard Martin Heimann**
  rheimann@lchb.com
- **Samuel D. Heins**
  sheins@heinsmills.com
- **Adam C. Hemlock**
  adam.hemlock@weil.com,adam.hemlock@weil.com,Jay.Minga@weil.com,nymao@weil.com,Nicholas.Klenow@weil.com,Marihug.Cedeno@weil.com,nymao@ecf.pacerpro.com
- **Nicholas H. Hesterberg**
  nhesterberg@perkinscoie.com,lnelson@perkinscoie.com,docketsea@perkinscoie.com
- **Eric D. Hoaglund**
  ehoaglund@mhcilaw.com
- **Jory M Hoffman**
  jhoffman@jenner.com
- **Curt Holbreich**
  cholbreich@sidley.com,sfefilingnotice@sidley.com,jhiwa@sidley.com,sfdocket@sidley.com
- **Steven Randall Hood**
  rhood@mcgowanhood.com
- **Richard Freeman Horsley**
  rfhala@cs.com
- **Derek G. Howard**
  derek@derekhowardlaw.com,gh@s,donna@dhowlaw.com
- **Gregory Hull**
  Greg@ellenberghull.com
- **Sean Hull**
  sxhull@gmail.com
- **Daniel Hume**
  dhume@kmllp.com
- **Ryan M Hurley**
  ryan.hurley@FaegreBD.com
- **Troy J. Hutchinson**
  thutchinson@heinsmills.com
- **Hojoon Hwang**
  hojoon.hwang@mto.com,Joannette.driver-moore@mto.com,Ashley.Fitzwilliams@mto.com
- **David Yau-Tian Hwu**
  dhwu@saveri.com
- **Philip J Iovieno**
  piovieno@bsfllp.com,mfelder@bsfllp.com,aweber@bsfllp.com,ksmith@bsfllp.com,anardacci@bsfllp.com,tmiller@bsfllp.com,kmoat@bsfllp.com
- **Philip J. Iovieno**
  piovieno@bsfllp.com
- **Philip J. Iovieno**
  piovieno@bsfllp.com
- **Robert Brent Irby**
  birby@mhcilaw.com,lmarler@mhcilaw.com,ehoaglund@mhcilaw.com
- **William A. Isaacson**
  wisaacson@bsfllp.com,jmilici@bsfllp.com
- **Michele Chickerell Jackson**
  mjackson@lchb.com,btroxel@lchb.com
- **Michael Jocobs**
  mjacobs@zelle.com
- **Elizabeth Helmer Jordan**
  elizabeth.jordan@alston.com
- **Jeffrey M. Judd**
  judlegal@sonic.net
- **Betty Lisa Julian**
  bjulian@damrell.com
- **Paul Brian Justi**
  pbjusti@comcast.net,Lori@pbjusti.com
- **Steven A. Kanner**
  skanner@fklmlaw.com,mkhamoo@fklmlaw.com

- **Robert N. Kaplan**
  rkaplan@kaplanfox.com
- **Robert N. Kaplan**
  rkaplan@kaplanfox.com,mmccahill@kaplanfox.com
- **Daniel R. Karon**
  dkaron@karonllc.com,cgood@karonllc.com,bhollowell@karonllc.com
- **Sherman Kassof**
  heevay@att.net,heevay@yahoo.com
- **Margaret Anne Keane**
  margaret.keane@dlapiper.com,sandy.holstrom@dlapiper.com,margaret-keane-8958@ecf.pacerpro.com,1807@ecf.pacerpro.com,jeffrey.reeves@dlapiper.com
- **Julie A. Kearns**
  jkearns@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com
- **Katherine T. Kelly**
  kkelly@heinsmills.com
- **Michael P. Kenny**
  mike.kenny@alston.com
- **Matthew David Kent**
  matthew.kent@alston.com,jason.rottner@alston.com
- **Sylvie K. Kern**
  sylviekern@yahoo.com
- **Jeffrey L. Kessler**
  jkessler@winston.com,pacercourtfile@winston.com,docketsf@winston.com,docketny@winston.com
- **Charles M. Kester**
  cmkester@nwark.com
- **Jason Kilene**
  jkilene@gustafsongluek.com,dgustafson@gustafsongluek.com
- **Miriam Kim**
  Miriam.Kim@mto.com,robyn.bird@mto.com,victor.tobar@mto.com
- **YongSang Kim**
  yongsang.kim@aporter.com
- **Tracy R. Kirkham**
  trk@coopkirk.com
- **Mary Gilmore Kirkpatrick**
  mkirk@vtlawfirm.com
- **Jeffrey Alan Klafter**
  jak@klafterolsen.com
- **Esther L Klisura**
  eklisura@slenvironment.com,kzener@slenvironment.com,josbun@slenvironment.com,tangst@slenvironment.com
- **Aya Kobori**
  akobori@whitecase.com,agoodall@whitecase.com
- **Anna Marie Konradi**
  anna.konradi@faegrebd.com
- **Erik T. Koons**
  erik.koons@bakerbotts.com
- **Bethany Woodard Kristovich**
  Bethany.Kristovich@mto.com
- **Susan Gilah Kupfer**
  skupfer@glancylaw.com,sfreception@glancylaw.com
- **Christine A. Laciak**
  christine.laciak@freshfields.com,richard.snyder@freshfields.com
- **John Pierre Lahad**
  jlahad@susmangodfrey.com,kristi-davis-0719@ecf.pacerpro.com,kdavis@susmangodfrey.com
- **David Nathan Lake**
  david@lakelawpc.com
- **Nathan Lane , III**
  natelane3law@gmail.com,sarah.david@squirepb.com
- **Lucius Bernard Lau**
  alau@whitecase.com,cnaifeh@whitecase.com,sharon.park@whitecase.com,twu@whitecase.com,aangat.amin@whitecase.com,relfand@whitecase.com,jonathanc.black@whitecase.com,mfrutig@whitecase.com,michael.hamburger@whitecase.com,samuel.sharp@whitecase.com,dfoster@whitecase.com
- **Christopher Le**
  cle@straus-boies.com,cvoigt@straus-boies.com,ecf@straus-boies.com
- **Lewis Titus LeClair**
  lleclair@mckoolsmith.com,cfowler@mckoolsmith.com
- **Christopher L. Lebsock**
  clebsock@hausfeldllp.com,celder@hausfeldllp.com
- **Jeffrey Jay Lederman**
  jlederman@winston.com,docketsf@winston.com
- **Charles A. Legge**
  snevins@jamsadr.com
- **Michael Paul Lehmann**
  mlehmann@hausfeldllp.com
- **James F. Lerner**
  jlerner@winston.com,docketsf@winston.com,docketny@winston.com
- **Jill Tan Lin**
  jill.tan.lin@gmail.com
- **Laura K Lin**
  Laura.lin@mto.com,stephanie.ferrell@mto.com,Gregory.Weingart@mto.com
- **Calvin L. Litsey**
  calvin.litsey@faegrebd.com
- **Calvin Lee Litsey**
  calvin.litsey@faegrebd.com,helen.chacon@FaegreBD.com,sonja.beamon@faegrebd.com,debra.egan@faegrebd.com
- **Ethan E. Litwin**
  litwin@hugheshubbard.com,bennettc@howrey.com,managing-attorney-4212@ecf.pacerpro.com,ethan-litwin-8595@ecf.pacerpro.com
- **Marisa C. Livesay**
  livesay@whafh.com,boyles@whafh.com
- **William Henry London**
  wlondon@fklmlaw.com
- **Kevin Bruce Love**
  klove@cridenlove.com
- **Christopher Lovell**
  clovell@lshllp.com
- **Matthew Mark Lyons**
  matthew.lyons@state.ma.us
- **Kyle W Mach**
  kyle.mach@mto.com,robyn.bird@mto.com
- **Donald Scott Macrae**
  smacrae@bamlawlj.com

- **Lidia Maher**
  Lidia.Maher@usdoj.gov,edward.bernard@usdoj.gov,carole.huygen@usdoj.gov,kate.patchen@usdoj.gov

- **Travis Luke Manfredi**
  travis@cobaltlaw.com

- **Betsy Carol Manifold**
  cabrera@whafh.com,boyles@whafh.com,loritsch@whafh.com

- **Jill Michelle Manning**
  jmanning@steyerlaw.com,lrorem@steyerlaw.com

- **Seymour J. Mansfield**
  smansfield@foleymansfield.com,elewison@foleymansfield.com

- **Mark D. Marino**
  mark.marino@klgates.com

- **Jonathan A Mark**
  jonathanm2@atg.wa.gov,justinw@atg.wa.gov,ATSeaEF@ATG.WA.GOV

- **Kenneth S. Marks**
  kmarks@markshouston.com,ecf-7e1d9959502a@ecf.pacerpro.com,ecf-795e4ba948d9@ecf.pacerpro.com

- **David Martinez**
  dmartinez@robinskaplan.com,lcastiglioni@robinskaplan.com,sgreen@robinskaplan.com

- **Sharon D. Mayo**
  sharon.mayo@aporter.com,Joanna.Lee@aporter.com,Emily.Clark@aporter.com,sfcalendar@aporter.com,Jill.Hernandez@aporter.com

- **Matthew J. McBurney**
  mmcburney@crowell.com

- **Bruce C. McCulloch**
  bruce.mcculloch@freshfields.com

- **Corey D. McGaha**
  cmcgaha@crowdermcgaha.com

- **James Landon McGinnis**
  jmcginnis@sheppardmullin.com,csuh@sheppardmullin.com,jcampos@sheppardmullin.com,rbreese@sheppardmullin.com

- **Elizabeth Anne McKenna**
  emckenna@milberg.com

- **William Angus McKinnon**
  bmckinnon@mcgowanhood.com

- **Mike McKool**
  mmckool@mckoolsmith.com,sbovine@mckoolsmith.com

- **James McManis**
  jmcmanis@mcmanislaw.com,mrose@mcmanislaw.com,clarsen@mcmanislaw.com,eschneider@mcmanislaw.com

- **Robert Brian McNary**
  rmcnary@crowell.com

- **Joel Cary Meredith**
  jmeredith@mcgslaw.com,apaul@mcgslaw.com

- **Steven Douglas Merriman**
  smerriman@perkinscoie.com,tbrandon@perkinscoie.com

- **Robert G. Methvin**
  sreynolds@mmlaw.net

- **Robert Gordon Methvin , Jr**
  sreynolds@mmlaw.net

- **Anton Metlitsky**
  ametlitsky@omm.com

- **Christopher Thomas Micheletti**
  cmicheletti@zelle.com

- **Douglas A. Millen**
  doug@fklmlaw.com

- **Marvin A. Miller**
  mmiller@millerlawllc.com

- **Steve A Miller**
  sampc01@gmail.com

- **Steven J. Miller**
  miller@millergolerfaeges.com

- **Craig D. Minerva**
  craig.minerva@freshfields.com

- **Kathy Lee Monday**
  kmonday@damrell.com,NWeston-Dawkes@damrell.com

- **H. Laddie Montague , Jr**
  hlmontague@bm.net,sleo@bm.net

- **Cori Gordon Moore**
  cgmoore@perkinscoie.com,nlygren@perkinscoie.com

- **Paul Andrew Moore**
  Paul.Moore@doj.ca.gov

- **Theresa Driscoll Moore**
  TMoore@aliotolaw.com

- **Gordon Morgan**
  gmorganpi@gmail.com

- **Andrew J. Morganti**
  amorganti@milberg.com,MAOffice@milberg.com

- **Bruce L. Mulkey**
  bruce@mulkeylaw.com

- **Daniel Joseph Mulligan**
  dan@jmglawoffices.com,lgabriel@jmglawoffices.com

- **Jerome A. Murphy**
  jmurphy@crowell.com,bhanley@crowell.com

- **Gilmur Roderick Murray**
  gmurray@murrayhowardlaw.com,aarnall@murrayhowardlaw.com

- **Jason C. Murray**
  jmurray@crowell.com,SMierisch@crowell.com,rwong@crowell.com,aslade@crowell.com

- **Kevin J. Murray**
  kmurray@knpa.com

- **James Mutchnik**
  james.mutchnik@kirkland.com,wstreff@kirkland.com,holly.fisher@kirkland.com

- **Anne M. Nardacci**
  anardacci@bsfllp.com,amarcus@bsfllp.com,jdew@bsfllp.com,ashaw@bsfllp.com

- **Krishna Brian Narine**
  knarine@m-npartners.com

- **Susan Elizabeth Nash**
  susan.nash@mto.com

- **Barbara J. Nelson**
  barbara.nelson@usdoj.gov

- **Michael John Newton**
  mike.newton@alston.com,lisa.n.wilson@alston.com,linder.lane@alston.com,kate.smith@alston.com
- **Tim David Nord**
  tim.d.nord@state.or.us,melissa.curtis@state.or.us
- **Paul F. Novak**
  pnovak@milberg.com,MAOffice@milberg.com
- **Linda P. Nussbaum**
  lnussbaum@nussbaumpc.com
- **Linda Phyllis Nussbaum**
  lnussbaum@nussbaumpc.com,sschwaiger@nussbaumpc.com,
- **Bambo Obaro**
  bambo.obaro@weil.com,janine.chong@weil.com,tricia-dresel-2470@ecf.pacerpro.com,tricia.dresel@weil.com,janine-chong-6094@ecf.pacerpro.com
- **Elizabeth R. Odette**
  erodette@locklaw.com,samorbey@locklaw.com
- **Niki B. Okcu**
  Niki.Okcu@att.com
- **Orion Home Systems, LLC**
  cadio@saveri.com
- **Kathy L. Osborn**
  kathy.osborn@FaegreBD.com
- **Joseph A. Ostoyich**
  OstoyichJ@howrey.com,OstoyichJ@howrey.com
- **Jeremy Kent Ostrander**
  jostrander@whitecase.com,faragona@whitecase.com,agoodall@whitecase.com
- **Daniel D. Owen**
  dowen@polsinelli.com,rtrosen@polsinelli.com,docketing@polsinelli.com,dhunt@polsinelli.com
- **Joseph Darrell Palmer**
  darrell.palmer@palmerlegalteam.com,maria.carapia@palmerlegalteam.com
- **R. Scott Palmer**
  scott.palmer@myfloridalegal.com
- **Lawrence Genaro Papale**
  lgpapale@papalelaw.com
- **Joseph Mario Patane**
  jpatane@tatp.com
- **Jonathan Alan Patchen**
  jpatchen@tcolaw.com,cdunbar@tcolaw.com,schow@tcolaw.com,jmetz@tcolaw.com,cgalvin@tcolaw.com,esittler@tcolaw.com
- **George L. Paul**
  gpaul@whitecase.com
- **Clifford H. Pearson**
  cpearson@pswlaw.com
- **Matthew David-Craig Pearson**
  mpearson@bermandevalerio.com,ysoboleva@bermandevalerio.com
- **Jayne Ann Peeters**
  jpeeters@steyerlaw.com,aroque@steyerlaw.com
- **David M. Peterson**
  dpeterson@susmangodfrey.com,ecf-805abf0bcfce@ecf.pacerpro.com,ecf-4a97f7bbd348@ecf.pacerpro.com
- **Robert J. Pfister**
  rpfister@ktbslaw.com
- **Eric James Pickar**
  epickar@bangsmccullen.com
- **Pillsbury Winthrop Shaw Pittman LLP**
  dianne@pillsburylaw.com
- **Stuart Christopher Plunkett**
  stuart.plunkett@bakerbotts.com,katrina.hardy@bakerbotts.com
- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com
- **Robert James Pohlman**
  rpohlman@rcalaw.com
- **Scott E. Poynter**
  scott@swcfirm.com,kim@swcfirm.com
- **Martin Quinn**
  mquinn@jamsadr.com
- **Martin Quinn**
  mq1942@me.com
- **Samuel J Randall**
  srandall@knpa.com,mbrehm@knpa.com
- **Steven Alan Reiss**
  steven.reiss@weil.com
- **Randy R. Renick**
  rrr@renicklaw.com,rrr@hadsellstormer.com,mstroud@hadsellstormer.com,Mvazquez@hadsellstormer.com,home@renicklaw.com
- **Rachele R. Rickert**
  cabrera@whafh.com,boyles@whafh.com,loritsch@whafh.com
- **David Kendall Roberts**
  droberts2@omm.com
- **Jeffrey Scott Roberts**
  jeff.roberts@faegrebd.com
- **Lisa J. Rodriguez**
  lisa@trrlaw.com
- **Kent Michael Roger**
  kroger@morganlewis.com,mnaranjo@morganlewis.com,wschaub@morganlewis.com,mthomasian@morganlewis.com
- **Kathleen Styles Rogers**
  krogers@kraloweclaw.com,ggray@kraloweclaw.com
- **Jennifer Susan Rosenberg**
  jrosenberg@bramsonplutzik.com,moldenburg@bramsonplutzik.com,ttappero@bramsonplutzik.com
- **Jonathan Jeffrey Ross , NA**
  jross@susmangodfrey.com,ecf-0949b38b345a@ecf.pacerpro.com,ecf-ad45e70d2476@ecf.pacerpro.com,klok@susmangodfrey.com
- **Jerome Cary Roth**
  Jerome.Roth@mto.com,susan.ahmadi@mto.com
- **Kajetan Rozga**
  kajetan.rozga@weil.com
- **Geoffrey Conrad Rushing**
  grushing@saveri.com
- **Robert Sabre Safi**
  rsafi@susmangodfrey.com
- **Peter G.A. Safirstein**
  psafirstein@forthepeople.com

- **Joel Steven Sanders**
  jsanders@gibsondunn.com,smaruschak@gibsondunn.com

- **Daniel Allen Sasse**
  dsasse@crowell.com,mquezada@crowell.com

- **Terry Rose Saunders**
  tsaunders@saunders-lawfirm.com

- **Guido Saveri**
  guido@saveri.com

- **Joseph R. Saveri**
  jsaveri@saverilawfirm.com,jfu@saverilawfirm.com,cforthuber@saverilawfirm.com,blang@saverilawfirm.com,dclevenger@saverilawfirm.com,plall@saverilawfirm.com

- **Richard Alexander Saveri**
  rick@saveri.com

- **Michael W. Scarborough**
  mscarborough@smrh.com,mohearn@sheppardmullin.com,rbreese@sheppardmullin.com,khollenbeck@sheppardmullin.com

- **Francis Onofrei Scarpulla**
  fos@scarpullalaw.com,cpc@scarpullalaw.com

- **Haidee L. Schwartz**
  hschwartz@omm.com

- **Austin Van Schwing**
  aschwing@gibsondunn.com

- **Anthony D. Shapiro**
  tony@hbsslaw.com,george@hbsslaw.com,laurie@hbsslaw.com,ronnie@hbsslaw.com

- **Samuel James Sharp**
  samuel.sharp@whitecase.com

- **Sharp Corporation**
  colin.west@bingham.com

- **Jeffrey Chad Shea**
  sheaj_2000@yahoo.com

- **Aaron M. Sheanin**
  asheanin@pswlaw.com,vglaze@pswlaw.com,yberry@pswlaw.com

- **Harry Shulman**
  harry@shulmanlawfirm.com

- **Imtiaz A. Siddiqui**
  isiddiqui@cpmlegal.com,jacosta@cpmlegal.com

- **Roman M. Silberfeld**
  rsilberfeld@robinskaplan.com,rirajpanah@robinskaplan.com

- **Fred A. Silva**
  fsilva@damrell.com,nweston-dawkes@damrell.com

- **Ian T Simmons**
  isimmons@omm.com

- **Bruce Lee Simon**
  bsimon@pswlaw.com,bpouya@pswlaw.com,mpearson@pswlaw.com,dwarshaw@pswlaw.com,yberry@pswlaw.com,mwilliams@pswlaw.com,egrant@pswlaw.com

- **Michael G. Simon**
  msimon@facslaw.com

- **Joseph J Simons**
  jsimons@paulweiss.com,mao_fednational@paulweiss.com

- **David Nathan-Allen Sims**
  dsims@saveri.com

- **Stuart Harold Singer**
  ssinger@bsfllp.com

- **Charles B. Sklarsky**
  csklarsky@jenner.com

- **Richard Sutton Snyder**
  richard.snyder@freshfields.com

- **Richard P. Sobiecki**
  rich.sobieck@bakerbotts.com

- **Donna F Solen**
  dsolen@lexlawgroup.com

- **Mona Solouki**
  msolouki@sheppardmullin.com,tilee@sheppardmullin.com,ewhite@sheppardmullin.com,khollenbeck@sheppardmullin.com

- **Gary Laurence Specks**
  gspecks@kaplanfox.com

- **Eugene A. Spector**
  espector@srkw-law.com

- **Ronnie Seidel Spiegel**
  ronnie@hbsslaw.com,robert@hbsslaw.com

- **Joseph Scott St. John**
  jscottstjohnpublic@gmail.com

- **Fernando Xaxier Starkes**
  xavier@starkeslawfrim.com

- **State of Connecticut**
  gary.becker@ct.gov

- **State of Washington**
  davidk3@atg.wa.gov

- **Ranae D. Steiner**
  rsteiner@heinsmills.com

- **Scott A. Stempel**
  sstempel@morganlewis.com

- **J. Matthew Stephens**
  sreynolds@mmlaw.net

- **Amy Lee Stewart**
  astewart@roselawfirm.com,rberitiech@roselawfirm.com

- **Dennis Stewart**
  dstewart@hulettharper.com,anita@hulettharper.com,katie@hulettharper.com

- **Jennifer Stewart**
  jstewart@winston.com,lduxstad@winston.com

- **Allan Steyer**
  asteyer@steyerlaw.com,lrorem@steyerlaw.com,smacrae@steyerlaw.com,arubenstein@steyerlaw.com

- **Dianne L. Sweeney**
  dianne@pillsburylaw.com,ryan.selness@pillsburylaw.com,teresa.castro@pillsburylaw.com,cate.kealiinohomoku@pillsburylaw.com

- **Jon Vensel Swenson**
  jon.swenson@bakerbotts.com,robert.michaels@bakerbotts.com,jessica.quon@bakerbotts.com,donna.loop@BakerBotts.com,jennifer.nguyen@bakerbotts.com,dlpalallparalegals@bakerbotts.com

- **Joseph J. Tabacco , Jr**
  jtabacco@bermandevalerio.com,ysoboleva@bermandevalerio.com

- **John M. Taladay**
  john.taladay@bakerbotts.com

- **Lindsey H. Taylor**
  ltaylor@carellabyrne.com

- **Stephen E. Taylor**
  staylor@tcolaw.com

- **William David Temko**
  william.temko@mto.com,vivian.rodriguez@mto.com

- **James Michael Terrell**
  jterrell@mmlaw.net

- **Reginald Von Terrell**
  reggiet2@aol.com

- **Kevin Yoshiwo Teruya**
  kevinteruya@quinnemanuel.com

- **Euphemia Nikki Thomopulos**
  ethomopulos@hkemploymentlaw.com,cludlow@hkemploymentlaw.com

- **Charles Matthew Thompson**
  cmtlaw@aol.com

- **Joseph R. Tiffany , II**
  joseph.tiffany@pillsburylaw.com,susie.macken@pillsburylaw.com

- **Andrew R. Tillman**
  art@paineter.com

- **Ellen Tobin**
  etobin@curtis.com

- **Terrence Joseph Truax**
  ttruax@jenner.com,mpowers@jenner.com,mreilly@jenner.com,cward@jenner.com,svanhorn@jenner.com,docketing@jenner.com,mbrody@jenner.com,phanna@jenner.com

- **John Selim Tschirgi**
  jtschirgi@winston.com

- **Michael Frederick Tubach**
  mtubach@omm.com,kquintanilla@omm.com

- **Robert Turken**
  rturken@bilzin.com

- **Bijal Vijay Vakil**
  bvakil@whitecase.com,vfarias@whitecase.com,mkenny@whitecase.com,SV-Calendaring@whitecase.com

- **Andrea Marie Valdez**
  andrea.valdez.esq@gmail.com

- **Kenneth Leo Valinoti**
  kvalinoti@valinoti-dito.com,mskowron@valinoti-dito.com

- **Shaun M. Van Horn**
  svanhorn@jenner.com

- **Joseph Michael Vanek**
  jvanek@vaneklaw.com

- **Emilio Eugene Varanini , IV**
  Emilio.Varanini@doj.ca.gov,lucia.rodriguez@doj.ca.gov

- **Ashlei Melissa Vargas**
  avargas@pswplaw.com,nhalpern@pswplaw.com

- **Lara Elvidge Veblen**
  lara.veblen@weil.com

- **A. Paul Victor**
  pvictor@winston.com,docketsf@winston.com,docketny@winston.com

- **Anthony J. Viola**
  aviola@eapdlaw.com

- **Scott N. Wagner**
  swagner@bilzin.com,eservice@bilzin.com,asolis@bilzin.com,fmorera@bilzin.com

- **James Matthew Wagstaffe**
  wagstaffe@kerrwagstaffe.com,dwyer@kerrwagstaffe.com,bechtol@kerrwagstaffe.com

- **Douglas L Wald**
  douglas.wald@aporter.com

- **Benjamin Edward Waldin**
  bwaldin@eimerstahl.com

- **Vaughn R. Walker**
  vrw@judgewalker.com

- **Donald Arthur Wall**
  donald.wall@squirepb.com

- **Vincent J. Ward**
  vjw@fbdlaw.com

- **Daniel L. Warshaw**
  dwarshaw@pswplaw.com,bpouya@pswplaw.com,asafyan@pswplaw.com,mwilliams@pswplaw.com,egrant@pswplaw.com

- **Jonathan Mark Watkins**
  jwatkins@pswplaw.com

- **Nicholas J. Weilhammer**
  nicholas.weilhammer@myfloridalegal.com,jennifer.morganbyrd@myfloridalegal.com

- **Gregory J. Weingart**
  gregory.weingart@mto.com

- **Eric J. Weiss**
  EWeiss@perkinscoie.com

- **Jonathan Mark Weiss**
  jweiss@ktbslaw.com

- **Colin C. West**
  colin.west@morganlewis.com

- **Jeff S. Westerman**
  jwesterman@jswlegal.com

- **Jan Leigh Westfall**
  jlwestfall.esq@gmail.com,legal.assistant50@gmail.com

- **Joseph Richard Wetzel**
  jwetzel@kslaw.com,tbishop@kslaw.com

- **Katherine Hamilton Wheaton**
  kate.wheaton@kirkland.com,hayle.gosnell@kirkland.com,sarah.reeves@kirkland.com,karl.stampfl@kirkland.com

- **Collin R White**
  cwhite@khhte.com

- **Gavin David Whitis**
  gwhitis@pondnorth.com,efile@pondnorth.com

- **Mitchell E. Widom**
  mwidom@bilzin.com

- **K. Craig Wildfang**
  kcwildfang@robinskaplan.com,rries@robinskaplan.com,afmiller@robinskaplan.com

- **Joel Calcar Willard**
  jwillard@gibsondunn.com,rmcbain@gibsondunn.com

- **Steven Noel Williams**
  swilliams@cpmlegal.com,jverducci@cpmlegal.com,jlein@cpmlegal.com,azapala@cpmlegal.com,mcaylao@cpmlegal.com,ebott@cpmlegal.com,etran@cpmlegal.com

- **Christopher Wilson**
  cwilson@polsinelli.com

- **Lingel Hart Winters**
  sawmill2@aol.com

- **Tsung-Hui (Danny) Wu**
  twu@whitecase.com

- **YRC, INC.**
  jeff@juddlawgroup.com

- **Xiaochin Claire Yan**
  claire.yan@mto.com

- **David L. Yohai**
  david.yohai@weil.com,Ryan.Goodland@weil.com,Kajetan.Rozga@weil.com,kevin.goldstein@weil.com,Lara.Trager@weil.com,nymao@weil.com,nymao@ecf.pacerpro.com

- **David E. Yolkut**
  david.yolkut@weil.com

- **Ryan C Zagare**
  rzagare@knpa.com,jruiz@knpa.com

- **Judith A. Zahid**
  jzahid@zelle.com

- **Cadio R. Zirpoli**
  cadio@saveri.com,mogden@saveri.com

- **Jeffrey Ira Zuckerman**
  jzuckerman@curtis.com

- **Jason de Bretteville**
  jdebretteville@sycr.com,ccheek@sycr.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**MINA ASHKANNEJHAD**
,

**Monique Alonso**
Gross & Belsky LLP
,

**Adam C. Belsky**
Gross Belsky Alonso LLP
,

**P. John Brady**
Shughart Thomson & Kilroy PC
,

**JEFF CRAIG**
,

**Patricia A. Conners**
Attorney General's Office
Department of Legal Affairs
Antitrust Section
PL-01 The Capitol
Tallahassee, FL 32399-1050

**Daniel D. Cowen**
Shughart Thomson & Kilroy PC
,

**Sarah Crowley**
Gross Belsky Alonso LLP
,

**Nathan A. Dickson**
Jinks Crow & Dickson PC
,

**Issac L. Diel**
Sharp McQueen
6900 College Boulevard, Suite 285
Overland Park, KS 66211

**Molly M Donovan**
Dewey & LeBoeuf LLP
,

**ESTATE OF LATE R. DERYL EDWARDS JR**
,

**Neal A Eisenbraun**
Neal A Eisenbraun, Chartered
2599 Mississippi Street
New Brighton, MN 55113

**John G. Emerson**
Emerson Scott LLP
830 Apollo Lane
Houston, TX 77058

**Lori A. Fanning**
Miller Law LLC
115 South LaSalle Street, Suite 2910
Chicago, IL 60603

**John Gressette Felder , Jr**
McGowan Hood Felder and Johnson
1405 Calhoun Street
Columbia, SC 29201

**Alan Frankel**
,

**Matthew Frutig**
White & Case LLP
,

**Traviss Levine Galloway**
Zelle Hofmann Voelbel Mason & Gette
44 Montgomery St #3400
San Francisco, CA 94104

**Robert B. Gerard**
Gerard Selden & Osuch
1516 Front Street
San Diego, CA 92101

**Martin E. Grossman**
Law Offices of Martin E. Grossman
2121 Green Brier Drive
Villanova, PA 19085

**INDIRECT PURCHASER PLAINTIFF CLASS**
,

**Lynn W. Jinks**
Jinks Crow & Dickson PC
,

**Charles H. Johnson**
Charles H Johnson & Associates PA
2599 Mississippi Street
New Brighton, MN 55113

**Elliot S. Kaplan**
Robins Kaplan Miller & Ciresi
,

**Tracy R. Kirkman**
Cooper & Kirkham PC
,

**Eleanor Lewis**
,

**Lawrence D. McCabe**
Murray Frank & Sailer LLP
275 Madison Avenue
New York, NY 10016

**James P. McCarthy**
Lindquist & Vennum

**Charise Naifeh**
White & Case LLP

**PT.MT Picture Display Indonesia**

**Donald L. Perelman**
Fine Kaplan & Black RPC
One S. Broad Street, 23rd Floor
Philadelphia, PA 19107

**Mark Reinhardt**
Reinhardt Wendorf & Blanchfield
East 1000 First National Bank Building
332 Minnesota Street
St. Paul, MN 55101

**Steven A. Reiss**
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**David Roberts**
O'Melveny & Myers LLP

**Jean B. Roth**
Mansfield Tanick & Cohen
1700 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402-4511

**Josie Saik**
1205 Cypress Street
Space No. 122
San Dimas, CA 91773-3532

**Lawrence P. Schaefer**
Mansfield Tanick & Cohen
1700 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402-4511

**Roger Martin Schrimp**
Damrell Nelson Schrimp Pallios Pacher & Silva
1601 I Street 5th Floor
Modesto, CA 95354

**Samuel J. Sharp**
701 13th Street NW
Washington, DC 20005

**Matthew E. Van Tine**
Miller Law LLC
115 South LaSalle Street, Suite 2910
Chicago, IL 60603

**Clinton Paul Walker**
Damrell, Nelson, Schrimp, Pallios, Pache & Silva
1601 "I" Street
Fifth Floor
Modesto, CA 95354

**Melissa Willett**
Boies, Schiller & Flexner
5301 Wisconsin Ave. NW
Suite 800
Washington, DC 20015

**Christopher Wirth**
LA2120
301 Institution Drive
Bellefonte, PA 16823

**Kim YoungSang**
ARNOLD & PORTER LLP