1   JOSEF D. COOPER (53015)
    TRACY R. KIRKHAM (69912)
2   JOHN D. BOGDANOV (215830)
    COOPER & KIRKHAM, P.C.
3   357 Tehama Street, Second Floor
    San Francisco, CA  94103
4   Telephone:  (415) 788-3030
    Facsimile:  (415) 882-7040
5   jdc@coopkirk.com
    trk@coopkirk.com
6   jdb@coopkirk.com

7

8   *Counsel for Class Representative Steven Ganz*
    *And Indirect Purchaser Plaintiffs*

9

10

11                  **UNITED STATES DISTRICT COURT**

12                 **NORTHERN DISTRICT OF CALIFORNIA**

13                    **SAN FRANCISCO DIVISION**

14   In re:  CATHODE RAY TUBE (CRT)        **Master File No. 3:07-cv-5944 JST**
     ANTITRUST LITIGATION.
15                                          **MDL No. 1917**

16   This Document Relates to:             **DECLARATION OF JOHN D.**
                                           **BOGDANOV IN SUPPORT OF**
17   All Indirect-Purchaser Actions        **OBJECTION OF COOPER &**
                                           **KIRKHAM, P.C. TO LEAD COUNSEL'S**
18                                          **REVISED PROPOSED ALLOCATION**
                                           **OF AGGREGATE FEE AWARD TO**
19                                          **INDIRECT PURCHASER PLAINTIFFS'**
                                           **COUNSEL**
20
                                           Judge: Honorable Jon S. Tigar
21
                                           Before: Special Master Martin Quinn, JAMS
22

23

24

25

26

27

28
     DECLARATION OF JOHN D. BOGDANOV            Master File No. 3:07-cv-5944 JST
                                                MDL 1917

I, John D. Bogdanov, declare as follows:

1.      I am a member in good standing of the State Bar of California.  I am a partner in Cooper & Kirkham, P.C.  I have personal knowledge of the facts stated in this Declaration and, if called as a witness, I could and would testify competently to them.  I make this Declaration in support of the "Objection of Cooper & Kirkham, P.C. to Lead Counsel's Revised Proposed Allocation of Aggregate Fee Award to Indirect Purchaser Plaintiffs' Counsel."

2.      I am 6 feet 4 inches tall and weigh approximately 235 pounds.

3.      I billed 3,691.2 hours in *In re TFT-LCD (Flat-Panel) Antitrust Litigation,* No. 3:07-MD-1827 SI (N.D. Cal.), up until the time the case finally settled with all defendants in that action for $1.1 billion.  My experience in prosecuting the *TFT-LCD* action provided me with a knowledge base which directly translated into efficiencies, insights, and an understanding of the methods and strategies that would, and would not, be most efficient and beneficial to prosecuting the *CRT* action on a day-to-day basis.

4.      In *CRT,* I have worked on similar matters and had collegial relationships with many of the same attorneys as prosecuted the *TFT-LCD* action*,* whose firms were awarded higher multipliers in this action than Cooper & Kirkham.

5.      I received 1,509 emails related to this action from Lauren Capurro, an attorney in Lead Counsel's office, from mid-2010 through May 31, 2015.

6.      Attached as Exhibits to this Declaration are unredacted and redacted emails or email strings which I sent or received in the ordinary course of business.  Information which has been redacted is not being relied upon for this Objection, but rather is redacted to protect confidential attorney work product or limit the introduction of superfluous matters into the record.

7.      Attached hereto as Exhibit 1 is a true and correct copy of a partially redacted email string dated September 29, 2010, sent and received in the ordinary course of business.

8.      Attached hereto as Exhibit 2 is a true and correct copy of a partially redacted email string dated on or about November 23, 2010, sent and received in the ordinary course of business.

9.      Attached hereto as Exhibit 3 is a true and correct copy of a partially redacted email string dated on February 11, 2011, sent and received in the ordinary course of business.

10.     Attached hereto as Exhibit 4 is a true and correct copy of a partially redacted email dated April 5, 2011, received in the ordinary course of business.

11.     Attached hereto as Exhibit 5 is a true and correct copy of a partially redacted email dated August 2, 2011, received in the ordinary course of business.

12.     Attached hereto as Exhibit 6 is a true and correct copy of a partially redacted email dated February 7, 2012, received in the ordinary course of business.

13.     Attached hereto as Exhibit 7 is a true and correct copy of a partially redacted email dated April 10, 2012, received in the ordinary course of business.

14.     Attached hereto as Exhibit 8 is a true and correct copy of a partially redacted email string dated July 26, 2012, received in the ordinary course of business.

15.     Attached hereto as Exhibit 9 is a true and correct copy of a partially redacted email dated July 27, 2012, received in the ordinary course of business.

16.     Attached hereto as Exhibit 10 is a true and correct copy of a partially redacted email dated September 17, 2012, received in the ordinary course of business.

17.     Attached hereto as Exhibit 11 is a true and correct copy of a partially redacted email dated February 12, 2013, received in the ordinary course of business.

18.     Attached hereto as Exhibit 12 is a true and correct copy of a partially redacted email string dated on or about March 26, 2013, sent and received in the ordinary course of business.

19.     Attached hereto as Exhibit 13 is a true and correct copy of a partially redacted email string dated on or about April 3, 2013, received in the ordinary course of business.

20.     Attached hereto as Exhibit 14 is a true and correct copy of a partially redacted email string dated on or about April 10, 2013, sent and received in the ordinary course of business.

21.     Attached hereto as Exhibit 15 is a true and correct copy of an email dated April 10, 2013, received in the ordinary course of business.

22.     Attached hereto as Exhibit 16 is a true and correct copy of an email dated April 11, 2013, received in the ordinary course of business.

23.     Attached hereto as Exhibit 17 is a true and correct copy of a partially redacted email string dated on or about June 19, 2013, sent and received in the ordinary course of business.

24.     Attached hereto as Exhibit 18 is a true and correct copy of a partially redacted email string dated on or about September 4, 2013, received in the ordinary course of business.

25.     Attached hereto as Exhibit 19 is a true and correct copy of a partially redacted email string dated on or about October 10, 2013, sent and received in the ordinary course of business.

26.     Attached hereto as Exhibit 20 is a true and correct copy of a partially redacted email string dated on or about November 6, 2013, sent and received in the ordinary course of business.

27.     Attached hereto as Exhibit 21 is a true and correct copy of a partially redacted email string dated on or about November 13, 2013, sent and received in the ordinary course of business.

28.     Attached hereto as Exhibit 22 is a true and correct copy of a partially redacted email string dated on or about December 3, 2013, sent and received in the ordinary course of business.

1
2
29.      Attached hereto as Exhibit 23 is a true and correct copy of a partially redacted email dated December 23, 2013, received in the ordinary course of business.

3
4
30.      Attached hereto as Exhibit 24 is a true and correct copy of an email dated February 26, 2014, received in the ordinary course of business.

5
6
31.      Attached hereto as Exhibit 25 is a true and correct copy of a partially redacted email dated June 23, 2014, received in the ordinary course of business.

7
8
9
32.      Attached hereto as Exhibit 26 is a true and correct copy of a partially redacted email dated July 21, 2014, received in the ordinary course of business.

10
11
33.      Attached hereto as Exhibit 27 is a true and correct copy of a partially redacted email dated July 31, 2014, received in the ordinary course of business.

12
13
34.      Attached hereto as Exhibit 28 is a true and correct copy of a partially redacted email string dated July 31, 2014, received in the ordinary course of business.

14
15
16
35.      Attached hereto as Exhibit 29 is a true and correct copy of a partially redacted email string dated August 18, 2014, received in the ordinary course of business.

17
18
19
36.      Attached hereto as Exhibit 30 is a true and correct copy of a partially redacted email string dated on or about September 9, 2014, sent and received in the ordinary course of business.

20
21
37.      Attached hereto as Exhibit 31 is a true and correct copy of an email string dated on or about September 12, 2014, sent and received in the ordinary course of business.

22
23
24
25
38.      Attached hereto as Exhibit 32 is a true and correct copy of a partially redacted email string dated on or about October 15, 2014, sent and received in the ordinary course of business.

26
27
39.      Attached hereto as Exhibit 33 is a true and correct copy of a partially redacted email string dated on or about October 17, 2014, received in the ordinary course of business.

28

40.     Attached hereto as Exhibit 34 is a true and correct copy of a partially redacted email dated November 6, 2014, received in the ordinary course of business.

41.     Attached hereto as Exhibit 35 is a true and correct copy of a partially redacted email string dated on or about November 11, 2014, sent and received in the ordinary course of business.

42.     Attached hereto as Exhibit 36 is a true and correct copy of a partially redacted email dated November 21, 2014, received in the ordinary course of business.

43.     Attached hereto as Exhibit 37 is a true and correct copy of a partially redacted email string dated on or about December 1, 2014, sent and received in the ordinary course of business.

44.     Attached hereto as Exhibit 38 is a true and correct copy of a partially redacted email dated December 1, 2014, received in the ordinary course of business.

45.     Attached hereto as Exhibit 39 is a true and correct copy of a partially redacted email string dated on or about December 4, 2014, received in the ordinary course of business.

46.     Attached hereto as Exhibit 40 is a true and correct copy of an email dated December 29, 2014, received in the ordinary course of business.

47.     Attached hereto as Exhibit 41 is a true and correct copy of an email dated January 21, 2015, received in the ordinary course of business.

48.     Attached hereto as Exhibit 42 is a true and correct copy of an email dated March 9, 2015, received in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 7th day of September, 2016, in San Francisco, California.

   /s/ John D. Bogdanov
                John D. Bogdanov

# EXHIBIT 1

## John Bogdanov

| | |
|---|---|
| **From:** | Lauren C. Russell <laurenrussell@tatp.com> |
| **Sent:** | Wednesday, September 29, 2010 3:09 PM |
| **To:** | John Bogdanov |
| **Subject:** | RE: CRT/Philips |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Thanks John.  And thank you for all your hard work to date.

Best,

Lauren

Lauren C. Russell
Attorney at Law
Trump, Alioto, Trump & Prescott, LLP
2280 Union Street
San Francisco, CA 94123
Tel: (415) 563-7200
Fax: (415) 346-0679
E-mail: laurenrussell@tatp.com

---

**From:** John Bogdanov [mailto:jdb@coopkirk.com]
**Sent:** Wednesday, September 29, 2010 2:01 PM
**To:** Lauren C. Russell
**Subject:** RE: CRT/Philips

███

████████████

██

---

**From:** Lauren C. Russell [mailto:laurenrussell@tatp.com]
**Sent:** Wednesday, September 29, 2010 10:38 AM
**To:** John Bogdanov
**Subject:** CRT/Philips

███

█████████████████████████████

███

Lauren C. Russell
Attorney at Law

Trump, Alioto, Trump & Prescott, LLP
2280 Union Street
San Francisco, CA 94123
Tel: (415) 563-7200
Fax: (415) 346-0679
E-mail: laurenrussell@tatp.com

# EXHIBIT 2

## John Bogdanov

| | |
|---|---|
| **From:** | Lauren Russell <laurenrussell@tatp.com> |
| **Sent:** | Tuesday, November 23, 2010 12:24 PM |
| **To:** | John Bogdanov; 'Neil Swartzberg'; 'Saveri, Rick' |
| **Cc:** | malioto@tatp.com |
| **Subject:** | RE: CRT/Philips |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

John, this is great—thanks!  I'm very happy I get to tick this off my to do list without any work on my part!

██████████████████████████████

Lauren C. Russell
Attorney at Law
Trump, Alioto, Trump & Prescott, LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: laurenrussell@tatp.com

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by e-mail and delete the message and any attachments.

---

**From:** John Bogdanov [mailto:jdb@coopkirk.com]
**Sent:** Tuesday, November 23, 2010 12:10 PM
**To:** Neil Swartzberg; Lauren Russell; 'Saveri, Rick'
**Cc:** malioto@tatp.com
**Subject:** RE: CRT/Philips

████████████████████████████████████████.

John D. Bogdanov
COOPER & KIRKHAM, P.C.
357 Tehama Street, Second Floor
San Francisco, CA 94103
Telephone: 415-788-3030, Ext. 307
Facsimile: 415-882-7040
email:  jdb@coopkirk.com

The information in this e-mail is confidential and may contain attorney-client privileged information and/or attorney work product and is intended solely for the addressee(s). Access to this email by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution, or any use or reliance on any information contained herein is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete it.

---

**From:** Neil Swartzberg [mailto:NSwartzberg@cpmlegal.com]
**Sent:** Monday, November 22, 2010 5:53 PM

**To:** Lauren Russell; John Bogdanov; 'Saveri, Rick'
**Cc:** malioto@tatp.com
**Subject:** RE: CRT/Philips

█████████████████████████

Neil Swartzberg
Cotchett, Pitre & McCarthy
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone :  (650) 697-6000
Fax:  (650) 697-0577
nswartzberg@cpmlegal.com

CONFIDENTIALITY NOTICE: The information in this email and any accompanying attachments may contain confidential, privileged, or otherwise protected information. Such information is intended only for the use of the individuals or entities addressed in this email. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this emailed information may be prohibited. If you have received this email in error, please notify us immediately.

**From:** Lauren Russell [mailto:laurenrussell@tatp.com]
**Sent:** Monday, November 22, 2010 4:11 PM
**To:** 'John Bogdanov'; Neil Swartzberg; 'Saveri, Rick'
**Cc:** malioto@tatp.com
**Subject:** CRT/Philips

████████████████████████████████████████

Lauren C. Russell
Attorney at Law
Trump, Alioto, Trump & Prescott, LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: laurenrussell@tatp.com

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by e-mail and delete the message and any attachments.

# EXHIBIT 3

## John Bogdanov

| | |
|---|---|
| **From:** | Lauren C. Russell <laurenrussell@tatp.com> |
| **Sent:** | Friday, February 11, 2011 8:17 PM |
| **To:** | John Bogdanov |
| **Subject:** | RE: CRT/Philips |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Hi John,

Thanks for this.  I like your proposed approach for our next steps with Philips and the missing custodians.



Lauren

Lauren C. Russell
Attorney at Law
Trump, Alioto, Trump & Prescott, LLP
2280 Union Street
San Francisco, CA 94123
Tel: (415) 563-7200
Fax: (415) 346-0679
E-mail: laurenrussell@tatp.com

---

**From:** John Bogdanov [mailto:jdb@coopkirk.com]
**Sent:** Friday, February 11, 2011 5:20 PM
**To:** Lauren Russell
**Subject:** RE: CRT/Philips

Lauren,



John

John D. Bogdanov
COOPER & KIRKHAM, P.C.
357 Tehama Street, Second Floor
San Francisco, CA 94103
Telephone: 415-788-3030, Ext. 307
Facsimile: 415-882-7040
email:  jdb@coopkirk.com

The information in this e-mail is confidential and may contain attorney-client privileged information and/or attorney work product and is intended solely for the addressee(s). Access to this email by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution, or any use or reliance on any information contained herein is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete it.

**From:** Lauren Russell [mailto:laurenrussell@tatp.com]
**Sent:** Friday, February 11, 2011 2:38 PM
**To:** John Bogdanov
**Subject:** RE: CRT/Philips

Thanks, John.  This looks good to me.

Lauren

Lauren C. Russell
Attorney at Law
Trump, Alioto, Trump & Prescott, LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: laurenrussell@tatp.com

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by e-mail and delete the message and any attachments.

**From:** John Bogdanov [mailto:jdb@coopkirk.com]
**Sent:** Friday, February 11, 2011 1:57 PM
**To:** Lauren Russell
**Subject:** RE: CRT/Philips

Hi Lauren:



John

John D. Bogdanov
COOPER & KIRKHAM, P.C.
357 Tehama Street, Second Floor
San Francisco, CA 94103
Telephone: 415-788-3030, Ext. 307
Facsimile: 415-882-7040
email:  jdb@coopkirk.com

The information in this e-mail is confidential and may contain attorney-client privileged information and/or attorney work product and is intended solely for the addressee(s). Access to this email by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution, or any use or reliance on any information contained herein is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete it.

**From:** Lauren Russell [mailto:laurenrussell@tatp.com]
**Sent:** Friday, February 11, 2011 11:56 AM
**To:** John Bogdanov
**Subject:** CRT/Philips

Hi John:



Lauren

Lauren C. Russell
Attorney at Law
Trump, Alioto, Trump & Prescott, LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: laurenrussell@tatp.com

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by e-mail and delete the message and any attachments.

# EXHIBIT 4

**John Bogdanov**

| | |
|---|---|
| **From:** | Lauren Russell <laurenrussell@tatp.com> |
| **Sent:** | Tuesday, April 05, 2011 11:26 AM |
| **To:** | 'Qianwei Fu'; Sylvie Kern; 'Dan Birkhaeuser'; Jennifer Rosenberg; Jennie Anderson; Jessica Moy; 'Marvin A. Miller'; 'Nathan Cihlar'; Shinae Kim-Helms; John Bogdanov |
| **Cc:** | Demetrius Lambrinos; Eric P. Mandel |
| **Subject:** | CRT/Cast of Characters |
| **Attachments:** | Cast of Characters List.XLS |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Dear Counsel:

Attached please find the Cast of Characters list that we have compiled with your help.  As you will see, the lists for some of the defendants are extremely long.  We want to make the lists more manageable before presenting them to the defendants and asking them to search for the names.  Therefore, we ask that each of you go through the list for your defendant(s) and choose 30 "core" people. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Best,

Lauren

Lauren C. Russell
Attorney at Law
Trump, Alioto, Trump & Prescott, LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: laurenrussell@tatp.com

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by e-mail and delete the message and any attachments.

# EXHIBIT 5

**John Bogdanov**

| | |
|---|---|
| **From:** | Lauren Russell <laurenrussell@tatp.com> |
| **Sent:** | Tuesday, August 02, 2011 6:34 PM |
| **To:** | 'Nathan Cihlar'; 'Qianwei Fu'; Demetrius Lambrinos; 'Marvin A. Miller'; 'Dan Birkhaeuser'; Jennie Lee Anderson; John Bogdanov; Sylvie Kern |
| **Cc:** | malioto@tatp.com |
| **Subject:** | CRT/Defendant Memoranda |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Hi everyone,

We are in the process of starting the document review in this case.  In order to help bring the document reviewers up-to-speed on the facts of this case and, in particular, the facts relating to each of the defendants, I would like each of you to prepare a detailed memo regarding your defendant(s) and what you have learned during the meet and confer process.  The memo will also be a useful reference for us in the event the defendants' productions are deficient in any way. ████████████████████████



Best,

Lauren

Lauren C. Russell
**Attorney at Law**
Trump, Alioto, Trump & Prescott, LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: laurenrussell@tatp.com

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by e-mail and delete the message and any attachments.

# EXHIBIT 6

## John Bogdanov

| | |
|---|---|
| **From:** | Lauren Russell <LaurenRussell@tatp.com> |
| **Sent:** | Tuesday, February 07, 2012 10:53 AM |
| **To:** | 'Dan Birkhaeuser'; Jennifer Rosenberg; Jennie Lee Anderson; Jessica Moy; ncihlar@straus-boies.com; Thomas Palumbo; Shinae Kim-Helms; Sylvie Kern; 'Qianwei Fu'; John Bogdanov |
| **Cc:** | Demetrius Lambrinos; JZahid@zelle.com; Richie, Marcellus |
| **Subject:** | CRT/Transactional Data |
| **Attachments:** | memo re Defendant Data Comments 20110602.doc |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Hi Everyone,



As the attorneys responsible for the meet and confers with defendants, you should be up to date on the status of the data negotiations with your defendant(s).

█████████████████████████████████████████████████████████ I
realize I've been asking a lot of some of you recently, but I really need your help to follow up with the defendants and help Demetrius. ███████████████████████████████████████████████
██████████████████████████████

Thanks.

Lauren


Lauren C. Russell
Attorney at Law
Trump, Alioto, Trump & Prescott, LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: laurenrussell@tatp.com

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by e-mail and delete the message and any attachments.

# EXHIBIT 7

**John Bogdanov**

**From:**         Lauren Russell <LaurenRussell@tatp.com>
**Sent:**          Tuesday, April 10, 2012 10:45 PM
**To:**            Demetrius Lambrinos; 'Dan Birkhaeuser'; John Bogdanov; Jennie Lee Anderson; Jessica
                   Moy; Sylvie Kern; 'Qianwei Fu'; 'Nathan Cihlar'; Shinae Kim-Helms; Jennifer Rosenberg
**Subject:**       CRT/Proposed percipient witness lists for each defendant
**Attachments:**   FBB1-#64300-v1-potential_CAP_PROD_deponents.docx; FTAIA Deponent Witnesses3
                   040512.doc; Impact Team--LONG list of deponents.docx; Impact Team--Short list of
                   deponents.docx; Potential Deponents_pricing team_040612.xls; Potential deponent list;
                   Order re Discovery and Case Management Protocol 4.3.12.pdf

**Follow Up Flag:**    Follow up
**Flag Status:**       Flagged


Hello All,



I realize that we've been asking a lot of you recently and I very much appreciate the hard work you've been putting into this case.  But unfortunately it's imperative that we undertake this work so that we're ready for class certification.  I hope you understand and realize that this push will be short-lived and will be worth it.  Thank you.

Best,

Lauren

Lauren C. Russell
Attorney at Law
Trump, Alioto, Trump & Prescott, LLP
2280 Union Street
San Francisco, CA 94123

Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: laurenrussell@tatp.com

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by e-mail and delete the message and any attachments.

# EXHIBIT 8

**John Bogdanov**

| | |
|---|---|
| **From:** | Lauren Russell <LaurenRussell@tatp.com> |
| **Sent:** | Thursday, July 26, 2012 11:21 AM |
| **To:** | 'Michael Christian' |
| **Cc:** | laurenrussell@tatp.com; John Bogdanov; Judith Zahid |
| **Subject:** | RE: Phillips data |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Hi Mike,

I'm copying John Bogdanov since he is the Philips discovery guy, and Judith, since she is taking the Philips 30b6 dep next week.



---

**From:** Michael Christian [mailto:MChristian@zelle.com]
**Sent:** Thursday, July 26, 2012 10:50 AM
**To:** laurenrussell@tatp.com
**Subject:** Phillips data





# EXHIBIT 9

**John Bogdanov**

| | |
|---|---|
| **From:** | Lauren Russell <LaurenRussell@tatp.com> |
| **Sent:** | Friday, July 27, 2012 4:03 PM |
| **To:** | John Bogdanov |
| **Cc:** | Judith Zahid; laurenrussell@tatp.com |
| **Subject:** | CRT/Philips rogs & dep summaries |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Hi John,

I'm sorry to bother you as I know you're busy preparing for the Philips deps right now but I'm trying to make some assignments so everything is covered for the run up to class cert.  Can you please let me know if you will be able to handle the following assignments when you get back from DC:



Best,

Lauren

Lauren C. Russell
Attorney at Law
Trump, Alioto, Trump & Prescott, LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: laurenrussell@tatp.com

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by e-mail and delete the message and any attachments.

# EXHIBIT 10

**John Bogdanov**

| | |
|---|---|
| **From:** | Lauren Russell <LaurenRussell@tatp.com> |
| **Sent:** | Monday, September 17, 2012 10:43 PM |
| **To:** | John Bogdanov |
| **Cc:** | Sylvie Kern; laurenrussell@tatp.com; Mario N. Alioto |
| **Subject:** | CRT/Research re Thomson |
| **Attachments:** | Final IPP Motion for Leave to Amend Complaint 8.22.12.pdf; Clean Proposed Fourth CAC.pdf; Thomson Opp to Mtn to Amend.pdf; CRT Conspiracy Meetings Grid 2012_09_03.xlsx |

| | |
|---|---|
| **Importance:** | High |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Hi John,

I have a research project/doc review project that I'm hoping you can help with.

As you may be aware, we recently filed a motion to amend to add Thomson, Mitsubishi and Videocon as defendants. ███████████████████████████████████████████████████████

███████████████████████████████████████████████████████ We would like to moot these arguments by showing that the court has personal jurisdiction over Thomson S.A.  We would like you to see if you can find us some evidence on this.

███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████

███████████████████████████████████████████████████████
███████████████████████████████████████████████████████

Thanks!

Lauren

Lauren C. Russell
Attorney at Law
Trump, Alioto, Trump & Prescott, LLP
2280 Union Street
San Francisco, CA 94123

Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: laurenrussell@tatp.com

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by e-mail and delete the message and any attachments.

# EXHIBIT 11

**John Bogdanov**

| | |
|---|---|
| **From:** | Lauren Capurro (Russell) <LaurenRussell@tatp.com> |
| **Sent:** | Tuesday, February 12, 2013 11:49 AM |
| **To:** | Bob Gralewski; Ike Diel; Demetrius Lambrinos; Brian S. Umpierre; Brian Cullen; Jennie Lee Anderson; Jennifer Rosenberg; dbirkhaeuser@bramsonplutzik.com; John Bogdanov; Shinae Kim-Helms; akikuchi@kmllp.com; Jessica Moy; Thomas Palumbo; Sylvie Kern |
| **Cc:** | ncihlar@straus-boies.com |
| **Subject:** | CRT/Call re Deposition Prep Protocol, Tomorrow at 12:00 pm Pacific |
| **Importance:** | High |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Hello Everyone:

Now that merit depositions are underway, we would like to have a call with team leaders ███████████████ ██████ regarding some modifications to the deposition preparation protocols that are currently in place. ██████████ ████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

█ ██████████████████████████████████████

English team leaders responsible for a deponent will now be primarily responsible for drafting memoranda explaining the role of the deponent (i.e. background memoranda) as well as outlining the best documents found for use at deposition (i.e. preparation memoranda). ████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████ the English team leaders will be responsible for preparing a full preparation memoranda detailing, *inter alia*, the role of the deponent, their background, documents for use in deposition, etc. ████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████████████



4. ███████████████████████████████████████████████
████████████████████████████████████████████

In short, we need the English team leaders to take responsibility for overseeing and coordinating the preparation for your team's assigned deponent.  We believe this is necessary to ensure there is better communication among the English review team leader, the foreign review team and the deposition taking team, and to ensure that things don't fall through the cracks.   We also believe these changes will both help to reduce the burden on our foreign review team ██
████████████████████████████████████████████████
████████████

███████████████████████████████████████

Best,

Lauren

Lauren C. Capurro (Russell)
Attorney at Law
Trump, Alioto, Trump & Prescott, LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: laurenrussell@tatp.com

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by e-mail and delete the message and any attachments.

# EXHIBIT 12

## John Bogdanov

| | |
|---|---|
| **From:** | Lauren C. Russell <laurenrussell@tatp.com> |
| **Sent:** | Tuesday, March 26, 2013 8:42 PM |
| **To:** | John Bogdanov |
| **Cc:** | laurenrussell@tatp.com |
| **Subject:** | Re: CRT/Philips |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Thanks, John.  I thought I'd seen something somewhere about a Philips office in San Diego. That's great!

On Tue, 26 Mar 2013 17:22:42 -0700
 John Bogdanov <jdb@coopkirk.com> wrote:
> Lauren -
>



> John
>
>From: Lauren C. Russell [mailto:laurenrussell@tatp.com]
> Sent: Monday, March 25, 2013 12:46 PM
> To: John Bogdanov
> Cc: laurenrussell@tatp.com
> Subject: Re: CRT/Philips
>
> Hi John, this is excellent.  Thanks so much for being so
>thorough.

1



>
> On Thu, 21 Mar 2013 17:04:55 -0700
> John Bogdanov
><jdb@coopkirk.com<mailto:jdb@coopkirk.com>> wrote:
>> Lauren,
>>
>> Here is some additional information from which to pick
>>and choose.





>>
>> John D. Bogdanov
>> COOPER & KIRKHAM, P.C.
>> 357 Tehama Street, Second Floor
>> San Francisco, CA 94103
>> Telephone: 415-788-3030, Ext. 307
>>Facsimile: 415-882-7040
>> email:
>> jdb@coopkirk.com<mailto:jdb@coopkirk.com<mailto:jdb@coopkirk.com%3cmailto:jdb@coopkirk.com>>
>>
>> The information in this e-mail is confidential and may
>>contain attorney-client privileged information and/or
>>attorney work product and is intended solely for the
>>addressee(s). Access to this email by anyone else is
>>unauthorized. If you are not the intended recipient, any
>>disclosure, copying, distribution, or any use or reliance
>>on any information contained herein is strictly
>>prohibited. If you have received this message in error,
>>please notify the sender immediately and delete it.
>>
>>From: Lauren Capurro (Russell)
>>[mailto:LaurenRussell@tatp.com]
>> Sent: Thursday, March 21, 2013 11:24 AM
>> To: John Bogdanov
>> Subject: RE: CRT/Philips
>>
>> John, this is great.  Thanks so much!

>>
>> Lauren C. Capurro (Russell)
>> Attorney at Law
>> Trump, Alioto, Trump & Prescott, LLP
>> 2280 Union Street
>> San Francisco, CA 94123
>> Tel: (415) 563-7200
>>Fax: (415) 346-0679
>> E-mail:
>>laurenrussell@tatp.com<mailto:laurenrussell@tatp.com<mailto:laurenrussell@tatp.com%3cmailto:laurenrussell@tatp.c
om>>
>>
>> This message is sent my a law firm and may contain
>>information that is privileged or confidential.  If you
>>received this transmission in error, please notify the
>>sender by email and delete the message and any
>>attachments.
>>
>>From: John Bogdanov [mailto:jdb@coopkirk.com]
>> Sent: Thursday, March 21, 2013 9:08 AM
>> To: Lauren Capurro (Russell)
>> Subject: RE: CRT/Philips
>>
>> Hi Lauren,
>>
>> Here is a first installment of some quick facts.  There
>>is relevant information regarding each of the other
>>issues you note ███████████████████

[black redaction block]

>>
>> John
>>
>>From: Lauren Capurro (Russell)
>>[mailto:LaurenRussell@tatp.com]
>> Sent: Wednesday, March 20, 2013 12:42 PM
>> To: John Bogdanov
>> Cc:
>>laurenrussell@tatp.com<mailto:laurenrussell@tatp.com<mailto:laurenrussell@tatp.com%3cmailto:laurenrussell@tatp.c
om>>
>> Subject: CRT/Philips
>>
>> Hi John,
>>
>> I'm working on opposing the CA AG's motion for
>>preliminary approval of their settlement with Philips.  I
>>would like to be able to briefly state some facts
>>regarding Philips' market share and their role in the
>>conspiracy (e.g., how many meetings they attended,
>>attended meetings in the U.S., their leadership of the
>>meetings etc.) to show the Judge that the $500,000
>>settlement with Philips is inadequate.  If you have any
>>facts that would be useful to me, can you please shoot
>>them over?  Thanks.
>>
>> Lauren
>>
>> Lauren C. Capurro (Russell)
>> Attorney at Law
>> Trump, Alioto, Trump & Prescott, LLP
>> 2280 Union Street
>> San Francisco, CA 94123
>> Telephone: (415) 563-7200
>>Facsimile: (415) 346-0679
>> E-mail:
>>laurenrussell@tatp.com<mailto:laurenrussell@tatp.com<mailto:laurenrussell@tatp.com%3cmailto:laurenrussell@tatp.c
om>>
>>
>> This message is sent by a law firm and may contain
>>information that is privileged or confidential. If you
>>received this transmission in error, please notify the
>>sender by e-mail and delete the message and any
>>attachments.
>>
>>

# EXHIBIT 13

**John Bogdanov**

| | |
|---|---|
| **From:** | Lauren Capurro (Russell) <LaurenRussell@tatp.com> |
| **Sent:** | Wednesday, April 03, 2013 10:30 AM |
| **To:** | akikuchi@kmllp.com; Bob Gralewski; Brian Cullen; Brian S. Umpierre; dbirkhaeuser@bramsonplutzik.com; Ike Diel; Jennie Lee Anderson; Jennifer Rosenberg; Jessica Moy; Liz McKenna; Natalie Kabasakalian; ncihlar@straus-boies.com; Shinae Kim-Helms; Sylvie Kern; Thomas Palumbo; John Bogdanov; Demetrius Lambrinos |
| **Subject:** | RE: CRT/Deposition Preparation Coding Manual + Team Status |
| **Attachments:** | Depo Prep 03.26.2013.xlsx; CRT--IPP Deposition Prep Teams 4.1.13.doc |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Hello again,



Going forward, we will be expecting you, as the team leaders for your defendants, to be making recommendations to Nate & I regarding which deponents your team should work on next.

Lauren

Lauren C. Capurro (Russell)
Attorney at Law
Trump, Alioto, Trump & Prescott, LLP
2280 Union Street

San Francisco, CA 94123
Tel: (415) 563-7200
Fax: (415) 346-0679
E-mail: laurenrussell@tatp.com

This message is sent my a law firm and may contain information that is privileged or confidential.  If you received this transmission in error, please notify the sender by email and delete the message and any attachments.

**From:** Lauren Capurro (Russell) [mailto:LaurenRussell@tatp.com]
**Sent:** Monday, April 01, 2013 2:36 PM
**To:** akikuchi@kmllp.com; Bob Gralewski; Brian Cullen (bwc@classcounsel.com); Brian S. Umpierre; dbirkhaeuser@bramsonplutzik.com; Ike Diel; Jennie Lee Anderson; Jennifer Rosenberg; Jessica Moy (jessica.moy@andrusanderson.com); Liz McKenna; Natalie Kabasakalian; ncihlar@straus-boies.com; Shinae Kim-Helms (Skimhelms@straus-boies.com); Sylvie Kern (sylviekern@yahoo.com); Thomas Palumbo (tpalumbo@straus-boies.com)
**Subject:** CRT/Deposition Preparation Coding Manual + Team Status



Lauren C. Capurro (Russell)
Attorney at Law
Trump, Alioto, Trump & Prescott, LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: laurenrussell@tatp.com

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by e-mail and delete the message and any attachments.

# EXHIBIT 14

**John Bogdanov**

| | |
|---|---|
| **From:** | Lauren Capurro (Russell) <LaurenRussell@tatp.com> |
| **Sent:** | Wednesday, April 10, 2013 7:54 AM |
| **To:** | 'Anne Nardacci' |
| **Cc:** | John Bogdanov |
| **Subject:** | RE: CRT -- Chunghwa / Tatung Discovery |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Hi Anne,

██████████████████████████████████████ I've copied John
Bogdanov, who is the team leader for Philips and who has led our discovery negotiations with Philips for the last few
years. ███████████████████████████████████

Lauren

Lauren C. Capurro (Russell)
Attorney at Law
Trump, Alioto, Trump & Prescott, LLP
2280 Union Street
San Francisco, CA 94123
Tel: (415) 563-7200
Fax: (415) 346-0679
E-mail: laurenrussell@tatp.com

This message is sent my a law firm and may contain information that is privileged or confidential.  If you
received this transmission in error, please notify the sender by email and delete the message and any
attachments.

**From:** Anne Nardacci [mailto:anardacci@BSFLLP.com]
**Sent:** Tuesday, April 02, 2013 6:35 PM
**To:** 'Lauren Capurro (Russell)'
**Subject:** RE: CRT -- Chunghwa / Tatung Discovery

████████████████████████████████████████████████
█████████████████████████████

-----Original Message-----
**From:** Lauren Capurro (Russell) [LaurenRussell@tatp.com]
**Sent:** Tuesday, April 02, 2013 05:26 PM Eastern Standard Time
**To:** Anne Nardacci
**Subject:** RE: CRT -- Chunghwa / Tatung Discovery





Lauren C. Capurro (Russell)
Attorney at Law
Trump, Alioto, Trump & Prescott, LLP
2280 Union Street
San Francisco, CA 94123
Tel: (415) 563-7200
Fax: (415) 346-0679
E-mail: laurenrussell@tatp.com

This message is sent my a law firm and may contain information that is privileged or confidential.  If you received this transmission in error, please notify the sender by email and delete the message and any attachments.

**From:** Anne Nardacci [mailto:anardacci@BSFLLP.com]
**Sent:** Tuesday, April 02, 2013 10:57 AM
**To:** 'Lauren Capurro (Russell)'
**Subject:** RE: CRT -- Chunghwa / Tatung Discovery

**From:** Lauren Capurro (Russell) [mailto:LaurenRussell@tatp.com]
**Sent:** Tuesday, April 02, 2013 1:57 PM
**To:** Anne Nardacci
**Subject:** RE: CRT -- Chunghwa / Tatung Discovery

Lauren C. Capurro (Russell)
Attorney at Law
Trump, Alioto, Trump & Prescott, LLP
2280 Union Street
San Francisco, CA 94123

Tel: (415) 563-7200
Fax: (415) 346-0679
E-mail: laurenrussell@tatp.com

This message is sent my a law firm and may contain information that is privileged or confidential.  If you received this transmission in error, please notify the sender by email and delete the message and any attachments.

**From:** Anne Nardacci [mailto:anardacci@BSFLLP.com]
**Sent:** Monday, April 01, 2013 3:01 PM
**To:** 'Lauren Capurro (Russell)'
**Subject:** RE: CRT -- Chunghwa / Tatung Discovery

██████████████

**From:** Lauren Capurro (Russell) [mailto:LaurenRussell@tatp.com]
**Sent:** Monday, April 01, 2013 5:57 PM
**To:** Anne Nardacci
**Subject:** RE: CRT -- Chunghwa / Tatung Discovery

████████████████████████

████

████

Lauren C. Capurro (Russell)
Attorney at Law
Trump, Alioto, Trump & Prescott, LLP
2280 Union Street
San Francisco, CA 94123
Tel: (415) 563-7200
Fax: (415) 346-0679
E-mail: laurenrussell@tatp.com

This message is sent my a law firm and may contain information that is privileged or confidential.  If you received this transmission in error, please notify the sender by email and delete the message and any attachments.

**From:** Anne Nardacci [mailto:anardacci@BSFLLP.com]
**Sent:** Monday, April 01, 2013 2:50 PM
**To:** 'Lauren Capurro (Russell)'; 'Nathan Cihlar'
**Cc:** Kyle Smith
**Subject:** RE: CRT -- Chunghwa / Tatung Discovery

████████████████████████████████████████████████████

**From:** Lauren Capurro (Russell) [mailto:LaurenRussell@tatp.com]
**Sent:** Monday, April 01, 2013 5:47 PM
**To:** Anne Nardacci; 'Nathan Cihlar'

**Cc:** Kyle Smith
**Subject:** RE: CRT -- Chunghwa / Tatung Discovery

████████████████████████████████████████████████████████
████████████████████████████████

Lauren

Lauren C. Capurro (Russell)
Attorney at Law
Trump, Alioto, Trump & Prescott, LLP
2280 Union Street
San Francisco, CA 94123
Tel: (415) 563-7200
Fax: (415) 346-0679
E-mail: laurenrussell@tatp.com

This message is sent my a law firm and may contain information that is privileged or confidential.  If you
received this transmission in error, please notify the sender by email and delete the message and any
attachments.

**From:** Anne Nardacci [mailto:anardacci@BSFLLP.com]
**Sent:** Monday, April 01, 2013 12:22 PM
**To:** 'Lauren Capurro (Russell)'; 'Nathan Cihlar'
**Cc:** Kyle Smith
**Subject:** RE: CRT -- Chunghwa / Tatung Discovery

████████████████████████████████████████████████████████
████████████████████████████████████████████████████████

████████████████████

**From:** Lauren Capurro (Russell) [mailto:LaurenRussell@tatp.com]
**Sent:** Monday, April 01, 2013 3:02 PM
**To:** Anne Nardacci; 'Nathan Cihlar'
**Cc:** Kyle Smith
**Subject:** RE: CRT -- Chunghwa / Tatung Discovery

████████

████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████

████████████████████████████████████████████████████████

███████████████████████████████

Best,

Lauren

Lauren C. Capurro (Russell)
Attorney at Law
Trump, Alioto, Trump & Prescott, LLP
2280 Union Street
San Francisco, CA 94123
Tel: (415) 563-7200
Fax: (415) 346-0679
E-mail: laurenrussell@tatp.com

This message is sent my a law firm and may contain information that is privileged or confidential.  If you received this transmission in error, please notify the sender by email and delete the message and any attachments.

**From:** Anne Nardacci [mailto:anardacci@BSFLLP.com]
**Sent:** Monday, March 25, 2013 12:50 PM
**To:** Lauren Capurro (Russell); Nathan Cihlar
**Cc:** Kyle Smith
**Subject:** CRT -- Chunghwa / Tatung Discovery

████████████

███████████████████████████████

████████████████████

Anne Nardacci, Esq.
**Boies, Schiller & Flexner LLP**
10 North Pearl Street
Albany, New York 12207
(518) 434-0600
(518) 434-0665 (fax)
www.bsfllp.com

IRS Circular 230 disclosure:
To ensure compliance with requirements imposed by the IRS, unless we expressly state otherwise, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

# EXHIBIT 15

**John Bogdanov**

| | |
|---|---|
| **From:** | Lauren Capurro (Russell) <LaurenRussell@tatp.com> |
| **Sent:** | Wednesday, April 10, 2013 8:28 AM |
| **To:** | Karina Kosharskyy |
| **Cc:** | John Bogdanov; Bob Gralewski; ncihlar@straus-boies.com |
| **Subject:** | CRT/Philips Doc Review |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Hi Karina,

We'd like to move you to another team to work on preparing for some Philips depositions.  John Bogdanov, copied on this message, is the team leader for the Philips doc review team.  John has been working on Philips discovery issues since 2010, so he is very familiar with the players.  He will be in touch to get you started.

Best,

Lauren

Lauren C. Capurro (Russell)
Attorney at Law
Trump, Alioto, Trump & Prescott, LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: laurenrussell@tatp.com

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by e-mail and delete the message and any attachments.

# EXHIBIT 16

**John Bogdanov**

| | |
|---|---|
| **From:** | Lauren Capurro (Russell) <LaurenRussell@tatp.com> |
| **Sent:** | Thursday, April 11, 2013 2:23 PM |
| **To:** | dpritchard@vmbllp.com |
| **Cc:** | John Bogdanov; Brian S. Umpierre |
| **Subject:** | CRT/Philips & LGE Depositions |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Hi Diane,

I'm following up on my voicemail to you earlier today regarding Philips and LGE depositions.  I have copied John Bogdanov (Philips) and Brian Umpierre (LGE), who have been working on Philips and LGE discovery matters for some time and who are leading the document review teams in finding evidence for the depositions.  I think the first step should be for John and Brian to send you some background materials on each defendant, as well as a description of where we are in the process of scheduling depositions.  Once you've had a chance to review those materials, you can let us know if you have any questions and we can loop you in on all calls/emails related to the deposition preparations.

We look forward to working with you.

Best,

Lauren

Lauren C. Capurro (Russell)
Attorney at Law
Trump, Alioto, Trump & Prescott, LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: laurenrussell@tatp.com

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by e-mail and delete the message and any attachments.

# EXHIBIT 17

**John Bogdanov**

| | |
|---|---|
| **From:** | Lauren Capurro <LaurenRussell@tatp.com> |
| **Sent:** | Wednesday, June 19, 2013 7:50 PM |
| **To:** | John Bogdanov |
| **Subject:** | Fwd: CRT - Philips |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

████████████████████████████████Can you please review & let me know if
there look like there are issues with anything they withheld? Thanks.

Sent from my iPhone

Begin forwarded message:

> **From:** <charles.malaise@bakerbotts.com>
> **Date:** June 19, 2013, 6:12:50 PM PDT
> **To:** <jdb@coopkirk.com>
> **Cc:** <john.taladay@bakerbotts.com>, <erik.koons@bakerbotts.com>, <tiffany.gelott@bakerbotts.com>,
> <laurenrussell@tatp.com>
> **Subject: RE: CRT - Philips**
>
> John,
>
> ████████████████████████████████████████████
>
> ████████████████████████████████████████████
>
> Regards,
>
> **Charles Malaise**
> Associate | **Baker Botts L.L.P.**
> 1299 Pennsylvania Avenue, N.W.
> Washington, DC 20004-2400
> 202.639.1117 (direct)
> 202.585.1037 (fax)
> charles.malaise@bakerbotts.com
>
> ---
>
> **From:** John Bogdanov [mailto:jdb@coopkirk.com]
> **Sent:** Tuesday, June 18, 2013 5:38 PM
> **To:** Taladay, John
> **Cc:** Emanuelson, David; Malaise, Charles; Koons, Erik; Lauren Capurro (Russell)
> **Subject:** CRT - Philips
>
> ████





**John D. Bogdanov**
COOPER & KIRKHAM, P.C.
357 Tehama Street, Second Floor
San Francisco, CA 94103
Telephone: 415-788-3030, Ext. 307
Facsimile: 415-882-7040
email:  jdb@coopkirk.com

The information in this e-mail is confidential and may contain attorney-client privileged information and/or attorney work product and is intended solely for the addressee(s). Access to this email by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution, or any use or reliance on any information contained herein is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete it.

**Confidentiality Notice:** The information contained in this email and any attachments is intended only for the recipient[s] listed above and may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the recipient[s] listed above is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.

<2012.08.03 - Malaise Ltr to Plaintiffs re Supplemental Doc Production and Privilege Logs.pdf>

# EXHIBIT 18

**John Bogdanov**
_____

| | |
|---|---|
| **From:** | Lauren Capurro (Russell) <LaurenRussell@tatp.com> |
| **Sent:** | Wednesday, September 04, 2013 12:11 PM |
| **To:** | John Bogdanov |
| **Subject:** | FW: CRT/Opt out form for Ganz |
| **Attachments:** | EXCLUSION FORM.pdf |
| | |
| **Importance:** | High |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |


Hi John,

I'm sorry to be changing things up at the last minute, but we're thinking that it may be better to have Ganz opt out of the CA AG's settlement and attempt to opt out the entire class.  To that end, can you please complete the attached form, have Mr. Ganz sign it & return it to me by tomorrow?  We will need to mail it on Friday.  Let me know if you have any questions. Thanks!

Lauren

Lauren C. Capurro (Russell)
Attorney at Law
Trump, Alioto, Trump & Prescott, LLP
2280 Union Street
San Francisco, CA 94123
Tel: (415) 563-7200
Direct line: (415) 447-1496
Cell: (415) 860-5051
Fax: (415) 346-0679
E-mail: laurenrussell@tatp.com

This message is sent by a law firm and may contain information that is privileged or confidential.  If you received this transmission in error, please notify the sender by email and delete the message and any attachments.

**From:** Sylvie Kern [mailto:sylviekern@yahoo.com]
**Sent:** Tuesday, September 03, 2013 11:28 PM
**To:** Lauren Capurro; Joe Patane
**Subject:** Re: CRT/Opt out form for Ganz


Sylvie K. Kern
KAG Law Group
P.O. Box 210135
San Francisco, CA 94121
(415) 221-5763
www.antitrustglobal.com

This email may contain confidential and privileged material for the sole use of the intended recipient. Any review or distribution by others is strictly prohibited. If you are not the intended recipient please contact the sender and delete all copies.

**From:** Lauren Capurro <LaurenRussell@tatp.com>
**To:** Joe Patane <jpatane@tatp.com>
**Cc:** "Sylvie Kern >" <sylviekern@yahoo.com>
**Sent:** Tuesday, September 3, 2013 10:57 PM
**Subject:** Re: CRT/Opt out form for Ganz

███████████████████████████████

Sent from my iPhone

On Sep 3, 2013, at 10:27 PM, Joe Patane <jpatane@tatp.com> wrote:

> ███████████████████████████████████
>
> Sent from my iPhone.
>
> On Sep 3, 2013, at 9:43 PM, "Lauren Capurro \(Russell\)" <LaurenRussell@tatp.com> wrote:
>
>> ██████
>>
>> ███████████████████████████
>>
>> ██████
>>
>> Lauren C. Capurro (Russell)
>> Attorney at Law
>> Trump, Alioto, Trump & Prescott, LLP
>> 2280 Union Street
>> San Francisco, CA 94123
>> Tel: (415) 563-7200
>> Direct line: (415) 447-1496
>> Cell: (415) 860-5051
>> Fax: (415) 346-0679
>> E-mail: laurenrussell@tatp.com
>>
>> This message is sent by a law firm and may contain information that is privileged or confidential.  If you received this transmission in error, please notify the sender by email and delete the message and any attachments.

2

# EXHIBIT 19

**John Bogdanov**

| | |
|---|---|
| **From:** | Lauren Capurro (Russell) <LaurenRussell@tatp.com> |
| **Sent:** | Thursday, October 10, 2013 1:15 PM |
| **To:** | John Bogdanov |
| **Cc:** | Brian S. Umpierre; Diane Pritchard |
| **Subject:** | RE: CRT/Investigator to find former employees |
| **Attachments:** | MPA ISO Final Approval of Philips & CPT Settlements.pdf; OPPOSITION OF OBJECTOR JEFFREY FIGONE TO MOTION FOR FINAL APPROVAL OF PHILIPS SETTLEMENT [UNREDACTED].pdf |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |



Given Philips' recalcitrance during our custodian negotiations and the fact that we obviously couldn't trust their representations that there was no one else of interest, we need to review all Philips/LPD docs with a view to identifying potential witnesses/custodians that aren't on our custodian lists.

I'm copying Brian Umpierre here because I've piled a lot onto you in the last day or so and you're going to have a lot of work on Philips deps over the next few months, so I think it makes sense to bring Brian on board as your co-team leader for Philips/LPD.  Obviously Brian has a good background in LPD from the LG side of things.

Lauren

Lauren C. Capurro (Russell)
Attorney at Law
Trump, Alioto, Trump & Prescott, LLP
2280 Union Street
San Francisco, CA 94123
Tel: (415) 563-7200
Direct line: (415) 447-1496

Cell: (415) 860-5051

Fax: (415) 346-0679

E-mail: laurenrussell@tatp.com

This message is sent by a law firm and may contain information that is privileged or confidential.  If you received this transmission in error, please notify the sender by email and delete the message and any attachments.

**From:** John Bogdanov [mailto:jdb@coopkirk.com]
**Sent:** Thursday, October 10, 2013 11:38 AM
**To:** Lauren Capurro (Russell)
**Subject:** RE: CRT/Investigator to find former employees

█████████████████████████████████████████████████████████████

**John D. Bogdanov**
COOPER & KIRKHAM, P.C.
357 Tehama Street, Second Floor
San Francisco, CA 94103
Telephone: 415-788-3030, Ext. 307
Facsimile: 415-882-7040
email:  jdb@coopkirk.com

The information in this e-mail is confidential and may contain attorney-client privileged information and/or attorney work product and is intended solely for the addressee(s). Access to this email by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution, or any use or reliance on any information contained herein is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete it.

**From:** Lauren Capurro (Russell) [mailto:LaurenRussell@tatp.com]
**Sent:** Thursday, October 10, 2013 11:20 AM
**To:** John Bogdanov
**Subject:** RE: CRT/Investigator to find former employees

█████████████████████████████████████████████████████████

Lauren C. Capurro (Russell)
Attorney at Law
Trump, Alioto, Trump & Prescott, LLP
2280 Union Street
San Francisco, CA 94123
Tel: (415) 563-7200
Direct line: (415) 447-1496
Cell: (415) 860-5051
Fax: (415) 346-0679
E-mail: laurenrussell@tatp.com

This message is sent by a law firm and may contain information that is privileged or confidential.  If you received this transmission in error, please notify the sender by email and delete the message and any attachments.

**From:** John Bogdanov [mailto:jdb@coopkirk.com]
**Sent:** Thursday, October 10, 2013 11:13 AM
**To:** Lauren Capurro (Russell)
**Subject:** RE: CRT/Investigator to find former employees

[REDACTED]

**John D. Bogdanov**
COOPER & KIRKHAM, P.C.
357 Tehama Street, Second Floor
San Francisco, CA 94103
Telephone: 415-788-3030, Ext. 307
Facsimile: 415-882-7040
email:  jdb@coopkirk.com

The information in this e-mail is confidential and may contain attorney-client privileged information and/or attorney work product and is intended solely for the addressee(s). Access to this email by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution, or any use or reliance on any information contained herein is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete it.

**From:** Lauren Capurro (Russell) [mailto:LaurenRussell@tatp.com]
**Sent:** Thursday, October 10, 2013 10:58 AM
**To:** John Bogdanov
**Subject:** RE: CRT/Investigator to find former employees

[REDACTED]

Lauren C. Capurro (Russell)
Attorney at Law
Trump, Alioto, Trump & Prescott, LLP
2280 Union Street
San Francisco, CA 94123
Tel: (415) 563-7200
Direct line: (415) 447-1496
Cell: (415) 860-5051
Fax: (415) 346-0679
E-mail: laurenrussell@tatp.com

This message is sent by a law firm and may contain information that is privileged or confidential.  If you received this transmission in error, please notify the sender by email and delete the message and any attachments.

**From:** John Bogdanov [mailto:jdb@coopkirk.com]
**Sent:** Thursday, October 10, 2013 10:24 AM
**To:** Lauren Capurro (Russell)
**Subject:** RE: CRT/Investigator to find former employees

[REDACTED]



**John D. Bogdanov**
COOPER & KIRKHAM, P.C.
357 Tehama Street, Second Floor
San Francisco, CA 94103
Telephone: 415-788-3030, Ext. 307
Facsimile: 415-882-7040
email:  jdb@coopkirk.com

The information in this e-mail is confidential and may contain attorney-client privileged information and/or attorney work product and is intended solely for the addressee(s). Access to this email by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution, or any use or reliance on any information contained herein is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete it.

**From:** Lauren Capurro (Russell) [mailto:LaurenRussell@tatp.com]
**Sent:** Wednesday, October 09, 2013 4:27 PM
**To:** John Bogdanov
**Subject:** RE: CRT/Investigator to find former employees



Lauren

Lauren C. Capurro (Russell)
Attorney at Law
Trump, Alioto, Trump & Prescott, LLP
2280 Union Street

San Francisco, CA 94123
Tel: (415) 563-7200
Direct line: (415) 447-1496
Cell: (415) 860-5051
Fax: (415) 346-0679
E-mail: laurenrussell@tatp.com

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by email and delete the message and any attachments.

**From:** John Bogdanov [mailto:jdb@coopkirk.com]
**Sent:** Wednesday, October 09, 2013 11:54 AM
**To:** Lauren Capurro (Russell)
**Subject:** RE: CRT/Investigator to find former employees



**John D. Bogdanov**
COOPER & KIRKHAM, P.C.
357 Tehama Street, Second Floor
San Francisco, CA 94103
Telephone: 415-788-3030, Ext. 307
Facsimile: 415-882-7040
email: jdb@coopkirk.com

The information in this e-mail is confidential and may contain attorney-client privileged information and/or attorney work product and is intended solely for the addressee(s). Access to this email by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution, or any use or reliance on any information contained herein is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete it.

**From:** Lauren Capurro (Russell) [mailto:LaurenRussell@tatp.com]
**Sent:** Tuesday, October 08, 2013 5:14 PM
**To:** John Bogdanov
**Subject:** RE: CRT/Investigator to find former employees

Lauren C. Capurro (Russell)
Attorney at Law
Trump, Alioto, Trump & Prescott, LLP

2280 Union Street
San Francisco, CA 94123
Tel: (415) 563-7200
Direct line: (415) 447-1496
Cell: (415) 860-5051
Fax: (415) 346-0679
E-mail: laurenrussell@tatp.com

This message is sent by a law firm and may contain information that is privileged or confidential.  If you
received this transmission in error, please notify the sender by email and delete the message and any
attachments.

**From:** John Bogdanov [mailto:jdb@coopkirk.com]
**Sent:** Tuesday, October 08, 2013 4:22 PM
**To:** Lauren Capurro (Russell)
**Subject:** RE: CRT/Investigator to find former employees



**John D. Bogdanov**
COOPER & KIRKHAM, P.C.
357 Tehama Street, Second Floor
San Francisco, CA 94103
Telephone: 415-788-3030, Ext. 307
Facsimile: 415-882-7040
email:  jdb@coopkirk.com

The information in this e-mail is confidential and may contain attorney-client privileged information and/or attorney work product and is intended solely for the addressee(s).
Access to this email by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution, or any use or reliance on any information
contained herein is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete it.

**From:** Lauren Capurro (Russell) [mailto:LaurenRussell@tatp.com]
**Sent:** Tuesday, October 08, 2013 3:09 PM
**To:** John Bogdanov
**Subject:** RE: CRT/Investigator to find former employees

████████████████████████████████████████████████████

Lauren C. Capurro (Russell)
Attorney at Law
Trump, Alioto, Trump & Prescott, LLP
2280 Union Street
San Francisco, CA 94123
Tel: (415) 563-7200
Direct line: (415) 447-1496
Cell: (415) 860-5051
Fax: (415) 346-0679
E-mail: laurenrussell@tatp.com

This message is sent by a law firm and may contain information that is privileged or confidential.  If you received this transmission in error, please notify the sender by email and delete the message and any attachments.

**From:** John Bogdanov [mailto:jdb@coopkirk.com]
**Sent:** Wednesday, September 25, 2013 4:26 PM
**To:** Jennie Anderson; Nathan Cihlar; Lauren Capurro (Russell)
**Cc:** dbirkhaeuser@bramsonplutzik.com; Jennifer Rosenberg; Demetrius X. Lambrinos; Brian S. Umpierre; Bob Gralewski
**Subject:** RE: CRT/Investigator to find former employees

████████████████████████████████████████████

John D. Bogdanov
COOPER & KIRKHAM, P.C.
357 Tehama Street, Second Floor
San Francisco, CA 94103
Telephone: 415-788-3030, Ext. 307
Facsimile: 415-882-7040
email:  jdb@coopkirk.com

The information in this e-mail is confidential and may contain attorney-client privileged information and/or attorney work product and is intended solely for the addressee(s). Access to this email by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution, or any use or reliance on any information contained herein is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete it.

**From:** Jennie Anderson [mailto:jennie@andrusanderson.com]
**Sent:** Wednesday, September 25, 2013 1:12 PM
**To:** Nathan Cihlar; Lauren Capurro (Russell)
**Cc:** dbirkhaeuser@bramsonplutzik.com; Jennifer Rosenberg; Demetrius X. Lambrinos; John Bogdanov; Brian S. Umpierre; Bob Gralewski
**Subject:** RE: CRT/Investigator to find former employees

████████████████████████████████████████████████████   █

**From:** Nathan Cihlar [mailto:ncihlar@straus-boies.com]
**Sent:** Wednesday, September 25, 2013 11:04 AM
**To:** Lauren Capurro (Russell); Jennie Anderson
**Cc:** dbirkhaeuser@bramsonplutzik.com; 'Jennifer Rosenberg'; 'Demetrius X. Lambrinos'; 'John Bogdanov'; Brian S. Umpierre; Bob Gralewski
**Subject:** RE: CRT/Investigator to find former employees

██████

████████████████████████████████████████████████████████

██

**From:** Lauren Capurro (Russell) [mailto:LaurenRussell@tatp.com]
**Sent:** Monday, September 23, 2013 7:30 PM
**To:** 'Jennie Anderson'
**Cc:** dbirkhaeuser@bramsonplutzik.com; 'Jennifer Rosenberg'; 'Demetrius X. Lambrinos'; Nathan Cihlar; 'John Bogdanov'; Brian S. Umpierre; Bob Gralewski
**Subject:** RE: CRT/Investigator to find former employees
**Importance:** High

█████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████

████

Lauren C. Capurro (Russell)
Attorney at Law
Trump, Alioto, Trump & Prescott, LLP
2280 Union Street
San Francisco, CA 94123
Tel: (415) 563-7200
Direct line: (415) 447-1496
Cell: (415) 860-5051
Fax: (415) 346-0679
E-mail: laurenrussell@tatp.com

This message is sent by a law firm and may contain information that is privileged or confidential.  If you received this transmission in error, please notify the sender by email and delete the message and any attachments.

**From:** Jennie Anderson [mailto:jennie@andrusanderson.com]
**Sent:** Monday, September 23, 2013 3:45 PM

**To:** Lauren Capurro (Russell)
**Cc:** dbirkhaeuser@bramsonplutzik.com; Jennifer Rosenberg; Demetrius X. Lambrinos; ncihlar@straus-boies.com
**Subject:** RE: CRT/Investigator to find former employees



**From:** Lauren Capurro (Russell) [mailto:LaurenRussell@tatp.com]
**Sent:** Wednesday, September 18, 2013 5:50 PM
**To:** Jennie Anderson
**Cc:** dbirkhaeuser@bramsonplutzik.com; Jennifer Rosenberg; Demetrius X. Lambrinos; ncihlar@straus-boies.com
**Subject:** CRT/Investigator to find former employees



Lauren
Lauren C. Capurro (Russell)
Attorney at Law
Trump, Alioto, Trump & Prescott, LLP
2280 Union Street
San Francisco, CA 94123
Tel: (415) 563-7200
Direct line: (415) 447-1496
Cell: (415) 860-5051
Fax: (415) 346-0679
E-mail: laurenrussell@tatp.com


This message is sent by a law firm and may contain information that is privileged or confidential.  If you received this transmission in error, please notify the sender by email and delete the message and any attachments.


=========================================
DISCLAIMER: This electronic message transmission contains information from the law offices of Straus & Boies, LLP and may contain confidential and/or privileged information. If you are not the intended recipient, please be aware that any review, reproduction, dissemination or other use of the contents is prohibited. If you have received this transmission in error, please delete it from your system immediately and notify the sender via return email or by calling (703)764-8700.

**EXHIBIT 20**

**John Bogdanov**
_____

| | |
|---|---|
| **From:** | Lauren Capurro (Russell) <LaurenRussell@tatp.com> |
| **Sent:** | Wednesday, November 06, 2013 10:09 AM |
| **To:** | John Bogdanov; 'Veronica Besmer' |
| **Cc:** | 'Brian S. Umpierre' |
| **Subject:** | RE: CRT/Philips memos |
| **Attachments:** | ████████████████████████████████████████████ |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Hi John, thanks for your detailed response. ████████████████████████

████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████

████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████

Lauren C. Capurro (Russell)
Attorney at Law
Trump, Alioto, Trump & Prescott, LLP
2280 Union Street
San Francisco, CA 94123
Tel: (415) 563-7200
Direct line: (415) 447-1496
Cell: (415) 860-5051
Fax: (415) 346-0679
E-mail: laurenrussell@tatp.com

This message is sent by a law firm and may contain information that is privileged or confidential.  If you
received this transmission in error, please notify the sender by email and delete the message and any
attachments.
_____

**From:** John Bogdanov [mailto:jdb@coopkirk.com]
**Sent:** Tuesday, November 05, 2013 4:59 PM
**To:** Lauren Capurro (Russell); Veronica Besmer
**Cc:** Brian S. Umpierre
**Subject:** RE: CRT/Philips memos

Lauren,

████████████████████████████████████████████



Thanks,
John

**John D. Bogdanov**
COOPER & KIRKHAM, P.C.
357 Tehama Street, Second Floor
San Francisco, CA 94103
Telephone: 415-788-3030, Ext. 307
Facsimile: 415-882-7040
email:  jdb@coopkirk.com

The information in this e-mail is confidential and may contain attorney-client privileged information and/or attorney work product and is intended solely for the addressee(s). Access to this email by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution, or any use or reliance on any information contained herein is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete it.

**From:** Lauren Capurro (Russell)  [mailto:LaurenRussell@tatp.com]
**Sent:** Tuesday, November 05, 2013 2:57 PM
**To:** John Bogdanov; Veronica Besmer
**Cc:** Brian S. Umpierre
**Subject:** CRT/Philips memos

Hi John & Brian,



Lauren

Lauren C. Capurro (Russell)
Attorney at Law
Trump, Alioto, Trump & Prescott, LLP
2280 Union Street
San Francisco, CA 94123
Tel: (415) 563-7200
Direct line: (415) 447-1496
Cell: (415) 860-5051
Fax: (415) 346-0679
E-mail: laurenrussell@tatp.com

This message is sent by a law firm and may contain information that is privileged or confidential.  If you received this transmission in error, please notify the sender by email and delete the message and any attachments.

# EXHIBIT 21

**John Bogdanov**

| | |
|---|---|
| **From:** | Lauren Capurro (Russell) <LaurenRussell@tatp.com> |
| **Sent:** | Wednesday, November 13, 2013 4:43 PM |
| **To:** | John Bogdanov |
| **Cc:** | 'Diane Pritchard' |
| **Subject:** | RE: CRTs - Deposition Notices for Leo Mink and Kris Mortier |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Thanks, John. I really appreciate the quick turnaround. It sounds like we would want to depose Mortier. ███

██████████████████████████████████████████████████████
██████████████████████████████████████████████████████

Lauren C. Capurro (Russell)
Attorney at Law
Trump, Alioto, Trump & Prescott, LLP
2280 Union Street
San Francisco, CA 94123
Tel: (415) 563-7200
Direct line: (415) 447-1496
Cell: (415) 860-5051
Fax: (415) 346-0679
E-mail: laurenrussell@tatp.com

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by email and delete the message and any attachments.

**From:** John Bogdanov [mailto:jdb@coopkirk.com]
**Sent:** Wednesday, November 13, 2013 4:26 PM
**To:** Lauren Capurro (Russell)
**Cc:** Diane Pritchard
**Subject:** RE: CRTs - Deposition Notices for Leo Mink and Kris Mortier







John

**John D. Bogdanov**
COOPER & KIRKHAM, P.C.
357 Tehama Street, Second Floor
San Francisco, CA 94103
Telephone: 415-788-3030, Ext. 307
Facsimile: 415-882-7040
email:  jdb@coopkirk.com

The information in this e-mail is confidential and may contain attorney-client privileged information and/or attorney work product and is intended solely for the addressee(s). Access to this email by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution, or any use or reliance on any information contained herein is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete it.

**From:** Lauren Capurro (Russell) [mailto:LaurenRussell@tatp.com]
**Sent:** Wednesday, November 13, 2013 3:46 PM
**To:** John Bogdanov
**Cc:** Diane Pritchard
**Subject:** FW: CRTs - Deposition Notices for Leo Mink and Kris Mortier

Hi John – what do we have on Mortier?  Is he worth deposing?  Thanks.

Lauren C. Capurro (Russell)
Attorney at Law
Trump, Alioto, Trump & Prescott, LLP
2280 Union Street
San Francisco, CA 94123
Tel: (415) 563-7200
Direct line: (415) 447-1496
Cell: (415) 860-5051
Fax: (415) 346-0679
E-mail: laurenrussell@tatp.com

This message is sent by a law firm and may contain information that is privileged or confidential.  If you received this transmission in error, please notify the sender by email and delete the message and any attachments.

**From:** Pamela Pham [mailto:Pamela.Pham@doj.ca.gov]
**Sent:** Wednesday, November 13, 2013 3:14 PM
**To:** Lauren Capurro (Russell); 'Casselman, Jill S.'; 'Kent, Matthew'; 'Bernstein, Debra'; 'Anne Nardacci'; 'Heaven, Astor'
**Cc:** rick@saveri.com; Emilio Varanini; Nicole Gordon; malioto@tatp.com; 'Diane Pritchard'; 'John Bogdanov'
**Subject:** RE: CRTs - Deposition Notices for Leo Mink and Kris Mortier





Pamela Pham
Deputy Attorney General
State of California Department of Justice
Office of the Attorney General
455 Golden Gate Avenue, 11th Floor
San Francisco, California 94102
Telephone:  (415) 703-5607
Email:  Pamela.Pham@doj.ca.gov

**From:** Emilio Varanini
**Sent:** Wednesday, October 23, 2013 2:00 PM
**To:** Lauren Capurro (Russell); Pamela Pham; 'Casselman, Jill S.'; 'Kent, Matthew'; 'Bernstein, Debra'; 'Anne Nardacci'; 'Heaven, Astor'; rick@saveri.com
**Cc:** malioto@tatp.com; 'Diane Pritchard'; 'John Bogdanov'; Nicole Gordon
**Subject:** RE: CRTs - Deposition Notices for Leo Mink and Kris Mortier



**From:** Lauren Capurro (Russell) [LaurenRussell@tatp.com]
**Sent:** Tuesday, October 22, 2013 5:10 PM
**To:** Pamela Pham; Emilio Varanini; 'Casselman, Jill S.'; 'Kent, Matthew'; 'Bernstein, Debra'; 'Anne Nardacci'; 'Heaven, Astor'; rick@saveri.com
**Cc:** malioto@tatp.com; 'Diane Pritchard'; 'John Bogdanov'; Nicole Gordon
**Subject:** RE: CRTs - Deposition Notices for Leo Mink and Kris Mortier



Lauren C. Capurro (Russell)
Attorney at Law
Trump, Alioto, Trump & Prescott, LLP
2280 Union Street
San Francisco, CA 94123
Tel: (415) 563-7200
Direct line: (415) 447-1496
Cell: (415) 860-5051
Fax: (415) 346-0679
E-mail: laurenrussell@tatp.com

This message is sent by a law firm and may contain information that is privileged or confidential.  If you received this transmission in error, please notify the sender by email and delete the message and any attachments.

**From:** Pamela Pham [mailto:Pamela.Pham@doj.ca.gov]
**Sent:** Tuesday, October 22, 2013 1:25 PM
**To:** Emilio Varanini; Lauren Capurro (Russell); Casselman, Jill S.; Kent, Matthew; Bernstein, Debra; Anne Nardacci; Heaven, Astor; rick@saveri.com
**Cc:** malioto@tatp.com; Diane Pritchard; 'John Bogdanov'; Nicole Gordon
**Subject:** RE: CRTs - Deposition Notices for Leo Mink and Kris Mortier

**From:** Pamela Pham
**Sent:** Friday, October 18, 2013 2:02 PM
**To:** Emilio Varanini; Lauren Capurro (Russell); Casselman, Jill S.; Kent, Matthew; Bernstein, Debra; Anne Nardacci; Heaven, Astor; rick@saveri.com
**Cc:** malioto@tatp.com; Diane Pritchard; 'John Bogdanov'; Nicole Gordon
**Subject:** CRTs - Deposition Notices for Leo Mink and Kris Mortier

Pamela Pham
Deputy Attorney General
State of California Department of Justice
Office of the Attorney General
455 Golden Gate Avenue, 11th Floor
San Francisco, California 94102
Telephone:  (415) 703-5607
Email:  Pamela.Pham@doj.ca.gov

**From:** Emilio Varanini
**Sent:** Friday, October 18, 2013 12:04 PM
**To:** Lauren Capurro (Russell); Casselman, Jill S.; Kent, Matthew; Bernstein, Debra; Anne Nardacci; Heaven, Astor; rick@saveri.com
**Cc:** malioto@tatp.com; Diane Pritchard; 'John Bogdanov'; Nicole Gordon; Pamela Pham
**Subject:** CRTs - Deposition of Jim Smith - Status and Proposed Conference Call

---

**From:** Lauren Capurro (Russell) [LaurenRussell@tatp.com]
**Sent:** Wednesday, October 09, 2013 3:23 PM
**To:** Casselman, Jill S.; Kent, Matthew; Bernstein, Debra; Anne Nardacci; Emilio Varanini; Heaven, Astor
**Cc:** malioto@tatp.com; Diane Pritchard; 'John Bogdanov'
**Subject:** CRT/Notice of Deposition of Wiebo Vaartjes

Lauren C. Capurro (Russell)
Attorney at Law
Trump, Alioto, Trump & Prescott, LLP
2280 Union Street
San Francisco, CA 94123
Tel: (415) 563-7200
Direct line: (415) 447-1496
Cell: (415) 860-5051
Fax: (415) 346-0679
E-mail: laurenrussell@tatp.com

This message is sent by a law firm and may contain information that is privileged or confidential.  If you received this transmission in error, please notify the sender by email and delete the message and any attachments.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

**EXHIBIT 22**

**John Bogdanov**

| | |
|---|---|
| **From:** | Sylvie Kern <sylviekern@yahoo.com> |
| **Sent:** | Tuesday, December 03, 2013 1:51 PM |
| **To:** | John Bogdanov |
| **Subject:** | Re: CRT-Philips Taiwan/Amazonia |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Thanks, John, I will take a look.

Sylvie K. Kern
KAG Law Group
P.O. Box 210135
San Francisco, CA 94121
(415) 221-5763
www.antitrustglobal.com

This email may contain confidential and privileged material for the sole use of the intended recipient. Any review or distribution by others is strictly prohibited.  If you are not the intended recipient please contact the sender and delete all copies.

**From:** John Bogdanov <jdb@coopkirk.com>
**To:** "Sylvie Kern (sylviekern@yahoo.com)" <sylviekern@yahoo.com>
**Sent:** Tuesday, December 3, 2013 1:43 PM
**Subject:** RE: CRT-Philips Taiwan/Amazonia

Sylvie,

1



Thanks,
John

**John D. Bogdanov**
COOPER & KIRKHAM, P.C.
357 Tehama Street, Second Floor
San Francisco, CA 94103
Telephone: 415-788-3030, Ext. 307
Facsimile: 415-882-7040
email:  jdb@coopkirk.com

The information in this e-mail is confidential and may contain attorney-client privileged information and/or attorney work product and is intended solely for the addressee(s). Access to this email by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution, or any use or reliance on any information contained herein is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete it.

**From:** Sylvie Kern [mailto:sylviekern@yahoo.com]
**Sent:** Monday, December 02, 2013 4:56 PM
**To:** John Bogdanov
**Subject:** Re: CRT-Philips Taiwan/Amazonia

████████████████████████████

Sylvie K. Kern
KAG Law Group
P.O. Box 210135
San Francisco, CA 94121
(415) 221-5763
http://www.antitrustglobal.com/

This email may contain confidential and privileged material for the sole use of the intended recipient. Any review or distribution by others is strictly prohibited.  If you are not the intended recipient please contact the sender and delete all copies.

**From:** John Bogdanov <jdb@coopkirk.com>
**To:** Sylvie Kern <sylviekern@yahoo.com>
**Sent:** Monday, December 2, 2013 4:51 PM
**Subject:** RE: CRT-Philips Taiwan/Amazonia

Sylvie – The coast is clear at present, depending on anything else related to the Philips depos.  How can I help?

John

**From:** Sylvie Kern [mailto:sylviekern@yahoo.com]
**Sent:** Monday, December 02, 2013 4:39 PM
**To:** John Bogdanov
**Subject:** CRT-Philips Taiwan/Amazonia

Hi John,

We need to find out what kinds of jurisdictional arguments these
entities made in motions to dismiss in the DAP actions. Are you available?
Fairly short fuse because of upcoming depositions.

Thanks,

Sylvie

Sylvie K. Kern
KAG Law Group
P.O. Box 210135
San Francisco, CA 94121
(415) 221-5763
http://www.antitrustglobal.com/


This email may contain confidential and privileged material for the sole
use of the intended recipient. Any review or distribution by others is strictly
prohibited.  If you are not the intended recipient please contact the sender
and delete all copies.

# EXHIBIT 23

**John Bogdanov**

| | |
|---|---|
| **From:** | Lauren Capurro (Russell) <LaurenRussell@tatp.com> |
| **Sent:** | Monday, December 23, 2013 1:45 PM |
| **To:** | Brian S. Umpierre; John Bogdanov; Veronica Besmer; ncihlar@straus-boies.com; Bob Gralewski; Ike Diel; dbirkhaeuser@bramsonplutzik.com; Jennifer Rosenberg; Jennie Lee Anderson; Sylvie Kern; 'Judith Zahid'; 'Qianwei Fu'; Brian Cullen; Diane Pritchard |
| **Subject:** | CRT/Liability memos |
| **Attachments:** | CRT Evidence Summary Template [final].docx; 2013-11-14 CRT Best Chunghwa Evidence Memo.docx; 2013-11-08 Summary of Hitachi Fact Discovery.DOCX; FW: Summary of Evidence to Date Against Panasonic/MTPD; (60712407)_(1)_PHILIPS Liability Evidence Summary Memo - DAP Group.DOCX; SDI Liability Evidence Summary.docx; Dell_CRT - Toshiba Evidence Module_1.DOC; (60713816)_(1)_LG Liability Evidence Summary Memo - DAP Group.DOCX; 20131101 Thomson Defendant Summary.docx; List of Issues in the Case docx--lcc redline.docx |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Hi Everyone,



I would like each of the defendant teams to work on the memo for your defendant(s) since you are the most familiar with the evidence. ████████████████████████████████████████████████ While your T1 reviewers may be able to help a bit in gathering the evidence, the selection of the best evidence for the memo will really be a job for the team leaders.  I realize that some of you have depositions coming up and may not have time to focus on this over the next few weeks.



Lauren

Lauren C. Capurro (Russell)
Attorney at Law
Trump, Alioto, Trump & Prescott, LLP
2280 Union Street
San Francisco, CA 94123
Tel: (415) 563-7200
Direct line: (415) 447-1496
Cell: (415) 860-5051
Fax: (415) 346-0679
E-mail: laurenrussell@tatp.com

This message is sent by a law firm and may contain information that is privileged or confidential.  If you received this transmission in error, please notify the sender by email and delete the message and any attachments.

# EXHIBIT 24

**John Bogdanov**

| | |
|---|---|
| **From:** | Sylvie Kern <sylviekern@yahoo.com> |
| **Sent:** | Wednesday, February 26, 2014 10:09 AM |
| **To:** | John Bogdanov |
| **Subject:** | PH Brazil |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Hi John, do we have any documents showing Philips Brazil sold to Sharp Mexico? Sorry if I asked before but I don't see anything on this in my file. Thanks!

Sylvie K. Kern
KAG Law Group
P.O. Box 210135
San Francisco, CA 94121
(415) 221-5763
www.antitrustglobal.com

This email may contain confidential and privileged material for the sole use of the intended recipient. Any review or distribution by others is strictly prohibited.  If you are not the intended recipient please contact the sender and delete all copies.

# EXHIBIT 25

**John Bogdanov**

| | |
|---|---|
| **From:** | Lauren Capurro (Russell) <LaurenRussell@tatp.com> |
| **Sent:** | Monday, June 23, 2014 8:44 PM |
| **To:** | Bob Gralewski; Sylvie Kern; John Bogdanov; Brian S. Umpierre |
| **Cc:** | ncihlar@straus-boies.com |
| **Subject:** | CRT/In-Person review of documents as potential trial exhibits and for authentication, week of 7/7/14 |

| | |
|---|---|
| **Importance:** | High |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Hi Everyone,

As you're all aware, we are working on coming up with a list of potential trial exhibits that we will send to the defendants and request that they stipulate to their authenticity as business records. ████████████████████ ████████████████████████████████████████████████ We would like the IPP review team to be the six people on this email. ████████████████████████████████████████████████ ████████████████

████████████████████████████████████████ ████████████████████████████████████

Lauren

Lauren C. Capurro (Russell)
Attorney at Law
Trump, Alioto, Trump & Prescott, LLP
2280 Union Street
San Francisco, CA 94123
Tel: (415) 563-7200
Direct line: (415) 447-1496
Cell: (415) 860-5051
Fax: (415) 346-0679
E-mail: laurenrussell@tatp.com

This message is sent by a law firm and may contain information that is privileged or confidential.  If you received this transmission in error, please notify the sender by email and delete the message and any attachments.

# EXHIBIT 26

**John Bogdanov**

| | |
|---|---|
| **From:** | Lauren Capurro (Russell) <LaurenRussell@tatp.com> |
| **Sent:** | Monday, July 21, 2014 8:55 PM |
| **To:** | 'Novak, Paul'; Wedgworth, Peggy; Tarnor, Nathaniel; Gregory Stamatopoulos |
| **Cc:** | John Bogdanov; Brian S. Umpierre |
| **Subject:** | CRT/Philips contention rogs |
| **Attachments:** | PHILIPS BEST EVIDENCE SUMMARY 20140507.docx; Memo Withdrawal Philips FINAL 20140630.doc-lcc comments.doc; All filed briefs.zip; Order Denying Philips MTD for Lack of PJ.pdf |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

██████████████████████████████████████████████████████████ John & Brian should be able to answer any questions you have.  I am also very familiar with the Philips evidence and can help if John & Brian are unavailable – there are several Philips/LPD depos over the next month or so that they are preparing for.

███████████████████████████████████████████████████████

Best,

Lauren

Lauren C. Capurro (Russell)
Attorney at Law
Trump, Alioto, Trump & Prescott, LLP
2280 Union Street
San Francisco, CA 94123
Tel: (415) 563-7200
Direct line: (415) 447-1496
Cell: (415) 860-5051
Fax: (415) 346-0679
E-mail: laurenrussell@tatp.com

This message is sent by a law firm and may contain information that is privileged or confidential.  If you received this transmission in error, please notify the sender by email and delete the message and any attachments.

**EXHIBIT 27**

**John Bogdanov**

| | |
|---|---|
| **From:** | Lauren Capurro (Russell) <LaurenRussell@tatp.com> |
| **Sent:** | Thursday, July 31, 2014 3:25 PM |
| **To:** | Jennie Lee Anderson; Sylvie Kern; Jennifer Rosenberg; dbirkhaeuser@bramsonplutzik.com; Natalie Kabasakalian; Shinae Kim-Helms; Bob Gralewski; Ike Diel; QFu@zelle.com; Brian Cullen; John Bogdanov; Brian S. Umpierre |
| **Cc:** | ncihlar@straus-boies.com; malioto@tatp.com |
| **Subject:** | CRT/Urgent Request for List of Important Current & Former Employees |
| **Attachments:** | CRT - Draft template RFAs on document authentication.docx-lcc comments.docx; CRT - Authenticity Stipulation (SDI) - Ex B.docx |
| **Importance:** | High |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Hi Everyone,

I need your help to get the attached RFA's finalized and serve them on defendants tomorrow. ██████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
██████████████████████  I'm sorry for the push but we must serve the RFA's tomorrow so that responses are due before the close of discovery.  Thank you in advance for your assistance.

Best,

Lauren

Lauren C. Capurro (Russell)
Attorney at Law
Trump, Alioto, Trump & Prescott, LLP
2280 Union Street
San Francisco, CA 94123
Tel: (415) 563-7200
Direct line: (415) 447-1496
Cell: (415) 860-5051
Fax: (415) 346-0679
E-mail: laurenrussell@tatp.com

This message is sent by a law firm and may contain information that is privileged or confidential.  If you received this transmission in error, please notify the sender by email and delete the message and any attachments.

# EXHIBIT 28

**John Bogdanov**

| | |
|---|---|
| **From:** | Lauren Capurro (Russell) <LaurenRussell@tatp.com> |
| **Sent:** | Thursday, July 31, 2014 9:10 PM |
| **To:** | 'Qianwei Fu'; 'Sylvie Kern'; ncihlar@straus-boies.com; 'Bob Gralewski'; 'Ike Diel'; John Bogdanov; 'Brian S. Umpierre' |
| **Subject:** | RE: CRT/Offensive discovery requests |
| **Attachments:** | IPP  1st Set of  Interrogatories to All Defendants.doc; IPP RFAs to Philips.doc |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Thanks to you all for stepping up. ███████████████████████████████████████
████████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████

Brian & John: I already took a quick look at the RFA's and they appear to need some work.  For example, I'm not sure why they've limited the RFA's to sales by PCEC.  Philips sold tubes to many other finished product makers for sale in the U.S. I think these RFA's could really benefit from of your Philips' specific knowledge. ████████████████
████████████████████████████████████████████████████████████████████

███████████████████████████████████████████████

Lauren

Lauren C. Capurro (Russell)
Attorney at Law
Trump, Alioto, Trump & Prescott, LLP
2280 Union Street
San Francisco, CA 94123
Tel: (415) 563-7200
Direct line: (415) 447-1496
Cell: (415) 860-5051
Fax: (415) 346-0679
E-mail: laurenrussell@tatp.com

This message is sent by a law firm and may contain information that is privileged or confidential.  If you received this transmission in error, please notify the sender by email and delete the message and any attachments.

**From:** Qianwei Fu [mailto:QFu@zelle.com]
**Sent:** Thursday, July 31, 2014 5:53 PM
**To:** Sylvie Kern; Lauren Capurro (Russell); ncihlar@straus-boies.com; Bob Gralewski; Ike Diel; John D. Bogdanov; Brian S. Umpierre
**Subject:** RE: CRT/Offensive discovery requests

███████████

**Qianwei Fu**
Attorney at Law

website | bio | vCard | map |

44  Montgomery Street, Suite 3400                    D (415) 633-1906
San Francisco, CA 94104                               F (415) 693-0770

Boston ■ Dallas ■ Minneapolis ■ San Francisco ■ Washington, DC ■ London ■ Be jing*

The information herein is confiden ial and may be attorney-client privileged and/or contain attorney work
product and is intended solely for the addressee(s). If you are not an addressee, any disclosure, copying,
retention or use of any information contained herein is prohibited. If you have received this message in error,
please delete it and no ify the sender immediately.

*In association with ZY & Partners          Please consider the environment before printing this email

---

**From:** Sylvie Kern [mailto:sylviekern@yahoo.com]
**Sent:** Thursday, July 31, 2014 5:05 PM
**To:** Lauren Capurro (Russell); Qianwei Fu; ncihlar@straus-boies.com; Bob Gralewski; Ike Diel; John D. Bogdanov; Brian
S. Umpierre
**Subject:** Re: CRT/Offensive discovery requests

Sylvie K. Kern
KAG Law Group
P.O. Box 210135
San Francisco, CA 94121
(415) 221-5763
www.antitrustglobal.com

This email may contain confidential and privileged material for the sole use of the intended recipient. Any
review or distribution by others is strictly prohibited.  If you are not the intended recipient please contact
the sender and delete all copies.

---

**From:** Lauren Capurro (Russell) <LaurenRussell@tatp.com>
**To:** 'Qianwei Fu' <QFu@zelle.com>; ncihlar@straus-boies.com; Bob Gralewski <bgralewski@kmllp.com>; Ike
Diel <idiel@sharpmcqueen.com>; John D. Bogdanov <jdb@coopkirk.com>; Sylvie Kern
<sylviekern@yahoo.com>; Brian S. Umpierre <b.umpierre@gmail.com>
**Sent:** Thursday, July 31, 2014 4:39 PM
**Subject:** CRT/Offensive discovery requests

Hi guys,

So I have another fire drill project that I need your help with.  Milberg is drafting offensive
contention discovery requests (RFA's + rogs) to defendants that must be served by
tomorrow.  I could use some help reviewing them.  are any of you available?  thanks.

Lauren

Lauren C. Capurro (Russell)
Attorney at Law
Trump, Alioto, Trump & Prescott, LLP
2280 Union Street
San Francisco, CA 94123
Tel: (415) 563-7200
Direct line: (415) 447-1496
Cell: (415) 860-5051
Fax: (415) 346-0679
E-mail: laurenrussell@tatp.com

This message is sent by a law firm and may contain information that is privileged or confidential.  If you received this transmission in error, please notify the sender by email and delete the message and any attachments.

# EXHIBIT 29

## John Bogdanov

| | |
|---|---|
| **From:** | Lauren Capurro <LaurenRussell@tatp.com> |
| **Sent:** | Monday, August 18, 2014 5:42 PM |
| **To:** | b.umpierre@gmail.com; John Bogdanov; idiel@sharpmcqueen.com; bgralewski@kmllp.com; Shinae Kim-Helms; Jennie Anderson; Sylvie Kern; Qianwei Fu; bwc@classcounsel.com; Jennifer Rosenberg; Dan Birkhaeuser |
| **Cc:** | Nathan Cihlar; Thomas Palumbo; Peggy Wedgworth |
| **Subject:** | Fwd: CRT/Meeting grid and responses to contention discovery |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Having technical difficulties--sorry. Please see my message below. Thanks!

Lauren

Begin forwarded message:

> **From:** "Lauren C. Capurro" <laurenrussell@tatp.com>
> **Date:** August 18, 2014 at 5:25:07 PM PDT
> **To:** <laurenrussell@tatp.com>
> **Subject: CRT/Meeting grid and responses to contention discovery**
>
> Hi Everyone:
>
> ████████████████████████████████████ As you know, we are nearing the close of discovery (Sept 5) and I would like to have a call with you tomorrow, Tuesday, August 19, at 11 am Pacific, or anytime after 11 a.m. Pacific on Wednesday, to discuss a few items that we're going to need your help with over the next few weeks.
>
> 1. **Updating the conspiracy meeting grid for use in our responses to defendants' contention interrogatories**: this is the most urgent matter that I need your help with. ██████████

2.  **Defendants' responses to our contention discovery:**

█████████████████████████████████████████████

We obviously need to be ready to move quickly.  Given the very short time period we have to move, each defendant team leader will have to handle the meet and confers and any motion.

█████████████████████████████████████████████

3.  **Meeting and conferring with defendants regarding our responses to their contention discovery:**

█████████████████████████████████████████████

I'm hoping that each defendant team leader can handle any meet and confers with Milberg's assistance.

█████████████████████████████████████████████

4.  **Responding to additional contention interrogatories from defendants:** Milberg is currently working on responses to contention interrogatories from Philips (due August 25), █████████████ Milberg will need your assistance to finalize these responses so please be ready.

█████████████████████████████████████████████

Lauren

&lt;CRT - Conspiracy Evidence - DAP IPP (41) (2).xlsx&gt;

&lt;IPP Master Grid_CRT Conspiracy Meetings - New Addition Template.xlsx&gt;

# EXHIBIT 30

**John Bogdanov**

| | |
|---|---|
| **From:** | Lauren Capurro (Russell) <LaurenRussell@tatp.com> |
| **Sent:** | Tuesday, September 09, 2014 5:25 PM |
| **To:** | John Bogdanov; 'Brian S. Umpierre' |
| **Subject:** | RE: CRT - letter motions to compel |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Okay, thanks.

Lauren C. Capurro (Russell)
Attorney at Law
Trump, Alioto, Trump & Prescott, LLP
2280 Union Street
San Francisco, CA 94123
Tel: (415) 563-7200
Direct line: (415) 447-1496
Cell: (415) 860-5051
Fax: (415) 346-0679
E-mail: laurenrussell@tatp.com

This message is sent by a law firm and may contain information that is privileged or confidential.  If you received this transmission in error, please notify the sender by email and delete the message and any attachments.

---

**From:** John Bogdanov [mailto:jdb@coopkirk.com]
**Sent:** Tuesday, September 09, 2014 2:22 PM
**To:** Lauren Capurro (Russell); Brian S. Umpierre
**Subject:** RE: CRT - letter motions to compel

Lauren –

I just concluded the meet and confer with Philips.  They are going to stand on their position not to respond to Interrogatory 7 purely on the super-numerosity argument.  They agreed to supplement their responses and follow up with all of the other issues discussed during the initial meet and confer yesterday.  I will be memorializing those issues for Chuck.

John

**John D. Bogdanov**
COOPER & KIRKHAM, P.C.
357 Tehama Street, Second Floor
San Francisco, CA 94103
Telephone: 415-788-3030, Ext. 307
Facsimile: 415-882-7040
email:  jdb@coopkirk.com

The information in this e-mail is confidential and may contain attorney-client privileged information and/or attorney work product and is intended solely for the addressee(s). Access to this email by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution, or any use or reliance on any information contained herein is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete it.

**From:** Lauren Capurro (Russell) [mailto:LaurenRussell@tatp.com]
**Sent:** Tuesday, September 09, 2014 9:22 AM
**To:** John Bogdanov; Brian S. Umpierre
**Subject:** FW: CRT - letter motions to compel

Lauren C. Capurro (Russell)
Attorney at Law
Trump, Alioto, Trump & Prescott, LLP
2280 Union Street
San Francisco, CA 94123
Tel: (415) 563-7200
Direct line: (415) 447-1496
Cell: (415) 860-5051
Fax: (415) 346-0679
E-mail: laurenrussell@tatp.com

This message is sent by a law firm and may contain information that is privileged or confidential.  If you received this transmission in error, please notify the sender by email and delete the message and any attachments.

**From:** Wedgworth, Peggy [mailto:pwedgworth@milberg.com]
**Sent:** Tuesday, September 09, 2014 8:54 AM
**To:** Lauren Capurro (LaurenRussell@tatp.com)
**Cc:** Novak, Paul
**Subject:** CRT - letter motions to compel



This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received

this communication in error, please erase all copies of the message and its attachments and notify sender immediately.
Thank You.

# EXHIBIT 31

**John Bogdanov**

| | |
|---|---|
| **From:** | charles.malaise@bakerbotts.com |
| **Sent:** | Friday, September 12, 2014 7:27 AM |
| **To:** | John Bogdanov |
| **Cc:** | erik.koons@bakerbotts.com; dpritchard@vmbllp.com; LaurenRussell@tatp.com; b.umpierre@gmail.com; pwedgworth@milberg.com; pnovak@milberg.com |
| **Subject:** | RE: CRT - Meet and Confer Requested |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

John,

Sorry for the delay, but I have reviewed your letter and believe it accurately reflects our recent meet and confers.  I will begin the process of providing you the information or supplementations detailed in your letter.

Let me know if there are any other issues you would like to discuss.

Regards,

**Charles Malaise**
Senior Associate | **Baker Botts L.L.P.**
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2400
202.639.1117 (direct)
202.585.1037 (fax)
charles.malaise@bakerbotts.com

**From:** John Bogdanov [mailto:jdb@coopkirk.com]
**Sent:** Wednesday, September 10, 2014 2:45 PM
**To:** Malaise, Charles
**Cc:** Koons, Erik; dpritchard@vmbllp.com; LaurenRussell@tatp.com; Brian S. Umpierre; pwedgworth@milberg.com; pnovak@milberg.com
**Subject:** RE: CRT - Meet and Confer Requested

Chuck,

Please see attached letter following up our recent meet and confers.

Thanks,
John

**John D. Bogdanov**
COOPER & KIRKHAM, P.C.
357 Tehama Street, Second Floor
San Francisco, CA 94103
Telephone: 415-788-3030, Ext. 307
Facsimile: 415-882-7040
email:  jdb@coopkirk.com

The information in this e-mail is confidential and may contain attorney-client privileged information and/or attorney work product and is intended solely for the addressee(s). Access to this email by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution, or any use or reliance on any information contained herein is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete it.

**From:** charles.malaise@bakerbotts.com [mailto:charles.malaise@bakerbotts.com]
**Sent:** Tuesday, September 09, 2014 8:20 AM
**To:** John Bogdanov
**Cc:** erik.koons@bakerbotts.com; dpritchard@vmbllp.com; LaurenRussell@tatp.com; pwedgworth@milberg.com; pnovak@milberg.com
**Subject:** RE: CRT - Meet and Confer Requested

John,

Can we move our call today to 5:00 pm eastern / 2:00 pacific?  I have a conflict at 4:00 that I can't get out of.

Thanks

**Charles Malaise** |
Senior Associate | **Baker Botts L.L.P.**
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2400
202.639.1117 (direct)
202.585.1037 (fax)
charles.malaise@bakerbotts.com

---

**From:** John Bogdanov [mailto:jdb@coopkirk.com]
**Sent:** Monday, September 08, 2014 8:51 AM
**To:** Malaise, Charles
**Cc:** Koons, Erik; dpritchard@vmbllp.com; LaurenRussell@tatp.com; 'Wedgworth, Peggy'; 'Novak, Paul'
**Subject:** Re: CRT - Meet and Confer Requested

Chuck,

Please see attached letter.

Thanks,
John


**John D. Bogdanov**

COOPER & KIRKHAM, P.C.

357 Tehama Street, Second Floor

San Francisco, CA 94103

Telephone: 415-788-3030, Ext. 307

Facsimile: 415-882-7040

email:  jdb@coopkirk.com

The information in this e-mail is confidential and may contain attorney-client privileged information and/or attorney work product and is intended solely for the addressee(s). Access to this email by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution, or any use or reliance on any information contained herein is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete it.

**From:** John Bogdanov <jdb@coopkirk.com>
**Date:** Friday, September 5, 2014 at 4:59 PM
**To:** "charles.malaise@bakerbotts.com" <charles.malaise@bakerbotts.com>
**Cc:** "erik.koons@bakerbotts.com" <erik.koons@bakerbotts.com>, Diane Pritchard <dpritchard@vmbllp.com>, "laurenrussell@tatp.com" <laurenrussell@tatp.com>, "'Wedgworth, Peggy'" <pwedgworth@milberg.com>, "'Novak, Paul'" <pnovak@milberg.com>
**Subject:** RE: CRT - Meet and Confer Requested

Chuck,

We can be available at 9:00 a.m. Pacific/Noon Eastern.  Please use the following call-in information:

Number: 866-212-0875
Code: 500089#

Thanks,
John

**John D. Bogdanov**
COOPER & KIRKHAM, P.C.
357 Tehama Street, Second Floor
San Francisco, CA 94103
Telephone: 415-788-3030, Ext. 307
Facsimile: 415-882-7040
email:  jdb@coopkirk.com

The information in this e-mail is confidential and may contain attorney-client privileged information and/or attorney work product and is intended solely for the addressee(s). Access to this email by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution, or any use or reliance on any information contained herein is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete it.

**From:** charles.malaise@bakerbotts.com [mailto:charles.malaise@bakerbotts.com]
**Sent:** Friday, September 05, 2014 1:14 PM
**To:** John Bogdanov
**Cc:** erik.koons@bakerbotts.com; b.umpierre@gmail.com; dpritchard@vmbllp.com; LaurenRussell@tatp.com
**Subject:** RE: CRT - Meet and Confer Requested

John,

On Monday, I have conflicts already at the following times (eastern):
· 2:00 – 3:30 pm
· 4:30 – 5:00 pm
· 5:15 – 7:30 pm

Feel free to pick a time that works for your schedule.

Regards,

**Charles Malaise**
Senior Associate | **Baker Botts L.L.P.**
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2400
202.639.1117 (direct)
202.585.1037 (fax)
charles.malaise@bakerbotts.com

---

**From:** John Bogdanov [mailto:jdb@coopkirk.com]
**Sent:** Friday, September 05, 2014 3:52 PM
**To:** Malaise, Charles
**Cc:** Koons, Erik; Brian S. Umpierre (b.umpierre@gmail.com); Diane Pritchard; Lauren Capurro (Russell)
**Subject:** CRT - Meet and Confer Requested

Chuck,

Please let us know when Philips is available on Monday, September 8, 2014, for a meet and confer regarding the responses of Philips (KPNV, PENAC, Philips Brazil and Philips Taiwan) to Indirect Purchaser Plaintiffs' First Sets of Interrogatories and Requests for Admission, and Philips' responses to Indirect Purchaser Plaintiffs' and Direct Action Plaintiffs' Third Set of Requests for Production of Documents.

Thanks,
John

**John D. Bogdanov**
COOPER & KIRKHAM, P.C.
357 Tehama Street, Second Floor
San Francisco, CA 94103
Telephone: 415-788-3030, Ext. 307
Facsimile: 415-882-7040
email: jdb@coopkirk.com

The information in this e-mail is confidential and may contain attorney-client privileged information and/or attorney work product and is intended solely for the addressee(s). Access to this email by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution, or any use or reliance on any information contained herein is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete it.

**Confidentiality Notice:** The information contained in this email and any attachments is intended only for the recipient[s] listed above and may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the recipient[s] listed above is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.

# EXHIBIT 32

**John Bogdanov**

| | |
|---|---|
| **From:** | Sylvie Kern <sylviekern@yahoo.com> |
| **Sent:** | Wednesday, October 15, 2014 4:21 PM |
| **To:** | John Bogdanov |
| **Subject:** | Re: Fwd: Add'l FTAIA evidence |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

OK. Thanks.

Sylvie K. Kern
KAG Law Group
P.O. Box 210135
San Francisco, CA 94121
(415) 221-5763
www.antitrustglobal.com

This email may contain confidential and privileged material for the sole use of the intended recipient. Any review or distribution by others is strictly prohibited. If you are not the intended recipient please contact the sender and delete all copies.

**From:** John Bogdanov <jdb@coopkirk.com>
**To:** Sylvie Kern <sylviekern@yahoo.com>
**Sent:** Wednesday, October 15, 2014 9:07 AM
**Subject:** RE: Fwd: Add'l FTAIA evidence

Sylvie –

John

**From:** Sylvie Kern [mailto:sylviekern@yahoo.com]
**Sent:** Tuesday, October 14, 2014 3:21 PM
**To:** John Bogdanov
**Subject:** Re: Fwd: Add'l FTAIA evidence

Sylvie K. Kern
KAG Law Group
P.O. Box 210135
San Francisco, CA 94121
(415) 221-5763
www.antitrustglobal.com

This email may contain confidential and privileged material for the sole use of the intended recipient. Any review or distribution by others is strictly prohibited.  If you are not the intended recipient please contact the sender and delete all copies.

**From:** John Bogdanov <jdb@coopkirk.com>
**To:** Sylvie Kern <sylviekern@yahoo.com>
**Sent:** Friday, October 3, 2014 9:27 AM
**Subject:** RE: Fwd: Add'l FTAIA evidence

Sylvie –

Thanks,
John

**From:** Sylvie Kern [mailto:sylviekern@yahoo.com]
**Sent:** Thursday, October 02, 2014 10:34 AM
**To:** John Bogdanov
**Subject:** Fw: Fwd: Add'l FTAIA evidence

Thanks!

Sylvie K. Kern
KAG Law Group
P.O. Box 210135
San Francisco, CA 94121
(415) 221-5763
www.antitrustglobal.com

This email may contain confidential and privileged material for the sole use of the intended recipient. Any review or distribution by others is strictly prohibited.  If you are not the intended recipient please contact the sender and delete all copies.

----- Forwarded Message -----
**From:** Veronica Besmer <veronica@besmerlaw.com>
**To:** Sylvie Kern <sylviekern@yahoo.com>
**Sent:** Wednesday, September 3, 2014 1:22 PM
**Subject:** Re: Fwd: Add'l FTAIA evidence

John was at every Philips depo, I believe (and definitely was instrumental in preparing for each of them), so he is in a much better position than me pointing out good depos for you. ████████████████████████████████████████

████████████████████████████████████████████████████████████
████████████████████████████████

On Wed, Sep 3, 2014 at 1:18 PM, Sylvie Kern <sylviekern@yahoo.com> wrote:

Thanks, I will do that. Any other depositions you know of?

Sylvie K. Kern
KAG Law Group
P.O. Box 210135
San Francisco, CA 94121
(415) 221-5763
www.antitrustglobal.com

This email may contain confidential and privileged material for the sole use of the intended recipient. Any review or distribution by others is strictly prohibited. If you are not the intended recipient please contact the sender and delete all copies.

**From:** Veronica Besmer <veronica@besmerlaw.com>
**To:** Sylvie Kern <sylviekern@yahoo.com>
**Cc:** John Bogdanov <jdb@coopkirk.com>
**Sent:** Wednesday, September 3, 2014 1:13 PM
**Subject:** Fwd: Add'l FTAIA evidence

Sylvie,

As mentioned in my email below, I keep getting weekly emails from the Philips doc review team, which John Beogdanov is heading up (CCd here). ████████████████
████████████████████████████████████████████████████████

In addition, John Bodanov today spoke about the various good testimony we got from ████████████████████████████████████████
████████████████████████████████████████ I think it might be worthwhile for the two of you to connect so John can give you a brief update. ████████████

3

██████████████████████

Veronica


---------- Forwarded message ----------
From: **Veronica Besmer** <veronica@besmerlaw.com>
Date: Wed, Jun 25, 2014 at 1:06 PM
Subject: Add'l FTAIA evidence
To: Sylvie Kern <sylviekern@yahoo.com>
Cc: Lauren Russell Capurro <laurenrussell@tatp.com>


Sylvie,

████████████████████████

████████████

Best,
Veronica


--
**Veronica Besmer**
Attorney at Law
ph: 415.441.1775
veronica@besmerlaw.com
**www.besmerlaw.com**


--
**Veronica Besmer**
Attorney at Law
veronica@besmerlaw.com
**www.besmerlaw.com**

# EXHIBIT 33

**John Bogdanov**

| | |
|---|---|
| **From:** | Lauren Capurro (Russell) <LaurenRussell@tatp.com> |
| **Sent:** | Friday, October 17, 2014 2:08 PM |
| **To:** | Sylvie Kern; Jennie Lee Anderson; dbirkhaeuser@bramsonplutzik.com; Jennifer Rosenberg; Natalie Kabasakalian; ncihlar@straus-boies.com; Bob Gralewski; Ike Diel; John Bogdanov; Brian S. Umpierre; Diane Pritchard; 'Qianwei Fu'; Brian Cullen; 'Judith Zahid'; Robert Newman |
| **Cc:** | sisselbrowder@yahoo.com; malioto@tatp.com; Navarro, Victor; Richard Noh; Thomas Palumbo |
| **Subject:** | RE: CRT/Deposition designations and liability memos |
| **Attachments:** | IPP Deposition Designation Protocol [final].docx |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Hi Everyone,



**Schedule for completion:**

1.  We've agreed with the DAPs to complete the current assignments and exchange transcripts no later than **Monday, November 3** (I realize this is slightly earlier than we discussed on Wednesday).

in.

[REDACTED]

Finally, we also need to pare down the list of trial exhibits by December 5.  This will be done, in part, through the deposition designation process, i.e. if you designate testimony regarding a particular exhibit, that exhibit will definitely be on the trial exhibit list that we give to defendants.

[REDACTED]

Okay guys, this is really crunch time.  We all need to step up the plate here since time is clearly very tight and all of the work I just described in November will be going on at the same time as we're preparing our oppositions to summary judgment.  Let's get as much as we can done in the next three weeks before the summary judgment motions come in so we can fully focus on those.  Thanks!

Have a good weekend

Lauren

Lauren C. Capurro (Russell)
Attorney at Law
Trump, Alioto, Trump & Prescott, LLP
2280 Union Street
San Francisco, CA 94123
Tel: (415) 563-7200
Direct line: (415) 447-1496
Cell: (415) 860-5051
Fax: (415) 346-0679
E-mail: laurenrussell@tatp.com

This message is sent by a law firm and may contain information that is privileged or confidential.  If you received this transmission in error, please notify the sender by email and delete the message and any attachments.

**From:** Lauren Capurro (Russell) [mailto:LaurenRussell@tatp.com]
**Sent:** Tuesday, October 14, 2014 3:26 PM
**To:** Sylvie Kern (sylviekern@yahoo.com); Jennie Lee Anderson; dbirkhaeuser@bramsonplutzik.com; Jennifer Rosenberg; Natalie Kabasakalian; ncihlar@straus-boies.com; Bob Gralewski; Ike Diel; John D. Bogdanov; Brian S. Umpierre; Diane Pritchard; 'Qianwei Fu'; Brian Cullen (bwc@classcounsel.com)
**Cc:** sisselbrowder@yahoo.com; malioto@tatp.com; Navarro, Victor (vnavarro@milberg.com)
**Subject:** RE: CRT/Deposition designations and liability memos
**Importance:** High

Hi Everyone,

[REDACTED]



Thank you.

Lauren

Lauren C. Capurro (Russell)
Attorney at Law
Trump, Alioto, Trump & Prescott, LLP
2280 Union Street
San Francisco, CA 94123
Tel: (415) 563-7200
Direct line: (415) 447-1496
Cell: (415) 860-5051
Fax: (415) 346-0679
E-mail: laurenrussell@tatp.com

This message is sent by a law firm and may contain information that is privileged or confidential.  If you received this transmission in error, please notify the sender by email and delete the message and any attachments.

**From:** Lauren Capurro (Russell) [mailto:LaurenRussell@tatp.com]
**Sent:** Wednesday, October 08, 2014 5:06 PM
**To:** Sylvie Kern (sylviekern@yahoo.com); Jennie Lee Anderson; dbirkhaeuser@bramsonplutzik.com; Jennifer Rosenberg; Natalie Kabasakalian; ncihlar@straus-boies.com; Bob Gralewski; Ike Diel; John D. Bogdanov; Brian S. Umpierre; Diane Pritchard; 'Qianwei Fu'; Brian Cullen (bwc@classcounsel.com)
**Cc:** sisselbrowder@yahoo.com; malioto@tatp.com
**Subject:** RE: CRT/Deposition designations and liability memos

Hi Everyone,



Lauren

Lauren C. Capurro (Russell)
Attorney at Law
Trump, Alioto, Trump & Prescott, LLP
2280 Union Street
San Francisco, CA 94123
Tel: (415) 563-7200
Direct line: (415) 447-1496
Cell: (415) 860-5051
Fax: (415) 346-0679
E-mail: laurenrussell@tatp.com

This message is sent by a law firm and may contain information that is privileged or confidential.  If you received this transmission in error, please notify the sender by email and delete the message and any attachments.

---

**From:** Lauren Capurro (Russell) [mailto:LaurenRussell@tatp.com]
**Sent:** Tuesday, September 30, 2014 3:28 PM
**To:** Sylvie Kern (sylviekern@yahoo.com); Jennie Lee Anderson; dbirkhaeuser@bramsonplutzik.com; Jennifer Rosenberg; Natalie Kabasakalian; ncihlar@straus-boies.com; Bob Gralewski; Ike Diel; John D. Bogdanov; Brian S. Umpierre; Diane Pritchard; 'Qianwei Fu'; Brian Cullen (bwc@classcounsel.com); Diane Pritchard
**Cc:** sisselbrowder@yahoo.com; malioto@tatp.com
**Subject:** CRT/Deposition designations and liability memos
**Importance:** High

Hi Everyone,



Best regards,

Lauren

Lauren C. Capurro (Russell)
Attorney at Law
Trump, Alioto, Trump & Prescott, LLP
2280 Union Street
San Francisco, CA 94123
Tel: (415) 563-7200
Direct line: (415) 447-1496
Cell: (415) 860-5051
Fax: (415) 346-0679
E-mail: laurenrussell@tatp.com

This message is sent by a law firm and may contain information that is privileged or confidential.  If you received this transmission in error, please notify the sender by email and delete the message and any attachments.

# EXHIBIT 34

**John Bogdanov**

| | |
|---|---|
| **From:** | Lauren Capurro (Russell) <LaurenRussell@tatp.com> |
| **Sent:** | Thursday, November 06, 2014 1:01 PM |
| **To:** | Jennifer Rosenberg; dbirkhaeuser@bramsonplutzik.com; Natalie Kabasakalian; Jennie Lee Anderson; Sylvie Kern; John Bogdanov; Diane Pritchard; Brian S. Umpierre; Bob Gralewski; ncihlar@straus-boies.com; Ike Diel; 'Qianwei Fu'; 'Judith Zahid'; Brian Cullen |
| **Cc:** | sisselbrowder@yahoo.com; Navarro, Victor |
| **Subject:** | CRT/Deposition designations |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Hi Everyone,

Great job on pushing through on the deposition designations and getting them done by the deadline!  I really appreciate everyone's hard work.



Best,

Lauren

Lauren C. Capurro (Russell)
Attorney at Law
Trump, Alioto, Trump & Prescott, LLP
2280 Union Street
San Francisco, CA 94123
Tel: (415) 563-7200
Direct line: (415) 447-1496
Cell: (415) 860-5051
Fax: (415) 346-0679

E-mail: laurenrussell@tatp.com

This message is sent by a law firm and may contain information that is privileged or confidential.  If you received this transmission in error, please notify the sender by email and delete the message and any attachments.

# EXHIBIT 35

**John Bogdanov**

| | |
|---|---|
| **From:** | Lauren Capurro (Russell) <LaurenRussell@tatp.com> |
| **Sent:** | Tuesday, November 11, 2014 2:35 PM |
| **To:** | John Bogdanov |
| **Cc:** | Diane Pritchard; Brian S. Umpierre |
| **Subject:** | RE: CRT/Summary Judgment Motions |
| **Attachments:** | IPP Opp to MTD Excerpt re Wihdrawal.pdf; CRT - Philips Subs MSJ Memo re argument assessment - 11-11-14.doc-lcc comments.doc |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Hi John, here are some comments.  I like your suggestion of responding to both Philips motions together. ███████████
██████████████████████████████████████████████████████████
████████████  We really have to get away from the separate Philips legal entities because as you and Brian both pointed out, it allows them to frame the issues and limit/compartmentalize the evidence to suit them.

██████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████

Lauren

Lauren C. Capurro (Russell)
Attorney at Law
Trump, Alioto, Trump & Prescott, LLP
2280 Union Street
San Francisco, CA 94123
Tel: (415) 563-7200
Direct line: (415) 447-1496
Cell: (415) 860-5051
Fax: (415) 346-0679
E-mail: laurenrussell@tatp.com

This message is sent by a law firm and may contain information that is privileged or confidential.  If you received this transmission in error, please notify the sender by email and delete the message and any attachments.

**From:** John Bogdanov [mailto:jdb@coopkirk.com]
**Sent:** Tuesday, November 11, 2014 11:17 AM
**To:** Lauren Capurro (Russell)
**Cc:** Diane Pritchard; Brian S. Umpierre (b.umpierre@gmail.com)
**Subject:** RE: CRT/Summary Judgment Motions

Lauren –

Here is the memo regarding the Philips' subsidiaries partial motion for summary judgment re withdrawal (Dock. 3027).

Thanks,
John

---

**From:** Lauren Capurro (Russell) [mailto:LaurenRussell@tatp.com]
**Sent:** Saturday, November 08, 2014 10:49 PM
**To:** Jennifer Rosenberg; dbirkhaeuser@bramsonplutzik.com; Jennie Lee Anderson; Sylvie Kern; Natalie Kabasakalian; Veronica Besmer; John Bogdanov; Brian S. Umpierre; Diane Pritchard; 'Judith Zahid'; 'Qianwei Fu'; Brian Cullen; ncihlar@straus-boies.com; Thomas Palumbo; Bob Gralewski
**Cc:** sisselbrowder@yahoo.com; malioto@tatp.com
**Subject:** CRT/Summary Judgment Motions
**Importance:** High

Hi Everyone,

Here is a list of all of the summary judgment motions, including which plaintiff(s) the motions are directed at.  I have included a short summary of each motion directed at us (the first 12) and a column indicating which motions I would like you all to work on.  By Tuesday morning, I would like you to prepare a short simple memo laying out (in bullet form, for example) the arguments and your assessment of them, particularly the most troubling ones. ██████████████████
████████████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████

Best,

Lauren

Lauren C. Capurro (Russell)
Attorney at Law
Trump, Alioto, Trump & Prescott, LLP
2280 Union Street
San Francisco, CA 94123
Tel: (415) 563-7200
Direct line: (415) 447-1496
Cell: (415) 860-5051
Fax: (415) 346-0679
E-mail: laurenrussell@tatp.com

This message is sent by a law firm and may contain information that is privileged or confidential.  If you received this transmission in error, please notify the sender by email and delete the message and any attachments.

# EXHIBIT 36

**John Bogdanov**

| | |
|---|---|
| **From:** | Lauren Capurro (Russell) <LaurenRussell@tatp.com> |
| **Sent:** | Friday, November 21, 2014 12:49 PM |
| **To:** | ncihlar@straus-boies.com; Bob Gralewski; Ike Diel; Jennie Lee Anderson; Sylvie Kern; 'Qianwei Fu'; Brian Cullen; Veronica Besmer; Brian S. Umpierre; John Bogdanov; Diane Pritchard; 'Novak, Paul'; Gregory Stamatopoulos; Elizabeth Brehm; William Harris; Shinae Kim-Helms; Thomas Palumbo |
| **Cc:** | dbirkhaeuser@bramsonplutzik.com; Jennifer Rosenberg; Natalie Kabasakalian; sisselbrowder@yahoo.com |
| **Subject:** | CRT/Awesome Discovery Orders |
| **Attachments:** | 2014 11 20 Order Plaintiffs' Motion to Compel Depositions of Toshiba Witness.pdf; 2014 11 12 Order IPPs v Samsung SDI - Motion to Strike Two Errata.pdf; 2014 11 18 Order IPP'S Motion to Compel Deposition of Samsung SDI'S Employee, MR JS AHN.pdf |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Hi Everyone,

██████████████████████████████████████████████████
██████████████████████████████████████████████████
██████████████████████████████████████████████████
██████████████████████████████████████████████

██████████████████████████████████████████████████
██████████████████████████████████████████████████

Finally, I want to take this opportunity to say how much I appreciate all of the hard work you're all putting into this case right now.  You're all doing an awesome job!  Everyone has stepped up and we're on track to get everything that needs done, done.  And the oppositions to the summary judgment motions are shaping up nicely.   Thank you.

Happy Friday and have a good weekend!

Lauren

Lauren C. Capurro (Russell)
Attorney at Law
Trump, Alioto, Trump & Prescott, LLP
2280 Union Street
San Francisco, CA 94123
Tel: (415) 563-7200
Direct line: (415) 447-1496
Cell: (415) 860-5051
Fax: (415) 346-0679
E-mail: laurenrussell@tatp.com

This message is sent by a law firm and may contain information that is privileged or confidential.  If you received this transmission in error, please notify the sender by email and delete the message and any attachments.

# EXHIBIT 37

**John Bogdanov**

| | |
|---|---|
| **From:** | Lauren Capurro (Russell) <LaurenRussell@tatp.com> |
| **Sent:** | Monday, December 01, 2014 9:13 AM |
| **To:** | John Bogdanov |
| **Cc:** | 'Brian S. Umpierre'; 'Diane Pritchard'; laurenrussell@tatp.com |
| **Subject:** | RE: CRT Deposition Designations |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Thanks, John!  FYI: I've been reviewing some of their proposed changes to the Chunghwa depos & disagreed with quite a few of their proposed deletions. For example, they proposed to delete testimony from ███████████████████████████ ███████████████████████████████████████████ This obviously shows a lack of knowledge re the facts in this case.  So don't hesitate to speak up if you disagree with their proposed changes. It's no doubt very helpful to have them review the designations & make sure there's nothing problematic & that we didn't miss something, but we know more about the facts here.  Thanks!

-----Original Message-----
From: John Bogdanov [mailto:jdb@coopkirk.com]
Sent: Monday, December 01, 2014 8:44 AM
To: Lauren Capurro (Russell)
Cc: Brian S. Umpierre; Diane Pritchard
Subject: RE: CRT Deposition Designations

Will do.

-----Original Message-----
From: Lauren Capurro (Russell) [mailto:LaurenRussell@tatp.com]
Sent: Saturday, November 29, 2014 4:34 PM
To: John Bogdanov
Cc: Brian S. Umpierre; Diane Pritchard; laurenrussell@tatp.com
Subject: FW: CRT Deposition Designations

Here's some proposed changes for Joe Killen.  Can you please look at these too?  Thanks.

-----Original Message-----
From: Gerard Dever [mailto:gdever@finekaplan.com]
Sent: Wednesday, November 26, 2014 3:01 PM
To: laurenrussell@tatp.com
Cc: Elise Singer; deperelman@finekaplan.com; Allyson Katzman
Subject: FW: CRT Deposition Designations

Lauren:

I have attached the memo for the Joseph Killen designations prepared by Elise Singer of Fine Kaplan.  Please send along to the original reviewer so we can get some feedback on the suggested revisions when you get a chance.

Happy Thanksgiving!

Jerry

This e-mail, including attachments, may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you have received this e-mail in error, please notify the sender by replying to this message and delete this e-mail immediately. Thank you.

This e-mail, including attachments, may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you have received this e-mail in error, please notify the sender by replying to this message and delete this e-mail immediately. Thank you.

# EXHIBIT 38

## John Bogdanov

| | |
|---|---|
| **From:** | Lauren Capurro (Russell) <LaurenRussell@tatp.com> |
| **Sent:** | Monday, December 01, 2014 5:17 PM |
| **To:** | Brian S. Umpierre; John Bogdanov |
| **Cc:** | sisselbrowder@yahoo.com |
| **Subject:** | CRT/Philips docs with no ranking in trial exhibit list |
| **Attachments:** | CRT Master Trial Exhibit List - WORKING DRAFT - 12 1 14 (4) - Unranked docs only (2).xlsx |
| | |
| **Follow Up Flag:** | Follow Up |
| **Flag Status:** | Flagged |

Hi Brian & John,

I know that you guys are both looking at the exhibits from recent Philips depos to ascertain which ones should remain on the trial exhibit list. ████████████████████████████████████████████████████████████████████████████████████████████████

Lauren

Lauren C. Capurro (Russell)
Attorney at Law
Trump, Alioto, Trump & Prescott, LLP
2280 Union Street
San Francisco, CA 94123
Tel: (415) 563-7200
Direct line: (415) 447-1496
Cell: (415) 860-5051
Fax: (415) 346-0679
E-mail: laurenrussell@tatp.com

This message is sent by a law firm and may contain information that is privileged or confidential.  If you received this transmission in error, please notify the sender by email and delete the message and any attachments.

# EXHIBIT 39

**John Bogdanov**

| | |
|---|---|
| **From:** | Lauren Capurro (Russell) <LaurenRussell@tatp.com> |
| **Sent:** | Thursday, December 04, 2014 4:34 AM |
| **To:** | 'Rottner, Jason'; 'Diane Pritchard'; John Bogdanov; 'Brian S. Umpierre' |
| **Cc:** | 'Houser, Donald'; 'Kent, Matthew'; laurenrussell@tatp.com |
| **Subject:** | RE: Dell/Philips Evidence |
| **Attachments:** | Statement of Facts -- current.DOC |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Hi Jason,

████████████████  I've attached the current version of the statement of facts that Diane & Brian have put together.  Brian & John are still adding some of the evidence citations to Sections II & III, however.  I'm sorry this is a bit later than we originally agreed but I've needed Brian and John to help me finalize our trial exhibit list and depo designations, which are due to defendants tomorrow.  ████████████████████████████████ ██████████████  I need Brian and John today and tomorrow to continue helping me on the trial exhibit list and depo designations, so we'd very much appreciate it if you could take the lead on this.  I hope this is okay.  Thanks.

Lauren

**From:** Rottner, Jason [mailto:Jason.Rottner@alston.com]
**Sent:** Wednesday, December 03, 2014 3:26 PM
**To:** Lauren Capurro (Russell); 'Diane Pritchard'; 'John Bogdanov'; 'Brian S. Umpierre'
**Cc:** Houser, Donald; Kent, Matthew
**Subject:** RE: Dell/Philips Evidence



██████

██████

**From:** Lauren Capurro (Russell) [mailto:LaurenRussell@tatp.com]
**Sent:** Tuesday, November 25, 2014 6:03 PM
**To:** Rottner, Jason; 'Diane Pritchard'; 'John Bogdanov'; 'Brian S. Umpierre'; Kent, Matthew
**Cc:** Houser, Donald
**Subject:** RE: Dell/Philips Evidence

████████████████████  ██  ████████████

Lauren C. Capurro (Russell)
Attorney at Law
Trump, Alioto, Trump & Prescott, LLP
2280 Union Street
San Francisco, CA 94123
Tel: (415) 563-7200
Direct line: (415) 447-1496
Cell: (415) 860-5051
Fax: (415) 346-0679
E-mail: laurenrussell@tatp.com

This message is sent by a law firm and may contain information that is privileged or confidential.  If you received this transmission in error, please notify the sender by email and delete the message and any attachments.

**From:** Rottner, Jason [mailto:Jason.Rottner@alston.com]
**Sent:** Tuesday, November 25, 2014 3:01 PM
**To:** Diane Pritchard; 'John Bogdanov'; 'Brian S. Umpierre'; Kent, Matthew
**Cc:** 'Lauren Capurro (Russell)'; Houser, Donald
**Subject:** RE: Dell/Philips Evidence

████████████████████████████████

**From:** Diane Pritchard [mailto:dpritchard@vmbllp.com]
**Sent:** Tuesday, November 25, 2014 5:57 PM
**To:** Rottner, Jason; 'John Bogdanov'; 'Brian S. Umpierre'; Kent, Matthew
**Cc:** 'Lauren Capurro (Russell)'; Houser, Donald
**Subject:** RE: Dell/Philips Evidence

████████████████████████████████████████

██████



Diane Pritchard
VOGL MEREDITH BURKE LLP
456 Montgomery Street, 20th Floor
San Francisco, CA 94104
(415) 398-0200
(415) 398-2820 Facsimile
www.vmbllp.com

This electronic message contains information from the law firm of Vogl Meredith Burke LLP, which information is
confidential and/or privileged.  If you are not the intended recipient, you may not disclose, copy, distribute or use
the contents of this message.  If you have received this electronic transmission in error, please notify the sender
by calling (415) 398-0200, and please delete and destroy all copies of this message.  Thank you.

**From:** Rottner, Jason [mailto:Jason.Rottner@alston.com]
**Sent:** Tuesday, November 25, 2014 2:41 PM
**To:** John Bogdanov; Brian S. Umpierre; Kent, Matthew
**Cc:** Lauren Capurro (Russell); Houser, Donald; Diane Pritchard
**Subject:** RE: Dell/Philips Evidence

Jason

**From:** John Bogdanov [mailto:jdb@coopkirk.com]
**Sent:** Tuesday, November 25, 2014 4:50 PM
**To:** Brian S. Umpierre; Kent, Matthew
**Cc:** Lauren Capurro (Russell); Rottner, Jason; Houser, Donald; Diane Pritchard
**Subject:** RE: Dell/Philips Evidence

**From:** Brian S. Umpierre [mailto:b.umpierre@gmail.com]
**Sent:** Tuesday, November 25, 2014 1:39 PM
**To:** Kent, Matthew
**Cc:** Lauren Capurro (Russell); Rottner, Jason; Houser, Donald; John Bogdanov; Diane Pritchard
**Subject:** Re: Dell/Philips Evidence

██████████

On Mon, Nov 24, 2014 at 4:05 PM, Kent, Matthew <Matthew.Kent@alston.com> wrote:

████████████████████████

████████████████████████████████

███

**Matthew D. Kent**
**Senior Associate | Alston & Bird LLP**
1201 W. Peachtree St. | Atlanta, Ga. 30309
404.881.7948 – *direct* | 404.253.8128 – *fax*
matthew.kent@alston.com

---

**From:** Lauren Capurro (Russell) [mailto:LaurenRussell@tatp.com]
**Sent:** Monday, November 24, 2014 5:12 PM
**To:** Kent, Matthew; 'Brian S. Umpierre'; Rottner, Jason
**Cc:** Houser, Donald; 'John Bogdanov'; 'Diane Pritchard'
**Subject:** RE: Dell/Philips Evidence

███████████████████

Lauren C. Capurro (Russell)

Attorney at Law

Trump, Alioto, Trump & Prescott, LLP

2280 Union Street

San Francisco, CA 94123

Tel: (415) 563-7200

Direct line: (415) 447-1496

Cell: (415) 860-5051

Fax: (415) 346-0679


E-mail: laurenrussell@tatp.com



This message is sent by a law firm and may contain information that is privileged or confidential.  If you received this transmission in error, please notify the sender by email and delete the message and any attachments.



**From:** Kent, Matthew [mailto:Matthew.Kent@alston.com]
**Sent:** Monday, November 24, 2014 2:03 PM
**To:** Lauren Capurro (Russell); 'Brian S. Umpierre'; Rottner, Jason
**Cc:** Houser, Donald; 'John Bogdanov'; 'Diane Pritchard'
**Subject:** RE: Dell/Philips Evidence



███████████████████████████████████████████████████████████████████████



██

██



**Matthew D. Kent**
**Senior Associate | Alston & Bird LLP**
1201 W. Peachtree St. | Atlanta, Ga. 30309
404.881.7948 – *direct* | 404.253.8128 – *fax*
matthew.kent@alston.com



**From:** Lauren Capurro (Russell) [mailto:LaurenRussell@tatp.com]
**Sent:** Saturday, November 22, 2014 12:14 PM
**To:** 'Brian S. Umpierre'; Rottner, Jason
**Cc:** Houser, Donald; Kent, Matthew; 'John Bogdanov'; 'Diane Pritchard'; laurenrussell@tatp.com
**Subject:** RE: Dell/Philips Evidence



███████████████████████████████████████████████████████████████████████

██

██

**From:** Brian S. Umpierre [mailto:b.umpierre@gmail.com]
**Sent:** Tuesday, November 18, 2014 3:23 PM
**To:** Jason Rottner
**Cc:** Houser, Donald; Lauren C. Russell; Kent, Matthew; John Bogdanov; Diane Pritchard (dpritchard@vmbllp.com)
**Subject:** RE: Dell/Philips Evidence

████████████████████████████

██

On Nov 18, 2014 2:21 PM, "Rottner, Jason" <Jason.Rottner@alston.com> wrote:

██

████████████

████████████████████████████████████████████████

████  ██████████████████████████████████████

████████████████████

██████████████████

████████████████

████████████████

██████████████

████████████████



**From:** Brian S. Umpierre [mailto:b.umpierre@gmail.com]
**Sent:** Monday, November 17, 2014 6:24 PM
**To:** Kent, Matthew
**Cc:** LaurenRussell@tatp.com; John Bogdanov; Diane Pritchard (dpritchard@vmbllp.com); Houser, Donald; Rottner, Jason
**Subject:** Re: Dell/Philips Evidence

On Mon, Nov 17, 2014 at 3:11 PM, Kent, Matthew <Matthew.Kent@alston.com> wrote:

**Matthew D. Kent**
**Senior Associate | Alston & Bird LLP**
1201 W. Peachtree St. | Atlanta, Ga. 30309
404.881.7948 – *direct* | 404.253.8128 – *fax*
matthew.kent@alston.com

_____

NOTICE: This e-mail message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient, you are hereby notified that you may not read, copy, distribute or otherwise use this message or its attachments. If you have received this message in error, please notify the sender by email and delete all copies of the message immediately.

# EXHIBIT 40

**John Bogdanov**

| | |
|---|---|
| **From:** | Lauren Capurro (Russell) <LaurenRussell@tatp.com> |
| **Sent:** | Monday, December 29, 2014 11:00 AM |
| **To:** | Dan Birkhaeuser; Jennifer Rosenberg; 'Jennie Anderson'; Sylvie Kern; John Bogdanov; Brian S. Umpierre; Brian Cullen; Qianwei Fu; natalie.kabasakalian@gmail.com; 'Nathan Cihlar'; Bob Gralewski; idiel@sharpmcqueen.com |
| **Cc:** | Mario N. Alioto |
| **Subject:** | CRT/Status of work assignments |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Hi Everyone,

Happy Holidays! I hope you all had an enjoyable time over the last week or so, especially after our marathon effort to file the summary judgment oppositions on the 23rd! Boy am I glad that is over! Thanks so much to everyone for all your hard work on those. I think the final briefs were very strong.

I wanted to check in with you all and ask for the status of any assignments you (or any of the people on your team) are working on for this case. I believe that most (if not all) of you have been working on assignments related to the trial exhibit list, depositions and/or designations of testimony, and the summary judgment oppositions. Since all of those are now more or less behind us, I think most of you should be done on CRT assignments for now. Is that right? Other than the foreign team and their work on reviewing translations, is there any continuing doc review? Please let me know ASAP. Thanks.

Lauren

Lauren C. Capurro (Russell)
Attorney at Law
Trump, Alioto, Trump & Prescott, LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: laurenrussell@tatp.com

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by e-mail and delete the message and any attachments.

# EXHIBIT 41

**John Bogdanov**

---

| | |
|---|---|
| **From:** | Lauren Capurro (Russell) <LaurenRussell@tatp.com> |
| **Sent:** | Wednesday, January 21, 2015 10:58 PM |
| **To:** | John Bogdanov |
| **Cc:** | laurenrussell@tatp.com |
| **Subject:** | CRT/Defs' submissions |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Hi John,

We are receiving defs' depo designations and trial exhibit list tomorrow?  Are you available to help with the review?  Thanks.

Lauren

Lauren C. Capurro (Russell)
Attorney at Law
Trump, Alioto, Trump & Prescott, LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: laurenrussell@tatp.com

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by e-mail and delete the message and any attachments.

**EXHIBIT 42**

**John Bogdanov**

| | |
|---|---|
| **From:** | Lauren Capurro (Russell) <LaurenRussell@tatp.com> |
| **Sent:** | Monday, March 09, 2015 12:26 PM |
| **To:** | dbirkhaeuser@bramsonplutzik.com; Jennifer Rosenberg; Jennie Lee Anderson; Diane Pritchard; Natalie Kabasakalian; Brian Cullen; Veronica Besmer; Ike Diel; Brian S. Umpierre; Shinae Kim-Helms; pnovak@milberg.com; Wedgworth, Peggy; Gregory Stamatopoulos; Tarnor, Nathaniel; 'Marvin A. Miller'; Shanti Michaels; Matthew Kuipers; 'Judith Zahid'; 'Qianwei Fu'; Christopher T. Micheletti; John Bogdanov; Bob Gralewski; William Harris; Karina Kosharskyy; 'Daniel Hume'; Elizabeth Brehm; ncihlar@straus-boies.com; Sylvie Kern |
| **Cc:** | malioto@tatp.com |
| **Subject:** | CRT |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Good morning!

I have some good news to start your week off!  We have final settlements with Panasonic, Hitachi, Philips and Toshiba, and we're working on finalizing our settlement with Samsung SDI.  This means we have now settled with all defendants and, assuming we can finalize the SDI settlement soon, we will shortly be moving for preliminary approval of all settlements.  The amounts of the settlements will become public at that time.

I don't think that anyone has any current assignments, but to the extent you do, there is no need to do anything more on them.

Thank you to all of you for your hard work on this case.  We got a good result for the class.  We'll be in touch again soon regarding getting the case wrapped up.

Best,

Lauren

Lauren C. Capurro (Russell)
Attorney at Law
Trump, Alioto, Trump & Prescott, LLP
2280 Union Street
San Francisco, CA 94123
Tel: (415) 563-7200
Direct line: (415) 447-1496
Cell: (415) 860-5051
Fax: (415) 346-0679
E-mail: laurenrussell@tatp.com

This message is sent by a law firm and may contain information that is privileged or confidential.  If you received this transmission in error, please notify the sender by email and delete the message and any attachments.