UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 JST<br>MDL No. 1917 |
| This Document Relates to:<br>ALL ACTIONS | **[PROPOSED] ORDER GRANTING THE TOSHIBA AND PANASONIC DEFENDANTS' MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER** |

1       Having considered the Report and Recommendation Order Resolving Translation Objections Re Japanese Documents – Tranche 1, dated August 24, 2016 (ECF No. 4799) (the "Recommended Order), the Toshiba and Panasonic Defendants' Motion for Relief from Nondispositive Pretrial Order (the "Toshiba and Panasonic Defendants' Motion"), as well as all papers filed in connection therewith, and good cause appearing, IT IS HEREBY:

      ORDERED that the Toshiba and Panasonic Defendants' Motion is GRANTED pursuant to the Order Appointing Special Master for Discovery (ECF No. 2272, ¶ 6.b), and Civil L.R. 72-2. Upon de novo review of the Recommended Order pursuant to Rule 53(f)(3) of the Federal Rules of Civil Procedure, this Court rejects the proposed "Resolved Translation" for entries 3, 4, 17 and 18 of Exhibit A to the Recommended Order, and adopts the neutral translator's proposed translation as the resolved translations for those entries.

**IT IS SO ORDERED.**

Dated: _____      _____

                                                               HONORABLE JON S. TIGAR
                                                               UNITED STATES DISTRICT JUDGE