Robert G. Methvin, Jr.
James M. Terrell
J. Matthew Stephens
**McCALLUM, METHVIN & TERRELL, P.C.**
The Highland Building
2201 Arlington Avenue South
Birmingham, AL 35205
Ph:  (205) 939-0199
Fax: (205) 939-0399
rgm@mmlaw.net
jterrell@mmlaw.net
mstephens@mmlaw.net

*Counsel for Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Case No. 3:07-cv-5944<br>MDL No. 1917<br><br>**CLASS ACTION** |
| This Document Relates to:<br><br>All Indirect Purchaser Actions | **OBJECTION OF MCCALLUM, METHVIN & TERRELL, P.C. TO LEAD COUNSEL'S PROPOSED ALLOCATION OF AGGREGATE FEE AWARD TO INDIRECT PURCHASHER PLAINTIFFS' COUNSEL**<br><br>Court:  JAMS<br>Special Master:  Martin Quinn<br>Judge:  Hon. Jon S. Tigar |

1        COMES NOW McCallum, Methvin & Terrell, P.C. ("MMT") and files this objection to Lead Counsel's Proposed Allocation of Aggregate Fee Award to Indirect Purchaser Plaintiffs' ("IPPs") Counsel. In support of this objection, MMT states as follows:

        1.    MMT served as counsel of record in this case and represented the named plaintiff Charles Jenkins – the only class representative for Mississippi indirect purchasers.

        2.    Throughout the course of this litigation, MMT diligently performed all duties assigned by Lead Counsel and timely reported its lodestar to Lead Counsel. Specifically, MMT was involved in the following tasks and activities on behalf of the IPPs: (1) meetings with co-counsel and client in preparation for filing complaint; (2) meetings with co-counsel and client in preparing discovery responses; (3) meetings with co-counsel and client in preparing client for deposition; (4) attending deposition of client; (5) participating in document review; (6) attending meetings or conference calls with lead counsel regarding litigation or trial strategy; (7) attending meetings or conference calls with lead counsel regarding settlement. *See* Exhibit "A" to Declaration of James M. Terrell; attached hereto as Exhibit "1".

        3.    During the litigation, Lead Counsel assessed MMT $20,000.00 for common litigation expenses or direct payments to experts or other vendors. Upon the conclusion of the litigation in February 2016, Lead Counsel assessed MMT an additional $2,000.00 for payment of Special Master and Expert Witness Fees associated with the motion for attorney's fees, expense reimbursement and class representative incentive awards. MMT timely remitted $22,000.00 in litigation assessments as requested by Lead Counsel. *See* Exhibit "B" to Declaration of James M. Terrell; attached hereto as Exhibit "1". As a percentage of lodestar, MMT's litigation assessments **were the second highest** of any firm in the CRT litigation at 18.69%. *Cf.* pp. 2-3 with pp. 4-5 of Exhibit C to the Declaration of James M. Terrell; attached hereto as Exhibit "1".[1]   While "Level of Risk" was one of the "Factors Considered" by Lead Counsel, it does not appear to have been included in any of the descriptions of the "IPP Counsel Tiers and Multiplier Ranges" provided by Lead Counsel. *See* Doc. # 4790 at pp. 2-4.

---

OBJECTION OF McCALLUM, METHVIN & TERRELL, P.C. TO LEAD COUNSEL'S PROPOSED ALLOCATION OF AGGREGATE FEE AWARD TO INDIRECT PURCHASER PLAINTIFFS' COUNSEL –
Master File No. 3:07-cv-5944, MDL No. 1917

4. Payment of litigation assessments should be an important factor in determining the amount of any fee awarded to MMT. In fact, Lead Counsel represented that timely payment of litigation assessments (along with timely lodestar reporting) would be factors in Lead Counsel's decision regarding "future work assignments" and "recommendations to the Court regarding fees." *See* Exhibit "D" to the Declaration of James M. Terrell; attached hereto as Exhibit "1". As evidenced by Lead Counsel's proposed allocation, it is apparent that MMT's timely payment of substantial litigation assessments (relative to the volume of work assigned to MMT) did not result in any meaningful enhancement to MMT's multiplier.

5. MMT respectfully contends that it should be awarded the full 1.96 multiplier established by the Court. The Court awarded a multiplier of 1.96 based upon the total lodestar submitted by all counsel. Despite MMT paying all requested litigation assessments, Lead Counsel attempts to characterize MMT's lodestar as less valuable than the lodestar of many other firms and substantially lower than the multiplier applied by the Court. Such a result is inherently unfair. In making this objection, MMT does not seek to diminish the role or contributions made by Lead Counsel. Instead, MMT simply observes that tasks such as drafting discovery responses or attending the deposition of a client should not be valued at a higher multiple when those tasks were performed by Lead Counsel and at a lower multiple when the same tasks were performed by MMT. This is particularly true when MMT diligently complied with all work assignments and litigation assessments requested by Lead Counsel.

---

[1] This calculation was performed by dividing the amount of each firm's "Litigation Cost Fund Contribution" by the corresponding amount of its "Lodestar At Current Rates".

OBJECTION OF McCALLUM, METHVIN & TERRELL, P.C. TO LEAD COUNSEL'S PROPOSED ALLOCATION OF AGGREGATE FEE AWARD TO INDIRECT PURCHASER PLAINTIFFS' COUNSEL –
Master File No. 3:07-cv-5944, MDL No. 1917

Respectfully submitted this 7th day of September, 2016,

/s/ James M. Terrell
MCCALLUM METHVIN TERRELL
JAMES M. TERRELL (AL 0887-L73J)
jterrell@mmlaw.net
ROBERT G. METHVIN, JR. (ASB-6206-V68R)
rgm@mmlaw.net
The Highland Building
2201 Arlington Avenue South
Birmingham, Alabama 35205
Telephone:  205-939-0199
Facsimile:  205-939-0399

---

OBJECTION OF McCALLUM, METHVIN & TERRELL, P.C. TO LEAD COUNSEL'S PROPOSED ALLOCATION OF AGGREGATE FEE AWARD TO INDIRECT PURCHASER PLAINTIFFS' COUNSEL – Master File No. 3:07-cv-5944, MDL No. 1917

**PROOF OF SERVICE**

The undersigned certifies that on September 7, 2016, he caused this document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of filing to counsel of record for each party.

*/s/ James M. Terrell*
OF COUNSEL

---

OBJECTION OF McCALLUM, METHVIN & TERRELL, P.C. TO LEAD COUNSEL'S PROPOSED ALLOCATION OF AGGREGATE FEE AWARD TO INDIRECT PURCHASER PLAINTIFFS' COUNSEL –
Master File No. 3:07-cv-5944, MDL No. 1917