# EXHIBIT 1

Robert G. Methvin, Jr.
James M. Terrell
J. Matthew Stephens
**McCALLUM, METHVIN & TERRELL, P.C.**
The Highland Building
2201 Arlington Avenue South
Birmingham, AL 35205
Ph: (205) 939-0199
Fax: (205) 939-0399
rgm@mmlaw.net
jterrell@mmlaw.net
mstephens@mmlaw.net

*Counsel for Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 3:07-cv-5944<br>MDL No. 1917<br><br>**CLASS ACTION** |
| This Document Relates to:<br><br>All Indirect Purchaser Actions | **DECLARATION OF JAMES M. TERRELL IN SUPPORT OF MCCALLUM, METHVIN & TERRELL, P.C.'S OBJECTION TO LEAD COUNSEL'S PROPOSED ALLOCATION OF AGGREGATE FEE AWARD TO INDIRECT PURCHASHER PLAINTIFFS' COUNSEL**<br><br>Court: JAMS<br>Special Master: Martin Quinn<br>Judge: Hon. Jon S. Tigar |

I, James M. Terrell, declare as follows:

1. I am an attorney licensed to practice before the courts of Alabama and Mississippi, and am a shareholder in the law firm McCallum, Methvin & Terrell, P.C. I have personal knowledge of the facts stated in this declaration and, if called as a witness, I could and would testify competently to them. I make this declaration in support of my firm's Objection to Lead Counsel's Proposed Allocation of Aggregate Fee Award to Indirect Purchaser Plaintiffs' counsel.

2. My firm is counsel of record in this case, and represents named plaintiff Charles Jenkins.

3. Throughout the course of this litigation, MMT diligently performed all duties assigned by Lead Counsel and timely reported its lodestar to Lead Counsel. Specifically, MMT was involved in the following tasks and activities on behalf of the IPPs: (1) meetings with co-counsel and client in preparation for filing complaint; (2) meetings with co-counsel and client in preparing discovery responses; (3) meetings with co-counsel and client in preparing client for deposition; (4) attending deposition of client; (5) participating in document review; (6) attending meetings or conference calls with lead counsel regarding litigation or trial strategy; (7) attending meetings or conference calls with lead counsel regarding settlement.

4. Attached hereto as Exhibit "A" is a true and correct copy of a spreadsheet exported from Quickbooks showing the dates and amounts of litigation assessments paid by McCallum, Methvin & Terrell, P.C. The payment of these assessments are reflected in the books and records of my firm and are prepared from expense vouchers, invoices, receipts, check records and other source materials and accurately reflect the expenses incurred.

5. Attached hereto as Exhibit "B" is a true and correct copy of the Compendium of IPP Counsel Declarations in Support of Motion for Attorneys' Fees, Reimbursement of Expenses and Incentive Awards (Doc. # 4073).

6. Attached hereto as Exhibit "C" is a true and correct, redacted copy of a letter from Joe Patane dated April 11, 2013.

---

DECLARATION OF JAMES M. TERRELL IN SUPPORT OF McCALLUM, METHVIN & TERRELL, P.C.'S OBJECTION TO LEAD COUNSEL'S PROPOSED ALLOCATION OF AGGREGATE FEE AWARD TO INDIRECT PURCHASER PLAINTIFFS' COUNSEL – Master File No. 3:07-cv-5944, MDL No. 1917

I declare under penalty of perjury that the foregoing is true and correct. Executed this 7th day of September, 2016, in Birmingham, Alabama.

_____
James M. Terrell

# EXHIBIT A

# McCallum, Methvin & Terrell, P.C.
## Transactions by Account
### As of September 7, 2016

| Date | Name | Memo | Paid Amount |
|---|---|---|---:|
| 04/23/2009 | 25023-CRT Litigation File | Litigation Funding | 5,000.00 |
| 05/15/2013 | 25023-CRT Litigation File | Litigation Funding | 15,000.00 |
| 02/04/2016 | 25023-CRT Litigation File | Litigation Funding | 2,000.00 |
| | | | 22,000.00 |
| | | | 22,000.00 |

# EXHIBIT B

1  MARIO N. ALIOTO, ESQ. (56433)
2  JOSEPH M. PATANE, ESQ. (72202)
   LAUREN C. RUSSELL, ESQ. (241151)
3  TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
   2280 Union Street
4  San Francisco, CA  94123
   Telephone:  (415) 563-7200
5  Facsimile: (415) 346-0679
   E-mail: malioto@tatp.com
6  laurenrussell@tatp.com

7  Lead Class Counsel for the Indirect Purchaser Plaintiffs

9              UNITED STATES DISTRICT COURT
10             NORTHERN DISTRICT OF CALIFORNIA
11                SAN FRANCISCO DIVISION

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 3:07-cv-5944<br>MDL No. 1917<br><br>**CLASS ACTION**<br><br>**COMPENDIUM OF IPP COUNSEL DECLARATIONS IN SUPPORT OF MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES AND INCENTIVE AWARDS**<br><br>Hearing Date:  November 13, 2015<br>Time: 10:00 a.m.<br>Courtroom: One, 17th Floor<br>Judge:  Honorable Samuel Conti |
|---|---|
| This Document Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS | |

| COMPENDIUM INDEX OF HISTORIC AND CURRENT LODESTAR ||||
|---|---|---|---|
| FIRM NAME | REPORTED LODESTAR (HISTORIC) | LODESTAR AT CURRENT RATES | EXHIBIT |
| Trump, Alioto, Trump & Prescott, LLP | $15,745,591.25 | $17,290,782.50 | 1 |
| Kirby McInerney, LLP | $9,781,663.75 | $11,090,460.00 | 2 |
| Zelle, Hofmann, Voelbel, Mason & Gette LLP | $8,748,773.75 | $8,994,951.75 | 3 |
| Straus & Boies, LLP | $8,327,526.75 | $9,002,608.75 | 4 |
| Lovell Stewart Halebian and Jacobson LLP | $3,194,982.50 | $3,520,882.35 | 5 |
| Cooper & Kirkham, P.C. | $2,994,845.00 | $3,068,480.00 | 6 |
| Law Offices of Sylvie K Kern (KAG) | $2,937,784.00 | $3,592,540.00 | 7 |
| Green & Noblin, P.C. | $2,882,799.50 | $3,137,791.50 | 8 |
| Andrus Anderson LLP | $2,860,293.50 | $3,097,527.00 | 9 |
| Fine, Kaplan and Black, RPC | $2,625,672.50 | $2,625,672.50 | 10 |
| Miller Law LLC | $2,582,705.00 | $2,602,234.00 | 11 |
| Milberg LLP | $2,451,272.00 | $2,617,117.50 | 12 |
| Bramson, Plutzik, Mahler & Birkhaeuser, LLP | $2,414,440.00 | $2,608,560.00 | 13 |
| Law Offices of Sherman Kassof | $2,389,762.50 | $2,391,135.00 | 14 |
| Goldman Scarlato Karen & Penny, P.C. | $2,297,097.50 | $2,341,089.50 | 15 |
| Glancy Prongay & Murray LLP | $2,200,038.50 | $2,214,555.75 | 16 |
| Sharp McQueen PA | $1,376,957.00 | $1,443,207.50 | 17 |
| Law Offices of Brian Barry | $937,223.50 | $937,223.50 | 18 |
| Law Offices of Lawrence G. Papale | $850,240.00 | $946,500.00 | 19 |
| Vogl Meredith Burke LLP | $769,320.00 | $769,320.00 | 20 |
| Bonnett, Fairbourn, Friedman & Balint, P.C. | $667,632.50 | $667,632.50 | 21 |
| Hulett Harper Stewart LLP | $635,171.75 | $635,171.75 | 22 |
| Besmer Law Firm | $614,961.00 | $662,900.00 | 23 |
| Freedman Boyd Hollander Goldberg Urias & Ward P.A. | $556,654.00 | $556,654.00 | 24 |
| Janssen Malloy LLP | $546,932.50 | $546,932.50 | 25 |
| Morrison Sund PLLC | $387,800.00 | $476,440.00 | 26 |
| Karon LLC | $205,006.30 | $205,006.30 | 27 |
| Frankovitch, Anetakis, Colantonio & Simon | $197,859.25 | $197,859.25 | 28 |
| Kirkpatrick & Goldsborough, PLLC | $184,555.00 | $214,655.00 | 29 |
| McCallum, Hoaglund, Cook & Irby, LLP | $157,145.00 | $199,025.00 | 30 |
| The Saunders Law Firm | $147,526.50 | $156.340.00 | 31 |

1

COMPENDIUM OF IPP COUNSEL DECLARATIONS IN SUPPORT OF MOTION
FOR ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES AND INCENTIVE AWARDS
Case No. 3:07-cv-5944, MDL No. 1917

| FIRM NAME | REPORTED LODESTAR (HISTORIC) | LODESTAR AT CURRENT RATES | EXHIBIT |
|---|---|---|---|
| Ademi & O'Reilly LLP | $145,200.00 | $158,427.00 | 32 |
| Foley & Mansfield, PLLP | $106,298.50 | $127,500.00 | 33 |
| McCallum, Methvin & Terrell, P.C. | $88,777.50 | $106,985.00 | 34 |
| The Furth Firm LLP | $83,495.00 | $102,361.50 | 35 |
| Wyatt & Blake, LLP | $74,875.00 | $88,437.50 | 36 |
| Schubert, Jonckheer & Kolbe LLP | $69,370.00 | $74,075.00 | 37 |
| McManis Faulkner | $52,440.00 | $66,239.50 | 38 |
| Law Offices of Jeff Crabtree | $29,030.00 | $30,205.00 | 39 |
| Gustafson Gluek PLLC | $28,100.00 | $28,100.00 | 40 |
| Flom Law Office, P.A. | $23,744.00 | $23,744.00 | 41 |
| Whitfield Bryson & Mason LLP | $16,430.00 | $17,330.00 | 42 |
| Ryley Carlock & Applewhite | $8,600.50 | $8,600.50 | 43 |
| Bangs, McCullen, Butler, Foye & Simmons, LLP | $6,300.00 | $7,875.00 | 44 |
| Minami Tamaki LLP | $3,010.00 | $3,279.00 | 45 |
| Bonsignore Trial Lawyers, PLLC | $233,180.00 | $290,467.50 | * |
| Law Office of Francis O. Scarpulla | $64,708.75 | $73,812.50 | * |
| Gerard & Associates | $27,288.75 | $27,288.75 | * |
| Theresa D. Moore | $22,918.75 | $29,093.75 | * |
| **Total** | **$83,753,999.05** | **$90,075,076.90** | |

*No Declaration. Lodestar proposed by Lead Counsel.

2

COMPENDIUM OF IPP COUNSEL DECLARATIONS IN SUPPORT OF MOTION
FOR ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES AND INCENTIVE AWARDS
Case No. 3:07-cv-5944, MDL No. 1917

| | COMPENDIUM INDEX OF EXPENSES | | |
|---|---|---|---|
| **FIRM NAME** | **LITIGATION COST FUND CONTRIBUTION** | **UN-REIMBURSED EXPENSES** | **EXHIBIT** |
| Trump, Alioto, Trump & Prescott, LLP | $1,260,000.00 | $25,597.45 | 1 |
| Kirby McInerney, LLP | $110,000.00 | $111,357.08 | 2 |
| Zelle, Hofmann, Voelbel, Mason & Gette LLP | $25,000.00 | $143,946.50 | 3 |
| Straus & Boies, LLP | $120,000.00 | $88,841.21 | 4 |
| Lovell Stewart Halebian and Jacobson LLP | $125,000.00 | $47,571.59 | 5 |
| Cooper & Kirkham, P.C. | $50,000.00 | $50,362.37 | 6 |
| Law Offices of Sylvie K Kern (KAG) | $0.00 | $1,669.31 | 7 |
| Green & Noblin, P.C. | $60,000.00 | $47.35 | 8 |
| Andrus Anderson LLP | $50,000.00 | $35,702.27 | 9 |
| Fine, Kaplan and Black, RPC | $0.00 | $54,489.52 | 10 |
| Miller Law LLC | $50,000.00 | $1,484.46 | 11 |
| Milberg LLP | $60,000.00 | $21,977.64 | 12 |
| Bramson, Plutzik, Mahler & Birkhaeuser, LLP | $45,000.00 | $11,232.45 | 13 |
| Law Offices of Sherman Kassof | $50,000.00 | $1,521.70 | 14 |
| Goldman Scarlato Karen & Penny, P.C. | $75,000.00 | $6,933.81 | 15 |
| Glancy Prongay & Murray LLP | $45,000.00 | $6,977.84 | 16 |
| Sharp McQueen PA | $50,000.00 | $13,280.01 | 17 |
| Law Offices of Brian Barry | $25,000.00 | $3,471.05 | 18 |
| Law Offices of Lawrence G. Papale | $0.00 | $24,623.03 | 19 |
| Vogl Meredith Burke LLP | $0.00 | $14,218.73 | 20 |
| Bonnett, Fairbourn, Friedman & Balint, P.C. | $55,000.00 | $142.65 | 21 |
| Hulett Harper Stewart LLP | $0.00 | $12,566.35 | 22 |
| Besmer Law Firm | $0.00 | $0.00 | 23 |
| Freedman Boyd Hollander Goldberg Urias & Ward P.A. | $0.00 | $39,373.83 | 24 |
| Janssen Malloy LLP | $15,000.00 | $26.08 | 25 |
| Morrison Sund PLLC | $0.00 | $0.00 | 26 |
| Karon LLC | $0.00 | $0.00 | 27 |
| Frankovitch, Anetakis, Colantonio & Simon | $25,000.00 | $2,389.68 | 28 |
| Kirkpatrick & Goldsborough, PLLC | $10,000.00 | $481.04 | 29 |
| McCallum, Hoaglund, Cook & Irby, LLP | $10,000.00 | $7,475.41 | 30 |
| The Saunders Law Firm | $25,000.00 | $6,022.18 | 31 |

1

COMPENDIUM OF IPP COUNSEL DECLARATIONS IN SUPPORT OF MOTION
FOR ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES AND INCENTIVE AWARDS
Case No. 3:07-cv-5944, MDL No. 1917

| FIRM NAME | LITIGATION COST FUND CONTRIBUTION | UN-REIMBURSED EXPENSES | EXHIBIT |
|---|---|---|---|
| Ademi & O'Reilly LLP | $5,000.00 | $3,326.67 | 32 |
| Foley & Mansfield, PLLP | $0.00 | $403.25 | 33 |
| McCallum, Methvin & Terrell, P.C. | $20,000.00 | $9,428.22 | 34 |
| The Furth Firm LLP | $0.00 | $6,211.85 | 35 |
| Wyatt & Blake, LLP | $5,000.00 | $666.86 | 36 |
| Schubert, Jonckheer & Kolbe LLP | $0.00 | $2,058.28 | 37 |
| McManis Faulkner | $0.00 | $4,334.12 | 38 |
| Law Offices of Jeff Crabtree | $0.00 | $0.00 | 39 |
| Gustafson Gluek PLLC | $0.00 | $0.00 | 40 |
| Flom Law Office, P.A. | $0.00 | $93.84 | 41 |
| Whitfield Bryson & Mason LLP | $0.00 | $139.19 | 42 |
| Ryley Carlock & Applewhite | $0.00 | $499.15 | 43 |
| Bangs, McCullen, Butler, Foye & Simmons, LLP | $0.00 | $29.81 | 44 |
| Minami Tamaki LLP | $25,000.00 | $0.00 | 45 |
| Bonsignore Trial Lawyers, PLLC | $0.00 | $8,386.12 | * |
| Gerard & Associates | $5,000.00 | $287.60 | * |
| Gross Belsky Alonso LLP | $5,000.00 | $0.00 | * |
| **Total** | **$2,405,000.00** | **$769,647.55** | |

*No Declaration. Expenses proposed for reimbursement by Lead Counsel.

2

COMPENDIUM OF IPP COUNSEL DECLARATIONS IN SUPPORT OF MOTION
FOR ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES AND INCENTIVE AWARDS
Case No. 3:07-cv-5944, MDL No. 1917

# EXHIBIT C

# *Trump Alioto Trump & Prescott*
ATTORNEYS LLP
2280 Union Street
San Francisco, California 94123
(415) 563-7200
FAX (415) 346-0679

April 11, 2013

**INDIRECT PLAINTIFFS' COUNSEL**

**VIA ELECTRONIC MAIL**

Re:   *In re Cathode Ray Tube (CRT) Antitrust Litig.,* **Case No. 07-5944 SC**

Dear Counsel:

On behalf of Interim Lead Counsel, I write to update you on the status of the litigation and to inform you that we need to levy mandatory cost assessments on all indirect plaintiffs' counsel to replenish our litigation fund.

REDACTED

REDACTED

**Assessments**

We are levying mandatory cost assessments to replenish our litigation costs fund. These assessments are required for us to continue to pay for necessary litigation expenses. Even though class certification briefing is now complete, merits discovery is underway and we continue to incur substantial costs. Currently we have outstanding invoices from our economic expert in connection with class certification, certified translations, data storage, depositions and others, which are rapidly depleting our existing costs fund.

As you are aware, Lead Counsel considers amounts timely contributed to the litigation fund and reporting of time to be factors in making future work assignments and recommendations to the Court regarding fees.

Interim Lead Counsel requests that you contribute $15,000 to the litigation fund.

Please send your assessment, on or before April 26, 2013, to the above address made payable to: CRT ANTITRUST LITIGATION FUND.

Regards:

Joseph M. Patane

2