FILED

SEP 07 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 JST<br>MDL No. 1917 |
| This Document Relates to Case No. 3:13-cv-1173-JST (N.D. Cal.)<br><br>SHARP ELECTRONICS CORP., *et al.*,<br><br>   *Plaintiffs*,<br><br>v.<br><br>HITACHI, LTD., *et al.*,<br><br>   *Defendants*. | [PROPOSED] ORDER SETTING PRE-TRIAL SCHEDULE FOR SHARP TRIAL<br><br>Date: October 18, 2016<br>Time:  2:00 p.m.<br>Courtroom:   9, 19th Floor<br><br>The Honorable Jon S. Tigar |

1        Upon consideration of the Joint Motion for Administrative Relief Seeking Issuance

2  Of Pre-Trial Schedule, it is hereby:

3        ORDERED that the motion is granted; and it is further

4        ORDERED that the Court adopts the Plaintiffs' proposal attached to this Order; and

5  it is further

6        ORDERED that the deadlines contained in the attachment shall govern the pre-trial

7  preparation of Sharp and the remaining Defendants in this case.

8

9        **IT IS SO ORDERED.**

10

11

12  Dated:     __Sept. 7, 2016__               _____

13                                   HONORABLE JON S. TIGAR

14                                   UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Plaintiffs' Proposed Sharp Pre-Trial Schedule**

| Date | Description |
|---|---|
| 9/20/2016 | Sharp serves for use at Sharp-only trial:<br><br>(1)  list of trial exhibits;[1]<br>(2)  images of trial exhibits;[2]<br>(3)  deposition designations;[3]<br>(4)  list of discovery responses; and<br>(5)  initial live witness list |
| 10/18/2016 | Defendants serve for use at Sharp-only trial:<br><br>(1)  list of trial exhibits; [4]<br>(2)  images of trial exhibits;[5]<br>(3)  deposition designations; [6]<br>(4)  counter deposition designations;[7]<br>(5)  list of discovery responses;<br>(6)  initial live witness list; and<br>(7)  objections to Sharp's:<br><br>    (a)  trial exhibits;<br>    (b)  list of discovery responses;<br>    (c)  witness list; and<br>    (d)  deposition designations. |
| 11/4/2016 | Simultaneous exchange of draft jury instructions and special verdict forms |

---

[1] Subject to good faith reservation for reasonable supplementation; parties reserve all rights to argue unfair surprise or supplements not made in good faith.

[2] Images are to aid the parties for purposes of identification and objections.  Actual, exhibit-stamped images will be provided later.

[3] Subject to good faith reservation for reasonable supplementation; parties reserve all rights to argue unfair surprise or supplements not made in good faith.

[4] Subject to good faith reservation for reasonable supplementation; parties reserve all rights to argue unfair surprise or supplements not made in good faith.

[5] Images are to aid the parties for purposes of identification and objections.  Actual, exhibit-stamped images will be provided later.

[6] Subject to good faith reservation for reasonable supplementation; parties reserve all rights to argue unfair surprise or supplements not made in good faith.

[7] Subject to good faith reservation for reasonable supplementation; parties reserve all rights to argue unfair surprise or supplements not made in good faith.

| | |
|---|---|
| 11/11/2016 | Sharp serves:<br><br>(1)  counter deposition designations;[8] and<br>(2)  objections to defendants':<br><br>    (a)  exhibit list;<br>    (b)  list of discovery responses;<br>    (c)  witness list; and<br>    (d)  deposition designations. |
| 12/9/2016 | Defendants serve objections to Sharp's counter deposition designations |
| 12/16/2016 | Second simultaneous exchange of draft jury instructions and special verdict forms |
| 1/13/2017 | Parties meet and confer regarding:<br><br>(1)  Objections to and admissibility of each exhibit, discovery designations, and deposition designations;<br>(2)  Settlement;<br>(3)  Joint pretrial statement;<br>(4)  Narrowing issues; and<br>(5)  Proposed jury instructions |
| 1/20/2017 | Parties exchange draft joint pretrial statement and proposed order |
| 1/27/2017 | Parties file joint pretrial statement and proposed order |
| 1/27/2017 | Parties file and serve:<br><br>(1)  Voir dire questions;<br>(2)  Proposed jury instructions (*see* Standing Order for Civil Jury Trials, § F.4); and<br>(3)  Proposed verdict forms |

---

[8] Subject to good faith reservation for reasonable supplementation; parties reserve all rights to argue unfair surprise or supplements not made in good faith.

| 2/7/2017 – 2/8/2017 | Pretrial Conference <br> (DATE SET BY JUDGE TIGAR) |
|---|---|
| 2/21/2017 | Last day to file trial brief[9] |
| 2/27/2017 | Deliver three sets of pre-marked exhibits to courtroom deputy |
| 3/6/2017 | Trial <br> (DATE SET BY JUDGE TIGAR) |

---

[9] Any party wishing to file a trial brief must first obtain leave of Court.