Brent Caslin (Cal. Bar. No. 198682)
JENNER & BLOCK LLP
633 West Fifth Street
Suite 3600
Los Angeles, California 90071
Telephone:     213 239-5100
Facsimile:     213 239-5199
bcaslin@jenner.com

Terrence J. Truax (*pro hac vice*)
Michael T. Brody (*pro hac vice*)
Gabriel A. Fuentes (*pro hac vice*)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois 60654-3456
Telephone:     312 222-9350
Facsimile:     312 527-0484
ttruax@jenner.com
mbrody@jenner.com
gfuentes@jenner.com

Harold A. Barza (Cal. Bar. No. 80888)
Kevin Y. Teruya (Cal. Bar. No. 235916)
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:  (213) 443 3000
Facsimile:  (213) 443 3100
halbarza@quinnemanuel.com
kevinteruya@quinnemanuel.com

Ryan S. Goldstein (Cal. Bar No. 208444)
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
NBF Hibiya Building, 25F
1-1-7, Uchisaiwai-cho, Chiyoda-ku
Tokyo 100-0011, Japan
Telephone:  +81 3 5510 1711
Facsimile:  +81 3 5510 1712
ryangoldstein@quinnemanuel.com

*Attorneys for Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc.,
and Mitsubishi Electric Visual Solutions America, Inc.*

DECLARATION OF MICHAEL BRODY IN SUPPORT OFMOTION FOR EXTENSION OF TIME FOR THE
MITSUBISHI ELECTRIC DEFENDANTS TO OBJECT TO THE SPECIAL MASTER'S ORDER [DKT. 4802]
Case No. 3:07-cv-5944-SC; MDL NO. 1917

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master Case No. 3:07-cv-5944-SC<br>MDL No. 1917 |
| This Document Relates to:<br>_____<br><br>*Crago, d/b/a/ Dash Comp., Inc. et al. v. Mitsubishi Elec. Corp. et al.*, No. 14-CV-02058 SC | **DECLARATION OF MICHAEL BRODY IN SUPPORT OF MOTION FOR EXTENSION OF TIME FOR THE MITSUBISHI ELECTRIC DEFENDANTS TO OBJECT TO THE SPECIAL MASTER'S ORDER  [DKT. 4802]**<br><br>Judge:  Hon. Jon Tigar |

**DECLARATION OF MICHAEL BRODY**

1. On September 2, 2016, Terry Truax and I placed a call to Rick Saveri, counsel for the DPPs, in order to request that the DPPs stipulate to extend the time to file Mitsubishi Electric's objections to the Special Master's Order, Dkt. #4802, until October 7, 2016.  Mr. Saveri was not available and Mr. Truax and I left a message requesting a return call.

2. On September 6, 2016, Mr. Saveri returned my call.  I spoke with Mr. Saveri and requested that the DPPs stipulate to extend the time to file objections to the Special Master's Order.  Mr. Saveri advised me that he needed until the following day to consult with his co-counsel about the extension request.

3. On September 7, 2016, Mr. Saveri informed me that the DPPs did not agree to an extension until October 7, but would stipulate to an extension until September 23.

4. Mitsubishi Electric is currently working diligently to comply with Judge Walker's directives by the September 30, 2016 deadline.  It is performing extensive searches for documents and is conducting numerous interviews of individuals in Japan. Multiple Jenner & Block attorneys are working on Mitsubishi Electric's compliance efforts.

5. The Jenner & Block attorneys who are working on Mitsubishi Electric's compliance efforts are the same attorneys who would provide critical support and institutional knowledge in support of Mitsubishi Electric's preparation of objections.  If Mitsubishi Electric faces a September 23 deadline (as agreed-to by the DPPs), those attorneys will divert their attention to Mitsubishi Electric's objections, jeopardizing its compliance efforts.

6. Moreover, Mitsubishi Electric's compliance efforts will not be complete by September 23, and Mitsubishi Electric will therefore be unable to offer an accurate

report of those efforts to the Court as part of its objections, even though those efforts may be pertinent to its objections.

7. Mitsubishi Electric has requested an October 7 deadline because certain outside counsel attorneys for Mitsubishi Electric observe Rosh Hashanah on October 3-4.

8. I have been informed that on September 8, 2016 Mr. Truax contacted Mr. Saveri and the Direct Purchaser Plaintiffs have agreed that, while they object to the requested extension, in light of the September 13, 2016 deadline for filing objections to the recent Order, this motion for an extension of time may be heard on an expedited basis. Plaintiffs have stated that they will file a response by 1:00 p.m. on Friday, September 9.

I, Michael Brody, declare under penalty of perjury that the foregoing is true and correct. Executed on September 8, 2016.

*/s/ Michael T. Brody*
Michael T. Brody