Brent Caslin (Cal. Bar. No. 198682)
JENNER & BLOCK LLP
633 West Fifth Street
Suite 3600
Los Angeles, California 90071
Telephone:     213 239-5100
Facsimile:      213 239-5199
bcaslin@jenner.com

Terrence J. Truax (*pro hac vice*)
Michael T. Brody (*pro hac vice*)
Gabriel A. Fuentes (*pro hac vice*)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois 60654-3456
Telephone:     312 222-9350
Facsimile:      312 527-0484
ttruax@jenner.com
mbrody@jenner.com
gfuentes@jenner.com

Harold A. Barza (Cal. Bar. No. 80888)
Kevin Y. Teruya (Cal. Bar. No. 235916)
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:  (213) 443 3000
Facsimile:   (213) 443 3100
halbarza@quinnemanuel.com
kevinteruya@quinnemanuel.com

Ryan S. Goldstein (Cal. Bar No. 208444)
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
NBF Hibiya Building, 25F
1-1-7, Uchisaiwai-cho, Chiyoda-ku
Tokyo 100-0011, Japan
Telephone:  +81 3 5510 1711
Facsimile:   +81 3 5510 1712
ryangoldstein@quinnemanuel.com

*Attorneys for Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc.*

[PROPOSED] ORDER GRANTING MOTION FOR EXTENSION OF TIME FOR THE MITSUBISHI ELECTRIC DEFENDANTS
TO OBJECT TO THE SPECIAL MASTER'S ORDER [DKT. 4802]
Case No. 3:07-cv-5944-SC; MDL NO. 1917

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>_____<br><br>*Crago, d/b/a/ Dash Comp., Inc. et al. v. Mitsubishi Elec. Corp. et al.*, No. 14-CV-02058 SC | Master Case No. 3:07-cv-5944-SC<br>MDL No. 1917<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR EXTENSION OF TIME FOR THE MITSUBISHI ELECTRIC DEFENDANTS TO OBJECT TO THE SPECIAL MASTER'S REPORT AND RECOMMENDATION [DKT. 4802]** |

It is ORDERED that Mitsubishi Electric's Motion to Extend the Time to file its Objections to the Special Master's Order [Dkt. #4802] is granted.  Mitsubishi Electric's Objections are due on October 7, 2016.

Date: _____          _____
                                                                  Hon Jon S. Tigar
                                                                  United States District Judge