Jeffrey C. Shea (212754)
Law Office of Brian Barry
Telephone: 949-307-5975
Email: sheaj_2000@yahoo.com

*Counsel for Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>All Indirect Purchaser Actions | Case No. 3:07-cv-5944<br>MDL No. 1917<br><br>**PLAINTIFFS NOTICE OF MOTION AND MOTION TO REMOVE INCORRECTLY FILED DOCUMENT: DOCKET ITEM NUMBER 4816**<br><br>Court: JAMS<br>Special Master: Martin Quinn, JAMS<br>Judge: Hon. Jon S. Tigar |

## NOTICE OF MOTION AND MOTION

PLEASE TAKE NOTICE that the Law Office of Brian Barry, counsel for Indirect Purchaser Plaintiffs, respectfully submits this Motion to Remove Incorrectly Filed Document: Docket Item No. 4816.  When electronically filing Docket Item No. 4816 (*Objection of Law Office of Brian Barry to Lead Counsel's Proposed Allocation of Aggregate Fee Award to Indirect Purchaser Plaintiffs' Counsel*), Plaintiffs' counsel inadvertently and mistakenly included material properly subject to the current matter's Stipulated Protective Order.  The material at issue consists of summaries of defendant-produced documents included in exhibits (1-15, 17-23, 26-34, 38) attached to the main body of the objection.  Although containing only document summaries created by Plaintiffs' attorneys, and not actual copies or full versions of the documents themselves, these exhibits should not have been filed on the docket in the manner which they were.

Upon being alerted by Defendant counsel to the improper nature of this filing, our firm promptly e-mailed Judge Tigar's Docket Correction department, providing the case and docket numbers as well as a description of the issue.  Immediately after sending this e-mail, our firm contacted the ECF Help Desk to put a temporary lock on the filing, including the exhibits at issue.  Accordingly, Plaintiffs request that Docket Item No. 4816 be permanently deleted from the docket.

DATED: September 8, 2016                           Respectfully Submitted,

LAW OFFICE OF BRIAN BARRY

By: _____

Jeffrey C. Shea (212754)

Counsel for Indirect Purchaser Plaintiffs

1

**PROOF OF SERVICE VIA ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On September 9, 2016, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Northern District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 9th day of September, 2016.

*s/ Jeffrey C. Shea*
Jeffrey C. Shea

**Mailing Information for a Case 3:07-cv-05944-JST MDL No. 1917 In Re: Cathode Ray Tube (CRT) Antitrust Litigation**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Eliot A. Adelson**
  eadelson@kirkland.com,sfarley@kirkland.com,mccarthym@kirkland.com

- **Diana Arlen Aguilar**
  diana.aguilar@weil.com

- **Lee Albert**
  lalbert@glancylaw.com

- **Joseph M. Alioto , Sr**
  jmalioto@aliotolaw.com,nas@aliotolaw.com,jmiller@aliotolaw.com

- **Joseph Michelangelo Alioto , Jr**
  Joseph.Alioto@usdoj.gov,melissa.dorton@usdoj.gov,CaseView.ECF@usdoj.gov

- **Mario N. Alioto**
  malioto@tatp.com

- **Mario Nunzio Alioto**
  malioto@tatp.com

- **Angelina Alioto-Grace**
  sexton@aliotolaw.com

- **Daniel Bruce Allanoff**
  dallanoff@mcgslaw.com

- **James T Almon**
  jalmon@knpa.com,agonzalez@knpa.com

- **Jacob P. Alpren**
  jalpren@fbj-law.com

- **Jonathan Ellis Altman**
  Jonathan.Altman@mto.com

- **Jennie Lee Anderson**
  jennie@andrusanderson.com,kelli.good@andrusanderson.com,leland.belew@andrusanderson.com

- **Lori Erin Andrus**
  lori@andrusanderson.com,kelli.good@andrusanderson.com,leland.belew@andrusanderson.com

- **Deborah Ellen Arbabi**
  darbabi@crowell.com

- **Gregory K Arenson**
  garenson@kaplanfox.com

- **Sofia Arguello**
  sarguello@winston.com

- **Richard A. Arnold**
  rarnold@kennynachwalter.com,sscott@kennynachwalter.com

- **Aldo A. Badini**
  abadini@winston.com,lcachola@winston.com,docketsf@winston.com,docketny@winston.com

- **Gordon Ball**
  gball@gordonball.com,tbenson@gordonball.com,ddaugherty@gordonball.com

- **Dylan Ian Ballard**
  dballard@sheppardmullin.com,mlinville@sheppardmullin.com,bcolomer@sheppardmullin.com

- **Brian Joseph Barry**
  bribarry1@yahoo.com

- **Joseph Michael Barton**
  joebartonesq@gmail.com

- **Harold A. Barza**
  halbarza@quinnemanuel.com,willcooper@quinnemanuel.com,albertvillamil@quinnemanuel.com,calendar@quinnemanuel.com

- **Timothy D. Battin**
  tbattin@straus-boies.com,ecf@straus-boies.com

- **William H. Bave , III**
  wbave@whitecase.com

- **Gary Becker**
  gary.becker@ct.gov

- **Van H. Beckwith**
  van.beckwith@bakerbotts.com,terry.barnard@bakerbotts.com,debora.simonson@bakerbotts.com

- **Matthew C. Behncke**
  mbehncke@susmangodfrey.com

- **Keith Thomson Belt , Jr**
  keithb@beltlawfirm.com,dianeb@beltlawfirm.com

- **Barry J Bendes**
  bbendes@eapdlaw.com

- **Barry J. Bendes**
  bbendes@eapdlaw.com

- **Craig A Benson**
  CBenson@paulweiss.com,mholden@paulweiss.com,jpowers@paulweiss.com,acoyle@paulweiss.com,stcohen@paulweiss.com,wmcauliffe@paulweiss.com,mao_fednational@paulweiss.com,larand@paulweiss.com,kdavis@paulweiss.com,dandrews@paulweiss.com

- **Steven F. Benz**
  sbenz@khhte.com,ashen@khhte.com,ccook@khhte.com

- **Debra Dawn Bernstein**
  debra.bernstein@alston.com

- **Veronica Besmer**
  veronica@besmerlaw.com,vbesmer@hotmail.com

- **Daniel Edward Birkhaeuser**
  dbirkhaeuser@bramsonplutzik.com,ptoovey@bramsonplutzik.com

- **Garrett D. Blanchfield , Jr**
  g.blanchfield@rwblawfirm.com,k.schulte@rwblawfirm.com,r.yard@rwblawfirm.com

- **William J. Blechman**
  wblechman@knpa.com,dluzniak@knpa.com,mbrehm@knpa.com

- **John Dmitry Bogdanov**
  jdb@coopkirk.com

- **David Boies , III**
  dboies@straus-boies.com,tpalumbo@straus-boies.com

- **Anthony J. Bolognese**
  abolognese@bolognese-law.com

- **Robert J. Bonsignore**
  rbonsignore@class-actions.us

- **Jeffrey D. Bores**
  jbores@chestnutcambronne.com

- **Benjamin Gardner Bradshaw**
  bbradshaw@omm.com

- **Liz Ann Brady**
  liz.brady@myfloridalegal.com,karen.marsh@myfloridalegal.com,colin.fraser@myfloridalegal.com,rachel.steinman@myfloridalegal.com
- **Patrick John Brady**
  jbrady@polsinelli.com,rtrosen@polsinelli.com,cmiller@polsinelli.com,docketing@polsinelli.com,dhunt@polsinelli.com
- **Rachel S. Brass**
  rbrass@gibsondunn.com,smaruschak@gibsondunn.com
- **Brad D. Brian**
  BrianBD@mto.com,lisa.lovullo@mto.com
- **Michael T. Brody**
  mbrody@jenner.com,edockets@jenner.com,svanhorn@jenner.com,docketing@jenner.com
- **Chadwick Oliver Brooker**
  cbrooker@atg.state.il.us
- **David C. Brownstein**
  dbrownstein@fbj-law.com
- **W. Joseph Bruckner**
  wjbruckner@locklaw.com,sipeem@locklaw.com,amhorningnygren@locklaw.com,user2@locklaw.com,pottehn@locklaw.com
- **Robert Page Bruner**
  robertb@beltlawfirm.com
- **David Burman**
  dburman@perkinscoie.com,DocketSFLIT@perkinscoie.com,JMccluskey@perkinscoie.com
- **Courtney C Byrd**
  cbyrd@omm.com
- **William G. Caldes**
  bcaldes@srkw-law.com,jjagher@srkw-law.com
- **Terry Calvani**
  terry.calvani@freshfields.com
- **Karl L. Cambronne**
  kcambronne@chestnutcambronne.com
- **Christopher William Cantrell**
  chrisc@beltlawfirm.com
- **Lauren Clare Capurro**
  laurenrussell@tatp.com,sisselbrowder@yahoo.com
- **Scott W. Carlson**
  scarlson@heinsmills.com
- **Gary R Carney**
  GCarney@paulweiss.com,mao_fednational@paulweiss.com
- **Drew A. Carson**
  carson@millergolerfaeges.com
- **Johnny William Carter**
  jcarter@susmangodfrey.com,ecf-3fdd79b2bc10@ecf.pacerpro.com,ecf-e319b07d26cc@ecf.pacerpro.com,chernandez@susmangodfrey.com
- **Leo David Caseria**
  lcaseria@sheppardmullin.com
- **Brent Caslin**
  bcaslin@jenner.com,docketing@jenner.com
- **Jill Sharon Casselman**
  jscasselman@rkmc.com,jmbauer@rkmc.com,dwfiskio@rkmc.com,lrbryant-wilson@rkmc.com
- **Christina Maria Ceballos-Levy**
  ccl@knpa.com
- **James E. Cecchi**
  jcecchi@carellabyrne.com,ltaylor@carellabyrne.com
- **David P. Chiappetta**
  dchiappetta@perkinscoie.com,jjaeger@perkinscoie.com,docketsflit@perkinscoie.com,jdance@perkinscoie.com,annalee@perkinscoie.com
- **Michelle Park Chiu**
  mchiu@morganlewis.com,drivera@morganlewis.com
- **Stephanie Yunjin Cho**
  scho@hausfeldllp.com
- **Emily E. Chow**
  emily.chow@faegrebd.com,lori.honse@faegrebd.com
- **Michael S. Christian**
  mchristian@zelle.com,rnewman@zelle.com
- **Patrick Bradford Clayton**
  pbc@scarpullalaw.com
- **William C. Cleveland**
  wcleveland@buistmoore.com
- **Bryan L. Clobes**
  bclobes@caffertyclobes.com,docketclerk@caffertyclobes.com,docket@caffertyclobes.com,dherrera@caffertyclobes.com
- **Bruce Cobath**
  bcobath@sheppardmullin.com
- **George Cochran**
  lawchrist@gmail.com
- **Eva W. Cole**
  ewcole@winston.com,cfernandez@winston.com,docketsf@winston.com,docketny@winston.com
- **Commonwealth of Massachusetts**
  matthew.lyons@state.ma.us
- **Bernice Conn**
  BConn@robinskaplan.com,rirajpanah@robinskaplan.com
- **Josef Deen Cooper**
  jdc@coopkirk.com,trk@coopkirk.com,jdl@coopkirk.com,bogdanorck@aol.com
- **Craig C. Corbitt**
  ccorbitt@zelle.com,mbabione@zelle.com,emilio.varanini@doj.ca.gov
- **Joseph W. Cotchett**
  jcotchett@cpmlegal.com
- **Christina Diane Crow**
  ccrow@jinkslaw.com,danthony@jinkslaw.com,ccantey@jinkslaw.com
- **William T. Crowder**
  wcrowder@emersonpoynter.com
- **Brendan P. Cullen**
  cullenb@sullcrom.com,s&cmanagingclerk@sullcrom.com
- **Tyler Mark Cunningham**
  tcunningham@sheppardmullin.com
- **Christopher M. Curran**
  ccurran@whitecase.com,erin.mcnamee@whitecase.com,fhogue@whitecase.com,emily.brodybizar@whitecase.com,mtoto@whitecase.com,jdisanti@whitecase.com,mco@whitecase.com,paige.dekker@whitecase.com
- **Joseph Edward Czerniawski**
  Jczerniawski@wkgj.com,JoeCznyc@gmail.com
- **Matthew Robert DalSanto**
  mdalsanto@winston.com,recordssf@winston.com,docketsf@winston.com,ttannis@winston.com

- **Kira A Davis**
  kdavis@paulweiss.com,mao_fednational@paulweiss.com
- **Gerard A Dever**
  gdever@finekaplan.com,shufnagel@finekaplan.com,akatzman@finekaplan.com,dperelman@finekaplan.com,nblakeslee@finekaplan.com
- **William Diaz**
  wdiaz@mwe.com,ahamilton@mwe.com,mstumpf@mwe.com
- **Manuel Juan Dominguez**
  jdominguez@cohenmilstein.com,mwade@cohenmilstein.com
- **Molly Donovan**
  mmdonovan@winston.com,docketsf@winston.com,PacerCourtFile@winston.com,docketny@winston.com,jstewart@winston.com
- **Mark C. Dosker**
  mark.dosker@squirepb.com,sfr_docket@squirepb.com,Dalia.Hill@squirepb.com
- **Thomas Patrick Dove**
  tdove@furth.com
- **Thomas Arthur Doyle**
  tadoyle@thomasadoyle.com,tsaunders@saunders-lawfirm.com
- **Matthew Duncan**
  mduncan@finekaplan.com
- **Barack Shem Echols**
  barack.echols@kirkland.com
- **Helen Cho Eckert**
  heckert@sheppardmullin.com
- **Marc Howard Edelson**
  medelson@edelson-law.com
- **Nathan P. Eimer**
  neimer@eimerstahl.com,erogers@eimerstahl.com,fharvey@eimerstahl.com,nnowacki@eimerstahl.com
- **Marwa Elzankaly**
  melzankaly@mcmanislaw.com,azandate@mcmanislaw.com,nshakoori@mcmanislaw.com,epipkin@mcmanislaw.com,sshakoori@mcmanislaw.com
- **John G. Emerson**
  jemerson@emersonfirm.com,tautry@emersonfirm.com
- **Candice J. Enders**
  cenders@bm.net
- **Vincent J. Esades**
  vesades@heinsmills.com,lgehrking@heinsmills.com,ikovarik@heinsmills.com,rsteiner@heinsmills.com
- **Esteban Martin Estrada**
  martin.estrada@mto.com,jennifer.lawlor@mto.com
- **John Clayton Everett , Jr**
  jeverett@morganlewis.com
- **Josh Ewing**
  je@fbdlaw.com
- **William S Farmer**
  wfarmer@fbj-law.com,jalpren@fbj-law.com,dbrownstein@fbjlaw.com,jsmith@fbj-law.com
- **Eric B. Fastiff**
  efastiff@lchb.com,btroxel@lchb.com
- **Gordon M. Fauth , Jr**
  gmf@classlitigation.com
- **Kevin Douglas Feder**
  kfeder@omm.com
- **John Finn**
  sampc01@gmail.com
- **Joel Flom**
  joel@jeffreislaw.com
- **Laura Fortman**
  sampc01@gmail.com
- **Dana E. Foster**
  defoster@whitecase.com,defoster@whitecase.com,cnaifeh@whitecase.com,lmandell@whitecase.com
- **M. Eric Frankovitch**
  msimon@facslaw.com
- **Jeff D Friedman**
  jefff@hbsslaw.com,jeanethd@hbsslaw.com,sf_filings@hbsslaw.com,nicolleg@hbsslaw.com
- **Qianwei Fu**
  qfu@zelle.com
- **Gabriel A. Fuentes**
  gfuentes@jenner.com
- **Kenneth A. Gallo**
  kgallo@paulweiss.com,GCarney@paulweiss.com,mlaramie@paulweiss.com,mao_fednational@paulweiss.com
- **Cheryl Ann Galvin**
  cgalvin@tcolaw.com
- **Rodney J Ganske**
  rod.ganske@alston.com,kerrie.sekine@alston.com
- **Steven Ganz**
  terry@grossbelsky.com
- **Jalaine Garcia**
  jgarcia@knpa.com
- **Arthur Slezak Gaus**
  asg@dillinghammurphy.com,wfm@dillinghammurphy.com
- **Martin C. Geagan , Jr**
  mgeagan@winston.com
- **Tiffany Belle Gelott**
  tiffany.gelott@bakerbotts.com
- **David Paul Germaine**
  dgermaine@vaneklaw.com,svitullo@vaneklaw.com,cparrottsheffer@vaneklaw.com
- **John Mark Gidley**
  mgidley@whitecase.com,jdisanti@whitecase.com,mco@whitecase.com
- **Brian Gillett**
  bgillett@susmangodfrey.com,ecf-b3db5569898c@ecf.pacerpro.com,ecf-63532ccae4d9@ecf.pacerpro.com
- **Bernadette Shawan Gillians**
  sgillians@buistmoore.com
- **Brendan Patrick Glackin**
  bglackin@lchb.com
- **Joseph Goldberg**
  jg@fbdlaw.com,imn@fbdlaw.com,drt@fbdlaw.com
- **Kevin B. Goldstein**
  kevin.goldstein@weil.com
- **Ryan Seth Goldstein**
  ryangoldstein@quinnemanuel.com

- **Ryan Michael Goodland**
  ryan.goodland@weil.com
- **Ruthanne Gordon**
  rgordon@bm.net,emagnus@bm.net,ccoslett@bm.net
- **Joshua H. Grabar**
  jgrabar@bolognese-law.com
- **Robert J. Gralewski , Jr**
  bgralewski@kmllp.com,fbrizuela@kmllp.com
- **Steven J. Greenfogel**
  sgreenfogel@litedepalma.com,epalomino@litedepalma.com
- **Marc Jeffrey Greenspon**
  mgreenspon@bermandevalerio.com
- **Francis M. Gregorek**
  gregorek@whafh.com,fait@whafh.com
- **Terry Gross**
  terry@gba-law.com,javier@gba-law.com,monique@gba-law.com,adam@gba-law.com,cristina@gba-law.com,javier@ecf.courtdrive.com,sarah@gba-law.com,joann@gba-law.com
- **Gianna Christa Gruenwald**
  gianna@saveri.com
- **Richard Michael Hagstrom**
  rhagstrom@hjlawfirm.com,cmnelson@hjlawfirm.com
- **Marjan Hajibandeh**
  marjan.hajibandeh@weil.com
- **Michael E. Hamburger**
  mhamburger@whitecase.com
- **Jeane Hamilton**
  jeane.hamilton2@usdoj.gov,vanessa.vargas@usdoj.gov,kathleen.turner@usdoj.gov,carole.huygen@usdoj.gov,kate.patchen@usdoj.gov,CaseView.ECF@usdoj.gov
- **Timothy Ricardo Hanigan**
  trhanigan@gmail.com,dlopez@bandaslawfirm.com,vgreenwalt@lhcllp.com
- **Blake Lee Harrop**
  bharrop@atg.state.il.us,jfeldmar@atg.state.il.us
- **Cathleen Hamel Hartge**
  Cathleen.Hartge@mto.com,Belinda.Morales@mto.com,Kevin.Park@mto.com,aileen.beltran@mto.com
- **Matthew Dickinson Heaphy**
  mheaphy@saveri.com
- **Astor Henry Lloyd Heaven , III**
  aheaven@crowell.com,aheaven@crowell.com
- **Christopher T. Heffelfinger**
  cheffelfinger@bermandevalerio.com,ysoboleva@bermandevalerio.com
- **Richard Martin Heimann**
  rheimann@lchb.com
- **Samuel D. Heins**
  sheins@heinsmills.com
- **Adam C. Hemlock**
  adam.hemlock@weil.com,adam.hemlock@weil.com,Jay.Minga@weil.com,nymao@weil.com,Nicholas.Klenow@weil.com,Marihug.Cedeno@weil.com,nymao@ecf.pacerpro.com
- **Nicholas H. Hesterberg**
  nhesterberg@perkinscoie.com,lnelson@perkinscoie.com,docketsea@perkinscoie.com
- **Eric D. Hoaglund**
  ehoaglund@mhcilaw.com
- **Jory M Hoffman**
  jhoffman@jenner.com
- **Curt Holbreich**
  cholbreich@sidley.com,sfefilingnotice@sidley.com,jhiwa@sidley.com,sfdocket@sidley.com
- **Steven Randall Hood**
  rhood@mcgowanhood.com
- **Richard Freeman Horsley**
  rfhala@cs.com
- **Derek G. Howard**
  derek@derekhowardlaw.com,gh@s,donna@dhowlaw.com
- **Gregory Hull**
  Greg@ellenberghull.com
- **Sean Hull**
  sxhull@gmail.com
- **Daniel Hume**
  dhume@kmllp.com
- **Ryan M Hurley**
  ryan.hurley@FaegreBD.com
- **Troy J. Hutchinson**
  thutchinson@heinsmills.com
- **Hojoon Hwang**
  hojoon.hwang@mto.com,Joannette.driver-moore@mto.com,Ashley.Fitzwilliams@mto.com
- **David Yau-Tian Hwu**
  dhwu@saveri.com
- **Philip J Iovieno**
  piovieno@bsfllp.com,mfelder@bsfllp.com,aweber@bsfllp.com,ksmith@bsfllp.com,anardacci@bsfllp.com,tmiller@bsfllp.com,kmoat@bsfllp.com
- **Philip J. Iovieno**
  piovieno@bsfllp.com
- **Philip J. Iovieno**
  piovieno@bsfllp.com
- **Robert Brent Irby**
  birby@mhcilaw.com,lmarler@mhcilaw.com,ehoaglund@mhcilaw.com
- **William A. Isaacson**
  wisaacson@bsfllp.com,jmilici@bsfllp.com
- **Michele Chickerell Jackson**
  mjackson@lchb.com,btroxel@lchb.com
- **Michael Jocobs**
  mjacobs@zelle.com
- **Elizabeth Helmer Jordan**
  elizabeth.jordan@alston.com
- **Jeffrey M. Judd**
  judlegal@sonic.net
- **Betty Lisa Julian**
  bjulian@damrell.com
- **Paul Brian Justi**
  pbjusti@comcast.net,Lori@pbjusti.com
- **Steven A. Kanner**
  skanner@fklmlaw.com,mkhamoo@fklmlaw.com

- **Robert N. Kaplan**
  rkaplan@kaplanfox.com
- **Robert N. Kaplan**
  rkaplan@kaplanfox.com,mmccahill@kaplanfox.com
- **Daniel R. Karon**
  dkaron@karonllc.com,cgood@karonllc.com,bhollowell@karonllc.com
- **Sherman Kassof**
  heevay@att.net,heevay@yahoo.com
- **Margaret Anne Keane**
  margaret.keane@dlapiper.com,sandy.holstrom@dlapiper.com,margaret-keane-8958@ecf.pacerpro.com,1807@ecf.pacerpro.com,jeffrey.reeves@dlapiper.com
- **Julie A. Kearns**
  jkearns@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com
- **Katherine T. Kelly**
  kkelly@heinsmills.com
- **Michael P. Kenny**
  mike.kenny@alston.com
- **Matthew David Kent**
  matthew.kent@alston.com,jason.rottner@alston.com
- **Sylvie K. Kern**
  sylviekern@yahoo.com
- **Jeffrey L. Kessler**
  jkessler@winston.com,pacercourtfile@winston.com,docketsf@winston.com,docketny@winston.com
- **Charles M. Kester**
  cmkester@nwark.com
- **Jason Kilene**
  jkilene@gustafsongluek.com,dgustafson@gustafsongluek.com
- **Miriam Kim**
  Miriam.Kim@mto.com,robyn.bird@mto.com,victor.tobar@mto.com
- **YongSang Kim**
  yongsang.kim@aporter.com
- **Kirby McInerney LLP**
  bgralewski@kmllp.com
- **Tracy R. Kirkham**
  trk@coopkirk.com
- **Mary Gilmore Kirkpatrick**
  mkirk@vtlawfirm.com
- **Jeffrey Alan Klafter**
  jak@klafterolsen.com
- **Esther L Klisura**
  eklisura@slenvironment.com,kzener@slenvironment.com,josbun@slenvironment.com,tangst@slenvironment.com
- **Aya Kobori**
  akobori@whitecase.com,agoodall@whitecase.com
- **Anna Marie Konradi**
  anna.konradi@faegrebd.com
- **Erik T. Koons**
  erik.koons@bakerbotts.com
- **Bethany Woodard Kristovich**
  Bethany.Kristovich@mto.com
- **Susan Gilah Kupfer**
  skupfer@glancylaw.com,sfreception@glancylaw.com
- **Christine A. Laciak**
  christine.laciak@freshfields.com,richard.snyder@freshfields.com
- **John Pierre Lahad**
  jlahad@susmangodfrey.com,kristi-davis-0719@ecf.pacerpro.com,kdavis@susmangodfrey.com
- **David Nathan Lake**
  david@lakelawpc.com
- **Nathan Lane , III**
  natelane3law@gmail.com,sarah.david@squirepb.com
- **Lucius Bernard Lau**
  alau@whitecase.com,cnaifeh@whitecase.com,sharon.park@whitecase.com,twu@whitecase.com,aangat.amin@whitecase.com,relfand@whitecase.com,jonathanc.black@whitecase.com,mfrutig@whitecase.com,michael.hamburger@whitecase.com,samuel.sharp@whitecase.com,dfoster@whitecase.com
- **Christopher Le**
  cle@straus-boies.com,cvoigt@straus-boies.com,ecf@straus-boies.com
- **Lewis Titus LeClair**
  lleclair@mckoolsmith.com,cfowler@mckoolsmith.com
- **Christopher L. Lebsock**
  clebsock@hausfeldllp.com,celder@hausfeldllp.com
- **Jeffrey Jay Lederman**
  jlederman@winston.com,docketsf@winston.com
- **Charles A. Legge**
  snevins@jamsadr.com
- **Michael Paul Lehmann**
  mlehmann@hausfeldllp.com
- **James F. Lerner**
  jlerner@winston.com,docketsf@winston.com,docketny@winston.com
- **Jill Tan Lin**
  jill.tan.lin@gmail.com
- **Laura K Lin**
  Laura.lin@mto.com,stephanie.ferrell@mto.com,Gregory.Weingart@mto.com
- **Calvin L. Litsey**
  calvin.litsey@faegrebd.com
- **Calvin Lee Litsey**
  calvin.litsey@faegrebd.com,helen.chacon@FaegreBD.com,sonja.beamon@faegrebd.com,debra.egan@faegrebd.com
- **Ethan E. Litwin**
  litwin@hugheshubbard.com,bennettc@howrey.com,managing-attorney-4212@ecf.pacerpro.com,ethan-litwin-8595@ecf.pacerpro.com
- **Marisa C. Livesay**
  livesay@whafh.com,boyles@whafh.com
- **William Henry London**
  wlondon@fklmlaw.com
- **Kevin Bruce Love**
  klove@cridenlove.com
- **Christopher Lovell**
  clovell@lshllp.com
- **Matthew Mark Lyons**
  matthew.lyons@state.ma.us
- **Kyle W Mach**
  kyle.mach@mto.com,robyn.bird@mto.com

- **Donald Scott Macrae**
  smacrae@bamlawlj.com

- **Lidia Maher**
  Lidia.Maher@usdoj.gov,edward.bernard@usdoj.gov,carole.huygen@usdoj.gov,kate.patchen@usdoj.gov

- **Travis Luke Manfredi**
  travis@cobaltlaw.com

- **Betsy Carol Manifold**
  cabrera@whafh.com,boyles@whafh.com,loritsch@whafh.com

- **Jill Michelle Manning**
  jmanning@steyerlaw.com,lrorem@steyerlaw.com

- **Seymour J. Mansfield**
  smansfield@foleymansfield.com,elewison@foleymansfield.com

- **Mark D. Marino**
  mark.marino@klgates.com

- **Jonathan A Mark**
  jonathanm2@atg.wa.gov,justinw@atg.wa.gov,ATSeaEF@ATG.WA.GOV

- **Kenneth S. Marks**
  kmarks@markshouston.com,ecf-7e1d9959502a@ecf.pacerpro.com,ecf-795e4ba948d9@ecf.pacerpro.com

- **David Martinez**
  dmartinez@robinskaplan.com,lcastiglioni@robinskaplan.com,sgreen@robinskaplan.com

- **Sharon D. Mayo**
  sharon.mayo@aporter.com,Joanna.Lee@aporter.com,Emily.Clark@aporter.com,sfcalendar@aporter.com,Jill.Hernandez@aporter.com

- **Matthew J. McBurney**
  mmcburney@crowell.com

- **Bruce C. McCulloch**
  bruce.mcculloch@freshfields.com

- **Corey D. McGaha**
  cmcgaha@crowdermcgaha.com

- **James Landon McGinnis**
  jmcginnis@sheppardmullin.com,csuh@sheppardmullin.com,jcampos@sheppardmullin.com,rbreese@sheppardmullin.com

- **Elizabeth Anne McKenna**
  emckenna@milberg.com

- **William Angus McKinnon**
  bmckinnon@mcgowanhood.com

- **Mike McKool**
  mmckool@mckoolsmith.com,sbovine@mckoolsmith.com

- **James McManis**
  jmcmanis@mcmanislaw.com,mrose@mcmanislaw.com,clarsen@mcmanislaw.com,eschneider@mcmanislaw.com

- **Robert Brian McNary**
  rmcnary@crowell.com

- **Joel Cary Meredith**
  jmeredith@mcgslaw.com,apaul@mcgslaw.com

- **Steven Douglas Merriman**
  smerriman@perkinscoie.com,tbrandon@perkinscoie.com

- **Robert G. Methvin**
  sreynolds@mmlaw.net

- **Robert Gordon Methvin , Jr**
  sreynolds@mmlaw.net

- **Anton Metlitsky**
  ametlitsky@omm.com

- **Christopher Thomas Micheletti**
  cmicheletti@zelle.com

- **Douglas A. Millen**
  doug@fklmlaw.com

- **Marvin A. Miller**
  mmiller@millerlawllc.com

- **Steve A Miller**
  sampc01@gmail.com

- **Steven J. Miller**
  miller@millergolerfaeges.com

- **Craig D. Minerva**
  craig.minerva@freshfields.com

- **Kathy Lee Monday**
  kmonday@damrell.com,NWeston-Dawkes@damrell.com

- **H. Laddie Montague , Jr**
  hlmontague@bm.net,sleo@bm.net

- **Cori Gordon Moore**
  cgmoore@perkinscoie.com,nlygren@perkinscoie.com

- **Paul Andrew Moore**
  Paul.Moore@doj.ca.gov

- **Theresa Driscoll Moore**
  TMoore@aliotolaw.com

- **Gordon Morgan**
  gmorganpi@gmail.com

- **Andrew J. Morganti**
  amorganti@milberg.com,MAOffice@milberg.com

- **Bruce L. Mulkey**
  bruce@mulkeylaw.com

- **Daniel Joseph Mulligan**
  dan@jmglawoffices.com,lgabriel@jmglawoffices.com

- **Jerome A. Murphy**
  jmurphy@crowell.com,bhanley@crowell.com

- **Gilmur Roderick Murray**
  gmurray@murrayhowardlaw.com,aarnall@murrayhowardlaw.com

- **Jason C. Murray**
  jmurray@crowell.com,SMierisch@crowell.com,rwong@crowell.com,aslade@crowell.com

- **Kevin J. Murray**
  kmurray@knpa.com

- **James Mutchnik**
  james.mutchnik@kirkland.com,wstreff@kirkland.com,holly.fisher@kirkland.com

- **Anne M. Nardacci**
  anardacci@bsfllp.com,amarcus@bsfllp.com,jdew@bsfllp.com,ashaw@bsfllp.com

- **Krishna Brian Narine**
  knarine@m-npartners.com

- **Susan Elizabeth Nash**
  susan.nash@mto.com

- **Barbara J. Nelson**
  barbara.nelson@usdoj.gov
- **Michael John Newton**
  mike.newton@alston.com,lisa.n.wilson@alston.com,linder.lane@alston.com,kate.smith@alston.com
- **Tim David Nord**
  tim.d.nord@state.or.us,melissa.curtis@state.or.us
- **Paul F. Novak**
  pnovak@milberg.com,MAOffice@milberg.com
- **Linda P. Nussbaum**
  lnussbaum@nussbaumpc.com
- **Linda Phyllis Nussbaum**
  lnussbaum@nussbaumpc.com,sschwaiger@nussbaumpc.com,
- **Bambo Obaro**
  bambo.obaro@weil.com,janine.chong@weil.com,tricia-dresel-2470@ecf.pacerpro.com,tricia.dresel@weil.com,janine-chong-6094@ecf.pacerpro.com
- **Elizabeth R. Odette**
  erodette@locklaw.com,samorbey@locklaw.com
- **Niki B. Okcu**
  Niki.Okcu@att.com
- **Orion Home Systems, LLC**
  cadio@saveri.com
- **Kathy L. Osborn**
  kathy.osborn@FaegreBD.com
- **Joseph A. Ostoyich**
  OstoyichJ@howrey.com,OstoyichJ@howrey.com
- **Jeremy Kent Ostrander**
  jostrander@whitecase.com,faragona@whitecase.com,agoodall@whitecase.com
- **Daniel D. Owen**
  dowen@polsinelli.com,rtrosen@polsinelli.com,docketing@polsinelli.com,dhunt@polsinelli.com
- **Joseph Darrell Palmer**
  darrell.palmer@palmerlegalteam.com,maria.carapia@palmerlegalteam.com
- **R. Scott Palmer**
  scott.palmer@myfloridalegal.com
- **Lawrence Genaro Papale**
  lgpapale@papalelaw.com
- **Joseph Mario Patane**
  jpatane@tatp.com
- **Jonathan Alan Patchen**
  jpatchen@tcolaw.com,cdunbar@tcolaw.com,schow@tcolaw.com,jmetz@tcolaw.com,cgalvin@tcolaw.com,esittler@tcolaw.com
- **George L. Paul**
  gpaul@whitecase.com
- **Clifford H. Pearson**
  cpearson@pswlaw.com
- **Matthew David-Craig Pearson**
  mpearson@bermandevalerio.com,ysoboleva@bermandevalerio.com
- **Jayne Ann Peeters**
  jpeeters@steyerlaw.com,aroque@steyerlaw.com
- **David M. Peterson**
  dpeterson@susmangodfrey.com,ecf-805abf0bcfce@ecf.pacerpro.com,ecf-4a97f7bbd348@ecf.pacerpro.com
- **Robert J. Pfister**
  rpfister@ktbslaw.com
- **Eric James Pickar**
  epickar@bangsmccullen.com
- **Pillsbury Winthrop Shaw Pittman LLP**
  dianne@pillsburylaw.com
- **Stuart Christopher Plunkett**
  stuart.plunkett@bakerbotts.com,katrina.hardy@bakerbotts.com
- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com
- **Robert James Pohlman**
  rpohlman@rcalaw.com
- **Scott E. Poynter**
  scott@swcfirm.com,kim@swcfirm.com
- **Martin Quinn**
  mquinn@jamsadr.com
- **Martin Quinn**
  mq1942@me.com
- **Samuel J Randall**
  srandall@knpa.com,mbrehm@knpa.com
- **Steven Alan Reiss**
  steven.reiss@weil.com
- **Randy R. Renick**
  rrr@renicklaw.com,rrr@hadsellstormer.com,mstroud@hadsellstormer.com,Mvazquez@hadsellstormer.com,home@renicklaw.com
- **Rachele R. Rickert**
  cabrera@whafh.com,boyles@whafh.com,loritsch@whafh.com
- **David Kendall Roberts**
  droberts2@omm.com
- **Jeffrey Scott Roberts**
  jeff.roberts@faegrebd.com
- **Lisa J. Rodriguez**
  lisa@trrlaw.com
- **Kent Michael Roger**
  kroger@morganlewis.com,mnaranjo@morganlewis.com,wschaub@morganlewis.com,mthomasian@morganlewis.com
- **Kathleen Styles Rogers**
  krogers@kraloweclaw.com,ggray@kraloweclaw.com
- **Jennifer Susan Rosenberg**
  jrosenberg@bramsonplutzik.com,moldenburg@bramsonplutzik.com,ttappero@bramsonplutzik.com
- **Jonathan Jeffrey Ross , NA**
  jross@susmangodfrey.com,ecf-0949b38b345a@ecf.pacerpro.com,ecf-ad45e70d2476@ecf.pacerpro.com,klok@susmangodfrey.com
- **Jerome Cary Roth**
  Jerome.Roth@mto.com,susan.ahmadi@mto.com
- **Kajetan Rozga**
  kajetan.rozga@weil.com
- **Geoffrey Conrad Rushing**
  grushing@saveri.com
- **Robert Sabre Safi**
  rsafi@susmangodfrey.com

- **Peter G.A. Safirstein**
  psafirstein@forthepeople.com
- **Joel Steven Sanders**
  jsanders@gibsondunn.com,smaruschak@gibsondunn.com
- **Daniel Allen Sasse**
  dsasse@crowell.com,mquezada@crowell.com
- **Terry Rose Saunders**
  tsaunders@saunders-lawfirm.com
- **Guido Saveri**
  guido@saveri.com
- **Joseph R. Saveri**
  jsaveri@saverilawfirm.com,jfu@saverilawfirm.com,cforthuber@saverilawfirm.com,blang@saverilawfirm.com,dclevenger@saverilawfirm.com,plall@saverilawfirm.com
- **Richard Alexander Saveri**
  rick@saveri.com
- **Michael W. Scarborough**
  mscarborough@smrh.com,mohearn@sheppardmullin.com,rbreese@sheppardmullin.com,khollenbeck@sheppardmullin.com
- **Francis Onofrei Scarpulla**
  fos@scarpullalaw.com,cpc@scarpullalaw.com
- **Haidee L. Schwartz**
  hschwartz@omm.com
- **Austin Van Schwing**
  aschwing@gibsondunn.com
- **Anthony D. Shapiro**
  tony@hbsslaw.com,george@hbsslaw.com,laurie@hbsslaw.com,ronnie@hbsslaw.com
- **Samuel James Sharp**
  samuel.sharp@whitecase.com
- **Sharp Corporation**
  colin.west@bingham.com
- **Jeffrey Chad Shea**
  sheaj_2000@yahoo.com
- **Aaron M. Sheanin**
  asheanin@pswlaw.com,vglaze@pswlaw.com,yberry@pswlaw.com
- **Harry Shulman**
  harry@shulmanlawfirm.com
- **Imtiaz A. Siddiqui**
  isiddiqui@cpmlegal.com,jacosta@cpmlegal.com
- **Roman M. Silberfeld**
  rsilberfeld@robinskaplan.com,rirajpanah@robinskaplan.com
- **Fred A. Silva**
  fsilva@damrell.com,nweston-dawkes@damrell.com
- **Ian T Simmons**
  isimmons@omm.com
- **Bruce Lee Simon**
  bsimon@pswlaw.com,bpouya@pswlaw.com,mpearson@pswlaw.com,dwarshaw@pswlaw.com,yberry@pswlaw.com,mwilliams@pswlaw.com,egrant@pswlaw.com
- **Michael G. Simon**
  msimon@facslaw.com
- **Joseph J Simons**
  jsimons@paulweiss.com,mao_fednational@paulweiss.com
- **David Nathan-Allen Sims**
  dsims@saveri.com
- **Stuart Harold Singer**
  ssinger@bsfllp.com
- **Charles B. Sklarsky**
  csklarsky@jenner.com
- **Richard Sutton Snyder**
  richard.snyder@freshfields.com
- **Richard P. Sobiecki**
  rich.sobieck@bakerbotts.com
- **Donna F Solen**
  dsolen@lexlawgroup.com
- **Mona Solouki**
  msolouki@sheppardmullin.com,tilee@sheppardmullin.com,ewhite@sheppardmullin.com,khollenbeck@sheppardmullin.com
- **Gary Laurence Specks**
  gspecks@kaplanfox.com
- **Eugene A. Spector**
  espector@srkw-law.com
- **Ronnie Seidel Spiegel**
  ronnie@hbsslaw.com,robert@hbsslaw.com
- **Joseph Scott St. John**
  jscottstjohnpublic@gmail.com
- **Fernando Xaxier Starkes**
  xavier@starkeslawfrim.com
- **State of Connecticut**
  gary.becker@ct.gov
- **State of Washington**
  davidk3@atg.wa.gov
- **Ranae D. Steiner**
  rsteiner@heinsmills.com
- **Scott A. Stempel**
  sstempel@morganlewis.com
- **J. Matthew Stephens**
  sreynolds@mmlaw.net
- **Amy Lee Stewart**
  astewart@roselawfirm.com,rberitiech@roselawfirm.com
- **Dennis Stewart**
  dstewart@hulettharper.com,anita@hulettharper.com,katie@hulettharper.com
- **Jennifer Stewart**
  jstewart@winston.com,lduxstad@winston.com
- **Allan Steyer**
  asteyer@steyerlaw.com,lrorem@steyerlaw.com,smacrae@steyerlaw.com,arubenstein@steyerlaw.com
- **Dianne L. Sweeney**
  dianne@pillsburylaw.com,ryan.selness@pillsburylaw.com,teresa.castro@pillsburylaw.com,cate.kealiinohomoku@pillsburylaw.com
- **Jon Vensel Swenson**
  jon.swenson@bakerbotts.com,robert.michaels@bakerbotts.com,jessica.quon@bakerbotts.com,donna.loop@BakerBotts.com,jennifer.nguyen@bakerbotts.com,dlpalallparalegals@bakerbotts.com
- **Joseph J. Tabacco , Jr**
  jtabacco@bermandevalerio.com,ysoboleva@bermandevalerio.com

- **John M. Taladay**
  john.taladay@bakerbotts.com
- **Lindsey H. Taylor**
  ltaylor@carellabyrne.com
- **Stephen E. Taylor**
  staylor@tcolaw.com
- **William David Temko**
  william.temko@mto.com,vivian.rodriguez@mto.com
- **James Michael Terrell**
  jterrell@mmlaw.net
- **Reginald Von Terrell**
  reggiet2@aol.com
- **Kevin Yoshiwo Teruya**
  kevinteruya@quinnemanuel.com
- **Euphemia Nikki Thomopulos**
  ethomopulos@hkemploymentlaw.com,cludlow@hkemploymentlaw.com
- **Charles Matthew Thompson**
  cmtlaw@aol.com
- **Joseph R. Tiffany , II**
  joseph.tiffany@pillsburylaw.com,susie.macken@pillsburylaw.com
- **Andrew R. Tillman**
  art@paineter.com
- **Ellen Tobin**
  etobin@curtis.com
- **Terrence Joseph Truax**
  ttruax@jenner.com,mpowers@jenner.com,mreilly@jenner.com,cward@jenner.com,svanhorn@jenner.com,docketing@jenner.com,mbrody@jenner.com,phanna@jenner.com
- **John Selim Tschirgi**
  jtschirgi@winston.com
- **Michael Frederick Tubach**
  mtubach@omm.com,kquintanilla@omm.com
- **Robert Turken**
  rturken@bilzin.com
- **Bijal Vijay Vakil**
  bvakil@whitecase.com,vfarias@whitecase.com,mkenny@whitecase.com,SV-Calendaring@whitecase.com
- **Andrea Marie Valdez**
  andrea.valdez.esq@gmail.com
- **Kenneth Leo Valinoti**
  kvalinoti@valinoti-dito.com,mskowron@valinoti-dito.com
- **Shaun M. Van Horn**
  svanhorn@jenner.com
- **Joseph Michael Vanek**
  jvanek@vaneklaw.com
- **Emilio Eugene Varanini , IV**
  Emilio.Varanini@doj.ca.gov,lucia.rodriguez@doj.ca.gov
- **Ashlei Melissa Vargas**
  avargas@pswplaw.com,nhalpern@pswplaw.com
- **Lara Elvidge Veblen**
  lara.veblen@weil.com
- **A. Paul Victor**
  pvictor@winston.com,docketsf@winston.com,docketny@winston.com
- **Anthony J. Viola**
  aviola@eapdlaw.com
- **Scott N. Wagner**
  swagner@bilzin.com,eservice@bilzin.com,asolis@bilzin.com,fmorera@bilzin.com
- **James Matthew Wagstaffe**
  wagstaffe@kerrwagstaffe.com,dwyer@kerrwagstaffe.com,bechtol@kerrwagstaffe.com
- **Douglas L Wald**
  douglas.wald@aporter.com
- **Benjamin Edward Waldin**
  bwaldin@eimerstahl.com
- **Vaughn R. Walker**
  vrw@judgewalker.com
- **Donald Arthur Wall**
  donald.wall@squirepb.com
- **Vincent J. Ward**
  vjw@fbdlaw.com
- **Daniel L. Warshaw**
  dwarshaw@pswplaw.com,bpouya@pswplaw.com,mwilliams@pswplaw.com,egrant@pswplaw.com
- **Jonathan Mark Watkins**
  jwatkins@pswplaw.com
- **Nicholas J. Weilhammer**
  nicholas.weilhammer@myfloridalegal.com,jennifer.morganbyrd@myfloridalegal.com
- **Gregory J. Weingart**
  gregory.weingart@mto.com
- **Eric J. Weiss**
  EWeiss@perkinscoie.com
- **Jonathan Mark Weiss**
  jweiss@ktbslaw.com
- **Colin C. West**
  colin.west@morganlewis.com
- **Jeff S. Westerman**
  jwesterman@jswlegal.com
- **Jan Leigh Westfall**
  jlwestfall.esq@gmail.com,legal.assistant50@gmail.com
- **Joseph Richard Wetzel**
  jwetzel@kslaw.com,tbishop@kslaw.com
- **Katherine Hamilton Wheaton**
  kate.wheaton@kirkland.com,hayle.gosnell@kirkland.com,sarah.reeves@kirkland.com,karl.stampfl@kirkland.com
- **Collin R White**
  cwhite@khhte.com
- **Gavin David Whitis**
  gwhitis@pondnorth.com,efile@pondnorth.com
- **Mitchell E. Widom**
  mwidom@bilzin.com
- **K. Craig Wildfang**
  kcwildfang@robinskaplan.com,rries@robinskaplan.com,afmiller@robinskaplan.com

- **Joel Calcar Willard**
  jwillard@gibsondunn.com,rmcbain@gibsondunn.com
- **Steven Noel Williams**
  swilliams@cpmlegal.com,jverducci@cpmlegal.com,jlein@cpmlegal.com,azapala@cpmlegal.com,mcaylao@cpmlegal.com,ebott@cpmlegal.com,etran@cpmlegal.com
- **Christopher Wilson**
  cwilson@polsinelli.com
- **Lingel Hart Winters**
  sawmill2@aol.com
- **Tsung-Hui (Danny) Wu**
  twu@whitecase.com
- **YRC, INC.**
  jeff@juddlawgroup.com
- **Xiaochin Claire Yan**
  claire.yan@mto.com
- **David L. Yohai**
  david.yohai@weil.com,Ryan.Goodland@weil.com,Kajetan.Rozga@weil.com,kevin.goldstein@weil.com,Lara.Trager@weil.com,nymao@weil.com,nymao@ecf.pacerpro.com
- **David E. Yolkut**
  david.yolkut@weil.com
- **Ryan C Zagare**
  rzagare@knpa.com,jruiz@knpa.com
- **Judith A. Zahid**
  jzahid@zelle.com
- **Cadio R. Zirpoli**
  cadio@saveri.com,mogden@saveri.com
- **Jeffrey Ira Zuckerman**
  jzuckerman@curtis.com
- **Jason de Bretteville**
  jdebretteville@sycr.com,ccheek@sycr.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
MINA ASHKANNEJHAD
,

Monique           Alonso
Gross & Belsky LLP
,

Adam            C. Belsky
Gross Belsky Alonso LLP
,

P.                John Brady
Shughart Thomson & Kilroy PC
,

JEFF CRAIG
,

Patricia        A. Conners
Attorney General's Office
Department of Legal Affairs
Antitrust Section
PL-01 The Capitol
Tallahassee, FL 32399-1050

Daniel          D. Cowen
Shughart Thomson & Kilroy PC
,

Sarah           Crowley
Gross Belsky Alonso LLP
,

Nathan          A. Dickson
Jinks Crow & Dickson PC
,

Issac           L. Diel
Sharp McQueen
6900 College Boulevard, Suite 285
Overland Park, KS 66211

Molly           M Donovan
Dewey & LeBoeuf LLP
,

ESTATE OF LATE R. DERYL EDWARDS JR
,

Neal            A Eisenbraun
Neal A Eisenbraun, Chartered
2599 Mississippi Street
New Brighton, MN 55113

John            G. Emerson
Emerson Scott LLP
830 Apollo Lane
Houston, TX 77058

Lori            A. Fanning
Miller Law LLC
115 South LaSalle Street, Suite 2910
Chicago, IL 60603

John            Gressette Felder                    , Jr
McGowan Hood Felder and Johnson
1405 Calhoun Street
Columbia, SC 29201

Alan Frankel
,

Matthew         Frutig
White & Case LLP
,

Traviss         Levine Galloway
Zelle Hofmann Voelbel Mason & Gette
44 Montgomery St #3400
San Francisco, CA 94104

Robert          B. Gerard
Gerard Selden & Osuch
1516 Front Street
San Diego, CA 92101

Martin          E. Grossman
Law Offices of Martin E. Grossman
2121 Green Brier Drive
Villanova, PA 19085

Lynn            W. Jinks
Jinks Crow & Dickson PC
,

Charles         H. Johnson
Charles H Johnson & Associates PA
2599 Mississippi Street
New Brighton, MN 55113

Elliot          S. Kaplan
Robins Kaplan Miller & Ciresi
,

Tracy           R. Kirkman
Cooper & Kirkham PC
,

Eleanor Lewis
,

Lawrence        D. McCabe
Murray Frank & Sailer LLP
275 Madison Avenue
New York, NY 10016

McCallum, Methvin & Terrell, P.C.
McCallum, Methvin & Terrell, P.C.
```

2201 Arlington Ave S
Birmingham
Birmingham, AL 35205

**James P. McCarthy**
Lindquist & Vennum
,

**Charise Naifeh**
White & Case LLP
,

**PT.MT Picture Display Indonesia**
,

**Donald L. Perelman**
Fine Kaplan & Black RPC
One S. Broad Street, 23rd Floor
Philadelphia, PA 19107

**Mark Reinhardt**
Reinhardt Wendorf & Blanchfield
East 1000 First National Bank Building
322 Minnesota Street
St. Paul, MN 55101

**Steven A. Reiss**
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**David Roberts**
O'Melveny & Myers LLP
,

**Jean B. Roth**
Mansfield Tanick & Cohen
1700 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402-4511

**Josie Saik**
1205 Cypress Street
Space No. 122
San Dimas, CA 91773-3532

**Lawrence P. Schaefer**
Mansfield Tanick & Cohen
1700 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402-4511

**Roger Martin Schrimp**
Damrell Nelson Schrimp Pallios Pacher & Silva
1601 I Street  5th Floor
Modesto, CA 95354

**Samuel J. Sharp**
701 13th Street NW
Washington, DC 20005

**Matthew E. Van Tine**
Miller Law LLC
115 South LaSalle Street, Suite 2910
Chicago, IL 60603

**Clinton Paul Walker**
Damrell, Nelson, Schrimp, Pallios, Pache & Silva
1601 "I" Street
Fifth Floor
Modesto, CA 95354

**Melissa Willett**
Boies, Schiller & Flexner
5301 Wisconsin Ave. NW
Suite 800
Washington, DC 20015

**Christopher Wirth**
LA2120
301 Institution Drive
Bellefonte, PA 16823

**Kim YoungSang**
ARNOLD & PORTER LLP
,