UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917<br>Case No. C-07-5944 JST |
| This Order Relates To:<br>*Crago, d/b/a Dash Computers, Inc. et al. v. Mitsubishi Electronic Corporation, et al.*, Case No. 14-cv-2058 | **ORDER GRANTING IN PART MOTION FOR AN EXTENSION OF TIME**<br>Re: ECF No. 4829 |

Mitsubishi now moves the Court for an enlargement of time to October 7, 2016 to file objections to the Special Master's recent order regarding the Direct Purchaser Plaintiffs' ("DPPs") motion for sanctions, ECF No. 4802. It bases its request, in part, on its desire to comply with the discovery obligations imposed by that order, to which it does not object, before addressing the imposition of sanctions, to which it does object.

Mitsubishi's actions following the issuance of the Special Master's order of August 29, 2016 are not relevant to the District Court's review of that order. On review, the Court must determine whether the sanctions imposed by the Special Master were supported by the evidence in the record as of the date of his order. Accordingly, Mitsubishi's compliance efforts do not constitute a basis for the enlargement of time.

The Court will grant the motion in part, however, and enlarge the time to object to September 23, 2016, a date to which no party objects. The balance of the request is denied.

IT IS SO ORDERED.

Dated: September 9, 2016

_____
JON S. TIGAR
United States District Judge