Philip J. Iovieno
BOIES, SCHILLER & FLEXNER LLP
30 South Pearl Street, 11th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
Email: piovieno@bsfllp.com
*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-CV-05944-JST<br>MDL No. 1917 |
| This Document Relates To:<br><br>*P.C. Richard & Son Long Island Corp., et al. v. Hitachi, Ltd., et al.*, No. 12-cv-02648;<br><br>*P.C. Richard & Son Long Island Corp., et al. v. Technicolor SA, et al.*, No. 13-cv-05725; | **DECLARATION IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER REGARDING HEARING FOR PLAINTIFF MARTA COOPERATIVE OF AMERICA, INC.'S MOTION FOR CERTIFICATION OF FINAL JUDGMENT** |

I, **PHILIP J. IOVIENO**, declare as follows:

1. I am a partner at the law firm of Boies, Schiller & Flexner LLP, counsel for the MARTA Cooperative of America, Inc. ("MARTA"), in this matter, and I am licensed to practice law in the State of New York and admitted to practice *pro hac vice* before this Court.

2. MARTA filed its motion for certification of final judgment on August 23, 2016 (Dkt. No. 4793).

3. The hearing on this motion is currently scheduled for September 29, 2016.

4. The Court has scheduled a status conference in this MDL for September 20, 2016.

5. To further efficiency, and if convenient for the Court, the parties have agreed to move the hearing on MARTA's motion for certification of final judgment (Dkt. No. 4793) to the September 20, 2016 status conference.

6. There have been no previous time modifications with respect to this motion.

7. This requested time modification would not have any effect on the schedule for the case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 9th day of September, 2016 at Albany, New York.

                                                                  */s/ Philip J. Iovieno*
                                                                  Philip J. Iovieno