1  Jeffrey C. Shea (212754)
   Law Office of Brian Barry
2  Telephone:  949-307-5975
   Email: sheaj_2000@yahoo.com
3
4  *Counsel for Indirect Purchaser Plaintiffs*

5

6                  UNITED STATES DISTRICT COURT

7                 NORTHERN DISTRICT OF CALIFORNIA

8                    SAN FRANCISCO DIVISION

9

10 IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST      Case No. 3:07-cv-5944
   LITIGATION                                    MDL No. 1917
11

12                                               CLASS ACTION

13 This Document Relates to:

14 All Indirect Purchaser Actions               OBJECTION OF LAW OFFICE OF BRIAN
                                                 BARRY TO LEAD COUNSEL'S PROPOSED
15                                               ALLOCATON OF AGGREGATE FEE AWARD
                                                 TO INDIRECT PURCHASER PLAINTIFFS'
16                                               COUNSEL

17

18                                               Court:  JAMS
                                                 Special Master:  Martin Quinn, JAMS
19                                               Judge:  Hon. Jon S. Tigar

20

21                                               ORAL HEARING REQUESTED

22

23

24

25

26

27

28

I, Jeffrey C. Shea, declare as follows:

I am an attorney licensed to practice before the courts of California, and am Of Counsel to the Law Office of Brian Barry. I have personal knowledge of the facts stated in this objection and, if called as a witness, I could and would testify competently to them.

1) I submit this filing in objection to Lead Counsel's Proposed Allocation of Aggregate Fee Award to Indirect Purchaser Plaintiffs' Counsel, and specifically in objection to the SUB-1.0000 multiplier assigned by lead counsel to our firm. I participated extensively in the discovery phase of the CRT litigation, working on document review full time during the period spanning November 2011-December 2012, billing over 2500 hours in this time period. My work product was of a high level and quality throughout, rising well above the low level or perfunctory performance seemingly contemplated by the low rate and assigned multiplier of 0.9994.

2) According to the filing by Mr. Alioto, multipliers were assigned to firms after taking into account factors including:

- Higher level document review, foreign language document review (our firm employed 2 Korean language reviewers who did approximately 650 hours of work) and deposition preparation document review (all of which were performed by our firm);

- The ability to rely upon a firm to consistently and independently perform and produce excellent work product (also applicable to our firm and my work, as discussed below and demonstrated via the exhibits attached);

- The level of risk assumed by the firm, including whether work was performed prior to settlements and whether the firm contributed litigation fund money early in the case. All of our work was performed prior to settlements (other than the settlement with Chunghwa), and litigation funds were provided by our firm when asked for, also prior to any meaningful settlements. Further, $3000 was submitted by the firm in 2016 to cover Special Master hearing costs, which was not included in the fee and expense motion;

- The amount of time and resources devoted to the case by a firm. Even after being misled into agreeing to reduce my rate substantially, from $525 to $350 per hour, and in addition to reducing my hours by

1

500 (as discussed infra), our firm still had the 18th largest lodestar in the case out of the 50 participating firms. Despite this fact, ours is one of only 8 firms that are proposed to receive no multiplier, and ours is the only firm with billings approaching $1 million that is not proposed to receive a multiplier. The firms that had just slightly lower or higher lodestar are assigned multipliers of: 1.22 (Bonnett Fairbourn), 1.399 (Besmer), 1.4765 (Vogl Meredith), 1.499 (Papale), and 1.5690 (Hulett Harper);

- Additionally, Mr. Alioto states that the proposed multipliers seek to equalize billing rates for people doing the same or similar work. This is patently untrue. After the case was wrapped up and the fee application was being prepared, our firm was told by lead counsel that all document reviewers who performed work similar to that which I did were going to be billed at $350 per hour, even though for years our time reports had been submitted with my rate at $525 per hour: a rate that had never previously been questioned. Based upon representations by lead counsel that have since proven to be clearly untrue, it was agreed that my rate would be reduced. Yet now a cursory review of just a few firms time records reveals that attorneys (many possessing less experience than me) who performed the same work that I did are being billed at over $500 per hour and being assigned multipliers which result in them receiving over $1100 per hour. Given these facts, it is beyond absurd that I should be expected to be satisfied with receiving what amounts to less than $350 per hour.

- According to Mr. Alioto's filing, firms that provided a class representative (our client Janet Ackerman was certified as NY state representative) and/or performed low level document review should be assigned a multiplier in the 1-1.25 range. Firms that performed "slightly higher level" document review, such as those performing foreign language review and/or producing high quality work, or firms that prepared "evidentiary or legal memoranda, assisting with deposition and/or trial preparations" should be assigned a multiplier in the 1.25-1.3 range. Clearly our firm falls into the latter category, and I am of the opinion that the multiplier for firms in this category should in fact be higher, aligning with the 1.4-1.6 range multipliers given in *In Re TFT-LCD (Flat Panel) Antitrust Litigation* ("LCD").

- The multipliers assigned to certain other firms seem exceedingly high. For example, Mr. Alioto wants nearly a 3 multiplier for his time, or about $2500 per hour, in exchange for the services of a lead counsel who apparently could or would not fulfill his responsibilities, and who felt it necessary to bring in other

2

firms late in the case to do what he was appointed to do, including preparing the case for trial and achieving readiness to actually take the case to trial if need arose. In addition, Mr. Alioto seeks $900 per hour for law clerks and paralegals, as discussed below. These rates should be reduced to compensate the other firms at a higher multiplier, similar to what took place in LCD.

• Further, a number of firms performed very little work (and thus assumed virtually no risk), and yet are being assigned multipliers ranging from 1.093 to 1.2992. For example, from lodestars consisting of relatively small amounts, Larsen Kuper ($2250), Bangs McCullen ($7875), and Ryley Carlock ($8600) are each assigned 1.192; from lodestar totals ranging between $20,000 and $80,000, Flom, McManis Faulkner, Schubert Jonckheer, Crabtree, Gerard, and Wyatt & Blake are assigned multipliers within the range of 1.093 to 1.993; and from a lodestar range of $100,000-$200,000, Kirkpatrick, Frankovitch, McCallum Methvin, McCallum Hoaglund, and Karon are assigned multipliers within the range of 1.2344 to 1.299. It is unusual in cases similar to CRT for firms to be assigned ANY multiplier when billing so few hours to a case lasting for so long a duration, even if work was performed prior to any settlements, the firms contributed to the litigation fund, and the work involved briefing or attending depositions. Mr. Alioto has opined in prior filings in this case that Mr. Scarpulla, who billed almost 400 hours of time, "did not have a major role in the case," and proposes to assign him a negative multiplier. Yet he proposes to assign positive multipliers to others who billed a similar (or lesser) number of hours! That Mr. Alioto is playing favorites seems plain from this contradiction alone. If Mr. Alioto wants to be generous to firms despite the fact that they took little to no risk by doing little work, that is his prerogative. However, these firms certainly do not deserve a higher multiplier than firms that assumed great degrees of risk by doing substantial amounts of work before any settlements were reached, and firms which contributed to the litigation fund and provided a certified class representative. Additionally, at least one court has held that if a firm did not contribute to the litigation fund, it should not be paid an enhanced award, because of lack of risk assumed. See: In re High Tech Employee Antitrust Litigation, Case no. 11-cv-02509 LHK (ND Cal Sept. 2. 2015, Docket No. 1112). The same logic appropriately applies to firms performing little to no work on a case that lasted for nearly 10 years.

3

The factors listed and discussed below, in combination with the attached exhibits, make clear that an upward adjustment to our firm's multiplier is deserved and warranted. Factors justifying an upward adjustment in multiplier include the following:

- A) our firm provided a class representative;
- B) our firm employed foreign language document reviewers;
- C) our firm submitted money to the litigation fund when asked; and
- D) most importantly, our firm devoted substantial resources to the case during 2011 and 2012, prior to any settlements, and when the risk was at its very highest.

3) Any suggestion that my work was low level review is quite frankly insulting. I was admitted to the Maryland bar in 1997 and the California bar in 2001. Since then my practice areas have included antitrust and securities class action litigation. Prior to becoming Of Counsel to the Law Office of Brian Barry, I was a member of a team of attorneys managing discovery on behalf of California consumers in an antitrust class action against Microsoft, and also assisted in representing a corporate plaintiff in a $1.05 billion antitrust jury verdict against United States Tobacco (UST), in addition to representing consumer classes in several states (CA, MA, KS, WI) in unfair competition actions against UST. I have participated in the representation of the plaintiff in a Qui Tam action concerning underpayment of royalties on federal and state oil and gas leases as well.

4) I became Of Counsel to the Law Office of Brian Barry in April 2003, working extensively on a unique bond class action, the Heritage Bond case, and then on antitrust cases such as SRAM, Transpacific Air Passenger, Chocolate Confectionary, and Processed Egg Products, in addition to performing extensive multiyear work on LCD. The knowledge gained from my work on the LCD case was extremely relevant to my work on CRT. My work on LCD was billed at $500 per hour, a rate that was approved and for which a multiplier was given.

5) It was my routine practice throughout the course of the CRT document review to circulate to my coding group e-mails containing summaries of particularly important and useful documents, as well as descriptions and analysis regarding the nature and quality of the evidence being encountered. These submissions were well-received by review group leaders, and are surely indicative of high-level and high quality work. Attached hereto as Exhibits

4

1   1-22 are examples, including those summarized below. [1]

2   • April 18, 2012 e-mail string containing document summaries from and analysis regarding my

3   review of the "SKK T1 Referred (4) batch." In reference to one of my summarized documents

4   (MTPD-0595821), my review group leader (Sylvie Kern) questions whether I've properly

5   classified the document as being relevant to our "impact" sub-issues. When I point out that the

6   document offers evidence that CRT tube customers were able to shop around among different

7   suppliers for like products due to pricing concerns, and that this demonstrates both price elasticity

8   and product interchangeability, my group leader e-mails the entire review group, writing: "Jeff

9   makes an excellent point. See below—shopping around may be evidence of

10  interchangeability/elasticity." (Exhibit 17)

11  • March 27, 2012 e-mail string containing document summaries from and analysis regarding my

12  review of the "SKK Price Guidelines" batch. I write that, for the purpose of identifying potential

13  deposition candidates, I have been listing in my attorney notes the names of individuals who

14  attended conspiratorial meetings, along with pertinent information about agreed-upon tube pricing.

15  Kern writes (to entire review group): "Good news. Thanks Jeff!" (Exhibit 18)

16  • March 2, 2012 e-mail string containing document summaries from and analysis regarding my

17  review of the "SKK GSM" batch. I write that I have encountered some valuable conspiracy

18  documents, and include summaries of those documents in the e-mail. The documents regard

19  agendas and activities from conspiratorial "Glass" meetings. Kern responds: "Thanks Jeff- you

20  are plowing through this stuff." (Exhibit 19)

21  • February 28, 2012 e-mail string containing document summaries from and analysis regarding my

22

23

24      [1] Please note: exhibits, despite being referenced herein, do not appear as attachments to this filing.
25  After filing the initial version of this objection (ECF No. 4816), our firm was alerted by counsel for Toshiba that
    certain of the exhibits attached to ECF No. 4816 contained material properly subject to the Stipulated Protective
    Order in the current matter. This material consists of summaries, created by plaintiffs' counsel, of defendant-
26  produced documents. Our firm has taken all appropriate steps to remove ECF No. 4816 from the docket. Per
    consultations by and among Special Master Martin Quinn, defendant counsel, and our firm, it was agreed that
27  Special Master Quinn would retain possession of the exhibits, and that other firms in this case could and would be
    granted access to the exhibits upon request to our firm.
28                                                          5

review of the "SKK Gross Margin Analysis" batch.  I write that I have encountered valuable

Toshiba and Philips documents containing gross margin/sales/revenue data broken out by both

month and by product, including CPT and CDT, and include summaries of those documents in the

e-mail.  Kern responds (to entire review group): "Thanks, Jeff- that's great." (Exhibit 20)

- February 6, 2012 e-mail string containing document summaries from and analysis regarding my

   review of the "SKK Impact Docs Referred" batch.  I write that I am seeing important Chunghwa

   documents, including those offering evidence of "market-wide" type language regarding pricing

   and/or language suggesting that defendants agreed to price tubes at a certain level based on size of

   customer, and include summaries of those documents in the e-mail.  Kern responds (to entire

   review group): "Great- thanks for all this feedback." (Exhibit 21)

- February 1, 2012 e-mail string in which I alert group leader Kern to a document

   (CHU00029191.01) offering evidence of "fraudulent concealment," and which fits squarely into a

   category ("documents discussing what to tell defendants customers about price changes, and

   agreeing about price changes, and agreeing upon which attendee would communicate the price

   change to which customer") Lead Counsel wanted prioritized.   Kern provides a link of the

   document to lead counsel, and writes: "Lauren: Jeff found this good document on early

   concealment (5/20/99 mtg).  See att'y notes and also this at P.4: "SDD thought a shutdown of 7-10

   workdays would be easier to carry out an Audit properly." (Exhibit 22)

6) These submissions served the purpose of aiding at least one of my fellow review group members in

navigating the steep learning curve attendant to this very complex case:

- April 4, 2012 e-mail string containing document summaries from and analysis regarding my

   review of the "SKK Price Guidelines" batch.  Fellow review group member Gregory

   Stamatopoulos writes:  "Hi Jeff, Your CRT update was really helpful in getting acquainted with

   the documents and understanding the coding protocol.  Would you mind e-mailing me your

   number in case I had any questions?  Thanks, Greg."  I respond with an offer to be of assistance

   and provide my phone number, adding that substantive and procedural questions should first be

   directed to our group leader. (Exhibit 23)

7) A significant portion of my document review work was performed for the express purpose of deposition preparation. Although this work was billed by my firm in category 7 (doc review) rather than category 5 (depo prep), a review of time submissions shows that other firms billed in category 5 many hours for work similar to that which I performed. I personally reviewed and coded documents in preparation for SEC/SEAI 30(b)(6) depositions (Exhibits 24-25), in addition to documents in preparation for the depositions of Samsung's Dae Eui Lee (Exhibits 26-29), Hitachi's Kazuhiro Sakashita (Exhibits 30-31), Hitachi's Nobuhiko Kobayashi (Exhibits 32-33), and Chunghwa's Chih-Chun ("C.C.") Liu (Exhibit 34). This is a type of "high level" document review work meriting an upward adjustment to our firm's multiplier. For representative examples of deposition preparation work, see:

- October 19, 2012 e-mail string containing document summaries and analysis relevant to the preparation for the deposition of Dae Eui Lee. I write that I have encountered e-mails (in which Lee is copied, or is an author or recipient) regarding scheduling and arrangements for conspiratorial CPT/"Green" meetings, including those occurring in 2005 and 2007 in Thailand, and e-mails showing Lee taking an active role in planning events (such as golf outings) at these meetings. (Exhibit 26)

- November 9, 2012 e-mail string containing document summaries and analysis relevant to the preparation for the deposition of Dae Eui Lee. I write that I have encountered documents evidencing Lee's attendance at conspiratorial "Green" meetings, including those taking place in Thailand. (Exhibit 28)

8) My document review group leader instructed at least one fellow group member to direct her substantive questions to me while our leader was unavailable (see below). It is highly unlikely, to say the least, that an experienced review group leader would have bestowed this responsibility upon a reviewer whose work was of a low level or quality.

- March 30, 2012 e-mail string in which fellow review group member Shadi Amundin writes that our group leader (Sylvie Kern) asked Amundin to e-mail me with "pressing" questions while Kern was out of town. (Exhibit 35)

- March 30, 2012 e-mail string in which fellow review group member Shadi Amundin asks me about the proper procedure for coding "family" documents, and inquires as to whether I have any

7

guidance to provide regarding the designation of a document as "hot" vs. "relevant." I respond:
"Hard to briefly sum up when I use hot vs. relevant- however, I don't think hot is merely reserved
for "smoking guns"- I use hot for what I think are the better docs for any of our sub-issues. Some
docs are always a safe bet to mark hot for Impact: Glass/Green Meeting docs (or any other docs re
meetings amongst defendants) where market-wide pricing guidelines are agreed-upon (all the
better if the guidelines are broken out by tube or customer size)- also anything that shows
conspiratorial prices being passed-through all the way to the retail level/indirect purchasers. Some
other types of hot docs to keep your eyes open for would be docs detailing the costs (materials,
etc.) of a CPT/CDT, and/or how the tube cost stands in relation to the total cost/price of a TV or a
monitor. CPT/CDT-specific profit/loss data is also a safe bet for hot designation." Kern,
responding to both Amundin and I later in the e-mail string, writes "yes." (Exhibit 36)

9) My group leader also specifically assigned to me a project requiring that "judgment calls" be made
regarding the classification of documents important to the case (Exhibit 37). Again, it is highly unlikely that an
experienced review group leader would have bestowed this responsibility upon a reviewer whose work was of a low
level or quality.

10) My level of document review experience and expertise allowed me to successfully troubleshoot and
solve problems, including those encountered by my group leader, regarding review software functionality. See:

- March 22, 2012 e-mail string in which group leader Kern asks me: "Do you know how to search
  for documents? I need the bates number for this document. All I know is the information below
  and that it comes from Chunghwa. Do you think you can find it without spending too much time?
  If not, I will ask Marcellus. Thanks!" I respond: "Hi Sylvie: CHU00028707.01. I think I figured
  out how to do this: Get on the main "Documents" tab (as opposed to Review Batches or Creating
  Batch Sets)- select "All Documents" from left hand side drop down list, "Keyword Search" from
  right hand side drop down list, and then I put "major customers: Brand P,A,L" in quotes in the
  search terms field, and the Bates popped up. Hope this helps." Kern, responding later in the e-
  mail string, writes: "You're the best!!" (Exhibit 38)

- May 17, 2012 e-mail string in which group leader Kern writes to me: "Jeff- The experts would

8

like a list of general ledger entries and profit/loss statements, especially relating to CRTs.  Could

you please interrupt your review to go through the documents coded (I believe they are under the

financial statement subsection) and provide me with a list of bates nos. with a very brief

description (e.g. P/L, date)?  Thanks!"  After some confusion about how to access such

documents, I write that "… I have figured out how to get to the docs that I have coded as Financial

Statements (lots of CRT-specific data there), so I could cut and paste a pretty substantial list out of

that, at least."  Kern responds: "Super!  How did you do that?"  I reply: "I clicked the "Edit View"

icon- it gives you the choice of what columns to include in the layout as you look through "My

Reviewed Docs"- that way, I was able to include "T1 Specialty Docs" so that I could see which

docs were marked Financial Statements as I look through the pages.  I couldn't edit the view when

I was in the "All Documents" tab, so it might be that I can only give you a list of CRT-G/L, P/L

docs that I have done, which is good because I was the one who did the Profit and Loss folder.

The list should be pretty substantial, and shouldn't take me a whole lot of time to cobble together.

I'll get started shortly."  Kern responds: "Fabulous!  thanks!" (Exhibit 39)

    11)  Lead counsel's proposed multiplier assignment is made all the more egregious and inappropriate when

viewed in light of the significant reductions in billable time and hourly rate already absorbed by our firm for

document review work in this case.  In addition to the 10% cut to be borne by all IPP counsel in this matter, lead

counsel previously requested that our firm consent to a substantial (20%) reduction in billable hours, in addition to a

severe reduction in hourly rate (from $525.00 to $350.00).  The request for reduction in billable hours was

predicated on lead counsel's decision that only time spent while logged into the document review database would be

allowed and billable. To hear of this decision for the first time at the very late date of August 2015 was, to put it

mildly, distressing for our firm, due to the fact that a significant portion of my work was performed while not logged

into the database.

    12)  To explain: as I would come across relevant or hot documents while working within a batch, I would

typically copy the document Bates number, date, my summary/attorney notes, and an indication of which issue

codes I assigned to the document, and paste this information into a Word document.  I would later (typically while

logged out of the database) work on creating a "batch memo" by further reviewing, winnowing down, and selecting

the document summaries I thought to be the very best or most useful, and providing some comments regarding the nature and quality of documents I had seen in the batch, etc. I would subsequently insert this information into the body of an e-mail and circulate it to the group. Later still (also while logged out of the database), I would take the additional step of inserting the document summaries from my Word documents into an Excel spreadsheet, organizing them in several different ways (chronologically, by defendant, by issue, by potential deponent, etc.) in various spreadsheet tabs. I found this process to be enormously helpful in sharpening and deepening my understanding of the case. There were a great many issues to be on the lookout for in CRT, including some (pass-through, price elasticity, product substitutability and interchangeability, etc.) that required a keen eye and a sophisticated understanding to identify. The process I used allowed me to organize and analyze my document summaries in a manner that provided context; sort of like being able to see puzzle pieces linked together. The procedure that I used greatly increased my knowledge of the issues, as well as my ability to identify the most useful documents during the review process. It also allowed me to produce the very best work product that I was capable of producing, which redounded to the benefit of my review group and to the plaintiff class.

13)   Unfortunately, this work was done on computers that no longer exist, and all that remains of the work product that I produced while working outside of the database are the contents of the e-mails sent to my group containing my batch summaries and analysis. As discussed above, feedback received indicated that these summaries were very helpful to my group leaders and fellow group members (and, by extension, to the review effort and to the plaintiff class). Additionally, my review process allowed me to gain a level of knowledge of the case and its issues such that my group leader felt it appropriate to instruct other team members to direct their substantive questions to me while she was on vacation or unavailable.

14) A few words about invoices/submitted time. My firm was faithful in submitting time regularly as the review process progressed. Attached hereto as Exhibit 40 are time reports submitted during the case to lead counsel in March, August, October, and December 2012, and April 2013, each showing that my time was being billed at $525 per hour. Additional pages containing day by day breakdowns of the hours along with descriptions of work performed were also submitted. I would be happy to provide these too.

15) Even the most casual glance at and comparison of my "logged in" time versus overall time submitted would have indicated that my work was not being confined to work done while logged into the database. This

1   comparison could have been performed by lead counsel at virtually ANY time during the document review phase.

2   There was never any instruction given that the only time billable and allowed would be time spent while logged into

3   the database. It was not until the very late date of August 2015, after the global settlement was reached and after the

4   now-apparent plan to allocate as much of the fee to itself (and to other of its favored firms) was in place, that lead

5   counsel indicated to our firm that "non-database" time would not be allowed. Being informed of this decision nearly

6   3 years AFTER finishing document review work was, to state the obvious, unhelpful and extremely frustrating. It is

7   true that I did not provide "logged in" vs. "logged out" descriptions on my time submissions. I had absolutely no

8   inkling that I needed to do so. Perhaps the descriptions accompanying my time submissions could have been more

9   specific (nobody ever asked for this, however), but I considered everything I was doing as being part and parcel of

10  the "review and coding of price-fixing documents," generally speaking. It would indeed be a shame if my very long

11  hours and what I feel to be effort "above and beyond" were not properly recognized and rewarded.

12      16)  Taking into account the above-discussed circumstances, and with the goal of being collegial "team

13  players," we agreed to lead counsel's proposed reductions. Being assigned a multiplier of below 1.0000 is certainly

14  of little reward in exchange for our collegiality, in addition to being wholly incommensurate with the high level and

15  high quality of our firm's work in this case, particularly in light of the fact that other firms doing the same level

16  work were **not asked to reduce their hourly rates, which was contrary to representations made by lead**

17  **counsel's office**. The foregoing stands in sharp contrast to the outcome realized by our firm in LCD. In LCD, my

18  document review work was billed, submitted, and paid at the rate of $500.00 per hour, and our firm did in fact

19  receive a multiplier.

20      17)  For purposes of comparing hourly rates billed (and increased over time) by other attorneys in contrast

21  to rates allowed for our firm, consider the example of my group leader Ms. Kern. Ms. Kern, out of school several

22  years before me but, like me, possessing many years of experience in antitrust cases, was billing time at $450 per

23  hour in 2010, and by 2015 had increased her rate to $700 per hour: a 66% increase in billable rate in 5 years! She is

24  proposed to get a multiplier of 2.2685: that's the equivalent of $1588 per hour for all of her work on the case (this

25  due to the fact that Mr. Alioto has chosen to pay people based on their firm's "current" billing rates, which might

26  more than partially explain why many firms show dramatic increases in their people's rates over a few years in their

27  final fee declarations). While it is true that Ms. Kern worked many more hours on the case than I did and was

28

11

responsible for performing additional and various types of work, she billed 748 hours for document review and 771 hours for deposition prep in her summary. I can personally attest that Ms. Kern did quality work and was a helpful group leader, and she certainly deserves to be well-compensated for her efforts. However, I simply am not of the opinion that the level or quality of her document review work was so far above mine that such a pronounced gap ($1588 vs. $350) between our respective hourly rates is justified. Recall (as discussed above) that she though it appropriate to instruct fellow group members to direct substantive questions to me in her absence, and asked me for assistance when she couldn't figure out certain database functionalities. Other examples: Brian Umpierre of Glancy, who was admitted in 2005, billed at $400 per hour in 2011-13, performed 1685 hours of document review and stands to receive a few cents under $600 per hour with multiplier. Qianwei Fu of Zelle, who was admitted in 2005, and who was for a time a member of my review group, began at $460 per hour and ended at $580 per hour (it is possible that she reviewed both foreign and English language documents). Demetrius Lambrinos of Zelle, who finished law school in 2006, performed 325 hours of document review and 527 hours of deposition prep, and billed at $535 per hour: a rate that does not factor in a proposed 1.9587 multiplier. To be clear, I am not denigrating anybody's work product, nor saying that firms should not be entitled to be compensated at the rates and multipliers assigned, but only that the proposed allocation to our firm is patently unfair in comparison, particularly in light of the unwarranted reductions in rate and hours that, if the truth had been told to us, our firm never would have agreed to.

18)   Mr. Alioto had law clerks and paralegals billing at $250-300 per hour (not representative of the "current" rate) and wants a multiplier of nearly 3 for their work. This results in an equivalent of $900 per hour for 1217 hours of work from the law clerks and for 682 hours of work from the paralegals. In stark contrast, Mr. Alioto proposes to allow a mere $350 per hour for me, an attorney out of school for nearly 20 years who possesses a wealth of experience in antitrust class actions, and who consistently performed high level and high quality work. Similarly, Zelle billed a paralegal who worked 145 hours in 2011 at $235 per hour, an equivalent of $460 per hour with multiplier, at historical rates. This is simply not equitable or fair to our firm. Lauren Capurro of Mr. Alioto's firm, who was admitted in 2004, performed 1293 hours of document review, began at $425 per hour, and increased to $550 per hour. Similar to Ms. Kern, Ms. Capurro was certainly involved in more aspects of the case than I was and

worked on it the entire 9 years.  However, the extreme difference between her hourly document review rate ($1650 per hour with multiplier) and mine ($350 per hour, no multiplier) hardly seems fair.

19)  Particularly interesting is the example of David Denison, whom the Alioto firm lists as an associate, yet does not mention in the firm resume. A review of the CA state bar website reveals that he was admitted in 2008, and went inactive on February 28, 2010: yet he continued to work on CRT until 2015! His work is billed at the rate of $400 per hour, **so in essence Mr. Alioto is seeking to get $1200 per hour for a lawyer working on a case for five years in the Northern District of California who was inactive in California!**  Compliance with State Bar rules and Rules of Professional Conduct under these circumstances would seem dubious at best. This comes in addition to the fact that Mr. Alioto, due to his inability or unwillingness to do the job he was appointed to do, not only had co-lead counsel appointed by a Special Master at the end of the case, but also chose to bring in three firms (Fine Kaplan, Hulett Harper and Freedman Boyd) in December 2014 to prepare the case for trial. These firms naturally had to spend many hours getting up to speed, and in addition to paying them for this time, which can be argued was of little to no value to the class, he wants to pay them not only their $3.435 million in lodestar, but almost $3 million in multiplier!  This multiplier amount (if not the entire $6 million-plus these 3 firms would receive under the allocation proposal) AND upward adjustments for our firm and others should rightfully come out of the extremely generous $30,782,655 multiplier Mr. Alioto has so graciously allocated to himself.  There is clearly plenty of money available. Simply making him pay the multiplier assigned to the three firms he hired late in the case would free up almost $3 million for upward adjustments for our firm and others.

20)  The real lodestar resulting from time submitted (for years) by our firm to lead counsel in this case totals $1,518,338.50, at the rate used in the years billed, not current rates.  Minus the across-the-board 10% reduction, our firm's lodestar totals $1,366,504.65.  This total DOES NOT include a multiplier. An assignment of a multiplier of 1.6 to the amount ($843,501) listed by Mr. Alioto as allowable for our firm would result in our firm receiving its real (no multiplier) lodestar.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of

September, 2016 in Henderson, Nevada.

Jeffrey C. Shea (212754)
sheaj_2000@yahoo.com
Law Office of Brian Barry

14

**PROOF OF SERVICE VIA ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On September 9, 2016, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Northern District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 9th day of September, 2016.

_s/ Jeffrey C. Shea_
Jeffrey C. Shea

**Mailing Information for a Case 3:07-cv-05944-JST MDL No. 1917 In Re: Cathode Ray Tube (CRT) Antitrust Litigation**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Eliot A. Adelson**
  eadelson@kirkland.com,sfarley@kirkland.com,mccarthym@kirkland.com

- **Diana Arlen Aguilar**
  diana.aguilar@weil.com

- **Lee Albert**
  lalbert@glancylaw.com

- **Joseph M. Alioto , Sr**
  jmalioto@aliotolaw.com,nao@aliotolaw.com,jmiller@aliotolaw.com

- **Joseph Michelangelo Alioto , Jr**
  Joseph.Alioto@usdoj.gov,melissa.dorton@usdoj.gov,CaseView.ECF@usdoj.gov

- **Mario N. Alioto**
  malioto@tatp.com

- **Mario Nunzio Alioto**
  malioto@tatp.com

- **Angelina Alioto-Grace**
  sexton@aliotolaw.com

- **Daniel Bruce Allanoff**
  dallanoff@mcgslaw.com

- **James T Almon**
  jalmon@knpa.com,agonzalez@knpa.com

- **Jacob P. Alpren**
  jalpren@fhy-law.com

- **Jonathan Ellis Altman**
  Jonathan.Altman@mto.com

- **Jennie Lee Anderson**
  jennie@andrusanderson.com,kelli.good@andrusanderson.com,leland.belew@andrusanderson.com

- **Lori Erin Andrus**
  lori@andrusanderson.com,kelli.good@andrusanderson.com,leland.belew@andrusanderson.com

- **Deborah Ellen Arbabi**
  darbabi@crowell.com

- **Gregory K Arenson**
  garenson@kaplanfox.com

- **Sofia Arguello**
  sarguello@winston.com

- **Richard A. Arnold**
  rarnold@kennynachwalter.com,scott@kennynachwalter.com

- **Aldo A. Badini**
  abadini@winston.com,lcachola@winston.com,docketsf@winston.com,docketny@winston.com

- **Gordon Ball**
  gball@gordonball.com,tbenson@gordonball.com,ddaugherty@gordonball.com

- **Dylan Ian Ballard**
  dballard@sheppardmullin.com,mlinville@sheppardmullin.com,bcolomer@sheppardmullin.com

- **Brian Joseph Barry**
  bribarry1@yahoo.com

- **Joseph Michael Barton**
  joebartonesq@gmail.com

- **Harold A. Barza**
  halbarza@quinnemanuel.com,willcooper@quinnemanuel.com,albertvillalmil@quinnemanuel.com,calendar@quinnemanuel.com

- **Timothy D. Battin**
  tbattin@straus-boies.com,ecf@straus-boies.com

- **William H. Bave , III**
  wbave@whitecase.com

- **Gary Becker**
  gary.becker@ct.gov

- **Van H. Beckwith**
  van.beckwith@bakerbotts.com,terry.barnard@bakerbotts.com,debora.simonson@bakerbotts.com

- **Matthew C. Behncke**
  mbehncke@ussmangodfrey.com

- **Keith Thomson Belt , Jr**
  keithb@beltlawfirm.com,dianeb@beltlawfirm.com

- **Barry J Bendes**
  bbendes@eapdlaw.com

- **Barry J. Bendes**
  bbendes@eapdlaw.com

- **Craig A Benson**
  CBenson@paulweiss.com,mholden@paulweiss.com,jpowers@paulweiss.com,acoyle@paulweiss.com,stcohen@paulweiss.com,wmcauliffe@paulweiss.com,mao_fednational@paulweiss.com,larand@paulweiss.com,kdavis@paulweiss.com,dandrews@paulweiss.com

- **Steven F. Benz**
  sbenz@khhte.com,ashen@khhte.com,ccook@khhte.com

- **Debra Dawn Bernstein**
  debra.bernstein@alston.com

- **Veronica Besmer**
  veronica@besmerlaw.com,vbesmer@hotmail.com

- **Daniel Edward Birkhaeuser**
  dbirkhaeuser@bramsonplutzik.com,ptoovey@bramsonplutzik.com

- **Garrett D. Blanchfield , Jr**
  g.blanchfield@rwblawfirm.com,k.schulte@rwblawfirm.com,r.yard@rwblawfirm.com

- **William J. Blechman**
  wblechman@knpa.com,dhurniak@knpa.com,mbrehm@knpa.com

- **John Dmitry Bogdanov**
  jdb@coopkirk.com

- **David Boies , III**
  dboies@straus-boies.com,tpalumbo@straus-boies.com

- **Anthony J. Bolognese**
  abolognese@bolognese-law.com

- **Robert J. Bonsignore**
  rbonsignore@class-actions.us

- **Jeffrey D. Bores**
  jbores@chestnutcambronne.com

- **Benjamin Gardner Bradshaw**
  bbradshaw@omm.com

- **Liz Ann Brady**
  liz.brady@myfloridalegal.com,karen.marsh@myfloridalegal.com,colin.fraser@myfloridalegal.com,rachel.steinman@myfloridalegal.com

- **Patrick John Brady**
  jbrady@polsinelli.com,rtrosen@polsinelli.com,cmiller@polsinelli.com,docketing@polsinelli.com,dhunt@polsinelli.com

- **Rachel S. Brass**
  rbrass@gibsondunn.com,smaruschak@gibsondunn.com

- **Brad D. Brian**
  BrianBD@mto.com,lisa.lovullo@mto.com

- **Michael T. Brody**
  mbrody@jenner.com,edockets@jenner.com,svanhorn@jenner.com,docketing@jenner.com

- **Chadwick Oliver Brooker**
  cbrooker@atg.state.il.us

- **David C. Brownstein**
  dbrownstein@fbj-law.com

- **W. Joseph Bruckner**
  wjbruckner@locklaw.com,sipeem@locklaw.com,amhorningnygren@locklaw.com,user2@locklaw.com,pottebn@locklaw.com

- **Robert Page Bruner**
  robertb@beltlawfirm.com

- **David Burman**
  dburman@perkinscoie.com,DocketSFLIT@perkinscoie.com,JMcchskey@perkinscoie.com

- **Courtney C Byrd**
  cbyrd@omm.com

- **William G. Caldes**
  bcaldes@srkw-law.com,jjagher@srkw-law.com

- **Terry Calvani**
  terry.calvani@freshfields.com

- **Karl L. Cambronne**
  kcambronne@chestnutcambronne.com

- **Christopher William Cantrell**
  chrisc@beltlawfirm.com

- **Lauren Clare Capurro**
  laurenrussell@tatp.com,sisselbrowder@yahoo.com

- **Scott W. Carlson**
  scarlson@heinsmills.com

- **Gary R Carney**
  GCarney@paulweiss.com,mao_fedmational@paulweiss.com

- **Drew A. Carson**
  carson@millergoleerfaeges.com

- **Johnny William Carter**
  jcarter@susmangodfrey.com,ecf-3fdd79b2bc10@ecf.pacerpro.com,ecf-e319b07d26cc@ecf.pacerpro.com,chernandez@susmangodfrey.com

- **Leo David Caseria**
  lcaseria@sheppardmullin.com

- **Brent Caslin**
  bcaslin@jenner.com,docketing@jenner.com

- **Jill Sharon Casselman**
  jscasselman@rkmc.com,jmbauer@rkmc.com,dwfiskio@rkmc.com,lrbryant-wilson@rkmc.com

- **Christina Maria Ceballos-Levy**
  ccl@knpa.com

- **James E. Cecchi**
  jcecchi@carellabyrne.com,ltaylor@carellabyrne.com

- **David P. Chiappetta**
  dchiappetta@perkinscoie.com,jjaeger@perkinscoie.com,docketsflit@perkinscoie.com,jdance@perkinscoie.com,annalee@perkinscoie.com

- **Michelle Park Chiu**
  mchiu@morganlewis.com,drivera@morganlewis.com

- **Stephanie Yunjin Cho**
  scho@hausfeldllp.com

- **Emily E. Chow**
  emily.chow@faegrebd.com,lori.honse@faegrebd.com

- **Michael S. Christian**
  mchristian@zelle.com,nnewman@zelle.com

- **Patrick Bradford Clayton**
  pbc@scarpullalaw.com

- **William C. Cleveland**
  wcleveland@buistmoore.com

- **Bryan L. Clobes**
  bclobes@caffertyclobes.com,docketclerk@caffertyclobes.com,docket@caffertyclobes.com,jherrera@caffertyclobes.com

- **Bruce Cobath**
  bcobath@sheppardmullin.com

- **George Cochran**
  lawchrist@gmail.com

- **Eva W. Cole**
  ewcole@winston.com,z.fernandez@winston.com,docketsf@winston.com,docketny@winston.com

- **Commonwealth of Massachusetts**
  matthew.lyons@state.ma.us

- **Bernice Conn**
  BConn@robinskaplan.com,rirajpanah@robinskaplan.com

- **Josef Deen Cooper**
  jdc@coopkirk.com,trk@coopkirk.com,jdf@coopkirk.com,bogdanorck@aol.com

- **Craig C. Corbitt**
  ccorbitt@zelle.com,mbabione@zelle.com,emilio.varanini@doj.ca.gov

- **Joseph W. Cotchett**
  jcotchett@cpmlegal.com

- **Christina Diane Crow**
  ccrow@jinkslaw.com,danthony@jinkslaw.com,ccantey@jinkslaw.com

- **William T. Crowder**
  wcrowder@emersonpoynter.com

- **Brendan P. Cullen**
  cullenb@sullcrom.com,s&cmanagingclerk@sullcrom.com

- **Tyler Mark Cunningham**
  tcunningham@sheppardmullin.com

- **Christopher M. Curran**
  ccurran@whitecase.com,erin.mcnamee@whitecase.com,fhogue@whitecase.com,emily.brodybizar@whitecase.com,mtoto@whitecase.com,jdisanti@whitecase.com,mco4@whitecase.com,paige.dekker@whitecase.com

- **Joseph Edward Czerniawski**
  Jczeriawski@wkg.com,JoeCznyc@gmail.com

- **Matthew Robert DalSanto**
  mdalsanto@winston.com,recordssf@winston.com,docketsf@winston.com,ttannis@winston.com

- **Kira A Davis**
  kdavis@paulweiss.com,mao_fednational@paulweiss.com

- **Gerard A Dever**
  gdever@finekaplan.com,shufnagel@finekaplan.com,akatzman@finekaplan.com,dperelman@finekaplan.com,nblakeslee@finekaplan.com

- **William Diaz**
  wdiaz@mwe.com,ahamilton@mwe.com,mstumpf@mwe.com

- **Manuel Juan Dominguez**
  jdominguez@cohenmilstein.com,mwade@cohenmilstein.com

- **Molly Donovan**
  mmdonovan@winston.com,docketsf@winston.com,PacerCourtFile@winston.com,docketny@winston.com,jstewart@winston.com

- **Mark C. Dosker**
  mark.dosker@squirepb.com,sfr_docket@squirepb.com,Dalia.Hill@squirepb.com

- **Thomas Patrick Dove**
  tdove@farth.com

- **Thomas Arthur Doyle**
  tadoyle@thomasadoyle.com,tsaunders@saunders-lawfirm.com

- **Matthew Duncan**
  mduncan@finekaplan.com

- **Barack Shem Echols**
  barack.echols@kirkland.com

- **Helen Cho Eckert**
  heckert@sheppardmullin.com

- **Marc Howard Edelson**
  medelson@edelson-law.com

- **Nathan P. Eimer**
  neimer@eimerstahl.com,erogevv@eimerstahl.com,fharvey@eimerstahl.com,mnowacki@eimerstahl.com

- **Marwa Elzankaly**
  melzankaly@mcmanislaw.com,azandate@mcmanislaw.com,nshakoori@mcmanislaw.com,epipkin@mcmanislaw.com,sshakoori@mcmanislaw.com

- **John G. Emerson**
  jemerson@emersonfirm.com,tautry@emersonfirm.com

- **Candice J. Enders**
  cenders@bm.net

- **Vincent J. Esades**
  vesades@heinsmills.com,lgehrking@heinsmills.com,jkovarik@heinsmills.com,rsteiner@heinsmills.com

- **Esteban Martin Estrada**
  martin.estrada@mto.com,jennifer.lawlor@mto.com

- **John Clayton Everett , Jr**
  jeverett@morganlewis.com

- **Josh Ewing**
  je@fbdlaw.com

- **William S Farmer**
  wfarmer@fbj-law.com,jalpren@fbj-law.com,dbrownstein@fbjlaw.com,jsmith@fbj-law.com

- **Eric B. Fastiff**
  efastiff@lchb.com,btroxel@lchb.com

- **Gordon M. Fauth , Jr**
  gmf@classlitigation.com

- **Kevin Douglas Feder**
  kfeder@omm.com

- **John Finn**
  sampc01@gmail.com

- **Joel Flom**
  joel@jeffreislaw.com

- **Laura Fortman**
  sampc01@gmail.com

- **Dana E. Foster**
  defoster@whitecase.com,defoster@whitecase.com,cnaifeh@whitecase.com,lmandell@whitecase.com

- **M. Eric Frankovitch**
  msimon@facslaw.com

- **Jeff D Friedman**
  jefff@hbsslaw.com,jeanethd@hbsslaw.com,sf_filings@hbsslaw.com,nicolleg@hbsslaw.com

- **Qianwei Fu**
  qfu@zelle.com

- **Gabriel A. Fuentes**
  gfuentes@jenner.com

- **Kenneth A. Gallo**
  kgallo@paulweiss.com,GCarney@paulweiss.com,mlaramie@paulweiss.com,mao_fednational@paulweiss.com

- **Cheryl Ann Galvin**
  cgalvin@tcolaw.com

- **Rodney J Ganske**
  rod.ganske@alston.com,kerrie.sekine@alston.com

- **Steven Ganz**
  terry@grosshelsky.com

- **Jalaine Garcia**
  jgarcia@knpa.com

- **Arthur Slezak Gaus**
  asg@dillinghammurphy.com,wfm@dillinghammurphy.com

- **Martin C. Geagan , Jr**
  mgeagan@winston.com

- **Tiffany Belle Gelott**
  tiffany.gelott@bakerbotts.com

- **David Paul Germaine**
  dgermaine@vaneklaw.com,svitullo@vaneklaw.com,cparrottsheffer@vaneklaw.com

- **John Mark Gidley**
  mgidley@whitecase.com,jdisanti@whitecase.com,mco@whitecase.com

- **Brian Gillett**
  bgillett@susmangodfrey.com,ecf-b3db5569898c@ecf.pacerpro.com,ecf-63532ccae4d9@ecf.pacerpro.com

- **Bernadette Shawan Gillians**
  sgillians@baistmoore.com

- **Brendan Patrick Glackin**
  bglackin@lchb.com

- **Joseph Goldberg**
  jg@fbdlaw.com,imn@fbdlaw.com,drtr@fbdlaw.com

- **Kevin B. Goldstein**
  kevin.goldstein@weil.com

- **Ryan Seth Goldstein**
  ryangoldstein@quinnemanuel.com

- **Ryan Michael Goodland**
  ryan.goodland@weil.com

- **Ruthanne Gordon**
  rgordon@bm.net,emagnus@bm.net,ccoslett@bm.net

- **Joshua H. Grabar**
  jgrabar@bolognese-law.com

- **Robert J. Gralewski , Jr**
  bgralewski@kmllp.com,lbrizuela@kmllp.com

- **Steven J. Greenfogel**
  sgreenfogel@litedepalma.com,epalomino@litedepalma.com

- **Marc Jeffrey Greenspon**
  mgreenspon@bermandevalerio.com

- **Francis M. Gregorek**
  gregorek@whafh.com,fair@whafh.com

- **Terry Gross**
  terry@gba-law.com,javier@gba-law.com,monique@gba-law.com,adam@gba-law.com,cristina@gba-law.com,javier@ecf.courtdrive.com,sarah@gba-law.com,joann@gba-law.com

- **Gianna Christa Gruenwald**
  gianna@saveri.com

- **Richard Michael Hagstrom**
  rhagstrom@hjlawfirm.com,cmnelson@hjlawfirm.com

- **Marjan Hajibandeh**
  marjan.hajibandeh@weil.com

- **Michael E. Hamburger**
  mhamburger@whitecase.com

- **Jeane Hamilton**
  jeane.hamilton2@usdoj.gov,vanessa.vargas@usdoj.gov,kathleen.turner@usdoj.gov,carole.haygen@usdoj.gov,kate.patchen@usdoj.gov,CaseView.ECF@usdoj.gov

- **Timothy Ricardo Hanigan**
  trhanigan@gmail.com,dlopez@handaslawfirm.com,vgreenwalt@lhcllp.com

- **Blake Lee Harrop**
  bharrop@atg.state.il.us,jfeldmar@atg.state.il.us

- **Cathleen Hamel Hartge**
  Cathleen.Hartge@mto.com,Belinda.Morales@mto.com,Kevin.Park@mto.com,aileen.beltran@mto.com

- **Matthew Dickinson Heaphy**
  mheaphy@saveri.com

- **Astor Henry Lloyd Heaven , III**
  aheaven@crowell.com,sheaven@crowell.com

- **Christopher T. Heffelfinger**
  cheffelfinger@bermandevalerio.com,ysoboleva@bermandevalerio.com

- **Richard Martin Heimann**
  rheimann@lchb.com

- **Samuel D. Heins**
  sheins@heinsmills.com

- **Adam C. Hemlock**
  adam.hemlock@weil.com,adam.hemlock@weil.com,Jay.Minga@weil.com,nymao@weil.com,Nicholas.Klenow@weil.com,Marihug.Cedeno@weil.com,nymao@ecf.pacerpro.com

- **Nicholas H. Hesterberg**
  nhesterberg@perkinscoie.com,lnelson@perkinscoie.com,docketsea@perkinscoie.com

- **Eric D. Hoaglund**
  ehoaglund@mhclaw.com

- **Jory M Hoffman**
  jhoffman@jenner.com

- **Curt Holbreich**
  cholbreich@sidley.com,sfefilingnotice@sidley.com,jhiwa@sidley.com,sfdocket@sidley.com

- **Steven Randall Hood**
  rhood@mcgowanhood.com

- **Richard Freeman Horsley**
  rfhala@cs.com

- **Derek G. Howard**
  derek@derekhowardlaw.com,gh@s,donna@dhowlaw.com

- **Gregory Hull**
  Greg@ellenberghull.com

- **Sean Hull**
  sxhull@gmail.com

- **Daniel Hume**
  dhume@kmllp.com

- **Ryan M Hurley**
  ryan.hurley@FaegreBD.com

- **Troy J. Hutchinson**
  thutchinson@heinsmills.com

- **Hojoon Hwang**
  hojoon.hwang@mto.com,Joannette.driver-moore@mto.com,Ashley.Fitzwilliams@mto.com

- **David Yau-Tian Hwu**
  dhwu@saveri.com

- **Philip J Iovieno**
  piovieno@bsfllp.com,mfelder@bsfllp.com,aweber@bsfllp.com,ksmith@bsfllp.com,anardacci@bsfllp.com,tmiller@bsfllp.com,kmoat@bsfllp.com

- **Philip J. Iovieno**
  piovieno@bsfllp.com

- **Philip J. Iovieno**
  piovieno@bsfllp.com

- **Robert Brent Irby**
  birby@mhclaw.com,lmarler@mhclaw.com,ehoaglund@mhclaw.com

- **William A. Isaacson**
  wisaacson@bsfllp.com,jmilici@bsfllp.com

- **Michele Chickerell Jackson**
  mjackson@lchb.com,btroxel@lchb.com

- **Michael Jacobs**
  mjacobs@zelle.com

- **Elizabeth Helmer Jordan**
  elizabeth.jordan@alston.com

- **Jeffrey M. Judd**
  jadlegal@sonic.net

- **Betty Lisa Julian**
  bjulian@danrell.com

- **Paul Brian Justi**
  pbjusti@comcast.net,Lori@pbjusti.com

- **Steven A. Kanner**
  skanner@fklmlaw.com,mkhamoo@fklmlaw.com

- **Robert N. Kaplan**
  rkaplan@kaplanfox.com

- **Robert N. Kaplan**
  rkaplan@kaplanfox.com,mmccahill@kaplanfox.com

- **Daniel R. Karon**
  dkaron@karonllc.com,r.good@karonllc.com,bhollowell@karonllc.com

- **Sherman Kassof**
  heevay@att.net,heevay@yahoo.com

- **Margaret Anne Keane**
  margaret.keane@dlapiper.com,sandy.holstrom@dlapiper.com,margaret-keane-8958@ecf.pacerpro.com,1807@ecf.pacerpro.com,jeffrey.reeves@dlapiper.com

- **Julie A. Kearns**
  jkearns@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Katherine T. Kelly**
  kkelly@heinsmills.com

- **Michael P. Kenny**
  mike.kenny@alston.com

- **Matthew David Kent**
  matthew.kent@alston.com,jason.rottner@alston.com

- **Sylvie K. Kern**
  sylviekern@yahoo.com

- **Jeffrey L. Kessler**
  jkessler@winston.com,quercourtfile@winston.com,docketsf@winston.com,docketny@winston.com

- **Charles M. Kester**
  cmkester@nwark.com

- **Jason Kilene**
  jkilene@gustafsongluek.com,dgustafson@gustafsongluek.com

- **Miriam Kim**
  Miriam.Kim@mto.com,robyn.bird@mto.com,victor.tobar@mto.com

- **YongSang Kim**
  yongsang.kim@aporter.com

- **Kirby McInerney LLP**
  bgralewski@kmllp.com

- **Tracy R. Kirkham**
  trk@coopkirk.com

- **Mary Gilmore Kirkpatrick**
  mkirk@vtlawfirm.com

- **Jeffrey Alan Klafter**
  jak@klafterolsen.com

- **Esther L. Klisura**
  eklisura@slenvironment.com,kzener@slenvironment.com,josbun@slenvironment.com,tangst@slenvironment.com

- **Aya Kobori**
  akobori@whitecase.com,agoodall@whitecase.com

- **Anna Marie Konradi**
  anna.konradi@faegrebd.com

- **Erik T. Koons**
  erik.koons@bakerbotts.com

- **Bethany Woodard Kristovich**
  Bethany.Kristovich@mto.com

- **Susan Gilah Kupfer**
  skupfer@glancylaw.com,sfreception@glancylaw.com

- **Christine A. Laciak**
  christine.laciak@freshfields.com,richard.snyder@freshfields.com

- **John Pierre Lahad**
  jlahad@susmangodfrey.com,kristi-davis-0719@ecf.pacerpro.com,kdavis@susmangodfrey.com

- **David Nathan Lake**
  david@lakelawpc.com

- **Nathan Lane , III**
  natelane3law@gmail.com,sarah.david@squirepb.com

- **Lucius Bernard Lau**
  alau@whitecase.com,enaifeh@whitecase.com,sharon.park@whitecase.com,twu@whitecase.com,aangat.amin@whitecase.com,relfand@whitecase.com,jonathanc.black@whitecase.com,mfrutig@whitecase.com,michael.hamburger@whitecase.com,samuel.sharp@whitecase.com,dfoster@whitecase.com

- **Christopher Le**
  cle@straus-boies.com,cvoigt@straus-boies.com,ecf@straus-boies.com

- **Lewis Titus LeClair**
  lleclair@mckoolsmith.com,cfowler@mckoolsmith.com

- **Christopher L. Lebsock**
  clebsock@hausfeldllp.com,celder@hausfeldllp.com

- **Jeffrey Jay Lederman**
  jlederman@winston.com,docketsf@winston.com

- **Charles A. Legge**
  snevins@jamsadr.com

- **Michael Paul Lehmann**
  mlehmann@hausfeldllp.com

- **James F. Lerner**
  jlerner@winston.com,docketsf@winston.com,docketny@winston.com

- **Jill Tan Lin**
  jill.tan.lin@gmail.com

- **Laura K Lin**
  Laura.lin@mto.com,stephanie.ferrell@mto.com,Gregory.Weingart@mto.com

- **Calvin L. Litsey**
  calvin.litsey@faegrebd.com

- **Calvin Lee Litsey**
  calvin.litsey@faegreBD.com,helen.chacon@FaegreBD.com,sonja.beamon@faegrebd.com,debra.egan@faegrebd.com

- **Ethan E. Litwin**
  litwin@hugheshubbard.com,bennettc@howrey.com,managing-attorney-4212@ecf.pacerpro.com,ethan-litwin-8595@ecf.pacerpro.com

- **Marisa C. Livesay**
  livesay@whafh.com,boyles@whafh.com

- **William Henry London**
  wlondon@fklmlaw.com

- **Kevin Bruce Love**
  klove@criedenlove.com

- **Christopher Lovell**
  clovell@lshllp.com

- **Matthew Mark Lyons**
  matthew.lyons@state.ma.us

- **Kyle W Mach**
  kyle.mach@mto.com,robyn.bird@mto.com

- **Donald Scott Macrae**
  smacrae@bamlawlj.com

- **Lidia Maher**
  Lidia.Maher@usdoj.gov,edward.bernard@usdoj.gov,carole.huygen@usdoj.gov,kate.patchen@usdoj.gov

- **Travis Luke Manfredi**
  travis@cohlitlaw.com

- **Betsy Carol Manifold**
  cabrera@whafh.com,boyles@whafh.com,loritsch@whafh.com

- **Jill Michelle Manning**
  jmanning@steyerlaw.com,lorenn@steyerlaw.com

- **Seymour J. Mansfield**
  smansfield@foleymansfield.com,elewison@foleymansfield.com

- **Mark D. Marino**
  mark.marino@klgates.com

- **Jonathan A Mark**
  jonathanm2@atg.wa.gov,jaxtinw@atg.wa.gov,ATSeaEF@ATG.WA.GOV

- **Kenneth S. Marks**
  kmarks@markshouston.com,ecf-7e1d9959502a@ecf.pacerpro.com,ecf-795e4ba948d9@ecf.pacerpro.com

- **David Martinez**
  dmartinez@robinskaplan.com,lcastiglioni@robinskaplan.com,sgreen@robinskaplan.com

- **Sharon D. Mayo**
  sharon.mayo@aporter.com,Joanna.Lee@aporter.com,Emily.Clark@aporter.com,sfcalendar@aporter.com,Jill.Hernandez@aporter.com

- **Matthew J. McBurney**
  mmcburney@crowell.com

- **Bruce C. McCulloch**
  bruce.mcculloch@freshfields.com

- **Corey D. McGaha**
  cmcgaha@crowdermcgaha.com

- **James Landon McGinnis**
  jmcginnis@sheppardmullin.com,csub@sheppardmullin.com,jcampos@sheppardmullin.com,rbreese@sheppardmullin.com

- **Elizabeth Anne McKenna**
  emckenna@milberg.com

- **William Angus McKinnon**
  bmckinnon@mcgowanhood.com

- **Mike McKool**
  mmckool@mckoolsmith.com,sbovine@mckoolsmith.com

- **James McManis**
  jmcmanis@mcmanislaw.com,mrose@mcmanislaw.com,clarsen@mcmanislaw.com,eschneider@mcmanislaw.com

- **Robert Brian McNary**
  rmcnary@crowell.com

- **Joel Cary Meredith**
  jmeredith@mcgslaw.com,apaul@mcgslaw.com

- **Steven Douglas Merriman**
  smerriman@perkinscoie.com,tbrandon@perkinscoie.com

- **Robert G. Methvin**
  sreynolds@mmlaw.net

- **Robert Gordon Methvin , Jr**
  sreynolds@mmlaw.net

- **Anton Metlitsky**
  ametlitsky@omm.com

- **Christopher Thomas Micheletti**
  cmicheletti@zelle.com

- **Douglas A. Millen**
  doug@flmlaw.com

- **Marvin A. Miller**
  mmiller@millerlawllc.com

- **Steve A Miller**
  sampx01@gmail.com

- **Steven J. Miller**
  miller@millergolerfaeges.com

- **Craig D. Minerva**
  craig.minerva@freshfields.com

- **Kathy Lee Monday**
  kmonday@damrell.com,NWeston-Dawkes@damrell.com

- **H. Laddie Montague , Jr**
  hlmontague@bm.net,sleo@bm.net

- **Cori Gordon Moore**
  cgmoore@perkinscoie.com,allygren@perkinscoie.com

- **Paul Andrew Moore**
  Paul.Moore@doj.ca.gov

- **Theresa Driscoll Moore**
  TMoore@aliotolaw.com

- **Gordon Morgan**
  gmorganpi@gmail.com

- **Andrew J. Morganti**
  amorganti@milberg.com,MAOffice@milberg.com

- **Bruce L. Mulkey**
  bruce@mulkeylaw.com

- **Daniel Joseph Mulligan**
  dan@jmglawoffices.com,lgabriel@jmglawoffices.com

- **Jerome A. Murphy**
  jmurphy@crowell.com,bhanley@crowell.com

- **Gilmur Roderick Murray**
  gmurray@murrayhowardlaw.com,aarnall@murrayhowardlaw.com

- **Jason C. Murray**
  jmurray@crowell.com,SMierisch@crowell.com,rwong@crowell.com,aslade@crowell.com

- **Kevin J. Murray**
  kmurray@knpa.com

- **James Mutchnik**
  james.mutchnik@kirkland.com,wstreff@kirkland.com,holly.fisher@kirkland.com

- **Anne M. Nardacci**
  anardacci@bsfllp.com,amarcus@bsfllp.com,jdew@bsfllp.com,ashaw@bsfllp.com

- **Krishna Brian Narine**
  knarine@m-npartners.com

- **Susan Elizabeth Nash**
  susan.nash@mto.com

- **Barbara J. Nelson**
  barbara.nelson@usdoj.gov

- **Michael John Newton**
  mike.newton@alston.com,lisa.n.wilson@alston.com,linder.lane@alston.com,kate.smith@alston.com

- **Tim David Nord**
  tim.d.nord@state.or.us,melissa.curtis@state.or.us

- **Paul F. Novak**
  pnovak@milberg.com,MAOffice@milberg.com

- **Linda P. Nussbaum**
  lnussbaum@nussbaumpc.com

- **Linda Phyllis Nussbaum**
  lnussbaum@nussbaumpc.com,sschwaiger@nussbaumpc.com,

- **Bambo Obaro**
  bambo.obaro@weil.com,janine.chong@weil.com,tricia-dresel-2470@ecf.pacerpro.com,tricia.dresel@weil.com,janine-chong-60944@ecf.pacerpro.com

- **Elizabeth R. Odette**
  erodette@locklaw.com,samorbey@locklaw.com

- **Niki B. Okcu**
  Niki.Okcu@att.com

- **Orion Home Systems, LLC**
  cadio@saveri.com

- **Kathy L. Osborn**
  kathy.osborn@FaegreBD.com

- **Joseph A. Ostoyich**
  OstoyichJ@howrey.com,OstoyichJ@howrey.com

- **Jeremy Kent Ostrander**
  jostrander@whitecase.com,faragona@whitecase.com,agoodall@whitecase.com

- **Daniel D. Owen**
  dowen@polsinelli.com,rtrosen@polsinelli.com,docketing@polsinelli.com,dhunt@polsinelli.com

- **Joseph Darrell Palmer**
  darrell.palmer@palmerlegalteam.com,maria.carapia@palmerlegalteam.com

- **R. Scott Palmer**
  scott.palmer@myfloridalegal.com

- **Lawrence Genaro Papale**
  lgpapale@papalelaw.com

- **Joseph Mario Patane**
  jpatane@tatp.com

- **Jonathan Alan Patchen**
  jpatchen@tcolaw.com,cdunbar@tcolaw.com,schow@tcolaw.com,jmetz@tcolaw.com,cgalvin@tcolaw.com,esittler@tcolaw.com

- **George L. Paul**
  gpaul@whitecase.com

- **Clifford H. Pearson**
  cpearson@pswlaw.com

- **Matthew David-Craig Pearson**
  mpearson@bernandevalerio.com,ysobolova@bernandevalerio.com

- **Jayne Ann Peeters**
  jpeeters@steyerlaw.com,aroque@steyerlaw.com

- **David M. Peterson**
  dpeterson@susmangodfrey.com,ecf-805ab0bcfce@ecf.pacerpro.com,ecf-4e97f7bbd348@ecf.pacerpro.com

- **Robert J. Pfister**
  rpfister@ktbslaw.com

- **Eric James Pickar**
  epickar@bangsmccullen.com

- **Pillsbury Winthrop Shaw Pittman LLP**
  dianne@pillsburylaw.com

- **Stuart Christopher Plunkett**
  stuart.plunkett@bakerbotts.com,katrina.hardy@bakerbotts.com

- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com

- **Robert James Pohlman**
  rpohlman@rcalaw.com

- **Scott E. Poynter**
  scott@swcfirm.com,kim@swcfirm.com

- **Martin Quinn**
  mquinn@jamsadr.com

- **Martin Quinn**
  mq1942@me.com

- **Samuel J Randall**
  srandall@knpa.com,mbrehm@knpa.com

- **Steven Alan Reiss**
  steven.reiss@weil.com

- **Randy R. Renick**
  rrr@renicklaw.com,mrr@hadsellstormer.com,mstroud@hadsellstormer.com,Mvazquez@hadsellstormer.com,home@renicklaw.com

- **Rachele R. Rickert**
  cabrera@whafh.com,boyles@whafh.com,loritsch@whafh.com

- **David Kendall Roberts**
  droberts2@omm.com

- **Jeffrey Scott Roberts**
  jeff.roberts@faegrebd.com

- **Lisa J. Rodriguez**
  lisa@trrlaw.com

- **Kent Michael Roger**
  kroger@morganlewis.com,nnaranjo@morganlewis.com,wschaub@morganlewis.com,mthomasian@morganlewis.com

- **Kathleen Styles Rogers**
  krogers@kralowcclaw.com,ggray@kralowcclaw.com

- **Jennifer Susan Rosenberg**
  jrosenberg@bramsonplutzik.com,moldenburg@bramsonplutzik.com,rtappero@bramsonplutzik.com

- **Jonathan Jeffrey Ross , NA**
  jross@susmangodfrey.com,ecf-0949b38b345a@ecf.pacerpro.com,ecf-ad45e70d2476@ecf.pacerpro.com,klok@susmangodfrey.com

- **Jerome Cary Roth**
  Jerome.Roth@mto.com,susan.ahmadi@mto.com

- **Kajetan Rozga**
  kajetan.rozga@weil.com

- **Geoffrey Conrad Rushing**
  grushing@saveri.com

- **Robert Sabre Safi**
  rsafi@susmangodfrey.com

- **Peter G.A. Safirstein**
  psafirstein@forthepeople.com

- **Joel Steven Sanders**
  jsanders@gibsondunn.com,smaruschak@gibsondunn.com

- **Daniel Allen Sasse**
  dsasse@crowell.com,mquezada@crowell.com

- **Terry Rose Saunders**
  tsaunders@saunders-lawfirm.com

- **Guido Saveri**
  guido@saveri.com

- **Joseph R. Saveri**
  jsaveri@saverilawfirm.com,jfu@saverilawfirm.com,cforthuber@saverilawfirm.com,blang@saverilawfirm.com,dclevenger@saverilawfirm.com,plall@saverilawfirm.com

- **Richard Alexander Saveri**
  rick@saveri.com

- **Michael W. Scarborough**
  mscarborough@smrh.com,mohearn@sheppardmullin.com,rbreese@sheppardmullin.com,khollenbeck@sheppardmullin.com

- **Francis Onofrei Scarpulla**
  fos@scarpullalaw.com,cpc@scarpullalaw.com

- **Haidee L. Schwartz**
  hschwartz@omm.com

- **Austin Van Schwing**
  aschwing@gibsondunn.com

- **Anthony D. Shapiro**
  tony@hbsslaw.com,george@hbsslaw.com,laurie@hbsslaw.com,ronnie@hbsslaw.com

- **Samuel James Sharp**
  samuel.sharp@whitecase.com

- **Sharp Corporation**
  colin.west@bingham.com

- **Jeffrey Chad Shea**
  sheaj_2000@yahoo.com

- **Aaron M. Sheanin**
  asheanin@pwrlaw.com,vglaze@pwrlaw.com,yberry@pwrlaw.com

- **Harry Shulman**
  harry@shulmanlawfirm.com

- **Imtiaz A. Siddiqui**
  isiddiqui@cpmlegal.com,jacosta@cpmlegal.com

- **Roman M. Silberfeld**
  rsilberfeld@robinskaplan.com,rirajpanah@robinskaplan.com

- **Fred A. Silva**
  fsilva@damrell.com,nweston-dawkes@damrell.com

- **Ian T Simmons**
  isimmons@omm.com

- **Bruce Lee Simon**
  bsimon@pwrlaw.com,bpouya@pwrlaw.com,mpearson@pwrlaw.com,dwarshaw@pwrlaw.com,yberry@pwrlaw.com,mwilliams@pwrlaw.com,egrant@pwrlaw.com

- **Michael G. Simon**
  msimon@facslaw.com

- **Joseph J Simons**
  jsimons@paulweiss.com,mao_fednational@paulweiss.com

- **David Nathan-Allen Sims**
  dsims@saveri.com

- **Stuart Harold Singer**
  ssinger@bsfllp.com

- **Charles B. Sklarsky**
  csklarsky@jenner.com

- **Richard Sutton Snyder**
  richard.snyder@freshfields.com

- **Richard P. Sobiecki**
  rich.sobieck@bakerbotts.com

- **Donna F Solen**
  dsolen@lexlawgroup.com

- **Mona Solouki**
  msolouki@sheppardmullin.com,zilee@sheppardmullin.com,ewhite@sheppardmullin.com,khollenbeck@sheppardmullin.com

- **Gary Laurence Specks**
  gspecks@kaplanfox.com

- **Eugene A. Spector**
  espector@srkw-law.com

- **Ronnie Seidel Spiegel**
  ronnie@hbsslaw.com,robert@hbsslaw.com

- **Joseph Scott St. John**
  jscottstjohnpublic@gmail.com

- **Fernando Xasier Starkes**
  xavier@starkeslawfirm.com

- **State of Connecticut**
  gary.becker@ct.gov

- **State of Washington**
  davidk3@atg.wa.gov

- **Ranae D. Steiner**
  rsteiner@heinsmills.com

- **Scott A. Stempel**
  sstempel@morganlewis.com

- **J. Matthew Stephens**
  sreynolds@mmlaw.net

- **Amy Lee Stewart**
  astewart@roselawfirm.com,rheritechv@roselawfirm.com

- **Dennis Stewart**
  dstewart@hulettharper.com,anita@hulettharper.com,katie@hulettharper.com

- **Jennifer Stewart**
  jstewart@winston.com,lduxstad@winston.com

- **Allan Steyer**
  asteyer@steyerlaw.com,lrozem@steyerlaw.com,smacrae@steyerlaw.com,arubenstein@steyerlaw.com

- **Dianne L. Sweeney**
  dianne@pillsburylaw.com,ryan.selness@pillsburylaw.com,teresa.castro@pillsburylaw.com,cate.kealiinohomoku@pillsburylaw.com

- **Jon Vensel Swenson**
  jon.swenson@bakerbotts.com,robert.michaels@bakerbotts.com,jessica.quon@bakerbotts.com,donna.loop@BakerBotts.com,jennifer.nguyen@bakerbotts.com,dlpalallparalegals@bakerbotts.com

- **Joseph J. Tabacco , Jr**
  jtabacco@bermandevalerio.com,ysoboleva@bermandevalerio.com

- **John M. Taladay**
  john.taladay@bakerbotts.com

- **Lindsey H. Taylor**
  ltaylor@carellabyrne.com

- **Stephen E. Taylor**
  staylor@tcolaw.com

- **William David Temko**
  william.temko@mto.com,vivian.rodriguez@mto.com

- **James Michael Terrell**
  jterrell@mmlaw.net

- **Reginald Von Terrell**
  reggiet2@aol.com

- **Kevin Yoshiwo Teruya**
  kevinteruya@quinnemanuel.com

- **Euphemia Nikki Thomopulos**
  ethomopulos@hkemploymentlaw.com,cludlow@hkemploymentlaw.com

- **Charles Matthew Thompson**
  cmtlaw@aol.com

- **Joseph R. Tiffany , II**
  joseph.tiffany@pillsburylaw.com,susie.macken@pillsburylaw.com

- **Andrew R. Tillman**
  art@paineter.com

- **Ellen Tobin**
  etobin@curtis.com

- **Terrence Joseph Truax**
  ttruax@jenner.com,mpowers@jenner.com,mreilly@jenner.com,cward@jenner.com,svanhorn@jenner.com,docketing@jenner.com,mbrody@jenner.com,phanna@jenner.com

- **John Selim Tschirgi**
  jtschirgi@winston.com

- **Michael Frederick Tubach**
  mtubach@omm.com,kquintanilla@omm.com

- **Robert Turken**
  rturken@bilzin.com

- **Bijal Vijay Vakil**
  bvakil@whitecase.com,vfarias@whitecase.com,mkenny@whitecase.com,SV-Calendaring@whitecase.com

- **Andrea Marie Valdez**
  andrea.valdez.esq@gmail.com

- **Kenneth Leo Valinoti**
  kvalinoti@valinoti-dito.com,mskowron@valinoti-dito.com

- **Shaun M. Van Horn**
  svanhorn@jenner.com

- **Joseph Michael Vanek**
  jvanek@vaneklaw.com

- **Emilio Eugene Varanini , IV**
  Emilio.Varanini@doj.ca.gov,lucia.rodriguez@doj.ca.gov

- **Ashlei Melissa Vargas**
  avargas@pswplaw.com,nhalpern@pswplaw.com

- **Lara Elvidge Veblen**
  lara.veblen@weil.com

- **A. Paul Victor**
  pvictor@winston.com,docketsf@winston.com,docketny@winston.com

- **Anthony J. Viola**
  aviola@eapdlaw.com

- **Scott N. Wagner**
  swagner@bilzin.com,eservice@bilzin.com,asolis@bilzin.com,fmorera@bilzin.com

- **James Matthew Wagstaffe**
  wagstaffe@kerrwagstaffe.com,dwyer@kerrwagstaffe.com,bechtol@kerrwagstaffe.com

- **Douglas I. Wald**
  douglas.wald@aporter.com

- **Benjamin Edward Waldin**
  bwaldin@eimerstahl.com

- **Vaughn R. Walker**
  vrw@judgewalker.com

- **Donald Arthur Wall**
  donald.wall@squirepb.com

- **Vincent J. Ward**
  vjw@fbdlaw.com

- **Daniel L. Warshaw**
  dwarshaw@pswplaw.com,bpouya@pswplaw.com,mwilliams@pswplaw.com,egrant@pswplaw.com

- **Jonathan Mark Watkins**
  jwatkins@pswplaw.com

- **Nicholas J. Weilhammer**
  nicholas.weilhammer@myfloridalegal.com,jennifer.morganbyrd@myfloridalegal.com

- **Gregory J. Weingart**
  gregory.weingart@mto.com

- **Eric J. Weiss**
  EWeiss@perkinscoie.com

- **Jonathan Mark Weiss**
  jweiss@ktbslaw.com

- **Colin C. West**
  colin.west@morganlewis.com

- **Jeff S. Westerman**
  jwesterman@jswlegal.com

- **Jan Leigh Westfall**
  jlwestfall.esq@gmail.com,legal.assistant50@gmail.com

- **Joseph Richard Wetzel**
  jwetzel@kslaw.com,tbishop@kslaw.com

- **Katherine Hamilton Wheaton**
  kate.wheaton@kirkland.com,hayle.gosnell@kirkland.com,sarah.reeves@kirkland.com,karl.stamp@kirkland.com

- **Collin R White**
  cwhite@khhte.com

- **Gavin David Whitis**
  gwhitis@pondnorth.com,efile@pondnorth.com

- **Mitchell E. Widom**
  mwidom@bilzin.com

- **K. Craig Wildfang**
  kcwildfang@robinskaplan.com,rries@robinskaplan.com,afmiller@robinskaplan.com

- **Joel Calcar Willard**
  jwillard@gibsondunn.com,mxchain@gibsondunn.com

- **Steven Noel Williams**
  swilliams@cpmlegal.com,jverducci@cpmlegal.com,jlein@cpmlegal.com,azapala@cpmlegal.com,mcaylao@cpmlegal.com,ebott@cpmlegal.com,etran@cpmlegal.com

- **Christopher Wilson**
  cwilson@pobinelli.com

- **Lingel Hart Winters**
  sawmill2@aol.com

- **Tsung-Hui (Danny) Wu**
  twu@whitecase.com

- **YRC, INC.**
  jeff@juddlawgroup.com

- **Xiaochin Claire Yan**
  claire.yan@mto.com

- **David L. Yohai**
  david.yohai@weil.com,Ryan.Goodland@weil.com,Kajetan.Rozga@weil.com,kevin.goldstein@weil.com,Lara.Trager@weil.com,nymao@weil.com,nymao@ecf.pacerpro.pro

- **David E. Yolkut**
  david.yolkut@weil.com

- **Ryan C Zagare**
  rzagare@knpa.com,jruiz@knpa.com

- **Judith A. Zahid**
  jzahid@zelle.com

- **Cadio R. Zirpoli**
  cadio@saveri.com,mogden@saveri.com

- **Jeffrey Ira Zuckerman**
  jzuckerman@curtis.com

- **Jason de Bretteville**
  jdebretteville@sycr.com,ccheek@sycr.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

MINA ASHKANNEJHAD

**Monique               Alonso**
Gross & Belsky LLP
,

**Adam               C. Belsky**
Gross Belsky Alonso LLP
,

**P.               John Brady**
Shughart Thomson & Kilroy PC
,

**JEFF CRAIG**
,

**Patricia               A. Conners**
Attorney General's Office
Department of Legal Affairs
Antitrust Section
PL-01 The Capitol
Tallahassee, FL 32599-1050

**Daniel               D. Cowen**
Shughart Thomson & Kilroy PC
,

**Sarah               Crowley**
Gross Belsky Alonso LLP
,

**Nathan               A. Dickson**
Jinks Crow & Dickson PC
,

**Issac               L. Diel**
Sharp McQueen
6900 College Boulevard, Suite 285
Overland Park, KS 66211

**Molly               M Donovan**
Dewey & LeBoeuf LLP
,

**ESTATE OF LATE R. DERYL EDWARDS JR**

**Neal               A Eisenbraun**
Neal A Eisenbraun, Chartered
2599 Mississippi Street
New Brighton, MN 55113

**John               G. Emerson**
Emerson Scott LLP
830 Apollo Lane
Houston, TX 77058

**Lori               A. Fanning**
Miller Law LLC
115 South LaSalle Street, Suite 2910
Chicago, IL 60603

**John               Gressette Felder               , Jr**
McGowan Hood Felder and Johnson
1405 Calhoun Street
Columbia, SC 29201

**Alan Frankel**
,

**Matthew               Frutig**
White & Case LLP
,

**Travis               Levins Galloway**
Zelle Hofmann Voelbel Mason & Gette
44 Montgomery St #3400
San Francisco, CA 94104

**Robert               B. Gerard**
Gerard Selden & Osuch
1516 Front Street
San Diego, CA 92101

**Martin               E. Grossman**
Law Offices of Martin E. Grossman
2121 Green Briar Drive
Villanova, PA 19085

**Lynn               W. Jinks**
Jinks Crow & Dickson PC
,

**Charles               H. Johnson**
Charles H Johnson & Associates PA
2599 Mississippi Street
New Brighton, MN 55113

**Elliot               S. Kaplan**
Robins Kaplan Miller & Ciresi
,

**Tracy               R. Kirkham**
Cooper & Kirkham PC
,

**Eleanor Lewis**
,

**Lawrence               D. McCabe**
Murray Frank & Sailer LLP
275 Madison Avenue
New York, NY 10016

**McCallum, Methvin & Terrell, P.C.**
McCallum, Methvin & Terrell, P.C.

2201 Arlington Ave S
Birmingham
Birmingham, AL 35205

**James          P. McCarthy**
Lindquist & Vennum
.

**Charise          Naifeh**
White & Case LLP
.

**PT.MT Picture Display Indonesia**
.

**Donald          L. Perelman**
Fine Kaplan & Black RPC
One S. Broad Street, 23rd Floor
Philadelphia, PA 19107

**Mark          Reinhardt**
Reinhardt Wendorf & Blanchfield
East 1000 First National Bank Building
332 Minnesota Street
St. Paul, MN 55101

**Steven          A. Reiss**
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**David          Roberts**
O'Melveny & Myers LLP
.

**Jean          B. Roth**
Mansfield Tanick & Cohen
1700 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402-4511

**Josie Salk**
1205 Cypress Street
Space No. 122
San Dimas, CA 91773-3532

**Lawrence          P. Schaefer**
Mansfield Tanick & Cohen
1700 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402-4511

**Roger          Martin Schrimp**
Damrell Nelson Schrimp Pallios Pacher & Silva
1601 I Street  5th Floor
Modesto, CA 95354

**Samuel          J. Sharp**
701 13th Street NW
Washington, DC 20005

**Matthew          E. Van Tine**
Miller Law LLC
115 South LaSalle Street, Suite 2910
Chicago, IL 60603

**Clinton          Paul Walker**
Damrell, Nelson, Schrimp, Pallios, Pache & Silva
1601 "I" Street
Fifth Floor
Modesto, CA 95354

**Melissa          Willett**
Boies, Schiller & Flexner
5301 Wisconsin Ave. NW
Suite 800
Washington, DC 20015

**Christopher Wirth**
LA2100
301 Institution Drive
Bellefonte, PA 16823

**Kim          YoungSang**
ARNOLD & PORTER LLP
.