# EXHIBIT A

1  **PARTIES' JOINT APPENDIX OF PENDING MOTIONS**

2       The Parties previously submitted versions of the following narrative explanations and

3  tables in response to the Court's requests for lists of motions which still require action by the

4  Court.  The Parties have updated the following charts to remove motions that the Court has

5  decided or determined to be moot.

6       This Appendix uses the following terms to refer to the parties to this litigation:

| Defendant Group | Members |
| --- | --- |
| **Beijing Matsushita** | Beijing Matsushita Color CRT Co., Ltd. |
| **Chunghwa ("CPT")** | Chunghwa Picture Tubes, Ltd. |
|  | Chunghwa Picture Tubes (Malaysia) Sdn. Bhd. |
| **Hitachi** | Hitachi, Ltd. |
|  | Hitachi Displays, Ltd. (n/k/a Japan Display Inc.) |
|  | Hitachi America, Ltd. |
|  | Hitachi Electronic Devices (USA), Inc. |
|  | Hitachi Asia, Ltd. |
| **LG** | LG Electronics, Inc. |
| **Mitsubishi Electric** | Mitsubishi Electric Corporation |
|  | Mitsubishi Electric US, Inc. |
|  | Mitsubishi Electric Visual Solutions America, Inc. |
| **MTPD** | MT Picture Display Co., Ltd. |
| **Panasonic** | Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.) |
|  | Panasonic Corporation of North America |
| **Philips** | Koninklijke Philips N.V. |
|  | Philips Electronics North America Corporation |
|  | Philips Taiwan Limited |
|  | Philips do Brasil Ltda. |
| **Samsung SDI** | Samsung SDI Co., Ltd. |
|  | Samsung SDI America, Inc. |
|  | Samsung SDI (Malaysia) Sdn. Bhd. |
|  | Samsung SDI Mexico S.A. De C.V. |
|  | Samsung SDI Brasil Ltda. |
|  | Shenzhen Samsung SDI Co., Ltd. |
|  | Tianjin Samsung SDI Co., Ltd. |

| Tech Displays Americas ("TDA") | Technologies Displays Americas LLC |
|---|---|
| Thomson | Thomson Consumer Electronics, Inc. (n/k/a Technicolor USA, Inc.) |
| | Thomson SA (n/k/a Technicolor SA) |
| Toshiba | Toshiba Corporation |
| | Toshiba America, Inc. |
| | Toshiba America Consumer Products, LLC |
| | Toshiba America Information Systems, Inc. |
| | Toshiba America Electronic Components, Inc. |

| Plaintiff Group | Members |
|---|---|
| IPPs | A class of Indirect Purchaser Plaintiffs |
| DPPs | A class of Direct Purchaser Plaintiffs |
| Best Buy | Best Buy Co., Inc.; Best Buy Purchasing, LLC; Best Buy Enterprise Services, Inc.; Best Buy Stores, L.P.; and Bestbuy.com, L.L.C. |
| Circuit City | Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust |
| Compucom | CompuCom Systems, Inc. |
| Costco | Costco Wholesale Corporation |
| Dell | Dell Inc. and Dell Products L.P. |
| Electrograph | Electrograph Systems, Inc. and Electrograph Technologies Corp. |
| Interbond | Interbond Corporation of America., d/b/a BrandsMart USA |
| Office Depot | Office Depot, Inc. |
| P.C. Richard, et. al. | P.C. Richard & Son Long Island Corporation; MARTA Cooperative of America, Inc.; and ABC Appliance, Inc. |
| Sears/Kmart | Sears Roebuck and Co. and Kmart Corp. |
| Sharp | Sharp Electronics Corporation; Sharp Electronics Manufacturing Company of America, Inc. |
| Target | Target Corp. |
| Tech Data | Tech Data Corporation and Tech Data Product Management, Inc. |
| Tweeter | Schultze Agency Services, LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC |
| ViewSonic | ViewSonic Corporation |

## I.     Outstanding Summary Judgment Motions

There are eight outstanding summary judgment motions, all of which were filed on November 7, 2014.   The following tables list these motions in the following subject-matter categories:

   1.  Summary Judgment Motions Related to the Foreign Trade Antitrust Improvement Act (FTAIA) (two motions);

   2.  Summary Judgment Motions Related to Absence of Evidence of Liability as to Specific Defendant Entities (six motions).

Parties who are no longer interested in a motion as a result of settlement are denoted by strikethrough text.

## II.    Outstanding Motions to Exclude Certain Expert Testimony

There are four outstanding motions to exclude certain expert testimony, as listed in the tables that follow.  All four of these motions were filed on December 5, 2014.  Motions on which a party seeks oral argument are denoted by an asterisk.  Parties who are no longer interested in a motion as a result of settlement are denoted by strikethrough text.

## III.    Outstanding Motions In Limine

Apart from the motions to exclude certain expert testimony, there are thirty-six outstanding motions in limine.  These motions are relevant to the N.D. Cal. trials exclusively.  These motions were filed on February 13, 2015.  The following tables list these motions by moving parties, dividing them into the following categories:

1.    DAPs' omnibus motions (fifteen motions);

2.    Joint Defendants' motions (fifteen motions);

3.    Sharp's individual motion (one motion); and

4.    Individual Defendants' motions (five motions).

Motions on which a party seeks oral argument are denoted by an asterisk.  Parties who are no longer interested in a motion as a result of settlement are denoted by strikethrough text.

## I.  Outstanding Summary Judgment Motions

| (1) Summary Judgment Motions Related to the Foreign Trade Antitrust Improvement Act (FTAIA)[1] | | | | | | | |
|---|---|---|---|---|---|---|---|
| Dkt No. | Moving Parties | Adverse Parties | Title of Motion | Relevant to N.D. Cal. Trial | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
| **3008** | • ~~CPT~~<br>• LG<br>• ~~Mitsubishi Electric~~<br>• MTPD<br>• Panasonic<br>• Philips<br>• Samsung SDI<br>• TDA<br>• Thomson<br>• Toshiba | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• CompuCom<br>• Costco<br>• ~~Dell~~<br>• Electrograph<br>• Interbond<br>• Office Depot<br>• P.C. Richard, et. al.<br>• Sears/Kmart<br>• Tech Data<br>• Tweeter<br>• ~~ViewSonic~~ | Motion for Summary Judgment Based Upon Plaintiffs' Failure to Distinguish Between Actionable and Non-Actionable Damages Under the FTAIA | Yes | 3272 | 3442 | LG by unopposed joinder (as noted in LG's Motion for Partial Summary Judgment on FTAIA Grounds, ECF No. 3032)<br><br>DAPs' Supplemental Brief (ECF No. 4288)<br><br>Defendants' Supplemental Brief (ECF No. 4289)<br><br>DAPs' Notice of Supplemental Authority (ECF No. 4467)<br><br>Panasonic and MTPD's Notice of Clarification (ECF No. 3815) |

---

[1] Dell and Samsung SDI have requested that the Court not take action on ECF No. 3003 (ECF No. 4784).  ECF No. 3006 appears to be moot as the last claims subject to that motion have been dismissed (*see* ECF No. 4582 (dismissing Costco's California claims).

| | (1) Summary Judgment Motions Related to the Foreign Trade Antitrust Improvement Act (FTAIA)[1] | | | | | | |
|---|---|---|---|---|---|---|---|
| **Dkt No.** | **Moving Parties** | **Adverse Parties** | **Title of Motion** | **Relevant to N.D. Cal. Trial** | **Opp'n ECF No.** | **Reply ECF No.** | **Related Filings and Notes** |
| **3032** | • LG<br>• ~~Mitsubishi Electric~~ | • Sears/Kmart<br>• Tech Data<br>• Tweeter<br>• ~~ViewSonic~~<br>• ~~Best Buy~~<br>• ~~Circuit City~~<br>• CompuCom<br>• Costco<br>• ~~Dell~~<br>• Electrograph<br>• Interbond<br>• Office Depot<br>• P.C. Richard, et. al. | Motion for Partial Summary Judgment on FTAIA Grounds | Yes | 3272-3 | 3443 | ~~Mitsubishi Electric by joinder (Joinder, ECF No. 3898)~~<br><br>DAPs' Supplemental Brief (ECF No. 4288)<br><br>Defendants' Supplemental Brief (ECF No. 4289)<br><br>DAPs' Notice of Supplemental Authority (ECF No. 4467) |

| | (2) Summary Judgment Motions Related to Absence of Evidence of Liability as to Specific Defendant Entities | | | | | | |
|---|---|---|---|---|---|---|---|
| **Dkt No.** | **Moving Parties** | **Adverse Parties** | **Title of Motion** | **Relevant to N.D. Cal. Trial** | **Opp'n ECF No.** | **Reply ECF No.** | **Related Filings and Notes** |
| **2976** | • LG<br>• ~~Mitsubishi Electric~~<br>• Thomson<br>• Toshiba | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• CompuCom<br>• Costco<br>• Electrograph<br>• Interbond<br>• Office Depot<br>• P.C. Richard, et. al.<br>• Sears/Kmart<br>• Tech Data<br>• Tweeter | Notice of Motion and Motion for Summary Judgment Based Upon Lack of Evidence of Participation in the Alleged Conspiracy | Yes | 3274 | 3439 | This motion concerns the absence of evidence of liability as to specific Hitachi entities<br><br>LG by joinder (Joinder, ECF No. 3864)<br><br>~~Mitsubishi Electric by joinder (Joinder, ECF No. 3898)~~<br><br>Thomson by joinder (Joinder, ECF No. 3888)<br><br>Toshiba by unopposed joinder (Joinder, ECF No. 3010)<br><br>ECF No. 3451 (objecting to evidence cited in ECF No. 3274)<br><br>Plaintiffs note that ECF No.3451 violated Local Rule 7-3(a), which requires that any evidentiary objections "must be contained within the [reply] brief or memorandum," and ask that the Court disregard the improperly filed objections. |

| (2) Summary Judgment Motions Related to Absence of Evidence of Liability as to Specific Defendant Entities | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Dkt No.** | **Moving Parties** | **Adverse Parties** | **Title of Motion** | **Relevant to N.D. Cal. Trial** | **Opp'n ECF No.** | **Reply ECF No.** | **Related Filings and Notes** |
| **2981** | • LG<br>• ~~Mitsubishi Electric~~<br>• Thomson<br>• Toshiba | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• Costco<br>• Electrograph<br>• Interbond<br>• Office Depot<br>• P.C. Richard, et. al.<br>• Sears/Kmart<br>• Sharp<br>• Tech Data<br>• Tweeter | Notice of Motion and Motion for Summary Judgment and Partial Summary Judgment (on liability) | Yes | 3236 | 3603 | This motion concerns the absence of evidence of liability as to a specific Thomson entity<br><br>LG by joinder (Joinder, ECF No. 3864)<br><br>~~Mitsubishi Electric by joinder (Joinder, ECF No. 3898)~~<br><br>Toshiba by unopposed joinder (Joinder, ECF No. 3012)<br><br>DAPs' Rule 56(d) Supplement to Opposition (ECF No. 3506) |

| (2) *Summary Judgment Motions Related to Absence of Evidence of Liability as to Specific Defendant Entities* | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Dkt No.** | **Moving Parties** | **Adverse Parties** | **Title of Motion** | **Relevant to N.D. Cal. Trial** | **Opp'n ECF No.** | **Reply ECF No.** | **Related Filings and Notes** |
| **2984** | • LG<br>• ~~Mitsubishi Electric~~<br>• TDA<br>• Thomson | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• Costco<br>• Electrograph<br>• Interbond<br>• Office Depot<br>• P.C. Richard, et. al.<br>• Sears/Kmart<br>• Sharp<br>• Tweeter | Notice of Motion and Motion for Summary Judgment (on liability, *Illinois Brick*, due process, and statute of limitations) | Yes | 3253 | 3430 | This motion concerns the absence of evidence of liability as to TDA<br><br>The opposition is limited to TDA's Sherman Act claims; Plaintiffs do not oppose TDA's motion as it relates to their state-law claims.<br><br>LG by joinder (Joinder, ECF No. 3864)<br><br>~~Mitsubishi Electric by joinder (Joinder, ECF No. 3898)~~<br><br>Thomson by joinder (Joinder, ECF No. 3888) |

| \_\_\_\_\_ | _(2) Summary Judgment Motions Related to Absence of Evidence of Liability as to Specific Defendant Entities_ | | | | | | |
|---|---|---|---|---|---|---|---|
| **Dkt No.** | **Moving Parties** | **Adverse Parties** | **Title of Motion** | **Relevant to N.D. Cal. Trial** | **Opp'n ECF No.** | **Reply ECF No.** | **Related Filings and Notes** |
| **3001** | • LG<br>• ~~Mitsubishi Electric~~<br>• Panasonic<br>• Thomson<br>• Toshiba | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• CompuCom<br>• Electrograph<br>• Interbond<br>• Office Depot<br>• P.C. Richard, et. al.<br>• Sears/Kmart<br>• Sharp<br>• Tech Data<br>• Tweeter | Motion for Summary Judgment (on liability) | Yes | 3248 | 3459 | This motion concerns the absence of evidence of liability as to Panasonic Corp and Panasonic Corporation of North America<br><br>LG by joinder (Joinder, ECF No. 3864)<br><br>~~Mitsubishi Electric by joinder (Joinder, ECF No. 3898)~~<br><br>Thomson by joinder (Joinder, ECF No. 3888)<br><br>Toshiba by unopposed joinder (Joinder, ECF No. 3025) |

| (2) Summary Judgment Motions Related to Absence of Evidence of Liability as to Specific Defendant Entities | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Dkt No.** | **Moving Parties** | **Adverse Parties** | **Title of Motion** | **Relevant to N.D. Cal. Trial** | **Opp'n ECF No.** | **Reply ECF No.** | **Related Filings and Notes** |
| **3037** | • LG<br>• ~~Mitsubishi Electric~~<br>• Thomson | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• Costco<br>• ~~Dell~~<br>• Electrograph<br>• Interbond<br>• Office Depot<br>• P.C. Richard, et. al.<br>• Sears/Kmart<br>• Tech Data<br>• Tweeter | Motion for Summary Judgment Based Upon Absence of Evidence of Liability | Yes | 3271 | 3462 | This motion concerns the absence of evidence of liability as to Mitsubishi Electric Corporation<br><br>LG by joinder (Joinder, ECF No. 3864)<br><br>Thomson by joinder (Joinder, ECF No. 3888)<br><br>Motion Granted as to MEUS and MEVSA (ECF No. 4559) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|

| (2) Summary Judgment Motions Related to Absence of Evidence of Liability as to Specific Defendant Entities | | | | | | | |
|---|---|---|---|---|---|---|---|
| Dkt No. | Moving Parties | Adverse Parties | Title of Motion | Relevant to N.D. Cal. Trial | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
| **3040** | • Koninklijke Philips N.V.<br>• LG<br>• Toshiba | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• Costco<br>• ~~Dell~~<br>• Electrograph<br>• Interbond<br>• Office Depot<br>• P.C. Richard, et. al.<br>• Sears/Kmart<br>• Tech Data<br>• Tweeter | Motion for Summary Judgment (on liability) | Yes | 3240 | 3460 | This motion concerns the absence of evidence of liability as to Koninklijke Philips N.V.<br><br>LG by joinder (Joinder, ECF No. 3864)<br><br>Toshiba by unopposed joinder (Joinder, ECF No. 3045)<br><br>Koninklijke Philips N.V.'s Reply brief, ECF No. 3467 at 12, objects to evidence cited in Plaintiff's Opp'n, ECF No. 3240 |

## II.   Motions to Exclude Certain Expert Testimony

| Dkt No. | Moving Parties | Adverse Parties | Title of Motion | Relevant to N.D. Cal. Trial | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| *3170 | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• CompuCom<br>• Costco<br>• ~~Dell~~<br>• Electrograph<br>• Interbond<br>• Office Depot<br>• P.C. Richard, et. al.<br>• Sears/Kmart<br>• Tech Data<br>• Tweeter<br>• ~~ViewSonic~~ | • ~~CPT~~<br>• LG<br>• ~~Hitachi~~<br>• MTPD<br>• Panasonic<br>• Philips<br>• SDI<br>• TDA<br>• Thomson<br>• Toshiba | Motion *in Limine* to Partially Exclude Expert Report and Opinions of Dr. Ordover | Yes | 3397-3 | 3518 | Best Buy by unopposed joinder (Joinder, ECF No. 3178). |

| Motions to Exclude Certain Expert Testimony | | | | | | | |
|---|---|---|---|---|---|---|---|
| Dkt No. | Moving Parties | Adverse Parties | Title of Motion | Relevant to N.D. Cal. Trial | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
| **3172** | • LG<br>• Samsung SDI<br>• Thomson | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• CompuCom<br>• Costco<br>• ~~Dell~~<br>• Electrograph<br>• Interbond<br>• Office Depot<br>• P.C. Richard, et. al.<br>• Sears/Kmart<br>• Tech Data<br>• Tweeter<br>• ~~ViewSonic~~ | SDI Defendants' Motion to Exclude Expert Testimony of Dr. Stephan Haggard | Yes | 3410 | 3520 | LG by joinder (Joinder, ECF No. 3864; Thomson by joinder (ECF No. 3888); DAPs' Opposition (ECF No. 3883) |

PARTIES' JOINT APPENDIX OF PENDING MOTIONS
Case No. 07-5944 JST; MDL No. 1917

| Motions to Exclude Certain Expert Testimony | | | | | | | |
|---|---|---|---|---|---|---|---|
| Dkt No. | Moving Parties | Adverse Parties | Title of Motion | Relevant to N.D. Cal. Trial | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
| *3174 | • ~~CPT~~<br>• LG<br>• ~~Hitachi~~<br>• ~~Mitsubishi Electric~~<br>• MTPD<br>• Panasonic<br>• Philips<br>• SDI<br>• TDA<br>• Thomson<br>• Toshiba | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• CompuCom<br>• Costco<br>• ~~Dell~~<br>• Electrograph<br>• Interbond<br>• Office Depot<br>• P.C. Richard, et. al.<br>• Sears/Kmart<br>• Tech Data<br>• Tweeter<br>~~ViewSonic~~ | Defendants' Joint Motion to Exclude Certain Expert Testimony of Professor Kenneth Elzinga | Yes | 3404 | 3522 | |

| Motions to Exclude Certain Expert Testimony | | | | | | |
|---|---|---|---|---|---|---|
| **Dkt No.** | **Moving Parties** | **Adverse Parties** | **Title of Motion** | **Relevant to N.D. Cal. Trial** | **Opp'n ECF No.** | **Reply ECF No.** | **Related Filings and Notes** |
| **3176** | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• CompuCom<br>• ~~Costco~~<br>• ~~Dell~~<br>• Electrograph<br>• Interbond<br>• Office Depot<br>• P.C. Richard, et. al.<br>• ~~Sears/Kmart~~<br>• ~~Sharp~~<br>• Tech Data<br>• Tweeter<br>• ~~ViewSonic~~ | • Samsung SDI | Motion *in Limine* to Exclude Expert Testimony by Rubinfeld | No | 3409 | 3514 | |

### III.     Motions *In Limine*

| *(1) DAPs' Omnibus Motions In Limine (Dkt. No. 3558)* <br> *The motions are relevant to the N.D. Cal. trials exclusively.* | | | | | | |
|---|---|---|---|---|---|---|
| **Motion No.** | **Moving Parties** | **Adverse Parties** | **Title of Motion** | **Opp'n ECF No.** | **Reply ECF No.** | **Related Filings and Notes** |
| *1 | • ~~Best Buy~~ <br> • ~~Circuit City~~ <br> • Sears/Kmart <br> • Sharp <br> • ~~ViewSonic~~ | • ~~CPT~~ <br> • LG <br> • ~~Mitsubishi Electric~~ <br> • ~~MTPD~~ <br> • ~~Panasonic~~ <br> • Thomson <br> • Toshiba <br> • TDA <br> • ~~SDI~~ <br> • ~~Philips~~ | Motion to Exclude Evidence or Argument regarding Plaintiffs' Competitive Intelligence Practices | 3676-4 | 3757-4 | |
| *2 | • ~~Best Buy~~ <br> • ~~Circuit City~~ <br> • Sears/Kmart <br> • Sharp <br> • ~~ViewSonic~~ | • LG <br> • ~~Mitsubishi Electric~~ <br> • ~~MTPD~~ <br> • ~~Panasonic~~ <br> • Thomson <br> • Toshiba <br> • TDA <br> • ~~SDI~~ <br> • ~~Philips~~ | Motion to Exclude Evidence or Argument regarding Downstream Pass-Through | 3676-4 | 3757-4 | |

| | | | (1) DAPs' Omnibus Motions In Limine (Dkt. No. 3558) The motions are relevant to the N.D. Cal. trials exclusively. | | | |
|---|---|---|---|---|---|---|
| *4 | • Best Buy<br>• Circuit City<br>• Sears/Kmart<br>• Sharp<br>• ViewSonic | • CPT<br>• LG<br>• Mitsubishi Electric<br>• MTPD<br>• Panasonic<br>• Thomson<br>• Toshiba<br>• TDA<br>• SDI<br>• Philips | Motion to Exclude Evidence or Argument regarding Plaintiffs' Purported "Market Power" | 3676-4 | 3757-4 | |
| 5 | • Best Buy<br>• Circuit City<br>• Sears/Kmart<br>• Sharp<br>• ViewSonic | • CPT<br>• LG<br>• Mitsubishi Electric<br>• MTPD<br>• Panasonic<br>• Thomson<br>• Toshiba<br>• TDA<br>• SDI<br>• Philips | Motion to Exclude Evidence or Argument regarding Plaintiffs' Ability to Seek Treble Damages and Attorneys' Fees and Costs | 3676-4 | 3757-4 | |

| | | | (1) DAPs' Omnibus Motions In Limine (Dkt. No. 3558) The motions are relevant to the N.D. Cal. trials exclusively. | | | |
|---|---|---|---|---|---|---|
| *6 | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• Sears/Kmart<br>• Sharp<br>• ~~ViewSonic~~ | • ~~CPT~~<br>• LG<br>• ~~Mitsubishi Electric~~<br>• ~~MTPD~~<br>• ~~Panasonic~~<br>• Thomson<br>• Toshiba<br>• TDA<br>• ~~SDI~~<br>• ~~Philips~~ | Motion to Exclude Evidence or Argument regarding Other Actions and Settlements in this MDL | 3676-4 | 3757-4 | |
| 7 | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• Sears/Kmart<br>• Sharp<br>• ~~ViewSonic~~ | • ~~CPT~~<br>• LG<br>• ~~Mitsubishi Electric~~<br>• ~~MTPD~~<br>• ~~Panasonic~~<br>• Thomson<br>• Toshiba<br>• TDA<br>• ~~SDI~~<br>• ~~Philips~~ | Motion to Exclude Argument That Plaintiffs' Claims are Barred Because They Arise from Foreign Commerce | 3676-4 | 3757-4, 3768 | |

| | (1) DAPs' Omnibus Motions In Limine (Dkt. No. 3558) The motions are relevant to the N.D. Cal. trials exclusively. | | | | | |
|---|---|---|---|---|---|---|
| 8 | • Best Buy<br>• Circuit City<br>• Sears/Kmart<br>• Sharp<br>• ViewSonic | • CPT<br>• LG<br>• Mitsubishi Electric<br>• MTPD<br>• Panasonic<br>• Thomson<br>• Toshiba<br>• TDA<br>• SDI<br>• Philips | Motion to Exclude Evidence or Argument regarding Plaintiffs' Alleged Failure to Mitigate Their Damages | 3676-4 | 3757-4 | |
| *9 | • Best Buy<br>• Circuit City<br>• Sears/Kmart<br>• Sharp<br>• ViewSonic | • CPT<br>• LG<br>• Mitsubishi Electric<br>• MTPD<br>• Panasonic<br>• Thomson<br>• Toshiba<br>• TDA<br>• SDI<br>• Philips | Motion to Exclude Live Witnesses from Testifying in Defendants' Case-In-Chief Who Were Not Made Available for Live Testimony in Plaintiffs' Case-In-Chief | 3676-4 | 3757-4 | |

| | | | **(1) DAPs' Omnibus Motions In Limine (Dkt. No. 3558)** *The motions are relevant to the N.D. Cal. trials exclusively.* | | | |
|---|---|---|---|---|---|---|
| *10 | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• Sears/Kmart<br>• Sharp<br>• ~~ViewSonic~~ | • ~~CPT~~<br>• LG<br>• ~~Mitsubishi Electric~~<br>• ~~MTPD~~<br>• ~~Panasonic~~<br>• Thomson<br>• Toshiba<br>• TDA<br>• ~~SDI~~<br>• ~~Philips~~ | Motion to Exclude Evidence or Argument regarding Incomplete Pass-Through of Overcharges through Affiliate Entities | 3676-4 | 3757-4 | |
| *11 | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• Sears/Kmart<br>• Sharp<br>• ~~ViewSonic~~ | • ~~CPT~~<br>• LG<br>• ~~Mitsubishi Electric~~<br>• ~~MTPD~~<br>• ~~Panasonic~~<br>• Thomson<br>• Toshiba<br>• TDA<br>• ~~SDI~~<br>• ~~Philips~~ | Motion to Establish the Preclusive Effect of, or in the Alternative Admit, the Decision of the European Commission | 3676-4, 3788, 3789 | 3757-4; 3813 | |

| | (1) DAPs' Omnibus Motions In Limine (Dkt. No. 3558) The motions are relevant to the N.D. Cal. trials exclusively. | | | | | |
|---|---|---|---|---|---|---|
| 12 | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• Sears/Kmart<br>• Sharp<br>• ~~ViewSonic~~ | • ~~CPT~~<br>• LG<br>• ~~Mitsubishi Electric~~<br>• ~~MTPD~~<br>• ~~Panasonic~~<br>• Thomson<br>• Toshiba<br>• TDA<br>• ~~SDI~~<br>• ~~Philips~~ | Motion to Exclude Percipient Witnesses, Except for One Party Representative, From the Courtroom Unless They Are Testifying | 3676-4 | 3757-4 | |
| 13 | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• Sears/Kmart<br>• ~~ViewSonic~~ | • ~~CPT~~<br>• LG<br>• ~~Mitsubishi Electric~~<br>• ~~MTPD~~<br>• ~~Panasonic~~<br>• Thomson<br>• Toshiba<br>• TDA<br>• ~~SDI~~<br>• ~~Philips~~ | Motion to Exclude Argument or Evidence Regarding Purportedly Pro-Competitive Justifications For Defendants' Agreements Regarding CRT Price, Supply, Production, or Customers | 3676-4 | 3757-4 | |

| (1) DAPs' Omnibus Motions In Limine (Dkt. No. 3558)<br>The motions are relevant to the N.D. Cal. trials exclusively. | | | | | |
|---|---|---|---|---|---|
| 14 | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• Sears/Kmart<br>• Sharp<br>• ~~ViewSonic~~ | • ~~CPT~~<br>• LG<br>• ~~Mitsubishi Electric~~<br>• ~~MTPD~~<br>• ~~Panasonic~~<br>• Thomson<br>• Toshiba<br>• TDA<br>• ~~SDI~~<br>• ~~Philips~~ | Motion to Exclude References to and Evidence of Defendants' Non-Indictment | 3676-4 | 3757-4 | |
| *15 | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• Sears/Kmart<br>• Sharp<br>• ~~ViewSonic~~ | • ~~CPT~~<br>• LG<br>• ~~Mitsubishi Electric~~<br>• ~~MTPD~~<br>• ~~Panasonic~~<br>• Thomson<br>• Toshiba<br>• TDA<br>• ~~SDI~~<br>• ~~Philips~~ | Motion to Admit Testimony of Summary Witness | 3676-4, 3671, 3677 | 3757-4 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | **_(1) DAPs' Omnibus Motions In Limine (Dkt. No. 3558)_** **_The motions are relevant to the N.D. Cal. trials exclusively._** | | | | |
| 16 | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• Sears/Kmart<br>• Sharp<br>• ~~ViewSonic~~ | • ~~CPT~~<br>• LG<br>• ~~Mitsubishi Electric~~<br>• ~~MTPD~~<br>• ~~Panasonic~~<br>• Thomson<br>• Toshiba<br>• TDA<br>• ~~SDI~~<br>• ~~Philips~~ | Motion to Exclude Evidence of or References to the Retailer Plaintiffs Purchasing Finished Products Containing CRTs from Plaintiff ViewSonic or Plaintiff Sharp | 3676-4 | 3757-4 | | _Given the Court's order that the Sharp and DAP cases be tried separately, this motion is now relevant only to Sears/Kmart._ |

PARTIES' JOINT APPENDIX OF PENDING MOTIONS
Case No. 07-5944 JST; MDL No. 1917

| | | | | *(2) Defendants' Joint Motions In Limine*<br>*The motions are relevant to the N.D. Cal. trials exclusively.* | | | |
|---|---|---|---|---|---|---|---|
| **Motion No.** | **Dkt. No.** | **Moving Parties** | **Adverse Parties** | **Title of Motion** | **Opp'n ECF No.** | **Reply ECF No.** | **Related Filings and Notes** |
| **1** | 3559 | • ~~CPT~~<br>• LG<br>• ~~Mitsubishi Electric~~<br>• ~~MTPD~~<br>• ~~Panasonic~~<br>• Thomson<br>• Toshiba<br>• TDA<br>• ~~SDI~~<br>• ~~Philips~~ | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• Sears/Kmart<br>• Sharp<br>• ~~ViewSonic~~ | Motion for Pretrial Proffer and Ruling on Admissibility of Alleged Co-Conspirator Statements Under Fed. R. Evid. 801(d)(2)( E) | 3652 | 3767 | |
| **\*2** | 3583 | • ~~CPT~~<br>• LG<br>• ~~MTPD~~<br>• ~~Panasonic~~<br>• Thomson<br>• Toshiba<br>• TDA<br>• ~~SDI~~<br>• ~~Philips~~ | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• Sears/Kmart<br>• Sharp<br>• ~~ViewSonic~~ | Motion to Exclude Evidence or Testimony Pertaining to Foreign Antitrust Investigations | 3787 | 3814 | |

| (2) Defendants' Joint Motions In Limine<br>*The motions are relevant to the N.D. Cal. trials exclusively.* | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Motion No.** | **Dkt. No.** | **Moving Parties** | **Adverse Parties** | **Title of Motion** | **Opp'n ECF No.** | **Reply ECF No.** | **Related Filings and Notes** |
| **\*3** | 3556 | • ~~CPT~~<br>• LG<br>• ~~MTPD~~<br>• ~~Panasonic~~<br>• Thomson<br>• Toshiba<br>• TDA<br>• ~~SDI~~<br>• ~~Philips~~ | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• Sears/Kmart<br>• Sharp<br>• ~~ViewSonic~~ | Motion to Exclude All Evidence and Reference at Trial to the U.S. Department of Justice's Criminal Investigation of the Cathode Ray Tube Industry | 3665, 3687 | 3764 | |
| **\*4** | 3572 | • ~~CPT~~<br>• LG<br>• ~~Mitsubishi Electric~~<br>• ~~MTPD~~<br>• ~~Panasonic~~<br>• Thomson<br>• Toshiba<br>• TDA<br>• ~~SDI~~<br>• ~~Philips~~ | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• Sears/Kmart<br>• Sharp<br>• ~~ViewSonic~~ | Motion to Exclude LCD and Other Non-CRT Product Conspiracies | 3640 | 3760 | Toshiba by unopposed joinder (Joinder, ECF No. 3692)<br><br>Thomson and Mitsubishi only joined in Section II of this motion. |

| (2) Defendants' Joint Motions In Limine<br>The motions are relevant to the N.D. Cal. trials exclusively. | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Motion No.** | **Dkt. No.** | **Moving Parties** | **Adverse Parties** | **Title of Motion** | **Opp'n ECF No.** | **Reply ECF No.** | **Related Filings and Notes** |
| **5** | 3589 | • ~~CPT~~<br>• LG<br>• ~~Mitsubishi Electric~~<br>• ~~MTPD~~<br>• ~~Panasonic~~<br>• Thomson<br>• Toshiba<br>• TDA<br>• ~~SDI~~<br>• Philips | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• Sears/Kmart<br>• Sharp<br>• ~~ViewSonic~~ | Motion to Exclude Plea by Samsung SDI Company, Ltd as to Non-Pleading Defendants or, Alternatively, to Provide A Limiting Instruction | 3643-4 | 3763 | |
| **6** | 3571 | • ~~CPT~~<br>• LG<br>• ~~Mitsubishi Electric~~<br>• ~~MTPD~~<br>• ~~Panasonic~~<br>• Thomson<br>• Toshiba<br>• TDA<br>• ~~SDI~~<br>• ~~Philips~~ | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• Sears/Kmart<br>• Sharp<br>• ~~ViewSonic~~ | Motion to Exclude Improper Characterization of or References to Defendants and Alleged Co-Conspirators | 3702 | 3777 | |

| (2) Defendants' Joint Motions In Limine<br>The motions are relevant to the N.D. Cal. trials exclusively. | | | | | | | |
|---|---|---|---|---|---|---|---|
| Motion No. | Dkt. No. | Moving Parties | Adverse Parties | Title of Motion | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
| *7 | 3578 | • ~~CPT~~<br>• LG<br>• ~~Mitsubishi Electric~~<br>• ~~MTPD~~<br>• ~~Panasonic~~<br>• ~~Thomson~~<br>• Toshiba<br>• TDA<br>• ~~SDI~~<br>• ~~Philips~~ | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• Sears/Kmart<br>• ~~ViewSonic~~ | Motion to Exclude Dr. Frankel's Inflation Adjusted Damages | 3641 | 3751 | |
| *8 | 3563-3 | • ~~CPT~~<br>• LG<br>• ~~Mitsubishi Electric~~<br>• ~~MTPD~~<br>• ~~Panasonic~~<br>• Thomson<br>• Toshiba<br>• TDA<br>• ~~SDI~~<br>• ~~Philips~~ | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• Sears/Kmart<br>• Sharp<br>• ~~ViewSonic~~ | Motion to Exclude Evidence and Argument Relating to Damages From Spillover or Ripple Effects of Foreign Price-Fixing Activities on U.S. Prices | 3658;<br>3678-3 | 3754-4 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
|  | **(2) Defendants' Joint Motions In Limine**<br>*The motions are relevant to the N.D. Cal. trials exclusively.* |
| **Motion No.** | **Dkt. No.** | **Moving Parties** | **Adverse Parties** | **Title of Motion** | **Opp'n ECF No.** | **Reply ECF No.** | **Related Filings and Notes** |
| **\*9** | 3591 | • Thomson<br>• Toshiba<br>• TDA | • Sharp | Motion to Exclude Certain Expert Testimony of Jerry A. Hausman | 3701-3 | 3755 | |
| **10** | 3574 | • ~~CPT~~<br>• LG<br>• ~~Panasonic~~<br>• ~~MTPD~~<br>• Thomson<br>• Toshiba<br>• TDA<br>• ~~SDI~~<br>• ~~Philips~~ | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• Sears/Kmart<br>• Sharp<br>• ~~ViewSonic~~ | Motion to Exclude Evidence of Any Alleged CDT Price-Fixing Conspiracy | 3690-3 | 3771-4 | |
| **11** | 3557 | • ~~CPT~~<br>• LG<br>• ~~Mitsubishi Electric~~<br>• ~~MTPD~~<br>• ~~Panasonic~~<br>• Thomson<br>• Toshiba<br>• TDA<br>• ~~SDI~~<br>• ~~Philips~~ | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• Sears/Kmart<br>• Sharp<br>• ~~ViewSonic~~ | Motion to Exclude References to Documents Or Behavior Not In Evidence | 3686 | 3765 | |

| (2) Defendants' Joint Motions In Limine<br>*The motions are relevant to the N.D. Cal. trials exclusively.* | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Motion No.** | **Dkt. No.** | **Moving Parties** | **Adverse Parties** | **Title of Motion** | **Opp'n ECF No.** | **Reply ECF No.** | **Related Filings and Notes** |
| *12 | 3568 | • ~~CPT~~<br>• LG<br>• ~~Mitsubishi Electric~~<br>• ~~MTPD~~<br>• ~~Panasonic~~<br>• Thomson<br>• Toshiba<br>• TDA<br>• ~~SDI~~<br>• ~~Philips~~ | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• Sears/Kmart<br>• Sharp<br>• ~~ViewSonic~~ | Motion to Exclude Plaintiffs' Price Ladder Theory of Recovery | 3648-4 | 3761 | |
| *13 | 3579 | • ~~CPT~~<br>• LG<br>• ~~Mitsubishi Electric~~<br>• ~~MTPD~~<br>• ~~Panasonic~~<br>• Thomson<br>• Toshiba<br>• TDA<br>• ~~SDI~~<br>• ~~Philips~~ | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• Sears/Kmart<br>• Sharp<br>• ~~ViewSonic~~ | Motion to Allow Full Defense Examination of Common Witnesses During Plaintiffs' Case-In-Chief and Limit Use of Deposition Testimony | 3662 | 3758 | |

|  | | | | | | | |
|---|---|---|---|---|---|---|---|

| Motion No. | Dkt. No. | Moving Parties | Adverse Parties | Title of Motion | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| **(2) Defendants' Joint Motions In Limine** *The motions are relevant to the N.D. Cal. trials exclusively.* | | | | | | | |
| **\*15** | 3593 | • Thomson<br>• Toshiba<br>• TDA | • Sharp | Motion to Exclude Evidence Related to a Violation of the Antitrust Laws Under a Rule of Reason Analysis | 3701-3 | 3750 | |
| **\*16** | 3597 | • ~~CPT~~<br>• LG<br>• ~~Mitsubishi Electric~~<br>• ~~MTPD~~<br>• ~~Panasonic~~<br>• Thomson<br>• Toshiba<br>• TDA<br>• ~~SDI~~<br>• ~~Philips~~ | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• Sears/Kmart<br>• Sharp<br>• ~~ViewSonic~~ | Motion to Permit Evidence and Argument Regarding Upstream Pass-on and Plaintiffs' Bargaining Power | 3654; 3666 | 3770 | |

| | | | | *(3) Individual Plaintiff's Motion In Limine*<br>*This motion is relevant to the N.D. Cal. trials exclusively.* | | | |
|---|---|---|---|---|---|---|---|
| **Motion No.** | **Dkt. No.** | **Moving Party** | **Adverse Parties** | **Title of Motion** | **Opp'n ECF No.** | **Reply ECF No.** | **Related Filings and Notes** |
| **N/A** | 3599 | • Sharp | • Thomson<br>• Toshiba | Plaintiffs' Sharp Electronics Corp. & Sharp Electronics Manufacturing Co. of America, Inc. Motion in Limine to Exclude Evidence Related to the Role of Sharp Companies in TFT-LCD Antitrust Litigations | 3705-4 | 3778-3 | |

| **(4) Individual Defendants' Motions In Limine**<br>***The motions are relevant to the N.D. Cal. trials exclusively.*** |
|---|
| **Motion No.** | **Dkt. No.** | **Moving Parties** | **Adverse Parties** | **Title of Motion** | **Opp'n ECF No.** | **Reply ECF No.** | **Related Filings and Notes** |
|---|---|---|---|---|---|---|---|
| 1 | 3601 | • LG<br>• ~~Mitsubishi Electric~~ | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• Sears/Kmart<br>• ~~Sharp~~<br>• ~~ViewSonic~~ | Mitsubishi Electric's Motion In Limine No. 1 to Exclude the SDI Interrogatory Response | 3644-4 | 3772-4 | LG by joinder (Joinder, ECF No. 3864; DAPs' Opposition, ECF No. 3883) |
| 3 | 3601 | • LG<br>• ~~Mitsubishi Electric~~<br>• ~~Hitachi~~<br>• ~~Panasonic~~<br>• ~~MTPD~~ | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• Sears/Kmart<br>• ~~Sharp~~<br>• ~~ViewSonic~~ | Mitsubishi Electric's Motion In Limine No. 3 to Exclude Any Reference At Trial to Any Party's Participation in the EIAJ and EIAJ Activities | 3644-4 | 3772-4 | LG by joinder (Joinder, ECF No. 3864; DAPs' Opposition, ECF No. 3883) |
| 1 | 3561 | • LG<br>• ~~SDI~~ | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• Sears/Kmart<br>• ~~Sharp~~<br>• ~~ViewSonic~~ | SDI Defendants' Motion In Limine No. 1 to Prohibit Plaintiffs From Conflating SDI with Non-Parties, Including But Not Limited to, Samsung Electronics, Co., Ltd. | 3657 | 3769 | LG by joinder (Joinder, ECF No. 3864; DAPs' Opposition, ECF No. 3883) |

| | | | | (4) Individual Defendants' Motions In Limine<br>The motions are relevant to the N.D. Cal. trials exclusively. | | | |
|---|---|---|---|---|---|---|---|
| Motion No. | Dkt. No. | Moving Parties | Adverse Parties | Title of Motion | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
| 2 | 3565 | • LG<br>• ~~SDI~~ | • Sears/Kmart | Samsung SDI Defendants' Motion In Limine No. 2 to Exclude Irrelevant and Highly Prejudicial Portions of Plaintiffs' Trial Exhibit, Bates Stamped TSA-CRT00077732 | 3651-4 | 3773-3 | LG by joinder (Joinder, ECF No. 3864; DAPs' Opposition, ECF No. 3883) |
| N/A | 3577 | • Toshiba<br>• Thomson | • Sharp | The Toshiba Defendants' Motion in Limine to Exclude Evidence of Toshiba's Sales to Sharp Corporation | 3695-3 | 3752-3 | Thomson by joinder (Joinder, ECF No. 3888). |