# EXHIBIT B

# Updated Settlement Matrix

(as of 09/12/2016)

| | Northern District of California Actions | | | | | | | | Other Venues | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DPPS | IPPs | Best Buy | Circuit City | Sears/Kmart | Sharp | Target | Viewsonic | ABC Warehouse, MARTA, P.C. Richard | CompuCom | Costco | Dell | Electrograph | Interbond | Office Depot | Tech Data | Tweeter |
| Philips | Gray | Gray | Gray | Gray | Gray | Gray | Gray | Gray | White | White | Gray | Gray | White | White | White | White | White |
| Panasonic | Gray | Gray | Gray | Gray | Gray | Gray | Gray | Black | White | White | Black | Black | White | White | White | White | White |
| Hitachi | Gray | Gray | Gray | Gray | Gray | Gray | Gray | Black | Gray | Gray | Gray | Gray | Gray | Gray | Gray | Gray | Gray |
| LG | Gray | Gray | Gray | White | Gray | Gray | Gray | Gray | White | White | White | Gray | White | White | White | White | White |
| Chunghwa | Gray | Gray | Gray | Gray | Gray | Black | Gray | Gray | Gray | Gray | Gray | Black | Gray | Gray | Gray | Gray | Gray |
| Toshiba | Gray | Gray | Gray | Gray | White | White | Gray | Gray | White | White | Yellow | Gray | White | White | White | White | White |
| SDI | Gray | Gray | Black | Gray | Gray | Gray | Gray | Gray | White | White | White | Gray | White | White | White | White | White |
| Thomson | Gray | Gray | Gray | Gray | Gray | White | Gray | Gray | White | Black | Gray | Black | White | White | White | White | White |
| Mitsubishi | White | Black | Gray | Gray | Gray | Black | Gray | Gray | Gray | Black | Gray | Gray | Gray | Gray | Gray | Gray | Gray |
| TDA | Gray | Gray | Gray | Gray | Gray | White | White | Black | White | Black | Gray | Black | White | White | White | Black | White |
| BMCC | Gray | Gray | Black | Gray | Gray | Gray | Gray | Gray | Black | Black | Gray | Black | Black | Black | Black | Black | Black |

**Key**
- White: Actively Pending
- Gray: Settlement Reached
- Yellow: To Be Resolved in Arbitration
- Black: Not Active