# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT of CALIFORNIA

**FILED**
SEP 13 2016
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:  Class Action Clerk

1st Class US Certified Mail No.
70133020000072846146
Friday September 09, 2016

Cathode Ray Tube Anti-Trust Litigation

et al

Case No. C-07-5944-JST
MD. No. 1917

Glenn Greene – End User
Litigant

## NOTICE IN TO REGARD PER OBJECTIONS IN THE MATTER OF THE CRT INDIRECT PURCHASER CLASS ACTION SETTLEMNENT CLAIMS AND END USER/INDEPENDENT CONTRACTOR CLAIMS

Please be advised that I Glenn Greene, a Litigant in this case, before this the Honorable United States District Court for the Northern District of California, in conjunction per the ending date of any objections postmarked before this Court before September 30, 2016, state per the notice submitted to Glenn Greene by e-mail from CRT on 08/01/2016, that I am protesting this process, whereas per the e-mail and attempting to navigate to the page, and not able to do so, which was on the CRT indirect Purchase Class Action Settlement(s) page in order to view the Plan of Distribution per the Fairness Hearing of the Chunghwa Settlement to be held on November 14, 2016. My objections are predicated on the outcome per the allocation in regard to the net settlement after the hearing and not being able to view the page(s) in question.

*/s/ Glenn Greene*

Glenn Greene        P.O. Box 73562      Washington, D.C. 20056-3562

Cc: 1st Class Mail   a.) Charles E. Donegan, Esq. Attorney At Law
                     b.) U.S. Mailing Certificate 1st Class 70133020000072846191 CRT Claims Litigation
                         c/o The Notice Company, P.O. Box 778, Hingham, MA. 02043