

Glenn Greene
P.O. Box 73562
Washington, DC USA
20056-3562

7013 3020 0000 7284 6146

Class Action Clerk
U.S. District Court for the
Northern District of, 16th Floor
California
450 Golden Gate Avenue
San Francisco, CA.

94102

94102-342616

U.S. POSTAGE
PAID
WASHINGTON, DC
20009
SEP 09, 16
AMOUNT
$3.77
R2305K140660-5

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

INSPECTED BY
U.S. MARSHALS
SEP 1 2 2016