| | |
|---|---|
| 1 | Jeffrey C. Shea (212754) |
| 2 | Law Office of Brian Barry |
|   | Telephone: 949-307-5975 |
| 3 | Email: sheaj_2000@yahoo.com |
| 4 | *Counsel for Indirect Purchaser Plaintiffs* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 3:07-cv-5944<br>MDL No. 1917 |
| This Document Relates to:<br><br>All Indirect Purchaser Actions | **[PROPOSED] ORDER GRANTING PLAINTIFFS MOTION TO REMOVE INCORRECTLY FILED DOCUMENT: DOCKET ITEM NUMBER [4816]**<br><br>Date:<br>Time:<br>Dept.: Courtroom 9, 19th Floor<br>Judge: Hon. Jon S. Tigar |

Plaintiff's Motion to Remove Incorrectly Filed Document was presented to the Court. Upon consideration of the Motion, the Court finds there is good cause to remove Docket Item No. [4816] from the record.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Remove Incorrectly Filed Document is GRANTED and Docket Item No. [4816] is permanently deleted from the Court's docket.

IT IS SO ORDERED.

DATED: September 13, 2016



HON. JON S. TIGAR
UNITED STATES DISTRICT JUDGE

1