*[Stipulating parties listed on signature page]*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-CV-05944-JST<br>MDL No. 1917 |
| This Document Relates To:<br><br>*P.C. Richard & Son Long Island Corp., et al. v. Hitachi, Ltd., et al.*, No. 12-cv-02648;<br><br>*P.C. Richard & Son Long Island Corp., et al. v. Technicolor SA, et al.*, No. 13-cv-05725; | **STIPULATION AND [PROPOSED] ORDER REGARDING HEARING FOR PLAINTIFF MARTA COOPERATIVE OF AMERICA, INC.'S MOTION FOR CERTIFICATION OF FINAL JUDGMENT** |

**DENIED**

Judge Jon S. Tigar

WHEREAS, MARTA Cooperative of America, Inc. ("MARTA") filed its motion for certification of final judgment on August 23, 2016 (Dkt. No. 4793);

WHEREAS, Defendants filed their opposition (Dkt. No. 4811) on September 6, 2016;

WHEREAS, MARTA will file its reply in support of its motion for certification of final judgment on or before September 13, 2016;

WHEREAS, that motion is currently noticed for a September 29, 2016 hearing;

WHEREAS, MARTA and Defendants are already scheduled to appear before this Court on September 20, 2016 for a status conference at 2:00pm, *see* Dkt. No. 4689;

PURSUANT TO CIVIL LOCAL RULEs 6-1(b), 6-2, and 7-12, MARTA AND DEFENDANTS, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

1. If convenient to the Court, the parties agree to move the hearing on MARTA's motion for certification of final judgment (Dkt. No. 4793) to the September 20, 2016 status conference.

DATED: September 9, 2016

|   |   |
|---|---|
| 1 | Respectfully submitted, |
| 2 | /s/ Philip J. Iovieno |

Philip J. Iovieno
Anne M. Nardacci
BOIES, SCHILLER & FLEXNER LLP
30 South Pearl Street, 11th Floor
Albany, NY  12207
Telephone:  (518) 434-0600
Facsimile:   (518) 434-0665
Email:  piovieno@bsfllp.com
Email:  anardacci@bsfllp.com

William A. Isaacson
Kyle N. Smith
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave NW, Suite 800
Washington, D.C. 20015
Telephone: (202) 237-2727
Fax: (202) 237-6131
Email:  wisaacson@bsfllp.com
Email:  ksmith@bsfllp.com

Stuart Singer
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone:  (954) 356-0011
Facsimile:   (954) 356-0022
Email:  ssinger@bsfllp.com

*Counsel for Plaintiff*
*MARTA Cooperative of America, Inc.*


*MUNGER, TOLLES & OLSON LLP*

/s/ Brad D. Brian
Brad Brian (State Bar No. 079001)
brad.brian@mto.com
Gregory J. Weingart (State Bar No. 157997)
gregory.weingart@mto.com
Susan E. Nash (State Bar No. 101837)
susan.nash@mto.com
E. Martin Estrada (State Bar No. 223802)
martin.estrada@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071-1560
Telephone: (213) 683-9100
Facsimile:  (213) 687-3702

*Attorneys for Defendant LG Electronics, Inc.*

STIPULATION AND [PROPOSED] ORDER
RE: HEARING FOR PLAINTIFF MARTA'S MOTION     2     Case No. 07-cv-5944 JST (N.D. Cal.)
FOR CERTIFICATION OF FINAL JUDGMENT

*WINSTON & STRAWN LLP*

*/s/ Jeffrey L. Kessler*
Jeffrey L. Kessler (*pro hac vice*)
JKessler@winston.com
A. Paul Victor (*pro hac vice*)
PVictor@winston.com
Aldo A. Badini (SBN 257086)
ABadini@winston.com
Eva W. Cole (*pro hac vice*)
EWCole@winston.com
Molly M. Donovan (*pro hac vice*)
MMDonovan@winston.com
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile:  (212) 294-4700

David L. Yohai (*pro hac vice*)
david.yohai@weil.com
Adam C. Hemlock (*pro hac vice*)
adam.hemlock@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile:  (212) 310-8007

*Attorneys for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, MT Picture Display Co., Ltd.*


*WHITE & CASE LLP*

*/s/ Lucius B. Lau*
Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
WHITE & CASE LLP
701 Thirteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile:  (202) 639-9355

*Attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

| | |
|---|---|
| 1 | *BAKER BOTTS LLP* |
| 2 | */s/ John M. Taladay* |
| 3 | John M. Taladay (*pro hac vice*)<br>john.taladay@bakerbotts.com |
| 4 | Erik T. Koons (*pro hac vice*)<br>erik.koons@bakerbotts.com |
| 5 | BAKER BOTTS LLP<br>1299 Pennsylvania Avenue, N.W. |
| 6 | Washington, DC 20004-2400<br>Telephone: (202) 639-7700 |
| 7 | Facsimile:  (202) 639-7890 |
| 8 | Jon V. Swenson (SBN 233054)<br>jon.swenson@bakerbotts.com |
| 9 | BAKER BOTTS LLP<br>1001 Page Mill Road |
| 10 | Building One, Suite 200<br>Palo Alto, CA 94304 |
| 11 | Telephone: (650) 739-7500<br>Facsimile:  (650) 739-7699 |
| 12 | |
| 13 | *Attorneys for Defendants Koninklijke Philips N.V., Philips Electronics North America Corporation, Philips Taiwan Limited and Philips do Brasil Ltda.* |
| 14 | |
| 15 | *SHEPPARD MULLIN RICHTER & HAMPTON LLP* |
| 16 | */s/ James L. McGinnis* |
| 17 | Gary L. Halling (SBN 66087)<br>ghalling@sheppardmullin.com |
| 18 | James L. Mcginnis (SBN 95788)<br>jmcginnis@sheppardmullin.com |
| 19 | Michael W. Scarborough (SBN 203524)<br>mscarborough@sheppardmullin.com |
| 20 | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
| 21 | Four Embarcadero Center, 17th Floor<br>San Francisco, California 94111 |
| 22 | Telephone: (415) 434-9100<br>Facsimile:  (415) 434-3947 |
| 23 | Leo D. Caseria (SBN 240323)<br>lcaseria@sheppardmullin.com |
| 24 | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
| 25 | 333 South Hope Street, 43rd Floor<br>Los Angeles, California 90071-1448 |
| 26 | Telephone: (213) 620-1780<br>Facsimile:  (213) 620-1398 |
| 27 | |
| 28 | *Attorneys for Defendants Samsung SDI America, Inc.; Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) SDN. BHD.; Samsung SDI Mexico S.A. DE C.V.; Samsung SDI* |

*Brasil Ltda.; Shenzen Samsung SDI Co., Ltd. and Tianjin Samsung SDI Co., Ltd.*

*FAEGRE BAKER DANIELS LLP*

*/s/ Kathy L. Osborn*
Kathy L. Osborn (*pro hac vice*)
kathy.osborn@FaegreBD.com
Ryan M. Hurley (*pro hac vice*)
ryan.hurley@FaegreBD.com
FAEGRE BAKER DANIELS LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone: (317) 237-0300
Facsimile:  (317) 237-1000

Jeffrey S. Roberts (*pro hac vice*)
jeff.roberts@FaegreBD.com
FAEGRE BAKER DANIELS LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203
Telephone: (303) 607-3500
Facsimile:  (303) 607-3600

*Attorneys for Defendants Thomson SA and Thomson Consumer Electronics, Inc.*

*SQUIRE PATTON BOGGS (US) LLP*

*/s/ Mark C. Dosker*
Mark C. Dosker (SBN 114789)
mark.dosker@squirepb.com
NATHAN LANE, III (SDN 50961)
nathan.lane@squirepb.com
275 Battery Street, Suite 2600
San Francisco, CA 94111
Telephone: (415) 954-0200
Facsimile:  (415) 393-9887


Donald A. Wall (*pro hac vice*)
donald.wall@squirepb.com
SQUIRE PATTON BOGGS (US) LLP
1 East Washington Street, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 528-4000
Facsimile:  (602) 253-8129

*Attorneys for Defendant Technologies Displays Americas LLC with respect to all cases except Office Depot, Inc. v. Technicolor SA, et al. and Sears, Roebuck and Co., et al. v. Technicolor SA, et al.*

CURTIS, MALLET-PREVOST, COLT & MOSLE LLP

*/s/ Jeffrey I. Zuckerman*
JEFFREY I. ZUCKERMAN (*pro hac vice*)
jzuckerman@curtis.com
1717 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 452-7350
Facsimile:  (917) 368-7350

Arthur Gaus (SBN 289560)
asg@dillinghammurphy.com
DILLINGHAM & MURPHY, LLP
601 California Street, Suite 1900
San Francisco, California 94108
Telephone: (415) 397-2700
Facsimile:  (415) 397-3300

*Attorneys for Defendant Technologies Displays Americas LLC with respect to Office Depot, Inc. v. Technicolor SA, et al. and Sears, Roebuck and Co., et al. v. Technicolor SA, et al.*

Pursuant to Local Rule 5-1(i)(3), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.

It is so stipulated and agreed to by the parties.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

_____
Hon. Jon S. Tigar
United States District Judge