Francis O. Scarpulla (41059)
Patrick B. Clayton (240191)
LAW OFFICES OF FRANCIS O. SCARPULLA
456 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 788-7210
Facsimile:   (415) 788-0706
Email: fos@scarpullalaw.com
            pbc@scarpullalaw.com

Counsel for Indirect-Purchaser Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 3:07-cv-5944-JST |
| | MDL No. 1917 |
| This Document Relates to: | **REQUEST FOR ORAL ARGUMENT** |
| All Indirect-Purchaser Actions | Judge:                The Honorable Jon S. Tigar<br>Special Master: The Honorable Martin Quinn<br>Hearing Date:    TBD<br>Hearing Venue:   JAMS |

1  Pursuant to Paragraph 1 of the Special Master's Order re Process for Allocation of
2  Attorneys' Fees (Doc. No. 4748), the Law Offices of Francis O. Scarpulla respectfully requests
3  oral argument on its objections (Doc No. 4818) to the fee allocations proposed by Lead Counsel.
4  Francis O. Scarpulla respectfully informs the Special Master that he will be unavailable from
5  September 15 through September 27, 2016.

6  Dated: September 14, 2016           Respectfully submitted,

                                        /s/  Francis O. Scarpulla
                                        Francis O. Scarpulla

                                        Francis O. Scarpulla (41059)
                                        Patrick B. Clayton (240191)
                                        LAW OFFICES OF FRANCIS O. SCARPULLA
                                        456 Montgomery Street, 17th Floor
                                        San Francisco, CA 94104
                                        Telephone: 415-788-7210
                                        Facsimile:  415-788-0706
                                        fos@scarpullalaw.com
                                        pbc@scarpullalaw.com

                                        Counsel for Indirect-Purchaser Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing **REQUEST FOR ORAL ARGUMENT** was filed *via* CM/ECF on September 14, 2016, and as a result has been served on all counsel of record *via* transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Francis O. Scarpulla
Francis O. Scarpulla