KIRBY McINERNEY LLP
Robert J. Gralewski, Jr. (196410)
600 B Street, Suite 1900
San Diego, CA 92101
Tel: (619) 398-4340
bgralewski@kmllp.com

and

Daniel Hume
825 3rd Avenue
New York, NY 10022
Tel: (212) 371-6600
dhume@kmllp.com

*Counsel for Class Representatives
Kerry Lee Hall, Daniel Riebow, and the
Certified Class of Indirect Purchaser Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE: CATHODE TUBE (CRT) ANTITRUST LITIGATION**<br><br>This Document Relates to:<br>All Indirect Purchaser Actions | Case No. CV-07-5944-JST<br>MDL No. 1917<br><br>**CLASS ACTION**<br><br>**REPLY TO OBJECTION FILED BY FRANCIS O. SCARPULLA (DKT. NO. 4818)**<br><br>Court: JAMS<br>Special Master: Martin Quinn, JAMS<br>Judge: Honorable Jon S. Tigar |

1    Kirby McInerney LLP ("KM") respectfully submits this reply to the objection filed by
2    Francis O. Scarpulla.
3    In his objection, Mr. Scarpulla takes issue with the fact that KM (and other firms) utilized
4    block billing and billed in quarter-hour increments.  *See* Objections to Proposed Fee Allocations
5    (Dkt. No. 4818) at 9-13.  Without conducting any mathematical analysis of the effect of these
6    practices on KM's lodestar, Mr. Scarpulla arbitrarily advocates for a 40% reduction (in addition to
7    the across-the-board 10% reduction already implemented by the Special Master) in KM's lodestar
8    to account for what Mr. Scarpulla terms "unreasonable billing practices."  *Id*. at 13.  In fact, the
9    Special Master and Judge Tigar have already considered and rejected Mr. Scarpulla's objections
10   seeking reductions in lodestars because of firms' use of block billing and quarter-hour increments
11   to record time and should do the same thing again now.
12   As to block billing, the Special Master found that such billing did not occur "to any
13   egregious extent" and reasoned that it was "silly" to insist on showing a specific amount of time on
14   each action taken on each day.  Report and Recommendation of Special Master re Motion (1) to
15   Approve Indirect Purchaser Plaintiffs' Settlements with the Phillips, Panasonic, Hitachi, Toshiba,
16   Samsung SDI, Technicolor, and Technologies Displays Americas Defendants, and (2) for Award
17   of Attorneys' Fees, Reimbursement of Litigation Expenses, and Incentive Awards to Class
18   Representatives ("R&R") (Dkt. No. 4351) at 73.  In support of his finding, the Special Master cited
19   *O'Bannon v. Nat'l. Collegiate Athletic Assn.*, No. 09–cv–03329–CW (NC), 2015 WL 4274370, at
20   *6-7 (N.D. Cal. July 13, 2015).  There the court refused to reduce the fee for block billing, noting
21   that, "[b]lock billing is a typical practice in this district, and blocked-bills have been found to
22   provide a sufficient basis for calculating a fee award."  Indeed, the descriptions in KM's billing
23   records are adequately detailed to permit the Special Master to assess the reasonableness of the
24   time expended.  *See e.g.* Declaration of Robert J. Gralewski, Jr. in Support of Indirect Purchaser
25   Plaintiffs' Response to Statement Pursuant to Order Re: Objection to Ex Parte Communications
26   and In Camera Review of Billing Records ("4/13/16 Gralewski Decl.") (Dkt. No. 4558-3) at ¶ 2
27   (providing example of detailed time entries in KM's time records).
28

1    The Special Master quickly dismissed Mr. Scarpulla's objection related to billing in quarter-hour increments, noting that billing in that manner is also a common practice. R&R at 73 (citing *O'Bannon* and noting that billing in quarter-hour increments has been allowed by courts in the Ninth Circuit). Indeed, data confirms that the reductions Mr. Scarpulla presses are unjustified. For example, only 0.29% of KM's time (56.5 hours out of 19,091.25 total hours) was the result of 0.25 hour submissions. 4/13/16 Gralewski Decl. at ¶ 3. And, although it is not necessary to do so, adjusting KM's time entries downward as envisioned by Mr. Scarpulla's objection only results in approximately a 1.4% reduction to KM's corrected current rate lodestar. *See* Declaration of Robert J. Gralewski, Jr. in Support of Reply to Objection Filed by Francis O. Scarpulla at ¶ 2, attached as Exhibit A. Accordingly, "there is no evidence that plaintiff's use of quarter-hour increments posed a threat of over-billing." *Found. v. Office of Dir. of Nat'l. Intelligence*, No. C0705278 SI, 2008 WL 2331959, at *6 (N.D. Cal. June 4, 2008). Of course, the Special Master has already reduced KM's time by 10% to account for any inefficiencies or waste. R&R at 73-74.[1]

In summary, the Special Master concluded that class counsels' billing records appear "highly reliable and detailed." *Id*. at 73. Judge Tigar agreed. Specifically, with respect to Mr. Scarpulla's objections regarding reducing time for block billing and quarter-hour increments, Judge Tigar adopted the Special Master's analysis in full and overruled the objections. Order on Attorneys' Fees, Expenses, and Incentive Awards Re: Indirect Purchaser Plaintiff Settlements (Dkt. No. 4740) at 14-15.

For all of these reasons, Mr. Scarpulla's objections directed at KM's lodestar should be overruled.

Dated: September 16, 2016                         Respectfully submitted,

                                                  */s/ Robert J. Gralewski, Jr.*

                                                  Robert J. Gralewski, Jr.
                                                  **KIRBY MCINERNEY LLP**
                                                  Robert J. Gralewski, Jr. (196410)

---

[1] Even before the Special Master's 10% reduction, KM's historical lodestar had been reduced by over $427,000 as a result of an audit and subsequent imposition of the document review rate cap. Combined with the 10% reduction, KM's historical lodestar has already been cut by at least $1,405,000 or 13.7%. *See* 4/13/16 Gralewski Decl. at ¶ 5.

REPLY TO OBJECTION FILED BY FRANCIS O. SCARPULLA (DKT. NO. 4818)
Case No. CV-07-5944-JST, MDL No. 1917

1
2
3
4

600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 398-4340

*Counsel for Class Representatives
Kerry Lee Hall, Daniel Riebow, and the
Certified Class of Indirect Purchaser Plaintiffs*

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28