# EXHIBIT A

KIRBY McINERNEY LLP
Robert J. Gralewski, Jr. (196410)
600 B Street, Suite 1900
San Diego, CA 92101
Tel: (619) 398-4340
bgralewski@kmllp.com

and

Daniel Hume
825 3rd Avenue
New York, NY 10022
Tel: (212) 371-6600
dhume@kmllp.com

*Counsel for Class Representatives*
*Kerry Lee Hall, Daniel Riebow, and the*
*Certified Class of Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE TUBE (CRT) ANTITRUST LITIGATION**<br><br>This Document Relates to:<br>All Indirect Purchaser Actions | Case No. CV-07-5944-JST<br>MDL No. 1917<br><br>**CLASS ACTION**<br><br>**DECLARATION OF ROBERT J. GRALEWSKI, JR. IN SUPPORT OF REPLY TO OBJECTION FILED BY FRANCIS O. SCARPULLA (DKT. NO. 4818)**<br><br>Court: JAMS<br>Special Master: Martin Quinn, JAMS<br>Judge: Honorable Jon S. Tigar |

I, Robert J. Gralewski, Jr., declare as follows:

1.     I am an attorney licensed to practice before all state and federal courts in the state of California, and I am a partner in the law firm Kirby McInerney LLP ("KM").  I have personal knowledge of the facts stated in this declaration and, if called as a witness, I could and would testify competently to them.  I make this declaration in support of KM's reply to the objection filed by Francis O. Scarpulla (Dkt. No. 2818).

2.     After reviewing Mr. Scarpulla's objection related to KM's use of quarter-hour increments to record time, I oversaw an analysis of my firm's CRT time.  For illustrative purposes, KM reduced its 0.25 entries to 0.10 and its 0.75 entries to 0.60.  KM also reduced its time entries ending in x.25 to x.0 and x.75 to x.5.  Combined, these adjustments resulted in a reduction of approximately 1.4% to KM's corrected current rate lodestar.  Accordingly, even accepting Mr. Scarpulla's objection, KM's use of quarter-hour increments does not have the impact Mr. Scarpulla suggests.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 16th day of September, 2016, in San Diego, California.

/s/ *Robert J. Gralewski, Jr.*
Robert J. Gralewski, Jr.