LAWRENCE G. PAPALE
California State Bar No. 67068
LAW OFFICES OF
　LAWRENCE G. PAPALE
The Cornerstone Building
1308 Main Street, Suite 117
St. Helena, California 94574
Telephone (707) 963-1704
lgpapale@papalelaw.com

Counsel for Indirect Purchaser Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>All Indirect-Purchaser Actions | Case No. 3:07-cv-5944<br>MDL No. 1917<br><br>CLASS ACTION<br><br>REQUEST FOR ORAL ARGUMENT<br><br>Judge:  Honorable JON S. TIGAR<br>Special Master: Honorable MARTIN QUINN<br>Hearing Date: To Be Determined<br>Venue:  JAMS |
|---|---|

　　　Lawrence Papale of the Law Offices of Lawrence G. Papale respectfully requests oral argument on his Response to Various Objections to Proposed Fee Allocations filed September 16, 2016 (Document No. 4850).

Dated: September 18, 2016

　　　　　　　　　　　　　　　　　　　LAWRENCE G. PAPALE, ESQ.
　　　　　　　　　　　　　　　　　　　California State Bar No. 67068
　　　　　　　　　　　　　　　　　　　LAW OFFICES OF
　　　　　　　　　　　　　　　　　　　　LAWRENCE G. PAPALE


　　　　　　　　　　　　　　　By:　　/s/ Lawrence Papale
　　　　　　　　　　　　　　　　　　　Lawrence G. Papale
　　　　　　　　　　　　　　　　　　　Attorneys for Indirect Purchaser Plaintiffs

1

**REQUEST FOR ORAL ARGUMENT**

Case No. 3:07-cv-5944, MDL No. 1917