# *Trump Alioto Trump & Prescott*
ATTORNEYS LLP
2280 Union Street
San Francisco, California 94123
(415) 563-7200
FAX (415) 346-0679

September 20, 2016

**VIA ECF**

Martin Quinn, Special Master
JAMS
Two Embarcadero Center, Suite 1500
San Francisco, CA 94111

**Re:** *In Re: Cathode Ray Tubes (CRT) Antitrust Litigation,*
      Case No. 07-cv-5944 JST, MDL 1917

Dear Special Master Quinn:

      Last Friday and Saturday there were a number of filings in response to objections to Lead Counsel's proposed allocation of attorney's fees in this case. While most of the filings were before the deadline, two of the filings by my office were shortly after the deadline. We were responding to eight separate objections and attempting to coordinate filings by other counsel in this case, all on a tight schedule. We had contemplated seeking an extension of time to make our filings in light of the large volume of material involved. However, we did not want to delay these proceedings any further and tried to meet the deadline, which unfortunately we did not do as to all filings.

      We respectfully request that our late filings be considered by the Special Master as we do not believe any prejudice will be suffered by the objecting parties. We have no objection to an extension of the September 23, 2016 deadline for the objectors should they claim they have been prejudiced.

      Thank you for your consideration of this matter.

      Respectfully submitted,

      */s/ Mario N. Alioto*
      Mario N. Alioto

      Lead Counsel for the Indirect Purchaser Plaintiffs

Cc.: All Counsel via ECF