1  David J. Burman (*pro hac vice*)
   Cori G. Moore (*pro hac vice*)
2  Eric J. Weiss (*pro hac vice*)
   Nicholas H. Hesterberg (*pro hac vice*)
3  Steven D. Merriman (*pro hac vice*)
   **PERKINS COIE LLP**
4  1201 Third Avenue, Suite 4900
   Seattle, WA 98101-3099
5  Telephone:  206.359.8000
   Facsimile:  206.359.9000
6  Email:  DBurman@perkinscoie.com
           CGMoore@perkinscoie.com
7          EWeiss@perkinscoie.com
           NHesterberg@perkinscoie.com
8          SMerriman@perkinscoie.com

9  David P. Chiappetta (Bar No. 172099)
   **PERKINS COIE LLP**
10 505 Howard Street, Suite 1000
   San Francisco, CA 94105
11 Telephone: 415.344.7000
   Facsimile:  415.344.7050
12 Email:  DChiappetta@perkinscoie.com

13 *Attorneys for Plaintiff*
   *Costco Wholesale Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File Case No. 3:07-cv-05944-JST |
| | MDL No. 1917 |
| This Document Relates to: | Individual Case No. 3:13-cv-05723-JST |
| Case No. 3:13-cv-05723-JST | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| COSTCO WHOLESALE CORPORATION, | |
| Plaintiff, | |
| v. | |
| TECHNICOLOR SA., et al., | |
| Defendants. | |

1     Plaintiff Costco Wholesale Corporation ("Costco") and Defendants Technicolor SA (f/k/a

2  Thomson SA), Technicolor USA, Inc. (f/k/a Thomson Consumer Electronics, Inc.) (collectively,

3  "Technicolor"), and Technologies Displays Americas LLC (f/k/a Thomson Displays Americas

4  LLC) ("TDA") by their respective attorneys hereby stipulate and agree as follows:

5     1.   Pursuant to the parties' confidential written settlement agreement, Costco,

6  Technicolor, and TDA now seek dismissal of this action as to Technicolor and TDA with

7  prejudice.

8     2.   This stipulation does not affect the rights or claims of Costco against any other

9  defendant in this litigation.

10    3.   As between them, each party shall bear its own fees and costs.

11    4.   WHEREFORE, the parties respectfully request that this Court issue an Agreed

12 Order of Dismissal.

DATED:  September 20, 2016          **PERKINS COIE LLP**

By:  /s/ David P. Chiappetta
     David P. Chiappetta (Bar No. 172099)
     **PERKINS COIE LLP**
     505 Howard Street, Suite 1000
     San Francisco, CA 94105
     Telephone:  415.344.7000
     Facsimile:   415.344.7050
     Email:  DChiappetta@perkinscoie.com

     David J. Burman (*pro hac vice*)
     Cori G. Moore (*pro hac vice*)
     Eric J. Weiss (*pro hac vice*)
     Nicholas H. Hesterberg (*pro hac vice*)
     Steven D. Merriman (*pro hac vice*)
     **PERKINS COIE LLP**
     1201 Third Avenue, Suite 4900
     Seattle, WA  98101
     Telephone:  206.359.8000
     Facsimile:   206.359.9000
     Email:  DBurman@perkinscoie.com
              CGMoore@perkinscoie.com

- 1 -

STIPULATION OF DISMISSAL WITH PREJUDICE
Master File Case No. 3:07-cv-05944-JST; MDL No. 1917

| | |
|---|---|
|1| EWeiss@perkinscoie.com |
|2| NHesterberg@perkinscoie.com |
| | SMerriman@perkinscoie.com |
|3| |
| | Attorneys for Plaintiff |
|4| Costco Wholesale Corporation |

**FAEGRE BAKER DANIELS LLP**

By:  /s/ Kathy L. Osborn
Kathy L. Osborn (*pro hac vice*)
Faegre Baker Daniels LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46205
Telephone:  317.237.8261
Kathy.osborn@FaegreBD.com

Attorneys For Defendants Technicolor SA (f/k/a Thomson SA) and Technicolor USA, Inc. (f/k/a Thomson Consumer Electronics, Inc.)

**SQUIRE PATTON BOGGS (US) LLP**

By:  /s/ Donald A. Wall
Donald A. Wall (*pro hac vice*)
Squire Patton Boggs (US) LLP
1 East Washington Street, Suite 2700
Phoenix, AZ 85004
Telephone:  602.528.4005
donald.wall@squirepb.com

Attorneys for Defendant Technologies Displays Americas LLC (f/k/a Thomson Displays Americas LLC).

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.

132719228.1

- 2 -

STIPULATION OF DISMISSAL WITH PREJUDICE
Master File Case No. 3:07-cv-05944-JST; MDL No. 1917