1  David J. Burman (*pro hac vice*)
   Cori G. Moore (*pro hac vice*)
2  Eric J. Weiss (*pro hac vice*)
   Nicholas H. Hesterberg (*pro hac vice*)
3  Steven D. Merriman (*pro hac vice*)
   **PERKINS COIE LLP**
4  1201 Third Avenue, Suite 4900
   Seattle, WA 98101-3099
5  Telephone: 206.359.8000
   Facsimile: 206.359.9000
6  Email: DBurman@perkinscoie.com
          CGMoore@perkinscoie.com
7         EWeiss@perkinscoie.com
          NHesterberg@perkinscoie.com
8         SMerriman@perkinscoie.com

9  David P. Chiappetta (Bar No. 172099)
   **PERKINS COIE LLP**
10 505 Howard Street, Suite 1000
   San Francisco, CA 94105
11 Telephone: 415.344.7000
   Facsimile: 415.344.7050
12 Email: DChiappetta@perkinscoie.com

13 *Attorneys for Plaintiff*
   *Costco Wholesale Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File Case No. 3:07-cv-05944-JST |
| | MDL No. 1917 |
| This Document Relates to: | Individual Case No. 3:13-cv-05723-JST |
| Case No. 3:13-cv-05723-JST | **[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |
| COSTCO WHOLESALE CORPORATION, | |
| Plaintiff, | |
| v. | |
| TECHNICOLOR SA., et al., | |
| Defendants. | |

1  The Court, having considered the stipulation of the parties, and good cause appearing,
2  orders as follows:
3     1. The action filed by Costco Wholesale Corporation is dismissed with prejudice as
4         against Defendants Technicolor SA (f/k/a Thomson SA), Technicolor USA, Inc. (f/k/a
5         Thomson Consumer Electronics, Inc.), and Technologies Displays Americas LLC
6         (f/k/a Thomson Displays Americas LLC).
7     2. This dismissal does not affect the rights or claims of Costco against any other
8         defendant in this litigation.
9     3. As between them, each party shall bear its own costs and attorneys' fees.
10 **IT IS SO ORDERED.**

12 DATED: _____

13                                                           The Honorable Jon S. Tigar
                                                          United States District Judge

28 130747083.1

- 1 -
[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
Master File Case No. 3:07-cv-05944-JST; MDL No. 1917