David J. Burman (*pro hac vice*)
Cori G. Moore (*pro hac vice*)
Eric J. Weiss (*pro hac vice*)
Nicholas H. Hesterberg (*pro hac vice*)
Steven D. Merriman (*pro hac vice*)
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone:  206.359.8000
Facsimile:   206.359.9000
Email:   DBurman@perkinscoie.com
             CGMoore@perkinscoie.com
             EWeiss@perkinscoie.com
             NHesterberg@perkinscoie.com
             SMerriman@perkinscoie.com

David P. Chiappetta (Bar No. 172099)
**PERKINS COIE LLP**
505 Howard Street, Suite 1000
San Francisco, CA 94105
Telephone: 415.344.7000
Facsimile:   415.344.7050
Email:   DChiappetta@perkinscoie.com

*Attorneys for Plaintiff*
*Costco Wholesale Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File Case No. 3:07-cv-05944-JST |
| | MDL No. 1917 |
| This Document Relates to: | Individual Case No. 3:13-cv-05723-JST |
| Case No. 3:13-cv-05723-JST | |
| COSTCO WHOLESALE CORPORATION, | [~~PROPOSED~~] **ORDER OF DISMISSAL WITH PREJUDICE** |
| Plaintiff, | |
| v. | |
| TECHNICOLOR SA., et al., | |
| Defendants. | |

[~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE
Master File Case No. 3:07-cv-05944-JST; MDL No. 1917

1  The Court, having considered the stipulation of the parties, and good cause appearing,
2  orders as follows:
3  1. The action filed by Costco Wholesale Corporation is dismissed with prejudice as
4      against Defendants Technicolor SA (f/k/a Thomson SA), Technicolor USA, Inc. (f/k/a
5      Thomson Consumer Electronics, Inc.), and Technologies Displays Americas LLC
6      (f/k/a Thomson Displays Americas LLC).
7  2. This dismissal does not affect the rights or claims of Costco against any other
8      defendant in this litigation.
9  3. As between them, each party shall bear its own costs and attorneys' fees.
10 **IT IS SO ORDERED.**

12 DATED: September 20, 2016

The Honorable Jon S. Tigar
United States District Judge

130747083.1

- 1 -
[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
Master File Case No. 3:07-cv-05944-JST; MDL No. 1917