Brent Caslin (Cal. Bar. No. 198682)
JENNER & BLOCK LLP
633 West Fifth Street
Suite 3600
Los Angeles, California 90071
Telephone:   (213) 239-5100
Facsimile:    (213) 239-5199
bcaslin@jenner.com

Terrence J. Truax (pro hac vice)
Charles B. Sklarsky (pro hac vice)
Michael T. Brody (pro hac vice)
Gabriel A. Fuentes (pro hac vice)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois 60654-3456
Telephone:   (312) 222-9350
Facsimile:    (312) 527-0484
ttruax@jenner.com
csklarsky@jenner.com
mbrody@jenner.com
gfuentes@jenner.com

Harold A. Barza (Cal. Bar. No. 80888)
Kevin Y. Teruya (Cal. Bar. No. 235916)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:   (213) 443 3000
Facsimile:    (213) 443 3100
halbarza@quinnemanuel.com
kevinteruya@quinnemanuel.com

Ryan S. Goldstein (Cal. Bar No. 208444)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
NBF Hibiya Building, 25F
1-1-7, Uchisaiwai-cho, Chiyoda-ku
Tokyo 100-0011, Japan
Telephone:   +81 3 5510 1711
Facsimile:    +81 3 5510 1712
ryangoldstein@quinnemanuel.com

*Attorneys for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 |
| | Case No. 3:14-cv-02058-JST |
| CRAGO d/b/a DASH COMPUTERS, INC., et al., on its own behalf and on behalf of similarly situated parties, | Master File No. 3:07-cv-05944-JST |
| | **STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF PAGE LENGTH FOR THE MITSUBISHI ELECTRIC DEFENDANTS' OBJECTIONS TO THE SPECIAL MASTER'S PROPOSED ORDER [DKT. 4802]** |
| Plaintiff, | |
| v. | |
| MITSUBISHI ELECTRIC CORPORATION, et al., | Judge: Hon. Jon S. Tigar |
| Defendants. | |

WHEREAS on December 4, 2015, the Direct Purchaser Plaintiffs ("DPPs") filed a "Motion to Compel Mitsubishi to Provide Full and Complete Responses to Discovery re Meetings with Competitors, Sales, and Destruction of Evidence and for Evidentiary Sanctions" ("Motion to Compel");

WHEREAS on August 29, 2016, the Special Master issued an Order (Dkt. 4802) regarding the aforementioned Motion to Compel;

WHEREAS the Mitsubishi Electric Defendants object to the Special Master's Order;

WHEREAS on September 9, 2016, the Court entered an order (Dkt. 4834) extending the due date for the Mitsubishi Electric Defendants' objections to be filed on or before September 23, 2016;

WHEREAS, notwithstanding the ordinary 5-page limit on such objections, DPPs do not object to the Mitsubishi Electric Defendants' request that their submission not exceed 17 pages in length;

WHEREAS if the Court provides the opposing party an opportunity to respond pursuant to Civil Local Rule 72-2, the Mitsubishi Electric Defendants do not object to DPPs receiving the same extension of pages—17 pages—for their response;

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the undersigned plaintiffs and defendants, that:

1. The Mitsubishi Electric Defendants' objections to the Special Master's Order shall not exceed 17 pages in length.
2. DPPs shall be afforded an equal number of pages to respond to the Mitsubishi Electric Defendants' objections, if given an opportunity to respond pursuant to Civil Local Rule 72-2.

**IT IS SO STIPULATED.**

**[SIGNATURES ON FOLLOWING PAGES]**

| | |
|---|---|
| Dated: September 20, 2016 | By:   */s/ Terrence J. Truax* |

                                          Terrence J. Truax (pro hac vice)
                                          Charles B. Sklarsky (pro hac vice)
                                          Michael T. Brody (pro hac vice)
                                          Gabriel A. Fuentes (pro hac vice)
                                          JENNER & BLOCK LLP
                                          353 N. Clark Street
                                          Chicago, Illinois 60654-3456
                                          Telephone:  (312) 222-9350
                                          Facsimile:   (312) 527-0484
                                          ttruax@jenner.com
                                          csklarsky@jenner.com
                                          mbrody@jenner.com
                                          gfuentes@jenner.com

Brent Caslin (Cal. Bar. No. 198682)
JENNER & BLOCK LLP
633 West Fifth Street
Suite 3600
Los Angeles, California 90071
Telephone:  (213) 239-5100
Facsimile:   (213) 239-5199
bcaslin@jenner.com

Harold A. Barza (Cal. Bar. No. 80888)
Kevin Y. Teruya (Cal. Bar. No. 235916)
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:  (213) 443 3000
Facsimile:   (213) 443 3100
halbarza@quinnemanuel.com
kevinteruya@quinnemanuel.com

Ryan S. Goldstein (Cal. Bar No. 208444)
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
NBF Hibiya Building, 25F
1-1-7, Uchisaiwai-cho, Chiyoda-ku
Tokyo 100-0011, Japan
Telephone:  +81 3 5510 1711
Facsimile:   +81 3 5510 1712
ryangoldstein@quinnemanuel.com

*Attorneys for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc.*

-3-
STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF PAGE LENGTH FOR THE MITSUBISHI ELECTRIC DEFENDANTS' OBJECTIONS TO THE SPECIAL MASTER'S PROPOSED ORDER
Case No. 3:14-cv-02058-JST; Master File No. 3:07-cv-05944-JST; MDL No. 1917

By: <u>/s/ R. Alexander Saveri</u>
Guido Saveri
R. Alexander Saveri
Geoffrey C. Rushing
Cadio Zirpoli
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Lead Counsel for the Direct Purchaser Plaintiffs*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: _____          _____
                                                                Hon Jon S. Tigar
                                                                United States District Judge

-4-

STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF PAGE LENGTH FOR THE MITSUBISHI ELECTRIC DEFENDANTS' OBJECTIONS TO THE SPECIAL MASTER'S PROPOSED ORDER
Case No. 3:14-cv-02058-JST; Master File No. 3:07-cv-05944-JST; MDL No. 1917

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Terrence J. Truax, attest that concurrence in the filing of the document has been obtained from each of the other signatories.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed on September 20, 2016 in Chicago, IL.

*/s/ Terrence J. Truax*