# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

| | | | |
|---|---|---|---|
| Date: | September 20, 2016 | Judge: | JON S. TIGAR |
| Time: | 1 hour 12 minutes | | |

Case No.   07-cv-05944-JST
Case Name   MDL No. 1917 In Re: Cathode Ray Tube (CRT) Antitrust Litigation

| | | | |
|---|---|---|---|
| Deputy Clerk: | Tana Ingle | FTR Time: | 2:01 - 3:13 |

Attorney(s) for Plaintiff(s):
- Mario Alioto
- James Almon
- Craig Benson
- William Blechman
- Lauren Capurro
- Nick Hesterberg
- Philip Iovieno
- Kevin Murray
- Samual Randall
- Kyle Smith
- Robert Turken
- Scott Wagner

Attorney(s) for Defendant(s):
- Brad Brian
- Michael Brody
- Christopher Curran
- E. Martin Estrada
- Dana Foster
- Cathleen Hartge
- Ryan Hurley
- Erik Koons
- Kyle Mach
- James McGinnis
- Kathy Osborn
- Michael Scarborough
- Jennifer Stewart
- Gregory Weingart
- Donald Wall (by telephone)
- Jeffrey Zuckerman (by telephone)

## PROCEEDINGS

1. Motion for Bifurcation and Bench Trial (ECF No. 4759) - held
2. Further Case Management Conference - held

## RESULT OF HEARING

Motion for Bifurcation and Bench Trial is taken under submission. Court will issue a written order.

Parties will meet and confer regarding a proposed jury questionnaire and time limits for trial.

Case continued to **Tuesday, 11/15/2016, at 9:30 AM** for further CMC. A joint CMC statement is not required, but parties should file a list of matters to be discussed at the next hearing or request the hearing to be vacated no later than 11/8/2016.