KIRBY McINERNEY LLP
Robert J. Gralewski, Jr. (196410)
600 B Street, Suite 1900
San Diego, CA 92101
Tel: (619) 398-4340
bgralewski@kmllp.com

and

Daniel Hume
825 3rd Avenue
New York, NY 10022
Tel: (212) 371-6600
dhume@kmllp.com

*Counsel for Class Representatives
Kerry Lee Hall, Daniel Riebow, and the
Certified Class of Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE TUBE (CRT) ANTITRUST LITIGATION** | Case No. CV-07-5944-JST<br>MDL No. 1917 |
| | **CLASS ACTION** |
| This Document Relates to:<br>All Indirect Purchaser Actions | **REQUEST FOR ORAL HEARING** |
| | Court: JAMS<br>Special Master: Martin Quinn, JAMS<br>Judge: Honorable Jon S. Tigar |

Pursuant to the Special Master's Order re Process for Allocation of Attorneys' Fees (Dkt. No. 4748), Kirby McInerney LLP respectfully requests an oral hearing with respect to its Objection to Lead Counsel's Proposed Allocation of Aggregate Fee Award to Indirect Purchaser Plaintiffs' Counsel (Dkt. No. 4822).

Dated: September 21, 2016                    Respectfully submitted,

*/s/ Robert J. Gralewski, Jr.*

Robert J. Gralewski, Jr.
**KIRBY MCINERNEY LLP**
Robert J. Gralewski, Jr. (196410)
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 398-4340

*Counsel for Class Representatives
Kerry Lee Hall, Daniel Riebow, and the
Certified Class of Indirect Purchaser Plaintiffs*