Mario N. Alioto (56433)
Joseph M. Patane (72202)
Lauren C. Capurro (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2280 Union Street
San Francisco, CA 94123
Telephone: 415-563-7200
Facsimile: 415- 346-0679
Email: malioto@tatp.com
jpatane@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the*
*Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV-07-5944-JST; No. CV-13-03234-JST |
| | MDL No. 1917 |
| This Document Relates to:<br><br>All Indirect Purchaser Actions | **LEAD COUNSEL'S REQUEST FOR AN ORAL HEARING RE: CERTAIN OBJECTIONS TO PROPOSED ALLOCATION OF AGGREGATE FEE AWARD TO INDIRECT PURCHASER PLAINTIFFS' COUNSEL**<br><br>Court: JAMS<br>Special Master: Martin Quinn, JAMS<br>Judge:  Hon. Jon S. Tigar |

1      Pursuant to the Special Master's Order Re Process for Allocating Attorneys' Fees, ECF No.

2 4748, Lead Counsel for the Indirect Purchaser Plaintiffs hereby requests an oral hearing as to any

3 objecting firm which requests a hearing.  Lead Counsel also requests an oral hearing regarding any

4 proposed changes by the Special Master to Lead Counsel's proposed allocation.

5

6 Dated: September 21, 2016            Respectfully submitted,

7                 By:     */s/ Mario N. Alioto*

8                 Mario N. Alioto (56433)
                malioto@tatp.com

9                 Joseph M. Patane (72202)
                jpatane@tatp.com

10                 Lauren C. Capurro (241151)
                laurenrussell@tatp.com

11                 TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
                2280 Union Street

12                 San Francisco, CA 94123
                Telephone: 415-563-7200

13                 Facsimile: 415-346-0679

14                 ***Lead Counsel for Indirect Purchaser Plaintiffs***

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LEAD COUNSEL'S REQUEST FOR ORAL HEARING - Master File No. CV-07-5944-JST, MDL No. 1917