UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 |
| | Case No. C-07-5944 JST |
| This Order Relates To: | **ORDER** |
| | ECF No. 4860 |
| ALL DIRECT PURCHASER PLAINTIFFS | |

The Mitsubishi Electric Defendants and the Direct Purchaser Plaintiffs have filed a stipulation requesting an extension of the page limits for 1) Mitsubishi's objections to the Special Master's order regarding Plaintiffs' motion to compel, and 2) Plaintiffs' response to those objections.  ECF No. 4802.

The stipulation does not state a reason why the requested number of pages are necessary, and accordingly does not state good cause.  The request is denied.

IT IS SO ORDERED.

Dated: September 21, 2016

_____
JON S. TIGAR
United States District Judge