IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**<br><br>CRAGO d/b/a DASH COMPUTERS, INC., et al., on its own behalf and on behalf of similarly situated parties,<br><br>Plaintiff,<br><br>v.<br><br>MITSUBISHI ELECTRIC CORPORATION, et al.,<br><br>Defendants. | MDL No. 1917<br><br>Case No. 3:14-cv-02058-JST<br><br>Master File No. 3:07-cv-05944-JST<br><br>**[PROPOSED] ORDER GRANTING EXTENSION OF PAGE LENGTH FOR THE MITSUBISHI ELECTRIC DEFENDANTS' OBJECTIONS TO THE SPECIAL MASTER'S ORDER [DKT. 4802]**<br><br>Judge: Hon. Jon S. Tigar |

Upon review of Mitsubishi Electric's Motion for an Extension of the Page Limit to file its Objections to the Special Master's Order [Dkt. #4802],

It is ORDERED that the motion is granted. The page limit for Mitsubishi Electric's objections is extended to 17 pages.

Date: _____       _____
                                                              Hon Jon S. Tigar
                                                              United States District Judge