1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Vaughn R Walker
Law Office of Vaughn R Walker
Four Embarcadero Center, Suite 2200
San Francisco, CA  94111
Tel:  (415) 871-2888
Fax:  (415) 871-2890
vrw@judgewalker.com

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Order Relates to:<br><br>ALL ACTIONS | MDL No 1917<br><br>Case No 3:07-cv-05944-JST<br><br>**ORDER RESOLVING KOREAN TRANSLATION OBJECTIONS — TRANCHE 1** |

1    The parties submitted their consolidated positions on the first round of

2 translation objections (Tranche 1) regarding Korean language documents.  The neutral Korean

3 translator nominated by the parties, Ms Phyllis Kim, was sworn to translate accurately and

4 faithfully the relevant documents at issue and to maintain the confidentiality of the documents

5 in her role of assisting the undersigned in resolving the parties' translation objections.  In an

6 effort to promote neutrality, Ms Kim was asked to provide initial translations of the disputed

7 passages without knowing the parties' proposed translations.  The undersigned then prepared

8 drafts of the resolved translations which were thereafter discussed and reviewed with Ms Kim

9 for accuracy.  Exhibit A (filed under seal due to the parties' designation of the underlying

10 documents as highly confidential) sets forth for each disputed passage the parties' proposed

11 translations, Ms Kim's proposed translations, the translations as resolved by the undersigned

12 and a statement of reasons for the resolved translations.

13    Having considered the parties' submissions, the certified translations of the

14 underlying documents, the proposed translations and Ms Kim's translations and guidance, the

15 undersigned now issues a decision resolving the translation objections on this first set of Korean

16 language documents.  Due to the confidentiality of the underlying documents, this decision

17 resolving the translation objections is contained in confidential Exhibit A to this order, filed

18 under seal.

19

20 **CONCLUSION**

21    The translation objections to Korean language documents in Tranche 1 are

22 resolved in confidential Exhibit A filed under seal.  These Resolved Translations shall be binding

23 on all remaining parties to this MDL.  Any fees or costs associated with this order shall be borne

24 equally by the plaintiffs and the defendants.

25

26    *Signatures on next page*

27

28 ORDER RESOLVING KOREAN TRANSLATION OBJECTIONS – TRANCHE 1                    PAGE **2** OF **3**

1    IT IS SO ORDERED.

2

3    Date:  September **2**, 2016

4                                                        _____
                                                              Vaughn R Walker
5                                                        United States District Judge (Ret)

6

7    The Recommended Order of the Special Master is Accepted and Ordered ████████████

8

9    Date:  ___September 22, 2016___

10

11                                                       _____
                                                              Honorable Jon S. Tigar
                                                         United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   ORDER RESOLVING KOREAN TRANSLATION OBJECTIONS – TRANCHE 1                    PAGE **3** OF **3**