# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | MDL No. 1917 |
| | Case No. 3:14-cv-02058-JST |
| CRAGO d/b/a DASH COMPUTERS, INC., et al., on its own behalf and on behalf of similarly situated parties, | Master File No. 3:07-cv-05944-JST |
| | **[PROPOSED] ORDER GRANTING EXTENSION OF PAGE LENGTH FOR THE MITSUBISHI ELECTRIC DEFENDANTS' OBJECTIONS TO THE SPECIAL MASTER'S ORDER [DKT. 4802]** |
| Plaintiff, | |
| v. | |
| MITSUBISHI ELECTRIC CORPORATION, et al., | Judge: Hon. Jon S. Tigar |
| Defendants. | |

Upon review of Mitsubishi Electric's Motion for an Extension of the Page Limit to file its Objections to the Special Master's Order [Dkt. #4802],

It is ORDERED that the motion is granted.  The page limit for Mitsubishi Electric's objections is extended to 17 pages.

Date: September 23, 2016

_____
Hon Jon S. Tigar
United States District Judge

---

[PROPOSED] ORDER GRANTING EXTENSION OF PAGE LENGTH FOR THE MITSUBISHI
ELECTRIC DEFENDANTS' OBJECTIONS TO THE SPECIAL MASTER'S ORDER
Case No. 3:14-cv-02058-JST; Master File No. 3:07-cv-05944-JST; MDL No. 1917