SUSAN G. KUPFER (Cal. Bar No. 141724)
**GLANCY PRONGAY & MURRAY LLP**
1808 Sixth Street
Berkeley, CA 94710
(415) 972-8160
skupfer@glancylaw.com

*Counsel for Dana Ross and
Indirect Purchaser Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**<br><br>This Document Relates to:<br><br>All Indirect Purchaser Actions | Case No. 3:07-cv-5944<br>MDL No. 1917<br><br>**<u>CLASS ACTION</u>**<br><br>**DECLARATION OF SUSAN G. KUPFER IN RESPONSE TO LEAD COUNSEL'S DECLARATION IN RESPONSE TO OBJECTIONS TO LEAD COUNSEL'S ALLOCATION OF AGGREGATE FEE AWARD TO INDIRECT PURCHASER PLAINTIFFS' ATTORNEYS; HEARING REQUESTED BEFORE THE SPECIAL MASTER**<br><br>Judge: Special Master Martin Quinn<br>Court:  JAMS<br>Hearing Date: TBD |

I, Susan G. Kupfer, declare as follows:

1. I am an attorney licensed to practice before the courts of California and Massachusetts and the U.S. District Court for the Northern District of California and am a Partner in the law firm Glancy Prongay & Murray LLP, formerly Glancy Binkow & Goldberg LLP (the "Glancy firm").  I have personal knowledge of the facts stated in this declaration and, if called as a witness, I could and would testify competently to them.  I make this declaration in support of the Glancy firm's objection to the Lead Counsel's proposed allocation of the aggregate award of attorneys' fees to Indirect Purchaser Plaintiffs' counsel..

2. My firm is counsel of record in this case, and represents named plaintiff Dana Ross.

3. I make this declaration to provide supplementary facts supporting the Glancy firm's objection to the proposed allocation, specifically to the information provided in the Declaration of Mario N. Alioto, ECF No. 4853-1, paragraphs 18-21 and 59.

4. Mr. Alioto understates the role of the Glancy firm in the CRT litigation. While discussing the contribution of Brian Umpierre, who indeed was instrumentally involved in the discovery process, Mr. Alioto does not mention other firm lawyers who contributed to the case. The firm has been involved in the case since the very beginning and had multiple lawyers at various practice levels (including senior attorneys) working on the litigation, including myself, Michael Goldberg, Sylvie Kern, Joseph M. Barton, Kathleen Rogers, Tomoko Kamikawa, Mona Kashani and Dana Wolheim.

5. At the earliest stage, the firm briefed motions and replies before the Judicial Panel on Multidistrict Litigation, which resulted in the case being transferred to the U. S. District Court for Northern California and supported the work to organize the litigation among the attorneys who initially filed lawsuits. None of this time remained in the firm's fee petition after Lead Counsel established guidelines which removed work in the case before Lead Counsel was appointed.

6. At the early stages of the litigation, the firm worked on the vetting of class plaintiff representatives, commenting on the complaint, and providing edits to the pleadings that were filed in its support. The firm contributed lawyers, including Ms. Kamikawa who translated documents

from the Japanese, at early stages of discovery, when an overview of the documents available to support the complaint was necessary and the document review systems had not yet been established.

7. Of Counsel to the firm, Sylvie Kern first became involved in the CRT litigation through her work with the Glancy firm, before establishing her own firm. And she was with the Glancy firm from commencement of the litigation until mid-2010, throughout the early stages of researching and briefing the Oppositions to the Motions to Dismiss, which work Mr. Alioto praises in ECF No. 4853-1, par. 59.

8. Finally, Mr. Alioto minimizes the work that was done during the discovery process, while relying on Brian Umpierre to do just that work. It is true that Mr. Umpierre did not take any depositions himself, although, as noted, he provided extensive deposition preparation and support. (The firm on more than one occasion volunteered to take depositions but was not assigned any by Lead Counsel.) Further, his work did not end with the settlement with LG; he was immediately transferred to work on LPD and Philips through summary judgment and trial preparations. Ms. Capurro of the Alioto firm assigned work to Mr. Umpierre directly throughout the discovery and deposition period and, as is evident from other filings here, valued his contributions highly.

9. The contribution that the Glancy firm provided to the case deserves a higher multiplier on lodestar. For example, the firm received a 1.6 multiplier in the LCD litigation for similar work. *See* ECF No. 4853-2, Ex. 1, filed by Mr. Alioto.

10. The firm asks for a hearing before the Special Master on the allocation of the aggregate fee award.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 23rd day of September, 2016 in Berkeley, California.

*s/ Susan G. Kupfer*
Susan G. Kupfer

DECLARATION OF SUSAN G. KUPFER IN RESPONSE TO LEAD COUNSEL'S
DECLARATION IN RESPONSE TO OBJECTIONS TO ALLOCATION OF FEE AWARD
2

Case No. 3:07-cv-5944 SC, MDL No. 1917

**PROOF OF SERVICE VIA ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On September 23, 2016, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Northern District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 23rd day of September, 2016.

*s/ Susan G. Kupfer*
Susan G. Kupfer

**Mailing Information for a Case 3:07-cv-05944-JST MDL No. 1917 In Re: Cathode Ray Tube (CRT) Antitrust Litigation**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Eliot A. Adelson**
  eadelson@kirkland.com,sfarley@kirkland.com,mccarthym@kirkland.com

- **Diana Arlen Aguilar**
  diana.aguilar@weil.com

- **Lee Albert**
  lalbert@glancylaw.com

- **Joseph M. Alioto , Sr**
  jmalioto@aliotolaw.com,nas@aliotolaw.com,jmiller@aliotolaw.com

- **Joseph Michelangelo Alioto , Jr**
  Joseph.Alioto@usdoj.gov,melissa.dorton@usdoj.gov,CaseView.ECF@usdoj.gov

- **Mario N. Alioto**
  malioto@tatp.com

- **Mario Nunzio Alioto**
  malioto@tatp.com

- **Angelina Alioto-Grace**
  sexton@aliotolaw.com

- **Daniel Bruce Allanoff**
  dallanoff@mcgslaw.com

- **James T Almon**
  jalmon@knpa.com,agonzalez@knpa.com

- **Jacob P. Alpren**
  jalpren@fbj-law.com

- **Jonathan Ellis Altman**
  Jonathan.Altman@mto.com

- **Jennie Lee Anderson**
  jennie@andrusanderson.com,kelli.good@andrusanderson.com,leland.belew@andrusanderson.com

- **Lori Erin Andrus**
  lori@andrusanderson.com,kelli.good@andrusanderson.com,leland.belew@andrusanderson.com

- **Deborah Ellen Arbabi**
  darbabi@crowell.com

- **Gregory K Arenson**
  garenson@kaplanfox.com

- **Sofia Arguello**
  sarguello@winston.com

- **Richard A. Arnold**
  rarnold@kennynachwalter.com,sscott@kennynachwalter.com

- **Aldo A. Badini**
  abadini@winston.com,lcachola@winston.com,docketsf@winston.com,docketny@winston.com

- **Gordon Ball**
  gball@gordonball.com,tbenson@gordonball.com,ddaugherty@gordonball.com

- **Dylan Ian Ballard**
  dballard@sheppardmullin.com,mlinville@sheppardmullin.com,bcolomer@sheppardmullin.com

- **Brian Joseph Barry**
  bribarry1@yahoo.com

- **Joseph Michael Barton**
  joebartonesq@gmail.com

- **Harold A. Barza**
  halbarza@quinnemanuel.com,willcooper@quinnemanuel.com,albertvillamil@quinnemanuel.com,calendar@quinnemanuel.com

- **Timothy D. Battin**
  tbattin@straus-boies.com,ecf@straus-boies.com

- **William H. Bave , III**
  wbave@whitecase.com

- **Gary Becker**
  gary.becker@ct.gov

- **Van H. Beckwith**
  van.beckwith@bakerbotts.com,terry.barnard@bakerbotts.com,debora.simonson@bakerbotts.com

- **Matthew C. Behncke**
  mbehncke@susmangodfrey.com

- **Keith Thomson Belt , Jr**
  keithb@beltlawfirm.com,dianeb@beltlawfirm.com

- **Barry J Bendes**
  bbendes@eapdlaw.com

- **Barry J. Bendes**
  bbendes@eapdlaw.com

- **Craig A Benson**
  CBenson@paulweiss.com,mholden@paulweiss.com,larand@paulweiss.com,asardaryan@paulweiss.com,acoyle@paulweiss.com,kdavis@paulweiss.com,kolson@paulweiss.com,mao_fednational@paulweiss.com

- **Steven F. Benz**
  sbenz@khhte.com,ashen@khhte.com,ccook@khhte.com

- **Debra Dawn Bernstein**
  debra.bernstein@alston.com

- **Veronica Besmer**
  veronica@besmerlaw.com,vbesmer@hotmail.com

- **Daniel Edward Birkhaeuser**
  dbirkhaeuser@bramsonplutzik.com,ptoovey@bramsonplutzik.com

- **Garrett D. Blanchfield , Jr**
  g.blanchfield@rwblawfirm.com,k.schulte@rwblawfirm.com,r.yard@rwblawfirm.com

- **William J. Blechman**
  wblechman@knpa.com,dluzniak@knpa.com,mbrehm@knpa.com

- **John Dmitry Bogdanov**
  jdb@coopkirk.com

- **David Boies , III**
  dboies@straus-boies.com,tpalumbo@straus-boies.com

- **Anthony J. Bolognese**
  abolognese@bolognese-law.com

- **Robert J. Bonsignore**
  rbonsignore@class-actions.us

- **Jeffrey D. Bores**
  jbores@chestnutcambronne.com

- **Benjamin Gardner Bradshaw**
  bbradshaw@omm.com

- **Liz Ann Brady**
  liz.brady@myfloridalegal.com,karen.marsh@myfloridalegal.com,colin.fraser@myfloridalegal.com,rachel.steinman@myfloridalegal.com

- **Patrick John Brady**
  jbrady@polsinelli.com,rtrosen@polsinelli.com,cmiller@polsinelli.com,docketing@polsinelli.com,dhunt@polsinelli.com

- **Rachel S. Brass**
  rbrass@gibsondunn.com,smaruschak@gibsondunn.com

- **Brad D. Brian**
  BrianBD@mto.com,lisa.lovullo@mto.com

- **Michael T. Brody**
  mbrody@jenner.com,edockets@jenner.com,svanhorn@jenner.com,docketing@jenner.com

- **Chadwick Oliver Brooker**
  cbrooker@atg.state.il.us

- **David C. Brownstein**
  dbrownstein@fbj-law.com

- **W. Joseph Bruckner**
  wjbruckner@locklaw.com,sipeem@locklaw.com,amhorningnygren@locklaw.com,user2@locklaw.com,pottehn@locklaw.com

- **Robert Page Bruner**
  robertb@beltlawfirm.com

- **David Burman**
  dburman@perkinscoie.com,DocketSFLIT@perkinscoie.com,JMccluskey@perkinscoie.com

- **Courtney C Byrd**
  cbyrd@omm.com

- **William G. Caldes**
  bcaldes@srkw-law.com,jjagher@srkw-law.com

- **Terry Calvani**
  terry.calvani@freshfields.com

- **Karl L. Cambronne**
  kcambronne@chestnutcambronne.com

- **Christopher William Cantrell**
  chrisc@beltlawfirm.com

- **Lauren Clare Capurro**
  laurenrussell@tatp.com,sisselbrowder@yahoo.com

- **Scott W. Carlson**
  scarlson@heinsmills.com

- **Gary R Carney**
  GCarney@paulweiss.com,mao_fednational@paulweiss.com

- **Drew A. Carson**
  carson@millergolerfaeges.com

- **Johnny William Carter**
  jcarter@susmangodfrey.com,ecf-3fdd79b2bc10@ecf.pacerpro.com,ecf-e319b07d26cc@ecf.pacerpro.com,chernandez@susmangodfrey.com

- **Leo David Caseria**
  lcaseria@sheppardmullin.com

- **Brent Caslin**
  bcaslin@jenner.com,docketing@jenner.com

- **Jill Sharon Casselman**
  jscasselman@rkmc.com,jmbauer@rkmc.com,dwfiskio@rkmc.com,lrbryant-wilson@rkmc.com

- **Christina Maria Ceballos-Levy**
  ccl@knpa.com

- **James E. Cecchi**
  jcecchi@carellabyrne.com,ltaylor@carellabyrne.com

- **David P. Chiappetta**
  dchiappetta@perkinscoie.com,jjaeger@perkinscoie.com,docketsflit@perkinscoie.com,jdance@perkinscoie.com,annalee@perkinscoie.com

- **Michelle Park Chiu**
  mchiu@morganlewis.com,drivera@morganlewis.com

- **Stephanie Yunjin Cho**
  scho@hausfeldllp.com

- **Emily E. Chow**
  emily.chow@faegrebd.com,lori.honse@faegrebd.com

- **Michael S. Christian**
  mchristian@zelle.com,rnewman@zelle.com

- **Patrick Bradford Clayton**
  pbc@scarpullalaw.com

- **William C. Cleveland**
  wcleveland@buistmoore.com

- **Bryan L. Clobes**
  bclobes@caffertyclobes.com,docketclerk@caffertyclobes.com,docket@caffertyclobes.com

- **Bruce Cobath**
  bcobath@sheppardmullin.com

- **George Cochran**
  lawchrist@gmail.com

- **Eva W. Cole**
  ewcole@winston.com,cfernandez@winston.com,docketsf@winston.com,docketny@winston.com

- **Commonwealth of Massachusetts**
  matthew.lyons@state.ma.us

- **Bernice Conn**
  BConn@robinskaplan.com,rirajpanah@robinskaplan.com

- **Josef Deen Cooper**
  jdc@coopkirk.com,trk@coopkirk.com,jdl@coopkirk.com,bogdanorck@aol.com

- **Craig C. Corbitt**
  ccorbitt@zelle.com,mbabione@zelle.com,emilio.varanini@doj.ca.gov

- **Joseph W. Cotchett**
  jcotchett@cpmlegal.com

- **Christina Diane Crow**
  ccrow@jinkslaw.com,danthony@jinkslaw.com,ccantey@jinkslaw.com

- **William T. Crowder**
  wcrowder@emersonpoynter.com

- **Brendan P. Cullen**
  cullenb@sullcrom.com,s&cmanagingclerk@sullcrom.com

- **Tyler Mark Cunningham**
  tcunningham@sheppardmullin.com

- **Christopher M. Curran**
  ccurran@whitecase.com,erin.mcnamee@whitecase.com,fhogue@whitecase.com,emily.brodybizar@whitecase.com,mtoto@whitecase.com,jdisanti@whitecase.com,mco@whitecase.com,paige.dekker@whitecase.com

- **Joseph Edward Czerniawski**
  Jczerniawski@wkgj.com,JoeCznyc@gmail.com

- **Matthew Robert DalSanto**
  mdalsanto@winston.com,recordssf@winston.com,docketsf@winston.com,ttannis@winston.com

- **Kira A Davis**
  kdavis@paulweiss.com,mao_fednational@paulweiss.com
- **Gerard A Dever**
  gdever@finekaplan.com,shufnagel@finekaplan.com,akatzman@finekaplan.com,dperelman@finekaplan.com,nblakeslee@finekaplan.com
- **William Diaz**
  wdiaz@mwe.com,ahamilton@mwe.com,mstumpf@mwe.com
- **Manuel Juan Dominguez**
  jdominguez@cohenmilstein.com,mwade@cohenmilstein.com
- **Molly Donovan**
  mmdonovan@winston.com,docketsf@winston.com,PacerCourtFile@winston.com,docketny@winston.com,jstewart@winston.com
- **Mark C. Dosker**
  mark.dosker@squirepb.com,sfr_docket@squirepb.com,Dalia.Hill@squirepb.com
- **Thomas Patrick Dove**
  tdove@furth.com
- **Thomas Arthur Doyle**
  tadoyle@thomasadoyle.com,tsaunders@saunders-lawfirm.com
- **Matthew Duncan**
  mduncan@finekaplan.com
- **Barack Shem Echols**
  barack.echols@kirkland.com
- **Helen Cho Eckert**
  heckert@sheppardmullin.com
- **Marc Howard Edelson**
  medelson@edelson-law.com
- **Nathan P. Eimer**
  neimer@eimerstahl.com,erogers@eimerstahl.com,fharvey@eimerstahl.com,nnowacki@eimerstahl.com
- **Marwa Elzankaly**
  melzankaly@mcmanislaw.com,azandate@mcmanislaw.com,nshakoori@mcmanislaw.com,epipkin@mcmanislaw.com,sshakoori@mcmanislaw.com
- **John G. Emerson**
  jemerson@emersonfirm.com,tautry@emersonfirm.com
- **Candice J. Enders**
  cenders@bm.net
- **Vincent J. Esades**
  vesades@heinsmills.com,lgehrking@heinsmills.com,ikovarik@heinsmills.com,rsteiner@heinsmills.com
- **Esteban Martin Estrada**
  martin.estrada@mto.com,jennifer.lawlor@mto.com
- **John Clayton Everett , Jr**
  jeverett@morganlewis.com
- **Josh Ewing**
  je@fbdlaw.com
- **William S Farmer**
  wfarmer@fbj-law.com,jalpren@fbj-law.com,dbrownstein@fbjlaw.com,jsmith@fbj-law.com
- **Eric B. Fastiff**
  efastiff@lchb.com,btroxel@lchb.com
- **Gordon M. Fauth , Jr**
  gmf@classlitigation.com
- **Kevin Douglas Feder**
  kfeder@omm.com
- **John Finn**
  sampc01@gmail.com
- **Joel Flom**
  joel@jeffreislaw.com
- **Laura Fortman**
  sampc01@gmail.com
- **Dana E. Foster**
  defoster@whitecase.com,defoster@whitecase.com,cnaifeh@whitecase.com,lmandell@whitecase.com
- **M. Eric Frankovitch**
  msimon@facslaw.com
- **Jeff D Friedman**
  jefff@hbsslaw.com,jeanethd@hbsslaw.com,sf_filings@hbsslaw.com,nicolleg@hbsslaw.com
- **Qianwei Fu**
  qfu@zelle.com
- **Gabriel A. Fuentes**
  gfuentes@jenner.com
- **Kenneth A. Gallo**
  kgallo@paulweiss.com,GCarney@paulweiss.com,mlaramie@paulweiss.com,mao_fednational@paulweiss.com
- **Cheryl Ann Galvin**
  cgalvin@tcolaw.com
- **Rodney J Ganske**
  rod.ganske@alston.com,kerrie.sekine@alston.com
- **Steven Ganz**
  terry@grossbelsky.com
- **Jalaine Garcia**
  jgarcia@knpa.com
- **Arthur Slezak Gaus**
  asg@dillinghammurphy.com,wfm@dillinghammurphy.com
- **Martin C. Geagan , Jr**
  mgeagan@winston.com
- **Tiffany Belle Gelott**
  tiffany.gelott@bakerbotts.com
- **David Paul Germaine**
  dgermaine@vaneklaw.com,svitullo@vaneklaw.com,cparrottsheffer@vaneklaw.com
- **John Mark Gidley**
  mgidley@whitecase.com,jdisanti@whitecase.com,mco@whitecase.com
- **Brian Gillett**
  bgillett@susmangodfrey.com,ecf-b3db5569898c@ecf.pacerpro.com,ecf-63532ccae4d9@ecf.pacerpro.com
- **Bernadette Shawan Gillians**
  sgillians@buistmoore.com
- **Brendan Patrick Glackin**
  bglackin@lchb.com
- **Joseph Goldberg**
  jg@fbdlaw.com,imn@fbdlaw.com,drt@fbdlaw.com
- **Kevin B. Goldstein**
  kevin.goldstein@weil.com
- **Ryan Seth Goldstein**
  ryangoldstein@quinnemanuel.com

- **Ryan Michael Goodland**
  ryan.goodland@weil.com
- **Ruthanne Gordon**
  rgordon@bm.net,emagnus@bm.net,ccoslett@bm.net
- **Joshua H. Grabar**
  jgrabar@bolognese-law.com
- **Robert J. Gralewski , Jr**
  bgralewski@kmllp.com,fbrizuela@kmllp.com
- **Steven J. Greenfogel**
  sgreenfogel@litedepalma.com,epalomino@litedepalma.com
- **Marc Jeffrey Greenspon**
  mgreenspon@bermandevalerio.com
- **Francis M. Gregorek**
  gregorek@whafh.com,fait@whafh.com
- **Terry Gross**
  terry@gba-law.com,javier@gba-law.com,monique@gba-law.com,adam@gba-law.com,cristina@gba-law.com,javier@ecf.courtdrive.com,sarah@gba-law.com,joann@gba-law.com
- **Gianna Christa Gruenwald**
  gianna@saveri.com
- **Richard Michael Hagstrom**
  rhagstrom@hjlawfirm.com,cmnelson@hjlawfirm.com
- **Marjan Hajibandeh**
  marjan.hajibandeh@weil.com
- **Michael E. Hamburger**
  mhamburger@whitecase.com
- **Jeane Hamilton**
  jeane.hamilton2@usdoj.gov,vanessa.vargas@usdoj.gov,kathleen.turner@usdoj.gov,carole.huygen@usdoj.gov,kate.patchen@usdoj.gov,CaseView.ECF@usdoj.gov
- **Timothy Ricardo Hanigan**
  trhanigan@gmail.com,dlopez@bandaslawfirm.com,vgreenwalt@lhcllp.com
- **Blake Lee Harrop**
  bharrop@atg.state.il.us,jfeldmar@atg.state.il.us
- **Cathleen Hamel Hartge**
  Cathleen.Hartge@mto.com,Belinda.Morales@mto.com,mark.roberts@mto.com,jose.geronimo@mto.com,Kevin.Park@mto.com
- **Matthew Dickinson Heaphy**
  mheaphy@saveri.com
- **Astor Henry Lloyd Heaven , III**
  aheaven@crowell.com,aheaven@crowell.com
- **Christopher T. Heffelfinger**
  cheffelfinger@bermandevalerio.com,ysoboleva@bermandevalerio.com
- **Richard Martin Heimann**
  rheimann@lchb.com
- **Samuel D. Heins**
  sheins@heinsmills.com
- **Adam C. Hemlock**
  adam.hemlock@weil.com,adam.hemlock@weil.com,Christopher.Lee@weil.com,Jay.Minga@weil.com,nymao@weil.com,Nicholas.Klenow@weil.com,Marihug.Cedeno@weil.com,nymao@ecf.pacerpro.com
- **Nicholas H. Hesterberg**
  nhesterberg@perkinscoie.com,lnelson@perkinscoie.com,docketsea@perkinscoie.com
- **Eric D. Hoaglund**
  ehoaglund@mhcilaw.com
- **Jory M Hoffman**
  jhoffman@jenner.com
- **Curt Holbreich**
  cholbreich@sidley.com,sfefilingnotice@sidley.com,jhiwa@sidley.com,sfdocket@sidley.com
- **Steven Randall Hood**
  rhood@mcgowanhood.com
- **Richard Freeman Horsley**
  rfhala@cs.com
- **Derek G. Howard**
  derek@derekhowardlaw.com,gh@s,donna@dhowlaw.com
- **Gregory Hull**
  Greg@ellenberghull.com
- **Sean Hull**
  sxhull@gmail.com
- **Daniel Hume**
  dhume@kmllp.com
- **Ryan M Hurley**
  ryan.hurley@FaegreBD.com
- **Troy J. Hutchinson**
  thutchinson@heinsmills.com
- **Hojoon Hwang**
  hojoon.hwang@mto.com,Joannette.driver-moore@mto.com,Ashley.Fitzwilliams@mto.com
- **David Yau-Tian Hwu**
  dhwu@saveri.com
- **Philip J Iovieno**
  piovieno@bsfllp.com,mfelder@bsfllp.com,aweber@bsfllp.com,ksmith@bsfllp.com,anardacci@bsfllp.com,tmiller@bsfllp.com,kmoat@bsfllp.com
- **Philip J. Iovieno**
  piovieno@bsfllp.com
- **Philip J. Iovieno**
  piovieno@bsfllp.com
- **Robert Brent Irby**
  birby@mhcilaw.com,lmarler@mhcilaw.com,ehoaglund@mhcilaw.com
- **William A. Isaacson**
  wisaacson@bsfllp.com,jmilici@bsfllp.com
- **Michele Chickerell Jackson**
  mjackson@lchb.com,btroxel@lchb.com
- **Michael Jocobs**
  mjacobs@zelle.com
- **Elizabeth Helmer Jordan**
  elizabeth.jordan@alston.com
- **Jeffrey M. Judd**
  judlegal@sonic.net
- **Betty Lisa Julian**
  bjulian@damrell.com
- **Paul Brian Justi**
  pbjusti@comcast.net,Lori@pbjusti.com
- **Steven A. Kanner**
  skanner@fklmlaw.com,mkhamoo@fklmlaw.com

- **Robert N. Kaplan**
  rkaplan@kaplanfox.com
- **Robert N. Kaplan**
  rkaplan@kaplanfox.com,mmccahill@kaplanfox.com
- **Daniel R. Karon**
  dkaron@karonllc.com,cgood@karonllc.com,bhollowell@karonllc.com
- **Sherman Kassof**
  heevay@att.net,heevay@yahoo.com
- **Margaret Anne Keane**
  margaret.keane@dlapiper.com,sandy.holstrom@dlapiper.com,margaret-keane-8958@ecf.pacerpro.com,1807@ecf.pacerpro.com,jeffrey.reeves@dlapiper.com
- **Julie A. Kearns**
  jkearns@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com
- **Katherine T. Kelly**
  kkelly@heinsmills.com
- **Michael P. Kenny**
  mike.kenny@alston.com
- **Matthew David Kent**
  matthew.kent@alston.com,jason.rottner@alston.com
- **Sylvie K. Kern**
  sylviekern@yahoo.com
- **Jeffrey L. Kessler**
  jkessler@winston.com,pacercourtfile@winston.com,docketsf@winston.com,docketny@winston.com
- **Charles M. Kester**
  cmkester@nwark.com
- **Jason Kilene**
  jkilene@gustafsongluek.com,dgustafson@gustafsongluek.com
- **Miriam Kim**
  Miriam.Kim@mto.com,robyn.bird@mto.com,victor.tobar@mto.com
- **YongSang Kim**
  yongsang.kim@aporter.com
- **Kirby McInerney LLP**
  bgralewski@kmllp.com
- **Tracy R. Kirkham**
  trk@coopkirk.com
- **Mary Gilmore Kirkpatrick**
  mkirk@vtlawfirm.com
- **Jeffrey Alan Klafter**
  jak@klafterolsen.com
- **Esther L Klisura**
  eklisura@slenvironment.com,kzener@slenvironment.com,josbun@slenvironment.com,tangst@slenvironment.com
- **Aya Kobori**
  akobori@whitecase.com,agoodall@whitecase.com
- **Anna Marie Konradi**
  anna.konradi@faegrebd.com
- **Erik T. Koons**
  erik.koons@bakerbotts.com
- **Bethany Woodard Kristovich**
  Bethany.Kristovich@mto.com
- **Susan Gilah Kupfer**
  skupfer@glancylaw.com,sfreception@glancylaw.com
- **Christine A. Laciak**
  christine.laciak@freshfields.com,richard.snyder@freshfields.com
- **John Pierre Lahad**
  jlahad@susmangodfrey.com,kristi-davis-0719@ecf.pacerpro.com,kdavis@susmangodfrey.com
- **David Nathan Lake**
  david@lakelawpc.com
- **Nathan Lane , III**
  natelane3law@gmail.com,sarah.david@squirepb.com
- **Lucius Bernard Lau**
  alau@whitecase.com,cnaifeh@whitecase.com,sharon.park@whitecase.com,twu@whitecase.com,aangat.amin@whitecase.com,relfand@whitecase.com,jonathanc.black@whitecase.com,mfrutig@whitecase.com,michael.hamburger@whitecase.com,samuel.sharp@whitecase.com,dfoster@whitecase.com
- **Christopher Le**
  cle@straus-boies.com,cvoigt@straus-boies.com,ecf@straus-boies.com
- **Lewis Titus LeClair**
  lleclair@mckoolsmith.com,cfowler@mckoolsmith.com
- **Christopher L. Lebsock**
  clebsock@hausfeldllp.com,celder@hausfeldllp.com
- **Jeffrey Jay Lederman**
  jlederman@winston.com,docketsf@winston.com
- **Charles A. Legge**
  snevins@jamsadr.com
- **Michael Paul Lehmann**
  mlehmann@hausfeldllp.com
- **James F. Lerner**
  jlerner@winston.com,docketsf@winston.com,docketny@winston.com
- **Jill Tan Lin**
  jill.tan.lin@gmail.com
- **Laura K Lin**
  Laura.lin@mto.com,stephanie.ferrell@mto.com,Gregory.Weingart@mto.com
- **Calvin L. Litsey**
  calvin.litsey@faegrebd.com
- **Calvin Lee Litsey**
  calvin.litsey@faegrebd.com,helen.chacon@FaegreBD.com,sonja.beamon@faegrebd.com,debra.egan@faegrebd.com
- **Ethan E. Litwin**
  litwin@hugheshubbard.com,bennettc@howrey.com,managing-attorney-4212@ecf.pacerpro.com,ethan-litwin-8595@ecf.pacerpro.com
- **Marisa C. Livesay**
  livesay@whafh.com,boyles@whafh.com
- **William Henry London**
  wlondon@fklmlaw.com
- **Kevin Bruce Love**
  klove@cridenlove.com
- **Christopher Lovell**
  clovell@lshllp.com
- **Matthew Mark Lyons**
  matthew.lyons@state.ma.us
- **Kyle W. Mach**
  kyle.mach@mto.com,robyn.bird@mto.com

- **Donald Scott Macrae**
  smacrae@bamlawlj.com
- **Lidia Maher**
  Lidia.Maher@usdoj.gov,edward.bernard@usdoj.gov,carole.huygen@usdoj.gov,kate.patchen@usdoj.gov,benjamin.chou@usdoj.gov
- **Travis Luke Manfredi**
  travis@cobaltlaw.com
- **Betsy Carol Manifold**
  cabrera@whafh.com,boyles@whafh.com,loritsch@whafh.com
- **Jill Michelle Manning**
  jmanning@steyerlaw.com,lrorem@steyerlaw.com
- **Seymour J. Mansfield**
  smansfield@foleymansfield.com,elewison@foleymansfield.com
- **Mark D. Marino**
  mark.marino@klgates.com
- **Jonathan A Mark**
  jonathanm2@atg.wa.gov,justinw@atg.wa.gov,ATSeaEF@ATG.WA.GOV
- **Kenneth S. Marks**
  kmarks@markshouston.com,ecf-7e1d9959502a@ecf.pacerpro.com,ecf-795e4ba948d9@ecf.pacerpro.com
- **David Martinez**
  dmartinez@robinskaplan.com,lcastiglioni@robinskaplan.com,sgreen@robinskaplan.com
- **Sharon D. Mayo**
  sharon.mayo@aporter.com,Joanna.Lee@aporter.com,Emily.Clark@aporter.com,sfcalendar@aporter.com,Jill.Hernandez@aporter.com
- **Matthew J. McBurney**
  mmcburney@crowell.com
- **Bruce C. McCulloch**
  bruce.mcculloch@freshfields.com
- **Corey D. McGaha**
  cmcgaha@crowdermcgaha.com
- **James Landon McGinnis**
  jmcginnis@sheppardmullin.com,csuh@sheppardmullin.com,jcampos@sheppardmullin.com,rbreese@sheppardmullin.com
- **Elizabeth Anne McKenna**
  emckenna@milberg.com
- **William Angus McKinnon**
  bmckinnon@mcgowanhood.com
- **Mike McKool**
  mmckool@mckoolsmith.com,sbovine@mckoolsmith.com
- **James McManis**
  jmcmanis@mcmanislaw.com,mrose@mcmanislaw.com,clarsen@mcmanislaw.com,eschneider@mcmanislaw.com
- **Robert Brian McNary**
  rmcnary@crowell.com
- **Joel Cary Meredith**
  jmeredith@mcgslaw.com,apaul@mcgslaw.com
- **Steven Douglas Merriman**
  smerriman@perkinscoie.com,tbrandon@perkinscoie.com
- **Robert G. Methvin**
  sreynolds@mmlaw.net
- **Robert Gordon Methvin , Jr**
  sreynolds@mmlaw.net
- **Anton Metlitsky**
  ametlitsky@omm.com
- **Christopher Thomas Micheletti**
  cmicheletti@zelle.com
- **Douglas A. Millen**
  doug@fklmlaw.com
- **Marvin A. Miller**
  mmiller@millerlawllc.com
- **Steve A Miller**
  sampc01@gmail.com
- **Steven J. Miller**
  miller@millergolerfaeges.com
- **Craig D. Minerva**
  craig.minerva@freshfields.com
- **Kathy Lee Monday**
  kmonday@damrell.com,NWeston-Dawkes@damrell.com
- **H. Laddie Montague , Jr**
  hlmontague@bm.net,sleo@bm.net
- **Cori Gordon Moore**
  cgmoore@perkinscoie.com,nlygren@perkinscoie.com
- **Paul Andrew Moore**
  Paul.Moore@doj.ca.gov
- **Theresa Driscoll Moore**
  TMoore@aliotolaw.com
- **Gordon Morgan**
  gmorganpi@gmail.com
- **Andrew J. Morganti**
  amorganti@milberg.com,MAOffice@milberg.com
- **Bruce L. Mulkey**
  bruce@mulkeylaw.com
- **Daniel Joseph Mulligan**
  dan@jmglawoffices.com,lgabriel@jmglawoffices.com
- **Jerome A. Murphy**
  jmurphy@crowell.com,bhanley@crowell.com
- **Gilmur Roderick Murray**
  gmurray@murrayhowardlaw.com,aarnall@murrayhowardlaw.com
- **Jason C. Murray**
  jmurray@crowell.com,SMierisch@crowell.com,rwong@crowell.com,aslade@crowell.com
- **Kevin J. Murray**
  kmurray@knpa.com
- **James Mutchnik**
  james.mutchnik@kirkland.com,wstreff@kirkland.com,holly.fisher@kirkland.com
- **Anne M. Nardacci**
  anardacci@bsfllp.com,amarcus@bsfllp.com,jdew@bsfllp.com,ashaw@bsfllp.com
- **Krishna Brian Narine**
  knarine@m-npartners.com
- **Susan Elizabeth Nash**
  susan.nash@mto.com

- **Barbara J. Nelson**
  barbara.nelson@usdoj.gov

- **Michael John Newton**
  mike.newton@alston.com,lisa.n.wilson@alston.com,linder.lane@alston.com,kate.smith@alston.com

- **Tim David Nord**
  tim.d.nord@state.or.us,melissa.curtis@state.or.us

- **Paul F. Novak**
  pnovak@milberg.com,MAOffice@milberg.com

- **Linda P. Nussbaum**
  lnussbaum@nussbaumpc.com

- **Linda Phyllis Nussbaum**
  lnussbaum@nussbaumpc.com,sschwaiger@nussbaumpc.com,

- **Bambo Obaro**
  bambo.obaro@weil.com,janine.chong@weil.com,tricia-dresel-2470@ecf.pacerpro.com,tricia.dresel@weil.com,janine-chong-6094@ecf.pacerpro.com

- **Elizabeth R. Odette**
  erodette@locklaw.com,samorbey@locklaw.com

- **Niki B. Okcu**
  Niki.Okcu@att.com

- **Orion Home Systems, LLC**
  cadio@saveri.com

- **Kathy L. Osborn**
  kathy.osborn@FaegreBD.com

- **Joseph A. Ostoyich**
  OstoyichJ@howrey.com,OstoyichJ@howrey.com

- **Jeremy Kent Ostrander**
  jostrander@whitecase.com,faragona@whitecase.com,agoodall@whitecase.com

- **Daniel D. Owen**
  dowen@polsinelli.com,rtrosen@polsinelli.com,docketing@polsinelli.com,dhunt@polsinelli.com

- **Joseph Darrell Palmer**
  darrell.palmer@palmerlegalteam.com,maria.carapia@palmerlegalteam.com

- **R. Scott Palmer**
  scott.palmer@myfloridalegal.com

- **Lawrence Genaro Papale**
  lgpapale@papalelaw.com

- **Joseph Mario Patane**
  jpatane@tatp.com

- **Jonathan Alan Patchen**
  jpatchen@tcolaw.com,cdunbar@tcolaw.com,schow@tcolaw.com,jmetz@tcolaw.com,cgalvin@tcolaw.com,esittler@tcolaw.com

- **George L. Paul**
  gpaul@whitecase.com

- **Clifford H. Pearson**
  cpearson@pswlaw.com

- **Matthew David-Craig Pearson**
  mpearson@bermandevalerio.com,ysoboleva@bermandevalerio.com

- **Jayne Ann Peeters**
  jpeeters@steyerlaw.com,aroque@steyerlaw.com

- **David M. Peterson**
  dpeterson@susmangodfrey.com,ecf-805abf0bcfce@ecf.pacerpro.com,ecf-4a97f7bbd348@ecf.pacerpro.com

- **Robert J. Pfister**
  rpfister@ktbslaw.com

- **Eric James Pickar**
  epickar@bangsmccullen.com

- **Pillsbury Winthrop Shaw Pittman LLP**
  dianne@pillsburylaw.com

- **Stuart Christopher Plunkett**
  stuart.plunkett@bakerbotts.com,katrina.hardy@bakerbotts.com

- **Alan R. Plutzik**
  aplutzik@bramsonplutzik.com,ttappero@bramsonplutzik.com

- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com

- **Robert James Pohlman**
  rpohlman@rcalaw.com

- **Scott E. Poynter**
  scott@swcfirm.com,kim@swcfirm.com

- **Martin Quinn**
  mquinn@jamsadr.com

- **Martin Quinn**
  mq1942@me.com

- **Samuel J Randall**
  srandall@knpa.com,mbrehm@knpa.com

- **Steven Alan Reiss**
  steven.reiss@weil.com

- **Randy R. Renick**
  rrr@renicklaw.com,rrr@hadsellstormer.com,mstroud@hadsellstormer.com,Mvazquez@hadsellstormer.com,home@renicklaw.com

- **Rachele R. Rickert**
  cabrera@whafh.com,boyles@whafh.com,loritsch@whafh.com

- **David Kendall Roberts**
  droberts2@omm.com

- **Jeffrey Scott Roberts**
  jeff.roberts@faegrebd.com

- **Lisa J. Rodriguez**
  lisa@trrlaw.com

- **Kent Michael Roger**
  kroger@morganlewis.com,mnaranjo@morganlewis.com,wschaub@morganlewis.com,mthomasian@morganlewis.com

- **Kathleen Styles Rogers**
  krogers@kraloweclaw.com,ggray@kraloweclaw.com

- **Jennifer Susan Rosenberg**
  jrosenberg@bramsonplutzik.com,moldenburg@bramsonplutzik.com,ttappero@bramsonplutzik.com

- **Jonathan Jeffrey Ross , NA**
  jross@susmangodfrey.com,ecf-0949b38b345a@ecf.pacerpro.com,ecf-ad45e70d2476@ecf.pacerpro.com,klok@susmangodfrey.com

- **Jerome Cary Roth**
  Jerome.Roth@mto.com,susan.ahmadi@mto.com

- **Kajetan Rozga**
  kajetan.rozga@weil.com

- **Geoffrey Conrad Rushing**
  grushing@saveri.com

- **Robert Sabre Safi**
  rsafi@susmangodfrey.com
- **Peter G.A. Safirstein**
  psafirstein@forthepeople.com
- **Joel Steven Sanders**
  jsanders@gibsondunn.com,smaruschak@gibsondunn.com
- **Daniel Allen Sasse**
  dsasse@crowell.com,mquezada@crowell.com
- **Terry Rose Saunders**
  tsaunders@saunders-lawfirm.com
- **Guido Saveri**
  guido@saveri.com
- **Joseph R. Saveri**
  jsaveri@saverilawfirm.com,jfu@saverilawfirm.com,cforthuber@saverilawfirm.com,blang@saverilawfirm.com,dclevenger@saverilawfirm.com,plall@saverilawfirm.com
- **Richard Alexander Saveri**
  rick@saveri.com
- **Michael W. Scarborough**
  mscarborough@smrh.com,mohearn@sheppardmullin.com,rbreese@sheppardmullin.com,khollenbeck@sheppardmullin.com
- **Francis Onofrei Scarpulla**
  fos@scarpullalaw.com,cpc@scarpullalaw.com
- **Haidee L. Schwartz**
  hschwartz@omm.com
- **Austin Van Schwing**
  aschwing@gibsondunn.com
- **Anthony D. Shapiro**
  tony@hbsslaw.com,george@hbsslaw.com,laurie@hbsslaw.com,ronnie@hbsslaw.com
- **Samuel James Sharp**
  samuel.sharp@whitecase.com
- **Sharp Corporation**
  colin.west@bingham.com
- **Jeffrey Chad Shea**
  sheaj_2000@yahoo.com
- **Aaron M. Sheanin**
  asheanin@pswlaw.com,vglaze@pswlaw.com,yberry@pswlaw.com
- **Harry Shulman**
  harry@shulmanlawfirm.com
- **Imtiaz A. Siddiqui**
  isiddiqui@cpmlegal.com,jacosta@cpmlegal.com
- **Roman M. Silberfeld**
  rsilberfeld@robinskaplan.com,rirajpanah@robinskaplan.com
- **Fred A. Silva**
  fsilva@damrell.com,nweston-dawkes@damrell.com
- **Ian T Simmons**
  isimmons@omm.com
- **Bruce Lee Simon**
  bsimon@pswlaw.com,bpouya@pswlaw.com,mpearson@pswlaw.com,dwarshaw@pswlaw.com,yberry@pswlaw.com,mwilliams@pswlaw.com,egrant@pswlaw.com
- **Michael G. Simon**
  msimon@facslaw.com
- **Joseph J Simons**
  jsimons@paulweiss.com,mao_fednational@paulweiss.com
- **David Nathan-Allen Sims**
  dsims@saveri.com
- **Stuart Harold Singer**
  ssinger@bsfllp.com
- **Charles B. Sklarsky**
  csklarsky@jenner.com
- **Richard Sutton Snyder**
  richard.snyder@freshfields.com
- **Richard P. Sobiecki**
  rich.sobieck@bakerbotts.com
- **Donna F Solen**
  dsolen@lexlawgroup.com
- **Mona Solouki**
  msolouki@sheppardmullin.com,tilee@sheppardmullin.com,ewhite@sheppardmullin.com,khollenbeck@sheppardmullin.com
- **Gary Laurence Specks**
  gspecks@kaplanfox.com
- **Eugene A. Spector**
  espector@srkw-law.com
- **Ronnie Seidel Spiegel**
  ronnie@hbsslaw.com,robert@hbsslaw.com
- **Joseph Scott St. John**
  jscottstjohnpublic@gmail.com
- **Fernando Xaxier Starkes**
  xavier@starkeslawfrim.com
- **State of Connecticut**
  gary.becker@ct.gov
- **State of Washington**
  davidk3@atg.wa.gov
- **Ranae D. Steiner**
  rsteiner@heinsmills.com
- **Scott A. Stempel**
  sstempel@morganlewis.com
- **J. Matthew Stephens**
  sreynolds@mmlaw.net
- **Amy Lee Stewart**
  astewart@roselawfirm.com,rberitiech@roselawfirm.com
- **Dennis Stewart**
  dstewart@hulettharper.com,anita@hulettharper.com,katie@hulettharper.com
- **Jennifer Stewart**
  jstewart@winston.com,lduxstad@winston.com
- **Allan Steyer**
  asteyer@steyerlaw.com,lrorem@steyerlaw.com,smacrae@steyerlaw.com,arubenstein@steyerlaw.com
- **Dianne L. Sweeney**
  dianne@pillsburylaw.com,ryan.selness@pillsburylaw.com,teresa.castro@pillsburylaw.com,cate.kealiinohomoku@pillsburylaw.com
- **Jon Vensel Swenson**
  jon.swenson@bakerbotts.com,robert.michaels@bakerbotts.com,jessica.quon@bakerbotts.com,donna.loop@BakerBotts.com,jennifer.nguyen@bakerbotts.com,dlpalallparalegals@bakerbotts.com

- **Joseph J. Tabacco , Jr**
  jtabacco@bermandevalerio.com,ysoboleva@bermandevalerio.com

- **John M. Taladay**
  john.taladay@bakerbotts.com

- **Lindsey H. Taylor**
  ltaylor@carellabyrne.com

- **Stephen E. Taylor**
  staylor@tcolaw.com

- **William David Temko**
  william.temko@mto.com,vivian.rodriguez@mto.com

- **James Michael Terrell**
  jterrell@mmlaw.net

- **Reginald Von Terrell**
  reggiet2@aol.com

- **Kevin Yoshiwo Teruya**
  kevinteruya@quinnemanuel.com

- **Euphemia Nikki Thomopulos**
  ethomopulos@hkemploymentlaw.com,cludlow@hkemploymentlaw.com

- **Charles Matthew Thompson**
  cmtlaw@aol.com

- **Joseph R. Tiffany , II**
  joseph.tiffany@pillsburylaw.com,susie.macken@pillsburylaw.com

- **Andrew R. Tillman**
  art@paineter.com

- **Ellen Tobin**
  etobin@curtis.com

- **Terrence Joseph Truax**
  ttruax@jenner.com,mpowers@jenner.com,mreilly@jenner.com,cward@jenner.com,svanhorn@jenner.com,docketing@jenner.com,mbrody@jenner.com,phanna@jenner.com

- **John Selim Tschirgi**
  jtschirgi@winston.com

- **Michael Frederick Tubach**
  mtubach@omm.com,kquintanilla@omm.com

- **Robert Turken**
  rturken@bilzin.com

- **Bijal Vijay Vakil**
  bvakil@whitecase.com,vfarias@whitecase.com,mkenny@whitecase.com,SV-Calendaring@whitecase.com

- **Andrea Marie Valdez**
  andrea.valdez.esq@gmail.com

- **Kenneth Leo Valinoti**
  kvalinoti@valinoti-dito.com,mskowron@valinoti-dito.com

- **Shaun M. Van Horn**
  svanhorn@jenner.com

- **Joseph Michael Vanek**
  jvanek@vaneklaw.com

- **Emilio Eugene Varanini , IV**
  Emilio.Varanini@doj.ca.gov,lucia.rodriguez@doj.ca.gov

- **Ashlei Melissa Vargas**
  avargas@pswplaw.com,nhalpern@pswplaw.com

- **Lara Elvidge Veblen**
  lara.veblen@weil.com

- **A. Paul Victor**
  pvictor@winston.com,docketsf@winston.com,docketny@winston.com

- **Anthony J. Viola**
  aviola@eapdlaw.com

- **Scott N. Wagner**
  swagner@bilzin.com,eservice@bilzin.com,asolis@bilzin.com,fmorera@bilzin.com

- **James Matthew Wagstaffe**
  wagstaffe@kerrwagstaffe.com,dwyer@kerrwagstaffe.com,bechtol@kerrwagstaffe.com

- **Douglas L Wald**
  douglas.wald@aporter.com

- **Benjamin Edward Waldin**
  bwaldin@eimerstahl.com

- **Vaughn R. Walker**
  vrw@judgewalker.com

- **Donald Arthur Wall**
  donald.wall@squirepb.com

- **Vincent J. Ward**
  vjw@fbdlaw.com

- **Daniel L. Warshaw**
  dwarshaw@pswplaw.com,bpouya@pswplaw.com,mwilliams@pswplaw.com,egrant@pswplaw.com

- **Jonathan Mark Watkins**
  jwatkins@pswplaw.com

- **Nicholas J. Weilhammer**
  nicholas.weilhammer@myfloridalegal.com,jennifer.morganbyrd@myfloridalegal.com

- **Gregory J. Weingart**
  gregory.weingart@mto.com

- **Eric J. Weiss**
  EWeiss@perkinscoie.com

- **Jonathan Mark Weiss**
  jweiss@ktbslaw.com

- **Colin C. West**
  colin.west@morganlewis.com

- **Jeff S. Westerman**
  jwesterman@jswlegal.com

- **Jan Leigh Westfall**
  jlwestfall.esq@gmail.com,legal.assistant50@gmail.com

- **Joseph Richard Wetzel**
  jwetzel@kslaw.com,tbishop@kslaw.com

- **Katherine Hamilton Wheaton**
  kate.wheaton@kirkland.com,hayle.gosnell@kirkland.com,sarah.reeves@kirkland.com,karl.stampfl@kirkland.com

- **Collin R White**
  cwhite@khhte.com

- **Gavin David Whitis**
  gwhitis@pondnorth.com,efile@pondnorth.com

- **Mitchell E. Widom**
  mwidom@bilzin.com

- **K. Craig Wildfang**
  kcwildfang@robinskaplan.com,rries@robinskaplan.com,afmiller@robinskaplan.com

- **Joel Calcar Willard**
  jwillard@gibsondunn.com,rmcbain@gibsondunn.com

- **Steven Noel Williams**
  swilliams@cpmlegal.com,jverducci@cpmlegal.com,jlein@cpmlegal.com,azapala@cpmlegal.com,mcaylao@cpmlegal.com,ebott@cpmlegal.com,etran@cpmlegal.com

- **Christopher Wilson**
  cwilson@polsinelli.com

- **Lingel Hart Winters**
  sawmill2@aol.com

- **Tsung-Hui (Danny) Wu**
  twu@whitecase.com

- **YRC, INC.**
  jeff@juddlawgroup.com

- **Xiaochin Claire Yan**
  claire.yan@mto.com

- **David L. Yohai**
  david.yohai@weil.com,Ryan.Goodland@weil.com,Kajetan.Rozga@weil.com,kevin.goldstein@weil.com,Lara.Trager@weil.com,nymao@weil.com,nymao@ecf.pacerpro.com

- **David E. Yolkut**
  david.yolkut@weil.com

- **Ryan C Zagare**
  rzagare@knpa.com,jruiz@knpa.com

- **Judith A. Zahid**
  jzahid@zelle.com

- **Cadio R. Zirpoli**
  cadio@saveri.com,mogden@saveri.com

- **Jeffrey Ira Zuckerman**
  jzuckerman@curtis.com

- **Jason de Bretteville**
  jdebretteville@sycr.com,ccheek@sycr.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
MINA ASHKANNEJHAD
,

Monique          Alonso
Gross & Belsky LLP
,

Adam             C. Belsky
Gross Belsky Alonso LLP
,

P.               John Brady
Shughart Thomson & Kilroy PC
,

JEFF CRAIG
,

Patricia         A. Conners
Attorney General's Office
Department of Legal Affairs
Antitrust Section
PL-01 The Capitol
Tallahassee, FL 32399-1050

Daniel           D. Cowen
Shughart Thomson & Kilroy PC
,

Sarah            Crowley
Gross Belsky Alonso LLP
,

Nathan           A. Dickson
Jinks Crow & Dickson PC
,

Issac            L. Diel
Sharp McQueen
6900 College Boulevard, Suite 285
Overland Park, KS 66211

Molly            M Donovan
Dewey & LeBoeuf LLP
,

ESTATE OF LATE R. DERYL EDWARDS JR
,

Neal             A Eisenbraun
Neal A Eisenbraun, Chartered
2599 Mississippi Street
New Brighton, MN 55113

John             G. Emerson
Emerson Scott LLP
830 Apollo Lane
Houston, TX 77058

Lori             A. Fanning
Miller Law LLC
115 South LaSalle Street, Suite 2910
Chicago, IL 60603

John             Gressette Felder                , Jr
McGowan Hood Felder and Johnson
1405 Calhoun Street
Columbia, SC 29201

Alan Frankel
,

Matthew          Frutig
White & Case LLP
,

Traviss          Levine Galloway
Zelle Hofmann Voelbel Mason & Gette
44 Montgomery St #3400
San Francisco, CA 94104

Robert           B. Gerard
Gerard Selden & Osuch
1516 Front Street
San Diego, CA 92101

Martin           E. Grossman
Law Offices of Martin E. Grossman
2121 Green Brier Drive
Villanova, PA 19085

Lynn             W. Jinks
Jinks Crow & Dickson PC
,

Charles          H. Johnson
Charles H Johnson & Associates PA
2599 Mississippi Street
New Brighton, MN 55113

Elliot           S. Kaplan
Robins Kaplan Miller & Ciresi
,

Tracy            R. Kirkman
Cooper & Kirkham PC
,

Eleanor Lewis
,

Lawrence         D. McCabe
Murray Frank & Sailer LLP
275 Madison Avenue
```

New York, NY 10016

**McCallum, Methvin & Terrell, P.C.**
McCallum, Methvin & Terrell, P.C.
2201 Arlington Ave S
Birmingham
Birmingham, AL 35205

**James          P. McCarthy**
Lindquist & Vennum
,

**Charise        Naifeh**
White & Case LLP
,

**PT.MT Picture Display Indonesia**
,

**Donald         L. Perelman**
Fine Kaplan & Black RPC
One S. Broad Street, 23rd Floor
Philadelphia, PA 19107

**Mark           Reinhardt**
Reinhardt Wendorf & Blanchfield
East 1000 First National Bank Building
322 Minnesota Street
St. Paul, MN 55101

**Steven         A. Reiss**
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**David          Roberts**
O'Melveny & Myers LLP
,

**Jean           B. Roth**
Mansfield Tanick & Cohen
1700 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402-4511

**Josie Saik**
1205 Cypress Street
Space No. 122
San Dimas, CA 91773-3532

**Lawrence       P. Schaefer**
Mansfield Tanick & Cohen
1700 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402-4511

**Roger          Martin Schrimp**
Damrell Nelson Schrimp Pallios Pacher & Silva
1601 I Street  5th Floor
Modesto, CA 95354

**Samuel         J. Sharp**
701 13th Street NW
Washington, DC 20005

**Matthew        E. Van Tine**
Miller Law LLC
115 South LaSalle Street, Suite 2910
Chicago, IL 60603

**Clinton        Paul Walker**
Damrell, Nelson, Schrimp, Pallios, Pache & Silva
1601 "I" Street
Fifth Floor
Modesto, CA 95354

**Melissa        Willett**
Boies, Schiller & Flexner
5301 Wisconsin Ave. NW
Suite 800
Washington, DC 20015

**Christopher Wirth**
LA2120
301 Institution Drive
Bellefonte, PA 16823

**Kim            YoungSang**
ARNOLD & PORTER LLP
,