Jeffrey C. Shea (212754)
Law Office of Brian Barry
Telephone: 949-307-5975
Email: sheaj_2000@yahoo.com

*Counsel for Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Case No. 3:07-cv-5944<br>MDL No. 1917 |
| | |
| This Document Relates to:<br><br>All Indirect Purchaser Actions | **CLASS ACTION**<br><br>**REPLY OF LAW OFFICE OF BRIAN BARRY TO LEAD COUNSEL'S OMNIBUS RESPONSE TO OBJECTIONS TO PROPOSED ALLOCATION OF AGGREGATE FEE AWARD TO INDIRECT PURCHASER PLAINTIFFS' COUNSEL**<br><br>Court: JAMS<br>Special Master:  Martin Quinn, JAMS<br>Judge:  Hon. Jon S. Tigar<br><br>**ORAL HEARING REQUESTED** |

1    Pursuant to the Special Master's Order Re Process for Allocation of Attorney's Fees (ECF No.

2  4748), the Law Office of Brian Barry ("the Firm") hereby responds to Lead Counsel's Omnibus Response

3  to Objections to Proposed Allocation of Aggregate Fee Award to Indirect Purchaser Plaintiffs Counsel

4  (ECF No. 4853) ("Omnibus Opp."). Per the Special Master's Order, the Firm is entitled to this response

5  due to the fact that Lead Counsel referenced and relied upon "new evidence" in filing its Omnibus

6  Opposition.

7    The Special Master, in his Order establishing the rules and procedure for objecting to the

8  allocation of attorneys' fees in the current matter, requested that objecting firms submit supporting

9  evidence with their filings. The Firm indeed provided such evidence in and with its original filing,

10  including evidence demonstrating that the Firm provided and represented a certified New York state class

11  representative (who responded to discovery requests and who was deposed), contributed $28,000 to the

12  litigation fund, and performed high level document review, while working diligently and at all times in

13  close and effective cooperation with the many firms also working on the review. In reply, Lead Counsel

14  presents no "evidence" at all, only innuendo, unsupported statements, and opinions. Clearly Lead

15  Counsel's filing is designed to justify its mistreatment of the Firm, which, despite having the 18th largest

16  lodestar in the case (this ranking achieved even after the Firm absorbed a 1/3[rd] reduction in the hourly rate

17  of its primary attorney and a 20% reduction of its hours billed to the case), is one of only 8 out of 50 firms

18  to not be assigned a positive multiplier. This is inequitable and should not be countenanced.[1] As the court

19  in *In re High Sulfur Content Gasoline Products Liability Litigation*, 517 F.3d 220, 228-235 (5th Cir.

---

[1] It should also be noted that, despite Lead Counsel stating that it engaged in consultations regarding the allocation issue with firms that had performed substantial amounts of work on the case, four of the top firms by lodestar have objected (Kirby, Cooper, Glancy and this Firm). It appears that these consultations were either nonexistent or decidedly unproductive and unsuccessful.

1

2008) stated, courts should not simply defer to a fee allocation proposed by a select committee of attorneys, in no small part, because counsel have inherent conflicts. *In re Diet Drugs Products Liab. Litig.* 401 F.3d 143, 173 (3rd. Cir. 2005). "They make recommendations on their own fees and thus have a financial interest in the outcome. How much deference is due the fox who recommends how to divvy up the chickens?" *Id.*

### A. The Firm Did Not Abandon the Case, It Chose To Work on Another Case After Working on CRT Heavily for Over a Year, and Lead Counsel Never Requested That the Firm Remain on the Case, Return to Help at a Later Date, or That it Divide Its Time Between CRT and The Firm's Other Case

Lead Counsel claims that the Firm did not act in the best interests of the class.[2] This claim is absurd on its face. The Firm provided and represented a client certified as a New York state class representative, and worked on the case extensively for 13 consecutive months, billing over 2000 hours in that time period. It should be noted that the Firm did not file a CRT complaint. It was nearly three years into the case when Lead Counsel solicited the Firm to join the case, provided that the Firm produce a New York client who would be willing to be a class representative. The Firm was subsequently added to the case by Lead Counsel. However, by the end of 2012, when risk was at its highest and at which time the Firm had one of the largest lodestars in the case, there was no class certified and only a minimal $10 million settlement was in place.[3]

---

[2] This claim from a firm that has been criticized for doing exactly that in *Thayer v. Wells Fargo Bank*, 92 Cal.App.4th 819 (2001).

[3] Other firms having worked most of their time in 2012 or earlier are given multipliers, and they are not asserted to have abandoned the case.

2

The absurd abandonment claim by Lead Counsel is based upon one fact: that the Firm choose to have Jeff Shea ("Mr. Shea"), its attorney who was working primarily on CRT, shift over to start working on another case, TransPacific (a case that was starting discovery in January 2013). This is not "abandoning" the case. It is normal (as well as sensible and eminently reasonable) for firms, over a few years, to work on a number of cases so that all of its eggs are not in one basket. The Firm made a decision to work on 4 cases that were filed in the 2006-2008 time frame (CRT, Eggs, TransPacific and Digital Music) in equal amounts, and eventually billed approximately $1.5 million of lodestar in each case (time reports proving this will be provided to the Special Master upon request).

In fact, a review of the Firm's history offers undeniable evidence that it is consistently among the most ardently and fully committed firms in the cases it files and works on, not only in regard to amount of litigation fund contributions, but also in terms of hours devoted (and thus lodestar). In CRT, despite the substantial reduction in Mr. Shea's billable hours and hourly rate, the Firm still ranks 18th out of 50 firms in terms of lodestar, and only 15 firms made higher litigation fund contributions. In LCD, the Firm contributed $400,000 to the litigation fund and had a lodestar of $4.2 million (see Omnibus Opp., Supplemental Report attached to Dec. of Alioto, P.9), ranking it as 10th highest in terms of lodestar, and even higher in the litigation fund contribution category (See attached Declaration of Jeffrey C. Shea, Exhibit 1). In TransPacific, the case Mr. Shea went to work on in January 2013, the Firm was, as of April 2015 (the time of the first motion for approval of settlements and fees), 11th out of 40 firms in lodestar (See Dec. Jeffrey C. Shea, Exhibit 2). These facts demonstrate that the Firm, despite being a very small concern, consistently commits itself fully to its cases, and often works them more heavily than do firms far greater in size.

There is tremendous risk involved in cases like CRT. In this day and age, they often take 10-13 years before they pay, IF they pay at all. By way of example, this case is almost ten years old and with the appeals on file, it could take a total of 13 years before it pays off. TransPacific was filed in 2007, and

while there have been some fees paid, they have not been in amounts large enough to cover costs. Whether that case proceeds (to be determined by the 9th Circuit) and perhaps results in more settlements is up in the air. Even IF the case is allowed to proceed, it will go on for a number of additional years. Digital Music was filed in 2006, and there have been no settlements. The class cert issue has not even been decided. There are class representatives for only 10 states or so, there is no trial date and thus even IF it gets certified, it will be a 12 (plus) year case at minimum, with greatly reduced damages, as it covers only ten states. Finally, Eggs was filed in 2008, and class cert was denied. A 23f petition has been filed, but the 3rd Circuit has sat on it for over a year. A new class cert motion is under submission for an injunctive relief class (meaning no damages at issue anymore), summary judgment motions are just being ruled on presently, and there is no trial date. The case is unlikely to return much (if anything at all) on all of the firm's investment in it and it could turn out to be a 10 year (or longer) case. Based upon the foregoing, it should be abundantly clear as to why no firm likes to work on only one case for 10 years, and why it is necessary that firms take work in other cases when opportunity arises. When the Firm does take on a case, it works it diligently and for an extended period of time, as evidenced above.

Tellingly, there is no evidence offered whatsoever by Lead Counsel demonstrating that <u>anybody</u> asked the Firm to continue working on the case when its attorney Mr. Shea informed co-counsel that he was going to work on another case. Had anybody requested it, or had they requested help at any point later in the case, the Firm would have had Mr. Shea remain or resume working on the case. This possibility was actually discussed between Mr. Shea and Mr. Barry (See Dec. Jeffrey C. Shea). Furthermore, other firms were looking for work (see filings of McCallum Hoaglund) and are now complaining about not being given an opportunity. If the case was at a "critical juncture" and in need of help with the document review, why didn't that firm get the chance to put somebody on the document review at that point? Who allegedly did put new people on the case to replace Mr. Shea at that time? No proof of anybody new being added is offered. Perhaps that is because Lead Counsel's statement is not

4

true, as is the *totally unsupported* statement that Brian Barry told Mr. Alioto and other firms that he lost interest in the case because there were no early settlements. First, nobody settles any indirect purchaser class action before class cert is granted, as any firm working in this field knows. Second, what "other settlements by other plaintiffs" had been entered into by December 2012?

In short, the claims by Lead Counsel constitute untrue revisionist history designed to justify inequitable treatment of the Firm, and are made so that Lead Counsel can line its own pocket.

**B. There is No *Evidence* to Support Claims Regarding Billing Outside of the Database, or That There Was Inefficiency, and Others are Being Paid over $1500 per Hour for Performing the Exact Same Work**

Lead Counsel contradicts itself constantly. Initially, it claims that the Firm abandoned the case and did not work with co-counsel in a professional and collaborative manner. The evidence submitted by the Firm contradicts this claim. Then, a page later, suddenly Lead Counsel complains about HOW MUCH the Firm worked during the 13 months it was fully committed to the case (Omnibus Opp., P.47, lines 3-9, claiming, without providing support, that Mr. Shea billed several hundred hours more than any other reviewer in the time period). Lead Counsel claims that "there was no urgency" requiring him to work more than 8 hours per day or to work on weekends. Yet it then claims that the case was at a critical juncture and that there were substantial amounts of work to be done and that Mr. Shea going to work on another case was a terrible loss for the plaintiffs. Well, which is it? If there was a great deal of work to be done during the time in which Mr. Shea was working, then the case was already at or nearing a critical juncture, and his diligence should be applauded. Otherwise, Lead Counsel's unsupported statement of revisionist history is untrue.

Eight hours constitutes a normal workday, and there are only 3 days out of the 354 days Mr. Shea worked on the case that are billed at 9 hours plus a fraction. The "over 8 hour days" are, with the

exception of the three 9 hour days, 8 hours and a tiny fraction.[4]  The weekend hours are generally 2-4 per day (back up time records will be provided to the Special Master privately if requested).

As to its claims that the memorandum Mr. Shea created "could and should have been recorded in the database," Lead Counsel has once again contradicted itself in an attempt to cast the Firm in a negative light. In a September 3, 2015 email (to be provided to the Special Master privately if requested) exchange between Lauren Capurro and Brian Barry, Capurro wrote: "I have spoken to Sylvie and have reviewed a number of the memos and document summaries that Jeff was sending to her. These memos are simply lists of good documents with descriptions that he appears to have cut and pasted from the notes field in Relativity…". Thus, it is clear that Lead Counsel understood that the underlying work product from which the memorandum were later comprised did in fact exist in and emanate from the database, and it is knowingly making a false claim strictly to impugn the Firm.

Lead counsel, without providing *evidence*, offers its *opinion* that Mr. Shea was a low level reviewer. The Firm, however, believes he was a high level reviewer, and that this is an issue for the Special Master to decide, based upon the evidence submitted. Whatever the Special Master's decision on this issue, the fact remains that there are people (including some who performed additional tasks or who worked on the case longer) who did exactly the same type of work as Mr. Shea during the same time period who are due to receive upwards of $1500 per hour (with multiplier). Even law clerks are to

---

[4] Lead Counsel also makes a reference to LCD that is misleading in one respect and blatantly untrue in another. As the Special Master may recall, in that case the Firm employed a Chinese reviewer who, in the first three months of the case, billed 10 - 12 hour days. Once additional Chinese reviewers were brought on, he never billed more than 9 hours per day for the rest of the case. This was not Mr. Shea and no findings about Mr. Shea's hours in the case being unrealistic were ever made, contrary to the false statement to that effect made in Mario Alioto's declaration (See Paragraph 79).

receive $900 per hour (with multiplier).  How is it equitable that Mr. Shea is due to receive only $350 per hour?

Lead Counsel, in asserting that the $350 per hour rate is justified, writes that while Mr. Shea was involved "to some degree in reviewing and coding documents that were ultimately used for depositions," he "did not perform the higher level review involved in selecting documents for use at depositions, or helping to prepare the deposition outline" (Omnibus Opp., P.49).  Lead Counsel is attempting to move the goalposts here by adding the qualifier regarding "selecting documents for use at depositions."  In its Proposed Allocation of Aggregate Fee Award to Indirect Purchaser Plaintiffs Counsel, Lead Counsel writes, in very clear and plain language, that "Where document reviewers also worked on preparing for depositions" firms were "allowed to bill this time at the attorney's normal rate" (ECF No. 4790, P.2, Footnote 1).  As discussed in our Objection (ECF No. 4836), a significant portion of Mr. Shea's work was undertaken for the express and sole purpose of deposition preparation (including in preparation for the depositions of personnel from Samsung, Hitachi, and Chunghwa).  Given that this work would certainly qualify under any normal reading or interpretation of the phrase "preparing for depositions," it follows that the hourly rate was indeed improperly capped, and should have been allowed at $525 per hour (which is not even the "current" rate, but merely the historical rate).[5]

---

[5] Regarding the Korean reviewers hired by our firm, Lead Counsel *requested* that the Firm find some lawyers to perform foreign language review. Two were hired.  Lead Counsel was very happy with one, but he left to take another job, despite being offered a raise in an attempt to retain him.  The fact that the man wanted to progress in his career is outside of the Firm's ability to control, and is hardly something to criticize.  Eventually Lead Counsel decided that the other attorney was not as good as others working on the case, so she was taken off.  This is not an uncommon event in these types of cases.  The fact is, no evidence has been offered demonstrating that their work was not useful and/or utilized.  Nevertheless, they are billed at $300 per hour for the reviewer Lead Counsel eventually became unhappy with, and at $350 per hour for the reviewer it was happy with, not at the $400 (if not higher) per hour rate that all other foreign language reviewers were billed at.

7

**C. Lead Counsel Repeatedly States that Firms Which Performed Work Such as The Firm Did Should be Given a Multiplier in the 1.23-1.25 Range**

In further and vivid demonstration of contradiction and inconsistency, Lead Counsel, while denying that the Firm deserves a multiplier, frequently states that other firms meeting certain criteria do in fact deserve a multiplier.  For example, it opines that firms with small lodestars of $100,000 or less, which did nothing but some work for their clients, should receive multipliers of 1.15-1.25 (See Omnibus Opp. P. 50, lines 16-21).   Lead Counsel repeatedly states in its filings that firms which did even low level document review and provided a class representative deserve multipliers (See Omnibus Opp., P.41, lines 7-11, a base multiplier of 1.2 for firms who had clients, increased for those that contributed to the Litigation Fund and/or did document review).

In response to an objection by Mr. Scarpulla offering that no document review work should receive a multiplier, Lead Counsel states that *firms that did document review receive multipliers, there is no basis for denying them a multiplier for their work **which was at risk for many years*** (See Omnibus Opp. P. 15, lines 22-26, emphasis added).

McCallum Hoaglund is given a 1.2492 multiplier.  It provided a $12,000 litigation fund contribution, had a client and did a very small amount of work on one brief that, per Lead Counsel, had to be substantially redone.  In response to a complaint about its multiplier, Lead Counsel points out what it recommended for other firms which had a class representative and/or performed low level document review:

McCallum Methvin (1.2486 on lodestar of $106,000 and $10,000 litigation fund contribution),

Frankovitch Anetakis (1.22385 on lodestar of $197,000 and $25,000 litigation fund contribution),

Kirkpatrick (1.2344 on lodestar of $214,000 and $10,000 litigation fund contribution)

Bonnett Fairbourn (1.2242 on lodestar of $667,000 and $55,000 litigation fund contribution)

(See Omnibus Opp., P.5, lines 11-14).

8

If the above multipliers, which are based on lodestars that pale in comparison to even the post-reduction(s) lodestar of the Firm (and which factor in lower litigation fund contributions by 3 of the firms), are to be considered fair, how is it equitable that the Firm receives no multiplier? It should in all fairness and equity be assigned a higher one.[6]

**Conclusion**

In sum, Lead Counsel can't get its story straight, and contradicts itself constantly in order to try and justify its improper treatment of the Firm. Lead Counsel cannot point to any evidence of any complaints about Mr. Shea's work or his submitted hours at any time during the litigation of the case. Purported issues only and suddenly arose when Lead Counsel reached the point where it had to decide how to reward as much of the fee to itself as possible. The claim by Lead Counsel that Mr. Shea's hours are more than the hours he was logged into the database is a claim for which it provides no evidentiary support (no documents or records underpinning this claim were attached to or submitted with its Omnibus Opposition). Mr. Shea fully acknowledges and in no way disputes that he did indeed perform significant work outside of the database. This work certainly redounded to the benefit of his review group and to the Plaintiff class. The number of hours Lead Counsel claims he worked outside of the database is apparently supposed to be taken at face value just because it says so. However, because the Special Master requested that supporting evidence be presented, any unsupported claims by Lead Counsel should be taken with a grain of salt, as it has in the past acted improperly when it comes to seeking fees. See *Thayer v. Wells Fargo Bank,* 92 Cal.App.4th 819, 843-844 (2001) ("Alioto and Kassof respectively sought and received

---

[6] The assigned multiplier does not appear fair to Bonnett, however, given its lodestar and amount of litigation fund contributions, and the Firm agrees with other objectors who claim that the multiplier for Lead Counsel should be lowered and upwardly adjusted for the rest of the firms.

compensation for almost 10 hours for work performed on April 16 in connection with this conference, which appears to have lasted about an hour.... This is not an isolated example of the manner in which Kassof and Alioto not only duplicated the work of counsel for plaintiffs in other cases but duplicated each other's work. At virtually every hearing that took place after coordination was ordered, plaintiffs in the other cases were invariably represented by a single attorney and either Himmelstein or Knutson, and sometimes both, made the bulk of the plaintiffs' presentation, and Alioto and Kassof both appeared to separately express their concurrence").

Even assuming, *arguendo*, the Special Master finds that the document review work by Mr. Shea was lower level and that the $350 per hour cap was proper, the Firm should STILL be assigned a positive multiplier. Lead Counsel repeatedly states that firms which performed document review work, made litigation fund contributions, and provided a class representative should be given a multiplier of *at least* 1.23-1.25. Our firm certainly satisfies these criteria, and should be assigned a multiplier (at a minimum) within this range, if not higher, given the number of hours worked and the litigation fund contributions provided early in the case, when risk was at its highest. The Firm also agrees with other objectors that Lead Counsel has rewarded itself excessively, that its multiplier should be lowered, and that more wealth should be spread around to all others.

Dated: September 23, 2016

Respectfully Submitted,

Jeffrey C. Shea (212754)
sheaj_2000@yahoo.com
Law Office of Brian Barry

10

**PROOF OF SERVICE VIA ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On September 23, 2016, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Northern District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 23rd day of September, 2016.

*s/ Jeffrey C. Shea*
Jeffrey C. Shea

**Mailing Information for a Case 3:07-cv-05944-JST MDL No. 1917 In Re: Cathode Ray Tube (CRT) Antitrust Litigation**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Eliot A. Adelson**
  eadelson@kirkland.com,sfarley@kirkland.com,mccarthym@kirkland.com

- **Diana Arlen Aguilar**
  diana.aguilar@wsil.com

- **Lee Albert**
  lalbert@glancylaw.com

- **Joseph M. Alioto , Sr**
  jmalioto@aliotolaw.com,nav@aliotolaw.com,jmiller@aliotolaw.com

- **Joseph Michelangelo Alioto , Jr**
  Joseph.Alioto@usdoj.gov,melissa.dorton@usdoj.gov,CaseView.ECF@usdoj.gov

- **Mario N. Alioto**
  malioto@tatp.com

- **Mario Nunzio Alioto**
  malioto@tatp.com

- **Angelina Alioto-Grace**
  sexton@aliotolaw.com

- **Daniel Bruce Allanoff**
  dallanoff@mcgslaw.com

- **James T Almon**
  jalmon@knpa.com,agonzalez@knpa.com

- **Jacob P. Alpren**
  jalpren@fhj-law.com

- **Jonathan Ellis Altman**
  Jonathan.Altman@mto.com

- **Jennie Lee Anderson**
  jennie@andrusanderson.com,kelli.good@andrusanderson.com,leland.belew@andrusanderson.com

- **Lori Erin Andrus**
  lori@andrusanderson.com,kelli.good@andrusanderson.com,leland.belew@andrusanderson.com

- **Deborah Ellen Arbabi**
  darbabi@crowell.com

- **Gregory K Arenson**
  garenson@kaplanfox.com

- **Sofia Arguello**
  sarguello@winston.com

- **Richard A. Arnold**
  rarnold@kennynachwalter.com,sscott@kennynachwalter.com

- **Aldo A. Badini**
  abadini@winston.com,lcachola@winston.com,docketsf@winston.com,docketny@winston.com

- **Gordon Ball**
  gball@gordonball.com,tbenson@gordonball.com,ddaugherty@gordonball.com

- **Dylan Ian Ballard**
  dballard@sheppardmullin.com,mlinville@sheppardmullin.com,bcolomer@sheppardmullin.com

- **Brian Joseph Barry**
  bribarry1@yahoo.com

- **Joseph Michael Barton**
  joebartonesq@gmail.com

- **Harold A. Barza**
  halbarza@quinnemanuel.com,willcooper@quinnemanuel.com,albertvillamil@quinnemanuel.com,calendar@quinnemanuel.com

- **Timothy D. Battin**
  tbattin@straus-boies.com,ecf@straus-boies.com

- **William H. Bave , III**
  wbave@whitecase.com

- **Gary Becker**
  gary.becker@ct.gov

- **Van H. Beckwith**
  van.beckwith@bakerbotts.com,terry.barnard@bakerbotts.com,debora.simonson@bakerbotts.com

- **Matthew C. Behncke**
  mbehncke@susmangodfrey.com

- **Keith Thomson Belt , Jr**
  keithb@beltlawfirm.com,dianeb@beltlawfirm.com

- **Barry J Bendes**
  bbendes@eapdlaw.com

- **Barry J. Bendes**
  bbendes@eapdlaw.com

- **Craig A Benson**
  CBenson@paulweiss.com,mholden@paulweiss.com,larand@paulweiss.com,asardaryan@paulweiss.com,acoyle@paulweiss.com,kdavis@paulweiss.com,kolson@paulweiss.com,mao_fednational@paulweiss.com

- **Steven F. Benz**
  sbenz@khhte.com,ashen@khhte.com,ccook@khhte.com

- **Debra Dawn Bernstein**
  debra.bernstein@alston.com

- **Veronica Besmer**
  veronica@besmerlaw.com,vbesmer@hotmail.com

- **Daniel Edward Birkhaeuser**
  dbirkhaeuser@bramsonplutzik.com,ptoovey@bramsonplutzik.com

- **Garrett D. Blanchfield , Jr**
  g.blanchfield@rwblawfirm.com,k.schulte@rwblawfirm.com,r.yard@rwblawfirm.com

- **William J. Blechman**
  wblechman@knpa.com,dhurniak@knpa.com,mbrehm@knpa.com

- **John Dmitry Bogdanov**
  jdb@coopkirk.com

- **David Boies , III**
  dboies@straus-boies.com,tpalumbo@straus-boies.com

- **Anthony J. Bolognese**
  abolognese@bolognese-law.com

- **Robert J. Bonsignore**
  rbonsignore@class-actions.us

- **Jeffrey D. Bores**
  jbores@chestnutcambronne.com

- **Benjamin Gardner Bradshaw**
  bbradshaw@omm.com

- **Liz Ann Brady**
  liz.brady@myfloridalegal.com,karen.marsh@myfloridalegal.com,colin.fraser@myfloridalegal.com,rachel.steinman@myfloridalegal.com

- **Patrick John Brady**
  jbrady@polsinelli.com,rtrosen@polsinelli.com,cmiller@polsinelli.com,docketing@polsinelli.com,dhunt@polsinelli.com

- **Rachel S. Brass**
  rbrass@gibsondunn.com,smaruschak@gibsondunn.com

- **Brad D. Brian**
  BrianBD@mto.com,lisa.lovullo@mto.com

- **Michael T. Brody**
  mbrody@jenner.com,edockets@jenner.com,svanhorn@jenner.com,docketing@jenner.com

- **Chadwick Oliver Brooker**
  cbrooker@atg.state.il.us

- **David C. Brownstein**
  dbrownstein@fbj-law.com

- **W. Joseph Bruckner**
  wjbruckner@locklaw.com,sjreem@locklaw.com,amhorningnygren@locklaw.com,user2@locklaw.com,pottebn@locklaw.com

- **Robert Page Bruner**
  robertb@beltlawfirm.com

- **David Burman**
  dburman@perkinscoie.com,DocketSFLIT@perkinscoie.com,JMcchiskey@perkinscoie.com

- **Courtney C Byrd**
  cbyrd@omm.com

- **William G. Caldes**
  bcaldes@srkw-law.com,jjagher@srkw-law.com

- **Terry Calvani**
  terry.calvani@freshfields.com

- **Karl L. Cambronne**
  kcambronne@chestnutcambronne.com

- **Christopher William Cantrell**
  chrisc@beltlawfirm.com

- **Lauren Clare Capurro**
  laurenrussell@tatp.com,sisselbrowder@yahoo.com

- **Scott W. Carlson**
  scarlson@heinsmills.com

- **Gary R Carney**
  GCarney@paulweiss.com,mao_fednational@paulweiss.com

- **Drew A. Carson**
  carson@millergolerfaeges.com

- **Johnny William Carter**
  jcarter@susmangodfrey.com,ecf-3fdd79b2bc10@ecf.pacerpro.com,ecf-e319b07d26cc@ecf.pacerpro.com,chernandez@susmangodfrey.com

- **Leo David Caseria**
  lcaseria@sheppardmullin.com

- **Brent Caslin**
  bcaslin@jenner.com,docketing@jenner.com

- **Jill Sharon Casselman**
  jscasselman@rkmc.com,jmbauer@rkmc.com,dwfiskio@rkmc.com,lrbryant-wilson@rkmc.com

- **Christina Maria Ceballos-Levy**
  ccl@knpa.com

- **James E. Cecchi**
  jcecchi@carellabyrne.com,jtaylor@carellabyrne.com

- **David P. Chiappetta**
  dchiappetta@perkinscoie.com,jjaeger@perkinscoie.com,docketsflit@perkinscoie.com,jdance@perkinscoie.com,annalee@perkinscoie.com

- **Michelle Park Chiu**
  mchiu@morganlewis.com,drivera@morganlewis.com

- **Stephanie Yunjin Cho**
  scho@hausfeldllp.com

- **Emily E. Chow**
  emily.chow@faegrebd.com,lori.honse@faegrebd.com

- **Michael S. Christian**
  mchristian@zelle.com,newman@zelle.com

- **Patrick Bradford Clayton**
  pbc@scarpullalaw.com

- **William C. Cleveland**
  wcleveland@buismoore.com

- **Bryan L. Clobes**
  bclobes@caffertyclobes.com,docketclerk@caffertyclobes.com,docket@caffertyclobes.com

- **Bruce Cohath**
  bcohath@sheppardmullin.com

- **George Cochran**
  lawchrist@gmail.com

- **Eva W. Cole**
  ewcole@winston.com,cfernandez@winston.com,docketsf@winston.com,docketny@winston.com

- **Commonwealth of Massachusetts**
  matthew.lyons@state.ma.us

- **Bernice Conn**
  BConn@robinskaplan.com,rirajpanah@robinskaplan.com

- **Josef Deen Cooper**
  jdc@coopkirk.com,trk@coopkirk.com,jdf@coopkirk.com,bogdanorek@aol.com

- **Craig C. Corbitt**
  ccorbitt@zelle.com,mbabione@zelle.com,emilio.varanini@doj.ca.gov

- **Joseph W. Cotchett**
  jcotchett@cpmlegal.com

- **Christina Diane Crow**
  ccrow@jinkslaw.com,danthony@jinkslaw.com,ccantey@jinkslaw.com

- **William T. Crowder**
  wcrowder@emersonpoynter.com

- **Brendan P. Cullen**
  cullenb@sullcrom.com,s&cmanagingclerk@sullcrom.com

- **Tyler Mark Cunningham**
  tcunningham@sheppardmullin.com

- **Christopher M. Curran**
  ccurran@whitecase.com,erin.mcnamee@whitecase.com,fhogue@whitecase.com,emily.brodybizar@whitecase.com,mtoto@whitecase.com,jdisanti@whitecase.com,meco@whitecase.com,paige.dekker@whitecase.com

- **Joseph Edward Czerniawski**
  Jczerniawski@wkg.com,JoeCznyc@gmail.com

- **Matthew Robert DalSanto**
  mdalsanto@winston.com,recordssf@winston.com,docketsf@winston.com,ttannis@winston.com

- **Kira A Davis**
  kdavis@paulweiss.com,mao_fednational@paulweiss.com

- **Gerard A Dever**
  gdever@finekaplan.com,shufnagel@finekaplan.com,akatzman@finekaplan.com,dperelman@finekaplan.com,nblakeslee@finekaplan.com

- **William Diaz**
  wdiaz@mwe.com,ahamilton@mwe.com,mstumpf@mwe.com

- **Manuel Juan Dominguez**
  jdominguez@cohenmilstein.com,mwade@cohenmilstein.com

- **Molly Donovan**
  mmdonovan@winston.com,docketsf@winston.com,PacerCourtFile@winston.com,docketny@winston.com,jstewart@winston.com

- **Mark C. Dosker**
  mark.dosker@squirepb.com,sfr_docket@squirepb.com,Dalia.Hill@squirepb.com

- **Thomas Patrick Dove**
  tdove@farth.com

- **Thomas Arthur Doyle**
  tadoyle@thomasadoyle.com,tsaunders@saunders-lawfirm.com

- **Matthew Duncan**
  mduncan@finekaplan.com

- **Barack Shem Echols**
  barack.echols@kirkland.com

- **Helen Cho Eckert**
  heckert@sheppardmullin.com

- **Marc Howard Edelson**
  medelson@edelson-law.com

- **Nathan P. Eimer**
  neimer@eimerstahl.com,erogerv@eimerstahl.com,fharvey@eimerstahl.com,mnowacki@eimerstahl.com

- **Marwa Elzankaly**
  melzankaly@mcmanislaw.com,azandate@mcmanislaw.com,nshakoori@mcmanislaw.com,epipkin@mcmanislaw.com,sshakoori@mcmanislaw.com

- **John G. Emerson**
  jemerson@emersonfirm.com,tautry@emersonfirm.com

- **Candice J. Enders**
  cenders@bm.net

- **Vincent J. Esades**
  vesades@heinsmills.com,lgehrking@heinsmills.com,jkovarik@heinsmills.com,rsteiner@heinsmills.com

- **Esteban Martin Estrada**
  martin.estrada@mto.com,jennifer.lawlor@mto.com

- **John Clayton Everett , Jr**
  jeverett@morganlewis.com

- **Josh Ewing**
  je@fbdlaw.com

- **William S Farmer**
  wfarmer@fbj-law.com,jalpren@fbj-law.com,dbrownstein@fbjlaw.com,jsmith@fbj-law.com

- **Eric B. Fastiff**
  efastiff@lchb.com,btroxel@lchb.com

- **Gordon M. Fauth , Jr**
  gmf@classlitigation.com

- **Kevin Douglas Feder**
  kfeder@omm.com

- **John Finn**
  sampc01@gmail.com

- **Joel Flom**
  joel@jeffersilaw.com

- **Laura Fortman**
  sampc01@gmail.com

- **Dana E. Foster**
  defoster@whitecase.com,defoster@whitecase.com,cnaifeh@whitecase.com,lmandell@whitecase.com

- **M. Eric Frankovitch**
  msimon@facslaw.com

- **Jeff D Friedman**
  jefff@hbsslaw.com,jeanethd@hbsslaw.com,sf_filings@hbsslaw.com,nicolleg@hbsslaw.com

- **Qianwei Fu**
  qfu@zelle.com

- **Gabriel A. Fuentes**
  gfuentes@jenner.com

- **Kenneth A. Gallo**
  kgallo@paulweiss.com,GCarney@paulweiss.com,mlaramie@paulweiss.com,mao_fednational@paulweiss.com

- **Cheryl Ann Galvin**
  cgalvin@tcolaw.com

- **Rodney J Ganske**
  rod.ganske@alston.com,kerrie.sekine@alston.com

- **Steven Ganz**
  terry@grosshelsky.com

- **Jalaine Garcia**
  jgarcia@knpa.com

- **Arthur Slezak Gaus**
  asg@dillinghammurphy.com,wfm@dillinghammurphy.com

- **Martin C. Geagan , Jr**
  mgeagan@winston.com

- **Tiffany Belle Gelott**
  tiffany.gelott@bakerbotts.com

- **David Paul Germaine**
  dgermaine@vaneklaw.com,svitullo@vaneklaw.com,cparrottsheffer@vaneklaw.com

- **John Mark Gidley**
  mgidley@whitecase.com,jdisanti@whitecase.com,mco@whitecase.com

- **Brian Gillett**
  bgillett@susmangodfrey.com,ecf-b3db5569898c@ecf.pacerpro.com,ecf-63532ccae4d9@ecf.pacerpro.com

- **Bernadette Shawan Gillians**
  sgillians@buistmoore.com

- **Brendan Patrick Glackin**
  bglackin@lchb.com

- **Joseph Goldberg**
  jg@fbdlaw.com,imn@fbdlaw.com,drt@fbdlaw.com

- **Kevin B. Goldstein**
  kevin.goldstein@weil.com

- **Ryan Seth Goldstein**
  ryangoldstein@quinnemanuel.com

- **Ryan Michael Goodland**
  ryan.goodland@weil.com

- **Ruthanne Gordon**
  rgordon@bm.net,emagnus@bm.net,ccoslett@bm.net

- **Joshua H. Grabar**
  jgrabar@bolognese-law.com

- **Robert J. Gralewski , Jr**
  bgralewski@kmllp.com,lbrizuela@kmllp.com

- **Steven J. Greenfogel**
  sgreenfogel@litedepalma.com,epalomino@litedepalma.com

- **Marc Jeffrey Greenspon**
  mgreenspon@bernandevalerio.com

- **Francis M. Gregorek**
  gregorek@whafh.com,fair@whafh.com

- **Terry Gross**
  terry@gba-law.com,javier@gba-law.com,monique@gba-law.com,adam@gba-law.com,cristina@gba-law.com,javier@ecf.courtdrive.com,sarah@gba-law.com,joann@gba-law.com

- **Gianna Christa Gruenwald**
  gianna@saveri.com

- **Richard Michael Hagstrom**
  rhagstrom@hjlawfirm.com,cmnelson@hjlawfirm.com

- **Marjan Hajibandeh**
  marjan.hajibandeh@weil.com

- **Michael E. Hamburger**
  mhamburger@whitecase.com

- **Jeane Hamilton**
  jeane.hamilton2@usdoj.gov,vanessa.vargas@usdoj.gov,kathleen.turner@usdoj.gov,carole.huygen@usdoj.gov,kate.patchen@usdoj.gov,CaseView.ECF@usdoj.gov

- **Timothy Ricardo Hanigan**
  trhanigan@gmail.com,dlopez@handaslawfirm.com,vgreenwalt@lhcllp.com

- **Blake Lee Harrop**
  bharrop@atg.state.il.us,jfeldman@atg.state.il.us

- **Cathleen Hamel Hartge**
  Cathleen.Hartge@mto.com,Belinda.Morales@mto.com,mark.roberts@mto.com,jose.geronimo@mto.com,Kevin.Park@mto.com

- **Matthew Dickinson Heaphy**
  mheaphy@saveri.com

- **Astor Henry Lloyd Heaven , III**
  aheaven@crowell.com,sheaven@crowell.com

- **Christopher T. Heffelfinger**
  cheffelfinger@bernandevalerio.com,ysoboleva@bernandevalerio.com

- **Richard Martin Heimann**
  rheimann@lchb.com

- **Samuel D. Heins**
  sheins@heinsmills.com

- **Adam C. Hemlock**
  adam.hemlock@weil.com,adam.hemlock@weil.com,Christopher.Lee@weil.com,Jay.Minga@weil.com,nymao@weil.com,Nicholas.Klenow@weil.com,Marihug.Cedeno@weil.com,nymao@ecf.pacerpro.com

- **Nicholas H. Hesterberg**
  nhesterberg@perkinscoie.com,lnelson@perkinscoie.com,docketsea@perkinscoie.com

- **Eric D. Hougland**
  ehougland@mhcilaw.com

- **Jory M Hoffman**
  jhoffman@jenner.com

- **Curt Holbreich**
  cholbreich@sidley.com,sfefilingnotice@sidley.com,jhiwa@sidley.com,sfdocket@sidley.com

- **Steven Randall Hood**
  rhood@mcgowanhood.com

- **Richard Freeman Horsley**
  rfhala@cs.com

- **Derek G. Howard**
  derek@derekhowardlaw.com,gh@s,donna@dhowlaw.com

- **Gregory Hull**
  Greg@ellenberghull.com

- **Sean Hull**
  sxhull@gmail.com

- **Daniel Hume**
  dhume@kmllp.com

- **Ryan M Hurley**
  ryan.hurley@FaegreBD.com

- **Troy J. Hutchinson**
  thutchinson@heinsmills.com

- **Hojoon Hwang**
  hojoon.hwang@mto.com,Joannette.driver-moore@mto.com,Ashley.Fitzwilliams@mto.com

- **David Yau-Tian Hwu**
  dhwu@saveri.com

- **Philip J Iovieno**
  piovieno@bsfllp.com,mfelder@bsfllp.com,aweber@bsfllp.com,ksmith@bsfllp.com,anardacci@bsfllp.com,tmiller@bsfllp.com,kmout@bsfllp.com

- **Philip J. Iovieno**
  piovieno@bsfllp.com

- **Philip J. Iovieno**
  piovieno@bsfllp.com

- **Robert Brent Irby**
  birby@mhcilaw.com,lmarler@mhcilaw.com,ehoaglund@mhcilaw.com

- **William A. Isaacson**
  wisaacson@bsfllp.com,jmilici@bsfllp.com

- **Michele Chickerell Jackson**
  mjackson@lchb.com,btroxel@lchb.com

- **Michael Jacobs**
  mjacobs@zelle.com

- **Elizabeth Helmer Jordan**
  elizabeth.jordan@alston.com

- **Jeffrey M. Judd**
  juddlegal@sonic.net

- **Betty Lisa Julian**
  bjulian@danrell.com

- **Paul Brian Justi**
  pbjusti@comcast.net,Lori@pbjusti.com

- **Steven A. Kanner**
  skanner@fklmlaw.com,mkhamoo@fklmlaw.com

- **Robert N. Kaplan**
  rkaplan@kaplanfox.com

- **Robert N. Kaplan**
  rkaplan@kaplanfox.com,mmccahill@kaplanfox.com

- **Daniel R. Karon**
  dkaron@karonllc.com,c.good@karonllc.com,bhollowell@karonllc.com

- **Sherman Kassof**
  heevay@att.net,heevay@yahoo.com

- **Margaret Anne Keane**
  margaret.keane@dlapiper.com,sandy.holstrom@dlapiper.com,margaret-keane-8958@ecf.pacerpro.com,1807@ecf.pacerpro.com,jeffrey.reeves@dlapiper.com

- **Julie A. Kearns**
  jkearns@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Katherine T. Kelly**
  kkelly@heinsmills.com

- **Michael P. Kenny**
  mike.kenny@alston.com

- **Matthew David Kent**
  matthew.kent@alston.com,jason.rottner@alston.com

- **Sylvie K. Kern**
  sylviekern@yahoo.com

- **Jeffrey L. Kessler**
  jkessler@winston.com,quercourtfile@winston.com,docketsf@winston.com,docketny@winston.com

- **Charles M. Kester**
  cmkester@nwark.com

- **Jason Kilene**
  jkilene@gustafsongluek.com,dgustafson@gustafsongluek.com

- **Miriam Kim**
  Miriam.Kim@mto.com,robyn.bird@mto.com,victor.tobar@mto.com

- **YongSang Kim**
  yongsang.kim@aporter.com

- **Kirby McInerney LLP**
  bgralewski@kmllp.com

- **Tracy R. Kirkham**
  trk@coopkirk.com

- **Mary Gilmore Kirkpatrick**
  mkirk@vtlawfirm.com

- **Jeffrey Alan Klafter**
  jak@klafterolsen.com

- **Esther L. Klisura**
  eklisura@slenvironment.com,kzener@slenvironment.com,josbun@slenvironment.com,tangst@slenvironment.com

- **Aya Kobori**
  akobori@whitecase.com,agoodall@whitecase.com

- **Anna Marie Konradi**
  anna.konradi@faegrebd.com

- **Erik T. Koons**
  erik.koons@bakerbotts.com

- **Bethany Woodard Kristovich**
  Bethany.Kristovich@mto.com

- **Susan Gilah Kupfer**
  skupfer@glancylaw.com,sfreception@glancylaw.com

- **Christine A. Luciak**
  christine.luciak@freshfields.com,richard.snyder@freshfields.com

- **John Pierre Lahad**
  jlahad@susmangodfrey.com,kristi-davis-0719@ecf.pacerpro.com,kdavis@susmangodfrey.com

- **David Nathan Lake**
  david@lakelawpc.com

- **Nathan Lane , III**
  natelane3law@gmail.com,sarah.david@squirepb.com

- **Lucius Bernard Lau**
  alau@whitecase.com,enaifeh@whitecase.com,sharon.park@whitecase.com,twu@whitecase.com,aangat.amin@whitecase.com,relfand@whitecase.com,jonathanc.black@whitecase.com,mfrutig@whitecase.com,michael.hamburger@whitecase.com,samuel.sharp@whitecase.com,dfoster@whitecase.com

- **Christopher Le**
  cle@straus-boies.com,cvoigt@straus-boies.com,ecf@straus-boies.com

- **Lewis Titus LeClair**
  lleclair@mckoolsmith.com,cfowler@mckoolsmith.com

- **Christopher L. Lebsock**
  clebsock@hausfeldllp.com,celder@hausfeldllp.com

- **Jeffrey Jay Lederman**
  jlederman@winston.com,docketsf@winston.com

- **Charles A. Legge**
  snevins@jamsadr.com

- **Michael Paul Lehmann**
  mlehmann@hausfeldllp.com

- **James F. Lerner**
  jlerner@winston.com,docketsf@winston.com,docketny@winston.com

- **Jill Tan Lin**
  jill.tan.lin@gmail.com

- **Laura K Lin**
  Laura.lin@mto.com,stephanie.ferrell@mto.com,Gregory.Weingart@mto.com

- **Calvin L. Litsey**
  calvin.litsey@faegrebd.com

- **Calvin Lee Litsey**
  calvin.litsey@faegrebd.com,helen.chacon@FaegreBD.com,sonja.beamon@faegrebd.com,debra.egan@faegrebd.com

- **Ethan E. Litwin**
  litwin@hugheshubbard.com,bennettc@howrey.com,managing-attorney-4212@ecf.pacerpro.com,ethan-litwin-8595@ecf.pacerpro.com

- **Marisa C. Livesay**
  livesay@whafh.com,boyles@whafh.com

- **William Henry London**
  wlondon@fklmlaw.com

- **Kevin Bruce Love**
  klove@cridenlove.com

- **Christopher Lovell**
  clovell@lshllp.com

- **Matthew Mark Lyons**
  matthew.lyons@state.ma.us

- **Kyle W. Mach**
  kyle.mach@mto.com,robyn.bird@mto.com

- **Donald Scott Macrae**
  smacrae@bamlawlj.com

- **Lidia Maher**
  Lidia.Maher@usdoj.gov,edward.bernard@usdoj.gov,carole.huygen@usdoj.gov,kate.patchen@usdoj.gov,benjamin.chou@usdoj.gov

- **Travis Luke Manfredi**
  travis@cohnlaw.com

- **Betsy Carol Manifold**
  cabrera@whafh.com,boyles@whafh.com,loritsch@whafh.com

- **Jill Michelle Manning**
  jmanning@steyerlaw.com,lorenm@steyerlaw.com

- **Seymour J. Mansfield**
  smansfield@foleymansfield.com,elewison@foleymansfield.com

- **Mark D. Marino**
  mark.marino@klgates.com

- **Jonathan A Mark**
  jonathanm2@atg.wa.gov,jaxtinw@atg.wa.gov,ATSeaEF@ATG.WA.GOV

- **Kenneth S. Marks**
  kmarks@markshouston.com,ecf-7e1d9959502a@ecf.pacerpro.com,ecf-795e4ba948d9@ecf.pacerpro.com

- **David Martinez**
  dmartinez@robinskaplan.com,lcastiglioni@robinskaplan.com,sgreen@robinskaplan.com

- **Sharon D. Mayo**
  sharon.mayo@aporter.com,Joanna.Lee@aporter.com,Emily.Clark@aporter.com,sfcalendar@aporter.com,Jill.Hernandez@aporter.com

- **Matthew J. McBurney**
  mmcburney@crowell.com

- **Bruce C. McCulloch**
  bruce.mcculloch@freshfields.com

- **Corey D. McGaha**
  cmcgaha@crowdermcgaha.com

- **James Landon McGinnis**
  jmcginnis@sheppardmullin.com,csub@sheppardmullin.com,jcampos@sheppardmullin.com,rbreese@sheppardmullin.com

- **Elizabeth Anne McKenna**
  emckenna@milberg.com

- **William Angus McKinnon**
  bmckinnon@mcgowanhood.com

- **Mike McKool**
  mmckool@mckoolsmith.com,sbovine@mckoolsmith.com

- **James McManis**
  jmcmanis@mcmanislaw.com,mrose@mcmanislaw.com,clarsen@mcmanislaw.com,eschneider@mcmanislaw.com

- **Robert Brian McNary**
  rmcnary@crowell.com

- **Joel Cary Meredith**
  jmeredith@mcgslaw.com,apaul@mcgslaw.com

- **Steven Douglas Merriman**
  smerriman@perkinscoie.com,brandon@perkinscoie.com

- **Robert G. Methvin**
  sreynolds@mmlaw.net

- **Robert Gordon Methvin , Jr**
  sreynolds@mmlaw.net

- **Anton Metlitsky**
  ametlitsky@omm.com

- **Christopher Thomas Micheletti**
  cmicheletti@zelle.com

- **Douglas A. Millen**
  doug@flmlaw.com

- **Marvin A. Miller**
  mmiller@millerlawllc.com

- **Steve A Miller**
  sampc01@gmail.com

- **Steven J. Miller**
  miller@millergrolerfaeges.com

- **Craig D. Minerva**
  craig.minerva@freshfields.com

- **Kathy Lee Monday**
  kmonday@damrell.com,NWeston-Dawkes@damrell.com

- **H. Laddie Montague , Jr**
  hlmontague@bm.net,sleo@bm.net

- **Cori Gordon Moore**
  cgmoore@perkinscoie.com,ailygren@perkinscoie.com

- **Paul Andrew Moore**
  Paul.Moore@doj.ca.gov

- **Theresa Driscoll Moore**
  TMoore@aliotolaw.com

- **Gordon Morgan**
  gmorganpi@gmail.com

- **Andrew J. Morganti**
  amorganti@milberg.com,MAOffice@milberg.com

- **Bruce L. Mulkey**
  bruce@mulkeylaw.com

- **Daniel Joseph Mulligan**
  dan@jmglawoffices.com,lgabriel@jmglawoffices.com

- **Jerome A. Murphy**
  jmurphy@crowell.com,bhanley@crowell.com

- **Gilmur Roderick Murray**
  gmurray@murrayhowardlaw.com,aarnall@murrayhowardlaw.com

- **Jason C. Murray**
  jmurray@crowell.com,SMierisch@crowell.com,rwong@crowell.com,aslade@crowell.com

- **Kevin J. Murray**
  kmurray@knpa.com

- **James Mutchnik**
  james.mutchnik@kirkland.com,wstreff@kirkland.com,holly.fisher@kirkland.com

- **Anne M. Nardacci**
  anardacci@bsfllp.com,amarcus@bsfllp.com,jdew@bsfllp.com,ashaw@bsfllp.com

- **Krishna Brian Narine**
  knarine@m-npartners.com

- **Susan Elizabeth Nash**
  susan.nash@mto.com

- **Barbara J. Nelson**
  barbara.nelson@usdoj.gov

- **Michael John Newton**
  mike.newton@alston.com,lisa.n.wilson@alston.com,linder.lane@alston.com,kate.smith@alston.com

- **Tim David Nord**
  tim.d.nord@state.or.us,melissa.curtis@state.or.us

- **Paul F. Novak**
  pnovak@milberg.com,MAOffice@milberg.com

- **Linda P. Nussbaum**
  lnussbaum@nussbaumpc.com

- **Linda Phyllis Nussbaum**
  lnussbaum@nussbaumpc.com,sschwaiger@nussbaumpc.com,

- **Bambo Obaro**
  bambo.obaro@weil.com,janine.chong@weil.com,tricia-dresel-2470@ecf.pacerpro.com,tricia.dresel@weil.com,janine-chong-60944@ecf.pacerpro.com

- **Elizabeth R. Odette**
  erodette@locklaw.com,samorbey@locklaw.com

- **Niki B. Okcu**
  Niki.Okcu@att.com

- **Orion Home Systems, LLC**
  cadio@saveri.com

- **Kathy L. Osborn**
  kathy.osborn@FaegreBD.com

- **Joseph A. Ostoyich**
  OstoyichJ@howrey.com,OstoyichJ@howrey.com

- **Jeremy Kent Ostrander**
  jostrander@whitecase.com,faragona@whitecase.com,agoodall@whitecase.com

- **Daniel D. Owen**
  dowen@polsinelli.com,rtrosen@polsinelli.com,docketing@polsinelli.com,dhunt@polsinelli.com

- **Joseph Darrell Palmer**
  darrell.palmer@palmerlegalteam.com,maria.carapia@palmerlegalteam.com

- **R. Scott Palmer**
  scott.palmer@myfloridalegal.com

- **Lawrence Genaro Papale**
  lgpapale@papalelaw.com

- **Joseph Mario Patane**
  jpatane@tatp.com

- **Jonathan Alan Patchen**
  jpatchen@tcolaw.com,cdunbar@tcolaw.com,schow@tcolaw.com,jmetz@tcolaw.com,cgalvin@tcolaw.com,esittler@tcolaw.com

- **George L. Paul**
  gpaul@whitecase.com

- **Clifford H. Pearson**
  cpearson@pswlaw.com

- **Matthew David-Craig Pearson**
  mpearson@bernandevalerio.com,ysoboleva@bernandevalerio.com

- **Jayne Ann Peeters**
  jpeeters@steyerlaw.com,aroque@steyerlaw.com

- **David M. Peterson**
  dpeterson@susmangodfrey.com,ecf-805ab0bcfce@ecf.pacerpro.com,ecf-4e97f7bbd348@ecf.pacerpro.com

- **Robert J. Pfister**
  rpfister@ktbslaw.com

- **Eric James Pickar**
  epickar@bangsmccullen.com

- **Pillsbury Winthrop Shaw Pittman LLP**
  dianne@pillsburylaw.com

- **Stuart Christopher Plunkett**
  stuart.plunkett@bakerbotts.com,katrina.hardy@bakerbotts.com

- **Alan R. Plutzik**
  aplutzik@bramsonplutzik.com,ttappero@bramsonplutzik.com

- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com

- **Robert James Pohlman**
  rpohlman@rcalaw.com

- **Scott E. Poynter**
  scott@swcfirm.com,kim@swcfirm.com

- **Martin Quinn**
  mquinn@jamsadr.com

- **Martin Quinn**
  mq1942@me.com

- **Samuel J Randall**
  srandall@knpa.com,mbrehm@knpa.com

- **Steven Alan Reiss**
  steven.reiss@weil.com

- **Randy R. Renick**
  rrr@rennicklaw.com,mrr@hadsellstormer.com,mstroud@hadsellstormer.com,Mvazquez@hadsellstormer.com,home@rennicklaw.com

- **Rachele R. Rickert**
  cabrera@whafh.com,boyles@whafh.com,loritsch@whafh.com

- **David Kendall Roberts**
  droberts2@omm.com

- **Jeffrey Scott Roberts**
  jeff.roberts@faegrebd.com

- **Lisa J. Rodriguez**
  lisa@trrlaw.com

- **Kent Michael Roger**
  kroger@morganlewis.com,mnaranjo@morganlewis.com,wschaub@morganlewis.com,mthomasian@morganlewis.com

- **Kathleen Styles Rogers**
  krogers@kraloweclaw.com,ggray@kraloweclaw.com

- **Jennifer Susan Rosenberg**
  jrosenberg@bramsonplutzik.com,moldensburg@bramsonplutzik.com,ttappero@bramsonplutzik.com

- **Jonathan Jeffrey Ross , NA**
  jross@susmangodfrey.com,ecf-0949b38b345a@ecf.pacerpro.com,ecf-ad45e70d2476@ecf.pacerpro.com,klok@susmangodfrey.com

- **Jerome Cary Roth**
  Jerome.Roth@mto.com,susan.ahmadi@mto.com

- **Kajetan Rozga**
  kajetan.rozga@weil.com

- **Geoffrey Conrad Rushing**
  grushing@saveri.com

- **Robert Sabre Safi**
  rsafi@susmangodfrey.com

- **Peter G.A. Safirstein**
  psafirstein@forthepeople.com

- **Joel Steven Sanders**
  jsanders@gibsondunn.com, smaruschak@gibsondunn.com

- **Daniel Allen Sasse**
  dsasse@crowell.com, mquezada@crowell.com

- **Terry Rose Saunders**
  tsaunders@saunders-lawfirm.com

- **Guido Saveri**
  guido@saveri.com

- **Joseph R. Saveri**
  jsaveri@saverilawfirm.com, jfu@saverilawfirm.com, cforthuber@saverilawfirm.com, blang@saverilawfirm.com, dclevenger@saverilawfirm.com, plall@saverilawfirm.com

- **Richard Alexander Saveri**
  rick@saveri.com

- **Michael W. Scarborough**
  mscarborough@smrh.com, mohearn@sheppardmullin.com, rhreese@sheppardmullin.com, khollenbeck@sheppardmullin.com

- **Francis Onofrei Scarpulla**
  fos@scarpullalaw.com, epc@scarpullalaw.com

- **Haidee L. Schwartz**
  hschwartz@omm.com

- **Austin Van Schwing**
  aschwing@gibsondunn.com

- **Anthony D. Shapiro**
  tony@hbsslaw.com, george@hbsslaw.com, laurie@hbsslaw.com, ronnie@hbsslaw.com

- **Samuel James Sharp**
  samuel.sharp@whitecase.com

- **Sharp Corporation**
  colin.west@bingham.com

- **Jeffrey Chad Shea**
  sheaj_2000@yahoo.com

- **Aaron M. Sheanin**
  asheanin@pswlaw.com, vglaze@pswlaw.com, yberry@pswlaw.com

- **Harry Shulman**
  harry@shulmanlawfirm.com

- **Imtiaz A. Siddiqui**
  isiddiqui@cpmlegal.com, jacosta@cpmlegal.com

- **Roman M. Silberfeld**
  rsilberfeld@robinskaplan.com, rirajpanah@robinskaplan.com

- **Fred A. Silva**
  fsilva@damrell.com, nweston-dawkes@damrell.com

- **Ian T Simmons**
  isimmons@omm.com

- **Bruce Lee Simon**
  bsimon@pswlaw.com, bpouya@pswlaw.com, mpearson@pswlaw.com, dwarshaw@pswlaw.com, yberry@pswlaw.com, mwilliams@pswlaw.com, egrant@pswlaw.com

- **Michael G. Simon**
  msimon@facslaw.com

- **Joseph J Simons**
  jsimons@paulweiss.com, mao_fednational@paulweiss.com

- **David Nathan-Allen Sims**
  dsims@saveri.com

- **Stuart Harold Singer**
  ssinger@bsfllp.com

- **Charles B. Sklarsky**
  csklarsky@jenner.com

- **Richard Sutton Snyder**
  richard.snyder@freshfields.com

- **Richard P. Sobiecki**
  rich.sobieck@bakerbotts.com

- **Donna F Solen**
  dsolen@lexlawgroup.com

- **Mona Solouki**
  msolouki@sheppardmullin.com, zilee@sheppardmullin.com, ewhite@sheppardmullin.com, kbollenbeck@sheppardmullin.com

- **Gary Laurence Specks**
  gspecks@kaplanfox.com

- **Eugene A. Spector**
  espector@srkw-law.com

- **Ronnie Seidel Spiegel**
  ronnie@hbsslaw.com, robert@hbsslaw.com

- **Joseph Scott St. John**
  jscottsjohnpublic@gmail.com

- **Fernando Xaxier Starkes**
  xavier@starkeslawfirm.com

- **State of Connecticut**
  gary.becker@ct.gov

- **State of Washington**
  davidk3@atg.wa.gov

- **Ranae D. Steiner**
  rsteiner@heimsmills.com

- **Scott A. Stempel**
  sstempel@morganlewis.com

- **J. Matthew Stephens**
  sreynolds@mmlaw.net

- **Amy Lee Stewart**
  astewart@roselawfirm.com, rberitiech@roselawfirm.com

- **Dennis Stewart**
  dstewart@hulettharper.com, anita@hulettharper.com, katie@hulettharper.com

- **Jennifer Stewart**
  jstewart@winston.com, kluxstad@winston.com

- **Allan Steyer**
  asteyer@steyerlaw.com, lrorem@steyerlaw.com, smacrae@steyerlaw.com, arubenstein@steyerlaw.com

- **Dianne L. Sweeney**
  dianne@pillsburylaw.com, ryan.selness@pillsburylaw.com, teresa.castro@pillsburylaw.com, cate.kealiinohomoku@pillsburylaw.com

- **Jon Vensel Swenson**
  jon.swenson@bakerbotts.com, robert.michaels@bakerbotts.com, jessica.quon@bakerbotts.com, donna.loop@BakerBotts.com, jennifer.nguyen@bakerbotts.com, dlpalallparalegals@bakerbotts.com

- **Joseph J. Tabacco , Jr**
  jtabacco@bermandevalerio.com,ysoboleva@bermandevalerio.com

- **John M. Talafay**
  john.talalay@bakerbotts.com

- **Lindsey H. Taylor**
  ltaylor@carellabyrne.com

- **Stephen E. Taylor**
  staylor@tcolaw.com

- **William David Temko**
  william.temko@mto.com,vivian.rodriguez@mto.com

- **James Michael Terrell**
  jterrell@mmlaw.net

- **Reginald Von Terrell**
  reggie12@aol.com

- **Kevin Yoshiwo Teruya**
  kevinteruya@quinnemanuel.com

- **Euphemia Nikki Thomopulos**
  ethomopulos@hkemploymentlaw.com,cludlow@hkemploymentlaw.com

- **Charles Matthew Thompson**
  cmtlaw@aol.com

- **Joseph R. Tiffany , II**
  joseph.tiffany@pillsburylaw.com,susie.macken@pillsburylaw.com

- **Andrew R. Tillman**
  art@paineter.com

- **Ellen Tobin**
  etobin@curtis.com

- **Terrence Joseph Truax**
  ttruax@jenner.com,mpowers@jenner.com,mreilly@jenner.com,cward@jenner.com,svanhorn@jenner.com,docketing@jenner.com,mbrody@jenner.com,phanna@jennet.com

- **John Selim Tschirgi**
  jtschirgi@winston.com

- **Michael Frederick Tubach**
  mtubach@omm.com,kquintanilla@omm.com

- **Robert Turken**
  rturken@bilzin.com

- **Bijal Vijay Vakil**
  bvakil@whitecase.com,vfarias@whitecase.com,mkenny@whitecase.com,SV-Calendaring@whitecase.com

- **Andrea Marie Valdez**
  andrea.valdez.esq@gmail.com

- **Kenneth Leo Valinoti**
  kvalinoti@valinoti-dito.com,mskowron@valinoti-dito.com

- **Shaun M. Van Horn**
  svanhorn@jenner.com

- **Joseph Michael Vanek**
  jvanek@vaneklaw.com

- **Emilio Eugene Varanini , IV**
  Emilio.Varanini@doj.ca.gov,lucia.rodriguez@doj.ca.gov

- **Ashlei Melissa Vargas**
  avargas@pswplaw.com,shalpern@pswplaw.com

- **Lara Elvidge Veblen**
  lara.veblen@weil.com

- **A. Paul Victor**
  pvictor@winston.com,docketsf@winston.com,docketny@winston.com

- **Anthony J. Viola**
  aviola@eapdlaw.com

- **Scott N. Wagner**
  swagner@bilzin.com,eservice@bilzin.com,asolis@bilzin.com,fmorera@bilzin.com

- **James Matthew Wagstaffe**
  wagstaffe@kerrwagstaffe.com,dwyer@kerrwagstaffe.com,bechtol@kerrwagstaffe.com

- **Douglas L. Wald**
  douglas.wald@aporter.com

- **Benjamin Edward Waldin**
  bwaldin@eimerstahl.com

- **Vaughn R. Walker**
  vrw@judgewalker.com

- **Donald Arthur Wall**
  donald.wall@squirepb.com

- **Vincent J. Ward**
  vjw@fbdlaw.com

- **Daniel L. Warshaw**
  dwarshaw@pswlaw.com,bpouya@pswlaw.com,mwilliams@pswlaw.com,egrant@pswlaw.com

- **Jonathan Mark Watkins**
  jwatkins@pswplaw.com

- **Nicholas J. Weilhammer**
  nicholas.weilhammer@myfloridalegal.com,jennifer.morganbyrd@myfloridalegal.com

- **Gregory J. Weingart**
  gregory.weingart@mto.com

- **Eric J. Weiss**
  EWeiss@perkinscoie.com

- **Jonathan Mark Weiss**
  jweiss@ktbslaw.com

- **Colin C. West**
  colin.west@morganlewis.com

- **Jeff S. Westerman**
  jwesterman@jswlegal.com

- **Jan Leigh Westfall**
  jlwestfall.esq@gmail.com,legal.assistant50@gmail.com

- **Joseph Richard Wetzel**
  jwetzel@kslaw.com,tbishop@kslaw.com

- **Katherine Hamilton Wheaton**
  kate.wheaton@kirkland.com,hayle.gosnell@kirkland.com,sarah.reeves@kirkland.com,karl.stampfl@kirkland.com

- **Collin R White**
  cwhite@khhte.com

- **Gavin David Whitis**
  gwhitis@pondnorth.com,efile@pondnorth.com

- **Mitchell E. Widom**
  mwidom@bilzin.com

- **K. Craig Wildfang**
  kcwildfang@robinskaplan.com,rries@robinskaplan.com,afmiller@robinskaplan.com

- **Joel Calcar Willard**
  jwillard@gibsondunn.com,rmcbain@gibsondunn.com

- **Steven Noel Williams**
  swilliams@cpmlegal.com,jverducci@cpmlegal.com,jlein@cpmlegal.com,azapala@cpmlegal.com,mcaylao@cpmlegal.com,ebott@cpmlegal.com,etran@cpmlegal.com

- **Christopher Wilson**
  cwilson@polsinelli.com

- **Lingel Hart Winters**
  sawmill2@aol.com

- **Tsung-Hui (Danny) Wu**
  twu@whitecase.com

- **YRC, INC.**
  jeff@juddlawgroup.com

- **Xiaochin Claire Yan**
  claire.yan@mto.com

- **David L. Yohai**
  david.yohai@weil.com,Ryan.Goodland@weil.com,Kajetan.Rozga@weil.com,kevin.goldstein@weil.com,Lara.Trager@weil.com,nymao@weil.com,nymao@ecf.pacerpro.com

- **David E. Yolkut**
  david.yolkut@weil.com

- **Ryan C Zagare**
  rzagare@kspa.com,jruiz@kspa.com

- **Judith A. Zahid**
  jzahid@zelle.com

- **Cadio R. Zirpoli**
  cadio@saveri.com,mogden@saveri.com

- **Jeffrey Ira Zuckerman**
  jzuckerman@curtis.com

- **Jason de Bretteville**
  jdebretteville@sycr.com,ccheek@sycr.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

MINA AKHNNKJHAD
.

**Monique         Alonso**
Gross & Belsky LLP
.

**Adam         C. Belsky**
Gross Belsky Alonso LLP
.

**P.         John Brady**
Shughart Thomson & Kilroy PC
.

**JEFF CRAIG**

**Patricia         A. Conners**
Attorney General's Office
Department of Legal Affairs
Antitrust Section
PL-01 The Capitol
Tallahassee, FL 32399-1050

**Daniel         D. Cowen**
Gross Belsky Alonso LLP
.

**Sarah         Crowley**
Gross Belsky Alonso LLP
.

**Nathan         A. Dickson**
Jinks Crow & Dickson PC
.

**Issac         L. Diel**
Sharp McQueen
6900 College Boulevard, Suite 285
Overland Park, KS 66211

**Molly         M Donovan**
Dewey & LeBoeuf LLP
.

ESTATE OF LATE R. DENYL EDWARDS JR
.

**Neal         A Eisenbraun**
Neal A Eisenbraun, Chartered
2599 Mississippi Street
New Brighton, MN 55113

**John         G. Emerson**
Emerson Scott LLP
830 Apollo Lane
Houston, TX 77058

**Lori         A. Fanning**
Miller Law LLC
115 South LaSalle Street, Suite 2910
Chicago, IL 60603

**John         Gressette Felder                              , Jr**
McGowan Hood Felder and Johnson
1405 Calhoun Street
Columbia, SC 29201

**Alan Frankel**
.

**Matthew         Frutig**
White & Case LLP
.

**Traviss         Levine Galloway**
Zelle Hofmann Voelbel Mason & Gette
44 Montgomery St 83400
San Francisco, CA 94104

**Robert         B. Gerard**
Gerard Selden & Osuch
1516 Front Street
San Diego, CA 92101

**Martin         E. Grossman**
Law Offices of Martin E. Grossman
2121 Green Brier Drive
Villanova, PA 19085

**Lynn         W. Jinks**
Jinks Crow & Dickson PC
.

**Charles         H. Johnson**
Charles H Johnson & Associates PA
2599 Mississippi Street
New Brighton, MN 55113

**Elliot         S. Kaplan**
Robins Kaplan Miller & Ciresi
.

**Tracy         R. Kirkman**
Cooper & Kirkham PC
.

**Eleanor Lewis**
.

**Lawrence         D. McCabe**
Murray Frank & Sailer LLP
275 Madison Avenue

New York, NY 10016

**McCallum, Methvin & Terrell, P.C.**
McCallum, Methvin & Terrell, P.C.
2201 Arlington Ave S
Birmingham, AL 35205

**James        P. McCarthy**
Lindquist & Vennum
.

**Charise        Naifeh**
White & Case LLP
.

**PT.MT Picture Display Indonesia**

**Donald        L. Perelman**
Fine Kaplan & Black RPC
One S. Broad Street, 23rd Floor
Philadelphia, PA 19107

**Mark        Reinhardt**
Reinhardt Wendorf & Blanchfield
East 1000 First National Bank Building
332 Minnesota Street
St. Paul, MN 55101

**Steven        A. Reiss**
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**David        Roberts**
O'Melveny & Myers LLP
.

**Jean        B. Roth**
Mansfield Tanick & Cohen
1700 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402-4511

**Josie Saik**
1205 Cypress Street
Space No. 122
San Dimas, CA 91773-3532

**Lawrence        P. Schaefer**
Mansfield Tanick & Cohen
1700 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402-4511

**Roger        Martin Schrimp**
Damrell Nelson Schrimp Pallios Pachur & Silva
1601 I Street  5th Floor
Modesto, CA 95354

**Samuel        J. Sharp**
701 13th Street NW
Washington, DC 20005

**Matthew        E. Van Tine**
Miller Law LLC
115 South LaSalle Street, Suite 2910
Chicago, IL 60603

**Clinton        Paul Walker**
Damrell, Nelson, Schrimp, Pallios, Pache & Silva
1601 "I" Street
Fifth Floor
Modesto, CA 95354

**Melissa        Willett**
Boies, Schiller & Flexner
5301 Wisconsin Ave. NW
Suite 800
Washington, DC 20015

**Christopher Wirth**
LA2120
301 Institution Drive
Bellefonte, PA 16823

**Kim        YoungSang**
ARNOLD & PORTER LLP
.