# EXHIBIT 1

# APPENDIX A

| Firm Name | Lodestar | Lodestar minus 20% | Recommended Award |
|---|---|---|---|
| Zelle Hofmann et al. | $22,269,334 | $17,815,467 | $80,000,000 |
| Alioto Law Firm | $18,126,946 | $14,501,557 | $45,000,000 |
| Saveri Lowenthal | $9,656,038 | $7,724,830 | $14,500,000 |
| Miami Tamaki | $7,716,017 | $6,172,813 | $20,000,000 |
| Gustafson Gluek | $7,694,044 | $6,155,235 | $15,000,000 |
| Lieff Stewart | $6,482,537 | $5,186,030 | $10,000,000 |
| Straus & Boies | $5,930,764 | $4,744,611 | $14,000,000 |
| Glass Betsky Alonso | $5,917,336 | $4,733,869 | $7,000,000 |
| Cooper & Kirkham | $4,725,800 | $3,780,640 | $9,500,000 |
| Harvey, L/O Brian | $4,198,469 | $3,358,775 | $5,000,000 |
| Goodman Scarlato | $3,825,835 | $3,060,668 | $6,000,000 |
| Gray Plant Mooty | $3,349,892 | $2,679,913 | $14,000,000 |
| Trump, Alioto | $3,278,644 | $2,622,915 | $4,500,000 |
| Reinhardt Wendorf | $3,198,534 | $2,558,827 | $5,500,000 |
| McCallister, Gary | $2,854,553 | $2,283,642 | $6,000,000 |
| Watters, Lingel H. | $2,169,630 | $1,735,704 | $1,000,000 |
| Gerardi Keese | $2,046,387 | $1,637,110 | $3,500,000 |
| Fruglin Law Firm | $1,952,306 | $1,561,845 | $3,000,000 |
| Bogosian & Gralewski | $1,946,170 | $1,556,936 | $3,000,000 |
| Schubert Jonckheer | $1,832,853 | $1,466,282 | $3,000,000 |
| Murray & Howard | $1,750,993 | $1,400,794 | $2,900,000 |
| Saunders Doyle | $1,550,082 | $1,240,066 | $3,250,000 |
| Green & Noblin | $1,519,801 | $1,215,841 | $2,500,000 |
| Glancy Binkow | $1,484,959 | $1,187,967 | $1,750,000 |
| Freeman & Brasso | $1,412,150 | $1,129,720 | $1,000,000 |
| Kirby McInerney | $1,357,310 | $1,085,848 | $2,500,000 |
| Mixter Law | $1,162,964 | $930,371 | $1,750,000 |
| Sharp McQueen | $985,320 | $788,256 | $1,600,000 |
| Johnson & Perkinson | $809,825 | $647,860 | $800,000 |
| Liberty Law Office | $796,191 | $636,953 | $1,000,000 |
| Furth Firm | $781,444 | $625,155 | $900,000 |

Appendix A

| Firm Name | Lodestar | Lodestar minus 20% | Recommended Award |
|---|---|---|---|
| Hulett Harper Stewart | $770,709 | $616,567 | $1,000,000 |
| Raesche McDermott | $770,430 | $616,344 | $850,000 |
| Neine, L/O Krishna | $719,993 | $575,994 | $900,000 |
| Audrus Anderson | $711,918 | $569,534 | $1,000,000 |
| Schack, L/O Alexander | $700,875 | $560,700 | $850,000 |
| Kiowec Law Group | $629,858 | $503,886 | $900,000 |
| Chavez & Gertler | $570,408 | $456,326 | $800,000 |
| Jaagumbo & Assoc. | $555,685 | $444,548 | $390,000 |
| Westlow, Edward J. | $540,585 | $432,468 | $425,000 |
| Hanast | $519,986 | $415,989 | $625,000 |
| McManis Faulkner | $498,065 | $398,452 | $425,000 |
| Shepherd, Finkelman | $435,580 | $348,464 | $525,000 |
| Bonnett, Fairbourn | $434,149 | $347,319 | $580,000 |
| McCallum, Methvin | $407,078 | $325,662 | $500,000 |
| Beale, L/O Lawrence | $389,270 | $311,416 | $400,000 |
| Jenkins Mulligan | $375,480 | $300,384 | $550,000 |
| Morrison, Frost, Olsen | $365,135 | $292,108 | $490,000 |
| Kuler Rohrback | $354,444 | $283,555 | $450,000 |
| Lorette Crump | $344,028 | $275,222 | $300,000 |
| Cassina Law Firm | $331,400 | $265,120 | $750,000 |
| Freedman Boyd | $304,111 | $243,289 | $550,000 |
| Olsen & Malad | $302,202 | $241,762 | $450,000 |
| Raione, John | $283,150 | $226,520 | $675,000 |
| Whitfield Bryson | $279,216 | $223,373 | $260,000 |
| Haskins, L/O Jeffrey K. | $220,850 | $176,680 | $175,000 |
| McGowan Hood | $216,325 | $173,060 | $265,000 |
| Hellmuth & Johnson | $210,708 | $168,566 | $190,000 |
| Devereux Murphy | $191,234 | $152,987 | $235,000 |
| Terrell Law Group | $182,925 | $146,340 | $225,000 |
| Ekenna Law Firm | $168,363 | $134,690 | $100,000 |
| Nwajei, L/O Lawrence | $155,450 | $124,360 | $16,000 |

Appendix A

| Firm Name | Lodestar | Lodestar minus 20% | Recommended Award |
|---|---|---|---|
| Daniell Nelson | $153,855 | $123,084 | $200,000 |
| Wites & Kapetan | $139,124 | $111,299 | $170,000 |
| Federman Howard | $137,894 | $110,315 | $170,000 |
| Emerson Poynter | $137,269 | $109,815 | $165,000 |
| Cafferty Law Firm | $133,806 | $107,045 | $180,000 |
| LO Thomas H. | $128,590 | $102,872 | $160,000 |
| Aylstock, Witkin Kreis | $117,462 | $93,970 | $150,000 |
| Bush & Small | $113,250 | $90,600 | $130,000 |
| Pastor Law Office | $111,395 | $89,116 | $130,000 |
| LaBava Law | $108,045 | $86,436 | $130,000 |
| Guerrieri, Clayman | $96,099 | $76,879 | $120,000 |
| Kossof, LO Sherman | $82,693 | $66,154 | $85,000 |
| Dombroski, James M. | $76,615 | $61,292 | $80,000 |
| Smith Dollar | $75,655 | $60,524 | $85,000 |
| Wyatt & Blake | $75,430 | $60,344 | $90,000 |
| Seiya Law Firm | $60,230 | $48,184 | $70,000 |
| Boulton Law Firm | $52,038 | $41,630 | $60,000 |
| Mallison & Martinez | $50,697 | $40,558 | $55,000 |
| Roberts Law Firm | $50,089 | $40,071 | $60,000 |
| Frey, Danis & Lowe | $50,010 | $40,008 | $5,000 |
| Graham Blackwell | $46,210 | $36,968 | $60,000 |
| Davis, Unrein, Biggs | $44,240 | $35,392 | see Frieden |
| Michaels Ward | $40,159 | $32,127 | $47,000 |
| Gilsis Waldman | $38,737 | $30,990 | $48,000 |
| Metzger & Goldstein | $35,620 | $28,496 | $35,000 |
| Trankovitch, Anetakis | $33,770 | $27,016 | $45,000 |
| Bangs McCullen | $33,300 | $26,640 | $40,000 |
| Godfrey & Kahn | $30,677 | $24,542 | $35,000 |
| Sommers Schwartz, PC | $26,169 | $20,935 | $29,000 |
| Thompson, Jason | $26,169 | $20,935 | $26,000 |

Appendix A

| Firm Name | Lodestar | Lodestar minus 20% | Recommended Award |
|---|---|---|---|
| Wiener & Gould | $22,995 | $18,396 | $28,000 |
| Jimenez, Graffam | $22,961 | $18,369 | $27,000 |
| Branstetter, Stranch | $17,595 | $14,076 | $17,000 |
| Ferratore Law | $13,840 | $11,072 | $13,000 |
| Belancio, Michael | $12,805 | $10,244 | $13,000 |
| Lexler Wallace | $11,591 | $9,273 | $13,000 |
| Love, Ball, Enright | $11,300 | $9,040 | $13,000 |
| Baden, Unrein | $11,000 | $8,800 | $55,000 |
| Saagman, Edward | $10,815 | $8,652 | $10,000 |
| Jessika Yoshida | $10,485 | $8,388 | $13,000 |
| West, L/O George O. | $9,205 | $7,364 | $11,000 |
| Goldberg Katzman | $8,640 | $6,912 | $8,600 |
| Furth, Bundy, Bybee | $8,550 | $6,840 | $900 |
| Anderson Alderson | $7,400 | $5,920 | $7,250 |
| Zsabi Black | $6,893 | $5,514 | $700 |
| Nick Law | $6,150 | $4,920 | $5,800 |
| Fitzpatrick & Goldsb... | $5,680 | $4,544 | $6,500 |
| Ruggerhenry Sargent | $4,598 | $3,678 | $4,500 |
| Wright Stoddard | $4,590 | $3,672 | $4,500 |
| Ferguson Stein | $3,258 | $2,606 | $3,200 |
| Lowther & Johnson | $3,025 | $2,420 | $3,100 |
| Ellison Law Firm | $2,000 | $1,600 | $2,500 |
| Hagens Law Offices | $1,900 | $1,520 | $2,100 |
| LaMarca & Landry | $1,560 | $1,248 | $1,700 |
| Turner Law Firm | $860 | $688 | $900 |
| **TOTAL** | **$148,247,730** | **$118,598,184** | **$308,226,250** |

Appendix A