# EXHIBIT 2

*In re Transpacific Passenger Air Transportation Antitrust Litigation*
**Case No. 07-cv-05634-CRB**

## ALL FIRMS HOURS, LODESTAR AND EXPENSES

|     | FIRM | HOURS | LODESTAR | EXPENSES |
|-----|------|-------|----------|----------|
| 1.  | Andrus Anderson, LLP | 1,927.7 | $832,275.00 | $7,142.61 |
| 2.  | Baker, Keener & Nahra, LLP | 6.0 | $1,800.00 | $98.70 |
| 3.  | Berman DeValerio | 12.15 | $5,482.25 | $266.34 |
| 4.  | Cohen Milstein Sellers & Toll, PLLC | 1,672.5 | $634,900.00 | $31,668.61 |
| 5.  | Cotchett, Pitre & McCarthy, LLP | 17,608.1 | $6,397,085.50 | $251,731.52 |
| 6.  | Cuneo Gilbert & LaDuca, LLP | 117.5 | $61,362.50 | $176.08 |
| 7.  | Emerson Poynter, LLP | 595.2 | $190,478.00 | $251.63 |
| 8.  | Engstrom, Lipscomb & Lack | 427.4 | $255,477.50 | $46,515.78 |
| 9.  | Freed Kanner London & Millen, LLC | 2,877.1 | $1,040,727.00 | $18,556.58 |
| 10. | Girard Gibbs, LLP | 3,685.2 | $1,318,861.25 | $112,517.96 |
| 11. | Girardi Keese | 52.0 | $38,450.00 | $4,408.68 |
| 12. | Glancy Binkow & Goldberg, LLP | 217.35 | $111,736.25 | $707.82 |
| 13. | Grant & Eisenhofer, P.A. | 6,887.60 | $2,720,140.50 | $20,991.72 |
| 14. | Gross, Belsky Alonso, LLP | 4,265.7 | $1,325,590.00 | $1,236.44 |
| 15. | Gustafson Gluek, PLLC | 4,569.25 | $1,583,180.00 | $4,374.84 |
| 16. | Hausfeld, LLP | 8,104.75 | $4,667,443.00 | $68,127.17 |
| 17. | Heins, Mills & Olson, PLC | 1,441.0 | $489,096.25 | $19,528.27 |
| 18. | Kabateck Brown Kellner, LLP | 269.1 | $43,945.00 | $434.90 |
| 19. | Kaplan Fox & Kilsheimer, LLP | 1472.75 | $645,259.50 | $18,703.31 |
| 20. | Labaton Sucharow, LLP | 43.3 | $21,357.00 | $213.35 |
| 21. | Law Offices of Brian Barry | 4,124.96 | $1,382,863.50 | $365.31 |
| 22. | Law Offices of Sherman Kassof | 72.3 | $32,835.00 | $0.00 |
| 23. | Lite DePalma Greenberg, LLC | 492.3 | $151,100.00 | $0.00 |
| 24. | Lockridge Grindal Nauen, PLLP | 2,814.75 | $874,493.75 | $1,156.48 |
| 25. | Meredith Cohen Greenfogel & Skirnik, P.C. | 27.5 | $17,895.00 | $0.00 |
| 26. | Milberg, LLP | 502.5 | $213,828.75 | $16,000.72 |
| 27. | Minami Tamaki, LLP | 2,050.8 | $804,293.00 | $23,511.03 |
| 28. | Moscone Emblidge & Otis, LLP | 28.3 | $13,270.00 | $521.92 |

| 29. | Nast Law LLC | 14,933.? | $59,6??.00 | $?2.84 |
|---|---|---|---|---|
| 30. | Pearson, Simon & Warshaw, LLP | 1,137.0 | $467,565.00 | $81,395.90 |
| 31. | Pomerantz LLP | 3,327.35 | $1,073,263.50 | $75,412.95 |

| | FIRM | HOURS | LODESTAR | EXPENSES |
|---|---|---|---|---|
| 32. | Pritzker Levine LLP | 1,055.85 | $521,981.25 | $38,065.54 |
| 33. | Reinhardt Wendorf & Blanchfield | 4,670.30 | $1,565,137.25 | $1,919.92 |
| 34. | Robins Kaplan, LLP | 5,508.8 | $1,814,095.00 | $240.43 |
| 35. | Saveri & Saveri, Inc. | 3,546.25 | $1,529,606.25 | $28,695.77 |
| 36. | Spector Roesman Kodroff & Willis, P.C. | 4,432.50 | $1,810,747.00 | $17,247.90 |
| 37. | Steyer Lowenthal Boodrookas Alvarez & Smith, LLP | 3,129.00 | $1,549,002.50 | $26,700.94 |
| 38. | The Kralowec Law Group | 29.0 | $11,278.00 | $16.25 |
| 39. | Trump Alioto Trump & Prescott, LLP | 1,141.25 | $454,912.50 | $698.50 |
| 40. | Zelle Hofmann Voelbel & Mason, LLP | 3,872.7 | $1,966,636.50 | $10,414.90 |
| **TOTAL:** | | **98,364.36** | **$38,685,058.25** | **$930,039.61** |