Theresa D. Moore (99978)
Attorney at Law
One Sansome Street, 35th Floor
San Francisco, CA 94104
Telephone: (415) 434-8900
Facsimile: (415) 434-9200
tmoore@aliotolaw.com

*Counsel For Indirect Purchase Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 3:07-cv-5944 JST<br>MDL No. 1917<br><br>**CLASS ACTION** |
| This Document Relates to:<br><br>All Indirect Purchaser Actions | **REPLY OF THERESA D. MOORE, ESQ. IN SUPPORT OF OPPOSITION TO LEAD COUNSEL'S PROPOSED ALLOCATION OF AGGREGATE FEE AWARD TO INDIRECT PURCHASER PLAINTIFFS' COUNSEL**<br><br>Judge:  Honorable John S. Tigar<br>Court :JAMS<br>Special Master: Martin Quinn, JAMS |

I, Theresa D. Moore, declare as follows:

1. I am an attorney licensed to practice law in the State of California, and in multiple Federal Courts throughout the nation including the Northern District of California. I make this declaration based on my own personal knowledge, and if called to testify as a witness in this matter, I could and would competently testify to the facts contained herein. My curriculum vitae is submitted in the prior Declaration filed in the opening papers of this Opposition to Motion, Dkt 4825-1.

2. Attached as **Exhibit A** is a true and correct copy of the personal daily time sheets submitted by Mario Alioto Lead Counsel herein in the *TFT LCD (Flat Panel) Antitrust Litigation, Case No. 3:07-md-1827 SI MDL No. 1827.*

I declare under penalty of perjury that the foregoing is true and correct. Executed this 23rd day of September, 2016 in San Francisco, CA.

/s/ Theresa D. Moore

Theresa D. Moore

---

1

Reply Declaration Of Theresa D. Moore, Esq. In Support Of Opposition To Lead Counsel's Proposed Allocation Of Aggregate Fee Award To Indirect Purchaser Plaintiffs' Counsel

Case No. 3:07-cv-5944 (JST), MDL No. 1917

# EXHIBIT A

# FILED CONDITIONALLY UNDER SEAL