Terrence J. Truax (*pro hac vice*)
ttruax@jenner.com
Charles B. Sklarsky (*pro hac vice*)
csklarsky@jenner.com
Michael T. Brody (*pro hac vice*)
mbrody@jenner.com
Gabriel A. Fuentes (*pro hac vice*)
gfuentes@jenner.com
JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois 60654-3456
Telephone:   (312) 222-9350
Facsimile:    (312) 527-0484

ADDITIONAL COUNSEL IDENTIFIED
FOLLOWING SIGNATURE BLOCK

*Attorneys for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | MDL No. 1917 |
| | Case No. 3:14-cv-02058-JST |
| CRAGO d/b/a DASH COMPUTERS, INC., et al., on its own behalf and on behalf of similarly situated parties, | Master File No. 3:07-cv-05944-JST |
| | **MITSUBISHI ELECTRIC DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5** |
| Plaintiff, | |
| v. | Judge:  Hon. Jon S. Tigar |
| MITSUBISHI ELECTRIC CORPORATION, et al., | |
| Defendants. | |

Having read and complied with the Honorable Jon S. Tigar's Standing Order Governing Administrative Motions to File Materials Under Seal and Civil Local Rules 7-11 and 79-5, and pursuant to those rules, Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc. (collectively, the "Mitsubishi Electric Defendants"), by and through their counsel, respectfully request an order permitting them to file under seal **portions of pages 1, 13, 15** of the Mitsubishi Electric Defendants' Motion for Relief from Nondispositive Pretrial Order of Special Master (the "Motion"), and the following Exhibits to the Declaration of Terrence J. Truax in Support of the Motion:

| Exhibit | Description | Designating Parties |
|---|---|---|
| 1 | Portions of DPPs' Motion to Compel Mitsubishi to Provide Full and Complete Responses to Discovery re Meetings with Competitors, Sales, and Destruction of Evidence, and for Evidentiary Sanctions, dated December 4, 2015 | |
| | Pages 1, 4, 13, 16-17, 20 | Samsung SDI |
| | Pages 5-11, 13-16 | Mitsubishi Electric |
| | Page 13 | Chunghwa |
| | Pages 13-14 | Philips |
| | Page 13 | Hitachi |
| 2 | Portions of Mitsubishi Electric's Response to DPPs Motion to Compel Mitsubishi to Provide Full and Complete Responses to Discovery re Meetings with Competitors, Sales, and Destruction of Evidence, and for Evidentiary Sanctions, dated December 23, 2015 | |
| | Page ii, 1, 20-23 | Samsung SDI |
| | Pages 2-6, 8-19, 23 | Mitsubishi Electric |
| 3 | Portions of DPPs' Reply in Support of Their Motion to Compel Mitsubishi to Provide Full and Complete Responses to Discovery re: Meetings with Competitors, Sales, and Destruction of Evidence, and for Evidentiary Sanctions, dated January 8, 2016 | |
| | Page 5-7, 14 | Samsung SDI |
| | Page 3-9, 11 | Mitsubishi Electric |
| | Page 5 | Chunghwa |
| | Page 7 | Philips |
| | Page 8 | Hitachi |
| 4 | Portions of DPPs' Supplemental Brief in Support of Motion to Compel Mitsubishi to Provide Full and Complete Responses to Discovery re Meetings with Competitors, Sales, and Destruction of Evidence and for Evidentiary Sanctions, dated June 30, 2016 | |
| | Page 3 | Samsung SDI |
| | Pages 1-5 | Mitsubishi Electric |
| | Page 3 | Toshiba |
| | Page 3 | Hitachi |
| 5 | Portions of Mitsubishi Electric's Response to DPPs' Supplemental Brief in Support of Motion to Compel Mitsubishi to Provide Full and Complete Responses to Discovery re Meetings with Competitors, Sales, and Destruction of Evidence and for Evidentiary | |

-1-
MITSUBISHI ELECTRIC DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL
PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5
Case No. 3:14-cv-02058-JST; Master File No. 3:07-cv-05944-JST; MDL No. 1917

| | | Sanctions, dated July 21, 2016 | |
|---|---|---|---|
| | | Pages 6-7, 12 | Samsung SDI |
| | | Pages 2-7, 10-13 | Mitsubishi Electric |
| | | Page 8 | Toshiba |
| | | Page 8 | Hitachi |
| | 6 | Exhibit 14 to Mitsubishi Electric's Response to DPPs Motion to Compel Mitsubishi to Provide Full and Complete Responses to Discovery re Meetings with Competitors, Sales, and Destruction of Evidence, and for Evidentiary Sanctions, dated December 23, 2015 | Mitsubishi Electric |
| | 7 | Portions of Mitsubishi Electric's Brief in Opposition to DPPs Motion to Compel Testimony and Other Evidence Sought in Deposition of Koji Murata, dated February 6, 2015 | Mitsubishi Electric |
| | 9 | Exhibit 12 to Mitsubishi Electric's Response to DPPs Motion to Compel Mitsubishi to Provide Full and Complete Responses to Discovery re Meetings with Competitors, Sales, and Destruction of Evidence, and for Evidentiary Sanctions, dated December 23, 2015 | Mitsubishi Electric |
| | 10 | Exhibit 14 to DPPs' Motion to Compel Mitsubishi Electric to Supplement Answers to Interrogatories, dated December 18, 2014 | Mitsubishi Electric |
| | 13 | Portions of Exhibit 19 to DPPs' Motion to Compel Mitsubishi to Provide Full and Complete Responses to Discovery re Meetings with Competitors, Sales, and Destruction of Evidence, and for Evidentiary Sanctions, dated December 4, 2015 | |
| | | Page 2 | Samsung SDI |
| | | Pages 2-3 | Mitsubishi Electric |
| | 15 | Exhibit 13 to Mitsubishi Electric's Response to DPPs Motion to Compel Mitsubishi to Provide Full and Complete Responses to Discovery re Meetings with Competitors, Sales, and Destruction of Evidence, and for Evidentiary Sanctions, dated December 23, 2015 | Mitsubishi Electric |
| | 16 | Exhibit 10 to Mitsubishi Electric's Supplemental Brief re Depositions of Masahiko Konishi and Koji Murata, dated May 26, 2015 | Mitsubishi Electric |
| | 17 | Portions of Mitsubishi Electric's Supplemental Brief re Depositions of Masahiko Konishi and Koji Murata, dated May 26, 2015 | Mitsubishi Electric |
| | 20 | Exhibit 1 to DPPs' Supplemental Brief in Support of Motion to Compel Mitsubishi to Provide Full and Complete Responses to Discovery re Meetings with Competitors, Sales, and Destruction of Evidence and for Evidentiary Sanctions, dated June 30, 2016 | Mitsubishi Electric |
| | 24 | Exhibit 6 to Mitsubishi Electric's Response to DPPs Motion to Compel Mitsubishi to Provide Full and Complete Responses to Discovery re Meetings with Competitors, Sales, and Destruction of Evidence, and for Evidentiary Sanctions, dated December 23, 2015 | Mitsubishi Electric |

| 25 | Exhibit 63 to DPPs' Motion to Compel Mitsubishi to Provide Full and Complete Responses to Discovery re Meetings with Competitors, Sales, and Destruction of Evidence, and for Evidentiary Sanctions, dated December 4, 2015 | Samsung SDI |
|---|---|---|

This motion is supported by the Declaration of Terrence J. Truax, dated September 23, 2016 ("Truax Declaration"). Civil Local Rule 79-5(d)(1)(A) provides that "a party seeking to file a document, or portions thereof, under seal must file an administrative motion to file under seal" accompanied by "a declaration establishing that the document sought to be filed under seal, or portions thereof, are sealable."

As explained in the Truax Declaration, the above exhibits quote from, cite to, describe or constitute information designated as "Confidential" or "Highly Confidential" by the parties identified in the above chart. For these reasons, the Mitsubishi Electric Defendants respectfully submit this motion pursuant to Civil Local Rules 7-11 and 79-5.

By: */s/ Terrence J. Truax*
Terrence J. Truax

By:  Terrence J. Truax
Charles B. Sklarsky
Michael T. Brody
Gabriel A. Fuentes

ADDITIONAL COUNSEL REFERENCED
FROM CAPTION PAGE

Brent Caslin (Cal. Bar. No. 198682)
bcaslin@jenner.com
JENNER & BLOCK LLP
633 West Fifth Street, Suite 3600
Los Angeles, California 90071
Telephone:  (213) 239-5100
Facsimile:   (213) 239-5199

Harold A. Barza (Cal. Bar. No. 80888)
halbarza@quinnemanuel.com
Kevin Y. Teruya (Cal. Bar. No. 235916)
kevinteruya@quinnemanuel.com
QUINN EMANUEL URQUHART

& SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443 3000
Facsimile:  (213) 443 3100


Ryan S. Goldstein (Cal. Bar No. 208444)
ryangoldstein@quinnemanuel.com
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
NBF Hibiya Building, 25F
1-1-7, Uchisaiwai-cho, Chiyoda-ku
Tokyo 100-0011, Japan
Telephone: +81 3 5510 1711
Facsimile:  +81 3 5510 1712

*Attorneys for Defendants
Mitsubishi Electric Corporation, Mitsubishi
Electric US, Inc., and Mitsubishi Electric
Visual Solutions America, Inc.*