# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | MDL No. 1917 |
| | Case No. 3:14-cv-02058-JST |
| CRAGO d/b/a DASH COMPUTERS, INC., et al., on its own behalf and on behalf of similarly situated parties, | Master File No. 3:07-cv-05944-JST |
| | **[PROPOSED] ORDER GRANTING MITSUBISHI ELECTRIC DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5** |
| Plaintiff, | |
| v. | |
| MITSUBISHI ELECTRIC CORPORATION, et al., | Judge: Hon. Jon S. Tigar |
| Defendants. | |

Upon consideration of Mitsubishi Electric Corporation's, Mitsubishi Electric US, Inc.'s, and Mitsubishi Electric Visual Solutions America, Inc.'s (collectively, the "Mitsubishi Electric Defendants") Administrative Motion to File Under Seal Pursuant to Civil Local Rules 7-11 and 79-5 ("Administrative Motion") and the Declaration of Terrence J. Truax in Support of the Administrative Motion, pursuant to Civil Local Rules 7-11 and 79-5, and with good cause shown:

IT IS HEREBY ORDERED that the Mitsubishi Electric Defendants' Administrative Motion is hereby GRANTED;

IT IS FURTHER ORDERED that the Clerk shall file and maintain under seal the redacted portions of the Mitsubishi Electric Defendants' Motion for Relief from Nondispositive Pretrial Order of Special Master ("Motion for Relief") and the Exhibits to the Declaration of Terrence J. Truax in Support of the Motion for Relief.

1  **IT IS SO ORDERED**

4  DATED: _____          _____

Hon. Jon S. Tigar
United States District Judge

-2-
[PROPOSED] ORDER GRANTING MITSUBISHI ELECTRIC DEFENDANTS' ADMINISTRATIVE
MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5
Case No. 3:14-cv-02058-JST; Master File No. 3:07-cv-05944-JST; MDL No. 1917