Terrence J. Truax (*pro hac vice*)
ttruax@jenner.com
Charles B. Sklarsky (*pro hac vice*)
csklarsky@jenner.com
Michael T. Brody (*pro hac vice*)
mbrody@jenner.com
Gabriel A. Fuentes (*pro hac vice*)
gfuentes@jenner.com
JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois 60654-3456
Telephone:   (312) 222-9350
Facsimile:    (312) 527-0484

ADDITIONAL COUNSEL IDENTIFIED
FOLLOWING SIGNATURE BLOCK

*Attorneys for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | MDL No. 1917 |
| | Case No. 3:14-cv-02058-JST |
| CRAGO d/b/a DASH COMPUTERS, INC., et al., on its own behalf and on behalf of similarly situated parties, | Master File No. 3:07-cv-05944-JST |
| | **PROOF OF SERVICE** |
| Plaintiff, | Judge:  Hon. Jon S. Tigar |
| v. | |
| MITSUBISHI ELECTRIC CORPORATION, et al., | |
| Defendants. | |

I certify that on September 23, 2016, I caused a copy of the following documents to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to Order of the Court:

1. **MITSUBISHI ELECTRIC DEFENDANTS' NOTICE OF MOTION AND MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF SPECIAL MASTER [DKT. 4802];**

2. **DECLARATION OF TERRENCE J. TRUAX IN SUPPORT OF MITSUBISHI ELECTRIC DEFENDANTS' NOTICE OF MOTION AND MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF SPECIAL MASTER [DKT. 4802];**

3. **[PROPOSED] ORDER GRANTING MITSUBISHI ELECTRIC DEFENDANTS' MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF SPECIAL MASTER [DKT. 4802]**

4. **MITSUBISHI ELECTRIC DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5;**

5. **DECLARATION OF TERRENCE J. TRUAX IN SUPPORT OF MITSUBISHI ELECTRIC DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5;** and

6. **[PROPOSED] ORDER GRANTING MITSUBISHI ELECTRIC DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5.**

I also certify that I caused these same above-referenced documents, along with the Exhibits to the Declaration of Terrence J. Truax in Support of Mitsubishi Electric Defendants' Motion for Relief from Nondispositive Pretrial Order of Special Master (the subject documents to be sealed), a copy of the Honorable Jon S. Tigar's Standing Order Covering Administrative Motions to File Materials Under Seal ("Standing Order"), and a copy of Civil Local Rule 79-5 to be delivered by electronic mail to Samsung SDI, Chunghwa, Philips, and Hitachi—the Designating Parties other than Mitsubishi Electric—pursuant to the Standing Order and Civil Local Rule 79-5(e) at the following electronic mail addresses:

> James McGinnis            jmcginnis@sheppardmullin.com
> Michael Scarborough       mscarborough@sheppardmullin.com
> Leo Caseria               lcaseria@sheppardmullin.com
> *Counsel for Samsung SDI Defendants*

| | | |
|---|---|---|
| | Joel Sanders | jsanders@gibsondunn.com |
| | Rachel Brass | rbrass@gibsondunn.com |
| | Austin Schwing | aschwing@gibsondunn.com |
| | William Farmer | wfarmer@fbj-law.com |
| | David Brownstein | dbrownstein@fbj-law.com |
| | Jacob Alpren | jalpren@fbj-law.com |
| | *Counsel for Chunghwa Defendants* | |
| | | |
| | John Taladay | john.taladay@bakerbotts.com |
| | Erik Koons | erik.koons@bakerbotts.com |
| | Jon Swenson | jon.swenson@bakerbotts.com |
| | *Counsel for Philips Defendants* | |
| | | |
| | Eliot Adelson | eadelson@kirkland.com |
| | Barack Echols | bechols@kirkland.com |
| | Kate Wheaton | kwheaton@kirkland.com |
| | *Counsel for Hitachi Defendants* | |

I also certify that I caused these same documents to be served on counsel of record as set forth in the below service list.

                                               */s/ Jory M. Hoffman*
                                               Jory M. Hoffman

                                               By:  Terrence J. Truax
                                                   Charles B. Sklarsky
                                                   Michael T. Brody
                                                   Gabriel A. Fuentes

ADDITIONAL COUNSEL REFERENCED FROM CAPTION PAGE

Brent Caslin (Cal. Bar. No. 198682)
bcaslin@jenner.com
JENNER & BLOCK LLP
633 West Fifth Street, Suite 3600
Los Angeles, California 90071
Telephone:  (213) 239-5100
Facsimile:   (213) 239-5199


Harold A. Barza (Cal. Bar. No. 80888)
halbarza@quinnemanuel.com
Kevin Y. Teruya (Cal. Bar. No. 235916)
kevinteruya@quinnemanuel.com
QUINN EMANUEL URQUHART

& SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:  (213) 443 3000
Facsimile:   (213) 443 3100


Ryan S. Goldstein (Cal. Bar No. 208444)
ryangoldstein@quinnemanuel.com
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
NBF Hibiya Building, 25F
1-1-7, Uchisaiwai-cho, Chiyoda-ku
Tokyo 100-0011, Japan
Telephone:  +81 3 5510 1711
Facsimile:   +81 3 5510 1712

*Attorneys for Defendants
Mitsubishi Electric Corporation, Mitsubishi
Electric US, Inc., and Mitsubishi Electric
Visual Solutions America, Inc.*

# Service List

| SAVERI & SAVERI, INC.<br><br>Guido Saveri<br>Cadio Zirpoli<br>Rick Saveri<br>Geoffrey Rushing<br>706 Sansome Street<br>San Francisco, CA 94111<br>Telephone: (415) 217-6810<br>Facsimile: (415) 217-6813<br>guido@saveri.com<br>cadio@saveri.com<br>rick@saveri.com<br>geoff@saveri.com<br><br>*Counsel for Direct Purchaser Plaintiffs* | WINSTON & STRAWN LLP<br><br>JEFFREY L. KESSLER (*pro hac vice*)<br>Email: JKessler@winston.com<br>A. PAUL VICTOR (*pro hac vice*)<br>Email: PVictor@winston.com<br>ALDO A. BADINI (SBN 257086)<br>Email: ABadini@winston.com<br>EVA W. COLE (*pro hac vice*)<br>Email: EWCole@winston.com<br>MOLLY M. DONOVAN (*pro hac vice*)<br>Email: MMDonovan@winston.com<br>WINSTON & STRAWN LLP<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: (212) 294-6700<br>Facsimile: (212) 294-4700<br><br>WEIL, GOTSHAL & MANGES LLP<br><br>DAVID L. YOHAI (*pro hac vice*)<br>Email: david.yohai@weil.com<br>ADAM C. HEMLOCK (*pro hac vice*)<br>Email: adam.hemlock@weil.com<br><br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, New York 10153-0119<br>Telephone: (212) 310-8000 |

| | |
|---|---|
| | Facsimile: (212) 310-8007<br><br>*Counsel for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, MT Picture Display Co., Ltd.* |
| MUNGER, TOLLES & OLSON LLP<br><br>BRAD BRIAN (State Bar No. 079001)<br>Brad.brian@mto.com<br>GREGORY J. WEINGART (State Bar No. 157997)<br>gregory.weingart@mto.com<br>SUSAN E. NASH (State Bar No. 101837)<br>susan.nash@mto.com<br>E. MARTIN ESTRADA (State Bar No. 223802)<br>martin.estrada@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>355 South Grand Avenue<br>Thirty-Fifth Floor<br>Los Angeles, California 90071-1560<br>Telephone: (213) 683-9100<br>Facsimile: (213) 687-3702<br><br>*Counsel for Defendant LG Electronics, Inc.* | KIRKLAND & ELLIS LLP<br><br>Eliot A. Adelson (SBN 205284)<br>555 California Street, 27th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500<br>Email: eadelson@kirkland.com<br><br>Barack Echols (pro hac vice)<br>Kate Wheaton (pro hac vice)<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>Telephone: (312) 862-2000<br>Facsimile: (31@) 862-2200<br>Email: bechols@kirkland.com<br>Email: kate.wheaton@kirkland.com<br><br>*Attorneys for Defendants Hitachi Displays, Ltd. (n/k/a Japan Display Inc.), Hitachi America, Ltd., And Hitachi Electronic Devices (USA), Inc.* |
| GIBSON, DUNN & CRUTCHER LLP<br><br>JOEL S. SANDERS (SBN 107234)<br>jsanders@gibsondunn.com<br>RACHEL S. BRASS (SBN 219301)<br>rbrass@gibsondunn.com<br>AUSTIN V. SCHWING (SBN 211696)<br>aschwing@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street, Suite 3000<br>San Francisco, California 94105<br>Telephone: (415) 393-8200<br>Facsimile: (415) 393-8306<br><br>FARMER BROWNSTEIN JAEGER LLP<br>WILLIAM S. FARMER, SBN 46694<br>WFarmer@FBJ-law.com<br>DAVID BROWNSTEIN, SBN 141929<br>DBrownstein@FBJ-law.com<br>JACOB ALPREN, SBN 235713<br>JAlpren@FBJ-law.com<br>235 Montgomery Street, Suite 835<br>San Francisco California 94104<br>Telephone 415.962.2876 | BAKER BOTTS LLP<br><br>JOHN M. TALADAY (*pro hac vice*)<br>Email: john.taladay@bakerbotts.com<br>ERIK T. KOONS (*pro hac vice*)<br>Email: erik.koons@bakerbotts.com<br>BAKER BOTTS LLP<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC 20004-2400<br>Telephone: (202) 639-7700<br>Facsimile: (202) 639-7890<br><br>JON V. SWENSON (SBN 233054)<br>Email: jon.swenson@bakerbotts.com<br>BAKER BOTTS LLP<br>1001 Page Mill Road<br>Building One, Suite 200<br>Palo Alto, CA 94304<br>Telephone: (650) 739-7500<br>Facsimile: (650) 739-7699<br><br>*Counsel for Defendants Koninklijke Philips N.V., Philips Electronics North America Corporation, Philips Taiwan Limited and* |

| | |
|---|---|
| Facsimile: 415.520.5678<br><br>*Counsel for Defendant Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.* | *Philips do Brasil Ltda.* |
| WHITE & CASE LLP<br><br>CHRISTOPHER M. CURRAN (*pro hac vice*)<br>Email: ccurran@whitecase.com<br>LUCIUS B. LAU (*pro hac vice*)<br>Email: alau@whitecase.com<br>DANA E. FOSTER (*pro hac vice*)<br>Email: defoster@whitecase.com<br>WHITE & CASE LLP<br>701 Thirteenth Street, N.W.<br>Washington, DC 20005<br>Telephone: (202) 626-3600<br>Facsimile: (202) 639-9355<br><br>*Counsel for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.* | FAEGRE BAKER DANIELS LLP<br><br>KATHY L. OSBORN (*pro hac vice*)<br>Email: kathy.osborn@FaegreBD.com<br>RYAN M. HURLEY (*pro hac vice*)<br>Email: ryan.hurley@FaegreBD.com<br>FAEGRE BAKER DANIELS LLP<br>300 N. Meridian Street, Suite 2700<br>Indianapolis, IN 46204<br>Telephone: (317) 237-0300<br>Facsimile: (317) 237-1000<br><br>JEFFREY S. ROBERTS (*pro hac vice*)<br>Email: jeff.roberts@FaegreBD.com<br>FAEGRE BAKER DANIELS LLP<br>3200 Wells Fargo Center<br>1700 Lincoln Street<br>Denver, CO 80203<br>Telephone: (303) 607-3500<br>Facsimile: (303) 607-3600<br><br>*Counsel for Defendants Thomson SA and Thomson Consumer Electronics, Inc.* |
| SHEPPARD MULLIN RICHTER & HAMPTON LLP<br><br>JAMES L. MCGINNIS (SBN 95788)<br>Email: jmcginnis@sheppardmullin.com<br>MICHAEL W. SCARBOROUGH (SBN 203524)<br>Email: mscarborough@sheppardmullin.com<br>SHEPPARD MULLIN RICHTER & HAMPTON LLP<br>Four Embarcadero Center, 17th Floor<br>San Francisco, California 94111<br>Telephone: (415) 434-9100<br>Facsimile: (415) 434-3947<br><br>LEO D. CASERIA (SBN 240323)<br>Email: lcaseria@sheppardmullin.com<br>SHEPPARD MULLIN RICHTER & HAMPTON LLP<br>333 South Hope Street, 43rd Floor<br>Los Angeles, California 90071-1448<br>Telephone: (213) 620-1780<br>Facsimile: (213) 620-1398<br><br>*Counsel for Defendants Samsung SDI America, Inc.; Samsung SDI Co., Ltd.;* | CURTIS, MALLET-PREVOST, COLT & MOSLE LLP<br>JEFFREY I. ZUCKERMAN (*pro hac vice*)<br>Email: jzuckerman@curtis.com<br>1717 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20006<br>Telephone: 202.452.7350<br>Facsimile: 917.368.7350<br><br>ARTHUR GAUS (SBN 289560)<br>Email: asg@dillinghammurphy.com<br>DILLINGHAM & MURPHY, LLP<br>601 California Street, Suite 1900<br>San Francisco, California 94108<br>Telephone: (415) 397-2700<br>Facsimile: (415) 397-3300<br><br>*Counsel for Defendant Technologies Displays Americas LLC with respect to Office Depot, Inc. v. Technicolor SA, et al. and Sears, Roebuck and Co., et al. v. Technicolor SA, et al.* |

| | |
|---|---|
| *Samsung SDI (Malaysia) SDN. BHD.; Samsung SDI Mexico S.A. DE C.V.; Samsung SDI Brasil Ltda.; Shenzen Samsung SDI Co., Ltd. and Tianjin Samsung SDI Co., Ltd.* | |
| SQUIRE PATTON BOGGS (US) LLP<br><br>MARK C. DOSKER (SBN 114789)<br>Email: mark.dosker@squirepb.com<br>NATHAN LANE, III (SDN 50961)<br>Email: nathan.lane@squirepb.com<br>275 Battery Street, Suite 2600<br>San Francisco, CA 94111<br>Telephone: (415) 954-0200<br>Facsimile: (415) 393-9887<br><br>DONALD A. WALL (*pro hac vice*)<br>Email: donald.wall@squirepb.com<br>SQUIRE PATTON BOGGS (US) LLP<br>1 East Washington Street, Suite 2700<br>Phoenix, Arizona 85004<br>Telephone: (602) 528-4000<br>Facsimile: (602) 253-8129<br><br>*Counsel for Defendant Technologies Displays Americas LLC with respect to all cases except Office Depot, Inc. v. Technicolor SA, et al. and Sears, Roebuck and Co., et al. v. Technicolor SA, et al.* | Philip J. Iovieno<br>Anne M. Nardacci<br>BOIES, SCHILLER & FLEXNER LLP<br>10 North Pearl Street, 4th Floor<br>Albany, NY 12207<br>Telephone: (518) 434-0600<br>Facsimile: (518) 434-0665<br>piovieno@bsfllp.com<br>anardacci@bsfllp.com<br><br>*Counsel for Direct Action Plaintiffs* |