# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**<br><br>CRAGO d/b/a DASH COMPUTERS, INC., et al., on its own behalf and on behalf of similarly situated parties,<br><br>Plaintiff,<br><br>v.<br><br>MITSUBISHI ELECTRIC CORPORATION, et al.,<br><br>Defendants. | MDL No. 1917<br><br>Case No. 3:14-cv-02058-JST<br><br>Master File No. 3:07-cv-05944-JST<br><br>**[PROPOSED] ORDER GRANTING MITSUBISHI ELECTRIC DEFENDANTS' MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF SPECIAL MASTER [DKT. 4802]**<br><br>Judge: Hon. Jon S. Tigar |

Upon consideration of Mitsubishi Electric Corporation's, Mitsubishi Electric US, Inc.'s, and Mitsubishi Electric Visual Solutions America, Inc.'s (collectively, the "Mitsubishi Electric Defendants") Motion for Relief from Nondispositive Pretrial Order of Special Master,

IT IS HEREBY ORDERED that the Mitsubishi Electric Defendants' Motion for Relief from Nondispositive Pretrial Order of Special Master is GRANTED;

IT IS FURTHER OREDERED that the DPPs' December 4, 2015 motion for sanctions is DENIED.

**IT IS SO ORDERED**

DATED: _____       _____

Hon. Jon S. Tigar
United States District Judge