# Exhibit 10

(Document Filed Under Seal)