# Exhibit 11

353 NORTH CLARK STREET CHICAGO ILLINOIS 60654-3456

JENNER&BLOCK LLP

December 19, 2014

Gabriel A. Fuentes
Tel  312 923-2808
Fax 312 923-2908
gfuentes@jenner.com

**BY EMAIL**

Douglas A. Millen
Freed Kanner London & Millen
2201 Waukegan Road, Suite 130
Bannockburn, Illinois 60015

Re:    In re Cathode Ray Tubes ("CRT") Antitrust Litig., MDL No. 1917

Dear Mr. Millen:

We have received the DPPs' motion to compel Mitsubishi Electric's Supplemental Response to the DPPs' First Set of Interrogatories.  On December 10, 2014, Mitsubishi Electric Corporation ("Mitsubishi Electric") sent the DPPs its Supplemental Response to the DPPs' First Set of Interrogatories.  Shortly after, Mitsubishi Electric realized that it had inadvertently not included Exhibits A and B, which were referenced in the supplemental response.  Upon review, Mitsubishi Electric concluded that to respond to DPPs' Interrogatory No. 5, Mitsubishi Electric needed to update Exhibit B, which it is now in the process of doing.

While we are still evaluating your motion to compel, we expect that our response will be that Mitsubishi Electric either will provide its supplemental responses or already has done so.

Very truly yours,

Gabriel A. Fuentes/pjw

Gabriel A. Fuentes

cc:    Guido Saveri
       Rick Saveri
       Counsel for DAPs
       Terrence J. Truax
       Michael T. Brody

CHICAGO   LOS ANGELES   NEW YORK   WASHINGTON, DC            WWW.JENNER.COM