# Exhibit 12

# Rick Saveri

| | |
|---|---|
| From: | Hoffman, Jory M. [JHoffman@jenner.com] |
| Sent: | Thursday, December 11, 2014 8:57 AM |
| To: | Rick Saveri; aheaven@crowell.com; anardacci@bsfllp.com; Cadio Zirpoli; cgmoore@perkinscoie.com; dburman@perkinscoie.com; debra.bernstein@alston.com; dmartinez@rkmc.com; dpeterson@susmangodfrey.com; eskaplan@rkmc.com; eweiss@perkinscoie.com; Guido Saveri; gwhitis@pondnorth.com; jbass@perkinscoie.com; jcarter@susmangodfrey.com; jlahad@susmangodfrey.com; jmurphy@crowell.com; jross@susmangodfrey.com; jscasselman@rkmc.com; kcwildfang@rkmc.com; KMARKS@SusmanGodfrey.com; kmurray@knpa.com; lenelson@rkmc.com; Matthew.Kent@alston.com; Melissa.Whitehead@alston.com; mike.kenny@alston.com; nhesterberg@perkinscoie.com; piovieno@bsfllp.com; rarnold@kennynachwalter.com; rmsilberfeld@rkmc.com; rturken@bilzin.com; SMerriman@perkinscoie.com; srandall@knpa.com; ssinger@bsfllp.com; swagner@bilzin.com; wagstaffe@kerrwagstaffe.com; wblechman@knpa.com; wisaacson@bsfllp.com; wpolit@bilzin.com |
| Cc: | Matthew Heaphy; Douglas A. Millen; William H. London |
| Subject: | RE: MELCO's Supplemental Response to DPPs' First Set of Interrogatories |
| Follow Up Flag: | Follow Up |
| Due By: | Thursday, December 11, 2014 12:32 PM |
| Flag Status: | Flagged |

Hi Rick,

Thanks for letting me know. We are looking into this and will get back to you on it as soon as possible.

Thanks very much,
Jory

---

**From:** Rick Saveri [mailto:Rick@saveri.com]
**Sent:** Wednesday, December 10, 2014 5:23 PM
**To:** Hoffman, Jory M.; aheaven@crowell.com; anardacci@bsfllp.com; Cadio Zirpoli; cgmoore@perkinscoie.com; dburman@perkinscoie.com; debra.bernstein@alston.com; dmartinez@rkmc.com; dpeterson@susmangodfrey.com; eskaplan@rkmc.com; eweiss@perkinscoie.com; Guido Saveri; gwhitis@pondnorth.com; jbass@perkinscoie.com; jcarter@susmangodfrey.com; jlahad@susmangodfrey.com; jmurphy@crowell.com; jross@susmangodfrey.com; jscasselman@rkmc.com; kcwildfang@rkmc.com; KMARKS@SusmanGodfrey.com; kmurray@knpa.com; lenelson@rkmc.com; Matthew.Kent@alston.com; Melissa.Whitehead@alston.com; mike.kenny@alston.com; nhesterberg@perkinscoie.com; piovieno@bsfllp.com; rarnold@kennynachwalter.com; rmsilberfeld@rkmc.com; rturken@bilzin.com; SMerriman@perkinscoie.com; srandall@knpa.com; ssinger@bsfllp.com; swagner@bilzin.com; wagstaffe@kerrwagstaffe.com; wblechman@knpa.com; wisaacson@bsfllp.com; wpolit@bilzin.com
**Cc:** Matthew Heaphy; Douglas A. Millen; William H. London
**Subject:** RE: MELCO's Supplemental Response to DPPs' First Set of Interrogatories

Jory: The supplemental interrogatories you just produced reference an Exhibit A and Exhibit B; however, there are no exhibits attached to the interrogatories or provided in your email. Please provide a copy of exhibits A and B referenced in your supplemental interrogatories.

Please call me if you have any questions.

Rick

---

**From:** Hoffman, Jory M. [mailto:JHoffman@jenner.com]
**Sent:** Wednesday, December 10, 2014 2:18 PM
**To:** aheaven@crowell.com; anardacci@bsfllp.com; Cadio Zirpoli; cgmoore@perkinscoie.com; dburman@perkinscoie.com; debra.bernstein@alston.com; dmartinez@rkmc.com; dpeterson@susmangodfrey.com; eskaplan@rkmc.com; eweiss@perkinscoie.com; Guido Saveri; gwhitis@pondnorth.com; jbass@perkinscoie.com; jcarter@susmangodfrey.com; jlahad@susmangodfrey.com; jmurphy@crowell.com; jross@susmangodfrey.com; jscasselman@rkmc.com; kcwildfang@rkmc.com; KMARKS@SusmanGodfrey.com; kmurray@knpa.com; lenelson@rkmc.com; Matthew.Kent@alston.com; Melissa.Whitehead@alston.com; mike.kenny@alston.com; nhesterberg@perkinscoie.com; piovieno@bsfllp.com; rarnold@kennynachwalter.com; Rick Saveri; rmsilberfeld@rkmc.com; rturken@bilzin.com; SMerriman@perkinscoie.com; srandall@knpa.com; ssinger@bsfllp.com; swagner@bilzin.com;

1

wagstaffe@kerrwagstaffe.com; wblechman@knpa.com; wisaacson@bsfllp.com; wpolit@bilzin.com
**Subject:** MELCO's Supplemental Response to DPPs' First Set of Interrogatories

Attached please find Mitsubishi Electric's Supplemental Response to DPPs' First Set of Interrogatories. Verification included.

Best,
Jory

### Jory M. Hoffman

**Jenner & Block LLP**
353 North Clark Street, Chicago, IL 60654-3456  |  jenner.com
(312) 840-7291 | TEL
(312) 840-7391 | FAX
JHoffman@jenner.com
Download V-Card  |  View Biography

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.