# Exhibit 14

353 NORTH CLARK STREET CHICAGO ILLINOIS 60654-3456

**JENNER&BLOCK** LLP

December 22, 2014

Gabriel A. Fuentes
Tel  312 923-2808
Fax 312 923-2908
gfuentes@jenner.com

**BY EMAIL**

Douglas A. Millen
Freed Kanner London & Millen
2201 Waukegan Road, Suite 130
Bannockburn, Illinois 60015

Re:     *In re Cathode Ray Tubes Antitrust Litig*., MDL No. 1917

Dear Doug:

I write further regarding your recent motion to compel.

We never conducted a meet and confer session regarding your motion.  As we have advised you, we believe we will supplement our response, and are convinced that it makes more sense for us to conduct a meet and confer, rather than engage in motion practice.  If we are unable to resolve this matter on our own, we can request Mr. Weil to set a briefing schedule.  In the meantime, we invite you to meet and confer with us, as the rules require.

I know that this is a bad week, given the holidays, but I believe we can make some time available to address this issue either later this week,  or more likely early next week.  Let me know if that will work for your side.

Very truly yours,


*/s/ Gabriel A. Fuentes*


cc:     R. Alexander Saveri
        Counsel for DAPs

CHICAGO   LOS ANGELES   NEW YORK   WASHINGTON, DC
2327109.1

WWW.JENNER.COM