# Exhibit 15

(Document Filed Under Seal)