# Exhibit 20

(Document Filed Under Seal)