Exhibit 22

Page 1

1          UNITED STATES DISTRICT COURT

2         NORTHERN DISTRICT OF CALIFORNIA

3            SAN FRANCISCO DIVISION

4

5    _____

                                     )
6    IN RE CATHODE RAY TUBE (CRT)  )

                                     )
7    ANTITRUST LITIGATION,           )

     _____ )   No. 14-CV-2058 (SC)

8                                    )   MDL No. 1917

     This Document Relates to:      )

9                                    )

     ALL DIRECT PURCHASER ACTIONS )

10                                   )

     _____ )

11

12

13      VIDEOTAPED DEPOSITION OF KIYOSHI FURUKAWA

14            Los Angeles, California

15            Tuesday, July 14, 2015

16

17

18

19

20

21

22   Reported by:

     KATHLEEN E. BARNEY

23   CSR No. 5698

24

25

Page 29

1      Q    So the monthly reports that you sent to

2    Japan, were those -- did you send them

3    electronically?

4      A    Yes.

5           MR. BRODY:  At what time period?            09:40:34

6           MR. RUSHING:  In the 2004 to 2008 time

7    period.

8           MR. BRODY:  Thank you.

9           THE WITNESS:  Yes.

10   BY MR. RUSHING:                                    09:40:40

11     Q    And did you personally save them in your own

12   files?

13     A    In the corporate server?

14     Q    In whatever files you had access to in your

15   office, you know, your personal working files.     09:40:53

16     A    Sometimes in the C drive, yes.

17     Q    And were they -- was it your understanding

18   they were also saved on the corporate server?

19     A    Yes.

20     Q    Was there an individual at Mitsubishi        09:41:07

21   Electric U.S. who had the responsibility of saving

22   all those reports?

23     A    As a paper file, I think we stored as

24   corporate strategic planning department.

25     Q    So you did -- you stored paper copies in your   09:41:37

Page 30

1    department?

2        A    Yes, we did.

3        Q    And were there also electronics -- electronic

4    copies stored, to the best of your understanding?

5        A    To the best of my understanding, yes.        09:41:55

6        Q    And did you have an understanding where those

7    would be stored?

8        A    I have no idea.

9        Q    And when you say that they were stored, did

10   you mean on the servers of Mitsubishi Electric U.S.?   09:42:12

11       A    Yes.

12       Q    Did you understand that they were stored in

13   Japan as well?

14       A    I have no idea.

15       Q    When you were at the job you took in 2008,    09:42:25

16   did you have a practice then of storing the reports

17   received from the various Mitsubishi entities?  Did

18   you have a practice -- did you understand that there

19   was a procedure to save those reports somewhere?

20       A    For a certain period I'm sure I think we      09:42:55

21   stored.  But how long, I really have no idea.

22       Q    And do you recall whether hard copies were

23   stored?

24       A    Hard copies, yes.

25       Q    And where were those stored, do you remember?  09:43:16

```
                                            Page 31
 1      A    I beg your pardon?

 2      Q    Where were they stored?

 3      A    In the cabinet in our office.

 4      Q    Did you have a job before April 1 -- just

 5   before April 1, 2004?                          09:43:57

 6      A    I was VP of OEM sales in NEC-Mitsubishi

 7   Visual Systems America, Inc.

 8      Q    And when did you first -- is there a

 9   shorthand way that you refer to that company?

10      A    NMDA -- no.  NM --                      09:44:40

11      Q    NMVA?

12      A    NMDA.

13      Q    And when did you first start working for

14   NMDA?

15      A    The year 2000, July 1st.               09:45:02

16      Q    And did you have the same title at NMDA the

17   whole time that you worked there?

18      A    Yes.

19      Q    And what were your responsibilities -- when

20   you first began working there, what were your    09:45:37

21   responsibilities?

22      A    My responsibility is OEM sales of display

23   monitors of NEC-Mitsubishi.

24      Q    And did that include cathode ray tube --

25   monitors containing cathode ray tubes?          09:45:57
```

```
                                                      Page 37
 1    targets?

 2        A    No specific bonus for the revenue.

 3        Q    For -- was there -- were any of your -- the

 4    people that reported to you, did they get -- were

 5    their bonuses or their pay determined in any way by     09:56:02

 6    the amount of the CRT monitors they sold?

 7        A    Based on their sales performance or the

 8    technical support performance, yes, they were paid

 9    according to their performance.

10        Q    And did you at this time preserve -- strike     09:56:27

11    that.

12            Did you keep copies of the reports that you

13    made to the main office -- strike that -- to --

14    where was the main office of NMDA?

15        A    In Chicago.                                     09:56:52

16        Q    In Chicago.  Did you keep copies of the

17    reports that you sent to Chicago?

18        A    You mean now?

19        Q    Then.

20        A    Then.  Yes.                                     09:57:00

21        Q    Yes.  And did you store paper copies?

22        A    At that time, yes, I did.

23        Q    And did you personally store them or was

24    there someone else who had that responsibility?

25        A    I -- yes, I did it myself.                      09:57:13
```

1     Q    And where did you keep them?

2     A    In my cabinet.

3     Q    And were these reports transmitted to Chicago

4   electronically?

5     A    I think I did it in electronic form, yes.      09:57:32

6     Q    And did you understand that the reports were

7   preserved in Chicago as well?

8     A    I have no idea.

9     Q    Did you have any -- did you understand that

10  Chicago was reporting to NMV Japan periodically?      09:57:52

11        MR. BRODY:  Object to form.

12        THE WITNESS:  I really don't know.

13  BY MR. RUSHING:

14    Q    Okay.  Did you have -- did I ask you this

15  already?  Did you have a job title at MELCO at this    09:58:08

16  time when you were at NMDA?

17    A    Normal employee.

18    Q    A normal Mitsubishi --

19    A    Normal Mitsubishi Electric employee, yes.

20    Q    Okay.  Prior to your job with NMDA -- did you   09:58:23

21  ever -- strike that.

22        Did you ever work for NMV?

23    A    NMV in Japan?

24    Q    Yes.

25    A    No.  I was working in NMDA.                      09:59:02

1       Q    Okay.  And as a director of planning in

2    information technology, did you receive reporting

3    from Mitsubishi -- other parts of Mitsubishi

4    Electric or other companies owned by Mitsubishi

5    Electric related to CRTs or products containing        10:01:21

6    CRTs?

7            MR. BRODY:  Object to form.

8            THE WITNESS:  No.  No.

9    BY MR. RUSHING:

10      Q    What did you -- what did you do in your job    10:01:31

11   as -- strike that.

12           What responsibilities did you have in your

13   job as director of planning in information

14   technology relating to products containing CRTs?

15      A    The sales activities to make up the revenue    10:01:49

16   and profit.  So I oversee those activities.

17      Q    And so how were you informed of the sales

18   activities of CRT monitors?

19      A    From VP of sales or VP of operations.

20      Q    And what I'm getting at is, did you get a      10:02:25

21   written report from any of these people telling you

22   what the sales were?

23      A    Yes.  I -- I remember, yes.

24      Q    Okay.  So were those -- were they periodic

25   reports?                                                10:02:39

```
                                          Page 41
 1      A    Yes, it's each month.

 2      Q    Each month.  Okay.  Okay.

 3           And did you get reports relating to sales of

 4   CRT monitors in the United States at that time?

 5      A    Yes, I did.                           10:03:01

 6      Q    Okay.  And where did those reports come from?

 7      A    From VP of sales.

 8      Q    VP of sales MELCO?

 9      A    Oh, worldwide you mean?  It comes from VP of

10   sales in Mitsubishi Electric and Electronics   10:03:18

11   America, Inc.

12      Q    Right.  Okay.  So you got monthly sales

13   reports from Mitsubishi Electronics U.S. relating to

14   the sales of CRT monitors at -- you know, during the

15   time that you were director of planning in         10:03:34

16   information technology; is that correct?

17           MR. BRODY:  Object to form.

18           THE WITNESS:  Yes.  Because sales

19   organization is under the same organization with me.

20   So it's Mitsubishi Electric and Electronics      10:03:48

21   Americas, Inc., and there is a sales department, and

22   I am in the planning department.  And sales

23   department report to the president, and I get the

24   reports too.

25   ////
```

Page 42

1    BY MR. RUSHING:

2        Q   Right.  I didn't -- sorry.  Were you

3    finished?

4        A   Yes.

5        Q   I didn't mean that they reported to you          10:04:08

6    specifically and only to you.  I meant were there,

7    you know, monthly sales -- general reports that were

8    circulated amongst the relevant people in the

9    company?

10       A   Relevant people in Mitsubishi Electric and       10:04:21

11   Electronics America, yes.

12       Q   Okay.  All right.  Maybe I'm confused.  When

13   you were director of planning in the information

14   technology group, was that for MELCO or for

15   Mitsubishi Electric?                                      10:04:51

16       A   Mitsubishi Electric and Electronics America.

17       Q   America.  Okay.  I'm sorry.  My problem.  My

18   fault.

19           And were these -- so at this time, Mitsubishi

20   Electric U.S. was also making monthly reports of          10:05:12

21   sales and other activity to MELCO in Japan; is that

22   correct?

23           MR. BRODY:  Object to form.

24           THE WITNESS:  I -- Mitsubishi Electric and

25   Electronics America, Inc. has multiple divisions,         10:05:28

```
                                                    Page 43
 1    and one of the group is information technology

 2    group, and I resided there.  And in that information

 3    technology group, there was sales organization,

 4    planning organization, operations, and other groups,

 5    and as information technology group, yes, we make or   10:05:46

 6    made a report, and it was sent -- it was sent to

 7    Japan too, yes.

 8    BY MR. RUSHING:

 9        Q   And this report would include the sales of

10    CRT monitors?                                          10:06:02

11        A   Yes, it included.

12        Q   And did you maintain copies of the reports

13    that were sent to Japan?

14        A   You mean now or --

15        Q   No, then.                                      10:06:14

16        A   Yes, we did at that time.

17        Q   Okay.  And where were they stored?

18        A   In the cabinet, yes, in our office.

19        Q   And did you also maintain electronic copies?

20        A   I can't remember.  I don't think so.           10:06:32

21        Q   And how were these reports transmitted to

22    Japan at this time?

23        A   At that time could have been fax, could have

24    been mailed.  I can't remember whether it was in

25    electronic format or not.                              10:06:54
```

```
                                              Page 44
 1     Q   And how were these reports circulated within
 2   Mitsubishi Electric America?
 3     A   In America, yes, it was sent -- it was -- the
 4   report was sent to the group president and sent out
 5   to Mitsubishi Electric and Electronics America's    10:07:11
 6   president too.
 7     Q   Did you have an e-mail account at that time?
 8     A   Yes, I did.
 9     Q   And when you changed -- when you changed your
10   job to NMDA, did your e-mail change?                 10:07:35
11     A   Yes, I think so.  I thought so, yes.
12     Q   Did you take steps to bring your -- all of
13   your e-mail with you?
14     A   No.  I don't think so.
15     Q   Do you know what happened to the e-mails that  10:07:51
16   were in your account with the Mitsubishi Electric
17   America?
18     A   I have no idea.
19     Q   Do you have any access to them now?
20     A   No.                                            10:08:10
21     Q   When you were at NMDA, did you have an e-mail
22   account?
23     A   Yes, I did.
24     Q   What was the e-mail address?
25     A   I can't remember.                              10:08:30
```

Page 45

```
 1      Q    Did you have the same address from start to

 2   finish at NMDA?

 3      A    I presume so.  But I'm not hundred percent

 4   sure.

 5      Q    Okay.  Did you take any steps to preserve        10:08:42

 6   your e-mail when you left NMDA in 2004?

 7      A    No.  I just, you know, changed the company,

 8   so left it there.

 9      Q    So --

10      A    I don't know.                                    10:09:02

11      Q    Sorry.  Were you finished?

12      A    I don't know what happened to it.

13      Q    So you didn't make any copies or any backups

14   when you left NMDA?

15      A    No, no.                                          10:09:12

16      Q    Do you know what the policy of -- did you

17   understand that the -- that there were backups made

18   of the e-mail server at NMDA?

19      A    I have no idea.

20      Q    Did you preserve any of the records -- strike   10:09:28

21   that.

22           Did you bring with you any of the records,

23   the NMDA records you had accumulated when you left

24   NMDA?

25      A    No, no.                                          10:09:48
```

Page 48

```
 1    Mitsubishi Electric U.S., Inc.?

 2        A    I'm not sure about that in strict terms.

 3        Q    Did Mitsubishi -- is there a shorthand way

 4    that you refer to this company?

 5            MR. BRODY:  Which company?              10:14:16

 6    BY MR. RUSHING:

 7        Q    Mitsubishi Electric and Electronics Group,

 8    Inc., that --

 9        A    We call the company MELA, M-E-L-A.

10        Q    Okay.  And was MELA -- was there any other  10:14:25

11    Mitsubishi company that sold CRT monitors in the

12    United States at that time?

13        A    CRT monitors, no.  CRT TV, yes.

14        Q    And what was the company that sold CRT TVs?

15        A    Mitsubishi Electric Display America --     10:14:42

16    digital -- I can't remember the correct name, but we

17    call the company MDEA.

18        Q    And did you receive periodic reporting

19    from -- strike that.

20            Were you one of the people who received     10:15:10

21    periodic reporting from MELA on the sale of CRT

22    monitors in the United States?

23        A    When I was in Japan?

24        Q    Yes.

25        A    Yes.                                       10:15:25
```

Page 49

1      Q    I'm speaking about the job you had from

2    December, 1994, through December, 1998.

3      A    Yes.

4      Q    And do you know if those reports -- at that

5    time, did you take steps -- did you or anyone, to        10:15:49

6    your understanding, take steps to preserve the

7    reports you received from MELA?

8      A    Yes, we kept them in the cabinet, yes.

9      Q    Okay.  Did you -- were you aware -- during

10   this time frame when you had this job as a section       10:16:08

11   manager --

12     A    Yes.

13     Q    -- were you aware that these reports, any of

14   these reports were ever destroyed?

15     A    I don't know.  I have no idea.                     10:16:20

16     Q    And when you say -- so -- strike that.

17          So when you say they were kept in the

18   cabinet, you are referring to, of course, hard

19   copies?

20     A    Yes, hard copies.  Yes.                           10:16:56

21     Q    Do you know if there were electronic copies

22   ever made?

23     A    I don't know.  I don't think so.  I don't

24   know.

25     Q    Was there ever -- are you aware of any            10:17:08

Page 50

1   initiative in the late '90s or -- the late '90s at

2   Mitsubishi to convert paper records into electronic

3   records?

4       A   I don't think so.  I don't recall that.

5       Q   So going back to the time frame when you were    10:17:19

6   working for NMDA --

7       A   Yes.

8       Q   -- did you -- how did -- did you have a group

9   of your main customers?

10      A   Yes.                                             10:18:02

11      Q   And what -- can you recall those customers?

12          MR. BRODY:  I'm sorry, just so we have the

13   initials right, we're talking about NMDA?  Is that

14   what you said?

15          MR. RUSHING:  Yes.  The American subsidiary       10:18:13

16   of NMV.

17          MR. BRODY:  Perfect.  I just wanted to make

18   sure I understood.  Thank you.

19          THE WITNESS:  It was Compaq computers,

20   Hewlett-Packard.  Sun Microsystems.  Gateway            10:18:27

21   computers.

22          CRT monitors specifically?

23   BY MR. RUSHING:

24      Q   Yes.

25      A   Those are the customers I can remember.          10:18:54

Page 72

1          To the extent the CRT monitors did not

2     contain Mitsubishi CRTs, do you know who

3     manufactured the other ones?

4     A    I don't know.  I can't remember.

5     Q    When did you -- when did you first learn        11:18:03

6     about this case?

7     A    I can't -- I can't recall when.

8     Q    Have you known about it for more than a year?

9     A    More than a year, yes.

10     Q    More than two years?                            11:19:11

11     A    More than two years, yes.

12     Q    Have you ever been asked to search for

13     documents?

14     A    Because I understand -- I think I know there

15     was a litigation hold for LCD and CRT.  I can't        11:19:28

16     remember which one was when and which one was which.

17     Q    So do you remember receiving a litigation

18     hold for one of those cases?

19     A    I really can't remember actually when the --

20     the paper itself, but I'm sure I received one.        11:20:00

21     Q    Well, do you have an actual recollection of

22     receiving one?

23          MR. BRODY:  Object to form.

24          THE WITNESS:  I remember LCD litigation hold.

25     CRT, I'm sure I think I got one.                      11:20:28

Page 73

1    BY MR. RUSHING:

2       Q   I'm just trying to understand -- if you

3    haven't -- I mean, I still don't think you've told

4    me whether you have an actual recollection of

5    getting a CRT litigation hold.  Sometimes -- you        11:20:46

6    know, sometimes the way our memory works, somebody

7    tells me that one was sent out, and you don't have a

8    recollection, but you reason from that fact to -- to

9    the conclusion that you must have received one.

10          And so what I want to know is, do you have an   11:21:07

11   actual recollection of getting the CRT -- a CRT

12   litigation hold letter?

13          MR. BRODY:  Object to the form of the

14   question, the preface.

15          THE WITNESS:  Can you change it in a            11:21:45

16   different way of asking?  Do I have a recollection?

17   BY MR. RUSHING:

18      Q   Yes.

19      A   I'm not so sure.  That's the answer.  But it

20   should have been.  I must have received one.          11:22:00

21      Q   Okay.  And have you ever been asked to search

22   for documents needed for the litigation?

23      A   I provided to our legal department the

24   documents which were related to either LCD or CRT.

25   So I did provide.                                      11:22:33

Page 74

1      Q    And at the same time you did this or
2    separately?
3      A    I can't remember which one was which, but I
4    provided materials to legal, but I cannot recall
5    whether it was for LCD or CRT or both of them.      11:22:52
6      Q    And when did you do that?  And if there was
7    more than one time, please tell me that too.
8      A    Oh, just once.  2000 something, before I
9    leave -- left United States last time, so before
10   2008.                                               11:23:26
11     Q    And when did you go back to Japan?  Wait.
12   Strike that.
13          In that time frame, when did you go back to
14   Japan?
15     A    2008.                                         11:23:54
16     Q    On what date?
17     A    April.
18     Q    April, 2008?
19     A    Oh, March.  March, 2008.
20     Q    And so after that time, you've never been    11:24:04
21   asked to -- strike that.
22          After March, 2008, have you ever been asked
23   to collect documents responsive to discovery in this
24   action?
25     A    I don't think so.                             11:24:29

Page 75

```
 1     Q   So does it -- I'm going to -- this case --

 2    the first cases in this case were filed in November

 3    of 2007.  Does that refresh your recollection that

 4    to the extent you collected documents before you

 5    went back to Japan, it was for LCDs and not for      11:25:02

 6    CRTs?

 7          MR. BRODY:  Object to form.

 8          THE WITNESS:  I can't remember.

 9          MR. RUSHING:  Okay.  All right.  I have

10    another document I'd like to mark.  Let's do this    11:25:31

11    one first.  This will be next in line, which is

12    8220, I think.

13          (Exhibit 8220 was marked for identification

14       by the court reporter and is attached hereto.)

15    BY MR. RUSHING:                                       11:27:28

16     Q   Actually, I have just a couple more questions

17    before we get to this document.

18          You said you collected some documents and

19    gave them to the legal department.  Do you recall

20    how many documents there were?                        11:27:36

21     A   I can't remember.  It's just, you know, like

22    this papers (indicating).

23     Q   So a stack of six inches high?

24     A   Like this (indicating).

25     Q   Well, why don't you tell me how tall it was.    11:27:51
```

Page 111

1       A    My genuine guess is up to December of 1999 or

2    November time frame, maybe I think that was based on

3    the actual figure.

4       Q    So the next column is "2000 SY"?

5       A    Right.                                    01:58:11

6       Q    What does that mean?

7           MR. BRODY:   Object.   Foundation.

8           THE WITNESS:   I cannot remember this one.

9    Because this year we formed the joint venture with

10   NEC-Mitsubishi.   So that's why there was a short      01:58:30

11   period -- shorter year.   So that could be the short

12   year and FY is the full year.   I really don't know.

13   That's my guess.

14   BY MR. RUSHING:

15      Q    Okay.   So when you were at MELA, where was    01:59:06

16   the office again?   In Cypress?

17      A    In Cypress, yes.

18      Q    Did you have a -- did you use kind of

19   off-site storage facility like Iron Mountain or

20   anything like that to store -- you know, when the      01:59:50

21   filing cabinet got full, did you box things up and

22   send them to a facility like that?

23      A    I can't remember.   I don't recall.

24      Q    Okay.   And when you were at NMDA, do you

25   recall if they used an off-site storage facility?      02:00:16

Page 112

1        A   I don't think so.  I -- I really can't

2     remember.

3            MR. RUSHING:  Okay.  Let's mark this one.

4            MR. BRODY:  Another untranslated document.

5     Same standing objection?                      02:01:49

6            MR. RUSHING:  Yes.

7            (Exhibit 8224 was marked for identification

8        by the court reporter and is attached hereto.)

9     BY MR. RUSHING:

10       Q   This is Exhibit 8224.  It's a multi-page    02:01:54

11    document bearing Bates numbers ME 00131497 through

12    513.  I'm interested in one page, which is 501.  And

13    the first page.

14           Mr. Furukawa, have you had a chance to review

15    the exhibit?                                  02:03:35

16       A   Yes.

17       Q   Do you recognize it?

18       A   I don't recognize this specifically.

19       Q   If you turn to page 501.

20       A   Yes.                                   02:03:52

21       Q   At the top under the heading "ITG" --

22       A   Yes.

23       Q   -- there are a number of columns under the

24    heading "1995."

25       A   Yes.                                   02:04:09