# Exhibit 23

Page 1

```
 1            UNITED STATES DISTRICT COURT
 2           NORTHERN DISTRICT OF CALIFORNIA
 3              SAN FRANCISCO DIVISION
 4
 5   _____
                                    )
 6   IN RE CATHODE RAY TUBE (CRT)   )
                                    )
 7   ANTITRUST LITIGATION,          )
     _____)  No. 14-CV-2058 (SC)
 8                                  )  MDL No. 1917
     This Document Relates to:      )
 9                                  )
     ALL DIRECT PURCHASER ACTIONS   )
10                                  )
     _____)
11
12
13       VIDEOTAPED DEPOSITION OF KIYOSHI FURUKAWA
14              Los Angeles, California
15               Tuesday, July 14, 2015
16
17
18
19
20
21
22   Reported by:
     KATHLEEN E. BARNEY
23   CSR No. 5698
24
25
```

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN FRANCISCO DIVISION
 4
 5
 6   _____
                                      )
 7   IN RE CATHODE RAY TUBE (CRT)     )
                                      )
 8   ANTITRUST LITIGATION             )
     _____)
 9                                    )  No. 14-CV-2058 (SC)
     This Document Relates to:        )     MDL No. 1917
10                                    )
     ALL DIRECT PURCHASER ACTIONS     )
11                                    )
     _____)
12
13
14        Videotaped deposition of KIYOSHI FURUKAWA,
15   taken on behalf of Plaintiffs, at 633 West
16   Fifth Street, Suite 3600, Los Angeles, California,
17   beginning at 9:10 a.m. and ending at 2:53 p.m. on
18   Tuesday, July 14, 2015, before KATHLEEN E. BARNEY,
19   Certified Shorthand Reporter No. 5698.
20
21
22
23
24
25
```

```
 1   APPEARANCES:
 2
 3   For Direct Purchaser Plaintiffs:
 4
 5        SAVERI & SAVERI
 6        BY:   GEOFFREY C. RUSHING
 7              R. ALEXANDER SAVERI
 8              DAVID Y. HWU
 9        Attorneys at Law
10        706 Sansome Street
11        San Francisco, California 94111
12        (415) 217-6810
13        dhwu@saveri.com
14
15   For Sears and K-Mart Plaintiffs:
16
17        KENNY NACHWALTER
18        BY:   KEVEN J. MURRAY
19        Attorney at Law
20        1100 Miami Center
21        Miami, Florida 33131-4327
22        (305) 373-1000
23        kmurray@knpa.com
24
25
```

                                                            Page 4

 1   APPEARANCES (Continued):
 2
 3   For Alfred H. Siegel (Trustee for Circuit City
 4   Trust):
 5
 6       KLEE, TUCHIN, BOGDANOFF & STERN LLP
 7       BY:   JONATHAN M. WEISS
 8             ANDREW MacKENZIE
 9       Attorney at Law
10       1999 Avenue of the Stars
11       Los Angeles, California 90067
12       (310) 407-4065
13       jweiss@ktbslaw.com
14
15
16   For Mitsubishi Electric and the Witness:
17
18       JENNER & BLOCK
19       BY:   MICHAEL T. BRODY
20       Attorney at Law
21       353 North Clark Street
22       Chicago, Illinois 60654-3456
23       (312) 222-9350
24       mbrody@jenner.com
25

```
 1    APPEARANCES (Continued):
 2
 3
 4    For the Hitachi Entities:
 5
 6         KIRKLAND & ELLIS LLP
 7         BY:   ELIOT A. ADELSON
 8         Attorney at Law
 9         555 California Street
10         San Francisco, California 94104
11         (415) 439-4783
12         eliot.adelson@kirkland.com
13
14
15    For Samsung SDI Defendants:
16
17         SHEPPARD MULLIN RICHTER & HAMPTON LLP
18         BY:   LEO CASERIA
19         Attorney at Law
20         333 South Hope Street
21         Los Angeles, California 90071-1448
22         (213) 620-1780
23         lcaseria@sheppardmullin.com
24
25
```

```
                                                      Page 6

 1   APPEARANCES (Continued):
 2
 3   For the LG Defendants:
 4
 5        MUNGER, TOLLES & OLSON
 6        BY:  JESSICA BARCLAY-STROBEL
 7        Attorney at Law
 8        355 South Grand Avenue
 9        Los Angeles, California 90071-1560
10        (213) 683-9100
11        jessica.barclay-strobel@mto.com
12
13
14   Also Present:
15
16        YASUHIRO BABA, Mitsubishi Electric
17
18
19   Videographer:
20
21        GILBERT MIRANDA
22
23   Japanese Interpreter:
24
25        ASAMI ISOMICHI
```

```
                                                      Page 7

 1   APPEARANCES VIA TELEPHONE:

 2

 3   For the Toshiba Defendants:

 4

 5       WHITE & CASE

 6       BY:  AYA KOBORI

 7       Attorney at Law

 8       1155 Avenue of the Americas

 9       New York, New York 10036-2787

10       (212) 819-8932

11

12

13   For the Panasonic Defendants:

14

15       WINSTON & STRAWN LLP

16       BY:  JOHN TSCHIRGI

17       Attorney at Law

18       200 Park Avenue

19       New York, New York  10166-4193

20       (212) 294-3560

21       jtschirgi@winston.com

22

23

24

25
```

```
 1   APPEARANCES VIA TELEPHONE (continued)
 2
 3
 4   For Tech Data:
 5
 6      BILZIN SUMBERG BAENA PRICE & ALEXROD LLP
 7      BY:  SCOTT N. WAGNER
 8           WENDY POLIT
 9      Attorneys at Law
10      1450 Brickell Avenue
11      Miami, Florida 33131-3456
12      (305) 350-7386
13      swagner@bilzin.com
14
15
16   For the Phillips Defendants:
17
18      BAKER BOTTS LLP
19      BY:  TIFFANY B. GELOTT
20      Attorney at Law
21      1299 Pennsylvania Avenue, NW
22      Washington, D.C., 20004-2400
23      (202) 639-7766
24      tiffany.gelott@bakerbotts.com
25
```

Page 23

```
 1          THE WITNESS:  It's -- they do not report to
 2   me.
 3   BY MR. RUSHING:
 4       Q   How long have you held your position as
 5   president and CEO of Mitsubishi Electric U.S.?           09:27:36
 6       A   Since April 1st last year.
 7           I -- I'm sorry.  I just remembered.  Katsuya.
 8       Q   Katsuya?
 9       A   Yeah.  K-A-T-S-U-Y-A.
10       Q   And that's Mr. Takamiya's --                     09:28:01
11       A   Takamiya, yes.
12       Q   Excuse me.  Takamiya's first name.
13           And before April -- before then, what was
14   your position, if any, with -- strike that.
15           Before April 1st, 2014, did you have a           09:28:17
16   different job?
17       A   Yes.
18       Q   And what was that?
19       A   I was in Japan working for Mitsubishi
20   Electric, MELCO, in global strategic marketing and      09:28:32
21   operations group.
22       Q   And when did you get that job?
23       A   2008, April 1st.
24       Q   And did you -- I'm sorry.  Did -- what was
25   your official title?  Did you have a title at that      09:29:15
```