# Exhibit 24

(Document Filed Under Seal)