# Exhibit 25

## (Document Filed Under Seal)