JOSEF D. COOPER (53015)
TRACY R. KIRKHAM (69912)
JOHN D. BOGDANOV (215830)
COOPER & KIRKHAM, P.C.
357 Tehama Street, Second Floor
San Francisco, CA  94103
Telephone:  (415) 788-3030
Facsimile:  (415) 882-7040
jdc@coopkirk.com
trk@coopkirk.com
jdb@coopkirk.com

*Counsel for Class Representative Steven Ganz
And Indirect Purchaser Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION. | **Master File No. 3:07-cv-5944 JST**<br><br>**MDL No. 1917** |
| This Document Relates to:<br><br>All Indirect-Purchaser Actions | **COOPER & KIRKHAM P.C.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Judge: Honorable Jon S. Tigar<br><br>Before: Special Master Martin Quinn, JAMS<br><br>[Declaration of John D. Bogdanov and [Proposed] Order filed concurrently herewith] |

COOPER & KIRKHAM, P.C.'S
ADMINISTRATIVE MOTION TO FILE UNDER
SEAL

Master File No. 3:07-cv-5944 JST
MDL 1917

Having reviewed and complied with the Honorable Jon S. Tigar's Standing Order Governing Administrative Motions to File Materials Under Seal and Civil Local Rule 79-5, Cooper & Kirkham, P.C. ("C&K") respectfully requests an Order permitting it to file under seal Exhibits 1-6 attached to the Second Declaration of Josef D. Cooper in Support of Cooper & Kirkham, P.C.'s Objection to Lead Counsel's Revised Proposed Allocation of Aggregate Fee Award to Indirect Purchaser Plaintiffs' Counsel.

This motion is supported by the Declaration of John D. Bogdanov in Support of Cooper & Kirkham, P.C.'s Motion to File Under Seal, filed concurrently herewith.

Specifically, C&K requests that the following portions be sealed:  Exhibits 1-6 to the Second Declaration of Josef D. Cooper in Support of Cooper & Kirkham, P.C.'s Objection to Lead Counsel's Revised Proposed Allocation of Aggregate Fee Award to Indirect Purchaser Plaintiffs' Counsel.

C&K requests that the entirely of the exhibits listed above be sealed because those portions contain discussion, analysis, or references to documents or information designated by Lead Counsel for the Indirect Purchaser Plaintiffs as "Highly Confidential" pursuant to the terms of the Stipulated Protective Order (Dkt. 306), as set forth in the Declaration of John D. Bogdanov in Support of Cooper & Kirkham, P.C.'s Administrative Motion to File Under Seal.  Civil Local Rule 79-5 provides that if a party wishes to file a document that has been designated by another party, or if a party wishes to refer in a memorandum to information so designated by another party, the submitting party must file an administrative motion to seal and the designating party must file a declaration within four days of filing the administrative motion to seal establishing that the designated material is sealable.  Civil L.R. 79-5(e).  It is the designating party's burden to establish that the designate information is sealable.  Civil L.R. 79-5(d); *see Kamakana v. City of Honolulu,* 447 F.3d 1172, 1178-1180 (9th Cir. 2006).

Thus, C&K respectfully submits this administrative motion pursuant to the Protective Order, the Honorable Jon S. Tigar's Standing Order Governing Administrative Motions to File

| COOPER & KIRKHAM, P.C.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL | - 1 - | Master File No. 3:07-cv-5944 JST MDL 1917 |
|---|---|---|

Under Seal, and Civil Local Rules 7-11 and 79-5(d), and hereby notified the Designating Parties of their burden to establish that the designated material is sealable.

A proposed order granting this application is enclosed.

Dated: September 23, 2016                    Respectfully submitted,

    /s/ Josef D. Cooper
        Josef D. Cooper

Josef D. Cooper (53015)
Tracy R. Kirkham (69912)
John D. Bogdanov (215830)
COOPER & KIRKHAM, P.C.
357 Tehama Street, Second Floor
San Francisco, CA 94103
Telephone: (415) 788-3030
Facsimile: (415) 882-7040
Email: jdc@coopkirk.com

---

COOPER & KIRKHAM, P.C.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL     - 2 -     Master File No. 3:07-cv-5944 JST
MDL 1917