JOSEF D. COOPER (53015)
TRACY R. KIRKHAM (69912)
JOHN D. BOGDANOV (215830)
COOPER & KIRKHAM, P.C.
357 Tehama Street, Second Floor
San Francisco, CA  94103
Telephone:  (415) 788-3030
Facsimile:  (415) 882-7040
jdc@coopkirk.com
trk@coopkirk.com
jdb@coopkirk.com

*Counsel for Class Representative Steven Ganz
And Indirect Purchaser Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION. | **Master File No. 3:07-cv-5944 JST**<br>**MDL No. 1917** |
| This Document Relates to:<br>All Indirect-Purchaser Actions | **DECLARATION OF JOHN D. BOGDANOV IN SUPPORT OF COOPER & KIRKHAM, P.C.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Judge: Honorable Jon S. Tigar<br><br>Before: Special Master Martin Quinn, JAMS<br><br>[Administrative Motion to Seal and [Proposed] Order filed concurrently herewith] |

I, John D. Bogdanov, declare as follows:

1. I am a member in good standing of the State Bar of California. I am a partner in Cooper & Kirkham, P.C. I have personal knowledge of the facts stated in this Declaration and, if called as a witness, I could and would testify competently to them.

2. Pursuant to Civil Local Rules 7-11 and 79-5, I submit this declaration in support of Cooper & Kirkham, P.C.'s Administrative Motion to File Under Seal.

3. Cooper & Kirkham seeks permission to file under seal the entirety of Exhibits 1-6 attached to the Second Declaration of Josef D. Cooper in Support of Cooper & Kirkham, P.C.'s Objection to Lead Counsel's Revised Proposed Allocation of Aggregate Fee Award to Indirect Purchaser Plaintiffs' Counsel.

4. The material referenced in Paragraph 3 contains discussion, analysis, or references to documents or information that has been designated by Lead Counsel for Indirect Purchaser Plaintiffs as "Highly Confidential" pursuant to the terms of the Stipulated Protective Order (Dkt. 306).

5. Cooper & Kirkham seeks to submit the above material under seal in good faith in order to comply with the Stipulated Protective Order in this action and the applicable Standing Order and Local Rules. Because the information Cooper & Kirkham seeks to submit under seal has been designated as Highly Confidential by other parties, Cooper & Kirkham is filing the accompanying Administrative Motion, and will be prepared to file unredacted versions of the above-referenced documents in the public record if required by Civil Local Rule 79-5(e).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 23rd day of September, 2016 in San Francisco, California.

    /s/ John D. Bogdanov
    John D. Bogdanov