**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION.<br><br>This Document Relates to:<br><br>All Indirect-Purchaser Actions | **Master File No. 3:07-cv-5944 JST**<br><br>**MDL No. 1917**<br><br>**[PROPOSED] ORDER GRANTING COOPER & KIRKHAM, P.C.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Judge: Honorable Jon S. Tigar<br><br>Before: Special Master Martin Quinn, JAMS |

1  Upon consideration of Cooper & Kirkham, P.C.'s Administrative Motion to File Under
2  Seal, submitted in connection with the Reply in Support of Cooper & Kirkham, P.C's Objection to
3  Lead Counsel's Revised Proposed Allocation of Aggregate Fee Award to Indirect Purchaser
4  Plaintiffs' Counsel, and the supporting Declaration of John D. Bogdanov pursuant to Local Rule
5  79-5 in support of that motion, and good cause appearing for the entry thereof,

6  IT IS HEREBY ORDERED that the entirety of Exhibits 1-6 attached to the Second
7  Declaration of Josef D. Cooper in Support of Cooper & Kirkham, P.C.'s Objection to Lead
8  Counsel's Revised Proposed Allocation of Aggregate Fee Award to Indirect Purchaser Plaintiffs'
9  Counsel.

**IT IS DO ORDERED.**

Dated: _____, 2016           _____
                                                HON. JON S. TIGAR
                                                UNITED STATES DISTRICT JUDGE

PROPOSED] ORDER GRANTING COOPER &           - 1 -      Master File No. 3:07-cv-5944 JST
KIRKHAM, P.C.'S ADMINISTRATIVE MOTION                  MDL 1917
TO FILE UNDER SEAL