Martin Quinn
JAMS
Two Embarcadero Center, Suite 1500
San Francisco, CA94111
Telephone: (415) 774-2669
Fax: (415) 982-5287
Special Master

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917<br><br>Case No. C-07-5944-SC |
|---|---|
| This Document Relates to:<br><br>ALL ACTIONS | **SPECIAL MASTER'S ORDER NO. 2 RE PROCESS FOR ALLOCATION OF ATTORNEYS' FEES** |

On August 5, 2016, the Special Master issued an Order (Dkt. 4748) setting forth the procedure for determining the allocation of fees among class counsel. This Order confirms the objections, responses and requests for oral hearing received to date to be sure that no filing or request has been overlooked.

1. The Objections and Requests for Oral Argument received to date are as follows:

McCallum, Hoagland, Cook & Kirby (Dkt. 4817) — No oral argument requested

Francis Scarpulla (Dkt. 4818) — **Oral argument requested (Dkt. 4842)**

Glancy, Prongay & Murray (Dkt. 4820) — No oral argument requested

Cooper & Kirkham (Dkt. 4821) — **Oral argument requested (Dkt. 4862)**

Kirby McInerney (Dkt. 4822) — **Oral argument requested (Dkt. 4863)**

Terrell, McCallum, Methvin & Terrell (Dkt. 4824) — No oral argument requested

Theresa Moore (Dkt. 4825) — **Oral argument requested (objection says "Hearing Date Requested")**

Brian Barry (Dkt. 4836) — Filed two days late on 9/9. **Oral argument requested (in objection)**

2. The Responses and Requests for Oral Argument received to date are as follows:

Sylvie K. Kern (Dkt. 4845)

Zelle, LLP (Dkt. 4847)

Bramson Plutzik (Dkt. 4848)

Straus & Boies (Dkt. 4849)

Lawrence Papale (Dkt. 4850) **Oral argument requested (Dkt. 4854)**

Mario Alioto (Dkt. 4851-4853) — Filed one day late. See letter (Dkt. 4857) **Oral argument requested (Dkt. 4865)**

The Replies to the Responses received to date are as follows:

Francis Scarpulla (Dkt. 4869)

Susan G. Kupfer (Dkt. 4871)

Kirby McInerney (Dkt. 4875)

Brian Barry (Dkt. 4872)

Theresa Moore (Dkt. 4873)

Cooper & Kirkham (Dkt. 4878, 4879) — Filed one day late.

3. Any counsel who believes the above list is incorrect or incomplete shall advise the Special Master by letter (filed on ECF) by **Tuesday, September 27**.

4. The objection by Brian Barry was filed two days late on September 9. Lead Counsel Alioto's Response was filed one day late on September 17, per his letter (Dkt. 4857). Cooper & Kirkham's Reply was filed one day late. The Special Master finds that the minimal late filings caused no prejudice to parties or the Court, and hereby allows all three late filings.

5. The Special Master's Case Manager will commence scheduling oral hearings, in person or by telephone, as quickly as possible. All oral hearings must be completed by **October 5, 2016**. Any hearing not able to be scheduled by that date will be deemed waived. It is the responsibility of Lead Counsel to arrange for a court reporter for all hearings.

6. Cooper & Kirkham filed a motion to strike the Declaration of Mario Alioto (Dkt. 4874). The time for opposition is shortened to **September 30, 2016**, and the time for reply is shortened to **October 5, 2016.**

Dated: September 26, 2016

Martin Quinn, Special Master