Martin Quinn
JAMS
Two Embarcadero Center, Suite 1500
San Francisco, CA 94111
Telephone: (415) 774-2669
Fax: (415) 982-5287
Special Master

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 Case No. C-07-5944-SC |
|---|---|
| This Document Relates to: ALL ACTIONS | **SPECIAL MASTER'S ORDER NO. 3 RE PROCESS FOR ALLOCATION: MOTION OF LINGEL WINTERS** |

On September 1, 2016, Lingel Winters filed a Motion for Attorneys' Fees. (Dkt. 4808). Lead Counsel filed an Opposition on September 15, 2016 (Dkt. 4844). No reply was filed prior to the deadline of September 22, 2016. Judge Tigar has directed the Special Master hear and make a Recommended Order on this motion in connection with his recommendation as to the overall allocation of fees.

The Special Master will issue a Recommended Order on this motion on the papers only without oral argument.

Dated: September 26, 2016

_/s/ Martin Quinn_
Martin Quinn, Special Master