Joseph W. Cotchett (#36324)
Steven N. Williams (#175489)
COTCHETT, PITRE & McCARTHY, LLP
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: 650-697-6000
Facsimile:  650-697-0577
jcotchett@cpmlegal.com
swilliams@cpmlegal.com

*Counsel for Plaintiff Orion Home Systems LLC
and the Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CRT ANTITRUST LITIGATION** | Master File No. CV-07-5944-JST<br>MDL No. 1917 |
| This Document Relates to:<br><br>ALL DIRECT PURCHASER CLASS ACTIONS | **NOTICE OF WITHDRAWAL OF COUNSEL** |

1      TO: The Clerk of the Court and to All Parties and Counsel of Record

2      PLEASE TAKE NOTICE THAT Niki B. Okcu is no longer an attorney at this firm and

3 is hereby withdrawn as counsel for Orion Home Systems LLC and the Class.  Ms. Okcu should

4 be removed from the Court's service list with respect to this action. The law firm of Cotchett,

5 Pitre & McCarthy, LLP should continue to be reflected as counsel for Orion Home Systems

6 LLC and the Class, and all future correspondence and papers in this action should continue to be

7 directed to Joseph W. Cotchett and Steven N. Williams.

8

9 Dated:  September 26, 2016

10                 By: */s/ Steven N. Williams*
Steven N. Williams

11                 **COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road, Suite 200

12                 Burlingame, CA  94010
Telephone:  (650) 697-6000

13                 Facsimile:  (650) 697-0577

14

15                 *Counsel for Plaintiff Orion Home Systems LLC
and the Class*

16

17

18

19

20

21

22

23

24

25

26

27

28

Notice of Withdrawal of Counsel; Case No. CV-07-5944-JST