# TRANSCRIPT ORDER

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
CAND 435 (CAND Rev. 02/2015)

Please use one form per court reporter.
CJA counsel please use Form CJA24
Please read instructions on next page.

**COURT USE ONLY**
DUE DATE:

**1a. CONTACT PERSON FOR THIS ORDER:** Stefanie Chow
**1b. ATTORNEY NAME (if different):** Cheryl Galvin
**2a. CONTACT PHONE NUMBER:** (415) 788-8200
**2b. ATTORNEY PHONE NUMBER:** (415) 788-8200
**3. CONTACT EMAIL ADDRESS:** schow@tcolaw.com
**3. ATTORNEY EMAIL ADDRESS:** cgalvin@tcolaw.com

**4. MAILING ADDRESS:** Taylor & Company Law Offices, LLP, One Ferry Building, Suite 355, San Francisco, CA 94111

**5. CASE NAME:** In re Cathode Ray Tube Antitrust Litigation
**6. CASE NUMBER:** 3:07-cv-05944 JST

**7. COURT REPORTER NAME (For FTR, leave blank and check box):** ☒ FTR

**8. THIS TRANSCRIPT ORDER IS FOR:** ☐ APPEAL  ☐ NON-APPEAL  ☐ CRIMINAL  ☒ CIVIL  ☐ In forma pauperis (NOTE: Court order for transcripts must be attached) CJA: Do not use this form; use Form CJA24.

**9. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s) & quantity and delivery type:

**a. HEARING(S) (OR PORTIONS OF HEARINGS)**

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION (If requesting less than full hearing, specify portion e.g. witness or time) |
|---|---|---|---|
| 09/20/2016 | JST | CMC | |

**b. SELECT FORMAT(S)** (NOTE: ECF access is included with purchase of PDF, text, paper or condensed.)

| PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) |
|---|---|---|---|---|
| ● | ○ | ○ | ○ | ○ |

**c. DELIVERY TYPE** (Choose one per line)

| ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|
| ○ | ○ | ○ | ● | ○ | ○ |

**10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:** Please email transcript to schow@tcolaw.com.

**ORDER & CERTIFICATION (11. & 12.)** By signing below, I certify that I will pay all charges (deposit plus additional).

**11. SIGNATURE:** /s/ Cheryl Galvin
**12. DATE:** 09/26/2016

**DISTRIBUTION:** ☐ COURT COPY  ☐ TRANSCRIPTION COPY  ☐ ORDER RECEIPT  ☐ ORDER COPY