Law Offices
of

# Lingel H.Winters

A PROFESSIONAL CORPORATION
388 Market St. Suite 900
San Francisco, California  94111
(415) 398-2941

September 27, 2016

Martin Quinn
Special Master
Two Embarcadero Center, Suite 15
San Francisco, CA  94111

>    **Re:**    ***In Re Cathode Ray Tube (CRT Antitrust Litigation)***
>    ***USDC, Northern District of California Case No. C-07-5944-SC***
>    ***Special Master's Order No. 2 Re: Process for Allocation of Attorneys' Fees***

Dear Special Master Quinn,

On September 1, 2016, I filed  a motion for attorneys' fees Dkt. #4808, stating that my application for fees filed in Court and with the Special Master had been overlooked.  My original fee application Dkt. #4248 was filed December 15, 2015 as set forth in my declaration.  Lead Counsel reviewed my application  and we submitted it to the Special Master at JAMS on February 8, 2016. In the JAMS filing Lead Counsel stated to the Special Master:  "Mr. Winters would like to be included in the fee allocation proceedings before the Special Master. I have no objection to that."  But to my knowledge no report and recommendation was issued with respect to my application.  Please include my application Dkt. #4248  in Special Master's Order No. 2 Re: Process For Allocation of Attorneys' Fees.

Respectfully submitted,

LINGEL H. WINTERS P.C.

*s/Lingel H. Winters*

Attorney for Indirect Purchaser Plaintiffs