Francis O. Scarpulla (41059)
Patrick B. Clayton (240191)
LAW OFFICES OF FRANCIS O. SCARPULLA
456 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 788-7210
Facsimile:   (415) 788-0706
Email: fos@scarpullalaw.com
          pbc@scarpullalaw.com

Counsel for Indirect-Purchaser Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 3:07-cv-5944-JST |
| | MDL No. 1917 |
| This Document Relates to: | CLASS ACTION |
| All Indirect-Purchaser Actions | **LAW OFFICES OF FRANCIS O. SCARPULLA'S JOINDER IN COOPER & KIRKHAM, P.C.'S MOTION TO STRIKE DECLARATION OF MARIO N. ALIOTO AND MOTION TO STRIKE CERTAIN PARAGRAPHS THEREOF** |
| | Judge:          The Honorable Jon S. Tigar |
| | Special Master:  The Honorable Martin Quinn |
| | Hearing Date:    TBD |
| | Hearing Venue:  JAMS |

1    The Law Offices of Francis O. Scarpulla hereby joins in the Motion to Strike Declaration

2  of Mario N. Alioto in Support of Lead Counsel's Omnibus Response to Objections to Proposed

3  Allocation of Aggregate Fee Award to Indirect Purchaser Plaintiffs' Counsel (Doc. No. 4853-1)

4  filed by Cooper & Kirkham, P.C. on September 23, 2016 (Doc. No. 4874) and additionally objects

5  to and moves to strike Paragraphs 6-7, 10-14, 17, 23, 25-30 of the Alioto Declaration on the

6  grounds that they contain inadmissible hearsay, speculation, lack of personal knowledge, failure to

7  show that Mr. Alioto is competent to so testify, and further that his Declaration reveals settlement

8  issues that are privileged and not subject to disclosure, all in violation of Rules 408, 602, and 802,

9  Federal Rules of Evidence.

10    LOFOS shall comply with the briefing schedule set forth in the Special Master's Order No.

11  2 Re Process for Allocation of Attorneys' Fees (Doc. No. 4880).

12

13  Dated: September 27, 2016                Respectfully submitted,

14

15                                  /s/  Francis O. Scarpulla
                                     Francis O. Scarpulla

16                                  Francis O. Scarpulla (41059)
                                     Patrick B. Clayton (240191)
17                                  LAW OFFICES OF FRANCIS O. SCARPULLA
                                     456 Montgomery Street, 17th Floor
18                                  San Francisco, CA 94104
                                     Telephone: 415-788-7210
19                                  Facsimile:  415-788-0706
                                     fos@scarpullalaw.com
20                                  pbc@scarpullalaw.com

21                                  Counsel for Indirect-Purchaser Plaintiffs

22

23

24

25

26

27

28
                                          1
JOINDER IN COOPER & KIRKHAM, P.C.'S MOTION TO STRIKE DECLARATION OF
MARIO N. ALIOTO AND MOTION TO STRIKE CERTAIN PARAGRAPHS THEREOF
Case No. 3:07-cv-5944, MDL No. 1917

1

CERTIFICATE OF SERVICE

2

I hereby certify that a true copy of the foregoing **LAW OFFICES OF FRANCIS O.**

3

**SCARPULLA'S JOINDER IN COOPER & KIRKHAM, P.C.'S MOTION TO STRIKE**

4

**DECLARATION OF MARIO N. ALIOTO AND MOTION TO STRIKE CERTAIN**

5

**PARAGRAPHS THEREOF** was filed *via* CM/ECF on September 27, 2016, and as a result has

6

been served on all counsel of record *via* transmission of Notices of Electronic Filing generated by

7

CM/ECF.

8

9

/s/ Francis O. Scarpulla
Francis O. Scarpulla

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINDER IN COOPER & KIRKHAM, P.C.'S MOTION TO STRIKE DECLARATION OF
MARIO N. ALIOTO AND MOTION TO STRIKE CERTAIN PARAGRAPHS THEREOF
Case No. 3:07-cv-5944, MDL No. 1917