LAW OFFICES OF

# FRANCIS O. SCARPULLA

ATTORNEY AT LAW
AND
UNITED KINGDOM SOLICITOR

456 MONTGOMERY STREET, 17ᵀᴴ FLOOR
SAN FRANCISCO, CA 94104

(415) 788-7210

TELECOPIER: (415) 788-0706

CELLULAR: (415) 310-0607

E.MAIL: fos@scarpullalaw.com

September 27, 2016


_Via_ ECF


The Honorable Martin Quinn
Special Master
JAMS
Two Embarcadero Center, Suite 1500
San Francisco, CA  94111

      Re:    <u>In re:  Cathode Ray Tube (CRT) Antitrust Litigation</u>
              MDL No. 1917
              USDC/NDCA Case No. 3:07-cv-5944 SC

Dear Special Master Quinn:

      The Special Master's Order Re Process For Allocation Of Attorneys' Fees (Doc. 4748) provides that the Special Master "reserves the right to alter these procedures as may be necessary," and the subsequent Order No. 2 Re Process For Allocation Of Attorneys' Fees (Doc. 4880) directs counsel to file a letter before the Special Master with any concerns about the scheduling of oral arguments on Lead Counsel's proposed fee allocation.

      The Law Offices of Francis O. Scarpulla ("LOFOS") hereby requests that the Special Master invoke his discretion to alter the procedure for oral argument in order to permit the attendance and participation of any objecting counsel.  For example, LOFOS has submitted its own list of firms with proposed allocations (_see_ Doc. No. 4818) – do any of those firms have the right to be present at any oral argument to respond or comment on the LOFOS suggested allocations and multipliers?  Conversely, for those firms that have requested oral argument to present their oppositions to the objections of LOFOS, does LOFOS have the right to appear to respond?  Specifically, Mario Alioto has requested oral argument, presumably to discuss LOFOS's objection to Trump, Alioto, Trump & Prescott's proposed fee allocation to itself.  Does LOFOS have the right to attend that oral argument to respond to anything Mr. Alioto might say?

The Honorable Martin Quinn
September 27, 2016
Page Two

     Accordingly, LOFOS respectfully requests that the Special Master alter his orders regarding the procedure for hearing oral argument on objections so that any affected counsel may have the right to appear and respond for itself.

                    Respectfully yours,

                    Francis O. Scarpulla

FOS/cpc
cc:  All Counsel (*via* ECF)