

NOTICE TO ALL COUNSEL                                          September 26, 2016

    RE:    **In RE: Cathode Ray Tube (CRT) Antitrust Litigation**
             MDL No. 1917; Case No.:  C-07-5944-SC

Dear Counsel:

This will confirm that oral hearings on the allocation of attorneys fees have been scheduled a follows:

| | |
|---|---|
| October 3, 2016 @ 1:30 pm PDT | Kirby McInerney (In-person and Telephonic) |
| October 3, 2016 @ 3:30 pm PDT | Trump, Alioto, Trump, & Prescott |
| October 4, 2016 @ 9:30 am PDT | Law Offices of Brian Barry (Telephonic) |
| October 4, 2016 @ 1:30 pm PDT | Law Offices of Lawrence Papale (Telephonic) |
| October 5, 2016 @ 11:00 am PDT | Cooper & Kirkham (In-person) |
| October 5, 2016 @ 1:30 pm PDT | Theresa Moore (In-person) |
| October 5, 2016 @ 3:00 pm PDT | Francis Scarpulla (In-person) |

In-person hearings shall be held at JAMS San Francisco Resolution Center located at Two Embarcadero Center, Suite 1500.

Telephonic hearings shall use the following dial-in:  1-877-696-5267; participant code 1639718#.

Please do not hesitate to contact me directly if you have any questions.

Best Regards,

*Sandra Chan*
Sandra Chan
Case Manager to Specials Master Martin Quinn