Martin Quinn
JAMS
Two Embarcadero Center, Suite 1500
San Francisco, CA 94111
Telephone: (415) 774-2669
Fax: (415) 982-5287
Special Master

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 |
|---|---|
|  | Case No. C-07-5944-SC |
| This Document Relates to: ALL ACTIONS | **SPECIAL MASTER'S ORDER NO. 4 RE PROCESS FOR ALLOCATION OF ATTORNEYS' FEES** |

The Special Master issued Order No. 1 (Dkt. 4748) that set forth procedures for oral hearings on objections to Lead Counsel's proposed fee allocation. Order No. 1 provided that each hearing will last no more than one hour, and only the objecting attorney and Lead Counsel will be permitted to speak. On September 27, 2016, Francis Scarpulla filed a letter (Dkt. 4891) requesting that any "affected counsel" be permitted to speak. On September 28, 2016, Christopher Micheletti of Zelle, LLP, which filed a response, sent an e-mail to the Special Master's Case Manager asking whether Zelle would be permitted to attend oral argument.

The Special Master alters and clarifies the procedures for oral argument as follows:

1. Seven oral arguments have been scheduled for October 3-5, 2016. Those are all the oral arguments which were requested. A schedule has been issued by e-mail to all counsel today.

2. Each argument will last no more than one hour. This limit will be strictly enforced in order to conclude all arguments in a reasonable period.

3. Any class counsel may attend any or all of the arguments in person or by telephone.

4. Only counsel who have filed an objection, response or reply to a response may speak. Counsel who have not filed papers objecting or responding may attend but not speak.

5. The hearings will be transcribed. Lead Counsel shall provide a court reporter for all hearings.

6. The objecting or responding attorney may present opening argument not exceeding 15 minutes; Lead Counsel may respond not exceeding 15 minutes; the objecting or responding attorney may reply not exceeding 10 minutes. Other counsel who have filed papers may present argument; Lead Counsel may respond. The Special Master may alter these time limits as circumstances dictate.

Dated: September 28, 2016

_____
Martin Quinn, Special Master