Christopher T. Micheletti (136446)
Judith A. Zahid (215418)
Qianwei Fu (242669)
ZELLE LLP
44 Montgomery St., Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0770
Email:      *cmicheletti@zelle.com*
            *jzahid@zelle.com*
            *qfu@zelle.com*

*Counsel for Class Representative*
*Kerry Lee Hall and Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 3:07-cv-5944 JST |
| | MDL No. 1917 |
| This Document Relates to: | **DECLARATION OF CHRISTOPHER T. MICHELETTI IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5** |
| All Indirect Purchaser Actions | |

I, Christopher T. Micheletti, declare:

1.      I am an attorney duly licensed by the State of California and am admitted to practice before this Court.  I am a partner with the law firm Zelle LLP and my firm serves as Counsel for the Indirect Purchaser Plaintiffs ("IPPs") in the above-captioned action.  I make this declaration in support of Cooper & Kirkham P.C.'s Administrative Motion to File Under Seal (ECF No. 4879).  Except where otherwise stated, the matters set forth herein are within my personal knowledge and if called upon and sworn as a witness I could competently testify regarding them.

2.      On June 18, 2008, the Court approved a "Stipulated Protective Order" in this matter (Dkt. No. 306) (the "Protective Order").

3.      Pursuant to the Protective Order, IPPs have designated their counsel's time records as Highly Confidential because some of IPP counsel's billing records contain attorney-client privileged information, attorney work product information, and/or information relating to IPP counsel's preparations for trial.

4.      On September 24, 2016, Objector Cooper filed the Motion to File Under Seal and lodged conditionally under seal, pursuant to Civil Local Rules 7-11 and 79-5(d), Exhibits 1-6 to the Second Declaration of Josef D. Cooper in Support of Cooper & Kirkham, P.C.'s Objection to Lead Counsel's Revised Proposed Allocation of Aggregate Fee Award to Indirect Purchaser Plaintiffs' Counsel (ECF No. 4879-3).

5.      Pursuant to Civil Local Rule 7-11 and 79-5, and the Protective Order, the following materials should be maintained under seal:

         a.      Portions of Exhibit 3 to the Second Declaration of Josef D. Cooper in Support of Cooper & Kirkham, P.C.'s Objection to Lead Counsel's Revised Proposed Allocation of Aggregate Fee Award to Indirect Purchaser Plaintiffs' Counsel (ECF No. 4879-3, page 15), which are excerpts of my firm's daily billing records.  The specific portions of

1

DECLARATION OF CHRISTOPHER T. MICHELETTI IN SUPPORT OF ADMINISTRATIVE
MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5
MASTER FILE NO. CV-07-5944-JST, MDL NO. 1917

1    specific billing entries in Exhibit 3 that should be maintained under seal

2    are attached hereto.

3    b.    Portions of Exhibit 5 to the Second Declaration of Josef D. Cooper in

4    Support of Cooper & Kirkham, P.C.'s Objection to Lead Counsel's

5    Revised Proposed Allocation of Aggregate Fee Award to Indirect

6    Purchaser Plaintiffs' Counsel (ECF No. 4879-3, page 17), which are

7    excerpts of my firm's daily billing records.  The specific portions of

8    specific billing entries in Exhibit 5 that should be maintained under seal

9    are attached hereto.

10    6.    The redacted portions of Exhibits 3 and 5 should remain under seal because they

11    contain confidential attorney work product information, including attorney mental impressions,

12    strategy and thought processes.

13    7.    We have attempted to identify all instances of confidential attorney-client

14    privileged and attorney work product information contained in the excerpts of our billing and

15    expense records in Exhibits 2, 3 and 5.  To the extent we have not identified and redacted any

16    such additional information, its production or publication should not be construed as a waiver of

17    any applicable privilege or protection.

18    8.    I declare under penalty of perjury that the foregoing is true and correct.  Executed

19    this 28th day of September 2016 at San Francisco, California.

20                                    */s/ Christopher T. Micheletti*

21                                    Christopher T. Micheletti

22

23

24

25

26

27    4816-3506-7449v1

28

DECLARATION OF CHRISTOPHER T. MICHELETTI IN SUPPORT OF ADMINISTRATIVE
MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5
MASTER FILE NO. CV-07-5944-JST, MDL NO. 1917

# EXHIBIT 3

| 3594434 | 7/25/2008 | FU, QIANWEI | SR. ASSOCIATE | 0.50 | 410 | 205.00 | ██████████████████████ |
| | | | | | | | EMAIL DISCUSSION WITH JUDITH AND LAUREN RE THE SAME, REVIEW LAUREN'S EMAIL RE CASE UPDATE |

| 3614577 | 9/19/2008 | FU, QIANWEI | SR. ASSOCIATE | 1.00 | 410 | 410.00 | REVIEW INDIVIDUAL COMPLAINTS TO ███ ████████████████ COMMUNICATED WITH HANK ████████ |
| 3616858 | 9/19/2008 | LAMB, DENISE M. | PARALEGAL (3) | 0.50 | 210 | 105.00 | █████████████████████ █████ |

| 3641579 | 11/13/2008 | FU, QIANWEI | SR. ASSOCIATE | 0.50 | 410 | 205.00 | RESEARCH WHETHER █████████ |

| 3641574 | 11/13/2008 | YI, JANE N. | ASSOCIATE | 2.10 | 370 | 777.00 | PERFORMED RESEARCH ON ████████ ███████████████████████ FOR QIANWEI FU. |

| 3677408 | 2/13/2009 | NEWMAN, ROBERT | PARALEGAL (3) | 0.30 | 260 | 78.00 | REVIEW RECORDS RE █████████████ ██████████████ PER HENRY CIRILLO |

EXHIBIT 5

| 4225764 | 1/3/2013 | RANKIE, HEATHER T. | ASSOCIATE | 7.00 | 480 | 3,360.00 | FOR USE IN CLASS CERT. REPLY BRIEF, PER JAZ AND MSC REQUEST, GATHER AND REVIEW AUTHORITY RE SUPPORT AT CLASS CERT. FOR ███████████ ███████████████████████████ |

| 4215174 | 1/7/2013 | CHRISTIAN, MICHAEL S. | PARTNER | 2.90 | 650 | 1,885.00 | REVIEW MATERIALS FROM CTM RE ████ ████████ CORRESPOND WITH CO-COUNSEL RE DEPOSITIONS, CONFERENCE WITH J. ZAHID RE AME,, WORK ON REPLY BRIEF, MEET WITH P. CLAYTON AND J. ZAHID RE ALLOCATION OF WORK ON REPLY BRIEF |

| 4214763 | 1/7/2013 | NEWMAN, ROBERT | PARALEGAL (3) | 4.40 | 275 | 1,210.00 | REVIEW SEVERAL LETTERS AND EMAILS AND ADD INFORMATION RE EMPLOYMENT HISTORY OF PROSPECTIVE PANASONIC WITNESSES TO LIST RE SAME, PER D. LAMBRINOS, OBTAIN SELECTED CHUNGHWA DOCUMENTS FROM RELATIVITY RE SHINICHI IWAMOTO, PER D. LAMBRINOS, IN PREPARATION FOR IWAMOTO DEPOSITION, OBTAIN FROM WESTLAW 16 OPINIONS AND REVIEW SAME FOR ███████████ ███████ PER M. CHRISTIAN, IN PREPARATION OF CLASS CERTIFICATION REPLY, LOCATE CLASS CERTIFICATION OPINION ███████████ PER J. ZAHID, FORMAT AND PRINT OUT SET OF HOT DOCUMENTS FLAGGED FOR IWAMOTO DEPOSITION, PER D. LAMBRINOS |
| 4210740 | 1/7/2013 | UMBERT, JOSE M. | PARTNER | 0.70 | 625 | 437.50 | DISCUSSION WITH J. ZAHID AND EMAIL TO L. RUSSELL RE ISSUES WITH ███████ ███████ AT PRELIMINARY APPROVAL STAGE, IN PREPARATION FOR HEARING ON AG'S PROPOSED SETTLEMENT |

| 4214777 | 1/8/2013 | NEWMAN, ROBERT | PARALEGAL (3) | 0.80 | 275 | 220.00 | REVIEW SEVERAL ADDITIONAL OPINIONS FOR ███████████████ ████████ PER M. CHRISTIAN, IN PREPARATION OF CLASS CERTIFICATION REPLY, COMPILE SELECTED HOT DOCUMENTS RE STEVE IWAMOTO FROM RELATIVITY, PER D. LAMBRINOS, IN PREPARATION FOR IWAMOTO DEPOSITION |

| 4214800 | 1/9/2013 | NEWMAN, ROBERT | PARALEGAL (3) | 4.20 | 275 | 1,155.00 | IDENTIFY AND OBTAIN TWO RECENT CLASS CERTIFICATION OPINIONS FROM WESTLAW PER J. ZAHID, PREPARE ZIP FILE OF PANASONIC 30(B)(6) DEPOSITIONS PER D. LAMBRINOS, COMPILE ADDITIONAL SELECTED HOT DOCUMENTS RE STEVE IWAMOTO FROM RELATIVITY, PER D. LAMBRINOS, IN PREPARATION FOR IWAMOTO DEPOSITION, FORMAT SPREADSHEETS IN EXCEL FILES SELECTED AS HOT DOCUMENTS FOR POTENTIAL USE AS IWAMOTO DEPOSITION EXHIBITS, PER D. LAMBRINOS, CULL METADATA FOR SEVERAL IWAMOTO-RELATED DOCUMENTS PER D. LAMBRINOS, REVIEW ███████████████ REFERENCES TO IWAMOTO, KINOSHITA AND NISHIYAMA, PER D. LAMBRINOS |

| 4214811 | 1/10/2013 | NEWMAN, ROBERT | PARALEGAL (3) | 5.20 | 275 | 1,430.00 | SEARCH SPREADSHEET LISTING CONSPIRACY MEETINGS AND EXTRACT INFORMATION RE IWAMOTO, KINOSHITA AND NISHIYAMA IN PREPARATION FOR THEIR DEPOSITIONS, PER D. LAMBRINOS, FORMAT SPREADSHEETS IN EXCEL FILES SELECTED AS HOT DOCUMENTS FOR POTENTIAL USE AS IWAMOTO DEPOSITION EXHIBITS, PER D. LAMBRINOS, OBTAIN AND REVIEW METADATA FOR SELECTED ██████ ████████ DOCUMENTS, IN PREPARATION FOR IWAMOTO, KINOSHITA AND NISHIYAMA DEPOSITIONS, PREPARE EMAIL TO N. CIHLAR REQUESTING TRANSLATIONS OF THREE EMAILS ATTACHING ████████ PER D. LAMBRINOS, DISCUSSION WITH D. LAMB RE SETTING UP KINOSHITA AND IWAMOTO DEPOSITIONS WITH VERITEXT, MEETING WITH D. LAMBRINOS RE ████ ██████ AND ACCOMPANYING METADATA CULLED FOR USE IN KINOSHITA AND NISHIYAMA DEPOSITIONS, SEARCH RELATIVITY FOR ORIGINAL EMAIL FROM KINOSHITA TO |
|---|---|---|---|---|---|---|---|

| 4212640 | 1/16/2013 | ZAHID, JUDITH A. | PARTNER | 3.50 | 675 | 2,362.50 | REVIEW DRAFT MEMORANDUM OF ███████ RE THE WILLIG DEPOSITION, PROVIDE INPUT THAT I'D GATHERED FROM READING DAUBERT CASES OF TYPES OF QUESTIONS WE CAN ASK WILLIG, REVIEW EMAILS RE INTERPRETER ISSUES, CONFERENCE CALL WITH M. ALIOTO AND L. RUSSELL TO CONTINUE DISCUSSION OF STRATEGY AND CONCERNS RE COORDINATING WITH THE OTHER PLAINTIFF GROUPS, REVIEW EMAILS FROM B. GRALEWSKI AND RESPOND TO QUESTIONS RE ██████ CLASS REPRESENTATIVE |

| 4227060 | 1/18/2013 | MICHELETTI, CHRIS T. | SR. PARTNER | 1.00 | 800 | 800.00 | REVIEW AND ANALYSIS OF REPLY ISSUES, REVIEW AND REVISE SUMMARY ███████ FOR USE IN REPLY |

| 4222173 | 1/18/2013 | NEWMAN, ROBERT | PARALEGAL (3) | 3.00 | 275 | 825.00 | EMAIL TO H. RANKIE DESCRIBING WESTLAW RESEARCH PERFORMED ON ROBERT WILLIG, AND SEND SAME, IN PREPARATION FOR WILLIG DEPOSITION, COMPILE MATERIALS FOR WILLIG DEPOSITION PER J. ZAHID AND D. LAMBRINOS, INCLUDING FILINGS RE CRT CRIMINAL CASES AND INTERNATIONAL INVESTIGATIONS, COMPILE ALL SETTLEMENT AGREEMENTS IN THE CRT MATTERS, REVIEW SAME, AND ADD INFORMATION TO CHART FOR USE BY C. CORBITT WITH WILLIG DEPOSITION, PER D. LAMBRINOS, EXTRACT AND FORMAT ELECTRONIC COPIES OF SELECTED ███████████ PER H. RANKIE, IN PREPARATION FOR WILLIG DEPOSITION |
| 4225855 | 1/18/2013 | RANKIE, HEATHER T. | ASSOCIATE | 9.10 | 480 | 4,368.00 | REVIEW ███████████ ████ AND DRAFT SUMMARY OF SIGNIFICANT OPINIONS PER CCC REQUEST FOR PREP OF WILLIG'S DEPO. |

| 4227061 | 1/19/2013 | MICHELETTI, CHRIS T. | SR. PARTNER | 3.50 | 800 | 2,800.00 | REVIEW AND ANALYSIS OF REPLY ISSUES, REVIEW AND REVISE SUMMARY COMPARISON ████████ ████████ FOR USE IN REPLY |
| 4227062 | 1/20/2013 | MICHELETTI, CHRIS T. | SR. PARTNER | 2.30 | 800 | 1,840.00 | REVIEW AND ANALYSIS OF REPLY ISSUES, REVIEW AND REVISE SUMMARY COMPARISON ████████ ████████ FOR USE IN REPLY |

| 4227070 | 1/22/2013 | MICHELETTI, CHRIS T. | SR. PARTNER | 2.80 | 800 | 2,240.00 | FACT RESEARCH REGARDING ████████ ████████ REVIEW AND REVISE SUMMARY ████████ ████████ FOR USE IN REPLY, DRAFT EMAIL TO ,. CHRISTIAN AND J. ZAHID REGARDING SAME |

| 4223166 | 1/24/2013 | ZAHID, JUDITH A. | PARTNER | 5.20 | 675 | 3,510.00 | REVIEW DRAFT DECLARATION OF NETZ |
|---------|-----------|------------------|---------|------|-----|----------|----------------------------------|
|         |           |                  |         |      |     |          |                                  |
|         |           |                  |         |      |     |          | CONTINUE DRAFTING                |

| 4223171 | 1/25/2013 | ZAHID, JUDITH A. | PARTNER | 8.30 | 675 | 5,602.50 | CLOSELY REVIEWED SECOND DRAFT OF NETZ DECLARATION █████████ ███████████████ CONTINUED DRAFTING OPPOSITION TO DAUBERT MOTION, REVIEWED ADDITIONAL CASES AND ADDED TO ARGUMENT SECTION, DISCUSSED STRATEGY INTERNALLY AND EXCHANGED WORK PRODUCT WITH CTM |

| 4223053 | 1/29/2013 | NEWMAN, ROBERT | PARALEGAL (3) | 2.00 | 275 | 550.00 | RELATIVITY SEARCHES AND REVIEW DOCUMENTS TO LOCATE REFERENCES TO ▇▇▇▇ PER D. LAMBRINOS, IN PREPARATION FOR KINOSHITA DEPOSITION, DISCUSSIONS WITH D. LAMB RE INDEXING OF DEPOSITION EXHIBITS, OBTAIN ADDITIONAL DOCUMENTS FROM RELATIVITY FOR USE IN KINOSHITA DEPOSITION, PER D. LAMBRINOS |

| 4229871 | 2/1/2013 | NEWMAN, ROBERT | PARALEGAL (3) | 6.80 | 275 | 1,870.00 | ADD DOCUMENTS TO ELECTRONIC SET OF EXHIBITS FOR KINOSHITA DEPOSITION, COORDINATE PREPARATION OF HARD-COPY SET OF EXHIBITS FOR KINOSHITA DEPOSITION, PER D. LAMBRINOS, OBTAIN ADDITIONAL DOCUMENTS FROM RELATIVITY FOR KINOSHITA AND IWAMOTO DEPOSITIONS, PER D. LAMBRINOS, FORMAT ADDITIONAL POWERPOINT FILES FOR USE AS KINOSHITA DEPOSITION EXHIBITS, DOCKET RESEARCH TO OBTAIN CLASS CERTIFICATION BRIEFING ███████ ███████████ PER J. ZAHID |

| 4231892 | 2/4/2013 | CHRISTIAN, MICHAEL S. | PARTNER | 8.20 | 650 | 5,330.00 | REVIEW PHYSICAL ISSUES RE ███████ ████████ AND DRAFT CORRESPONDENCE RE SAME, REVIEW AND EDIT DAUBERT OPPOSITION AND COMMUNICATE WITH J. ZAHID RE SAME, COMMUNICATIONS WITH R. NEWMAN AND J. ZAHID RE RESEARCH PROJECTS, CORRESPOND WITH B. GRALEWSKI, M. ALIOTO AND S. KERN RE ███████ ████████ WORK ON ASCERTAINABILITY ISSUES, DDRAFT DETAILED CORRESPONDENCE TO J. METZLER AND B. GRALEWSKI RE OUTSTANDING NEEDS ON ASCERTAINABILITY, REVIEW CORRESPONDENCE FROM J. METZLER RE |

| 4229876 | 2/4/2013 | NEWMAN, ROBERT | PARALEGAL (3) | 10.20 | 275 | 2,805.00 | WESTLAW SEARCH AND REVIEW RESULTS RE ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ IN ANTITRUST CASES, PER J. ZAHID, IN PREPARATION OF REPLY BRIEF, PULL ADDITIONAL DOCUMENTS AND RELATED METADATA FROM RELATIVITY FOR KINOSHITA DEPOSITION, PER D. LAMBRINOS, COMPILE AND COORDINATE PRINTOUT OF EXHIBITS FOR KINOSHITA DEPOSITION, MEETING WITH D. LAMBRINOS RE FINAL CONFIGURATION OF EXHIBITS FOR TOMORROW'S KINOSHITA DEPOSITION, COORDINATE OFFICE SERVICES WORK ON PREPARATION OF KINOSHITA EXHIBITS, AND CONFIGURE SAME |

| 4231902 | 2/5/2013 | CHRISTIAN, MICHAEL S. | PARTNER | 7.20 | 650 | 4,680.00 | WORK ON ASCERTAINABILITY/TYPICALITY/ADEQUACY SECTIONS OF REPLY IN SUPPORT OF CLASS CERTIFICATION, CONFERENCE WITH R. NEWMAN RE EDITS TO SAME, CORRESPONDENCE WITH C. MICHELETTI RE REPLY BRIEF, CORRESPONDENCE WITH ██████████ CORRESPONDENCE WITH EXPERTS RE MARKET SHARE ISSUES, REVIEW EXPERT MATERIALS RE CLASS CERTIFICATION ANALYSIS, DRAFT DETAILED OUTLINE TO J. METZLER RE INFORMATION NEEDED FOR REPLY BRIEF, CORRESPOND WITH B. GRALEWSKI RE APPENDIX A AND STATUS OF ASCERTAINABILITY/ADEQUACY ISSUES. |

| 4233671 | 2/5/2013 | ZAHID, JUDITH A. | PARTNER | 6.80 | 675 | 4,590.00 | CONTINUE REVISING DRAFT OF OPPOSITION TO DAUBERT MOTION, REVIEWED DRAFT OF NETZ MOTION TO STRIKE DECLARATION, ▆▆▆▆ ▆▆▆▆▆▆ ▆▆▆▆ CONTINUED TO ANALYZE CASE LAW AND ADD TO DRAFT WHILE COORDINATING WITH CTM AND OTHERS ON REPLY AND ARGUMENTS PERTAINING |
| --- | --- | --- | --- | --- | --- | --- | --- |

| 4229882 | 2/6/2013 | NEWMAN, ROBERT | PARALEGAL (3) | 10.30 | 275 | 2,832.50 | PREPARE ADDITIONAL DOCUMENTS FOR SECOND DAY OF KINOSHITA DEPOSITION, PER D. LAMBRINOS, OBTAIN METADATA FROM RELATIVITY FOR DOCUMENTS SELECTED FOR IWAMOTO DEPOSITION, AND PREPARE REPORTS RE SAME FOR EACH EXHIBIT, RELATIVITY SEARCHES AND REVIEW DOCUMENTS FOR ███████ ███████ AND ATTACHED EMAILS REFERENCING IWAMOTO, PER D. LAMBRINOS, ASSIST M. CHRISTIAN WITH WESTLAW SEARCHES FOR CLASS CERTIFICATION OPINIONS ███████ ███████ IN PREPARATION OF REPLY BRIEF, MEETING WITH D. LAMBRINOS TO REVIEW IWAMOTO OUTLINE AND DETERMINE SELECTION AND ORDER OF EXHIBITS |

| 4231904 | 2/7/2013 | CHRISTIAN, MICHAEL S. | PARTNER | 11.70 | 650 | 7,605.00 | REVIEW NETZ REBUTTAL REPORT, CORRESPONDENCE WITH B. GRALEWSKI AND D. KARON RE CLASS DECLARATIONS, CORRESPOND WITH B. GRALEWSKI AND J. BOGDANOV RE CLASS REP ISSUES, TELEPHONE CONFERENCE WITH B. GRALEWSKI RE INFO NEEDED FOR REPLY BRIEF, RECIEPT OF VARIOUS CORRESPONDENCE AND PHOTOS FROM CLASS REPS, WORK ON DRAFT CLASS CERT DECLARATION, CONFERENCE WITH R. NEWMAN RE SAME, CORRESPONDENCE WITH B. GRALEWSKI RE FACTS FOR REPLY BRIEF AND TESTIMONY SUPPORTING SAME, CORRESPONDENCE FROM ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ CORRESPONDENCE FROM C. MICHELETTI RE PAGE LIMITATION, CONFERENCE WITH M. ALIOTO RE DECLARATION, CORRESPONDENCE WITH J. ZAHID RE SAME, CRAFT CORRESPONDENCE TO B. GRALEWSKI RE ALIOTO DECLARATION AND INFORMATION NEEDED FOR SAME, CONFERENCE WITH B. GRALEWSKI RE SAME. |

| 4233679 | 2/7/2013 | ZAHID, JUDITH A. | PARTNER | 7.30 | 675 | 4,927.50 | REVIEW DRAFT OF REPLY RE CONSISTENCY BETWEEN ARGUMENTS, ███████ ████████████████ OVERSEE HR REVISING MOTION TO SEAL PAPERS, CONTINUE REVISING OPPOSITION TO DAUBERT MOTION |

| 4235923 | 2/8/2013 | RANKIE, HEATHER T. | ASSOCIATE | 3.60 | 480 | 1,728.00 | PER JAZ REQUEST, FOR USE IN OPPOSITION TO DAUBERT MOTION, GATHER, REVIEW, AND SELECT 9TH. CIR. AND CAL. DISTRICT AUTHORITY FOR VARIOUS PROPOSITIONS, INCLUDING ▮▮▮▮▮▮▮▮ |
| 4233689 | 2/8/2013 | ZAHID, JUDITH A. | PARTNER | 5.60 | 675 | 3,780.00 | CONFERENCE CALL WITH ▮▮▮▮ ▮▮▮▮▮ REVISE DRAFT TO UPDATE THESE POINTS, INTERNAL DISCUSSIONS RE STRATEGY FOR CERTAIN ARGUMENTS AND CASE LAW REFERENCES |

| 4231909 | 2/11/2013 | CHRISTIAN, MICHAEL S. | PARTNER | 8.80 | 650 | 5,720.00 | REVIEW OPPOSITION TO MOTION TO STRIKE AND EDIT SAME, REVIEW █████ ███████ RE MOTION TO STRIKE, GATHER EVIDENCE FOR ALIOTO DECLARATION, WORK ON INCORPORATING INTO DECLARATION AND BRIEF, CORRESPONDENCE WTIH B. GRALEWSKI RE STATUS OF CLASS REPRESENTATIVE DECLARATIONS, CONFERNECES WITH R. NEWMAN RE SAME, CORRESPOND WITH C. MICHELETTI RE RESEARCH ISSUES, WORK ON DECLARATION, RESEARCH RE CASE LAW |

| 4233824 | 2/11/2013 | ZAHID, JUDITH A. | PARTNER | 6.10 | 675 | 4,117.50 | REVIEW ███████ TO MY DRAFT, CONFER INTERNALLY ON REMAINING PROJECTS, COORDINATION BETWEEN TWO BRIEFS, ETC., REVIEW ███████ TO DRAFT AND INCORPORATE, CONTINUE REVISING AND EDITING CURRENT DRAFT |

| 4231910 | 2/12/2013 | CHRISTIAN, MICHAEL S. | PARTNER | 11.20 | 650 | 7,280.00 | CORRESPONDENCE WITH J. ZAHID RE UPCOMING WORK ALLOCATION FOR FILINGS, REVIEW CURRENT DRAFT OF REPLY BRIEF AND EDIT SAME, CORRESPONDENCE WITH B. GRALEWSKI RE ▮▮▮▮▮ EDIT AND REVISE OPPOSITION TO DAUBERT MOTION, CONFERENCE WITH J. ZAHID RE SAME, CORRESPOND WITH ▮▮▮▮▮ ▮▮▮▮▮ CORRESPONDENCE WITH B. GRALEWSKI RE DEPOSITION TRANSCERIPT CITES, DRAFT REVISIONS TO ALIOTO DECLARATION AND CIRCULATE SAME TO CO-COUNSEL, CORRESPOND WITH CO-COUNSEL RE SAME, REVIEW COSTCO AND BEST BUY DEPOSITIONS FOR ▮▮▮▮▮ TESTIMONY, CORRESPONDENCE FROM CO-COUNSEL RE CLASS REPRESENTATIVE DEPOSITION TESTIMONY, ▮▮▮▮▮ ▮▮▮▮▮ CORRESPOND WITH CO-COUNSEL RE FACT WITNESS DEPOSITIONS, REVIEW REVISIONS TO DAUBERT OPPOSITION, REVIEW REVISED INFORMATION FROM EXPERTS RE TUBE INFO, CORRESPONDENCE TO C. MICHELETTI RE EDITS TO REPLY BRIEF, |

| 4233549 | 2/12/2013 | NEWMAN, ROBERT | PARALEGAL (3) | 5.80 | 275 | 1,595.00 | OBTAIN EIGHT DIRECT-ACTION CRT COMPLAINTS CITED IN DEFENDANTS' CLASS CERTIFICATION OPPOSITION BRIEF, AND COMPILE ███████████ ███████████ PER M. CHRISTIAN, IN PREPARATION OF REPLY BRIEF, REVIEW DRAFT LIST OF POTENTIAL MERITS DEPONENTS TO BE SENT TO PANASONIC COUNSEL, AND ELIMINATE DUPLICATES PER D. LAMBRINOS, COMPARE DRAFT LIST OF POTENTIAL MERITS DEPONENTS AGAINST CONSPIRACY MEETING GRID AND OTHER LISTS, AND ADD NAMES NOT ALREADY ON WITNESS LIST, PER D. LAMBRINOS, REVIEW EXHIBITS TO DEPOSITION OF I.H. SONG FOR ███████████ ███████████ PER D. LAMBRINOS, IN PREPARATION TO ADD NAMES TO LIST OF POTENTIAL MERITS DEPONENTS, MEETING WITH D. LAMBRINOS TO REVIEW NAMES ON LIST OF POTENTIAL PANASONIC MERITS DEPONENTS, EDIT ALIOTO REPLY DECLARATION WITH REFERENCES TO NEWLY ADDED EVIDENCE RE ASCERTAINABILITY, PER M. CHRISTIAN |
| --- | --- | --- | --- | --- | --- | --- | --- |

| 4231917 | 2/13/2013 | CHRISTIAN, MICHAEL S. | PARTNER | 11.20 | 650 | 7,280.00 | RECEIPT OF VARIOUS CLASS REPRESENTATIVE DEPOSITION TESTIMONY, CORRESPOND WTIH EXPERTS AND CO-COUNSEL RE TUBE MATCHING ISSUES, CORRESPONDENCE TO C. MICHELETTI RE BEST BUY AND COSTCO ███████ TESTIMONY, REVIEW REVISIONS FROM ██████████ ████ EDIT ASCERTAINABILITY/ADEQUACY INSERT TO FERFLECT LATEST CLASS REPRESENTATIVE INFORMATION, CONFERNCE WITH H. RANKIE RE WILLIG CASES, REVIEW SAME, CONFERENC EWITH J. ZAHID RE EDITS TO DAUBERT OPPOSITION, RECEIPT OF REVISED APPENDIX A, CORRESPOND WITH CO-COUNSEL RE CLASS REPRESENTATIVE DEPOSITION TESTIMONY, CORRESPOND WITH H. RANKIE RE SEALING ISSUES FOR ALIOTO DECLARATION, VARIOUS CORRESPONDENCE WITH ██████████ ██████████ REVIEW "BUT FOR" ARGUMENT AND CASE LAW RE SAME, CONFERENCES WITH R. NEWMAN RE EVIDENTIARY ATTACHMENTS TO ALIOTO DECLARATION, CORRESPOND WITH J. ZAHID RE FURTHER EDITS TO DAUBERT |

| 4231469 | 2/13/2013 | MICHELETTI, CHRIS T. | SR. PARTNER | 11.60 | 800 | 9,280.00 | REVIEW AND REVISE AND SUPPLEMENT CLASS CERTIFICATION REPLY BRIEF IN RE (B)(3) ARGUMENTS, REVIEW AND ANALYZE NETZ REBUTTAL OPINIONS, INCORPORATE SAME INTO REPLY BRIEF ARGUMENTS, LEGAL RESEARCH REGARDING REPLY ISSUES, DRAFT EMAIL ██████████████████ CONFER WITH M. CHRISTIAN AND J. ZAHID REGARDING STRATEGY |

| 4235936 | 2/13/2013 | RANKIE, HEATHER T. | ASSOCIATE | 7.50 | 480 | 3,600.00 | FOR CLASS CERT. REPLY AND MTS OPPOSITION PAPERS, DRAFT ADMIN. SEALING MOTION PAPERS, DRAFT ZAHID DECL. ISO MTS OPPOSITION, CONTRIBUTE SUBSTANTIVELY TO CONTENT OF REPLY RE ▮▮▮▮▮▮▮▮ AND HANDLE OTHER MISCELLANEOUS EDITS AND RESEARCH ASSIGNED BY JAZ. |
| 4233834 | 2/13/2013 | ZAHID, JUDITH A. | PARTNER | 11.80 | 675 | 7,965.00 | WORK CLOSELY WITH SYLVIE KERN TO EDIT AND REVISE DAUBERT OPPOSITION BRIEF, REVIEW NETZ DECLARATION ▮▮▮▮ ▮▮▮▮▮▮▮ REVIEW NETZ REBUTTAL REPORT, STRATEGIZE WITH CTM AND MC RE ARGUMENTS, REVISE AND EDIT BRIEF ALL DAY |
| 4231921 | 2/14/2013 | CHRISTIAN, MICHAEL S. | PARTNER | 9.60 | 650 | 6,240.00 | CORRESPONDENCE WITH CO-COUNSEL RE EVIDENTIARY ARGUMENTS TO APPENDIX A, CORRESPONDENCE WITH J. ZAHID RE ▮▮▮▮▮▮ ARGUMENT MADE BY DEFENDANTS, DRAFT INSERT FOR REPLY BRIEF AND DAUBERT OPPOSITION REFUTING DEFENDANTS ▮▮▮▮▮ ARGUMENT, RESEARCH AND DRAFT ARGUMENT FOR REPLY BRIEF REFUTING DEFENDANTS ARGUMENT ON CLASS-WIDE |

| 4233666 | 2/27/2013 | CHRISTIAN, MICHAEL S. | PARTNER | 1.60 | 650 | 1,040.00 | REVIEW DEPOSITION ISSUES WITH D. LAMBRINOS, REVIEW ████████ ██████████ AND APPLICABILITY TO REPLY IN SUPPORT OF CLASS CERTFICATION, WORK ON CASE COMPILATION, CORRESPOND WITH J. ZAHID AND C. MICHELETTI RE SAME. |

| 4237780 | 3/7/2013 | NEWMAN, ROBERT | PARALEGAL (3) | 3.10 | 275 | 852.50 | COMPILE AND PREPARE POTENTIAL EXHIBITS FOR DAY 3 OF NISHIYAMA DEPOSITION, PER J. ROSS OF SUSMAN GODFREY, PREPARE LIST OF U.S. STATES AND TERRITORIES FOR USE AS EXHIBIT WITH NISHIYAMA, PER D. LAMBRINOS, RELATIVITY SEARCHES AND REVIEW EXPENSE REPORTS FOR REFERENCES TO ███████████ PER D. LAMBRINOS, FOR USE IN FINAL DAY OF NISHIYAMA DEPOSITION, COORDINATE COPYING OF COVER PAGES TO THE EXHIBITS MARKED DURING THE THREE-DAY NISHIYAMA DEPOSITION, PER D. LAMBRINOS |

| 4246751 | 3/13/2013 | MICHELETTI, CHRIS T. | SR. PARTNER | 7.00 | 800 | 5,600.00 | REVIEW AND ANALYSIS OF NETZ REPORTS AND DEPOSITION IN PREPARATION FOR DEPO PREP, REVIEW AND ANALYSIS OF ███████████████ PREPARE OUTLINE FOR PREP SESSION WITH NETZ |

| 4246752 | 3/14/2013 | MICHELETTI, CHRIS T. | SR. PARTNER | 7.10 | 800 | 5,680.00 | REVIEW AND ANALYSIS OF NETZ REPORTS AND DEPOSITION IN PREPARATION FOR DEPO PREP, REVIEW AND ANALYSIS OF ███████████████ MEET WITH M. ALIOTO, J. ZAHID AND J. NETZ REGARDING DEPOSITION PREP |

| 4261852 | 4/8/2013 | MICHELETTI, CHRIS T. | SR. PARTNER | 2.10 | 800 | 1,680.00 | REVIEW AND REVISE LETTER RE WILLIG SURREBUTTAL, TELEPHONE CALL FROM M. ALIOTO, REVIEW NETZ EMAIL REGARDING ████████ DRAFT EMAIL TO M. ALIOTO AND L RUSSELL REGARDING WILLIG LETTER, TELEPHONE CALL WITH M. ALIOTO REGARDING WILLIG LETTER |
| 4253737 | 4/8/2013 | ZAHID, JUDITH A. | PARTNER | 2.60 | 675 | 1,755.00 | EMAILS AND COMMUNICATIONS WITH M. ALIOTO AND CTM RE COMCAST LETTER TO JUDGE LEGGE AND RELATED CLASS ISSUES, RESPOND TO QUESTIONS RE TIMING OF SERVING BACK-UP, REVIEW ████████ RE WILLIG REBUTTAL |

| 4260843 | 4/17/2013 | NEWMAN, ROBERT | PARALEGAL (3) | 2.80 | 275 | 770.00 | PROOFREAD DRAFT OF PROPOSED ORDER GRANTING MOTION FOR CLASS CERTIFICATION, PER M. CHRISTIAN, COMPILE INFORMATION AND PREPARE LIST OF CURRENT NAMED PLAINTIFFS, IN PREPARATION TO ADD SAME TO PROPOSED ORDER GRANTING MOTION FOR CLASS CERTIFICATION, PER M. CHRISTIAN, SEARCH FILES AND THE DOCKET FROM IN RE TFT-LCD ANTITRUST LITIGATION FOR REFERENCES ██████ ████████████ PER D. LAMBRINOS, IN PREPARATION OF POSSIBLE BRIEFING ON THE ████████████ ISSUE, SEARCH THE PANASONIC 30(B)(6) AND MERITS DEPOSITIONS TAKEN TO DATE FOR REFERENCES TO CURRENT EMPLOYMENT STATUS OF YAMAMOTO, SANOGAWAYA AND KAWANO, PER D. LAMBRINOS |

| 4260932 | 4/22/2013 | NEWMAN, ROBERT | PARALEGAL (3) | 1.80 | 275 | 495.00 | REVIEW OPENING AND REPLY CLASS CERTIFICATION PAPERS, FOURTH AMENDED INDIRECT PURCHASER COMPLAINT, AND ORDERS RE AMENDMENT OF THE COMPLAINT, AND PREPARE EMAIL TO B. GRALEWSKI RE QUESTION OF ███████████ ██████████ PER M. CHRISTIAN, REVIEW FOURTH AMENDED INDIRECT PURCHASER COMPLAINT AND ADD FIRST NAMES OF NAMED PLAINTIFFS TO LIST OF SAME TO BE INCLUDED IN THE PROPOSED ORDER GRANTING MOTION FOR CLASS CERTIFICATION, PER C. MICHELETTI, PREPARE HARD-COPY SET OF OPENING CLASS CERTIFICATION REPORT OF JANET NETZ, PER J. ZAHID, IN PREPARATION TO SEND SAME TO JAMS, REVIEW ALIOTO CLASS CERTIFICATION REPLY DECLARATION TO DETERMINE WHICH BATES-NUMBERED DOCUMENTS AND MANUALS WERE ATTACHED THERETO, PER M. CHRISTIAN, AND DISCUSSION WITH M. CHRISTIAN RE SAME, IN PREPARATION FOR APRIL 29 HEARING |
| --- | --- | --- | --- | --- | --- | --- | --- |

| 4260954 | 4/23/2013 | NEWMAN, ROBERT | PARALEGAL (3) | 2.60 | 275 | 715.00 | PREPARE EMAIL TO ███████ ███████ ███████ CITED IN ALIOTO REPLY DECLARATION IN SUPPORT OF MOTION FOR CLASS CERTIFICATION, PER M. CHRISTIAN, IN PREPARATION FOR APRIL 29 HEARING, COORDINATE WITH D. LAMB THE DOWNLOADING FROM RELATIVITY OF BATES-NUMBERED DOCUMENTS CITED IN THE ALIOTO REPLY DECLARATION, IN PREPARATION FOR APRIL 29 HEARING, OBTAIN PRINTOUTS OF WEB PAGES CITED IN ALIOTO REPLY DECLARATION, IN PREPARATION FOR APRIL 29 HEARING, EMAILS TO/FROM J. METZLER AND B. GRALEWSKI RE BACKUP FOR HEARING, TELEPHONE CALL FROM B. GRALEWSKI RE PREPARATIONS FOR HEARING |

| 4260992 | 4/24/2013 | NEWMAN, ROBERT | PARALEGAL (3) | 5.80 | 275 | 1,595.00 | DOWNLOAD ALL DEPOSITION SUMMARIES PREPARED TO DATE AND CREATE COMBINED PDF FILE OF SAME, PER D. LAMBRINOS, REFORMAT AND PREPARE PDF FILES OF ███████ ████████████████████ ███████████ PROPOSED REPORT AND RECOMMENDATION GRANTING INDIRECT PURCHASER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION, PER C. MICHELETTI, INCLUDING COMPARING THE THIRD AND FOURTH CONSOLIDATED AMENDED COMPLAINTS AND EDITING CITATIONS ACCORDINGLY, CHANGING CITES TO COMCAST OPINION TO REFLECT NEW WESTLAW VERSION, AND EDITING PLEADING DEFINITIONS FOR CONSISTENCY, INPUT EDITS FROM L. CAPURRO TO PROPOSED REPORT AND RECOMMENDATION, PER C. MICHELETTI, REVISE AND FINALIZE INDEX OF CLASS CERTIFICATION AND DAUBERT-RELATED FILINGS AND CORRESPONDENCE TO BE PROVIDED TO THE SPECIAL MASTER, PER J. ZAHID |
|---|---|---|---|---|---|---|---|

| 4261147 | 4/26/2013 | RANKIE, HEATHER T. | ASSOCIATE | 8.00 | 480 | 3,840.00 | FOR JAZ AND CTM HEARING PREP, SELECT AND SUMMARIZE KEY CASES ON CLASS CERT. AND DAUBERT, CONDUCT RESEARCH AT CTM REQUEST RE █ █ ████████ STANDARDS, REVIEW/ANALYZE AND SUMMARIZE ████████████ ███████ ARGUMENTS FOR DEFS AND PLFS FOR CTM USE IN HEARING OUTLINE. |

| 4268645 | 5/2/2013 | RANKIE, HEATHER T. | ASSOCIATE | 2.30 | 480 | 1,104.00 | PER CTM REQUEST, REVIEW/ANALYZE AND CREATE PIN CITATIONS FOR "NEW" CASES SUPPORTING CLASS CERT. RE ██████ ████████████████████████ STANDARDS FOR SUBMISSION TO SPECIAL MASTER. |

| 4268206 | 5/7/2013 | MICHELETTI, CHRIS T. | SR. PARTNER | 1.70 | 800 | 1,360.00 | REVIEW OF RESPONSE TO KESSLER LETTER, LEGAL RESEARCH REGARDING ███████████████████ REVIEW OF TRANSCRIPT OF ORAL ARGUMENT, REVIEW OF EMAIL FROM SARA NEVINS |

| 4265679 | 5/8/2013 | NEWMAN, ROBERT | PARALEGAL (3) | 3.40 | 275 | 935.00 | COORDINATE WITH D. LAMB TO SCHEDULE COURT REPORTER FOR JULY 31 DEPOSITION OF MASAKI SANOGAWAYA, RELATIVITY SEARCHES, AND DOWNLOAD, REVIEW AND HIGHLIGHT DOCUMENTS RE SANOGAWAYA LISTED IN MEMO FROM JACKSON BINGHAM, PER D. LAMBRINOS, REVIEW CHART LISTING ███████ ████ AND EXTRACT INFORMATION FROM SAME FOR LIST OF POTENTIAL PANASONIC DEPONENTS, PER D. LAMBRINOS |

| 4265695 | 5/10/2013 | NEWMAN, ROBERT | PARALEGAL (3) | 3.20 | 275 | 880.00 | COMPILE FROM RELATIVITY ██████ ████████████████████ ██████████████████ SAME, REVIEW GROUP AND ELIMINATE DUPLICATES, AND HIGHLIGHT REFERENCES TO SANOGAWAYA, PER D. LAMBRINOS, IN PREPARATION FOR SANOGAWAYA DEPOSITION, REVIEW COMPILATION OF DOCUMENTS SELECTED BY D. LAMBRINOS FOR YAMAMOTO DEPOSITION AND BEGIN PREPARE LIST OF BATES NUMBERS AND FAMILY MEMBERS, IN PREPARATION TO SEND THE DOCUMENTS TO D. BIRKHAEUSER |

| 4268226 | 5/22/2013 | MICHELETTI, CHRIS T. | SR. PARTNER | 2.80 | 800 | 2,240.00 | REVIEW AND ANALYZE DP CLASS SUBMISSIONS (SUPPORTING MEMO AND LEITZINGER DECL) IN REGARDS TO SAME, █████████████████ |
| 4268227 | 5/23/2013 | MICHELETTI, CHRIS T. | SR. PARTNER | 2.00 | 800 | 1,600.00 | REVIEW AND ANALYZE DP CLASS SUBMISSIONS (SUPPORTING MEMO AND LEITZINGER DECL) IN REGARDS TO SAME, █████████████████ |