Mario N. Alioto (56433)
Joseph M. Patane (72202)
Lauren C. Capurro (241151)
**TRUMP, ALIOTO, TRUMP & PRESCOTT LLP**
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
malioto@tatp.com
laurenrussell@tatp.com

*Lead Counsel for Indirect Purchaser Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>All Indirect Purchaser Actions | Master No.: 3:07-cv-05944-JST<br>MDL No. 1917<br><br>**DECLARATION OF LAUREN C. CAPURRO IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5** |

I, Lauren C. Capurro, declare:

1. I am an attorney duly licensed by the State of California and am admitted to practice before this Court. I am an associate with the law firm Trump, Alioto, Trump & Prescott, LLP and my firm serves as Lead Counsel for the Indirect Purchaser Plaintiffs ("IPPs") in the above-captioned action. I make this declaration in support of the Administrative Motion to File Under Seal Pursuant to Civ. L. R. 7-11 and 79-5(d) filed by Cooper & Kirkham, P.C. (ECF No. 4879). Except where otherwise stated, the matters set forth herein are within my personal knowledge and if called upon and sworn as a witness I could competently testify regarding them.

2. On June 18, 2008, the Court approved a "Stipulated Protective Order" in this matter (Dkt. No. 306) (the "Protective Order").

3. Pursuant to the Stipulated Protective Order, IPPs have designated their time records as Highly Confidential because some of IPP Counsel's billing records contain attorney-client privileged information, attorney work product information, and/or information relating to IPP Counsel's preparations for trial.

4. On September 24, 2016, Cooper & Kirkham, P.C. filed the Motion to Seal and lodged conditionally under seal, pursuant to Civil Local Rules 7-11 and 79-5(d), the entirety of Exhibits 1-6 to the Second Declaration of Josef D. Cooper in Support of Cooper & Kirkham, P.C.'s Objection to Lead Counsel's Revised Proposed Allocation of Aggregate Fee Award to IPP Counsel (ECF No. 4879-3).

5. On September 24, 2016, Cooper & Kirkham P.C. filed the Declaration of John Bogdanov in Support of the Motion to Seal (ECF No. 4879-1), which states that Exhibits 1-6 of the Second Declaration of Josef D. Cooper are filed entirely under seal because they contain analyses of, references to, and/or information taken directly from material designated by IPPs as Highly Confidential under the Stipulated Protective Order.

6. Pursuant to Civil Local Rule 7-11 and 79-5, and the Stipulated Protective Order, the following materials should be maintained under seal:

   a. Portions of Exhibit 4 to the Second Declaration of Josef Cooper (ECF

1  No. 4879-3), which are excerpts of my daily billing records.  The
2  specific portions of the specific billing entries in Exhibit 3 that should
3  be maintained under seal are attached hereto as Exhibit A.

4   7. The redacted portions of Exhibit 4 should remain under seal because they contain confidential attorney work product information, including attorney mental impressions, strategy and thought processes, and confidential settlement communications.

 8. I have attempted to identify all instances of confidential attorney-client privileged, attorney work product information, and confidential settlement communications contained in the excerpts of my billing records in Exhibits 1 and 4.  To the extent I have not identified and redacted any such additional information, its production or publication should not be construed as a waiver of any applicable privilege or protection.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 28th day of September 2016 at San Francisco, California.

/s/ Lauren C. Capurro
Lauren C. Capurro

# EXHIBIT A

CRT Cases                                                                                                                     Page    15

|            |                                                                                                                                                                                                                                                                                             | Hrs/Rate         | Amount   |
|------------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------------|----------|
| 11/11/2008 | Review files re responses of defs to stay order, t/c + emails to + from Cadio re same + further action re same. T/c from counsel for LG defendants re extension of time to respond to doc requests, emails re same. Email to counsel for LP Displays re appearing in indirect case.         | 1.75 425.00/hr   | 743.75   |
| 11/12/2008 | Emails to + from Cadio re defs, confs w/ MNA re same. Prepare for call w/ Cadio & Guido tomorrow: review files re status of defs, online research re defs etc. Emails to + from counsel for LP Displays re stip accepting service, review stip.                                              | 1.25 425.00/hr   | 531.25   |
| 11/13/2008 | Research re status of defs + prepare for conf call w/ Cadio & Guido re same, t/c w/ MNA re same, confs w/ MNA + JMP re same + re status of settlement negotiations w/ Chungwha + further action re same.                                                                                     | 7.25 425.00/hr   | 3,081.25 |
| 11/14/2008 | Research re status of defs + potential new defs for CAC, meeting w/ Cadio at Saveri office re same, confs w/ MNA + JMP re same. Emails + letters from defs re doc production pursuant to Stay Order, conf w/ MNA + JMP re same.                                                              | 6.75 425.00/hr   | 2,868.75 |
| 11/17/2008 | Research re CRT industry, ████████████████ other potential defs etc. ████████████████████████████████ Check doc productions by defs, f/n re missing docs + further action re same.                                                                                                          | 6.25 425.00/hr   | 2,656.25 |
| 11/18/2008 | Research re CRT industry + defendants. Review + inventory doc production by defendants, conf w/ MNA re same.                                                                                                                                                                                | 4.75 425.00/hr   | 2,018.75 |
| 11/19/2008 | Finish reviewing + making an inventory of defs' doc production.                                                                                                                                                                                                                             | 1.50 425.00/hr   | 637.50   |
| 11/20/2008 | Meeting w/ MNA + JMP re defs' doc production + further action re review of docs + doc database; conf call w/ Craig Essenmacher re same + prepare fedex package containing all docs + CDs to Craig; emails to + from Cadio re same; f/n re same. Further conf w/ MNA + JMP re further action on defs LP Displays, Philips & Thomson S.A. | 2.75 425.00/hr   | 1,168.75 |
| 11/21/2008 | Conference call w/ Cadio re defs' doc production + further action re same; emails re same; f/n re same.                                                                                                                                                                                     | 0.50 425.00/hr   | 212.50   |
| 11/24/2008 | Email to Cadio re potential new defs + research re same, review file re same, conf w/ MNA re same. T/c from Craig Essenmacher re doc review database + further action re same; f/n re same.                                                                                                 | 0.75 425.00/hr   | 318.75   |
| 11/25/2008 | Emails to + from Cadio + MNA re meeting on potential new defs, conf w/ MNA re same, f/n re same.                                                                                                                                                                                            | 0.25 425.00/hr   | 106.25   |
| 12/1/2008  | Conference call w/ Cadio, Guido + MNA re potential new defs + filing amended complt + prepare for same, further action re defs challenging personal jx. T/c to counsel for Thomson + Philips + various emails re same, f/n re same.                                                          | 1.75 425.00/hr   | 743.75   |

CRT Cases                                                                                                              Page    16

|            |                                                                                                                                                                                                                                                                                                                         | Hrs/Rate        | Amount   |
|------------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------------|----------|
| 12/2/2008  | Various emails re conf call with counsel for Philips for next Monday, Dec. 8th.                                                                                                                                                                                                                                          | 0.50<br>425.00/hr | 212.50   |
| 12/3/2008  | Preparation for call with Craig Essenmacher re doc review database + coding protocols, review practices + memos from other cases re same, conf w/ MNA re same, email to Craig re same.                                                                                                                                   | 1.75<br>425.00/hr | 743.75   |
| 12/4/2008  | Conference call with Craig Essenmacher re doc review + database, further prepare for same. Begin drafting memo to coders on coding protocol etc.                                                                                                                                                                          | 2.75<br>425.00/hr | 1,168.75 |
| 12/5/2008  | Draft email to coders re conf call on Monday to discuss doc review database + protocol; further draft memo to coders re same. ▮▮▮▮ review + make notes on GPU opinion re same. Review stipulated & order re discovery stay re 3rd party subpoenas, conf w/ MNA re same, draft memo to MNA re requirements for serving 3rd party subpoenas. | 3.75<br>425.00/hr | 1,593.75 |
| 12/8/2008  | Draft memo to coders re status of case + doc review protocol, review similar memos from other cases, t/c w/ Craig Essenmacher re same, conf call w/ coders re same. Meet + confer call w/ counsel for Philips, confs w/ MNA re same + further follow up questions to Philips, make notes re same, emails to + from Cadio re same. Confs w/ MNA re 3rd party discovery + GPU opinion re Netz + Meyendorff. | 7.25<br>425.00/hr | 3,081.25 |
| 12/9/2008  | Draft + finalize memo to coders, t/c's + emails to + from Craig Essenmacher re same + changing codes on database. Review PENAC's discovery responses + docs + notes from call yesterday + devise a list of follow up questions, confs w/ MNA re same, emails to + from Cadio re same.                                   | 5.50<br>425.00/hr | 2,337.50 |
| 12/10/2008 | Conference call w/ Cadio re list of questions for Philips, review my list + prepare for same. Review indirect LCD Second CAC re conspiracy allegations to see if anything applicable to this case, conf w/ Cadio re same. T/c from Craig Essenmacher re doc review database + any add'l work.                            | 1.50<br>425.00/hr | 637.50   |
| 12/11/2008 | Review proposed list of questions for Philips from Cadio + emails from + to Cadio re same. Emails to + from Judith + Qianwei re third party discovery.                                                                                                                                                                   | 0.75<br>425.00/hr | 318.75   |
| 12/12/2008 | Further review + make notes re list of questions to Philips, call w/ Cadio re same, conf w/ MNA re same, further draft questions + emails to + from Cadio re same.                                                                                                                                                        | 1.75<br>425.00/hr | 743.75   |
| 12/16/2008 | Review emails + draft stips re expert discovery from Judith + Qianwei.                                                                                                                                                                                                                                                   | 0.25<br>425.00/hr | 106.25   |
| 12/23/2008 | Emails from + Judith/Qianwei re stips on expert discovery; emails from + to doc reviewers re status of review.                                                                                                                                                                                                            | 0.25<br>425.00/hr | 106.25   |

CRT Cases                                                                                                     Page         3

|            |                                                                                                                                                                                                                                                                                                                                                                                     | Hrs/Rate           | Amount   |
|------------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|--------------------|----------|
| 1/23/2009  | Review docs.                                                                                                                                                                                                                                                                                                                                                                        | 2.00<br>425.00/hr  | 850.00   |
| 1/26/2009  | Review memos re doc review from Kay + Keith.                                                                                                                                                                                                                                                                                                                                        | 0.25<br>425.00/hr  | 106.25   |
| 1/29/2009  | Voicemail from + email to + from Hank Cirillo re class reps, conf w/ JMP re same. Review withdrawal of indirect attorney + f/n re same.                                                                                                                                                                                                                                             | 0.25<br>425.00/hr  | 106.25   |
| 2/2/2009   | Review Chungwha settlement letter, confs w/ MNA + JMP re same, various emails re same. Review file re various case management issues + f/n re same, emails to co-counsel re same.                                                                                                                                                                                                   | 0.75<br>425.00/hr  | 318.75   |
| 2/4/2009   | Conference with MNA + JMP re [redacted], review file re same.                                                                                                                                                                                                                                                                                                                       | 0.75<br>425.00/hr  | 318.75   |
| 2/5/2009   | Conference with MNA + JMP re [redacted] + further negotiations re same, t/c to Craig Essenmacher re same. Review IRICO jx discovery responses, conf w/ JMP re same. Research re various end products that will be included in case for purposes of selecting class reps, review file re same, begin draft email to Morganti re same. Emails to + from Stephen Pelleriti re certain counsel's time reports, emails to counsel re same. Review criminal filings against Chunghwa reps in LCD. Review stip & order extending DOJ stay of discovery. | 3.75<br>425.00/hr  | 1,593.75 |
| 2/6/2009   | Conference call w/ counsel for CPT, various emails re same, confs w/ JMP + MNA re same. Further research re brands of end products (TVs and monitors) in the case, research distribution chain etc., email to Andrew Morganti re same. Further check status of class reps + various outstanding issues re same.                                                                    | 4.25<br>425.00/hr  | 1,806.25 |
| 2/9/2009   | Emails from + to Andrew Morganti re class reps + litigate update. Review new class rep questionnaires + file. Emails to + from Stephen Pelleriti re time + expense reports, emails to other plfs' counsel re same. Various confs w/ MNA + JMP re [redacted]                                                                                                                          | 2.50<br>425.00/hr  | 1,062.50 |
| 2/10/2009  | [redacted] Review notes + edit same. Emails from + to Morganti re litigation update. Read DOJ press release re indictment of CPT exec.                                                                                                                                                                                                                                              | 10.25<br>425.00/hr | 4,356.25 |
| 2/11/2009  | [redacted], further review + edit notes, emails re same. Confs w/ MNA + JMP re meeting + further action. Draft email to Andrew Morganti updating him on status of litigation.                                                                                                                                                                                                       | 11.75<br>425.00/hr | 4,993.75 |
| 2/12/2009  | [redacted], confs w/ MNA + JMP re same, confs w/ Judith, Craig + Qianwei re same + further action in case. Review + edit notes from meeting. Meeting w/ MNA + JMP re status of case, strategy for case + further action, + prepare for same, review notes + files re same. Email to APS re status of service on Samtel, email to Cadio re status of service on Thai CRT. Finalize email to Morganti re | 9.25<br>425.00/hr  | 3,931.25 |

CRT Cases                                                                                                  Page      4

|            |                                                                                                                                                                                                                                                                                                                                                                                     | Hrs/Rate         | Amount   |
|------------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------------|----------|
|            | litigation update + conf w/ MNA re same. Check defs' doc productions, emails to + from Josh Hess re CPT's transactional data + review same. Emails to + from Qianwei + Judith re notes from meeting + doc review. Emails to + from Keith Essenmacher + Kay re doc review + memos re same. | | |
| 2/13/2009  | Meeting w/ MNA + JMP re status of defs' doc productions + further action re same, prepare for same, review file + notes + defs' productions. T/c's to + from Cadio re same. Conf w/ MNA + JMP re broad overall case strategy + f/n's re same. Conf call w/ Keith Essenmacher + Kay Pulido re doc review + more detailed memos re same. Conf call w/ Qianwei + Craig Essenmacher re doc review + database issues, conf w/ MNA re same. Emails to + from APS re status of service. | 4.75<br>425.00/hr | 2,018.75 |
| 2/16/2009  | + make notes for drafting CAC. CRT industry research re various entities. Review production by Samsung SDI re meet + confer on further production. Emails to Keith & Kay re memos on doc production. Update list of action items. Emails to + from co-counsel re class reps, review + update list re same. Download doc review database + docs to hard drive for Qianwei. | 5.00<br>425.00/hr | 2,125.00 |
| 2/17/2009  | Draft CAC. Various emails to + from Qianwei & Craig Essenmacher re doc review + hard drive to Qianwei. Variou emails to + from co-counsel re class reps. Review stips re third party discovery + case mgmt conf, emails to + from MNA re same. | 8.50<br>425.00/hr | 3,612.50 |
| 2/18/2009  | Draft CAC, further review indirect CAC in LCD, review + update proffer notes from Craig Corbitt's notes. Various emails to + from plfs' counsel re class reps. Review memos re doc review results from Kay & Keith, emails to Craig Essenmacher re same, confs + emails to MNA re same. | 8.25<br>425.00/hr | 3,506.25 |
| 2/19/2009  | Draft CAC, further review LCD CACs + proffer notes re same. Meeting @ Zelle with expert. Various emails + t/c's w/ Essenmacher re downloading third party reports + review same. Emails + t/c's re next week's proffer + schedule for same. | 9.75<br>425.00/hr | 4,143.75 |
| 2/20/2009  | Draft CAC + review CACs from LCD + proffer notes re same, confs w/ MNA + JMP re same. confs w/ JMP re same. T/c + email from counsel for BMCC re tolling agreement. | 7.50<br>425.00/hr | 3,187.50 |
| 2/23/2009  | confs w/ Silvia re same, confs w/ MNA + JMP re same. Review 3rd party reports from doc review. Research re Daewoo/Orion + potential new defendants, confs w/ MNA + JMP re same + further action. w/ MNA + JMP re same, t/c's + emails to + from Silvia re same. Update list of action items. | 11.25<br>425.00/hr | 4,781.25 |

CRT Cases                                                                                                    Page    5

|            |                                                                                                                                                                                                                                                                                                                                                 | Hrs/Rate          | Amount   |
|------------|---|---|---|
| 2/24/2009  | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ confs w/ MNA + JMP re same. ▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓ Further research re potential new defendants + Daewoo/Orion, confs w/ JMP re same. Review third party reports for CRT market info for CAC, confs w/ MNA + JMP re same. | 8.25<br>425.00/hr | 3,506.25 |
| 2/25/2009  | Further draft CAC: review SRAM decision re pleading unjust enrichment claims; add allegations re class reps, review file + questionnaires re same, update chart; review LCD order on mtns to dismiss + check state law claims. Draft fraudulent concealment allegations. Confs w/ MNA + JMP re same. Briefly review draft stlmt agreement with Chunghwa. Check status of class reps + emails to plfs' counsel re new reps. | 5.50<br>425.00/hr | 2,337.50 |
| 2/26/2009  | Further draft CAC, update state law allegations based on allegations in LCD indirect CAC, research re various state indirect purchaser laws, emails to + from Qianwei re same. Further check status of search for class reps, emails to + from plfs' counsel re same, f/n's re same. Conf w/ MNA re third party reports + review same. Online research re defendants. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ conf w/ MNA re same, emails to + from Qianwei re same. | 10.25<br>425.00/hr | 4,356.25 |
| 2/27/2009  | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ confs w/ MNA + JMP re same. Further draft CAC, research re defendants, research re state law allegations, add Daewoo/Orion allegations, add fraudulent concealment allegations, review third party reports for CRT market background info, confs w/ MNA + JMP re same. Conf w/ MNA + JMP re J. Conti order denying mtn to relate criminal case + assignment to Alsup + further action re same. | 13.75<br>425.00/hr | 5,843.75 |
| 3/2/2009   | Conference with MNA + JMP re CAC + edits to same, review + edit CAC. | 6.50<br>425.00/hr | 2,762.50 |
| 3/3/2009   | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ emails + t/c's re same, confs w/ MNA + JMP re same. Various emails to + from plfs' counsel re doc review, ▓▓▓▓▓▓▓▓▓ new class reps etc. Update list of action items. Review second order on mtns to dismiss from LCD | 1.75<br>425.00/hr | 743.75 |
| 3/4/2009   | Conference with MNA + JMP re CAC, status of class reps etc. Conf call w/ Bob Methvin + LP re new class reps, emails re same, f/n re same, review class rep questionnaires + update chart re status of class reps. | 2.00<br>425.00/hr | 850.00 |
| 3/5/2009   | Conference call with Joel Sanders & Rachel Brass ▓▓▓▓▓▓▓▓▓, confs w/ MNA + JMP re same, review CAC + make changes, t/c's + emails to + from Rachel re same. Emails to + from plfs' counsel re class reps & Hawaii claims, research re same. Further review class rep questionnaires + proof of purchase, emails to plfs counsel re status + requesting more info. Further review LCD and Chocolate orders on MTD + make notes of which states were dismissed/survived, update chart re same. | 9.00<br>425.00/hr | 3,825.00 |
|            | Emails from + to Janet Netz re 3rd party reports. | 0.50<br>425.00/hr | 212.50 |

CRT Cases                                                                                                          Page      6

|            |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                         | Hrs/Rate           | Amount   |
|------------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|--------------------|----------|
| 3/6/2009   | Review direct purchaser draft CAC, confs w/ MNA + JMP re same. Emails to + from Cadio + Craig Corbitt re CACs + meeting this afternoon. Emails to + from co-counsel re Hawaii claim, research re different code sections, read case from Hawaii Supreme Ct, conf w/ MNA + JMP re same. Meeting at Saveri office re CACs. Review materials from Philips re their position on why they are not proper defendants. Conf w/ MNA + JMP re meeting with direct purchasers, review CACs again + note differences, + edit our CAC. Review + edit proffer notes + send to Craig Corbitt. Various emails to + from plfs' counsel re status of class reps. | 9.25<br>425.00/hr  | 3,931.25 |
| 3/9/2009   | Draft, review + edit CAC. Conf w/ JMP + MNA re ███████████████████████████████████████████. Email to Essenmacher re pulling doc on cost of manufacturing CRT TVs and monitors. Emails to + from Morganti re class reps + Chocolate Order. Various emails to + from plfs' counsel re status of class reps + questionnaires etc. | 3.75<br>425.00/hr  | 1,593.75 |
| 3/10/2009  | Conference with MNA + JMP re CAC. Various emails to + from plfs' counsel re class reps. Emails to Essenmacher re pulling cost doc from database, t/c to Jordan Heller re same. Email from + to Craig Corbitt re comments/edits to CAC. | 0.75<br>425.00/hr  | 318.75   |
| 3/11/2009  | Draft, review + edit CAC, update defendants, add plaintiffs, update state law claims, ███████████████████████, f/n's re same, review direct complaint re same, review edits/comments from Corbitt re same. Various emails re class reps. T/c from Qianwei re CAC, doc review, class reps etc. | 9.00<br>425.00/hr  | 3,825.00 |
| 3/12/2009  | Further review, re-draft + edit CAC, various emails re same, further check LCD + Chocolate orders re state law claims, confs w/ MNA + JMP re same. Further online industry research re Chunghwa + CRT industry. | 7.75<br>425.00/hr  | 3,293.75 |
| 3/13/2009  | Conference with MNA + JMP re CAC, prepare list of issues for same. Further review, draft + edit CAC. T/c's w/ Cadio, Mike + Guido re ███████████ confs w/ MNA + JMP re same. Various emails to + from plfs counsel re class reps + questionnaires. T/c w/ lawyer for HI rep re whether to allege antitrust or consumer prot claim, research re same, f/n re same, conf w/ MNA + JMP re same. Email revised CAC to Joel Sanders + direct + indirect counsel. | 10.75<br>425.00/hr | 4,568.75 |
| 3/14/2009  | Various emails from + to plfs' counsel re CAC + class reps. T/c from MNA re same. | 0.75<br>425.00/hr  | 318.75   |
| 3/15/2009  | Review + edit CAC, t/c from MNA re same, t/c + email to Dan Karon re same. | 3.50<br>425.00/hr  | 1,487.50 |

CRT Cases                                                                                                          Page      7

|            |                                                                                                                                                                                                                                                                                                         | Hrs/Rate          | Amount   |
|------------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|----------|
| 3/16/2009  | Draft, review + finalize CAC. Various emails + t/c's to + from co-counsel + direct counsel re same. T/c's from MNA + JMP re same. T/c + emails with Essenmacher re cost docs, review same, conf w/ MNA re same. Review filed direct purchaser CAC. File indirect CAC with court.                        | 10.25 425.00/hr   | 4,356.25 |
| 3/17/2009  | Preparation of list of action items following filing of CAC, conf w/ MNA re same.                                                                                                                                                                                                                       | 0.50 425.00/hr    | 212.50   |
| 3/18/2009  | Prepare proposed briefing schedule on mtns to dismiss, conf w/ MNA re same. Read email from Mike Lehmann re [redacted]                                                                                                                                                                                  | 1.75 425.00/hr    | 743.75   |
|            | Conf w/ MNA + JMP re draft Chunghwa settlement agreement + edits to same, review + edit same.                                                                                                                                                                                                           | 1.00 425.00/hr    | 425.00   |
| 3/19/2009  | Conference with MNA + JMP re Chunghwa settlement agreement + edits to same, review + edits same, emails re same + send to Joel Sanders. Various emails from plfs' counsel re CAC + class reps.                                                                                                          | 1.75 425.00/hr    | 743.75   |
| 3/23/2009  | Conference call w/ defendants re briefing schedule on mtns to dismiss + review various emails re same. Further call w/ Jeff Kessler re same. Confs w/ MNA + JMP re same + further action in case. Prepare amended summons. Update chart on defendants with new defendants and their info. Prepare chart on new defendants + recommendations for service on each, review Conti's order on Rio motion re same. | 4.25 425.00/hr    | 1,806.25 |
| 3/24/2009  | Preparation of Amended Summons, conf w/ MNA re same, call clerk re same, travel to court + file same. Conf w/ MNA re chart on service of new defendants + need to serve Daewoo, Samtel + Thai CRT default, email to Cadio re same.                                                                      | 2.50 425.00/hr    | 1,062.50 |
|            | Review email from Joel Sanders re edits to settlement agreement, confs w/ MNA + JMP re same, t/c to Sanders re same. F/n re further action.                                                                                                                                                             | 0.75 425.00/hr    | 318.75   |
| 3/25/2009  | Research re Samtel + Indian Central Authority, emails + t/c's to APS re status of service on Samtel. Research re Daewoo + service in S. Korea + requirements for same. Conference call w/ Cadio re service on new defendants, confs w/ MNA re same + emails re same.  Update list of action items, conf w/ Cadio re same. | 4.75 425.00/hr    | 2,018.75 |
|            | Emails + t/c with Joel Sanders re Chunghwa settlement agreement, confs w/ MNA re same, review + edit same.                                                                                                                                                                                              | 0.50 425.00/hr    | 212.50   |
| 3/26/2009  | Emails + t/c with APS Int'l re status of service on Samtel, read declaration re same, research re Indian Central Authority + rules for default judgments under Hague, draft + send email to Indian Central Authority re service on Samtel, emails + t/c's to + from Cadio re same + Thai CRT, confs w/ MNA + JMP re same. Further research re Samtel. Conference w/ MNA + JMP re settlement agreement with Chunghwa + further edits to same, emails re same. Review | 6.75 425.00/hr    | 2,868.75 |

CRT Cases                                                                                                              Page    8

|            |                                                                                                                                                                                                                                                                                                                                                                                                                                       | Hrs/Rate          | Amount   |
|------------|---|---|---|
|            | draft stip from Eva Cole re briefing schedule on the MTD. Draft + send email to Dae Lim re translation of CRT CAC into Korean for service on Daewoo. | | |
| 3/27/2009  | Research re cost of translations for negotiations with Dae, emails to JMP + MNA re same, conf re same, draft email with counter proposal to Dae. Research re Samtel + company execs, review Annual Report, draft email to company representative + send copies of Summons, Complaint etc. by email, confs w/ MNA re same. T/c w/ Cadio re service on Samtel + stip re briefing schedule, confs w/ MNA re same, draft email to direct counsel re same. Draft email re briefing schedule + our proposal for same, t/c from MNA re same. | 5.50<br>425.00/hr | 2,337.50 |
|            | Review Joel Sander's email re settlement agreement + review changes to same, conf w/ MNA re same. | 0.25<br>425.00/hr | 106.25 |
| 3/29/2009  | Draft email to direct counsel re briefing schedule + our proposal for same + conf call for tomorrow, emails to + from Joe re same. Review emails from Dae. | 0.50<br>425.00/hr | 212.50 |
| 3/30/2009  | T/c + emails to + from Dae re translation of summons + complaint into Korean, draft confirming letter to Dae + send with check for translation, confs w/ MNA + JMP re same. Review various industry articles re CRT + Chunghwa. Various emails re briefing schedule, review Bruce Simon's edits to defendants' proposed stip, conf call w/ Cadio, Guido & Bruce re same. | 3.25<br>425.00/hr | 1,381.25 |
|            | Further edits to Chunghwa settlement agmt + conf w/ MNA re same. | 0.50<br>425.00/hr | 212.50 |
| 3/31/2009  | Draft letter to CEO of Samtel Color, Ltd. re service on Samtel + attempts to serve through Indian Central Authority, conf w/ MNA + JMP re same, send package of summons, complaint + letter by FedEx. Conf w/ JMP re doc review databases + what to use for this case. Various emails + t/c's w/ Cadio + confs w/ MNA re briefing schedule on MTD, review + edit draft stipulation re briefing schedule from Bruce Simon. Read filed AGC brief from Filters to prepare for mtns to dismiss in this case. | 4.50<br>425.00/hr | 1,912.50 |
|            | Finally review + edit Chunghwa settlement agreement, confs w/ MNA + JMP re same, draft email to Joel Sanders re same. | 0.75<br>425.00/hr | 318.75 |
| 4/1/2009   | Conferences + emails with MNA, Cadio, Bruce & Guido re stip on briefing for mtns to dismiss, confs + emails to + from MNA + JMP re same, review + edit stip re same. Emails to + from Rachel Brass re ▇▇▇▇▇▇▇▇ /c to Dae re translation of CAC into Korean. Research re 9th Cir law on personal jx. | 4.75<br>425.00/hr | 2,018.75 |
| 4/2/2009   | Preparation of formal Request for Service of Daewoo under Hague, research online for rules re same. Email to Dae re translations, time reports etc. Research re FTAIA + personal jx in 9th Circuit. Review files + draft list of new defendants + status. | 3.25<br>425.00/hr | 1,381.25 |
| 4/3/2009   | Meeting ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ conf w/ MNA + JMP re same. | 4.75<br>425.00/hr | 2,018.75 |

CRT Cases                                                                                                        Page        9

|            |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                          | Hrs/Rate          | Amount    |
|------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|-----------|
| 4/3/2009   | Conf call w/ Jeff Kessler, Eva Cole + the directs re stip on briefing for MTD. Meeting w/ MNA + JMP re further action briefing schedule + serving new defendants, draft email to defense counsel asking them to accept service for new foreign defendants, review Conti & Legge orders on Rio motion re same + briefing re same. Briefly review translations of CAC & Summons from Dae, emails to + from Dae re same.                                                                                                                                                                      | 3.00<br>425.00/hr | 1,275.00  |
| 4/5/2009   | Various emails to MNA, JMP + Cadio re draft email/letter to defendants requesting that they accept service.                                                                                                                                                                                                                                                                                                                                                                                                                                                                                | 0.50<br>425.00/hr | 212.50    |
| 4/6/2009   | Preparation of copies of CAC, Amended Summons etc. for service on new domestic defendants, mail serve on domestic defendants. Prepare form USM-94 for requesting service on Daewoo. Review finalized translations of CAC + Summons from Dae, emails to + from Dae re same. Further draft + review letter to defense counsel re accepting service, t/c's + emails to + from Cadio re same, confs w/ MNA re same.                                                                                                                                                                            | 5.50<br>425.00/hr | 2,337.50  |
| 4/7/2009   | Preparation of summons, complaint + translations etc. for service on Daewoo, finalize Form USM-94 (formal request for service) + check rules re same, draft cover letter re same, various emails + t/c's to + from Cadio re same, send via FedEx. T/c with Cadio re stip on briefing schedule, conf w/ MNA re same. Begin drafting letter to J. Legge re plfs' proposal, conf w/ MNA + Cadio re same. Draft letter to Dae re payment for translation, emails re same + time keeping. Research re FTAIA. Conf w/ MNA re further action in case, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓) Review file re service on Samtel + check status of same with FedEx, call FedEx re same. Draft reminder email to indirect plfs' counsel re time reports due on 4/15. Email from Jim McGinnis re accepting service for Samsung SDI entities, emails to + from MNA + Cadio re same. | 6.00<br>425.00/hr | 2,550.00  |
| 4/8/2009   | T/c's + emails to + from Cadio re service on various new defendants + foreign service on Daewoo. Draft letter to J. Legge re proposal for order on briefing schedule, conf w/ MNA re same. Read new 9th Cir. opinion on Twombly, conf w/ MNA re same. Review list of indirect counsel + note which ones have paid assessment, conf w/ JMP re same.                                                                                                                                                                                                                                         | 6.25<br>425.00/hr | 2,656.25  |
| 4/9/2009   | Finalize draft letter to Legge re briefing proposal, t/c's + emails to + from Cadio re same. Various emails + t/c's with Cadio, MNA + Eva Cole re procedure for submitting our proposals to Legge + calling his clerk re same. T/c w/ counsel for Toshiba re new defendants + whether they are legal entities, f/n re same. Review file re new indirect purchaser counsel, prepare service list + send email re time + expense reporting. Review executed Chunghwa settlement agreement from Joel Sanders.                                                                                   | 3.25<br>425.00/hr | 1,381.25  |
| 4/10/2009  | Conference call w/ Cadio + Guido re briefing schedule + procedure for submitting proposals to Legge, further conf call w/ Eva Cole + J. Legge's clerk re same. Review Saveri edits to letter brief to Legge, conf w/ MNA re same, further review + edit letter, various t/c's + emails with Cadio re same. Further review + draft proposed Order re briefing schedule, review orders from other cases, confs w/ MNA + Cadio re same. Draft email to indirect plfs' counsel re                                                                                                               | 6.75<br>425.00/hr | 2,868.75  |

CRT Cases                                                                                                  Page    10

|            |                                                                                                                                                                                                                                                                                                                                                                                                                                                                 | Hrs/Rate        | Amount   |
|------------|---|---|---|
|            | status of case + need for assessments, conf w/ MNA + JMP re same, + update indirect plfs' counsel service list. Conf w/ MNA re responses from defense counsel re accepting service on behalf of foreign defendants, various letters + emails from defense counsel re same, f/n re same. Various emails from + to indirect counsel re time & expense reports, review same.  Begin research re [redacted] w/ MNA re same. | | |
| 4/13/2009  | Send email to indirect counsel re assessments + work assignments, various emails from indirect counsel responding to same. Various emails + t/c's re conf call w/ J. Legge this Friday, + calendar same. Various emails + t/c's w/ Cadio re letter to Legge re briefing schedule + Flash Memory order, review + edit letter + stip + confs w/ MNA re same. Research re law on Special Masters + dividing costs of same, conf w/ MNA re same. Conf w/ MNA + JMP re status of case: defendants accepting service, letter to Legge etc. | 7.25<br>425.00/hr | 3,081.25 |
| 4/14/2009  | Further review + edit letter to Legge + proposed order re briefing on MTD, t/c's + emails to + from Cadio + Esther re same, confs w/ MNA re same. Read defendants' letter brief to Legge + proposed Order re briefing on MTD. Finish research [redacted] + conf w/ MNA re same. Research re FTAIA, read cases re same. Various emails to + from indirect counsel re assessments + helping on MTD, review opps to MTD from Plastic Additives from Dan Karon. Read letter from Philips + Hitachi re new defendants + refusal to accept service, research re Shenzhen Hitachi, follow up with other defendants who have not responded re accepting service, conf w/ MNA re same, update chart re defendants. | 7.50<br>425.00/hr | 3,187.50 |
| 4/15/2009  | Draft tolling agreement with Tatung Company, conf w/ MNA re same. Follow up w/ counsel for Hitachi, Philips & IRICO re new defendants + accepting service, t/c's + emails to + from Cadio re same. Further research re [redacted] conf w/ MNA re same. F/n re further action on various issues in case. | 2.75<br>425.00/hr | 1,168.75 |
| 4/16/2009  | Telephone call with opposing Attorney for Philips & IRICO re accepting service, emails re same, t/c's + emails to + from Cadio re same, conf w/ MNA re same. Review + re-draft tolling agreement w/ Tatung Company, confs w/ MNA re same, emails re same. | 2.50<br>425.00/hr | 1,062.50 |
| 4/17/2009  | Telephonic hearing before J. Legge re briefing on mtns to dismiss, conf w/ MNA re same, email to JMP re same. | 0.50<br>425.00/hr | 212.50 |
|            | Research re tolling agreements from other cases, e.g. Ca. Pub. Paper & Filters, further review + edit tolling agreement w/ Tatung + conf w/ MNA re same.  Review order by J. Hamilton in DRAM case by Sun re FTAIA, further research re FTAIA + defendants' argument in this case.Various calls + emails re assessments + helping with briefing on mtns to dismiss. | 2.50<br>425.00/hr | 1,062.50 |
| 4/20/2009  | Conference with JMP re work assignments to indirect plfs counsel. T/c + email from counsel for Toshiba re viability of new Toshiba defendants. Confs + emails w/ MNA re [redacted] + further action re same, | 1.75<br>425.00/hr | 743.75 |