*[Stipulating parties listed on signature page]*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-CV-05944-JST<br>MDL No. 1917 |
| This Document Relates To:<br><br>*Sears, Roebuck and Co. and Kmart Corp. v. LG Electronics, Inc., et al*, Case No. 11-cv-05514 | **STIPULATION AND [PROPOSED] ORDER REGARDING RESETTING CASE MANAGEMENT CONFERENCE TO NOVEMBER 8, 2016** |

1  WHEREAS, at a hearing before this Court on September 20, 2016, this Court set a further Case Management Conference in the above-captioned action for November 15, 2016 at 9:30 a.m.;

WHEREAS, since the September 20, 2016 hearing, Plaintiff's counsel learned of a conflict due to a hearing in another case that had been scheduled prior to September 20, 2016; and

WHEREAS, the parties' counsel have conferred about this conflict, and now request that the Court set the Case Management Conference on the date originally offered by the Court, November 8, 2016 at 9:30 a.m.

NOW, THEREFORE, PURSUANT TO LOCAL RULE 7-12, PLAINTIFFS SEARS, ROEBUCK AND CO. AND KMART CORPORATION, AND DEFENDANT LG ELECTRONICS, INC., BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE THAT:

1.  Subject to the Court's permission, the Case Management Conference in the above-captioned action be rescheduled for November 8, 2016 at 9:30 a.m.

Dated: September 29, 2016        Respectfully submitted,

KENNY NACHWALTER, P.A.


By: */s/ William J. Blechman*
 Richard Alan Arnold, Esquire
 William J. Blechman, Esquire
 Douglas Patton, Esquire
 Samuel J. Randall, Esquire
 Christina Ceballos-Levy
 KENNY NACHWALTER, P.A.
 201 S. Biscayne Boulevard
 Suite 1100
 Miami, Florida  33131
 Tel:   (305) 373-1000
 Fax:   (305) 372-1861
 E-mail:  rarnold@knpa.com
   wblechman@knpa.com
   dpatton@knpa.com
   srandall@knpa.com
   ccl@knpa.com

*Attorneys for Plaintiffs Sears, Roebuck and Co. and Kmart Corp.*

-1-                    Master File No. 3:07-CV-05944-JST
STIPULATION AND [PROPOSED] ORDER RESETTING CASE MANAGEMENT CONFERENCE

|   |   |
|---|---|
| 1 | |
| 2 | MUNGER, TOLLES & OLSON LLP |
| 3 | |
| 4 | By: */s/ Brad Brian* |
|   | Brad Brian (State Bar No. 079001) |
| 5 | Gregory J. Weingart (State Bar No. 157997) |
|   | E. Martin Estrada (State Bar No. 223802) |
| 6 | 355 South Grand Avenue |
|   | 35th Floor |
| 7 | Los Angeles, CA  90071-1560 |
|   | Tel:   (213) 683-9100 |
| 8 | Fax:  (213) 687-3702 |
|   | E-mail:  brad.brian@mto.com |
| 9 | gregory.weingart@mto.com |
|   | martin.estrada@mto.com |
| 10 | |
|   | ***Attorneys for Defendant LG Electronics, Inc.*** |

14  Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this
15  document has been obtained from each of the above signatories.
16  It is so stipulated and agreed to by the parties.

21  PURSUANT TO STIPULATION, IT IS SO ORDERED.

23  Dated: _____

    Honorable Jon S. Tigar
    United States District Judge

26  549734.1