UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 |
|---|---|
| | Case No. C-07-5944 JST |
| This Order Relates To: | **ORDER** |
| | ECF No. 4808 |
| ALL ACTIONS | |

Lingel Winters filed a Motion for Attorneys' Fees on September 1, 2016. ECF No. 4808. On September 26, 2016, Special Master Quinn issued an order explaining that he will consider the matter and submit a Recommended Order. ECF No. 4883. The Court agrees that the allocation of attorneys' fees is committed to the Special Master in the first instance. Therefore, the Court will terminate Winters's motion without taking further action.

IT IS SO ORDERED.

Dated: September 28, 2016

_____
JON S. TIGAR
United States District Judge