Michael P. Kenny, Esq. (admitted pro hac vice)
mike.kenny@alston.com
Debra D. Bernstein, Esq. (admitted pro hac vice)
debra.bernstein@alston.com
Matthew D. Kent, Esq. (admitted pro hac vice)
matthew.kent@alston.com
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: (404) 881-7000
Fax: (404) 881-7777

James M. Wagstaffe, Esq. (SBN 95535)
wagstaffe@kerrwagstaffe.com
**KERR & WAGSTAFFE LLP**
101 Mission Street, 18th Floor
San Francisco, California 94105-1576
Tel: (415) 371-8500
Fax: (415) 371-0500

Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-md-05944-SC (N.D. Cal.)<br><br>MDL No. 1917 |
| This Document Relates to: Individual Case No. 13-cv-2171 (SC)<br><br>DELL INC. AND DELL PRODUCTS L.P.,<br><br>PLAINTIFFS,<br><br>V.<br><br>HITACHI, LTD., *ET AL*.,<br><br>DEFENDANTS. | **STIPULATION OF DISMISSAL OF SAMSUNG SDI DEFENDANTS** |

Plaintiffs Dell Inc. and Dell Products L.P. (collectively, "Dell") and Defendants Samsung SDI Co., Ltd., Samsung SDI America, Inc., Samsung SDI (Malaysia) SDN. BHD., Samsung SDI Mexico S.A. DE C.V., Samsung SDI Brasil Ltda., Shenzen Samsung SDI Co., Ltd., and Tianjin Samsung SDI Co., Ltd. (collectively, "Samsung SDI"), by and through undersigned counsel, stipulate and agree that Dell hereby dismisses with prejudice all claims being asserted against Samsung SDI in the above-captioned action pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.  In support of this stipulation of dismissal, the parties state as follows:

1. Dell and Samsung SDI seek the dismissal of this action with prejudice.

2. This stipulation does not affect the rights or claims Dell may have against any other defendant or alleged co-conspirator in this litigation.

3. Each side shall bear its own costs and attorneys' fees.

WHEREFORE, the parties respectfully request that this Court issue the Proposed Order of Dismissal.

**IT IS SO STIPULATED.**

DATED:  September 29, 2016        Respectfully submitted,

By: *Michael P. Kenny*
 Michael P. Kenny, Esq. (GA Bar No. 415064)
 mike.kenny@alston.com
 Debra D. Bernstein, Esq. (GA Bar No. 054998)
 debra.bernstein@alston.com
 Matthew D. Kent, Esq. (GA Bar No. 526272)
 matthew.kent@alston.com
 **ALSTON & BIRD LLP**
 1201 West Peachtree Street
 Atlanta, Georgia 30309-3424
 Tel: (404) 881-7000
 Fax: (404) 881-7777

 James M. Wagstaffe, Esq. (SBN 95535)
 wagstaffe@kerrwagstaffe.com
 **KERR & WAGSTAFFE LLP**
 101 Mission Street, 18th Floor
 San Francisco, California 94105-1576
 Tel: (415) 371-8500
 Fax: (415) 371-0500

 *Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.*

| | |
|---|---|
| DATED: September 29, 2016 | By:   /s/ Michael W. Scarborough |

              SHEPPARD MULLIN RICHTER & HAMPTON LLP
              Gary L. Halling, Esq.
              James L. McGinnis, Esq.
              Michael W. Scarborough, Esq.
              Four Embarcadero Center, 17th Floor
              San Francisco, California  94111-4106
              Telephone:  415-434-9100
              Facsimile:  415-434-3947
              ghalling@sheppardmullin.com
              jmcginnis@sheppardmullin.com
              mscarborough@sheppardmullin.com

              *Counsel for Defendants Samsung SDI Co., Ltd., Samsung SDI America, Inc., Samsung SDI (Malaysia) SDN. BHD., Samsung SDI Mexico S.A. de C.V., Samsung SDI Brasil Ltda., Shenzen Samsung SDI Co., Ltd., and Tianjin Samsung SDI Co., Ltd.*

Pursuant to General Order No. 45, § X-B, the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

- 3 -
STIPULATION OF DISMISSAL OF SAMSUNG SDI DEFENDANTS     3:13-cv-02171-SC
                                               MDL No. 1917