UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date:  September 29, 2016 Judge:  Jon S. Tigar

Time:  12 minutes

Case No.**3:07-cv-05944-JST**
Case Name**MDL No. 1917 In Re: Cathode Ray Tube (CRT) Antitrust Litigation**

Attorney for Plaintiff:Philip J. Iovieno

Attorney for Defendants:Matthew Frutig

Appearing by telephone:
Sofia Arguello
Erik T. Koons

Deputy Clerk:  William NobleCourt Reporter: Lydia Zinn

PROCEEDINGS

Motion of Plaintiff Marta Cooperative of America for Rule 54(b) Certification of Final Judgment as to Marta (ECF No. 4793)

RESULT OF HEARING

1. Motion hearing held.  The motion is under submission.