Vaughn R Walker
Law Office of Vaughn R Walker
Four Embarcadero Center, Suite 2200
San Francisco, CA  94111
Tel:  (415) 871-2888
Fax:  (415) 871-2890
vrw@judgewalker.com

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Order Relates to:<br><br>ALL ACTIONS | MDL No 1917<br><br>Case No 3:07-cv-05944-JST<br><br>**ORDER RESOLVING KOREAN TRANSLATION OBJECTIONS - TRANCHE 2** |

This order resolves the parties' second round of translation objections regarding Korean language documents (Tranche 2).  The procedure for resolving these objections was the same as followed previously in connection with the Tranche 1 translation objections.  *See* 9/6/16 Order Resolving Korean Translation Objections – Tranche 1, ECF No 4809.  The neutral Korean translator nominated by the parties, Ms Phyllis Kim, again assisted the undersigned by translating accurately and faithfully the relevant documents at issue.

1  Due to the confidentiality of the underlying documents, the substantive
2  decisions resolving the Tranche 2 Korean translation objections are contained in confidential
3  Exhibit A to this order, filed under seal.
4
5  **CONCLUSION**
6  The Korean translation objections – Tranche 2 are resolved in confidential Exhibit
7  A filed under seal.  These Resolved Translations shall be binding on all remaining parties to this
8  MDL.  Any fees or costs associated with this order shall be borne equally by plaintiffs and
9  defendants.
10
11  IT IS SO ORDERED.
12  Date: September 30, 2016
13
14  Vaughn R Walker
    United States District Judge (Ret)
15
16  The Recommended Order of the Special Master is Accepted and Ordered / Denied / Modified.
17
18  Date: _____
19
20  Honorable Jon S Tigar
    United States District Judge
21
22
23
24
25
26
27
28  ORDER RESOLVING TRANSLATION OBJECTIONS RE KOREAN DOCUMENTS — TRANCHE 2       PAGE **2** OF **2**