Mario N. Alioto (56433)
Joseph M. Patane (72202)
Lauren C. Capurro (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2280 Union Street
San Francisco, CA 94123
Telephone: 415-563-7200
Facsimile: 415- 346-0679
Email: malioto@tatp.com
jpatane@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the*
*Indirect Purchaser Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV-07-5944-JST<br><br>MDL No. 1917 |
| This Document Relates to:<br><br>All Indirect Purchaser Actions | **DECLARATION OF MARIO N. ALIOTO IN OPPOSITION TO MOTION TO STRIKE DECLARATION OF MARIO N. ALIOTO IN SUPPORT OF LEAD COUNSEL'S OMNIBUS RESPONSE TO OBJECTIONS TO PROPOSED ALLOCATION OF AGGREGATE FEE AWARD TO INDIRECT PURCHASER PLAINTIFFS' COUNSEL, ECF NO. 4874**<br><br>Hearing Date: October 5, 2016<br>Time: 11:00 a.m.<br>Before: Special Master Martin Quinn<br>Court: JAMS<br><br>Judge: Honorable Jon S. Tigar |

I, Mario N. Alioto, declare:

1. I am an attorney duly licensed by the State of California and am admitted to practice before this Court. I am partner with the law firm Trump, Alioto, Trump & Prescott, LLP and my firm serves as Lead Counsel for the Indirect Purchaser Plaintiffs ("IPPs") in the above-captioned action. I make this declaration in support of the Opposition to Motion to Strike Declaration of Mario N. Alioto In Support of Lead Counsel's Omnibus Response to Objections to Proposed Allocation of Aggregate Fee Award to IPP Counsel, which was filed by Cooper & Kirkham, P.C. ("C&K"). Except where otherwise stated, the matters set forth herein are within my personal knowledge and if called upon and sworn as a witness I could competently testify regarding them.

2. I attended the April 5, 2013 hearing on the preliminary approval motion for the Philips settlement with the California Attorney General ("CA AG") in the CA AG's case filed in the San Francisco Superior Court.

3. Mr. Cooper also attended the April 5, 2013 hearing. However, after exchanging greetings with me, he abruptly left.

4. At some point in June 2012, Ms. Capurro informed me that Judith Zahid of Zelle Hofmann would be taking the Philips Rule 30(b)(6) deposition because Mr. Bogdanov did not want to take it.

5. Before the merits depositions of Philips witnesses began, I spoke to Mr. Bogdanov to confirm that he did not want to take the depositions. I then contacted another attorney, Diane Pritchard, to ask her to take the Philips merits depositions.

6. I supervised all of the work performed by Ms. Capurro in this case and was aware of the assignments made to other firms by Ms. Capurro.

7. I was often copied on the meet and confer correspondence with Philips' counsel. Ms. Capurro also consulted with me on strategies relating to the meet and confers.

8. I supervised the drafting of all briefs relating to Philips in this case. I also reviewed and edited those briefs before filing.

1 | I declare under penalty of perjury that the foregoing is true and correct. Executed this 30th
2 | day of September 2016, in San Francisco, California.
3
4 |                                        */s/ Mario N. Alioto*
     |                                        Mario N. Alioto
5