# Exhibit 4

**Lauren Capurro (Russell)**

| | |
|---|---|
| **From:** | Stargard, Andreas <StargardA@howrey.com> |
| **Sent:** | Friday, January 28, 2011 3:00 AM |
| **To:** | laurenrussell@tatp.com; jdb@coopkirk.com; Ostoyich, Joseph |
| **Cc:** | malioto@tatp.com; rick@saveri.com; NSwartzberg@cpmlegal.com |
| **Subject:** | Re: CRT/Philips Discovery |

Lauren:
Checking for 152 people's employment status, and for the existence (or lack thereof) of custodial files for this number of individuals -- especially where identified only by a last name and the vaguest of job titles -- turns out to be a more difficult exercise than what can be undertaken in a short time period, especially with the intervening holidays.

That said, we plan to address the points raised by your e-mail on the call today.

Thanks,
Andreas.

---

**From**: Lauren C. Russell <laurenrussell@tatp.com>
**To**: Stargard, Andreas; 'John Bogdanov' <jdb@coopkirk.com>; Ostoyich, Joseph
**Cc**: malioto@tatp.com <malioto@tatp.com>; _rick@saveri.com; 'Neil Swartzberg' <NSwartzberg@cpmlegal.com>
**Sent**: Fri Jan 28 01:26:14 2011
**Subject**: RE: CRT/Philips Discovery

Andreas:

Your November 30, 2010 letter did not respond to our proposed custodian list. It merely raised a number of objections and stated that you hoped to get back to us "*shortly* with a final answer on whether we have any 'custodian' files for any of the people on [the] list that contain information responsive to your requests." That was almost 2 months ago and we still do not have a response from you regarding *any* of the custodians on our list. Judge Legge has made it very clear that he expects the custodian lists to get finalized and document production to begin immediately. It would be helpful in moving this stalled meet and confer forward for us to have something in writing from you regarding the custodians so that we can digest it before the call. At the very least, we need your assurance that you will be prepared to discuss the specifics of our proposed custodians, including (1) who you have custodian files for; (2) for those custodians you have files for, whether or not you agree to produce responsive information from their files; (3) for those custodians you have files for but are refusing to produce responsive information, the reasons why; and (4) for those custodians you do not have files for, whether it is possible to find responsive documents for them by another method, such as using search terms. If you will not be prepared to discuss the foregoing, we should re-schedule the call for early next week.

Plaintiffs will be available for the call at 8 a.m. Pacific tomorrow.

Best,

Lauren


Lauren C. Russell
Attorney at Law
Trump, Alioto, Trump & Prescott, LLP
2280 Union Street
San Francisco, CA 94123
Tel: (415) 563-7200
Fax: (415) 346-0679
E-mail: laurenrussell@tatp.com

1

**From:** Stargard, Andreas [mailto:StargardA@howrey.com]
**Sent:** Thursday, January 27, 2011 1:58 PM
**To:** Lauren C. Russell; John Bogdanov; Ostoyich, Joseph
**Cc:** malioto@tatp.com; rick@saveri.com; Neil Swartzberg
**Subject:** RE: CRT/Philips Discovery

Lauren, John:
Unfortunately, we have a hard stop at noon our time, so 11 a.m. Eastern is the latest we can do (unless you envision the call to last ½ hour or less, in which case we could say 11:30).

As to your request for a written response, we did reply to your initial request with our letter dated November 30, 2010. We envision the call tomorrow to be the next step in the process of identifying a more reasonable universe of custodians than the 152 individuals you had proposed initially.

Best,
Andreas.

**From:** Lauren C. Russell [mailto:laurenrussell@tatp.com]
**Sent:** Thursday, January 27, 2011 14:10
**To:** 'John Bogdanov'; Stargard, Andreas; Ostoyich, Joseph
**Cc:** malioto@tatp.com; _rick@saveri.com; 'Neil Swartzberg'
**Subject:** RE: CRT/Philips Discovery

Joe & Andreas:

It would be very helpful for tomorrow's call if you could send us a written response to our proposed custodian list in advance of our call. We sent you the custodian list back in October. Therefore, I don't think this is an unreasonable request.

Best,

Lauren


Lauren C. Russell
Attorney at Law
Trump, Alioto, Trump & Prescott, LLP
2280 Union Street
San Francisco, CA 94123
Tel: (415) 563-7200
Fax: (415) 346-0679
E-mail: laurenrussell@tatp.com


**From:** John Bogdanov [mailto:jdb@coopkirk.com]
**Sent:** Thursday, January 27, 2011 9:46 AM
**To:** Lauren Russell; 'Stargard, Andreas'; 'Ostoyich, Joseph'
**Cc:** malioto@tatp.com; rick@saveri.com; 'Neil Swartzberg'
**Subject:** RE: CRT/Philips Discovery

I would prefer 8:30 or 9 Pacific, but can be available at the proposed time up to 12 Pacific as well.

John D. Bogdanov
COOPER & KIRKHAM, P.C.
357 Tehama Street, Second Floor
San Francisco, CA 94103
Telephone: 415-788-3030, Ext. 307
Facsimile: 415-882-7040
email:  jdb@coopkirk.com

The information in this e-mail is confidential and may contain attorney-client privileged information and/or attorney work product and is intended solely for the addressee(s). Access to this email by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution, or any use or reliance on any information contained herein is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete it.

---

**From:** Lauren Russell [mailto:laurenrussell@tatp.com]
**Sent:** Wednesday, January 26, 2011 1:17 PM
**To:** 'Stargard, Andreas'; 'Ostoyich, Joseph'
**Cc:** malioto@tatp.com; John Bogdanov; rick@saveri.com; 'Neil Swartzberg'
**Subject:** RE: CRT/Philips Discovery

That works for me.  I can also do anytime up to 12 Pacific on Friday.  Thanks.

Lauren

Lauren C. Russell
Attorney at Law
Trump, Alioto, Trump & Prescott, LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: laurenrussell@tatp.com

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by e-mail and delete the message and any attachments.

---

**From:** Stargard, Andreas [mailto:StargardA@howrey.com]
**Sent:** Wednesday, January 26, 2011 11:03 AM
**To:** Lauren Russell; Ostoyich, Joseph
**Cc:** malioto@tatp.com; John Bogdanov; rick@saveri.com; Neil Swartzberg
**Subject:** RE: CRT/Philips Discovery

Lauren et al.:

Per our call earlier today, due to the inclement weather in D.C. and early office closures and traffic problems throughout the metro area here, we request moving the meet-and-confer from this afternoon to Friday morning.  We propose Friday, 11 a.m. Eastern / 8 a.m. PST; dial-in (800) 326-6981 Passcode: 135602.

---

**From:** Lauren Russell [mailto:laurenrussell@tatp.com]
**Sent:** Thursday, January 20, 2011 20:20
**To:** Ostoyich, Joseph; Stargard, Andreas

**Cc:** malioto@tatp.com; 'John Bogdanov'; _rick@saveri.com; Neil Swartzberg
**Subject:** CRT/Philips Discovery

Joe & Andreas:

Plaintiffs request a meet and confer to discuss the issues in your letter dated November 30, 2010 and Plaintiffs' letter dated October 15, 2010.  We propose Wednesday, January 26, 2011 at 11:00 am Pacific/2:00 pm Eastern.  Please let us know your availability.

In particular, you stated in your letter that you "hope[d] to get back to [Plaintiffs] shortly with a final answer" on whether Philips would produce any custodian files on Plaintiffs' list.  Please be prepared to discuss a proposed list of custodians whose files Philips agrees to search and the basis for which custodians are omitted from the list proposed by Plaintiffs.

Best regards,

Lauren


Lauren C. Russell
Attorney at Law
Trump, Alioto, Trump & Prescott, LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: laurenrussell@tatp.com

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by e-mail and delete the message and any attachments.


This email and any attachments contain information from the law firm of Howrey LLP, which
may be confidential and/or privileged. The information is intended to be for the use of
the individual or entity named on this email. If you are not the intended recipient, be
aware that any disclosure, copying, distribution or use of the contents of this email is
prohibited. If you receive this email in error,  please notify us by reply email
immediately so that we can arrange for the retrieval of the original documents at no cost
to you. We take steps to remove metadata in attachments sent by email, and any remaining
metadata should be presumed inadvertent and should not be viewed or used without our
express permission. If you receive an attachment containing metadata, please notify the
sender immediately and a replacement will be provided. Howrey LLP consists of two
separate limited liability partnerships, one formed in the United States (Howrey US) and
one formed in the United Kingdom (Howrey UK). Howrey UK is registered in England and
Wales under number OC311537 and regulated by the Solicitors Regulation Authority.
Howrey's London and Paris offices are operated as part of Howrey UK. A list of the
partners of Howrey UK is available for inspection at its registered office: 5 New Street
Square, London EC4A 3BF. A consolidated list of all Howrey US and Howrey UK attorneys and
jurisdictions where they are authorized to practice and/or are registered can be obtained
by contacting emailrequest@howrey.com.