# Exhibit 5

**Lauren Capurro (Russell)**

_____

| | |
|---|---|
| **From:** | andreas.stargard@bakerbotts.com |
| **Sent:** | Thursday, November 03, 2011 2:21 PM |
| **To:** | LaurenRussell@tatp.com |
| **Cc:** | Rick@saveri.com; Geoff@saveri.com; asheanin@pswplaw.com; john.taladay@bakerbotts.com; joseph.ostoyich@bakerbotts.com |
| **Subject:** | RE: Call re. timing of your 30(b)(6) notices later this week? |


Dear Lauren et al.:
Thanks for getting back to me, after we traded voicemail messages last week, with your offer to move the noticed 30(b)(6) CRT depositions to mid-December.  We are evaluating the feasibility of your timing proposal and will revert back to you shortly.

Regards,
Andreas.

-----Original Message-----
From: Lauren Russell [mailto:LaurenRussell@tatp.com]
Sent: Tuesday, October 25, 2011 12:32
To: Stargard, Andreas
Cc: 'Rick Saveri'; Geoff Rushing; Sheanin, Aaron M.
Subject: RE: Call re. timing of your 30(b)(6) notices later this week?

Hi Andreas,

We can talk anytime today except between 11:30 a.m. and 1:30 p.m.
Pacific, and anytime tomorrow except between 11 and 12 Pacific.  Let me know what works for you.

Best,

Lauren

-----Original Message-----
From: andreas.stargard@bakerbotts.com
[mailto:andreas.stargard@bakerbotts.com]
Sent: Monday, October 24, 2011 8:15 AM
To: laurenrussell@tatp.com
Subject: Call re. timing of your 30(b)(6) notices later this week?

Hi Lauren,
Please let me know when would be convenient for you.  I'm 6 hours ahead of est, 9 hours ahead of Pacific.

Thanks,
Andreas.

Confidentiality Notice: The information contained in this email and any attachments is intended only for the recipient[s] listed above and may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the recipient[s] listed above is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.

1