# Exhibit 6

**Lauren Capurro (Russell)**

---

| | |
|---|---|
| **From:** | John Bogdanov <jdb@coopkirk.com> |
| **Sent:** | Thursday, June 21, 2012 2:09 PM |
| **To:** | Lauren Russell; Judith Zahid |
| **Subject:** | RE: CRT/Philips 30b6 |
| **Attachments:** | Letter Taladay 6.18.12.pdf; Philips 30(b)(6) topics 6.18.12.pdf; Ltr to Bogdanov.pdf; Philips Custodian Letter Agreement 4.23.12.pdf |

Lauren and Judith,

That is great!  To begin, here is all of the recent correspondence with Philips, as well as the current list of topics.  We ended up cutting the original topics in half and in addition to reserving the right to re-notice, intend to serve interrogatories covering the information from many of the topics omitted at this time.

John

**From:** Lauren Russell [mailto:LaurenRussell@tatp.com]
**Sent:** Thursday, June 21, 2012 1:25 PM
**To:** John Bogdanov; Judith Zahid
**Cc:** laurenrussell@tatp.com
**Subject:** CRT/Philips 30b6

Hi John,

Judith has very kindly agreed to help us with the Philips 30b6.  She will first chair the deposition for the indirects and I will second chair (I don't think the directs can ask questions due to their settlement with Philips).  Can you please send Judith all of the info on the Philips 30b6, e.g. our most recent letter and pared down list of topics, the Philips letter objecting to the topics and the April agreement on finished product custodians that they claim limits our ability to notice 30b6 topics now.  She will also need the list of specific questions from ApplEcon, and you should start sending her the documents you and the team are finding so she can start reviewing those now.



Best,

Lauren

Lauren C. Russell
Attorney at Law
Trump, Alioto, Trump & Prescott, LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200

Facsimile: (415) 346-0679
E-mail: laurenrussell@tatp.com

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by e-mail and delete the message and any attachments.