# Exhibit 10

## Lauren Capurro (Russell)

**From:** Eric P. Mandel <EMandel@zelle.com>
**Sent:** Monday, June 06, 2011 5:00 PM
**To:** Judith Zahid; 'Lauren Russell'
**Subject:** RE: CRT/Doc review

I can be available at 1 PM PDT / 3 PM CDT.

**From:** Judith Zahid
**Sent:** Monday, June 06, 2011 6:29 PM
**To:** 'Lauren Russell'; Eric P. Mandel
**Subject:** RE: CRT/Doc review

the only time i'm free tomorrow, unfortunately, is around 1:00.

j.

**From:** Lauren Russell [mailto:laurenrussell@tatp.com]
**Sent:** Monday, June 06, 2011 4:06 PM
**To:** Eric P. Mandel; Judith Zahid
**Subject:** CRT/Doc review

Can we chat again tomorrow morning to finalize the coding sheet and discuss sharing our work product with the group?  Then we get something around to everyone late tomorrow or Wednesday.  I could do any time tomorrow morning.  thanks.

Lauren

Lauren C. Russell
Attorney at Law
Trump, Alioto, Trump & Prescott, LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: laurenrussell@tatp.com

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by e-mail and delete the message and any attachments.