1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>All Indirect Purchaser Actions | Master File No.: 3:07-cv-05944-JST<br>MDL No. 1917<br><br>**[PROPOSED] ORDER GRANTING INDIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5** |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1    GOOD CAUSE APPEARING THEREFOR, Indirect Purchaser Plaintiffs'
2 Administrative Motion To Seal Documents Pursuant to Civil Local Rules 7-11 and 79-5(d)
3 is hereby GRANTED.
4    It is further ORDERED that the Clerk shall file under seal the entirety of Exhibits
5 1, 2, 7, 8, 9, 11, 12, and 13, and portions of Exhibit 6, to the Declaration of Lauren C.
6 Capurro in Support of Opposition to Motion to Strike Declaration of Mario N. Alioto in
7 Support of Lead Counsel's Omnibus Response to Objections to Proposed Allocation of
8 Aggregate Fee Award to Indirect Purchaser Plaintiffs' Counsel, as identified by Indirect
9 Purchaser Plaintiffs in connection with their Administrative Motion.

**IT IS SO ORDERED.**

DATED: _____
HON. JON S. TIGAR
UNITED STATES DISTRICT JUDGE