UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION <br><br> This Order Relates To: <br><br> ALL ACTIONS | MDL No. 1917 <br><br> Case No. C-07-5944 JST <br><br> **ORDER ADOPTING REPORT AND RECOMMENDATIONS OF SPECIAL MASTER** <br><br> ECF No. 4799 |

On August 24, 2016, Special Master Vaughn Walker issued a Report and Recommendation that resolved translation objections regarding Japanese language documents (Tranche 1). ECF No. 4799. On September 7, 2016, the Toshiba and Panasonic Defendants filed a Motion for Relief from Nondispositive Pretrial Order, in which they objected to several of the translation decisions of the Special Master. ECF No. 4823. Plaintiffs filed their response to Defendants' objections on September 21, 2016. ECF No. 4864.

Reviewing the Special Master Walker's findings de novo, ECF No. 4279, the Court overrules the objections and adopts the Special Master's Report and Recommendations.

IT IS SO ORDERED.

Dated: October 1, 2016

_____
JON S. TIGAR
United States District Judge