*[Stipulating parties listed on signature page]*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-CV-05944-JST<br>MDL No. 1917 |
| This Document Relates To:<br><br>*Sears, Roebuck and Co. and Kmart Corp. v. LG Electronics, Inc., et al*, Case No. 11-cv-05514 | **STIPULATION AND [~~PROPOSED~~] ORDER REGARDING RESETTING CASE MANAGEMENT CONFERENCE TO NOVEMBER 8, 2016** |

1   WHEREAS, at a hearing before this Court on September 20, 2016, this Court set a further Case Management Conference in the above-captioned action for November 15, 2016 at 9:30 a.m.;

WHEREAS, since the September 20, 2016 hearing, Plaintiff's counsel learned of a conflict due to a hearing in another case that had been scheduled prior to September 20, 2016; and

WHEREAS, the parties' counsel have conferred about this conflict, and now request that the Court set the Case Management Conference on the date originally offered by the Court, November 8, 2016 at 9:30 a.m.

NOW, THEREFORE, PURSUANT TO LOCAL RULE 7-12, PLAINTIFFS SEARS, ROEBUCK AND CO. AND KMART CORPORATION, AND DEFENDANT LG ELECTRONICS, INC., BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE THAT:

1.   Subject to the Court's permission, the Case Management Conference in the above-captioned action be rescheduled for November 8, 2016 at 9:30 a.m.

Dated:  September 29, 2016                     Respectfully submitted,

KENNY NACHWALTER, P.A.


By: */s/ William J. Blechman*
Richard Alan Arnold, Esquire
William J. Blechman, Esquire
Douglas Patton, Esquire
Samuel J. Randall, Esquire
Christina Ceballos-Levy
KENNY NACHWALTER, P.A.
201 S. Biscayne Boulevard
Suite 1100
Miami, Florida  33131
Tel:   (305) 373-1000
Fax:   (305) 372-1861
E-mail:  rarnold@knpa.com
             wblechman@knpa.com
             dpatton@knpa.com
             srandall@knpa.com
             ccl@knpa.com

*Attorneys for Plaintiffs Sears, Roebuck and Co. and Kmart Corp.*

-1-              Master File No. 3:07-CV-05944-JST
STIPULATION AND [PROPOSED] ORDER RESETTING CASE MANAGEMENT CONFERENCE

MUNGER, TOLLES & OLSON LLP

By: */s/ Brad Brian*
Brad Brian (State Bar No. 079001)
Gregory J. Weingart (State Bar No. 157997)
E. Martin Estrada (State Bar No. 223802)
355 South Grand Avenue
35th Floor
Los Angeles, CA  90071-1560
Tel:   (213) 683-9100
Fax:  (213) 687-3702
E-mail:  brad.brian@mto.com
             gregory.weingart@mto.com
             martin.estrada@mto.com

***Attorneys for Defendant LG Electronics, Inc.***

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.

It is so stipulated and agreed to by the parties.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 3, 2016

Honorable Jon S. Tigar
United States District Judge

549734.1

-2-                     Master File No. 3:07-CV-05944-JST
STIPULATION AND [PROPOSED] ORDER RESETTING CASE MANAGEMENT CONFERENCE