1   Terrence J. Truax (*pro hac vice*)
    Charles B. Sklarsky (*pro hac vice*)
2   Michael T. Brody (*pro hac vice*)
    Gabriel A. Fuentes (*pro hac vice*)
3   JENNER & BLOCK LLP
    353 N. Clark Street
4   Chicago, Illinois 60654-3456
    Telephone:   (312) 222-9350
5   Facsimile:   (312) 527-0484
    ttruax@jenner.com
6   csklarsky@jenner.com
    mbrody@jenner.com
7   gfuentes@jenner.com

8   ADDITIONAL COUNSEL IDENTIFIED ON
    SIGNATURE PAGE
9
    *Attorneys for Defendants Mitsubishi Electric Corporation,*
10  *Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual*
    *Solutions America, Inc.*
11

12                  **IN THE UNITED STATES DISTRICT COURT**

13              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

14                      **SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | MDL No. 1917 |
| | Case No. 3:14-cv-02058-JST |
| CRAGO d/b/a DASH COMPUTERS, INC., et al., on its own behalf and on behalf of similarly situated parties, | Master File No. 3:07-cv-05944-JST |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING DATE TO SUBMIT EXPERT REPORTS AND DATE FOR DPPS TO RESPOND TO MITSUBISHI ELECTRIC DEFENDANTS' OBJECTIONS TO SPECIAL MASTER'S PROPOSED ORDER** |
| v. | |
| MITSUBISHI ELECTRIC CORPORATION, et al., | Judge:  Hon. Jon S. Tigar |
| Defendants. | |

15
16
17
18
19
20
21
22
23
24
25
26
27
28

The undersigned Mitsubishi Electric Defendants and the Direct Purchaser Plaintiffs ("DPPs") have conferred and through their counsel, and subject to the Court's approval, HEREBY STIPULATE AS FOLLOWS:

WHEREAS on May 3, 2016, this Court set a number of pre-trial schedules in this case.  As is relevant to this stipulation, the Court directed the Mitsubishi Electric Defendants to submit rebuttal reports of their expert witnesses on October 7, 2016. (Dkt. 4628, docketed May 4, 2016);

WHEREAS on September 28, 2016, the Court directed any parties, notably the DPPs, wishing to respond to the Mitsubishi Electric Defendants' Objections to the Special Master's August 29, 2016 Proposed Order (Dkt. 4802), to do so before October 7, 2016;

WHEREAS the Mitsubishi Electric Defendants and the DPPs have been engaged in settlement discussions, and have made substantial progress in resolving their dispute.  They believe that they will be able to resolve this case, such that it will be unnecessary for the Mitsubishi Electric Defendants to submit expert reports or the DPPs to respond to the Mitsubishi Electric Defendants' objections to the Special Master's Proposed Order;

WHEREAS the parties believe that they should be able to make sufficient progress in concluding this matter by October 21, 2016 such that they can advise the Court whether the matter has been resolved and whether other changes should be made to the schedule in the case;

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the undersigned plaintiffs and defendants, and subject to the Court's approval, that:

1.  The October 7, 2016 deadlines shall be extended two weeks – to October 21, 2016.

**IT IS SO STIPULATED**

//

//

//

1

1    Dated: October 3, 2016           By:    */s/ Michael T. Brody*
                                               Michael T. Brody

2

3                                               Terrence J. Truax
                                              Charles B. Sklarsky
                                              Michael T. Brody

4                                               Gabriel A. Fuentes

5                                               */s/ R. Alexander Saveri*
                                              Guido Saveri

6                                               R. Alexander Saveri
                                              Geoffrey C. Rushing

7                                               Cadio Zirpoli
                                              SAVERI & SAVERI, INC.

8                                               706 Sansome Street
                                              San Francisco, CA 94111

9                                               Telephone: (415) 217-6810
                                              Facsimile: (415) 217-6813

10

11                                               *Lead Counsel for the Direct*
                                              *Purchaser Plaintiffs*

12

13    ADDITIONAL COUNSEL REFERENCED
     FROM CAPTION PAGE

14    Brent Caslin (Cal. Bar. No. 198682)
     bcaslin@jenner.com

15    JENNER & BLOCK LLP
     633 West Fifth Street, Suite 3600

16    Los Angeles, California 90071
     Telephone:  (213) 239-5100

17    Facsimile:   (213) 239-5199

18    Harold A. Barza (Cal. Bar. No. 80888)
     halbarza@quinnemanuel.com

19    Kevin Y. Teruya (Cal. Bar. No. 235916)
     kevinteruya@quinnemanuel.com

20    QUINN EMANUEL URQUHART
      & SULLIVAN, LLP

21    865 South Figueroa Street, 10th Floor
     Los Angeles, California 90017-2543

22    Telephone:  (213) 443 3000
     Facsimile:   (213) 443 3100

23

24    Ryan S. Goldstein (Cal. Bar No. 208444)
     ryangoldstein@quinnemanuel.com

25    QUINN EMANUEL URQUHART

26

27

28

2

1 | & SULLIVAN, LLP
NBF Hibiya Building, 25F
2 | 1-1-7, Uchisaiwai-cho, Chiyoda-ku
Tokyo 100-0011, Japan
3 | Telephone:  +81 3 5510 1711
Facsimile:   +81 3 5510 1712
4 |
*Attorneys for Defendants Mitsubishi Electric Corporation,*
5 | *Mitsubishi Electric US, Inc., and Mitsubishi Electric*
*Visual Solutions America, Inc.*
6 |
7 |
**PURSUANT TO STIPULATION, IT IS SO ORDERED.**
8 |
9 |
Date: _____
10 |
Hon Jon S. Tigar
United States District Judge
11 |

STIPULATION AND [PROPOSED] ORDER REGARDING DATE TO SUBMIT EXPERT REPORTS AND
DATE FOR DPPS' TO RESPOND TO MITSUBISHI ELECTRIC DEFENDANTS' OBJECTIONS TO
SPECIAL MASTER'S PROPOSED ORDER
Case No. 3:14-cv-02058-JST; Master File No. 3:07-cv-05944-JST; MDL No. 1917

1

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

2

I, Michael T. Brody, attest that concurrence in the filing of the document has been obtained from

3

each of the other signatories.

4

I declare under penalty of perjury, under the laws of the United States of America, that the

5

foregoing is true and correct.

6

7

Executed on October 3, 2016, in Chicago, IL.

8

9

By:    _/s/ Michael T. Brody_

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

STIPULATION AND [PROPOSED] ORDER REGARDING DATE TO SUBMIT EXPERT REPORTS AND
DATE FOR DPPS' TO RESPOND TO MITSUBISHI ELECTRIC DEFENDANTS' OBJECTIONS TO
SPECIAL MASTER'S PROPOSED ORDER
Case No. 3:14-cv-02058-JST; Master File No. 3:07-cv-05944-JST; MDL No. 1917