Law Offices
**COOPER & KIRKHAM, P.C.**
357 T<small>EHAMA</small> S<small>TREET</small>, <small>SECOND FLOOR</small>
S<small>AN</small> F<small>RANCISCO</small>, C<small>ALIFORNIA</small> 94103
(415) 788-3030
F<small>AX</small> (415) 882-7040

WRITER'S DIRECT CONTACT
(415) 788-3030 ext. 305
jdc@coopkirk.com

October 4, 2016

Martin Quinn, Special Master
JAMS
Two Embarcadero Center, Suite 1500
San Francisco, CA 94111

      Re:   *In re: Cathode Ray Tubes (CRT) Antitrust Litig.*,
            Case No. 07-cv-5944 JST, MDL No. 1917

Dear Special Master Quinn:

     After the hearing yesterday afternoon, I checked and the due date for the Reply brief on the Motion to Strike is tomorrow, Wednesday, October 5, 2016, not Friday, October 7, 2016, as I thought.  Given your statements yesterday that you would be relying on the written submissions, the shortness of time and our other obligations today and tomorrow, Cooper & Kirkham is withdrawing its request for a hearing on its objections to Lead Counsel's proposed allocation of the aggregate fee award.  A notice of this withdrawal is being filed on the Court's ECF system.

            Sincerely,

            /s/ Josef D. Cooper
               Josef D. Cooper

Cc: All Counsel via ECF