JOSEF D. COOPER (53015)
TRACY R. KIRKHAM (69912)
JOHN D. BOGDANOV (215830)
COOPER & KIRKHAM, P.C.
357 Tehama Street, Second Floor
San Francisco, CA  94103
Telephone:  (415) 788-3030
Facsimile:  (415) 882-7040
jdc@coopkirk.com
trk@coopkirk.com
jdb@coopkirk.com

*Counsel for Class Representative Steven Ganz*
*And Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>All Indirect-Purchaser Actions | **Master File No. 3:07-cv-5944 JST**<br><br>**MDL No. 1917**<br><br>**WITHDRAWAL OF COOPER & KIRKHAM P.C.'S REQUEST FOR ORAL ARGUMENT**<br><br>Judge:   Honorable Jon S. Tigar<br>Special Master:   Honorable Martin Quinn<br>Hearing Date: October 5, 2016<br>Hearing Time:  11:00 a.m.<br>Hearing Venue:   JAMS |

On September 21, 2016, Cooper & Kirkham, P.C. ("C&K") filed a "Request for Oral Argument and Statement of Non-Consent to Lead Counsel's Request for Off-Record Communications with the Special Master" (Dkt. 4862).  C&K hereby withdraws its request for oral argument.

C&K does not withdraw its statement of non-consent to Lead Counsel's request for off-record communications with the Special Master, as found in footnotes 18 and 19 of "Lead Counsel's Omnibus Response to Objections to Proposed Allocation of Aggregate Fee Award to Indirect Purchaser Plaintiffs' Counsel" (Dkt. 4853 at 21, n.18; 22, n.19).  *See* Dkt. 4862.

Dated: October 4, 2016　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　 /s/ Josef D. Cooper
　　　　　　　　　　　　　　　　　　　　　　　Josef D. Cooper

　　　　　　　　　　　　　　　　　　　　Josef D. Cooper (53015)
　　　　　　　　　　　　　　　　　　　　Tracy R. Kirkham (69912)
　　　　　　　　　　　　　　　　　　　　John D. Bogdanov (215830)
　　　　　　　　　　　　　　　　　　　　COOPER & KIRKHAM, P.C.
　　　　　　　　　　　　　　　　　　　　357 Tehama Street, Second Floor
　　　　　　　　　　　　　　　　　　　　San Francisco, CA 94103
　　　　　　　　　　　　　　　　　　　　Telephone: (415) 788-3030
　　　　　　　　　　　　　　　　　　　　Facsimile: (415) 882-7040
　　　　　　　　　　　　　　　　　　　　Email:  jdc@coopkirk.com