*Trump Alioto Trump & Prescott*
ATTORNEYS LLP
2280 Union Street
San Francisco, California 94123
(415) 563-7200
FAX (415) 346-0679

October 4, 2016

**VIA ECF**

Martin Quinn, Special Master
JAMS
Two Embarcadero Center, Suite 1500
San Francisco, CA 94111

**Re:** *In Re: Cathode Ray Tubes (CRT) Antitrust Litigation,*
Case No. 07-cv-5944 JST, MDL 1917

Dear Special Master Quinn:

This is in response to Mr. Cooper's letter to you today.

While Mr. Cooper no longer wishes to have a hearing regarding the fee allocation to his firm, Lead Counsel has requested a hearing and believes that a hearing is still necessary.

I request that we be allowed to argue in support of our allocation to Cooper & Kirkham, P.C. as part of our argument in support of our allocation to Mr. Scarpulla at 3:00 p.m. I do not feel this will unduly extend this hearing, and I will make every effort to avoid that.

Thank you for your consideration of this matter.

    Respectfully submitted,

    */s/ Mario N. Alioto*
    Mario N. Alioto

    Lead Counsel for the Indirect Purchaser Plaintiffs

Cc.: All Counsel via ECF