Law Offices
# COOPER & KIRKHAM, P.C.
357 Tehama Street, second floor
San Francisco, California 94103
(415) 788-3030
FAX (415) 882-7040

WRITER'S DIRECT CONTACT
(415) 788-3030 ext. 305
jdc@coopkirk.com

October 4, 2016

**VIA ECF**

Martin Quinn, Special Master
JAMS
Two Embarcadero Center, Suite 1500
San Francisco, CA 94111

Re:   *In re: Cathode Ray Tubes (CRT) Antitrust Litig.,*
      Case No. 07-cv-5944 JST, MDL No. 1917

Dear Special Master Quinn:

Mr. Alioto has requested permission "to argue in support of our allocation to Cooper & Kirkham, P.C. as part of our argument in support of our allocation to Mr. Scarpulla at 3:00 p.m. [tomorrow]." (Dkt. 4924.) No hearing is scheduled with regard to Cooper & Kirkham. No member of Cooper & Kirkham will be attending the hearing regarding Mr. Scarpulla, as Cooper & Kirkham will be working on the Reply brief on the Motion to Strike, due tomorrow. Cooper & Kirkham objects to any argument about Cooper & Kirkham at tomorrow's hearing about Mr. Scarpulla.

Sincerely,

*/s/ Josef D. Cooper*
    Josef D. Cooper

Cc: All Counsel via ECF