Martin Quinn
JAMS
Two Embarcadero Center, Suite 1500
San Francisco, CA 94111
Telephone: (415) 774-2669
Fax: (415) 982-5287
Special Master

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 |
|---|---|
| | Case No. C-07-5944-SC |
| This Document Relates to: ALL ACTIONS | **SPECIAL MASTER'S ORDER NO. 5 ON PROCEDURE FOR FEE ALLOCATION** |

    Cooper & Kirkham today withdrew its request for an oral hearing on its objection that had been scheduled for tomorrow, October 5 at 11:00 am. Lead Counsel Mario Alioto has requested (Dkt. 4924) leave to present argument regarding the Cooper objection during the oral hearing on the objection of Francis Scarpulla scheduled for October 5 at 3:00 pm.

    The Referee will permit Lead Counsel to make arguments regarding the Cooper objection at the Scarpulla hearing since many of the issues raised by the two objections are the same, and

the Cooper objection raises important issues.  To minimize inconvenience to Mr. Cooper he may if he wishes attend the Scarpulla hearing by telephone, or in person or not at all.

Dated:  October 4, 2016

                                                   /s/
                                    Martin Quinn, Special Master