Francis O. Scarpulla (41059)
Patrick B. Clayton (240191)
LAW OFFICES OF FRANCIS O. SCARPULLA
456 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 788-7210
Facsimile:  (415) 788-0706
Email: fos@scarpullalaw.com
            pbc@scarpullalaw.com

Counsel for Indirect-Purchaser Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 3:07-cv-5944-JST |
| | MDL No. 1917 |
| This Document Relates to:<br><br>All Indirect-Purchaser Actions | CLASS ACTION<br><br>**DECLARATION OF FRANCIS O. SCARPULLA RE AGREEMENT BETWEEN THE FIRMS OF TRUMP ALIOTO TRUMP & PRESCOTT AND ZELLE LLP**<br><br>Judge:          The Honorable Jon S. Tigar<br>Special Master:  The Honorable Martin Quinn<br>Hearing Date:    TBD<br>Hearing Venue:  JAMS |

1    I, Francis O. Scarpulla, declare:

2    1.    I am an attorney admitted to practice before the Supreme Court of the United States

3    and before several United States Courts of Appeal and United States District Courts, including the

4    United States District Court for the Northern District of California.  I am also admitted to practice

5    before the Supreme Court of the State of California and all inferior courts of that state.

6    2.    During the period between June 1, 2006 and March 21, 2015, I was a senior partner

7    at the firm formerly named Zelle Hofmann Voelbel & Mason LLP, now Zelle LLP ("Zelle"); since

8    March 21, 2015, I have been the owner of the Law Offices of Francis O. Scarpulla ("LOFOS").

9    3.    I have personal knowledge of the facts stated in this declaration and, if called as a

10   witness, I could and would testify competently to them.  I make this declaration in connection with

11   the attorney fee allocation proceedings in the Indirect-Purchaser Plaintiff class action now pending

12   before the Special Master.

13   4.    Shortly after Trump Alioto Trump & Prescott ("TATP") was appointed interim

14   Lead Counsel for the Indirect-Purchaser Plaintiffs in this MDL proceeding, Craig Corbitt, then a

15   senior partner at Zelle, told me that Mario Alioto contacted him to propose that the Zelle firm

16   actively prosecute the Indirect-Purchaser Class Action with Mr. Alioto's firm as if Zelle were a co-

17   lead counsel.  Mr. Corbitt told me he agreed that the Zelle firm would act in the capacity of a

18   "shadow" co-lead counsel, provided that any lodestar multiplier on Zelle's time as a result of

19   working on the case, essentially as a co-lead counsel, would be given equal treatment to the

20   lodestar multiplier of TATP in any allocation of fees as a result of settlements and/or a verdict.

21   5.    Mr. Corbitt told me that this agreement was memorialized in emails exchanged

22   between Mr. Alioto and himself.

23   6.    Prior to the current proceedings before the Special Master concerning the allocation

24   of fees, Mr. Corbitt told me he gave that email exchange to Christopher Micheletti, a partner at the

25   Zelle firm.

26   7.    On September 23, 2015, I formally disclosed the fee agreement between TATP and

27   Zelle.  Doc. No. 4069.  Since that time, I have requested that all such emails be produced and made

28

1

1    a part of the record in this MDL proceeding.  Doc. Nos. 4086, 4818, 4869 and 4896.

2         8.    At the oral argument on October 3, 2016, I again requested that the TATP/Zelle

3    email-evidenced agreement be produced and made a part of the record because it was relevant to

4    issues now pending before the Special Master when considering an appropriate allocation among

5    the various plaintiffs' firms seeking a share of the gross fee previously awarded by the Court.  Doc

6    No. 4869.  This agreement – and any other fee-sharing or fee-enhancing agreements[1]  – should be

7    disclosed because all such agreements are relevant to the issue of whether TATP actually

8    performed Lead Counsel work or whether other firms did that work and therefore are entitled to a

9    larger multiplier on their respective lodestars.

10        9.    When the Special Master inquired of Mr. Alioto from TATP and of Mr. Micheletti

11   from Zelle about any such agreement or emails containing any relevant information about such an

12   agreement, each denied the existence of such an agreement, or any written communications setting

13   forth the terms of such an agreement.

14        10.   Attached to this declaration as Exhibits 1 and 2 are true and accurate copies of a

15   text-message exchange between Craig Corbitt and me affirming that such an agreement existed,

16   and that Mr. Corbitt recently gave the relevant email exchange to Mr. Micheletti.  The first entry

17   on Exhibit 1 under the legend "Yesterday 4:08 PM," I sent to Mr. Corbitt from the hearing at

18   JAMS on October 3, 2016; his reply follows.  I then asked Mr. Corbitt if I could prepare a

19   declaration for him stating the facts about this agreement, to which he agreed.  Exhibit 2 contains

20   Mr. Corbitt's response to me a day later, after he was contacted by Mr. Micheletti and apparently

21   dissuaded from filing a declaration.

22        11.   For these reasons, the undersigned respectfully request that the Special Master order

23   both TATP and Zelle to produce those emails or, if they no longer exist, to explain what happened

24

25

26   _____

[1] It appears as if there are other such agreements, For example, Joseph Goldberg testified in his
declaration that he would not have come into the case to receive his lodestar only.  Doc No. 4851.
27   Therefore, there appears to be such a fee agreement between TATP and Mr. Goldberg which
should be disclosed to the Special Master and placed in the record.  If there are others, they should
28   be disclosed as well.

DECLARATION OF FRANCIS O. SCARPULLA RE AGREEMENT BETWEEN
THE FIRMS OF TRUMP ALIOTO TRUMP & PRESCOTT AND ZELLE LLP
Case No. 3:07-cv-5944, MDL No. 1917

1  to them.

2         I declare under penalty of perjury that the above stated facts are true and correct.

3         Executed this 5th day of October 2016, at San Francisco, California.

4
5                                    /s/  Francis O. Scarpulla
                                     Francis O. Scarpulla

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DECLARATION OF FRANCIS O. SCARPULLA RE AGREEMENT BETWEEN
THE FIRMS OF TRUMP ALIOTO TRUMP & PRESCOTT AND ZELLE LLP
Case No. 3:07-cv-5944, MDL No. 1917

# EXHIBIT 1

and make a plan.

Sure

I'll call you then.

Yesterday 4:08 PM

Chris M said you didn't give him the emails re the TATP/Zelle agreement. Mario denied there was such an agreement.

That's false. He asked for it and I gave it to him.

# EXHIBIT 2

Chris and Judith called and they really don't want me to submit anything since they have said there was no agreement. It makes them look bad I guess. Told them I think that's wrong but  it puts me in awkward position since I'm still affiliated with Z, I'm getting a monthly payment, and hope to get some $ from CRT and DRAM.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was filed *via* CM/ECF on October 5, 2016, and as a result has been served on all counsel of record *via* transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Francis O. Scarpulla
Francis O. Scarpulla