Terrence J. Truax (*pro hac vice*)
ttruax@jenner.com
Charles B. Sklarsky (*pro hac vice*)
csklarsky@jenner.com
Michael T. Brody (*pro hac vice*)
mbrody@jenner.com
Gabriel A. Fuentes (*pro hac vice*)
gfuentes@jenner.com
JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois 60654-3456
Telephone:   (312) 222-9350
Facsimile:    (312) 527-0484

ADDITIONAL COUNSEL IDENTIFIED
FOLLOWING SIGNATURE BLOCK

*Attorneys for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** <br><br> CRAGO d/b/a DASH COMPUTERS, INC., et al., on its own behalf and on behalf of similarly situated parties, <br><br> Plaintiff, <br><br> v. <br><br> MITSUBISHI ELECTRIC CORPORATION, et al., <br><br> Defendants. | MDL No. 1917 <br><br> Case No. 3:14-cv-02058-JST <br><br> Master File No. 3:07-cv-05944-JST <br><br> **ADMINISTRATIVE MOTION TO WITHDRAW MITSUBISHI ELECTRIC DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL [DKT. 4876]** <br><br> Judge:  Hon. Jon S. Tigar <br><br> [Proposed Order filed herewith] |

## MOTION

On September 23, 2016, the Mitsubishi Electric Defendants filed the Administrative Motion to File Under Seal Pursuant to Civil Local Rules 7-11 and 79-5 [ECF No. 4876] ("Motion to Seal").[1] The Motion to Seal identified documents and references to documents ("materials") that had been designated as "Confidential" or "Highly Confidential" by the Mitsubishi Electric Defendants and other designating parties pursuant to the Stipulated Protective Order ("Protective Order") (ECF No. 306) in the CRT multidistrict litigation and cited in the Notice of Motion and Motion for Relief from Nondispositive Pretrial Order of Special Master [ECF No. 4877] ("Motion for Relief"). (Mot. to Seal 1-3, ECF No. 4876, Sept. 23, 2016.) On October 3, 2016, the Court denied the Motion to Seal with respect to two redacted excerpts and ordered the Mitsubishi Electric Defendants' counsel to appear in person for a hearing. Order Setting Hearing Re: Administrative Motion to Seal ("Order") at 1-2, ECF No. 4918, Oct. 3, 2016.

In view of the Court's Order, the Mitsubishi Electric Defendants have re-reviewed the Motion to Seal, as well as the underlying materials designated as Confidential or Highly Confidential by the Mitsubishi Electric Defendants. Based on this review, the Mitsubishi Electric Defendants no longer seek to keep these materials sealed and request leave to refile the Motion for Relief and its exhibits in unredacted form. In the Motion to Seal, the Mitsubishi Electric Defendants requested leave to seal materials designated as confidential during discovery, when they took a very conservative approach to confidentiality designations. Upon reflection, however, the Mitsubishi Electric Defendants no longer object to these materials being on the public docket. With regard to materials that were designated confidential by parties other than the Mitsubishi Electric Defendants, those designating parties have not filed supporting declarations asserting that the materials should be sealed per Civil Local Rule 79-5(e). It is therefore appropriate for those materials to be refiled in unsealed form as well.

Based on the above, and pursuant to Civil Local Rule 7-11, the Mitsubishi Electric Defendants seek leave to withdraw the Motion to Seal, and respectfully request that the Court enter an order stating the following:

---

[1] The attachments to the Motion to Seal included: (1) the Declaration of Terrance J. Truax; (2) Proposed Order; (3) Proof of Service; (4) Notice of Motion and Motion for Relief (Unredacted); and (5) Exhibits 1-7, 9-10, 13, 15-17, 20, 24-25 sought to be filed under seal.

- Leave to withdraw the Motion to Seal is granted;

- The Motion to Seal [ECF No. 4876] is denied as moot;

- The Mitsubishi Electric Defendants may refile the Motion for Relief [ECF No. 4877] and its exhibits without redaction no earlier than 4 days, and no later than 10 days, from the date of this Order; and

- The hearing on the Motion to Seal set for October 11, 2016, is vacated.

Dated:  October 5, 2016                                        JENNER & BLOCK LLP

                                                               */s/ Gabriel A. Fuentes*

                                                       By:   Terrence J. Truax
                                                             Charles B. Sklarsky
                                                             Michael T. Brody
                                                             Gabriel A. Fuentes

ADDITIONAL COUNSEL REFERENCED FROM CAPTION PAGE

Brent Caslin (Cal. Bar. No. 198682)
bcaslin@jenner.com
JENNER & BLOCK LLP
633 West Fifth Street, Suite 3600
Los Angeles, California 90071
Telephone:  (213) 239-5100
Facsimile:   (213) 239-5199

Harold A. Barza (Cal. Bar. No. 80888)
halbarza@quinnemanuel.com
Kevin Y. Teruya (Cal. Bar. No. 235916)
kevinteruya@quinnemanuel.com
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:  (213) 443 3000
Facsimile:   (213) 443 3100

Ryan S. Goldstein (Cal. Bar No. 208444)
ryangoldstein@quinnemanuel.com
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
NBF Hibiya Building, 25F
1-1-7, Uchisaiwai-cho, Chiyoda-ku
Tokyo 100-0011, Japan
Telephone:  +81 3 5510 1711
Facsimile:   +81 3 5510 1712

*Attorneys for Defendants*
*Mitsubishi Electric Corporation, Mitsubishi*
*Electric US, Inc., and Mitsubishi Electric*
*Visual Solutions America, Inc.*