1

2            **IN THE UNITED STATES DISTRICT COURT**

3            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

4            **SAN FRANCISCO DIVISION**

5

6   | **IN RE:  CATHODE RAY TUBE (CRT)** | MDL No. 1917 |
    | **ANTITRUST LITIGATION** | |

7   | | Case No. 3:14-cv-02058-JST |

8   | CRAGO d/b/a DASH COMPUTERS, INC., et al., | Master File No. 3:07-cv-05944-JST |
    | on its own behalf and on behalf of similarly situated | |

9   | parties, | **[PROPOSED] ORDER GRANTING** |
    | | **ADMINISTRATIVE MOTION TO** |

10  | Plaintiff, | **WITHDRAW MITSUBISHI ELECTRIC** |
    | | **DEFENDANTS' ADMINISTRATIVE** |

11  | v. | **MOTION TO FILE UNDER SEAL [DKT.** |
    | | **4876]** |

12  | MITSUBISHI ELECTRIC CORPORATION, et al., | |

13  | Defendants. | Judge:  Hon. Jon S. Tigar |

14

15          Upon consideration of Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and

16  Mitsubishi Electric Visual Solutions America, Inc.'s (collectively, the "Mitsubishi Electric Defendants")

17  Administrative Motion to Withdraw Mitsubishi Electric Defendants' Administrative Motion to File Under

18  Seal ("Motion"):

19          IT IS HEREBY ORDERED that the Mitsubishi Electric Defendants' Motion is GRANTED;

20          IT IS FURTHER ORDERED that the Mitsubishi Electric Defendants' Administrative Motion to

21  File Under Seal [ECF No. 4876] is denied as moot. The Mitsubishi Electric Defendants may refile the

22  Motion for Relief from Nondispositive Pretrial Order of Special Master [ECF No. 4877] and its exhibits

23  without redaction no earlier than 4 days, and no later than 10 days, from the date of this Order. The hearing

24  set for October 11, 2016, on the Administrative Motion to File Under Seal is vacated.

25          **IT IS SO ORDERED**

26  DATED: _____          _____

27                                          Hon. Jon S. Tigar
                                            United States District Judge
28

---