LAWRENCE G. PAPALE
California State Bar No. 67068
LAW OFFICES OF
  LAWRENCE G. PAPALE
The Cornerstone Building
1308 Main Street, Suite 117
St. Helena, California 94574
Telephone (707) 963-1704

*Counsel for Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>All Indirect-Purchaser Actions | Case No: 3:07-cv-5944<br>MDL No. 1917<br><br>**CLASS ACTION**<br><br>**SUPPLEMENTAL DECLARATION OF LAWRENCE PAPALE IN RESPONSE TO OBJECTIONS TO PROPOSED FEE ALLOCATION**<br><br>Judge: Honorable JON S. TIGAR<br>Special Master: Honorable MARTIN QUINN<br>Hearing Date: October 4, 2016<br>Venue: JAMS |

I, LAWRENCE PAPALE, declare as follows:

1. I am an attorney licensed to practice before the state courts in California and various federal courts throughout California and the country and I am a sole practitioner in the law firm of the Law Offices of Lawrence G. Papale. I have personal knowledge of the facts stated in this declaration and, if called as a witness, I could and would testify competently to them. I am one of the attorneys for the Indirect Purchaser Plaintiffs in this case.

2. Yesterday I attended a hearing before Special Master Quinn on my response to various objections to the fee allocation proposed by Lead Counsel. During the course of the hearing the question came up whether I had paid any amount to the litigation fund. I advised Special Master Quinn that I had paid $3000 after the IPP fee application had been filed, but could not recall exactly when that payment was made. In order to be accurate I am providing the following detail behind that payment.

3. On January 28, 2016, I paid $3,000 to the fund pursuant to a request by Lead Counsel as an assessment to defray expenses that had been incurred in retaining an IPP expert on fees. (Please see Exhibit A attached to this declaration.) This amount was not included in the expense report that I had previously submitted in support of my fee application and I understood at the time that it was not an amount for which I should or could anticipate ever obtaining reimbursement because the assessment and contribution was being made after the fee application had been submitted to the court. I can confirm that I have never made any other prior or subsequent contribution toward the common fund in this case (except insofar as out-of-pocket expenses can be considered as such), and also that I was never asked to do so.

4. I submit this supplemental declaration in support of my position that a firm's contribution to the litigation fund should be considered a positive factor in considering that firm's fee multiplier, but that failure or inability to pay an assessment should not be considered a negative factor.

1

SUPPLEMENTAL DECLARATION OF LAWRENCE G. PAPALE IN RESPONSE TO VARIOUS OBJECTIONS TO PROPOSED FEE ALLOCATIONS
Case No. 3:07-cv-5944, MDL No. 1917

1    I declare under penalty of perjury that the foregoing is true and correct.  Executed this 5th day of October, 2016 in Saint Helena, California.

                                                                     */s/*     Lawrence Papale
                                                                         LAWRENCE G. PAPALE