**EXHIBIT A**

Bank of America | Online Banking | Accounts | Account Details | Account Activity       10/5/16, 1:27 PM

# Bank of America

**Online Banking**

## Law Offices: Account Activity Transaction Details

**Check number:** 00000000518

**Post date:** 02/05/2016

**Amount:** -3,000.00

**Type:** Check

**Description:** Check

---

LAWRENCE G PAPALE
LAW OFFICES OF LAWRENCE G PAPALE
1308 MAIN ST STE 117 (707) 963-1704
ST HELENA, CA 94574-1947

Check #518   Date: 1-28-16

Pay to the Order of: CRT Litigation Fund   $3000.00

Three Thousand — Dollars

Bank of America
ACH R/T 121000358

Signature: Lawrence Papale

⑈121000358⑈ 000110767855⑈ 0518

Endorsement: CRT ANTITRUST LITIGATION FUND 9214217532

1841215266

---