Vaughn R Walker
Law Office of Vaughn R Walker
Four Embarcadero Center, Suite 2200
San Francisco, CA  94111
Tel:  (415) 871-2888
Fax: (415) 871-2890
vrw@judgewalker.com

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Order Relates to:<br><br>ALL DIRECT ACTION PLAINTIFF ACTIONS | MDL No 1917<br><br>Case No 3:07-cv-05944-JST<br><br>**ORDER RE RECENT DIRECT ACTION PLAINTIFF SETTLEMENTS** |

   The court's October 7, 2015 order (ECF No 4102) directed the Direct Action Plaintiffs ("DAPs") to "provide a copy of all settlement agreements to Special Master Walker for *in camera* review, each with a joint cover letter by relevant settling parties highlighting those portions relating to compensation and cooperation." October 7, 2015 Order at 3.  The order also stated: "[i]f additional DAPs settle on or after the date of this Order, they are ORDERED to follow this same procedure" and "produce all relevant materials covered by this Order within five business days of the date of this Order." *Id* at 4.  The April 29, 2016 order (ECF No 4611)

ORDER RE RECENT DAP SETTLEMENTS                        PAGE 1 OF 2

1  clarified that settlement agreements include executed terms of settlement.  April 29, 2016
2  Order at 2, n3.

3        A brief review of the court's docket reflects the following new DAP settlement:

- 9/20/16 Order of Dismissal with Prejudice of claims by Costco against Technicolor SA (f/k/a Thomson SA), Technicolor USA, Inc (f/k/a Thomson Consumer Electronics, Inc), and Technologies Displays Americas LLC (f/k/a Thomson Displays Americas LLC).  ECF No 4859

Costco and any other DAPs who are parties in this MDL who have reached settlements or executed terms of settlements that have not been submitted to the undersigned for *in camera* review are ORDERED to comply with the court's orders ECF Nos 4102 and 4611 no later than October 7, 2016.  Any remaining DAPs in this MDL are ORDERED to submit settlement agreements or executed terms of settlement to the undersigned for *in camera* review no later than 5 days from the date of such agreements.

IT IS SO ORDERED.

Date: October 4, 2016

                                    Vaughn R Walker
                              United States District Judge (Ret)

The Recommended Order of the Special Master is Accepted and Ordered / ~~Denied / Modified~~.

Date: October 5, 2016

                                Honorable Jon S. Tigar
                              United States District Judge