JOSEF D. COOPER (53015)
TRACY R. KIRKHAM (69912)
JOHN D. BOGDANOV (215830)
COOPER & KIRKHAM, P.C.
357 Tehama Street, Second Floor
San Francisco, CA  94103
Telephone:  (415) 788-3030
Facsimile:  (415) 882-7040
jdc@coopkirk.com
trk@coopkirk.com
jdb@coopkirk.com

*Counsel for Class Representative Steven Ganz
And Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION. | **Master File No. 3:07-cv-5944 JST**<br><br>**MDL No. 1917** |
| This Document Relates to:<br><br>All Indirect-Purchaser Actions | **COOPER & KIRKHAM P.C.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Judge: Honorable Jon S. Tigar<br><br>Before: Special Master Martin Quinn, JAMS<br><br>[Declaration of John D. Bogdanov and [Proposed] Order filed concurrently herewith] |

COOPER & KIRKHAM, P.C.'S
ADMINISTRATIVE MOTION TO FILE UNDER
SEAL

Master File No. 3:07-cv-5944 JST
MDL 1917

Having reviewed and complied with the Honorable Jon S. Tigar's Standing Order Governing Administrative Motions to File Materials Under Seal and Civil Local Rule 79-5, Cooper & Kirkham, P.C. ("C&K") respectfully requests an Order permitting it to file under seal the entirety of Exhibits 1-5 and 11, and portions of Exhibits 6-9 attached to the Third Declaration of John D. Bogdanov in Support of Cooper & Kirkham, P.C.'s Objection to Lead Counsel's Revised Proposed Allocation of Aggregate Fee Award to Indirect Purchaser Plaintiffs' Counsel.

This motion is supported by the Declaration of John D. Bogdanov in Support of Cooper & Kirkham, P.C.'s Motion to File Under Seal, filed concurrently herewith ("Bogdanov Decl.").

Specifically, C&K requests that the following portions be sealed: the entirety of Exhibits 1-5 and 11, and portions of Exhibits 6-9 attached to the Third Declaration of John D. Bogdanov in Support of Cooper & Kirkham, P.C.'s Objection to Lead Counsel's Revised Proposed Allocation of Aggregate Fee Award to Indirect Purchaser Plaintiffs' Counsel.

C&K requests that the entirely of Exhibits 1-3 listed above be sealed because those portions contain discussion, analysis, or references to documents or information designated by Lead Counsel for the Indirect Purchaser Plaintiffs as "Highly Confidential" pursuant to the terms of the Stipulated Protective Order (Dkt. 306), as set forth in the Declaration of John D. Bogdanov in Support of Cooper & Kirkham, P.C.'s Administrative Motion to File Under Seal.  (Bogdanov Decl., ¶4.)

Further, Exhibits 4-9 and 11 concern documents which contain IPPs' highly confidential attorney work product, including attorney mental impressions, strategy and though processes. Such attorney work product is privileged and is entitled to protection from disclosure to the general public and adverse parties.  *Hickman v. Taylor,* 329 U.S. 495, 510-512 (1947).  The documents therefore qualify as "privileged, protectable as a trade secret or otherwise entitled to protection under the law," under Civil Local Rule 79-5(b).  (Bogdanov Decl., ¶5.)

All of the documents or portions thereof sought to be sealed are associated with issues that do not relate to the merits of the case.  *Ctr. For Auto Safety v. Chrysler Grp., LLC,* 809 F.3d 1092, 1101 (9th Cir. 2016).  A party need only make a showing of good cause pursuant to Fed. R. Civ.

| COOPER & KIRKHAM, P.C.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL | - 1 - | Master File No. 3:07-cv-5944 JST MDL 1917 |
|---|---|---|

1  Proc. 26(c) to justify sealing the materials.  *Id.* at 1097.  A court may, for good cause, keep
2  documents confidential "'to protect a party or person from annoyance, embarrassment, oppression,
3  or undue burden or expense.'"  *Id.* (quoting Fed. R. Civ. Proc. 26(c)).  Revealing IPPs'
4  confidential attorney work product to the general public and Defendants would be prejudicial to
5  IPPs in any future prosecution of this case and in other cases.  *Hickman v. Taylor,* 329 U.S. at 510
6  ("it is essential that a lawyer work with a certain degree of privacy, free from unnecessary
7  intrusion by opposing parties and their counsel.")  Therefore, there is good cause for protecting
8  IPPs' confidential work product from disclosure.  (Bogdanov Decl., ¶¶5-6.)

9        Civil Local Rule 79-5 provides that if a party wishes to file a document that has been
10 designated by another party, or if a party wishes to refer in a memorandum to information so
11 designated by another party, the submitting party must file an administrative motion to seal and
12 the designating party must file a declaration within four days of filing the administrative motion to
13 seal establishing that the designated material is sealable.  Civil L.R. 79-5(e).  It is the designating
14 party's burden to establish that the designated information is sealable.  Civil L.R. 79-5(d); *see*
15 *Kamakana v. City of Honolulu,* 447 F.3d 1172, 1178-1180 (9th Cir. 2006).

16       Thus, C&K respectfully submits this administrative motion pursuant to the Protective
17 Order, the Honorable Jon S. Tigar's Standing Order Governing Administrative Motions to File
18 Under Seal, Rule 26(c) of the Federal Rules of Civil Procedure, and Civil Local Rules 7-11 and
19 79-5(d), and hereby notifies the Designating Parties of their burden to establish that the designated
20 material is sealable.

21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28

COOPER & KIRKHAM, P.C.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL   - 2 -   Master File No. 3:07-cv-5944 JST MDL 1917

1   A proposed order granting this application is enclosed.

2   Dated: October 5, 2016                    Respectfully submitted,

3                                              /s/ Josef D. Cooper
                                                  Josef D. Cooper
4
                                              Josef D. Cooper (53015)
5                                             Tracy R. Kirkham (69912)
                                              John D. Bogdanov (215830)
6                                             COOPER & KIRKHAM, P.C.
                                              357 Tehama Street, Second Floor
7                                             San Francisco, CA 94103
                                              Telephone: (415) 788-3030
8                                             Facsimile: (415) 882-7040
                                              Email:  jdc@coopkirk.com
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COOPER & KIRKHAM, P.C.'S                     - 3 -         Master File No. 3:07-cv-5944 JST
ADMINISTRATIVE MOTION TO FILE UNDER                        MDL 1917
SEAL