**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION.<br><br>This Document Relates to:<br><br>All Indirect-Purchaser Actions | **Master File No. 3:07-cv-5944 JST**<br><br>**MDL No. 1917**<br><br>**[PROPOSED] ORDER GRANTING COOPER & KIRKHAM, P.C.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Judge: Honorable Jon S. Tigar<br><br>Before: Special Master Martin Quinn, JAMS |

1   Upon consideration of Cooper & Kirkham, P.C.'s Administrative Motion to File Under
2 Seal, submitted in connection with the Reply re Motion to Strike Declaration of Mario N. Alioto
3 in Support of Lead Counsel's Omnibus Response to Objections to Proposed Allocation of
4 Aggregate Fee Award to Indirect Purchaser Plaintiffs' Counsel, and the supporting Declaration of
5 John D. Bogdanov pursuant to Local Rule 79-5 in support of that motion, and good cause
6 appearing for the entry thereof,

7   IT IS HEREBY ORDERED that the entirety of Exhibits 1-5 and 11, and portions of
8 Exhibits 6-9 attached to the Third Declaration of John D. Bogdanov in Support of Cooper &
9 Kirkham, P.C.'s Objection to Lead Counsel's Revised Proposed Allocation of Aggregate Fee
10 Award to Indirect Purchaser Plaintiffs' Counsel be filed under seal.

**IT IS SO ORDERED.**

Dated: _____, 2016       _____
HON. JON S. TIGAR
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING COOPER &       - 1 -       Master File No. 3:07-cv-5944 JST
KIRKHAM, P.C.'S ADMINISTRATIVE MOTION                MDL 1917
TO FILE UNDER SEAL