# EXHIBIT 6

# John Bogdanov

| | |
|---|---|
| **From:** | Lauren Russell <laurenrussell@tatp.com> |
| **Sent:** | Wednesday, September 08, 2010 3:38 PM |
| **To:** | John Bogdanov; Tracy Kirkham |
| **Subject:** | FW: CRT/JV Data Room in Eindhoven |

I should have mentioned in my previous email that Joe Patane and I are going to inspect the JV data room in Eindhoven at the beginning of Oct.  ).  I am visiting my family in London and Holland at the end of September & Joe happens to be vacationing in France & Holland around the same time, so we thought it would be efficient to go Eindhoven & inventory the Philips docs while we're over there.

Lauren C. Russell
Attorney at Law
Trump, Alioto, Trump & Prescott, LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: laurenrussell@tatp.com

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by e-mail and delete the message and any attachments.

**From:** Neil Swartzberg [mailto:NSwartzberg@cpmlegal.com]
**Sent:** Wednesday, September 08, 2010 3:18 PM
**To:** Lauren Russell
**Cc:** 'Rick Saveri'; jpatane@tatp.com; 'Geoff Rushing'
**Subject:** RE: CRT/JV Data Room in Eindhoven

Thnx.



Neil Swartzberg
Cotchett, Pitre & McCarthy
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone :  (650) 697-6000
Fax:  (650) 697-0577
nswartzberg@cpmlegal.com

CONFIDENTIALITY NOTICE: The information in this email and any accompanying attachments may contain confidential, privileged, or otherwise protected information. Such information is intended only for the use of the individuals or

entities addressed in this email. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this emailed information may be prohibited. If you have received this email in error, please notify us immediately.

**From:** Lauren Russell [mailto:laurenrussell@tatp.com]
**Sent:** Wednesday, September 08, 2010 3:02 PM
**To:** Neil Swartzberg
**Cc:** 'Rick Saveri'; jpatane@tatp.com
**Subject:** RE: CRT/JV Data Room in Eindhoven

Lauren C. Russell
Attorney at Law
Trump, Alioto, Trump & Prescott, LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: laurenrussell@tatp.com

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by e-mail and delete the message and any attachments.

**From:** Neil Swartzberg [mailto:NSwartzberg@cpmlegal.com]
**Sent:** Wednesday, September 08, 2010 2:41 PM
**To:** Lauren Russell
**Cc:** 'Rick Saveri'; jpatane@tatp.com
**Subject:** RE: CRT/JV Data Room in Eindhoven

i'll get back to you re: directs having someone go to the eindhoven JV data room.

thnx-
-neil

Neil Swartzberg
Cotchett, Pitre & McCarthy
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone : (650) 697-6000
Fax: (650) 697-0577
nswartzberg@cpmlegal.com

CONFIDENTIALITY NOTICE: The information in this email and any accompanying attachments may contain confidential, privileged, or otherwise protected information. Such information is intended only for the use of the individuals or entities addressed in this email. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this emailed information may be prohibited. If you have received this email in error, please notify us immediately.

**From:** Lauren Russell [mailto:laurenrussell@tatp.com]
**Sent:** Wednesday, September 08, 2010 2:37 PM
**To:** Neil Swartzberg
**Cc:** 'Rick Saveri'; jpatane@tatp.com
**Subject:** FW: CRT/JV Data Room in Eindhoven

Hi Neil,

I have been in contact with counsel for Philips to set up our inspection of the JV Data Room in Eindhoven (see messages below).  I am visiting my family in London and Holland at the end of September & Joe Patane of our office happens to be vacationing in France & Holland around the same time, so we thought it would be efficient to go Eindhoven & inventory the Philips docs while we're over there.  Philips has confirmed that they will make the data room available to us the week of October 4 (see emails below).  I apologize for not including you on my communications with Philips to date.  I had mistakenly thought that Doug Millen was handling this for the direct plaintiffs.  Let me know if you plan on sending someone for the direct plaintiffs so we can coordinate.

Best regards,

Lauren

p.s. Ethan Litwin is no longer with Howrey so we're dealing with Joe Ostoyich.

Lauren C. Russell
Attorney at Law
Trump, Alioto, Trump & Prescott, LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: laurenrussell@tatp.com

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by e-mail and delete the message and any attachments.

---

**From:** Ostoyich, Joseph [mailto:OstoyichJ@howrey.com]
**Sent:** Wednesday, September 08, 2010 2:03 PM
**To:** Lauren Russell
**Subject:** RE: CRT/JV Data Room in Eindhoven

Lauren, here is the address:

High Tech Campus, Eindhoven, NL.

HTC-5 Philips building, 3d floor.  Right off the A-2 highway. http://maps.google.com/maps?f=q&source=s_q&hl=en&geocode=&q=high+tech+campus,+Eindhoven,+The+Netherlands&sll=51.41156,5.457437&sspn=0.010346,0.01929&ie=UTF8&hq=High+Tech+Campus+Eindhoven&hnear=High+Tech+Campus+Eindhoven&t=h&z=15

We will prepare for the Oct 4-8 week.  Thanks

**Joseph A. Ostoyich**
**Partner**

**HOWREY** LLP
1299 Pennsylvania Ave NW
Washington, DC 20004-2402
Direct: +1 202.383.7241
Fax: +1 202.318.8671
OstoyichJ@howrey.com
www.howrey.com

Amsterdam  Brussels  Chicago  East Palo Alto  Houston  Irvine  London  Los Angeles  Madrid  Munich  New York  Northern Virginia  Paris  Salt Lake City  San Francisco  Taipei  **Washington DC**

---

**From:** Lauren Russell [mailto:laurenrussell@tatp.com]
**Sent:** Tuesday, September 07, 2010 4:57 PM
**To:** Ostoyich, Joseph
**Cc:** 'Douglas A. Millen'; jpatane@tatp.com
**Subject:** RE: CRT/JV Data Room in Eindhoven

Joe:

I hope you enjoyed the long weekend.  Have you had a chance to talk to your client regarding the questions we raised with you on our call last Friday?

1) What dates we can inspect the JV data room?  We were planning on arriving in Holland the week of September 27, but you indicated during our call that the week beginning Oct. 4 would work better for your client.  Can the week of Sept. 27 work, or is Oct 4 the only week that your client can accommodate us?
2) Can you give us an estimation of the volume of documents?
3) Where in Eindhoven is the JV data room located (e.g., North/South)? How far is it from Amsterdam?

We look forward to hearing from you.  Thanks.

Lauren

Lauren C. Russell
Attorney at Law
Trump, Alioto, Trump & Prescott, LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: laurenrussell@tatp.com

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by e-mail and delete the message and any attachments.

4

**From:** Ostoyich, Joseph [mailto:OstoyichJ@howrey.com]
**Sent:** Friday, September 03, 2010 8:50 AM
**To:** Lauren Russell
**Cc:** Douglas A. Millen; jpatane@tatp.com
**Subject:** RE: CRT/JV Data Room in Eindhoven

I can talk early afternoon today or tuesday


**Joseph A. Ostoyich**
**Partner**

**HOWREY** LLP
1299 Pennsylvania Ave NW
Washington, DC 20004-2402
Direct: +1 202.383.7241
Fax: +1 202.318.8671
OstoyichJ@howrey.com
www.howrey.com

Amsterdam  Brussels  Chicago  East Palo Alto  Houston  Irvine  London  Los Angeles  Madrid  Munich  New York  Northern Virginia  Paris  Salt Lake City  San Francisco  Taipei  **Washington DC**


---

**From:** Lauren Russell [mailto:laurenrussell@tatp.com]
**Sent:** Thursday, September 02, 2010 6:09 PM
**To:** Ostoyich, Joseph
**Cc:** Douglas A. Millen; jpatane@tatp.com
**Subject:** FW: CRT/JV Data Room in Eindhoven

Joe:

I'm just following up on my email below.  Please give me a call at your earliest convenience.  We are trying to plan our trip & book flights etc., so we would like to firm up the inspection of the JV Data Room as soon as possible.

I have copied Doug Millen on this email.  He is handling this for the direct plaintiffs.  If you can, please send us an email before you call so I can make sure Doug is available.  Thanks.

Lauren

Lauren C. Russell
Attorney at Law
Trump, Alioto, Trump & Prescott, LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: laurenrussell@tatp.com

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by e-mail and delete the message and any attachments.

---

**From:** Lauren Russell [mailto:laurenrussell@tatp.com]
**Sent:** Tuesday, August 31, 2010 5:30 PM
**To:** 'OstoyichJ@howrey.com'
**Cc:** 'jpatane@tatp.com'
**Subject:** CRT/JV Data Room in Eindhoven

Dear Joe:

Thank you for getting back to me so quickly.  I was trying to contact Ethan regarding the "JV Data Room" that he refers to in the attached letter.  My colleague and I are going to be in Northern Europe in late September on other matters and we're hoping to visit Eindhoven and inspect the documents in the data room while we're there.  I have some questions that I'd like to discuss with you, such as the location of the data room, the logistics of the inspection, and the volume of documents/type of documents that are there.  Please let me know when you are available to discuss and I will give you a call.

Thank you for your time.

Best regards,

Lauren

Lauren C. Russell
Attorney at Law
Trump, Alioto, Trump & Prescott, LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: laurenrussell@tatp.com

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by e-mail and delete the message and any attachments.