# EXHIBIT 9

**John Bogdanov**

| | |
|---|---|
| **From:** | Lauren Russell <laurenrussell@tatp.com> |
| **Sent:** | Tuesday, October 26, 2010 4:20 PM |
| **To:** | 'R. Alexander Saveri'; Neil Swartzberg; John Bogdanov |
| **Subject:** | FW: RE: CRT/Philips JV Data Room & further meet and confer |

Rick & Neil,

Sorry I missed you earlier.  I think it makes sense to have John on the phone when we discuss the custodian list since he is the drafter.  John is tied up today so why don't we shoot for tomorrow.  I am available all morning.  Thanks.

Lauren

Lauren C. Russell
Attorney at Law
Trump, Alioto, Trump & Prescott, LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: laurenrussell@tatp.com

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by e-mail and delete the message and any attachments.


**From:** Lauren Russell [mailto:law9lcr@yahoo.co.uk]
**Sent:** Tuesday, October 26, 2010 2:26 PM
**To:** Lauren Russell
**Subject:** Fw: RE: CRT/Philips JV Data Room & further meet and confer


--- On **Tue, 26/10/10, John Bogdanov <_jdb@coopkirk.com_>** wrote:

From: John Bogdanov <jdb@coopkirk.com>
Subject: RE: CRT/Philips JV Data Room & further meet and confer
To: "Lauren Russell Capurro" <law9lcr@yahoo.co.uk>
Date: Tuesday, 26 October, 2010, 19:16


Yes they do, ████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████

**From:** Lauren Russell Capurro [mailto:law9lcr@yahoo.co.uk]
**Sent:** Tuesday, October 26, 2010 11:05 AM
**To:** John Bogdanov
**Subject:** Re: CRT/Philips JV Data Room & further meet and confer


Sorry to bother you again, but does the  custodian list include ████████████████████████ Thanks.

Sent from my iPhone


On Oct 26, 2010, at 10:27 AM, John Bogdanov <jdb@coopkirk.com> wrote:

> Thanks Lauren!


**From:** Lauren Russell Capurro [mailto:law9lcr@yahoo.co.uk]
**Sent:** Tuesday, October 26, 2010 10:14 AM
**To:** John Bogdanov
**Subject:** Re: CRT/Philips JV Data Room & further meet and confer


Okay--thanks for the update. I will follow up with the directs. Good luck with your deadline!

Sent from my iPhone


On Oct 26, 2010, at 10:04 AM, John Bogdanov <jdb@coopkirk.com> wrote:

> Hi Lauren -
>
>
> The custodian list is attached and there have been no changes to it.  Neil indicated during the redline process for the 10-15-10 letter that the directs would amend and

2

send back any changes. Unfortunately, I'm really swamped with another deadline today, so if you want to follow up regarding this list before tomorrow, of course feel free and I will help the best I can.


Thanks,

John


---

**From:** John Bogdanov
**Sent:** Friday, September 17, 2010 5:28 PM
**To:** 'Neil Swartzberg'; Lauren Russell; 'Rick Saveri'
**Subject:** RE: CRT/Philips JV Data Room & further meet and confer


All --


Please see attached a proposed custodian list and updated reference chart to stimulate review/comments/questions in preparation for the next meet and confer with Philips. On the chart, yellow highlights represent Philips custodians, and green LPD.


The list is intended to help Philips identify an initial set of documents responsive to plaintiffs' document requests related to non-transactional conspiracy-related information. It is not intended to cover documents such as pricing reports, business plans, annual reports and transactional data, for which Philips is also responsible.


At a minimum, the custodian list is designed to lead toward the files of:







Thanks,

John


John D. Bogdanov

COOPER & KIRKHAM, P.C.

357 Tehama Street, Second Floor

San Francisco, CA 94103

Telephone: 415-788-3030, Ext. 307

Facsimile: 415-882-7040

email:  jdb@coopkirk.com


The information in this e-mail is confidential and may contain attorney-client privileged information and/or attorney work product and is intended solely for the addressee(s). Access to this email by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution, or any use or reliance on any information contained herein is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete it.

**From:** Neil Swartzberg [mailto:NSwartzberg@cpmlegal.com]
**Sent:** Tuesday, September 14, 2010 1:08 PM
**To:** Lauren Russell; 'Rick Saveri'; John Bogdanov; malioto@tatp.com;
jpatane@tatp.com
**Subject:** RE: CRT/Philips JV Data Room & further meet and confer

Plaintiffs' Counsel-

As discussed, following is a proposed agenda for the Meet and Confer with
Philips.  It may be better to put in actual letter.

Please let me know comments/changes.

-Neil

----

█████

████████████████████████████████████████
████████████████████████████████████████
██████████████████

Proposed Meet and Confer Agenda

████████████████████████████████████████
████████████████████████████████████████
██████████████████████████████

████████████████████████████████████████



Neil Swartzberg

Cotchett, Pitre & McCarthy

840 Malcolm Road, Suite 200

Burlingame, CA 94010

Telephone :  (650) 697-6000

Fax:  (650) 697-0577

nswartzberg@cpmlegal.com


CONFIDENTIALITY NOTICE: The information in this email and any accompanying attachments may contain confidential, privileged, or otherwise protected information. Such information is intended only for the use of the individuals or entities addressed in this email. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this emailed information may be prohibited. If you have received this email in error, please notify us immediately.


**From:** Lauren Russell [mailto:laurenrussell@tatp.com]
**Sent:** Monday, September 13, 2010 5:21 PM
**To:** 'Ostoyich, Joseph'
**Cc:** Neil Swartzberg; 'Rick Saveri'; 'John Bogdanov'; malioto@tatp.com; jpatane@tatp.com
**Subject:** CRT/Philips JV Data Room & further meet and confer


Joe:


I write to confirm that we will be visiting Eindhoven the week of October 4 to inspect the JV Data Room.  Please let us know where we need to go and the name & contact details of the Philips employee that we will be dealing with.  Thank you.


We would also like to schedule another meet and confer call to discuss some of the issues raised by Ethan Litwin's July 13, 2010 letter and attachments.  Please

7

let us know your availability this week.  I have attached a copy of Ethan's letter for ease of reference, but we will also send you a proposed agenda for the call closer to the time.


Best regards,


Lauren


Lauren C. Russell

Attorney at Law

Trump, Alioto, Trump & Prescott, LLP

2280 Union Street

San Francisco, CA 94123

Telephone: (415) 563-7200

Facsimile: (415) 346-0679

E-mail: laurenrussell@tatp.com


This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by e-mail and delete the message and any attachments.


<Philips LPD Custodian List_9-17-10_draft .doc>

<Philips custodian CHART - 9-17-10.doc>