# EXHIBIT 7

# John Bogdanov

| | |
|---|---|
| **From:** | John Bogdanov |
| **Sent:** | Wednesday, February 22, 2012 5:27 PM |
| **To:** | Lauren Russell |
| **Subject:** | RE: CRTs: Transactional Data: Phillips: Open Issues |

Lauren -

That is great.  Here is the list already reduced from a potential of 100+ names on the org charts, with some of their job titles for reference:

1. **Robert Coenraad** - Juarez Operations -- PENAC BMT

2. **Tom Costello** - Sales Development, Senior VP Retail Sales, Senior VP Global Accounts of PENAC (above VPs in charge of Best Buy, Wal-Mart, Costco, Circuit City)

3. **C. Haring** – Philips Consumer Electronics Worldwide, Regional Purchasing Manager, North America

4. **Reinier Jens**  -PENAC GM, President

5. **Scott Levitan** - VP Marketing & Sales Premier -- PENAC BMT

6. **Stewart Muller** - CEO PENAC

7. **John Neilson** - GM Monitors; VP Business Display Solutions & Monitors -- PENAC

8. **Des Power** - Senior VP Marketing & Sales Premier -- PENAC BMT, also shown as "D. Power – Television"

9. **Bob Pechon –** Sr. VP, National Retail Sales, PENAC

10. **D. Tilanus –** Philips Consumer Electronics Worldwide, Purchasing Manager

I focused on witnesses from ▓▓▓ to highlight.  The two ▓▓▓▓▓▓▓▓▓▓ seem good, but were based in ▓▓▓▓▓.  And if we wanted to, we could take a shot at ▓▓▓▓▓ who shows up in an ▓▓▓▓▓ chart.

Thanks,
John

John D. Bogdanov
COOPER & KIRKHAM, P.C.
357 Tehama Street, Second Floor
San Francisco, CA 94103
Telephone: 415-788-3030, Ext. 307
Facsimile: 415-882-7040
email:  jdb@coopkirk.com

The information in this e-mail is confidential and may contain attorney-client privileged information and/or attorney work product and is intended solely for the addressee(s). Access to this email by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution, or any use or reliance on any information contained herein is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete it.

**From:** Lauren Russell [mailto:LaurenRussell@tatp.com]
**Sent:** Wednesday, February 22, 2012 12:45 PM
**To:** John Bogdanov
**Subject:** RE: CRTs: Transactional Data: Phillips: Open Issues

Hi John, I just had a reasonably productive call with Stargard regarding the finished product custodians. He agreed to review our list of possible additional custodians. Can you please send me your list and ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Thanks.

Lauren

**From:** John Bogdanov [mailto:jdb@coopkirk.com]
**Sent:** Wednesday, February 22, 2012 10:29 AM
**To:** Demetrius Lambrinos; Lauren Russell
**Subject:** RE: CRTs: Transactional Data: Phillips: Open Issues

Hi Demetrius -

Here are some summary points from our meet and confer yesterday regarding transactional information. I also reattached my 8/10/12 transactional data memo for Philips.



Please let me know if you have further questions.

Thanks,
John

John D. Bogdanov
COOPER & KIRKHAM, P.C.

357 Tehama Street, Second Floor
San Francisco, CA 94103
Telephone: 415-788-3030, Ext. 307
Facsimile: 415-882-7040
email:  jdb@coopkirk.com

The information in this e-mail is confidential and may contain attorney-client privileged information and/or attorney work product and is intended solely for the addressee(s). Access to this email by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution, or any use or reliance on any information contained herein is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete it.

**From:** Lauren Russell [mailto:LaurenRussell@tatp.com]
**Sent:** Tuesday, February 21, 2012 5:56 PM
**To:** John Bogdanov; Demetrius Lambrinos
**Subject:** FW: CRTs: Transactional Data: Phillips: Open Issues

John Bogdanov is responsible for Philips.  We spoke to Philips this afternoon about custodian and data issues.  John, can you fill Demetrius in on our discussion with Philips?  Thanks.

**From:** Demetrius Lambrinos [mailto:DLambrinos@zelle.com]
**Sent:** Tuesday, February 21, 2012 5:40 PM
**To:** Lauren Russell (laurenrussell@tatp.com)
**Cc:** Demetrius Lambrinos
**Subject:** Re: CRTs: Transactional Data: Phillips: Open Issues

Hi Lauren - who is responsible for Phillips?  I don't think I've seen any email covering this entity.  Also, is anyone covering CPT?  Thanks

D