# EXHIBIT 10

# John Bogdanov

| | |
|---|---|
| **From:** | John Bogdanov |
| **Sent:** | Wednesday, October 27, 2010 5:09 PM |
| **To:** | 'Ostoyich, Joseph' |
| **Cc:** | 'rick@saveri.com'; 'Lauren Russell'; 'Neil Swartzberg'; 'malioto@tatp.com'; 'jpatane@tatp.com'; Tracy Kirkham |
| **Attachments:** | CRT - Plfs' Init Prop Cust List - 10-27-10.doc |

Joseph-

Attached is Plaintiffs' initial proposal of custodians whose records should be searched for responsive material. As we have previously indicated, Plaintiffs are willing to provide this initial proposal and to otherwise work collaboratively with Philips so as to efficiently obtain the responsive material that Plaintiffs are entitled to. We, therefore, repeat our request that Philips also provide an initial proposed custodian list. After we receive your proposal, we will hopefully be able to finalize an appropriate custodian list.

Additionally, we have not yet received any response from you regarding the matters we discussed on September 22nd and that were reflected in our follow-up letter of October 15th. We therefore propose a meet and confer for this Friday, 9:00 am PDT so you can provide us with responses regarding those matters as well.

Best regards,

John D. Bogdanov
COOPER & KIRKHAM, P.C.
357 Tehama Street, Second Floor
San Francisco, CA 94103
Telephone: 415-788-3030, Ext. 307
Facsimile: 415-882-7040
email:  jdb@coopkirk.com

The information in this e-mail is confidential and may contain attorney-client privileged information and/or attorney work product and is intended solely for the addressee(s). Access to this email by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution, or any use or reliance on any information contained herein is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete it.