UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 |
|---|---|
| | Case No. C-07-5944 JST |
| This Order Relates To: | **ORDER** |
| ALL DIRECT PURCHASER PLAINTIFFS | |

The Court orders as follow:

1. Mitsubishi Electric Defendants' motion for leave to withdraw their motion to seal, ECF No. 4876, is granted;

2. The motion to seal, ECF No. 4876, is denied as moot;

3. The Mitsubishi Electric Defendants may re-file the underlying motion for relief, ECF No. 4877, and its exhibits without redaction no earlier than 4 days, and no later than 10 days, from the date of this Order; and

4. The hearing on the motion to seal set for October 11, 2016, is vacated.

IT IS SO ORDERED.

Dated: October 6, 2016

_____
JON S. TIGAR
United States District Judge