Francis O. Scarpulla (41059)
Patrick B. Clayton (240191)
LAW OFFICES OF FRANCIS O. SCARPULLA
456 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 788-7210
Facsimile: (415) 788-0706
Email: fos@scarpullalaw.com
        pbc@scarpullalaw.com

Counsel for Indirect-Purchaser Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 3:07-cv-5944-JST |
| | MDL No. 1917 |
| | <u>CLASS ACTION</u> |
| This Document Relates to: | **LAW OFFICES OF FRANCIS O. SCARPULLA JOINDER AND REPLY TO OPPOSITION TO MOTION TO STRIKE** |
| All Indirect-Purchaser Actions | |
| | Judge:          The Honorable Jon S. Tigar |
| | Special Master: The Honorable Martin Quinn |
| | Hearing Date:   TBD |
| | Hearing Venue:  JAMS |

1    The Law Offices of Francis O. Scarpulla hereby joins in the Reply Re Motion to Strike

2 Declaration of Mario N. Alioto in Support of Lead Counsel's Omnibus Response to Objections to

3 Proposed Allocation of Aggregate Fee Award to Indirect Purchaser Plaintiffs' Counsel and Motion

4 to Strike Late-Filed Alioto and Capurro Declarations (Doc. No. 4934).

5    In its response to the Motion To Strike filed by the Law Offices of Francis O. Scarpulla

6 ("LOFOS") (Doc. No. 4890), Trump Alioto Trump & Prescott ("TATP") asserts that the LOFOS

7 filing was late and should itself be stricken (Doc. No. 4911).  If late filings are acceptable for

8 TATP (*see*, Doc. Nos. 4851, 4853), then the same should be true of any LOFOS late filing.

9

10 Dated: October 6, 2016                    By: /s/   Francis O. Scarpulla

11                                          Francis O. Scarpulla
                                           Patrick B. Clayton
12                                         LAW OFFICES OF FRANCIS O. SCARPULLA
                                           456 Montgomery Street, 17th Floor
13                                         San Francisco, CA  94104
                                           Telephone:     (415) 788-7210
14                                         Facsimile:     (415) 788-0706
                                           Email:         fos@scarpullalaw.com
15                                                        pbc@scarpullalaw.com

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was filed *via* CM/ECF on October 6, 2016, and as a result has been served on all counsel of record *via* transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Francis O. Scarpulla
Francis O. Scarpulla