Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944-JST<br>MDL No. 1917 |
| This Document Relates to:<br>Case No. 13-cv-1173-JST (N.D. Cal.)<br><br>SHARP ELECTRONICS CORPORATION; SHARP ELECTRONICS MANUFACTURING COMPANY OF AMERICA, INC.,<br><br>            Plaintiffs,<br><br>      v.<br><br>HITACHI, LTD., *et al.*,<br><br>            Defendants. | **TOSHIBA DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5** |

Having reviewed and complied with this Court's Standing Order Governing Administrative Motions to File Materials Under Seal, dated May 31, 2016, and Civil Local Rules 7-11 and 79-5, Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, L.L.C., Toshiba America Information Systems, Inc., and Toshiba America Electronic Components, Inc. (collectively, the "Toshiba Defendants"), by and through their counsel, respectfully request an order permitting the Toshiba Defendants to file the following materials under seal:

1. Redacted portions of Exhibit B to the Declaration of Lucius B. Lau in Support of the Toshiba Defendants' Motion to Continue Trial Subpoena and Issue Adverse Jury Instruction in the Event of a Failure to Appear at Trial ("Lau Declaration"), which is a letter from Craig Benson to the Hon. Vaughn R. Walker (Ret.), dated January 22, 2015, specifically attachment 1 to that letter, which is an excerpt of the transcript of the deposition of Toshihito Nakanishi, held on July 29, 2014;

2. Exhibit F to the Lau Declaration, which are excerpts from the transcript of the deposition of Nobuo Harada, held on May 20- 21, 2015; and

3. Redacted portions of the Toshiba Defendants' Motion to Continue Trial Subpoena and Issue Adverse Jury Instruction in the Event of a Failure to Appear at Trial ("Motion").

Toshiba submits this motion to file materials under seal in order to comply with the Stipulated Protective Order. (ECF No. 306). The Stipulated Protective Order requires that any party who contends that information is entitled to protection must file a motion to seal and, pursuant to Local Civil Rules 79-5, also file with the Court a declaration establishing that the designated information is, in fact, confidential and sealable. (ECF No. 306, §§ 1, 10). Toshiba requests that the above-noted materials be provisionally filed under seal because they refer to or consist of materials the Sharp Plaintiffs have designated "HIGHLY CONFIDENTIAL" under the Stipulated Protective Order.

This motion is accompanied by the Declaration of Matthew Frutig in Support of Toshiba Corporation's Administrative Motion to File Documents Under Seal Pursuant to

1  Civil Local Rules 7-11 and 79-5 ("Frutig Declaration"), which identifies the parties that have
2  designated the materials at issue as "HIGHLY CONFIDENTIAL."

3       Pursuant to this Court's Civil Local Rule 79-5(d)(1), Toshiba attaches hereto redacted
4  and unredacted versions of the Motion and of Exhibits B and F to the Lau Declaration. The
5  unredacted version of the Motion and Exhibit B to the Lau Declaration contain highlighting
6  to indicate the portions omitted from the redacted version. Exhibit F to the Lau Declaration
7  has been provisionally filed under seal in its entirety, and an unredacted version of this
8  exhibit is being provided to the Court.

9       Toshiba takes no position on whether the materials designated by the Sharp Plaintiffs
10 as "HIGHLY CONFIDENTIAL" meet the standard for sealing set forth in *Kamakana v. City*
11 *& Cnty. of Honolulu*, 447 F.3d 1172 (9th Cir. 2006). The designating party or any party
12 seeking to maintain these materials under seal bears the burden of establishing that these
13 documents should be maintained under seal by filing a declaration pursuant to Civil Local
14 Rule 79-5(e)(1) and this Court's Standing Order Governing Administrative Motions to File
15 Materials Under Seal, dated May 31, 2016.

17                 \* \* \*

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

Dated: October 6, 2016

Respectfully submitted,

**WHITE & CASE** LLP

By: */s/ Lucius B. Lau*
Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
701 Thirteenth Street, N.W.
Washington, DC  20005
tel.: (202) 626-3600
fax: (202) 639-9355

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, LLC, Toshiba America Information Systems, Inc., and Toshiba America Electronic Components, Inc.*

## CERTIFICATE OF SERVICE

On October 6, 2016, I caused a copy of "TOSHIBA DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5" to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

*/s/ Lucius B. Lau*
Lucius B. Lau