UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 JST<br>MDL No. 1917 |
| This Document Relates to:<br>Case No. 13-cv-1173-JST (N.D. Cal.)<br><br>SHARP ELECTRONICS CORPORATION; SHARP ELECTRONICS MANUFACTURING COMPANY OF AMERICA, INC.,<br>          Plaintiffs,<br>   v.<br>HITACHI, LTD., *et al.*,<br>          Defendants. | **[PROPOSED] ORDER GRANTING THE TOSHIBA DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5** |

On October 6, 2016, Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc. (collectively, the "Toshiba Defendants") filed an Administrative Motion Pursuant to Civil Local Rules 7-11 and 79-5 (the "Sealing Motion"). In support of the Sealing Motion, the Toshiba Defendants filed a declaration seeking to seal portions of, as well as documents cited, attached to or discussed in, the Toshiba Defendants' Notice of Motion and Motion to Continue Trial Subpoena and Issue Adverse Jury Instruction in the Event of a Failure to Appear at Trial (the "Motion") and the Declaration of Lucius B. Lau in Support of the Motion (the "Lau Declaration").

The Toshiba Defendants filed these materials under seal in an effort to comply with the Stipulated Protective Order (June 18, 2008), ECF No. 306, because these materials reference or consist of documents that the Sharp Plaintiffs have designated as "Highly Confidential" under the terms of the Stipulated Protective Order.

Having considered the parties' submissions regarding the Sealing Motion, the Court finds that the parties have met their burden of demonstrating that the following materials are sealable:

- Redacted portions of the Motion;
- Redacted portions of Exhibit B to the Lau Declaration; and
- Exhibit F to the Lau Declaration.

**IT IS HEREBY ORDERED** that the Sealing Motion is **GRANTED**, and the clerk is directed to maintain these materials under seal.

**IT IS SO ORDERED.**

Dated: _____  _____

HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE