# EXHIBIT H

**From:** Val Glickman [mailto:officemanager@legalretrievalservices.com]
**Sent:** Wednesday, September 21, 2016 12:15 PM
**To:** DiSanti, JoAnn
**Subject:** RE: UPDATE - Toshiba CRT - Service of Subpoena to Testify at Trial

Hi Joann –
After the server received the retirement information from Sharp, the server went to the Management Office of Mr. Harada's given residence.
The server wanted to get a confirmation from said Management Office that indeed Mr. Harada had left his given residence, and moved back to Japan.
The server made several trips to said Management Office, but it was always closed.
The server left several business cards for said Management Office to call him, but they never did.
Hence, we were never able to get an actual confirmation that Mr. Harada had indeed moved from his given Germantown, TN address back to Japan.
We only know that Mr. Harada had retired and went back to Japan, through his former employer at Sharp.
Val (LRS)