# EXHIBIT A

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

LLOYD K. GARRISON  (1946-1991)
RANDOLPH E. PAUL  (1946-1956)
SIMON H. RIFKIND  (1950-1995)
LOUIS S. WEISS  (1927-1950)
JOHN F. WHARTON  (1927-1977)

1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
TELEPHONE (212) 373-3000

UNIT 3601, OFFICE TOWER A, BEIJING FORTUNE PLAZA
NO. 7 DONGSANHUAN ZHONGLU, CHAOYANG DISTRICT
BEIJING 100020, PEOPLE'S REPUBLIC OF CHINA
TELEPHONE (86-10) 5828-6300

12TH FLOOR, HONG KONG CLUB BUILDING
3A CHATER ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, U.K.
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

WRITER'S DIRECT DIAL NUMBER
202-223-7343

WRITER'S DIRECT FACSIMILE
202-204-7343

WRITER'S DIRECT E-MAIL ADDRESS
cbenson@paulweiss.com

PARTNERS RESIDENT IN WASHINGTON
DAVID J. BALL                JANE B. O'BRIEN
CRAIG A. BENSON              ALEX YOUNG K. OH
PATRICK S. CAMPBELL          JOSEPH J. SIMONS
CHARLES E. DAVIDOW           ALEXANDRA M. WALSH
KENNETH A. GALLO             BETH A. WILKINSON
MARK F. MENDELSOHN

PARTNERS NOT RESIDENT IN WASHINGTON
MATTHEW W. ABBOTT*           BRAD S. KARP*
ALLAN J. ARFFA               PATRICK N. KARSNITZ*
ROBERT A. ATKINS*            JOHN C. KENNEDY*
JOHN F. BAUGHMAN*            BRIAN KIM*
LYNN B. BAYARD*              ALAN W. KORNBERG
DANIEL J. BELLER             DANIEL J. KRAMER*
MITCHELL L. BERG*            DAVID K. LAKHDHIR
MARK S. BERGMAN              STEPHEN P. LAMB*
BRUCE BIRENBOIM*             JOHN E. LANGE
H. CHRISTOPHER BOEHNING*     DANIEL J. LEFFELL*
ANGELO BONVINO*              XIAOYU GREG LIU*
JAMES L. BROCHIN             JEFFREY D. MARELL*
RICHARD J. BRONSTEIN         MARCO V. MASOTTI*
DAVID W. BROWN*              EDWIN S. MAYNARD*
SUSANNA M. BUERGEL*          DAVID W. MAYO*
JESSICA S. CAREY*            ELIZABETH R. McCOLM*
JEANETTE K. CHAN*            WILLIAM B. MICHAEL*
YVONNE Y. F. CHAN*           TOBY S. MYERSON*
LEWIS R. CLAYTON             CATHERINE NYARADY*
JAY COHEN                    BRAD R. OKUN*
KELLEY A. CORNISH*           KELLEY D. PARKER*
CHRISTOPHER J. CUMMINGS*     MARC E. PERLMUTTER*
DOUGLAS R. DAVIS*            VALERIE E. RADWANER*
THOMAS V. DE LA BASTIDE III* CARL L. REISNER
ARIEL J. DECKELBAUM*         LORIN L. REISNER*
ALICE BELISLE EATON*         WALTER G. RICCIARDI
ANDREW J. EHRLICH*           WALTER RIEMAN*
GREGORY A. EZRING*           RICHARD A. ROSEN
LESLIE GORDON FAGEN          ANDREW N. ROSENBERG*
MARC FALCONE*                JACQUELINE P. RUBIN*
ROSS A. FIELDSTON*           RAPHAEL M. RUSSO*
ANDREW C. FINCH*             ELIZABETH M. SACKSTEDER*
BRAD J. FINKELSTEIN*         JEFFREY D. SAFERSTEIN*
BRIAN P. FINNEGAN*           JEFFREY B. SAMUELS*
ROBERTO FINZI                DALE M. SARRO
PETER E. FISCH*              TERRY E. SCHIMEK
ROBERT C. FLEDER             KENNETH M. SCHNEIDER*
MARTIN FLUMENBAUM            ROBERT B. SCHUMER*
ANDREW J. FOLEY*             JAMES H. SCHWAB*
HARRIS B. FREIDUS*           JOHN M. SCOTT*
MANUEL S. FREY*              STEPHEN J. SHIMSHAK*
ANDREW L. GAINES*            DAVID R. SICULAR*
MICHAEL E. GERTZMAN*         MOSES SILVERMAN
ADAM M. GIVERTZ*             STEVEN SIMKIN*
SALVATORE GOGLIORMELLA*      MARILYN SOBEL
ROBERT D. GOLDBAUM*          AUDRA J. SOLOWAY*
NEIL GOLDMAN*                SCOTT M. SONTAG*
ERIC GOODISON*               TARUN M. STEWART*
CHARLES H. GOOGE, JR.*       ERIC ALAN STONE*
ANDREW G. GORDON*            AIDAN SYNNOTT*
UDI GROFMAN*                 ROBYN F. TARNOFSKY*
NICHOLAS GROOMBRIDGE*        MONICA K. THURMOND*
BRUCE A. GUTENPLAN*          DANIEL J. TOAL*
GAINES GWATHMEY, III         LIZA M. VELAZQUEZ*
ALAN S. HALPERIN*            MARIA T. VULLO*
JUSTIN G. HAMILL*            LAWRENCE G. WEE*
CLAUDIA HAMMERMAN*           THEODORE V. WELLS, JR.
GERARD E. HARPER             STEVEN J. WILLIAMS*
BRIAN S. HERMANN*            LAWRENCE I. WITDORCHIC*
ROBERT M. HIRSH              MARK B. WLAZLO*
MICHELE HIRSHMAN*            JULIA T.M. WOOD
MICHAEL S. HONG*             JORDAN E. YARETT*
DAVID S. HUNTINGTON*         KAYE N. YOSHINO*
LORETTA A. IPPOLITO*         TONG YU*
JAREN JANGHORBANI*           TRACEY A. ZACCONE*
MEREDITH J. KANE*            T. ROBERT ZOCHOWSKI, JR.*
ROBERTA A. KAPLAN*

*NOT AN ACTIVE MEMBER OF THE DC BAR

January 13, 2015

By Email

Hon. Vaughn R. Walker (Ret.)
c/o Mr. Jay Weil
Federal Arbitration, Inc.
288 Hamilton Avenue, 3rd Floor
Palo Alto, California 94301
jay.weil@fedarb.com

Re:  *In re Cathode Ray Tube (CRT) Antitrust Litig.*,
No. 3:07-cv-5944-SC, MDL No. 1917

Supplemental Letter Brief Regarding the Panasonic Defendants' Motion
to Compel the Deposition of Nobuo Harada

Dear Judge Walker:

Sharp Electronics Corporation ("SEC") and Sharp Electronics Manufacturing Company of America, Inc. ("SEMA") submit this supplemental letter brief regarding the Panasonic Defendants' Motion to Compel the Deposition of Nobuo Harada, and this Court's January 2, 2015 Recommended Order denying that motion without prejudice to the submission of evidence of a close corporate relationship between SEC/SEMA and Sharp Corporation or of Mr. Harada's status as a managing agent.

We write to inform the Court and the parties that Mr. Harada is retiring from non-party Sharp Corporation on January 21, 2015. We highlight this fact because it may affect the Panasonic Defendants' analysis of whether it is worth spending additional resources of the parties and Court on this issue. Regardless of what the Panasonic Defendants believed regarding SEC's and SEMA's ability to compel the employee of a non-party located in Japan to appear voluntarily for a deposition against his wishes,[1] we respectfully submit that SEC and SEMA will have no ability to compel the attendance of a private Japanese citizen at a deposition.

Also, to avoid any ambiguity, SEC and SEMA will not be calling Mr. Harada at trial, and due to his retirement, it seems certain he will not become available before trial.

If there is any relevant change in circumstances – if Mr. Harada decides that he will voluntarily submit to a deposition, or if he were to become subject to the control of SEC or SEMA for some unforeseen reason – then SEC or SEMA will make him available for deposition.

Respectfully submitted,

*/s/ Craig A. Benson*

Craig A. Benson

---

[1] The instant motion to compel was filed on September 2 and briefed on September 24. Discovery officially closed on September 5.