# EXHIBIT D

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

LLOYD K. GARRISON     (1946-1991)
RANDOLPH E. PAUL      (1946-1956)
SIMON H. RIFKIND      (1950-1995)
LOUIS S. WEISS        (1927-1950)
JOHN F. WHARTON       (1927-1977)

1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
TELEPHONE (212) 373-3000

UNIT 3601, OFFICE TOWER A, BEIJING FORTUNE PLAZA
NO. 7 DONGSANHUAN ZHONGLU, CHAOYANG DISTRICT
BEIJING 100020, PEOPLE'S REPUBLIC OF CHINA
TELEPHONE (86-10) 5828-6300

12TH FLOOR, HONG KONG CLUB BUILDING
3A CHATER ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, U.K.
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

WRITER'S DIRECT DIAL NUMBER
202-223-7343

WRITER'S DIRECT FACSIMILE
202-204-7343

WRITER'S DIRECT E-MAIL ADDRESS
cbenson@paulweiss.com

March 13, 2015

**By Email**

Hon. Vaughn R. Walker (Ret.)
c/o Mr. Jay Weil
Federal Arbitration, Inc.
288 Hamilton Avenue, 3rd Floor
Palo Alto, California 94301
jay.weil@fedarb.com

*In re CRT Antitrust Litigation*, MDL No. 1917, No. 07-cv-5944-SC

Update on Nobuo Harada

Dear Judge Walker:

      We provide a further update to our correspondence dated March 3, 2015. We have recently learned that Mr. Harada's starting date at SEMA will be March 24, 2015. We will work with the defendants to find a date that is convenient for the deposition, consistent with the schedule we referred to in our previous correspondence.

Letter to Hon. Vaughn Walker re: Nobuo Harada                                           2

                Very truly yours,

                */s/ Craig A. Benson*

                Craig A. Benson

cc:    Jeffrey L. Kessler
        Adam Hemlock
        William Temko
        John Taladay
        Lucius B. Lau
        Eliot A. Adelson
        Michael Scarborough
        Kathy L. Osborn
        Nathan Lane, III
        Terrence J. Truax
        Austin V. Schwing
        Jeffrey Zuckerman