# EXHIBIT E

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1  Christopher M. Curran (*pro hac vice*)
   ccurran@whitecase.com
2  Lucius B. Lau (*pro hac vice*)
   alau@whitecase.com
3
   Dana E. Foster (*pro hac vice*)
4  defoster@whitecase.com
5  White & Case LLP
   701 Thirteenth Street, N.W.
6  Washington, DC  20005
7  Telephone:  (202) 626-3600
   Facsimile:  (202) 639-9355
8

9  *Counsel to Defendants Toshiba Corporation,*
   *Toshiba America, Inc., Toshiba America*
10 *Information Systems, Inc., Toshiba America*
11 *Consumer Products, L.L.C., and Toshiba*
   *America Electronic Components, Inc.*
12

13                UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
14                 (SAN FRANCISCO DIVISION)
15

16 | IN RE: CATHODE RAY TUBE (CRT) | Case No. 07-5944 SC |
17 | ANTITRUST LITIGATION | MDL No. 1917 |
18

19 This Document Relates to:              **NOTICE OF DEPOSITION OF**
                                          **NOBUO HARADA**
20 ALL ACTIONS
21

22

23

24

25

26

27

28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

1     PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil

2  Procedure, Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America

3  Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba

4  America Electronic Components, Inc., through counsel and in conjunction with all

5  defendants, will take the deposition upon oral examination under oath of Nobuo Harada on

6  May 20-21, 2015, beginning at 9:00 a.m. PDT.  The deposition shall be held at the offices of

7  Sheppard, Mullin, Richter & Hampton LLP, 501 West Broadway, 19th Floor, San Diego, CA

8  92101, before a notary public or other officer authorized to administer oaths.  The testimony

9  to be given will be recorded by stenographic and videographic means.

10

11  Dated:  April 16, 2015                    **WHITE & CASE**LLP

12

13                                      By: _____

                                          Christopher M. Curran (*pro hac vice*)
14                                        ccurran@whitecase.com
                                          Lucius B. Lau (*pro hac vice*)
15                                        alau@whitecase.com
                                          Dana E. Foster (*pro hac vice*)
16                                        defoster@whitecase.com
                                          701 Thirteenth Street, N.W.
17                                        Washington, DC  20005
                                          tel.: (202) 626-3600
18                                        fax: (202) 639-9355
19
                                          *Counsel to Defendants Toshiba Corporation,*
20                                        *Toshiba America, Inc., Toshiba America*
21                                        *Information Systems, Inc., Toshiba America*
                                          *Consumer Products, L.L.C., and Toshiba America*
22                                        *Electronic Components, Inc.*
23
24
25
26
27
28

1

**CERTIFICATE OF SERVICE**

2       On April 16, 2015, I caused a copy of the "NOTICE OF DEPOSITION OF NOBUO

3 HARADA" to be served via e-mail upon kgallo@paulweiss.com, cbenson@paulweiss.com,

4 and bwarren@paulweiss.com, as well as counsel for the plaintiffs and defendants who have

5 entered an appearance in this case.

6

7

8                                                           Lucius B. Lau

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

NOTICE OF DEPOSITION OF NOBUO HARADA
Case No. 07-5944 SC
MDL No. 1917