<mark>Case 4:07-cv-05944-JST   Document 4940   Filed 10/06/16   Page 1 of 12</mark>

Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 JST<br>MDL No. 1917 |
| This Document Relates to:<br>Case No. 13-cv-1173-JST (N.D. Cal.)<br><br>SHARP ELECTRONICS CORPORATION; SHARP ELECTRONICS MANUFACTURING COMPANY OF AMERICA, INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>HITACHI, LTD., *et al.*,<br><br>    Defendants. | **CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

I am a citizen of the United States and employed in Washington, D.C. I am over the age of 18 and am not a party to this action. My business address is 701 Thirteenth Street, N.W., Washington, D.C. 20005. I declare under the penalty of perjury that, on October 6, 2016, I served or caused to be served true and correct copy of the following documents via e-mail to the parties listed in the below service list:

- UNREDACTED VERSION OF THE TOSHIBA DEFENDANTS' NOTICE OF MOTION AND MOTION TO CONTINUE TRIAL SUBPOENA AND ISSUE ADVERSE JURY INSTRUCTION IN THE EVENT OF A FAILURE TO APPEAR AT TRIAL; and

- UNREDACTED VERSIONS OF EXHIBITS B AND F TO THE DECLARATION OF LUCIUS B. LAU IN SUPPORT OF THE TOSHIBA DEFENDANTS' MOTION TO CONTINUE TRIAL SUBPOENA AND ISSUE ADVERSE JURY INSTRUCTION IN THE EVENT OF A FAILURE TO APPEAR AT TRIAL.

## SERVICE LIST

| SAVERI & SAVERI, INC. | WINSTON & STRAWN LLP |
|---|---|
| Guido Saveri<br>Cadio Zirpoli<br>Rick Saveri<br>706 Sansome Street<br>San Francisco, CA 94111<br>Telephone: (415) 217-6810<br>Facsimile: (415) 217-6813<br>guido@saveri.com<br>cadio@saveri.com<br>rick@saveri.com<br><br>*Counsel for Direct Purchaser Plaintiffs* | JEFFREY L. KESSLER (*pro hac vice*)<br>Email: JKessler@winston.com<br>A. PAUL VICTOR (*pro hac vice*)<br>Email: PVictor@winston.com<br>ALDO A. BADINI (SBN 257086)<br>Email: ABadini@winston.com<br>EVA W. COLE (*pro hac vice*)<br>Email: EWCole@winston.com<br>MOLLY M. DONOVAN (*pro hac vice*)<br>Email: MMDonovan@winston.com<br>WINSTON & STRAWN LLP<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: (212) 294-6700<br>Facsimile: (212) 294-4700 |

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

| | |
|---|---|
| | **WEIL, GOTSHAL & MANGES LLP**<br><br>DAVID L. YOHAI (*pro hac vice*)<br>Email: david.yohai@weil.com<br>ADAM C. HEMLOCK (*pro hac vice*)<br>Email: adam.hemlock@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, New York 10153-0119<br>Telephone: (212) 310-8000<br>Facsimile: (212) 310-8007<br><br>*Counsel for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, MT Picture Display Co., Ltd.* |
| **MUNGER, TOLLES & OLSON LLP**<br><br>BRAD BRIAN (SBN 079001)<br>brad.BD@mto.com<br>GREGORY J. WEINGART<br>(SBN 157997)<br>gregory.weingart@mto.com<br>SUSAN E. NASH (SBN 101837)<br>susan.nash@mto.com<br>E. MARTIN ESTRADA<br>(SBN 223802)<br>martin.estrada@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>355 South Grand Avenue<br>Thirty-Fifth Floor<br>Los Angeles, California 90071-1560<br>Telephone: (213) 683-9100<br>Facsimile: (213) 687-3702<br><br>*Counsel for Defendant LG Electronics, Inc.* | **KIRKLAND & ELLIS LLP**<br><br>Eliot A. Adelson (SBN 205284)<br>555 California Street, 27th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500<br>Email: eadelson@kirkland.com<br><br>Barack Echols (*pro hac vice*)<br>Kate Wheaton (*pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>Telephone: (312) 862-2000<br>Facsimile: (31@) 862-2200<br>Email: bechols@kirkland.com<br>Email: kate.wheaton@kirkland.com<br><br>*Attorneys for Defendants Hitachi Displays, Ltd. (n/k/a Japan Display Inc.), Hitachi America, Ltd., And Hitachi Electronic Devices (USA), Inc.* |

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

| | |
|---|---|
| **GIBSON, DUNN & CRUTCHER LLP**<br><br>JOEL S. SANDERS (SBN 107234)<br>jsanders@gibsondunn.com<br>RACHEL S. BRASS (SBN 219301)<br>rbrass@gibsondunn.com<br>AUSTIN V. SCHWING (SBN 211696)<br>aschwing@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street, Suite 3000<br>San Francisco, California 94105<br>Telephone: (415) 393-8200<br>Facsimile: (415) 393-8306<br><br>**FARMER BROWNSTEIN JAEGER LLP**<br><br>WILLIAM S. FARMER, SBN 46694<br>WFarmer@FBJ-law.com<br>DAVID BROWNSTEIN, SBN 141929<br>DBrownstein@FBJ-law.com<br>JACOB ALPREN, SBN 235713<br>JAlpren@FBJ-law.com<br>235 Montgomery Street, Suite 835<br>San Francisco California 94104<br>Telephone 415.962.2876<br>Facsimile: 415.520.5678<br><br>*Counsel for Defendant Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.* | **BAKER BOTTS LLP**<br><br>JOHN M. TALADAY (*pro hac vice*)<br>Email: john.taladay@bakerbotts.com<br>ERIK T. KOONS (*pro hac vice*)<br>Email: erik.koons@bakerbotts.com<br>BAKER BOTTS LLP<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC 20004-2400<br>Telephone: (202) 639-7700<br>Facsimile: (202) 639-7890<br><br>JON V. SWENSON (SBN 233054)<br>Email: jon.swenson@bakerbotts.com<br>BAKER BOTTS LLP<br>1001 Page Mill Road<br>Building One, Suite 200<br>Palo Alto, CA 94304<br>Telephone: (650) 739-7500<br>Facsimile: (650) 739-7699<br><br>*Counsel for Defendants Koninklijke Philips N.V., Philips Electronics North America Corporation, Philips Taiwan Limited and Philips do Brasil Ltda.* |

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

| | |
|---|---|
| **FAEGRE BAKER DANIELS LLP**<br><br>KATHY L. OSBORN (*pro hac vice*)<br>Email: kathy.osborn@FaegreBD.com<br>RYAN M. HURLEY (*pro hac vice*)<br>Email: ryan.hurley@FaegreBD.com<br>FAEGRE BAKER DANIELS LLP<br>300 N. Meridian Street, Suite 2700<br>Indianapolis, IN 46204<br>Telephone: (317) 237-0300<br>Facsimile: (317) 237-1000<br><br>JEFFREY S. ROBERTS (*pro hac vice*)<br>Email: jeff.roberts@FaegreBD.com<br>FAEGRE BAKER DANIELS LLP<br>3200 Wells Fargo Center<br>1700 Lincoln Street<br>Denver, CO 80203<br>Telephone: (303) 607-3500<br>Facsimile: (303) 607-3600<br><br>*Counsel for Defendants Thomson SA and Thomson Consumer Electronics, Inc.* | **SHEPPARD MULLIN RICHTER & HAMPTON LLP**<br><br>JAMES L. MCGINNIS (SBN 95788)<br>Email: jmcginnis@sheppardmullin.com<br>MICHAEL W. SCARBOROUGH (SBN 203524)<br>mscarborough@sheppardmullin.com<br>SHEPPARD MULLIN RICHTER & HAMPTON LLP<br>Four Embarcadero Center, 17th Floor<br>San Francisco, California 94111<br>Telephone: (415) 434-9100<br>Facsimile: (415) 434-3947<br><br>LEO D. CASERIA (SBN 240323)<br>Email: lcaseria@sheppardmullin.com<br>SHEPPARD MULLIN RICHTER & HAMPTON LLP<br>333 South Hope Street, 43rd Floor<br>Los Angeles, California 90071-1448<br>Telephone: (213) 620-1780<br>Facsimile: (213) 620-1398<br><br>*Counsel for Defendants Samsung SDI America, Inc.; Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) SDN. BHD.; Samsung SDI Mexico S.A. DE C.V.; Samsung SDI Brasil Ltda.; Shenzen Samsung SDI Co., Ltd. and Tianjin Samsung SDI Co., Ltd.* |
| **CURTIS, MALLET-PREVOST, COLT & MOSLE LLP**<br><br>JEFFREY I. ZUCKERMAN<br>(*pro hac vice*)<br>Email: jzuckerman@curtis.com<br>1717 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20006<br>Telephone: 202.452.7350 | **SQUIRE PATTON BOGGS (US) LLP**<br><br>MARK C. DOSKER (SBN 114789)<br>Email: mark.dosker@squirepb.com<br>NATHAN LANE, III (SDN 50961)<br>Email: nathan.lane@squirepb.com<br>275 Battery Street, Suite 2600<br>San Francisco, CA 94111 |

CERTIFICATE OF SERVICE
Case No. 4:13-md-02420 YGR (DMR), MDL No. 2420

5

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

| | |
|---|---|
| Facsimile: 917.368.7350<br><br>**DILLINGHAM & MURPHY, LLP**<br><br>ARTHUR GAUS (SBN 289560)<br>Email: asg@dillinghammurphy.com<br>DILLINGHAM & MURPHY, LLP<br>601 California Street, Suite 1900<br>San Francisco, California 94108<br>Telephone: (415) 397-2700<br>Facsimile: (415) 397-3300<br><br>*Counsel for Defendant Technologies Displays Americas LLC with respect to Office Depot, Inc. v. Technicolor SA, et al. and Sears, Roebuck and Co., et al. v. Technicolor SA, et al.* | Telephone: (415) 954-0200<br>Facsimile: (415) 393-9887<br><br>DONALD A. WALL (*pro hac vice*)<br>Email: donald.wall@squirepb.com<br>SQUIRE PATTON BOGGS (US) LLP<br>1 East Washington Street, Suite 2700<br>Phoenix, Arizona 85004<br>Telephone: (602) 528-4000<br>Facsimile: (602) 253-8129<br><br>*Counsel for Defendant Technologies Displays Americas LLC with respect to all cases except Office Depot, Inc. v. Technicolor SA, et al. and Sears, Roebuck and Co., et al. v. Technicolor SA, et al.* |
| **JENNER & BLOCK LLP**<br><br>Terrence J. Truax (*pro hac vice*)<br>Email: ttruax@jenner.com<br>Charles B. Sklarsky (*pro hac vice*)<br>Email: csklarsky@jenner.com<br>Michael T. Brody (*pro hac vice*)<br>Email: mbrody@jenner.com<br>Gabriel A. Fuentes (*pro hac vice*)<br>Email: gfuentes@jenner.com<br>JENNER & BLOCK LLP<br>353 N. Clark Street<br>Chicago, Illinois 60654-3456<br>Telephone: (312) 222-9350<br>Facsimile: (312) 527-0484 | **TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP**<br><br>Mario N. Alioto (SBN 56433)<br>malioto@tatp.com<br>Lauren C. Capurro (SBN 241151)<br>laurenrussell@tatp.com<br>TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP<br>2280 Union Street<br>San Francisco, California 94123<br>Telephone: (415) 563-7200<br>Facsimile: (415) 346-0679<br><br>*Lead Counsel for Indirect Purchaser Plaintiffs* |

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

| | |
|---|---|
| 1 | Brent Caslin (Cal. Bar. No. 198682) |
| 2 | bcaslin@jenner.com |
| 3 | JENNER & BLOCK LLP |
|   | 633 West Fifth Street |
| 4 | Suite 3600 |
| 5 | Los Angeles, California 90071 |
|   | Telephone: (213) 239-5100 |
| 6 | Facsimile: (213) 239-5199 |

Brent Caslin (Cal. Bar. No. 198682)
bcaslin@jenner.com
JENNER & BLOCK LLP
633 West Fifth Street
Suite 3600
Los Angeles, California 90071
Telephone: (213) 239-5100
Facsimile: (213) 239-5199

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Harold A. Barza (SBN 80888)
halbarza@quinnemanuel.com
Kevin Y. Teruya (SBN 235916)
kevinteruya@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Ryan S. Goldstein (SBN 208444)
ryangoldstein@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
NBF Hibiya Building, 25F
1-1-7, Uchisaiwai-cho, Chiyoda-ku
Tokyo 100-0011, Japan
Telephone: +81 3 5510 1711
Facsimile: +81 3 5510 1712

*Attorneys for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc.*

| **ALSTON & BIRD LLP** | **BOIES, SCHILLER & FLEXNER LLP** |
|---|---|
| Michael P. Kenny (*pro hac vice*)<br>Debra D. Bernstein (*pro hac vice*)<br>Matthew D. Kent (*pro hac vice*))<br>Elizabeth Helmer (*pro hac vice*)<br>ALSTON & BIRD LLP<br>1201 West Peachtree Street<br>Atlanta, Georgia 30309-3424<br>Telephone: (404)-881-7000<br>Facsimile: (404)-881-7777<br>Email: mike.kenny@alston.com<br>debra.bernstein@alston.com<br>matthew.kent@alston.com<br>elizabeth.helmer@alston.com<br><br>**KERR & WAGSTAFFE LLP**<br><br>James M. Wagstaffe, Esq. (SBN 95535)<br>KERR & WAGSTAFFE LLP<br>101 Mission Street, 18th Floor<br>San Francisco, California 94105-1576<br>Telephone: (415)-371-8500<br>Facsimile: (415)371-0500<br>Email: wagstaffe@kerrwagstaffe.com<br><br>*Counsel For Plaintiffs Dell Inc. and Dell Products L.P.* | Philip J. Iovieno<br>Anne M. Nardacci<br>BOIES, SCHILLER & FLEXNER LLP<br>30 South Pearl Street, 11th Floor<br>Albany, NY 12207<br>Telephone: (518) 434-0600<br>Facsimile: (518) 434-0665<br>Email: piovieno@bsfllp.com<br><br>William A. Isaacson<br>Kyle N. Smith<br>BOIES, SCHILLER & FLEXNER LLP<br>5301 Wisconsin Ave. NW, Suite 800<br>Washington, D.C. 20015<br>Telephone: (202) 237-2727<br>Facsimile: (202) 237-6131<br>Email: wisaacson@bsfllp.com<br>Email: ksmith@bsfllp.com<br><br>Stuart Singer<br>BOIES, SCHILLER & FLEXNER LLP<br>401 East Las Olas Blvd., Suite 1200<br>Fort Lauderdale, FL 33301<br>Telephone: (954) 356-0011<br>Facsimile: (954) 356-0022<br>Email: ssinger@bsfllp.com<br><br>*Liaison Counsel for Direct Action Plaintiffs and Attorneys for Plaintiffs Electrograph Systems, Inc., Electrograph Technologies, Corp., Office Depot, Inc., CompuCom Systems, Inc., Interbond Corporation of America, P.C. Richard & Son Long Island Corporation, MARTA Cooperative of America, Inc., ABC Appliance, Inc., Schultze Agency Services LLC on behalf of Tweeter* |

| | |
|---|---|
| | *Opco, LLC and Tweeter Newco, LLC, and Tech Data Corporation and Tech Data Product Management, Inc.* |
| **BILZIN SUMBERG MAENA PRICE & AXELROD**<br><br>Robert W. Turken<br>Scott N. Wagner<br>Mitchell E. Widom<br>BILZIN SUMBERG MAENA PRICE & AXELROD LLP<br>1450 Brickell Ave, Suite 2300<br>Miami, FL 33131-3456<br>Tel: 305-374-7580<br>Fax: 305-374-7593<br>Email: rturken@bilzin.com<br>swagner@bilzin.com<br>mwidom@bilzin.com<br><br>*Counsel for Plaintiffs Tech Data Corporation and Tech Data Product Management, Inc.* | **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**<br><br>Roman M. Silberfeld<br>Bernice Conn<br>David Martinez<br>Jill S. Casselman<br>ROBINS, KAPLAN, MILLER & CIRESI L.L.P.<br>2049 Century Park East, Suite 3400<br>Los Angeles, CA 90067-3208<br>Telephone: (310) 552-0130<br>Facsimile: (310) 229-5800<br>Email: rmsilberfeld@rkmc.com<br>dmartinez@rkmc.com<br>jscasselman@rkmc.com<br><br>Elliot S. Kaplan<br>K. Craig Wildfang<br>Laura E. Nelson<br>ROBINS, KAPLAN, MILLER & CIRESI L.L.P.<br>800 LaSalle Avenue<br>2800 LaSalle Plaza<br>Minneapolis, MN 55402<br>Telephone: (612) 349-8500<br>Facsimile: (612) 339-4181<br>Email: eskaplan@rkmc.com<br>kcwildfang@rkmc.com<br>lenelson@rkmc.com<br><br>*Counsel For Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., Bestbuy.com, L.L.C., and Magnolia Hi-Fi, Inc.* |

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

| | |
|---|---|
| **PERKINS COIE LLP** | **KENNY NACHWALTER, P.A.** |
| David J. Burman (*pro hac vice*)<br>Cori G. Moore (*pro hac vice*)<br>Eric J. Weiss (*pro hac vice*)<br>Nicholas H. Hesterberg (*pro hac vice*)<br>Steven D. Merriman (*pro hac vice*)<br>PERKINS COIE LLP<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101-3099<br>Telephone: (206)359-8000<br>Facsimile: (206)359-9000<br>Email: DBurman@perkinscoie.com<br>CGMoore@perkinsncoie.com<br>EWeiss@perkinscoie.com<br>NHesterberg@perkinscoie.com<br>SMerriman@perkinscoie.com<br><br>Joren Bass, Bar No. 208143<br>PERKINS COIE LLP<br>Four Embarcadero Center, Suite 2400<br>San Francisco, CA 94111-4131<br>Telephone: (415)344-7120<br>Facsimile: (415)344-7320<br>Email: JBass@perkinscoie.com<br><br>*Counsel for Plaintiff Costco Wholesale Corporation* | Richard Alan Arnold (*pro hac vice*)<br>William J. Blechman (*pro hac vice*)<br>Kevin J. Murray (*pro hac vice*)<br>KENNY NACHWALTER, P.A.<br>201 S. Biscayne Blvd., Suite 1100<br>Miami, FL 33131<br>Tel: 305-373-1000<br>Fax: 305-372-1861<br>Email: rarnold@knpa.com<br>wblechman@knpa.com<br>kmurray@knpa.com<br><br>*Counsel for Plaintiffs Sears, Roebuck and Co. and Kmart Corp.* |

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

| | |
|---|---|
| **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br><br>Kenneth A. Gallo (*pro hac vice*)<br>Joseph J. Simons (*pro hac vice*)<br>Craig A. Benson (*pro hac vice*)<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>2001 K Street, NW<br>Washington, DC 20006<br>Telephone: (202) 223-7300<br>Facsimile: (202) 223-7420<br>Email: kgallo@paulweiss.com<br>Email: jsimons@paulweiss.com<br>Email: cbenson@paulweiss.com<br><br>**TAYLOR & COMPANY LAW OFFICES, LLP**<br><br>Stephen E. Taylor (SBN 058452)<br>Jonathan A. Patchen (SBN 237346)<br>TAYLOR & COMPANY LAW OFFICES, LLP<br>One Ferry Building, Suite 355<br>San Francisco, California 94111<br>Telephone: (415) 788-8200<br>Facsimile: (415) 788-8208<br>Email: staylor@tcolaw.com<br>Email: jpatchen@tcolaw.com<br><br>*Counsel for Sharp Electronics Corporation; Sharp Electronics Manufacturing Company of America, Inc.* | **SUSMAN GODFREY L.L.P.**<br><br>Kenneth S. Marks<br>Jonathan J. Ross<br>Johnny W. Carter<br>David M. Peterson<br>SUSMAN GODFREY L.L.P.<br>1000 Louisiana Street, Suite 5100<br>Houston, Texas 77002<br>Telephone: (713) 651-9366<br>Facsimile: (713) 654-6666<br>Email: kmarks@susmangodfrey.com<br>jross@susmangodfrey.com<br>jcarter@susmangodfrey.com<br>jconnors@susmangodfrey.com<br><br>Parker C. Folse III<br>Rachel S. Black<br>Jordan Connors<br>SUSMAN GODFREY L.L.P.<br>1201 Third Avenue, Suite 3800<br>Seattle, Washington 98101-3000<br>Telephone: (206) 516-3880<br>Facsimile: (206) 516-3883<br>Email: pfolse@susmangodfrey.com<br>rblack@susmangodfrey.com<br>jconnors@susmangodfrey.com<br><br>*Counsel for Plaintiff Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust* |

**CROWELL & MORING LLP**

Jason C. Murray (SBN 169806)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-443-5582
Facsimile: 213-622-2690
Email: jmurray@crowell.com

Jerome A. Murphy (*pro hac vice*)
Astor H.L. Heaven (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202-624-2500
Facsimile: 202-628-5116
E-mail: jmurphy@crowell.com
aheaven@crowell.com

*Counsel for Target Corp. and ViewSonic Corp.*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 6th day of October, 2016, in Washington, D.C.

Jonathan C. Black II