Blake L. Harrop
Chadwick O. Brooker
Antitrust Bureau
Office of the Illinois Attorney General
100 W. Randolph Street
Chicago, Illinois 60601
(312) 814-1004 (phone)
(312) 793-3891 (phone)
(312) 814-4209 (fax)
bharrop@atg.state.il.us
cbrooker@atg.state.il.us

*Counsel for the State of Illinois*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. CV-07-5944-JST<br>MDL No. 1917<br><br>**Brooker Declaration in Support of the State of Illinois' Motion to Intervene for Limited Purposes**<br><br>Date:   November 17, 2016<br>Time:   2:00 pm<br>Court:  Courtroom 9, 19th Floor, 450 Golden Gate Ave., San Francisco, CA<br>Judge:  Hon. Jon S. Tigar |
| This Document Relates To:<br><br>All Actions | |

I, Chadwick O. Brooker, declare:

1. I am an Assistant Attorney General for the Office of the Illinois Attorney General. I have personal knowledge of the matters stated in this declaration and would provide competent testimony if called upon to do so.

1    2. I make this declaration in support of the State of Illinois' Motion for
2  Intervention for Limited Purposes.

3    3. Exhibit A is the proposed State of Illinois' Motion to Clarify Settlement-
4  Approval Order (without exhibits), which the State would file if granted leave to
5  intervene.

6    4. Exhibit B is the proposed State of Illinois' Motion to File Documents on the
7  Public Record (without exhibits), which the State would file if granted leave to
8  intervene.

9    5. Exhibit C is a true and correct copy of the State's Amended Complaint in
10  *State of Illinois v. Hitachi, Ltd.*, No. 12-CH-35266 (Cir. Ct., Cook Cnty., filed May
11  17, 2013).

12    6. Exhibit D is a true and correct copy of Defendant LGE's Eighth Affirmative
13  Defense, June 3, 2016.

14    7. Exhibit E is a true and correct copy of LGE USA's Tenth Affirmative
15  Defense, June 3, 2016

16    I declare under penalty of perjury under the laws of the United States that the
17  forgoing is true and correct.

18  Dated: October 7, 2016        Respectfully submitted,

LISA MADIGAN,
Attorney General of Illinois

By: /s/ Chadwick O. Brooker
Chadwick O. Brooker
Assistant Attorney General
Antitrust Bureau
Office of the Illinois Attorney General
100 W. Randolph Street
Chicago, Illinois 60601
(312) 793-3891
cbrooker@atg.state.il.us