**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. C-07-05944-JST<br><br>MDL No. 1917 |
| This Order Relates To:<br><br>All Actions | **[Proposed] Order Granting State of Illinois' Motion to Intervene for Limited Purposes** |

This matter, having come before the Court, and the Court having considered the parties' papers and any oral arguments:

It is hereby ordered that the State's Motion to Intervene for Limited Purposes is granted so that the State of Illinois may intervene for the limited purposes of asking this Court to clarify its order approving the LG-DPP settlement and to require the parties to file merits-related documents on the public record.

**IT IS SO ORDERED.**

Dated:_____     Entered: _____
                                                        Hon. Jon S. Tigar
                                                        United States District Judge

Order prepared by:
Chadwick O. Brooker (#99000)
Assistant Attorney General
Office of the Illinois Attorney General
Antitrust Bureau
100 W. Randolph Street
Chicago, Illinois 60601
(312) 793-3891 (phone)
(312) 814-4209 (fax)
cbrooker@atg.state.il.us

*Counsel for the State of Illinois*