# Certificate of Service

On October 7, 2016, I caused a copy of the State of Illinois' Motion to Intervene for Limited Purposes and its accompanying declaration and exhibits to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

      LISA MADIGAN,
      Attorney General of Illinois

      By: /s/ Chadwick O. Brooker
      (pro hac vice)
      Chadwick O. Brooker
      Assistant Attorney General
      Antitrust Bureau
      Office of the Illinois Attorney General
      100 W. Randolph Street
      Chicago, Illinois 60601
      (312) 793-3891
      cbrooker@atg.state.il.us