Martin Quinn
JAMS
Two Embarcadero Center, Suite 1500
San Francisco, CA 94111
Telephone: (415) 774-2669
Fax: (415) 982-5287
Special Master

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 |
|---|---|
|  | Case No. C-07-5944-SC |
| This Document Relates to:<br><br>ALL ACTIONS | **SPECIAL MASTER'S ORDER NO. 6 RE ALLOCATION OF FEES** |

    Lead Counsel is directed to file with the Special Master by October 12, 2016 evidence confirming the amounts actually contributed to the common fund by each class counsel firm and the dates of each contribution. The purpose of this is to verify that the amounts each counsel claims to have contributed were actually contributed.

Dated: October 7, 2016

_____
Martin Quinn, Special Master