Christopher T. Micheletti (136446)
Judith A. Zahid (215418)
Qianwei Fu (242669)
ZELLE LLP
44 Montgomery St., Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0770
Email:   *cmicheletti@zelle.com*
         *jzahid@zelle.com*
         *qfu@zelle.com*

*Counsel for Class Representative
Kerry Lee Hall and Indirect Purchaser Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 3:07-cv-5944 JST |
| | MDL No. 1917 |
| This Document Relates to: | **[PROPOSED] ORDER GRANTING ZELLE LLP'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| All Indirect Purchaser Actions | |
| | Judge: Honorable Jon S. Tigar |
| | Before: Special Master Martin Quinn, JAMS |

Upon consideration of Zelle LLP's Administrative Motion to File Document Under Seal, submitted in connection with its Response to Special Master's Request for Documents, and the supporting Declaration of Christopher T. Micheletti pursuant to Local Rules 7-11 and 79-5 in support of that motion, and good cause appearing for the entry thereof,

IT IS HEREBY ORDERED that the entirety of Exhibit 1 attached to the Declaration of Christopher T. Micheletti in Support of Response to Special Master's Request for Documents be filed under seal and the unredacted version of Exhibit 1 be served only on plaintiffs' counsel that appeared in the fee allocation proceedings.

IT IS SO ORDERED.

Dated: _____, 2016         _____

HON. JON S. TIGAR
UNITED STATES DISTRICT JUDGE