1  CHRISTOPHER T. MICHELETTI (136446)
   JUDITH A. ZAHID (215418)
2  QIANWEI FU (242669)
   ZELLE LLP
3  44 Montgomery Street, Suite 3400
   San Francisco, CA 94104
4  Telephone: (415) 693-0700
   Facsimile: (415) 693-0770
5  *cmicheletti@zelle.com*
   *jzahid@zelle.com*
6  *qfu@zelle.com*

7  *Counsel for Class Representative Kerry Lee Hall*
   *and Indirect Purchaser Plaintiffs*
8

9

10           **UNITED STATES DISTRICT COURT**

11           **NORTHERN DISTRICT OF CALIFORNIA**

12            **SAN FRANCISCO DIVISION**

13

14 | **IN RE: CATHODE RAY TUBE (CRT)** | Master File No. 3:07-cv-5944 JST |
   | **ANTITRUST LITIGATION** | |
15 | | MDL No. 1917 |

16 | This Document Relates to: | **ZELLE LLP'S RESPONSE TO SPECIAL** |
   | | **MASTER'S REQUEST FOR DOCUMENTS** |
17 | All Indirect Purchaser Actions | |
   | | Judge:    Honorable Jon S. Tigar |
18 | | Before:  Special Master Martin Quinn, JAMS |

19

20

21

22

23

24

25

26

27

28

1       Pursuant to the Special Master's request at the October 5, 2016 hearing on the allocation

2  of attorneys' fees, attached hereto as Exhibit 1 are the requested communications between Zelle

3  LLP ("Zelle") and Trump, Alioto, Trump & Prescott LLP ("TATP").  Zelle is not aware of and

4  has not located any response from Zelle to TATP's email dated May 29, 2008.  The redacted

5  portion of the document is an internal Zelle communication.

6  Dated: October 10, 2016          Respectfully submitted,

7                           */s/ Christopher T. Micheletti*

8                           CHRISTOPHER T. MICHELETTI (136446)

JUDITH A. ZAHID (215418)

9                           QIANWEI FU (242669)

ZELLE LLP

10                        44 Montgomery Street, Suite 3400

San Francisco, CA 94104

11                        Telephone:    (415) 693-0700

Facsimile:    (415) 693-0770

12                        *cmicheletti@zelle.com*

*jzahid@zelle.com*

13                        *qfu@zelle.com*

14                        ***Counsel for Class Representative Kerry Lee Hall***

***and Indirect Purchaser Plaintiffs***

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ZELLE LLP'S RESPONSE TO SPECIAL MASTER'S REQUEST FOR DOCUMENTS
CASE NO. 3:07-cv-5944, MDL No. 1917