1

2

3

4                           UNITED STATES DISTRICT COURT

5                          NORTHERN DISTRICT OF CALIFORNIA

6

7    IN RE: CATHODE RAY TUBE (CRT)              MDL No. 1917
     ANTITRUST LITIGATION
8                                               Case No. C-07-5944 JST

9    _____

10   This Order Relates To:                     **ORDER**

11   Case No. 13-cv-1173-JST (N.D. Cal.)        ECF No. 4939

12   SHARP ELECTRONICS CORPORATION;
     SHARP ELECTRONICS
     MANUFACTURING COMPANY OF
13   AMERICA, INC.,
                                Plaintiffs,
14
          v.
15
     HITACHI, LTD., et al.,
16                              Defendants.

17

18        On October 6, 2016, the Toshiba Defendants filed a motion to (1) continue the trial

19   subpoena served on Mr. Harada to the March 6, 2017 trial date, and (2) issue in advance "an

20   adverse-witness instruction against Sharp such that if Mr. Harada does not appear to testify at the

21   March 6, 2017 trial, the jury will be instructed to infer that his testimony would have been

22   unfavorable to Sharp."  ECF No. 4939.

23        It is not necessary for Sharp to file an opposition regarding Toshiba's second request,

24   because the Court will not issue an adverse jury instruction this far in advance of trial.  The cases

25   cited by the Toshiba Defendants describe the standard for issuing an adverse jury instruction, but

26   do not deal with the situation presented here:  a request for an adverse instruction based on a

27   witness' absence well before trial and well before it is known whether the witness will appear.

28   / / /

United States District Court
Northern District of California

1    The Court will consider the request to continue the subpoena served on Mr. Harada and

2    any response by the Sharp Plaintiffs.

3    IT IS SO ORDERED.

4    Dated: October 11, 2016

5    _____

6    JON S. TIGAR
     United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California