MARIO N. ALIOTO, ESQ. (56433)
JOSEPH M. PATANE (72202)
LAUREN C. CAPURRO, ESQ. (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: malioto@tatp.com
jpatane@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the*
*Indirect Purchaser Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. CV-07-5944 JST<br>MDL No. 1917<br>**DECLARATION OF JOSEPH M. FISHER REPORTING ON CHUNGHWA NOTICE** |
| **This document relates to:**<br>**ALL INDIRECT PURCHASER ACTIONS** | |

I, Joseph M. Fisher, declare:

1. Identification. I am the president of The Notice Company, Inc., a Massachusetts corporation with offices at 94 Station Street, Hingham, MA 02043 ("The Notice Company"). The Notice Company is principally engaged in the administration of class action settlements and lawsuits pending in courts around the United States, including the dissemination of notice to class members, administering the claims process, and distributing the proceeds of the litigation to the class. I have over a decade of experience assisting attorneys with class action notices and claims administration. I am also a member in good standing of the bars of the Commonwealth of Massachusetts, the District of Columbia, and the Commonwealth of Virginia. I am over 21 years of age and not a party to this action. The Notice Company is the Claims Administrator, responsible for receiving and processing claims in these Settlements. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify thereto under oath.

2. Purpose of Declaration. I am reporting on the dissemination of notice in connection with the Chunghwa settlement plan of allocation and the reopening of the claim period for resellers as ordered by the Court its Order Granting Final Approval of Indirect Purchaser Settlements, dated July 7, 2016 (the "Final Approval Order"), and its Order Approving Chunghwa Forms of Notice, dated July 18, 2016 (the "Chunghwa Notice Order").

RESELLER NOTICE

3. Notice Program for Resellers. In order to reach entities that indirectly purchased CRT Products for the purpose of resale ("Resellers"), The Notice Company implemented a Notice Program designed to notify Resellers of the distribution of Chunghwa funds, to afford Resellers the opportunity to object to the plan of distribution, and to allow Resellers to submit claims for payment from the Chunghwa settlement.

4. CRTclaims.com Website – Reseller Information. On July 29, 2016, the settlement website, at **www.CRTclaims.com**, was updated to include a Detailed Notice to Resellers in the form approved by the Court as shown at **Exhibit A** attached hereto, a Summary Notice to Resellers in the form approved by the Court as shown at **Exhibit B** attached hereto, and a

Reseller Claim Form in the form approved by the Court as shown at **Exhibit C** attached hereto. Also posted on the settlement website were Spanish-language versions of the Detailed Notice, Summary Notice and Reseller Claim Form, as shown at **Exhibits D, E and F**, respectively. The notices clearly inform Resellers of their right to object by September 30, 2016, to the proposed allocation of the Chunghwa settlement funds between end user and Reseller claimants. The Reseller Claim Form includes instructions to Resellers for obtaining payment from the Chunghwa Net Settlement Fund, as well as clearly stating that the claims deadline is November 29, 2016.

5. Mailed Notice to Resellers. On July 29, 2016, The Notice Company sent to Resellers a postcard notice in the form approved by the Court as shown at **Exhibit G** attached hereto. The postcard notice informed Resellers of their opportunity to submit a claim, their right to object to the proposed allocation of funds from the Chunghwa Settlement and provided instructions if they want additional information. For purposes of this mailing, Resellers were identified utilizing the North American Industry Classification System (NAICS)[1] to classify resellers, including entities in the retail, wholesale and manufacturing sectors. The following NAICS codes were used:

- Code 443142 (Electronics Stores);
- Code 452111 (Department stores, except discount department stores);
- Code 452112 (Discount Department Stores);
- Code 452910 (Warehouse Clubs and Supercenters);
- Code 423620 (Household Appliances, Electric Housewares, and Consumer Electronics Merchant Wholesalers);

[1] The U. S. Census Bureau explains: "The North American Industry Classification System (NAICS) is the standard used by Federal statistical agencies in classifying business establishments for the purpose of collecting, analyzing, and publishing statistical data related to the U. S. business economy. NAICS was developed under the auspices of the Office of Management and Budget (OMB), and adopted in 1997 to replace the Standard Industrial Classification (SIC) system." *See* http://www.census.gov/eos/www/naics/.

- Code 423430 (Computer and Computer Peripheral Equipment and Software Merchant Wholesalers);
- Code 334118 (Computer Terminal and Other Computer Peripheral Equipment Manufacturing); and
- Code 453210 (Office Supplies and Stationery Stores).

On July 19, 2016, the NAICS Association, LLC, utilizing data obtained from Hoover's Inc., provided to The Notice Company a list of company names and mailing addresses for each of the NAICS codes listed above. After eliminating duplicate entries, the net size of the mailing list was 89,566. Prior to mailing the postcards, all addresses for Resellers were updated utilizing NCOA$^{Link}$ data from the U.S. Postal Service.[2] On July 29, 2016, postcard notices were mailed to the entire mailing list. The Postal Service returned 1,445 postcards where the company's mailing address was no longer deliverable and no forwarding instructions were available; an additional 115 postcards were returned with updated address information. The Notice Company promptly remailed the postcard notice to the updated addresses. Thus, the notice was mailed to 98.4% of the entities that meet reseller classification codes identified using the NAICS.

6. Notice by Email to Resellers. On August 1, 2016, an email notice in the form shown as **Exhibit H** attached hereto was sent to the email list of Consumer Technology Publishing Group (CTPG). The email notice provided the same information as contained in the postcard notice, informing Resellers of their opportunity to submit a claim, their right to object to the proposed allocation of funds from the Chunghwa Settlement and providing instructions if they want additional information. CTPG is a division of NAPCO Media; it publishes ***Dealerscope*** magazine and offers services to consumer electronics retailers and e-tailers of all sizes. CTPG's email list includes the leading consumer electronics retailers, distributors, buyers and manufacturers in the United States. There were 27,994 emails transmitted to CTPG's email

---

[2] NCOA$^{Link}$ is a secure dataset of approximately 160 million permanent change-of-address records consisting of the names and addresses of individuals, families and businesses who have filed a change-of-address with the USPS

list. The Notice Company achieved a 99.76% deliverability of the emails, with only 66 email addresses proving to be undeliverable.

7. Website Banner Ads Directed to Resellers. Commencing July 31, 2016, website banners in the forms attached hereto as **Exhibit I** were displayed on the on the ***TWICE*** website, ***www.Twice.com***, with the banner ads linking directly to the ***www.CRTclaims.com*** settlement website. ***TWICE*** magazine is published by NewBay Media; it provides multichannel-marketing solutions targeted to resellers of consumer electronics and computers. NewBay Media reports that The Notice Company's website banners received 180,020 impressions, which is the number of times the website banners were displayed on the ***TWICE*** website.

8. Print Ad of General Circulation. On July 31, 2016, the Summary Notice substantially in the form attached hereto as **Exhibit B** was published in ***The Sunday New York Times***. The advertisement informed Resellers of their opportunity to submit a claim, their right to object to the proposed allocation of funds from the Chunghwa Settlement, and provided instructions if they want additional information. Attached hereto as **Exhibit J** is an Affidavit from ***The New York Times*** establishing Proof of Publication.

9. PR Newswire: Press Release and Social Media. On August 1, 2016, The Notice Company issued the Summary Notice, in both English and Spanish, as a nationwide press release utilizing the U.S. domestic news line of PR Newswire. Attached hereto as **Exhibits K and L** are the English and Spanish versions, respectively, of the press release. PR Newswire also promoted these press releases via its Twitter feed and through its Consumer Electronics blog and its Computer Hardware blog. As a result, the English version of the press release was picked up by 232 media outlets as described in **Exhibit M** attached hereto, thereby exposing the press release to a potential audience totaling 89,983,730. The Spanish version of the press release was picked up by 128 media outlets as described in **Exhibit N** attached hereto, resulting in exposure to a potential audience totaling 76,365,851.

END-USER NOTICE

10. Notice Program for End Users. In order to inform end-user claimants of the distribution of Chunghwa funds, and to afford such end users the opportunity to object to the plan of distribution, The Notice Company provided notice as described below.

11. Email Notice to End Users. On August 1, 2016, The Notice Company directed notice by email, in the form approved by the Court as shown at **Exhibit O** attached hereto, to all end-user claimants or their representatives with a valid email address. The notice informs end users of the September 30, 2016 deadline for objecting to the proposed plan of distribution for the Chunghwa settlement funds. The notice also informs end users of the opportunity to submit claims as a Reseller if they qualify.

12. Mailed Notice to End Users. On August 1, 2016, The Notice Company directed notice by *regular* mail, in the form approved by the Court as shown at **Exhibit P** attached hereto, to all end-user claimants where a valid email address was not available. A total of 3,085 notices were mailed on August 1, 2016. In addition, follow-up notices were sent by regular mail to those claimants whose email notice had "bounced" or proved undeliverable. Since August 1, 2016, a total of 1,844 follow-up notices were sent by regular mail.

13. Notice to Other Interested Persons. On August 1, 2016, The Notice Company directed notice by email of the proposed plan of distribution for the Chunghwa settlement, substantially in the form attached hereto as **Exhibit H**, to a list of an additional 1,110 persons. The list was comprised of persons who had previously registered at the settlement website to request updates about the litigation or who had previously opted out of the end-user settlements.

OBJECTIONS

14. No Objections. The Notice Company received no objections to the proposed plan of distribution for the Chunghwa Settlement.

15. Correspondence from Glenn Greene. The Notice Company received a "Notice" from Mr. Glenn Greene, which was filed with the Court on September 13, 2016. A copy of the Notice is attached hereto as **Exhibit Q**. Mr. Greene stated that he was not able to "view the Plan

of Distribution." According to The Notice Company's records, Mr. Greene is an end-user claimant; in August 2015 he had submitted a claim as an end-user indirect purchaser of CRT products. One of the Class Counsel, Joseph M. Patane, informs me that he attempted, unsuccessfully, to reach Mr. Greene by telephone and email. On September 22, 2016, I sent a letter to Mr. Greene as shown at **Exhibit R** attached hereto, responding to his Notice. To date I have received no reply or any further communications from Mr. Greene.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed at Hingham, Massachusetts, this 11th day of October, 2016.

JOSEPH M. FISHER