# DECLARATION OF JOSEPH M. FISHER

## LIST OF EXHIBITS

| | |
|---|---|
| Exhibit A . . . . . . . . . . . . . . . . . . . . . | Detailed Notice to Resellers - English |
| Exhibit B . . . . . . . . . . . . . . . . . . . . . | Summary Notice to Resellers - English |
| Exhibit C . . . . . . . . . . . . . . . . . . . . . | Reseller Claim Form - English |
| Exhibit D . . . . . . . . . . . . . . . . . . . . . | Detailed Notice to Resellers - Spanish |
| Exhibit E . . . . . . . . . . . . . . . . . . . . . | Summary Notice to Resellers - Spanish |
| Exhibit F . . . . . . . . . . . . . . . . . . . . . | Reseller Claim Form - Spanish |
| Exhibit G . . . . . . . . . . . . . . . . . . . . . | Postcard Notice to Resellers |
| Exhibit H . . . . . . . . . . . . . . . . . . . . . | Email Notice to Resellers |
| Exhibit I . . . . . . . . . . . . . . . . . . . . . | Website Banner Ads |
| Exhibit J . . . . . . . . . . . . . . . . . . . . . | *The New York Times*: Proof of Publication |
| Exhibit K . . . . . . . . . . . . . . . . . . . . . | Press Release - English |
| Exhibit L . . . . . . . . . . . . . . . . . . . . . | Press Release - Spanish |
| Exhibit M  . . . . . . . . . . . . . . . . . . . . . | PR Newswire Distribution - English |
| Exhibit N . . . . . . . . . . . . . . . . . . . . . | PR Newswire Distribution - Spanish |
| Exhibit O . . . . . . . . . . . . . . . . . . . . . | Email Notice to End Users |
| Exhibit P . . . . . . . . . . . . . . . . . . . . . | Mailed Notice to End Users |
| Exhibit Q . . . . . . . . . . . . . . . . . . . . . | Notice from Glenn Greene |
| Exhibit R . . . . . . . . . . . . . . . . . . . . . | Letter sent to Glenn Greene |

# DECLARATION OF JOSEPH M. FISHER

# EXHIBIT A

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

# If You Bought a Cathode Ray Tube (CRT) or a TV or Computer Monitor That Contained a CRT for Resale
## *You Could Get Money from a $10,000,000 Settlement.*
### *A Federal Court authorized this notice.  This is not a solicitation from a lawyer.*

- Please read this notice carefully.  Your legal rights may be affected whether or not you act.

- This litigation involves alleged overcharges on the price of  Cathode Ray Tube ("CRT") Products purchased indirectly from the  Defendants. "CRT Products" include CRTs and products containing CRTs, such as televisions and computer monitors.  "Indirectly" means that you did not purchase the CRT Product directly from any Defendant.

- On March 22, 2012, the Court finally approved a $10 million cash settlement with Defendant Chunghwa Picture Tubes Ltd., and entered a Final Judgment against Chunghwa.

- The Settlement Class approved by the Court included all indirect purchasers of CRT Products nationwide, and released all claims by these indirect purchasers against Chunghwa relating to the allegations in the Complaint.

- There are two types of indirect purchasers: "resellers" and "end users."  Resellers indirectly purchased CRT Products for the purpose of reselling them to someone else.  End users indirectly purchased CRT Products for their own use and not for resale.

- Consumer members of the Chunghwa Settlement Class have already filed claims against the Chunghwa Settlement Fund.  Now resellers may also file claims.

- You can make a claim for money if you are an electronics store, retailer, wholesaler or other reseller that indirectly purchased CRT Products in Arizona, California, the District of Columbia, Florida, Hawaii, Iowa, Kansas, Maine, Michigan, Minnesota, Mississippi, Nebraska, Nevada, New Mexico, New York, North Carolina, North Dakota, South Dakota, Tennessee, Vermont, West Virginia or Wisconsin (collectively, the "states") for resale (the "Statewide Damages Classes"). The purchase must have been made in one of these 22 states.  But you do not have to be a resident of one of these states.

- Sony Corporation is **not** a defendant and is **not** alleged to have participated in the alleged CRT conspiracy.  Purchases of Sony® branded CRT Products are **not** eligible to be included in claims filed under these Settlements.

| YOUR LEGAL RIGHTS AND OPTIONS IN THESE SETTLEMENTS | |
|---|---|
| **SUBMIT A CLAIM BY November 29, 2016** | This is the only way for Resellers to receive a payment.  *See* Question 13. |
| **OBJECT BY September 30, 2016** | The Chunghwa Settlement received final approval from the Court in 2012.  At this time, Class members may only object to the proposed allocation of the Settlement Fund between reseller and consumer class members.  Any objections must be filed with the Court (and a copy mailed to the Settlement Administrator). |
| **GO TO THE HEARING ON November 14, 2016 at 9:30 a.m.** | Ask to speak in Court about the Plan of Distribution. *See* Questions 17 and 18. |
| **DO NOTHING** | Resellers who do nothing will not receive a payment from the Settlement and will give up their rights to object to the Plan of Distribution. |

These rights and options – **and the deadlines to exercise them** – are explained in this Notice.

VISIT www.CRTclaims.com/reseller OR CALL TOLL FREE 1-800-649-0963
PARA UNA NOTIFICACIÓN EN ESPAÑOL, VISITAR NUESTRO WEBSITE O LLAMAR

| WHAT THIS NOTICE CONTAINS |
|---|

**BASIC INFORMATION**.................................................................................................................Page 3

    1.  What is this Notice about?
    2.  What is a Cathode Ray Tube ("CRT")?
    3.  What is a CRT Product?
    4.  What is the lawsuit about?
    5.  What is a class action?

**WHO IS INCLUDED**......................................................................................................................Page 5

    6.  Who are the Defendant companies?
    7.  How do I know if I am in the Settlement Class?
    8.  Why does the Settlement exclude claims under the Washington Unfair Business Practices and
    9.  Consumer Protection Act?

**THE SETTLEMENT'S BENEFITS** ...................................................................................................Page 6

    10.  What does the Settlement provide?
    11.  What is the Net Settlement Fund?
    12.  How much money can I get?
    13.  When will I get a payment?

**HOW TO GET A PAYMENT**...........................................................................................................Page 8

    14.  How can I get a payment?

**THE LAWYERS REPRESENTING YOU** ...........................................................................................Page 8

    15.  Do I have a lawyer representing me?

**RIGHT TO EXCLUDE YOURSELF OR OBJECT TO THE SETTLEMENT**.............................................Page 8

    16.  Who has the right to exclude themselves or object to the Settlement?

**OBJECTING OR COMMENTING ON THE PLAN OF DISTRIBUTION**................................................Page 9

    17.  How do I object or comment on the Plan of Distribution?

**THE FAIRNESS HEARING** ...........................................................................................................Page 9

    18.  When and where will the Court consider the Plan of Distribution?
    19.  Do I have to come to the hearing?
    20.  May I speak at the hearing?

**GET MORE INFORMATION**..........................................................................................................Page 10

    21.  Where can I get more information?

VISIT www.CRTclaims.com/reseller OR CALL TOLL FREE 1-800-649-0963
PARA UNA NOTIFICACIÓN EN ESPAÑOL, VISITAR NUESTRO WEBSITE O LLAMAR

## BASIC INFORMATION

### 1.  What is this Notice about?

This Notice is to inform resellers about their right to claim a share of the Chunghwa Settlement Fund and to explain the Plan of Distribution for the net Settlement Fund.  The Settlement was finally approved by the United States District Court for the Northern District of California on March 22, 2012.  Unless you excluded yourself before February 1, 2012 you are a member of the Settlement Class.  At this time, resellers have a limited right to object to the Plan of Distribution of this Settlement Fund.

The case is called *In re: Cathode Ray Tube (CRT) Antitrust Litigation*, MDL No. 1917.  The people and businesses that sued are called  the Plaintiffs, and the companies they sued are called the Defendants.

### 2. What is a Cathode Ray Tube ("CRT")?

Cathode Ray Tubes ("CRTs") are a display technology that was widely used in televisions and computer monitors.  Before LCD, Plasma and LED display technologies became popular, CRTs were the main technology used in displays.  There are two main types of CRTs: Color Display Tubes ("CDTs" or "Monitor Tubes"), which were used to manufacture computer monitors, and Color Picture Tubes ("CPTs" or "TV Tubes"), which were used to manufacture televisions.  This is what a CRT looks like:



### 3. What is a CRT Product?

For the purposes of the lawsuit and the Settlement, CRT Products means Cathode Ray Tubes (color display tubes, color picture tubes and monochrome display tubes) and products containing Cathode Ray Tubes, such as televisions and computer monitors.  This is what a CRT Product looks like:

**CRT Monitor:**



**CRT Television:**



| 4. What is the lawsuit about? |
| --- |

The lawsuit claims that the Defendants fixed the prices of CRTs from March 1, 1995 to November 25, 2007, which resulted in overcharges to people and businesses that bought CRTs and products containing CRTs, such as televisions and computer monitors.  The Defendants deny these claims.  The Court has not decided who is right.

On March 22, 2012, the Court approved a Settlement totaling $10,000,000 with Defendant Chunghwa. Plaintiffs have since entered into other settlements with other Defendants but resellers are not included in those settlements.

4

VISIT www.CRTclaims.com/reseller OR CALL TOLL FREE 1-800-649-0963
PARA UNA NOTIFICACIÓN EN ESPAÑOL, VISITAR NUESTRO WEBSITE O LLAMAR

| 5. What is a class action? |
| --- |

In a class action, one or more persons or businesses called class representatives sue on behalf of a group or a "class" of others with similar claims. If the Court determines that a case should proceed as a class action, everyone's claims can be combined into a single proceeding, creating efficiencies for the parties and the courts. In a class action, the court resolves the issues for all class members except those who exclude themselves from the Class.

## WHO IS INCLUDED IN THE LAWSUIT?

| 6. Who are the Defendant companies? |
| --- |

The Defendants are manufacturers and/or sellers of CRTs.

**The Defendant companies are:**

- Chunghwa Picture Tubes Ltd.; Chunghwa Picture Tubes (Malaysia) SDN. BHD ("Chunghwa");

- LG Electronics Inc.; LG Electronics USA, Inc.; LG Electronics Taiwan Taipei Co., Ltd. ("LG");

- Koninklijke Philips N.V. (f/k/a Koninklijke Philips Electronics N.V.); Philips Electronics North America Corporation; Philips Taiwan Limited (f/k/a Philips Electronics Industries (Taiwan), Ltd.); Philips do Brasil, Ltda. (f/k/a Philips da Amazonia Industria Electronica Ltda.) ("Philips");

- Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.); Panasonic Corporation of North America; MT Picture Display Co., Ltd.; and an affiliate of Panasonic Corporation, Beijing Matsushita Color CRT Co., Ltd. (collectively "Panasonic");

- Hitachi, Ltd.; Hitachi Displays, Ltd. (n/k/a Japan Display Inc.); Hitachi Electronic Devices (USA), Inc.; Hitachi Asia, Ltd.; Hitachi America, Ltd. ("Hitachi");

- Toshiba Corporation; Toshiba America Information Systems, Inc.; Toshiba America Consumer Products, L.L.C.; Toshiba America Electronic Components, Inc. ("Toshiba");

- Samsung SDI Co. Ltd; Samsung SDI America, Inc.; Samsung SDI Brasil, Ltda.; Tianjin Samsung SDI Co., Ltd.; Shenzhen Samsung SDI Co., Ltd; Samsung SDI Malaysia Sdn. Bhd; Samsung SDI Mexico S.A. de C.V. ("Samsung SDI");

- Thomson SA n/k/a Technicolor SA and Thomson Consumer Electronics, Inc.; and

- Technologies Displays Americas, LLC.

There are several other manufacturers and sellers of CRTs that Plaintiffs allege were a part of the alleged conspiracy but who are not currently defendants or have not appeared in the litigation. The names of these companies are:

- LG.Philips Displays, a/k/a LP Displays International, Ltd.;

- IRICO Group Corporation; IRICO Display Devices Co., Ltd.; and IRICO Group Electronics Co., Ltd.;

- Thai CRT Company, Ltd.;

- Samtel Color, Ltd.;

5

- Orion Electric Company, Ltd.;
- Videocon Industries, Ltd.; and
- Mitsubishi Electric Corporation; Mitsubishi Electric & Electronics USA, Inc.; and Mitsubishi Digital Electronics Americas, Inc.

### 7. How do I know if I am in the Settlement Class?

The Settlement Class includes any person or business that indirectly purchased in the U.S., from March 1, 1995 through November 25, 2007, any CRT Product made by the Defendants.  Both consumers and resellers are included in the Settlement Class.  However, only resellers who indirectly purchased CRT Products in one of the 22 states listed on page 1 of this Notice are eligible to file a claim now.  Consumer class members are participating in a separate claims process.  Thus, this notice is directed only to resellers.  You are a "reseller" if you indirectly purchased CRT Products for the purpose of reselling them to others.  Examples of resellers include, but are not limited to, electronics stores and wholesalers.

**Exclusions:**

- Specifically excluded from the Settlement Class are the Defendants; the officers, directors or employees of any Defendant; any entity in which any Defendant has a controlling interest; and, any affiliate, legal representative, heir or assign of any Defendant.
- Also excluded are named co-conspirators, any federal, state or local government entities, any judicial officer presiding over this action and members of his/her immediate family and judicial staff, and any juror assigned to this action.
- Claims under the Washington Unfair Business Practices and Consumer Protection Act are also excluded.
- Sony Corporation is not a defendant and purchases of Sony® branded CRT Products are excluded from the Settlements.

The specific class definition is available at **www.CRTclaims.com/reseller.**

### 8. Why does the Settlement exclude claims under the Washington Unfair Business Practices and Consumer Protection Act?

Based on a motion by the Washington Attorney General, the Court in this case determined that the Settlement may not release claims under the Washington Unfair Business Practices and Consumer Protection Act because only the Washington Attorney General may release those claims.

### THE SETTLEMENT'S BENEFITS

### 9. What does the Settlement provide?

Pursuant to the Settlement Agreement, Defendant Chunghwa paid $10,000,000 in cash into an escrow account, where it has been gathering interest for the benefit of the Class.  Chunghwa also provided information about the case, including other Defendants' involvement in the conspiracy, to Class Counsel.  The Settlement Agreement also provided that part of the Settlement Fund may be used to pay expenses incurred in the litigation and attorneys' fees.

The Settlement Agreement and the papers filed in support of the Settlement are available for review and download at **www.CRTclaims.com/reseller**, or you can request copies by calling 1-800-649-0963.

6

VISIT www.CRTclaims.com/reseller OR CALL TOLL FREE 1-800-649-0963
PARA UNA NOTIFICACIÓN EN ESPAÑOL, VISITAR NUESTRO WEBSITE O LLAMAR

## 10. What is the Net Settlement Fund?

The Net Settlement Fund is the amount available for distribution to claimants after the deduction of attorneys' fees, litigation expenses, incentive awards to class representatives, and the costs of notice and claims administration.  Any such awards are subject to Court approval.  Class Counsel has requested $2.5 million in attorneys' fees and reimbursement of $632,369 in litigation expenses from the Chunghwa Settlement Fund.  The costs of providing notice, claims administration and future litigation expenses are currently unknown.

Class Counsel's request for attorneys' fees and reimbursement of litigation expenses is available on the website at **www.CRTclaims.com/reseller**, or you can request copies by calling 1-800-649-0963.

## 11. How much money can I get?

As part of the settlement approval in March 2012, the Court approved a partial plan of distribution of the Settlement Funds.  Pursuant to this plan, the Net Settlement Fund will first be allocated among the 22 states listed on page 1 of this Notice plus Illinois and Oregon, so that each state receives its pro rata share.  Each state's pro rata share shall be determined by computing its population as a percentage of the total population of all 24 states using census figures from the year 2000.   The Attorneys General of Illinois and Oregon will be allocated 8.59% and 2.37% of the Net Settlement Fund, respectively.  These Attorneys General will distribute these monies to residents of Illinois and Oregon.  This leaves the remainder for distribution to claimants in the other 22 states.

Each of the 22 states' pro rata share will be divided 50-50 between resellers and consumers, and then distributed to reseller and consumer claimants on a pro rata basis.  This means that payment amounts will be based on the number of valid claims filed, as well as on the number and type of CRT Product(s) purchased: Standard CRT Television (screen size of less than 30 inches); Large CRT Television (screen size of 30 inches or larger); or CRT Computer Monitor.  Based on data obtained during the course of the litigation, claims for different types of CRT Products will be weighted as follows:

- Claims for purchases of Standard CRT Televisions will be weighted as 1;
- Claims for purchases of Large CRT Televisions will be weighted as 4.3; and
- Claims for purchases of CRT Computer Monitors will be weighted as 3.

At this time, it is unknown how much money each claimant will recover.  The maximum payment will be three times the estimated overcharge for each claimant.  In the event that reseller claimants do not exhaust a particular state's reseller fund, the residue will be distributed pro rata to existing end-user claimants from that state.

**Note: If you previously filed a claim for CRT Products that you purchased as an end user and not for resale, you are still eligible to file as a reseller if you purchased additional CRT Products for resale purposes.**

More details about the anticipated distribution of the Settlement Fund, including each state's percentage allocation, are available in the papers filed with the Court regarding the plan of distribution, which are available on the settlement website, **www.CRTclaims.com/reseller**.  In order to receive a payment for CRT Products that you purchased for resale to others, you need to file a valid claim (see Question 13).  The Claim Form provides additional details on how to submit a claim.  Further information is available at **www.CRTclaims.com/reseller** or by calling 1-800-649-0963.

7

VISIT www.CRTclaims.com/reseller OR CALL TOLL FREE 1-800-649-0963
PARA UNA NOTIFICACIÓN EN ESPAÑOL, VISITAR NUESTRO WEBSITE O LLAMAR

| 12. When will I get a payment? |
|---|

Payments will be distributed after the Court grants final approval to the p r o p o s e d  Plan of Distribution and after any appeals are resolved.  If the Court approves the Plan of Distribution,  there may be appeals. We don't know how much time it could take to resolve any appeals that may be  filed.

## HOW TO GET A PAYMENT

| 13. How can I get a payment? |
|---|

If you are a reseller that indirectly purchased CRT Products in one of the 22 states listed on page 1 of this Notice and you want to make a claim from the N e t  Settlement Fund for CRT Products that you purchased for purposes of resale, you must complete and submit a Claim Form. We urge you to submit a claim online at **www.CRTclaims.com/reseller.** If you choose not file online,  you can submit a claim by mail.

The Claim Form can be found and completed or downloaded at **www.CRTclaims.com/reseller**,  or you can obtain a copy by calling, toll free, 1-800-649-0963. If you choose to submit your claim online, you must do so on or before **November 29, 2016**. If you choose to submit a Claim Form by mail, it must be postmarked by **November 29, 2016**, and  mailed to:

CRT Claims
c/o The Notice Company
P.O. Box 778
Hingham, MA 02043

## THE LAWYERS REPRESENTING YOU

| 14. Do I have a lawyer representing me? |
|---|

The Court has appointed Trump, Alioto, Trump & Prescott LLP, 2280 Union Street, San Francisco, CA 94123, to represent you as "Class Counsel" for the Settlement Class.    You do not have to pay Class Counsel separately.  If you want to be represented by your own lawyer, and have that lawyer appear in court for you in this case, you may hire one at your own expense.

## RIGHT TO EXCLUDE YOURSELF OR OBJECT TO THE SETTLEMENT

| 15. Who has a right to exclude themselves or object to the Settlement? |
|---|

A Notice regarding the Chunghwa Settlement was previously published and distributed in connection with the 2012 approval hearing.  Members of the Chunghwa Settlement Class were notified of the Chunghwa Settlement and their right to exclude themselves or object to the Settlement before it was finally approved by the Court in 2012.  Those who did not exclude themselves from the Chunghwa Settlement at that time are now bound by its terms.  The time has passed to exclude yourself or to object to the Chunghwa Settlement.  However, you may object to the proposed plan of distribution.  See Question 16 below.

## OBJECTING TO OR COMMENTING ON THE PLAN OF DISTRIBUTION

| 16. How do I object to or comment on the Plan of Distribution? |
| --- |

You may object to or comment in writing on the proposed 50-50 allocation between resellers and consumers.  The written objection needs to include the following information:

- Your name, address, telephone number, and if you are being assisted by a lawyer, their name, address and telephone number;
- The case name and number (In re Cathode Ray Tube (CRT) Antitrust Litigation, MDL No. 1917);
- Proof of membership in the class;
- A brief explanation of your reasons for objecting; and
- Your signature.

The objection must be submitted to the Court either by mailing it to the Class Action Clerk at the address below, or by filing it in person at any location of the United States District Court for the Northern District of California. **The objection must be filed with the Court or postmarked on or before September 30, 2016:**

| COURT |
| --- |
| Class Action Clerk<br>United States District Court for the<br>Northern District of California<br>450 Golden Gate Avenue, 16th Floor<br>San Francisco, CA 94102 |

## THE FAIRNESS HEARING

The Court previously approved the Chunghwa Settlement.  The Court will hold a Fairness Hearing to consider the Plan of Distribution of the Chunghwa Net Settlement Fund at **9:30 a.m**. on **November 14, 2016**, at the United States District Court for the Northern District of California, Courtroom Nine, 19th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.   The hearing may be moved to a different date or time without additional notice, so you should check the website **www.CRTclaims.com** for current information.

At this hearing the Court will consider whether each of the Plan of Distribution is fair, reasonable and adequate.  If there are objections or comments, the Court will consider them at this time.  After the hearing, the Court will decide whether to approve the Plan of Distribution.  We do not know how long this decision will take.

| 17. Do I have to come to the hearing? |
| --- |

No.  Class Counsel will answer any questions the Court may have.   But you are welcome to come at your own expense.  If you file an objection or comment, you don't have to come to Court to talk about it. As long as you filed your written objection on time, your objection will be presented to the Court for its consideration. You may also pay another lawyer to attend on your behalf, but it's not required.

| 18. May I speak at the hearing? |
| --- |

You may ask the Court for permission to speak at the Fairness Hearing.  To do so, you must file a "Notice of Intent to Appear in In re Cathode Ray Tube (CRT) Antitrust Litigation, MDL No. 1917."  Be sure to include your name, address, telephone number and your signature.  Your Notice of Intent to Appear must be submitted to the Court either by mailing it to the Class Action Clerk at the address in Question 16, or by filing it in person at any location of the United States District Court for the Northern District of California no later than **September 30, 2016**.  You cannot speak at the hearing if you excluded yourself from the Settlement Class.


## GET MORE INFORMATION

| **19. Where can I get more information?** |
| --- |

This Notice summarizes the Chunghwa Settlement and the Plan of Distribution of the Chunghwa Net Settlement Fund.  For the precise terms and conditions of the Chunghwa Settlement, please see the Settlement Agreement available at **www.CRTclaims.com/reseller**. Additional information regarding the proposed Plan of Distribution is also available on the website.  You can also get more information about the Chunghwa Settlement by:

- Calling 1-800-649-0963;
- Writing to CRT Settlements, c/o The Notice Company, P.O. Box 778, Hingham, MA 02043;
- Accessing the Court docket in this case through the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.cand.uscourts.gov; or
- Visiting the office of the Clerk of the Court for the United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, CA 94102, between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding Court holidays.

**ALL INQUIRIES CONCERNING THIS NOTICE SHOULD BE MADE TO THE SETTLEMENT ADMINISTRATOR BY CALLING 1-800-649-0963, OR BY WRITING TO: CRT QUESTIONS c/o THE NOTICE COMPANY, P. O. BOX 778, HINGHAM, MA 02043.**

**PLEASE DO NOT TELEPHONE THE COURT OR THE COURT CLERK'S OFFICE TO INQUIRE ABOUT THIS SETTLEMENT OR THE CLAIM PROCESS.**

10

VISIT www.CRTclaims.com/reseller OR CALL TOLL FREE 1-800-649-0963
PARA UNA NOTIFICACIÓN EN ESPAÑOL, VISITAR NUESTRO WEBSITE O LLAMAR

**DECLARATION OF JOSEPH M. FISHER**

**EXHIBIT B**

# If You Bought Televisions, Computer Monitors

## or Other Products Containing

# Cathode Ray Tubes

# For Resale

# You May Be Eligible to Claim from a $10 Million Settlement

# Simple Online Claim Form Takes 3-5 Minutes

In March 2012, a class action settlement was approved involving Cathode Ray Tubes ("CRTs"), an older display device that was sold by itself or as the main component in TVs and computer monitors before the use of LCD, Plasma and LED Display Technologies.  The lawsuit claims that the Defendants fixed the prices of CRTs causing indirect purchasers of products containing CRTs, such as TVs and computer monitors (collectively "CRT Products"), to pay more than they otherwise would have.  The Defendants deny Plaintiffs' allegations.

### Who is Eligible to Claim Money?

You are eligible to claim money if, for purposes of resale, you purchased CRT Products between March 1, 1995, and November 25, 2007 in AZ, CA, FL, HI, IA, KS, ME, MI, MN, MS, NE, NV, NM, NY, NC, ND, SD, TN, VT, WV, WI, or the District of Columbia.

Purchases made directly from a defendant or an alleged co-conspirator are *not* included in this settlement (see the list of defendants and alleged co-conspirators at **www.CRTclaims.com/reseller** or by calling 1-800-649-0963).

Sony® is not a defendant and Sony® branded products are not eligible to be included in these claims.

### What does the settlement provide?

Qualifying resellers who submit timely claims are eligible to receive money from a $10 million settlement, less attorneys' fees, litigation expenses and incentive awards for class representatives (to be awarded by the Court).  Of this amount, 8.59% and 2.37% will be allocated to the Attorneys General of Illinois and Oregon, respectively, to be distributed to the residents of those states.  The balance of the fund will be allocated *pro rata* to the District of Columbia and the 21 states listed above according to a population-based formula approved by the Court.  Resellers will be eligible to claim against 50% of each state's fund.  Consumers have already filed claims.

The amount of money you will receive depends on the type and quantity of CRT Products you purchased and the total number of eligible reseller claims made in your respective state.  The distribution plan is described more fully in the Detailed Notice available at **www.CRTclaims.com/reseller.**

### How can I get a payment?

Claim online or by mail by **November 29, 2016.**  The simple online Claim Form only takes 3-5 minutes for most claims.

### What are my rights?

The settlement was finally approved on March 22, 2012.  You have the right to object to the allocation of the net settlement fund between resellers and consumers.  All objections must be submitted to the Court by you or your own lawyer by **September 30, 2016.**  The Court will hold a hearing on **November 14, 2016, at 9:30 a.m.** to consider whether to approve the proposed plan of distribution.  The decision of the Court will be binding on all class members.

| For More Information: | **1-800-649-0963  www.CRTclaims.com/reseller**<br>**Text:  CRTclaims to 97000** (text messaging rates may apply)<br>**PLEASE DO NOT CONTACT THE COURT**<br>Para una notificación en Español, llamar o visitar nuestro website. |
|---|---|

# DECLARATION OF JOSEPH M. FISHER

# EXHIBIT C

### In Re: Cathode Ray Tube (CRT) Antitrust Litigation (MDL No. 1917)
*(U.S. District Court for the Northern District of California)*

## RESELLER CLAIM FORM: CATHODE RAY TUBE (CRT) INDIRECT PURCHASER
### Deadline for Submission is NOVEMBER 29, 2016

## GENERAL INSTRUCTIONS

To get a payment from the Chunghwa Net Settlement Fund, you must complete all four parts of the Claim Form. You may complete the Claim Form and submit it by mail to CRT Claims, c/o The Notice Company, P.O. Box 778, Hingham, MA 02043 **OR** you may submit your claim online, which is the easiest method, at **www.CRTclaims.com/reseller.** Your claim must be submitted online by, or mailed and postmarked by, **NOVEMBER 29, 2016.**

Entities that indirectly purchased Cathode Ray Tubes (CRT) Products in 21 states and the District of Columbia, **for the purpose of reselling the CRT Products**, are eligible to receive payment from the Settlement. CRT Products include CRTs and products containing CRTs, such as televisions and computer monitors. "Indirectly" means that you purchased the CRT Product from someone other than a Defendant or alleged co-conspirator; instead, you purchased the CRT Product from a wholesaler, distributor, or some other seller.

**You must answer the Eligibility Questions below, by checking the appropriate boxes, to see if you are eligible. The Claim Form must be dated and signed by the Class Member.**

**<u>Important Eligibility Note</u>: Sony® branded televisions and monitors are <u>NOT</u> eligible to be included in this case. All other brands of CRT televisions and monitors are eligible.**

## PART 1:  ELIGIBILITY QUESTIONS

1.  **Did you purchase a CRT Product in the following states <u>for the purpose of <u>*RESALE*</u> and not for your own use</u>?**
    **Note that the actual purchase (*not the resale*) must have been made in one the following states.**

    a.  Arizona, California, Florida, Iowa, Kansas, Maine, Michigan, Minnesota, Mississippi, New Mexico, New York, North Carolina, North Dakota, South Dakota, Tennessee, Vermont, West Virginia, Wisconsin or the District of Columbia, between  **March 1, 1995,** and **November 25, 2007?**

    ☐ Yes ☐ No

    b.  Hawaii between **June 25, 2002, and November 25, 2007?**

    ☐ Yes ☐ No

    c.  Nebraska between **July 20, 2002, and November 25, 2007?**

    ☐ Yes ☐ No

    d.  Nevada between **February 4, 1999, and November 25, 2007?**

    ☐ Yes ☐ No

    **Note: If you previously filed a claim for CRT Products that you purchased as an end user and not for resale, you are still eligible to file as a Reseller if you made other CRT purchases for resale purposes.**

2.  **Did you purchase a CRT Product from someone other than a Defendant or an alleged co-conspirator?**  For example, if you purchased a CRT television or computer monitor from a wholesaler, then your answer should be "Yes."  If you made no purchases from a wholesaler or other supplier and you only purchased a CRT television or computer monitor directly from a Defendant or an alleged co-conspirator, then your answer should be "No."

☐ Yes ☐ No

**You are eligible for payment only if you answered "Yes" for at least one state listed in Question 1 subparts (a), (b), (c) *or* (d), *AND* Question 2.**   To get a payment, you must submit your Claim Form online at **www.CRTclaims.com/reseller** or complete Parts 1, 2, 3 and 4 of this Claim Form and mail it to: CRT Claims, c/o The Notice Company, P.O. Box 778, Hingham, MA 02043.

If you have questions about your eligibility to participate or on how the Settlement Fund will be distributed, you should review the Class Notice and other documents at the website.  You may also call 1-800-649-0963 if you have any questions.

## PART 2:  PURCHASE INFORMATION

In order to make a valid claim, you must have purchased the CRT Product(s) in an eligible state during the specified time frames ("Claims Periods").  The Claims Period for the eligible states is between **March 1, 1995, and November 25, 2007**, except for purchases in Hawaii, Nebraska, and Nevada which have slightly shorter Claims Periods.

- Purchases in Hawaii must have been made between **June 25, 2002, and November 25, 2007.**
- Purchases in Nebraska must have been made between **July 20, 2002, and November 25, 2007.**
- Purchases in Nevada must have been made between **February 4, 1999, and November 25, 2007.**

Enter the total number of CRT Products you purchased between **March 1, 1995, and November 25, 2007** *(see modified class period dates above for purchases made in Hawaii, Nebraska, or Nevada)*.  **Only include qualifying products for which you answered "Yes" to the Eligibility Questions in Part 1 and which you purchased for the purpose of resale to others**.

Provide the total number of CRT Products purchased during the Claims Periods for each State where you made an indirect purchase.  For example, if you bought 3 computer monitors in California, write "3" in the corresponding space for Number Purchased and write "CA" in the State column . Please be sure to specify the State where you purchased and NOT the State where you resold the CRT Product.

| Product Type | Number Purchased in an Eligible State | State Where Purchased |
|---|---|---|
| Standard CRT Television (screen size less than 30 inches): | | |
| Large CRT Television (screen size 30 inches or larger): | | |
| CRT Computer Monitor: | | |
| Other CRT Product(s) (please specify): | | |
| **\*If you made purchases in <u>multiple states</u> for any product type, please provide all purchase amounts in Appendix A instead of the table above.** | | |

<u>**Important Notes**</u>:
*All claims are subject to audit and large claims will require verification*
\*\***Sony®** branded televisions and monitors are <u>**NOT**</u> eligible to be included in this case\*\*
\*\*\*All claimants should keep any proof of purchase\*\*\*

## PART 3: CLASS MEMBER INFORMATION

**If Claimant is a NATURAL PERSON:**

Class Member's First Name

Class Member's Last Name

Suffix

**If Claimant is a BUSINESS:**

Entity/Business Name of Class Member

Person to contact if there are questions regarding this claim:

Specify one of the following – Class Member is:

☐ Individual    ☐ Business (1-10 Employees)    ☐ Business (11-50 Employees)    ☐ Business (Greater than 50 Employees)

Class Member's Mailing Address: Number and Street or P.O. Box

City

State

Zip Code

Telephone Number (Day)

Email Address

**Individuals:**   Provide the last 4 digits of your Social Security Number:   X X X - X X -

**OR** Provide Date of Birth (Month and Year):   / X X /

**Businesses:**   Provide your Federal Taxpayer Identification Number:   -

**OR** Provide Date of Formation or Incorporation:   / /

## PART 4: SIGN AND DATE CLAIM FORM

I declare under penalty of perjury under the laws of the United States of America, that the information provided in this Claim Form is true and correct to the best of my knowledge and belief.

_____

Signature of Class Member (or Estate Representative)

___ ___ / ___ ___ / ___ ___

Date (MM/DD/YY)

_____

Print Name

_____

Title *(if you are filling out this form for a business)*

**Claims may be audited and any false or fraudulent claim is subject to prosecution.**

| REMINDER |
|---|
| Please make sure that you: <br> 1. Complete all four parts of this Claim Form; <br> 2. Sign and date the Claim Form; <br> 3. Submit your Claim Form on or before **NOVEMBER 29, 2016**, online or by mail to: <br>            www.CRTclaims.com/reseller   **OR**   CRT Claims <br>                                               c/o The Notice Company <br>                                               P.O. Box 778 <br>                                               Hingham, MA 02043 <br> 4. Keep a copy of the completed Claim Form for your records; <br> 5. Retain any proof of purchase documentation you may have for CRT Products until your claim is closed. You will be notified if you are required to provide documentation during the claim verification process. |

**In Re: Cathode Ray Tube (CRT) Antitrust Litigation (MDL No. 1917)**

# Appendix A

**To be used <u>ONLY</u> if the Class Member is a Reseller that made purchases in <u>multiple states</u> for an eligible CRT product type. If you are not a Reseller that made purchases in multiple states, please provide all purchase amounts in Part 2 of the Claim Form instead of the table below. This Appendix A should be submitted along with the Claim Form (immediately following Page 3).**

<u>Instructions</u>: In the table below, provide the total number of CRT Products purchased in each state during the Claims Periods for each product type. Please be sure to complete the table according to the State where you <u>purchased</u> and NOT the State where you resold the CRT Product.

*<u>Note</u>: You should only provide a "Description of Other CRT Products" if you purchased CRT products that were <u>not</u> either televisions or computer monitors.*

If you have questions about these instructions or need assistance completing the table below, please contact the Settlement Administrator at 1-800-649-0963.

| State of Purchase | Number of Standard CRT Televisions | Number of Large CRT Televisions | Number of CRT Computer Monitors | Number of Other CRT Products | Description of Other CRT Products |
|---|---|---|---|---|---|
| Arizona | | | | | |
| California | | | | | |
| District of Columbia | | | | | |
| Florida | | | | | |
| Hawaii | | | | | |
| Iowa | | | | | |
| Kansas | | | | | |
| Maine | | | | | |
| Michigan | | | | | |
| Minnesota | | | | | |
| Mississippi | | | | | |
| Nebraska | | | | | |
| Nevada | | | | | |
| New Mexico | | | | | |
| New York | | | | | |
| North Carolina | | | | | |
| North Dakota | | | | | |

**Instructions**: In the table below, provide the total number of CRT Products purchased in each state during the Claims Periods for each product type. Please be sure to complete the table according to the State where you <u>purchased</u> and NOT the State where you resold the CRT Product.

*<u>Note</u>: You should only provide a "Description of Other CRT Products" if you purchased CRT products that were <u>not</u> either televisions or computer monitors.*

If you have questions about these instructions or need assistance completing the table below, please contact the Settlement Administrator at 1-800-649-0963.

| State of Purchase | Number of Standard CRT Televisions | Number of Large CRT Televisions | Number of CRT Computer Monitors | Number of Other CRT Products | Description of Other CRT Products |
|---|---|---|---|---|---|
| South Dakota | | | | | |
| Tennessee | | | | | |
| Vermont | | | | | |
| West Virginia | | | | | |
| Wisconsin | | | | | |

**Important Notes**:
*All claims are subject to audit and large claims will require verification*
****Sony®** branded televisions and monitors are <u>**NOT**</u> eligible to be included in this case**
***All claimants should keep any proof of purchase***

**DECLARATION OF JOSEPH M. FISHER**

**EXHIBIT D**

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO NORTE DE CALIFORNIA

## Si usted ha comprado tubos de rayos catódicos (TRC) o un televisor o monitor de computadora conteniendo TRC para revender, *usted podría recibir dinero de un Acuerdo de $10,000,000.*

*Una Corte Federal ha autorizado este aviso. La presente no es una solicitud de un abogado.*

- Por favor lea este aviso con detenimiento. Sus derechos legales podrían verse afectados ya sea con o sin su participación.

- Este litigio concierne presuntos cargos excesivos respecto al precio de productos con tubos de rayos catódicos ("TRC") comprados indirectamente de los Demandados.  Los "Productos TRC" incluyen tubos de rayos catódicos y productos que contienen tubos de rayos catódicos, como televisores y monitores para computadora.  "Indirectamente" significa que usted no compró el producto TRC directamente de una de las compañías demandadas.

- El 22 de marzo de 2012, el Tribunal aprobó finalmente un acuerdo de $10 millones en efectivo, con el demandado Chunghwa Picture Tubes Ltd. y dictó una sentencia definitiva contra Chunghwa.

- El Colectivo del Acuerdo aprobado por el Tribunal incluyó a todos los compradores indirectos de productos TRC a nivel nacional y exoneró todas las demandas por parte de estos compradores indirectos contra Chunghwa, respecto a las alegaciones en la querella.

- Existen dos tipos de compradores: "revendedores" y "usuarios finales".  Los "revendedores" compraron indirectamente productos TRC con el fin de revenderlos a otras personas.  Los usuarios finales compraron indirectamente los productos TRC para su propio uso y no para reventa.

- Los miembros consumidores del Colectivo del Acuerdo Chunghwa ya han presentado las reclamaciones contra el fondo de transacción extrajudicial o fondo denominado de Chunghwa.  Ahora los revendedores también pueden presentar sus reclamaciones.

- Usted puede solicitar dinero si es una tienda, negocio minorista, mayorista u otro tipo de vendedor de productos electrónicos que compró indirectamente Productos TRC en Arizona, California, Distrito de Columbia, Florida, Hawái, Iowa, Kansas, Maine, Michigan, Minnesota, Mississippi, Nebraska, Nevada, Nuevo México, Nueva York, Carolina del Norte, Dakota del Norte, Dakota del Sur, Tennessee, Vermont, Virginia Occidental o Wisconsin (colectivamente denominados, los "estados") con el objetivo de revender ("grupos demandantes por daños y perjuicios a nivel estatal"). La compra debe haberse efectuado en uno de estos 22 Estados.  Pero usted no tiene que ser residente de alguno de ellos.

- Sony Corporation **no** es un demandado y **no** se supone ha participado en la presunta conspiración TRC.  Las compras de Productos TRC de la marca Sony® **no** son elegibles para inclusión en reclamaciones presentadas a tenor de estos Acuerdos.

| SUS DERECHOS LEGALES Y OPCIONES RESPECTO A ESTOS ACUERDOS | |
|---|---|
| **PRESENTAR UNA RECLAMACIÓN ANTES DEL 29 de noviembre de 2016** | Esta es la única vía para que los revendedores reciban pagos.  *Véase* la Pregunta 13. |
| **PRESENTAR SU OBJECIÓN ANTES DEL 30 de septiembre de 2016** | El Acuerdo de Chunghwa recibió una aprobación final del Tribunal en 2012.  En estos momentos los miembros de un grupo pueden solo objetar a la adjudicación propuesta del fondo denominado entre el revendedor y los miembros del grupo demandante de consumidores.  Toda objeción debe presentarse ante el Tribunal (y enviarse una copia al Administrador del Acuerdo). |
| **IR A LA AUDIENCIA EL 14 de noviembre de 2016 a las 9:30 a.m.** | Solicite hablar ante el Tribunal sobre el Plan de Distribución. *Véanse* las Preguntas 17 y 18. |
| **NO HACER NADA** | Los revendedores que se abstengan no recibirán pagos del Acuerdo y estarán renunciando a sus derechos para objetar al Plan de Distribución. |

El presente Aviso explica estos derechos y opciones – **y las fechas límite para ejercerlos**.

| QUÉ CONTIENE ESTE AVISO |
|---|

**INFORMACIÓN BÁSICA**.................................................................................................................Página 3

1. ¿De qué se trata esta demanda?
2. ¿Qué es un Tubo de Rayos Catódicos ("TRC")?
3. ¿Qué es un Producto TRC?
4. ¿De qué se trata esta demanda?
5. ¿Qué es una demanda colectiva?

**QUIÉN ESTÁ INCLUIDO**................................................................................................................Página 5

6. ¿Cuáles son las compañías Demandadas?
7. ¿Cómo saber si me encuentro en el Colectivo del Acuerdo?
8. ¿Por qué el Acuerdo excluye demandas bajo la Ley de Washington de Protección al Consumidor y contra las Prácticas Comerciales Injustas?

**LOS BENEFICIOS DEL ACUERDO**..................................................................................................Página 6

9. ¿Qué dispone el Acuerdo?
10. ¿Qué es Fondo Neto?
11. ¿Cuánto dinero podría recibir?
12. ¿Cuándo recibiría el pago?

**CÓMO RECIBIR UN PAGO**...........................................................................................................Página 8

13. ¿Cómo puedo recibir un pago?

**LOS ABOBADOS QUE LO REPRESENTAN A USTED**........................................................................Página 8

14. ¿Tengo un abogado que me represente?

**DERECHO A EXCLUIRSE U OBJETAR AL ACUERDO**.....................................................................Página 8

15. ¿Quién tiene derecho a excluirse del u objetar al Acuerdo?

**OBJETAR U OPINAR ACERCA DEL PLAN DE DISTRIBUCIÓN**........................................................Página 9

16. ¿Cómo presento una objeción o comentario sobre el Plan de Distribución?

**LA AUDIENCIA JUSTA**................................................................................................................Página 9

17. ¿Cuándo y dónde considerará el Tribunal el Plan de Distribución?
18. ¿Tengo que estar presente en la audiencia?
19. ¿Puedo hablar en la audiencia?

**OBTENER MÁS INFORMACIÓN**....................................................................................................Página 10

20. ¿Dónde puedo obtener más información?

## INFORMACIÓN BÁSICA

**1. ¿De qué se trata este Aviso?**

Con este Aviso se informa a los revendedores sobre sus derechos a reclamar una parte del Fondo Chunghwa y explicar el Plan de Distribución para el Fondo Neto.  El Acuerdo fue aprobado finalmente por el Tribunal de Distrito de los Estados Unidos para el Distrito Norte de California el 22 de marzo de 2012. A no ser que usted se haya excluido antes del 1° de febrero de 2012, usted es un miembro del Colectivo del Acuerdo.  En estos momentos, los revendedores tienen un derecho limitado a objetar al Plan de Distribución de este Fondo del Acuerdo.

El caso se titula *In re: Cathode Ray Tube (CRT) Antitrust Litigation*, MDL No. 1917.   Las personas y empresas que están presentando la demanda se denominan Demandantes y las compañías acusadas se denominan Demandados.

**2. ¿Qué es un Tubo de Rayos Catódicos ("TRC")?**

Los Tubos de Rayos Catódicos ("TRC") son una tecnología de pantalla que se empleó extensamente en televisores y monitores para computadora.  Antes de que las tecnologías LCD, Plasma y LED se hicieran populares, los TRC constituían la tecnología principal que se empleaba en pantallas.  Hay dos tipos principales de TRC: tubos de pantalla a color ("TPC" o "tubos de monitores"), los cuales se empleaban para fabricar monitores de computadora y tubos de imagen a color ("TIC" o "Tubos de TV"), los cuales se empleaban en la fabricación de televisores.  Así luce un TRC:



**3. ¿Qué es un Producto TRC?**

Para el fin de la demanda y el Acuerdo, los Productos TRC significan Tubos de Rayos Catódicos (tubos de pantallas a color, tubos de imagen a color y tubos de pantallas en blanco y negro) y productos que contengan Tubos de Rayos Catódicos, como televisores y monitores para computadoras.  Así luce un Producto TRC:

VISITE www.CRTclaims.com/reseller O LLAME GRATIS AL 1-800-649-0963
PARA RECIBIR UNA NOTIFICACIÓN EN ESPAÑOL

**Monitor TRC:**



**Televisor TRC:**



| 4. ¿De qué se trata esta demanda? |
|---|

Este pleito alega que los Demandados fijaron los precios de TRC del 1º de marzo de 1995 hasta el 25 de noviembre de 2007, lo cual llevó a sobrecargos para personas y empresas que compraron TRC y productos con TRC, tales como televisores y monitores para computadoras.  Los Demandados niegan estas alegaciones.  El Tribunal no ha decidido quién tiene la razón.

El 22 de marzo de 2012, el Tribunal aprobó un Acuerdo por el monto de $10,000,000  con el Demandado Chunghwa.  Desde entonces, los Demandantes han llegado a otros acuerdos con otros Demandados, pero los revendedores no están incluidos en dichos acuerdos.

4

**5. ¿Qué es una demanda colectiva?**

En una demanda colectiva, una o más personas o empresas denominadas representantes del grupo demandante ponen la demanda en nombre de un grupo o "colectivo" de personas que tienen reclamaciones afines. Si el Tribunal determina que debe abrirse un caso de demanda colectiva, las reclamaciones de todas las partes pueden combinarse en un solo proceso, creando más eficiencia para todas las partes y los tribunales. En una demanda colectiva, el tribunal resuelve el conflicto para todos los miembros del colectivo, excepto aquellos que decidan excluirse del Colectivo Demandante.

## QUIÉN ESTÁ INCLUIDO EN LA DEMANDA

**6. ¿Cuáles son las compañías Demandadas?**

Los Demandados son fabricantes y/o vendedores de TRC.

**Las compañías demandadas con:**

- Chunghwa Picture Tubes Ltd.; Chunghwa Picture Tubes (Malaysia) SDN. BHD ("Chunghwa");

- LG Electronics Inc.; LG Electronics USA, Inc.; LG Electronics Taiwan Taipei Co., Ltd. ("LG");

- Koninklijke Philips N.V. (f/k/a Koninklijke Philips Electronics N.V.); Philips Electronics North America Corporation; Philips Taiwan Limited (f/k/a Philips Electronics Industries (Taiwan), Ltd.); Philips do Brasil, Ltda. (f/k/a Philips da Amazonia Industria Electronica Ltda.) ("Philips");

- Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.); Panasonic Corporation of North America; MT Picture Display Co., Ltd.; y un afiliado de Panasonic Corporation, Beijing Matsushita Color CRT Co., Ltd. (colectivamente "Panasonic");

- Hitachi, Ltd.; Hitachi Displays, Ltd. (n/k/a Japan Display Inc.); Hitachi Electronic Devices (USA), Inc.; Hitachi Asia, Ltd.; Hitachi America, Ltd. ("Hitachi");

- Toshiba Corporation; Toshiba America Information Systems, Inc.; Toshiba America Consumer Products, L.L.C.; Toshiba America Electronic Components, Inc. ("Toshiba");

- Samsung SDI Co. Ltd; Samsung SDI America, Inc.; Samsung SDI Brasil, Ltda.; Tianjin Samsung SDI Co., Ltd.; Shenzhen Samsung SDI Co., Ltd; Samsung SDI Malaysia Sdn. Bhd; Samsung SDI México S.A. de C.V. ("Samsung SDI");

- Thomson SA n/k/a Technicolor SA and Thomson Consumer Electronics, Inc.; y

- Technologies Displays Americas, LLC.

Existen muchos otros fabricantes y vendedores de TRC que los Demandantes alegan fueron parte de la presunta conspiración, pero que actualmente no son demandados o no han aparecido en el litigio. Los nombres de dichas compañías son:

- LG.Philips Displays, a/k/a LP Displays International, Ltd.;

- IRICO Group Corporation; IRICO Display Devices Co., Ltd.; e IRICO Group Electronics Co., Ltd.;

- Thai CRT Company, Ltd.;

- Samtel Color, Ltd.;

- Orion Electric Company, Ltd.;

- Videocon Industries, Ltd.; and

- Mitsubishi Electric Corporation; Mitsubishi Electric & Electronics USA, Inc.; y Mitsubishi Digital Electronics Americas, Inc.

---

**7. ¿Cómo saber si pertenezco al Colectivo del Acuerdo?**

El Colectivo del Acuerdo incluye cualquier persona o empresa que compró indirectamente en los EE. UU. del 1º de marzo de 1995 hasta el 25 de noviembre de 2007 cualquier Producto TRC fabricado por los Demandados. Tanto consumidores como revendedores se incluyen en el Colectivo del Acuerdo.  Sin embargo, solo los revendedores que compraron indirectamente Productos TRC en uno de los 22 estados que se mencionan en la página 1 de este Aviso tienen derecho a presentar una reclamación ahora.  Los consumidores miembros del colectivo están participando en un proceso de reclamación separado.  Por tanto, este aviso solo es para revendedores.  Usted es un "revendedor" si compró indirectamente Productos TRC con el fin de revenderlos a terceros.  Algunos ejemplos de vendedores son, pero no se limitan a, tiendas de productos electrónicos y mayoristas.

**Exclusiones:**

- Se excluyen específicamente a los Demandados del Colectivo del Acuerdo; representantes, directores o empleados de cualquier Demandado; una entidad en la cual un Demandado tiene un interés de control; y todo afiliado, representante legal, heredero o asignado de los Demandados.
- También quedan excluidos los co-conspiradores nombrados, entidades federales, estatales o de gobiernos locales, todo representante judicial que presida en esta acción y miembros de su familia inmediata y personal jurídico y miembros del jurado asignados en esta demanda.
- Se excluyen también las reclamaciones bajo la Ley de Washington de Protección al Consumidor y contra Prácticas Comerciales Injustas.
- Sony Corporation no es un demandado y las compras de Productos TRC con la marca de Sony® quedan excluidas de los Acuerdos.

Las definiciones de los grupos específicos están disponibles en **www.CRTclaims.com/reseller**.

---

**8. ¿Por qué el Acuerdo excluye demandas bajo la Ley de Washington de Protección al Consumidor y contra Prácticas Comerciales Injustas?**

Basado en una moción del Procurador General de Washington, el Auxiliar Judicial Especial en este caso ha determinado que el acuerdo no puede exonerar reclamaciones bajo la Ley de Washington de Protección al Consumidor y contra Prácticas Comerciales Injustas porque solo el Procurador General de Washington puede exonerar dichas reclamaciones.

## LOS BENEFICIOS DEL ACUERDO

---

**9. ¿Qué dispone el Acuerdo?**

Según dispone el Acuerdo de Conciliación, el Demandado Chunghwa realizó el pago de $10,000,000 en efectivo, a una cuenta en custodia, donde ha estado acumulando interés en beneficio del Colectivo. Chunghwa también ofreció información sobre el caso al abogado del grupo, incluyendo la participación de otros Demandados en la conspiración.  El Acuerdo de Conciliación también dispuso que parte del Fondo del Acuerdo puede emplearse para liquidar costos incurridos durante el litigio y honorarios de abogados.

El Acuerdo de Conciliación y los documentos presentados a tenor del Acuerdo se encuentran disponibles para su lectura y descarga en **www.CRTclaims.com/reseller**, o usted puede solicitar copias llamando al 1-800-649-0963.

## 10. ¿Qué es el Fondo Neto?

El Fondo Neto es el monto disponible para distribución a solicitantes tras restar los honorarios de abogados, gastos del litigio, adjudicación de incentivos a representantes del colectivo y los costos de avisos y administración de reclamaciones. Tales disposiciones están sujetas a la aprobación del Tribunal. Los Abogados del Colectivo han solicitado $2.5 millones en honorarios de abogado y el reembolso de $632,369 en gastos del litigio del Fondo Chunghwa. Los gastos de la emisión del aviso, administración de las reclamaciones y gastos futuros del litigio actualmente se desconocen.

La solicitud de los Abogados del Colectivo para cubrir honorarios de abogado y el reembolso de gastos del litigio está disponible en la página web **www.CRTclaims.com/reseller**, o puede solicitar copias llamando al 1-800-649-0963.

## 11. ¿Cuánto dinero podría recibir?

Como parte de la aprobación del acuerdo en marzo de 2012, el Tribunal aprobó un plan de distribución parcial del fondo.  Según este plan, el Fondo Neto denominado se adjudicará primero entre los 22 estados que se mencionan en la primera página de este Aviso, además de Illinois y Oregón, para que cada estado reciba su parte a prorrata. Cada parte proporcional se determinará calculando la población de cada estado como porcentaje de la población total de los 24 estados, empleando figuras del censo del año 2000.  Los Procuradores Generales de Illinois y Oregón recibirán 8.59% y 2.37% del Fondo Neto, respectivamente.  Estos Procuradores Generales distribuirán la cantidad a los residentes de Illinois y Oregón.  El monto restante queda a ser distribuido entre los solicitantes de los 22 estados.

Cada una de las partes proporcionales correspondientes a los 22 estados se dividirá a la mitad (50/50) entre revendedores y consumidores, y luego serán distribuidas a solicitantes revendedores y consumidores a prorrata. Esto significa que los montos de los pagos se basarán en la cantidad de solicitudes válidas que se presenten, así como en la cantidad y el tipo de Producto(s) TRC comprado(s): televisores TRC estándares (tamaño de pantalla inferior a 30 pulgadas); televisores TRC grandes (tamaño de pantalla de 30 pulgadas o superior); o monitor TRC para computadora. Según los datos obtenidos durante el curso del litigio, las reclamaciones para distintos tipos de Productos TRC serán ponderadas de la siguiente forma:

- Reclamaciones para compras de televisores TRC estándares serán ponderadas como 1;
- Reclamaciones para compras de televisores TRC grandes serán ponderadas como 4.3; y
- Reclamaciones para compras de monitores TRC para computadoras serán ponderadas como 3.

En este momento, se desconoce cuánto dinero recuperará cada solicitante. El pago máximo será tres veces el sobrecargo estimado para cada solicitante.  En el caso de que los solicitantes que sean revendedores no agoten el fondo de revendedores de un estado en particular, el monto restante será distribuido a prorrata a los solicitantes existentes que sean consumidores finales de ese estado.

**Sepa que: Si usted presentó anteriormente una reclamación por Productos TRC que usted compró como usuario final y no para reventa, usted aún tiene derecho de presentar su reclamación como Revendedor si compró Productos TRC adicionales para revender.**

Existen más detalles sobre la distribución prevista del Fondo denominado, incluyendo la adjudicación del porcentaje para cada Estado disponibles en los documentos presentados ante el Tribunal, respecto al plan de distribución, en la página web del acuerdo: **www.CRTclaims.com/reseller**.  Para recibir un pago por Productos TRC que usted haya comprador para reventa a otras personas, usted tiene que presentar una reclamación válida (véase la Pregunta 13). El Formulario de Reclamación brinda más detalles acerca de cómo presentar una reclamación.  Más información disponible en **www.CRTclaims.com/reseller** o llamando al 1-800-649-0963.

### 12. ¿Cuándo recibiría el pago?

Los pagos serán distribuidos después de que el Tribunal sentencie la aprobación final del propuesto Plan de Distribución y tras la resolución de cualquier apelación. Si el Tribunal aprueba el Plan de Distribución, podría haber apelaciones. No sabemos cuánto tiempo podría tomar la resolución de apelaciones que pudiesen ser presentadas.

## CÓMO RECIBIR UN PAGO

### 13. ¿Cómo puedo recibir un pago?

Si usted es un revendedor que indirectamente compró Productos TRC en uno de los 22 estados en la primera página de este Aviso y usted desea presentar una reclamación del Fondo Neto para Productos TRC que usted compró con el propósito de revenderlos, debe completar y presentar un Formulario de Reclamación. Le instamos a presentar su reclamación online en **www.CRTclaims.com/reseller.** Si usted elige no presentar la solicitud en línea, puede presentarla por correo.

El Formulario de Reclamación puede verse y descargarse en **www.CRTclaims.com/reseller** o puede obtener una copia llamando gratis al 1-800-649-0963. Si elige enviar su solicitud por Internet, debe hacerlo antes del **29 de noviembre de 2016.** Si elige enviar el Formulario de Reclamación por correo, el matasellos debe tener la fecha **29 de noviembre de 2016** o previa, y debe enviarse a:

CRT Claims
c/o The Notice Company
P.O. Box 778
Hingham, MA 02043

## LOS ABOGADOS QUE LO REPRESENTAN A USTED

### 14. ¿Tengo un abogado que me represente?

El tribunal ha designado a Mario N. Alioto de Trump, Alioto, Trump & Prescott LLP como "Abogado del grupo demandante" para representar a los miembros del grupo demandante. Usted no tiene que pagarle al Abogado del Grupo por separado. Si usted desea ser representado por su propio abogado y que este comparezca ante el tribunal en este caso, usted puede contratar a uno a su propio costo.

## DERECHO A EXCLUIRSE U OBJETAR AL ACUERDO

### 15. ¿Quién tiene derecho a excluirse del u objetar al Acuerdo?

Se publicó y distribuyó anteriormente un Aviso sobre el Acuerdo Chunghwa, respecto a la audiencia de aprobación de marzo de 2012. Los miembros del Colectivo del Acuerdo Chunghwa fueron informados del Acuerdo Chunghwa y de sus derechos a excluirse u objetar al Acuerdo antes de ser definitivamente aprobado por el Tribunal en 2012. Aquellas personas que no se excluyeron del Acuerdo Chunghwa en ese momento, están ahora obligados por los términos de dicho acuerdo. Ha transcurrido el plazo para excluirse u objetar al Acuerdo Chunghwa. Sin embargo, usted puede presentar una objeción al plan de distribución propuesto. Véase la Pregunta 16 a continuación.

8

## OBJETAR U OPINAR ACERCA DEL PLAN DE DISTRIBUCIÓN

**16. ¿Cómo presento una objeción o comentario sobre el Plan de Distribución?**

Usted puede presentar una objeción o comentario por escrito respecto a la asignación de dividir fondos 50/50 entre revendedores y consumidores. La objeción por escrito debe incluir la siguiente información:

- Su nombre, dirección, número de teléfono y, si usted cuenta con la ayuda de un abogado, su nombre, dirección y número de teléfono;
- El nombre y número del caso (In re Cathode Ray Tube (CRT) Antitrust Litigation, MDL No. 1917);
- Prueba de su membresía del grupo demandante;
- Una breve explicación de sus razones para objetar; y
- Su firma.

La objeción debe ser entregada al Tribunal por correo, enviándola al Secretario de la Demanda Colectiva en la dirección que aparece debajo, o entregándola en persona en cualquier ubicación del h. **La objeción debe entregarse al Tribunal antes del, o tener matasellos no posterior al, 30 de septiembre de 2016:**

| TRIBUNAL |
|---|
| Class Action Clerk |
| United States District Court for the |
| Northern District of California |
| 450 Golden Gate Avenue, 16th Floor |
| San Francisco, CA 94102 |

## LA AUDIENCIA JUSTA

El Tribunal aprobó anteriormente el Acuerdo Chunghwa.  El Tribunal celebrará una Audiencia Justa para repasar el Plan de Distribución del Fondo Neto Chunghwa el **14 de noviembre de 2016** a las **9:30 a.m.**, en el Tribunal de Distrito de los Estados Unidos para el Distrito Norte de California, Sala de audiencias nueve, Piso 19, 450 Golden Gate Avenue, San Francisco, CA 94102.   La audiencia puede transferirse a otra fecha u horario sin previo aviso, verifique la información actual en la página web **www.CRTclaims.com**.

En esta audiencia, el Tribunal sopesará si cada Plan de Distribución es justo, razonable y adecuado. Si surgen objeciones o comentarios, el Tribunal los tendrá en cuenta en ese momento.  Después de la audiencia, el Tribunal decidirá la aprobación o no del Plan de Distribución. No sabemos cuánto puede durar esta toma de decisión.

**17. ¿Tengo que estar presente en la audiencia?**

No.   El Abogado del Grupo responderá cualquier pregunta que el Tribunal pueda tener. Pero usted es bienvenido y puede comparecer a su propio costo. Si usted presenta una objeción o comentario, no tiene que venir a corte para hablar al respecto. Siempre que haya presentado su objeción por escrito dentro del plazo indicado, esta será presentada ante el Tribunal para que este la tenga en cuenta. Usted también puede pagar a otro abogado para que participe en su nombre, pero no es requerido.

| 18. ¿Puedo hablar en la audiencia? |
| --- |

Usted puede pedirle al Tribunal permiso para hablar en la Audiencia Justa. Para ello, debe presentar un aviso de intención de comparecer "Notice of Intent to Appear in In re Cathode Ray Tube (CRT) Antitrust Litigation, MDL No. 1917". Asegúrese de incluir su nombre, dirección, número de teléfono y firma. Su aviso de intención de comparecer debe entregarse a la Corte por correo, enviándolo al Secretario de Demandas Colectivas a la dirección que aparece en la Pregunta 16, o entregándolo en persona en cualquier ubicación del Tribunal de Distrito de los Estados Unidos para el Distrito Norte de California, a más tardar el **30 de septiembre de 2016**. Usted no puede hablar en la audiencia si se excluyó a sí mismo del Colectivo del Acuerdo.

## OBTENER MÁS INFORMACIÓN

| 19. ¿Dónde puedo obtener más información? |
| --- |

Este Aviso resume el Acuerdo Chunghwa y el Plan de Distribución del Fondo Neto de Chunghwa. Para obtener los términos y condiciones exactos del Acuerdo Chunghwa, por favor diríjase al Acuerdo de Conciliación disponible en **www.CRTclaims.com/reseller**. Información adicional sobre el Plan de Distribución propuesto también se encuentra disponible en la página web. Usted puede además obtener más información sobre el Acuerdo Chunghwa:

- Llamando al 1-800-649-0963;
- Escribiendo a CRT Settlements, c/o The Notice Company, P.O. Box 778, Hingham, MA 02043;
- Buscando en la lista de casos del Tribunal este caso mediante el sistema de acceso público a registros judiciales electrónicos (PACER, por sus siglas en inglés) en https://ecf.cand.uscourts.gov; o
- Visitando la Oficina de la Secretaría del Tribunal de Distrito de los Estados Unidos para el Distrito Norte de California, 450 Golden Gate Avenue, San Francisco, CA 94102, entre 9:00 a.m. y 4:00 p.m., de lunes a viernes; excluyendo los feriados del Tribunal.

**TODAS LAS INQUIETUDES CONCERNIENTES A ESTE AVISO DEBERÁN DIRIGIRSE AL ADMINISTRADOR DEL ACUERDO, LLAMANDO AL 1-800-649-0963 O ESCRIBIENDO A: CRT QUESTIONS c/o THE NOTICE COMPANY, P. O. BOX 778, HINGHAM, MA 02043.**

**POR FAVOR, NO LLAME POR TELÉFONO AL TRIBUNAL NI A LA SECRETARÍA DEL TRIBUNAL PARA HACER PREGUNTAS RESPECTO AL ACUERDO O SOBRE EL PROCESO DE RECLAMACIÓN.**

**DECLARATION OF JOSEPH M. FISHER**

**EXHIBIT E**

# Si usted compró televisores, monitores para computadoras
u otros productos conteniendo

# Tubos de Rayos Catódicos Para Reventa

## Usted pudiera ser elegible para un acuerdo de reclamación por $10 millones

## Un simple formulario online para su reclamación le tomará 3-5 minutos

En marzo del año 2012 fue aprobado un acuerdo de demanda colectiva en torno a Tubos de Rayos Catódicos ("TRC"), un dispositivo de pantalla antiguo que se vendió solo o como componente principal de televisores y monitores para computadoras antes de usarse las tecnologías para pantallas de LCD, Plasma y LED.  La demanda argumenta que los Demandados fijaron los precios de los TRC, ocasionando que los compradores indirectos de productos conteniendo TRC, tales como televisores y monitores para computadoras (colectivamente denominados "Productos TRC"), pagaran más de lo que hubieran tenido que pagar. Los Demandados niegan las alegaciones de los Demandantes.

### ¿Quién es elegible para reclamar dinero?

Usted es elegible para reclamar dinero si usted compró Productos TRC para fines de reventa entre el 1 de marzo de 1995 y el 25 de noviembre de 2007 en AZ, CA, FL, HI, IA, KS, ME, MI, MN, MS, NE, NV, NM, NY, NC, ND, SD, TN, VT, WV, WI, o el Distrito de Columbia.

Las compras realizadas directamente por un demandado o un supuesto co-conspirador **no** están incluidas en este acuerdo (ver la lista de demandados y supuestos co-conspiradores en **www.CRTclaims.com/reseller** o llamando al 1-800-649-0963).

Sony® no es un demandado y los productos de marca Sony® no son elegibles para ser incluidos en estas reclamaciones.

### ¿Qué ofrece el acuerdo?

Los revendedores que califiquen y presenten reclamaciones en tiempo son elegibles para recibir dinero de un acuerdo por un monto de $10 millones, menos los honorarios de los abogados, gastos del litigio y adjudicaciones incentivas a los representantes de la demanda colectiva (que serán concedidas por el tribunal).  De esta cantidad, el 8.59% y el 2.37% serán asignados a los Fiscales Generales de Illinois y Oregon, respectivamente, para ser distribuidos a los residentes de esos estados.  El resto del fondo será asignado pro *rata* al Distrito de Columbia y los 21 estados listados más arriba según una fórmula basada en su población, aprobada por el tribunal. Los revendedores serán elegibles para reclamar respecto al 50% del fondo de cada estado.  Los consumidores ya han presentado reclamaciones.

La cantidad de dinero que usted recibirá depende del tipo y cantidad de Productos TRC que usted haya comprado y el número total de reclamaciones de revendedores hechas en su estado respectivo.  El plan de distribución está descrito más detalladamente en el Aviso Detallado a disposición en **www.CRTclaims.com/reseller.**

### ¿Cómo puedo obtener un pago?

Reclame online o por correo con fecha tope del **29 de noviembre de 2016.** Llenar el simple Formulario de Reclamación online tomará solo 3-5 minutos para la mayoría de las reclamaciones.

### ¿Cuáles son mis derechos?

El acuerdo fue aprobado finalmente el 22 de marzo de 2012.  Usted tiene derecho a objetar la adjudicación del fondo de acuerdo neto entre revendedores y consumidores.  Todas las objeciones tienen que ser presentadas ante el tribunal por usted o por su propio abogado con fecha tope del **30 de septiembre de 2016.**  El tribunal celebrará una audiencia el **14 de noviembre de 2016 a las 9:30 a.m.** para considerar si aprobar o no el plan de distribución propuesto.  La decisión del tribunal será obligatoria para todos los miembros de la demanda colectiva.

| Para más información: | **1-800-649-0963**          **www.CRTclaims.com/reseller** <br> **Texto: CRTclaims para 97000** (pudieran aplicar cargos por mensaje de texto) <br> **POR FAVOR NO CONTACTAR AL TRIBUNAL** <br> Para una notificación en español, llame o visite nuestra página web. |
|---|---|

# DECLARATION OF JOSEPH M. FISHER

# EXHIBIT F

### In Re: Cathode Ray Tube (CRT) Antitrust Litigation (MDL No. 1917)
*(Tribunal de Distrito de los Estados Unidos para el Distrito Norte de California)*

## FORMULARIO DE RECLAMACIÓN PARA REVENDEDORES: COMPRADOR INDIRECTO DE TUBOS DE RAYOS CATÓDICOS (TRC)
### La fecha límite de entrega es el 29 DE NOVIEMBRE DE 2016

### INSTRUCCIONES GENERALES

Para recibir un pago del Fondo Neto del Acuerdo Chunghwa, debe rellenar las cuatro partes del Formulario de Reclamación. Puede completar el formulario y enviarlo por correo a CRT Claims, c/o The Notice Company, P.O. Box 778, Hingham, MA 02043 **O** puede hacerlo por Internet, que es el método más sencillo, en **www.CRTclaims.com/reseller.** Su reclamación debe entregarse en línea a más tardar el **29 de NOVIEMBRE de 2016** o llevar sello postal con una fecha no posterior al **29 de NOVIEMBRE de 2016.**

Las entidades que hayan indirectamente comprado Productos con Tubos de Rayos Catódicos (TRC) en 21 estados y el Distrito de Columbia, **con el propósito de revender los Productos TRC**, son elegibles para recibir pagos del Acuerdo. Los Productos TRC incluyen TRC y productos que contengan TRC, tales como televisores TRC y monitores TRC para computadoras. "Indirectamente" significa que usted compró el Producto TRC de otro que no es uno de los Demandados o presuntos co-conspiradores; usted compró el Producto TRC de un mayorista, distribuidor u otro tipo de vendedor.

**Debe responder las Preguntas para Establecer Elegibilidad que aparecen debajo, marcando la casilla que corresponda, para determinar si puede considerarse elegible. El Formulario de Reclamación debe contener la fecha y firma del Miembro del Colectivo.**

**Nota importante respecto a la elegibilidad: Los televisores y monitores de la marca Sony® NO son elegibles para ser incluidos en este caso. Todas las otras marcas de televisores y monitores TRC sí lo son.**

### PARTE 1:  PREGUNTAS PARA ESTABLECER ELEGIBILIDAD

1. **¿Compró Ud. un Producto TRC en alguno de los siguientes estados <u>con el propósito de <em>REVENTA</em> y no para su propio uso</u>?  Sepa que la compra en sí (<em>no la reventa</em>) debe haberse efectuado en uno de los siguientes estados.**

    a. Arizona, California, Florida, Iowa, Kansas, Maine, Michigan, Minnesota, Mississippi, Nuevo México, Nueva York, Carolina del Norte, Dakota del Norte, Dakota del Sur, Tennessee, Vermont, Virginia Occidental, Wisconsin o el Distrito de Columbia, entre el **1º de marzo de 1995** y el **25 de noviembre de 2007**

    ☐ Sí ☐ No

    b. Hawái entre el **25 de junio de 2002 y el 25 de noviembre de 2007**

    ☐ Sí ☐ No

    c. Nebraska entre el **20 de julio de 2002 y el 25 de noviembre de 2007**

    ☐ Sí ☐ No

    d. Nevada entre el **4 de febrero de 1999 y el 25 de noviembre de 2007**

    ☐ Sí ☐ No

    **Sepa que: Si usted presenta una reclamación anteriormente por Productos TRC que usted compró como**

**usuario final y no para reventa, usted aún tiene derecho de presentar su reclamación como Revendedor si compró Productos TRC adicionales para revender.**

**¿Compró Ud. un Producto TRC de un tercero que no es uno de los Demandados o presunto co-conspirador?** Por ejemplo, si Ud. compró un televisor TRC o monitor TRC para computadoras de un mayorista, entonces su respuesta debe ser "Sí."  Si usted no realizó la compra en un mayorista u otro vendedor y solo compró un televisor TRC o monitor TRC para computadoras directamente de uno de los Demandados o uno de los presuntos co-conspiradores, entonces su respuesta debe ser "No."

☐ Sí  ☐ No

**Usted es elegible para recibir pagos solo si respondió "Sí" a al menos uno de los estados en la Pregunta 1, subsecciones (a), (b), (c) _o_ (d), _Y_ la Pregunta 2.**   Para obtener un pago, debe rellenar y enviar su Formulario de Reclamación en línea **www.CRTclaims.com/reseller** o completar las Partes 1, 2, 3 y 4 de este formulario y enviarlo a:  CRT Claims, c/o The Notice Company, P.O. Box 778, Hingham, MA 02043.

Para cualquier pregunta respecto a su elegibilidad para participar o para conocer cómo será distribuido el Fondo denominado, debe leer el Aviso del Colectivo y otros documentos disponibles en el sitio web.  Usted también puede llamar al 1-800-649-0963 con sus dudas.

## PARTE 2:  INFORMACIÓN SOBRE LA COMPRA

Para presentar una reclamación válida, usted debe haber comprador el(los) Producto(s) TRC en un estado elegible durante el plazo especificado ("Período de Reclamaciones"). El Período de Reclamaciones para los estados electivos es entre el **1 de marzo de 1995 y el 25 de noviembre de 2007**, excepto para compras en Hawái, Nebraska y Nevada, que tienen períodos de reclamaciones ligeramente más cortos.

- Las compras realizadas en Hawái deben haberse hecho entre el **25 de junio de 2002 y el 25 de noviembre de 2007.**
- Las compras realizadas en Nebraska deben haberse hecho entre el **20 de julio de 2002 y el 25 de noviembre de 2007.**
- Las compras realizadas en Nevada deben haberse hecho entre el **4 de febrero de 1999 y el 25 de noviembre de 2007.**

Ingrese la cantidad total de Productos TRC que usted compró entre el **1º de marzo de 1995 y el 25 de noviembre de 2007** _(véase las fechas modificadas del período anteriormente dispuestas para compras que se hicieron en Hawái, Nebraska o Nevada)_. **Solo incluya productos que califiquen, respecto a los cuales usted respondió "Sí" en las Preguntas para Establecer Elegibilidad en la Parte 1 y los cuales usted compró a razón de reventa.**

| Escriba la cantidad total de Productos TRC comprados durante el Período de Reclamación para cada Estado donde usted efectuó una compra indirecta. Por ejemplo, si compró 3 monitores para computadora en California, escriba "3" en el espacio correspondiente a cantidad adquirida y escriba "CA en la columna del Estado. Por favor, asegúrese de especificar el Estado donde compró y NO el estado donde usted revendió el(los) Producto(s) CRT. | | |
|---|---|---|
| **Tipo de producto** | **Cantidad adquirida en un Estado elegible** | **Estado donde se efectuó la compra** |
| Televisor TRC estándar (tamaño de pantalla inferior a 30 pulgadas): | | |
| Televisor TRC grande (tamaño de pantalla de 30 pulgadas o superior): | | |
| Monitor TRC para computadoras: | | |
| Otro(s) Producto(s) TRC (favor de especificar): | | |
| Adjunte páginas adicionales en caso necesario, para identificar múltiples compras y los estados donde estas se efectuaron. | | |

<u>Notas importantes</u>:
*Todas las reclamaciones están sujetas a auditorías y las reclamaciones más extensas requerirán verificación *

**Los televisores y monitores de la marca Sony® NO son elegibles para ser incluidos en este caso **
***Todos los solicitantes deben mantener cualquier tipo de prueba de compras ***

## PARTE 3: INFORMACIÓN SOBRE EL MIEMBRO DEL COLECTIVO

**Si un Solicitante es una PERSONA NATURAL:**

Nombre del miembro el colectivo

Apellido del miembro del colectivo

Título

**Si el Solicitante es un NEGOCIO:**

Nombre de la Entidad/Negocio que es miembro del colectivo

Persona de contacto para preguntas relativas a esta reclamación:

Especifique una – el Miembro del Colectivo es un/una:

☐ Individuo   ☐ Empresa (1-10 Empleados)   ☐ Empresa (11-50 Empleados)   ☐ Empresa (Más de 50 Empleados)

Dirección postal del miembro: número y calle o apartado de correos

Ciudad

Estado

Código postal

Número de teléfono (durante el día)

Dirección de correo electrónico

**Individuos:** Escriba al menos los últimos 4 dígitos de su Número de Seguro Social   X X X - X X - ☐☐☐☐

O escriba su fecha de nacimiento (mes y año):   X X / ☐☐☐☐

**Negocios:** Escriba su Número de Identificación de Contribuyente   ☐☐ - ☐☐☐☐☐☐

O escriba la fecha de fundación o incorporación:   / ☐☐ / ☐☐☐☐

## PARTE 4: FIRMAR Y FECHAR FORMULARIO

Declaro so pena de perjurio bajo las leyes de Estados Unidos de América, que la información proporcionada en este Formulario de Reclamación es verdadera y correcta a mi leal saber y entender.

_____

Firma del Miembro del Colectivo (o Representante de patrimonio)

___ ___ / ___ ___ /

Fecha (MM/DD/AA)

_____

Nombre en letra de molde

_____

Título *(si está rellenando este formulario para un negocio)*

**Las reclamaciones pueden ser verificadas y toda reclamación falsa o fraudulenta está sujeta a enjuiciamiento.**

| RECUERDE |
|---|
| Por favor, asegúrese de:<br>1. Rellenar completamente las cuatro partes del Formulario de Reclamación;<br>2. Firmar e incluir la fecha en el Formulario de Reclamación;<br>3. Enviar el Formulario de Reclamación el o antes del **29 de NOVIEMBRE de 2016**, en línea o por correo a:<br><br>  www.CRTclaims.com/reseller    **O**    CRT Claims<br>                                                        c/o The Notice Company<br>                                                        P.O. Box 778<br>                                                        Hingham, MA 02043<br><br>4. Guardar una copia del Formulario de Reclamación una vez rellenado, para su referencia;<br>5. Mantener toda prueba de compra que pueda tener para Productos TRC hasta que su reclamación se haya cerrado. Le notificaremos en caso de que tenga que proporcionar documentación durante el proceso de verificación de reclamaciones. |

**DECLARATION OF JOSEPH M. FISHER**

**EXHIBIT G**

Important Legal Notice for
Resellers of CRT Products



You May be Eligible to
Submit a Claim in a Class
Action Settlement.

CRT Claims
c/o The Notice Company
P. O. Box 778
Hingham, MA 02043

PRESORTED
FIRST CLASS MAIL
U.S. POSTAGE
**PAID**
BROCKTON, MA
PERMIT NO. 243

Electronics stores, retailers, wholesalers and other resellers are eligible to submit a claim in connection with their purchases, for resale, of Televisions, Computer Monitors or other products containing Cathode Ray Tubes ("CRTs").

If, for purposes of resale, you indirectly purchased CRT Products between March 1, 1995, and November 25, 2007 in AZ, CA, FL, HI, IA, KS, ME, MI, MN, MS, NE, NV, NM, NY, NC, ND, SD, TN, VT, WV, WI, or the District of Columbia, you are eligible to receive money from a $10 million settlement, less attorneys' fees and expenses. The payment you receive will depend on the type and quantity of CRT Products you purchased, the total number of eligible reseller claims made in your respective state, and the allocation between reseller and end-user class members.

➢ A Class Action Settlement was approved in 2012 involving CRTs, a display device that was a main component in TVs, computer monitors and other devices.

➢ You may submit a claim online or by mail no later than **November 29, 2016**.

➢ You or your attorney may object to the proposed payment allocation between resellers and end-users by **September 30, 2016**. The decisions of the Court will be binding on all class members.

For complete information, to obtain the Detailed Notice, or to file a Claim, go to

**www.CRTclaims.com/reseller**

You may contact the Claims Administrator at 1-800-649-0963 or by writing to:

CRT Claims
c/o The Notice Company
P.O. Box 778
Hingham, MA 02043

Para una notificación en Español, llamar o visitar nuestro website.

**DECLARATION OF JOSEPH M. FISHER**

**EXHIBIT H**

**Subject:** Legal Notice for Resellers of CRT Products
**From:** CRT Claims <CRTClaims@e1.napco-info.com>

**A Federal Court authorized this notice. This is not a solicitation from a lawyer.**

***In re: Cathode Ray Tube (CRT) Antitrust Litigation,*** MDL No. 1917, U.S. District Court, N.D. California.

**Electronics stores, retailers, wholesalers and other resellers are eligible to submit a claim** in connection with their purchases, for resale, of Televisions, Computer Monitors or other products containing Cathode Ray Tubes ("CRTs").

If, for purposes of resale, you indirectly purchased CRT Products between March 1, 1995, and November 25, 2007, in AZ, CA, FL, HI, IA, KS, ME, MI, MN, MS, NE, NV, NM, NY, NC, ND, SD, TN, VT, WV, WI, or the District of Columbia, you are eligible to receive money from a $10 million settlement, less attorneys' fees and expenses. The payment you receive will depend on the type and quantity of CRT Products you purchased, the total number of eligible reseller claims made in your respective state, and the allocation between reseller and end-user class members.

A Class Action Settlement was approved in 2012 involving CRTs, a display device that was a main component in TVs, computer monitors and other devices.

**You may submit a claim online or by mail no later than November 29, 2016.** The Reseller Claim Form is available at www.CRTclaims.com/reseller

You or your attorney may object to the proposed payment allocation between resellers and end-users by **September 30, 2016.** The decisions of the Court

will be binding on all class members. Instructions
for filing an objection are available at
www.CRTclaims.com/reseller.

For further information, to obtain the Detailed
Notice, or to file a Claim, go to
www.CRTclaims.com/reseller. You may also call
1-800-649-0963 or write to:
CRT Claims
c/o The Notice Company
P.O. Box 778
Hingham, MA 02043

Para una notificación en Español, llamar o visitar
nuestro website.

NAPCO Media is committed to providing you with relevant business information.
If you no longer wish to receive these valuable offers, use this link to be deleted from this list.

**DECLARATION OF JOSEPH M. FISHER**

**EXHIBIT I**

Consumer Electronic News | Blogs | Retailing | Appliances | CES | Twice

8/1/16, 2:43 PM



MULTICHANNEL NEWS | NYC TELEVISION WEEK | AV-IQ | TV TECHNOLOGY | TVB EUROPE | B&C | MORE


**Important Legal Notice for Resellers of CRT Products**
Electronics stores, retailers, wholesalers and other resellers are eligible to submit a claim in connection with their purchases, for resale, of Televisions, Computer Monitors or other products containing Cathode Ray Tubes ("CRTs").
You may submit a claim online or by mail no later than **November 29, 2016.**
**www.CRTclaims.com/reseller**

# TWICE

TWICE CONNECT    

CAREERS 



| PRODUCTS | INDUSTRY | RESEARCH | RETAIL | SUBSCRIBE |

**PEOPLE**

# Industry Daughter Chloe Towns Kicks Butt



Jul 29, 2016 - Fred Towns' teen takes 1st place in Taekwondo National Championships...

**More**

**STATISTICS**

## Sales Of Bluetooth Headphones Surpass Wired For First Time

Category saw 42% growth vs. last year

**STATISTICS**

## Tablet Sales Flag But Pro Models Raise Average Selling Prices

Android slates continue to dominate share

**VIRTUAL REALITY**

## Technicolor Opens Experience Center To Develop VR Content

Also working on technology and tools to distribute new

**FINANCIAL**

## Amazon Q2 Earnings Skyrocket

Profits up a whopping 832%

More Stories →


Much More Here.
SHARP. | Simply Better Living

### NEWSLETTER SIGNUP

## Free E-Newsletters

Subscribe to our FREE eNewsletters

ENTER YOUR EMAIL ADDRESS    SUBSCRIBE

TALKBACK   TRENDING

Rod Evenson
*"Is this phone going to have blue screen..."*

**New LG Flagship V20 Is First Phone To Run Android 7.0 Nougat OS**

Rod Evenson
*"I know. And the „g4 has blue screen problems too"*

**New LG Flagship V20 Is First Phone To Run Android 7.0 Nougat OS**

YaYa Dangerous

# Important Legal Notice for Resellers of CRT Products

Electronics stores, retailers, wholesalers and other resellers are eligible to submit a claim in connection with their purchases, for resale, of Televisions, Computer Monitors or other products containing Cathode Ray Tubes ("CRTs").

You may submit a claim online or by mail no later than **November 29, 2016.**

**www.CRTclaims.com/reseller**



## Important Legal Notice for Resellers of CRT Products

Electronics stores, retailers, wholesalers and other resellers are eligible to submit a claim in connection with their purchases, for resale, of Televisions, Computer Monitors or other products containing Cathode Ray Tubes ("CRTs").

You may submit a claim online or by mail no later than **November 29, 2016**.

To obtain the Detailed Notice, or to file a Claim, go to:

**www.CRTclaims.com/reseller**

**DECLARATION OF JOSEPH M. FISHER**

**EXHIBIT J**



**The New York Times**

620 8TH AVENUE · NEW YORK, NY 10018

# PROOF OF PUBLICATION

Aug 1                                                    201 6

I, Alice Weber, in my capacity as a Principal Clerk of the Publisher of **The New York Times** a daily newspaper of general circulation printed and published in the City, County and State of New York, hereby certify that the advertisement annexed hereto was published in the editions of

**The New York Times** on the following date or dates, to wit on

JUL 3 1 2016        A 9

_Alice Weber_

Sworn before me the

1st day of August 201 6

_Michelle Mary Scibilia_

Notary Public

MICHELLE MARY SCIBILIA
NOTARY PUBLIC-STATE OF NEW YORK
No. 01SC6281145
Qualified in Nassau County
My Commission Expires May 13, 2017

## If You Bought Televisions, Computer Monitors

or Other Products Containing

## Cathode Ray Tubes

## For Resale

### You May Be Eligible to Claim from a $10 Million

In March 2012, a class action settle
Cathode Ray Tubes ("CRTs"), an old
by itself or as the main component
before the use of LCD, Plasma and L
lawsuit claims that the Defendants fix
indirect purchasers of products conta
computer monitors (collectively "CRT
they otherwise would have.     Th
allegations.

**Who is Eligible to C**

You are eligible to claim money if
purchased CRT Products between I
25, 2007 in AZ, CA, FL, HI, IA, KS,
NY, NC, ND, SD, TN, VT, WV, WI, or

Purchases made directly from a
conspirator are **not** included in th
defendants and alleged co-conspira
**reseller** or by calling 1-800-649-0963

Sony® is not a defendant and Son
eligible to be included in these claims

**What does the settle**

Qualifying resellers who submit time
money from a $10 million settlement
expenses and incentive awards a
awarded by the Court).  Of this am
allocated to the Attorneys Gene
respectively, to be distributed to the
balance of the fund will be allocal
Columbia and the 21 states listed al
based formula approved by the Cou
claim against 50% of each state's f
filed claims.

The amount of money you will rec
quantity of CRT Products you purc

# If You Bought Televisions, Computer Monitors

## or Other Products Containing

# Cathode Ray Tubes

# For Resale

## You May Be Eligible to Claim from a $10 Million Settlement

## Simple Online Claim Form Takes 3-5 Minutes

In March 2012, a class action settlement was approved involving Cathode Ray Tubes ("CRTs"), an older display device that was sold by itself or as the main component in TVs and computer monitors before the use of LCD, Plasma and LED Display Technologies. The lawsuit claims that the Defendants fixed the prices of CRTs causing indirect purchasers of products containing CRTs, such as TVs and computer monitors (collectively "CRT Products"), to pay more than they otherwise would have.   The Defendants deny Plaintiffs' allegations.

### Who is Eligible to Claim Money?

You are eligible to claim money if, for purposes of resale, you purchased CRT Products between March 1, 1995, and November 25, 2007 in AZ, CA, FL, HI, IA, KS, ME, MI, MN, MS, NE, NV, NM, NY, NC, ND, SD, TN, VT, WV, WI, or the District of Columbia.

Purchases made directly from a defendant or an alleged co-conspirator are *not* included in this settlement (see the list of defendants and alleged co-conspirators at **www.CRTclaims.com/ reseller** or by calling 1-800-649-0963).

Sony® is not a defendant and Sony® branded products are not eligible to be included in these claims.

### What does the settlement provide?

Qualifying resellers who submit timely claims are eligible to receive money from a $10 million settlement, less attorneys' fees, litigation expenses and incentive awards for class representatives (to be awarded by the Court).   Of this amount, 8.59% and 2.37% will be allocated to the Attorneys General of Illinois and Oregon, respectively, to be distributed to the residents of those states.   The balance of the fund will be allocated *pro rata* to the District of Columbia and the 21 states listed above according to a population-based formula approved by the Court.   Resellers will be eligible to claim against 50% of each state's fund.   Consumers have already filed claims.

The amount of money you will receive depends on the type and quantity of CRT Products you purchased and the total number of eligible reseller claims made in your respective state.   The distribution plan is described more fully in the Detailed Notice available at **www.CRTclaims.com/reseller.**

### How can I get a payment?

Claim online or by mail by **November 29, 2016.**   The simple online Claim Form only takes 3-5 minutes for most claims.

### What are my rights?

The settlement was finally approved on March 22, 2012.   You have the right to object to the allocation of the net settlement fund between resellers and consumers.   All objections must be submitted to the Court by you or your own lawyer by **September 30, 2016.**   The Court will hold a hearing on **November 14, 2016, at 9:30 a.m.** to consider whether to approve the proposed plan of distribution.   The decision of the Court will be binding on all class members.

| For More Information: | **1-800-649-0963**        **www.CRTclaims.com/reseller**<br>**Text: CRTclaims to 97000** (text messaging rates may apply)<br>**PLEASE DO NOT CONTACT THE COURT**<br>Para una notificación en Español, llamar o visitar nuestro website. |
|---|---|

**DECLARATION OF JOSEPH M. FISHER**

**EXHIBIT K**

# Notice for Resellers of CRT Products  English ▾

NEWS PROVIDED BY
**The Notice Company →**
(http://www.prnewswire.com/news/the-notice-company)
Aug 01, 2016, 10:00 ET

SHARE THIS ARTICLE

SAN FRANCISCO, Aug. 1, 2016 /PRNewswire/ -- The following release was issued today by The Notice Company, Inc.:

**If You Bought Televisions, Computer Monitors or Other Products Containing Cathode Ray Tubes, For Resale, You May Be Eligible to Claim from a $10 Million Settlement.**

Simple Online Claim Form Takes 3-5 Minutes.

In March 2012, a class action settlement was approved involving Cathode Ray Tubes ("CRTs"), an older display device that was sold by itself or as the main component in TVs and computer monitors before the use of LCD, Plasma and LED Display Technologies. The lawsuit claims that the Defendants fixed the prices of CRTs causing indirect purchasers of products containing CRTs, such as TVs and computer monitors (collectively "CRT Products"), to pay more than they otherwise would have. The Defendants deny Plaintiffs' allegations.

**Who is Eligible to Claim Money?**

You are eligible to claim money if, for purposes of resale, you purchased CRT Products between March 1, 1995, and November 25, 2007 in AZ, CA, FL, HI, IA, KS, ME, MI, MN, MS, NE, NV, NM, NY, NC, ND, SD, TN, VT, WV, WI, or the District of Columbia.

Purchases made directly from a defendant or an alleged co-conspirator are not included in this settlement (see the list of defendants and alleged co-conspirators at www.CRTclaims.com/reseller (https://www.crtclaims.com /reseller) or by calling 1-800-649-0963).

Sony® is not a defendant and Sony® branded products are not eligible to be included in these claims.

## What does the settlement provide?

Qualifying resellers who submit timely claims are eligible to receive money from a $10 million settlement, less attorneys' fees, litigation expenses and incentive awards for class representatives (to be awarded by the Court). Of this amount, 8.59% and 2.37% will be allocated to the Attorneys General of Illinois and Oregon, respectively, to be distributed to the residents of those states. The balance of the fund will be allocated pro rata to the District of Columbia and the 21 states listed above according to a population-based formula approved by the Court. Resellers will be eligible to claim against 50% of each state's fund. Consumers have already filed claims.

The amount of money you will receive depends on the type and quantity of CRT Products you purchased and the total number of eligible reseller claims made in your respective state. The distribution plan is described more fully in the Detailed Notice available at www.CRTclaims.com/reseller (https://www.crtclaims.com/reseller).

**How can I get a payment?**

Claim online or by mail by **November 29, 2016**. The simple online Claim Form only takes 3-5 minutes for most claims.

**What are my rights?**

The settlement was finally approved on March 22, 2012. You have the right to object to the allocation of the net settlement fund between resellers and consumers. All objections must be submitted to the Court by you or your own lawyer by **September 30, 2016**. The Court will hold a hearing on **November 14, 2016**, at 9:30 a.m. to consider whether to approve the proposed plan of distribution. The decision of the Court will be binding on all class members.

**For More Information:** Call 1-800-649-0963, online at www.CRTclaims.com/reseller (https://www.crtclaims.com/reseller), text CRTclaims to 97000 (text messaging rates may apply), or write to CRT Reseller Claims, c/o The Notice Company, P.O. Box 778, Hingham, MA 02043.

Para una notificación en Español, llamar o visitar nuestro website.

PLEASE DO NOT CONTACT THE COURT

SOURCE The Notice Company

## Related Links

http://www.notice.com (http://www.notice.com)

(http://www.prnewswire.com/news-releases/aviso-para-revendedores-de-productos-crt-588832521.html)

## Also from this source

AUG 01, 2016, 10:00 ET

**Aviso para revendedores de productos CRT (http://www.prnewswire.com/news-releases /aviso-para-revendedores-de-productos- crt-588832521.html)**

## Explore

More news releases in similar topics

Computer Electronics (http://www.prnewswire.c /news-releases /consumer- technology-latest- news/computer- electronics-list/)

Television (http://www.prnewswire.c /news-releases /entertainment- media-latest- news/television-list/)

Banking & Financial Services (http://www.prnewswire.c /news-releases /financial-services- latest-news/banking- financial-services- list/)

Legal Issues (http://www.prnewswire.c /news-releases /policy-public- interest-latest- news/legal-issues- list/)

You just read:

# Notice for Resellers of CRT Products

NEWS PROVIDED BY

**The Notice Company →**
(http://www.prnewswire.com/news/the-notice-company)

Aug 01, 2016, 10:00 ET

SHARE THIS ARTICLE

http://www.prnewswire.com/news-releases/notice-for-resellers-of-crt-produc

## Contact (/contact-us/)

888-776-0942
from 8 AM - 10 PM ET
Chat Online with an Expert
Contact Us (/contact-us/)

## Solutions (/solutions /overview/)

For Marketers (/solutions /marketing/)
For Public Relations (/solutions/public-relations/)
For IR & Compliance (/solutions/ir-compliance/)
For Agency (/solutions /agency/)
For Small Business (http://www.smallbusinesspr.com/)
All Products (/solutions /products-overview/)

## About (http://prnewswire.mediaroom.com /index.php)

About PR Newswire (http://prnewswire.mediaroom.com /index.php)
About Cision (http://www.cision.com /us/?utm_medium=website& utm_source=prnewswire& utm_content=cishomepage& utm_campaign=prnewswire)
Become a Publishing Partner (/contact-us/prnewswire-partners/)
Become a Channel Partner (/contact-us/become-a-partner/)
Careers (http://prncareers.mediaroom.com/)

Global Sites ⌃ ()

## My Services

All News Releases (/ releases/)
Online Member Center (https://portal.prne /Login.aspx)
ProfNet℠ (/profnet/)

Terms of Use (/terms-of-use-apply.html)
Privacy Policy (/privacy-policy.html)

Copyright © 2016 PR Newswire Association LLC. All Rights Reser
Cision (http://www.cision.com/us/?utm_medium=website&

Information Security Policy Statement (/prn-information-security-policy.html)

Site Map (/sitemap/)    |    RSS Feeds (/rss/)

utm_source=prnewswire&utm_content=cishomepage&
utm_campaign=prnewswire) company.



**DECLARATION OF JOSEPH M. FISHER**

**EXHIBIT L**

# Aviso para revendedores de productos CRT

Español ▾

NEWS PROVIDED BY

**The Notice Company →**
(http://www.prnewswire.com/news/the-notice-company)
Aug 01, 2016, 10:00 ET

SHARE THIS ARTICLE

f    t    g+    in    p    ✉    🖨

SAN FRANCISCO, 1 de agosto de 2016 /PRNewswire-HISPANIC PR WIRE/ -- The Notice Company, Inc. emitió hoy el siguiente comunicado:



**Si compró televisores, monitores de computadoras u otros productos con tubos de rayos catódicos, para reventa, puede ser elegible para presentar una reclamación en el marco de un acuerdo de $10 millones.**

Rellenar el sencillo formulario de reclamación en Internet toma de 3 a 5 minutos.

En marzo de 2012, se aprobó un acuerdo de demanda colectiva con respecto a tubos de rayos catódicos ("CRT", por sus siglas en inglés), un dispositivo de visualización antiguo que se vendía solo o como el componente principal en televisores y monitores de computadoras antes del uso de las tecnologías de pantallas LCD, plasma y LED. En la demanda se alega que los demandados fijaron los precios de los CRT, lo que hizo que los compradores indirectos de productos que contenían CRT, como televisores y monitores de computadoras (en conjunto denominados "productos CRT") pagaran más de lo que habrían pagado de otro modo. Los demandados niegan las acusaciones de los

demandantes.

**¿Quiénes son elegibles para reclamar dinero?**

Usted puede reclamar dinero si compró, para su reventa, productos CRT entre el 1 de marzo de 1995 y el 25 de noviembre de 2007 en AZ, CA, FL, HI, IA, KS, ME, MI, MN, MS, NE, NV, NM, NY, NC, ND, SD, TN, VT, WV, WI o el Distrito de Columbia.

Las compras hechas directamente a un demandado o un presunto coconspirador no se incluyen en este acuerdo (vea la lista de demandados y presuntos coconspiradores en www.CRTclaims.com/reseller (https://www.crtclaims.com/reseller) o llame al 1-800-649-0963).

Sony® no es un demandado y los productos de marca Sony® no pueden incluirse en estas reclamaciones.



**¿Qué se establece en el acuerdo?**

Los revendedores que cumplan con los requisitos y presenten reclamaciones en tiempo y forma son elegibles para recibir dinero de un fondo del acuerdo de $10 millones, menos honorarios de abogados, costos judiciales y adjudicaciones incentivo para los representantes de los demandantes colectivos (que adjudicarán los Tribunales). De este monto, 8.59% y 2.37% se adjudicarán a los procuradores generales de Illinois y Oregon, respectivamente, para su distribución a los residentes de esos estados. El saldo del fondo se adjudicará en forma prorrateada al Distrito de Columbia y los 21 estados que se mencionan más arriba siguiendo una fórmula basada en la población aprobada por los Tribunales. Los revendedores serán elegibles para reclamar hasta el 50% del fondo de cada estado. Los consumidores ya han presentado reclamaciones.

El monto de dinero que recibirá depende del tipo y la cantidad de productos CRT que haya comprado y la cantidad total de reclamaciones de revendedores elegibles que se presenten en su estado. El plan de distribución se describe con mayor detenimiento en el Aviso detallado que está disponible en www.CRTclaims.com/reseller (https://www.crtclaims.com/reseller).

**¿Cómo puedo recibir un pago?**

Presente su reclamación en Internet o envíela por correo postal hasta el **29 de noviembre de 2016**. Rellenar el sencillo formulario de reclamación en Internet solo toma de 3 a 5 minutos para la mayoría de las reclamaciones.

**¿Qué derechos tengo?**

El acuerdo finalmente se aprobó el 22 de marzo de 2012. Tiene derecho a objetar la asignación del fondo neto del acuerdo entre revendedores y consumidores. Usted o su abogado deben enviar todas las objeciones a los Tribunales antes del **30 de septiembre de 2016**. Habrá una audiencia en los Tribunales el **14 de noviembre de 2016** a las 9:30 a.m. para determinar si se aprueba el plan de distribución propuesto. La decisión de los Tribunales será vinculante para todos los miembros de la demanda colectiva.

**Para más información:** Llame al 1-800-649-0963, visite el sitio web www.CRTclaims.com/reseller (https://www.crtclaims.com/reseller), envíe un mensaje de texto con la palabra "CRTclaims" a 97000 (se pueden aplicar tarifas de mensajes de texto), o escriba a CRT Reseller Claims, c/o The Notice Company, P.O. Box 778, Hingham, MA 02043.

NO CONTACTE A LOS TRIBUNALES

SOURCE The Notice Company

**Related Links**

http://www.notice.com (http://www.notice.com)

(http://www.prnewswire.com/news-releases/notice-for-resellers-of-crt-products-300306302.html)
(http://www.prnewswire.com/news-releases/aviso-a-los-compradores-de-productos-con-crt-539283041.html)

## Also from this source

AUG 01, 2016, 10:00 ET
**Notice for Resellers of CRT Products (http://www.prnewswire.com/news-releases /notice-for-resellers-of-crt-products-300306302.html)**



## Explore

More news releases in similar topics

Computer Electronics (http://www.prnewswire.c /news-releases /consumer-technology-latest-news/computer-electronics-list/)

Television (http://www.prnewswire.c /news-releases /entertainment-media-latest-news/television-list/)

Banking & Financial Services (http://www.prnewswire.c /news-releases /financial-services-latest-news/banking-financial-services-list/)

Legal Issues (http://www.prnewswire.com/news-releases/policy-public-interest-latest-news/legal-issues-list/)

You just read:

# Aviso para revendedores de productos CRT

NEWS PROVIDED BY

**The Notice Company →** (http://www.prnewswire.com/news/the-notice-company)

Aug 01, 2016, 10:00 ET

SHARE THIS ARTICLE

    



http://www.prnewswire.com/news-releases/aviso-para-revendedores-de-pro

## Contact (/contact-us)

888-776-0942 from 8 AM - 10 PM ET

Chat Online with an Expert

Contact Us (/contact-us)

## Solutions (/solutions/overview/)

For Marketers (/solutions/marketing/)

For Public Relations (/solutions/public-relations/)

For IR & Compliance (/solutions/ir-compliance/)

For Agency (/solutions

## About (http://prnewswire.mediaroom.com/index.php)

About PR Newswire (http://prnewswire.mediaroom.com/index.php)

About Cision (http://www.cision.com/us/?utm_medium=website&utm_source=prnewswire&utm_content=cishomepage&

## My Services

All News Releases (/releases/)

Online Member Cen (https://portal.prnew/Login.aspx)

ProfNet℠ (/profnet/

/agency/)
For Small Business
(http://www.smallbusinesspr.com/)
All Products (/solutions
/products-overview/)

utm_campaign=prnewswire)
Become a Publishing
Partner (/contact-
us/prnewswire-partners/)
Become a Channel Partner
(/contact-us/become-
a-partner/)
Careers
(http://prncareers.mediaroom.com/)

Global Sites ∧ ()

Terms of Use (/terms-of-use-apply.html)
   Privacy Policy (/privacy-policy.html)
   Information Security Policy Statement (/prn-information-security-
   policy.html)
   Site Map (/sitemap/)   |   RSS Feeds (/rss/)

Copyright © 2016 PR Newswire Association LLC. All Rights Reser
Cision (http://www.cision.com/us/?utm_medium=website&
utm_source=prnewswire&utm_content=cishomepage&
utm_campaign=prnewswire) company.





# DECLARATION OF JOSEPH M. FISHER

# EXHIBIT M

# Notice for Resellers of CRT Products

English | Story Number: **NE58171**   Clear Time **Aug 01, 2016 10:00 AM ET**



Report Data shows for | (NE58171) English : Notice for Resellers of CRT Products ▾

---

## Overview

TOTAL PICKUP                                                                            232

**Exact Match**                                              232 Postings

TOTAL POTENTIAL AUDIENCE                                                              90M

**Exact Match**                                              90M Visitors/day

## Total Pickup Over Time
Total pickup since your content was distributed



## Total Pickup by Source Type          ## Total Pickup by Industry



**■** Newspaper (103/44.4%)
**■** Broadcast Media (67/28.9%)
**■** News & Information Service (30/12.9%)
**■** Trade Publications (12/5.2%)
**■** Online News Sites & Other Influencers (7/3.0%)
**■** Other (13/5.6%)

**■** Media & Information (180/77.6%)   **■** Financial (15/6.5%)   **■** Tech (14/6.0%)
**■** Multicultural & Demographic (10/4.3%)
**■** Entertainment (3/1.3%)   **■** Other (10/4.3%)

## Exact Match Pickup

Exact matches are full text postings of your content which we have found in the online and social media that we monitor. Understand how it is calculated. Your release has generated **232** exact matches with a total potential audience of **89,983,730**.

About PR Newswire    Contact PR Newswire    PR Newswire's Terms of Use Apply    Careers
Privacy    Site Map    RSS Feeds    Blog

Copyright PR Newswire Association LLC. All Rights Reserved. © 2016
A Cision company.

PR Newswire's Terms of Use Apply

**DECLARATION OF JOSEPH M. FISHER**

**EXHIBIT N**

# Aviso para revendedores de productos CRT

Spanish   Story Number: **SH58171**   Clear Time **Aug 01, 2016 10:00 AM ET**

Report Data shows for   (SH58171) Spanish : Aviso para revendedores de productos CRT ▾

## Overview

TOTAL PICKUP                                                      128

**Exact Match**                         128 Postings

TOTAL POTENTIAL AUDIENCE                                     76.4M

**Exact Match**                         76.4M Visitors/day

## Total Pickup Over Time
Total pickup since your content was distributed



Total Pickup by Source Type          Total Pickup by Industry



**News & Information Service (61/47.7%)**
**Newspaper (27/21.1%)**
**Broadcast Media (21/16.4%)**   **Magazine (7/5.5**
**Online News Sites & Other Influencers (4/3.1%)**
**Other (8/6.3%)**

**Multicultural & Demographic (119/93.0%)**
**Media & Information (5/3.9%)**
**Entertainment (2/1.6%)**   **Other (2/1.6%)**

## Exact Match Pickup

Exact matches are full text postings of your content which we have found in the online and social media that we monitor. Understand how it is calculated. Your release has generated **128** exact matches with a total potential audience of **76,365,851**.

About PR Newswire    Contact PR Newswire    PR Newswire's Terms of Use Apply    Careers
Privacy    Site Map    RSS Feeds    Blog

Copyright PR Newswire Association LLC. All Rights Reserved. © 2016
A Cision company.

PR Newswire's Terms of Use Apply

**DECLARATION OF JOSEPH M. FISHER**

**EXHIBIT O**

**Update on CRT Claims**                    **Email:  August 1, 2016**

We are pleased to inform you that the claims process is moving forward in the CRT indirect purchaser settlement.  Please be sure to check the settlement website for updates: www.CRTclaims.com.

We are also advising you of a proposed reallocation of a small portion of the $576.75 million Settlement Fund.  This reallocation will only affect $10 million of the $576.75 million Settlement Fund and will be distributed in satisfaction of the terms of a prior settlement with one of the CRT defendants, Chunghwa Picture Tubes Ltd., which was given final approval in 2012.  The Attorneys General of Illinois and Oregon will be allocated 8.59% and 2.37%, respectively, from the Chunghwa settlement fund.  The balance of the fund will be allocated pro rata to the District of Columbia and the following 21 states: AZ, CA, FL, HI, IA, KS, ME, MI, MN, MS, NE, NM, NY, NV, NC, ND, SD, TN, VT, WV, and WI, according to a population-based formula approved by the Court.  Resellers will be eligible to claim against up to 50% of a state's fund. The remaining balance of the states' funds will be allocated to end users.

As an end-user claimant, you have already filed a claim for your share of the CRT Settlement Fund.  **End users should not re-file their claims to participate in the Chunghwa settlement**. For all qualifying claimants, the Claims Administrator will automatically include the end-user portion of the Chunghwa settlement amount in the distribution of payments to end-users. Please note that the Court has not yet decided whether claims filed after the December 7, 2015, deadline (or the June 30, 2016, deadline for natural persons who reside in California) will be paid.

**However, if you also indirectly purchased CRT Products for resale to others, then you may qualify to submit an additional claim as a Reseller.**  The Reseller Claim Form is available at www.CRTclaims.com/reseller and may be submitted no later than **November 29, 2016**.

If you have an objection to the proposed payment allocation involving the Chunghwa settlement, you or your attorney may file a written objection with the Court and with the lawyers in this case by no later than **September 30, 2016**. Instructions for filing an objection are available at www.CRTclaims.com/objections.

For further information, including a detailed explanation of the proposed allocation of funds for the Chunghwa settlement, and specific instructions for filing objections or submitting reseller claims, go to www.CRTclaims.com. You may also call 1-800-649-0963 or write to CRT Claims, c/o The Notice Company, P.O. Box 778, Hingham, MA 02043.

Please do not telephone the Court or the Court Clerk's office to inquire about this settlement or the claim process.

Para una notificación en Español, llamar o visitar nuestro website.

Want to change how you receive these emails?

You can update your preferences or unsubscribe from this list

**DECLARATION OF JOSEPH M. FISHER**

**EXHIBIT P**

**Cathode Ray Tube (CRT) Indirect Purchaser Class Action Settlement Administrator**

PO Box 778, Hingham, MA 02043 / (800) 649-0963

August 1, 2016

**To:**     **CRT Indirect Purchaser Claimants**

**Re:**     *In re: Cathode Ray Tube (CRT) Antitrust Litigation (MDL No. 1917),  Indirect Purchaser Class Action, Case No. C-07-5944-SC,* U.S. District Court, N.D. California

## <u>Update on CRT Claims</u>

We are pleased to inform you that the claims process is moving forward in the CRT indirect purchaser settlement.  Please be sure to check the settlement website for updates: **www.CRTclaims.com**.

We are also advising you of a proposed reallocation of a small portion of the $576.75 million Settlement Fund. This reallocation will only affect $10 million of the $576.75 million Settlement Fund and will be distributed in satisfaction of the terms of a prior settlement with one of the CRT defendants, Chunghwa Picture Tubes Ltd., which was given final approval in 2012.  The Attorneys General of Illinois and Oregon will be allocated 8.59% and 2.37%, respectively, from the Chunghwa settlement fund.  The balance of the fund will be allocated pro rata to the District of Columbia and the following 21 states: AZ, CA, FL, HI, IA, KS, ME, MI, MN, MS, NE, NM, NY, NV, NC, ND, SD, TN, VT, WV, and WI, according to a population-based formula approved by the Court.  Resellers will be eligible to claim against up to 50% of a state's fund. The remaining balance of the states' funds will be allocated to end users.

As an end-user claimant, you have already filed a claim for your share of the CRT Settlement Fund.  **End users should not re-file their claims to participate in the Chunghwa settlement**. For all qualifying claimants, the Claims Administrator will automatically include the end-user portion of the Chunghwa settlement amount in the distribution of payments to end-users.  Please note that the Court has not yet decided whether claims filed after the December 7, 2015, deadline (or the June 30, 2016, deadline for natural persons who reside in California) will be paid.

**However, if you also indirectly purchased CRT Products for resale to others, then you may qualify to submit an additional claim as a Reseller.**  The Reseller Claim Form is available at **www.CRTclaims.com/reseller** and may be submitted no later than **November 29, 2016**.

If you have an objection to the proposed payment allocation involving the Chunghwa settlement, you or your attorney may file a written objection with the Court and with the lawyers in this case by no later than **September 30, 2016.**  Instructions for filing an objection are available at **www.CRTclaims.com/objections**.

For further information, including a detailed explanation of the proposed allocation of funds for the Chunghwa settlement, and specific instructions for filing objections or submitting reseller claims, go to **www.CRTclaims.com**. You may also call 1-800-649-0963 or write to CRT Claims, c/o The Notice Company, P.O. Box 778, Hingham, MA 02043.

Please do not telephone the Court or the Court Clerk's office to inquire about this settlement or the claim process.

Para una notificación en Español, llamar o visitar nuestro website.

**DECLARATION OF JOSEPH M. FISHER**

**EXHIBIT Q**

# FILED

## UNITED STATES DISTRICT COURT

SEP 13 2016

## NORTHERN DISTRICT of CALIFORNIA

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:  Class Action Clerk

Cathode Ray Tube Anti-Trust Litigation

et al

Glenn Greene – End User
Litigant

1st Class US Certified Mail No.
70133020000072846146
Friday September 09, 2016

Case No. C-07-5944-JST
MD. No. 1917

### NOTICE IN TO REGARD PER OBJECTIONS IN THE MATTER OF THE CRT INDIRECT PURCHASER CLASS ACTION SETTLEMNET CLAIMS AND END USER/INDEPENDENT CONTRACTOR CLAIMS

Please be advised that I Glenn Greene, a Litigant in this case, before this the
Honorable United States District Court for the Northern District of California,
in conjunction per the ending date of any objections postmarked before this Court
before September 30, 2016, state per the notice submitted to Glenn Greene by
e-mail from CRT on 08/01/2016, that I am protesting this process, whereas per
the e-mail and attempting to navigate to the page, and not able to do so, which
was on the CRT indirect Purchase Class Action Settlement(s) page in order to
view the Plan of Distribution per the Fairness Hearing of the Chunghwa
Settlement to be held on November 14, 2016. My objections are predicated on
the outcome per the allocation in regard to the net settlement after the hearing
and not being able to view the page(s) in question.

Glenn Greene        P.O. Box 73562        Washington, D.C. 20056-3562

Cc: 1st Class Mail  a.) Charles E. Donegan, Esq. Attorney At Law
                    b.) U.S. Mailing Certificate 1st Class 7013302000007284
                        6191CRT Claims Litigation
                        c/o The Notice Company, P.O. Box
                        778, Hingham, MA. 02043

**DECLARATION OF JOSEPH M. FISHER**

**EXHIBIT R**

## Cathode Ray Tube (CRT) Indirect Purchaser Class Action Settlement Administrator

PO Box 778, Hingham, MA 02043 / (800) 649-0963

September 22, 2016

Mr. Glenn Greene
P.O. Box 73562
Washington, DC 20056

Re:   ***Cathode Ray Tube (CRT) Antitrust Litigation)***
      ***Case No. C-07-5944-SC, MDL No. 1917***
      ***U.S. District Court for the Northern District of California***

Dear Mr. Greene,

We received a copy of the document that you mailed on September 9, 2016, in connection with the above-referenced case. Your document is entitled:

> NOTICE IN TO REGARD PER OBJECTIONS IN THE MATTER OF THE
> CRT INDIRECT PURCHASER CLASS ACTION SETTLEMNENT [*sic*]
> CLAIMS AND END USER/INDEPENDENT CONTRACTOR CLAIMS

Class Counsel informs us that your document was filed with the Court on September 13, 2016. Mr. Joseph M. Patane, who is one of the lawyers representing the Class, has tried to contact you by phone, but he was not been able to reach you. I believe that Mr. Patane also sent you an email.

Your document confirms that you received the Notice that we sent to CRT claimants by email on August 1, 2016 (the "August Notice"). The August Notice describes the allocation of a $10 million fund that was created in connection with an early settlement in the CRT litigation with Chunghwa Picture Tubes Ltd (the "Chunghwa Settlement"). Your document expresses concern about your inability to view a "Plan of Distribution".

Please note the following:

1.  August Notice.  The August Notice you received (copy attached) is in the precise form as approved by the Court.

2.  Chunghwa Settlement and Other Settlements.  There are eight (8) settlement agreements in the CRT indirect purchaser litigation, with an aggregate value of $576.75 million. The Chunghwa Settlement fund of $10 million represents only one of those eight settlements.

3.  Plan of Allocation (Chunghwa Settlement).  The August Notice describes the proposed ***allocation*** among various states and the District of Columbia of the $10 million Chunghwa Settlement fund. The August Notice further explains that resellers will be eligible to claim against up to 50% of a state's portion of the Chunghwa Settlement fund, with the remaining balance of the states' funds to be allocated to end users. These allocation issues relate only to the $10 million Chunghwa Settlement fund.

**Cathode Ray Tube (CRT) Indirect Purchaser Class Action Settlement Administrator**

PO Box 778, Hingham, MA 02043 / (800) 649-0963

4. <u>Plan of Distribution (All Settlements)</u>. In August 2015 you submitted a claim as an end-user indirect purchaser of CRT products. The plan for ***distributing*** the aggregate $576.75 million settlement funds to end users, such as yourself, is described in Section 9 of the Notice of Settlement (copy attached). The Notice of Settlement, which includes the Plan of Distribution, was widely disseminated in August 2015 and continues to be available online at ***https://www.crtclaims.com/docs/CRT-Notice.pdf*** (accessible under the "Settlement Details" tab located at the top of most pages on the settlement website).

5. <u>Objections</u>. The deadline to object to the Plan of Distribution for all the settlement funds was October 8, 2015. That deadline expired nearly a year ago. **The only objection to the Plan of Distribution that remains unresolved at this point is the allocation of the Chunghwa Settlement fund**. The purpose of the August Notice was to inform class members of the proposed allocation of the Chunghwa Settlement fund and to afford them the opportunity to object to that allocation.

6. <u>Final Distribution</u>. The final calculation of amounts to be distributed to each claimant from these settlements, including the Chunghwa Settlement, will not be available until all claims have been processed and all claims issues have been resolved. The deadline for resellers to file a claim is November 29, 2016.

You may contact Class Counsel if you have questions concerning any of these CRT settlements, including the Chunghwa Settlement. Class Counsel may be reached as follows:

> Trump, Alioto, Trump & Prescott LLP
> Attn: Joseph M. Patane, Esquire
> 2280 Union Street
> San Francisco, CA 94123
> Telephone: 415-563-7200
> Facsimile: 415- 346-0679
> Email: jpatane@tatp.com

Please feel free to contact me if you have any questions about your claim.

> Sincerely yours,
>
> Joseph M. Fisher
> President
> The Notice Company, Inc., CRT Claims Administrator
> info@crtclaims.com

Enclosures

**Update on CRT Claims**                    **Email:  August 1, 2016**

We are pleased to inform you that the claims process is moving forward in the CRT indirect purchaser settlement.  Please be sure to check the settlement website for updates: www.CRTclaims.com.

We are also advising you of a proposed reallocation of a small portion of the $576.75 million Settlement Fund.  This reallocation will only affect $10 million of the $576.75 million Settlement Fund and will be distributed in satisfaction of the terms of a prior settlement with one of the CRT defendants, Chunghwa Picture Tubes Ltd., which was given final approval in 2012.  The Attorneys General of Illinois and Oregon will be allocated 8.59% and 2.37%, respectively, from the Chunghwa settlement fund.  The balance of the fund will be allocated pro rata to the District of Columbia and the following 21 states: AZ, CA, FL, HI, IA, KS, ME, MI, MN, MS, NE, NM, NY, NV, NC, ND, SD, TN, VT, WV, and WI, according to a population-based formula approved by the Court.  Resellers will be eligible to claim against up to 50% of a state's fund. The remaining balance of the states' funds will be allocated to end users.

As an end-user claimant, you have already filed a claim for your share of the CRT Settlement Fund.  **End users should not re-file their claims to participate in the Chunghwa settlement**. For all qualifying claimants, the Claims Administrator will automatically include the end-user portion of the Chunghwa settlement amount in the distribution of payments to end-users. Please note that the Court has not yet decided whether claims filed after the December 7, 2015, deadline (or the June 30, 2016, deadline for natural persons who reside in California) will be paid.

**However, if you also indirectly purchased CRT Products for resale to others, then you may qualify to submit an additional claim as a Reseller.**  The Reseller Claim Form is available at www.CRTclaims.com/reseller and may be submitted no later than **November 29, 2016**.

If you have an objection to the proposed payment allocation involving the Chunghwa settlement, you or your attorney may file a written objection with the Court and with the lawyers in this case by no later than **September 30, 2016**. Instructions for filing an objection are available at www.CRTclaims.com/objections.

For further information, including a detailed explanation of the proposed allocation of funds for the Chunghwa settlement, and specific instructions for filing objections or submitting reseller claims, go to www.CRTclaims.com. You may also call 1-800-649-0963 or write to CRT Claims, c/o The Notice Company, P.O. Box 778, Hingham, MA 02043.

Please do not telephone the Court or the Court Clerk's office to inquire about this settlement or the claim process.

Para una notificación en Español, llamar o visitar nuestro website.

Want to change how you receive these emails?

You can update your preferences or unsubscribe from this list

<u>U.S. District Court for the Northern District of California</u>

# If You Bought a Cathode Ray Tube (CRT) or a TV or Computer Monitor That Contained a CRT

## *You Could Get Money from Settlements Totaling $576.75 Million.*

*A Federal Court authorized this notice. This is not a solicitation from a lawyer.*

- <u>Please read this notice carefully. Your legal rights may be affected whether or not you act.</u>

- This is the third legal notice in this case. There are now nine Settlements in this litigation involving alleged overcharges on the price of Cathode Ray Tube (**"CRT"**) Products purchased indirectly from the Defendants. "CRT Products" include CRTs and products containing CRTs, such as televisions and computer monitors. "Indirectly" means that you purchased the CRT Product from someone other than a Defendant or alleged co-conspirator. For example, you bought a television containing a CRT from a retailer, such as Best Buy or Costco, or a computer monitor containing a CRT from Dell.

- The Court previously approved Settlements with two Defendants, Chunghwa and LG. Settlements have now been reached with seven additional Defendants: Philips, Panasonic, Hitachi, Toshiba, Samsung SDI, Thomson and TDA ("New Settlements").

- You can make a claim for money if you are a person or business who indirectly purchased CRT Products for your own use and not for resale in Arizona, California, the District of Columbia, Florida, Hawaii, Iowa, Kansas, Maine, Michigan, Minnesota, Mississippi, Nebraska, Nevada, New Mexico, New York, North Carolina, North Dakota, South Dakota, Tennessee, Vermont, West Virginia or Wisconsin (the "Statewide Damages Classes"). The purchase must have been made in one of the foregoing states. But you do not have to be a resident of one of these states.

- The New Settlements also release the injunctive relief claims of consumers of CRT Products nationwide (excluding Illinois, Oregon and Washington) (the Nationwide Class). *See* Question 7 in this Notice for specific Class definitions.

- Sony Corporation is **not** a defendant and is **not** alleged to have participated in the alleged CRT conspiracy. Purchases of Sony® branded CRT Products are **not** eligible to be included in claims filed under these Settlements.

| YOUR LEGAL RIGHTS AND OPTIONS IN THESE SETTLEMENTS | |
|---|---|
| **SUBMIT A CLAIM BY DECEMBER 7, 2015** | This is the only way to receive a payment. *See* Question 11. |
| **OBJECT BY OCTOBER 8, 2015** | You can file an objection with the Court (and mail a copy to the Settlement Administrator) explaining why you disagree with the New Settlements, the plan of distribution, the requested attorneys' fees and litigation expenses, and/or the Class Representative awards. *See* Question 17 for specifics. |
| **GO TO THE HEARING ON NOVEMBER 13, 2015** | Ask to speak in Court about the Settlements. *See* Questions 18 and 20. |
| **EXCLUDE YOURSELF BY OCTOBER 8, 2015** | The only option that allows you to individually sue Philips, Panasonic, Hitachi, Toshiba, Samsung SDI, Thomson or TDA about the claims in this case. *See* Questions 12 and 13 for specifics. |
| **DO NOTHING** | You will not receive a payment from the Settlements and you will give up any rights you currently have to separately sue Defendants for the conduct that is the subject of the lawsuits. |

These rights and options – **and the deadlines to exercise them** – are explained in this Notice.

1

## WHAT THIS NOTICE CONTAINS

**BASIC INFORMATION** ............................................................................................ Page 3
   1.   What is this Notice about?
   2.   What is a Cathode Ray Tube ("CRT")?
   3.   What is a CRT Product?
   4.   What is the lawsuit about?
   5.   What is a class action?

**WHO IS INCLUDED IN THE LAWSUIT** ...................................................................... Page 5
   6.   Who are the Defendant companies?
   7.   How do I know if I am in the Settlement Class?

**THE SETTLEMENTS' BENEFITS** ............................................................................ Page 7
   8.   What do the Settlements provide?
   9.   How much money can I get?
   10.   When will I get a payment?

**HOW TO GET A PAYMENT** ................................................................................... Page 8
   11.   How can I get a payment?

**RIGHT TO EXCLUDE YOURSELF** ......................................................................... Page 8
   12.   Who has the right to be excluded?
   13.   How do I exclude myself from the Settlement Class?

**REMAINING IN THE SETTLEMENT CLASS** .............................................................. Page 9
   14.   What am I giving up if I remain a member of the Settlement Class?

**THE LAWYERS REPRESENTING YOU** .................................................................... Page 9
   15.   Do I have a lawyer representing me?
   16.   How will the lawyers be paid?

**OBJECTING OR COMMENTING ON THE NEW SETTLEMENTS, PLAN OF DISTRIBUTION, ATTORNEYS' FEES, LITIGATION EXPENSES, AND AWARDS TO CLASS REPRESENTATIVES** ................................................................................ Page 10
   17.   How do I object or comment on the Settlements?

**THE FAIRNESS HEARING** .................................................................................. Page 10
   18.   When and where will the Court consider the New Settlements, the plan of distribution, request for attorneys' fees, litigation expenses and awards to Class Representatives?
   19.   Do I have to come to the hearing?
   20.   May I speak at the hearing?

**GET MORE INFORMATION** .................................................................................. Page 11
   21.   Where can I get more information?

**VISIT www.CRTclaims.com OR CALL TOLL FREE 1-800-649-0963**
**PARA UNA NOTIFICACIÓN EN ESPAÑOL, VISITAR NUESTRO WEBSITE O LLAMAR**

## BASIC INFORMATION

| 1.  What is this Notice about? |
| --- |

This Notice is to inform you about the seven New Settlements that have been reached which may affect your rights, including your right to file a claim, object to, or exclude yourself from the New Settlements. You have the right to know about the New Settlements and about your legal rights and options before the Court decides whether to approve the New Settlements.

**Members of the Statewide Damages Class are eligible to file a claim now to get a payment from all nine Settlements (*see* Question 11).**

The Court in charge is the United States District Court for the Northern District of California. The case is called *In re: Cathode Ray Tube (CRT) Antitrust Litigation*, MDL No. 1917. The people and businesses that sued are called the Plaintiffs, and the companies they sued are called the Defendants (*see* Question 6).

| 2.  What is a Cathode Ray Tube ("CRT")? |
| --- |

Cathode Ray Tubes ("CRTs") are a display technology that was widely used in televisions and computer monitors.  Before LCD, Plasma and LED display technologies became popular, CRTs were the main technology used in displays.  There are two main types of CRTs: Color Display Tubes ("CDTs" or "Monitor Tubes"), which were used to manufacture computer monitors, and Color Picture Tubes ("CPTs" or "TV Tubes"), which were used to manufacture televisions.  This is what a CRT looks like:



| 3. What is a CRT Product? |
| --- |

For the purposes of the lawsuit and the Settlements, CRT Products means Cathode Ray Tubes (color display tubes, color picture tubes and monochrome display tubes) and products containing Cathode Ray Tubes, such as televisions and computer monitors.  This is what a CRT Product looks like:

**VISIT www.CRTclaims.com OR CALL TOLL FREE 1-800-649-0963**
**PARA UNA NOTIFICACIÓN EN ESPAÑOL, VISITAR NUESTRO WEBSITE O LLAMAR**

**CRT Monitor:**



**CRT Television:**



| 4. What is the lawsuit about? |
|---|

The lawsuit claims that the Defendants fixed the prices of CRTs from March 1, 1995 to November 25, 2007, which resulted in overcharges to people and businesses that bought CRTs and products containing CRTs, such as televisions and computer monitors. The Defendants deny these claims. The Court has not decided who is right.

On March 22, 2012, the Court approved a Settlement totaling $10,000,000 with Defendant Chunghwa. On April 18, 2014, the Court approved a Settlement totaling $25,000,000 with Defendant LG. There are now seven New Settlements totaling $541,750,000 with the Philips, Panasonic, Hitachi, Toshiba, Samsung SDI, Thomson and TDA Defendants. The Court still has to decide whether to approve the New Settlements. The total amount of all nine Settlements is $576,750,000.

---

**5. What is a class action?**

---

In a class action, one or more persons or businesses called class representatives sues on behalf of a group or a "class" of others with similar claims. If the Court determines that a case should proceed as a class action, everyone's claims can be combined into a single proceeding, creating efficiencies for the parties and the courts. In a class action, the court resolves the issues for all class members except those who exclude themselves from the Class.

## WHO IS INCLUDED IN THE LAWSUIT?

---

**6. Who are the Defendant companies?**

---

The Defendants are manufacturers and/or sellers of CRTs.

**The Defendant companies are:**

- Chunghwa Picture Tubes Ltd.; Chunghwa Picture Tubes (Malaysia) SDN. BHD ("Chunghwa");

- LG Electronics Inc.; LG Electronics USA, Inc.; LG Electronics Taiwan Taipei Co., Ltd. ("LG");

- Koninklijke Philips N.V. (f/k/a Koninklijke Philips Electronics N.V.); Philips Electronics North America Corporation; Philips Taiwan Limited (f/k/a Philips Electronics Industries (Taiwan), Ltd.); Philips do Brasil, Ltda. (f/k/a Philips da Amazonia Industria Electronica Ltda.) ("Philips");

- Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.); Panasonic Corporation of North America; MT Picture Display Co., Ltd.; and an affiliate of Panasonic Corporation, Beijing Matsushita Color CRT Co., Ltd. (collectively "Panasonic");

- Hitachi, Ltd.; Hitachi Displays, Ltd. (n/k/a Japan Display Inc.); Hitachi Electronic Devices (USA), Inc.; Hitachi Asia, Ltd.; Hitachi America, Ltd. ("Hitachi");

- Toshiba Corporation; Toshiba America Information Systems, Inc.; Toshiba America Consumer Products, L.L.C.; Toshiba America Electronic Components, Inc. ("Toshiba");

- Samsung SDI Co. Ltd; Samsung SDI America, Inc.; Samsung SDI Brasil, Ltda.; Tianjin Samsung SDI Co., Ltd.; Shenzhen Samsung SDI Co., Ltd; Samsung SDI Malaysia Sdn. Bhd; Samsung SDI Mexico S.A. de C.V. ("Samsung SDI");

- Technicolor SA (f/k/a Thomson SA); Technicolor USA, Inc. (f/k/a Thomson Consumer Electronics, Inc.) ("Thomson"); and

- Technologies Displays Americas LLC (f/k/a Thomson Americas LLC) ("TDA") .

There are several other manufacturers and sellers of CRTs that Plaintiffs allege were a part of the alleged conspiracy but who are not currently defendants or have not appeared in the litigation.  The names of these companies are:

- LG.Philips Displays, a/k/a LP Displays International, Ltd.;

- IRICO Group Corporation; IRICO Display Devices Co., Ltd.; and IRICO Group Electronics Co., Ltd.;

- Thai CRT Company, Ltd.;

- Samtel Color, Ltd.;

- Orion Electric Company, Ltd.;

- Videocon Industries, Ltd.; and

5

- Mitsubishi Electric Corporation; Mitsubishi Electric & Electronics USA, Inc.; and Mitsubishi Digital Electronics Americas, Inc.

## 7. How do I know if I am in the Settlement Class?

The Settlements have recovered money ("damages") for consumers who purchased CRT Products in 21 states and the District of Columbia (the "Statewide Damages Classes").   These states and the District of Columbia have antitrust and/or consumer protection laws permitting consumers to sue for damages for antitrust violations.

The Settlements also release the injunctive relief claims of consumers of CRT Products nationwide (excluding Illinois, Oregon and Washington) (the "Nationwide Class").

The "Settlement Class" includes:

**Statewide Damages Classes**:

The Statewide Damages Classes include any person or business entity in Arizona, California, District of Columbia, Florida, Hawaii, Iowa, Kansas, Maine, Michigan, Minnesota, Mississippi, Nebraska, Nevada, New Mexico, New York, North Carolina, North Dakota, South Dakota, Tennessee, Vermont, West Virginia, and Wisconsin that indirectly purchased for their own use and not for resale a CRT Product manufactured or sold by any of the Defendants or their alleged co-conspirators (listed in Question 6).

The purchase must have been made in one of the foregoing states.  But you do not have to be a resident of one of these states.

Class Period**:** In order to bring a claim, you must have purchased the CRT Product(s) between March 1, 1995 and November 25, 2007.   Because the Hawaii, Nebraska and Nevada laws allowing consumers to bring a claim were enacted after the beginning of the class period, those states have slightly shorter class periods.

- Purchases of CRT Products in Hawaii must have been made between June 25, 2002 and November 25, 2007.
- Purchases of CRT Products in Nebraska must have been made between July 20, 2002 and November 25, 2007.
- Purchases of CRT Products in Nevada must have been made between February 4, 1999 and November 25, 2007.

**Nationwide Class**: The Nationwide Class includes any person or business that, during the period from March 1, 1995 and November 25, 2007, indirectly purchased in the United States (excluding Illinois, Oregon and Washington) for their own use and not for resale, a CRT Product manufactured or sold by any of the Defendants or their co-conspirators (listed in Question 6).

**Exclusions:**

- Specifically excluded from the Statewide Damages Classes and the Nationwide Class are the Defendants; the officers, directors or employees of any Defendant; any entity in which any Defendant has a controlling interest; and, any affiliate, legal representative, heir or assign of any Defendant.
- Also excluded are named co-conspirators, any federal, state or local government entities, any judicial officer presiding over this action and members of his/her immediate family and judicial staff, and any juror assigned to this action.
- Sony Corporation is not a defendant and purchases of Sony® branded CRT Products are excluded from the Settlements.
- Residents of Illinois, Oregon and Washington are excluded from the Nationwide Class because the Attorneys General of those states are suing the Defendants on behalf of residents of those states.

The specific class definitions are available at **www.CRTclaims.com**.

## THE SETTLEMENTS' BENEFITS

| 8. What do the Settlements provide? |
|---|

The Court has already approved two settlements totaling $35,000,000. The seven New Settlements totaling $541,750,000 are being presented to the Court for approval.

**NEW SETTLEMENTS**

| **Philips Settlement:** | Philips has paid $175,000,000 into the Settlement Fund |
|---|---|
| **Panasonic Settlement:** | Panasonic has paid $70,000,000 into the Settlement Fund |
| **Hitachi Settlement:** | Hitachi has paid $28,000,000 into the Settlement Fund |
| **Toshiba Settlement:** | Toshiba has paid $30,000,000 into the Settlement Fund |
| **Samsung SDI Settlement:** | Samsung SDI has paid $225,000,000 into the Settlement Fund |
| **Thomson and TDA Settlements:** | Thomson and TDA have paid $13,750,000 into the Settlement Fund |

The combined Settlement Fund totaling $576,750,000 will be used to pay eligible claimants in the states involved in this litigation. Any interest earned will be added to the Settlement Fund. The cost to administer the Settlements as well as attorneys' fees, litigation expenses and payments to the Class Representatives will come out of the combined Settlement Fund (*see* Question 16).

The Settlement Agreements and the papers filed in support of the New Settlements are available for review and download at **www.CRTclaims.com**, or you can request copies by calling the Settlement Administrator at 1-800-649-0963.

| 9. How much money can I get? |
|---|

Only members of the Statewide Damages Classes are eligible to receive a payment from the Settlement Fund. A plan has been submitted to the Court explaining how the Settlement Fund will be distributed to the Statewide Damages Class Members. Payments will be determined on a pro rata basis. This means that payment amounts will be based on the number of valid claims filed, as well as on the number and type of CRT Product(s) purchased: Standard CRT Television (screen size of less than 30 inches); Large CRT Television (screen size of 30 inches or larger); or CRT Computer Monitor. Based on data obtained during the course of the litigation, claims for different types of CRT Products will be weighted as follows:

- Claims for purchases of Standard CRT Televisions will be weighted as 1;
- Claims for purchases of Large CRT Televisions will be weighted as 4.3; and
- Claims for purchases of CRT Computer Monitors will be weighted as 3.

At this time, it is unknown how much money each Class Member will recover. It is expected that a minimum payment of $25 will be made to all Statewide Damages Class Members who submit a valid claim. The maximum payment will be three times the estimated money damages for each claimant.

More details about the anticipated distribution of the Settlement Fund are available in the papers filed with the Court in support of settlement approval, which are available on the settlement website, **www.CRTclaims.com**.

In order to receive a payment you need to file a valid claim (*see* Question 11).  The Claim Form provides additional details on how to submit a claim.  Further information is available at www.CRTclaims.com or by calling the Settlement Administrator at 1-800-649-0963.

---

**10. When will I get a payment?**

---

Payments will be distributed after the Court grants final approval to the New Settlements and after any appeals are resolved.  If the Court approves the New Settlements after the hearing on **November 13, 2015**, there may be appeals.  We don't know how much time it could take to resolve any appeals that may be filed.

## HOW TO GET A PAYMENT

---

**11. How can I get a payment?**

---

If you are a member of the Statewide Damages Classes and you want to make a claim from the Settlement Fund, you must complete and submit a Claim Form.  We urge you to submit a claim online at **www.CRTclaims.com**. If you do not file online, you can also submit a claim by mail.

The Claim Form can be found and completed or downloaded at **www.CRTclaims.com**, or you can obtain a copy by calling the Settlement Administrator toll free a t  1-800-649-0963, or by texting "CRTclaims" to 97000.  If you choose to submit your claim online, you must do so on or before **December 7, 2015**.  If you choose to submit a Claim Form by mail, it must be postmarked by **December 7, 2015**, and mailed to:

CRT Claims
c/o The Notice Company
P.O. Box 778
Hingham, MA 02043

## RIGHT TO EXCLUDE YOURSELF

---

**12. Who has a right to be excluded?**

---

If you are a Settlement Class Member and you wish to keep your right to sue Philips, Panasonic, Hitachi, Toshiba, Samsung SDI, Thomson and/or TDA about the claims alleged and settled in this case (*see* Questions 4 and 7), you must exclude yourself.  You will not get any money from these Settlements if you exclude yourself.  You may not submit a Claim Form if you exclude yourself from the Settlement.

---

**13. How do I exclude myself from the Settlement Class?**

---

If you choose to exclude yourself from the Settlement Class and keep your right to sue Defendants on your own, you must send a letter that includes the following:

- Your name, address and telephone number;
- A statement saying that you request exclusion from the Settlement Class and do not wish to participate in the settlements in In re Cathode Ray Tubes (CRT) Antitrust Litigation, MDL No. 1917; and
- Your signature.

You must mail your exclusion request, postmarked no later than **October 8, 2015,** to:

CRT Indirect Exclusions
c/o The Notice Company
P.O. Box 778
Hingham, MA 02043

## REMAINING IN THE SETTLEMENT CLASS

**14. What am I giving up if I stay in the Settlement Class?**

If you do not exclude yourself from the Settlement Class, you will have given up your right to sue Philips, Panasonic, Hitachi, Toshiba, Samsung SDI, Thomson and TDA on your own for the claims alleged and settled in this case (*see* Questions 4 and 7) and will be bound by the settlement and all subsequent proceedings, orders and judgments in the lawsuit.  In return for paying the Settlement Amounts (*see* Question 8), the seven Settling Defendants (and certain related entities defined in the Settlement Agreements) will be released from all claims relating to the facts underlying these lawsuits, as more fully described in the Settlement Agreements.

The Settlement Agreements describe the released claims in detail, so read them carefully since those Agreements are binding on you.  If you have any questions, you may call the toll-free number and speak to the Settlement Administrator for free. You may also consult your own lawyer at your own expense. The Settlement Agreements and the specific releases are available at **www.CRTclaims.com**.

## THE LAWYERS REPRESENTING YOU

**15. Do I have a lawyer representing me?**

The Court has appointed Trump, Alioto, Trump & Prescott LLP, 2280 Union Street, San Francisco, CA 94123, to represent you as "Class Counsel" for the Settlement Class.  You do not have to pay Class Counsel separately.   The attorneys will seek compensation by asking the Court for a share of the settlement proceeds.  If you want to be represented by your own lawyer, and have that lawyer appear in court for you in this case, you may hire one at your own expense.

**16. How will the lawyers be paid?**

Class Counsel will ask the Court for attorneys' fees and reimbursement of expenses on behalf of all Plaintiffs' counsel who worked on this case.  The total attorney fee request for all Plaintiffs' counsel shall not exceed one-third of the combined Settlement Fund of $576,750,000.  Class Counsel will also request awards to the Class Representatives who helped the attorneys on behalf of the Classes.  Any payment to the attorneys will be subject to Court approval, the attorneys may request less than one-third of the Settlement Fund and the Court may award less than the requested amount.  Any award of attorneys' fees, litigation expenses and awards that the Court orders, plus the costs to administer the Settlements, will come out of the Settlement Fund and is subject to Court approval.

The attorneys' motion for fees, litigation expenses and Class Representative awards will be filed on or before **September 23, 2015**.  The motion will be posted on the website at **www.CRTclaims.com**.   You may register at the website or by calling the Settlement Administrator at 1-800-649-0963 to receive an email when the motion(s) are filed.

**OBJECTING TO OR COMMENTING ON THE NEW SETTLEMENTS,
PLAN OF DISTRIBUTION, ATTORNEYS' FEES AND LITIGATION EXPENSES,
AND AWARDS TO CLASS REPRESENTATIVES**

**17. How do I object or comment on the Settlements?**

You can ask the Court to deny approval by filing an objection to the New Settlements. You can't ask the Court to order a larger settlement; the Court can only approve or deny the Settlements.  If the Court denies approval, no settlement payments will be sent out and the lawsuit will continue.  If that is what you want to happen, you must object.

You may object to the New Settlements in writing.   The written objection needs to include the following information:

- Your name, address, telephone number, and if you are being assisted by a lawyer, their name, address and telephone number;
- The case name and number (In re Cathode Ray Tube (CRT) Antitrust Litigation, MDL No. 1917);
- Proof of membership in the class;
- A brief explanation of your reasons for objecting; and
- Your signature.

The objection must be submitted to the Court either by mailing it to the Class Action Clerk at the address below, or by filing it in person at any location of the United States District Court for the Northern District of California.  **The objection must be filed with the Court or postmarked on or before October 8, 2015:**

| COURT |
|---|
| Class Action Clerk
United States District Court for the
Northern District of California
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102 |

# THE FAIRNESS HEARING

**18. When and where will the Court consider the New Settlements, the plan of distribution, request for attorneys' fees and litigation expenses, and awards to Class Representatives?**

The Court previously approved the two original settlements with Chunghwa and LG.  The Court will hold a Fairness Hearing to consider the New Settlements at **10:00 a.m.** on **November 13, 2015**, at the United States District Court for the Northern District of California, Courtroom One, 17th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.   The hearing may be moved to a different date or time without additional notice, so you should check the website **www.CRTclaims.com** for current information.

At this hearing the Court will consider whether each of the New Settlements is fair, reasonable and adequate. The Court will also consider the plan of distribution, and the requests for attorneys' fees, litigation expenses and awards to Class Representatives.  If there are objections or comments, the Court will consider them at this time.  After the hearing, the Court will decide whether to approve each of the seven New Settlements, the plan of distribution and the requests for attorneys' fees, litigation expenses and awards to Class Representatives. We do not know how long these decisions will take.

10

**19. Do I have to come to the hearing?**

No.  Class Counsel will answer any questions the Court may have.  But you are welcome to come at your own expense.  If you file an objection or comment, you don't have to come  to Court to talk about it. As long as you filed your written objection on time, your objection will be presented to the Court for its consideration.  You may also pay another lawyer to attend on your behalf, but it's not required.

**20. May I speak at the hearing?**

You may ask the Court for permission to speak at the Fairness Hearing.  To do so, you must file a "Notice of Intent to Appear in In re Cathode Ray Tube (CRT) Antitrust Litigation, MDL No. 1917."  Be sure to include your name, address, telephone number and your signature.  Your Notice of Intent to Appear must be submitted to the Court either by mailing it to the Class Action Clerk at the address in Question 17, or by filing it in person at any location of the United States District Court for the Northern District of California no later than **October 8, 2015**.  You cannot speak at the hearing if you excluded yourself from the Settlement Class.

## GET MORE INFORMATION

**21. Where can I get more information?**

This notice summarizes the seven New Settlements.  For the precise terms and conditions of the Settlements, please see the Settlement Agreements available at **www.CRTclaims.com**.  You can also get more information about the Settlements by:

- Calling the Settlement Administrator at 1-800-649-0963;
- Texting "CRTclaims" to 97000;
- Writing to CRT Questions, c/o The Notice Company, P.O. Box 778, Hingham, MA 02043;
- Accessing the Court docket in this case through the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.cand.uscourts.gov; or
- Visiting the office of the Clerk of the Court for the United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, CA 94102, between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding Court holidays.

**ALL INQUIRIES CONCERNING THIS NOTICE
SHOULD BE MADE TO THE SETTLEMENT ADMINISTRATOR**

**PLEASE DO NOT TELEPHONE THE COURT OR THE COURT CLERK'S OFFICE**