Mario N. Alioto (56433)
Joseph M. Patane (72202)
Lauren C. Capurro (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2280 Union Street
San Francisco, CA 94123
Telephone: 415-563-7200
Facsimile: 415- 346-0679
Email: malioto@tatp.com
jpatane@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the*
*Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV-07-5944-JST;<br>No. CV-13-03234-JST<br><br>MDL No. 1917 |
| This Document Relates to:<br><br>All Indirect Purchaser Actions | **DECLARATION OF JOSEPH M. PATANE IN SUPPORT OF FINAL APPROVAL OF PLAN OF DISTRIBUTION OF CHUNGHWA SETTLEMENT FUND**<br><br>Hearing Date:  November 14, 2016 (previously set)<br>Time: 9:30 a.m.<br>Judge: Honorable Jon S. Tigar<br>Court: Courtroom 9, 19th Floor |

I, Joseph M. Patane, declare:

1. I am an attorney duly licensed by the State of California and am admitted to practice before this Court. I am of counsel to the law firm Trump, Alioto, Trump & Prescott, LLP and the firm serves as Lead Counsel for the Indirect Purchaser Plaintiffs ("IPPs") in the above-captioned action. I submit this declaration in support of the IPPs' Memorandum of Points and Authorities In Support of Final Approval of Plan of Distribution of Chunghwa Settlement Fund, filed herewith. The matters set forth herein are within my personal knowledge and if called upon and sworn as a witness I could competently testify regarding them.

2. On September 13, 2016, Mr. Glenn Greene filed with the Court a document entitled: NOTICE IN TO [SIC] REGARD PER OBJECTIONS IN THE MATTER OF THE CRT INDIRECT PURCHASER CLASS ACTION SETTLEMENT CLAIMS AND END USER/INDEPENDENT CONTRACTOR CLAIMS (ECF No. 4838).

3. In response to his filing, on September 19, 2016, I attempted to contact Mr. Glenn Greene by telephone but was not able to leave a voice message. On that same date, I sent Mr. Greene an email requesting he contact me so I could ascertain more clearly what information he needed. A copy of my email is attached hereto as Exhibit 1.

4. To date, I have received no response from Mr. Greene.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 11th day of October, 2016.

*/s/ Joseph M. Patane*

# EXHIBIT 1

# Joe Patane

**From:** Joe Patane <JPatane@tatp.com>
**Sent:** Monday, September 19, 2016 4:02 PM
**To:** 'greene_glenn@ymail.com'
**Subject:** CRT End/User Reseller Notice

Mr. Greene:
I am one of the lawyers for the Indirect Purchaser Plaintiffs. I write in connection with your filing of September 13, 2016. I attempted to call you but was not able to leave a message. Can you call me at 415-730-7377 (cell number) so I can ascertain more clearly what information you want us to provide.

Thank You'

Joe

Joseph M. Patane
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2280 Union Street
San Francisco, CA 94123
Telephone: 415-447-1651
Facsimile: 415-346-0679


This email may contain confidential and privileged material for the sole use of the intended recipient. Any review or distribution by others is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.