UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917<br>Case No. C-07-5944 JST |
| This Order Relates To:<br>Case No. 13-cv-1173-JST (N.D. Cal.)<br>SHARP ELECTRONICS CORPORATION; SHARP ELECTRONICS MANUFACTURING COMPANY OF AMERICA, INC.,<br>         Plaintiffs,<br>v.<br>HITACHI, LTD., et al.,<br>         Defendants. | **ORDER**<br>ECF No. 4938 |

Now before the Court is a motion by Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc. (collectively "Toshiba") to seal certain materials submitted in connection with Toshiba's Motion to Continue Trial Subpoena and Issue Adverse Jury Instruction in the Event of a Failure to Appear at Trial. ECF No. 4938.

Toshiba notes that the material it seeks to seal was designated as "Confidential" or "Highly Confidential" by the Sharp Plaintiffs pursuant to a protective order. Id. at 3. This reference is inadequate to establish that sealing is appropriate. Civ. L.R. 79-5(d)(1)(A). Instead, if Sharp believed that the materials were confidential, it was required to file a declaration "establishing that all of the designated material is sealable" within four days of the filing of Toshiba's sealing

1  motion.  Civ. L.R. 79-5(e).  Sharp has not done so.

2  Toshiba's sealing motion is denied.  The Court will not consider those portions of the

3  motion that are sought to be redacted, or the documents that are sought to be sealed, unless

4  Toshiba files those documents in the public record within seven days from the date of this order.

5  IT IS SO ORDERED.

6  Dated:  October 11, 2016

_____
JON S. TIGAR
United States District Judge