UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>All Actions | No. CV-07-5944-JST<br>MDL No. 1917<br><br>[~~Proposed~~] **Order Granting State of Illinois' Instanter Request To Appear by Telephone** |

The State of Illinois' request for counsel to appear by telephone at the hearing scheduled for November 17, 2016, at 2:00 pm is hereby **GRANTED**.

**IT IS SO ORDERED.**

Dated: __October 11, 2016__, 2016

_____
Hon. Jon S. Tigar
United States District Judge