# EXHIBIT D

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

LLOYD K. GARRISON   (1946-1991)
RANDOLPH E. PAUL   (1946-1956)
SIMON H. RIFKIND   (1950-1995)
LOUIS S. WEISS   (1927-1950)
JOHN F. WHARTON   (1927-1977)

1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
TELEPHONE (212) 373-3000

UNIT 3601, OFFICE TOWER A, BEIJING FORTUNE PLAZA
NO. 7 DONGSANHUAN ZHONGLU, CHAOYANG DISTRICT
BEIJING 100020, PEOPLE'S REPUBLIC OF CHINA
TELEPHONE (86-10) 5828-6300

12TH FLOOR, HONG KONG CLUB BUILDING
3A CHATER ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, U.K.
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

WRITER'S DIRECT DIAL NUMBER
202-223-7343

WRITER'S DIRECT FACSIMILE
202-204-7343

WRITER'S DIRECT E-MAIL ADDRESS
cbenson@paulweiss.com

PARTNERS RESIDENT IN WASHINGTON
DAVID J. BALL                JANE B. O'BRIEN
CRAIG A. BENSON              ALEX YOUNG K. OH
PATRICK S. CAMPBELL          JOSEPH J. SIMONS
CHARLES E. DAVIDOW           ALEXANDRA M. WALSH
KENNETH A. GALLO             BETH A. WILKINSON
MARK F. MENDELSOHN

PARTNERS NOT RESIDENT IN WASHINGTON
MATTHEW W. ABBOTT*           ROBERTA A. KAPLAN*
EDWARD T. ACKERMAN*          BRAD S. KARP*
ALLAN J. ARFFA*              PATRICK N. KARSNITZ*
ROBERT A. ATKINS*            JOHN C. KENNEDY*
JOHN F. BAUGHMAN*            BRIAN KIM*
LYNN B. BAYARD*              ALAN W. KORNBERG
DANIEL J. BELLER*            DANIEL J. KRAMER*
MITCHELL L. BERG*            DAVID K. LAKHDHIR
MARK S. BERGMAN              STEPHEN P. LAMB*
BRUCE BIRENBOIM*             JOHN E. LANGE
H. CHRISTOPHER BOEHNING*     DANIEL J. LEFFELL*
ANGELO BONVINO*              XIAOYU GREG LIU*
JAMES L. BROCHIN*            JEFFREY D. MARELL*
RICHARD J. BRONSTEIN         MARCO V. MASOTTI*
DAVID W. BROWN*              EDWIN S. MAYNARD*
SUSANNA M. BUERGEL*          DAVID W. MAYO*
JESSICA S. CAREY*            ELIZABETH R. McCOLM*
JEANETTE K. CHAN*            WILLIAM B. MICHAEL*
YVONNE Y. F. CHAN*           TOBY S. MYERSON*
LEWIS R. CLAYTON             CATHERINE NYARADY*
JAY COHEN                    BRAD R. OKUN*
KELLEY A. CORNISH*           KELLEY D. PARKER*
CHRISTOPHER J. CUMMINGS*     MARC E. PERLMUTTER*
THOMAS V. DE LA BASTIDE III* VALERIE E. RADWANER*
ARIEL J. DECKELBAUM*         CARL L. REISNER
ALICE BELISLE EATON*         LORIN L. REISNER*
ANDREW J. EHRLICH*           WALTER G. RICCIARDI
GREGORY A. EZRING*           WALTER RIEMAN*
LESLIE GORDON FAGEN          RICHARD A. ROSEN
MARC FALCONE*                ANDREW N. ROSENBERG*
ROSS A. FIELDSTON*           JACQUELINE P. RUBIN*
ANDREW C. FINCH              RAPHAEL M. RUSSO*
BRAD J. FINKELSTEIN*         ELIZABETH M. SACKSTEDER*
BRIAN P. FINNEGAN*           JEFFREY D. SAFERSTEIN*
ROBERTO FINZI                JEFFREY B. SAMUELS*
PETER E. FISCH*              DALE M. SARRO
ROBERT C. FLEDER             TERRY E. SCHIMEK
MARTIN FLUMENBAUM            KENNETH M. SCHNEIDER*
ANDREW J. FOLEY*             ROBERT B. SCHUMER*
HARRIS B. FREIDUS*           JOHN M. SCOTT*
MANUEL S. FREY*              STEPHEN J. SHIMSHAK*
ANDREW L. GAINES*            DAVID R. SICULAR*
MICHAEL E. GERTZMAN*         MOSES SILVERMAN
ADAM M. GIVERTZ*             STEVEN SIMKIN*
SALVATORE GOGLIORMELLA*      AUDRA J. SOLOWAY*
ROBERT D. GOLDBAUM*          SCOTT M. SONTAG*
NEIL GOLDMAN*                TARUN M. STEWART*
CATHERINE L. GOODALL*        ERIC ALAN STONE*
ERIC GOODISON*               AIDAN SYNNOTT*
CHARLES H. GOOGE, JR.*       ROBYN F. TARNOFSKY*
ANDREW G. GORDON*            MONICA K. THURMOND*
UDI GROFMAN*                 DANIEL J. TOAL*
NICHOLAS GROOMBRIDGE*        LIZA M. VELAZQUEZ*
BRUCE A. GUTENPLAN*          MARIA T. VULLO*
GAINES GWATHMEY, III         LAWRENCE G. WEE*
ALAN S. HALPERIN*            THEODORE V. WELLS, JR.
JUSTIN G. HAMILL*            STEVEN J. WILLIAMS*
CLAUDIA HAMMERMAN*           LAWRENCE I. WITDORCHIC*
GERARD E. HARPER             MARK B. WLAZLO*
BRIAN S. HERMANN*            JULIA T.M. WOOD
MICHELE HIRSHMAN*            JENNIFER H. WU*
MICHAEL S. HONG*             JORDAN E. YARETT*
DAVID S. HUNTINGTON*         KAYE N. YOSHINO*
AMRAN HUSSEIN*               TONG YU*
LORETTA A. IPPOLITO*         TRACEY A. ZACCONE*
JAREN JANGHORBANI*           TAURIE M. ZEITZER*
BRIAN M. JANSON*             T. ROBERT ZOCHOWSKI, JR.*
MEREDITH J. KANE*

*NOT AN ACTIVE MEMBER OF THE DC BAR

March 13, 2015

**By Email**

Hon. Vaughn R. Walker (Ret.)
c/o Mr. Jay Weil
Federal Arbitration, Inc.
288 Hamilton Avenue, 3rd Floor
Palo Alto, California 94301
jay.weil@fedarb.com

*In re CRT Antitrust Litigation*, MDL No. 1917, No. 07-cv-5944-SC

<u>Update on Nobuo Harada</u>

Dear Judge Walker:

    We provide a further update to our correspondence dated March 3, 2015. We have recently learned that Mr. Harada's starting date at SEMA will be March 24, 2015. We will work with the defendants to find a date that is convenient for the deposition, consistent with the schedule we referred to in our previous correspondence.

Letter to Hon. Vaughn Walker re: Nobuo Harada                                                                 2

                                          Very truly yours,

                                          */s/ Craig A. Benson*

                                          Craig A. Benson

cc:    Jeffrey L. Kessler
       Adam Hemlock
       William Temko
       John Taladay
       Lucius B. Lau
       Eliot A. Adelson
       Michael Scarborough
       Kathy L. Osborn
       Nathan Lane, III
       Terrence J. Truax
       Austin V. Schwing
       Jeffrey Zuckerman