# EXHIBIT E

Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>ALL ACTIONS | **NOTICE OF DEPOSITION OF NOBUO HARADA** |

1  PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil
2  Procedure, Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America
3  Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba
4  America Electronic Components, Inc., through counsel and in conjunction with all
5  defendants, will take the deposition upon oral examination under oath of Nobuo Harada on
6  May 20-21, 2015, beginning at 9:00 a.m. PDT.  The deposition shall be held at the offices of
7  Sheppard, Mullin, Richter & Hampton LLP, 501 West Broadway, 19th Floor, San Diego, CA
8  92101, before a notary public or other officer authorized to administer oaths.  The testimony
9  to be given will be recorded by stenographic and videographic means.

Dated:  April 16, 2015

WHITE & CASE LLP

By: _____
Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
701 Thirteenth Street, N.W.
Washington, DC  20005
tel.: (202) 626-3600
fax: (202) 639-9355

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

**CERTIFICATE OF SERVICE**

On April 16, 2015, I caused a copy of the "NOTICE OF DEPOSITION OF NOBUO HARADA" to be served via e-mail upon kgallo@paulweiss.com, cbenson@paulweiss.com, and bwarren@paulweiss.com, as well as counsel for the plaintiffs and defendants who have entered an appearance in this case.

_____
Lucius B. Lau

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005