# EXHIBIT F

**CERTIFIED COPY**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

```
In re:  CATHODE RAY TUBE (CRT)    )
ANTITRUST LITIGATION,             )
                                  ) Case No. 07-5944 SC
_____    )    MDL No. 1917
                                  )
This Document Relates to:         )
                                  )
ALL ACTIONS.                      )
                                  )
_____    )
```

HIGHLY CONFIDENTIAL

VOLUME I

<u>DEPOSITION of NOBUO HARADA</u>

May 20, 2015

Tami L. Le, RPR, CSR No. 8716
   392110


SINCE 1972

**BARKLEY**
*Court Reporters*
barkley.com

(310) 207-8000 Los Angeles      (415) 433-5777 San Francisco   (949) 955-0400 Irvine         (858) 455-5444 San Diego
(916) 922-5777 Sacramento       (408) 885-0550 San Jose        (760) 322-2240 Palm Springs   (951) 686-0606 Riverside
(818) 702-0202 Woodland Hills   (212) 808-8500 New York City   (347) 821-4611 Brooklyn       (518) 490-1910 Albany
(516) 277-9494 Garden City      (914) 510-9110 White Plains    (312) 379-5566 Chicago        (702) 366-0500 Las Vegas
         00+1+800 222 1231 Paris        00+1+800 222 1231 Dubai        001+1+800 222 1231 Hong Kong

```
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN FRANCISCO DIVISION
 4
 5   In re:  CATHODE RAY TUBE (CRT)   )
             ANTITRUST LITIGATION,    )
 6   _____)  Case No. 07-5944 SC
                                      )    MDL No. 1917
 7   This Document Relates to:        )
                                      )
 8   ALL ACTIONS.                     )
     _____)
 9
10
11
12                     HIGHLY CONFIDENTIAL
13                      V O L U M E  I
14          Videotaped Deposition of NOBUO
15      HARADA, taken on behalf of the Toshiba
16      Defendants, at 501 W. Broadway,
17      19th Floor, San Diego, California,
18      commencing at 9:18 a.m., on Wednesday,
19      May 20, 2015, before Tami L. Le,
20      CSR No. 8716, RPR.
21
22
23
24
25
                             2
```

```
 1   APPEARANCES OF COUNSEL:

 2

 3   For the Direct Action Plaintiff Circuit City Stores,
     Inc. Liquidating Trust:
 4   (Telephonic appearance)

 5            SUSMAN GODFREY LLP
              BY:  JONATHAN J. ROSS, ESQ.
 6            1000 Louisiana
              Suite 5100
 7            Houston, Texas  77002
              713.653.7813
 8            jross@susmangodfrey.com

 9
     For Al Siegel, the Trustee for the Circuit City
10   Liquidating Trust:
     (Telephonic appearance)
11
              KLEE, TUCHIN, BOGDANOFF & STERN LLP
12            BY:  SASHA M. GURVITZ, ESQ.
              1999 Avenue of the Stars
13            Thirty-Ninth Floor
              Los Angeles, California  90067-6049
14            310.407.4000
              sgurvitz@ktbslaw.com
15

16   For the Toshiba Defendants:

17            WHITE & CASE LLP
              BY:  CHRISTOPHER M. CURRAN, ESQ.
18                 CHARISE NAIFEH, ESQ.
                   LUCIUS B. (Albie) LAU, ESQ.
19                 AYA KOBORI, ESQ. (Telephonic appearance)
              701 Thirteenth Street, N.W.
20            Washington, DC  20005
              202.626.3600
21            ccuran@whitecase.com
              cneifeh@whitecase.com
22            alau@whitecase.com
              akobori@whitecase.com
23

24

25
```

```
 1   APPEARANCES OF COUNSEL (Continued):

 2

 3   For the Defendants Sharp Electronics Corporation, Sharp
     Electronics Manufacturing Company of America and for the
 4   witness, Nobuo Harada.:

 5           PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
             BY:  CRAIG BENSON, ESQ.
 6                WILLIAM BLAISE WARREN, ESQ.
             2001 K Street, NW
 7           Washington, DC  20006-1047
             202.223.7343
 8           cbenson@paulweiss.com
             bwarren@paulweiss.com
 9

10   For Defendant LG Electronics, Inc.:

11           MUNGER, TOLLES & OLSON LLP
             BY:  JESSICA BARCLAY-STROBEL, ESQ.
12                CLAIRE YAN, ESQ. (Telephonic appearance)
             355 South Grand Avenue
13           35th Floor
             Los Angeles, California  90071-1560
14           213.683.9577
             jessica.barclay-strobel@mto.com
15           Claire.Yan@mto.com

16
     For the Hitachi Defendants:
17
             KIRKLAND & ELLIS LLP
18           BY:  BARACK S. ECHOLS, ESQ.
             300 North LaSalle
19           Chicago, Illinois  60654
             312.862.3144
20           barack.echols@kirkland.com

21
     For the Panasonic Defendants:
22
             WEIL, GOTSHAL & MANGES LLP
23           BY:  RYAN GOODLAND, ESQ.
             767 Fifth Avenue
24           New York, New York  10153-0119
             212.310.8186
25           ryan.goodland@weil.com
```

```
 1  APPEARANCES OF COUNSEL (Continued):
 2
 3  For Defendants Thomson Consumer Electronics, Inc., and
    Thomson SA:
 4
            FAEGRE BAKER DANIELS LLP
 5          BY:  STEPHEN M. JUDGE, ESQ.
            202 S. Michigan Street
 6          Suite 1400
            South Bend, Indiana  46601
 7          574.239.1942
            steve.judge@FaegreBD.com
 8
 9  The Videographer:
10          Brad Bissegger
11
    The Interpreters:
12
            Koko Peters
13          Teresa Sumiyoshi
            Saori Bezouska
14
15  Also Present:
16          Michael Kraver, Sharp Electronics Corporation
            Takafumi Yamamoto, Sharp Electronics Corporation
17
18
19
20
21
22
23
24
25
                            5
```

```
11:00   1    discussion about looking at the cost level.
        2         Q    BY MR. CURRAN:  What did you do after you were
        3    president of Sharp Manufacturing of Poland?
        4              THE INTERPRETER:  Can the interpreter just look
11:01   5    something up?
        6              CHECK INTERPRETER SUMIYOSHI:  Commissioned
        7    employee, a contract employee.
        8              THE INTERPRETER:  Thank you.
        9              THE DEPONENT:  I retired from Sharp Corporation
11:01  10    in 2011, then continued for two years as the president
       11    of Poland as a part-time employee -- or a commissioned
       12    employee and then worked for Sharp Corporation for an
       13    additional two years as a commissioned employee.
       14         Q    BY MR. CURRAN:  So let me see if I understand
11:01  15    this.  So you retired from Sharp Corporation in 2011?
       16    That's the first question.
       17         A    Yes.
       18         Q    But you stayed at Sharp Manufacturing of Poland
       19    for two more years as a part-time, commissioned
11:02  20    employee?
       21         A    Yes.
       22         Q    And were you working in Poland during that
       23    period?
       24         A    Yes, the same.
11:02  25         Q    And were you still the president of Sharp
```

43

```
11:02  1   Manufacturing of Poland?
       2        A    Yes.
       3        Q    So you were president of the company even
       4   though you were a part-time, commissioned employee?
11:03  5        A    I think really part-time is wrong.  This --
       6   what I was was a contract employee, a contract job, and
       7   it's the same as being a regular employee, the
       8   conditions were the same.  It was just that I had
       9   retired at one point and then I -- I retired and then
11:04 10   returned as this contract employee, so I was working
      11   full-time.  I don't think that we -- you really have
      12   that type of a system in the United States.
      13        Q    And then after two years as a contract employee
      14   at Sharp Manufacturing of Poland, did you move back to
11:04 15   Japan?
      16        A    Yes, I did.
      17        Q    And you worked as a contract employee for Sharp
      18   at that time?
      19        A    I worked as a contract employee for Sharp
11:05 20   Corporation.
      21        Q    Okay.  And what were your responsibilities?
      22        A    For the first year, I was project chief for a
      23   new plant that was being commissioned in Indonesia for
      24   white goods and I -- so I supported that as a project
11:05 25   chief.
```

44

```
11:05   1        Q    And white goods, meaning refrigerators,
        2   washers, dryers?
        3        A    (In English) Yes.
        4             (Through the Interpreter) The new plant in
11:06   5   Indonesia was a plant for refrigerators and washing
        6   machines.
        7        Q    No television manufacturing?
        8        A    There was some TV too.
        9        Q    LCD or CRT television?
11:06  10        A    LCD.
       11        Q    And what about the second year with Sharp
       12   Corporation?
       13        A    I was in the overseas planning department --
       14   overseas site planning department and essentially I was
11:07  15   following up from Japan on the new plant -- mainly
       16   the -- mainly the new plant in Indonesia.
       17        Q    Okay.  So you retired in 2011 and then you were
       18   a contract employee for four years; right?
       19        A    Yes.
11:08  20        Q    Was that a single contract or multiple
       21   contracts covering that four years?
       22        A    It was renewed each year.
       23        Q    Four back-to-back contracts?
       24        A    So four year -- for the span of four years,
11:08  25   each year the contract was renewed.
```

45

```
11:08  1        Q    Right.  With no gap in between?
       2        A    Gap?
       3        Q    Yeah, no hiatus, no interregnum.
       4        A    No.
11:09  5        Q    All right.  And then what did you do after the
       6   fourth of those one-year contracts?
       7        A    That ended on January 21st of this year.
       8        Q    What did you do then?
       9             THE INTERPRETER:  Can the interpreter check the
11:10 10   gender?
      11             MR. CURRAN:  Yes.
      12             THE DEPONENT:  Then the president, Okayama,
      13   from SEMA said -- asked me whether -- invited me to work
      14   with him.
11:10 15        Q    BY MR. CURRAN:  And did you accept that
      16   invitation?
      17        A    Yes, I did.
      18        Q    And when did you start working with SEMA again?
      19        A    March 24th of this year.
11:10 20        Q    Were you employed between January 21st of this
      21   year and March 24th of this year?
      22        A    No, I was not.
      23        Q    So you've now been working again at SEMA for
      24   the past two months?
11:11 25        A    Yes, that's correct.
```

46

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re: CATHODE RAY TUBE (CRT)   )
ANTITRUST LITIGATION,            )
_____)  Case No. 07-5944 SC
                                 )    MDL No. 1917
This Document Relates to:        )
                                 )
ALL ACTIONS.                     )
_____)

HIGHLY CONFIDENTIAL

V O L U M E   II

<u>DEPOSITION OF NOBUO HARADA</u>

May 21, 2015

Tami L. Le, CSR No. 8716
392111





(310) 207-8000 Los Angeles    (415) 433-5777 San Francisco    (949) 955-0400 Irvine         (858) 455-5444 San Diego
(916) 922-5777 Sacramento     (408) 885-0550 San Jose         (760) 322-2240 Palm Springs   (951) 686-0606 Riverside
(818) 702-0202 Woodland Hills (212) 808-8500 New York City    (347) 821-4611 Brooklyn       (518) 490-1910 Albany
(516) 277-9494 Garden City    (914) 510-9110 White Plains     (312) 379-5566 Chicago        (702) 366-0500 Las Vegas
        00+1+800 222 1231 Paris        00+1+800 222 1231 Dubai        001+1+800 222 1231 Hong Kong

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN FRANCISCO DIVISION
 4
 5   In re:  CATHODE RAY TUBE (CRT)     )
     ANTITRUST LITIGATION,              )
 6   _____  ) Case No. 07-5944 SC
                                        )     MDL No. 1917
 7   This Document Relates to:          )
                                        )
 8   ALL ACTIONS.                       )
     _____  )
 9
10
11
12                   HIGHLY CONFIDENTIAL
13                   V O L U M E   II
14          Videotaped Deposition of NOBUO
15      HARADA, taken on behalf of the Toshiba
16      Defendants, at 501 W. Broadway, 19th
17      Floor, San Diego, California,
18      commencing at 9:04 a.m., on Thursday,
19      May 21, 2015, before Tami L. Le,
20      CSR No. 8716, RPR.
21
22
23
24
25
```

172

```
 1   APPEARANCES OF COUNSEL:

 2

 3   For the Direct Action Plaintiff Circuit City Stores,
     Inc. Liquidating Trust:
 4   (Telephonic appearance)

 5           SUSMAN GODFREY LLP
             BY:  JONATHAN J. ROSS, ESQ.
 6           1000 Louisiana
             Suite 5100
 7           Houston, Texas   77002
             713.653.7813
 8           jross@susmangodfrey.com

 9
     For Al Siegel, the Trustee for the Circuit City
10   Liquidating Trust:
     (Telephonic appearance)
11
             KLEE, TUCHIN, BOGDANOFF & STERN LLP
12           BY:  SASHA M. GURVITZ, ESQ.
             1999 Avenue of the Stars
13           Thirty-Ninth Floor
             Los Angeles, California   90067-6049
14           310.407.4000
             sgurvitz@ktbslaw.com
15

16   For the Toshiba Defendants:

17           WHITE & CASE LLP
             BY:  CHRISTOPHER M. CURRAN, ESQ. (pro hac vice)
18                CHARISE NAIFEH, ESQ.
                  LUCIUS B. (Albie) LAU, ESQ.
19                AYA KOBORI, ESQ. (Telephonic appearance)
             701 Thirteenth Street, N.W.
20           Washington, DC   20005
             202.626.3600
21           ccuran@whitecase.com
             cneifeh@whitecase.com
22           alau@whitecase.com
             akobori@whitecase.com

23

24

25
                                173
```

```
 1   APPEARANCES OF COUNSEL (Continued):

 2

 3   For the Defendants Sharp Electronics Corporation, Sharp
     Electronics Manufacturing Company of America and for the
 4   witness, Nobuo Harada.:

 5           PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
             BY:  CRAIG BENSON, ESQ.
 6                WILLIAM BLAISE WARREN, ESQ.
             2001 K Street, NW
 7           Washington, DC  20006-1047
             202.223.7343
 8           cbenson@paulweiss.com
             bwarren@paulweiss.com
 9

10   For the Defendant LG Electronics, Inc.:

11           MUNGER, TOLLES & OLSON LLP
             BY:  JESSICA BARCLAY-STROBEL, ESQ.
12                CLAIRE YAN, ESQ. (Telephonic appearance)
             355 South Grand Avenue
13           35th Floor
             Los Angeles, California  90071-1560
14           213.683.9577
             jessica.barclay-strobel@mto.com
15           Claire.Yan@mto.com

16
     For the Hitachi Defendants:
17
             KIRKLAND & ELLIS LLP
18           BY:  BARACK S. ECHOLS, ESQ.
             300 North LaSalle
19           Chicago, Illinois  60654
             312.862.3144
20           barack.echols@kirkland.com

21
     For the Panasonic Defendants:
22
             WEIL, GOTSHAL & MANGES LLP
23           BY:  RYAN GOODLAND, ESQ.
             767 Fifth Avenue
24           New York, New York  10153-0119
             212.310.8186
25           ryan.goodland@weil.com
```

```
 1   APPEARANCES OF COUNSEL (Continued):

 2

 3   For the Defendants Thomson Consumer Electronics, Inc.,
     and Thomson SA:
 4
            FAEGRE BAKER DANIELS LLP
 5          BY:  STEPHEN M. JUDGE, ESQ.
            202 S. Michigan Street
 6          Suite 1400
            South Bend, Indiana  46601
 7          574.239.1942
            steve.judge@FaegreBD.com
 8

 9   The Videographer:

10        Brad Bissegger

11
     The Interpreters:
12
            Koko Peters
13          Teresa Sumiyoshi
            Saori Bezouska
14

15   Also Present:

16          Michael Kraver, Sharp Electronics Corporation
            Takafumi Yamamoto, Sharp Electronics Corporation
17

18

19

20

21

22

23

24

25
```

```
13:53  1    don't remember this very well, if import was to be
       2    involved, then it would have been imported through
       3    Los Angeles.  So I think they wanted to perhaps control
       4    it in the United States.
13:53  5        Q    Okay.  All right.  But it's your understanding,
       6    Mr. Harada, that the use of Nissin to receive components
       7    was the choice of the component supplier and not SEMA?
       8             MR. BENSON:  Objection to form, lack of
       9    foundation, mischaracterizes prior testimony.
13:54 10             THE DEPONENT:  I think that was, indeed, the
      11    condition and transportation was needed in order to
      12    deliver to Mexico, so that's why they used it.
      13        Q    BY MR. CURRAN:  Now, sir, as of today, you're a
      14    contract employee of SEMA; is that right?
13:54 15             (Discussion among interpreters.)
      16             THE DEPONENT:  Yes.
      17        Q    BY MR. CURRAN:  And you've been a contract
      18    employee of SEMA since March 24th of this year; is that
      19    right?
13:55 20        A    Yes.
      21        Q    So you've been working for SEMA again now for
      22    almost two months; is that right?
      23        A    Yes.
      24        Q    Where are you working physically?
13:55 25        A    Now I am at SEMA four days a week, and the
```

260

```
13:55  1  other day I go to the plant in Mexico.
       2       Q    Why do you divide your time up that way now?
       3            MR. BENSON:  Objection to form, vague.
       4            THE DEPONENT:  My current work is to get new
13:56  5  businesses for SEMEX and it is -- it works out better to
       6  be in the United States in order to cultivate new
       7  business, so that is the reason why I am not in the U.S.
       8  side.
       9       Q    BY MR. CURRAN:  All right.  Your job is to get
13:57 10  new business for SEMEX, not SEMA?
      11       A    Well, it will end up being the same thing,
      12  but...
      13       Q    How long is your contract for?
      14       A    The contract doesn't really have an end date.
13:57 15       Q    Do you have an expectation as to how long your
      16  contract will last?
      17            MR. BENSON:  Objection to form, vague.
      18            THE DEPONENT:  Well, that would depend on what
      19  happens, but I think it is for around a year.
13:58 20       Q    BY MR. CURRAN:  Is it a written contract, sir?
      21       A    Yes.
      22       Q    When did you sign it?
      23       A    I think it was in March, around one week before
      24  I came to the U.S.
13:59 25       Q    When did you come to the U.S.?
```

NOBUO HARADA-VOLUME II-HIGHLY CONFIDENTIAL

BARKLEY
Court Reporters

```
13:59   1        A      It was March 24th.
        2        Q      Where are you living?
        3        A      I'm currently living in a town called Chula
        4    Vista.
13:59   5        Q      Can you please give me the address?
        6        A      825 East Paloma (sic), Unit 503, Chula Vista
        7    91911.
        8        Q      You have the zip code memorized already?
        9        A      Yes.
14:00  10        Q      That's impressive.
       11               MR. CURRAN:  At this time I'd like to ask the
       12    court reporter to mark another document.
       13               It's a previously marked document so we don't
       14    need that.  It's been previously marked as Exhibit 3620
14:00  15    and Exhibit 3620E.  I'll read the Bates number anyway,
       16    SHARP-CRT-00212452 through -476.
       17               (Document handed to counsel and the deponent.)
       18        Q      BY MR. CURRAN:  So, Mr. Harada, of course
       19    please take a moment to familiarize yourself with 3620
14:01  20    and then I'll ask you some questions about it.
       21        A      (Reviewing document.)
       22               Yes.
       23        Q      Mr. Harada, what is this document?
       24               MR. BENSON:  Objection to form, lack of
14:03  25    foundation.
```