Kathy L. Osborn (*pro hac vice*)
Ryan M. Hurley (*pro hac vice*)
Faegre Baker Daniels LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone: +1-317-237-0300
Facsimile: +1-317-237-1000
kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com

Calvin L. Litsey (SBN 289659)
Faegre Baker Daniels LLP
1950 University Avenue, Suite 450
East Palo Alto, CA 94303-2279
Telephone: +1-650-324-6700
Facsimile: +1-650-324-6701
calvin.litsey@FaegreBD.com

Jeffrey S. Roberts (*pro hac vice*)
Faegre Baker Daniels LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203
Telephone: +1-303-607-3500
Facsimile: +1-303-607-3600
jeff.roberts@FaegreBD.com

***Attorneys for Defendants Thomson SA and Thomson Consumer Electronics, Inc.***

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION,

This Document Relates to:

*Sharp Electronics Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-01173-JST (N.D. Cal.)

Case No. 07-cv-5944-SC

MDL No. 1917

**THOMSON DEFENDANTS' JOINDER TO CO-DEFENDANTS' OUTSTANDING MOTION TO CONTINUE TRIAL SUBPOENA AND ISSUE ADVERSE JURY INSTRUCTION IN THE EVENT OF A FAILURE TO APPEAR AT TRIAL**

Date: November 17, 2016
Time: 2:00 pm
Courtroom: 9, 19th Floor
Judge: Honorable Jon S. Tigar

Defendants Thomson Consumer Electronics, Inc. and Thomson SA hereby join the following motion filed on October 6, 2016:

- The Toshiba Defendants' Notice of Motion and Motion to Continue Trial Subpoena and Issue Adverse Jury Instruction in the Event of a Failure to Appear at Trial [Dkt. 4939].[1]

Dated: October 12, 2015

Respectfully submitted,

FAEGRE BAKER DANIELS LLP

*/s/ Kathy L. Osborn*

Kathy L. Osborn (*pro hac vice*)
Ryan M. Hurley (*pro hac vice*)
Faegre Baker Daniels LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone: +1-317-237-0300
Facsimile: +1-317-237-1000
kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com

Jeffrey S. Roberts (*pro hac vice*)
Faegre Baker Daniels LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203
Telephone: +1-303-607-3500
Facsimile: +1-303-607-3600
jeff.roberts@FaegreBD.com

Calvin L. Litsey (SBN 289659)
Faegre Baker Daniels LLP
1950 University Avenue, Suite 450
East Palo Alto, CA 94303-2279
Telephone: +1-650-324-6700
Facsimile: +1-650-324-6701
calvin.litsey@FaegreBD.com

***Attorneys for Defendants Thomson SA and Thomson Consumer Electronics, Inc.***

[1] The Thomson Defendants are in receipt of the Court's order, dated October 11, 2016 [Dkt. 4950], addressing Toshiba's motion and understand that they too will be bound by it.

**CERTIFICATE OF SERVICE**

On October 12, 2016, I caused a copy of "**THOMSON DEFENDANTS' JOINDER TO CO-DEFENDANTS' OUTSTANDING MOTION TO CONTINUE TRIAL SUBPOENA AND ISSUE ADVERSE JURY INSTRUCTION IN THE EVENT OF A FAILURE TO APPEAR AT TRIAL**" to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 2, 2008.

*/s/ Kathy L. Osborn*
Kathy L. Osborn