Mario N. Alioto (56433)
Joseph M. Patane (72202)
Lauren C. Capurro (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2280 Union Street
San Francisco, CA 94123
Telephone: 415-563-7200
Facsimile: 415- 346-0679
Email: malioto@tatp.com
jpatane@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the*
*Indirect Purchaser Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV-07-5944-JST; No. CV-13-03234-JST |
| | MDL No. 1917 |
| This Document Relates to: All Indirect Purchaser Actions | **DECLARATION OF JOSEPH M. PATANE IN RESPONSE TO SPECIAL MASTER'S ORDER NO. 6 RE ALLOCATION OF FEES** |
| | Judge: Honorable Jon S. Tigar<br>Before: Special Master Martin Quinn |

I, Joseph M. Patane, declare:

1. I am an attorney duly licensed by the State of California and am admitted to practice before this Court. I am Of Counsel to the law firm Trump, Alioto, Trump & Prescott, LLP, Lead Counsel for the Indirect Purchaser Plaintiffs ("IPPs") in the above-captioned action. I submit this declaration in response to Special Master's Order No. 6 Re Allocation of Fees (ECF No. 4944.). The matters set forth herein are within my personal knowledge and if called upon and sworn as a witness I could competently testify regarding them.

2. I compiled the attached Summary of Firm Contributions ("Summary").

3. The Summary lists the amounts and dates of all contributions to the common fund in this case by IPP Counsel.

4. Over the course of the case, I received checks from IPP Counsel for their contributions to the common fund. I copied these checks as received and maintained these copies as part of my records in the case. I prepared the attached Summary based on these checks as well as wire transfer and deposit records which I have also maintained over the course of this case.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 12th day of October, 2016 at San Francisco, California.

*/s/ Joseph M. Patane*

**CRT LITIGATION**

| SUMMARY OF FIRM CONTRIBUTIONS | | |
|---|---|---|
| **FIRM** | **DATE** | **AMOUNT** |
| Trump, Alioto, Trump & Prescott | 06/19/08 | $ 25,000.00 |
| | 08/05/08 | $ 5,000.00 |
| | 05/29/13 | $ 130,000.00 |
| | 06/13/13 | $ 100,000.00 |
| | 01/29/15 | $ 100,000.00 |
| | 02/14/15 | $ 900,000.00 |
| | | $ 1,260,000.00 |
| Kirby McInerney | 11/22/10 | $ 35,000.00 |
| | 06/05/13 | $ 75,000.00 |
| | | $ 110,000.00 |
| Zelle, Hofmann, Voelbel & Mason | 06/11/08 | $ 25,000.00 |
| Straus & Boies | 07/29/08 | $ 5,000.00 |
| | 03/18/10 | $ 5,000.00 |
| | 11/01/10 | $ 35,000.00 |
| | 07/25/13 | $ 75,000.00 |
| | | $ 120,000.00 |
| Lovell Stewart Halebian & Jacobson | 06/12/08 | $ 25,000.00 |
| | 06/03/13 | $ 100,000.00 |
| | | $ 125,000.00 |
| Cooper & Kirkham | 05/29/12 | $ 25,000.00 |
| | 04/16/13 | $ 25,000.00 |
| | | $ 50,000.00 |
| Pg1 | | |

**CRT LITIGATION**

| SUMMARY OF FIRM CONTRIBUTIONS | | | | |
|---|---|---|---|---|
| Green & Noblin | | 11/01/10 | $ | 35,000.00 |
| | | 05/09/12 | $ | 25,000.00 |
| | | | $ | 60,000.00 |
| | | | | |
| Andrus Anderson | | 04/13/09 | $ | 5,000.00 |
| | | 03/02/10 | $ | 5,000.00 |
| | | 06/21/11 | $ | 15,000.00 |
| | | 04/23/13 | $ | 25,000.00 |
| | | | $ | 50,000.00 |
| | | | | |
| Miller Law | | 06/06/08 | $ | 5,000.00 |
| | | 02/12/10 | $ | 5,000.00 |
| | | 10/22/10 | $ | 15,000.00 |
| | | 04/16/13 | $ | 25,000.00 |
| | | | $ | 50,000.00 |
| | | | | |
| Milberg | | 09/03/08 | $ | 7,500.00 |
| | | 04/20/10 | $ | 2,500.00 |
| | | 05/14/13 | $ | 50,000.00 |
| | | | $ | 60,000.00 |
| | | | | |
| Bramson, Plutzik, Mahler & Birkhaeuser | | 07/25/08 | $ | 5,000.00 |
| | | 02/17/10 | $ | 5,000.00 |
| | | 09/13/11 | $ | 35,000.00 |
| | | | $ | 45,000.00 |
| | | | | |
| Law Office of Sherman Kassof | | 06/16/08 | $ | 5,000.00 |
| | | 02/22/10 | $ | 5,000.00 |
| | | 10/29/10 | $ | 15,000.00 |
| | | 05/02/13 | $ | 25,000.00 |
| | | | $ | 50,000.00 |
| Pg2 | | | | |

**CRT LITIGATION**

| SUMMARY OF FIRM CONTRIBUTIONS | | | | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| Goldman Scarlato & Karon | | 04/24/09 | $ | 5,000.00 |
| | | 05/18/10 | $ | 5,000.00 |
| | | 07/25/11 | $ | 15,000.00 |
| | | 05/23/13 | $ | 50,000.00 |
| | | | | |
| | | | $ | 75,000.00 |
| | | | | |
| | | | | |
| Glancy Prongay & Murray | | 04/27/09 | $ | 5,000.00 |
| | | 01/24/11 | $ | 15,000.00 |
| | | 09/09/13 | $ | 25,000.00 |
| | | | | |
| | | | $ | 45,000.00 |
| | | | | |
| | | | | |
| Sharp McQueen | | 04/17/09 | $ | 5,000.00 |
| | | 03/03/10 | $ | 5,000.00 |
| | | 11/10/10 | $ | 15,000.00 |
| | | 04/18/13 | $ | 25,000.00 |
| | | | | |
| | | | $ | 50,000.00 |
| | | | | |
| | | | | |
| Law Office of Brian Barry | | 12/11/10 | $ | 15,000.00 |
| | | 11/22/11 | $ | 10,000.00 |
| | | | | |
| | | | $ | 25,000.00 |
| | | | | |
| | | | | |
| Bonnett, Fairbourn, Friedman & Balint | | 10/20/08 | $ | 5,000.00 |
| | | 02/17/10 | $ | 5,000.00 |
| | | 04/06/10 | $ | 5,000.00 |
| | | 10/29/10 | $ | 15,000.00 |
| | | 04/22/13 | $ | 25,000.00 |
| | | | | |
| | | | $ | 55,000.00 |
| | | | | |
| | | | | |
| Janssen, Malloy, Needham | | 12/28/10 | $ | 15,000.00 |
| | | | | |
| | | | | |
| Pg3 | | | | |

**CRT LITIGATION**

| SUMMARY OF FIRM CONTRIBUTIONS | | | | |
|---|---|---|---|---|
| Frankovitch, Anetakis, Colantonio | | 04/12/10 | | $ 10,000.00 |
| | | 10/25/10 | | $ 15,000.00 |
| | | | | $ 25,000.00 |
| Kirkpatrick & Goldsborough | | 06/13/08 | | $ 5,000.00 |
| | | 02/25/10 | | $ 5,000.00 |
| | | | | $ 10,000.00 |
| MaCallum, Hoaglund, Cook & Irby | | 04/15/09 | | $ 5,000.00 |
| | | 04/25/13 | | $ 5,000.00 |
| | | | | $ 10,000.00 |
| Saunders Law Firm | | 06/16/08 | | $ 5,000.00 |
| | | 04/22/10 | | $ 5,000.00 |
| | | 07/13/11 | | $ 15,000.00 |
| | | | | $ 25,000.00 |
| Ademi & O'Reilly | | 04/15/13 | | $ 5,000.00 |
| McCallum, Methvin & Terrell | | 04/23/09 | | $ 5,000.00 |
| | | 05/15/13 | | $ 15,000.00 |
| | | | | $ 20,000.00 |
| Wyatt & Blake | | 04/15/13 | | $ 5,000.00 |
| Minami Tamaki | | 11/23/10 | | $ 25,000.00 |

Pg4

**CRT LITIGATION**

| SUMMARY OF FIRM CONTRIBUTIONS | | | | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| Gerard and Associates | | 06/16/08 | | $ 5,000.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Gross & Belsky | | 06/10/08 | | $ 5,000.00 |
| | | | | |
| | | | | |
| | | | | |
| Pg5 | | | | |