UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 |
| | Case No. C-07-5944 JST |
| This Order Relates To: | **ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| ALL INDIRECT PURCHASER ACTIONS | ECF No. 4933 |

Cooper & Kirkham P.C. has moved to file under seal certain exhibits to the Third Declaration of John D. Bogdanov in Support of Cooper & Kirkham, P.C.'s Objection to Lead Counsel's Revised Proposed Allocation of Aggregate Fee Award.  ECF No. 4933.  Mario N. Alioto, Christopher T. Micheletti, and John D. Bogdanov have filed declarations in support of sealing.  ECF Nos. 4951, 4952, and 4954.  Good cause exists to seal the exhibits.  See Ctr. for Auto Safety v. Chrysler Grp., LLC, 809 F.3d 1092, 1097 (9th Cir. 2016).  The Court hereby grants the motion.  The Court suggests, however, that in future motions to seal, the parties consider whether all attorney time records contain confidential information that must be sealed, or whether those records could be redacted in part.

"[T]he document filed under seal will remain under seal and the public will have access only to the redacted version, if any, accompanying the motion."  Civil L. R. 79-5(f)(1).

IT IS SO ORDERED.

Dated: October 13, 2016

JON S. TIGAR
United States District Judge

United States District Court
Northern District of California