UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 |
|---|---|
| | Case No. C-07-5944 JST |
| This Order Relates To: | **ORDER GRANTING ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| ALL INDIRECT PURCHASER ACTIONS | ECF No. 4912 |

The Indirect Purchaser Plaintiffs (IPPs) move to file under seal certain exhibits to the Declaration of Lauren C. Capurro in Support of Opposition to Motion to Strike Declaration of Mario N. Alioto in Support of Lead Counsel's Omnibus Response to Objections to Proposed Allocation of Aggregate Fee Award.  ECF No. 4912.  Lauren C. Capurro has filed a declaration in support of sealing.  ECF No. 4912-1.  Good cause exists to seal the exhibits.  See Ctr. for Auto Safety v. Chrysler Grp., LLC, 809 F.3d 1092, 1097 (9th Cir. 2016).  The Court hereby grants the motion.

"[T]he document filed under seal will remain under seal and the public will have access only to the redacted version, if any, accompanying the motion."  Civil L. R. 79-5(f)(1).

IT IS SO ORDERED.

Dated: October 11, 2016

_____
JON S. TIGAR
United States District Judge