Terrence J. Truax (*pro hac vice*)
Charles B. Sklarsky (*pro hac vice*)
Michael T. Brody (*pro hac vice*)
Gabriel A. Fuentes (*pro hac vice*)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois 60654-3456
Telephone:   (312) 222-9350
Facsimile:    (312) 527-0484
ttruax@jenner.com
csklarsky@jenner.com
mbrody@jenner.com
gfuentes@jenner.com

ADDITIONAL COUNSEL IDENTIFIED ON SIGNATURE PAGE

*Attorneys for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | MDL No. 1917 |
| | Case No. 3:14-cv-02058-JST |
| CRAGO d/b/a DASH COMPUTERS, INC., et al., on its own behalf and on behalf of similarly situated parties,<br><br>Plaintiff,<br><br>v.<br><br>MITSUBISHI ELECTRIC CORPORATION, et al.,<br><br>Defendants. | Master File No. 3:07-cv-05944-JST<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DATE TO SUBMIT EXPERT REPORTS AND DATE FOR DPPS TO RESPOND TO MITSUBISHI ELECTRIC DEFENDANTS' MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF SPECIAL MASTER**<br><br>Judge:  Hon. Jon S. Tigar |

The undersigned Mitsubishi Electric Defendants and the Direct Purchaser Plaintiffs ("DPPs") have conferred and through their counsel, and subject to the Court's approval, HEREBY STIPULATE AS FOLLOWS:

WHEREAS on May 3, 2016, this Court set a number of pre-trial schedules in this case.  As is relevant to this stipulation, the Court directed the Mitsubishi Electric Defendants to submit rebuttal reports of their expert witnesses on October 7, 2016. (Dkt. 4628, docketed May 4, 2016);

WHEREAS on September 28, 2016, the Court directed any parties, notably the DPPs, wishing to respond to the Mitsubishi Electric Defendants' Motion for Relief from Nondispositive Pretrial Order of Special Master (Dkt. 4802), to do so before October 7, 2016 (Dkt. 4893);

WHEREAS the Court granted the parties' stipulation filed on October 3, 2016 extending the October 7, 2016 deadlines to October 21, 2016 (Dkt. 4920);

WHEREAS the Mitsubishi Electric Defendants and the DPPs continue to be engaged in settlement discussions, and have made additional, substantial progress in resolving their dispute.  They believe that they will be able to resolve this case, such that it will be unnecessary for the Mitsubishi Electric Defendants to submit expert reports or the DPPs to respond to the Mitsubishi Electric Defendants' objections to the Special Master's Proposed Order;

WHEREAS the parties currently anticipate that they will make substantial progress in resolving this dispute by November 21, 2016;

WHEREAS the parties further believe that progress will be advanced in this case if the Court schedules the case for a status conference, the parties request that this matter be added to the agenda of the previously scheduled hearing in this case on November 17, 2016 such that the parties can advise the Court at that time whether the matter has been resolved and they may obtain the Court's guidance if necessary;

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the undersigned plaintiffs and defendants, and subject to the Court's approval, that:

1. The October 21, 2016 deadlines shall be extended to November 21, 2016;

2. This matter may be added to the agenda of the November 17, 2016 status hearing in this case for the parties to advise the Court of the status of the case and obtain the Court's guidance if necessary.

**IT IS SO STIPULATED**

Dated: October 13, 2016                     By:    */s/ Michael T. Brody*
                                                    Michael T. Brody

                                                    Terrence J. Truax
                                                    Charles B. Sklarsky
                                                    Michael T. Brody
                                                    Gabriel A. Fuentes

                                                    */s/ R. Alexander Saveri*
                                                    Guido Saveri
                                                    R. Alexander Saveri
                                                    Geoffrey C. Rushing
                                                    Cadio Zirpoli
                                                    SAVERI & SAVERI, INC.
                                                    706 Sansome Street
                                                    San Francisco, CA 94111
                                                    Telephone: (415) 217-6810
                                                    Facsimile: (415) 217-6813

                                                    *Lead Counsel for the Direct Purchaser Plaintiffs*

ADDITIONAL COUNSEL REFERENCED FROM CAPTION PAGE

Brent Caslin (Cal. Bar. No. 198682)
bcaslin@jenner.com
JENNER & BLOCK LLP
633 West Fifth Street, Suite 3600
Los Angeles, California 90071
Telephone:  (213) 239-5100
Facsimile:   (213) 239-5199

Harold A. Barza (Cal. Bar. No. 80888)
halbarza@quinnemanuel.com
Kevin Y. Teruya (Cal. Bar. No. 235916)
kevinteruya@quinnemanuel.com
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543

2

STIPULATION AND [PROPOSED] ORDER REGARDING DATE TO SUBMIT EXPERT REPORTS AND DATE FOR DPPS' TO RESPOND TO MITSUBISHI ELECTRIC DEFENDANTS' MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF SPECIAL MASTER
Case No. 3:14-cv-02058-JST; Master File No. 3:07-cv-05944-JST; MDL No. 1917

1  Telephone: (213) 443 3000
   Facsimile: (213) 443 3100
2
   Ryan S. Goldstein (Cal. Bar No. 208444)
3  ryangoldstein@quinnemanuel.com
   QUINN EMANUEL URQUHART
4   & SULLIVAN, LLP
   NBF Hibiya Building, 25F
5  1-1-7, Uchisaiwai-cho, Chiyoda-ku
   Tokyo 100-0011, Japan
6  Telephone: +81 3 5510 1711
   Facsimile: +81 3 5510 1712
7
   *Attorneys for Defendants Mitsubishi Electric Corporation,*
8  *Mitsubishi Electric US, Inc., and Mitsubishi Electric*
   *Visual Solutions America, Inc.*
9

10
          **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
11

12
       Date: October 14, 2016                    _____
13                                                Hon Jon S. Tigar
                                                  United States District Judge
14

15

[lines 16–28 blank]

3

STIPULATION AND [~~PROPOSED~~] ORDER REGARDING DATE TO SUBMIT EXPERT REPORTS AND DATE FOR DPPS' TO RESPOND TO MITSUBISHI ELECTRIC DEFENDANTS' MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF SPECIAL MASTER
Case No. 3:14-cv-02058-JST; Master File No. 3:07-cv-05944-JST; MDL No. 1917