*Trump Alioto Trump & Prescott*
ATTORNEYS LLP
2280 Union Street
San Francisco, California 94123
(415) 563-7200
FAX (415) 346-0679

October 14, 2016

**VIA ECF**

Honorable Jon S. Tigar
United States District Court
Northern District of California
Courtroom 9, 19th Floor
450 Golden Gate Avenue
San Francisco, California 94102-3489

**Re:**   *In Re: Cathode Ray Tubes (CRT) Antitrust Litigation,* **MDL 1917/Objector Douglas St. John's Motion for Attorney's Fees and Expenses (ECF No. 4779)**

Your Honor:

    I write regarding Objector's Douglas St. John's Motion for Attorney's Fees and Expenses (ECF No. 4779) ("Motion"), and Your Honor's recent Order Vacating Hearing on that Motion (ECF No. 4955).

    The Motion and the [Proposed] Order Granting Objector Douglas W. St. John's Motion for Attorney's Fees and Expenses (ECF No. 4779-5) requested that any fee award to Mr. St. John be paid from the settlement fund.

    In his Reply in support of the Motion, however, St. John suggests for the first time that "the Court can assess some or all of any fee awarded to Mr. St. John's counsel against IPP Counsel's fee award."  (ECF No. 4826 at 6 n.2.)

    I was prepared to address this new argument at the hearing on the Motion.  But the hearing has now been vacated.

    If Your Honor gives any consideration to Mr. St. John's new argument—despite it being improperly made for the first time on reply—I respectfully request that Your Honor permit us to submit a short sur-reply.

    Thank you for your consideration of this matter.

        Respectfully submitted,

        /s/ Mario N. Alioto
        Mario N. Alioto
        Lead Counsel for the Indirect Purchaser Class