# Exhibit 11

353 NORTH CLARK STREET CHICAGO ILLINOIS 60654-3456                    JENNER&BLOCK LLP

December 19, 2014                                Gabriel A. Fuentes
                                                 Tel  312 923-2808
                                                 Fax 312 923-2908
**BY EMAIL**                                     gfuentes@jenner.com

Douglas A. Millen
Freed Kanner London & Millen
2201 Waukegan Road, Suite 130
Bannockburn, Illinois 60015

Re:    In re Cathode Ray Tubes ("CRT") Antitrust Litig., MDL No. 1917

Dear Mr. Millen:

We have received the DPPs' motion to compel Mitsubishi Electric's Supplemental Response to
the DPPs' First Set of Interrogatories.  On December 10, 2014, Mitsubishi Electric Corporation
("Mitsubishi Electric") sent the DPPs its Supplemental Response to the DPPs' First Set of
Interrogatories.  Shortly after, Mitsubishi Electric realized that it had inadvertently not included
Exhibits A and B, which were referenced in the supplemental response.  Upon review,
Mitsubishi Electric concluded that to respond to DPPs' Interrogatory No. 5, Mitsubishi Electric
needed to update Exhibit B, which it is now in the process of doing.

While we are still evaluating your motion to compel, we expect that our response will be that
Mitsubishi Electric either will provide its supplemental responses or already has done so.

Very truly yours,

Gabriel A. Fuentes

cc:    Guido Saveri
       Rick Saveri
       Counsel for DAPs
       Terrence J. Truax
       Michael T. Brody