# Exhibit 18

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3               SAN FRANCISCO DIVISION
 4
 5    IN RE CATHODE RAY TUBE (CRT)
 6    ANTITRUST LITIGATION
      _____    No. 14-CV-2058 (SC)
 7                                         MDL No. 1917
      This Document Relates to:
 8
      ALL DIRECT PURCHASER ACTIONS
 9

      _____
10
11
12          VIDEOTAPED DEPOSITION of MAX WASINGER
13                 Los Angeles, California
14                 Thursday, July 16, 2015
15
16
17
18
19
20
21
22
23    Reported by
      Daryl Baucum, RPR, CRR, RMR, CSR No. 10356
24
25
```

---

Page 2

```
 1          UNITED STATES DISTRICT COURT
 2          NORTHERN DISTRICT OF CALIFORNIA
 3             SAN FRANCISCO DIVISION
 4
 5   IN RE CATHODE RAY TUBE (CRT)
 6   ANTITRUST LITIGATION
                              No. 14-CV-2058 (SC)
 7          MDL No. 1917
     This Document Relates to:
 8
     ALL DIRECT PURCHASER ACTIONS
 9

10
11
12
13
14
15      VIDEOTAPED DEPOSITION of MAX WASINGER, at
16   633 West Fifth Street, Suite 3600, Los Angeles,
17   California, beginning at 9:03 a.m. and ending
18   at 2:02 p.m., on Thursday, July 16, 2015,
19   before Daryl Baucum, RPR, CRR, RMR,
20   CSR No. 10356.
21
22
23
24
25
```

Page 3

```
 1   APPEARANCES OF COUNSEL:
 2
 3
 4   FOR THE DIRECT PURCHASER PLAINTIFFS:
 5
 6      SAVERI & SAVERI
 7      BY: R. ALEXANDER SAVERI, ATTORNEY AT LAW
 8          DAVID Y. HWU, ATTORNEY AT LAW
 9      706 Sansome Street
10      San Francisco, California 94111
11      415.217.6810
12      Rick@Saveri.com
13      DHwu@Saveri.com
14
15
16   FOR THE LG DEFENDANTS:
17
18      MUNGER, TOLLES & OLSON
19      BY: JESSICA BARCLAY-STROBEL, ATTORNEY AT LAW
20      355 South Grand Avenue
21      Suite 3500
22      Los Angeles, California 90071
23      213.683.9100
24      Jessica.Barclay-Strobel@MTO.com
25
```

Page 4

```
 1   APPEARANCES OF COUNSEL (CONTINUED):
 2
 3
 4   FOR THE SEARS AND K-MART PLAINTIFFS:
 5
 6      KENNY, NACHWALTER
 7      BY: KEVIN J. MURRAY, ATTORNEY AT LAW
 8      1100 Miami Center
 9      201 South Biscayne Boulevard
10      Miami, Florida 33131
11      305.373.1000
12      KMurray@KNPA.com
13
14
15   FOR ALFRED H. SIEGEL (CIRCUIT CITY TRUST):
16
17      KLEE, TUCHIN, BOGDANOFF & STERN
18      BY: KATHRYN ZWICKER, ATTORNEY AT LAW
19      1999 Avenue of the Stars
20      Suite 3900
21      Los Angeles, California 90067
22      310.407.4076
23      KZwicker@KTBSLaw.com
24
25
```

Page 5

```
 1   APPEARANCES OF COUNSEL (CONTINUED):
 2
 3   FOR MITSUBISHI ELECTRIC and THE DEPONENT:
 4
 5      JENNER & BLOCK
 6      BY: GABRIEL A. FUENTES, ATTORNEY AT LAW
 7      353 North Clark Street
 8      Chicago, Illinois 60654
 9      312.222.9350
10      GFuentes@Jenner.com
11
12
13   FOR THE HITACHI ENTITIES:
14
15      KIRKLAND & ELLIS
16      BY: ELIOT A. ADELSON, ATTORNEY AT LAW
17      555 California Street
18      San Francisco, California 94104
19      415.439.1413
20      EAdelson@Kirkland.com
21
22
23
24
25
```

2 (Pages 2 - 5)

Veritext Legal Solutions
212-267-6868     www.veritext.com     516-608-2400

Case 4:07-cv-05944-JST   Document 4966-20   Filed 10/14/16   Page 3 of 48

Page 6

```
1  APPEARANCES OF COUNSEL (CONTINUED):
2
3      FOR THE SAMSUNG SDI DEFENDANTS:
4
5          SHEPPARD, MULLIN, RICHTER & HAMPTON
6          BY: LEO CASERIA, ATTORNEY AT LAW
7          333 South Hope Street
8          Suite 4300
9          Los Angeles, California 90071
10         213.620.1780
11         LCaseria@SheppardMullin.com
12
13
14     FOR THE PHILLIPS DEFENDANTS:
15
16         BAKER, BOTTS
17         BY: TIFFANY B. GELOTT, ATTORNEY AT LAW
18         1299 Pennsylvania Avenue, NW
19         Washington, D.C. 20004
20         202.639.7700
21
22
23
24
25
```

Page 8

```
1  APPEARANCES OF COUNSEL (CONTINUED):
2
3
4      ALSO PRESENT:
5          Maksimilian V. Sklyarov
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 7

```
1  APPEARANCES OF COUNSEL (CONTINUED)
2
3      FOR THE TOSHIBA DEFENDANTS:
4
5          WHITE & CASE
6          BY: JONATHAN C. BLACK, ATTORNEY AT LAW
7          701 Thirteenth Street, NW
8          Washington, D.C. 20005
9          202.626.3618
10         Jonathanc.Black@WhiteCase.com
11
12
13     FOR THE PANASONIC DEFENDANTS:
14
15         WEIL, GOTSHAL & MANGES
16         BY: MARJAN HAJIBANDEH, ATTORNEY AT LAW
17         767 Fifth Avenue
18         New York, New York 10153
19         212.310.8192
20         Marjan.Hajibandeh@Weil.com
21
22
23
24
25
```

Page 9

```
1              I N D E X
2
3
4  WITNESS: MAX WASINGER
5  EXAMINATION                          PAGE
6  BY: MR. SAVERI                        13
7  BY: MR. MURRAY                       172
8  BY: MR. FUENTES                      177
9
10
11
12 QUESTIONS WITNESS WAS INSTRUCTED NOT TO ANSWER:
13         (NONE)
14
15
16
17 INFORMATION TO BE SUPPLIED:
18         (NONE)
19
20
21
22
23
24
25
```

3 (Pages 6 - 9)

Page 10

```
1        DEPOSITION EXHIBITS
2            MAX WASINGER
3
4  NUMBER      DESCRIPTION          PAGE
5  Exhibit 8300  Mitsubishi Electric and    81
              Electronics USA, Inc.
6             Document Retention Policy
7  Exhibit 8301  Exhibit A, Records Retention   88
              Program
8
   Exhibit 8302  Mitsubishi Electronics America,   97
9             Inc. Dealer Agreement
10 Exhibit 8303  June 10, 1996, Inter-Office    112
              Memorandum from Toshiba
11            America Consumer Products, Inc.
12 Exhibit 8304  April 17, 1996, Inter-Office   123
              Memorandum from Toshiba
13            America Consumer Products, Inc.
14 Exhibit 8305  CRT and CTV and PTV Manufacturers  136
              in North America
15
   Exhibit 8306  E-mail threat, first E-mail dated  163
16            June 23, 2006, from Gary Watkins
              to Max Wasinger
17
18
19
20
21
22
23
24
25
```

Page 11

```
1  LOS ANGELES, CALIFORNIA; THURSDAY, JULY 16, 2015
2         9:02 A.M.
3
4        THE VIDEOGRAPHER: Good morning. We are       09:02:33
5  on the record at 9:02 a.m. on July 16, 2015. This    09:02:34
6  is the video recorded deposition of Max Wasinger.    09:02:40
7     My name is Gilbert Miranda, here with our       09:02:42
8  court reporter Daryl Baucum. We are here from      09:02:45
9  Veritext Legal Solutions at the request of counsel   09:02:47
10 for plaintiff.                  09:02:50
11     This deposition is being held at 633 West      09:02:52
12 Fifth Street, Suite 3600 in Los Angeles.         09:02:56
13     The caption of this case is In regards to      09:03:00
14 Cathode Ray Tube Antitrust Litigation versus All    09:03:03
15 Direct Purchaser Actions, case number 14CV2058     09:03:07
16     Please, note that audio and video          09:03:15
17 recording will take place unless all parties agree   09:03:17
18 to go off the record. Microphones are sensitive and  09:03:19
19 may pick up whispers, private conversations and     09:03:21
20 cellular interference.             09:03:24
21     I am not authorized to administer an oath.    09:03:26
22 I am not related to any party in this action. Nor    09:03:28
23 am I financially interested in the outcome in any    09:03:30
24 way.                  09:03:33
25     If there are any objections to proceeding,    09:03:34
```

Page 12

```
1  please, state them at the time of your appearance    09:03:35
2  beginning with the noticing attorney.          09:03:37
3        MR. SAVERI: Good morning. My name is      09:03:41
4  Rick Saveri on behalf of the Direct Purchaser Class   09:03:42
5  Plaintiffs.                09:03:46
6        MR. HWU: David Hwu of Sevari and Saveri     09:03:47
7  on behalf the Direct Purchaser Class Plaintiffs.    09:03:47
8        MR. MURRAY: Kevin Murray from Kenny      09:03:53
9  Nachwalter on behalf of the Sears and K-Mart       09:03:53
10 plaintiffs.                09:03:55
11     MS. ZWICKER: Kathryn Zwicker, Klee,       09:03:56
12 Tuchin, Bogdanoff and Stern for Alfred H. Siegel,    09:03:56
13 trustee of the Circuit City Trust. And I am here    09:03:59
14 with our summer associate.             09:04:02
15     MR. CASERIA: Leo Caseria, Sheppard,       09:04:04
16 Mullin for the Samsung SDI defendants.         09:04:04
17     MS. BARCLAY-STROBEL: Jessica         09:04:09
18 Barclay-Strobel of Munger, Tolles and Olson, on     09:04:09
19 behalf of the LG Electronics, Inc.           09:04:09
20     MR. ADELSON: Eliot Adelson of Kirkland     09:04:14
21 and Ellis for Hitachi.             09:04:14
22     MR. FUENTES: Gabriel Fuentes on behalf of   09:04:17
23 the Mitsubishi Electric defendants and the witness.   09:04:21
24 And I am here from Jenner and Block.         09:04:23
25     THE VIDEOGRAPHER: Thank you. The witness   09:04:25
```

Page 13

```
1  will be sworn in and counsel may begin the        09:04:26
2  examination.               09:04:30
3        MR. SAVERI: Why don't we have those      09:04:31
4  people on the phone identify themselves and whom    09:04:32
5  they represent.              09:04:34
6     MS. HAJIBANDEH: Marjan Hajibandeh of       09:04:35
7  Weil, Gotshal and Manges, for the Panasonic       09:04:35
8  defendants.               09:04:42
9        MR. BLACK: Jonathan Black, White and      09:04:43
10 Case, on behalf the Toshiba defendants.        09:04:45
11     MS. GELOTT: Tiffany Gelott, Baker, Botts,   09:04:48
12 on behalf of the Phillips defendants.         09:04:48
13     MR. SAVERI: Anyone else?            09:04:57
14             09:04:59
15          MAX WASINGER,
16     having been first duly sworn, was
17     examined and testified as follows:
18
19          EXAMINATION             09:05:06
20 BY MR. SAVERI:                  09:05:13
21   Q  Good morning, sir. May name is Rick        09:05:15
22 Saveri and I represent the direct purchaser       09:05:18
23 plaintiffs in this action.             09:05:21
24     Would you, please, state your full name     09:05:23
25 and spell it for the record.             09:05:25
```

4 (Pages 10 - 13)

Page 14

1  A  Max Wasinger.  Max is M-A-X, last name  09:05:29
2  Wasinger, W-A-S-I-N-G-E-R.  09:05:33
3  Q  And you go by "Max" not "Maxwell"?  09:05:36
4  A  Just "Max."  09:05:39
5  Q  And do you use any nicknames or aliases or  09:05:40
6  you just go by "Max" or "Mr. Wasinger" -- is it  09:05:43
7  Wasinger?  09:05:46
8  A  Yeah, Wasinger.  09:05:47
9  Q  Wasinger?  09:05:50
10  A  "Max" is fine.  09:05:50
11  Q  "Max" is fine.  I will keep it to  09:05:51
12  "Mr. Wasinger."  09:05:53
13  And you don't have any nicknames or  09:05:54
14  aliases or anything like that?  09:05:56
15  A  No.  09:05:57
16  Q  And where do you currently live, sir?  09:05:57
17  A  You want my full address?  09:06:02
18  Q  Sure.  09:06:03
19  A  35029 Camino Capistrano, Capistrano Beach,  09:06:04
20  California 92624.  09:06:09
21  Q  And have you ever testified under oath  09:06:12
22  before?  09:06:14
23  A  I have.  09:06:14
24  Q  And when was that?  09:06:15
25  A  I don't recall the exact date.  Maybe five  09:06:18

Page 15

1  years ago.  09:06:21
2  Q  And what was that -- and was it a  09:06:22
3  deposition?  09:06:26
4  A  It was a deposition.  09:06:27
5  Q  And what was the deposition, in what case?  09:06:28
6  Do you recall?  09:06:33
7  A  I don't recall the case.  09:06:33
8  Q  Do you -- were you testifying as it  09:06:34
9  relates to your business activities or personal  09:06:38
10  activities?  09:06:40
11  A  Business activities.  09:06:41
12  Q  And did that case involve LCD, liquid  09:06:49
13  crystal display?  09:06:53
14  A  No.  09:06:56
15  Q  Did that case involve any antitrust  09:06:56
16  matters or cartel matters?  09:06:59
17  A  It -- I don't recall the specifics.  09:07:04
18  Again, sorry.  I just don't recall.  09:07:06
19  Q  That is quite all right.  09:07:08
20  To the best of your understanding, what  09:07:10
21  was that litigation about?  09:07:11
22  A  It had to do with manufacturing -- it was  09:07:17
23  actually called "On Behalf of Mitsubishi Electric"  09:07:23
24  and had to do with the quantities of specific models  09:07:29
25  manufactured  09:07:34

Page 16

1  Q  So the amount of product?  09:07:35
2  A  Yes.  09:07:36
3  Q  That Mitsubishi Electric made?  09:07:37
4  A  Yes.  09:07:38
5  Q  And do you recall where that litigation  09:07:40
6  was?  09:07:42
7  A  It was in, I believe, Irvine, California.  09:07:44
8  Q  So it was in California?  09:07:48
9  A  Yes.  09:07:50
10  Q  Go ahead and finish.  09:07:52
11  A  It was in California.  09:07:53
12  Q  One of the things -- I will get to it in a  09:07:55
13  minute -- is this is a -- since you have been in a  09:07:57
14  deposition, this is a question-and-answer period.  I  09:08:01
15  am going to try to get my question out before you  09:08:03
16  answer and I am going to try to let you get your  09:08:05
17  answer out before I ask my next one.  09:08:07
18  And I see you probably are a person like  09:08:10
19  myself who we have a -- probably have a tendency to  09:08:13
20  talk a lot.  So we got to be careful here.  09:08:17
21  You understand that?  09:08:19
22  A  Yes  09:08:20
23  Q  Great.  Thank you.  09:08:20
24  And the litigation that we were referring  09:08:23
25  to, you indicated that that was here in California;  09:08:26

Page 17

1  is that correct?  09:08:35
2  A  Yes.  09:08:36
3  Q  Do you recall the name of the litigation?  09:08:40
4  A  I do not.  09:08:42
5  Q  And to the best of your understanding,  09:08:44
6  that was about five or six years ago, at least, when  09:08:46
7  you were deposed?  09:08:50
8  A  Yes.  09:08:51
9  Q  Do you recall the law firm that  09:08:54
10  represented you in that litigation?  09:08:56
11  A  I do not.  09:08:58
12  Q  Do you recall the law firm or the lawyer  09:09:00
13  that took the deposition?  09:09:02
14  A  Took on behalf of Mitsubishi Electric.  09:09:10
15  Q  Whoever was taking the deposition.  09:09:13
16  MR. FUENTES:  Object to the form.  09:09:16
17  THE WITNESS:  I don't recall -- Alan  09:09:21
18  Alswang, I believe was the head of that area, but I  09:09:23
19  don't recall the attorney that took -- I don't  09:09:26
20  recall his name.  I will think of it.  I am sure,  09:09:30
21  before the end of the day.  09:09:32
22  BY MR. SAVERI:  09:09:34
23  Q  Fair enough, fair enough.  09:09:35
24  And at that time, were you a MELCO  09:09:39
25  employee?  09:09:43

5 (Pages 14 - 17)

Page 18

1   A   I was an MDEA employee.                    09:09:44
2   Q   And this would be about 2010.              09:09:52
3   A   Yes, that time period.                     09:09:55
4   Q   Just to go over a few ground rules here,   09:10:02
5   you have been in a deposition before but --    09:10:07
6   A   May I?                                      09:10:09
7   Q   Sure. Go ahead.                            09:10:10
8   A   I believe the attorney was Ron Taylor.     09:10:11
9   Q   Ron Taylor.                                09:10:15
10      So you were right, you would remember it.  09:10:18
11  All right.                                     09:10:21
12      Just to go over a few ground rules. So     09:10:22
13  you have been through a deposition before. You 09:10:24
14  understand that this is a formal process on the 09:10:26
15  record where I ask the questions and you give the 09:10:28
16  answers. We're taking video and a court reporter is 09:10:31
17  going to take down everything you say.         09:10:34
18      Okay?                                      09:10:36
19  A   Yes.                                       09:10:37
20  Q   And you understand that you are under oath 09:10:38
21  and that you are required to give truthful     09:10:40
22  testimony?                                     09:10:43
23  A   Yes.                                       09:10:43
24  Q   And you understand that that means that    09:10:45
25  you are supposed to give honest and truthful answers 09:10:49

Page 19

1   just as if you were sitting before a judge or a 09:10:52
2   jury?                                          09:10:54
3   A   Yes.                                       09:10:55
4   Q   And are you willing to abide your oath and 09:10:55
5   tell the full truth to the best of your ability 09:10:59
6   during this deposition?                        09:11:01
7   A   Yes                                        09:11:02
8   Q   And you understand that the videotape of   09:11:05
9   your testimony today could be presented to a jury if 09:11:08
10  the case goes to trial?                        09:11:12
11  A   Yes.                                       09:11:14
12  Q   And as this deposition goes along, please, 09:11:16
13  let me know if you need to take a break. And we can 09:11:19
14  take one after a pending question or a line of 09:11:22
15  questions on a document that has been answered. 09:11:25
16      Okay?                                      09:11:29
17  A   Yes.                                       09:11:29
18  Q   And a few additional ground rules you      09:11:34
19  probably went over with your attorney. The court 09:11:37
20  reporter will be transcribing everything that we say 09:11:39
21  for the purpose of creating an official record of 09:11:42
22  this deposition.                               09:11:44
23      You understand that.                       09:11:45
24  A   Yes.                                       09:11:46
25  Q   And that as I just sort of went over,      09:11:47

Page 20

1   please, give an oral answer to all my questions. Do 09:11:50
2   not nod or shake your head in response to any  09:11:53
3   question as that will not be transcribed.      09:11:56
4       Is that clear?                             09:11:58
5   A   Yes.                                       09:12:00
6   Q   Also, for the sake of the court reporter,  09:12:03
7   it's important that we speak slowly and not try to 09:12:05
8   talk over each other.                          09:12:09
9       Okay?                                      09:12:11
10  A   Yes.                                       09:12:11
11  Q   My job is to ask clear questions. If you   09:12:13
12  do not fully understand the question I have asked, 09:12:16
13  please, ask me to clarify it and I will do the best 09:12:19
14  to do so. When you answer a question, it will be 09:12:23
15  presumed that you understood the question.     09:12:27
16      Does that sound fair?                      09:12:29
17  A   Yes.                                       09:12:30
18  Q   Your counsel may make an objection once I  09:12:32
19  have asked a question. Once your counsel has stated 09:12:37
20  the objection, you are required to answer the  09:12:40
21  question unless your counsel specifically instructs 09:12:42
22  you not to.                                     09:12:46
23      Okay?                                      09:12:47
24  A   Yes.                                       09:12:47
25  Q   And I may be referring to questions as to  09:12:51

Page 21

1   relevant time period or the time period in question, 09:12:53
2   something like that, and that period will be from 09:12:57
3   March 1, 1995 through December 31, 2007        09:13:03
4       Is that okay?                              09:13:08
5   A   Yes.                                       09:13:09
6   Q   And unless I say otherwise, that is the    09:13:10
7   period in question when I ask all the questions that 09:13:14
8   I am going to be asking.                       09:13:17
9   A   Okay?                                      09:13:20
10  A   Yes.                                       09:13:21
11  Q   Did you do anything to prepare for your    09:13:25
12  deposition today?                              09:13:27
13  A   No.                                        09:13:28
14  Q   Did you meet with any of your lawyers      09:13:31
15  before you --                                  09:13:33
16  A   I met -- I met with Mr. Fuentes            09:13:34
17  Q   And when did you meet with Mr. Fuentes?    09:13:40
18  A   Yes, yes.                                  09:13:43
19  Q   And how long was that meeting?             09:13:44
20  A   A couple of hours.                         09:13:46
21  Q   And was anyone else present at the meeting 09:13:51
22  besides --                                     09:13:55
23  A   No. Sorry.                                 09:13:56
24  Q   I can see where this is. We will keep      09:13:58
25  working on it.                                 09:14:01

6 (Pages 18 - 21)

**Page 22**

1    So I'm going to just repeat it just so we    09:14:02
2  get it clear.    09:14:05
3    Was anyone else present at the meeting    09:14:06
4  with you and Mr. Fuentes yesterday?    09:14:08
5    A  No.    09:14:11
6    Q  Thank you.    09:14:11
7    Besides that meeting, did you have any    09:14:16
8  other meetings with anybody to discuss your    09:14:18
9  deposition today?    09:14:22
10    A  No.    09:14:23
11    Q  Did you meet with any other Mitsubishi    09:14:26
12  colleagues to discuss your deposition?    09:14:31
13    A  No.    09:14:34
14    Q  Do you know Mr. Furakawa?    09:14:37
15    A  Yes.    09:14:40
16    Q  Did you talk to Mr. Furakawa about your    09:14:40
17  deposition today?    09:14:44
18    A  No.    09:14:45
19    Q  Did you talk to him about his deposition?    09:14:45
20    A  No.    09:14:47
21    Q  Did you review any documents in    09:14:52
22  preparation for your deposition today?    09:14:54
23    A  No.    09:14:55
24    Q  Did you ask to see any documents for your    09:15:00
25  deposition today?    09:15:03

**Page 23**

1    A  No.    09:15:05
2    Q  Have you communicated about this    09:15:09
3  deposition with anyone apart from your lawyers and    09:15:11
4  Mr. Fuentes yesterday?    09:15:15
5    A  No.    09:15:16
6    Q  Did you take any notes to prepare for this    09:15:22
7  deposition?    09:15:29
8    A  No.    09:15:29
9    Q  Do you have any medical conditions that    09:15:35
10  would prevent you from testifying today?    09:15:37
11    A  No.    09:15:39
12    Q  Have you taken any medications that may    09:15:40
13  affect your memory in any way?    09:15:42
14    A  No.    09:15:44
15    Q  So just I'm clear, so before your meeting    09:15:47
16  yesterday with Mr. Fuentes, have you talked to    09:15:51
17  anybody at Jenner, Block, or anybody about this    09:15:55
18  litigation?    09:16:01
19    A  Only to inform me that I was going to be    09:16:02
20  deposed. That's the only communication I had.    09:16:05
21    Q  So you had some communication where    09:16:11
22  somebody said some dates possibly for your    09:16:13
23  deposition and scheduling?    09:16:15
24    A  Yes.    09:16:18
25    Q  And besides -- and approximately when was    09:16:18

**Page 24**

1  that?    09:16:21
2    A  Two months ago.    09:16:23
3    Q  A few months ago?    09:16:24
4    A  Yes.    09:16:25
5    Q  So besides Mr. Fuentes yesterday and a    09:16:26
6  scheduling conversation, did you talk to anybody at    09:16:30
7  Jenner, Block, about anything related to this    09:16:34
8  litigation?    09:16:36
9    A  No.    09:16:37
10    Q  Besides the meeting yesterday with    09:16:39
11  Mr. Fuentes and the scheduling conversation, did you    09:16:41
12  talk to anybody at Mitsubishi regarding your    09:16:44
13  deposition today?    09:16:49
14    A  Yes.    09:16:51
15    Q  And who was that?    09:16:51
16    A  Perry Pappas.    09:16:53
17    Q  And who is Mr. Pappas?    09:16:58
18    A  I believe he's general counsel for MEUS.    09:17:01
19    Q  And when did you talk to Mr. Pappas?    09:17:08
20    A  The first call that I received regarding    09:17:12
21  this deposition was from him that you will be    09:17:14
22  receiving a call from Jenner, Block; you have -- you    09:17:17
23  will be asked to participate in a deposition. That    09:17:20
24  was the extent of the phone call.    09:17:24
25    Q  And that was the only conversation that    09:17:28

**Page 25**

1  you had with Mr. Pappas?    09:17:29
2    A  Yes.    09:17:31
3    Q  And that's the only conversation you had    09:17:31
4  with anybody at Mitsubishi regarding this    09:17:32
5  deposition?    09:17:34
6    A  Yes.    09:17:35
7    Q  Now, did you talk to anybody at Mitsubishi    09:17:36
8  besides the conversation yesterday with Mr. Fuentes    09:17:39
9  and this scheduling call and this call with    09:17:43
10  Mr. Pappas with anybody else at Mitsubishi regarding    09:17:47
11  anything related to this litigation?    09:17:50
12    A  No.    09:17:54
13    Q  Did you talk to any -- do you know a    09:17:56
14  gentleman by the name of Mr. Hara?    09:17:59
15    A  No.    09:18:03
16    Q  You didn't talk to anybody at MELCO    09:18:04
17  regarding this litigation?    09:18:07
18    A  No.    09:18:08
19    Q  Did you talk to anybody at any Mitsubishi    09:18:10
20  US entity regarding this litigation?    09:18:14
21    A  No.    09:18:18
22    Q  At any time, did you receive any    09:18:19
23  communication from Mitsubishi regarding documents or    09:18:22
24  anything related to this litigation?    09:18:30
25    MR. FUENTES:  Object to the form.    09:18:32

7 (Pages 22 - 25)

Veritext Legal Solutions
212-267-6868      www.veritext.com      516-608-2400

Page 26

| | | |
|---|---|---|
| 1 | THE WITNESS: I don't recall. | 09:18:34 |

1    THE WITNESS: I don't recall.                     09:18:34
2 BY MR. SAVERI:                                       09:18:35
3    Q   One way or the other.                         09:18:35
4    A   That's correct.                               09:18:37
5    Q   But you don't recall ever getting any         09:18:37
6 letter from Mitsubishi or Jenner, Block, about       09:18:39
7 preserving documents or anything?                    09:18:47
8        MR. FUENTES: Object to form.                  09:18:50
9        THE WITNESS: That is correct.                 09:18:51
10 BY MR. SAVERI:                                       09:18:51
11   Q   You don't recall ever getting one.            09:18:51
12   A   Yes.                                          09:18:53
13   Q   What is your understanding of what this       09:19:04
14 case is about?                                       09:19:06
15       MR. FUENTES: Object to form.                  09:19:09
16 BY MR. SAVERI:                                       09:19:11
17   Q   Go ahead.                                     09:19:12
18   A   About some price fixing on cathode ray        09:19:14
19 tubes that go into television sets.                  09:19:24
20   Q   So besides some price fixing related to       09:19:27
21 CRT tubes in television sets, do you have any        09:19:38
22 understanding or additional understanding of this    09:19:41
23 litigation?                                          09:19:42
24       MR. FUENTES: Object to form.                  09:19:43
25       THE WITNESS: No.                              09:19:46

Page 27

1 BY MR. SAVERI                                        09:19:47
2    Q   Just to go over some terminology so that      09:19:55
3 we can get on the same page, you mentioned cathode   09:19:59
4 ray tubes. It's sometimes referred to as "CRT."      09:20:02
5        Do you understand that?                       09:20:07
6    A   Yes.                                          09:20:07
7    Q   So if I say "CRT," you will understand        09:20:08
8 that to mean a cathode ray tube; is that correct?    09:20:09
9    A   Yes.                                          09:20:13
10   Q   And cathode ray tubes can't be used,          09:20:15
11 themselves.                                          09:20:23
12       They're put into a product; is that           09:20:24
13 correct?                                             09:20:25
14   A   Yes.                                          09:20:26
15   Q   And that's usually a television or a          09:20:26
16 monitor; is that correct?                            09:20:31
17   A   Yes.                                          09:20:31
18   Q   And a cathode ray tube that goes into a       09:20:33
19 television is generally referred to as a "CPT"; is   09:20:36
20 that correct?                                        09:20:41
21   A   I have never heard it called that before.     09:20:41
22   Q   Color picture tube?                           09:20:45
23   A   Well, color picture tube. I know what that.   09:20:46
24 means. I have never heard it called a "CPT."         09:20:48
25   Q   So a tube that goes into a television.        09:20:52

Page 28

1    How have you understood it to be referred         09:20:56
2 to at Mitsubishi?                                     09:20:59
3    A   "CRT."                                        09:21:00
4    Q   Just a "CRT"?                                 09:21:02
5    A   Correct.                                      09:21:03
6    Q   And then a tube that goes into a monitor,     09:21:05
7 would that also be referred to as a "CRT" or a       09:21:09
8 "CDT," a color display tube?                          09:21:13
9    A   I never have heard the expression "CDT,"      09:21:18
10 just "CRT."                                          09:21:22
11   Q   Just "CRT."                                   09:21:24
12       So when we say "CRT" from during this         09:21:25
13 deposition, it will refer to the tube that goes into 09:21:29
14 a television or monitor.                             09:21:32
15       Fair enough?                                  09:21:35
16   A   Yes.                                          09:21:36
17   Q   And then when I refer to "CRT products," I    09:21:41
18 am going to -- that will refer to a television or a  09:21:44
19 monitor.                                             09:21:47
20       Fair enough?                                  09:21:47
21   A   Yes.                                          09:21:49
22   Q   Or I will say "television" or "monitor"       09:21:50
23 just to clarify.                                     09:21:53
24   A   That would be better.                         09:21:54
25   Q   I would like to get a little educational      09:22:02

Page 29

1 background and then move on.                          09:22:05
2        Did you attend college?                       09:22:07
3    A   Yes.                                          09:22:08
4    Q   And where was that?                           09:22:09
5    A   Fort Hays State University in Hays,           09:22:11
6 Kansas.                                              09:22:13
7    Q   And did you receive a degree?                 09:22:16
8    A   Yes.                                          09:22:18
9    Q   And what was your degree in?                  09:22:18
10   A   Business administration.                      09:22:20
11   Q   And that's an undergraduate degree?           09:22:25
12   A   Yes.                                          09:22:27
13   Q   Did you ever get any advanced degrees         09:22:27
14 beyond college?                                      09:22:31
15   A   No advanced degrees, per se, although I       09:22:32
16 did attend the Institute for Advanced Advertising    09:22:35
17 Studies at Northwestern University as part of a      09:22:39
18 management training program at Motorola.             09:22:42
19   Q   And do you get a certificate for that or      09:22:46
20 is there a licensing or something from that for      09:22:48
21 attendance?                                          09:22:51
22   A   Yes, yes, I received a certificate of         09:22:54
23 completion.                                          09:22:56
24   Q   And how long is that program?                 09:23:00
25   A   It was about nine months.                     09:23:01

8 (Pages 26 - 29)

Page 30

| | | |
|---|---|---|
| 1 | Q | And that was in advertising, correct? | 09:23:05 |
| 2 | A | That's correct. | 09:23:07 |
| 3 | Q | Have you studied Japanese at all? | 09:23:09 |
| 4 | A | No. | 09:23:11 |
| 5 | Q | Do you speak Japanese? | 09:23:12 |
| 6 | A | No. | 09:23:15 |
| 7 | Q | Do you read Japanese? | 09:23:16 |
| 8 | A | No. | 09:23:17 |
| 9 | Q | So I'm assuming you don't write Japanese. | 09:23:18 |
| 10 | A | That's correct. | 09:23:22 |
| 11 | Q | Are you currently employed? | 09:23:38 |
| 12 | A | No. | 09:23:41 |
| 13 | Q | And what was the last job you held? | 09:23:43 |
| 14 | A | I worked for a company called Meridian | 09:23:48 |
| 15 Enterprises for about seven months after I retired | | | 09:23:50 |
| 16 from Mitsubishi. | | | 09:23:55 |
| 17 | Q | And what does Meridian Enterprises do? | 09:24:06 |
| 18 | A | Customer support and motivational programs | 09:24:13 |
| 19 for corporations. | | | 09:24:19 |
| 20 | Q | And where are they located? | 09:24:22 |
| 21 | A | St. Louis, Missouri. | 09:24:25 |
| 22 | Q | And did you commute from California to | 09:24:37 |
| 23 St. Louis? | | | 09:24:44 |
| 24 | A | No. | 09:24:44 |
| 25 | Q | And what was your role at Meridian | 09:24:45 |

Page 31

| | | |
|---|---|---|
| 1 Enterprises? | | | 09:24:47 |
| 2 | A | Sales. | 09:24:49 |
| 3 | Q | Did you have a region? | 09:24:50 |
| 4 | A | No, no specific boundaries. | 09:24:54 |
| 5 | Q | So you indicated that you went to Meridian | 09:24:59 |
| 6 after you left Mitsubishi; is that correct? | | | 09:25:02 |
| 7 | A | That's correct. | 09:25:04 |
| 8 | Q | And what was your last day at Mitsubishi? | 09:25:05 |
| 9 | A | December 31, 2013. | 09:25:09 |
| 10 | Q | And what was your title when you left | 09:25:21 |
| 11 Mitsubishi in December of 2013? | | | 09:25:24 |
| 12 | MR. FUENTES: Object to the form. | 09:25:29 |
| 13 Mitsubishi. | | | 09:25:31 |
| 14 | THE WITNESS: EVP of Sales for MEVSA, | 09:25:33 |
| 15 Mitsubishi Visual Solutions America. | | | 09:25:41 |
| 16 BY MR. SAVERI: | | | 09:25:43 |
| 17 | Q | And MEVSA is located where? | 09:25:49 |
| 18 | A | Cypress, California. | 09:25:56 |
| 19 | Q | And where was your office? | 09:26:02 |
| 20 | A | Cypress, California. | 09:26:03 |
| 21 | Q | And what were your duties and | 09:26:05 |
| 22 responsibilities as EVP of Sales for MEVSA? | | | 09:26:13 |
| 23 | A | I was responsible for the sales of | 09:26:17 |
| 24 professional display products. | | | 09:26:21 |
| 25 | Q | And how long were you EVP of Sales of | 09:26:30 |

Page 32

| | | |
|---|---|---|
| 1 MEVSA? | | | 09:26:35 |
| 2 | A | For approximately three years. | 09:26:40 |
| 3 | Q | Just to get this outline, I am just going | 09:26:52 |
| 4 to try to go through your work history here. So | | | 09:26:56 |
| 5 that's what I am getting at. And I will work | | | 09:26:59 |
| 6 through all the different Mitsubishi entities. So | | | 09:27:00 |
| 7 it's a little confusing for me. So hopefully, we | | | 09:27:02 |
| 8 can clear it up. | | | 09:27:05 |
| 9 | | So that would put us at about 12/2010, is | 09:27:06 |
| 10 that correct, when you took over as EVP of Sales for | | | 09:27:14 |
| 11 MEVSA? | | | 09:27:17 |
| 12 | A | Approximately, yes. | 09:27:18 |
| 13 | Q | And before that, what was your job at | 09:27:19 |
| 14 Mitsubishi entities? | | | 09:27:25 |
| 15 | A | EVP of Sales and Marketing of MDEA, | 09:27:27 |
| 16 Mitsubishi Digital Electronics America. | | | 09:27:38 |
| 17 | Q | And how long were you EVP of Sales of | 09:27:42 |
| 18 Marketing for MDEA? | | | 09:27:50 |
| 19 | A | I don't recall the exact date but maybe | 09:27:50 |
| 20 for two years. | | | 09:27:54 |
| 21 | Q | So approximately in 2008, you started as | 09:28:02 |
| 22 EVP of Sales for MDEA? | | | 09:28:07 |
| 23 | A | Approximately. | 09:28:12 |
| 24 | Q | And MDEA is located where? | 09:28:12 |
| 25 | A | Well, they're no longer in existence. | 09:28:15 |

Page 33

| | | |
|---|---|---|
| 1 | Q | Where were they located? | 09:28:19 |
| 2 | A | Irvine, California. | 09:28:21 |
| 3 | Q | And is this a different facility than the | 09:28:25 |
| 4 MEVSA location in Cypress? | | | 09:28:29 |
| 5 | A | Yes. | 09:28:32 |
| 6 | Q | And when did MDEA cease to exist? | 09:28:33 |
| 7 | A | I don't recall the specific date. Right | 09:28:41 |
| 8 prior to the opening of MEVSA. It transitioned from | | | 09:28:45 |
| 9 DMEA to MEVSA. | | | 09:28:52 |
| 10 | Q | So the entity that was MDEA then became | 09:28:56 |
| 11 MEVSA? | | | 09:29:01 |
| 12 | A | That's correct. | 09:29:02 |
| 13 | Q | And what was your role -- what were your | 09:29:12 |
| 14 duties and responsibilities as EVP of Sales and | | | 09:29:16 |
| 15 Marketing at MDEA? | | | 09:29:19 |
| 16 | A | I was responsible for all sales of display | 09:29:24 |
| 17 products -- consumer display products and marketing. | | | 09:29:29 |
| 18 | Q | And could you give me just a general list | 09:29:43 |
| 19 of when you say "display products," is that | | | 09:29:46 |
| 20 televisions monitors? | | | 09:29:49 |
| 21 | A | Televisions only. | 09:29:52 |
| 22 | Q | Just televisions? | 09:29:52 |
| 23 | A | That's correct. | 09:29:53 |
| 24 | Q | And in the televisions, is that LCD plasma | 09:29:54 |
| 25 CRT? | | | 09:29:59 |

9 (Pages 30 - 33)

Page 34

1   A   Yes.                                                09:30:00
2   Q   So at this time, the '08 to 2010, MDEA was          09:30:02
3 selling CRT televisions?                                  09:30:09
4   A   No.                                                 09:30:13
5   Q   But when that last -- the previous                  09:30:15
6 question when I say "display products," televisions       09:30:18
7 would include through the history of Mitsubishi,          09:30:20
8 CRT's, plasma, LCD and other things, I assume.            09:30:22
9       MR. FUENTES:  Object to the assumption in           09:30:30
10 the question.                                            09:30:33
11 BY MR. SAVERI:                                           09:30:34
12   Q   Go ahead.                                          09:30:34
13   A   Well, the primary thrust of our business           09:30:35
14 was projection TV.                                       09:30:38
15   Q   Rear projection TV?                                09:30:42
16   A   Yes.                                               09:30:44
17   Q   And those used CRT tube, correct?                  09:30:44
18   A   That's correct.                                    09:30:50
19   Q   Go ahead.                                          09:30:52
20   A   The earlier generations did.  The latter           09:30:52
21 generations used a chip set from DI called "DLP."        09:30:55
22 DLP projection TV.                                       09:31:00
23   Q   And about when were tubes taken out and            09:31:03
24 went to DLP?                                             09:31:05
25   A   I am going to say 2000 -- again, I don't           09:31:07

Page 35

1 recall --                                                 09:31:11
2   Q   The best --                                         09:31:12
3   A   -- the exact date.                                  09:31:13
4   Q   The best of your recollection.                      09:31:14
5   A   2004, 2005, maybe.                                  09:31:16
6   Q   Prior to your becoming EVP of Sales and             09:31:22
7 Marketing for MDEA in 2008, what was your job for         09:31:28
8 Mitsubishi?                                               09:31:39
9   A   I was VP of Sales -- actually SVP of Sales          09:31:40
10 for MDEA.                                                09:31:45
11   Q   And how long were you SVP of Sales for             09:31:53
12 MDEA?                                                    09:31:56
13   A   I don't recall, maybe two years.                   09:31:59
14   Q   So 2006 and before.                                09:32:03
15       And generally, what were your duties --            09:32:09
16 were your duties and responsibilities as SVP of          09:32:12
17 Sales for MDEA different than your duties and            09:32:15
18 responsibilities as EVP?                                 09:32:17
19   A   No, same basic responsibilities, the sales         09:32:19
20 of product.                                              09:32:22
21   Q   Sales of product.                                  09:32:23
22       Different title but same general duties?           09:32:25
23   A   Correct.                                           09:32:33
24   Q   And before SVP of Sales for MDEA in 2006,          09:32:38
25 what was your job role?                                  09:32:41

Page 36

1   A   Just VP of Sales.                                   09:32:44
2   Q   And when did you become VP of Sales?                09:32:50
3   A   I don't recall the specific date but               09:33:01
4 around 2000.                                              09:33:03
5   Q   So from 2000 to 2006, you were the Vice            09:33:09
6 President of Sales at MDEA?                               09:33:12
7   A   Correct.                                            09:33:16
8   Q   And as VP of Sales at MDEA, what were your          09:33:21
9 duties and responsibilities?                             09:33:24
10   A   The sales of consumer electronics                  09:33:27
11 products.                                                09:33:30
12   Q   And before that -- and how long were you           09:33:39
13 in the VP of Sales at MDEA?                              09:33:43
14   A   Well, for that 2000 time period --                 09:33:51
15 approximately 2000 time period to when I got             09:33:54
16 promoted to SVP of Sales.                                09:33:58
17   Q   Just so I'm clear, you started as VP of            09:34:11
18 Sales at MDEA in 2000, correct?                          09:34:13
19   A   Correct.                                           09:34:16
20   Q   And before that, what was your job role at         09:34:17
21 MDEA?                                                    09:34:21
22   A   We had two regions.  I was the Western             09:34:23
23 Regional Vice President.                                 09:34:26
24   Q   And when did you start that role?                  09:34:33
25   A   Maybe 19- -- again, I don't know                   09:34:43

Page 37

1 specifically.  I'm going to give you an approximate       09:34:46
2 date.  Around 1995 or 1996.                               09:34:49
3   Q   And you said you were the Western Regional          09:34:55
4 VP.                                                       09:34:58
5       And this is all at MDEA, is that correct?           09:34:59
6   A   No, that would have been at MCEA, I                 09:35:05
7 believe.                                                  09:35:10
8   Q   And what is MCEA?                                   09:35:14
9   A   Mitsubishi Consumer Electronics America.            09:35:15
10   Q   And is that the predecessor to MDEA?               09:35:18
11   A   Yes.                                               09:35:23
12   Q   So it's your understanding that MCEA --            09:35:25
13 well, where was MCEA located?                            09:35:29
14   A   In Norcross, Georgia.                               09:35:33
15   Q   Did they have an office out here in                09:35:47
16 California?                                               09:35:50
17   A   They were located in California prior to           09:35:50
18 moving to Norcross, Georgia.                             09:35:53
19   Q   And where were they in California prior to         09:35:56
20 moving to Norcross, Georgia?                             09:35:58
21   A   Santa Ana, California.                             09:36:01
22   Q   And do you recall when they moved from             09:36:02
23 Santa Ana to Norcross?                                   09:36:04
24   A   1994, I think.                                     09:36:07
25   Q   And how long were they in Norcross?                09:36:12

10 (Pages 34 - 37)

Page 38

1   A   Four years.                                09:36:17
2   Q   And then so in 1998, then what happened to   09:36:18
3   MCEA in Norcross?                              09:36:22
4   A   It just ceased to exist. I mean they        09:36:24
5   closed it down.                                09:36:27
6   Q   They closed that facility down?            09:36:28
7   A   Yes.                                       09:36:30
8   Q   And the facility in Santa Ana, did that    09:36:30
9   close in 1994?                                 09:36:38
10  A   I believe so.                              09:36:42
11  Q   And when you worked for MCEA, were you     09:36:44
12  located in Georgia?                            09:36:51
13  A   Yes.                                       09:36:54
14  Q   So you moved to Georgia                    09:36:57
15  A   Yes.                                       09:36:59
16  Q   And you indicated that you were the        09:37:01
17  Western Regional VP from 1995 to roughly 2000; is  09:37:13
18  that correct?                                  09:37:19
19  A   To the best of my recollection, yes.       09:37:20
20  Q   And who was the Eastern Regional VP at     09:37:23
21  that time for MCEA?                            09:37:27
22  A   Howard Borsa.                              09:37:29
23  Q   Could you spell that for me, please.       09:37:36
24  A   Howard is H-O-W-A-R-D and Borsa as in      09:37:39
25  B-O-R-S-A                                      09:37:43

Page 39

1   Q   And was he also located down in Georgia    09:37:46
2   with you?                                      09:37:48
3   A   Yes.                                       09:37:48
4   Q   And the western region includes what area?  09:37:51
5   A   Generally, pretty much everything from the  09:37:58
6   Mississippi west.                              09:38:03
7   Q   So from 1995 to 2000 as the Western Region  09:38:16
8   VP in MCEA, whom did you report to?            09:38:21
9   A   The President who was Jack -- hang on a     09:38:29
10  second -- the president, Jack Osborne, but he left  09:38:33
11  in 1999, to the best of my recollection. Then I  09:38:37
12  went on to report to the Japanese CEO and Chairman  09:38:43
13  Stitaka Tachibana.                             09:38:53
14  Q   And Mr. Tachibana, was he an employee of   09:39:12
15  MCEA or MELCO?                                 09:39:17
16  A   I think he was an employee of MCEA and     09:39:22
17  then became an employee of MDEA.               09:39:25
18  Q   Do you know if he was also an employee of  09:39:32
19  MELCO -- when I refer to "MELCO," that is Mitsubishi  09:39:35
20  Electric Japan?                                09:39:38
21  A   I have no idea.                            09:39:41
22  Q   But Mr. Tachibana took over as president   09:39:54
23  of MCEA?                                       09:39:58
24  A   I don't recall. I don't recall the        09:40:00
25  exact -- there may have been some other person in  09:40:02

Page 40

1   between. I mean we had many changes in management  09:40:06
2   during that time period. So it may have been   09:40:11
3   someone else who came in before Mr. Tachibana. I  09:40:13
4   can't recall.                                  09:40:26
5   Q   And when you were the Western Region VP    09:40:28
6   from '95 to 2000, did you have people who reported to  09:40:30
7   you?                                           09:40:34
8   A   Yes.                                       09:40:35
9   Q   And how many people reported to you during  09:40:35
10  that period of time?                           09:40:37
11  A   I don't -- I don't recall specifically the  09:40:38
12  number of people that reported to me.          09:40:40
13  Q   And what were your duties and              09:40:43
14  responsibilities as the Western Region VP for MCEA  09:40:44
15  from '95 to 2000?                              09:40:47
16  A   To sell Mitsubishi consumer electronics    09:40:50
17  products to dealers, who in turn resold them to  09:40:55
18  consumers.                                     09:41:01
19  Q   And Mitsubishi consumer electronic         09:41:12
20  products include what items?                   09:41:14
21  A   For I believe part of that time, it would  09:41:21
22  have been color TV, some audio product. And the  09:41:23
23  major part of the business was projection TV,  09:41:37
24  CRT-based projection TV.                        09:41:39
25  Q   In 2000 when you became VP of Sales at     09:41:59

Page 41

1   MDEA, whom did you report to then?             09:42:07
2   A   Mr. Tachibana.                             09:42:14
3   Q   And he would have been the president, is   09:42:17
4   that correct?                                  09:42:19
5   A   President and Chairman. He had multiple    09:42:20
6   titles, I believe. He was operating president, yes.  09:42:23
7   Q   Would you have considered him the senior   09:42:28
8   executive of MCEA at that time?               09:42:34
9   A   Yes.                                       09:42:38
10  Q   Excuse me. That would have been MDEA at    09:42:39
11  that time; is that correct?                    09:42:40
12  A   Yes, to the best of my recollection, yes.  09:42:44
13  Q   And did you have -- when you were VP of    09:42:50
14  Sales from 2000 to 2006, I believe at MDEA, did you  09:42:53
15  have salespeople who reported to you?          09:43:01
16  A   Yes.                                       09:43:03
17  Q   And about how many salespeople did you     09:43:04
18  have?                                          09:43:06
19  A   I don't recall the exact number.           09:43:08
20  Q   Four, five, ten, roughly, your best        09:43:10
21  understanding.                                 09:43:14
22  A   Probably 20 -- 20 or so, 20 plus.          09:43:19
23  Q   And were the 20 -- let me back up.         09:43:25
24      In from '95 to 2000 when you were Western  09:43:32
25  Region VP, about how many individuals reported to  09:43:36

11 (Pages 38 - 41)

Page 42

1  you then?                                          09:43:39
2      Do you recall?                                 09:43:42
3   A   About half that many.                         09:43:44
4   Q   About ten?                                    09:43:45
5   A   Ten or twelve, something like that.           09:43:46
6   Q   And were the -- were they all -- were each    09:43:48
7  of the sales positions that reported to you, were 09:43:51
8  they all the same or were they broken up into      09:43:53
9  different categories, OEM's or dealers or something? 09:43:56
10  A   They were all the same. They just called       09:44:03
11 on dealers.                                        09:44:04
12  Q   So they were all the selling to dealers,      09:44:05
13 the individuals that reported to you from the '95 to 09:44:06
14 2000 period?                                       09:44:10
15  A   They sold to dealers, yes. However, some     09:44:11
16 were retail specialists who called on the actual   09:44:13
17 retail stores, had no real sales quota             09:44:17
18 responsibility. Some were sales -- what we called  09:44:21
19 account executives who called and were commissioned 09:44:24
20 sales personnel. And then I had a couple of        09:44:27
21 regional vice presidents who had some direct reports 09:44:31
22 in to them, all within that number of people.      09:44:36
23  Q   All within that roughly ten. So you had      09:44:39
24 about --                                           09:44:41
25  A   Twelve -- maybe ten, twelve people, yes.     09:44:42

Page 43

1   Q   So you had roughly maybe two or three        09:44:45
2  people who were vice presidents and the others     09:44:47
3  reported into them, those two or three.            09:44:50
4      Now, all of them reported to you.             09:44:54
5   A   That is correct.                             09:44:56
6   Q   Besides the President -- from 1995 to 2000   09:45:03
7  when you were the Western Region VP, besides the   09:45:08
8  President, did you report to anybody at Japan?     09:45:11
9   A   No.                                          09:45:14
10  Q   You didn't report to anyone at MELCO?        09:45:15
11  A   No.                                          09:45:18
12  Q   Did you report to any other Mitsubishi       09:45:19
13 entity out there?                                  09:45:21
14  A   No.                                          09:45:22
15  Q   And did your compensation at Mitsubishi      09:45:50
16 for the -- let's start in the when you were Western 09:46:01
17 Regional VP from '95 to 2000 at MCEA.              09:46:05
18      Did your compensation include bonuses for    09:46:08
19 attaining certain sales goals?                     09:46:11
20      MR. FUENTES:  Object to the form.            09:46:14
21      THE WITNESS:  Yes.                           09:46:19
22 BY MR. SAVERI:                                     09:46:20
23  Q   And do you recall what those sales goals     09:46:21
24 were?                                              09:46:26
25  A   I am sorry. I do not recall.                 09:46:27

Page 44

1   Q   Did you have a written contract with MCEA    09:46:29
2  for this period of time, the 1995 to 2000, that    09:46:33
3  would spell out your compensation as well as your  09:46:36
4  sales goals?                                       09:46:42
5   A   No.                                          09:46:43
6   Q   You had no written agreement -- strike       09:46:43
7  that.                                             09:46:48
8      From 1995 to 2000 as Western Regional VP      09:46:49
9  for MCEA, did you have any written employment      09:46:53
10 agreement with MCEA?                               09:46:57
11  A   Not that I recall.                           09:46:59
12  Q   But your compensation at MCEA from '95 to   09:47:03
13 2000 was predicated on your achieving certain sales 09:47:14
14 goals, is that correct?                            09:47:21
15  A   That is correct.                             09:47:22
16  Q   And did it ever come to a time that you --   09:47:23
17 from '95 to 2000 at MCEA that you did not meet your 09:47:26
18 sales goals?                                       09:47:29
19  A   Yes.                                         09:47:31
20  Q   And what years do you recall were those?    09:47:32
21  A   I don't recall the specific years. It was   09:47:35
22 a very difficult time. Maybe I can explain why.    09:47:37
23  Q   No, that's okay. Let me ask the questions   09:47:41
24 and we will go from there. I think it may be a     09:47:43
25 little easier, but did you -- from 1995 to 2000, did 09:47:46

Page 45

1  you ever make your sales goals at MCEA?           09:47:52
2   A   Yes.                                          09:47:55
3   Q   Do you recall whether you made your sales   09:48:00
4  goals more than you lost your sales -- then you did 09:48:02
5  not make your sales goals from this '95 to 2000    09:48:05
6  period?                                           09:48:08
7   A   I don't recall.                             09:48:13
8   Q   So to sum it up, some years you made your   09:48:16
9  sales goals, some years you didn't make your sales 09:48:20
10 goals, is that correct?                            09:48:23
11  A   That's correct.                             09:48:24
12  Q   And was the review of your sales goals,     09:48:24
13 was that annually or was it done quarterly or, you 09:48:29
14 know, every half -- six months or so?              09:48:33
15      How was that done?                           09:48:37
16  A   I don't remember.                           09:48:43
17  Q   And from 2000 to 2006 when you were VP of   09:48:51
18 Sales at MDEA, was your salary also predicated on  09:48:56
19 your meeting certain sales goals?                  09:49:04
20  A   Yes.                                         09:49:12
21  Q   And when you were VP of Sales at MDEA from  09:49:14
22 2000 to 2006, did you have a written employment    09:49:19
23 agreement with MDEA?                               09:49:23
24  A   Not that I recall.                           09:49:26
25  Q   Do you recall what your sales goals were    09:49:28

12 (Pages 42 - 45)

Page 46

1 when you were VP of Sales at MDEA from 2000 to 2006? 09:49:31
2    A  I don't remember.  Sorry. 09:49:38
3    Q  Do you recall when you were VP of Sales at 09:49:53
4 MDEA from 2000 to 2006 where you did not make your 09:49:55
5 sales targets, so you didn't receive your full 09:50:02
6 compensation? 09:50:06
7    A  Yes, that happened from time to time. 09:50:08
8    Q  And why don't we -- and what was your 09:50:15
9 compensation for the Western Regional VP from in 09:50:20
10 1995 for MCEA? 09:50:24
11    A  I don't recall exact amount of money. 09:50:27
12    Q  Was it over $100,000? 09:50:30
13    A  Yes. 09:50:33
14    Q  Was it over $200,000? 09:50:34
15       MR. FUENTES:  Object to the relevance of 09:50:41
16 this. 09:50:42
17       THE WITNESS:  Yes. 09:50:53
18 BY MR. SAVERI: 09:50:53
19    Q  Was it over $300,000? 09:50:54
20    A  Not that I recall. 09:50:56
21    Q  And when you became VP of Sales from MDEA 09:50:58
22 to -- from 2000 to 2006, what was your compensation 09:51:00
23 then? 09:51:05
24       MR. FUENTES:  Same objection. 09:51:07
25       THE WITNESS:  Similar to prior -- to the 09:51:11

Page 47

1 prior program. 09:51:14
2 BY MR. SAVERI: 09:51:15
3    Q  Did it after -- I'm sorry.  Go ahead. 09:51:15
4       Did you finish? 09:51:19
5    A  Yes. 09:51:20
6    Q  Did it ever go over $300,000 during any 09:51:20
7 one of those periods of time? 09:51:23
8    A  I don't recall. 09:51:27
9    Q  When you say you don't recall, you don't 09:51:31
10 recall it ever occurring or it's more likely than 09:51:34
11 not that it didn't occur? 09:51:39
12    A  I just don't recall what the compensation 09:51:40
13 was at that time.  Sorry. 09:51:42
14    Q  And at none of these times from 1995 to 09:51:47
15 2006 did you ever have a written employment contract 09:51:50
16 with MCEA or MDEA. 09:51:53
17    A  Not that I remember. 09:51:57
18    Q  You don't recall signing any employment -- 09:51:58
19    A  That's correct. 09:52:01
20    Q  When you were Western Region VP for MCEA 09:52:24
21 from 1995 to 2000, did you have an E-mail address at 09:52:28
22 Mitsubishi? 09:52:34
23    A  Yes. 09:52:36
24    Q  And do you recall what your E-mail address 09:52:36
25 was? 09:52:39

Page 48

1    A  I don't recall. 09:52:41
2    Q  Would it be MWassinger@Mitsubishi.com? 09:52:42
3    A  Probably something like that.  Had to have 09:52:46
4 "Mitsubishi" in there somewhere, yes. 09:52:48
5    Q  Do you recall if your E-mail ever changed 09:52:50
6 from when you went from MCEA to MDEA? 09:52:54
7    A  I believe my E-mail address at MDEA was 09:52:59
8 MWassinger@MDEA.com, I think. 09:53:04
9    Q  And would it have been that all the way up 09:53:09
10 until you took your job as EVP of Sales at MEVSA? 09:53:11
11    A  Correct. 09:53:21
12    Q  And when you went to MEVSA, did it then 09:53:21
13 change to MWassinger@MEVSA.com? 09:53:24
14    A  That is correct. 09:53:29
15    Q  And would you have another E-mail address. 09:53:30
16       Would you have dual E-mail address at 09:53:31
17 Mitsubishi or was this your only business E-mail 09:53:34
18 address? 09:53:36
19    A  That was the only E-mail address -- 09:53:39
20 business E-mail address. 09:53:40
21    Q  And when you were at MCEA, do you know if 09:53:42
22 it was MWassinger@MCEA or was it 09:53:46
23 MWassinger@Mitsubishi, if you recall? 09:53:49
24    A  I don't recall.  I'm sorry. 09:53:52
25    Q  And from '95 to 2000, did you have a 09:53:54

Page 49

1 personal E-mail account?  Yahoo, Gmail or -- 09:54:01
2    A  Not that I remember.  I don't recall a 09:54:05
3 personal E-mail address at that time. 09:54:07
4    Q  At that time 09:54:09
5       When do you recall getting your -- a 09:54:10
6 personal E-mail account? 09:54:13
7    A  Maybe mid 2000's, 2006, 2007, that time 09:54:23
8 period, I am thinking.  I am not sure. 09:54:27
9    Q  So your recollection is the first time you 09:54:35
10 got an E-mail account would be around 2006, 2007, 09:54:37
11 that was outside of Mitsubishi. 09:54:42
12    A  That's correct. 09:54:43
13    Q  And is that a Gmail account? 09:54:44
14    A  Gmail, yes. 09:54:47
15    Q  Now, do you have any other personal E-mail 09:54:48
16 accounts? 09:54:50
17    A  No. 09:54:50
18    Q  Were you ever asked to look in your 09:54:54
19 personal E-mail account for any documents or E-mails 09:54:58
20 related to this litigation? 09:55:02
21    A  No. 09:55:04
22       By the way, I do have other personal 09:55:07
23 addresses but they are Gmail, you know, 09:55:09
24 MaxJW@Gmail.com. 09:55:11
25    Q  So you have several Gmail accounts? 09:55:16

13 (Pages 46 - 49)

Page 50

1    A   I have three Gmail -- three personal Gmail          09:55:19
2  accounts.                                  09:55:23
3    Q   And were any of those E-mail accounts ever          09:55:23
4  searched or looked at for any E-mails related to          09:55:27
5  this litigation?                            09:55:32
6    A   No.                                  09:55:33
7    Q   Do you ever use your personal E-mail          09:55:34
8  accounts for business or communicating with business          09:55:37
9  executives?                              09:55:44
10    A   No, just personal. Just to for          09:55:48
11  edification, I do use it. I do some consulting from          09:55:58
12  time to time. So I did use it in a consulting          09:56:03
13  environment but this is way past the time period          09:56:05
14  that I -- this is after I left Mitsubishi Electric.          09:56:07
15    Q   That is fair enough. I was just trying to          09:56:11
16  get in to see what E-mails you have and what you use          09:56:13
17  for that.                                09:56:16
18        And, you know, nowadays everybody has 20          09:56:16
19  different E-mails in all different types of things.          09:56:21
20  but as far as your recollection, you had your          09:56:23
21  Mitsubishi business E-mail account that we went          09:56:25
22  over, the one at MCEA, the MDEA that you had from          09:56:29
23  2000 to when you began as EVP at MEVSA and then you          09:56:33
24  had one at MEVSA, is that correct?          09:56:39
25    A   That's correct.                        09:56:42

Page 51

1    Q   But somewhere in 2005, '6 or '7, somewhere          09:56:43
2  in the mid 2000's, you began using a Gmail account          09:56:47
3  or having a Gmail account for personal?          09:56:50
4    A   That is correct.                        09:56:54
5    Q   And you don't recall ever using that Gmail          09:56:54
6  account to communicate with other individuals          09:56:58
7  regarding any business activity.          09:57:01
8    A   Never.                              09:57:04
9        MR. FUENTES: Object to the form.          09:57:05
10  BY MR. SAVERI:                            09:57:06
11    Q   But you don't recall --                  09:57:06
12    A   I don't recall ever doing that.          09:57:07
13    Q   If it was business, you would have used          09:57:09
14  your Mitsubishi account.                    09:57:10
15    A   That's correct.                        09:57:13
16    Q   During this period of time -- when I say          09:57:14
17  "this period of time," the '95 to the -- when you          09:57:17
18  left in '13.                              09:57:23
19        MR. FUENTES: Object to the form.          09:57:27
20        THE WITNESS: Rephrase that question.          09:57:28
21  BY MR. SAVERI:                            09:57:29
22    Q   Sure, sure.                          09:57:29
23        And in other words, when you left -- when          09:57:30
24  you -- you would have used your Mitsubishi E-mail          09:57:42
25  account from when it was with MCEA to MDEA to then          09:57:47

Page 52

1  when you became EVP of MEVSA to when you retired in          09:57:53
2  2014; is that correct?                      09:57:59
3        Would you have had any other E-mail          09:58:02
4  accounts in there?                        09:58:03
5        MR. FUENTES: Object; form.          09:58:04
6        THE WITNESS: No.                        09:58:05
7  BY MR. SAVERI:                            09:58:06
8    Q   So those would have been it?          09:58:06
9    A   Those are just the business, that is,          09:58:08
10  anything relating to business          09:58:10
11        Yes, I had a personal E-mail account, as I          09:58:11
12  told you, like 2005, 2006. I started with Gmail          09:58:13
13  account but that was used just for personal, not for          09:58:18
14  business.                                09:58:20
15    Q   Fair enough.                          09:58:20
16        So from when you were Western Regional VP.          09:58:51
17  from 1995 at MCEA to 2000, did MCEA sell CRT          09:58:55
18  televisions?                              09:59:08
19    A   Yes.                              09:59:15
20    Q   So just so I'm clear, and MCEA, Mitsubishi          09:59:21
21  Consumer Electronics America, correct?          09:59:24
22    A   Correct.                            09:59:29
23    Q   Did any other Mitsubishi entity at this          09:59:29
24  time from '95 to 2000 sell CRT televisions in the          09:59:32
25  United States?                            09:59:37

Page 53

1    A   Not that I am aware of.                  09:59:39
2    Q   And did MCEA manufacture CRT televisions?          09:59:40
3    A   Yes.                              10:00:05
4    Q   And where did it manufacture televisions?          10:00:06
5    A   I believe in Mexicali, Mexico, at the          10:00:10
6  factory in Mexicali, Mexico.                10:00:17
7    Q   And that would have been -- we will          10:00:28
8  start -- so when you were Western Region VP for MCEA          10:00:31
9  in 1995, MCEA sold CRT televisions in the U.S; is          10:00:37
10  that correct?                            10:00:42
11    A   To the best of my recollection, yes.          10:00:45
12    Q   Now, the same question for 1996, did they          10:00:47
13  sell -- MCEA sell CRT televisions in the U.S.?          10:00:50
14    A   Yes, I believe so.                      10:01:01
15    Q   Same question for 1997, did MCEA sell CRT          10:01:07
16  televisions in the U.S.?                    10:01:10
17    A   Yes, I believe so.                      10:01:12
18    Q   Now, in 1998, did MCEA sell CRT          10:01:14
19  televisions in the U.S.?                    10:01:18
20    A   To the best of my recollection, that is          10:01:27
21  when we exited the business. In that time period.          10:01:28
22  started the exit of the CRT television business. We          10:01:30
23  quit the business.                        10:01:33
24    Q   So from at least from '95 to 1998, MCEA          10:01:35
25  sold CRT televisions in the U.S , correct?          10:01:43

14 (Pages 50 - 53)

Page 54

1   A   To the best of my recollection.   10:01:46
2   Q   And after '98 -- so in 1999 -- MCEA did   10:01:48
3 not sell CRT televisions in the U.S, is that   10:01:54
4 correct?   10:01:56
5   A   I believe we wound down the business. It   10:02:00
6 was not a profitable business. So we got out of the   10:02:02
7 CRT television business. I am not sure of the exact   10:02:06
8 date. Excuse me   10:02:11
9   Q   Right. But in this '98/'99 period, MCEA   10:02:13
10 stopped selling CRT televisions in the U.S.   10:02:16
11       Is that --   10:02:22
12   A   I don't recall the exact date or dates.   10:02:22
13 but it was towards that time period that I believe   10:02:25
14 we got out of the business.   10:02:30
15   Q   And when you refer to CRT televisions,   10:02:32
16 this is different than rear projection televisions   10:02:37
17       Is that your understanding?   10:02:41
18   A   Yes.   10:02:42
19   Q   But Mitsubishi or MCEA was still selling   10:02:42
20 rear projection TV's?   10:02:44
21   A   Absolutely. That's where we put all of   10:02:47
22 our resources because of high definition TV was   10:02:50
23 starting to come into its -- you know, into its own   10:02:53
24 and that was an opportunity. There was no   10:02:56
25 opportunity in CRT   10:02:58

Page 55

1       MR. SAVERI: Move to strike everything   10:03:01
2 after "yes."   10:03:02
3       MR. FUENTES: Objection to that.   10:03:04
4 BY MR. SAVERI:   10:03:05
5   Q   And in 1995, do you recall what size CRT   10:03:14
6 televisions MCEA sold?   10:03:19
7   A   Boy, 40-inch, 35-inch, 36-inch, 32-inch,   10:03:28
8 27-inch. That's all that I recall.   10:03:44
9   Q   Did it sell a 20-inch?   10:03:51
10   A   Possibly.   10:03:55
11   Q   Did it sell a 13-inch television, CRT   10:03:55
12 television?   10:03:58
13   A   I am not sure what year we stopped making   10:03:59
14 13-inch. Again, not profitable.   10:04:01
15   Q   And a 31-inch, do you recall?   10:04:04
16   A   Possibly.   10:04:06
17   Q   And it's your understanding that all of   10:04:07
18 these televisions came from Mexicali, Mexico?   10:04:11
19   A   That factory in Mexicali, I believe,   10:04:19
20 opened in either 1996 or 1997.   10:04:21
21   Q   And before that, where would the   10:04:29
22 televisions have come from?   10:04:31
23   A   I have no idea.   10:04:33
24   Q   You don't know if they came from Japan?   10:04:35
25   A   I don't know.   10:04:37

Page 56

1   Q   But the facility in Mexicali, that was   10:04:38
2 MCEA -- that was a division or subsidiary of MCEA?   10:04:44
3   A   I don't recall.   10:04:50
4   Q   But you're not aware of any other place   10:04:52
5 besides Mexicali that MCEA manufactured from this '95 to '98/'99   10:04:54
6 period manufactured CRT televisions?   10:05:01
7   A   No, I don't know. I don't recall.   10:05:06
8   Q   So from this '95 to '98/'99 period when   10:05:48
9 MCEA sold CRT televisions in the U.S. to dealers and   10:05:53
10 retailers and customers, you're not aware of any   10:06:03
11 other Mitsubishi entity selling CRT televisions to   10:06:05
12 those customers.   10:06:10
13   A   No.   10:06:11
14   Q   Or to any customers in the U.S.   10:06:12
15   A   That is correct.   10:06:15
16   Q   So from this period of time, if a   10:06:16
17 Mitsubishi CRT television was purchased from any   10:06:20
18 Mitsubishi entity in from '95 to 2000, that would   10:06:27
19 have been MCEA.   10:06:31
20   A   To the best of my recollection, yes.   10:06:34
21   Q   In 1995 when you were Western Regional VP,   10:06:59
22 who were your top customers, if you recall?   10:07:02
23   A   At that time, they would have been   10:07:10
24 regional accounts, people like Conn's, P.C. Richard.   10:07:14
25 Paul's TV in Los Angeles, hhgregg, those type of   10:07:27

Page 57

1 accounts. These are regional accounts   10:07:42
2   Q   And just so I'm clear, when you said your   10:07:46
3 top accounts, these would be your top accounts for   10:07:49
4 CRT televisions from the '95 to -- in 1995   10:07:51
5   A   Yes.   10:07:59
6   Q   And if I ask you the same question for who   10:08:03
7 were your top accounts in 1996, would you give the   10:08:05
8 same answer?   10:08:08
9   A   Yes.   10:08:09
10   Q   Was Walmart a customer of yours?   10:08:09
11   A   No.   10:08:12
12   Q   You didn't -- MCEA did not sell to   10:08:13
13 Walmart?   10:08:16
14   A   Absolutely not.   10:08:17
15   Q   Did MCEA sell to Circuit City from this   10:08:19
16 '95 to 1999 period?   10:08:27
17   A   I am not sure when we stopped doing   10:08:31
18 business with Circuit City. We used to sell Circuit   10:08:34
19 City in the 80's and early 90's, but I'm not sure   10:08:36
20 when we stopped selling Circuit City -- or excuse   10:08:41
21 me -- when they quit carrying Mitsubishi. It's a   10:08:44
22 different -- they stopped carrying Mitsubishi   10:08:47
23 televisions   10:08:50
24   Q   And from 1995 to this 1998/'99, did MCEA   10:08:51
25 sell to Best Buy, CRT televisions?   10:08:58

15 (Pages 54 - 57)

Page 58

```
 1    A   No, not that I recall.              10:09:04
 2    Q   Did you from 1995 to this '99 -- '98/'99   10:09:11
 3 period, did you sell to the Good Guys?        10:09:18
 4    A   Yes.                                  10:09:21
 5    Q   CRT televisions?                      10:09:22
 6    A   Excuse me.                            10:09:23
 7         Yes, we did sell to Good Guys. That's one   10:09:23
 8 I forgot to tell you.                        10:09:26
 9    Q   And would that have been a large account?   10:09:27
10    A   Yes.                                  10:09:29
11    Q   Did you sell to Tweeter?              10:09:30
12    A   Yes.                                  10:09:32
13    Q   During that same period of time?      10:09:33
14    A   That's correct.                       10:09:35
15    Q   CRT televisions. All of these        10:09:36
16 questions -- pardon me.                      10:09:39
17         All of these questions at that time when I   10:09:40
18 am saying "sell to" are referring to CRT     10:09:42
19 televisions.                                 10:09:45
20         Is that what you understood?         10:09:46
21    A   Yes.                                  10:09:47
22    Q   Did you sell to Sun Television during this   10:09:49
23 period of time from '95 to 1998/'99 CRT televisions?   10:09:52
24    A   Yes, I believe we did.                10:10:02
25    Q   Did you sell CRT televisions during this   10:10:03
```

Page 59

```
 1 period of time to Malloy Enterprises?        10:10:05
 2    A   Yes.                                  10:10:10
 3    Q   And I believe you mentioned Gregg    10:10:11
 4 Appliances.                                  10:10:12
 5    A   Hhgregg.                              10:10:13
 6    Q   Hhgregg.                              10:10:15
 7         And all of those would have been    10:10:16
 8 significant accounts?                        10:10:17
 9         MR. FUENTES:  Objection, form.       10:10:20
10         THE WITNESS:  Yes, good accounts.    10:10:22
11 BY MR. SAVERI:                               10:10:24
12    Q   When you were -- do you recall -- strike   10:10:38
13 that.                                        10:10:46
14         When you were Western Regional VP in 1995,   10:10:52
15 do you recall in units or dollars the total sales of   10:10:58
16 CRT televisions in the U.S. in 1995?         10:11:04
17    A   I do not.                             10:11:10
18    Q   What is your best understanding?  What is   10:11:12
19 your best recollection of what the total units or   10:11:15
20 dollars would have been in 1995?             10:11:19
21    A   I'm sorry.  I just don't remember.    10:11:23
22    Q   Would it have been over $500 million?   10:11:24
23         MR. FUENTES:  Objection, calls for   10:11:29
24 speculation.                                 10:11:29
25
```

Page 60

```
 1 BY MR. SAVERI:                               10:11:30
 2    Q   I am just asking for your best        10:11:31
 3 recollection sitting here today looking back over   10:11:33
 4 your history here at Mitsubishi.             10:11:35
 5    A   Are you talking about Mitsubishi sales?   10:11:38
 6    Q   No, sales of when you were -- for MCEA, if   10:11:40
 7 you recall, for sales in 1995 of CRT televisions.   10:11:43
 8         MR. FUENTES:  Same objection.        10:11:49
 9         THE WITNESS:  I don't recall.  I don't   10:11:50
10 remember the number.                         10:11:52
11 BY MR. SAVERI:                               10:11:53
12    Q   Do you recall what your western region   10:11:54
13 sales numbers was in 1995, your best recollection?   10:11:55
14         MR. FUENTES:  Same objection.        10:11:59
15         THE WITNESS:  I'm sorry.  I don't recall.   10:12:01
16 I can't give you a number that I would feel   10:12:02
17 comfortable giving you.                      10:12:07
18 BY MR. SAVERI:                               10:12:08
19    Q   Would it have been over $500 million?   10:12:09
20         MR. FUENTES:  Same objection.        10:12:12
21         THE WITNESS:  I don't think so, no.   10:12:15
22 BY MR. SAVERI:                               10:12:16
23    Q   Would it have been over $250 million?   10:12:17
24    A   Again, I am just -- this is strictly --   10:12:20
25 you know, you are pushing me for a number and I   10:12:22
```

Page 61

```
 1 don't feel comfortable giving you a number because I   10:12:26
 2 don't know the number, not even the range of the   10:12:29
 3 number.                                      10:12:31
 4    Q   I just want to get your best recollection   10:12:31
 5 because we are just trying to figure out what the   10:12:33
 6 sales numbers were.  And you were the Western Region   10:12:35
 7 Vice President.  And so I'm just trying to see if   10:12:37
 8 you recall what -- for that year, you indicated that   10:12:39
 9 your compensation was based on meeting certain sales   10:12:42
10 goals and you have indicated that some years you   10:12:45
11 didn't hit them and some years you did hit them.  So   10:12:48
12 if you are not getting paid, sometimes the number of   10:12:52
13 what the sales are stick in your head.  So I am just   10:12:54
14 trying to narrow down that.                  10:12:58
15         So that was a little bit of a recap and a   10:13:00
16 question there, but my question is do you have a best   10:13:03
17 recollection for 1995 what the total sales of CRT   10:13:06
18 televisions were.                            10:13:12
19    A   I do not.                             10:13:13
20         MR. FUENTES:  Objection; form,       10:13:14
21 argumentative, calls for speculation, asked and   10:13:15
22 answered.                                    10:13:21
23 BY MR. SAVERI:                               10:13:21
24    Q   Go ahead.                             10:13:21
25    A   I can't recall.                       10:13:23
```

16 (Pages 58 - 61)

Page 62

```
 1    Q   And what about for 1996, would you give me          10:13:25
 2  the same answer?                          10:13:31
 3        MR. FUENTES:  Objection.             10:13:32
 4        Rick, could I have maybe a standing            10:13:33
 5  objection?                        10:13:35
 6        MR. SAVERI:  You can have the standing        10:13:35
 7  objections.                       10:13:37
 8        MR. FUENTES:  That way, I don't interrupt       10:13:37
 9  you.                        10:13:39
10        MR. SAVERI:  I am just asking if he            10:13:39
11  recalls.                          10:13:40
12  BY MR. SAVERI:                      10:13:42
13    Q   Mr. Wasinger, do you recall when you were        10:13:42
14  Western Regional VP what MCEA CRT television sales        10:13:43
15  in units or dollars were in 1996?              10:13:48
16        MR. FUENTES:  And are you okay with my          10:13:50
17  having a standing objection?                 10:13:52
18        MR. SAVERI:  I am okay with that.              10:13:54
19        MR. FUENTES:  I am not trying to use your       10:13:55
20  time.                       10:13:56
21        MR. SAVERI:  I understand.  I understand.       10:13:57
22        THE WITNESS:  I don't recall.             10:13:58
23  BY MR. SAVERI:                      10:13:59
24    Q   And you don't recall if it was over           10:14:02
25  $200 million?                       10:14:05
```

Page 63

```
 1    A   I am sorry.  I just don't recall the          10:14:09
 2  number.                       10:14:12
 3    Q   And do you recall for 1997 what the CRT        10:14:13
 4  sales would have been for MCEA in the U.S. when you       10:14:19
 5  were Western Regional VP?                 10:14:23
 6    A   I am sorry.  I don't.  I don't recall.          10:14:25
 7    Q   You don't recall whether it was over a         10:14:28
 8  hundred million dollars?                   10:14:30
 9    A   I am sorry.  I don't recall.  And the          10:14:36
10  reason I don't recall is because this was a very --       10:14:38
11  very challenging time period as we were moving away       10:14:41
12  from CRT to projection TV.  All the emphasis, all       10:14:45
13  the resources, all the push was for projection TV       10:14:50
14  because we saw the coming of high definition TV and      10:14:57
15  projection TV was perfect for high definition TV.        10:15:01
16        CRT business was commoditizing.           10:15:06
17  Mitsubishi Electric, when businesses commoditize,       10:15:08
18  they run away.  They're just not good at fighting in      10:15:11
19  a commodity business.                   10:15:14
20        That was my experience of Mitsubishi TV.       10:15:15
21  That's why this is kind of frustrating for me.  It's     10:15:17
22  a dark, dark period in my life.               10:15:21
23    Q   Thank you, but when you say               10:15:23
24  "commoditizing," are you saying that CRT            10:15:24
25  televisions -- that it's hard to differentiate        10:15:27
```

Page 64

```
 1  between one brand and other brand.             10:15:29
 2    Q   Is that it?                    10:15:31
 3    A   Yes.  Mitsubishi is a -- was a kind of a        10:15:32
 4  value-add brand.  It was a brand that people aspired      10:15:38
 5  to have to have to sell a great brand cache and that      10:15:41
 6  doesn't mix well with commodity product.  So we        10:15:46
 7  moved away from commodity products             10:15:49
 8        I tried to push it as swiftly as possible.    10:15:51
 9  no future for a commodity products for a company       10:15:54
10  like Mitsubishi.                       10:15:59
11    Q   When you refer to "commodity products,"       10:16:00
12  are you referring to CRT televisions as a commodity      10:16:02
13  product?                        10:16:05
14    A   At that time, it was a commodity product       10:16:05
15  just like LED is today.                    10:16:07
16    Q   And in that time when you say in '95 to        10:16:09
17  when you got out of it in '98/'99 when you were at       10:16:13
18  MCEA.                          10:16:17
19    A   Correct.                     10:16:18
20    Q   Just to stay on this sales topic a little       10:16:38
21  bit, when you were at MC -- when you were Western        10:16:42
22  Regional -- strike that.                   10:16:47
23        When you were Western Regional VP in 1995      10:16:47
24  at MCEA, did you keep track of sales in any way?       10:16:51
25    A   I am sure that we did but I don't recall       10:17:00
```

Page 65

```
 1  the numbers.  I am sorry.                  10:17:02
 2    Q   I'm not asking for the numbers.  I am just     10:17:03
 3  asking now for the method.                  10:17:05
 4        Did you have monthly reports of sales?        10:17:07
 5    A   Yes.                       10:17:10
 6    Q   And were those paper reports or            10:17:11
 7  electronic?                       10:17:14
 8    A   Paper reports, that I recall.              10:17:15
 9    Q   And did you have quarterly reports of         10:17:16
10  sales of CRT's during this period of time from '95      10:17:18
11  to '98?                        10:17:21
12    A   Yes.  That is just the aggregate of the        10:17:24
13  three months prior.                     10:17:26
14    Q   But you did have a report.  Is that it?       10:17:27
15    A   Yes.                       10:17:30
16    Q   Is there a certain name for this report       10:17:30
17  that would come out on -- wait.               10:17:32
18        Just so I make the record clear, we were      10:17:36
19  first talking about monthly reports for sales; is       10:17:38
20  that correct?                       10:17:41
21    A   Yes.                       10:17:41
22    Q   And is there a certain name for this         10:17:43
23  monthly report of sales of CRT's that would be        10:17:44
24  generated?                        10:17:47
25    A   Not that I remember.                 10:17:49
```

17 (Pages 62 - 65)

Page 66

```
1    Q   Just sales report.                    10:17:50
2    A   Yes.                                   10:17:52
3    Q   And were you responsible for generating  10:17:52
4  the monthly report for your -- when you were Western  10:17:57
5  Regional VP for your group?                  10:18:00
6    A   No, I had a business manager that       10:18:04
7  assisted.                                    10:18:06
8    Q   And who was that business manager in 1995,  10:18:07
9  if you recall?                               10:18:09
10   A   I believe it was Mike Stapleton.        10:18:10
11   Q   And so Mr. Stapleton's job was to prepare  10:18:13
12 the monthly sales report for you and your team?  10:18:17
13   A   Yes.                                    10:18:21
14   Q   And would you have -- and would         10:18:22
15 Mr. Stapleton then also prepare a quarterly report  10:18:26
16 for you and your team?                       10:18:30
17   A   Yes.                                    10:18:33
18   Q   And is there a certain name or refer to  10:18:34
19 that report, if you recall?                  10:18:37
20   A   Just I don't recall a specific name.    10:18:39
21   Q   And would you prepare an annual report of  10:18:41
22 your sales and your -- for CRT televisions in this  10:18:44
23 '95 to '98 period?                           10:18:48
24       MR. FUENTES:  Objection; form.         10:18:51
25       THE WITNESS:  Well, yes, it would just be  10:18:53
```

Page 67

```
1  the aggregate of each other and each quarter.   10:18:54
2  BY MR. SAVERI:                                10:18:57
3    Q   But was there a certain name to it or was  10:18:58
4  there an annual report?                      10:19:00
5    A   Once again, I don't recall the specific  10:19:01
6  name, just sales report.                     10:19:04
7    Q   And when you received these reports, where  10:19:06
8  did you keep them?                           10:19:10
9    A   Well, I would keep them in my office and  10:19:13
10 then just destroy them periodically because I had no  10:19:15
11 need to keep carrying them over year after year and  10:19:18
12 building a huge file of reports.  So I just would  10:19:21
13 keep them for a time period and then destroy them.  10:19:25
14   Q   And was it Mr. Stapleton, 0was he the one  10:19:27
15 who prepared the reports during this entire period  10:19:37
16 of time these sales --                       10:19:40
17   A   From '95 -- from 1995 to 1999 or 2000?   10:19:41
18   Q   Yeah.                                   10:19:45
19   A   Yes, Mike Stapleton, I believe, is the  10:19:46
20 person who I think so yes.                    10:19:49
21   Q   And would he do an analysis of these -- of  10:19:51
22 the sales in his reports to you?             10:19:54
23   A   Just sales against quota, sales against  10:20:00
24 our goal and how we performed.               10:20:03
25   Q   And would this -- would these sales     10:20:06
```

Page 68

```
1  reports have units and revenue and by account or top  10:20:08
2  accounts or by region?  Or how were they?    10:20:15
3    A   They were sorted by account and also    10:20:18
4  sorted, you know, by region and then sorted in  10:20:21
5  aggregate.                                   10:20:28
6    Q   And you did do a -- and Mike Stapleton did  10:20:28
7  prepare an annual report, if you recall?     10:20:33
8    A   I don't recall specifically that there was  10:20:40
9  an annual report.  It was ongoing month after month  10:20:41
10 after month.  And then, of course, at the end of the  10:20:44
11 year, you would see how you did for the year, but no  10:20:46
12 specific annual report, per se, that I think ever.  10:20:50
13   Q   And you said you got these in hard paper.  10:20:52
14       You didn't get them electronically?    10:20:55
15   A   I believe at that time, it was hard paper.  10:20:57
16   Q   And you would store them in your office,  10:21:02
17 is that correct?                             10:21:04
18   A   To the best of my recollection.         10:21:05
19   Q   And would everybody on your sales team get  10:21:06
20 a copy?                                      10:21:08
21   A   No.                                     10:21:09
22   Q   Who would get a copy of the sales reports?  10:21:09
23   A   Just myself and the president,          10:21:13
24 Mr. Osborne, at that time and Mike Stapleton as the  10:21:17
25 business manager.  We had a pretty flat       10:21:21
```

Page 69

```
1  organization, pretty small organization.  So it was  10:21:26
2  pretty confined.                             10:21:28
3    Q   And were you all located in the same    10:21:29
4  building or headquarters?                    10:21:31
5    A   Yes, yes.                               10:21:34
6    Q   And did you ever send -- do you know if  10:21:44
7  any of these sales reports ever went out to storage?  10:21:47
8    A   Not that I recall.                      10:21:53
9    Q   Do you recall at this period of time    10:21:54
10 whether MCEA used an off-site storage facility?  10:21:56
11   A   I don't remember.                       10:22:01
12   Q   Did you have periodic meetings with your  10:22:11
13 sales staff from this 1995 to 1998 period regarding  10:22:13
14 CRT televisions?                             10:22:18
15   A   Not that I recall.  No specific meetings  10:22:22
16 about CRT televisions, no.                   10:22:24
17   Q   But did you have weekly sales meetings?  10:22:25
18   A   No.                                     10:22:30
19   Q   Did you have quarterly sales meetings with  10:22:32
20 your staff from this 1995 to '98 period?     10:22:34
21   A   Yes, yes, we would have periodic meetings.  10:22:41
22 They weren't maybe every quarter but we had an  10:22:44
23 annual sales meeting.  And then we, of course,  10:22:47
24 communicated every day about business.       10:22:50
25   Q   So you recall that there was an annual   10:22:55
```

18 (Pages 66 - 69)

Page 70

1  sales meeting but then you would have periodic sales     10:22:58
2  meetings as needed.     10:23:01
3      Is that it?     10:23:02
4  A  Correct.     10:23:03
5  Q  And the annual sales meeting, was there a     10:23:03
6  certain day or month that that was held?     10:23:06
7  A  Generally -- generally in the first     10:23:14
8  quarter of the year.     10:23:20
9  Q  So in the January, February, March period     10:23:22
10 of time?     10:23:25
11 A  Correct.     10:23:26
12 Q  And was there an agenda prepared for that     10:23:26
13 meeting?     10:23:30
14 A  Yes, the meeting was primary to introduce     10:23:30
15 the new product line that would be forthcoming or to     10:23:41
16 discuss what products we would be introducing or had     10:23:44
17 planned to introduce.     10:23:50
18 Q  Did you go over any of the previous sales     10:23:50
19 or sales targets in that meeting?     10:23:55
20 A  I don't recall doing that.     10:24:00
21 Q  Did you prepare the agenda?     10:24:04
22 A  I had input in it. I participated in the     10:24:08
23 preparation of it.     10:24:12
24 Q  And did you keep copies of those agendas?     10:24:13
25 A  I did not.     10:24:16

Page 71

1  Q  Would you take notes of those meetings?     10:24:17
2  A  I don't recall. This is 1995, you are     10:24:22
3  talking about.     10:24:25
4  Q  1995 to 1998, yes. I realize that.     10:24:26
5      So you don't recall taking notes?     10:24:29
6  A  That's correct.     10:24:32
7  Q  Did you -- would your -- would the     10:24:33
8  president attend this meeting?     10:24:36
9  A  Yes.     10:24:38
10 Q  Would anybody from Japan attend this     10:24:39
11 annual meeting?     10:24:42
12 A  Sometimes they would attend. Primarily,     10:24:44
13 engineering. Remember, we are talking about the new     10:24:46
14 product introduction.     10:24:49
15 Q  But you would never have marketing and     10:24:50
16 salespeople from MELCO attend these meetings?     10:24:56
17 A  Not that I recall.     10:25:00
18 Q  During this period of time, did you ever     10:25:00
19 attend marketing and sales meetings in Japan?     10:25:02
20 A  I would go to Japan annually at least once     10:25:11
21 a year. And it was about right around the Japanese     10:25:15
22 consumer electronics show.     10:25:20
23 Q  And what is the name of the Japanese     10:25:21
24 consumer electronics show?     10:25:23
25 A  J-Tec or JCES, just a consumer electronics     10:25:28

Page 72

1  show in Japan. It's in September, I believe,     10:25:33
2  generally.     10:25:34
3  Q  Is that in Tokyo?     10:25:35
4  A  Or October, yes.     10:25:37
5  Q  So you would -- you would attend meetings     10:25:42
6  in Japan just generally once a year around this     10:25:44
7  trade association J-Tech in Tokyo?     10:25:48
8  A  Correct.     10:25:51
9  Q  And what was the purpose of the annual     10:25:51
10 meeting in Japan?     10:25:53
11 A  Well, as Western Regional Sales, I did     10:25:55
12 not -- this is later on. This is when I became VP     10:25:58
13 of Sales. So I need to get the timing correct here.     10:26:01
14     This is the time period you are talking     10:26:04
15 about, when I was Western Regional, I did not go to     10:26:07
16 Japan. This is after I became VP of Sales, I     10:26:09
17 started going to Japan.     10:26:12
18 Q  So fair enough.     10:26:13
19 A  So once you became VP of Sales in 2000,     10:26:16
20 then you started attending meetings in Japan.     10:26:16
21 A  Yeah, J-Tech.     10:26:20
22 Q  J-Tech. And you only recall going once a     10:26:21
23 year?     10:26:24
24 A  Generally. If I went twice a year, it was     10:26:25
25 unusual. To the best of my recollection, just once     10:26:27

Page 73

1  a year, around that.     10:26:29
2  Q  Fair enough.     10:26:34
3      And that continued on until you left.     10:26:34
4  MEVSA, I believe it was.     10:26:39
5  A  That's correct.     10:26:40
6  Q  And when you had these meetings, the     10:26:41
7  annual meetings in '95 to this '99 period, did     10:26:53
8  somebody keep a written report of the meeting?     10:26:58
9  A  Not that I recall. I don't remember. I     10:27:03
10 mean people took individual notes, I am sure, but I     10:27:08
11 don't recall anyone taking minutes, per se, or any     10:27:11
12 notes.     10:27:13
13 Q  Did anybody keep formal notes of the     10:27:14
14 meeting and then circulate them to the group or     10:27:16
15 something like that?     10:27:18
16 A  Not that I remember.     10:27:19
17 Q  But individuals would keep their own     10:27:20
18 personal notes or take them if they wanted?     10:27:23
19 A  Yes.     10:27:28
20     MR. SAVERI:  We have been going about an     10:27:37
21 hour and a half. You want to take five, ten and     10:27:39
22 then --     10:27:41
23     MR. FUENTES:  Fine by us.     10:27:43
24 BY MR. SAVERI:     10:27:44
25 Q  Is that okay, Mr. Wasinger?     10:27:45

19 (Pages 70 - 73)

Page 74

| | | |
|---|---|---|
| 1 | A Yes. | 10:27:46 |
| 2 | Q Why don't we take a restroom break and | 10:27:47 |
| 3 | come back in ten minutes. | 10:27:50 |
| 4 | A Perfect. | 10:27:55 |
| 5 | Q Thank you. | 10:27:55 |
| 6 | THE VIDEOGRAPHER: Off the record at | 10:27:56 |
| 7 | 10:27 a.m. | 10:27:57 |
| 8 | (Off the record.) | 10:28:00 |
| 9 | THE VIDEOGRAPHER: Back on the record at | 10:47:03 |
| 10 | 10:47 a.m. | 10:47:04 |
| 11 | BY MR. SAVERI: | 10:47:06 |
| 12 | Q Mr. Wasinger, I just want to ask a few | 10:47:11 |
| 13 | more questions in the area than we were talking | 10:47:13 |
| 14 | about before we took a break there. | 10:47:15 |
| 15 | We had a discussion about CRT televisions | 10:47:21 |
| 16 | I believe being made in Mexicali during this period | 10:47:27 |
| 17 | of time from this '95 to 1998 period. | 10:47:30 |
| 18 | Do you recall that? | 10:47:34 |
| 19 | A Yes, but I think the dates might be a | 10:47:35 |
| 20 | little bit off only because I don't think that | 10:47:38 |
| 21 | factory was completed in '95. I think it was built | 10:47:40 |
| 22 | after that time period. So the factory did not come | 10:47:42 |
| 23 | up and running until maybe '96 or -- '96, '97. I am | 10:47:46 |
| 24 | not sure. | 10:47:51 |
| 25 | Q Right. | 10:47:52 |

Page 75

| | | |
|---|---|---|
| 1 | And before the Mexicali plant came online, | 10:47:52 |
| 2 | so to speak, do you recall where CRT televisions | 10:47:59 |
| 3 | were made for MCEA? | 10:48:03 |
| 4 | A I do not. | 10:48:05 |
| 5 | Q Do you recall whether they made them or | 10:48:06 |
| 6 | whether they got them from another Mitsubishi | 10:48:07 |
| 7 | entity? | 10:48:11 |
| 8 | A I don't remember. | 10:48:13 |
| 9 | Q And just to help out on a little bit of | 10:48:15 |
| 10 | the mechanics, so to speak. So if you -- I think | 10:48:19 |
| 11 | you indicated that you -- Tweeter was an account of | 10:48:21 |
| 12 | yours; is that correct? | 10:48:25 |
| 13 | A That is correct. | 10:48:26 |
| 14 | Q And so if you were selling CRT televisions | 10:48:27 |
| 15 | to Tweeter and they made an order, did you, MCEA, | 10:48:31 |
| 16 | deliver the TV's or did they come from the factory? | 10:48:39 |
| 17 | A I don't remember whether we had -- whether | 10:48:49 |
| 18 | we delivered them directly or whether the factory | 10:48:51 |
| 19 | delivered this. I sorry. I don't recall where they | 10:48:54 |
| 20 | came from. I just know the orders were put into the | 10:48:56 |
| 21 | system and then the orders were shipped. | 10:48:59 |
| 22 | Q So but your people, whether it would be | 10:49:01 |
| 23 | you or your sales staff, in this '95 to '98, they | 10:49:02 |
| 24 | would go talk with Tweeter and Tweeter would order | 10:49:05 |
| 25 | some CRT televisions and your staff would put it in | 10:49:09 |

Page 76

| | | |
|---|---|---|
| 1 | the system and somehow the televisions would get | 10:49:18 |
| 2 | delivered to Tweeter; is that correct? | 10:49:21 |
| 3 | A That's correct. | 10:49:23 |
| 4 | Q And you don't know whether your people -- | 10:49:23 |
| 5 | when I say "your people," MCEA -- delivered the | 10:49:25 |
| 6 | televisions or whether it came from a factory or | 10:49:30 |
| 7 | some other Mitsubishi entity. | 10:49:32 |
| 8 | A I don't know where they came from. I just | 10:49:34 |
| 9 | know they were -- they were shipped. And then, of | 10:49:36 |
| 10 | course, we billed them and then then we got paid for the | 10:49:38 |
| 11 | product. | 10:49:42 |
| 12 | Q But you would bill them and the money from | 10:49:42 |
| 13 | for this example, this Tweeter account, would go to | 10:49:44 |
| 14 | MCEA, your group. | 10:49:47 |
| 15 | A That's my understanding from what I | 10:49:50 |
| 16 | recall. | 10:49:53 |
| 17 | Q And I apologize, but do you know if MCEA, | 10:49:53 |
| 18 | if Norcross -- did you inventory or -- excuse me -- | 10:49:56 |
| 19 | inventory, warehouse, CRT televisions there, | 10:50:00 |
| 20 | product? | 10:50:05 |
| 21 | A I don't recall. We may have had a small | 10:50:11 |
| 22 | warehouse but I think that was for maybe parts, but | 10:50:12 |
| 23 | I don't recall. Sorry. | 10:50:16 |
| 24 | Q You think that may be like replacement | 10:50:18 |
| 25 | parts or things? | 10:50:21 |

Page 77

| | | |
|---|---|---|
| 1 | A Possibly, possibly. | 10:50:22 |
| 2 | Q So is it -- if somebody -- if Tweeter had | 10:50:29 |
| 3 | to return a broken product, where would they return | 10:50:33 |
| 4 | it? To MCEA, to you? | 10:50:36 |
| 5 | A Yes, that's my -- my recollection. | 10:50:39 |
| 6 | Q So just so I'm clear, so your | 10:50:43 |
| 7 | understanding is that you guys would take the order | 10:50:45 |
| 8 | with the accounts but the actual televisions, you | 10:50:49 |
| 9 | don't really recall where they would come from or | 10:50:53 |
| 10 | what Mitsubishi entity would deliver them to the | 10:50:56 |
| 11 | account. | 10:50:59 |
| 12 | A That is correct. | 10:51:02 |
| 13 | Q We also -- before the break, we also had a | 10:51:17 |
| 14 | little discussion about these sales reports. There | 10:51:19 |
| 15 | was -- we talked about the monthly report and | 10:51:24 |
| 16 | quarterly and that there was an annual report. | 10:51:25 |
| 17 | And I believe we also had a discussion | 10:51:28 |
| 18 | there was a annual sales meeting, isn't that | 10:51:30 |
| 19 | correct? | 10:51:33 |
| 20 | A Yes. | 10:51:33 |
| 21 | Q And so this '95 to '98/'99 period of time | 10:51:34 |
| 22 | when you were Western Regional VP? | 10:51:39 |
| 23 | A That is correct. | 10:51:43 |
| 24 | Q And you may have stated it, but who was | 10:51:43 |
| 25 | the Eastern Regional VP at this time from '95 to | 10:51:46 |

20 (Pages 74 - 77)

Page 78

1  '98?                                              10:51:50
2      A    It may have been '96 to '98, but in that    10:51:51
3  time period, it was Howard Borsa.                  10:51:53
4      Q    Howard Borsa. That's right.               10:51:56
5          And before Howard, do you recall who it    10:52:00
6  was?                                              10:52:02
7      A    Well, the Vice President of Sales was a   10:52:04
8  guy by the name of Jim Bennison.                  10:52:10
9      Q    For the eastern or both regions?          10:52:14
10     A    For both.                                 10:52:16
11     Q    And then they split in '95, roughly?      10:52:17
12     A    Yeah, that time period when the new guy   10:52:20
13  came in.                                          10:52:22
14     Q    So it was then you and Howard. You had    10:52:23
15  the west and Howard had the east?                10:52:26
16     A    That is correct.                          10:52:28
17     Q    Up until about 2000. Is that it?          10:52:28
18     A    '99, I think, probably is more appropriate 10:52:31
19  guessing. Again, I don't recall the specific dates. 10:52:38
20     Q    Your best recollection, '99?              10:52:40
21     A    '99-ish.                                   10:52:42
22     Q    And do you recall whether the western    10:52:50
23  region had more sales than the eastern region or  10:52:52
24  roughly -- I mean to the best of your recollection. 10:52:54
25  We are trying to get a handle on sales there. There 10:52:56

Page 79

1  is no secret on that. We are trying to see how     10:53:00
2  much -- how many of these units you sold.          10:53:03
3          So the question is were the regions about  10:53:04
4  equal in unit or dollars or did you have a larger  10:53:06
5  region?                                            10:53:09
6          MR. FUENTES: Object to form vague calls    10:53:10
7  for speculation.                                   10:53:12
8  BY MR. SAVERI:                                     10:53:13
9      Q    Do you understand my question?            10:53:13
10     A    I understand your question but I don't    10:53:16
11  have a specific answer for you. I would speculate, 10:53:18
12  I would guess, about the same.                     10:53:22
13     Q    So your best recollection is that they're 10:53:25
14  about the same, sitting here today?               10:53:28
15         MR. FUENTES: Object to form, calls for     10:53:30
16  speculation, calls for guessing.                  10:53:31
17  BY MR. SAVERI:                                     10:53:34
18     Q    No, your best recollection, your best    10:53:34
19  understanding.                                     10:53:36
20     A    My best guess?                             10:53:37
21     Q    I don't want a guess. We're not here to   10:53:39
22  guess. Your best understanding, your best         10:53:41
23  recollection.                                      10:53:44
24         They're about the same?                     10:53:45
25     A    About the same.                            10:53:46

Page 80

1      Q    Besides this annual -- these sales        10:53:52
2  reports, did you prepare any other reports on sales 10:53:54
3  during this '95 to 1999 period?                   10:54:01
4      A    Not that I recall.                        10:54:06
5      Q    Do you recall receiving any other types of 10:54:07
6  reports during this '95 to '99 period?             10:54:11
7      A    No, I don't recall receiving any other    10:54:16
8  reports other than sales reports.                 10:54:18
9      Q    Do you recall receiving any financial     10:54:20
10  reports, profit and loss income statements, cash  10:54:22
11  flow statements, any of those types of reports?   10:54:26
12     A    I don't recall. I don't remember. I was   10:54:29
13  specifically focused on sales.                    10:54:30
14     Q    You were a sales and a revenue guy trying 10:54:32
15  to sell product.                                   10:54:36
16     A    Top line.                                  10:54:37
17     Q    Top line. Got it.                          10:54:38
18         Do you recall during this '95 to '99       10:54:40
19  period being audited by any outside auditor like a 10:54:43
20  KPMG or Price Waterhouse or any of those type of  10:54:48
21  people?                                            10:54:52
22     A    I don't remember. I don't recall.         10:54:53
23     Q    In other words, would somebody else have  10:54:55
24  come in and looked at all the sales records for the 10:54:56
25  financials? And maybe there is copies of things   10:54:59

Page 81

1  there. So we are just trying to get a handle on it. 10:55:01
2      A    Not that I recall.                        10:55:04
3      Q    You don't recall any outside auditors?    10:55:05
4      A    No, no one. I spent most of my time       10:55:07
5  outside.                                           10:55:10
6      Q    Fair enough.                              10:55:10
7          Do you remember receiving any financial   10:55:16
8  statements, though, any cash flow, profit and loss 10:55:18
9  income statements or anything like that?           10:55:21
10     A    I don't remember receiving any reports    10:55:23
11  like that.                                         10:55:24
12     Q    Of MCEA during this period of time?       10:55:25
13     A    I don't remember.                          10:55:29
14     Q    All right. Let's do -- so I'm going to    10:55:34
15  mark the next exhibit.                            10:55:43
16         (Plaintiff's Exhibit 8300 was marked for   10:55:45
17         identification by the court reporter and   10:55:45
18         is attached hereto.)                       10:55:45
19  BY MR. SAVERI:                                     10:56:09
20     Q    Just for the record, so the court reporter 10:56:10
21  has now handed you what has been designated        10:56:13
22  Exhibit 8300 and it bears the Bates numbers       10:56:18
23  ME00148290 through ME00148308.                    10:56:22
24         Mr. Wasinger, would you, please, just take 10:56:37
25  a look at this. And then when you are done, I will 10:56:38

21 (Pages 78 - 81)

Page 82

1    ask you a few questions on it.                          10:56:41
2    A   Okay.                                   10:57:36
3    Q   Mr. Wasinger, have you seen this document          10:57:37
4    before?                                     10:57:39
5    A   I don't recall ever seeing this document.          10:57:40
6    I don't remember.                              10:57:42
7    Q   Do you ever recall receiving -- just for           10:57:43
8    the record, the document states at the top "Document    10:57:45
9    Retention Policy."                             10:57:48
10      Do you ever recall seeing any document             10:57:53
11   similar to this?                               10:57:55
12   A   I don't recall seeing.                        10:57:56
13   Q   And it says "Effective Date" -- you see           10:57:57
14   that at the top -- "02/01/93"?                      10:58:01
15   A   Yes.                                    10:58:04
16   Q   And then it says "Revised: 09/01/99."             10:58:05
17      Do you see that?                            10:58:08
18   A   Yes.                                    10:58:09
19   Q   And at the top, it says "Mitsubishi               10:58:09
20   Electric and Electronics, USA, Inc."                 10:58:10
21      Do you see that at the top?                     10:58:15
22   A   Yes.                                    10:58:16
23   Q   And to your understanding, would this have        10:58:17
24   been the retention that would have governed for        10:58:23
25   MCEA, the company that you worked for?              10:58:25

Page 83

1       MR. FUENTES: Objection; foundation.              10:58:28
2    BY MR. SAVERI:                                10:58:30
3    Q   It doesn't say "MCEA" on here. It says           10:58:34
4    "Mitsubishi Electric and Electronics USA, Inc."        10:58:36
5       And during this '93 to '99 period where it        10:58:40
6    says it was revised, was that in existence?           10:58:43
7    A   I don't --                                10:58:48
8       MR. FUENTES: Object to form.                  10:58:48
9       THE WITNESS: I don't recall. I don't            10:58:49
10   remember this document.                          10:58:51
11   BY MR. SAVERI:                               10:58:55
12   Q   And you see in the first paragraph where         10:58:55
13   it says -- excuse me -- "Each department and          10:59:01
14   division manager?                              10:59:08
15   A   Yes.                                    10:59:11
16   Q   Would you have been a department or             10:59:13
17   division manager at this time?                      10:59:14
18   A   I would have been a department manager at        10:59:20
19   MCEA.                                      10:59:23
20   Q   At MCEA.                                 10:59:24
21      And turning over to -- it's Bates number         10:59:25
22   ending 292 which is two of seven here. We will move   10:59:34
23   through this quickly.                            10:59:42
24      You see "D" where it says,                     10:59:43
25      "To be retained permanently or for              10:59:46

Page 84

1    the life of the principal documents which            10:59:48
2    it supports."                                 10:59:50
3    Do you see that?                               10:59:51
4    A   Yes.                                    10:59:52
5    Q   And then it continues,                        10:59:52
6    "... letters pertaining to intellectual              10:59:54
7    property rights and licenses, bills of               10:59:57
8    sale, contract, et cetera."                        11:00:01
9    During this '95 to '99 period, did it ever            11:00:03
10   come to your attention that bills of sale, you were   11:00:10
11   supposed to maintain permanently?                  11:00:12
12   A   Not that I remember.                         11:00:15
13   Q   And that,                                 11:00:18
14   "... letters of agreement and memos of              11:00:19
15   understanding or which otherwise are                11:00:21
16   important in explaining and interpreting             11:00:24
17   contractual terms and conditions."                  11:00:27
18   A   Not that I remember.                         11:00:30
19   Q   And then the next one there,                    11:00:31
20   "... letters denying liability of the                11:00:33
21   company, and other correspondence or memos          11:00:35
22   which the company might need to produce in           11:00:40
23   litigation or arbitration to disprove               11:00:43
24   liability or to enforce rights of the               11:00:46
25   company."                                   11:00:48

Page 85

1    Do you see that?                              11:00:48
2    A   Where is that at?  I see it.                  11:00:49
3    Not that I recall.                            11:00:56
4    Q   Do you recall sending any documents off to       11:00:59
5    storage or for permanent -- bills of sale being sent   11:01:02
6    off to be maintained?                           11:01:06
7    A   Not that I -- not that I recall, not that        11:01:09
8    I remember.                                  11:01:12
9    Q   And just turning to ME00148 -- 305 would        11:01:13
10   be the last one. It's almost toward the end there.    11:01:29
11   A   Three of 5.                               11:01:45
12   Q   It's 7 of 14 -- I'm sorry -- 7 of 14, but        11:01:46
13   it's the ME number ending 305, Mr. Wasinger.         11:01:48
14      MR. FUENTES: For the record, are you            11:01:55
15   referring to 7 of 14 from Exhibit B to the document?   11:01:57
16      MR. SAVERI: Correct. I am sorry. This          11:02:00
17   document. Just so we're clear, there is a front       11:02:02
18   page. Then it goes Exhibit A and then it goes         11:02:06
19   and -- that goes for 7 -- 8 of 7 is different         11:02:12
20   pagination, but then it goes Exhibit B, 1 of 14.      11:02:19
21      So what I am looking at is page 7 of 14 of        11:02:22
22   page Exhibit B. And it's titled "Document Retention   11:02:25
23   Schedule."                                  11:02:31
24   BY MR. SAVERI:                               11:02:32
25   Q   Are you on the 305, sir?                     11:02:32

22 (Pages 82 - 85)

Page 86

1   A   Seven of 14?                                11:02:36
2   Q   Seven of 14, right. On the right there,     11:02:37
3 it says 148305.                                   11:02:39
4   A   That's correct.                             11:02:44
5   Q   And you see up in where it says "Sales      11:02:44
6 Analysis," it says "P," which is permanent record, 11:02:48
7 "marketing/MIS."                                  11:02:54
8       Now, from this '95 to 2000 period, you      11:03:00
9 were in the Marketing Department; is that correct? 11:03:09
10  A   In sales.                                    11:03:11
11  Q   Marketing and sales?                         11:03:11
12  A   Sales.                                       11:03:12
13  Q   Just sales.                                  11:03:13
14      Was marketing separate?                      11:03:14
15  A   It was kind of -- it was one -- basically,   11:03:26
16 it was sales, but marketing kind of we worked in  11:03:27
17 conjunction with each other.                      11:03:32
18  Q   And MIS, what is your understanding of       11:03:33
19 MIS?                                              11:03:36
20  A   Management Information Systems. That         11:03:37
21 would be the computer team.                       11:03:39
22  Q   Computer team?                               11:03:41
23  A   IT team.                                     11:03:42
24  Q   But of the marketing/sales, you would have  11:03:44
25 been the department head at this time; is that    11:03:47

Page 87

1 correct?                                          11:03:49
2   A   I don't recall. There was other marketing   11:04:01
3 people in there as well as me. I was focused on    11:04:02
4 sales, as I mentioned. In that time period, we had 11:04:05
5 some changes and I don't recall who was running    11:04:07
6 marketing. It was very kind of fluid at that time. 11:04:09
7       So I was running pretty much focused on      11:04:14
8 sales, not so much marketing.                      11:04:17
9   Q   So during my time, you indicated marketing  11:04:19
10 and there was a few people there.                 11:04:22
11      Do you recall the people who were in         11:04:24
12 marketing from this '95 to '99 period?            11:04:25
13  A   I think Mike Stapleton was involved -- was   11:04:29
14 involved with marketing, as well. And our          11:04:32
15 president, Jack Osborne, was also involved in      11:04:40
16 marketing, as well.                               11:04:44
17  Q   Is Mike Stapleton still with the company?    11:04:45
18  A   No.                                          11:04:48
19  Q   Do you know where he is?                     11:04:50
20  A   I believe he is in Atlanta, Georgia.         11:04:52
21  Q   And when -- do you know when about when he   11:04:55
22 left the company?                                 11:04:59
23  A   2009 or 2010, he retired, something like     11:05:06
24 that.                                             11:05:09
25  Q   And Jack Osborne, he is still with the       11:05:09

Page 88

1 company?                                          11:05:14
2   A   No.                                          11:05:14
3   Q   When did he retire?                          11:05:15
4   A   He left the company in 1999, I believe       11:05:16
5   Q   Right at the end of this period?             11:05:18
6   A   That is correct.                             11:05:20
7   Q   But you don't recall seeing any type of      11:05:28
8 retention policy or working with anybody about     11:05:35
9 retaining documents --                            11:05:39
10  A   No.                                          11:05:41
11  Q   -- during this period of time?               11:05:41
12  A   No, I do not. I don't recall.                11:05:42
13  Q   You can put that other document aside.       11:06:19
14      (Plaintiff's Exhibit 8301 was marked for     11:06:20
15      identification by the court reporter and     11:06:20
16      is attached hereto.)                         11:06:20
17 BY MR. SAVERI:                                    11:06:26
18  Q   Mr. Wasinger, the court reporter has now     11:06:20
19 handed you what has been designated Exhibit 8301, 11:06:28
20 and it's a document which bears the Bates numbers  11:06:33
21 ME00148267 through ME00148289.                    11:06:41
22      Why don't you review it and then when you    11:06:59
23 are done, let me know and I just have a few        11:07:03
24 questions on this.                                11:07:07
25  A   Okay.                                        11:07:54

Page 89

1   Q   So, Mr. Wasinger, have you ever seen         11:07:55
2 Exhibit 8301 before?                              11:07:57
3   A   I don't recall ever seeing this document.    11:07:59
4 I don't recall it.                                11:08:01
5   Q   Do you ever recall seeing anything similar  11:08:03
6 to this? It's called "Records Retention Program."  11:08:05
7   A   Not that I remember.                         11:08:10
8   Q   And just so we're clear, anything like       11:08:12
9 this during the '95 to the 2000 period when you ever 11:08:16
10 recall seeing anything like this?                 11:08:22
11  A   I don't remember.                            11:08:24
12  Q   And from 2001 on, do you ever recall         11:08:25
13 seeing any record retention type documents?       11:08:28
14  A   I don't remember.                            11:08:35
15  Q   When you say you don't remember, you don't   11:08:39
16 recall seeing?                                    11:08:41
17  A   I don't recall seeing that. They very        11:08:41
18 well may have passed and I may very well have seen 11:08:43
19 them, but I don't recall seeing them              11:08:44
20  Q   You see at the top it says "Revised          11:08:47
21 1/31/94"?                                         11:08:48
22  A   Yes.                                         11:08:49
23  Q   And the first line, it says,                 11:08:50
24      "The purpose of this exhibit is to           11:08:55
25      summarize those federal regulations on the  11:08:56

23 (Pages 86 - 89)

Page 90

```
 1      records retention which appear to be most        11:08:59
 2      relevant to the operations of the MEA            11:09:02
 3      companies in the United States."                 11:09:06
 4      Is MEA, Mitsubishi Electric America              11:09:08
 5  companies?                                           11:09:13
 6    A  I believe so, yes.                              11:09:13
 7    Q  And would the MEA companies, would that be      11:09:14
 8  your -- the company that you worked for at this time 11:09:17
 9  that was MDEA?                                        11:09:20
10      MR. FUENTES: Objection; foundation.              11:09:23
11      THE WITNESS: Rephrase that question,             11:09:26
12  please.                                              11:09:26
13      MR. SAVERI: Sure, sure.                          11:09:27
14  BY MR. SAVERI:                                        11:09:27
15    Q  I know when it says MEA companies, would        11:09:28
16  MDEA be one of those companies that this is          11:09:31
17  referring to?                                         11:09:35
18      MR. FUENTES: Objection; foundation.              11:09:36
19  BY MR. SAVERI:                                        11:09:38
20    Q  To the best of your understanding.              11:09:39
21    A  Yes.                                            11:09:48
22    Q  And just to I'm going to turn you to            11:09:55
23  ME148287, please. And you will see somewhere in the  11:10:06
24  middle it says "Sales Analysis," "P," which would be 11:10:13
25  permanent retention. And it says "annual only,"      11:10:21
```

Page 91

```
 1  "Marketing/MIS," similar to the previous 8300        11:10:23
 2      Do you see that, sir?                            11:10:29
 3    A  Yes.                                            11:10:30
 4    Q  And this would then refresh your                11:10:30
 5  recollection of any annual sales analysis being      11:10:33
 6  retained by MCEA anywhere                            11:10:38
 7      MR. FUENTES: Objection; form, foundation.        11:10:42
 8      THE WITNESS: I don't recall. I -- my --          11:10:48
 9  it says MIS there. So I assume that MIS would have   11:10:54
10  that information.                                     11:10:58
11  BY MR. SAVERI:                                        11:10:59
12    Q  It also says "Marketing," but you don't         11:10:59
13  recall your -- you have testified that you had your  11:11:05
14  annual sales reports that were prepared and you      11:11:09
15  don't recall those reports being maintained at the   11:11:14
16  company                                               11:11:20
17    A  Not that I remember                             11:11:22
18    Q  But you didn't -- did you keep your annual      11:11:27
19  sales report at this time from '95 to '99?           11:11:30
20    A  I did not.                                      11:11:35
21    Q  You would destroy it after beginning of        11:11:37
22  the next year?                                        11:11:42
23    A  I don't remember. I don't remember. I          11:11:43
24  would assume.                                         11:11:44
25    Q  Throw it away?                                  11:11:45
```

Page 92

```
 1    A  Well, not just throw it away. I would          11:11:46
 2  shred it or, you know, dispose of it                 11:11:50
 3    Q  You would dispose of it at the beginning       11:11:55
 4  of the next year                                      11:11:57
 5      Okay. You can put that aside.                    11:12:00
 6    A  On these documents, you are asking me a        11:12:20
 7  question of I don't know when I disposed it. I       11:12:22
 8  could have kept them a year or two and then disposed 11:12:25
 9  of. I don't recall when I disposed of them. I       11:12:27
10  wouldn't just immediately get rid of them one month  11:12:31
11  after the year was over I would keep them to        11:12:34
12  compare.                                             11:12:38
13      So I just didn't arbitrarily dispose of         11:12:39
14  them. I would keep them, but I don't remember what  11:12:41
15  happened to them.                                    11:12:43
16      Remember, we moved locations. We changed,       11:12:44
17  we moved, but I don't remember what happened.        11:12:46
18    Q  Well, when you moved locations, what           11:12:48
19  happened to any of your materials or reports?        11:12:50
20      Did you bring them with you?                     11:12:52
21    A  Some I would bring with me. Some, they         11:12:53
22  just would be discarded, so                          11:12:57
23    Q  And was that when you moved back to            11:12:59
24  California?                                           11:13:01
25    A  Well, we moved -- remember, from we moved      11:13:01
```

Page 93

```
 1  from California --                                   11:13:03
 2    Q  Right.                                         11:13:05
 3    A  -- to Norcross, Georgia. Then from             11:13:05
 4  Norcross, Georgia, back to California                11:13:08
 5    Q  Correct                                        11:13:10
 6      And at this time, did you keep with you         11:13:11
 7  any of your annual sales reports, or you probably    11:13:14
 8  traveled lean at that time and got rid of most stuff 11:13:18
 9  and moved on.                                         11:13:22
10      However, did you bring anything with you        11:13:22
11  regarding your sales during this '95, '99 period?    11:13:25
12    A  Not that I remember. Sorry.                    11:13:30
13    Q  And do you recall when you moved, did you      11:13:31
14  send anything out to storage facilities? Did you     11:13:33
15  send anything into archive?                           11:13:37
16      MR. FUENTES: Objection; compound.               11:13:40
17      MR. SAVERI: Well, I will rephrase                11:13:42
18  BY MR. SAVERI:                                        11:13:43
19    Q  Do you recall sending any sales reports       11:13:43
20  out to archives?                                      11:13:46
21    A  Not that I recall.                             11:13:48
22    Q  Do you recall sending any annual reports      11:13:48
23  out for permanent storage?                           11:13:53
24    A  Not that I remember. Sorry.                    11:13:55
25    Q  Do you recall talking to anybody during       11:13:57
```

24 (Pages 90 - 93)

Page 94

when you were doing your move to send any annual 11:13:58
sales reports or sales reports out to storage? 11:14:03
A Not that I remember. 11:14:07
Q And do you recall in this '95 to '99 11:14:08
period whether MCEA had an off site storage facility 11:14:11
for the housing of records? 11:14:16
A I'm not aware of any. 11:14:20
Q And when you moved to California, did the 11:14:22
facility out in California -- this would be, I 11:14:26
believe, the 2000 onward period -- have an off site 11:14:29
storage facility for records? 11:14:34
A Not that I am aware of or not that I 11:14:36
recall. 11:14:38
Q If records would have been stored in the 11:14:38
Norcross, Georgia, area, where would they have been? 11:14:42
They would have been stored on site? 11:14:45
MR. FUENTES: Objection; calls for 11:14:46
speculation. 11:14:47
BY MR. SAVERI: 11:14:48
Q To the best of your understanding. 11:14:49
A Sorry. I don't know where it would have 11:14:52
been stored. 11:14:54
Q And if you had to ask somebody if there 11:14:55
were records and where they would have been kept, 11:15:00
who would have gone and asked -- at this time, who 11:15:02

Page 95

would be the person in this '95 to -- that we can -- 11:15:05
A It would have been IT, MIS. 11:15:08
Q And that would should be this Howard -- 11:15:10
no -- Mike Stapleton person? 11:15:12
A No, Mike Stapleton was a business -- 11:15:15
Business Operations Business Manager. 11:15:18
Q Who would be the IT guy that you would go 11:15:19
ask to see if there were any of these documents? 11:15:23
A I don't recall who this was at this time. 11:15:26
I would have to think about it. It will come to me. 11:15:27
Q It usually does. 11:15:29
And who would he report to, the president? 11:15:30
A That's correct. 11:15:32
Q So the president, theoretically, would 11:15:33
know if there would be any storage facilities or 11:15:35
these type of documents and where they were housed? 11:15:40
MR. FUENTES: Objection to form, calls for 11:15:43
speculation. 11:15:44
BY MR. SAVERI: 11:15:45
Q To the best of your understanding. 11:15:45
A Yes. 11:15:47
Q Let's move on. 11:15:50
So from this '95 to '99 period when you 11:16:09
were Western Regional VP and you, among other 11:16:11
things, are selling CRT televisions, did MCEA have 11:16:16

Page 96

written sales contracts with its customers? 11:16:21
A We had a dealer agreement. 11:16:31
Q Would that have been called a vendor 11:16:36
agreement? 11:16:37
A I'm not sure what the exact verbiage was. 11:16:40
I don't remember but it was basically a dealer 11:16:43
agreement. 11:16:46
Q So you had some type of form dealer 11:16:46
agreement to give to your customers that would set 11:16:48
forth the parameters of the sale. 11:16:51
Is that it? 11:16:55
A That is correct. 11:16:56
Q And did you maintain the dealer 11:16:56
agreements? 11:16:59
A I am not -- I think legal might have 11:17:06
maintained those legal agreements. They might have 11:17:10
been with our legal department. 11:17:13
Q But would you or somebody in your staff 11:17:14
keep a copy of the dealer agreements with your 11:17:17
customers? 11:17:20
A I don't recall keeping a copy of the 11:17:21
actual agreements, myself. I think they went to 11:17:23
legal, if I remember correctly. 11:17:26
Q Thank you. 11:17:28
And do you recall -- do you recall whether 11:17:29

Page 97

these were annual agreements or were they monthly 11:17:34
agreements or -- with your customers? 11:17:38
A I think they were annual agreements that 11:17:42
were just automatically renewed on an anniversary 11:17:44
date. I think they were -- as a matter of fact, I 11:17:50
know they were an annual agreement. 11:17:53
Q So you would only have to enter into one 11:17:55
agreement and then they would just keep renewing? 11:17:56
You wouldn't have to keep entering into agreements 11:17:59
every year? 11:18:02
A That's the best of my recollection. 11:18:03
Q And is this is for this '95 to 1999 11:18:04
period? 11:18:06
A Yes, I think so. 11:18:07
(Plaintiff's Exhibit 8302 was marked for 11:18:08
identification by the court reporter and 11:18:08
is attached hereto.) 11:18:08
BY MR. SAVERI: 11:18:08
Q Mr. Wasinger, the court reporter has now 11:18:48
handed you what has been designated as Exhibit 8302. 11:18:50
It bears the Bates number ME 00131766 through 11:18:55
ME 00131773. 11:19:03
After you have taken a look at it, let me 11:19:09
know and I have a few questions on that. 11:19:18
A Okay. 11:19:20

Page 98

1    Q   So, Mr. Wasinger, have you seen this          11:19:27
2    document before?                                  11:19:32
3    A   Yes.                                          11:19:34
4    Q   And what is this document?                    11:19:35
5    A   It's a dealer agreement.                      11:19:36
6    Q   And it's a dealer agreement with whom?        11:19:40
7    A   P.C. Richard and Son.                         11:19:43
8    Q   And turning your attention to page 7, do      11:19:45
9    you see that as your signature?                   11:19:49
10   A   Yes, it's like a stamped copy of my          11:19:52
11   signature but it is my signature.                 11:20:03
12   Q   And would that indicate that you entered     11:20:05
13   into this contract for MCEA on or about March 12, 11:20:12
14   1996?                                             11:20:22
15   A   Well, it looks like it's MELA or maybe --    11:20:23
16   at that time, we were MELA, not MCEA.             11:20:25
17   Q   Well, let's talk about that.                 11:20:29
18   So it says "Mitsubishi Electronics               11:20:31
19   America" at the top.                              11:20:33
20   Is that MCEA, MLEA -- or maybe you can           11:20:35
21   help me out there?                                11:20:42
22   A   Again, remember, we made some changes.  So   11:20:44
23   we may have been -- MCEA may have been part of the 11:20:46
24   business, maybe the manufacturing side and MELA may 11:20:52
25   have been the sales side.  I don't recall         11:20:55

Page 99

1    specifically what it is, but I am referring -- I   11:20:56
2    have been referring to it as MCEA because I don't  11:21:00
3    really remember which acronym.                     11:21:03
4    Q   So you may have been working at MELA?         11:21:06
5    A   That's correct.                               11:21:09
6    Q   Not MCEA?                                      11:21:09
7    A   That is correct.                              11:21:11
8    Q   So MELA then would have been the business    11:21:13
9    that would have been from this '95 to 2000 period  11:21:17
10   entering into dealer agreement for the sale of CRT 11:21:23
11   televisions?                                       11:21:27
12   A   That is correct.                              11:21:28
13   Q   Thank you.                                    11:21:29
14   And would you have signed this in your           11:21:30
15   duties and responsibilities as it says here,       11:21:34
16   VP National Sales?                                 11:21:38
17   A   Yes.                                          11:21:41
18   Q   And would this have been maintained in the   11:21:42
19   ordinary course of business at MELA?               11:21:45
20   MR. FUENTES:  Objection; foundation.             11:21:48
21   THE WITNESS:  Yes.                                11:21:55
22   BY MR. SAVERI:                                     11:21:55
23   Q   And you will see it's contract on the        11:22:01
24   first page that says March 12, 1996.  It's filled in 11:22:03
25   the blanks.                                        11:22:08

Page 100

1    Do you see that?                                   11:22:09
2    A   Yes.                                          11:22:11
3    Q   And then down below, there is blanks and      11:22:11
4    did says "P.C. Richard and Son."                   11:22:14
5    Do you see that?                                   11:22:16
6    A   Yes.                                          11:22:17
7    Q   And would that indicate to you that this      11:22:17
8    is a contract with P.C. Richard and Son?           11:22:22
9    A   It's a dealer agreement with P.C. Richard     11:22:22
10   and Son.                                           11:22:24
11   Q   Correct.                                      11:22:25
12   And was this the general form dealer             11:22:25
13   agreements that you used at this time with your    11:22:28
14   dealers?                                           11:22:30
15   A   Yes.                                          11:22:32
16   Q   And most of them would have been this        11:22:37
17   form-type contract where you just filled in the    11:22:39
18   dealer name and then the parties would sign it; is 11:22:42
19   that correct?                                      11:22:45
20   A   That is correct.                              11:22:47
21   Q   And let's see where am I.                     11:22:48
22   And at this time, would you -- from this         11:23:13
23   '95 to '99 period, would you have been the person  11:23:15
24   entering into all the dealer agreements for MELA?  11:23:21
25   A   Yes.                                          11:23:29

Page 101

1    Q   So you wouldn't have your staff enter into   11:23:31
2    any of the agreements.  You would enter into the   11:23:33
3    agreements.                                        11:23:35
4    A   I would sign off on all agreements, yes.     11:23:38
5    Q   So you would approve them and sign off on    11:23:41
6    all agreements?                                    11:23:43
7    A   That is correct.                              11:23:46
8    Q   And did you send copies of these            11:23:50
9    agreements to the president?                       11:23:54
10   A   I don't recall.                              11:24:00
11   Q   And where -- strike that.                     11:24:09
12   Would you keep copies of these dealer            11:24:10
13   agreements with you in your department?            11:24:13
14   A   I believe that we sent them to legal.        11:24:16
15   Q   So you don't recall keeping copies?          11:24:21
16   A   I don't recall keeping copies.               11:24:24
17   Q   Would copies have been sent to Japan, to     11:24:27
18   Melco?                                             11:24:29
19   A   Not that I -- I would not think so.          11:24:31
20   Q   You don't recall?                            11:24:33
21   A   I don't recall.                              11:24:34
22   Q   Turning your attention to page 4 of the      11:25:01
23   agreement or Bates number ending 769, you will see 11:25:03
24   paragraph 7A.  And directing your attention -- let's 11:25:10
25   see -- four lines down, it says.                    11:25:22

26 (Pages 98 - 101)

Page 102

```
 1        "Prices to dealer shall be in          11:25:29
 2        accordance with applicable price         11:25:32
 3        quotations or periodic price sheets issued   11:25:34
 4        by MELA and shall be F.O.B. MELA's       11:25:37
 5        shipping point. Prices are subject to      11:25:41
 6        change at any time."                      11:25:44
 7        What is your understanding of that, sir?   11:25:46
 8    A  Well, we -- my understanding is simple,    11:25:54
 9    just what says it. We issue a price sheet and on   11:25:59
10    that price sheet is a dealer cost. And then that's   11:26:05
11    what the dealer pays for and that's basically it.   11:26:11
12    Q  So you had a dealer price sheet.           11:26:19
13    A  Yes.                         11:26:22
14    Q  And that would coincide with this         11:26:23
15    agreement to let them know what they would be paying   11:26:25
16    for the different Mitsubishi televisions?      11:26:28
17    A  Yes.                          11:26:31
18    Q  And what products would be covered on the   11:26:33
19    price sheet?                     11:26:44
20    A  Whatever products we were selling at that   11:26:46
21    time.                           11:26:48
22    Q  So that would be the full array of your    11:26:49
23    CRT televisions as well as any other Mitsubishi   11:26:51
24    products?                       11:26:54
25    A  Yes, projection television as well as CRT   11:26:54
```

Page 103

```
 1    television.                      11:26:57
 2    Q  Anything else?                   11:26:58
 3    A  I'm not sure when we stopped selling audio   11:27:00
 4    products, but for a time we sold audio products, we   11:27:03
 5    sold DVD players and --                11:27:07
 6    Q  I'm sorry. Go ahead.               11:27:09
 7    A  And that's all I can think of.          11:27:10
 8    Q  But primarily during this time '95 to      11:27:12
 9    1999, it would have been the CRT televisions and the   11:27:16
10    rear projection televisions.             11:27:19
11    A  That is correct.                  11:27:21
12    Q  And did the price sheets -- were they for   11:27:26
13    certain geographic areas or were they for the entire   11:27:31
14    U.S.?                          11:27:35
15    A  Entire U.S.                      11:27:36
16    Q  And during this period from 1995 to 1999,   11:27:46
17    what responsibility did you have to set the list   11:27:50
18    prices for CRT televisions on the price list?    11:27:55
19    A  Well, I worked with our business manager,   11:28:00
20    business team, the operations team, and we would set   11:28:04
21    the price based upon what we thought the market   11:28:09
22    would bear to resell the product.          11:28:12
23    Q  And did the price list have to get         11:28:18
24    approved by the president at this '95 to '99 period?   11:28:20
25    A  I don't recall. I'm sorry. I don't        11:28:26
```

Page 104

```
 1    remember.                       11:28:27
 2    Q  Do you recall sending the price list to   11:28:28
 3    Japan Melco?                     11:28:30
 4    A  I don't recall doing that, either.       11:28:33
 5    Q  And what factors were considered to      11:28:35
 6    establish the list prices?               11:28:40
 7    A  The marketplace.                  11:28:45
 8    Q  So you would look at competition in the   11:28:47
 9    marketplace?                     11:28:49
10    A  Yes.                          11:28:50
11    Q  And to do that, did you keep abreast of   11:28:51
12    list prices from your competitors?          11:29:02
13    A  We tried to but the dealers would always   11:29:06
14    tell you.                        11:29:09
15    Q  And how often did you come up with a price   11:29:27
16    list? Was it annual?                  11:29:32
17    A  Annual.                        11:29:34
18    Q  Quarterly?                     11:29:35
19    A  Annual price list, but it would change    11:29:36
20    depending upon the marketplace.           11:29:38
21    Q  And so you had an annual price list. And   11:29:39
22    then to change it, would you send out a change   11:29:42
23    bulletin or a change announcement for those   11:29:44
24    products?                       11:29:47
25    A  Just a new price sheet.              11:29:47
```

Page 105

```
 1    Q  You would send out a new price sheet?    11:29:49
 2    A  That's correct. Sometimes. Sometimes it   11:29:52
 3    would be a change bulletin. It just depended upon   11:29:53
 4    how extensive the price move was. That's the best   11:29:56
 5    of my recollection.                  11:29:59
 6    Q  And would that go out to all the dealers   11:29:59
 7    who were under contract?                11:30:02
 8    A  Yes, that's the protocol.             11:30:03
 9    Q  And how often were price lists reviewed?   11:30:13
10    A  I don't -- I don't remember how often we   11:30:19
11    reviewed them. It's almost -- I just don't recall.   11:30:20
12    Q  But from '95 to '99, to the best of your   11:30:25
13    memory, once a year?                 11:30:28
14    A  Well, we reset the price once a year based   11:30:30
15    upon the new product line that came. So we would   11:30:33
16    bring down the price of the old product and   11:30:38
17    introduce a new product at a higher price. That was   11:30:38
18    our policy.                      11:30:40
19    Q  So your general policy would be that each   11:30:42
20    year, new products would come out, you would price   11:30:45
21    those and then lower the older products and put   11:30:48
22    those prices on the price sheets and send them out   11:30:51
23    to the dealers?                    11:30:54
24    A  That is correct.                  11:31:08
25    Q  To whom at -- strike that.            11:31:11
```

27 (Pages 102 - 105)

Page 106

1        Is it okay now if I use "MELA" or "MCEA"      11:31:14
2  at this time just to make sure that if I say "MELA,"    11:31:19
3  I am also meaning it's whatever company you were    11:31:21
4  working for during this 1995 to '99 period.       11:31:25
5        Is that fair?        11:31:27
6     A   That's fair.        11:31:28
7     Q   I just want to make sure we're on the same    11:31:28
8  page.        11:31:31
9        To whom were the price lists distributed    11:31:34
10 at MELA at this time from '95 to '99?       11:31:37
11       Within MELA, within the company, would    11:31:47
12 they go to your staff?       11:31:48
13    A   Yes.        11:31:49
14    Q   Would they go to the president?       11:31:49
15    A   Yes, they would get a copy       11:31:50
16    Q   Who else would get a copy?        11:31:53
17    A   The sales team.        11:31:56
18    Q   The sales team?        11:31:56
19    A   Correct.        11:31:57
20    Q   And those are the people under you?      11:31:58
21    A   That's correct.        11:31:59
22    Q   Marketing, MIS, would any of those people    11:32:01
23 get them?        11:32:03
24    A   Yes.        11:32:09
25    Q   And was there a general place where you    11:32:10

Page 107

1  kept copies of the price list and the previous price    11:32:16
2  list and binders?        11:32:19
3        How were they maintained?       11:32:20
4     A   Through the business -- in the Business    11:32:23
5  Management Group.  The Business Operations Group    11:32:25
6  would maintain the price -- pricing.      11:32:28
7     Q   And who was in charge of that?       11:32:31
8     A   Mike Stapleton.        11:32:32
9     Q   Mike Stapleton?        11:32:33
10    A   At that time, yes.        11:32:34
11    Q   At that time that would be Mike Stapleton?    11:32:34
12    A   (Witness nods head up and down.)       11:32:36
13    Q   And do you recall whether those price    11:32:37
14 lists were sent out to storage or they were    11:32:41
15 maintained or they came with you when you moved to    11:32:43
16 California?        11:32:46
17    A   I don't recall.  I am sorry.       11:32:48
18    Q   Did you send Mitsubishi price lists to    11:32:59
19 other CRT television manufacturers?       11:33:04
20    A   Absolutely not.        11:33:06
21    Q   Did you instruct anyone on your staff to    11:33:09
22 send price lists to other CRT manufacturers?      11:33:13
23    A   Absolutely not.        11:33:16
24    Q   Did it ever -- during this period from '95    11:33:18
25 to '99, did it ever come to your attention during    11:33:21

Page 108

1  this time that MELA employees were sending price    11:33:24
2  list to other CRT television manufacturers?      11:33:29
3     A   No, not that I can recall.       11:33:32
4     Q   So you don't recall ever hearing about it?    11:33:39
5     A   No.        11:33:41
6     Q   Did you receive price lists from other CRT    11:33:42
7  television manufacturers?        11:33:45
8     A   Not that I can recall, as well.       11:33:48
9     Q   Did it ever come to your attention that    11:33:52
10 someone at MELA was receiving price lists from other    11:33:54
11 CRT television manufacturers?        11:33:59
12    A   Not that I remember.        11:34:02
13    Q   Do you ever recall reviewing price lists    11:34:03
14 of your competitors during this period of time, '95    11:34:07
15 to '99, at MELA?        11:34:13
16    A   I don't -- I don't recall reviewing price    11:34:15
17 sheets, specific price sheets from our competitors.    11:34:18
18 Sometimes dealers would try to get that information    11:34:20
19 to get the prices down, but we were pretty vigilant.    11:34:23
20    Q   So you would never lower a price sheet to    11:34:32
21 meet a competitive price?        11:34:34
22    A   Oh, yes, we would.        11:34:36
23    Q   But and how would the dealer inform you of    11:34:38
24 those prices?        11:34:43
25    A   Verbally, generally.        11:34:46

Page 109

1     Q   Would you forward on price sheets?       11:34:48
2     A   Not that I recall.        11:34:50
3     Q   Do you recall any dealers forwarding on    11:35:10
4  competitors' price sheets?        11:35:17
5     A   Not that I remember.  They may have    11:35:21
6  forwarded on competitors' pricing but not    11:35:24
7  competitors' price sheets.  I just don't remember    11:35:26
8  seeing this data.        11:35:31
9     Q   Did it ever come to your attention that    11:35:31
10 some dealer was forwarding Mitsubishi price sheets    11:35:36
11 to one of your competitors?        11:35:39
12    A   Not that I -- no specific example or that    11:35:44
13 I can remember.        11:35:46
14    Q   During this period of time at MELA from    11:36:13
15 '95 to '99, what instructions were given to your    11:36:15
16 salesmen as to whether or not to sell at list?      11:36:20
17    A   Repeat that, please.        11:36:25
18    Q   Yeah, yeah.  In other words, did you give    11:36:26
19 any -- strike that.        11:36:29
20       My understanding is from '95 to '99, you    11:36:30
21 were the Western Regional salesperson for MELA at    11:36:33
22 this time and that you had a staff of 10 to 12    11:36:39
23 people of salespeople under you.       11:36:41
24       And you also indicated that you have list    11:36:44
25 pricing.        11:36:47

28 (Pages 106 - 109)

Page 110

1    A   Well, during that -- I'm sorry. Go ahead.    11:36:48
2    Q   During that period you had list pricing.    11:36:50
3        And what I am asking is, did you ever give    11:36:52
4  your salesmen instructions as to sell on list?    11:36:56
5    A   I'm sorry. I don't understand what you    11:37:05
6  mean by "sell on list."    11:37:06
7    Q   To -- whether or not to sell at list    11:37:07
8  pricing.    11:37:11
9        In other words, did you give instructions    11:37:12
10 to them to follow the list pricing that was    11:37:13
11 instituted by MELA?    11:37:17
12   A   We tried to do that. However, there were    11:37:20
13 times where you had to meet comp -- competition was    11:37:23
14 aggressive and we had to -- we would have to review    11:37:26
15 those circumstances, and if necessary, we would have    11:37:29
16 to meet comp.    11:37:33
17   Q   But besides meeting comp -- when you say    11:37:34
18 "meet comp," that is meeting competition?    11:37:37
19   A   That's correct.    11:37:40
20   Q   But besides that, it was the general    11:37:41
21 policy to send out the list pricing to the dealers    11:37:43
22 who were on these dealer agreements; is that    11:37:46
23 correct?    11:37:48
24   A   That is correct.    11:37:50
25   Q   If your salesmen wanted to deviate from    11:37:59

Page 111

1  the list pricing, did he have to get authority from    11:38:03
2  you during this -- during this '95 to '99 when you    11:38:05
3  were at MELA?    11:38:09
4    A   Yes, the authority would come through the    11:38:11
5  Business Planning Group and/or myself.    11:38:13
6    Q   And when you say the "Business Planning    11:38:18
7  Group," what was in the Business Planning Group?    11:38:20
8    A   Mike Stapleton was in that group. He was    11:38:24
9  head of that. He followed it closely.    11:38:26
10   Q   So it was Mike Stapleton, you, the    11:38:28
11 president?    11:38:30
12   A   The president was not involved in the    11:38:30
13 pricing on a day-in/day-out basis.    11:38:32
14   Q   But he did get copies of the list prices?    11:38:36
15   A   That's correct.    11:38:42
16   Q   So if I understand your answer correctly,    11:38:47
17 so to go off list, it would have to get approved by    11:38:49
18 this business group?    11:38:52
19   A   And myself.    11:38:54
20   Q   And yourself.    11:38:55
21   A   That's correct.    11:38:58
22   Q   So just a preliminary matter, if I show    11:39:46
23 you documents that have been maintained as    11:39:49
24 confidential, you will you agree to keep that    11:39:53
25 material confidential?    11:39:57

Page 112

1    A   Yes.    11:39:58
2    Q   And you will agree that you won't use any    11:39:59
3  confidential material for any purposes?    11:40:02
4    A   That's correct.    11:40:06
5        (Plaintiff's Exhibit 8303 was marked for    11:40:06
6        identification by the court reporter and    11:40:06
7        is attached hereto.)    11:40:06
8  BY MR. SAVERI:    11:40:06
9    Q   So, Mr. Wasinger, the court reporter has    11:41:20
10 now handed you what has been designated as    11:41:22
11 Exhibit 8303. It's a Bates stamped document    11:41:25
12 TACP-CRT-00033819 through 33820.    11:41:31
13       Please, take a minute to review it and    11:41:42
14 then I will ask a few questions on it.    11:41:44
15   A   Okay.    11:41:54
16   Q   Well, first of all, the second page of    11:42:00
17 this, the cover memo refers to this as a Mitsubishi    11:42:02
18 price sheet.    11:42:15
19       And do you recognize this as a Mitsubishi    11:42:16
20 or part of a Mitsubishi price sheet?    11:42:19
21   A   Yes, as I recall.    11:42:29
22   Q   And do the -- where it says color    11:42:31
23 televisions, the CS-13013 and has a bunch of product    11:42:33
24 brand numbers all the way down to CS-70707.    11:42:38
25       Those would be Mitsubishi color CRT    11:42:43

Page 113

1  televisions; is that correct?    11:42:48
2    A   That's correct.    11:42:50
3    Q   And then just to help me out, it says up    11:42:51
4  at top "As of: 6/3/96."    11:42:56
5        Do you see that?    11:43:01
6    A   Yes.    11:43:02
7    Q   So does that mean that this would be the    11:43:02
8  price sheet on or about June 3, 1996?    11:43:04
9    A   Yes.    11:43:08
10   Q   And then just so I am understanding it    11:43:10
11 here, it says on the top there under that, it has    11:43:14
12 model and then it has a series of those numbers.    11:43:17
13       Do you see that?    11:43:20
14   A   Yes.    11:43:20
15   Q   So the numbers CS-13103, those would refer    11:43:21
16 to the television model numbers; is that correct?    11:43:27
17   A   Correct.    11:43:30
18   Q   And then it says the next column,    11:43:30
19 "Description," the top one 13-inch black and goes on    11:43:32
20 all the way down to 40-inch black.    11:43:36
21       Do you see that?    11:43:39
22   A   Yes.    11:43:39
23   Q   So those would be the sizes of the    11:43:40
24 televisions and I guess the casing color, black or    11:43:43
25 oak console; is that correct?    11:43:47

29 (Pages 110 - 113)

Page 114

A Correct.

Q And then it says "Dealer Cost." There is a column there.

So that would be the price at which a dealer would pay for the item, is that correct?

A Correct.

Q And then it says "MAP."

What is MAP?

A Manufacture advertised price.

Q So that would be sort of the retail price?

A Yes.

Q The suggested retail price?

A Manufactured advertised price, right.

Q So this would be a price that you would be advertising out in the public.

A Yes.

Q And then there is comments, "in stock," "new model," "sold out" and so forth.

Do you see that?

A Yes.

Q And then it has "ETA."

Do you see that at the top?

A Yes.

Q What is your understanding of ETA?

A Estimated time of arrival.

Page 115

Q And then some of these products have -- let's just take this one here CS-32207 32-inch black, it has ETA 6/20/96.

Does that mean that that product would be available on June 20, 1996?

A Yes.

Q And as you go down the next one, so these -- that product isn't in the market yet?

A New model.

Q New model.

And the same thing for 32-inch oak console, that would be in July 25, '96?

A Yes.

Q That is a new model; is that correct?

A Correct.

Q And then on the bottom, it says color television VCR combo.

Are those televisions with VCR's built into them?

A Correct.

Q Would that be a CRT television?

A Yes.

Q And then below, it has big screen televisions.

Are those the -- would that be the rear

Page 116

projection televisions?

A Yes.

Q And unfortunately, this is just page one of three. I'm assuming two and three would be additional if it was here.

Products sold by Mitsubishi?

MR. FUENTES: Objection; foundation.

BY MR. SAVERI:

Q To the best of your recollection?

MR. FUENTES: Objection; calls for speculation.

THE WITNESS: Unless it's another competitor that they listed other competitors.

BY MR. SAVERI:

Q No, but this price sheet that you indicated looks like Mitsubishi's price sheet.

A Right.

Q In other words, what I am thinking happened is they tore off the other two pages and just sent this one page. I don't know but I am just -- all I am asking for is there would be two other pages and it would have Mitsubishi products on them?

MR. FUENTES: Objection; foundation.

THE WITNESS: Yes, but I don't know what

Page 117

other products they would have. That's pretty much the entire product line, if I remember -- if my recollection is correct.

BY MR. SAVERI:

Q Do you recall whether the other pages would have -- I don't know -- orders, procedures or something or forms or other --

A I don't recall.

MR. FUENTES: Objection; foundation.

BY MR. SAVERI:

Q Now, turning to the first page, do you know Jim Donahue at Toshiba?

A I do.

Q And how do you know Mr. Donahue?

A I just met him over the years at trade shows, at CES, different events.

Q And when you say "CES," the computer electronics show in Las Vegas?

A Consumer electronics show.

Q That's in Las Vegas?

A That's correct.

Q And so you would periodically run into Mr. Donahue?

A Yes.

Q And do you know Rick -- and did you -- and

Page 118

1 over those periods of time, did you ever have          11:47:53
2 discussions with him regarding the display market?      11:47:55
3    A   Absolutely not.                          11:47:59
4    Q   And did you ever have any discussions with      11:48:06
5 him regarding the television market?                   11:48:07
6    A   No.                                 11:48:09
7    Q   Do you ever recall during those meetings       11:48:10
8 with him having discussions regarding the forwarding   11:48:12
9 of price sheets?                                11:48:19
10   A   Never.                               11:48:22
11       MR. FUENTES:  Rick, may I clarify.  Are        11:48:23
12 you asking as to Jim Donahue or Rick Calacci?          11:48:24
13       MR. SAVERI:  Jim Donahue.                  11:48:29
14 BY MR. SAVERI:                                11:48:30
15   Q   Because you indicated he's met him at          11:48:30
16 trade shows, the CEA and others.                     11:48:33
17       And so I was asking during those meetings,     11:48:37
18 if you had any discussions with him regarding the      11:48:38
19 display market.                              11:48:41
20   A   Absolutely not.                          11:48:42
21   Q   Did you have any discussions with him          11:48:43
22 about new products coming out?                      11:48:45
23   A   No.                                 11:48:48
24   Q   Did you have any discussions with            11:48:51
25 Mr. Donahue about the health of the display           11:48:53

Page 119

1 industry?                                    11:48:57
2    A   No.                                 11:48:59
3    Q   Did you -- would you -- do you know Rick       11:49:07
4 Calacci -- I believe that is how you pronounce it?     11:49:12
5    A   I do.                                11:49:16
6    Q   And how do you know Mr. Calacci?             11:49:16
7    A   Same thing; different industry functions,      11:49:18
8 different events.                               11:49:20
9    Q   And just so -- Jim Donahue, do you know       11:49:27
10 what his position is or was at this time at Toshiba?   11:49:29
11   A   Just sales.  That's all I know, some          11:49:33
12 capacity of sales.  I don't know what position.        11:49:35
13   Q   So he's a sales guy at Toshiba?              11:49:37
14   A   That's correct.                          11:49:40
15   Q   And Mr. Calacci?                         11:49:41
16   A   Same thing, sales manager.  Mr. Calacci       11:49:42
17 would have been Jim Donahue's boss, I would assume,    11:49:45
18 based on this memo.                            11:49:49
19   Q   So it's your understanding that             11:49:50
20 Mr. Calacci was Jim's boss?                       11:49:51
21   A   That's my understanding.                    11:49:53
22       THE CLERK:  Objection.                   11:50:00
23 BY MR. SAVERI:                               11:50:02
24   Q   And then back to Mr. Donahue, did you ever    11:50:02
25 talk about projection TV's?                        11:50:05

Page 120

1    A   No, not that I can ever recall.             11:50:08
2    Q   Did you ever talk to him about LCD           11:50:10
3 televisions?                                  11:50:13
4    A   Not that I can recall                       11:50:14
5    Q   With Mr. Calacci, do you ever recall         11:50:17
6 talking to him about the display market?             11:50:20
7    A   No, not that I can -- no.                   11:50:22
8    Q   At any time.                            11:50:24
9    A   Not that I can recall.                     11:50:25
10   Q   And when you said the same situation with     11:50:26
11 Mr. Calacci, that would be running into him at trade   11:50:30
12 associations and trade shows?                      11:50:33
13   A   That's correct.                          11:50:34
14   Q   Did you ever run into him out at a           11:50:34
15 customer?                                   11:50:37
16   A   Not that I remember.                      11:50:40
17   Q   And with Mr. Donahue, do you ever recall     11:50:42
18 running into him out at a customer?                  11:50:45
19   A   Not that I remember.                      11:50:48
20   Q   So your only communication with these two    11:50:50
21 would have been at trade shows or trade events.        11:50:53
22       Is that it?                            11:50:56
23   A   Yes.                                11:50:57
24   Q   Did you ever socialize with them?            11:50:58
25   A   No.                                 11:51:01

Page 121

1    Q   You never went out and had drinks or         11:51:01
2 played golf with them?                           11:51:03
3    A   Not that I recall                          11:51:04
4    Q   And looking into the substance of the        11:51:18
5 interoffice memo here, it indicates that 3 percent     11:51:22
6 COOP, C-O-O-P.                               11:51:27
7        What is your understanding of that?          11:51:31
8    A   It's co-op advertising.                     11:51:32
9    Q   And 2 percent MDF.                       11:51:34
10       What's MDF?                           11:51:36
11   A   Market development funds.                  11:51:38
12   Q   And 5 percent VR?                        11:51:39
13   A   Volume rebate.                          11:51:40
14   Q   And 1 percent additional if the group hits    11:51:42
15 target.                                     11:51:44
16       Additional rebate, I assume?                11:51:45
17   A   Yes.                                11:51:48
18   Q   And is that some volume rebate, basically?    11:51:49
19   A   That's correct.                          11:51:52
20   Q   And then it's CC'd to Steve Nickerson.        11:51:55
21       Do you know Mr. Nickerson?                11:51:58
22   A   Yes.                                11:52:00
23   Q   And what is your understanding of his        11:52:01
24 position at Toshiba?                            11:52:03
25   A   He's no longer with them.                  11:52:05

31 (Pages 118 - 121)

Page 122

1    Q   At this time, 1996.                        11:52:06
2    A   I don't recall.                             11:52:11
3    Q   Would he have been another salesperson?     11:52:12
4    A   Salesperson.                                11:52:15
5    Q   And would Mr. Nickerson -- your meetings    11:52:16
6    with him only been at trade shows?              11:52:18
7    A   Yes.                                        11:52:21
8    Q   Do you ever recall talking to him about     11:52:21
9    the display market?                             11:52:23
10   A   No.                                         11:52:24
11   Q   Do you ever recall talking to him about     11:52:25
12   the television market?                          11:52:26
13   A   No.                                         11:52:27
14   Q   Do you ever recall talking to him about     11:52:27
15   the rear projection market?                     11:52:29
16   A   No                                          11:52:31
17   Q   Do you ever recall talking to him about     11:52:34
18   the LCD markets?                                11:52:36
19   A   No, not that I recall.                      11:52:37
20   Q   You don't recall one way or the other?      11:52:40
21   A   No, I did not.                              11:52:42
22   Q   Mike Shishkoff. I apologize if I            11:52:45
23   mispronounce that. I think it's Shishkoff.      11:52:48
24       Do you see him there at the bottom?         11:52:51
25   A   Yes.                                        11:52:52

Page 123

1    Q   Do you know Mr. Shishkoff?                  11:52:53
2    A   No.                                         11:52:55
3    Q   You don't recall ever meeting him?          11:52:56
4    A   No.                                         11:52:58
5    Q   Mr. Wasinger. I am handing you what --      11:54:08
6    strike that.                                    11:54:15
7        I have previously mentioned to you about    11:54:16
8    confidential information. And so the same       11:54:17
9    admonition goes here, that if I show you        11:54:20
10   confidential information, you will maintain its 11:54:22
11   confidential information; is that correct?      11:54:24
12   A   That's correct.                             11:54:27
13       (Plaintiff's Exhibit 8304 was marked for    11:54:27
14       identification by the court reporter and    11:54:27
15       is attached hereto.)                        11:54:27
16   BY MR. SAVERI:                                  11:54:27
17   Q   Mr. Wasinger, the court reporter has        11:54:33
18   handed you what has been now designated 8304. It 11:54:34
19   bears the Bates numbers TACP-CRT-00055476 through, 11:54:39
20   it looks like, 55478.                           11:54:49
21       If you could, please, take a look at that   11:54:54
22   and then I have a few questions for you, please. 11:54:57
23   A   Okay.                                       11:55:01
24   Q   Directing your attention to the last page   11:55:07
25   here, 55478, do you see it says "Electronics    11:55:12

Page 124

1    America, Inc." and "Mitsubishi" with a big diamond  11:55:19
2    at the top?                                     11:55:21
3    A   Yes.                                        11:55:24
4    Q   And would that be MELA?                      11:55:25
5    A   MELA.                                        11:55:29
6    Q   Excuse me. MELA.                             11:55:32
7    A   Yes.                                        11:55:36
8    Q   I'm sorry.                                  11:55:37
9        It's a yes; is that correct?                11:55:38
10   A   Yes.                                        11:55:40
11   Q   So this would have been the company that    11:55:41
12   you were working at; is that correct?           11:55:42
13   A   Yes.                                        11:55:45
14   Q   And there is a date there; April 5, 1996.   11:55:45
15       Do you see that?                            11:55:51
16   A   Yes.                                        11:55:51
17   Q   And then it says "To" All Mitsubishi        11:55:52
18   Dealers."                                       11:55:54
19       Do you see that?                            11:55:55
20   A   Yes.                                        11:55:55
21   Q   And then the re line, "June 1 Price Moves    11:55:56
22   and April Trailing Credits."                    11:55:58
23       Do you see that?                            11:56:01
24   A   Yes.                                        11:56:01
25   Q   And would this have been a price bulletin   11:56:02

Page 125

1    that was sent by your group to its dealers regarding  11:56:08
2    June 1 price moves?                             11:56:15
3    A   Yes.                                        11:56:16
4    Q   And so this would have been prepared in      11:56:17
5    the ordinary course of business at MELA?        11:56:19
6    A   Correct.                                    11:56:24
7    Q   And would this have been something you       11:56:25
8    would have approved?                            11:56:27
9    A   Yes.                                        11:56:29
10   Q   And would you do this or would somebody on   11:56:30
11   your team do this?                              11:56:32
12   A   Somebody on my team.                        11:56:38
13   Q   And then would it come to you for           11:56:40
14   approval?                                       11:56:43
15   A   Yes.                                        11:56:43
16   Q   And the procedure, again, I think -- well,  11:56:44
17   we talked about if there were changes in prices, 11:56:45
18   they would then -- it would be a new price sheet or 11:56:48
19   there would be a bulletin; is that correct?      11:56:51
20   A   That's correct.                             11:56:54
21   Q   And this would be an example of one of      11:56:54
22   those bulletins?                                11:56:56
23   A   That's correct.                             11:56:58
24   Q   And just so we're clear, where says it the  11:56:58
25   models up there, that would describe the product. is 11:57:00

32 (Pages 122 - 125)

Page 126

1 that correct?   11:57:02
2   A   Correct.   11:57:03
3   Q   And the CS-40507, that is CRT televisions?   11:57:04
4   A   Yes, that's a 40-inch CRT television.   11:57:10
5   Q   Just so we're clear here, it says V --   11:57:14
6 under model, it has VS-6041.   11:57:17
7      What is that?   11:57:21
8   A   That is a projection television.   11:57:22
9   Q   And then under it is CS-35405.   11:57:23
10      Are the CS numbers, those would be CRT   11:57:28
11 televisions?   11:57:31
12   A   Yes.   11:57:32
13   Q   And that would range from the 35- up to   11:57:33
14 40-inch?   11:57:35
15   A   Yes.   11:57:37
16   Q   And then it has "MAP." That would be the   11:57:38
17 manufacturer's advertised price.   11:57:44
18      That would be the price you would be   11:57:46
19 requesting the dealer sell at; is that correct?   11:57:49
20   A   Correct.   11:57:53
21   Q   And it has "Dealer Cost."   11:57:54
22      This would be the new cost as it relates   11:57:55
23 to these products?   11:57:59
24   A   Yes.   11:58:00
25   Q   And could you just run me through the   11:58:02

Page 127

1 "April trailing credits are as follows."   11:58:04
2      Could you just explain what those are,   11:58:07
3 please.   11:58:09
4   A   It's just a trail credit. If a person   11:58:13
5 purchased that product, 25-piece minimum, mixed   11:58:17
6 minimum of the models listed below, they would get   11:58:25
7 $35 per unit trial credit. That is off the invoice   11:58:28
8 price.   11:58:33
9      So if the dealer cost was 2102 -- well, if   11:58:33
10 the dealer cost was $1000, for example, they would   11:58:36
11 get $1000 less $35 for unit trial credit.   11:58:39
12   Q   And that would be at the time of purchase   11:58:45
13 or at back end after purchase?   11:58:48
14   A   That would come off the invoice at time of   11:58:53
15 purchase. That's the best of my recollection.   11:59:03
16   Q   Fair enough.   11:59:04
17      And the one-piece minimum?   11:59:05
18   A   That's the one piece, but if they bought   11:59:10
19 50 pieces or more, they got a larger trail credit.   11:59:18
20   Q   And then you see there is some handwritten   11:59:18
21 notes up there? It says 2 percent?   11:59:20
22   A   I don't know what that is.   11:59:23
23   Q   VR plateau corp or something?   11:59:24
24   A   Co-op -- I have no idea. I'm sorry. I   11:59:27
25 don't know what that is.   11:59:31

Page 128

1   Q   And let's go now to the front page where   11:59:37
2 it says "Inter-Office Memorandum" for Toshiba   11:59:40
3 America consumer products.   11:59:43
4      This is Mr. Donahue again.   11:59:46
5   A   Yeah.   11:59:47
6   Q   From him.   11:59:48
7      And in there, in the second paragraph, he   11:59:49
8 says,   11:59:53
9      "I also picked up information on   11:59:53
10   Mitsubishi's latest price moves and   11:59:56
11   JVC's."   11:59:59
12      Do you see that?   12:00:01
13   A   Yes.   12:00:01
14   Q   Do you have any understanding where   12:00:02
15 Mr. Donahue would be receiving your price   12:00:04
16 notification?   12:00:08
17   A   I do not.   12:00:09
18   Q   And this is to Steve Nickerson.   12:00:11
19      Do you know Mr. Nickerson in the "to"   12:00:16
20 line?   12:00:18
21   A   Yes.   12:00:19
22   Q   And who is Mr. Nickerson?   12:00:20
23   A   Well, he's in charge of sales. I   12:00:22
24 assume -- I don't recall his exact position but it   12:00:27
25 would have been a senior manager in the sales group   12:00:28

Page 129

1   Q   And have you ever met Mr. Nickerson?   12:00:31
2   A   Yes.   12:00:34
3   Q   And where did you meet Mr. Nickerson?   12:00:34
4   A   Different trade shows, different trade   12:00:38
5 meeting functions, consumer electronics shows, those   12:00:44
6 type of events.   12:00:47
7   Q   When you say "functions," what do you mean   12:00:48
8 by "functions"?   12:00:50
9   A   Well, for example, there are buying groups   12:00:51
10 or buying cooperatives and they may have a meeting.   12:00:56
11 And at that meeting, the vendors would go in,   12:00:58
12 Mitsubishi, one of vendors, and you would present   12:01:03
13 your new product line to them in a meeting, while at   12:01:05
14 the same time, there may be other manufacturers   12:01:09
15 there, as well that would present, not in the same   12:01:11
16 room but a different time.   12:01:14
17      So I may see them in passing or you are   12:01:15
18 introduced to people in the industry in those type   12:01:19
19 of venues.   12:01:21
20   Q   Are you done?   12:01:23
21   A   Yeah.   12:01:24
22   Q   Sorry. I apologize.   12:01:25
23      So if there was some buying group or they   12:01:26
24 may have worked -- held a function in which they   12:01:30
25 wanted vendors to come in and present what product   12:01:34

33 (Pages 126 - 129)

Page 130

1  they have and what they want to sell them at?   12:01:38
2    A   That's correct.   12:01:42
3    Q   And in that situation, you would see   12:01:42
4  Toshiba salespeople and Samsung salespeople and   12:01:45
5  LG salespeople?   12:01:49
6    A   That is correct.   12:01:50
7    Q   And the other competitors in the   12:01:51
8  television industry?   12:01:54
9    A   That is correct.   12:01:55
10    Q   And that would be when you referenced   12:01:56
11  functions outside of trade shows?   12:02:01
12    A   That is correct.   12:02:03
13    Q   Are there any other types of functions you   12:02:04
14  would run into these individuals?   12:02:07
15    A   No.   12:02:08
16    Q   And how often did these trade buying   12:02:09
17  groups have these type of functions?   12:02:12
18    A   Normally, annually or semi-annually.   12:02:17
19    Q   So once or twice a year, a buying group   12:02:19
20  would have these types of events?   12:02:22
21    A   That is correct.   12:02:24
22    Q   And how many buying groups do you recall   12:02:24
23  doing this at that time?   12:02:26
24    A   Maybe four, four different buying groups,   12:02:31
25  four or five, maybe five.   12:02:35

Page 131

1    Q   So four or five different buying groups.   12:02:38
2    And you would be the person making the   12:02:40
3  pitch for Mitsubishi at these buying groups?   12:02:43
4    A   Sometimes.   12:02:45
5    Q   Or somebody on your staff, is that it?   12:02:46
6    A   Yes.   12:02:48
7    Q   And at those functions, you would then run   12:02:51
8  into the other salespeople for the other CRT   12:02:53
9  television merchandisers?   12:02:56
10    A   Correct.   12:02:57
11    Q   And so besides these buying group   12:03:05
12  functions and the trade associations, was there ever   12:03:08
13  another situation where you would run into Toshiba   12:03:15
14  individuals?   12:03:19
15    A   The only one I can think of would be like   12:03:21
16  at a charity golf event or maybe a large retailer   12:03:24
17  would have some sort of an annual golf event, that   12:03:31
18  type of thing.   12:03:36
19    Q   So at these annual golf events, you would   12:03:37
20  run into other salespeople from the other television   12:03:41
21  manufacturers?   12:03:45
22    A   Yes.   12:03:46
23    Q   Looking back at this document, we talked   12:03:52
24  about -- we're in the CC line -- Rich Calacci, I   12:03:57
25  think we talked about him.   12:04:01

Page 132

1    Same situation, would run into him at   12:04:02
2  these buying groups and trade associations or golf?   12:04:04
3    A   Yes, yes.   12:04:07
4    Q   Or golfing events; is that correct?   12:04:08
5    A   Yes.   12:04:11
6    Q   Mike Shishkoff, I think we talked about   12:04:13
7  also same thing, you would run --   12:04:16
8    A   No, I don't know him.   12:04:18
9    Q   You don't recall him?   12:04:20
10    A   I don't recall him   12:04:21
11    Q   Claude Frank?   12:04:22
12    A   I don't recall him.   12:04:23
13    Q   Bobby Gerber?   12:04:24
14    A   I don't remember him or her.   12:04:25
15    Q   Pat Byrne?   12:04:26
16    A   I don't recall Pat Byrne.   12:04:29
17    Q   Mike San Matte?  Apologize.   12:04:31
18    A   I recall him, San Matte.  I recall him   12:04:35
19  because he died.   12:04:39
20    Q   And but did you ever have any   12:04:41
21  conversations with him?   12:04:43
22    A   No, never   12:04:45
23    Q   And do you have any understanding what   12:04:46
24  NE KAM's are?   12:04:48
25    A   I don't know who NE KAM's is   12:04:49

Page 133

1    Are we finished with this document?   12:05:06
2    Q   Yeah, we are.   12:05:08
3    MR. SAVERI:  This may be a good time to   12:05:27
4  take the lunch break since we are past 12:00.   12:05:28
5    MR. FUENTES:  Fine with us.   12:05:31
6    MR. SAVERI:  Is that okay?   12:05:32
7    MR. FUENTES:  When do you want to come   12:05:34
8  back?   12:05:35
9    MR. SAVERI:  1:00.  Why we start at 1:05.   12:05:36
10  So we are going off the record.   12:05:38
11    MR. FUENTES:  Yeah, off the record.   12:05:41
12    THE VIDEOGRAPHER:  Off the record,   12:05:42
13  12:05 p.m.   12:05:43
14    (Whereupon, at the hour of 12:05 p.m., a
15  luncheon recess was taken, the deposition
16  to be resumed at 1:05 p.m.)
17
18
19
20
21
22
23
24
25

34 (Pages 130 - 133)

Page 134

1  LOS ANGELES, CALIFORNIA; THURSDAY, JULY 16, 2015
2           1:06 P.M.
3
4           THE VIDEOGRAPHER:  Back on the record at        13:06:00
5  1:06 p.m.                              13:06:00
6                    13:06:00
7           EXAMINATION (CONTINUED)              13:06:00
8  BY MR. SAVERI:                 13:06:02
9     Q   Mr. Wasinger, if I may return to           13:06:06
10  Exhibit 8302.  That is the dealer agreement.  I just    13:06:08
11  want to clear something else, if I can.          13:06:12
12       If I turn to where you signed it, it says     13:06:17
13  Max Wasinger.  This is page 7 of the dealer        13:06:22
14  agreement.                 13:06:25
15       Are you all set?              13:06:28
16     A   Yes.                13:06:29
17     Q   Do you see where it says "Max Wasinger,     13:06:30
18  VP National Sales"?              13:06:32
19     A   Right.                13:06:34
20     Q   When we talked about your title, you said    13:06:34
21  you were regional -- I just want -- the record is a   13:06:36
22  little muddy and I just want to be clear.         13:06:39
23       You mentioned you were regional and Mr. --    13:06:42
24  I think it was Bosso -- was the eastern regional for   13:06:44
25  this period of time.  Did there come a time --       13:06:49

Page 135

1  Broza, I believe was eastern.               13:06:50
2       Did there come a time -- this was '96, I     13:06:54
3  believe, where you just took over and you were the    13:07:01
4  top national sales guy?              13:07:02
5     A   Yes, yes, that's correct.          13:07:05
6     Q   Would it be about '96 here?         13:07:06
7     A   Yes, probably from first part of '96.     13:07:08
8     Q   So from '96 on until 2000 when you took    13:07:10
9  your new title, you would have been the top      13:07:13
10  salesman, the National Sales Vice President.        13:07:16
11     A   Correct.               13:07:20
12     Q   And that would be at MELA?         13:07:20
13     A   I believe so.              13:07:22
14     Q   Thank you.               13:07:23
15       That is all on that.  I just want to make    13:07:25
16  sure on that.                13:07:27
17       And therefore, all regions would have      13:07:29
18  reported to you.                13:07:31
19     A   Yes.  That's why I signed the agreement    13:07:32
20  which is out of New York -- or New Jersey -- yeah.   13:07:34
21  New York.  So that's not west.  That is east.  So I   13:07:37
22  had everything.                13:07:42
23     Q   It certainly is.  And so -- and as you     13:07:43
24  testified before, all the dealer agreements then you    13:07:46
25  would have signed -- and they generally took this    13:07:49

Page 136

1  form, dealer agreement?              13:07:53
2     A   Yes, to the best of my knowledge, yeah.      13:07:54
3     Q   Fair enough.              13:07:59
4       Just some more clean up.           13:08:01
5           THE VIDEOGRAPHER:  Off the record at     13:08:24
6  1:08 p.m.                    13:08:25
7       (Off the record.)              13:08:26
8           THE VIDEOGRAPHER:  Back on the record at    13:12:45
9  1:12 p.m.                    13:12:46
10  BY MR. SAVERI:                 13:12:49
11     Q   Next one in line, I think it's 8305.       13:12:49
12       (Plaintiff's Exhibit 8305 was marked for     13:12:53
13       identification by the court reporter and     13:12:53
14       is attached hereto.)            13:12:53
15  BY MR. SAVERI:                 13:13:11
16     Q   Mr. Wasinger, the court reporter has now    13:13:11
17  designated what is now known as Exhibit 8305.  It's   13:13:13
18  a single page bearing the Bates number ME 00013506.   13:13:17
19       Take a look at it for a minute and when     13:13:26
20  you are ready, let me know.            13:13:29
21     A   Please, I am ready.            13:13:31
22     Q   Are you all set?             13:13:34
23     A   Yes.                13:13:35
24     Q   Looking at the top, in the last there is a    13:13:39
25  circle, May 19, 1995.  And would that indicate to      13:13:44

Page 137

1  you -- strike that.              13:13:47
2       And then it has "CRT and CTV and PTV      13:13:48
3  Manufacturers in New York."           13:13:53
4       Do you see that title?            13:13:54
5     A   Yes.                13:13:55
6     Q   And PTV would be?            13:13:56
7     A   Projection TV.             13:13:57
8     Q   Projection.              13:13:58
9       So this is CRT.  That would be the tubes?   13:13:59
10     A   Yes.                13:14:01
11     Q   And CTV would be color televisions?     13:14:02
12     A   Yes.                13:14:06
13     Q   And PTV would be projection TV       13:14:07
14  manufacturers of North America.          13:14:10
15       Do you see that?              13:14:12
16     A   Yes.                13:14:13
17     Q   And so would that indicate to you that    13:14:13
18  this is a MAP outlining the two -- the CRT two      13:14:15
19  manufacturers, the color televisions and projection   13:14:21
20  TV's in North America as of 1995?         13:14:24
21     A   Yes.                13:14:28
22     Q   And just to kind of where we were, about    13:14:34
23  where we are, then in -- you see where it says "2"   13:14:36
24  in California down there near the Los Angeles area   13:14:38
25  and on the bottom it has MCEA?           13:14:41

35 (Pages 134 - 137)

Page 138

1   A   Yes.                                    13:14:45
2   Q   And is that your recollection that there      13:14:46
3   was a -- that MCEA had a facility in -- looks like   13:14:47
4   Santa Ana -- at that time?                    13:14:52
5   A   You are correct.                          13:14:54
6   Q   And then if you go to "9," which is in       13:14:55
7   Georgia, there is MCEA there, too.             13:14:59
8   A   Yes.                                    13:15:06
9   Q   And does that refresh your recollection     13:15:07
10  that there was a -- MCEA was in Georgia and Santa Ana   13:15:09
11  beginning of May of '95?                      13:15:15
12  A   Yes.                                    13:15:17
13  Q   And then there is a Mitsubishi facility,    13:15:23
14  it looks like, up in Canada.                   13:15:25
15  A   Yes.                                    13:15:31
16  Q   What is your understanding of -- and it's   13:15:31
17  hard to read, I apologize; this is the way it was   13:15:33
18  given to us -- Mallard or Medford something, Canada?   13:15:36
19  A   I'm not -- I'm not familiar with it.       13:15:41
20  Q   But you are not familiar with some         13:15:44
21  facility of Mitsubishi up there and it has a square   13:15:45
22  and if you look to the grid somewhere -- let me see   13:15:49
23  if I can direct your attention. Right there in that   13:15:52
24  box square to be CRT manufacturers.            13:16:00
25       So that would be a tube manufacturing     13:16:03

Page 139

1   facility?                                   13:16:04
2   A   Yes.                                    13:16:05
3   Q   Does that refresh your recollection that   13:16:05
4   Mitsubishi at this time had a tube manufacturing   13:16:07
5   facility up in Canada?                        13:16:09
6   A   Yes, I believe so.                        13:16:11
7   Q   But do you know whether that would have    13:16:14
8   provided all the tubes for all the different sizes   13:16:16
9   of televisions that Mitsubishi sold at this time?   13:16:20
10  A   I don't recall. Sorry. I don't remember.  13:16:27
11  Q   And then I believe you indicated at some   13:16:35
12  time, Mitsubishi soon thereafter, like '96, opened a   13:16:37
13  plant in Mexicali, Mexico?                    13:16:41
14  A   Maybe it was in '97. I am not sure of the   13:16:44
15  exact times but it's -- it was like a final assembly   13:16:46
16  plant.                                      13:16:50
17  Q   But that would be after this MAP in '95?   13:16:51
18  A   Yes.                                    13:16:54
19  Q   And that Mexicali is somewhere -- if I am   13:16:55
20  not mistaken, that is down near Tijuana.         13:16:59
21       Am I right?                            13:17:02
22  A   No. Well, it's a little bit east of        13:17:03
23  Tijuana. It's across from Calexico, California.   13:17:05
24  Q   Did you ever go visit the facility down     13:17:09
25  there?                                      13:17:11

Page 140

1   A   Yes, after it was completed.              13:17:12
2   Q   How many times did you go visit this       13:17:13
3   facility?                                   13:17:14
4   A   I am not sure. Not often, not often.      13:17:15
5   Q   When you were down there, did you ever go   13:17:17
6   visit any other CRT television manufacturing      13:17:19
7   facilities down there of any of these other of your   13:17:24
8   competitors?                                13:17:26
9   A   No.                                     13:17:27
10  Q   Did you ever go visit any plants down in    13:17:32
11  the Juarez area?                             13:17:34
12  A   No.                                     13:17:38
13  Q   Or any tube facilities or any television   13:17:38
14  or monitor manufacturing facilities?           13:17:41
15  A   No.                                     13:17:44
16  Q   Did you ever visit at any during this      13:17:50
17  period of time from '95 to 2000 when you were at   13:17:52
18  MELA, did you ever visit any facilities of your   13:17:57
19  competitors?                                13:18:06
20  A   No.                                     13:18:07
21  Q   Did you ever visit any headquarters of     13:18:12
22  your competitors during this period of time?    13:18:14
23  A   No.                                     13:18:16
24  Q   From 2000 until you left, did you ever     13:18:17
25  visit any facilities in Mexico of your competitors?   13:18:21

Page 141

1   A   Never.                                  13:18:28
2   Q   From 2000 until you left -- I believe it   13:18:28
3   was 2014 -- did you ever visit any of the         13:18:30
4   headquarters or facilities in the U.S. of your   13:18:32
5   competitors?                                13:18:34
6   A   No.                                     13:18:35
7   Q   And this is a Mitsubishi produced document   13:18:51
8   to the best -- do you know where this would come out   13:18:54
9   of, by any chance?                           13:18:56
10       Do you recall seeing this?               13:18:57
11  A   I have never seen this before.            13:18:58
12  Q   It says "Attachment 2" at the top.         13:19:01
13       Would this be some financial document or   13:19:03
14  something that maybe your company produced?      13:19:06
15       MR. FUENTES: Objection, lack of          13:19:10
16  foundation.                                 13:19:10
17  BY MR. SAVERI:                               13:19:12
18  Q   To the best of your understanding.         13:19:12
19  A   No.                                     13:19:14
20  Q   You don't recall it?                      13:19:15
21  A   I have never seen it. I don't recall it.  13:19:17
22  Q   But now looking at it, do you have any     13:19:19
23  reason to believe that any of the information in   13:19:23
24  here is inaccurate as to the locations or       13:19:25
25  whereabouts of any of the facilities?           13:19:27

36 (Pages 138 - 141)

Page 142

| | | |
|---|---|---|
| 1 | MR. FUENTES: Objection; form, lack of | 13:19:29 |
| 2 | foundation. | 13:19:30 |
| 3 | THE WITNESS: I don't -- I have never been | 13:19:32 |
| 4 | to any of these facilities. I wouldn't know if they | 13:19:32 |
| 5 | existed or not. | 13:19:36 |
| 6 | BY MR. SAVERI: | 13:19:37 |
| 7 | Q  So you have no independent knowledge of | 13:19:37 |
| 8 | this MAP that was produced by Mitsubishi. Is that | 13:19:39 |
| 9 | accurate or not? | 13:19:41 |
| 10 | Have you seen the bottom it says "source." | 13:19:42 |
| 11 | And I think -- | 13:19:44 |
| 12 | A  Where? | 13:19:45 |
| 13 | Q  On the bottom, MECA. | 13:19:45 |
| 14 | A  I never heard -- I don't know who that is. | 13:19:48 |
| 15 | Q  MCEA. Mitsubishi entities? | 13:19:50 |
| 16 | A  I don't know who that is. Sorry. | 13:19:53 |
| 17 | Q  That's all. | 13:20:01 |
| 18 | From the period of time of 1995 to 1999 | 13:20:12 |
| 19 | when you were at MELA, did you ever have any | 13:20:18 |
| 20 | discussion with any of the other representatives | 13:20:22 |
| 21 | from any of the other CRT manufacturers? | 13:20:26 |
| 22 | A  No. | 13:20:29 |
| 23 | Q  You never -- you never during that period | 13:20:30 |
| 24 | of time talked to them at any time? | 13:20:33 |
| 25 | A  Not that I can recall. | 13:20:35 |

Page 143

| | | |
|---|---|---|
| 1 | Q  Did you ever -- strike that. | 13:20:39 |
| 2 | Do you recall ever hearing that anyone at | 13:20:43 |
| 3 | Mitsubishi during the period of time from 1995 to | 13:20:45 |
| 4 | 2000 when you were at MELA had discussions with | 13:20:52 |
| 5 | representatives of other CRT television | 13:20:55 |
| 6 | manufacturers? | 13:20:59 |
| 7 | A  No. | 13:20:59 |
| 8 | Q  Did it ever come to your attention that | 13:21:00 |
| 9 | anyone on your staff, your sales staff, had | 13:21:02 |
| 10 | conversations with other CRT manufacturers -- | 13:21:05 |
| 11 | A  No. | 13:21:08 |
| 12 | Q  -- during that time? | 13:21:08 |
| 13 | A  No. | 13:21:11 |
| 14 | Q  Did you ever hear the term "glass | 13:21:16 |
| 15 | meeting," "glass meeting"? | 13:21:18 |
| 16 | A  No, I am not familiar with that. Not to | 13:21:22 |
| 17 | my best recollection, I am not familiar with -- you | 13:21:25 |
| 18 | say "glass meeting"? | 13:21:29 |
| 19 | Q  "Glass meeting." | 13:21:30 |
| 20 | A  No. | 13:21:32 |
| 21 | Q  Did you ever hear the term "crystal | 13:21:32 |
| 22 | meeting"? | 13:21:34 |
| 23 | A  Never. | 13:21:35 |
| 24 | Q  So when I refer to the -- have you heard | 13:21:57 |
| 25 | of a company called "Thompson"? | 13:22:02 |

Page 144

| | | |
|---|---|---|
| 1 | A  Yes. | 13:22:04 |
| 2 | Q  So when I refer to -- when I -- in these | 13:22:04 |
| 3 | questions, when I refer to the Thompson, I am | 13:22:06 |
| 4 | referring to Thompson in its collectively entity, | 13:22:09 |
| 5 | like Mitsubishi has Thompson SA, a French | 13:22:12 |
| 6 | corporation; Thompson Consumer Electronics, U.S. | 13:22:16 |
| 7 | Corporation, now known as "Technicolor." | 13:22:19 |
| 8 | So when I refer to "Thompson," I am | 13:22:22 |
| 9 | referring to its in its entirety. | 13:22:25 |
| 10 | During the period from '95 to 2000 when | 13:22:28 |
| 11 | you were at MELA, did you ever have any | 13:22:31 |
| 12 | conversations with anybody at Thompson? | 13:22:35 |
| 13 | A  Never. | 13:22:38 |
| 14 | Q  Did you ever have any -- run into anybody | 13:22:38 |
| 15 | at Thompson in a social setting during that period | 13:22:49 |
| 16 | of time? | 13:22:52 |
| 17 | A  Not that I recall. | 13:22:52 |
| 18 | Q  Did it ever come to your attention that | 13:23:01 |
| 19 | anyone on your staff had conversations with | 13:23:02 |
| 20 | Thompson? | 13:23:05 |
| 21 | A  Not that I recall. | 13:23:06 |
| 22 | Q  Now, when I refer to the term "Hitachi," I | 13:23:09 |
| 23 | am referring to collectively Hitachi, Ltd., Hitachi | 13:23:14 |
| 24 | Display, Limited, a Japanese company; Hitachi, | 13:23:21 |
| 25 | Limited, a U.S. company; Hitachi Asia, a Singapore | 13:23:23 |

Page 145

| | | |
|---|---|---|
| 1 | Company; Hitachi Electronics, a U.S. company, also | 13:23:26 |
| 2 | referred to as HITUS; and Shenzhen SEG: Hitachi | 13:23:30 |
| 3 | Color Display Devices, Limited, also known as | 13:23:36 |
| 4 | Hitachi Shenzhen, a Chinese company. | 13:23:39 |
| 5 | So when I refer to "Hitachi," I am sort of | 13:23:43 |
| 6 | referring to Hitachi in all of its entities. | 13:23:45 |
| 7 | Okay? | 13:23:47 |
| 8 | A  Okay. | 13:23:48 |
| 9 | Q  And during the period of time from '95 to | 13:23:48 |
| 10 | 1999 when you were at MELA, did you ever have any | 13:23:52 |
| 11 | communications with anybody at Hitachi? | 13:23:54 |
| 12 | MR. ADELSON: Objection; compound. | 13:23:59 |
| 13 | THE WITNESS: No. | 13:24:00 |
| 14 | BY MR. SAVERI: | 13:24:03 |
| 15 | Q  Go ahead. | 13:24:03 |
| 16 | A  Not that I can recall. | 13:24:04 |
| 17 | Q  Did it ever come to your attention during | 13:24:05 |
| 18 | this period of time, '95 to '99, that anybody on | 13:24:08 |
| 19 | your staff had communications with representatives | 13:24:13 |
| 20 | of Hitachi? | 13:24:17 |
| 21 | MR. ADELSON: Objection; compound. | 13:24:18 |
| 22 | THE WITNESS: Not that I can recall. | 13:24:20 |
| 23 | BY MR. SAVERI: | 13:24:21 |
| 24 | Q  You don't know one way or the other? | 13:24:21 |
| 25 | A  No, I don't think so. | 13:24:23 |

37 (Pages 142 - 145)

Page 146

```
1    Q    During the relevant period, do you ever        13:24:25
2    recall during the '95 -- strike that.               13:24:30
3          During the '95 to 2000 period when you        13:24:32
4    were at MELA, do you ever recall running into anyone 13:24:35
5    from Hitachi at any events?                         13:24:39
6          MR. ADELSON:  Objection; compound.            13:24:42
7          THE WITNESS:  I'm sure I did but I don't      13:24:46
8    recall who it was or what their names were.          13:24:47
9    BY MR. SAVERI:                                      13:24:49
10   Q    So during that period of time, it's more       13:24:50
11   likely than not that you would have run into Hitachi 13:24:52
12   people at trade associations?                       13:24:56
13   A    Yes.                                           13:24:57
14   Q    Or buying group events and so forth?           13:24:57
15   A    Yes.                                           13:25:03
16   Q    Would that be the same when we were            13:25:07
17   talking about Thompson?                             13:25:09
18   A    It's possible, but Thompson, I don't           13:25:10
19   recall.                                             13:25:12
20   Q    And you understand Thompson to be the RCA      13:25:13
21   brand?                                              13:25:17
22   A    Yes.  I'm sure that I had to run into          13:25:18
23   somebody at RCA.  I mean it was a big -- it was a    13:25:22
24   brand and they were at the meetings.  So I am sure I 13:25:24
25   ran into somebody but I don't recall who they were   13:25:27
```

Page 147

```
1    or what their positions were.                       13:25:30
2    Q    So it would be the same answer that you        13:25:31
3    gave to Hitachi?  It was probably somebody that you  13:25:33
4    may run into at the trade association or the group   13:25:36
5    buying groups but you don't specifically recall it?  13:25:38
6    A    It's very possible to say, yeah, same         13:25:40
7    situation.                                          13:25:43
8    Q    Now, I'm going to ask you when I refer to      13:25:45
9    "Irico," have you heard of a company called "Irico"? 13:25:47
10   A    No.                                            13:25:52
11   Q    That if I -- when I refer to "Irico," I am     13:25:54
12   referring collectively to the Irico Group           13:25:58
13   Electronics, Irico displays.                        13:26:01
14         Do you ever recall during the '95 to 2000     13:26:04
15   period when you were at MELA having any             13:26:07
16   conversations with anybody from Irico?              13:26:09
17   A    No.                                            13:26:11
18   Q    Do you recall ever running into anybody at     13:26:12
19   Irico during that time period at any trade          13:26:14
20   associations?                                       13:26:17
21   A    No, I never heard of the company.             13:26:18
22   Q    Did you ever hear of anybody on your staff     13:26:21
23   running into anybody from Irico?                    13:26:23
24   A    No.                                            13:26:25
25   Q    Have you heard of LG?                          13:26:28
```

Page 148

```
1    A    Yes.                                           13:26:29
2    Q    When I refer to LG, I'm referring to LG        13:26:30
3    collectively and all of its entities,              13:26:33
4    LG Electronics, the main company in South Korea, the 13:26:35
5    joint venture, LGPD, that joint venture had with     13:26:40
6    Phillips as well as LG Electronics USA, the U.S.     13:26:46
7    entity.                                             13:26:50
8          During the '95 to 2000 period when you       13:26:51
9    were at MELA, did you ever have any conversations    13:26:55
10   with anybody at LG?                                 13:26:57
11         MS. BARCLAY-STROBEL:  Objection; vague;       13:27:01
12   compound.                                           13:27:02
13         THE WITNESS:  I am sure that I did at         13:27:03
14   trade shows.                                        13:27:04
15   BY MR. SAVERI:                                      13:27:05
16   Q    Outside of trade shows, did you ever have      13:27:05
17   any conversations with anybody from LG?             13:27:07
18   A    No.                                            13:27:11
19   Q    Did it ever come to your attention that        13:27:17
20   anybody on your staff had conversations with anybody 13:27:19
21   at LG during that period?                           13:27:22
22         MS. BARCLAY-STROBEL:  Objection; compound.    13:27:24
23         THE WITNESS:  Not that I am aware of.         13:27:27
24   BY MR. SAVERI:                                      13:27:28
25   Q    And when I refer to -- have you heard of       13:27:28
```

Page 149

```
1    Matsushi?                                           13:27:30
2    A    Yes.                                           13:27:32
3    Q    And is it your understanding that             13:27:32
4    Matsushita that, for lack of a better term, morphed  13:27:34
5    into Panasonic?                                     13:27:37
6    A    Yes.                                           13:27:39
7    Q    And though now when I refer to Panasonic,      13:27:39
8    I am referring to Panasonic entities as well as all  13:27:42
9    the predecessor or Matsushita entities              13:27:49
10   A    Yes.                                           13:27:52
11   Q    And Panasonic would be Panasonic North.        13:27:52
12   America, Matsushita Electric Corporation as well as  13:27:53
13   the joint venture with Toshiba, NTPB.               13:27:57
14         During the period '95 to 2000, did you       13:28:07
15   ever have any conversations with anybody at         13:28:08
16   Panasonic entities?                                 13:28:10
17   A    Yes, at trade shows.                           13:28:12
18   Q    Besides trade shows, did you ever have any     13:28:13
19   conversations with anybody from Panasonic during    13:28:15
20   that period of time?                                13:28:16
21   A    No.                                            13:28:17
22   Q    Phillips, have you heard of Phillips?          13:28:21
23   A    Yes.                                           13:28:23
24   Q    And when you talk about Phillips, I am         13:28:23
25   talking about also all of its entities, the Phillips 13:28:25
```

38 (Pages 146 - 149)

Page 150

1 Royal Dutch Phillips, the joint venture with LG.    13:28:28
2 LGPD, LG Phillips and its various entities, Phillips    13:28:31
3 Electronics North America  So any of the Phillips    13:28:38
4 entities.    13:28:42
5     Did you ever have any conversations during    13:28:43
6 the period of sometime from '95 to 2000 when you    13:28:45
7 were at MELA with anybody from Phillips?    13:28:48
8  A  Not outside --    13:28:51
9     MS. GELOTT: Objection to form.    13:28:54
10    THE WITNESS: Not outside of trade shows.    13:28:54
11 BY MR. SAVERI:    13:28:56
12  Q  So besides trade shows, did you ever have    13:28:56
13 conversations with anybody during that period of    13:28:58
14 time?    13:29:00
15  A  No.    13:29:01
16  Q  No.    13:29:01
17     Did it ever come to your attention that    13:29:02
18 anybody on your staff or in MELA had conversations    13:29:03
19 with people at Phillips?    13:29:07
20  A  No.    13:29:09
21     MS. GELOTT: Objection to form.    13:29:09
22 BY MR. SAVERI:    13:29:13
23  Q  And then you have heard of Samsung.    13:29:13
24  A  Yes    13:29:17
25  Q  When I say "Samsung," I am talking    13:29:17

Page 151

1 about -- let's break it down -- Samsung SDI.    13:29:21
2     Have you heard of that company?    13:29:28
3  A  Yes.    13:29:29
4     MR. CASERIA: Objection to form.    13:29:32
5 BY MR. SAVERI:    13:29:33
6  Q  And when you -- and Samsung SDI and all of    13:29:33
7 its entities, Samsung Display Device, which is in    13:29:36
8 Korea; SDI America; SDI Mexico, or any of the SDI    13:29:40
9 entities, did you ever have any conversations with    13:29:45
10 anybody during '95 to 2000 at SDI?    13:29:47
11     MR. CASERIA: Object to form.    13:29:52
12     THE WITNESS: No.    13:29:53
13 BY MR. SAVERI:    13:29:54
14  Q  Did you ever run into them at trade shows?    13:29:56
15  A  Yes    13:29:58
16  Q  So outside of trade shows, do you ever    13:29:58
17 recall talking to anybody at Samsung SDI?    13:30:01
18  A  No.    13:30:05
19  Q  Did it ever come to your attention that    13:30:06
20 anybody at MELA had conversations with individuals    13:30:08
21 at Samsung SDI?    13:30:13
22  A  No.    13:30:15
23  Q  Have you ever heard of a company called    13:30:17
24 Tai CRT?    13:30:18
25  A  No.    13:30:20

Page 152

1  Q  Have you heard of Toshiba?    13:30:21
2  A  Yes.    13:30:24
3  Q  When I refer to Toshiba, I'm referring to    13:30:26
4 all of its entities, the American entity, the    13:30:28
5 Japanese entities and any of its entities    13:30:31
6     During the period of time from '95 to 2000    13:30:33
7 when you were at MELA, did you ever talk to    13:30:35
8 anybody -- have any conversations or communications    13:30:37
9 with anybody at Toshiba?    13:30:40
10  A  Yes.    13:30:43
11     MR. BLACK: Objection    13:30:44
12     THE WITNESS: Yes, at trade shows.    13:30:45
13 BY MR. SAVERI:    13:30:46
14  Q  Outside of trade shows?    13:30:46
15  A  No.    13:30:48
16  Q  But at trade shows, you would have run    13:30:50
17 into Toshiba people?    13:30:52
18  A  Yes.    13:30:53
19  Q  And now did it ever come to your attention    13:30:54
20 that anybody at MELA had conversations with    13:30:56
21 individuals at Toshiba during the '95 to 2000 period    13:31:03
22 when you were at MELA?    13:31:07
23  A  No.    13:31:08
24     MR. BLACK: Objection    13:31:08
25

Page 153

1 BY MR. SAVERI:    13:31:11
2  Q  Have you heard of a company called    13:31:11
3 "Orion"?    13:31:13
4  A  Yes.    13:31:15
5  Q  And when I am referring to Orion, I am    13:31:17
6 referring to the Korean CRT manufacturer.    13:31:27
7  A  I didn't even know they were Korean.    13:31:30
8  Q  But you have heard of the company Orion?    13:31:33
9  A  Yes.    13:31:35
10  Q  And Orion Electric Company, have you heard    13:31:36
11 of Orion Electric Company?    13:31:38
12  A  I have heard of Orion.    13:31:40
13  Q  Just generally Orion?    13:31:42
14  A  Correct    13:31:43
15  Q  During the period of time from '95 to    13:31:44
16 2000, did you ever have any conversations with    13:31:45
17 anybody from Orion?    13:31:48
18  A  No.    13:31:49
19  Q  Did it ever come to your attention that    13:31:52
20 anybody on your staff had conversations with people    13:31:54
21 from Orion during the '95 to 2000 period?    13:31:56
22  A  No.    13:32:00
23  Q  Have you ever heard of a company called    13:32:05
24 "Chungwa"?    13:32:06
25  A  No.    13:32:08

39 (Pages 150 - 153)

Page 154

```
1    Q  Chunghwa Picture Tubes?                    13:32:08
2    A  No.                        13:32:10
3    Q  Do you ever recall meeting anybody from    13:32:11
4  Chunghwa Picture Tubes?                         13:32:20
5    A  No.                        13:32:21
6    Q  Let's talk a little bit about the trade    13:32:30
7  association.                     13:32:32
8       You have indicated that you would run into  13:32:32
9  executives from various of these companies at trade  13:32:34
10  associations; is that correct?                 13:32:36
11   A  Yes.                       13:32:38
12   Q  Does Mitsubishi belong to any trade        13:32:38
13  associations -- strike that, strike that.      13:32:43
14      From '95 to the 2000 when you were at      13:32:45
15  MELA, was MELA a member of any trade associations?  13:32:48
16   A  The only one I can think of is Consumer    13:32:52
17  Electronics Association, CEA.                   13:32:55
18   Q  The CEA.                    13:32:58
19      And the CEA holds a big convention once a   13:32:59
20  year called "The Consumer Electronics Show"; is that  13:33:05
21  correct?                      13:33:07
22   A  Correct.                    13:33:07
23   Q  And did you attend every -- did you attend  13:33:09
24  during the period of '95 to 2000 the Consumer  13:33:13
25  Electronics Show in Las Vegas?                  13:33:17
```

Page 155

```
1    A  Yes.                       13:33:20
2    Q  Do you think you missed any one during     13:33:21
3  that period of time?               13:33:24
4    A  I am sorry?                  13:33:25
5    Q  Let me restate the question.                13:33:26
6       Did you attend each year from '95 to 2000   13:33:27
7  the Consumer Electronics Show in Las Vegas?     13:33:30
8    A  Yes.                       13:33:34
9    Q  And does Mitsubishi have a booth at the     13:33:35
10  Consumer Electronics Show during this period of  13:33:38
11  time? Let's just focus on that period of time, if  13:33:42
12  you recall.                     13:33:44
13      MR. FUENTES: Object to the form.            13:33:45
14      THE WITNESS: Some years, we had a booth;    13:33:47
15  some years, we decided not to. So I'm not       13:33:48
16  sure which years we had a booth or which years we  13:33:53
17  did not. I don't recall.                     13:33:56
18  BY MR. SAVERI:                    13:33:57
19   Q  Just for the record, when I say "a booth,"  13:33:57
20  that would be an area on the floor that would   13:34:00
21  demonstrate Mitsubishi products and would be   13:34:02
22  attended by Mitsubishi employees, correct?      13:34:04
23      MR. FUENTES: Object to the form.            13:34:08
24      THE WITNESS: Correct.                      13:34:09
25
```

Page 156

```
1  BY MR. SAVERI:                    13:34:09
2    Q  And will you explain to me what would       13:34:10
3  occur at a booth at the Consumer Electronics Show.  13:34:15
4    A  And again, let me preface my answer on the  13:34:19
5  fact I am not sure we were on the floor in that time  13:34:22
6  period.                       13:34:26
7    Q  Generally speaking.                        13:34:26
8    A  You just meet with customers, with --       13:34:27
9  prospective customers would come by your booth and  13:34:28
10  look at the product and you would discuss the  13:34:32
11  product, the features, the advantages of the product  13:34:35
12  and --                        13:34:38
13   Q  But I'm sorry, are you done?               13:34:41
14   A  That's basically it.                      13:34:43
15   Q  But could you describe physically the      13:34:44
16  booth.                        13:34:46
17      Would it be a big area that you would then   13:34:46
18  have different demonstrations or would it vary year  13:34:48
19  to year or what have you?                    13:34:51
20   A  Well, it would vary year to year.           13:34:54
21  However, Mitsubishi Electric or MELA never had a big  13:34:56
22  booth. It was too expensive. So if we had        13:35:01
23  something, it was relatively small.             13:35:04
24   Q  But would Mitsubishi MELCO have a booth?      13:35:06
25   A  I don't recall if they did at that time.     13:35:09
```

Page 157

```
1  I think not.                     13:35:10
2    Q  And if MELA didn't have a booth, would      13:35:11
3  there be any Mitsubishi booth there?            13:35:15
4    A  Not that I can think of.                   13:35:17
5    Q  And did Mitsubishi -- and who else          13:35:19
6  attended from MELA during this '95 to 2000 period?  13:35:29
7    A  The president would attend. Certain        13:35:38
8  members of the sales team. It depended upon whether  13:35:46
9  or not they had a customer there. It was contingent  13:35:48
10  upon whether or not one of their important customers  13:35:52
11  was there. They may come up to meet with that  13:35:54
12  customer and myself.                         13:35:59
13   Q  Did any executives from MELCO attend        13:36:03
14  during this '95 to 2000 period?                 13:36:08
15   A  Not that I recall. I don't know. I don't     13:36:10
16  remember.                     13:36:12
17   Q  And who -- would Mitsubishi have a          13:36:13
18  hospitality booth?                           13:36:17
19      MR. FUENTES: Object to the form.            13:36:19
20  BY MR. SAVERI:                    13:36:20
21   Q  During this period of time?               13:36:20
22   A  We would have a -- we would have like a      13:36:22
23  hospitality suite, possibly, where a meeting or two  13:36:29
24  would take place but not a -- not a big hospitality  13:36:34
25  booth, per se.                  13:36:40
```

40 (Pages 154 - 157)

Page 158

| | | |
|---|---|---|
| 1 | Q  So in the -- in the hotel there were the | 13:36:41 |
| 2 | convention was going on, you would rent out a suite | 13:36:51 |
| 3 | to have a hospitality event, a meeting with various | 13:36:54 |
| 4 | individuals? | 13:36:57 |
| 5 | A  No, it would be off site. So it may be at | 13:36:57 |
| 6 | a hotel. It's not necessarily a part of the | 13:37:00 |
| 7 | convention center. The convention center is one | 13:37:05 |
| 8 | thing and we may have a meeting room or a suite off | 13:37:07 |
| 9 | site to meet with large customers who didn't really | 13:37:10 |
| 10 | want to be walking around on the floor because | 13:37:14 |
| 11 | they're just constantly bothered by people who want | 13:37:16 |
| 12 | to sell them something. So they may want to meet | 13:37:20 |
| 13 | more in a private environment. So we would have | 13:37:23 |
| 14 | something off site to do that. | 13:37:26 |
| 15 | Q  So the convention center had the show but | 13:37:26 |
| 16 | then your hospitality booth would be in one of the | 13:37:31 |
| 17 | hotels? | 13:37:34 |
| 18 | A  Correct. | 13:37:35 |
| 19 | Q  And during this period of time, do you | 13:37:39 |
| 20 | ever recall any sales -- or strike that. | 13:37:43 |
| 21 | During this period of time from '95 to | 13:37:49 |
| 22 | 2000, do you recall any of your competitors | 13:37:51 |
| 23 | attending your hospitality suite? | 13:37:54 |
| 24 | A  Not that I recall. Not while I was there. | 13:37:58 |
| 25 | Q  Do you ever recall going to any of your | 13:38:01 |

Page 159

| | | |
|---|---|---|
| 1 | competitors' hospitality suites during this period | 13:38:04 |
| 2 | of time? | 13:38:10 |
| 3 | A  I don't recall going to any competitors' | 13:38:11 |
| 4 | suites. | 13:38:13 |
| 5 | Q  Would agendas be created for the time of | 13:38:21 |
| 6 | the CES? | 13:38:26 |
| 7 | A  The only agendas that would be created | 13:38:29 |
| 8 | that I am familiar with would be the meetings with | 13:38:31 |
| 9 | the customers. That would be the agenda. | 13:38:33 |
| 10 | Q  And who would prepare the agenda? | 13:38:39 |
| 11 | A  The different account executives would set | 13:38:41 |
| 12 | up meetings with their customers who would attend | 13:38:44 |
| 13 | and then we would just formalize one single agenda | 13:38:48 |
| 14 | that plugged all the meetings in. | 13:38:55 |
| 15 | Q  Now, during this period of time from -- | 13:39:00 |
| 16 | let's just concentrate on the CES, the Computer | 13:39:01 |
| 17 | Electronics Show in Las Vegas. | 13:39:06 |
| 18 | From '95 to 2000, you indicated that you | 13:39:09 |
| 19 | would run into Toshiba sales people there, is that | 13:39:14 |
| 20 | correct? | 13:39:20 |
| 21 | A  Well, more than just Toshiba. There would | 13:39:21 |
| 22 | be others, just in passing in the hall, possibly. | 13:39:23 |
| 23 | Nothing, no formal meetings, no formal dinners or | 13:39:26 |
| 24 | lunches or anything like that. | 13:39:31 |
| 25 | Q  Well, but you indicated that you met | 13:39:32 |

Page 160

| | | |
|---|---|---|
| 1 | with -- that you would run into Toshiba people; is | 13:39:34 |
| 2 | that correct? | 13:39:36 |
| 3 | A  From time to time. | 13:39:38 |
| 4 | Q  And you would run into Samsung people; is | 13:39:38 |
| 5 | that correct? | 13:39:41 |
| 6 | MR. CASERIA:  Object to form. | 13:39:46 |
| 7 | THE WITNESS:  I don't recall Samsung | 13:39:47 |
| 8 | people. | 13:39:48 |
| 9 | BY MR. SAVERI: | 13:39:48 |
| 10 | Q  Would you have run into LG people? | 13:39:48 |
| 11 | A  I don't recall LG people at that time. | 13:39:50 |
| 12 | Q  Would you run into Panasonic people? | 13:39:53 |
| 13 | A  Possibly. | 13:39:57 |
| 14 | Q  And who at Panasonic would you run into? | 13:40:01 |
| 15 | Do you recall? | 13:40:04 |
| 16 | A  I don't recall any specific individual. | 13:40:05 |
| 17 | Q  Do you recall any Phillips people? | 13:40:13 |
| 18 | A  No, no, I do not. | 13:40:16 |
| 19 | Q  If executives from MELCO attended, would | 13:40:26 |
| 20 | they meet with you at the Consumer Electronics Show? | 13:40:32 |
| 21 | A  Possibly not. I don't recall any specific | 13:40:37 |
| 22 | meetings, but if they did come in, they may come in | 13:40:39 |
| 23 | just to take a look at the show and leave. | 13:40:43 |
| 24 | Q  So from this '95 to 2000 period, besides | 13:40:59 |
| 25 | these casual run-ins with other sales executives, | 13:41:02 |

Page 161

| | | |
|---|---|---|
| 1 | you don't remember any dinners or cocktails with any | 13:41:07 |
| 2 | executives from any of these other television -- | 13:41:12 |
| 3 | A  No, I do not recall -- I do not recall | 13:41:16 |
| 4 | any. | 13:41:19 |
| 5 | Q  Did you ever attend the Computex Trade | 13:41:20 |
| 6 | Association in Taipei? | 13:41:26 |
| 7 | A  No. | 13:41:28 |
| 8 | Q  Did you ever attend the Cebit Trade | 13:41:28 |
| 9 | Association in Germany? | 13:41:32 |
| 10 | A  No. | 13:41:33 |
| 11 | Q  Did you ever go to COMDEX? | 13:41:34 |
| 12 | A  No. | 13:41:37 |
| 13 | Q  Did you attend the IFA association in | 13:41:40 |
| 14 | Berlin? | 13:41:44 |
| 15 | A  Yes. | 13:41:45 |
| 16 | Q  And when did you attend that? | 13:41:45 |
| 17 | A  I am thinking around 2000 or 2001, in that | 13:41:47 |
| 18 | time period. I am not sure. | 13:41:53 |
| 19 | Q  And what was the purpose of the trip to | 13:41:59 |
| 20 | IFA? | 13:42:01 |
| 21 | A  To see what the -- see what the European | 13:42:02 |
| 22 | design looked like, cosmetic design looked like. | 13:42:08 |
| 23 | Q  And did Mitsubishi have a booth there at | 13:42:16 |
| 24 | the IFA? | 13:42:18 |
| 25 | A  I don't recall. I don't think so. | 13:42:20 |

41 (Pages 158 - 161)

Page 162

| | | |
|---|---|---|
| 1 | Q  Did they have a hospitality suite there? | 13:42:21 |
| 2 | A  No. | 13:42:23 |
| 3 | Q  Do you recall meeting with any individuals | 13:42:24 |
| 4 | from any of the other television manufacturers? | 13:42:28 |
| 5 | A  No. | 13:42:31 |
| 6 | Q  Did you ever attend CEATEC, C-E-A-T-A-C, | 13:42:35 |
| 7 | in Tokyo? | 13:42:41 |
| 8 | A  Unless that's a -- unless that's the | 13:42:45 |
| 9 | J-Tec, if it's one in the same as J-Tec. | 13:42:47 |
| 10 | Q  It could be. | 13:42:52 |
| 11 | A  Then I did attend that if it is the | 13:42:53 |
| 12 | Japanese Consumer Electronics Show. | 13:42:55 |
| 13 | Q  J-Tac? | 13:42:57 |
| 14 | A  J-Tec, J-Tec, or we called it, you know, | 13:42:59 |
| 15 | Japanese consumer -- JCES, but it may be CEATEC. | 13:43:01 |
| 16 | Q  And how many times did you go to the J-Tec | 13:43:07 |
| 17 | or JCES? | 13:43:09 |
| 18 | A  During what time period is this? | 13:43:11 |
| 19 | Q  From '95 forward until you left. | 13:43:12 |
| 20 | A  I don't recall. | 13:43:20 |
| 21 | Q  Once a year? | 13:43:22 |
| 22 | A  Yes, once a year, but I don't know that we | 13:43:23 |
| 23 | went every year in that time period. | 13:43:25 |
| 24 | Q  Do you recall going at all in the '95 to | 13:43:30 |
| 25 | 2000 period? | 13:43:32 |

Page 163

| | | |
|---|---|---|
| 1 | A  I believe I did. | 13:43:33 |
| 2 | Q  And did Mitsubishi have a booth there? | 13:43:35 |
| 3 | A  Yes. | 13:43:37 |
| 4 | Q  And did you meet with any of the MELCO | 13:43:38 |
| 5 | executives when you went over? | 13:43:41 |
| 6 | A  I am sure I met them. I didn't meet with | 13:43:42 |
| 7 | them -- discuss anything in particular, just a | 13:43:45 |
| 8 | casual meeting. | 13:43:47 |
| 9 | Q  Do you recall talking to any individuals | 13:43:49 |
| 10 | from any of the other television manufacturers | 13:43:51 |
| 11 | there? | 13:43:54 |
| 12 | A  No. | 13:43:55 |
| 13 | Q  You don't recall running into any of them? | 13:43:56 |
| 14 | A  No. | 13:43:58 |
| 15 | Q  Did you -- did you socialize with any of | 13:43:59 |
| 16 | them? | 13:44:01 |
| 17 | A  No. | 13:44:02 |
| 18 | Q  Did you go play golf or go out with any of | 13:44:02 |
| 19 | them? | 13:44:05 |
| 20 | A  No. | 13:44:06 |
| 21 | (Plaintiff's Exhibit 8306 was marked for | 13:44:06 |
| 22 | identification by the court reporter and | 13:44:06 |
| 23 | is attached hereto.) | 13:44:06 |
| 24 | BY MR. SAVERI: | 13:44:06 |
| 25 | Q  Mr. Wasinger, the court reporter has now | 13:45:03 |

Page 164

| | | |
|---|---|---|
| 1 | handed you what has been designated Exhibit 8306. | 13:45:04 |
| 2 | It bears the basis number ME00140433 through 140437. | 13:45:07 |
| 3 | Can you take a minute and let me know when | 13:45:20 |
| 4 | you are ready. | 13:45:24 |
| 5 | A  Okay. | 13:45:30 |
| 6 | Q  If you could start on second page, which | 13:45:31 |
| 7 | is 140434. | 13:45:36 |
| 8 | Do you see the "from" line up there? | 13:45:40 |
| 9 | A  Yes. | 13:45:46 |
| 10 | Q  And there is the "Wasinger, Max" next to | 13:45:46 |
| 11 | that. | 13:45:52 |
| 12 | Is that you, sir? | 13:45:52 |
| 13 | A  Yes. | 13:45:53 |
| 14 | Q  And you see the date, June 22, 2006? | 13:45:54 |
| 15 | A  Yes. | 13:45:56 |
| 16 | Q  Would that indicate to you that this is an | 13:45:56 |
| 17 | E-mail you sent on or about June 22, 2006? | 13:45:58 |
| 18 | A  Yes. | 13:46:06 |
| 19 | Q  And did you write this in your duties and | 13:46:06 |
| 20 | responsibilities at Mitsubishi at the time? | 13:46:08 |
| 21 | A  Yes. | 13:46:12 |
| 22 | Q  And would this have been maintained in the | 13:46:12 |
| 23 | ordinary course of business on your servers at | 13:46:16 |
| 24 | Mitsubishi? | 13:46:18 |
| 25 | MR. FUENTES:  Objection; foundation. | 13:46:19 |

Page 165

| | | |
|---|---|---|
| 1 | THE WITNESS:  Yes, should be. | 13:46:22 |
| 2 | BY MR. SAVERI: | 13:46:23 |
| 3 | Q  And then you see below, it says, "Thanks" | 13:46:24 |
| 4 | and signed "Max" on the next page? | 13:46:28 |
| 5 | A  Okay. | 13:46:31 |
| 6 | Q  And it says, "Subject: Meeting with | 13:46:34 |
| 7 | Mr. Kurisaka." | 13:46:37 |
| 8 | Do you see that? | 13:46:41 |
| 9 | A  Yes. | 13:46:41 |
| 10 | Q  And who is Mr -- excuse me -- Kurisaka? | 13:46:42 |
| 11 | A  Kurisaka, I don't recall his exact job | 13:46:49 |
| 12 | title. I know he was from Japan side, I believe, | 13:46:56 |
| 13 | but I don't recall his exact job title. | 13:46:59 |
| 14 | Q  And if we can, Ken Kadis. | 13:47:02 |
| 15 | Do you see the "to" line? | 13:47:05 |
| 16 | A  Yes. | 13:47:06 |
| 17 | Q  And who is Mr. Kadis? | 13:47:07 |
| 18 | A  He was a regional vice president. | 13:47:09 |
| 19 | Q  For what division or product? | 13:47:17 |
| 20 | A  East -- east coast. | 13:47:18 |
| 21 | Q  And Matt Pugel? | 13:47:21 |
| 22 | A  Yes. | 13:47:22 |
| 23 | Q  And who is Matt? | 13:47:23 |
| 24 | A  West Coast Regional VP. | 13:47:24 |
| 25 | Q  And Gary Watkins? | 13:47:27 |

42 (Pages 162 - 165)

Page 166

| | | |
|---|---|---|
| 1 | A   Central Region Regional VP. | 13:47:28 |
| 2 | Q   So these would all be salespeople that | 13:47:32 |
| 3 | reported to you? | 13:47:34 |
| 4 | A   That's correct. | 13:47:35 |
| 5 | Q   And then there is a CC line, Dave Alhart? | 13:47:35 |
| 6 | A   Yes. | 13:47:39 |
| 7 | Q   Who is Mr. Alhart? | 13:47:39 |
| 8 | A   Business planning. | 13:47:41 |
| 9 | Q   And Frank DeMartin? | 13:47:42 |
| 10 | A   Marketing. | 13:47:45 |
| 11 | Q   And Susumu Oshibe? | 13:47:47 |
| 12 | A   Business planning. | 13:47:50 |
| 13 | Q   I guess he goes by "Sam"? | 13:47:53 |
| 14 | A   Yes. | 13:47:55 |
| 15 | Q   Mike Stapleton? | 13:47:55 |
| 16 | A   At that time, he had moved over -- he was | 13:47:57 |
| 17 | in charge of the logistics. | 13:47:59 |
| 18 | Q   And where -- where would he have been at | 13:48:05 |
| 19 | this time? In Georgia? No. | 13:48:08 |
| 20 | A   Yeah. I believe in Georgia. Yes, he | 13:48:11 |
| 21 | commuted at this time back and forth between Georgia | 13:48:14 |
| 22 | and the west coast. | 13:48:17 |
| 23 | Q   And when did Mike Stapleton leave the | 13:48:20 |
| 24 | company? | 13:48:23 |
| 25 | Do you recall? | 13:48:23 |

Page 167

| | | |
|---|---|---|
| 1 | A   I thought -- I think around 2010, in that | 13:48:24 |
| 2 | time period. | 13:48:27 |
| 3 | Q   Do you know the reason for his leaving? | 13:48:30 |
| 4 | A   Retired. | 13:48:32 |
| 5 | Q   And Glen Yamashita? | 13:48:33 |
| 6 | A   He was in charge of consumer relations. | 13:48:37 |
| 7 | Q   And all of these people would have been at | 13:48:41 |
| 8 | the -- would that be MDEA? | 13:48:44 |
| 9 | A   Yes. | 13:48:51 |
| 10 | Q   And then line three, it says, | 13:48:55 |
| 11 | "Analysis dealer/consumer/competitor | 13:49:11 |
| 12 | feedback by market." | 13:49:19 |
| 13 | What is your understanding of that, sir? | 13:49:20 |
| 14 | A   Just looking for exactly what it says. | 13:49:22 |
| 15 | Q   And how would you get competitor feedback? | 13:49:25 |
| 16 | A   You would have to reach out to the dealers | 13:49:28 |
| 17 | and also -- yeah, the dealers and industry -- | 13:49:31 |
| 18 | industry journals, you know, informational reports. | 13:49:34 |
| 19 | Q   Did you ever ask any of your salespeople | 13:49:39 |
| 20 | to contact competitors to get feedback? | 13:49:41 |
| 21 | A   No, ever. | 13:49:45 |
| 22 | Q   Did it ever come to your attention that | 13:49:46 |
| 23 | any of your salespeople were contacting competitors | 13:49:48 |
| 24 | to get feedback? | 13:49:51 |
| 25 | A   No. | 13:49:52 |

Page 168

| | | |
|---|---|---|
| 1 | Q   Did you ever share any market information | 13:49:56 |
| 2 | with any of your competitors? | 13:50:00 |
| 3 | A   Never. | 13:50:03 |
| 4 | Q   Did it ever come to your attention that | 13:50:04 |
| 5 | any of your sales staff were exchanging market | 13:50:06 |
| 6 | information? | 13:50:09 |
| 7 | A   Absolutely not. | 13:50:09 |
| 8 | Q   If you turn to 140436. That is blank but | 13:50:15 |
| 9 | the next page is the document. | 13:50:24 |
| 10 | Do you see up in the top right, it says | 13:50:29 |
| 11 | "6/16/2006," next page, yes? | 13:50:30 |
| 12 | A   Yes. | 13:50:40 |
| 13 | Q   Can you -- can you, please, describe to me | 13:50:40 |
| 14 | what this is. | 13:50:43 |
| 15 | A   It's a document that has Mitsubishi | 13:50:45 |
| 16 | product and then competitive brands that are similar | 13:50:49 |
| 17 | product to Mitsubishi product and the MAP pricing of | 13:50:55 |
| 18 | that product. I believe it's MAP pricing of that | 13:51:06 |
| 19 | product as it relates to Mitsubishi. | 13:51:09 |
| 20 | Q   So this is a chart? | 13:51:13 |
| 21 | A   Yes. | 13:51:15 |
| 22 | Q   So on the left, it has size 37 to 39. I | 13:51:16 |
| 23 | assume that is the size of the televisions. | 13:51:20 |
| 24 | A   Yes. | 13:51:22 |
| 25 | Q   Running down all the way to over 60, is | 13:51:23 |

Page 169

| | | |
|---|---|---|
| 1 | that correct? | 13:51:26 |
| 2 | A   Yes. | 13:51:26 |
| 3 | Q   And then it has the -- on the top, it had | 13:51:28 |
| 4 | key feature, HD-PDP. | 13:51:33 |
| 5 | Is that plasma? | 13:51:37 |
| 6 | A   Yes. | 13:51:37 |
| 7 | Q   And then HD-LCD, liquid crystal displays? | 13:51:38 |
| 8 | A   Yes. | 13:51:42 |
| 9 | Q   And then 1080P LCD, that is the high | 13:51:43 |
| 10 | resolution LCD? | 13:51:48 |
| 11 | A   Correct. | 13:51:51 |
| 12 | Q   And then the chart would be trying to | 13:51:51 |
| 13 | compare the Mitsubishi product to its competitor | 13:51:53 |
| 14 | products in the same category. | 13:51:56 |
| 15 | Is that it? | 13:51:58 |
| 16 | A   Yes. | 13:51:59 |
| 17 | Q   And the -- for example, under Hitachi LCD, | 13:52:00 |
| 18 | it would have Hitachi November 2699. | 13:52:08 |
| 19 | Would that mean the MAP pricing would be | 13:52:16 |
| 20 | in effect in November? | 13:52:18 |
| 21 | A   That is what I would think it would mean. | 13:52:20 |
| 22 | Q   And the same thing October. | 13:52:22 |
| 23 | So that would be pricing for October? | 13:52:24 |
| 24 | A   Correct. | 13:52:27 |
| 25 | Q   And what is your understanding of -- | 13:52:28 |

43 (Pages 166 - 169)

Page 170

1  understanding of where your staff would have gotten          13:52:32
2  that type of information?          13:52:34
3      A   Probably would have been fed to them by a          13:52:36
4  retailer, a customer, of ours.          13:52:39
5      Q   Did you -- go ahead.  I'm sorry.          13:52:42
6      A   Finished.          13:52:46
7      Q   Did you ever ask your staff to go out and          13:52:46
8  get information regarding competitors' feature          13:52:48
9  pricing?          13:52:52
10     A   I am sure from time to time, but I don't          13:52:53
11  recall any specific example of that, but this is an          13:52:55
12  example of when I had -- when I did go out and ask          13:52:59
13  for the information, as it indicates on the prior          13:53:01
14  page.          13:53:03
15     Q   But you -- you -- but this type of          13:53:04
16  activity would have occurred in the '95 to 2000          13:53:08
17  period.          13:53:11
18      You would have asked the sales staff to go          13:53:11
19  out and get information regarding competitive          13:53:14
20  pricing, right?          13:53:15
21          MR. FUENTES:  Object to the form.          13:53:17
22          THE WITNESS:  I don't recall doing that.          13:53:22
23  BY MR. SAVERI:          13:53:23
24      Q   But clearly, by 2006, you were asking your          13:53:23
25  staff to get the information on future competitive          13:53:26

Page 171

1  pricing, correct?          13:53:28
2          MR. FUENTES:  Object to the form.          13:53:28
3          THE WITNESS:  Yes.          13:53:29
4  BY MR. SAVERI:          13:53:30
5      Q   And the last page here -- it's "6/3/2006"          13:53:36
6  up in the upper right-hand corner.          13:53:43
7      Do you see that?          13:53:45
8      A   Yes.          13:53:46
9      Q   Same type of chart as the previous one?          13:53:46
10     A   Yes.          13:53:48
11     Q   So on size, it has under 49, 50 to 54, but          13:53:49
12  it seems to be slightly different products; is that          13:54:01
13  correct?          13:54:04
14     A   Yes.          13:54:05
15     Q   MD HDTV?          13:54:07
16     A   Micro display.          13:54:10
17     Q   Micro display, that would be a rear          13:54:12
18  projection?          13:54:13
19     A   Yes.          13:54:14
20     Q   And then CRT HDTV, that would be a cathode          13:54:14
21  ray tube model?          13:54:20
22     A   Yes.          13:54:21
23     Q   And this is the same, that you would have          13:54:29
24  asked your staff to go out and get information          13:54:31
25  regarding the future pricing of your competitors'          13:54:34

Page 172

1  product?          13:54:37
2          MR. FUENTES:  Object to the form.          13:54:38
3          THE WITNESS:  Based on the request from --          13:54:40
4  yes.  To answer your question, yes.          13:54:44
5          MR. SAVERI:  That's all I have.  Thank          13:54:55
6  you.          13:54:58
7          MR. MURRAY:  I have a couple, just a few          13:55:02
8  questions.          13:55:04
9                                          13:55:04
10          EXAMINATION          13:55:04
11  BY MR. MURRAY:          13:55:25
12      Q   We on the record.          13:55:38
13      Good afternoon, Mr. Wasinger.  My name is          13:55:39
14  Kevin Murray.  I represent Sears and K-Mart.          13:55:40
15      During the time period we have been          13:55:44
16  talking about, 1995 to 2000 when you were at MELA as          13:55:46
17  the Western Region Vice President, did you ever sell          13:55:52
18  to Sears?  And I'm talking about CRT products.          13:55:55
19      A   I believe we did.          13:56:00
20      Q   But did you personally or are you talking          13:56:01
21  on behalf of the company?          13:56:04
22      A   I was in on the sales meetings, to answer          13:56:08
23  your question.  Not all of them because I had a          13:56:11
24  person assigned on that account, but I was in some          13:56:13
25  of the sales meetings, yes.          13:56:16

Page 173

1      Q   Would Sears have been a national account?          13:56:18
2      A   Yes.          13:56:19
3      Q   And how would that have worked when you          13:56:20
4  divide the country up into east and west and you          13:56:23
5  have a company that does business in both halves of          13:56:25
6  the country?          13:56:29
7      A   I just --          13:56:30
8          MR. FUENTES:  Object to the form.          13:56:31
9          THE WITNESS:  I just assigned it to an          13:56:32
10  individual who was either geographically in that          13:56:34
11  area who was capable of handling that type of          13:56:37
12  account even though they had, you know,          13:56:40
13  responsibility for other parts of the country.          13:56:42
14  BY MR. MURRAY:          13:56:44
15      Q   Now, Sears is based in Chicago.          13:56:46
16      Would that have been your area or would          13:56:47
17  that have been someone from the east?          13:56:49
18      A   I had responsibility for that area, as          13:56:50
19  well.          13:56:51
20      Q   For the Chicago area?          13:56:52
21      A   Yes.          13:56:53
22      Q   And did you ever have any dealings with          13:56:54
23  K-Mart --          13:56:57
24      A   No.          13:56:58
25      Q   -- during that time period?          13:56:58

44 (Pages 170 - 173)

Page 174

1    A   No.                                    13:57:01
2    Q   K-Mart was based in Michigan.          13:57:03
3        Would that have been the eastern region?   13:57:04
4    A   Again, under my responsibility at that    13:57:09
5    time.                                      13:57:10
6    Q   Pardon me?                             13:57:11
7    A   Still was my responsibility at that time.   13:57:11
8    Q   Michigan was under your responsibility?   13:57:13
9    A   Yes.                                   13:57:15
10   Q   Even though it's east of the Mississippi?   13:57:15
11   A   Are you talking in '95 to 2000?        13:57:18
12   Q   Right.                                 13:57:20
13   A   I had national responsibility during   13:57:21
14   that -- actually, I think '96, I took national   13:57:23
15   responsibility. So '95 stands by itself. And '96   13:57:26
16   on, I had national responsibility.         13:57:28
17   Q   Do you recall who you assigned on your   13:57:30
18   team to Sears?                             13:57:33
19   A   I don't recall. I'm sorry. I would have   13:57:38
20   to think about that a little bit.          13:57:40
21   Q   Do you recall who on your team you     13:57:42
22   assigned to K-Mart?                        13:57:44
23   A   We didn't sell to K-Mart. We really    13:57:45
24   weren't interested in K-Mart. The reason is, we   13:57:53
25   were an upscale brand. K-Mart didn't fit our   13:57:55

Page 175

1    profile for a dealer.                      13:57:59
2    Q   Do you recall any meetings you attended   13:58:01
3    with representatives of Sears?             13:58:02
4    A   Do I recall?                           13:58:05
5    Q   Recall any meetings you attended with   13:58:05
6    representative of Sears during this time period.   13:58:08
7    A   I can't recall anyone -- any specific   13:58:11
8    person off the top of my head. Again, I would have   13:58:13
9    to think about it a little bit, but I don't recall   13:58:17
10   anyone at Sears that I met with.           13:58:20
11   Q   Let's just be clear.                   13:58:22
12       You don't recall who on your team you   13:58:23
13   assigned to Sears, is that correct?        13:58:25
14   A   I can't recall. I can't recall at this   13:58:33
15   time.                                      13:58:34
16   Q   And do you recall -- and you can't recall   13:58:35
17   any of the individuals at Sears that you dealt with?   13:58:37
18   A   During that time period, I don't recall   13:58:41
19   who I -- who it would have been.           13:58:42
20   Q   Do you recall in other time periods people   13:58:46
21   at Sears you dealt with?                   13:58:48
22   A   I am trying to think who would have been   13:58:53
23   back then. Bacon, guy by the name of Bacon.   13:58:55
24   Q   Chuck Bacon?                           13:58:59
25   A   Chuck Bacon.                           13:59:01

Page 176

1    Q   Anyone else?                           13:59:03
2    A   Jim -- I can't think of his last name.    13:59:05
3    Jim -- I am sorry. I can't recall his name right   13:59:11
4    now.                                       13:59:13
5    Q   Do you recall what time period you dealt   13:59:15
6    with Mr. Bacon?                            13:59:17
7    A   No, I don't recall the exact time period.   13:59:19
8    Q   And the other individual named Jim, do you   13:59:22
9    recall what time period?                   13:59:24
10   A   No. About the same time period.        13:59:27
11   Q   When you say "the same time period," what   13:59:30
12   is that? The '98?                          13:59:31
13   A   Probably later, later -- later in that   13:59:34
14   cycle, closer to 2000.                     13:59:37
15   Q   Would that have been with CRT products?   13:59:41
16   A   Yes.                                   13:59:45
17   Q   Where would those meetings have taken   13:59:51
18   place?                                     13:59:53
19   A   In Schaumburg, Illinois.               13:59:55
20   Q   What was in Schaumburg?                 13:59:59
21   A   Sears corporate headquarters at that time,   14:00:02
22   I think it was.                            14:00:04
23   Q   Do you ever recall going out to Hoffman   14:00:06
24   Estates?                                   14:00:08
25   A   Well, Schaumburg.                      14:00:09

Page 177

1    Q   Hoffman Estates?                       14:00:11
2    A   Hoffman Estates. Sorry about that.     14:00:13
3    Q   What other national accounts did you deal   14:00:16
4    with during the '95 to 2000 time period?   14:00:18
5    A   I think Sears was about the only one. We   14:00:22
6    did open Best Buy but I am not sure exactly when   14:00:24
7    that occurred. That would have been closer to 2000   14:00:28
8    or maybe a little bit after 2000, we opened   14:00:30
9    Best Buy, but Sears was the only national account   14:00:34
10   that we did business with.                 14:00:37
11   Q   Well, thank you very much. I don't have   14:00:41
12   any further questions.                     14:00:43
13   A   Thank you.                             14:00:44
14       MR. SAVERI: I think that is it.        14:00:52
15       MR. FUENTES: I have a question or two for   14:00:54
16   you, Mr. Wasinger.                         14:00:55
17       THE WITNESS: Okay.                     14:01:01
18                                              14:01:01
19       EXAMINATION                            14:01:01
20   BY MR. FUENTES:                            14:01:01
21   Q   A moment ago, Mr. Saveri asked you whether   14:01:04
22   clearly by 2006 you were asking your staff to obtain   14:01:10
23   or try to obtain future competitive pricing   14:01:14
24   information.                               14:01:18
25       Do you remember that question?         14:01:21

45 (Pages 174 - 177)

Page 178

```
 1   A   Yes.                                  14:01:23
 2   Q   And your answer to that question was yes.   14:01:25
 3       Do you remember that?                  14:01:27
 4   A   Yes.                                  14:01:28
 5   Q   Did you ever instruct any of your staff   14:01:29
 6   members to go out and speak to a competitor to learn   14:01:33
 7   about its pricing information, past, present or   14:01:37
 8   future?                                  14:01:40
 9   A   Never. That was absolutely a no-no.   14:01:40
10   We -- at every national sales meeting, we had a   14:01:44
11   meeting with our legal counsel and we had coined a   14:01:49
12   phrase, "I am not authorized to discuss that   14:01:52
13   subject."                                14:01:54
14       MR. FUENTES:  No further questions.  Okay   14:01:55
15   Off the record.                          14:02:03
16       THE VIDEOGRAPHER:  Off the record at   14:02:04
17   2:02 p.m.                                14:02:04
18       (The deposition was concluded at
19       2:02 p.m.)
20
21
22
23
24
25
```

Page 179

```
 1           DECLARATION
 2
 3
 4
 5       I, MAX WASINGER, do hereby declare that I
 6   have read the foregoing transcript; that I have made
 7   any corrections as appear noted, in ink, initialed
 8   by me, or attached hereto; that my testimony as
 9   contained herein, as corrected, is true and correct.
10       I declare under the penalties of perjury
11   under the laws of the State of California that the
12   foregoing is true and correct.
13       This declaration is executed this _____
14   day of _____, 2015, at
15   _____, California.
16
17
18
19
     _____
20       MAX WASINGER
21
22
23
24
25
```

Page 180

```
 1   STATE OF _____ )
                        ) Ss.
 2   COUNTY OF _____ )
 3
 4       I, DARYL BAUCUM, a Certified Shorthand
 5   Reporter of the State of California, do hereby
 6   certify;
 7       That the foregoing proceedings were taken
 8   before me at the time and place herein set forth,
 9   at which time the witness named in the foregoing
10   proceeding was placed under oath; that a record
11   of the proceedings was made by me using machine
12   shorthand which was thereafter transcribed under my
13   direction; and that the foregoing pages contain a
14   full, true and accurate record of all proceedings
15   and testimony to the best of my skill and ability.
16       I further certify that I am neither
17   financially interested in the outcome nor a relative
18   or employee of any attorney or any party to this
19   action.
20       IN WITNESS WHEREOF, I have subscribed my
21   name this 27th day of July, 2015.
22
23
24
             DARYL BAUCUM, CSR No. 10356
25
```

46 (Pages 178 - 180)

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF SEPTEMBER 1, 2014.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.