# Exhibit 21

353 NORTH CLARK STREET CHICAGO ILLINOIS 60654-3456

**JENNER&BLOCK** LLP

July 20, 2016

Gabriel A. Fuentes
Tel +1 312 923 2808
Fax +1 312 923 2908
gfuentes@jenner.com

**VIA EMAIL**

Geoffrey C. Rushing, Esq.
Saveri & Saveri, Inc.
706 Sansome Street
San Francisco, CA 94111
Geoff@saveri.com

Re:   In re Cathode Ray Tube (CRT) Antitrust Litig., MDL No. 1917, Case No. 14-cv-2058-JST

Dear Geoff:

Thank you for confirming by email yesterday that the Direct Purchaser Plaintiffs ("DPPs") are available on August 8, 2016, to take the second deposition of Max Wasinger, who was deposed on July 16, 2015, and whose second deposition you requested by email on July 8, 2016. As you have represented that you should be allowed to depose Mr. Wasinger a second time because certain sales documents were produced to the DPPs after his deposition, we will object to any repetitive questioning on matters upon which you have questioned Mr. Wasinger in his earlier deposition, and to questions about matters other than documents produced to the DPPs after his earlier deposition.

Very truly yours,

Gabriel A. Fuentes

cc:   Terrence J. Truax
      Michael T. Brody
      Kevin Y. Teruya
      R. Alexander Saveri