# Exhibit 23

Page 1

```
 1            UNITED STATES DISTRICT COURT
 2           NORTHERN DISTRICT OF CALIFORNIA
 3              SAN FRANCISCO DIVISION
 4
 5   _____
                                     )
 6   IN RE CATHODE RAY TUBE (CRT)   )
                                     )
 7   ANTITRUST LITIGATION,           )
     _____  )  No. 14-CV-2058 (SC)
 8                                   )  MDL No. 1917
     This Document Relates to:       )
 9                                   )
     ALL DIRECT PURCHASER ACTIONS   )
10                                   )
     _____)
11
12
13       VIDEOTAPED DEPOSITION OF KIYOSHI FURUKAWA
14               Los Angeles, California
15               Tuesday, July 14, 2015
16
17
18
19
20
21
22   Reported by:
     KATHLEEN E. BARNEY
23   CSR No. 5698
24
25
```

```
                                                          Page 2
 1           UNITED STATES DISTRICT COURT
 2          NORTHERN DISTRICT OF CALIFORNIA
 3              SAN FRANCISCO DIVISION
 4
 5
 6  _____
                                   )
 7   IN RE CATHODE RAY TUBE (CRT)  )
                                   )
 8   ANTITRUST LITIGATION          )
    _____)
 9                                 )  No. 14-CV-2058 (SC)
     This Document Relates to:     )     MDL No. 1917
10                                 )
     ALL DIRECT PURCHASER ACTIONS  )
11                                 )
    _____)
12
13
14       Videotaped deposition of KIYOSHI FURUKAWA,
15  taken on behalf of Plaintiffs, at 633 West
16  Fifth Street, Suite 3600, Los Angeles, California,
17  beginning at 9:10 a.m. and ending at 2:53 p.m. on
18  Tuesday, July 14, 2015, before KATHLEEN E. BARNEY,
19  Certified Shorthand Reporter No. 5698.
20
21
22
23
24
25
```

```
 1   APPEARANCES:
 2
 3   For Direct Purchaser Plaintiffs:
 4
 5       SAVERI & SAVERI
 6       BY:   GEOFFREY C. RUSHING
 7             R. ALEXANDER SAVERI
 8             DAVID Y. HWU
 9       Attorneys at Law
10       706 Sansome Street
11       San Francisco, California 94111
12       (415) 217-6810
13       dhwu@saveri.com
14
15   For Sears and K-Mart Plaintiffs:
16
17       KENNY NACHWALTER
18       BY:   KEVEN J. MURRAY
19       Attorney at Law
20       1100 Miami Center
21       Miami, Florida 33131-4327
22       (305) 373-1000
23       kmurray@knpa.com
24
25
```

```
 1   APPEARANCES (Continued):
 2
 3   For Alfred H. Siegel (Trustee for Circuit City
 4   Trust):
 5
 6       KLEE, TUCHIN, BOGDANOFF & STERN LLP
 7       BY:  JONATHAN M. WEISS
 8            ANDREW MacKENZIE
 9       Attorney at Law
10       1999 Avenue of the Stars
11       Los Angeles, California 90067
12       (310) 407-4065
13       jweiss@ktbslaw.com
14
15
16   For Mitsubishi Electric and the Witness:
17
18       JENNER & BLOCK
19       BY:  MICHAEL T. BRODY
20       Attorney at Law
21       353 North Clark Street
22       Chicago, Illinois 60654-3456
23       (312) 222-9350
24       mbrody@jenner.com
25
```

 1   APPEARANCES (Continued):

 2

 3

 4   For the Hitachi Entities:

 5

 6        KIRKLAND & ELLIS LLP

 7        BY:   ELIOT A. ADELSON

 8        Attorney at Law

 9        555 California Street

10        San Francisco, California 94104

11        (415) 439-4783

12        eliot.adelson@kirkland.com

13

14

15   For Samsung SDI Defendants:

16

17        SHEPPARD MULLIN RICHTER & HAMPTON LLP

18        BY:   LEO CASERIA

19        Attorney at Law

20        333 South Hope Street

21        Los Angeles, California 90071-1448

22        (213) 620-1780

23        lcaseria@sheppardmullin.com

24

25

```
                                                         Page 6

 1   APPEARANCES (Continued):

 2

 3   For the LG Defendants:

 4

 5       MUNGER, TOLLES & OLSON

 6       BY:  JESSICA BARCLAY-STROBEL

 7       Attorney at Law

 8       355 South Grand Avenue

 9       Los Angeles, California 90071-1560

10       (213) 683-9100

11       jessica.barclay-strobel@mto.com

12

13

14   Also Present:

15

16       YASUHIRO BABA, Mitsubishi Electric

17

18

19   Videographer:

20

21       GILBERT MIRANDA

22

23   Japanese Interpreter:

24

25       ASAMI ISOMICHI
```

Page 7

1    APPEARANCES VIA TELEPHONE:
2
3    For the Toshiba Defendants:
4
5         WHITE & CASE
6         BY:   AYA KOBORI
7         Attorney at Law
8         1155 Avenue of the Americas
9         New York, New York 10036-2787
10        (212) 819-8932
11
12
13   For the Panasonic Defendants:
14
15        WINSTON & STRAWN LLP
16        BY:   JOHN TSCHIRGI
17        Attorney at Law
18        200 Park Avenue
19        New York, New York  10166-4193
20        (212) 294-3560
21        jtschirgi@winston.com
22
23
24
25

1  APPEARANCES VIA TELEPHONE (continued)
2
3
4  For Tech Data:
5
6      BILZIN SUMBERG BAENA PRICE & ALEXROD LLP
7      BY:   SCOTT N. WAGNER
8            WENDY POLIT
9      Attorneys at Law
10     1450 Brickell Avenue
11     Miami, Florida 33131-3456
12     (305) 350-7386
13     swagner@bilzin.com
14
15
16 For the Phillips Defendants:
17
18     BAKER BOTTS LLP
19     BY:   TIFFANY B. GELOTT
20     Attorney at Law
21     1299 Pennsylvania Avenue, NW
22     Washington, D.C., 20004-2400
23     (202) 639-7766
24     tiffany.gelott@bakerbotts.com
25

Page 23

| | | |
|---|---|---|
| 1 | THE WITNESS: It's -- they do not report to | |
| 2 | me. | |
| 3 | BY MR. RUSHING: | |
| 4 | Q How long have you held your position as | |
| 5 | president and CEO of Mitsubishi Electric U.S.? | 09:27:36 |
| 6 | A Since April 1st last year. | |
| 7 | I -- I'm sorry. I just remembered. Katsuya. | |
| 8 | Q Katsuya? | |
| 9 | A Yeah. K-A-T-S-U-Y-A. | |
| 10 | Q And that's Mr. Takamiya's -- | 09:28:01 |
| 11 | A Takamiya, yes. | |
| 12 | Q Excuse me. Takamiya's first name. | |
| 13 | And before April -- before then, what was | |
| 14 | your position, if any, with -- strike that. | |
| 15 | Before April 1st, 2014, did you have a | 09:28:17 |
| 16 | different job? | |
| 17 | A Yes. | |
| 18 | Q And what was that? | |
| 19 | A I was in Japan working for Mitsubishi | |
| 20 | Electric, MELCO, in global strategic marketing and | 09:28:32 |
| 21 | operations group. | |
| 22 | Q And when did you get that job? | |
| 23 | A 2008, April 1st. | |
| 24 | Q And did you -- I'm sorry. Did -- what was | |
| 25 | your official title? Did you have a title at that | 09:29:15 |