# Exhibit 25

**consortra** translations

100 Park Ave.16th Fl.
NY, NY 10017

Toll-free: 877-GO-CONSORTRA
877-462-6676

Your legal translation partner.                                    www.consortra.com

STATE of NEW YORK          )
                           )          ss:
COUNTY of NEW YORK         )

### _CERTIFICATE OF ACCURACY_

This is to certify that the attached document, _"SDCRT-0006041 - SDCRT-0006042"_,
originally written in _Korean_ is, to the best of our knowledge and belief, a true, accurate,
and complete translation into _English_.

Dated: July 10, 2013

Seth Wargo
Consortra Translations

Sworn to and signed before ME this
10th day of July ,
2013.

Notary Public

JAMES G MAMERA
Notary Public, State of New York
No. 01MA6157195
Qualified in New York County
Commission Expires Dec. 4, 2014

| | |
|---|---|
| **From:** | Jae In Lee <leejaein@samsung.com> |
| **Sent:** | Wednesday, March 5, 2003 1:43 AM (GMT) |
| **To:** | Woo Jin Choi, Dong Kyun Kim, Myung Jin Kim, Sang Kyu Ko, Byung Yong Ahn, Suhk Kyung Kim, Soon Uk Baek, Yong Tae Kim, Do Won Lee, Sung Ho Suk, Byung Soo Park, Jae Yun Kim, Moon Suhk Kang, Joon Ho Choi, Ki Yun Cho, Seung Min Lee, Jae Ha Park, Hyung Jin Kim, Ji Yong Jung, Young No Kwon, Hee Seung Yoo, Woo Jong Lee, Woo Chan Kim, Chang Shik Kang, Moon Soo Kim, Yong Sun Woo, Jae Tae Byun, Cheol Soo Hong, Soon Tak Kwon, Keun Bae Lee, Joon Young Lee, Nam Chae Choi, Hae Jin Jung, Seung Yong Juñg, Dae Hyung Cho, Jung Shik Jeon, Ki Yong Uhm, Deok Hyun Choi, Hyun Jung Shin, Soon Cheol Shin, Yong Gul Kwon, Hyung Do Park, Dong Suhk Lee, Jae Min Yoon, Cheol Woo Kim, Joon Bum Park, Sang Mo Choi, Jung Hong Yoon, Sang Yul Kim, Il Cheol Yoon, Sung Soo Kim, Ho Cheol Jung, Sang Soo No, Min Mo Yang, Pil Seung Jang, Bong Joo Kang, Jong Ho Lee, ll Yong Kim, Suk Min Park, Tae Joon Lee, In Suhk Chae, Myung Cheol Kang, Bong Suhk Im, Won Kook Lee, Jung Ho Park, Sung Mil Hong, Hee Yub Lee, Joon Hyung Ryu, Doo Ha Kim, Seh Hyun Jung, Ki Yun Seo, Jin Joong Kim, Jae Kyung Lee, Seung Bae Kim, Jin Hyung Lee, Eun Jung Sohn, Myung Cheon Chun, Ki Young Lee, Seung Ho Kim, Sung Woo Hahm, Jong Won Yoon, Deuk Kyu Park, Sang Duhk Yoon, Hyuk Joo Kwon, Hong Bum Choi, Young Joon Im, Do Hoon Pyun, Min Cheol Bae, Uhn Jin Jung, Sung Cheol Kim, Won Ho Kim, Gun Soo Bae, Sung Bae Jung, Ki Jae Lee, Kyung Cheol Oh, Eun Shik Hwang, Jae Ho Jang, Joon Suhk Ahn, Jung hwan Seo, Kwan Hyung Kim, Deung Go Lan, Min Kyu Seo, Tae Ryong Park, Eun Kyung Cho, Sung Hyun Bae, Ki Young Jung, In cheol Kim, Hong Kyun Lee, Ho Sang Lee, Jong Suhk Lee, Chang Min Lee, Suhk In Kim, Seung Min lee, Jung Hwang Kim, Eui Sub Cho, Oh Kyun Won, Sang Min Ji, Joo ho Kim, Jung Hwan choi, Hoon choi, Jae Hwan Jung, Hong Gook Kim, Myung Cheol Song, Tae Kyun Oh, Chang Hee Ha, Tae Hwan Kim, Seung cheol Hong, Suhk Ki Min, Kyu Suhk Park, Jung Ae Kwon, Sung Duhk Park, Eun Hye Hong, yoon Jung Kim, Han Jo Jung, Yoo Jung Hahm, Jae Yong Jung, Jung Mi Bae, Ki Choi, Yong Kyu Bae, Kyung Duhk lm, Jung Mahn Kim, Chang Ho Shin, Moon Il Bae, Bo Kyung Lee, Hyung Joo Lee, Jeh Hyuhk Lee, Woo Seok Huh, Chan Shik Park, Sang Kyu Park, Joon Yul Yoon, In Hwan Song, lk Hwan Oh, Woong Lae Kim, Kwang Soo Baek, Sung Shik Kim, Joo Ryong Maeng, Dong Wook Seo, Sung gook Sung, Lak jin Kim, Jung Shik Yoon, Cheol Hong ìm, Young Taek Jo, Jae Cheol Hong, Dae Eui Lee, Jung Hoon Choi Woojin Choi < |
| **Subject:** | ?  Report on Mitsubishi Meeting Results Jae In Lee, Marketing) Marketing Group, Samsung SDI |

Title: Report on the Mitsubishi Meeting Results

For your information, the following is a report on the results of the Mitsubishi meeting.

1. Date: March 3, 2003 16:00-17:00 (17th Floor SDI conference room)

2. Attendees: SDI – Deok Yeon Kim, Eui-sub Cho, Jae-in Lee
   Mitsubishi – Nakashima, Katou (Koshida-tech)

3. Contents of Meeting

   1) Purpose of theVisit
      (1) Explanation on the shutdown of Mitsubishi Mexico 17" Line → discussed the possible sales of Mexico line to SDI
      (2) To get SDI's opinion prior to price negotiations with Samsung Electronics
      (3) CDT price maintenance
      (4) To transfer Mitsubishi's customers to SDI due to the discontinuation of 17" CDT, on the reverse side, expansion of 21" CDT business by Mitsubishi following the stoppage of 21" CDT business at SDI.

   2) Main points of discussion

      - Schedule of Mitsubishi Mexico 17" CDT business discontinuation
        o Production discontinuation: June 2003
        o Sales discontinuation: September 2003

PRIVILEGED AND CONFIDENTIAL
UNDER APPLICABLE LAW

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation
FINAL TRANSLATION

Exhibit
635-EF

SDCRT-0006041E_Translation

- Opinion about transferring Mitsubishi's 17" CDT customers to SDI

  ➔ Basically, transfer Mitsubishi's current customers to SDI, and for Samsung to prepare the necessary SPEC and to give to Mitsubishi: then Mitsubishi will contact its customers during March and will report on the final results in April during another visit

- Whether SDI is willing to stop the 21" CDT business and hand the 21" volume to Mitsubishi?

  ➔ SDI 21" is currently making a profit, and if it stops the business, the factory in Suwon will suffer. Furthermore, the Chassis are basically different so there will be a problem with PIN to PIN compatibility, therefore the transfer of SDI's 21" CDT biz is impossible.

- Mitsubishi's development of 22" Flat low end model for SEC  (Uni Pitch ➔ Variable Pitch)

  ➔ Current price for Mitsubishi 22" Uni Pitch model is $200-210, selling about 1K/month to SEC. However, with the development of "Variable Pitch," will be able to reduce price down to $180 which is the same price as SDI, and requests SEC to transfer the 11K/month (FST 8K, DF 3K) volume which SDI is currently supplying to SEC to Mitsubishi's NF Type.

  ➔ Need to prevent Mitsubishi NF's entrance into SEC through innovative cost reduction and quality/ grade improvement

=================================

3) Important information

- Mitsubishi Mexico Factory Status
  [ Production: 2,000,000/year (1.2-1.300,000 Demand from China)
  [ Models: 17" NF (300cd), M2 (500cd, Major item), VF (450cd, Philips, Lite-[ on, etc for specific customers)
  [    VF models recently started for cost reduction (M2-2$)
  [ Employees: 1,200 people (lay off through provision of an "Extra Charge")

- Regarding equipment sales: currently under discussion with certain companies regarding CRT "sale of CRT equipment"
  ➔ Decision re Line shut down was made suddenly, thus, no prior discussion re sale of equipment, but currently under progress

- Japan Production Status: one Line in operation (19" / 22" compatible)
  [ 19": 600K/year
  [ 22": 400K/year

- Sony dropping 21" CDT business: Rumor that it is highly likely that Sony would drop its CDT business as it stops 21" CDT business within the year of 2003.

  ➔ Mitsubishi intends to conquer the 21"/22" CDT through the development of 22" cost reduction model while keeping SDI's FST/DF in check.

" The End "

PRIVILEGED AND CONFIDENTIAL
UNDER APPLICABLE LAW

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation
FINAL TRANSLATION