# Exhibit 26

353 NORTH CLARK STREET CHICAGO ILLINOIS 60654-3456                    JENNER&BLOCK LLP

January 9, 2015

Gabriel A. Fuentes
Tel  312 923-2808
Fax 312 923-2908
gfuentes@jenner.com

VIA CERTIFIED U.S. MAIL AND E-MAIL

The Hon. Vaughn R. Walker (Ret.)
c/o Jay Weil
Federal Arbitration, Inc.
288 Hamilton Ave., 3rd Floor
Palo Alto, CA 94301

Re:   *In re Cathode Ray Tube (CRT) Antitrust Litigation,*
      MDL No. 1917; Case No. 07-cv-5944 SC (N.D. Cal.)

Dear Judge Walker:

On behalf of the Mitsubishi Electric Defendants,[1] we write in response to the Direct Purchaser Plaintiffs' ("DPPs") Motion to Compel Supplemental Responses (the "Motion").

On December 29, 2014, the parties agreed that Mitsubishi Electric Defendants would respond to the Motion on or before January 9, 2015.  The Mitsubishi Electric Defendants and the DPPs further agreed that the Mitsubishi Electric Defendants would supplement their responses as appropriate to the interrogatories that are the subject of the Motion, and that the DPPs will defer for now the request in the Motion to re-open certain depositions, with the parties to conduct an appropriate meet-and-confer on that issue on a later date as may be necessary.  Mitsubishi Electric Corporation ("Mitsubishi Electric") plans to serve its supplemental interrogatory responses on or before January 16, 2015, the agreed-upon due date for the DPPs' reply in support of the Motion.  Mitsubishi Electric US, Inc. and Mitsubishi Electric Visual Solutions America, Inc. do not anticipate supplementing as they have no supplemental information to provide.

With Mitsubishi Electric having agreed to supplement its responses to the interrogatories that are the subject of the Motion, and with the parties not currently at issue on the Motion's request to re-open certain depositions, the parties' agreement has left the Special Master with no issue to

---

[1] Mitsubishi Electric Corporation ("Mitsubishi Electric"), Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc. (collectively, the "Defendants").

Case 4:07-cv-05944-JST   Document 4966-28   Filed 10/14/16   Page 3 of 3

The Hon. Vaughn R. Walker (Ret.)
January 9, 2015
Page 2

resolve, at least for now. Accordingly, the Mitsubishi Electric Defendants have nothing further to state in response to the Motion.

Respectfully submitted,

Gabriel A. Fuentes