[COUNSEL LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*Sears, Roebuck and co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.,* No. 11-cv-05514 | Master File No. 3:07-md-05944-JST (N.D. Cal)<br><br>MDL No. 1917<br><br>**JOINT SUGGESTION FOR PRIORITIZATION OF *DAUBERT* MOTIONS AND MOTIONS *IN LIMINE***<br><br>**Judge:** Hon. Jon S. Tigar<br>**Court:** Courtroom 9, 19th Floor |

**JOINT SUGGESTION FOR PRIORITIZATION OF *DAUBERT* MOTIONS AND MOTIONS *IN LIMINE***

In light of the large number of *Daubert* motions and motions *in limine* pending before the Court, and pursuant to the Court's instruction at the September 20, 2016 Case Management Conference, Plaintiffs Sears Roebuck and Co. and Kmart Corp. ("Sears/Kmart") and Defendant LG Electronics, Inc. ("LGE") hereby suggest that the Court prioritize certain *Daubert* motions and motions *in limine* for consideration and ruling. The motions for which the parties suggest prioritization are listed in the chart at Exhibit A. Motions for which both parties suggest prioritization are listed in the first column of the attached chart; motions for which Sears/Kmart suggests prioritization are listed in the second column of the attached chart; and motions for which LGE suggests prioritization are listed in the third column of the attached chart.

Additionally, LGE requests oral argument for the motions for which both parties or LGE only requests prioritization, as listed in the attached chart.[1] Sears/Kmart defers to the Court on whether additional argument beyond the written pleadings is necessary to resolve these motions. The parties are available to present oral argument for the motions listed in the attached chart, as well as for any other motions pending before the Court, on any dates convenient to the Court. The parties submit that, to the extent the Court is inclined to hold oral argument on these motions, the upcoming further case management conference, set for November 8, 2016, may be an appropriate time to hear all or some of the motions.

---

[1] Consistent with the Court's standing order "encourag[ing] the parties to permit junior lawyers to . . . have an important role at trial," *see* J. Tigar Standing Order for Civil Jury Trials, at 5 (Section I), LGE intends to have many of the motions argued by more junior attorneys.

-1-

MDL No. 1917
Master No. 3:07-cv-05944-JST

| | | |
|---|---|---|
| 1 | DATED:  October 17, 2016 | By: */s/ William J. Blechman* |
| 2 | | Richard Alan Arnold, Esquire |
| | | William J. Blechman, Esquire |
| 3 | | Kevin J. Murray, Esquire |
| | | Samuel J. Randall, Esquire |

DATED:  October 17, 2016            By: */s/ William J. Blechman*
                                    Richard Alan Arnold, Esquire
                                    William J. Blechman, Esquire
                                    Kevin J. Murray, Esquire
                                    Samuel J. Randall, Esquire
                                    1441 Brickell Avenue
                                    Suite 1100
                                    Miami, Florida  33131
                                    Tel:    (305) 373-1000
                                    Fax:    (305) 372-1861
                                    E-mail: rarnold@knpa.com
                                            wblechman@knpa.com
                                            kmurray@knpa.com
                                            srandall@knpa.com

*Counsel for Plaintiffs Sears, Roebuck and Co. and Kmart Corporation*


                                    MUNGER, TOLLES & OLSON LLP
                                    By: */s/ Brad D. Brian*
                                    BRAD BRIAN (State Bar No. 079001)
                                    brad.brian@mto.com
                                    GREGORY J. WEINGART (State Bar No. 157997)
                                    gregory.weingart@mto.com
                                    E. MARTIN ESTRADA (State Bar No. 223802)
                                    martin.estrada@mto.com
                                    MIRIAM KIM (State Bar No. 238230)
                                    miriam.kim@mto.com
                                    MUNGER, TOLLES & OLSON LLP
                                    355 South Grand Avenue
                                    Thirty-Fifth Floor
                                    Los Angeles, California 90071-1560
                                    Telephone:    (213) 683-9100
                                    Facsimile:    (213) 687-3702

*Attorneys for Defendant LG Electronics, Inc.*

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.

# EXHIBIT A

**Parties' Suggestion for Prioritization of *Daubert* Motions and Motions *In Limine***

| MOTIONS REQUESTED BY BOTH PARTIES | MOTIONS REQUESTED BY PLAINTIFFS SEARS/KMART | MOTIONS REQUESTED BY DEFENDANT LGE |
|---|---|---|
| Dkt. 3174 – Defendants' Joint Motion to Exclude Certain Expert Testimony of Professor Kenneth Elzinga | Dkt. 3170 – Plaintiffs' Motion *in Limine* to Partially Exclude Expert Report and Opinions of Dr. Ordover | Dkt. 3559 (Defendants' MIL No. 1) – Motion for Pretrial Proffer and Ruling on Admissibility of Alleged Co-Conspirator Statements Under Fed. R. Evid. 801(d)(2)( E) |
| Dkt. 3558 (Plaintiffs' MIL No. 2) – Motion to Exclude Evidence or Argument regarding Downstream Pass-Through | Dkt. 3558 (Plaintiffs' MIL No. 1) – Motion to Exclude Evidence or Argument regarding Plaintiffs' Competitive Intelligence Practices | Dkt. 3601 (Mitsubishi No. 1) – Mitsubishi Electric's Motion In Limine No. 1 to Exclude the SDI Interrogatory Response |
| Dkt. 3558 (Plaintiffs' MIL No. 4) – Motion to Exclude Evidence or Argument regarding Plaintiffs' Purported "Market Power" | Dkt. 3558 – (Plaintiffs' MIL No. 14) - Motion to Exclude References to and Evidence of Defendants' Non-Indictment | |
| Dkt. 3558 (Plaintiffs' MIL No. 10) – Motion to Exclude Evidence or Argument regarding Incomplete Pass-Through of Overcharges through Affiliate Entities | | |
| Dkt. 3558 (Plaintiffs' MIL No. 11) – Motion to Establish the Preclusive Effect of, or in the Alternative Admit, the Decision of the European Commission | | |
| Dkt. 3583 (Defendants' MIL No. 2) – Motion to Exclude Evidence or Testimony Pertaining to Foreign Antitrust Investigations | | |
| Dkt. 3556 (Defendants' MIL No. 3) – Motion to Exclude All Evidence and Reference at Trial to the U.S. Department | | |

| MOTIONS REQUESTED BY BOTH PARTIES | MOTIONS REQUESTED BY PLAINTIFFS SEARS/KMART | MOTIONS REQUESTED BY DEFENDANT LGE |
|---|---|---|
| of Justice's Criminal Investigation of the Cathode Ray Tube Industry | | |
| Dkt. 3572 (Defendants' MIL No. 4) – Motion to Exclude LCD and Other Non-CRT Product Conspiracies | | |
| Dkt. 3589 (Defendants' MIL No. 5) – Motion to Exclude Plea by Samsung SDI Company, Ltd as to Non-Pleading Defendants or, Alternatively, to Provide A Limiting Instruction | | |
| Dkt. 3597 (Defendants' MIL No. 16) – Motion to Permit Evidence and Argument Regarding Upstream Pass-on and Plaintiffs' Bargaining Power | | |