LINGEL H. WINTERS, ESQ. (State Bar No. 37759)
LAW OFFICES OF LINGEL H. WINTERS
A Professional Corporation
388 Market Street, Suite 900
San Francisco, CA  94111
Tel:  (415) 398-2941
Fax:  (415) 393-9887
Email:  sawmill2@aol.com

Attorneys for Indirect Purchaser Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**<br><br>**This Document Relates to:**<br><br>**INDIRECT PURCHASER ACTION**<br>**Gio's, Inc., et al.**<br><br>            **Plaintiffs**,<br>    **v.**<br>**LG Electronics, Inc., et al.**,<br><br>            **Defendants.** | Case No:  3:07-cv-05944-JST<br><br>MDL No. 1917<br><br>Case No. C-12-1998-NC<br>Related and Consolidated<br><br>**REPLY BRIEF IN SUPPORT OF MOTION FOR ATTORNEYS' FEES; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF LINGEL H. WINTERS**<br><br>Court:    JAMS<br>Judge:   Martin Quinn, Special Master |

   I only recently recalled that I was invited to join this case by Joseph Patane when we were both attending the TFT-LCD criminal case in January, 2012.  He apprised me of the CRT case and invited me to join with the hope of obtaining a Nevada plaintiff, which I was unable to do.  But I did file a case at his invitation.  Once in the case, I assumed and performed the duties reflected in my declaration and accordingly, submitted my application for fees.  When Lead Counsel stated in his declaration relative to my submitting an application for fees to the Special Master: "I have no objection," he waived his objection.

///

///

LAW OFFICES OF LINGEL H. WINTERS P.C.

DATED:  October 18, 2016         By:        /s/ Lingel H. Winters
                                         Lingel H. Winters

REPLY BRIEF IN SUPPORT OF MOTION FOR ATTORNEYS' FEES; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF LINGEL H. WINTERS

**CERTIFICATE OF SERVICE**

I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 388 Market Street, Suite 900, San Francisco, CA 94111.

On October 18, 2016, I served the following document(s): **REPLY BRIEF IN SUPPORT OF MOTION FOR ATTORNEYS' FEES; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF LINGEL H. WINTERS** on the interested parties in this action as follows:

**ALL INTERESTED PARTIES IN THIS ACTION**

☐ I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date in the United States mail at, San Francisco, California.

☒ **By E-Service:** I electronically served the above document(s) via ECF/PACER on all parties opting for e-service and is available for viewing and downloading from the Court's CM/ECF system.

☐ By E-Service: I electronically served the above document(s) via LexisNexis File & Serve on the recipients designated on the Transaction Receipt located on the LexisNexis File & Serve website.

Executed: October 18, 2016

☒ (Federal)   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*/s/ Lingel H. Winters*
Lingel H. Winters