Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 204-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
**TAYLOR & COMPANY LAW OFFICES, LLP**
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone:  (415) 788-8200
Facsimile:  (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

Attorneys for Plaintiffs Sharp Electronics Corporation and
Sharp Electronics Manufacturing Company of America, Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Case No. 07-cv-5944 JST<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Sharp Electronics Corp.*, et al. v. *Hitachi Ltd.*, et al., Case No. 3:13-cv-01173-JST | **DECLARATION OF CRAIG A. BENSON IN SUPPORT OF PLAINTIFFS SHARP ELECTRONICS CORPORATION AND SHARP ELECTRONICS MANUFACTURING COMPANY OF AMERICA, INC.'S OPPOSITION TO TOSHIBA'S MOTION TO CONTINUE TRIAL SUBPOENA**<br><br>Date:          November 17, 2016<br>Time:          2:00 p.m.<br>Courtroom:  9, 19th Floor<br><br>The Honorable Jon S. Tigar |

I, Craig A. Benson, hereby declare as follows:

1. I am an active member in good standing of the bars of the State of Maryland, the State of New York, and the District of Columbia, and on March 20, 2013, I was granted leave to appear *pro hac vice*.  Case No. 13-cv-01173, Dkt. No. 12.  I am associated with the firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel to Plaintiffs Sharp Electronics Corp. ("SEC") and Sharp Electronics Manufacturing Company of America, Inc. ("SEMA") (together, "Sharp").

2. I submit this Declaration in support of Sharp's Opposition to Toshiba's Motion to Continue Trial Subpoena.  Except when noted below, I have personal knowledge of the facts stated herein and could competently testify to these facts if called as a witness.

3. Attached as Exhibit A is a true and correct copy of excerpts from the transcript of the deposition of Nobuo Harada in this matter, which took place on May 20 and 21, 2015.

4. Attached as Exhibit B is a true and correct copy of a press release by Sharp Corporation entitled *Announcement regarding the Implementation of Structural Reforms of the LCD Television Business in the Americas including the Transfer of a Subsidiary and the Incurrence of Extraordinary Losses Due to Such Structural Reforms*, dated July 31, 2015, *available at* http://www.sharp-world.com/corporate/news/1507.html.

5. Attached as Exhibit C is a true and correct copy of a forwarded email from United Airlines, Inc. to Nobuo Harada, dated February 23, 2016 with the subject line: united.com reservation for Osaka, JP (KIX- Kansai).

6. Attached as Exhibit D is a true and correct copy of an Order re Trial Subpoenas in *Ringel v. County of Riverside*, No. 2:04-cv-01363-SGL (C.D. Cal. Aug. 1, 2007) (ECF No. 117).

7. I have been informed by my client that in January 2016, Mr. Harada transitioned from Sharp Electronics Manufacturing Company of America, Inc. ("SEMA") to another temporary position at Sharp Manufacturing Company of America ("SMCA"), a division of Sharp Electronics Corporation ("SEC"), in Memphis, Tennessee.

8. I have been informed by my client that the Toshiba Defendants' subpoena dated March 16, 2016 was served on Mr. Harada at the SMCA offices in Memphis, Tennessee, where Mr. Harada was living and working at the time.

9. I have been informed by my client that Mr. Harada's temporary contract employment at SMCA ended in April 2016, as previously scheduled, at which time he departed the United States and retired to his home in Japan.

10. Mr. Harada was born on January 21, 1951. He was 64 years old at the time of his aforementioned deposition in May 2015, and 65 years old at the time of his retirement to Japan in April 2016.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 20th day of October, 2016, in Washington, D.C.

/s/ *Craig A. Benson*

Craig A. Benson

3

DECLARATION OF CRAIG A. BENSON ISO SHARP'S OPPOSITION TO TOSHIBA'S MOTION TO CONTINUE TRIAL SUBPOENA
CASE NO. 13-1173-JST | MASTER FILE NO. 07-CV-5944, MDL NO. 1917