# Exhibit C

Harada, Nobuo

差出人:      nhrd2004 [nhrd2004@yahoo.co.jp]
送信日時:  Wednesday, February 24, 2016 5:07 PM
宛先:        Harada, Nobuo
件名:        Fwd: united.com reservation for Osaka, JP (KIX - Kansai)

転送します。

Begin forwarded message:

> 差出人: "United Airlines, Inc. " <unitedairlines@united.com>
> 日時: 2016年2月23日 15:04:10 GMT-6
> 宛先: Nhrd2004@yahoo.co.jp
> 件名: **united.com** reservation for Osaka, JP (KIX - Kansai)

Add UnitedAirlines@news.united.com to your address book. See instructions.



Tuesday, February 23, 2016

## Thank you for choosing United

 We are processing your reservation and will send you an eTicket Itinerary and Receipt email once completed. This process usually takes less than an hour; however, in rare cases it could take longer.

Confirmation number:

# D7KHB6

Memphis, TN, US (MEM)
to Osaka, JP (KIX - Kansai)



Trip summary
Tue, Apr 12, 2016

2 Connections

**6:10 am** ✈ **8:05 am**  Duration: 1h 55m
Memphis, TN, US (MEM)     Houston, TX, US (IAH - Intercontinental)  United First (I)
                                                                     お飲み物と軽食

(!) Long layover  (!) Terminal Change  (!) Airport change

2h 45m Layover

■ UA 7

**10:50 am** ✈ **2:30 pm**  Duration: 13h 40m
Houston, TX, US (IAH - Intercontinental)  Tokyo, JP (NRT - Narita)  United BusinessFirst (I)
                                                                     昼食

(!) Long layover  (!) Terminal Change  (!) Airport change  (!) Depart IAH: Tue, Apr 12
                                                               Arrive NRT: Wed, Apr 13

3h 35m Layover

❄ NH 95 Operated By ANA All Nippon Airways

**6:05 pm** ✈ **7:25 pm**  Duration: 1h 20m
Tokyo, JP (HND - Haneda)  Osaka, JP (KIX - Kansai)  Economy (X)

(!) Long layover  (!) Terminal Change  (!) Airport change

## Travelers

| Nobuko Harada | MEM to IAH | 1C | Frequent flyer: | UA-*****536 |
|---|---|---|---|---|
|  | IAH to NRT | 1K | Email address: | nhrd2004@yahoo.co.jp |
|  | HND to KIX |  | Home phone: | (619) 890-0244 |

| Nobuo Harada | MEM to IAH | 1D | Frequent flyer: | UA-*****232 |
|---|---|---|---|---|
|  | IAH to NRT | 1L | Email address: | Nhrd2004@yahoo.co.jp |
|  | HND to KIX |  | Home phone: | (619) 890-0244 |