# Exhibit D

Thomas E. Beck, Esq. (State Bar No. 81557)
THE BECK LAW FIRM
10377 Los Alamitos Boulevard
Los Alamitos, California 90720
Telephone: (562) 795-5835
Facsimile: (562) 795-5821

Attorneys for Plaintiff
Wendlin Rae Ringel, D.V.M.

RECEIVED BUT NOT FILED
CLERK, U.S. DISTRICT COURT
JUL 31 2007
CENTRAL DIVISION OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
AUG - 1 2007
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDLIN RAE RINGEL, D.V.M., <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF RIVERSIDE, et. al., <br><br> Defendants. | CASE NO.: CV 04-1363 SGL <br><br> **ORDER RE TRIAL SUBPOENAS** |

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

Good Cause Appearing:

IT IS HEREBY ORDERED all trial subpoenas properly served on witnesses for appearance on or about July 24, 2007 shall remain in full force and effect and shall compel the attendance of said witnesses on the new trial date of October 23, 2007 at 9:00 a.m. and at the place indicated in the subpoenas.

DATED: 8-1-07

STEPHEN G. LARSON
United States District Court Judge

DOCKETED ON CM
AUG - 2 2007
045

# PROOF OF SERVICE
## (1013a, 2015.5 C.C.P.)

STATE OF CALIFORNIA

COUNTY OF ORANGE

    I am employed in the aforesaid county, State of California; I am over eighteen years of age and not a party to the within action; my business address is 10377 Los Alamitos Boulevard, Los Alamitos, California 90720.

    On July 30, 2007, I served the within **ORDER RE TRIAL SUBPOENAS** on all the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope addressed as follows:

Bruce E. Disenhouse, Esq.  
KINKLE, RODIGER & SPRIGGS E.  
3333 Fourteenth Street  
Riverside, California 92501

Thomas Barham, Jr.  
BARHAM & OSTROW  
3349 Cerritos Avenue  
Los Alamitos, CA 90720

Dana M. Smith, Esq.  
LUBRANI & SMITH  
10370 Hemet Street, Suite 390  
Riverside, California 92503

__xx__ BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Alamitos, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation or postage meter date is more than one day after date of deposit for mailing in affidavit.

____ BY PERSONAL SERVICE: I caused to be delivered such document(s) by hand to the person(s) stated above.

____ BY TELECOPIER: In addition to the above service by mail or hand delivery, I caused said document(s) to be transmitted by telecopier to the addressee(s).

__xx__ (Federal/State) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 30, 2007, at Los Alamtios, California.

    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____  
Jorge Monge