William A. Isaacson
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C.  20015
Telephone:  (202) 237-2727
Facsimile:  (202) 237-6131
Email: wisaacson@bsfllp.com

Philip J. Iovieno
BOIES, SCHILLER & FLEXNER LLP
30 South Pearl Street, 11th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
Email: piovieno@bsfllp.com

*Counsel for Plaintiff MARTA Cooperative of America, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-CV-05944-JST MDL No. 1917 |
| This Document Relates To: *P.C. Richard & Son Long Island Corp., et al. v. Hitachi, Ltd., et al.*, No. 12-cv-02648; *P.C. Richard & Son Long Island Corp., et al. v. Technicolor SA, et al.*, No. 13-cv-05725; | **NOTICE OF APPEAL AND REPRESENTATION STATEMENT** |

1    Notice is hereby given that MARTA Cooperative of America, Inc. ("MARTA"), Plaintiff

2   in the above named cases, hereby appeals to the United States Court of Appeals for the Ninth

3   Circuit from an Order entering final judgment against MARTA in this action on October 5, 2016,

4   Dkt. No. 4927.

5

6   DATED:  October 21, 2016

7

8                                           Respectfully submitted,

9                                           /s/  *Philip J. Iovieno*

10                                          Philip J. Iovieno
                                            Anne M. Nardacci
11                                          BOIES, SCHILLER & FLEXNER LLP
                                            30 South Pearl Street, 11th Floor
12                                          Albany, NY  12207
                                            Telephone:  (518) 434-0600
13                                          Facsimile:   (518) 434-0665
                                            Email:  piovieno@bsfllp.com
14                                          Email: anardacci@bsfllp.com

15                                          William A. Isaacson
                                            Kyle N. Smith
16                                          BOIES, SCHILLER & FLEXNER LLP
                                            5301 Wisconsin Ave NW, Suite 800
17                                          Washington, D.C. 20015
                                            Telephone: (202) 237-2727
18                                          Fax: (202) 237-6131
                                            Email:  wisaacson@bsfllp.com
19                                          Email:  ksmith@bsfllp.com

20                                          Stuart Singer
                                            BOIES, SCHILLER & FLEXNER LLP
21                                          401 East Las Olas Blvd., Suite 1200
                                            Fort Lauderdale, FL 33301
22                                          Telephone:  (954) 356-0011
                                            Facsimile:   (954) 356-0022
23                                          Email:  ssinger@bsfllp.com

24                                          *Counsel for Plaintiff MARTA Cooperative of*
                                            *America, Inc.*
25

26

27

28

**RULE 3-2 REPRESENTATION STATEMENT**

Plaintiff-Appellant MARTA Cooperative of America, Inc. is represented by:

Philip J. Iovieno
Anne M. Nardacci
BOIES, SCHILLER & FLEXNER LLP
30 South Pearl Street, 11th Floor
Albany, NY  12207
Telephone:  (518) 434-0600
Facsimile:   (518) 434-0665
Email:  piovieno@bsfllp.com
Email: anardacci@bsfllp.com

William A. Isaacson
Kyle N. Smith
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave NW, Suite 800
Washington, D.C. 20015
Telephone: (202) 237-2727
Fax: (202) 237-6131
Email:  wisaacson@bsfllp.com
Email:  ksmith@bsfllp.com

Stuart Singer
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone:  (954) 356-0011
Facsimile:   (954) 356-0022
Email:  ssinger@bsfllp.com


Defendant-Appellee LG Electronics, Inc. is represented by:

Brad Brian (State Bar No. 079001)
brad.brian@mto.com
Gregory J. Weingart (State Bar No. 157997)
gregory.weingart@mto.com
Susan E. Nash (State Bar No. 101837)
susan.nash@mto.com
E. Martin Estrada (State Bar No. 223802)
martin.estrada@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

NOTICE OF APPEAL AND REPRESENTATION
STATEMENT                                    2                    Case No. 07-cv-5944 JST (N.D. Cal.)

1  Defendants-Appellees Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.,
   Panasonic Corporation of North America, MT Picture Display Co., Ltd. are represented by:

2

3  Jeffrey L. Kessler (pro hac vice)
   JKessler@winston.com
4  A. Paul Victor (pro hac vice)
   PVictor@winston.com
5  Aldo A. Badini (SBN 257086)
   ABadini@winston.com
6  Eva W. Cole (pro hac vice)
   EWCole@winston.com
7  Molly M. Donovan (pro hac vice)
   MMDonovan@winston.com
8  WINSTON & STRAWN LLP
9  200 Park Avenue
   New York, NY 10166
10 Telephone: (212) 294-6700
   Facsimile:  (212) 294-4700
11

12 David L. Yohai (pro hac vice)
   david.yohai@weil.com
13 Adam C. Hemlock (pro hac vice)
   adam.hemlock@weil.com
14 WEIL, GOTSHAL & MANGES LLP
15 767 Fifth Avenue
   New York, New York 10153-0119
16 Telephone: (212) 310-8000
   Facsimile:  (212) 310-8007

17

18 Defendants-Appellees Toshiba Corporation, Toshiba America, Inc., Toshiba America Information
   Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic
19 Components, Inc. are represented by:

20 Christopher M. Curran (*pro hac vice*)
   ccurran@whitecase.com
21 Lucius B. Lau (*pro hac vice*)
   alau@whitecase.com
22 Dana E. Foster (*pro hac vice*)
   defoster@whitecase.com
23 WHITE & CASE LLP
   701 Thirteenth Street, N.W.
24 Washington, DC 20005
   Telephone: (202) 626-3600
25 Facsimile:  (202) 639-9355

26

27

28

NOTICE OF APPEAL AND REPRESENTATION STATEMENT   3   Case No. 07-cv-5944 JST (N.D. Cal.)

1  Defendants-Appellees Koninklijke Philips N.V., Philips Electronics North America Corporation,
   Philips Taiwan Limited and Philips do Brasil Ltda. are represented by:

2

3  John M. Taladay (pro hac vice)
   john.taladay@bakerbotts.com
   Erik T. Koons (pro hac vice)
4  erik.koons@bakerbotts.com
   BAKER BOTTS LLP
5  1299 Pennsylvania Avenue, N.W.
6  Washington, DC 20004-2400
   Telephone: (202) 639-7700
7  Facsimile:  (202) 639-7890

8  Jon V. Swenson (SBN 233054)
   jon.swenson@bakerbotts.com
9  BAKER BOTTS LLP
10 1001 Page Mill Road
   Building One, Suite 200
11 Palo Alto, CA 94304
   Telephone: (650) 739-7500
12 Facsimile:  (650) 739-7699

13

14 Defendants-Appellees Samsung SDI America, Inc.; Samsung SDI Co., Ltd.; Samsung SDI
   (Malaysia) SDN. BHD.; Samsung SDI Mexico S.A. DE C.V.; Samsung SDI Brasil Ltda.; Shenzen
15 Samsung SDI Co., Ltd. and Tianjin Samsung SDI Co., Ltd. are represented by:

16 Gary L. Halling (SBN 66087)
   ghalling@sheppardmullin.com
17 James L. Mcginnis (SBN 95788)
18 jmcginnis@sheppardmullin.com
   Michael W. Scarborough (SBN 203524)
19 mscarborough@sheppardmullin.com
   SHEPPARD MULLIN RICHTER &
20 HAMPTON LLP
21 Four Embarcadero Center, 17th Floor
   San Francisco, California 94111
22 Telephone: (415) 434-9100
   Facsimile:  (415) 434-3947
23

24 Leo D. Caseria (SBN 240323)
   lcaseria@sheppardmullin.com
25 SHEPPARD MULLIN RICHTER &
   HAMPTON LLP
26 333 South Hope Street, 43rd Floor
   Los Angeles, California 90071-1448
27 Telephone: (213) 620-1780
   Facsimile:  (213) 620-1398
28

NOTICE OF APPEAL AND REPRESENTATION
STATEMENT                                           4                    Case No. 07-cv-5944 JST (N.D. Cal.)

Defendants-Appellees Thomson SA and Thomson Consumer Electronics, Inc. are represented by:

Kathy L. Osborn (pro hac vice)
kathy.osborn@FaegreBD.com
Ryan M. Hurley (pro hac vice)
ryan.hurley@FaegreBD.com
FAEGRE BAKER DANIELS LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone: (317) 237-0300
Facsimile:  (317) 237-1000

Jeffrey S. Roberts (pro hac vice)
jeff.roberts@FaegreBD.com
FAEGRE BAKER DANIELS LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203
Telephone: (303) 607-3500
Facsimile:  (303) 607-3600

Defendant-Appellee Technologies Displays Americas LLC is represented by:

Mark C. Dosker (SBN 114789)
mark.dosker@squirepb.com
NATHAN LANE, III (SDN 50961)
nathan.lane@squirepb.com
275 Battery Street, Suite 2600
San Francisco, CA 94111
Telephone: (415) 954-0200
Facsimile:  (415) 393-9887

Donald A. Wall (pro hac vice)
donald.wall@squirepb.com
SQUIRE PATTON BOGGS (US) LLP
1 East Washington Street, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 528-4000
Facsimile:  (602) 253-8129

NOTICE OF APPEAL AND REPRESENTATION
STATEMENT

5

Case No. 07-cv-5944 JST (N.D. Cal.)