*Trump Alioto Trump & Prescott*
ATTORNEYS LLP
2280 Union Street
San Francisco, California 94123
(415) 563-7200
FAX (415) 346-0679

October 21, 2016

**VIA ECF**

Honorable Jon S. Tigar
United States District Court
Northern District of California
Courtroom 9, 19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   *In Re: Cathode Ray Tubes (CRT) Antitrust Litigation,* No. 07-cv-5944 JST

Dear Judge Tigar:

      I write regarding the Special Master's Report & Recommendation Re Allocation of IPP Counsel's Attorneys' Fees, ECF No. 4791 ("Allocation R&R"). In the interests of efficiency and respect for both the Court's and the parties' time and resources, I respectfully request that Your Honor set page limits for the objections to the Allocation R&R and the responses thereto.

      As Your Honor may recall from the objections to the Special Master's Report & Recommendation on settlement approval and the aggregate attorneys' fee award (ECF No. 4351, "Settlement R&R"), there are no page limits on objections to the Special Master's Reports and Recommendations, or the responses thereto. (*See* ECF No. 4430 at 1.) As a result, Objectors filed 197 pages of text in objecting to the Settlement R&R. (*Id*.) The Court later instituted a 15-page limit for objections and struck those objections over 15 pages, with permission to re-file. (*Id*. at 2.)

      Even shorter page limits are warranted here. I respectfully suggest that the Court set a limit of five pages for each objection, and permit Lead Counsel to file a single, consolidated response of no more than five pages per objection. The Allocation R&R is only 28 pages (compared to 77 pages for the Settlement R&R), and the issues raised are far less numerous and complex. In addition, the existing record on these issues (all of which has been filed on ECF) is already voluminous and much of it is repetitive of issues addressed by the Court as part of IPPs' motion for aggregate attorneys' fees. Thus, five pages should be more than sufficient.

                                              Respectfully submitted,

                                              /s/ Mario N. Alioto
                                              Mario N. Alioto
                                              Lead Counsel for the Indirect Purchaser Class