# EXHIBIT A

| FIRM | CURRENT RATE LODESTAR | CURRENT RATE LODESTAR AFTER 10% CUT | TOTAL PAYOUT | MULTIPLIER |
|---|---|---|---|---|
| Trump, Alioto, Trump & Prescott LLP | $17,290,782.50 | $15,561,704.25 | $46,344,359.49 | 2.9781 |
| Freedman Boyd Hollander Goldberg Urias & Ward PA | $556,654.00 | $500,988.60 | $1,251,659.94 | 2.4984 |
| Straus & Boies, LLP | $9,002,608.75 | $8,102,347.88 | $19,190,127.02 | 2.3685 |
| Law Offices of Sylvie K Kern (KAG) | $3,592,540.00 | $3,233,286.00 | $7,334,806.13 | 2.2685 |
| Zelle, Hofmann, Voelbel, Mason & Gette LLP | $8,994,951.75 | $8,095,456.58 | $15,856,817.97 | 1.9587 |
| Kirby McInerney LLP | $11,090,460.00 | $9,981,414.00 | $19,524,658.25 | 1.9561 |
| Bramson, Plutzik, Mahler & Birkhaeuser, LLP | $2,608,560.00 | $2,347,704.00 | $4,223,130.46 | 1.7988 |
| Andrus Anderson LLP | $3,097,527.00 | $2,787,774.30 | $5,014,743.50 | 1.7988 |
| Fine, Kaplan and Black, RPC | $2,625,672.50 | $2,363,105.25 | $4,132,755.02 | 1.7489 |
| Milberg LLP | $2,617,117.50 | $2,355,405.75 | $3,766,208.54 | 1.5990 |
| Hulett Harper Stewart LLP | $635,171.75 | $571,654.58 | $896,914.81 | 1.5690 |
| Law Offices of Lawrence G. Papale | $946,500.00 | $851,850.00 | $1,276,947.55 | 1.4990 |
| Vogl Meredith Burke LLP | $769,320.00 | $692,388.00 | $1,022,299.56 | 1.4765 |
| Boesen Law Firm | $662,900.00 | $596,610.00 | $834,713.12 | 1.3991 |
| Sharp McQueen PA | $1,443,207.50 | $1,298,886.75 | $1,817,263.88 | 1.3991 |
| Glancy Binkow Goldberg LLP | $2,214,555.75 | $1,993,100.18 | $2,788,533.06 | 1.3991 |
| Green & Noblin PC | $3,137,791.50 | $2,824,012.35 | $3,809,947.20 | 1.3491 |
| The Saunders Law Firm | $156,340.00 | $140,706.00 | $189,829.99 | 1.3491 |
| Lovell Stewart Halebian and Jacobson LLP | $3,520,882.35 | $3,168,794.12 | $4,148,431.86 | 1.3092 |
| Miller Law LLC | $2,602,234.00 | $2,342,010.60 | $3,042,641.40 | 1.2992 |
| Kanon LLC | $205,006.30 | $184,505.67 | $239,701.68 | 1.2992 |
| McCallum, Hoaglund, Cook & Irby, LLP | $199,025.00 | $179,122.50 | $223,760.01 | 1.2492 |
| Goldman Scarlato & Penny, P.C. | $2,341,089.50 | $2,106,980.55 | $2,632,019.48 | 1.2492 |
| Law Offices of Sherman Kassof | $2,391,135.00 | $2,152,021.50 | $2,688,284.02 | 1.2492 |
| McCallum, Methvin & Terrell, P.C. | $106,985.00 | $96,286.50 | $120,222.10 | 1.2486 |
| Frankovitch, Anetakis, Colantonio & Simon | $197,859.25 | $178,073.33 | $220,545.09 | 1.2385 |
| Kirkpatrick & Goldsborough, PLLC | $214,655.00 | $193,189.50 | $238,471.47 | 1.2344 |
| Bonnett, Fairbourn, Friedman & Balint, P.C. | $667,632.50 | $600,869.25 | $735,566.36 | 1.2242 |
| Wyatt & Blake | $88,437.50 | $79,593.75 | $95,453.15 | 1.1993 |
| Flom Law Office, P.A. | $23,744.00 | $21,369.60 | $25,627.39 | 1.1992 |
| Gerard & Associates | $27,288.75 | $24,559.88 | $29,452.91 | 1.1992 |
| Larson Kuper Wenninghoff & Carney, PC | $2,250.00 | $2,025.00 | $2,428.43 | 1.1992 |
| Bangs, McCullen, Butler, Foye & Simmons, LLP | $7,875.00 | $7,087.50 | $8,499.49 | 1.1992 |
| Mansfield, Tanick & Cohen, P.A. and Foley & Mansfield, PLLP | $127,500.00 | $114,750.00 | $137,610.83 | 1.1992 |
| Ademi & O'Reilly LLP | $158,427.00 | $142,584.30 | $170,990.36 | 1.1992 |
| Law Offices of Jeff Crabtree | $30,205.00 | $27,184.50 | $32,600.28 | 1.1992 |
| Janssen Malloy LLP | $546,932.50 | $492,239.25 | $590,304.29 | 1.1992 |

| | | | |
|---|---|---|---|
| Ryley Carlock & Applewhite | $8,600.50 | $7,740.45 | $9,282.49 | 1.1992 |
| McManis Faulkner | $66,239.50 | $59,615.55 | $65,534.53 | 1.0993 |
| Schubert Jonckheer & Kolbe, LLP | $74,075.00 | $66,667.50 | $73,286.51 | 1.0993 |
| Morrison Sund | $476,440.00 | $428,796.00 | $445,681.20 | 1.0394 |
| Minami Tamaki, LLP | $3,279.00 | $2,951.10 | $2,949.19 | 0.9994 |
| Law Offices of Brian Barry | $937,223.50 | $843,501.15 | $842,954.93 | 0.9994 |
| Whitfield Bryson & Mason LLP | $17,330.00 | $15,597.00 | $15,586.90 | 0.9994 |
| Gustafson Gluek PLLC | $28,100.00 | $25,290.00 | $25,273.62 | 0.9994 |
| Cooper & Kirkham, P.C. | $3,068,480.00 | $2,761,632.00 | $2,345,866.91 | 0.8494 |
| Law Offices of Francis O. Scarpulla | $73,812.50 | $66,431.25 | $49,790.74 | 0.7495 |
| Theresa D Moore | $29,093.75 | $26,184.38 | $19,625.28 | 0.7495 |
| The Furth Firm LLP | $102,361.50 | $92,125.35 | $52,091.60 | 0.5654 |
| Lingel Winters* | | | $0.00 | 0.0000 |
| TOTAL | $89,786,859.40 | $80,808,173.46 | $158,606,250.00 | |

* Filed a separate Fee Declaration which was not part of the September 2015 Fee Motion.