UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 |
|---|---|
| | Case No. C-07-5944 JST |
| This Order Relates To: | **ORDER GRANTING ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| ALL INDIRECT PURCHASER ACTIONS | ECF No. 4947 |

Zelle LLP moved to file under seal Exhibit 1 to Zelle LLP's Response to Special Master's Request for Documents. ECF No. 4947. Christopher T. Micheletti has filed a declaration in support of sealing. ECF No. 4947-1. Good cause exists to seal the exhibit. See Ctr. for Auto Safety v. Chrysler Grp., LLC, 809 F.3d 1092, 1097 (9th Cir. 2016). The Court hereby grants the motion.

"[T]he document filed under seal will remain under seal and the public will have access only to the redacted version, if any, accompanying the motion." Civil L. R. 79-5(f)(1).

IT IS SO ORDERED.

Dated: October 24, 2016

JON S. TIGAR
United States District Judge