FRANCIS O. SCARPULLA (CASB No. 41059)
PATRICK B. CLAYTON (CASB No. 240191)
LAW OFFICES OF FRANCIS O. SCARPULLA
456 Montgomery Street, 17th Floor
San Francisco, CA  94111
Telephone:  (415) 788-7210
Facsimile:   (415) 788-0706
fos@scarpullalaw.com
pbc@scarpullalaw.com

*Counsel for Indirect-Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION. | **Master File No. 3:07-cv-5944 JST**<br><br>**MDL No. 1917** |
| This Document Relates to:<br><br>All Indirect-Purchaser Actions. | **OPPOSITION OF LAW OFFICES OF FRANCIS O. SCARPULLA TO ADMINISTRATIVE MOTION RE PAGE LIMITS ON OBJECTIONS TO SPECIAL MASTER'S REPORT & RECOMMENDATION RE ALLOCATION OF IPP CLASS COUNSEL ATTORNEYS' FEES** |

Pursuant to Civil Local Rule 7-11(b), the undersigned hereby opposes the request for administrative relief made by Lead Counsel in a letter to the Court dated October 21, 2016 (Dkt. 4975). Mr. Alioto requests that any briefs concerning objections to the Special Master's Report and Recommendation Re Allocation of IPP Class Counsel Attorneys' Fees (Dkt. 4971) be limited to five pages "for each objection." It is unclear from the language of Mr. Alioto's letter (for which no proposed order was included) whether he is suggesting that each separate grounds for objection be limited to briefs of five pages, or whether each objecting party should be limited to a five-page brief. In any event, the allocation of more than $158 million in attorneys' fees would appear to warrant larger briefs, as recognized in the Court's prior order setting a 15-page limit on objection briefs for a previous report and recommendation by Special Master Quinn. *See* Dkt. 4430. A proposed order is filed concurrently with this opposition.

Dated: October 26, 2016      \_\_\_\_\_/s/ Francis O. Scarpulla_____
Francis O. Scarpulla

FRANCIS O. SCARPULLA (CASB No. 41059)
PATRICK B. CLAYTON (CASB No. 240191)
LAW OFFICES OF FRANCIS O. SCARPULLA
456 Montgomery Street, 17th Floor
San Francisco, CA 94111
Telephone: (415) 788-7210
Facsimile: (415) 788-0706

pbc@scarpullalaw.com

*Counsel for Indirect-Purchaser Plaintiffs*