UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | **Master File No. 3:07-cv-5944-JST**<br><br>**MDL No. 1917** |
| This Document Relates to:<br><br>All Indirect-Purchaser Actions | **[PROPOSED] ORDER RE PAGE LIMITS ON OBJECTIONS TO REPORT AND RECOMMENDATION RE ALLOCATION OF IPP CLASS COUNSEL ATTORNEYS' FEES** |

1 | GOOD CAUSE APPEARING THEREFORE, the Administrative Motion by the Indirect-Purchaser Plaintiffs' Lead Counsel, is hereby DENIED.

The Court ORDERS that any briefs concerning objections to the Special Master's Report and Recommendation Re Allocation of IPP Class Counsel Attorneys' Fees (Dkt. 4971) not exceed _____ pages in length. Response briefs may not exceed _____ pages in length.

IT IS SO ORDERED.

DATED: _____

1

[PROPOSED] ORDER RE PAGE LIMITS ON OBJECTIONS TO REPORT AND RECOMMENDATION
RE ALLOCATION OF IPP ATTORNEYS' FEES
Case No. 3:07-cv-5944, MDL No. 1917