FRANCIS O. SCARPULLA (CASB No. 41059)
PATRICK B. CLAYTON (CASB No. 240191)
LAW OFFICES OF FRANCIS O. SCARPULLA
456 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 788-7210
Facsimile: (415) 788-0706
Email: fos@scarpullalaw.com
       pbc@scarpullalaw.com

*Counsel for Indirect-Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | **Master File No. 3:07-cv-5944-JST** |
| | **MDL No. 1917** |
| This Document Relates to: | **PROOF OF SERVICE** |
| All Indirect-Purchaser Actions | |

**PROOF OF SERVICE**

I hereby certify that on October 26, 2016, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**OPPOSITION OF LAW OFFICES OF FRANCIS O. SCARPULLA TO ADMINISTRATIVE MOTION RE PAGE LIMITS ON OBJECTIONS TO SPECIAL MASTER'S REPORT & RECOMMENDATION RE ALLOCATION OF IPP CLASS COUNSEL ATTORNEYS' FEES**

**[PROPOSED] ORDER RE PAGE LIMITS ON OBJECTIONS TO REPORT AND RECOMMENDATION RE ALLOCATION OF IPP CLASS COUNSEL ATTORNEYS' FEES**

**and PROOF OF SERVICE.**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 26th of October 2016 at San Francisco, California.

        /s/  Francis O. Scarpulla
        Francis O. Scarpulla