Theresa D. Moore (99978)
Attorney At Law
One Sansome Street, 35th Floor
San Francisco, CA 94104
Telephone: (415) 434-8900
Facsimile: (415) 434-9200
tmoore@aliotolaw.com
*Counsel for Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Case No. 3:07-cv-5944 JST<br>MDL No. 1917<br><br>**CLASS ACTION**<br><br>**OPPOSITION OF THERESA D. MOORE TO LEAD COUNSEL'S MOTION BY LETTER (DKT 4975) FOR A 5 PAGE LIMIT ON OBJECTIONS TO SPECIAL MASTER'S REPORT & RECOMMENDATION OF ALLOCATION OF AGGREGATE FEE AWARD TO INDIRECT PURCHASER PLAINTIFFS' COUNSEL  (DKT 4976)**<br><br>Judge:  Honorable John S. Tigar |
| This Document Relates to:<br><br>All Indirect Purchaser Actions | |

The undersigned hereby opposes the request to limit to five pages Objections to the above referenced Report & Recommendation. (hereinafter R&R) (Dkt 4975, 4976)

Five pages are insufficient to deal with the individual issues, as well as the public policy issues that have arisen.  While this counsel is well aware of this Court's desire for concise prose, there are issues that need to be addressed and they cannot be given adequate attention in a mere five pages of text.

For example verbiage is required to correct misstatements of facts and evidence, as well as to address extraneous statements in the R&R which raise issues which were never at issue or discussed.  Text is also required to quote from the R&R, prior Orders of this Court, and case law;

and text is required to supply this Court with controlling case law cites which are contradictory to the R & R, as well as succinct argument.

  Portions of the R&R deal with larger important public policy issues of the role of counsel, and punishment of experienced and respected attorneys who work to benefit the class. These issues affect the amount of monies available to the class and affect public policy relative to the Class Action Fairness Act, class members and objectors.  These are issues which are of importance to the Court and enable it to make a fully informed decision regarding the benefits received by the class and the Court.

  Limiting these objections to a mere five pages of text could be tantamount to taking away one's day in court, and further punishes attorneys with valid and important concerns.  As in prior motions, there are issues the Court needs to be informed of which the Court should consider to solidify whichever decision it makes, a mere five pages will not allow these points to be sufficiently addressed.

  This counsel respectfully requests that a 15 page limit as the Court has previously ordered should be the minimum consideration for page limits.

Respectfully Submitted,

Dated: October 26, 2016

*/s/ Theresa D .Moore*
Theresa. D. Moore     (99978)
Attorney At Law
One Sansome Street, 35th Floor
San Francisco, CA 94104

*Counsel for Indirect Purchaser Plaintiffs*

Opposition Of Theresa D. Moore To Lead Counsel's Motion By Letter (Dkt 4975) For A 5 Page Limit On Objections To Special Master's Report & Recommendation Of Allocation Of Aggregate Fee Award To Indirect Purchaser Plaintiffs' Counsel  (Dkt 4976)

Case No. 3:07-cv-5944 SC, MDL No. 1917