# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 3:07-CV-05944-JST<br><br>MDL No. 1917 |
| This Order Relates To:<br><br>*Electrograph Sys., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-01656;<br><br>*Electrograph Sys., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05724;<br><br>*Interbond Corp. of Am. v. Hitachi, Ltd., et al.*, No. 11-cv-06275;<br><br>*Interbond Corp. of Am. v. Technicolor SA, et al.*, No. 13-cv-05727;<br><br>*Office Depot, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06276;<br><br>*Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726;<br><br>*CompuCom Systems, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06396;<br><br>*Costco Wholesale Corp. v. Hitachi, Ltd., et al.*, 6No. 11-cv-06397;<br><br>*P.C. Richard & Son Long Island Corp., et al. v. Hitachi, Ltd., et al.*, No. 12-cv-02648;<br><br>*P.C. Richard & Son Long Island Corp., et al. v. Technicolor SA, et al.*, No. 13-cv-05725;<br><br>*Schultze Agency Servs., LLC v. Hitachi,* | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION SUGGESTING REMAND** |

1  *Ltd., et al.*, 12 No. 12-cv-02649;

2  *Schultze Agency Servs., LLC v. Technicolor SA, et al.*, No. 13-cv-05668;

3

4  *Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

On October 26, 2016, Plaintiffs Electrograph Systems, Inc.; Electrograph Technologies, Corp.; Office Depot, Inc.; CompuCom Systems, Inc.; Interbond Corporation of America; P.C. Richard & Son Long Island Corporation; ABC Appliance, Inc.; Schultze Agency Services LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC; Tech Data Corporation and Tech Data Product Management, Inc.; and Costco Wholesale Corporation filed a motion for suggestion of remand in which they requested that, once the summary judgment and *Daubert* motions made at Dkt. Nos. 2976, 2984, 3001, 3037, 3040, 3170, and 3172 have been ruled upon, the Court enter an order suggesting to the JPML that initiate the process for remanding these Plaintiffs' actions to their respective transferor courts.

The Court, having reviewed the motion and good cause appearing, hereby finds that the motion should be GRANTED. Pursuant to Rule 10.1(b)(i) of the Rules of the Judicial Panel on Multidistrict Litigation, the court SUGGESTS that the Panel REMAND the following cases to their transferor courts:

- *Electrograph Systems, Inc., et al. v. Hitachi, Ltd., et al.*, N.D. Cal. No. 3:11-cv-01656;
- *Electrograph Systems, Inc., et al. v. Technicolor SA, et al.*, N.D. Cal. No. 13-cv-05724;
- *P.C. Richard & Son Long Island Corp., et al., v. Hitachi, Ltd., et al.*¸ N.D. Cal. No. 3:12-cv-02648;
- *P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al.*, N.D. Cal. No. 13-cv-05725;
- *Schultze Agency Services, LLC v. Hitachi, Ltd., et al.*, N.D. Cal. No. 3:12-cv-2649;
- *Schultze Agency Services, LLC v. Technicolor SA, Ltd., et al.*, N.D. Cal. No. 13-cv-05668;
- *Interbond Corp. of Am. v. Hitachi, Ltd. et al.,* N.D. Cal. No. 3:11-cv-06275;
- *Interbond Corp. of Am. v. Technicolor SA, et al.,* N.D. Cal. No. 13-cv-05727;
- *Office Depot, Inc. v. Hitachi, Ltd. et al.,* N.D. Cal. No. 3:11-cv-06276;
- *Office Depot, Inc. v. Technicolor SA, et al.,* N.D. Cal. No. 13-cv-05726;
- *Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, N.D. Cal. No. 13-cv-00157;
- *CompuCom Systems, Inc. v. Hitachi, Ltd., et al.*, N.D. Cal. No. 2:11-cv-06396; and

- *Costco Wholesale Corp. v. Hitachi, Ltd, et al.*, N.D. Cal. No. 11-cv-06397.

**IT IS SO ORDERED**

Dated: _____        _____
                                      JON S. TIGAR
                                      UNITED STATES DISTRICT JUDGE