Richard Alan Arnold, Esquire
William J. Blechman, Esquire
Kevin J. Murray, Esquire
Samuel J. Randall, Esquire
KENNY NACHWALTER, P.A.
1441 Brickell Avenue
Suite 1100
Miami, Florida 33131
Tel:    (305) 373-1000
Fax:   (305) 372-1861
E-mail:   rarnold@knpa.com
              wblechman@knpa.com
              kmurray@knpa.com
              srandall@knpa.com

*Counsel for Plaintiffs Sears, Roebuck and Co. and Kmart Corporation*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 (JST) MDL No. 1917 |
| This Document Relates to: *Sears, Roebuck & Co., and Kmart Corporation v. LG Electronics, Inc., et al.*, Case No. 11-cv-5514 (SC) | **SEARS AND KMART'S ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL PURSUANT TO LOCAL RULES 7-11 AND 79-5** |

Pursuant to the Honorable Jon S. Tigar's Standing Order Governing Administrative Motions to File Materials Under Seal and this Court's Civil Local Rules 7-11 and 79-5, Plaintiffs Sears, Roebuck and Co. and Kmart Corp. (collectively, "Sears/Kmart") respectfully submit this Administrative Motion for an order to file under seal the entirety of Column F of Exhibit A which is attached to Sears and Kmart's Motion to Establish a Procedure to Streamline Trial and Minimize Unfounded Evidentiary Objections ("Exhibit A").

This motion is supported by the Declaration of Jalaine Garcia in Support of Sears/Kmart's Administrative Motion to File Document Under Seal, dated October 27, 2016 ("Garcia Declaration"). Civil Local Rule 79-5(d)(1)(A) provides that "a party seeking to file a document or

portions thereof, under seal must file an administrative motion to file under seal" accompanied by "a declaration establishing that the document sought to be filed under seal, or portions thereof, are sealable."

As set forth in the Garcia Declaration, Column F of Exhibit A that Sears/Kmart seeks to file under seal contains excerpts of deposition testimony that has been designated as "Confidential" or "Highly Confidential" by the following parties pursuant to the Stipulated Protective Order governing this action (*See* ECF No. 306, June 18, 2008 ("Protective Order")):

| Row Number(s) | Deponent | Deposition Date(s) | Designating Parties |
|---|---|---|---|
| 2, 3, 4, 5 | Dae Eui Lee | January 1, 2013 | Samsung |
| 6, 7, 8, 9, 10 | Michael Son | February 5, 2013 | Samsung |
| 11, 12, 13, 19, 95 | Kasutaka Nishimura | January 11, 2014 | Toshiba |
| 12, 13 | Ayumu Kinoshita | February 5-6, 2013 | Panasonic |
| 12, 14, 15 | Shinichi Iwamoto | February 8, 2013 | Panasonic |
| 13, 18, 20, 40, 41, 42, 43, 44, 45, 46 | Yasuki Yamamoto | July 1-3, 2013 | Toshiba |
| 16 | Jing Song Lu | February 27-28, 2013 | Toshiba |
| 17 | Hirokazu Nishiyama | March 5-6, 2013 | Panasonic |
| 21, 105 | Kyi In Choi | August 25, 2014 | LG |
| 21, 22 | Sang-Kyu Park | March 20-22, 2013 | Samsung |
| 23, 24, 25 | Nobuhiko Kobayashi | May 15-17, 2013 | Hitachi |
| 26, 27, 28, 30, 32, 33 | Nobuaki Ito | May 22-24, 2013 | Hitachi |
| 29, 34, 35, 36, 37, 38 | Yuuichi Kumazawa | May 29-31, 2013 | Hitachi |
| 31, 85 | Noburu Toyama | March 11, 2014 | Hitachi |
| 39, 88 | Norio Fujita | June 4-5, 2014 | Toshiba |
| 47, 48, 51, 52, 53 | Pil Jae Lee | July 16-17, 2013 | LG |

| Row Number(s) | Deponent | Deposition Date(s) | Designating Parties |
|---|---|---|---|
| 50, 51, 81, 83 | Patrick Canavan | January 30-31, 2014 | Philips |
| 54, 55, 56, 57, 58, 59 | Jae In Lee | June 6-7, 2012; July 25-26, 2013 | Samsung |
| 60, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79 | Kyung Chul Oh | November 19-21, 2013 | Samsung |
| 61, 62, 63, 64 | Masaki Sanogawaya | July 31, 2013-August 2, 2013 | Panasonic |
| 65, 87, 115, 116, 117, 118, 119, 120 | Tomoyuki Kawano | October 28-29, 2014 | Toshiba |
| 66 | Shinichiro Tsuruta | September 25-27, 2013 | Panasonic |
| 67, 68, 69 | Masashi Muramatsu | October 8-9, 2013 | Panasonic |
| 80, 82 | Joseph Killen | May 15, 2014 | Philips |
| 84 | Kazumasa Hirai | February 4-5, 2014 | Hitachi |
| 86 | Hun Sul Chu | February 11-13, 2014 | Samsung |
| 89, 91 | Kris Mortier | June 9-10, 2014 | Philips |
| 90, 121, 122, 123, 124 | Emeric Charamel | March 10, 2015 | Thomson |
| 92, 93, 94 | Kazutaka Nishimura | June 10-12, 2014 | Toshiba |
| 96, 97 | W. R. Kim | July 1-2, 2014 | Samsung |
| 98, 99, 100, 101, 102, 103 | Jeffrey Johnson | August 13-14, 2014 | Philips |
| 106 | Christian Lissorgues | March 10, 2015 | Thomson |
| 107, 108 | Hitoshi Tsukamoto | September 22-23, 2014 | Mitsubishi |
| 109, 110 | Jan De Lombaerde | October 9-10, 2014 | Philips |
| 111, 112, 113 | Clayton E. Bond | October 16, 2014 | Toshiba |
| 114 | Young Bae Na | September 23, 2014 | LG |
| 125, 126 | Hideo Innami | April 25, 2016 | Mitsubishi |

1     Civil Local Rule 79-5(e) provides that if a party wishes to file a document containing material that has been designated confidential by another party pursuant to a protective order, the submitting party must file an administrative motion to seal and submit the applicable document under seal.  Civ. L. R. 79-5(e).  It then falls to the designating party to file a declaration within four (4) days of filing the administrative motion to seal establishing that the designated material is sealable, in order for the documents to be maintained under seal beyond that date.  It is the designating party's burden to establish that the designated information is sealable.  *See* Civil L. R. 79-g(d); *Kamakana v. City & Cnty. Of Honolulu,* 447 F.3d 1172, 1178-80 (9th Cir. 2006).  In this case, the Designating Parties for all information sought to be sealed are identified in the chart above.

For these reasons, Sears/Kmart respectfully submits this administrative motion pursuant to the Stipulated Protective Order, the Honorable Jon S. Tigar's Standing Order Governing Administrative Motions to File Materials Under Seal, and Civil Local Rules 7-11 and 79-5, and hereby notifies the Designating Parties identified in the chart above of their burden to establish that the designated material is sealable.

Dated: October 27, 2016

Respectfully submitted,

KENNY NACHWALTER, P.A.

By: _____
Richard Alan Arnold, Esquire
William J. Blechman, Esquire
Kevin J. Murray, Esquire
Samuel J. Randall, Esquire
1441 Brickell Avenue
Suite 1100
Miami, Florida  33131
Tel:   (305) 373-1000
Fax:   (305) 372-1861
E-mail:  rarnold@knpa.com
         wblechman@knpa.com
         kmurray@knpa.com
         srandall@knpa.com

***Counsel for Plaintiffs Sears, Roebuck and Co. and Kmart Corporation***

**CERTIFICATE OF SERVICE**

On October 27, 2016, I caused a copy of the foregoing Sears' and Kmart's Administrative Motion to File Document Under Seal to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

By: *[signature]*

William J. Blechman

551438.1