Richard Alan Arnold, Esquire
William J. Blechman, Esquire
Kevin J. Murray, Esquire
Samuel J. Randall, Esquire
KENNY NACHWALTER, P.A.
1441 Brickell Avenue
Suite 1100
Miami, Florida 33131
Tel:   (305) 373-1000
Fax:   (305) 372-1861
E-mail:   rarnold@knpa.com
          wblechman@knpa.com
          kmurray@knpa.com
          srandall@knpa.com

*Counsel for Plaintiffs Sears, Roebuck and Co. and Kmart Corporation*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*Sears, Roebuck & Co., and Kmart Corporation v. LG Electronics, Inc., et al.*, Case No. 11-cv-5514 (SC) | Case No. 07-5944 (JST)<br>MDL No. 1917<br><br>**DECLARATION OF JALAINE GARCIA IN SUPPORT OF SEARS AND KMART'S ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL PURSUANT TO LOCAL RULES 7-11 AND 79-5** |

I, JALAINE GARCIA, hereby declare as follows:

1. I am an attorney at the law firm of Kenny Nachwalter, P.A., counsel of record for Plaintiffs Sears, Roebuck and Co. and Kmart Corporation (collectively "Sears/Kmart") in this action. I am admitted to practice *pro hac vice* before the United States District Court for the Northern District of California. I make this declaration in support of Sears/Kmart's Administrative Motion to File Document Under Seal Pursuant to Civil Local Rules 7-11 and 79-5.

2. The statements contained in this declaration are based on my personal knowledge and, if called as a witness, I could competently testify to the following facts.

3.     On June 18, 2008, the Court issued a Stipulated Protective Order in this matter [ECF No. 306] (the "Protective Order").

4.     On October 27, 2016, Sears/Kmart filed an Administrative Motion to Seal, and lodged under seal, pursuant to Civil Local Rules 7-11 an 79-5(d), the entirety of Column F of Exhibit A which is attached to Sears and Kmart's Administrative Motion to Establish a Procedure to Streamline Trial and Minimize Unfounded Evidentiary Objections, which contains excerpts of deposition testimony from that has been designated as "Confidential" or "Highly Confidential" by the following parties pursuant to the Protective Order:

| Row Number(s) | Deponent | Deposition Date(s) | Designating Parties |
|---|---|---|---|
| 2, 3, 4, 5 | Dae Eui Lee | January 1, 2013 | Samsung |
| 6, 7, 8, 9, 10 | Michael Son | February 5, 2013 | Samsung |
| 11, 12, 13, 19, 95 | Kasutaka Nishimura | January 11, 2014 | Toshiba |
| 12, 13 | Ayumu Kinoshita | February 5-6, 2013 | Panasonic |
| 12, 14, 15 | Shinichi Iwamoto | February 8, 2013 | Panasonic |
| 13, 18, 20, 40, 41, 42, 43, 44, 45, 46 | Yasuki Yamamoto | July 1-3, 2013 | Toshiba |
| 16 | Jing Song Lu | February 27-28, 2013 | Toshiba |
| 17 | Hirokazu Nishiyama | March 5-6, 2013 | Panasonic |
| 21, 105 | Kyi In Choi | August 25, 2014 | LG |
| 21, 22 | Sang-Kyu Park | March 20-22, 2013 | Samsung |
| 23, 24, 25 | Nobuhiko Kobayashi | May 15-17, 2013 | Hitachi |
| 26, 27, 28, 30, 32, 33 | Nobuaki Ito | May 22-24, 2013 | Hitachi |
| 29, 34, 35, 36, 37, 38 | Yuuichi Kumazawa | May 29-31, 2013 | Hitachi |
| 31, 85 | Noburu Toyama | March 11, 2014 | Hitachi |
| 39, 88 | Norio Fujita | June 4-5, 2014 | Toshiba |

| Row Number(s) | Deponent | Deposition Date(s) | Designating Parties |
|---|---|---|---|
| 47, 48, 51, 52, 53 | Pil Jae Lee | July 16-17, 2013 | LG |
| 50, 51, 81, 83 | Patrick Canavan | January 30-31, 2014 | Philips |
| 54, 55, 56, 57, 58, 59 | Jae In Lee | June 6-7, 2012; July 25-26, 2013 | Samsung |
| 60, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79 | Kyung Chul Oh | November 19-21, 2013 | Samsung |
| 61, 62, 63, 64 | Masaki Sanogawaya | July 31, 2013-August 2, 2013 | Panasonic |
| 65, 87, 115, 116, 117, 118, 119, 120 | Tomoyuki Kawano | October 28-29, 2014 | Toshiba |
| 66 | Shinichiro Tsuruta | September 25-27, 2013 | Panasonic |
| 67, 68, 69 | Masashi Muramatsu | October 8-9, 2013 | Panasonic |
| 80, 82 | Joseph Killen | May 15, 2014 | Philips |
| 84 | Kazumasa Hirai | February 4-5, 2014 | Hitachi |
| 86 | Hun Sul Chu | February 11-13, 2014 | Samsung |
| 89, 91 | Kris Mortier | June 9-10, 2014 | Philips |
| 90, 121, 122, 123, 124 | Emeric Charamel | March 10, 2015 | Thomson |
| 92, 93, 94 | Kazutaka Nishimura | June 10-12, 2014 | Toshiba |
| 96, 97 | W. R. Kim | July 1-2, 2014 | Samsung |
| 98, 99, 100, 101, 102, 103 | Jeffrey Johnson | August 13-14, 2014 | Philips |
| 106 | Christian Lissorgues | March 10, 2015 | Thomson |
| 107, 108 | Hitoshi Tsukamoto | September 22-23, 2014 | Mitsubishi |
| 109, 110 | Jan De Lombaerde | October 9-10, 2014 | Philips |
| 111, 112, 113 | Clayton E. Bond | October 16, 2014 | Toshiba |
| 114 | Young Bae Na | September 23, 2014 | LG |

| Row Number(s) | Deponent | Deposition Date(s) | Designating Parties |
|---|---|---|---|
| 125, 126 | Hideo Innami | April 25, 2016 | Mitsubishi |

5. Sears/Kmart seeks to submit the entirety of Column F of Exhibit A which contains deposition testimony that has been designated as "Confidential" or "Highly Confidential" by other parties under seal in good faith to comply with the Protective Order, the Honorable Jon S. Tigar's Standing Order Governing Administrative Motions to File Materials Under Seal, and Civil Local Rules 7-11 and 79-5.

6. To maintain the document under seal, within four days of the Administrative Motion to Seal's filing, the Designating Parties must file a declaration establishing that the designated material is sealable.

7. Pursuant to Civil Local Rule 79-5(e), this declaration is being served on the Designating Parties referenced in the above chart.

I declare under penalty of perjury under the laws of the State of Florida and the United States of America that the foregoing is true and correct.

Executed this 27th day of October, 2016, at Miami, Florida.

*Jalaine Garcia*
Jalaine Garcia

**CERTIFICATE OF SERVICE**

On October 27, 2016, I caused a copy of the foregoing Declaration of Jalaine Garcia in Support of Sears and Kmart's Administrative Motion to File Document Under Seal to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

By: /s/ Jalaine Garcia
Jalaine Garcia

551436.2

DECLARATION OF JALAINE GARCIA                  Case No. 07-cv-5944 (JST)

5