**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 (JST)<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Sears, Roebuck & Co., and Kmart Corporation v. LG Electronics, Inc., et al.*, Case No. 11-cv-5514 (SC) | **[PROPOSED] ORDER GRANTING SEARS AND KMART'S ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL PURSUANT TO LOCAL RULES 7-11 AND 79-5** |

Upon consideration of Plaintiffs Sears, Roebuck & Co., and Kmart Corporation's Administrative Motion to File Document Under Seal Pursuant To Local Rules 7-11 and 79-5, and the supporting Declaration of Jalaine Garcia in support of the motion, and good cause appearing for the entry thereof,

IT IS HEREBY ORDERED that the highlight portions of the sealed version of Exhibit A that is attached to Sears and Kmart's Administrative Motion to Establish a Procedure to Streamline Trial and Minimize Unfounded Evidentiary Objections be filed under seal.

IT IS SO ORDERED.

DATED: _____, 2016

JON S. TIGAR
UNITED STATES DISTRICT JUDGE

551448.1