Richard Alan Arnold, Esquire
William J. Blechman, Esquire
Kevin J. Murray, Esquire
Samuel J. Randall, Esquire
KENNY NACHWALTER, P.A.
1441 Brickell Avenue
Suite 1100
Miami, Florida 33131
Tel:     (305) 373-1000
Fax:     (305) 372-1861
E-mail:   rarnold@knpa.com
          wblechman@knpa.com
          kmurray@knpa.com
          srandall@knpa.com

***Counsel for Plaintiffs Sears, Roebuck
and Co. and Kmart Corporation***

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 (JST) MDL No. 1917 |
| This Document Relates to: *Sears, Roebuck & Co., and Kmart Corporation v. LG Electronics, Inc., et al.*, Case No. 11-cv-5514 (SC) | **SEARS' AND KMART'S ADMINISTRATIVE MOTION TO ESTABLISH A PROCEDURE TO STREAMLINE TRIAL AND MINIMIZE UNFOUNDED EVIDENTIARY OBJECTIONS** |

With this administrative motion, Sears, Roebuck and Co. and Kmart Corporation (collectively, "Plaintiffs") propose a procedure that would substantially lessen the time needed for trial and also minimize the number of evidentiary objections pending before the Court.

The procedure is simple: if a party is required to play deposition testimony to authenticate and admit a trial exhibit and the Court rules that the testimony is sufficient to admit the exhibit into evidence, then the time spent playing the testimony would count against the objecting party, rather than the proponent of the exhibit.

This procedure is borne out in Plaintiffs' efforts to shorten our trial presentation (and taking to heart this Court's suggestion that the parties make every reasonable effort to streamline the presentation of evidence at trial).  LG initially objected to every exhibit on Plaintiffs' exhibit list but one.[1]  Plaintiffs believe that they can overcome a large number of these objections with deposition testimony.  However, Plaintiffs estimate that this testimony (the sole purpose of which is to admit trial exhibits) would require five to six hours of trial time.[2]  Thus, to the extent that Plaintiffs are not required to play this testimony, it would have a substantial impact on the time needed to present their case to the jury.

For several weeks, Plaintiffs have attempted to reach an agreement with LG to eliminate unfounded objections.  Plaintiffs have done so in order to avoid wasting valuable trial time (and unnecessarily torturing the jury) with testimony needed solely to admit documents into evidence.  On October 20, 2016, following a meet and confer with LG's counsel, Plaintiffs sent LG's counsel a list of 125 exhibits along with an extract of the foundational testimony for each exhibit.  Plaintiffs requested a prompt response in order to provide the Court at the upcoming status conference with a best estimate of the number of witnesses and attendant time it would need for its case in chief.  Although the parties continue to talk, LG has yet to take a position as to whether it will agree to admissibility of any of these trial exhibits without forcing Plaintiffs to play authenticating deposition testimony to the jury.  To be clear, Plaintiffs are merely taking the matter of foundation off the table where the matter of admissibility is not genuinely in doubt.  To move the ball forward, Plaintiffs have brought this motion regarding time allocation.  A simple ruling from the Court as to the allocation of time used to admit trial exhibits suggests itself as a reasonable way to address the issue.

---

[1]     The parties have been able to reach agreement on the admission of a number of documents produced by Chunghwa, that Chunghwa previously stipulated to be admissible.  *See* ECF No. 2912.  In case the Court is curious, the one exhibit to which LG does not object is an organizational chart for Sears.

[2]     The relevant foundational testimony is provided on Exhibit A.

1    The Court has wide discretion to make pretrial evidentiary rulings.  The Court also has wide

2    discretion in the allocation of trial time.[3]  Given the Court schedule, trial time in this case will be at

3    a premium.  Counting the time against the party that does not stipulate to the admissibility of a

4    document that is thereafter admitted will discipline the process.  It is not only fair to both sides, it is

5    a sensible, easily managed procedure designed to promote efficiency.

6                                                    **CONCLUSION**

7    To promote the efficient use of trial time, and to curtail frivolous foundational objections,

8    Plaintiffs respectfully request the Court to enter an order that charges the time used to authenticate

9    and lay the foundation to admit a document that is subsequently admitted into evidence against the

10   objecting party time on the trial time clock.

11   Dated: October 27, 2016                          Respectfully submitted,

12                                                    KENNY NACHWALTER, P.A.

13

14                                                    By: _____

15                                                    Richard Alan Arnold, Esquire
                                                     William J. Blechman, Esquire
16                                                   Kevin J. Murray, Esquire
                                                     Samuel J. Randall, Esquire
17                                                   1441 Brickell Avenue
                                                     Suite 1100
18                                                   Miami, Florida  33131
                                                     Tel:   (305) 373-1000
19                                                   Fax:   (305) 372-1861
                                                     E-mail:  rarnold@knpa.com
20                                                           wblechman@knpa.com
                                                           kmurray@knpa.com
21                                                           srandall@knpa.com

22                                                   *Counsel for Plaintiffs Sears, Roebuck and Co.*
                                                     *and Kmart Corporation*

23

24

25

26   _____
          [3]    The Ninth Circuit has noted that "[t]trial courts have broad authority to impose
27   reasonable time limits.  Such limits are useful to prevent undue delay, waste of time, or need less
     presentation of cumulative evidence."  *McSherry v. City of Long Beach,* 423 F.3d 1015, 1023 (9th
28   Cir. 2005) *quoting Navellier v. Sletten,* 262 F.3d 923, 941 (9th Cir. 2001).

1

## **CERTIFICATE OF SERVICE**

On October 27, 2016, I caused a copy of the foregoing Sears' and Kmart's Administrative Motion to Establish a Procedure to Streamline Trial and Minimize Unfounded Evidentiary Objections to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.


By: _____

William J. Blechman

551440.1

# Exhibit A

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Depo Exhibit No. | Trial Exhibit No. | Dup | Begin Bates No. | End Bates No. | Authenticating Testimony |
| 2 | 653 | 653 | | SDCRT-0086211 | SDCRT-0086212 | [redacted] |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Depo Exhibit No. | Trial Exhibit No. | Dup | Begin Bates No. | End Bates No. | Authenticating Testimony |
| 3 | 654 | 654 | | SDCRT-0086221 | SDCRT-0086223 | [redacted] |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Depo Exhibit No. | Trial Exhibit No. | Dup | Begin Bates No. | End Bates No. | Authenticating Testimony |
| 4 | 657 | 657 | | SDCRT-0086248 | SDCRT-0086248 | [redacted] |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Depo Exhibit No. | Trial Exhibit No. | Dup | Begin Bates No. | End Bates No. | Authenticating Testimony |
| 5 | 659 | 659 | | SDCRT-0086253 | SDCRT-0086255 | [redacted] |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Depo Exhibit No. | Trial Exhibit No. | Dup | Begin Bates No. | End Bates No. | Authenticating Testimony |
| 6 | 665 | 665 | 5608 | SDCRT-0086487 | SDCRT-0086488 | [redacted] |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Depo Exhibit No. | Trial Exhibit No. | Dup | Begin Bates No. | End Bates No. | Authenticating Testimony |
| 7 | 703 | 703 | | SDCRT-0086485 | SDCRT-0086486 | [redacted] |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Depo Exhibit No. | Trial Exhibit No. | Dup | Begin Bates No. | End Bates No. | Authenticating Testimony |
| 8 | 707 | 707 | | SDCRT-0069574 | SDCRT-0069575 | [redacted] |
| 9 | 711 | 711 | | SDCRT-0068849 | SDCRT-0068851 | |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Depo Exhibit No. | Trial Exhibit No. | Dup | Begin Bates No. | End Bates No. | Authenticating Testimony |
| 10 | 713 | 713 | | SDCRT-0005830 | SDCRT-0005842 | [redacted] |

|   | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Depo Exhibit No. | Trial Exhibit No. | Dup | Begin Bates No. | End Bates No. | Authenticating Testimony |
| 11 | 801 | 801 |  | MTPD-0038856 | MTPD-0038859 |  |

| 1 | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
|   | Depo Exhibit No. | Trial Exhibit No. | Dup | Begin Bates No. | End Bates No. | Authenticating Testimony |
| 12 | 802 | 802 |  | MTPD-0035375 | MTPD-0035377 |  |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Depo Exhibit No. | Trial Exhibit No. | Dup | Begin Bates No. | End Bates No. | Authenticating Testimony |
| 12 cont'd | 802 Contt'd | 802 Contt'd | | MTPD-0035375 | MTPD-0035377 | [redacted] |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Depo Exhibit No. | Trial Exhibit No. | Dup | Begin Bates No. | End Bates No. | Authenticating Testimony |
| 13 | 808 | 808 | | MTPD-0492286 | MTPD-0492289 | [redacted] |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Depo Exhibit No. | Trial Exhibit No. | Dup | Begin Bates No. | End Bates No. | Authenticating Testimony |
| 14 | 913 | 913 | | MTPD-0276412 | MTPD-0276416 | [redacted] |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Depo Exhibit No. | Trial Exhibit No. | Dup | Begin Bates No. | End Bates No. | Authenticating Testimony |
| 14 Cont'd | 913 Cont'd | 913 Cont'd | | MTPD-0276412 | MTPD-0276416 | |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Depo Exhibit No. | Trial Exhibit No. | Dup | Begin Bates No. | End Bates No. | Authenticating Testimony |
| 15 | 917 | 917 | | MTPD-0576483 | MTPD-0576483 | [redacted] |

|   | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Depo Exhibit No. | Trial Exhibit No. | Dup | Begin Bates No. | End Bates No. | Authenticating Testimony |
| 16 | 1286 | 1286 | | | | |
| 17 | 1403 | 1403 | | PHLP-CRT-077930 | PHLP-CRT-077932 | |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Depo Exhibit No. | Trial Exhibit No. | Dup | Begin Bates No. | End Bates No. | Authenticating Testimony |
| 18 | 1416 | 1416 | | MTPD-0497049 | MTPD-0479050 | [redacted] |
| 19 | 1418 | 1418 | | MTPD-0479660 | MTPD-0479661 | [redacted] |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Depo Exhibit No. | Trial Exhibit No. | Dup | Begin Bates No. | End Bates No. | Authenticating Testimony |
| 20 | 1424 | 1424 | | MTPD-0517734 | MTPD-0517736 | [redacted] |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Depo Exhibit No. | Trial Exhibit No. | Dup | Begin Bates No. | End Bates No. | Authenticating Testimony |
| 21 | 1505 | 1505 | | SDCRT-0086532 | SDCRT-0086536 | [redacted] |

|   | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Depo Exhibit No. | Trial Exhibit No. | Dup | Begin Bates No. | End Bates No. | Authenticating Testimony |
| 22 | 1515 | 1515 | | SDCRT-0091742 | SDCRT-0091742 | |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Depo Exhibit No. | Trial Exhibit No. | Dup | Begin Bates No. | End Bates No. | Authenticating Testimony |
| 23 | 1533 | 1533 | | HDP-CRT00025646 | HDP-CRT00025647 | [redacted] |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Depo Exhibit No. | Trial Exhibit No. | Dup | Begin Bates No. | End Bates No. | Authenticating Testimony |
| 24 | 1535 | 1535 | | HDP-CRT00025568 | HDP-CRT00025569 | [redacted] |
| 25 | 1536 | 1536 | | HDP-CRT00051345 | HDP-CRT00051345 | [redacted] |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Depo Exhibit No. | Trial Exhibit No. | Dup | Begin Bates No. | End Bates No. | Authenticating Testimony |
| 26 | 1565 | 1565 | | HDP-CRT00026082 | HDP-CRT00026803 | [redacted] |
| 27 | 1568 | 1568 | | HDP-CRT00048694 | HDP-CRT00048694 | |
| 28 | 1569 | 1569 | | HDP-CRT00048797 | HDP-CRT00048797 | |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Depo Exhibit No. | Trial Exhibit No. | Dup | Begin Bates No. | End Bates No. | Authenticating Testimony |
| 29 | 1571 | 1571 | | HDP-CRT00026189 | HDP-CRT00026191 | [redacted] |
| 30 | 1579 | 1579 | | HDP-CRT00026313 | HDP-CRT00026315 | |
| 31 | 1580 | 1580 | | HDP-CRT00049270 | HDP-CRT00049272 | |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Depo Exhibit No. | Trial Exhibit No. | Dup | Begin Bates No. | End Bates No. | Authenticating Testimony |
| 32 | 1581 | 1581 | | HDP-CRT00023360 | HDP-CRT00023361 | [redacted] |
| 33 | 1585 | 1585 | | HDP-CRT00023625 | HDP-CRT00023629 | |
| 34 | 1595 | 1595 | | HDP-CRT00049232 | HDP-CRT00049232 | |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Depo Exhibit No. | Trial Exhibit No. | Dup | Begin Bates No. | End Bates No. | Authenticating Testimony |
| 35 | 1597 | 1597 | | HDP-CRT00049281 | HDP-CRT00049281 | [redacted] |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Depo Exhibit No. | Trial Exhibit No. | Dup | Begin Bates No. | End Bates No. | Authenticating Testimony |
| 36 | 1603 | 1603 | | HDP-CRT00026272 | HDP-CRT00026273 | [redacted] |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Depo Exhibit No. | Trial Exhibit No. | Dup | Begin Bates No. | End Bates No. | Authenticating Testimony |
| 37 | 1604 | 1604 | | HDP-CRT00056189 | HDP-CRT000561890 | [redacted] |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Depo Exhibit No. | Trial Exhibit No. | Dup | Begin Bates No. | End Bates No. | Authenticating Testimony |
| 38 | 1756 | 1756 | 3304 | TSB-CRT-00035350 | TSB-CRT-00035352 | [redacted] |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Depo Exhibit No. | Trial Exhibit No. | Dup | Begin Bates No. | End Bates No. | Authenticating Testimony |
| 39 | 1757 | 1757 | | TSB-CRT-00042493 | TSB-CRT-00042495 | [redacted] |
| 40 | 1785 | 1785 | | TSB-CRT-00041721 | TSB-CRT-00041724 | |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Depo Exhibit No. | Trial Exhibit No. | Dup | Begin Bates No. | End Bates No. | Authenticating Testimony |
| 41 | 1786 | 1786 | | TSB-CRT-00041746 | TSB-CRT-00041749 | [redacted] |
| 42 | 1795 | 1795 | | MTPD-0479738 | MTPD-0479738 | |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Depo Exhibit No. | Trial Exhibit No. | Dup | Begin Bates No. | End Bates No. | Authenticating Testimony |
| 43 | 1796 | 1796 | | MTPD-0479739 | MTPD-0479741 | [redacted] |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Depo Exhibit No. | Trial Exhibit No. | Dup | Begin Bates No. | End Bates No. | Authenticating Testimony |
| 44 | 1797 | 1797 | | MTPD-0410018 | MTPD-0410018 | [redacted] |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Depo Exhibit No. | Trial Exhibit No. | Dup | Begin Bates No. | End Bates No. | Authenticating Testimony |
| 45 | 1799 | 1799 | | MTPD-0493549 | MTPD-0493550 | [redacted] |
| 46 | 1800 | 1800 | | MTPD-0493551 | MTPD-0493551 | [redacted] |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Depo Exhibit No. | Trial Exhibit No. | Dup | Begin Bates No. | End Bates No. | Authenticating Testimony |
| 47 | 1853 | 1853 | 2338 | PHLP-CRT-098241 | PHLP-CRT-098243 | [redacted] |
| 48 | 1854 | 1854 | | PHLP-CRT-014816 | PHLP-CRT-014818 | |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Depo Exhibit No. | Trial Exhibit No. | Dup | Begin Bates No. | End Bates No. | Authenticating Testimony |
| 49 | 1859 | 1859 | | PHLP-CRT-007941 | PHLP-CRT-007942 | [redacted] |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Depo Exhibit No. | Trial Exhibit No. | Dup | Begin Bates No. | End Bates No. | Authenticating Testimony |
| 50 | 1860 | 1860 | | PHLP-CRT-7891 | PHLP-CRT-7891 | [redacted] |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Depo Exhibit No. | Trial Exhibit No. | Dup | Begin Bates No. | End Bates No. | Authenticating Testimony |
| 51 | 1866 | 1866 | | PHLP-CRT-014272 | PHLP-CRT-014274 | [redacted] |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Depo Exhibit No. | Trial Exhibit No. | Dup | Begin Bates No. | End Bates No. | Authenticating Testimony |
| 51 Cont'd | 1866 | 1866 | | PHLP-CRT-014272 | PHLP-CRT-014274 | [redacted] |
| 52 | 1867 | 1867 | | PHLP-CRT-012646 | PHLP-CRT-012660 | [redacted] |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Depo Exhibit No. | Trial Exhibit No. | Dup | Begin Bates No. | End Bates No. | Authenticating Testimony |
| 53 | 1869 | 1869 | | PHLP-CRT-005637 | PHLP-CRT-005637 | [redacted] |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Depo Exhibit No. | Trial Exhibit No. | Dup | Begin Bates No. | End Bates No. | Authenticating Testimony |
| 54 | 1885 | 1885 | | SDCRT-0086416 | SDCRT-0086418 | [redacted] |
| 55 | 1889 | 1889 | | SDCRT-0086563 | SDCRT0086566 | |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Depo Exhibit No. | Trial Exhibit No. | Dup | Begin Bates No. | End Bates No. | Authenticating Testimony |
| 56 | 1895 | 1895 | | SDCRT-0086632 | SDCRT-0086633 | [redacted] |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Depo Exhibit No. | Trial Exhibit No. | Dup | Begin Bates No. | End Bates No. | Authenticating Testimony |
| 57 | 1896 | 1896 | | SDCRT-0086641 | SDCRT-0086645 | [redacted] |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Depo Exhibit No. | Trial Exhibit No. | Dup | Begin Bates No. | End Bates No. | Authenticating Testimony |
| 58 | 1908 | 1908 | | SDCRT-0002585 | SDCRT-0002587 | [redacted] |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Depo Exhibit No. | Trial Exhibit No. | Dup | Begin Bates No. | End Bates No. | Authenticating Testimony |
| 59 | 1909 | 1909 | 5602 | SDCRT-0002588 | SDCRT-0002589 | [redacted] |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Depo Exhibit No. | Trial Exhibit No. | Dup | Begin Bates No. | End Bates No. | Authenticating Testimony |
| 59 Cont'd | 1909 Cont'd | 1909 Cont'd | 5602 | SDCRT-0002588 | SDCRT-0002589 | [redacted] |
| 60 | 1931 | 1931 | | SDCRT-0051456 | SDCRT-0051459 | |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Depo Exhibit No. | Trial Exhibit No. | Dup | Begin Bates No. | End Bates No. | Authenticating Testimony |
| 61 | 1932 | 1932 | | MTPD-0423675 | MTPD-0423677 | [redacted] |
| 62 | 1933 | 1933 | | MTPD-057683 | MTPD-057683 | [redacted] |
| 63 | 1934 | 1934 | | MTPD-0400574 | MTPD-0400576 | [redacted] |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Depo Exhibit No. | Trial Exhibit No. | Dup | Begin Bates No. | End Bates No. | Authenticating Testimony |
| 64 | 1938 | 1938 | | MTPD-0533137 | MTPD-0533142 | [redacted] |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Depo Exhibit No. | Trial Exhibit No. | Dup | Begin Bates No. | End Bates No. | Authenticating Testimony |
| 65 | 1946 | 1946 | | MTPD-0042738 | MTPD-0042740 | [redacted] |
| 66 | 2023 | 2023 | | TAEC-CRT-00090127 | TAEC-CRT-00090128 | [redacted] |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Depo Exhibit No. | Trial Exhibit No. | Dup | Begin Bates No. | End Bates No. | Authenticating Testimony |
| 67 | 2034 | 2034 | | MTPD-0523236 | MTPD-0523238 | [redacted] |
| 68 | 2035 | 2035 | | MTPD-0518803 | MTPD-0518805 | |
| 69 | 2036 | 2036 | | MTPD-0082527 | MTPD-0082530 | |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Depo Exhibit No. | Trial Exhibit No. | Dup | Begin Bates No. | End Bates No. | Authenticating Testimony |
| 70 | 2069 | 2069 | | SDCRT-0005813 | SDCRT-0005813 | [redacted] |
| 71 | 2070 | 2070 | | SDCRT-0079381 | SDCRT-0079382 | [redacted] |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Depo Exhibit No. | Trial Exhibit No. | Dup | Begin Bates No. | End Bates No. | Authenticating Testimony |
| 72 | 2071 | 2071 | | SDCRT-0063870 | SDCRT-0063871 | [redacted] |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Depo Exhibit No. | Trial Exhibit No. | Dup | Begin Bates No. | End Bates No. | Authenticating Testimony |
| 72 Cont'd | 2071 Cont'd | 2071 Cont'd | | SDCRT-0063870 | SDCRT-0063871 | [redacted] |
| 73 | 2077 | 2077 | | SDCRT-0007280 | SDCRT-0007281 | |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Depo Exhibit No. | Trial Exhibit No. | Dup | Begin Bates No. | End Bates No. | Authenticating Testimony |
| 74 | 2079 | 2079 | 5603 | SDCRT-0007173 | SDCRT-0007173 | [redacted] |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Depo Exhibit No. | Trial Exhibit No. | Dup | Begin Bates No. | End Bates No. | Authenticating Testimony |
| 75 | 2080 | 2080 | | SDCRT-0002423 | SDCRT-0002423 | [redacted] |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Depo Exhibit No. | Trial Exhibit No. | Dup | Begin Bates No. | End Bates No. | Authenticating Testimony |
| 76 | 2082 | 2082 | | SDCRT-0005818 | SDCRT-0005818 | [redacted] |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Depo Exhibit No. | Trial Exhibit No. | Dup | Begin Bates No. | End Bates No. | Authenticating Testimony |
| 76 Cont'd | 2082 Cont'd | 2082 Cont'd | | SDCRT-0005818 | SDCRT-0005818 | [redacted] |
| 77 | 2083 | 2083 | | SDCRT-0091364 | SDCRT-0091366 | |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Depo Exhibit No. | Trial Exhibit No. | Dup | Begin Bates No. | End Bates No. | Authenticating Testimony |
| 78 | 2084 | 2084 | | SDCRT-0007609 | SDCRT-0007610 | [redacted] |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Depo Exhibit No. | Trial Exhibit No. | Dup | Begin Bates No. | End Bates No. | Authenticating Testimony |
| 79 | 2087 | 2087 | | SDCRT-0093913 | SDCRT-0093914 | [redacted] |
| 80 | 2336 | 2336 | | PHLP-CRT-089918 | PHLP-CRT-089918 | [redacted] |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Depo Exhibit No. | Trial Exhibit No. | Dup | Begin Bates No. | End Bates No. | Authenticating Testimony |
| 81 | 2338 | 2338 | 1853 | JLJ-00005511 | JLJ-00005513 | [redacted] |
| 82 | 2349 | 2349 | | PHLP-CRT-091465 | PHLP-CRT-091470 | [redacted] |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Depo Exhibit No. | Trial Exhibit No. | Dup | Begin Bates No. | End Bates No. | Authenticating Testimony |
| 83 | 2360 | 2360 | | JLJ-00003191 | JLJ-00003193 | [redacted] |
| 84 | 2382 | 2382 | | HDP-CRT00027174 | HDP-CRT00027176 | |
| 85 | 2386 | 2386 | | HDP-CRT00049291 | HDP-CRT00049291 | |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Depo Exhibit No. | Trial Exhibit No. | Dup | Begin Bates No. | End Bates No. | Authenticating Testimony |
| 86 | 2445 | 2445 | | SDCRT-0180438 | SDCRT-0180438 | [redacted] |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Depo Exhibit No. | Trial Exhibit No. | Dup | Begin Bates No. | End Bates No. | Authenticating Testimony |
| 87 | 3300 | 3300 | | TSB-CRT-0041620 | TSB-CRT-00041623 | [redacted] |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Depo Exhibit No. | Trial Exhibit No. | Dup | Begin Bates No. | End Bates No. | Authenticating Testimony |
| 87 Cont'd | 3300 | 3300 | | TSB-CRT-0041620 | TSB-CRT-00041623 | [redacted] |
| 88 | 3304 | 3304 | 1756 | TSB-CRT-00035350 | TSB-CRT-00035352 | |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Depo Exhibit No. | Trial Exhibit No. | Dup | Begin Bates No. | End Bates No. | Authenticating Testimony |
| 889 | 3336 | 3336 | | SDCRT-0006799 | SDCRT-0006801 | [redacted] |

| 1 | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| | Depo Exhibit No. | Trial Exhibit No. | Dup | Begin Bates No. | End Bates No. | Authenticating Testimony |
| 89 Cont'd | 3336 Cont'd | 3336 Cont'd | | SDCRT-0006799 | SDCRT-0006801 | |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Depo Exhibit No. | Trial Exhibit No. | Dup | Begin Bates No. | End Bates No. | Authenticating Testimony |
| 90 | 3339 | 3339 | | SDCRT-0088635 | SDCRT-0088660 | [redacted] |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Depo Exhibit No. | Trial Exhibit No. | Dup | Begin Bates No. | End Bates No. | Authenticating Testimony |
| 90 Cont'd | 3339 Cont'd | 3339 Cont'd | | SDCRT-0088635 | SDCRT-0088660 | [redacted] |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Depo Exhibit No. | Trial Exhibit No. | Dup | Begin Bates No. | End Bates No. | Authenticating Testimony |
| 91 | 3341 | 3341 | | PHLP-CRT-020159 | PHLP-CRT-020162 | [redacted] |
| 92 | 3401 | 3401 | | MTPD-0423651 | MTPD-0423651 | [redacted] |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Depo Exhibit No. | Trial Exhibit No. | Dup | Begin Bates No. | End Bates No. | Authenticating Testimony |
| 93 | 3406 | 3406 | | MTPD-0518160 | MTPD-0518162 | [redacted] |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Depo Exhibit No. | Trial Exhibit No. | Dup | Begin Bates No. | End Bates No. | Authenticating Testimony |
| 94 | 3407 | 3407 | | MTPD-0518689 | MTPD-0518693 | [redacted] |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Depo Exhibit No. | Trial Exhibit No. | Dup | Begin Bates No. | End Bates No. | Authenticating Testimony |
| 95 | 3408 | 3408 | | MTPD-0251219 | MTPD-0251219 | [redacted] |

| 1 | A<br>Depo<br>Exhibit<br>No. | B<br>Trial<br>Exhibit<br>No. | C<br>Dup | D<br>Begin Bates No. | E<br>End Bates No. | F<br>Authenticating Testimony |
|---|---|---|---|---|---|---|
| 95<br>Cont'd | 3408<br>Cont'd | 3408<br>Cont'd | | MTPD-0251219 | MTPD-0251219 | |
| 96 | 3819 | 3819 | | SDCRT-006285 | SDCRT-006286 | |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Depo Exhibit No. | Trial Exhibit No. | Dup | Begin Bates No. | End Bates No. | Authenticating Testimony |
| 97 | 3841 | 3841 | | SDCRT-0002488 | SDCRT-0002489 | [redacted] |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Depo Exhibit No. | Trial Exhibit No. | Dup | Begin Bates No. | End Bates No. | Authenticating Testimony |
| 98 | 5209 | 5209 | | SDCRT-0002506 | SDCRT-00022510 | [redacted] |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Depo Exhibit No. | Trial Exhibit No. | Dup | Begin Bates No. | End Bates No. | Authenticating Testimony |
| 99 | 5217 | 5217 | | PHLP-CRT-093375 | PHLP-CRT-093377 | [redacted] |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Depo Exhibit No. | Trial Exhibit No. | Dup | Begin Bates No. | End Bates No. | Authenticating Testimony |
| 99 Cont'd | 5217 Cont'd | 5217 Cont'd | | PHLP-CRT-093375 | PHLP-CRT-093377 | [redacted] |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Depo Exhibit No. | Trial Exhibit No. | Dup | Begin Bates No. | End Bates No. | Authenticating Testimony |
| 99 Cont'd | 5217 Cont'd | 5217 Cont'd | | PHLP-CRT-093375 | PHLP-CRT-093377 | [redacted] |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Depo Exhibit No. | Trial Exhibit No. | Dup | Begin Bates No. | End Bates No. | Authenticating Testimony |
| 99 Cont'd | 5217 Cont'd | 5217 Cont'd | | PHLP-CRT-093375 | PHLP-CRT-093377 | [redacted] |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Depo Exhibit No. | Trial Exhibit No. | Dup | Begin Bates No. | End Bates No. | Authenticating Testimony |
| 99 Cont'd | 5217 Cont'd | 5217 Cont'd | | PHLP-CRT-093375 | PHLP-CRT-093377 | |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Depo Exhibit No. | Trial Exhibit No. | Dup | Begin Bates No. | End Bates No. | Authenticating Testimony |
| 100 | 5219 | 5219 | | JLJ-00003116 | JLJ-00003116 | [redacted] |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Depo Exhibit No. | Trial Exhibit No. | Dup | Begin Bates No. | End Bates No. | Authenticating Testimony |
| 101 | 5220 | 5220 | | JLJ-00001259 | JLJ-00001260 | [redacted] |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Depo Exhibit No. | Trial Exhibit No. | Dup | Begin Bates No. | End Bates No. | Authenticating Testimony |
| 101 Cont'd | 5220 Cont'd | 5220 Cont'd | | JLJ-00001259 | JLJ-00001260 | [redacted] |
| 102 | 5222 | 5222 | | JLJ-0003167 | JLJ-0003168 | |
| 103 | 5223 | 5223 | | TSB-CRT-00035366 | TSB-CRT-00035366 | |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Depo Exhibit No. | Trial Exhibit No. | Dup | Begin Bates No. | End Bates No. | Authenticating Testimony |
| 104 | 5601 | 5601 | | SDCRT-0002584 | SDCRT-0002584 | [redacted] |
| 105 | 5602 | 5602 | 1909 | SDCRT-0002588 | SDCRT-0002589 | |
| 106 | 5813 | 5813 | | TDA01360 | TDA01361 | |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Depo Exhibit No. | Trial Exhibit No. | Dup | Begin Bates No. | End Bates No. | Authenticating Testimony |
| 107 | 6111 | 6111 | | ME 00109690 | ME 00109694 | [redacted] |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Depo Exhibit No. | Trial Exhibit No. | Dup | Begin Bates No. | End Bates No. | Authenticating Testimony |
| 107 Cont'd | 6111 Cont'd | 6111 Cont'd | | ME 00109690 | ME 00109694 | [redacted] |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Depo Exhibit No. | Trial Exhibit No. | Dup | Begin Bates No. | End Bates No. | Authenticating Testimony |
| 107 Cont'd | 6111 Cont'd | 6111 Cont'd | | ME 00109690 | ME 00109694 | [redacted] |
| 108 | 6121 | 6121 | | ME 00109966 | ME 00109966 | |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Depo Exhibit No. | Trial Exhibit No. | Dup | Begin Bates No. | End Bates No. | Authenticating Testimony |
| 108 Cont'd | 6121 Cont'd | 6121 Cont'd | | ME 00109966 | ME 00109966 | [redacted] |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Depo Exhibit No. | Trial Exhibit No. | Dup | Begin Bates No. | End Bates No. | Authenticating Testimony |
| 108 Cont'd | 6121 Cont'd | 6121 Cont'd | | ME 00109966 | ME 00109966 | [redacted] |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Depo Exhibit No. | Trial Exhibit No. | Dup | Begin Bates No. | End Bates No. | Authenticating Testimony |
| 109 | 7190 | 7190 | | PHLP-CRT-159928 | PHLP-CRT-159929 | [redacted] |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Depo Exhibit No. | Trial Exhibit No. | Dup | Begin Bates No. | End Bates No. | Authenticating Testimony |
| 110 | 7203 | 7203 | | PHLP-CRT-163389 | PHLP-CRT-163391 | [redacted] |
| 111 | 7408 | 7408 | | TAEC-CRT-00054831 | TAEC-CRT-00054848 | |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Depo Exhibit No. | Trial Exhibit No. | Dup | Begin Bates No. | End Bates No. | Authenticating Testimony |
| 112 | 7411 | 7411 | | TAEC-CRT-00096971 | TAEC-CRT-00097007 | [redacted] |
| 113 | 7413 | 7413 | | TAEC-CRT-00066846 | TAEC-CRT-00066848 | [redacted] |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Depo Exhibit No. | Trial Exhibit No. | Dup | Begin Bates No. | End Bates No. | Authenticating Testimony |
| 114 | 7501 | 7501 | | | | [redacted] |
| 115 | 7537 | 7537 | | TSB-CRT-00042334 | TSB-CRT-00042336 | |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Depo Exhibit No. | Trial Exhibit No. | Dup | Begin Bates No. | End Bates No. | Authenticating Testimony |
| 116 | 7538 | 7538 | | TSB-CRT-00036875 | TSB-CRT-00036875 | [redacted] |
| 117 | 7540 | 7540 | | TSB-CRT-00042610 | TSB-CRT-00042612 | |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Depo Exhibit No. | Trial Exhibit No. | Dup | Begin Bates No. | End Bates No. | Authenticating Testimony |
| 118 | 7545 | 7545 | 1787 | TSB-CRT-00041862 | TSB-CRT-00041863 | [redacted] |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Depo Exhibit No. | Trial Exhibit No. | Dup | Begin Bates No. | End Bates No. | Authenticating Testimony |
| 119 | 7548 | 7548 | | TSB-CRT-00036557 | TSB-CRT-00036557 | [redacted] |
| 120 | 7549 | 7549 | 1422 | MTPD-0486917 | MTPD-0486919 | [redacted] |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Depo Exhibit No. | Trial Exhibit No. | Dup | Begin Bates No. | End Bates No. | Authenticating Testimony |
| 121 | 8108 | 8108 | | TCE-CRT 0020593 | TCE-CRT 0020594 | [redacted] |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Depo Exhibit No. | Trial Exhibit No. | Dup | Begin Bates No. | End Bates No. | Authenticating Testimony |
| 122 | 8110 | 8110 | | TCE-CRT 0022275 | TCE-CRT 0022276 | [redacted] |
| 123 | 8138 | 8138 | | TSA-CRT00188014 | TSA-CRT00188014 | |
| 124 | 8139 | 8139 | | TCE-CRT0021601 | TCE-CRT0021602 | |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Depo Exhibit No. | Trial Exhibit No. | Dup | Begin Bates No. | End Bates No. | Authenticating Testimony |
| 125 | 8344 | 8344 | | ME00072237 | ME00072237 | [redacted] |
| 126 | 8345 | 8345 | | ME00072341; ME00030631 | ME00030637 | [redacted] |