# Exhibit 1

## I. OUTSTANDING SUMMARY JUDGMENT MOTIONS

### A. Summary Judgment Motions Related to Absence of Evidence of Liability as to Specific Defendant Entities (argued on February 23, 2016)

| Dkt No. | Moving Parties | Adverse Parties | Title of Motion | Relevant to N.D. Cal. Trial | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| 2976 | • LG<br>• ~~Mitsubishi Electric~~<br>• Thomson<br>• Toshiba | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• CompuCom<br>• Costco<br>• Electrograph<br>• Interbond<br>• Office Depot<br>• P.C. Richard, *et al*<br>• Sears/Kmart[1]<br>• Tech Data<br>• Tweeter | Notice of Motion and Motion for Summary Judgment Based Upon Lack of Evidence of Participation in the Alleged Conspiracy | Yes | 3274 | 3439 | This motion concerns the absence of evidence of liability as to specific Hitachi entities<br><br>LG by joinder (Joinder, ECF No. 3864)<br><br>~~Mitsubishi Electric by joinder (Joinder, ECF No. 3898; DAPs' Opposition, ECF No. 3916)~~<br><br>Thomson by joinder (Joinder, ECF No. 3888)<br><br>Toshiba by unopposed joinder (Joinder, ECF No. 3010)<br><br>ECF No. 3451 (objecting to evidence cited in ECF No. 3274)<br><br>Plaintiffs note that ECF No. 3451 violated Local Rule 7-3(a), which requires that any evidentiary objections "must be contained within the [reply] brief or memorandum," and ask that the Court disregard the improperly filed objections |

---

[1] LG remains in the Sears/Kmart case. All other defendants have settled with Sears/Kmart.

| Dkt No. | Moving Parties | Adverse Parties | Title of Motion | Relevant to N.D. Cal. Trial | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| 2984 | • LG<br>• ~~Mitsubishi Electric~~<br>• TDA<br>• Thomson | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• Costco<br>• Electrograph<br>• Interbond<br>• Office Depot<br>• P.C. Richard, *et al*<br>• Sears/Kmart[2]<br>• Sharp<br>• Tweeter | Notice of Motion and Motion for Summary Judgment (on liability, *Illinois Brick*, due process, and statute of limitations) | Yes | 3253 | 3430 | This motion concerns the absence of evidence of liability as to TDA<br><br>The opposition is limited to TDA's Sherman Act claims; Plaintiffs do not oppose TDA's motion as it relates to their state-law claims.<br><br>LG by joinder (Joinder, ECF No. 3864)<br><br>~~Mitsubishi Electric by joinder (Joinder, ECF No. 3898; DAPs' Opposition, ECF No. 3916)~~<br><br>Thomson by joinder (Joinder, ECF No. 3888) |
| 3001 | • LG<br>• ~~Mitsubishi Electric~~<br>• Panasonic<br>• Thomson<br>• Toshiba | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• CompuCom<br>• Electrograph<br>• Interbond<br>• Office Depot<br>• P.C. Richard, *et al*<br>• Sears/Kmart[3]<br>• Sharp<br>• Tech Data<br>• Tweeter | Motion for Summary Judgment (on liability) | Yes | 3248 | 3459 | This motion concerns the absence of evidence of liability as to Panasonic Corp and Panasonic Corporation of North America<br><br>LG by joinder (Joinder, ECF No. 3864)<br><br>~~Mitsubishi Electric by joinder (Joinder, ECF No. 3898; DAPs' Opposition, ECF No. 3916)~~<br><br>Thomson by joinder (Joinder, ECF No. 3888) |

---

[2] LG remains in the Sears/Kmart case. All other defendants have settled with Sears/Kmart.

[3] LG remains in the Sears/Kmart case. All other defendants have settled with Sears/Kmart.

| Dkt No. | Moving Parties | Adverse Parties | Title of Motion | Relevant to N.D. Cal. Trial | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| | | | | | | | Toshiba by unopposed joinder (Joinder, ECF No. 3025) |
| 3037 | • LG<br>• ~~Mitsubishi Electric~~<br>• Thomson | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• Costco<br>• ~~Dell~~<br>• Electrograph<br>• Interbond<br>• Office Depot<br>• P.C. Richard, *et al*<br>• Sears/Kmart<br>• Tech Data<br>• Tweeter | Motion for Summary Judgment Based Upon Absence of Evidence of Liability | Yes | 3271 | 3462 | <u>This motion concerns the absence of evidence of liability as to Mitsubishi Electric Corporation</u><br><br>LG by joinder (Joinder, ECF No. 3864)<br><br>Thomson by joinder (Joinder, ECF No. 3888)<br><br>Motion Granted as to MEUS and MEVSA (ECF No. 4559) |
| 3040 | • Koninklijke Philips N.V.<br>• LG<br>• Toshiba | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• Costco<br>• ~~Dell~~<br>• Electrograph<br>• Interbond<br>• Office Depot<br>• P.C. Richard, *et al*<br>• Sears/Kmart[4]<br>• Tech Data<br>• Tweeter | Motion for Summary Judgment (on liability) | Yes | 3240 | 3460 | <u>This motion concerns the absence of evidence of liability as to Koninklijke Philips N.V.</u><br><br>LG by joinder (Joinder, ECF No. 3864)<br><br>Toshiba by unopposed joinder (Joinder, ECF No. 3045)<br><br>Koninklijke Philips N.V.'s Reply brief, ECF No. 3467 at 12, objects to evidence cited in Plaintiff's Opp'n, ECF No. 3240 |

---

[4] LG remains in the Sears/Kmart case. All other defendants have settled with Sears/Kmart.

II. **RESOLVED MOTIONS SINCE APRIL 26, 2016 JOINT FILING (ECF NO. 4604)**

A. **Summary Judgment Motions Related to Absence of Evidence of Liability as to Specific Defendant Entities (argued on February 23, 2016)**

| Dkt No. | Moving Parties | Adverse Parties | Title of Motion | Relevant to N.D. Cal. Trial | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| ~~2981~~ | ~~• LG~~<br>~~• Mitsubishi Electric~~<br>~~• Thomson~~<br>~~• Toshiba~~ | ~~• Best Buy~~<br>~~• Circuit City~~<br>~~• Costco~~<br>~~• Electrograph~~<br>~~• Interbond~~<br>~~• Office Depot~~<br>~~• P.C. Richard, *et al*~~<br>~~• Sears/Kmart~~<br>~~• Sharp~~<br>~~• Tech Data~~<br>~~• Tweeter~~ | ~~Notice of Motion and Motion for Summary Judgment and Partial Summary Judgment (on liability)~~ | ~~Yes~~ | ~~3236~~ | ~~3603~~ | Resolved via court order (ECF No. 4937)<br><br>~~This motion concerns the absence of evidence of liability as to a specific Thomson entity~~<br><br>~~LG by joinder (Joinder, ECF No. 3864)~~<br><br>~~Mitsubishi Electric by joinder (Joinder, ECF No. 3898; DAPs' Opposition, ECF No. 3916)~~<br><br>~~Toshiba by unopposed joinder (Joinder, ECF No. 3012)~~<br><br>~~DAPs' Rule 56(d) Supplement to Opposition (ECF No. 3506)~~ |

B. **Summary Judgment Motions Related to Unresolved Ownership/Control Issues (argued on January 13, 2016)**

| Dkt No. | Moving Parties | Adverse Parties | Title of Motion | Relevant to N.D. Cal. Trial | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| ~~983~~ | • ~~CPT~~<br>• ~~LG~~<br>• ~~MTPD~~<br>• ~~Panasonic~~<br>• ~~Mitsubishi Electric~~<br>• ~~Samsung SDI~~<br>• ~~Thomson~~<br>• ~~Toshiba~~ | • ~~Circuit City~~<br>• ~~CompuCom~~<br>• ~~Costco~~<br>• ~~Dell~~<br>• ~~Electrograph~~<br>• ~~Interbond~~<br>• ~~Office Depot~~<br>• ~~P.C. Richard, et al~~<br>• ~~Sears/Kmart~~<br>• ~~Tech Data~~<br>• ~~Tweeter~~ | ~~Motion for Partial Summary Judgment for Lack of Standing as to Direct Action Plaintiffs' Sherman Act Damage Claims Based on CRT Product Purchases from Samsung Electronics~~ | ~~Yes~~ | ~~3244~~ | ~~3454~~ | Resolved via court order (ECF No. 4742)<br><br>~~LG by joinder (Joinder, ECF No. 3864)~~<br><br>~~Mitsubishi Electric by joinder (Joinder, ECF No. 3898; DAPs' Opposition, ECF No. 3916)~~<br><br>~~Panasonic and MTPD by unopposed joinder (Joinder, ECF No. 4220)~~<br><br>~~Thomson by joinder (Joinder, ECF No. 3888)~~<br><br>~~Toshiba by unopposed joinder (Joinder, ECF No. 3015)~~<br><br>~~CPT by unopposed joinder (Joinder, ECF No. 4225)~~<br><br>~~DAPs' Notice of Supplemental Authority (ECF No. 4467)~~ |

| Dkt No. | Moving Parties | Adverse Parties | Title of Motion | Relevant to N.D. Cal. Trial | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| ~~3014~~ | ~~• LG~~<br>~~• Mitsubishi Electric~~<br>~~• MTPD~~<br>~~• Panasonic~~<br>~~• Philips~~<br>~~• Samsung SDI~~<br>~~• Thomson~~<br>~~• Toshiba~~ | ~~• Best Buy~~<br>~~• Circuit City~~<br>~~• Costco~~<br>~~• Interbond~~<br>~~• Sears/Kmart~~ | ~~Motion for Partial Summary Judgment with Respect to DAPs' Alleged Direct Damage Claims Based on Purchases from Sanyo~~ | ~~Yes~~ | ~~3275~~ | ~~3425~~ | Resolved via court order (ECF No. 4742)<br><br>~~DAPs' Notice of Supplemental Authority (ECF No. 4467)~~ |
| ~~3026~~ | ~~• CPT~~<br>~~• LG~~<br>~~• Mitsubishi Electric~~<br>~~• MTPD~~<br>~~• Panasonic~~<br>~~• Thomson~~ | ~~• Best Buy~~<br>~~• Circuit City~~<br>~~• Costco~~<br>~~• Dell~~<br>~~• Electrograph~~<br>~~• Interbond~~<br>~~• Office Depot~~<br>~~• P.C. Richard, et al~~<br>~~• Sears/Kmart~~<br>~~• Tech Data~~<br>~~• Tweeter~~ | ~~Motion for Partial Summary Judgment as to Direct Action Purchaser's Sherman Act Damages Claims Based on CRT Product Purchases from NEC Corporation and NEC-Mitsubishi Electric Visual Systems Corporation~~ | ~~Yes~~ | ~~3251~~ | ~~3445~~ | Resolved via court order (ECF No. 4742)<br><br>~~LG by joinder (Joinder, ECF No. 3864)~~<br><br>~~Panasonic and MTPD by unopposed joinder (Joinder, ECF No. 4220)~~<br><br>~~Thomson by joinder (Joinder, ECF No. 3888)~~<br><br>~~CPT by unopposed joinder (Joinder, ECF No. 4225)~~<br><br>~~DAPs' Notice of Supplemental Authority (ECF No. 4467)~~ |

| Dkt No. | Moving Parties | Adverse Parties | Title of Motion | Relevant to N.D. Cal. Trial | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| ~~053~~ | • ~~CPT~~<br>• ~~LG~~<br>• ~~Mitsubishi Electric~~<br>• ~~MTPD~~<br>• ~~Panasonic~~<br>• ~~Thomson~~<br>• ~~Toshiba~~ | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• ~~CompuCom~~<br>• ~~Costco~~<br>• ~~Electrograph~~<br>• ~~Interbond~~<br>• ~~Office Depot~~<br>• ~~P.C. Richard, et al~~<br>• ~~Sears/Kmart~~<br>• ~~Tech Data~~<br>• ~~Tweeter~~ | ~~Corrected Motion for Partial Summary Judgment on Standing Grounds~~ | ~~Yes~~ | ~~3279~~ | ~~3455~~ | Resolved via court order (ECF No. 4742)<br><br>~~Mitsubishi Electric by joinder (Joinder, ECF No. 3898; DAPs' Opposition, ECF No. 3916)~~<br><br>~~Panasonic and MTPD by unopposed joinder (Joinder, ECF No. 4220)~~<br><br>~~Thomson by joinder (Joinder, ECF No. 3888)~~<br><br>~~Toshiba by unopposed joinder (Joinder, ECF No. 3047)~~<br><br>~~CPT by unopposed joinder (Joinder, ECF No. 4225)~~<br><br>~~DAPs' Notice of Supplemental Authority (ECF No. 4467)~~<br><br>~~LG's Reply brief, ECF No. 3455 at 4 n.4, objects to evidence cited in Plaintiffs' Opp'n, ECF No. 3279~~ |

C. Summary Judgment Motions Related to Plaintiffs' Standing (argued on January 20, 2016)

| Dkt No. | Moving Parties | Adverse Parties | Title of Motion | Relevant to N.D. Cal. Trial | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| ~~2994~~ | • ~~LG~~<br>• ~~Mitsubishi Electric~~<br>• ~~MTPD~~<br>• ~~Panasonic~~<br>• ~~Philips~~<br>• ~~Samsung SDI~~<br>• ~~TDA~~<br>• ~~Thomson~~<br>• ~~Toshiba~~ | • ~~MARTA~~ | ~~Motion for Summary Judgment with Respect to MARTA~~ | ~~No~~ | ~~3267~~ | ~~3431~~ | Resolved via court order (ECF No. 4742) |
| ~~3050~~ | • ~~CPT~~<br>• ~~LG~~<br>• ~~Mitsubishi Electric~~<br>• ~~MTPD~~<br>• ~~Panasonic~~<br>• ~~Philips~~<br>• ~~Samsung SDI~~<br>• ~~Toshiba~~<br>• ~~Thomson~~<br>• ~~TDA~~ | • ~~Sherman Act claims of: Best Buy, Circuit City, CompuCom, Costco, Electrograph, Interbond, P.C. Richard, et al, Office Depot, Sears/Kmart, Tech Data, Tweeter, ViewSonic~~<br>• ~~California state law claim of Costco~~ | ~~Joint Motion for Partial Summary Judgment Against IPPs and Certain DAPs for Lack of Antitrust Injury and Antitrust Standing Under Federal and Certain State Laws~~ | ~~Yes~~ | ~~3245~~ | ~~3428~~ | Resolved via court order (ECF No. 4742)<br><br>~~All other state law claims initially at issue in the motion have been resolved by stipulation or settlement.~~<br><br>~~DAPs' Notice of Supplemental Authority (ECF No. 4333)~~<br><br>~~DAPs' Notice of Supplemental Authority (ECF No. 4467)~~ |

D. **Summary Judgment Motions Related to the Foreign Trade Antitrust Improvement Act (FTAIA) (argued on January 27, 2016)**

| Dkt No. | Moving Parties | Adverse Parties | Title of Motion | Relevant to N.D. Cal. Trial | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| ~~3003~~ | • ~~LG~~<br>• ~~Mitsubishi Electric~~<br>• ~~Samsung SDI~~ | • ~~Dell~~ | ~~Defendants' Joint Notice of Motion and Motion for Summary Judgment Based Upon Plaintiffs' Foreign Transactions Barred by the FTAIA~~ | ~~No~~ | ~~3235~~ | ~~3447~~ | Denied as moot (ECF No. 4910)<br><br>~~LG by unopposed joinder (as noted in LG's Motion for Partial Summary Judgment on FTAIA Grounds, ECF No. 3032)~~<br><br>~~DAPs' Supplemental Brief (ECF No. 4288)~~<br><br>~~Defendants' Supplemental Brief (ECF No. 4289)~~ |
| ~~3006~~ | • ~~CPT~~<br>• ~~LG~~<br>• ~~Mitsubishi Electric~~<br>• ~~MTPD~~<br>• ~~Panasonic~~<br>• ~~Philips~~<br>• ~~Samsung SDI~~<br>• ~~TDA~~<br>• ~~Thomson~~<br>• ~~Toshiba~~ | • ~~Best Buy~~<br>• ~~Costco~~<br>• ~~Interbond~~<br>• ~~Office Depot~~ | ~~Motion for Partial Summary Judgment on Plaintiffs' Indirect Purchaser Claims Based on Foreign Sales~~ | ~~No~~ | ~~3287~~ | ~~3452~~ | Moot (ECF No. 4910)<br><br>~~LG by unopposed joinder (as noted in LG's Motion for Partial Summary Judgment on FTAIA Grounds, ECF No. 3032)~~<br><br>~~The Court previously dismissed certain claims previously at issue in this motion, including the state law indirect claims of Tech Data ECF No. 2433); Costco (ECF No. 3181, 2262); Sears (ECF No. 3394); Electrograph, CompuCom, P.C. Richard, et. al. and Tweeter (ECF No. 3226). The parties stipulated to dismissal of the state law claims of Interbond and Office Depot prior to the hearing on this motion (ECF No.~~ |

| Dkt No. | Moving Parties | Adverse Parties | Title of Motion | Relevant to N.D. Cal. Trial | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| | | | | | | | 4335). |
| | | | | | | | DAPs' Supplemental Brief (ECF No. 4288) |
| | | | | | | | Defendants' Supplemental Brief (ECF No. 4289) |
| 3008 | • CPT (as to Best Buy and ViewSonic only)<br>• LG<br>• Mitsubishi Electric<br>• MTPD<br>• Panasonic<br>• Philips<br>• Samsung SDI<br>• TDA<br>• Thomson<br>• Toshiba | • Best Buy<br>• Circuit City<br>• CompuCom<br>• Costco<br>• Dell<br>• Electrograph<br>• Interbond<br>• Office Depot<br>• P.C. Richard, et al<br>• Sears/Kmart<br>• Tech Data<br>• Tweeter<br>• ViewSonic | Motion for Summary Judgment Based Upon Plaintiffs' Failure to Distinguish Between Actionable and Non-Actionable Damages Under the FTAIA | Yes | 3272 | 3442 | Resolved via court order (ECF No. 4910)<br><br>LG by unopposed joinder (as noted in LG's Motion for Partial Summary Judgment on FTAIA Grounds, ECF No. 3032)<br><br>DAPs' Supplemental Brief (ECF No. 4288)<br><br>Defendants' Supplemental Brief (ECF No. 4289)<br><br>DAPs' Notice of Supplemental Authority (ECF No. 4467)<br><br>Panasonic and MTPD's Notice of Clarification (ECF No. 3815) |
| 3032 | • LG<br>• Mitsubishi Electric | • Sears/Kmart<br>• Tech Data<br>• Tweeter<br>• ViewSonic<br>• Best Buy<br>• Circuit City<br>• CompuCom<br>• Costco<br>• Dell | Motion for Partial Summary Judgment on FTAIA Grounds | Yes | 3272-3 | 3443 | Resolved via court order (ECF No. 4910)<br><br>Mitsubishi Electric by joinder (Joinder, ECF No. 3898; DAPs' Opposition, ECF No. 3916)<br><br>DAPs' Supplemental Brief (ECF No. 4288) |

| Dkt No. | Moving Parties | Adverse Parties | Title of Motion | Relevant to N.D. Cal. Trial | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| | | • ~~Electrograph~~<br>• ~~Interbond~~<br>• ~~Office Depot~~<br>• ~~P.C. Richard, *et al*~~ | | | | | ~~Defendants' Supplemental Brief (ECF No. 4289)~~<br><br>~~DAPs' Notice of Supplemental Authority (ECF No. 4467)~~ |

E. **Summary Judgment Motion Related to the Statute of Limitations (argued on February 9, 2016)**

| Dkt No. | Moving Parties | Adverse Parties | Title of Motion | Relevant to N.D. Cal. Trial | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| ~~3044~~ | • ~~LG~~<br>• ~~Mitsubishi Electric~~<br>• ~~Samsung SDI~~<br>• ~~Thomson~~<br>• ~~Toshiba~~ | • ~~Dell~~<br>• ~~Sharp~~ | ~~Motion for Partial Summary Judgment against Dell and Sharp Plaintiffs on Statute of Limitations Grounds~~ | ~~As to Sharp only~~ | ~~3231 (Dell)~~<br><br>~~3283 (Sharp)~~ | ~~3472~~ | Resolved via court order (ECF No. 4786)<br><br>~~Sharp's Objection to Reply Evidence (ECF No. 3503)~~ |

F.  **Summary Judgment Motions Related to Withdrawal from the Alleged Conspiracy (argued on February 9, 2016)**

| Dkt No. | Moving Parties | Adverse Parties | Title of Motion | Relevant to N.D. Cal. Trial | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| ~~2972~~ | • ~~LG~~<br>• ~~Mitsubishi Electric~~<br>• ~~Toshiba~~ | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• ~~CompuCom~~<br>• ~~Costco~~<br>• ~~Electrograph~~<br>• ~~Interbond~~<br>• ~~Office Depot~~<br>• ~~P.C. Richard, et al~~<br>• ~~Sears/Kmart~~<br>• ~~Tech Data~~<br>• ~~Tweeter~~ | ~~Notice of Motion and Motion for Summary Judgment Based Upon Withdrawal and the Statutes of Limitations~~ | ~~Yes~~ | ~~3268~~ | ~~3433~~ | Resolved via court order (ECF No. 4786)<br><br>~~This motion concerns withdrawal by Hitachi~~<br><br>~~LG by joinder (Joinder, ECF No. 3864)~~<br><br>~~Mitsubishi Electric by joinder (Joinder, ECF No. 3898; DAPs' Opposition, ECF No. 3916)~~<br><br>~~Toshiba by unopposed joinder (Joinder, ECF No. 3011)~~<br><br>~~ECF No. 4359 (identifying objections laid out in ECF No. 3449, which objects to evidence cited in ECF No. 3268)~~<br><br>~~Plaintiffs note that ECF Nos. 3449 and 4359 violated Local Rule 7-3(a), which requires that any evidentiary objections "must be contained within the [reply] brief or memorandum," and ask that the Court disregard the improperly filed objections~~ |

| Dkt No. | Moving Parties | Adverse Parties | Title of Motion | Relevant to N.D. Cal. Trial | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| ~~2995~~ | • ~~LG~~<br>• ~~Mitsubishi Electric~~<br>• ~~Toshiba~~ | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• ~~CompuCom~~<br>• ~~Costco~~<br>• ~~Electrograph~~<br>• ~~Interbond~~<br>• ~~Office Depot~~<br>• ~~P.C. Richard, et al~~<br>• ~~Sears/Kmart~~<br>• ~~Sharp~~<br>• ~~Tech Data~~<br>• ~~Tweeter~~ | ~~Motion for Summary Judgment Concerning Withdrawal~~ | ~~Yes~~ | ~~3280~~ | ~~3437~~ | Resolved via court order (ECF No. 4786)<br><br>~~This motion concerns withdrawal by Toshiba~~<br><br>~~LG by joinder (Joinder, ECF No. 3864)~~<br><br>~~Mitsubishi Electric by joinder (Joinder, ECF No. 3898; DAPs' Opposition, ECF No. 3916)~~ |
| ~~3027~~ | • ~~LG~~<br>• ~~Mitsubishi Electric~~<br>• ~~Philips~~<br>• ~~Toshiba~~ | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• ~~CompuCom~~<br>• ~~Costco~~<br>• ~~Electrograph~~<br>• ~~Interbond~~<br>• ~~Office Depot~~<br>• ~~P.C. Richard, et al~~<br>• ~~Sears/Kmart~~<br>• ~~Sharp~~<br>• ~~Tech Data~~<br>• ~~Tweeter~~ | ~~Motion for Partial Summary Judgment (based on withdrawal)~~ | ~~Yes~~ | ~~3241~~ | ~~3461~~ | Resolved via court order (ECF No. 4786)<br><br>~~This motion concerns withdrawal by Philips Electronics North America Corporation, Philips Taiwan Limited, Philips do Brasil Ltda~~<br><br>~~LG by joinder (Joinder, ECF No. 3864)~~<br><br>~~Mitsubishi Electric by joinder (Joinder, ECF No. 3898; DAPs' Opposition, ECF No. 3916)~~<br><br>~~Toshiba by unopposed joinder (Joinder, ECF No. 3028)~~ |

| Dkt No. | Moving Parties | Adverse Parties | Title of Motion | Relevant to N.D. Cal. Trial | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| ~~3086~~ | ~~• LG~~<br>~~• Mitsubishi Electric~~<br>~~• Toshiba~~ | ~~• Best Buy~~<br>~~• Circuit City~~<br>~~• CompuCom~~<br>~~• Costco~~<br>~~• Dell~~<br>~~• Electrograph~~<br>~~• Interbond~~<br>~~• Office Depot~~<br>~~• P.C. Richard, *et al*~~<br>~~• Sears/Kmart~~<br>~~• Sharp~~<br>~~• Tech Data~~<br>~~• Tweeter~~ | ~~Motion for Partial Summary Judgment on Withdrawal Grounds (Correction of ECF No. 3043).~~ | ~~Yes~~ | ~~3262-3~~ | ~~3444~~ | Resolved via court order (ECF No. 4786)<br><br>~~This motion concerns withdrawal by LG~~<br><br>~~Mitsubishi Electric by joinder (Joinder, ECF No. 3898; DAPs' Opposition, ECF No. 3916)~~<br><br>~~Toshiba by unopposed joinder (Joinder, ECF No. 3055)~~<br><br>~~LG's Reply brief, ECF No. 3444 at 9 n.7, objects to evidence cited in Plaintiffs' Opp'n, ECF No. 3262~~ |

### III.  RESOLVED MOTIONS SINCE NOVEMBER 17, 2015 JOINT FILING (ECF NO. 4192)

| Dkt No. | Moving Parties | Adverse Parties | Title of Motion | Relevant to N.D. Cal. Trial | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| ~~3048~~ | ~~• LG~~<br>~~• Mitsubishi Electric US, Inc.~~<br>~~• Mitsubishi Electric Visual Solutions America, Inc.~~ | ~~• Best Buy~~<br>~~• Costco~~<br>~~• Dell~~<br>~~• Electrograph~~<br>~~• Interbond~~<br>~~• Office Depot~~<br>~~• P.C. Richard, *et al*~~<br>~~• Tech Data~~<br>~~• Tweeter~~ | ~~Motion for Summary Judgment (on liability)~~ | ~~Yes~~ | ~~3257~~ | ~~3434~~ | This motion was resolved by the Court's April 14, 2016 order (ECF No. 4559). |

| Dkt No. | Moving Parties | Adverse Parties | Title of Motion | Relevant to N.D. Cal. Trial | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| ~~2978~~ | • ~~LG~~<br>• ~~Mitsubishi Electric~~<br>• ~~MTPD~~<br>• ~~Panasonic~~<br>• ~~Philips~~<br>• ~~Samsung SDI~~<br>• ~~Toshiba~~<br>• ~~Thomson~~<br>• ~~TDA~~ | • ~~Interbond~~<br>• ~~Office Depot~~ | ~~Motion for Partial Summary Judgment As To Indirect Purchaser Plaintiffs' and Certain Direct Action Plaintiffs' State Law Claims on Statute of Limitations Grounds~~ | ~~No~~ | ~~3250~~ | ~~3448~~ | The parties stipulated to dismissal of the state law claims of Interbond and Office Depot prior to the hearing on this motion (ECF No. 4335). |
| ~~3031~~ | • ~~LG~~<br>• ~~MTPD~~<br>• ~~Panasonic~~<br>• ~~Philips~~<br>• ~~Samsung SDI~~<br>• ~~TDA~~ | • ~~Interbond~~<br>• ~~Office Depot~~ | ~~Motion for Partial Summary Judgment against Certain Direct Action Plaintiffs on State Law Claims Limited to Intrastate Activity~~ | ~~No~~ | ~~3252~~ | ~~3423~~ | The parties stipulated to dismissal of the state law claims of Interbond and Office Depot prior to the hearing on this motion (ECF No. 4335). |
| ~~3102~~ | • ~~CPT~~ | • ~~ViewSonic~~ | Motion for Partial Summary Judgment for Lack of Standing as to ViewSonic Corporation | Yes | 3263 | 3476 | Denied as moot (ECF No. 4596)<br>ECF No. 3473, Chunghwa's motion to exclude evidence re: ECF No. 3102, is accordingly moot. |

| Dkt No. | Moving Parties | Adverse Parties | Title of Motion | Relevant to N.D. Cal. Trial | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| 2997 | • LG<br>• TDA<br>• Toshiba | • Costco | Motion for Partial Summary Judgment against Costco on Choice of Law Grounds | No | 3264 | 3469 | Resolved via court order (ECF Nos. 4582, 4733) |
| 3029 | • LG<br>• Toshiba | • Costco | Motion for Partial Summary Judgment against Certain Direct Action Plaintiffs on Due Process Grounds | No | 3264 | 3469 | Resolved via court order (ECF Nos. 4582, 4733)<br><br>Toshiba by unopposed joinder (Joinder, ECF No. 3038) |
| 3108 | • CPT<br>• LG<br>• Mitsubishi Electric<br>• Panasonic<br>• Philips<br>• Samsung SDI<br>• Thomson | • Sears/Kmart<br>• Tech Data<br>• Tweeter<br>• ViewSonic | Motion for Summary Judgment Based Upon Failure to Provide Evidence to Avoid FTAIA Bar on Foreign Commerce | Yes | 3249 | 3477 | Denied as moot (ECF No. 4596) |

| Dkt No. | Moving Parties | Adverse Parties | Title of Motion | Relevant to N.D. Cal. Trial | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| ~~2973~~[5] | • ~~CPT~~<br>• ~~Thomson~~<br>• ~~Toshiba~~ | • ~~Best Buy~~ | ~~Motion for Summary Judgment on Direct Action Plaintiffs' State Law Claims on Due Process Grounds~~ | ~~Yes~~ | ~~3258-3~~ | ~~3422~~ | Denied as moot (ECF No. 4596) |

551644.1

---

[5]  This motion is affected by the settlements in principle between Best Buy and the Toshiba, Panasonic, LG, and Thomson Defendants.