# Exhibit 2

**PARTIES' SUGGESTION FOR PRIORITIZATION OF *DAUBERT* MOTIONS
AND MOTIONS *IN LIMINE* (UPDATED BASED ON COURT'S RECENT RULINGS)**

| MOTIONS REQUESTED BY BOTH PARTIES | MOTIONS REQUESTED BY PLAINTIFFS SEARS/KMART | MOTIONS REQUESTED BY DEFENDANT LGE |
|---|---|---|
| Dkt. 3558 (Plaintiffs' MIL No. 2) – Motion to Exclude Evidence or Argument regarding Downstream Pass-Through | Dkt. 3170 – Plaintiffs' Motion *in Limine* to Partially Exclude Expert Report and Opinions of Dr. Ordover | ~~Dkt. 3559 (Defendants' MIL No. 1) – Motion for Pretrial Proffer and Ruling on Admissibility of Alleged Co-Conspirator Statements Under Fed. R. Evid. 801(d)(2)(E)~~ |
| Dkt. 3558 (Plaintiffs' MIL No. 4) – Motion to Exclude Evidence or Argument regarding Plaintiffs' Purported "Market Power" | Dkt. 3558 – (Plaintiffs' MIL No. 14) - Motion to Exclude References to and Evidence of Defendants' Non-Indictment | ~~Dkt. 3601 (Mitsubishi No. 1) – Mitsubishi Electric's Motion In Limine No. 1 to Exclude the SDI Interrogatory Response~~ |
| Dkt. 3558 (Plaintiffs' MIL No. 10) – Motion to Exclude Evidence or Argument regarding Incomplete Pass-Through of Overcharges through Affiliate Entities | ~~Dkt. 3558 (Plaintiffs' MIL No. 1) – Motion to Exclude Evidence or Argument regarding Plaintiffs' Competitive Intelligence Practices~~ | |
| Dkt. 3558 (Plaintiffs' MIL No. 11) – Motion to Establish the Preclusive Effect of, or in the Alternative Admit, the Decision of the European Commission | | |
| Dkt. 3583 (Defendants' MIL No. 2) – Motion to Exclude Evidence or Testimony Pertaining to Foreign Antitrust Investigations | | |

| MOTIONS REQUESTED BY BOTH PARTIES | MOTIONS REQUESTED BY PLAINTIFFS SEARS/KMART | MOTIONS REQUESTED BY DEFENDANT LGE |
|---|---|---|
| Dkt. 3556 (Defendants' MIL No. 3) – Motion to Exclude All Evidence and Reference at Trial to the U.S. Department of Justice's Criminal Investigation of the Cathode Ray Tube Industry | | |
| Dkt. 3572 (Defendants' MIL No. 4) – Motion to Exclude LCD and Other Non-CRT Product Conspiracies | | |
| Dkt. 3589 (Defendants' MIL No. 5) – Motion to Exclude Plea by Samsung SDI Company, Ltd as to Non-Pleading Defendants or, Alternatively, to Provide A Limiting Instruction | | |
| Dkt. 3597 (Defendants' MIL No. 16) – Motion to Permit Evidence and Argument Regarding Upstream Pass-on and Plaintiffs' Bargaining Power | | |
| ~~Dkt. 3174 – Defendants' Joint Motion to Exclude Certain Expert Testimony of Professor Kenneth Elzinga~~ | | |

551617.1