DILLINGHAM & MURPHY, LLP
WILLIAM F. MURHPY, ESQ. (SBN 82482)
ARTHUR S. GAUS, ESQ. (SBN 289560)
353 Sacramento Street, Suite 2000
San Francisco, California 94111
Telephone (415) 397-2700
Facsimile (415) 397-3300

ATTORNEYS FOR DEFENDANT
TECHNOLOGIES DISPLAYS AMERICAS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT – SAN FRANCISCO

| | |
|---|---|
| **In re CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Case No. 07-cv-05944 SC |
| | MDL No. 1917 |
| This Document Relates to:  Individual Case No. 3:13-cv-05262-SC | **NOTICE OF ADDRESS CHANGE** |
| Sears, Roebuck and Co. and Kmart Corp., | |
| Plaintiffs, | |
| v. | |
| Technicolor SA, et al., | |
| Defendants. | |

        PLEASE TAKE NOTICE that effective November 7, 2016, DILLINGHAM & MURPHY,

LLP will change the address of its San Francisco, California office.  All pleadings, discovery,

correspondence and other material should be served upon counsel at the new address referenced

below.

        DILLINGHAM & MURPHY, LLP
        601 Montgomery Street, Suite 1900
        San Francisco, California 94111

1    The telephone and facsimile numbers will remain the same.

2              Telephone:  (415) 397-2700
               Facsimile:   (415) 397-3300
3

4    Dated:  November 2, 2016                    DILLINGHAM & MURPHY, LLP
                                                 WILLIAM F. MURHPY
5                                                ARTHUR S. GAUS

6

7
                                        By:  /s/ William F. Murphy
8                                            _____
                                             *Attorneys for Defendant Technologies Displays*
9                                            *Americas, LLC*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28