1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-JST (N.D. Cal) |
| This Document Relates to: | MDL No. 1917 |
| *Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514 | **[PROPOSED] ORDER DENYING SEARS' AND KMART'S ADMINISTRATIVE MOTION TO ESTABLISH A PROCEDURE TO STREAMLINE TRIAL AND MINIMIZE UNFOUNDED EVIDENTIARY OBJECTIONS** |
| | Judge:  Hon. Jon S. Tigar<br>Court:  Courtroom 9, 19th Floor |

MDL No. 1917
Master No. 3:07-cv-05944-JST

[PROPOSED] ORDER DENYING SEARS' AND KMART'S ADMINISTRATIVE MOTION TO ESTABLISH A
PROCEDURE TO STREAMLINE TRIAL AND MINIMIZE UNFOUNDED EVIDENTIARY OBJECTIONS

1  Upon consideration of Sears' and Kmart's Administrative Motion to Establish a Procedure
2  to Streamline Trial and Minimize Unfounded Evidentiary Objections, it is hereby ORDERED that
3  the motion is DENIED.

**IT IS SO ORDERED.**

Dated:_____   _____
   Hon. Jon S. Tigar
   United States District Judge

-1-

MDL No. 1917
Master No. 3:07-cv-05944-JST

[PROPOSED] ORDER DENYING SEARS' AND KMART'S ADMINISTRATIVE MOTION TO ESTABLISH A PROCEDURE TO STREAMLINE TRIAL AND MINIMIZE UNFOUNDED EVIDENTIARY OBJECTIONS