BRAD BRIAN (State Bar No. 079001)
brad.brian@mto.com
GREGORY J. WEINGART (State Bar No. 157997)
gregory.weingart@mto.com
E. MARTIN ESTRADA (State Bar No. 223802)
martin.estrada@mto.com
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, California 90071-1560
Telephone:    (213) 683-9100
Facsimile:    (213) 687-3702

*Attorneys for Defendant LG Electronics, Inc.*

Additional Counsel on Signature Pages

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-JST (N.D. Cal) |
| | MDL No. 1917 |
| This Document Relates to: *Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514 | **JOINT ADMINISTRATIVE MOTION FOR ADOPTION OF PROCEDURE TO RESOLVE PROTECTIVE ORDER ISSUES PRETRIAL**<br><br>[Stipulation and [Proposed] Order to Show Cause Filed Concurrently Herewith]<br><br>Judge:   Hon. Jon S. Tigar<br>Court:   Courtroom 9, 19th Floor |

At the September 20, 2016 status conference, one topic of discussion was the strong presumption in favor of a public trial in spite the large volume of material designated under the protective order entered in this litigation, *see* ECF No. 306.  Plaintiffs Sears, Roebuck and Co. and Kmart Corporation ("Plaintiffs") and Defendant LG Electronics, Inc. ("LGE"), the only remaining parties in this case, have met and conferred regarding the most efficient way to resolve potential protective order issues pretrial, and respectfully request that this Court consider the procedure set forth in the Proposed Order to Show Cause (the "Protective Order Procedure") filed concurrently herewith.  The parties believe that the Protective Order Procedure would efficiently provide notice to entities who have designated protected material in MDL No. 1917 ("designating parties") and offer them an opportunity to request with this Court that their documents remain under seal, while also respecting the strong presumption in favor of a public trial.  To the extent any designating party files an administrative motion pursuant to the Protective Order Procedure and requests oral argument, the parties defer to the Court as to setting a date for oral argument.

The parties therefore respectfully request that the Court enter the Proposed Order to Show Cause filed concurrently herewith.

Dated: November 7, 2016                          Respectfully submitted,

MUNGER, TOLLES & OLSON LLP

By:      */s/ Brad D. Brian*_____
BRAD BRIAN (State Bar No. 079001)
brad.brian@mto.com
GREGORY J. WEINGART (State Bar No. 157997)
gregory.weingart@mto.com
E. MARTIN ESTRADA (State Bar No. 223802)
martin.estrada@mto.com
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, California 90071-1560
Telephone:     (213) 683-9100
Facsimile:      (213) 687-3702

*Attorneys for Defendant LG Electronics, Inc.*

-1-

MDL No. 1917
Master No. 3:07-cv-05944-JST
JOINT ADMINISTRATIVE MOTION FOR ADOPTION OF PROCEDURE TO RESOLVE PROTECTIVE ORDER ISSUES PRETRIAL

|   |   |
|---|---|
| 1 | KENNY NACHWALTER, P.A. |
| 2 |   |
| 3 | By:  */s/ William J. Blechman* |
|   | Richard Alan Arnold, Esquire |
|   | William J. Blechman, Esquire |
| 4 | Kevin J. Murray, Esquire |
| 5 | Samuel J. Randall, Esquire |
|   | 1441 Brickell Avenue |
| 6 | Suite 1100 |
|   | Miami, Florida  33131 |
| 7 | Tel:     (305) 373-1000 |
|   | Fax:    (305) 372-1861 |
| 8 | E-mail: rarnold@knpa.com |
|   |               wblechman@knpa.com |
| 9 |               kmurray@knpa.com |
| 10|               srandall@knpa.com |
| 11| *Counsel for Plaintiffs Sears, Roebuck and Co. and Kmart Corporation* |

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.

-2-

MDL No. 1917
Master No. 3:07-cv-05944-JST

JOINT ADMINISTRATIVE MOTION FOR ADOPTION OF PROCEDURE TO RESOLVE PROTECTIVE ORDER ISSUES PRETRIAL