1  *[Stipulating parties listed on signature page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-JST (N.D. Cal) |
| | MDL No. 1917 |
| This Document Relates to: | **STIPULATION REGARDING MOTION FOR ADOPTION OF PROCEDURE TO RESOLVE PROTECTIVE ORDER ISSUES PRETRIAL** |
| *Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514 | |
| | **[Joint Administrative Motion and [Proposed] Order to Show Cause Filed Concurrently Herewith]** |
| | Judge:  Hon. Jon S. Tigar<br>Court:  Courtroom 9, 19th Floor |

1     WHEREAS, Plaintiffs Sears, Roebuck and Co. and Kmart Corporation ("Plaintiffs") are
2  the only remaining plaintiffs in Case No. 11-cv-05514 ("*Sears/Kmart* case");
3     WHEREAS, LG Electronics, Inc. ("LGE") is the only remaining defendant in the
4  *Sears/Kmart* case;
5     WHEREAS, the trial in the *Sears/Kmart* case is set for January 9, 2017, *see* ECF No.
6  4658;
7     WHEREAS, both parties are aware of the strong presumption in favor of a public trial;
8     PURSUANT TO LOCAL RULE 7-12, PLAINTIFFS AND LGE, BY AND THROUGH
9  THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:
10    1.    The Protective Order Procedure set forth in the Proposed Order to Show Cause
11 Regarding Motion for Adoption of Procedure to Resolve Protective Order Issues Pretrial (the
12 "Proposed Order to Show Cause"), filed concurrently herewith, would efficiently provide notice to
13 entities who have designated protected material in this litigation and offer them an opportunity to
14 request with this Court that their documents remain under seal, while also respecting the strong
15 presumption in favor of a public trial;
16    2.    The parties therefore concur, as set forth in the Joint Administrative Motion for
17 Adoption of Procedure to Resolve Protective Order Issues Pretrial, in jointly and respectfully
18 requesting that this Court enter the Proposed Order to Show Cause.

Dated: November 7, 2016   Respectfully submitted,

MUNGER, TOLLES & OLSON LLP

By: _____/s/ Brad D. Brian_____
BRAD BRIAN (State Bar No. 079001)
brad.brian@mto.com
GREGORY J. WEINGART (State Bar No. 157997)
gregory.weingart@mto.com
E. MARTIN ESTRADA (State Bar No. 223802)
martin.estrada@mto.com
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, California 90071-1560
Telephone:    (213) 683-9100
Facsimile:     (213) 687-3702

*Attorneys for Defendant LG Electronics, Inc.*

KENNY NACHWALTER, P.A.

By: __/s/  William J. Blechman_____
Richard Alan Arnold, Esquire
William J. Blechman, Esquire
Kevin J. Murray, Esquire
Samuel J. Randall, Esquire
1441 Brickell Avenue
Suite 1100
Miami, Florida  33131
Tel:     (305) 373-1000
Fax:     (305) 372-1861
E-mail: rarnold@knpa.com
            wblechman@knpa.com
            kmurray@knpa.com
            srandall@knpa.com

*Counsel for Plaintiffs Sears, Roebuck and Co. and Kmart Corporation*

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.