UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917<br>Case No. C-07-5944 JST |
| This Order Relates To:<br><br>ALL INDIRECT PURCHASER ACTIONS | **ORDER** |

On June 23, 2016, Pillsbury filed an administrative motion to terminate its obligation to forward pleadings to its former clients, the Irico Entities. ECF No. 4681. Although Pillsbury withdrew from representation of the Irico Entities six years ago, the Court had ordered Pillsbury to continue to forward pleadings to the Irico Entities. ECF No. 732. As of July 28, 2016, the Indirect Purchaser Plaintiffs no longer oppose Pillsbury's administrative motion, ECF No. 4734, since they have decided not to seek a default judgment against the Irico Entities.

The Court agrees that Pillsbury should no longer be required to forward pleadings in this case to its former clients. Pillsbury's administrative motion is granted.

IT IS SO ORDERED.

Dated: November 7, 2016

_____
JON S. TIGAR
United States District Judge