# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date:  November 8, 2016                                        Judge:  Jon S. Tigar

Time:  56 minutes

| | |
|---|---|
| Case No. | **3:07-cv-05944-JST** |
| Case Name | **MDL No. 1917 In Re: Cathode Ray Tube (CRT) Antitrust Litigation** |

Attorneys for Plaintiffs:         William J. Blechman
                                  Christina Ceballos-Levy
                                  Jonathan A. Patchen
                                  R. Alexander Saveri
                                  Kyle Smith

Attorneys for Defendants:         E. Martin Estrada
                                  Cathleen H. Hartge
                                  Gregory J. Weingart

                                  Appearing telephonically:
                                  Kevin Goldstein
                                  Kathy L. Osborn
                                  Jeffrey S. Roberts

Deputy Clerk:  William Noble                    Court Reporter: Leo Mankiewicz

## PROCEEDINGS

Further case management conference.

## RESULT OF HEARING

1. The Court will allocate 40 hours of time per side for the trial scheduled to begin on January 9, 2017.  Opening statements and closing argument will not be charged against trial time.  The Court estimates the trial will take approximately eight weeks with three days allocated for jury selection including the completion of a written questionnaire by the venire.

2. No oral argument was made in response to the Motion for Administrative Relief (ECF No. 5000).  A written response will be filed on the Court's docket.

Date        November 8, 2016
Case No.    3:07-cv-05944-JST
Case Name   MDL No. 1917 In Re: Cathode Ray Tube (CRT) Antitrust Litigation

3. The Court ruled that a party that offers deposition testimony in its case in chief is not obligated to play its opponents counter designations at the same time

4. The Court took under submission the Plaintiff's request to schedule testimony on Friday, January 20, 2017.  However, the Court did rule that once a witness is on the stand, their testimony will not be interrupted for an out of country trip.

5. Counsel for plaintiff requested the Court prioritize its ruling on the pending motion in limine filed at ECF No. 3558 (Motion in Limine #11).  Counsel for the defendant requested the Court rule on the motion in limine filed at ECF No. 3597 which relates to plaintiff's motion at ECF No. 3558.

6. The pretrial conference set for December 12, 2016 and December 13, 2016 will remain as previously set.

7. The plaintiff shall prepare a proposed order memorializing the orders issued by the Court during this pretrial conference.

Date        November 8, 2016
Case No.    3:07-cv-05944-JST
Case Name   MDL No. 1917 In Re: Cathode Ray Tube (CRT) Antitrust Litigation

2