UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 |
|---|---|
| | Case No. C-07-5944 JST |
| This Order Relates To: | **ORDER RE JURY QUESTIONNAIRE** |
| *Sears, Roebuck & Co., and Kmart Corporation v. LG Electronics, Inc., et al.,* | |
| Case No. 11-cv-5514 (SC) | |

The Court intends to submit a written questionnaire to prospective jurors for the trial currently scheduled for January 9, 2017. The Court orders the parties to submit a joint proposed jury questionnaire no later than November 22, 2016. Any disputes regarding individual questions should be indicated within that question, and all questions should be contained within a single questionnaire, i.e., the parties should not submit competing questionnaires.

When constructing their questionnaire, counsel should bear in mind that (1) the Court is likely to ask limited or no oral voir dire questions if it uses a written questionnaire, and (2) counsel will have an opportunity to pose follow-up questions in court, subject to time limits. The time limits will be set at the pretrial conference. Counsel should also bear in mind that "[a]s a rule of thumb, texts aimed at a general audience must be written at a 10th-grade level or below." John

/ / /
/ / /
/ / /
/ / /
/ / /

1 Lanchester, How Economic Gobbledygook Divides Us, N.Y. Times, Nov. 6, 2016 (Magazine), at
2 18.
3     IT IS SO ORDERED.
4 Dated: November 8, 2016



                                JON S. TIGAR
                        United States District Judge