# EXHIBIT 1

Attorney Work Product
Privileged & Confidential

## SEC-SEAI TEMPLATE FOR 30b6 DEPOSITION

| BATES NO. | DATE | DESCRIPTION |
|---|---|---|

**TOPIC:**

1. Your corporate structure, including the identification of departments within Your Company, and their functions, policies, practices and systems, and the identification of any individuals that had managerial responsibility for the manufacture, purchase, sale, pricing or distribution of CRT Products.

| BATES NO. | DATE | DESCRIPTION |
|---|---|---|
| SEAI-CRT-00213479 | 1/18/07 | E... "We... |
| SEAI-CRT-00244916 | 3/10/08 | ... |
| SEAI-CRT-00603198 | 12/6/02 | E-mail from J... "... ..." discusses ...gy." ..., etc. ... (& others), copies to ... |
| SEAI-CRT-00603200 | 12/5/02 | E-mail string involving ..., writes to ... discussion as to ... m, others, includes ... quotes suggest that P...). Also here is further |
| SEAI-CRT-00605589 | 2/21/02 | E-mail string between ... ...ssion of ...ead regarding ... |

1

Attorney Work Product
Privileged & Confidential

| SEAI-CRT-00613752 | 2/16/05 | E-mail from Jim that ⟶ will form the basis of NATM's 2002 program" ⟶ writes ⟶ & states that, ⟶ is. In a near-duplicate version of this e-mail ⟶ ed. This version also contains ⟶ |
|---|---|---|

2

**TOPIC:**

2. The identity and general description of the CRT Products you manufactured, purchased, sold, or distributed, including the major product specification features of the CRT Products produced by Your Company (*i.e.*, size, resolution, etc.) and the major components for each type of CRT Product produced.

| BATES NO. | DATE | DESCRIPTION |
|---|---|---|
| SEAI-CRT-00114929 | 5/14/03 | E-mail from |
| SEAI-CRT-00114976 | 5/14/03 | E-mail from |
| SEAI-CRT-00114989 | 10/29/03 | E-mail from (doc includes ... for both)- |
| SEAI-CRT-00202060 | | between the 2). |
| SEAI-CRT-00207404 | 2/2/06 | |
| SEAI-CRT-00209698 | 2007 | size. Info was attached to a 5/2/07 e-mail from ... |
| SEAI-CRT-00235511 | | attach... |
| SEAI-CRT-00601903 | 9/18/02 | E-mail from ... lps (note that date of e-mail is outside of class period) |
| SEAI-CRT-00613123 | | |
| | | |
| | | |

3

Attorney Work Product
Privileged & Confidential

**TOPIC:**

4. The types or categories of customers to whom you sold CRT Products, including: (a) a description of each type or category; (b) the prices and terms offered to each type or category; and (c) the percentage of sales of CRT Products sold to each type or category.

| BATES NO. | DATE | DESCRIPTION |
|---|---|---|
| SEAI-CRT-00114792 | 4/3/06 | E-mail string re, ... |
| SEAI-CRT-00114989 | 10/29/03 | E-mail from ... accounts ... he |
| SEAI-CRT-00202060 | | Spreadsheets containing ... size ( ... sing. |
| SEAI-CRT-00202224 | 8/1/???? | August 1 ... the spec... s, ( ... ) ... pricing ... spec info & ... ºC, |
| SEAI-CRT-00207404 | 2/2/06 | Samsung S ... |
| SEAI-CRT-00213479 | 1/18/07 | E-mail string invol... ... io ... 00213480 is a ... |

Attorney Work Product
Privileged & Confidential

**TOPIC:**

6. The distribution channels or classes of trade through which You sold CRT Products, including: (a) any entities within Your Company, including those entities listed in Definition 10 above; (b) other defendants; (c) other business entities, including, but not limited to, original equipment manufacturers ("OEMs"), original display manufacturers ("ODMs"), retailers, mass merchandisers, e-commerce, and distributors; and (d) whether You have ever outsourced the manufacturing of the CRT Products You sold to a third party.

| BATES NO. | DATE | DESCRIPTION |
|---|---|---|
| SEAI-CRT-00114792 | 4/3/06 | E-mail |
| SEAI-CRT-00202060 | | Spreadsheets |
| SEAI-CRT-00202224 | 8/1/???? | August |
| SEAI-CRT-00213479 | 1/18/07 | E-mail s |
| SEAI-CRT-00235511 | | |
| SEAI-CRT-00606267 | 6/9/00 | |
| SEAI-CRT-00607976 | 12/14/04 | Channels |

9

Attorney Work Product
Privileged & Confidential

**TOPIC:**

12. A description of Your Company's use of model numbers and model number decoders for CRT Products, including: (a) whether the model numbers are standardized; (b) what the codes associated with the model numbers mean; (c) where to find model number decoders, or any other information Your Company uses to interpret model numbers; (d) whether the model numbers used by Your Company relate to CRT Product specifications such as tube size and dimension; and (e) any industry standards Your Company uses when assigning model numbers to CRT Products.

| BATES NO. | DATE | DESCRIPTION |
|---|---|---|
| SEAI-CRT-0114989 | 10/29/03 | E-mail from ... |
| SEAI-CRT-0219823 | | Doc re ... squarely about CRT products but might be informative as background). |

16

Attorney Work Product
Privileged & Confidential

**TOPIC:**

13. Your policies and practices for setting the price of CRT Products, including consideration or use of the following: (a) formulas; (b) factors, such as cost, supply, demand, competitor pricing, market forecasts, and product specifications; (c) price guidelines or price lists; (d) negotiations or negotiated prices; (e) spot market prices; (f) contracts or contract prices; (g) purchase orders; (h) customer type; and (i) distribution channels.

| BATES NO. | DATE | DESCRIPTION |
|---|---|---|
| SEAI-CRT-00114989 | 10/29/03 | E-mail from ... |
| SEAI-CRT-00202224 | 8/1/???? | between the 2); ... including ... |
| SEAI-CRT-00213479 | 1/18/07 | mc... |
| SEAI-CRT-00228980 | 6/12/07 | listed by model number ... |
| SEAI-CRT-00603198 | 12/6/02 | E-mail from K... |
| SEAI-CRT-00603200 | 12/5/02 | E-mail string involving ... |
| SEAI-CRT-00605589 | 2/21/02 | E-mail ... |

18

Attorney Work Product
Privileged & Confidential

| BATES NO. | DATE | DESCRIPTION |
|---|---|---|

**TOPIC:**

15. Your use of discounts or rebates in connection with the sale of Your CRT Products, including how You recorded such discounts or rebates, and the identity and location of documents or data recording discounts or rebates.

| BATES NO. | DATE | DESCRIPTION |
|---|---|---|
| SEAI-CRT-00605589 | 2/21/02 | E-mail string between... |

21

Attorney Work Product
Privileged & Confidential

| BATES NO. | DATE | DESCRIPTION |
|---|---|---|
| SEAI-CRT-00207761 | 2007 | |
| | Q3 '07 | |

TOPIC:

19. Your knowledge, use, and tracking of retail prices, "average street prices ("ASPs"), or "street prices" for CRT Finished Products by You or any other CRT Finished Product manufacturer.

25