# EXHIBIT 2

**Re: SEC/SEAI** Tuesday, June 12, 2012 2:02 PM

From: "jeff shea" <sheaj_2000@yahoo.com>
To: "Sylvie Kern" <sylviekern@yahoo.com>

Hi Sylvie- will do

From: Sylvie Kern <sylviekern@yahoo.com>
To: jeff shea <sheaj_2000@yahoo.com>
Sent: Tuesday, June 12, 2012 1:24 PM
Subject: SEC/SEAI

Hi Jeff,

We are preparing for the 30b6 deposition of SEC and SEAI. The bulk of the documents we have seen so far pertain to Ali Atash and Steve Panosian, as you know. However, there are a number of other custodians who produced documents and their names are all unfamiliar except for one, John Lavoie. Could you poke around a bit in the productions and see what kind of documents you turn up for these? Maybe you could look at 20 document for each of them to get a sense of who they were, what were their roles, and their importance. The production dates can be found in the attached chart if you look under custodians.

Thanks very much.

Sylvie

AFFIOL, JOHN
ANGELO, JOE
CARTER, DAVID
KIM, LONDON (OR LONDON, KIM)
LAVOIE, JOHN
MCGLYNN, DENNIS
MUTA, JIM
ROBERSON, CLYDE

There are also: (1) a N/A production of 1 document on 6/18/10; and (2) a production not set of 6258 (I am unsure whether this is for SEA or SSDI and whether this was simply a general file, as no individual is named for these documents)

This email may contain confidential and privileged material for the sole use of the intended recipient. Any review or distribution by others is strictly prohibited. If you are not the intended recipient please contact the sender and delete all copies.