# EXHIBIT 3

**Re: SEC documents**  Saturday, June 30, 2012 8:56 AM

From: "jeff shea" <sheaj_2000@yahoo.com>

To: "Sylvie Kern" <sylviekern@yahoo.com>

Hi Sylvie- I will start poking around shortly. Have a good weekend

Jeff

From: Sylvie Kern <sylviekern@yahoo.com>
To: jeff shea <sheaj_2000@yahoo.com>
Sent: Friday, June 29, 2012 7:38 PM
Subject: SEC documents

Jeff:

I have an additional project relating to the SEC depo. SEC has not produced documents other than a handful of org charts. I see a lot of SEC employees' names in the e-mails contained in the SEAI production and I want to ask SEC to produce their documents. Is there an easy way to retrieve the SEAI documents in which these names appear (to, from, cc)? I have listed some of the documents below but would like a full list. I imagine you could do a name search? Also, could you do a search of these names in the SDCRT document file? Unlikely, but I would love to see their names come up! Finally, do you know if there is a way to retrieve the names of people identified in SEAI e-mails (to, from, cc) if we do not have the names (I doubt it but don't know for sure).

Thanks!

- Jiyoun AHN--SEAI-CRT-00168289
- Jongsuk CHU--SEAI-CRT-00214459; SEAI-CRT-00212716
- Gu Ho CHUNG--SEAI-CRT-00088257
- Jun-Young JANG-SEAI-CRT-00211385
- BongKu KANG-SEAI-CRT-00209863; SEAI-CRT-00214459; SEAI-CRT-00211385; SEAI-CRT-00209275
- Alan Jung Ho KIM--SEAI-CRT-00088381; SEAI-CRT-00214459; SEAI-CRT-00211385; SEAI-CRT-00212716; SEAI-CRT-00242565
- Jae-Hwan (Joseph) KIM--SEAI-CRT-00212716
- (Jugwook (Eric) KIM--SEAI-CRT-00265643; SEAI-CRT-00088159

Have a good weekend.

Sylvie

This email may contain confidential and privileged material for the sole use of the intended recipient. Any review or distribution by others is strictly prohibited. If you are not the intended recipient please contact the sender and delete all copies.