# EXHIBIT 4

**Jeff Shea- CRT- Sakashita Depo Prep/Merits Review Update**  Monday, December 3, 2012 10:25 AM

From: "jeff shea" <sheaj_2000@yahoo.com>

To: "Jennie Anderson" <jennie@andrusanderson.com>  "Sylvie Kern" <sylviekern@yahoo.com>

Cc: "Greg Stamatopoulos" <gstamatopoulos@milberg.com>  "Kevin Pearl" <kevin@facslaw.com>  "Shadi Amundin" <sza@classcounsel.com>

All: I have completed the JLA: Sakashita expanded 00001 batch. There were a few interesting docs in the mix (hitting an assortment of Top Level Issue categories)- I've summarized a handful below. The batch also contained Price Adjustment forms, invoices, etc.- (in many of these, it could not be determined whether CRTs were at issue), foreign language e-mails containing English versions of articles from industry publications like Digitimes & iSuppli, and a few Toshiba docs, which were probably captured here because they feature a Toshiba employee named "F.Sakashita." I will move on to a Kobayashi batch next. Thanks.

HAS-CRT00000766: Grouping of 3 e-mails- [text obscured] il
r [text obscured]
i[text obscured] ng. P.3: 11/5/97 e-mail r [text obscured] er
[text obscured] rt. Contains 1 [text obscured] n info, request to [text obscured] Several different suppliers [text obscured] possible Impact-Interchangeability sub-issue relevance)

HAS-CRT00000773: 9/2/97 e-mail [text obscured]
P.3: JF [text obscured]
Under ' [text obscured]
di [text obscured] possible Impact-Interchangeability/Elasticity sub-issue relevance)

HAS-CRT00000804: P.1-2: [text obscured]

P.3-5: 1 [text obscured]
JS (Impact-Distribution Channels relevance?)

HAS-CRT00001829: [text obscured] meeting in HEDS (Sakashita listed as attendee). Not certain whether this doc has Conspiracy relevance or is entirely legit business (Philips seems both tube-making competitor to and customer of Hitachi here- not certain whether [text obscured] exchanged between the 2 makes e-mail appropriate for Conspiracy top level issue- coding doc "Hot" for now). Purpose of meeting i[text obscured] [text obscured] of its
[text obscured]
Matsushita, Toshiba, [text obscured] T (possible Impact-Interchangeability sub-issue relevance). P[text obscured]

HEDUS-CRT00126465: / [text obscured]