# EXHIBIT 5

### RE: Jeff Shea- CRT Kobayashi Depo Prep/Merits Review Update

Thursday, December 6, 2012 11:12 PM

From: "Jennie Anderson" <jennie@andrusanderson.com>

To: "jeff shea" <sheaj_2000@yahoo.com>, "Sylvie Kern" <sylviekern@yahoo.com>

Cc: "Greg Stamatopoulos" <gstamatopoulos@milberg.com>, "Kevin Pearl" <kevin@facslaw.com>, "Shadi Amundin" <sza@classcounsel.com>

1 Files  5KB  Download All
DAT  5KB

winmail.dat

Save

Thanks, Jeff. Sorry for all the FL docs. I will let Nate know the FL team has their work cut out for them!

---

From: jeff shea [mailto:sheaj_2000@yahoo.com]
Sent: Thu 12/6/2012 3:58 PM
To: Sylvie Kern; Jennie Anderson
Cc: Greg Stamatopoulos; Kevin Pearl; Shadi Amundin
Subject: Jeff Shea- CRT Kobayashi Depo Prep/Merits Review Update

All: I have completed the JLA Kobayashi_names and e-mail (narrowed) 00003 batch. I'd estimate that this batch was about 90% foreign language, but there were a few docs of interest mixed in- I've summarized some below. These docs hit various Top Level Issue categories (none of them are Conspiracy-relevant, however). I am moving on to another Kobayashi batch. Thanks.

HDP-CRT00029963: [illegible]

HDP-CRT00030269: [illegible]
e-mail- see HDP-CR[illegible]

HDP-CRT00039527: [illegible]
monitors update- P.2 [illegible]

HDP-CRT00039625: T[illegible]

HDP-CRT00039833: [illegible]
CRT monitors update- [illegible]