# EXHIBIT 6

Re: Jeff Shea- CRT Chih-Chun (C.C.) Liu (Chunghwa) Depo Prep/Merits Review Update...   Page 1 of 2

**Re: Jeff Shea- CRT Chih-Chun (C.C.) Liu (Chunghwa) Depo Prep/Merits Review Update**   Thursday, December 20, 2012 6:04 PM

From: "Sylvie Kern" <sylviekern@yahoo.com>
To: "jeff shea" <sheaj_2000@yahoo.com>
Cc: "Greg Stamatopoulos" <gstamatopoulos@milberg.com>   "Kevin Pearl" <kevin@facslaw.com>
   "Jennie Anderson" <jennie@andrusanderson.com>   "Shadi Amundin" <sza@classcounsel.com>

Thanks, Jeff. Have a nice vacation!

Sylvie K. Kern
KAG Law Group
P.O. Box 210135
San Francisco, CA 94121
(415) 221-5763

This email may contain confidential and privileged material for the sole use of the intended recipient. Any review or distribution by others is strictly prohibited. If you are not the intended recipient please contact the sender and delete all copies.

From: jeff shea <sheaj_2000@yahoo.com>
To: Sylvie Kern <sylviekern@yahoo.com>; Jennie Anderson <jennie@andrusanderson.com>
Cc: Greg Stamatopoulos <gstamatopoulos@milberg.com>; Kevin Pearl <kevin@facslaw.com>; Shadi Amundin <sza@classcounsel.com>
Sent: Thursday, December 20, 2012 4:29 PM
Subject: Jeff Shea- CRT Chih-Chun (C.C.) Liu (Chunghwa) Depo Prep/Merits Review Update

All- I have completed the CC Liu-H or R-12-18-12 conspiracy batch. The vast majority of the docs in the batch were "Hot" for Conspiracy (and other Depo Prep Top Level Issues). The best of the bunch are summarized below. I will be away from the office until the 26th. I hope that everyone has a great holiday.

CHU00028291.01:
"...

...in the doc...
...profits- Toshiba...
...%.
...prod...tatus o...
have a large profit base"

CHU00028377.01: 6                                                                                                                tor
...does is also initialed by C.C. Liu on P.2...
selling price discussed...                                                                                 ...states that selling price is lower than
...CRT...                                                                                                                          ...to
in...                                                                                                                        ...whether
Korean...                                                                                                                      ...ould

CHU00030734.01: 4
Ma...                                                                               ...on P.6) P.1-2: March & April 1996 Production and Sales
Info Exchanged. P.3-4. Discussion of info re (Samsung)...                           ...into (line conversions, capacity etc.)
...                                                                                 ...CPT CRT will officially be increased by USD 5 # Inini/Dreames
...discussed...                                                                     ...the current market pr
...ked to keep ...price at certain level to ensure that...
...will suspend production. Also re 15" "Samsungs agreed to...                      ...price of @                  ce
                                                                                   ...to cooperate, which should be...   , point

CHU00030805.01: 7                                                                                           ...Taipei Branch
                ...P.2; P.1-2: TSB 1000 CPT Production Plan into...
Korean NFL - P.2-3 CPT pricing...                                                                                           .W

A.                                      ...P.4                                       ...see Mar...                ...(Finchida)