# EXHIBIT 7

### Re: Jeff Shea- Kazuhiro Sakashita Depo Prep/Merits Review Update

Thursday, November 29, 2012 4:22 PM

**From:** "Sylvie Kern" <sylviekern@yahoo.com>

**To:** "jeff shea" <sheaj_2000@yahoo.com>

you're on a roll

Sylvie K. Kern
KAG Law Group
P.O. Box 210135
San Francisco, CA 94121
(415) 221-5763

This email may contain confidential and privileged material for the sole use of the intended recipient. Any review or distribution by others is strictly prohibited. If you are not the intended recipient please contact the sender and delete all copies.

From: jeff shea <sheaj_2000@yahoo.com>
To: Jennie Anderson <jennie@andrusanderson.com>; Sylvie Kern <sylviekern@yahoo.com>
Cc: Greg Stamatopoulos <gstamatopoulos@milberg.com>; Kevin Pearl <kevin@facslaw.com>; Shadi Amundin <sza@classcounsel.com>
Sent: Thursday, November 29, 2012 3:16 PM
Subject: Jeff Shea- Kazuhiro Sakashita Depo Prep/Merits Review Update

Team: I have completed the JLA: Sakashita, Kazuhiro_name + e-mail (CRT) JLASAKASHITA00002 batch. Fairly small % of interesting docs in this batch- I've summarized a few below. The batch contained a large number of p       s, etc. The p         that definitively regarded CRTs were coded as "relevant" for Pricing. However, in the majority of these types of docs, I was unable to determine whether CRTs or LCDs were at issue. There were also a good amount of foreign language docs in the batch- some of these included English versions of articles from industry publications like Digitimes and iSuppli. I will move on to one of the newly-created Sakashita batches. Thanks

HAS-CRT00040181: 2/25/9                                                                 (note that date of doc is
pre-class period). Sakashita writes that ...                                               See attached '
c.

HAS-CRT00040167:                                                              ossible Impact-Interchangeability &
Elasticity sub-issues here)

HAS-CRT00040168:         ... (auth. Sakashita)
      ...              tic
...   ... to                                   ment            ...           ...
o    Not clear whether this doc is conspiracy-relevant