# EXHIBIT 8

**Jeff Shea- Dae Eui Lee Depo Prep/Merits Review Update**     Tuesday, November 20, 2012 11:48 AM

From: "jeff shea" <sheaj_2000@yahoo.com>
To: "Sylvie Kern" <sylviekern@yahoo.com>  "Jennie Anderson" <jennie@andrusanderson.com>
Cc: "Greg Stamatopoulos" <gstamatopoulos@milberg.com>  "Kevin Pearl" <kevin@facslaw.com>
"Shadi Amundin" <sza@classcounsel.com>

Team: I have completed the DE Lee (no group e-mails) 00002 & 00006 batches. The docs in these batches were mostly foreign language. However, the batches also included docs containing enough English to determine the appropriate Top Level Issue(s) and level of relevance. I've summarized some examples below (most "Relevant" rather than "Hot"). I would also note that I saw several docs in these batches containing English language references to "G.MTG" or "G/MTG"- I coded these docs "Hot" for the Conspiracy Top Level Issue. I have moved on to a Watanabe batch. Thanks, and have a great Thanksgiving.

SDCRT-0140500: P.1-2: Lee a ...

SDCRT-014610_: ...  ...requests that Saya discuss Brazil cu ... ...also writes that he has n_

SDCRT-01_____: I ... ...n (not entirely clear whether any of this info relates to legit business dealings). P.2: English language reference to '  "

SDCRT-0186904: ... TAIA and Impact-Distribution Channels sub-issue relevance)

SDCRT-0186948: P.1: Lee ... ...ing. English portions of the string regard back and forth ... ..., sample, pi ... es (seems like legit business here, possible conspiracy ...ever ..e if these dealings are seen to provide an "opportunity contact"). P.3: T... ... ...to (Impact-Commodity/Interchangeability sub-issue here). P.5: co