# EXHIBIT 9

### Jeff Shea- Dae Eui Lee Depo Prep/Merits Review Update

Friday, November 9, 2012 1:47 PM

**From:** "jeff shea" <sheaj_2000@yahoo.com>

**To:** "Sylvie Kern" <sylviekern@yahoo.com>   "Jennie Anderson" <jennie@andrusanderson.com>

**Cc:** "Greg Stamatopoulos" <gstamatopoulos@milberg.com>   "Kevin Pearl" <kevin@facslaw.com>
"Shadi Amundin" <sza@classcounsel.com>

Team: I am in progress on the SKK-Dae Eui Lee-Hot or R 10-23-12-not coded00009 batch. The vast majority of these docs have been foreign language, without enough English in them to aid in determining relevance. However, there have been some relevant/hot docs mixed in, mainly fitting under the Conspiracy ...  ance ......... ), Cap/Prod, and FTAIA (mentions of F ...x) Top Level Issue categories. I've summarized some examples below. Thanks, and have a good weekend.

THI 00033245: Copy of ....

MTPD-0539934: ....

MTPD-0540241:
listed as ... "G--eeting" and CPT ...

MTPD-0606131:

SDCRT-0096514: English

SDCRT-0095516: English ...
... .c.

SDCRT-0096739: English ... ...tion of ... )