# EXHIBIT 10

### Jeff Shea- Dae Eui Lee Depo Prep/Merits Review Update

Friday, November 2, 2012 12:00 PM

From: "jeff shea" <sheaj_2000@yahoo.com>
To: "Sylvie Kern" <sylviekern@yahoo.com>  "Jennie Anderson" <jennie@andrusanderson.com>
Cc: "Greg Stamatopoulos" <gstamatopoulos@milberg.com>  "Kevin Pearl" <kevin@facslaw.com>
"Shadi Amundin" <sza@classcounsel.com>

Team: I have completed the SKK-Dae Eui Lee-Hot or R 10-23-12-not coded 00008 batch (I have moved on to the SKK-Dae Eui Lee-Hot or R 10-23-12-not coded 00009 batch). The majority of docs that I'm seeing have been foreign language, and have not contained enough English to aid in determining level of relevance or appropriate Top Level issues. However, there have been some relevant/hot docs mixed in, mainly fitting into the Pricing and Impact (the Commodity/Interchangeability and Profit sub-issues, specifically) Top Level Issue categories. I've summarized some examples below. Thanks, and have a good weekend.

SDCRT-0081389: [redacted] ic). Perhaps some insight into structure here, [redacted]

SDCRT-008151_: [redacted] P.2: (authored by [redacted] Note that attachment does not appear as concludes that [redacted] )vc" (Impact-Commodity & Interchangeability sub-issue here)

SDCRT-008201_ [redacted] ct. Note that attachment does not appear as [redacted] ns to overcome difficulties.

SDCRT-0082131: L[redacted] [redacted] not appear as "familial" [redacted] D.H. Lee [redacted] ma[redacted] unit price