# EXHIBIT 11

### Re: Jeff Shea- Dae Eui Lee Depo Prep/Merits Review Update

Friday, October 19, 2012 3:59 PM

**From:** "Sylvie Kern" <sylviekern@yahoo.com>

**To:** "jeff shea" <sheaj_2000@yahoo.com>

**Cc:** "Greg Stamatopoulos" <gstamatopoulos@milberg.com>   "Kevin Pearl" <kevin@facslaw.com>
"Jennie Anderson" <jennie@andrusanderson.com>   "Shadi Amundin" <sza@classcounsel.com>

Thanks, Jeff.

Sylvie K. Kern
KAG Law Group
P.O. Box 210135
San Francisco, CA 94121
(415) 221-5763

This email may contain confidential and privileged material for the sole use of the intended recipient. Any review or distribution by others is strictly prohibited. If you are not the intended recipient please contact the sender and delete all copies.

---

**From:** jeff shea <sheaj_2000@yahoo.com>
**To:** Sylvie Kern <sylviekern@yahoo.com>; Jennie Anderson <jennie@andrusanderson.com>
**Cc:** Greg Stamatopoulos <gstamatopoulos@milberg.com>; Kevin Pearl <kevin@facslaw.com>; Shadi Amundin <sza@classcounsel.com>
**Sent:** Friday, October 19, 2012 3:53 PM
**Subject:** Jeff Shea- Dae Eui Lee Depo Prep/Merits Review Update

Team: I had been working on a batch in the "SKK D Lee 10-15-12" grouping (per yesterday's e-mail, I've since moved on to the newly-created SKK-Dae Eui Lee-Hot or R 10-18-12 conspiracy00001 batch). I had completed all of the documents in the batch that were previously marked "hot," and had reviewed some of those previously marked "relevant." I've seen some pretty good stuff so far, mainly e-mail strings [redacted]

[redacted] 2005 and 2007 in [redacted] an). I have encountered many different-length versions of the same or similar e-mail [redacted] for consistency and completeness. In a few of these e-mails, [redacted] an active role in meetings, i.e. [redacted] er [redacted] ing or golf outing attendee. I've [redacted] or attendance at conspiratorial meetings "hot" for deposition review purposes. Because they do not offer insight into exactly which issues were actually dealt with at the meetings, "Conspiracy" has been the only Depo Prep Top Level Issue I've been checking off for these documents. Not surprisingly, these e-mails have all been [redacted] thus far. Summarized below are a few examples. Thanks, and have a good weekend.

CHU00089490: [redacted] e-mail string [redacted] ? [redacted] for dinner

CHU00089496: [redacted] that prospective "Green" [redacted] " See attached also: [redacted] Spreadsheet listing [redacted] listed [redacted] dinner at both

CHU00520084: (March?) 2006 C [redacted] schedule for [redacted]

(2005) [redacted] ing

CHU00543610: Le [redacted]