Case 4:07-cv-05944-JST   Document 5013-13   Filed 11/10/16   Page 1 of 3

# EXHIBIT 12

REDACTED

>
>       On Wednesday,
> December 26, 2012 11:01 AM, Sylvie Kern <sylviekern@yahoo.com> wrote:
>
>
> Oh no! I am so so sorry to hear this!
> Well, I wish you the best, Jeff. I have enjoyed working with you-maybe
> one day  will meet in person!
> Happy
> new year... All the
> best, Sylvie Sylvie
> K. Kern
> KAG Law Group
> P.O. Box 210135
> San Francisco, CA 94121
> (415) 221-5763
>
> This email may contain confidential and privileged material for the
> sole use of the intended recipient. Any review or distribution by
> others is strictly prohibited.  If you are not the intended recipient
> please contact the sender and delete all copies.
>
>
> From: jeff
> shea <sheaj_2000@yahoo.com>
> To: Sylvie
> Kern <sylviekern@yahoo.com>
> Sent:
> Wednesday, December 26, 2012 9:37 AM
> Subject: Jeff

> Shea- CRT
>
>
> Hi Sylvie- Writing to let you know that my boss is switching me to
> another case- full-time and effective
> immediately- so that's it for me on CRT.  It was my good fortune to
> have been assigned to the "Impact"
> team- thanks so much for your excellent leadership.  Stay in touch- I
> hope that we can work together again in the not-too-distant future.
> All the best going forward!
>
>
>       Jeff
>
>
>
>
>
>

---

This email has been scanned by the Symantec Email Security.cloud service.

---