# EXHIBIT 13

REDACTED

--- On Wed, 10/5/16, Sandra Chan <SChan@JAMSADR.com> wrote:

> From: Sandra Chan <SChan@JAMSADR.com>
> Subject: RE: 30 (b) (6) template
> To: "jeff shea" <sheaj_2000@yahoo.com>
> Date: Wednesday, October 5, 2016, 10:32 AM Mr. Shea:
>
> Mr. Quinn is not accepting any
> further submissions on this matter.
>
> Best Regards,
>
> Sandra Chan
> ADR Consultant
>
> JAMS
> Two
> Embarcadero Center, Suite 1500
> San
> Francisco, CA  94111
> schan@jamsadr.com
> Phone  415-982-5267
> Direct
> 415-774-2611
> Fax  415-982-5287
>
> JAMS Neutral Analysis:
> Unbiased, confidential case evaluation from the best legal minds in
> the business.
>
>
>
> -----Original Message-----
> From: jeff shea [mailto:sheaj_2000@yahoo.com]
>
> Sent: Wednesday, October 05, 2016 8:25 AM
> To: Sandra Chan <SChan@JAMSADR.com>

> Subject: Fw: 30 (b) (6) template
>
> Hi Sandra:  If you've got
> a spare moment, could you please share this e-mail and attachment with
> Special Master Quinn?  Please note that Lead Counsel has long had this
> in its possession, as we sent it to Lauren (Russell) Capurro last year
> prior to the fee application being submitted (I would certainly not
> send this to you unless certain that it was also sent to and in
> possession of Lead Counsel). It is of relevance because Lead Counsel
> suggested at yesterday's hearing that my deposition preparation
> responsibilities did not include higher level work such as helping to
> prepare deposition outlines.  This submission offers direct proof to
> the contrary.  Note that Lead Counsel also made similar assertions in
> its Omnibus Response (ECF No.4853, P.49):
> "Shea... did not perform the higher level of review involved in...
> helping to prepare the deposition outline."  Again, just sending as an
> FYI to the Special Master.  He naturally is free to consider or
> disregard as he sees fit.  Thanks.
>
>
>                  Jeff
> Shea
>
>
> ---
> On Fri, 6/29/12, jeff shea <sheaj_2000@yahoo.com>
> wrote:
>
> > From: jeff shea
> <sheaj_2000@yahoo.com>
> > Subject: 30 (b) (6) template
> > To: "Sylvie Kern" <sylviekern@yahoo.com>
> > Cc: "Kevin Pearl" <kevin@facslaw.com>
> > Date: Friday, June 29, 2012, 10:18 AM
> > Sylvie:  30 (b) (6) template #2
> > attached.  Thanks
> >
>
> >
>
> > Jeff
>

---

This email has been scanned by the Symantec Email Security.cloud service.

---