# EXHIBIT 14

*REDACTED*

From: Sandra Chan [mailto:SChan@JAMSADR.com]
Sent: Friday, October 14, 2016 2:28 AM

*REDACTED*

Dear Mr. Barry:

Mr. Quinn is not accepting any further submissions on this matter and the content of the declaration is already in the record.

Best Regards,




Sandra Chan
ADR Consultant

JAMS
Two Embarcadero Center, Suite 1500
San Francisco, CA 94111
schan@jamsadr.com
Phone 415-982-5267
Direct 415-774-2611
Fax 415-982-5287

**JAMS Neutral Analysis:** Unbiased, confidential case evaluation from the best legal minds in the business.