# EXHIBIT 15

```
                                                                    2618
LAW OFFICE OF BRIAN BARRY
   1801 AVE. OF THE STARS, #307
        LA, CA 90067
                                                Date 1/31/16      90-4376-1222

Pay to the   CRT Antitrust Litigation Fund        $ 3,000.00
order of _____

  Three thousand and 00/100                                       Dollars

1ST CENTURY BANK
1875 CENTURY PARK EAST, SUITE 100
LOS ANGELES, CALIFORNIA 90067
                                                Candy Radford
For _____

   ⑈002618⑈  ⑆122437161⑆  2100005681⑈
```

ENDORSE HERE

CRT ANTITRUST
LITIGATION FUND
921421 7532

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE *

1841215267

R5-97

... security features listed below, as well as those not listed, exceed industry guidelines.

Results of document alteration:

- Small type in line appears ... dotted line when photocopied
- ... may appear with ... alteration
- Absence of "Original Document" ... on back of check

... RESERVE BOARD OF GOVERNORS REG. CC