Vaughn R Walker
Law Office of Vaughn R Walker
Four Embarcadero Center, Suite 2200
San Francisco, CA  94111
Tel: (415) 871-2888
Fax: (415) 871-2890
vrw@judgewalker.com

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No 1917 |
|---|---|
| This Order Relates to: | Case No 3:07-cv-05944-JST |
| ALL ACTIONS | **ORDER RESOLVING CHINESE TRANSLATION OBJECTIONS - TRANCHE 2** |

      This order resolves the parties' second round of translation objections regarding Chinese language documents (Tranche 2).  The procedure for resolving these objections was the same as followed previously in connection with the Tranche 1 translation objections.  *See* 9/6/16 Order Resolving Korean Translation Objections – Tranche 1, ECF No 4809.  The neutral Chinese translator nominated by the parties, Ms Lingling Martin, assisted the undersigned by translating accurately and faithfully the relevant documents at issue.

Due to the confidentiality of the underlying documents, the substantive decisions resolving the Tranche 2 Chinese translation objections are contained in confidential Exhibit A to this order, filed under seal.

**CONCLUSION**

The Chinese translation objections – Tranche 2 are resolved in confidential Exhibit A filed under seal. These Resolved Translations shall be binding on all remaining parties to this MDL. Any fees or costs associated with this order shall be borne equally by plaintiffs and defendants.

IT IS SO ORDERED.

Date: October 24, 2016

Vaughn R Walker
United States District Judge (Ret)

The Recommended Order of the Special Master is Accepted and Ordered / ~~Denied~~ / ~~Modified.~~

Date: November 9, 2016

Honorable Jon S Tigar
United States District Judge