DAVID L. YOHAI (*pro hac vice*)
ADAM C. HEMLOCK (*pro hac vice*)
DAVID E. YOLKUT (*pro hac vice*)
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone:     (212) 310-8000
Facsimile:      (212) 310-8007
E-mail: david.yohai@weil.com

JEFFREY L. KESSLER (*pro hac vice*)
EVA W. COLE (*pro hac vice*)
MOLLY M. DONOVAN (*pro hac vice*)
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166-4193
Telephone:     (212) 294-6700
Facsimile:      (212) 294-7400
E-mail: jkessler@winston.com

*Attorneys for Defendants Panasonic Corporation, Panasonic Corporation of North America, and MT Picture Display Co., Ltd.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | MDL No. 1917<br><br>Case No. 3:07-CV-05944-JST |
| This Document Relates to:<br>ALL ACTIONS | **NOTICE OF WITHDRAWAL OF ATTORNEYS JOSEPH WETZEL, DIANA AGUILAR, AND MARJAN HAJIBANDEH** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Joseph R. Wetzel,[1] Diane Arlen Aguilar and Marjan Hajibandeh are no longer with the firm of Weil, Gotshal & Manges LLP, and have withdrawn as counsel for Defendants Panasonic Corporation, Panasonic Corporation of North America, and MT Picture Display Co., Ltd. (collectively "Panasonic Defendants") in the above-referenced matter. We respectfully request that their names be removed from all applicable service lists, including Notices of Electronic Filing. The law firms of Weil, Gotshal & Manges LLP and Winston & Strawn LLP will continue to serve as counsel for Panasonic Defendants through their other attorneys who have appeared in this matter.

Dated:  November 10, 2016

WEIL, GOTSHAL & MANGES LLP

By: */s/Adam C. Hemlock*
ADAM C. HEMLOCK

Attorneys for Defendants Panasonic Corporation, Panasonic Corporation of North America, and MT Picture Display Co., Ltd.

---

[1] The docket currently lists Mr. Wetzel only as counsel as to Panasonic Corporation of North America and states his firm affiliation as King & Spalding. Mr. Wetzel left Weil, Gotshal & Manges LLP on February 1, 2010, and King & Spalding has at no time represented any of Panasonic Defendants in this matter.