BRAD D. BRIAN (SBN 079001)
*brad.brian@mto.com*
GREGORY J. WEINGART (SBN 157997)
*gregory.weingart@mto.com*
E. MARTIN ESTRADA (SBN 223802)
*martin.estrada@mto.com*
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

MIRIAM KIM (State Bar No. 238230)
*miriam.kim@mto.com*
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, CA 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

*Attorneys for Defendant LG Electronics, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. No. 3:07-cv-05944-JST |
| This Document Relates to: | MDL NO. 1917 |
| *Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514 | **NOTICE REGARDING PRETRIAL DISCLOSURES OF DEFENDANT LG ELECTRONICS, INC. PURSUANT TO ORDER TO SHOW CAUSE (ECF NO. 5012)** |
| | Judge:  Hon. Jon S. Tigar<br>Ctrm:  9, 19th Floor |

Pursuant to the Court's November 9, 2016 Order to Show Cause Adopting Procedure to Resolve Protective Order Issues Pretrial ("Order to Show Cause"), *see* ECF No. 5012, Defendant LG Electronics, Inc. ("LGE") hereby provides notice of its exhibit list, witness list, and deposition designations[1] that have been exchanged with Plaintiffs Sears, Roebuck and Co. and Kmart Corporation ("Plaintiffs").

LGE's exhibit list and deposition designations are attached as Exhibits A-D to this filing. LGE's witness list is provided below.

1. Ahn, Joon Seong
2. Ayala, Debbie
3. Barrett, Patrick
4. Bond, Clayton
5. Brunk, Jack
6. Calkins, Dea
7. Canavan, Patrick
8. Carlton, Dennis
9. Charamel, Emeric
10. Choi, Hoon
11. Choi, Kyu In
12. Chu, Hun Sul
13. Cunnane, Robert
14. De Lombaerde, Jan
15. DeMoor, Roger
16. Fritz, Wendy
17. Fujita, Norio

---

[1] As noted in the Order to Show Cause, despite LGE's filing of deposition designations, "designating parties shall assume that, as to any witness listed on either Plaintiffs' or LGE's witness list, the entirety of the witness's deposition transcripts from MDL No. 1917 will enter the public record." *See* ECF No. 5012 at 1.

18. Hazuku, Kenichi

19. Heinecke, Jay Alan

20. Heiser, L. Thomas

21. Hirai, Kazumasa

22. Hsu, Chih-Yen

23. Huber, Richard Eugene

24. Innami, Hideo

25. Ito, Nobuaki

26. Jemo, Michael

27. Johnson, Jeffrey

28. Jung, Jin Kang

29. Karam, Shelly

30. Kawano, Tomoyuki

31. Kawashima, Yasuhiko

32. Killen, Joseph

33. Kimura, Masahiro

34. Kobayashi, Nobuhiko

35. Kumazawa, Yuuichi

36. LaPorta, Sara

37. Lee, Jae In

38. Lee, Pil Jae

39. Lee, Yun Seok

40. Lissorgues, Christian

41. Liu, Chih-Chung

42. Lu, Jing Song

43. Milliken, Jack

44. Mortier, Kris

45. Na, Young Bae

3:07-cv-05944-JST; MDL 1917

NOTICE REGARDING LGE'S PRETRIAL DISCLOSURES PURSUANT TO ORDER TO SHOW CAUSE

| | |
|---|---|
| 1 | 46. Nayar, Nikhil |
| 2 | 47. Nishimura, Kazutaka |
| 3 | 48. Nishiyama, Hirokazu |
| 4 | 49. O'Brien, Robert |
| 5 | 50. Oh, Kyung Chul |
| 6 | 51. Ordover, Janusz |
| 7 | 52. Paquette, Paula |
| 8 | 53. Park, Choong Ryul |
| 9 | 54. Park, Sang-Kyu |
| 10 | 55. Park, Wayne |
| 11 | 56. Sakashita, Kazuhiro |
| 12 | 57. Sanogawaya, Masaki |
| 13 | 58. Schmitt, Thomas |
| 14 | 59. Seong, Mok Hyeon |
| 15 | 60. Seth, Rajesh |
| 16 | 61. Smith, James (Sears/Kmart) |
| 17 | 62. Smith, Jim (Philips) |
| 18 | 63. Spaargaren, Frans |
| 19 | 64. Stone, Brian |
| 20 | 65. Sung, Kook Sung |
| 21 | 66. Takeda, Yasu Hisa |
| 22 | 67. Tamba, Mio |
| 23 | 68. Toyama, Noboru |
| 24 | 69. Uchiyama, Yoshiaki |
| 25 | 70. Vaartjes, Wiebo Jan |
| 26 | 71. Whalen, William |
| 27 | 72. Wolff, Edwin |
| 28 | 73. Yamamoto, Yasuki |

74. Yang, Sheng-Jen

75. Youn, Jun Yeol

Dated:  November 11, 2016

Respectfully submitted,

**MUNGER, TOLLES & OLSON LLP**

By: */s/ E. Martin Estrada*
BRAD D. BRIAN (SBN 079001)
*brad.brian@mto.com*
GREGORY J. WEINGART (SBN 157997)
*gregory.weingart@mto.com*
E. MARTIN ESTRADA (SBN 223802)
*martin.estrada@mto.com*
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

MIRIAM KIM (State Bar No. 238230)
*miriam.kim@mto.com*
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, CA 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

*Attorneys for Defendant LG Electronics, Inc.*

NOTICE REGARDING LGE'S PRETRIAL DISCLOSURES PURSUANT TO ORDER TO SHOW CAUSE