# EXHIBIT B

LG Electronics, Inc.'s Trial Exhibit List-Ownership/Control

Sears, Roebuck Co., and Kmart Corporation v. LG Electronics, Inc., et al., Case No. 3:07-cv-05944-JST

| Trial Ex. | Date | Dep. Ex. | Beg Bates No. | End Bates No. | Foreign Language | Description |
|---|---|---|---|---|---|---|
| DX02344 | 3/8/2001 | 2344 | PTC-00006569 | PTC-00006570 | | Visit Report |
| DX02684 | 3/31/2005 | 2684 | SDCRT-0005946 | SDCRT-0005948 | Yes | Email re: Report on the trend of SAMEX |
| DX02775 | 10/22/2002 | 2775 | PHLP-CRT-084363 | PHLP-CRT-084365 | | ET&D sub-meeting, 22 October 2002 |
| DX03963 | 00/00/0000 | 3963 | No Bates | No Bates | | Exhibit 15 - Vendors Designated as "Direct" Purchases |
| DX04001 | 4/10/2014 | 4001 | No Bates | No Bates | | Declaration of Frans Johannes Spaargaren |
| DX04007 | 5/3/2001 | 4007 | PHLP-CRT-051982 | PHLP-CRT-052085 | | Confidential Information Memorandum for LG Philips Displays Holding B.V., US$2,000,000,000 Senior Term Loan and Revolving Credit Facility |
| DX06000 | 6/11/2001 | 6000 | PHLP-CRT-144478 | PHLP-CRT-144485 | | Joint Venture Agreement between LG Electronics Inc. and Koninklijke Philips Electronics N.V. |
| DX07502 | 1/9/2014 | 7502 | No Bates | No Bates | | Summary of Interview with Young Bae Na, January 9, 2014 |
| DX07504 | 10/27/2001 | 7504 | LPD-NL00213061 | LPD-NL00213084 | | Minutes of Supervisory Board Meeting of LG.Philips Displays Holding B.V., held in Hong Kong on October 27, 2001 |

LG Electronics, Inc.'s Trial Exhibit List-Ownership/Control
Sears, Roebuck Co., and Kmart Corporation v. LG Electronics, Inc., et al., Case No. 3:07-cv-05944-JST

| Trial Ex. | Date | Dep. Ex. | Beg Bates No. | End Bates No. | Foreign Language | Description |
|---|---|---|---|---|---|---|
| DX08001 | 6/11/2001 | 8001 | PHLP-CRT-144478 | PHLP-CRT-144485 | | Joint Venture Agreement between LG Electronics Inc. and Koninklijke Philips Electronics N.V. |
| DX50500 | 7/20/2004 | | CHU00031255 | CHU00031261 | Yes | Foreign travel Report re: CPT Foreign Travel Application Form |
| DX50501 | 2/28/2002 | | HEDUS-CRT00169265 | HEDUS-CRT00169267 | | Email re: Hitachi to Reconstruct its Display Business |
| DX50502 | 00/00/0000 | | HEDUS-CRT00179555 | | | Sales Spreadsheet |
| DX50503 | 1/7/2002 | | HTC-CRT00000024 | HTC-CRT00000024 | | HITACHI CRT Line List |
| DX50504 | 12/23/2004 | | LPD-NL00161206 | LPD-NL00161230 | | E-mail re: Corporate Authorization Matrix (attachments) |
| DX50505 | 3/7/2003 | | MTPD-0192106 | MTPD-0192107 | | Email re: FW: Sanyo meeting on Mar 5th |
| DX50506 | 5/16/2003 | | MTPD-0192197 | MTPD-0192197 | | Email re: FW: Sanyo |
| DX50507 | 5/10/2003 | | MTPD-0199866 | MTPD-0199867 | | Email exchange dated 5/09/2003 between Neils Bray (MTPD) and Fuji (JVC) |

Case 4:07-cv-05944-JST   Document 5017-2   Filed 11/11/16   Page 4 of 19

LG Electronics, Inc.'s Trial Exhibit List-Ownership/Control
Sears, Roebuck Co., and Kmart Corporation v. LG Electronics, Inc., et al., Case No. 3:07-cv-05944-JST

| Trial Ex. | Date | Dep. Ex. | Beg Bates No. | End Bates No. | Foreign Language | Description |
|---|---|---|---|---|---|---|
| DX50508 | 3/28/2002 | | MTPD-0201363 | MTPD-0201363 | | Email re: Sanyo 3IV |
| DX50509 | 00/00/0000 | | MTPD-0238637 | MTPD-0238640 | | Email from Kazuhiro Nishimaru to Kazutaka Nishimura re: [Information] Regarding ORION KOREA |
| DX50510 | 00/00/0000 | | MTPD-0416314 | MTPD-0416320 | Yes | Market environment viewed from the Color Television Sales Results (mass-sales basis) |
| DX50511 | 9/00/2003 | | MTPD-0424229 | MTPD-0424229 | Yes | VLS(PDP-LCD) Sales Status - Impact on CRT - Sept. 2003, Stationed at the US Office, Kinoshita |
| DX50512 | 11/13/2001 | | MTPD-0572576 | MTPD-0572576 | Yes | The First Individual Cooperation Council Meeting - Efforts of Toshiba Panasonic Individual Cooperation Promotion Groups |
| DX50513 | 00/00/0000 | | MTPD-0573075 | MTPD-0573075 | Yes | Recognition of market environment (global) |
| DX50514 | 2/20/2002 | | MTPD-0573093 | MTPD-0573093 | Yes | 2002-2004 CRT Business Group Business Plan February 20th, 2002 Display Device co. CRT Business Group |
| DX50515 | 8/00/2001 | | MTPD-0584535 | MTPD-0584535 | Yes | Business Result 2001 - BMCC's Scenario for profitability recovery |
| DX50516 | 00/00/0000 | | MTPDA_SEC-0225499 | MTPDA_SEC-0225587 | | Business Integration Agreement - Matsushita Electric Industrial Co., LTD. And Toshiba Corp [Translation] |

Case 4:07-cv-05944-JST   Document 5017-2   Filed 11/11/16   Page 5 of 19
LG Electronics, Inc.'s Trial Exhibit List-Ownership/Control
Sears, Roebuck Co., and Kmart Corporation v. LG Electronics, Inc., et al., Case No. 3:07-cv-05944-JST

| Trial Ex. | Date | Dep. Ex. | Beg Bates No. | End Bates No. | Foreign Language | Description |
|---|---|---|---|---|---|---|
| DX50517 | 6/2/2005 | | MTPDA_SEC-1391744 | MTPDA_SEC-1391749 | | Email chain among MTPD employees re: updated price information from MTPDA 32VR/32VPF in 3Q(7-9)/2005 |
| DX50518 | 2003 | | No Bates | No Bates | | Victor Company of Japan, Limited Annual Report 2003 |
| DX50519 | 11/8/2002 | | PHLP-CRT-012618 | PHLP-CRT-012619 | | Email from Arie A. Leunis to Jim M. Smith re: Pricing 32WSSF Q4 2001 (Formal protest LPD nr: TVE-628-02-AL-E001) |
| DX50520 | 4/29/2003 | | PHLP-CRT-026877 | PHLP-CRT-026879 | | Email from Felice Albertazzi to Christoph Klaus re: Price requirements Philips America |
| DX50521 | 6/11/2001 | | PHLP-CRT-027882 | PHLP-CRT-027882 | | Email from Communications to Philips-news-subscribers re: Philips and LG sign Definitive Agreement on joint venture attaching Philips and LG sign Definitive Agreement on joint venture |
| DX50522 | 10/15/2001 | | PHLP-CRT-033780 | PHLP-CRT-033781 | | Email from Jim M. Smith to Jan De re: 14" purchases for Europe |
| DX50523 | 6/3/2005 | | PHLP-CRT-043703 | PHLP-CRT-043704 | | Email from Wiebo Vaartjes Lou Schreuers re: Fwd.: Sales & Stock Reg. Eur. PCE Meeting with LPD 020605s.ppt |
| DX50524 | 11/29/2005 | | PHLP-CRT-064967 | PHLP-CRT-064968 | | Email re: Nego LPD |
| DX50525 | 00/00/0000 | | PHLP-CRT-081647 | PHLP-CRT-081647 | | EIA Cathode Ray tube Market Research Committee Long Range Plan |

LG Electronics, Inc.'s Trial Exhibit List-Ownership/Control
Sears, Roebuck Co., and Kmart Corporation v. LG Electronics, Inc., et al., Case No. 3:07-cv-05944-JST

| Trial Ex. | Date | Dep. Ex. | Beg Bates No. | End Bates No. | Foreign Language | Description |
|---|---|---|---|---|---|---|
| DX50526 | 3/25/1999 | | PHLP-CRT-082045 | PHLP-CRT-082048 | | Memo re: Industry meeting notes from the meeting with CAV, USPL and Delafoil on March 23 |
| DX50527 | 4/20/2004 | | PHLP-CRT-085340 | PHLP-CRT-085343 | | Market Forecast Consortium Meeting Minutes, April 20, 2004 - Delafoil - Perrysburg, OH |
| DX50528 | 6/25/2004 | | PHLP-CRT-144927 | PHLP-CRT-145260 | | Restructuring Agreement in Respect of US$2,000,000,000 Facility Agreement dated 26 June 2001 As Amended and Restated Pursuant to An Amendment Agreement Dated 31 May 2002; LG.Philips Displays Holding B.V., borrower |
| DX50529 | 7/5/2005 | | PHLP-CRT-148002 | PHLP-CRT-148002 | | Email from Jan De Lombaerde to Rik Dombrecht re: prices |
| DX50530 | 5/3/2005 | | PHLP-CRT-148288 | PHLP-CRT-148290 | | Email re: Meeting with LPD scheduled for May 5 |
| DX50531 | 6/23/2004 | | PHLP-CRT-149177 | PHLP-CRT-149179 | | Email re: Reminder conf call June 23rd |
| DX50532 | 12/5/2004 | | PHLP-CRT-150976 | PHLP-CRT-150977 | | Email re: Final Offer 29FS/29RF pricing 2005 |
| DX50533 | 11/3/2003 | | PHLP-CRT-161302 | PHLP-CRT-161306 | | Email re: LPD Alignment - Mag and Phillips possibilities |
| DX50534 | 2/10/2004 | | PHLP-CRT-162777 | PHLP-CRT-162779 | | Email re: 32V Real Flat |

| Trial Ex. | Date | Dep. Ex. | Beg Bates No. | End Bates No. | Foreign Language | Description |
|---|---|---|---|---|---|---|
| DX50535 | 2/11/2004 | | PHLP-CRT-162780 | PHLP-CRT-162783 | | Email re: 32V Real Flat |
| DX50536 | 4/8/2004 | | PHLP-CRT-163839 | PHLP-CRT-163843 | | Email re: 32WSRF from Gumi (Korea)-PCE |
| DX50537 | 8/16/2004 | | PHLP-CRT-165693 | PHLP-CRT-165696 | | Email re: Negative IVM! |
| DX50538 | 11/3/1998 | | PTC-00008815 | PTC-00008815 | | Email re: 27V Sharp Business |
| DX50539 | 9/12/2005 | | SDCRT-0022759 | SDCRT-0022759 | Yes | Samsung SDI - Building marketing capabilities to create winning strategies |
| DX50540 | 12/14/2000 | | SDCRT-0063645 | SDCRT-0063645 | | Email re: (Reply) '01 SEC price (SERIES #3) |
| DX50541 | 12/11/2000 | | SDCRT-0063813 | SDCRT-0063814 | Yes | Emil re: 01' Samsung Electronics column/price (Series #2) (Attachment) |
| DX50542 | 6/5/2007 | | SDCRT-0133544 | SDCRT-0133545 | Yes | Email re: FWD: LG Electronics - SDI TOP Meeting Data Ver 3 |
| DX50543 | 10/12/2007 | | SDCRT-0160358 | SDCRT-0160363 | Yes | Email re: [Urgent] Pricing policy related email sent to the wrong person |

Case 4:07-cv-05944-JST   Document 5017-2   Filed 11/11/16   Page 8 of 19

LG Electronics, Inc.'s Trial Exhibit List-Ownership/Control
Sears, Roebuck Co., and Kmart Corporation v. LG Electronics, Inc., et al., Case No. 3:07-cv-05944-JST

| Trial Ex. | Date | Dep. Ex. | Beg Bates No. | End Bates No. | Foreign Language | Description |
|---|---|---|---|---|---|---|
| DX50544 | 11/00/2006 | | SDCRT-0203021 | SDCRT-0203021 | Yes | CRT Crisis and New Vision, SCM Forum |
| DX50545 | 5/31/2002 | | T00010061 | T00010286 | | Bible to Amendment Documents, Dated 31 May 2002, related to a US$2,000,000,000 facility for LG.Philips Displays Holding B.V., as borrower and JPMorgan Chase Bank, as Agent |
| DX50546 | 6/26/2001 | | T00010773 | T00010983 | | Bible of Finance Documents relating to a US$2,000,000,000 facility for LG.Philips Displays Holding B.V. |
| DX50547 | 1/29/2003 | | TSB-CRT-00026162 | TSB-CRT-00026180 | | Toshiba Corporation - CRT Joint Venture Company |
| DX50548 | 8/1/2003 | | VIEW_CRT00060265 | VIEW_CRT00060388 | | The Display Search -  MONITOR |
| DX50549 | 00/00/1983 | | No Bates | No Bates | | Franklin M. Fisher and John J. McGowan, "On the Misuse of Accounting Rates of Return to Infer Monopoly Profits," The American Economic Review, Vol. 73(1), March 1983 |
| DX50550 | 00/00/1988 | | No Bates | No Bates | | Holderness, C. & Sheehan, D, "The Role of Majority Shareholders in Publicly Held Corporations: An Exploratory Analysis," in Journal of Financial Economics 20 (1988), pp. 317-46. |
| DX50551 | 10/19/1998 | | No Bates | No Bates | | EC Approves Deal between EECA and EIAJ, http://www.telecompaper.com/news/ec-approves-deal-between-eeca-and-eiaj--151680 |
| DX50552 | 00/00/1999 | | No Bates | No Bates | | Samsung Electronics' 1999 Annual Report, available at http://dart.fss.or.kr/dsaf001/main.do?rcpNo=20000330000796 |

| Trial Ex. | Date | Dep. Ex. | Beg Bates No. | End Bates No. | Foreign Language | Description |
|---|---|---|---|---|---|---|
| DX50553 | 00/00/1999 | | No Bates | No Bates | | Samsung Electronics' 1999 Annual Report, available at http://www.samsung.com/us/aboutsamsung/ir/financialinformation/annualreport/downloads/1999/all.pdf |
| DX50554 | 00/00/1999 | | No Bates | No Bates | | SDI's 1999 Annual Report, available at http://dart.fss.or.kr/dsaf001/main.do?rcpNo=20000331000088 |
| DX50555 | 00/00/2000 | | No Bates | No Bates | | Samsung Electronics' 2000 Annual Report, available at http://www.samsung.com/us/aboutsamsung/ir/financialinformation/annualreport/downloads/2000/eng_all.pdf |
| DX50556 | 00/00/2000 | | No Bates | No Bates | | SDI's 2000 Annual Report, available at http://dart.fss.or.kr/dsaf001/main.do?rcpNo=20010331000604 |
| DX50557 | 11/28/2000 | | No Bates | No Bates | | Philips, LG Electronics to form giant CRT venture, Business Times Malaysia, Nov. 28, 2000 |
| DX50558 | 11/28/2000 | | No Bates | No Bates | | Shin Jung Won, Philips, LG Electronics plan to form an alliance, Asian Wall Street Journal |
| DX50559 | 11/30/2000 | | No Bates | No Bates | | Philips and LG sign CRT joint venture, Electronic Times |
| DX50560 | 12/31/2000 | | No Bates | No Bates | | Koninklijke Philips Electronics N.V.'s Annual Report for the Fiscal Year Ended December 31, 2000, available at: http://www.sec.gov/Archives/edgar/data/313216/000095012301501898/0000950123-01-501898.txt |
| DX50561 | 2001 | | No Bates | No Bates | | Koninklijke Philips Electronics N.V.'s Annual Report for the Fiscal Year Ended December 31, 2001, available at: http://www.sec.gov/Archives/edgar/data/313216/000115697302000178/0001156973-02-000178.txt |

| Trial Ex. | Date | Dep. Ex. | Beg Bates No. | End Bates No. | Foreign Language | Description |
|---|---|---|---|---|---|---|
| DX50562 | 00/00/2001 | | No Bates | No Bates | | Philips Annual Report 2001, Management Report, available at http://www.philips.com/mwg-internal/de5fs23hu73ds/progress?id=P_Egde_JOXlptazzNlWHds0htHmUHYt9zM-XCoE4uOQ, |
| DX50563 | 00/00/2001 | | No Bates | No Bates | | Samsung Electronics' 2001 Annual Report, available at http://www.samsung.com/us/aboutsamsung/ir/financialinformation/annualreport/downloads/2001/eng_2001.pdf |
| DX50564 | 00/00/2001 | | No Bates | No Bates | | SDI's 2001 Annual Report, available at http://dart.fss.or.kr/dsaf001/main.do?rcpNo=20020401001133 |
| DX50565 | 3/31/2001 | | No Bates | No Bates | | Koninklijke Philips Electronics N.V.'s Quarterly Report for the Period Ending March 31, 2001, available at: http://www.sec.gov/Archives/edgar/data/313216/000089183601500033/0000891836-01-500033.txt |
| DX50566 | 6/13/2001 | | No Bates | No Bates | | Philips Form Venture, Wall Street Journal Abstracts (USA) |
| DX50567 | 7/6/2001 | | No Bates | No Bates | | News In Brief, Christian Science Monitor, July 6, 2001 |
| DX50568 | 7/17/2001 | | No Bates | No Bates | | Koninklijke Philips Electronics N.V.'s Quarterly Report for the Period Ending June 20, 2001, available at: http://www.sec.gov/Archives/edgar/data/313216/000089183601500194/0000891836-01-500194.txt |
| DX50569 | 11/26/2001 | | No Bates | No Bates | | The Business-Cycle Peak of March 2001, The National Bureau of Economic Research, November 26, 2001. http://www.nber.org/cycles/november2001/ |
| DX50570 | 12/31/2001 | | No Bates | No Bates | | Samsung Electronics' 2001 Audit Report, dated March 13, 2002, available at http://www.sec.gov/Archives/edgar/vprr/02/9999999997-02-022823 |

| Trial Ex. | Date | Dep. Ex. | Beg Bates No. | End Bates No. | Foreign Language | Description |
|---|---|---|---|---|---|---|
| DX50571 | 00/00/2002 | | No Bates | No Bates | | Philips Annual Report 2002, Management Report, available at http://www.philips.com/mwg-internal/de5fs23hu73ds/progress?id=3Er8o4Y-xNrKVW2DR7v7zDVYUMuyDEDdsrmDrgOZrrs, |
| DX50572 | 00/00/2002 | | No Bates | No Bates | | SDI's 2002 Annual Report, available at http://dart.fss.or.kr/dsaf001/main.do?rcpNo=20030331001221 |
| DX50573 | 12/31/2002 | | No Bates | No Bates | | Samsung Electronics' 2002 Audit Report dated May 6, 2003, available at http://www.sec.gov/Archives/edgar/vprr/03/9999999997-03-020649 |
| DX50574 | 2003 | | No Bates | No Bates | | SDI's 2003 Sustainability Report, available at http://www.samsungsdi.com/sustainability/report |
| DX50575 | 00/00/2003 | | No Bates | No Bates | | Samsung Electronics' 2003 Annual Report, available at http://www.samsung.com/us/aboutsamsung/ir/financialinformation/annualreport/downloads/2003/2003AR_Eng.pdf |
| DX50576 | 3/13/2003 | | No Bates | No Bates | | Ward, Andrew, "Reign of the 'Chaos-Maker': Interview Yun Jong-Yong, Samsung Electronics: The Head of South Korea's Consumer Electronics Giant Tells Andrew Ward How He Instilled a Climate of Crisis to Transform the Struggling Company into a Global Contender, Financial Times, London Edition (3/13/2003) |
| DX50577 | 9/00/2003 | | No Bates | No Bates | | Kliesen, Kevin L. "The 2001 Recession: How Was It Different and What Developments May Have Caused It?" The Federal Reserve Bank of St. Louis, September 2003. http://research.stlouisfed.org/publications/review/03/09/Kliesen.pdf |
| DX50578 | 2004 | | No Bates | No Bates | | SDI's 2004 Sustainability Report, available at http://www.samsungsdi.com/sustainability/report |
| DX50579 | 00/00/2004 | | No Bates | No Bates | | Philips Annual Report 2004, available at http://www.philips.com/shared/assets/Downloadablefile/Philips_Annual Report2004_2-13833.pdf |

Case 4:07-cv-05944-JST   Document 5017-2   Filed 11/11/16   Page 12 of 19

LG Electronics, Inc.'s Trial Exhibit List-Ownership/Control
Sears, Roebuck Co., and Kmart Corporation v. LG Electronics, Inc., et al., Case No. 3:07-cv-05944-JST

| Trial Ex. | Date | Dep. Ex. | Beg Bates No. | End Bates No. | Foreign Language | Description |
|---|---|---|---|---|---|---|
| DX50580 | 00/00/2004 | | No Bates | No Bates | | Samsung Electronics' 2004 Annual Report, available at http://www.samsung.com/us/aboutsamsung/ir/financialinformation/annualreport/downloads/2004/2004AR_eng.pdf |
| DX50581 | 00/00/2004 | | No Bates | No Bates | | The World's 250 Largest Family Businesses, Family Business (2004), available at http://www.griequity.com/resources/industryandissues/familybusiness/topglobal.html |
| DX50582 | 2/19/2004 | | No Bates | No Bates | | Sharma, Dinesh C. "Flat Panels to Outpace CRTs in 2004" CNET News. CBS Interactive, February19, 2004. http://news.cnet.com/Flat-panels-to-outpace-CRTs-in-2004/2100-1041_3-5161666.html |
| DX50583 | 2/26/2004 | | No Bates | No Bates | | Frauenheim, Ed. "LCDs Poised for Prime Time" CNET News. CBS Interactive, February 26, 2004. http://news.cnet.com/2100-1041_3-5166007.html |
| DX50584 | 11/23/2004 | | No Bates | No Bates | | Lee, B.J. & Wehrfritz, George, "The Last Tycoon; Samsung's Enigmatic Chairman May be Leading More Than his Company," Newsweek, International (11/24/2003) |
| DX50585 | 12/31/2004 | | No Bates | No Bates | | Samsung Electronics' 2004 Audit Report dated May 4, 2005, available at http://www.sec.gov/Archives/edgar/vprr/05/9999999997-05-022445 |
| DX50586 | 2005 | | No Bates | No Bates | | SDI's 2005 Sustainability Report, available at http://www.samsungsdi.com/sustainability/report |
| DX50587 | 00/00/2005 | | No Bates | No Bates | | Philips Annual Report 2005, available at http://www.philips.com/mwg-internal/de5fs23hu73ds/progress?id=OUMM2zaEfP2uqqXr53gVeV66jrIY27ezDoywhFp80gk, |
| DX50588 | 00/00/2005 | | No Bates | No Bates | | Robert S. Pindyck and Daniel L. Rubinfeld. Microeconomics. Upper Saddle River, NJ: Pearson Prentice Hall, 2005. 6th ed. |

| Trial Ex. | Date | Dep. Ex. | Beg Bates No. | End Bates No. | Foreign Language | Description |
|---|---|---|---|---|---|---|
| DX50589 | 00/00/2005 | | No Bates | No Bates | | Samsung Electronics' 2005 Annual Report, available at http://www.samsung.com/us/aboutsamsung/ir/financialinformation/annualreport/downloads/2005/Samsung_AR2005_e.pdf |
| DX50590 | 6/16/2005 | | No Bates | No Bates | | Article - Philips and TPV Entered into Definitive Agreement to Create World's Leading Display Manufacturer, June 16, 2005. http://www.newscenter.philips.com/main/standard/about/news/press/arch |
| DX50591 | 2006 | | No Bates | No Bates | | SDI's 2006 Sustainability Report, available at http://www.samsungsdi.com/sustainability/report |
| DX50592 | 00/00/2006 | | No Bates | No Bates | | Samsung Electronics' 2006 Annual Report, available at http://www.samsung.com/us/aboutsamsung/ir/financialinformation/annualreport/downloads/2006/AnnualReport_2006_Eng.pdf |
| DX50593 | 3/22/2006 | | No Bates | No Bates | | Krazit, Tom. "Plasma or LCD? Size Matters" CNET News. CBS Interactive, March 22, 2006. http://news.cnet.com/Plasma-or-LCD-Size-matters/2100-1041_3-6052824.html |
| DX50594 | 2007 | | No Bates | No Bates | | SDI's 2007 Sustainability Report, available at http://www.samsungsdi.com/sustainability/report |
| DX50595 | 00/00/2007 | | No Bates | No Bates | | Samsung Electronics' 2007 Annual Report, available at http://www.samsung.com/us/aboutsamsung/investor_relations/financial_information/annual_reports_2007.html |
| DX50596 | 2008 | | No Bates | No Bates | | SDI's 2008 Sustainability Report, available at http://www.samsungsdi.com/sustainability/report |
| DX50597 | 00/00/2008 | | No Bates | No Bates | | Samsung Electronics' 2008 Annual Report, available at http://www.samsung.com/us/aboutsamsung/investor_relations/financial_information/annual_reports_2008html |

| Trial Ex. | Date | Dep. Ex. | Beg Bates No. | End Bates No. | Foreign Language | Description |
|---|---|---|---|---|---|---|
| DX50598 | 4/8/2008 | | No Bates | No Bates | | Article - Philips takes decisive steps to improve profitability of its television business, http://www.newscenter.philips.com/main/standard/about/news/press/20080408_television_business.wpd |
| DX50599 | 7/8/2008 | | No Bates | No Bates | | Article - Philips to Transfer Its PC Monitors Business to TPV Technology, Entering into a Brand License Agreement, http://www.newscenter.philips.com/main/standard/about/news/press/20080708_pc_monitors.wpd |
| DX50600 | 2009 | | No Bates | No Bates | | SDI's 2009 Sustainability Report, available at http://www.samsungsdi.com/sustainability/report |
| DX50601 | 00/00/2009 | | No Bates | No Bates | | Samsung Electronics' 2002 Annual Report, available at http://www.samsung.com/us/aboutsamsung/ir/financialinformation/annualreport/downloads/2002/eng_all.pdf |
| DX50602 | 00/00/2009 | | No Bates | No Bates | | Samsung Electronics' 2009 Annual Report, available at http://www.samsung.com/us/aboutsamsung/ir/financialinformation/annualreport/downloads/2009/SECAR2009_Eng_Final.pdf |
| DX50603 | 2010 | | No Bates | No Bates | | SDI's 2010 Sustainability Report, available at http://www.samsungsdi.com/sustainability/report |
| DX50604 | 00/00/2010 | | No Bates | No Bates | | Samsung Electronics' 2010 Annual Report, available at http://www.samsung.com/us/aboutsamsung/ir/financialinformation/annualreport/downloads/2010/SECAR2010_Eng_Final.pdf |
| DX50605 | 12/21/2010 | | No Bates | No Bates | | Panasonic Corporation Filing under Rule 425 |
| DX50606 | 2011 | | No Bates | No Bates | | Samsung Electronics' 2011 Annual Report, available at http://www.samsung.com/us/aboutsamsung/ir/financialinformation/annualreport/downloads/2011/SECAR2011_Eng_Final.pdf |

| Trial Ex. | Date | Dep. Ex. | Beg Bates No. | End Bates No. | Foreign Language | Description |
|---|---|---|---|---|---|---|
| DX50607 | 2011 | | No Bates | No Bates | | SDI's 2011 Sustainability Report, available at http://www.samsungsdi.com/sustainability/report |
| DX50608 | 2012 | | No Bates | No Bates | | Samsung Electronics' 2012 Annual Report, available at http://www.samsung.com/us/aboutsamsung/investor_relations/financial_information/downloads/2013/SECAR2012_Eng_Final.pdf |
| DX50609 | 2012 | | No Bates | No Bates | | SDI's 2012 Sustainability Report, available at http://www.samsungsdi.com/sustainability/report |
| DX50610 | 2013 | | No Bates | No Bates | | "World's leading display partnership between Philips and TPV starts up now," September 5, 2005. http://www.newscenter.philips.com/main/standard/about/news/press/arch |
| DX50611 | 2013 | | No Bates | No Bates | | Samsung Electronics' 2013 Annual Report, available at http://www.samsung.com/us/aboutsamsung/investor_relations/financial_information/downloads/2013/2013-samsung-electronic-report.pdf |
| DX50612 | 2013 | | No Bates | No Bates | | SDI's 2013 Sustainability Report, available at http://www.samsungsdi.com/sustainability/report |
| DX50613 | 00/00/2014 | | No Bates | No Bates | | Japan Electronics and Information Technology Industries Association (JEITA), http://www.techonline.com/directory/japan-electronics-and-information-technologyindustries-association-jet |
| DX50614 | 4/15/2014 | | No Bates | No Bates | | Appendix 2: 2002 Related Party Shareholdings within the Samsung Group of Dr. Haggard's 4/15/2014 Expert Report |
| DX50615 | 00/00/0000 | | No Bates | No Bates | | Bankruptcy Act -  http://www.dutchcivillaw.com/bankruptcyact.htm |

| Trial Ex. | Date | Dep. Ex. | Beg Bates No. | End Bates No. | Foreign Language | Description |
|---|---|---|---|---|---|---|
| DX50616 | 00/00/0000 | | No Bates | No Bates | | Book 2 Legal Persons, art.2:23(b). Dutch Civil Law. Burgerlijk Wetboek , n.d., http://www.dutchcivillaw.com/civilcodebook022.htm |
| DX50617 | 00/00/0000 | | No Bates | No Bates | | Choo, Kineung, et al. "Changing Performance of Business Groups Over Two Decades: Technological Capabilities and Investment Inefficiency in Korean chaebols" Economic Development and Cultural Change 57.2 (2009): 359-386. |
| DX50618 | 00/00/0000 | | No Bates | No Bates | | European Electronic Components Manufacturers Association. http://www.eeca.eu/about-eeca |
| DX50619 | 00/00/0000 | | No Bates | No Bates | | Samsung Electronics' Corporate Governance (GC) & Investor Relations (IR) Awards, available at http://www.samsung.com/us/aboutsamsung/investor_relations/corporate_governance/cgirawards/ |
| DX50620 | 1998 | | No Bates | No Bates | | Victor Company of Japan, Limited Annual Reports 1998 |
| DX50621 | 1999 | | No Bates | No Bates | | Victor Company of Japan, Limited Annual Reports 1999 |
| DX50622 | 2000 | | No Bates | No Bates | | Victor Company of Japan, Limited Annual Reports 2000 |
| DX50623 | 11/27/2000 | | No Bates | No Bates | | Press Release: Philips and LG join forces in display components activities (Nov. 27, 2000), available at http://www.newscenter.philips.com/main/standard/about/news/press/archive/2000/article-2275.wpd |
| DX50624 | 11/28/2000 | | No Bates | No Bates | | Article: Suzanne Kapner, LG of Korea and Philips Set Screen-Making Venture, N.Y. Times, Nov. 28, 2000, 2000 WLNR 3211365 |

LG Electronics, Inc.'s Trial Exhibit List-Ownership/Control

Sears, Roebuck Co., and Kmart Corporation v. LG Electronics, Inc., et al., Case No. 3:07-cv-05944-JST

| Trial Ex. | Date | Dep. Ex. | Beg Bates No. | End Bates No. | Foreign Language | Description |
|---|---|---|---|---|---|---|
| DX50625 | 11/28/2000 | | No Bates | No Bates | | Article: James M. Dorsey, Philips Electronics, Korea's LG Expand Tie-Ups—Cathode-Ray Tube Venture, Talks on Mobile Phones Follow Big Screens Deal, Wall St. J., Nov. 28, 2000 |
| DX50626 | 11/28/2000 | | No Bates | No Bates | | Article: LG, Philips to Establish CRT Joint Venture, Xinhua News Agency, Nov. 28, 2000 |
| DX50627 | 11/28/2000 | | No Bates | No Bates | | Article: Sunny Yang, LG Electronics Says Philips Tie Cures Ills, Korea JoongAng Daily, Nov. 28, 2000 |
| DX50628 | 11/28/2000 | | No Bates | No Bates | | Article: Venture to Create Biggest Maker of TV, Computer Screens, Chicago Tribune, 2000 WLNR 8275113 |
| DX50629 | 12/4/2000 | | No Bates | No Bates | | Article: Philips and LG sign CRT joint venture, Electronic Times, 2000 WLNR 4561872 |
| DX50630 | 2001 | | No Bates | No Bates | | Victor Company of Japan, Limited Annual Report 2001 |
| DX50631 | 6/11/2001 | | No Bates | No Bates | | Press Release: LG and Philips sign Definitive Agreement on joint venture, LG Electronics Press Room, June 11, 2001 |
| DX50632 | 6/13/2001 | | No Bates | No Bates | | Article: Victoria Shannon, Tech Brief: LG-PHILIPS VENTURE, International Herald Tribune (Paris) |
| DX50633 | 2002 | | No Bates | No Bates | | Victor Company of Japan, Limited Annual Reports 2002 |

| Trial Ex. | Date | Dep. Ex. | Beg Bates No. | End Bates No. | Foreign Language | Description |
|---|---|---|---|---|---|---|
| DX50634 | 2003 | | No Bates | No Bates | | Matsushita Electric Industrial, Annual Report 2003 |
| DX50635 | 2004 | | No Bates | No Bates | | Victor Company of Japan, Limited Annual Reports 2004 |
| DX50636 | 2005 | | No Bates | No Bates | | Victor Company of Japan, Limited Annual Reports 2005 |
| DX50637 | 2006 | | No Bates | No Bates | | Victor Company of Japan, Limited Annual Reports 2006 |
| DX50638 | 2007 | | No Bates | No Bates | | Victor Company of Japan, Limited Annual Reports 2007 |
| DX50639 | 12/6/2010 | | No Bates | No Bates | | Declaration of Katsuyuki Kawamura in support of the Hitachi Defendants' Evidentiary Proffer |
| DX50640 | 12/6/2010 | | No Bates | No Bates | | Exhibits 10 to Hitachi Mot. For Summary Judgment [Dkt. No. 2972-1] |
| DX50641 | 12/7/2010 | | No Bates | No Bates | | Declaration of Raymond Teng in support of the Hitachi Defendants' Evidentiary Proffer |
| DX50642 | 12/7/2010 | | No Bates | No Bates | | Declaration of Tillie Lim in support of the Hitachi Defendants' Evidentiary Proffer |

| Trial Ex. | Date | Dep. Ex. | Beg Bates No. | End Bates No. | Foreign Language | Description |
|---|---|---|---|---|---|---|
| DX50643 | 4/15/2014 | | No Bates | No Bates | | Expert Report of Vandy Howell, Ph.D. [Ex. 3 to Hitachi Mot. For Summary Judgment (Dkt. No. 2972-1)] |
| DX50644 | 10/8/2014 | | No Bates | No Bates | | Stipulation Regarding Ownership or Control, *Costco Wholesale Corp. v. AuOptronics, et al.* Case No. 13-cv-1207-RAJ |
| DX50645 | 11/6/2014 | | No Bates | No Bates | | Declaration of Robert S. Marin re Panasonic Corporation of North America in support of Certain Defendants' Motion for Partial Summary Judgment with Respect to DAPs' Alleged Direct Damage Claims Based on Purchases from Sanyo |
| DX50646 | 11/6/2014 | | No Bates | No Bates | | Declaration of Shinichi Miyoshi re MT Picture Display Co., Ltd. In support of Certain Defendants' Motion for Partial Summary Judgment with Respect to DAPs' Alleged Direct Damage Claims Based on Purchases from Sanyo |
| DX50647 | 11/6/2014 | | No Bates | No Bates | | Declaration of Shinichi Miyoshi re Panasonic Corporation of North America in support of Certain Defendants' Motion for Partial Summary Judgment with Respect to DAPs' Alleged Direct Damage Claims Based on Purchases from Sanyo |
| DX50648 | 11/7/2014 | | No Bates | No Bates | | Declaration of Mio Tamba in support of Toshiba's Motion for Summary Judgment to Withdrawal |
| DX50649 | 00/00/0000 | | No Bates | No Bates | | Weihai Daewoo Electronics Co., Ltd. Company Profile, available at http://www.made-in-china.com/showroom/pennywh/companyinfo/Weihai-Daewoo-Electronics-Co-Ltd-.html |