# EXHIBIT C

LG Electronics, Inc.'s Trial Exhibit List-Discovery Designations
Sears, Roebuck Co., and Kmart Corporation v. LG Electronics, Inc., et al., Case No. 3:07-cv-05944-JST

| Trial Ex. | Date | Document/Description | Item(s) |
|---|---|---|---|
| DX50337 | 9/3/2014 | Objections and Responses of Defendant Koninklijke Philips N.V. to Indirect Purchaser Plaintiffs' First Set of Interrogatories | Responses to: 8, 25 (RFA No. 1) |
| DX50338 | 9/3/2014 | Objections and Responses of Defendant Philips Do Brasil, LTDA. To Indirect Purchaser Plaintiffs' First Set of Interrogatories | Response to: 2 |
| DX50339 | 9/3/2014 | Objections and Responses of Defendant Philips Electronics North America Corporation to Indirect Purchase Plaintiffs' First Set of Interrogatories | Response to: 2 |
| DX50340 | 9/3/2014 | Objections and Responses of Defendant Philips Taiwan Limited to Indirect Purchaser Plaintiffs' First Set of Interrogatories | Response to: 2 |
| DX50341 | 8/20/2014 | Plaintiffs Sears, Roebuck and Co. & Kmart Corp.'s Objections and Responses to Defendant LG Electronics, Inc.'s First Set of Interrogatories | Response to: 1 |
| DX50342 | 9/5/2014 | Plaintiffs Sears, Roebuck and Co. & Kmart Corp.'s Objections and Responses to Defendant Toshiba Corporation's Second Set of Interrogatories | Responses to: 9, 10, 11, 12, 13 |
| DX50343 | 3/10/2014 | Plaintiffs Sears, Roebuck and Co. & Kmart Corp.'s Objections and Responses to Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes Malaysia SDN.BHD's First Set of Requests for Admission | Responses to: 1, 2 |
| DX50344 | 9/5/2014 | Plaintiffs Sears, Roebuck and Co. & Kmart Corp.'s Objections and Responses to Defendants Thomson SA and Thomson Consumer Electronics, Inc.'s First Set of Requests for Admission | Responses to: 1, 2, 3, 4 |
| DX50345 | 8/20/2014 | Plaintiffs Sears, Roebuck and Co. & Kmart Corp.'s Objections and Responses to Defendants LG Electronics, Inc.'s First Set of Requests for Admission | Responses to: 1, 12, 13, 14, 32, 33, 34, 41, 42, 43, 44, 53 |
| DX50346 | 9/26/2014 | Plaintiffs Sears, Roebuck and Co. & Kmart Corporation's Supplemental Objections and Responses to Defendant Toshiba America Information Systems, Inc.'s First Set of Interrogatories | Response to: 9 |
| DX50347 | 9/26/2014 | Plaintiffs Sears, Roebuck and Co. & Kmart Corporation's Supplemental Objections and Responses to Defendant Toshiba America Electronic Components, Inc.'s First Set of Requests for Admission | Response to: 12 |
| DX50348 | 9/4/2014 | Plaintiffs Sears, Roebuck and Co. and Kmart Corporation's Objections and Responses to Defendant Toshiba America Electronic Components, Inc.'s First Set of Requests for Admission | Responses to: 1, 14, 17, 19 |
| DX50349 | 9/14/2014 | Toshiba Corporation's Objections And Responses To Indirect Purchaser Plaintiffs' First Set of Interrogatories to Defendants | Response to: 2 |