Richard Alan Arnold, Esquire
William J. Blechman, Esquire
Kevin J. Murray, Esquire
Douglas H. Patton, Esquire
James Almon, Esquire
Samuel J. Randall, Esquire
KENNY NACHWALTER, P.A.
1441 Brickell Avenue
Suite 1100
Miami, Florida 33131
Tel:     (305) 373-1000
Fax:    (305) 372-1861
E-mail:   rarnold@knpa.com
              wblechman@knpa.com
              kmurray@knpa.com
              dpatton@knpa.com
              jalmon@knpa.com
              srandall@knpa.com

*Counsel for Plaintiffs Sears, Roebuck and Co. and Kmart Corporation*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 (JST)<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Sears, Roebuck & Co., and Kmart Corporation v. LG Electronics, Inc., et al.*, Case No. 11-cv-5514 (SC) | **PLAINTIFFS SEARS' AND KMART'S WITNESS LIST PURSUANT TO COURT ORDER TO SHOW CAUSE ADOPTING PROCEDURES TO RESOLVE PROTECTIVE ORDER ISSUES PRETRIAL** |

Pursuant to the Court Order to Show Cause Adopting Procedures to Resolve Protective Order Issues Pretrial, Plaintiffs Sears, Roebuck and Co. and Kmart Corporation (collectively "Plaintiffs") provide a list of the witnesses that may appear in their case-in-chief at trial, either live or through deposition designation, as well as those witnesses Plaintiffs may call if the need arises.

| | |
|---|---|
| 1 | **Name:** |
| 2 | Ahn, Joon Seong |
| 3 | Barrett, Patrick |
| 4 | Bond, Clayton |
| 5 | Canavan, Patrick |
| 6 | Charamel, Emeric |
| 7 | Choi, Kyu In (Quin) |
| 8 | Choi, Hoon (Ricky) |
| 9 | Chu, Hun Sul |
| 10 | De Lombaerde, Jan |
| 11 | DeMoor, Roger |
| 12 | Eguchi, Hiroshi |
| 13 | Elzinga, Kenneth |
| 14 | Frankel, Alan |
| 15 | Fujita, Norio |
| 16 | Gill, Daniel |
| 17 | Haggard, Stephan |
| 18 | Hazuku, Kenichi |
| 19 | Heiser, L. Thomas |
| 20 | Hirai, Kazumasa |
| 21 | Hsu, Chih-Yen (Michael) |
| 22 | Innami, Hideo |
| 23 | Inoue, Osamu |
| 24 | Ito, Nobuaki |
| 25 | Iwamoto, Shinichi |
| 26 | Iwasawa, Toru |
| 27 | Johnson, Jeff |
| 28 | |

| | |
|---|---|
| 1 | Jung, Jin Kang (Cesar) |
| 2 | Kawano, Tomoyuki |
| 3 | Kawashima, Yasuhiko |
| 4 | Killen, Joseph |
| 5 | Kim, Deok-Yun |
| 6 | Kim, Woong Rae |
| 7 | Kim, Youngtae |
| 8 | Kimura, Masahiro |
| 9 | Kinoshita, Ayumu |
| 10 | Kobayashi, Nobuhiko |
| 11 | Kumazawa, Yuuichi |
| 12 | Kurosawa, Koji |
| 13 | Kwon, Kyung Tae |
| 14 | Lee, Dae Eui |
| 15 | Lee, Jae In |
| 16 | Lee, Pil Jae |
| 17 | Lee, Yun Seok |
| 18 | Lissorgues, Christian |
| 19 | Liu, Chih-Chun |
| 20 | London, Kim |
| 21 | Lu, Jing Song (Jason) |
| 22 | Lys, Thomas |
| 23 | McClave, James |
| 24 | Morishima, Yasuhiro |
| 25 | Mortier, Kris |
| 26 | Muramatsu, Masashi |
| 27 | Na, Young Bae |
| 28 | |

| | |
|---|---|
| 1 | Nakano, Takashi |
| 2 | Nishimaru, Kazuhiro |
| 3 | Nishimura, Kazutaka |
| 4 | Nishiyama, Hirokazu |
| 5 | Oh, Kyung Chul (Casey) |
| 6 | Oh, Sang Young |
| 7 | Park, Sang-Kyu |
| 8 | Rodriguez, Modesto |
| 9 | Ryu, Duk Chul |
| 10 | Sakashita, Kazuhiro |
| 11 | Sanogawaya, Masaki |
| 12 | Schmitt, Thomas |
| 13 | Seong, Mok Hyeon |
| 14 | Smith, Jim (Philips/LPD) |
| 15 | Smith, Jim (Sears, Roebuck and Co., and Kmart Corporation) |
| 16 | Son, Michael |
| 17 | Takeda, Yasu Hisa |
| 18 | Tamba, Mio |
| 19 | Toyama, Noboru |
| 20 | Tsukamoto, Hitoshi |
| 21 | Tsuruta, Shinichiro |
| 22 | Whalen, William |
| 23 | Yamamoto, Yasuki |
| 24 | Yang, Sheng-Jen |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

Dated:  November 11, 2016

Respectfully submitted,

By: _____
Richard Alan Arnold, Esquire
William J. Blechman, Esquire
Kevin J. Murray, Esquire
Douglas Patton, Esquire
James T. Almon, Esquire
Samuel J. Randall, Esquire
1441 Brickell Avenue
Suite 1100
Miami, Florida  33131
Tel:   (305) 373-1000
Fax:   (305) 372-1861
E-mail:   rarnold@knpa.com
              wblechman@knpa.com
              kmurray@knpa.com
              dpatton@knpa.com
              jalmon@knpa.com
              srandall@knpa.com

***Attorneys for Plaintiffs Sears, Roebuck and Co. and Kmart Corp.***

### CERTIFICATE OF SERVICE

On November 11, 2016, I caused a copy of the foregoing Plaintiffs Sears' and Kmart's Witness List Pursuant to Court Order to Show Cause Adopting Procedures to Resolve Protective Order Issues Pretrial to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

By: _____
Samuel J. Randall

552090.1