Richard Alan Arnold, Esquire
William J. Blechman, Esquire
Kevin J. Murray, Esquire
Douglas H. Patton, Esquire
James Almon, Esquire
Samuel J. Randall, Esquire
KENNY NACHWALTER, P.A.
1441 Brickell Avenue
Suite 1100
Miami, Florida 33131
Tel:   (305) 373-1000
Fax:   (305) 372-1861
E-mail:   rarnold@knpa.com
          wblechman@knpa.com
          kmurray@knpa.com
          dpatton@knpa.com
          jalmon@knpa.com
          srandall@knpa.com

*Counsel for Plaintiffs Sears, Roebuck and Co. and Kmart Corporation*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 (JST)<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Sears, Roebuck & Co., and Kmart Corporation v. LG Electronics, Inc., et al.*, Case No. 11-cv-5514 (SC) | **PLAINTIFFS SEARS' AND KMART'S EXHIBIT LIST PURSUANT TO COURT ORDER TO SHOW CAUSE ADOPTING PROCEDURES TO RESOLVE PROTECTIVE ORDER ISSUES PRETRIAL** |

Pursuant to the Court Order to Show Cause Adopting Procedures to Resolve Protective Order Issues Pretrial, Plaintiffs Sears, Roebuck and Co. and Kmart Corporation (collectively "Plaintiffs") provide notice of exhibits they intend to introduce into evidence in their case-in-chief at trial.

In addition to the exhibits listed on the attached Exhibit A, Plaintiffs reserve the right to modify this list to add or remove exhibits based on, among other reasons: (i) agreements between Plaintiffs and LG regarding document authentication or any other issue; (ii) in response to any

1  witness, document or testimony identified by LG on its witness list, exhibit list, written discovery
2  designations, or deposition designations; (iii) in response to the Court's ruling on any pending or
3  future motions; or (iv) further trial preparations.  This list does not include documents that Plaintiffs
4  may rely on for the purpose of impeaching any witness or in rebuttal.

Dated:  November 11, 2016                    Respectfully submitted,

By: _____
Richard Alan Arnold, Esquire
William J. Blechman, Esquire
Kevin J. Murray, Esquire
Douglas Patton, Esquire
James T. Almon, Esquire
Samuel J. Randall, Esquire
1441 Brickell Avenue
Suite 1100
Miami, Florida  33131
Tel:   (305) 373-1000
Fax:   (305) 372-1861
E-mail:   rarnold@knpa.com
              wblechman@knpa.com
              kmurray@knpa.com
              dpatton@knpa.com
              jalmon@knpa.com
              srandall@knpa.com

***Attorneys for Plaintiffs Sears, Roebuck and Co. and Kmart Corp.***

## CERTIFICATE OF SERVICE

On November 11, 2016, I caused a copy of the foregoing Plaintiffs Sears' and Kmart's Exhibit List Pursuant to Court Order to Show Cause Adopting Procedures to Resolve Protective Order Issues Pretrial to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

By: _____
     Samuel J. Randall

552097.1