Francis O. Scarpulla (41059)
Patrick B. Clayton (240191)
LAW OFFICES OF FRANCIS O. SCARPULLA
456 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 788-7210
Facsimile: (415) 788-0706
Email: fos@scarpullalaw.com
       pbc@scarpullalaw.com

Counsel for Indirect-Purchaser Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 3:07-cv-5944-JST |
| | MDL No. 1917 |
| This Document Relates to: | **ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5** |
| All Indirect-Purchaser Actions | |
| | Judge: Honorable Jon S. Tigar |

1  Pursuant to Civil Local Rules 7-11 and 79-5(d), the Law Offices of Francis O. Scarpulla hereby moves for administrative relief regarding the Declarations of Richard Zitrin and Jack I. Garvey, as well as Exhibit 8 to the Declaration of Francis O. Scarpulla, in Support of the Law Offices of Francis O. Scarpulla's Objection to Special Master's Report & Recommendation Re Allocation of IPP Class Counsel Attorneys' Fees.  The undersigned respectfully requests an order permitting undersigned to file the Zitrin and Garvey Declarations, and Exhibit 8 to the Scarpulla Declaration under seal.

As set forth in the concurrently-filed Declaration of Francis O. Scarpulla in support of this administrative motion, the documents to be filed under seal contain both (a) material designated by Counsel for the Indirect-Purchaser Plaintiffs pursuant to the Stipulated Protective Order (Dkt. 306, amended at Dkt 1142, June 18, 2008) as "Confidential" or "Highly Confidential," and (b) analysis of, references to, or information taken directly from material designated by IPP Counsel pursuant to the Stipulated Protective Order as "Confidential" or "Highly Confidential."  *See* Scarpulla Declaration, ¶ 3.

The undersigned takes no position whether the designated documents satisfy the requirements for sealing.  Although undersigned's request is narrowly tailored to include only the information that may require confidentiality, it is IPP Counsel's burden to show good cause for sealing the designated documents by submitting a declaration within four (4) days of the lodging of the designated documents.  *See* Civil Local Rule 79-5(e).

///

///

///

---

1

ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5 - Case No. 3:07-cv-5944, MDL No. 1917

Because Civil Local Rule 79-5(b) prohibits the sealing of documents by agreement of the parties, the parties are unable to enter into such a stipulation.  *See* Civil Local Rules 7-11(a) (requiring explanation of lack of stipulation).

Dated: November 11, 2016                            Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/  Francis O. Scarpulla
　　　　　　　　　　　　　　　　　　　　　　　　Francis O. Scarpulla

　　　　　　　　　　　　　　　　　　　　Francis O. Scarpulla (41059)
　　　　　　　　　　　　　　　　　　　　Patrick B. Clayton (240191)
　　　　　　　　　　　　　　　　　　　　LAW OFFICES OF FRANCIS O. SCARPULLA
　　　　　　　　　　　　　　　　　　　　456 Montgomery Street, 17th Floor
　　　　　　　　　　　　　　　　　　　　San Francisco, CA 94104
　　　　　　　　　　　　　　　　　　　　Telephone: 415-788-7210
　　　　　　　　　　　　　　　　　　　　Facsimile:  415-788-0706
　　　　　　　　　　　　　　　　　　　　fos@scarpullalaw.com

2

ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5 - Case No. 3:07-cv-5944, MDL No. 1917