Francis O. Scarpulla (41059)
Patrick B. Clayton (240191)
LAW OFFICES OF FRANCIS O. SCARPULLA
456 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 788-7210
Facsimile:   (415) 788-0706
Email: fos@scarpullalaw.com
            pbc@scarpullalaw.com

*Counsel for Indirect-Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 3:07-cv-5944-JST<br><br>MDL No. 1917 |
| This Document Relates to:<br><br>All Indirect-Purchaser Actions | **DECLARATION OF FRANCIS O. SCARPULLA IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5**<br><br>Judge:  Honorable Jon S. Tigar |

I, Francis O. Scarpulla, declare:

1. I am an attorney duly licensed by the State of California and am admitted to practice before this Court. I am the sole owner of the Law Offices of Francis O. Scarpulla and my firm, along with others, serves as attorneys of record for the Indirect-Purchaser Plaintiffs in this MDL proceeding. I make this declaration in support of the Administrative Motion to File Documents Under Seal Pursuant to Civil Local Rules 7-11 and 79-5. Except where otherwise stated, the matters set forth herein are within my personal knowledge and if called upon and sworn as a witness I could competently testify regarding them.

2. On June 18, 2008, the Court approved a "Stipulated Protective Order" in the matter (Dkt. No. 306) (the "Protective Order").

3. Pursuant to the Protective Order and Local Civil Rules 7-11 and 79-5(d), the Law Offices of Francis O. Scarpulla seeks to file under seal the Declarations of Richard Zitrin and Jack I. Garvey, as well as Exhibit 8 to the Declaration of Francis O. Scarpulla in Support of the Law Offices of Francis O. Scarpulla's Objection to Special Master's Report & Recommendation Re Allocation of IPP Class Counsel Attorneys' Fees. The Declarations and Exhibit contain analyses of, references to, and/or information taken directly from material designated by Counsel for the Indirect-Purchaser Plaintiffs ("IPP Counsel") as "Confidential" or "Highly Confidential."

4. Pursuant to Civil Local Rule 79-5(e), this Declaration is being served on IPP Counsel as the "Designating Parties."

I declare under penalty of perjury that the foregoing is true and correct. Executed this 11th day of November 2016 at San Francisco, California.

          /s/  Francis O. Scarpulla
             Francis O. Scarpulla