1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-5944-JST |
|---|---|
|  | MDL No. 1917 |
| This Document Relates to:<br><br>All Indirect-Purchaser Actions | **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5** |

1    GOOD CAUSE APPEARING THEREFORE, Indirect-Purchaser Plaintiffs' Administrative Motion to File Documents Under Seal Pursuant to Civil Local Rules 7-11 and 79-5(d) is hereby GRANTED.  The following documents are to be sealed:

    1)    Declaration of Richard Zitrin in Support of the Law Offices of Francis O. Scarpulla's Objection to Special Master's Report & Recommendation Re Allocation of IPP Class Counsel Attorneys' Fees;

    2)    Declaration of Jack I. Garvey in Support of the Law Offices of Francis O. Scarpulla's Objection to Special Master's Report & Recommendation Re Allocation of IPP Class Counsel Attorneys' Fees; and

    3)    Exhibit 8 to the Declaration of Francis O. Scarpulla in Support of the Law Offices of Francis O. Scarpulla's Objection to Special Master's Report & Recommendation Re Allocation of IPP Class Counsel Attorneys' Fees.

IT IS SO ORDERED.

DATED: _____