1  FRANCIS O. SCARPULLA (CASB No. 41059)
   PATRICK B. CLAYTON (CASB No. 240191)
2  LAW OFFICES OF FRANCIS O. SCARPULLA
   456 Montgomery Street, 17th Floor
3  San Francisco, CA  94104
   Telephone:  (415) 788-7210
4  Facsimile:   (415) 788-0706
   Email: fos@scarpullalaw.com
5          pbc@scarpullalaw.com

6  *Counsel for Indirect-Purchaser Plaintiffs*

7

8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                SAN FRANCISCO DIVISION

12

| 13 | In Re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | **Master File No. 3:07-cv-5944-JST** |
|---|---|---|
| 14 | | **MDL No. 1917** |
| 15 | This Document Relates to: | **PROOF OF SERVICE** |
| 16 | All Indirect-Purchaser Actions | |

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**

I hereby certify that on November 11, 2016, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

  **ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5**

  **DECLARATION OF FRANCIS O. SCARPULLA IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5**

  **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5**

  **and PROOF OF SERVICE.**

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I also certify that I caused these same above-referenced documents, along with the subject documents to be sealed, to be emailed to the following IPP counsel as the Designating Parties:

  Mario N. Alioto, Esq.
  Lauren Capurro, Esq.
  Trump, Alioto, Trump & Prescott, LLP
  malioto@tatp.com
  laurenrussell@tatp.com

  Christopher T. Micheletti, Esq.
  Zelle LLP
  cmicheletti@zelle.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed this 11th of November 2016 at San Francisco, California.

          /s/  Francis O. Scarpulla
          Francis O. Scarpulla