1  FRANCIS O. SCARPULLA (CASB No. 41059)
   PATRICK B. CLAYTON (CASB No. 240191)
2  LAW OFFICES OF FRANCIS O. SCARPULLA
   456 Montgomery Street, 17th Floor
3  San Francisco, CA  94111
   Telephone:  (415) 788-7210
4  Facsimile:   (415) 788-0706
   fos@scarpullalaw.com
5  pbc@scarpullalaw.com

6  *Counsel for Indirect-Purchaser Plaintiffs*

7

8

9

10

11                        **UNITED STATES DISTRICT COURT**

12                       **NORTHERN DISTRICT OF CALIFORNIA**

13                              **SAN FRANCISCO DIVISION**

14

15 | In re:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION. | **Master File No. 3:07-cv-5944 JST** |
   |---|---|
   | | **MDL No. 1917** |
   | This Document Relates to: All Indirect-Purchaser Actions. | **DECLARATION OF JACK I. GARVEY IN SUPPORT OF LAW OFFICES OF FRANCIS O. SCARPULLA'S OBJECTION TO SPECIAL MASTER'S REPORT & RECOMMENDATION RE ALLOCATION OF IPP CLASS COUNSEL ATTORNEYS' FEES** |

22

23              # REDACTED VERSION OF DOCUMENT
24                       SOUGHT TO BE SEALED

25

26

27

28 | DECLARATION OF JACK I. GARVEY iso LOFOS's OBJECTION TO SM's R&R RE ALLOCATION OF IPP CLASS COUNSEL'S FEES | Master File No. 3:07-cv5944 JST MDL 1917 |
   |---|---|

I, Jack I. Garvey, hereby declare as follows:

1. I am an attorney licensed to practice before all the courts of the State of California, and bear State Bar Number 63300. I am serving in this matter in the capacity of an expert in contract law, having been retained by attorney Francis O. Scarpulla. If requested to by the Court, I am prepared to testify as to all matters contained in this Declaration.

2. My current *curriculum vitae* is attached hereto as Exhibit A. I have been a Professor of Law at the University of San Francisco School of Law for more than 40 years, teaching contracts, international law, and arbitration. My writings on international dispute resolution have been widely published. I have served as an expert consultant to law firms concerning contracts, including particularly partnerships and joint venture contract issues.

3. In forming the opinions I set forth below, I have reviewed the declaration of Francis O. Scarpulla filed in this matter October 5, 2016, and the exhibits attached thereto; Zelle LLP's Response to Special Master's Request for Documents of October 10, 2016, and the exhibit attached thereto; and a partial transcript of proceedings of October 3, 2016 before Special Master Martin Quinn, pages 31 – 33. Before I reviewed any documents or pleadings that might be covered by the Protective Order in this case, I read it and executed the required non-disclosure agreement.

4. Based upon my review of the foregoing materials, and in particular the exhibit to Zelle LLP's Response, it is my opinion that there was contract formation as to the basis for fees constituted by the e-mail exchange.

5. The relevant principle of the common law of contract, embodied in California Civil Code Section 1585, is the basic principle that there is agreement if offer and acceptance conform in their material terms, and the acceptance is not conditional. ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

DECLARATION OF JACK I. GARVEY iso
LOFOS's OBJECTION TO SM's R&R RE
ALLOCATION OF IPP CLASS COUNSEL'S FEES

- 1 -

Master File No. 3:07-cv5944 JST
MDL 1917



6.

7.

DECLARATION OF JACK I. GARVEY iso
LOFOS's OBJECTION TO SM's RR RE
ALLOCATION OF IPP COUNSEL'S FEES

- 2 -

Master File No. 3:07-cv5944 JST
MDL 1917

1 ████████████████████████████████████████
2 ████████████████████████████████████████
3 ████████████████████████████████████████
4 ████████████████████████████████████████
5 █

6   8.   ████████████████████████████████
7 ████████████████████████████████████████
8 ████████████████████████████████████████
9 ████████████████████████████████████████
10 ███████████████████████████████████████
11 █

12   9.   ████████████████████████████████
13 ████████████████████████████████████████
14 ████████████████████████████████████████
15 ████████████████████████████████████████
16 ████████████████████████████████████████

10. As to Mr. Scarpulla's efforts to enforce that agreement as to his portion of the Zelle lodestar assigned to him, he is a third-party beneficiary of the TATP/Zelle agreement. See, e.g. Goonewardene v. ADP, 2016 DJDAR 11110.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the forgoing is true and correct and that this declaration was executed in San Francisco, California on November 9, 2016.

_____
Jack I. Garvey

DECLARATION OF JACK I. GARVEY iso    - 3 -    Master File No. 3:07-cv5944 JST
LOFOS's OBJECTION TO SM's RR RE                MDL 1917
ALLOCATION OF IPP COUNSEL'S FEES

# EXHIBIT A

**PROFESSOR JACK GARVEY - CURRICULUM VITAE**

**Office:** University of San Francisco School of Law
2130 Fulton Street, San Francisco, CA 94108
(415) 225-7473   Fax (415) 422-6433   garveyj@usfca.edu

**EDUCATION:**

1965-68, Harvard Law School, J.D.
1964-65, Oxford University, St. John's College, Oxford, England
1960-64, Harvard College, A.B. with honors

**ACADEMIC AND PROFESSIONAL HISTORY**

2014-2016: Fulbright Senior Specialist, teaching International Commercial Arbitration, Europe and Asia, US State Department assignment to Croatia for legal analysis of European Refugee Crisis
Since Fall 1976: Professor of Law, University of San Francisco:
Full-time teaching responsibilities: Contracts (40 years), Public International Law, International Civil Litigation and Mediation, International Arbitration, Negotiation of International Contracts.
2016: Director, USF/Charles University Law Program, Prague, The Czech Republic
2012 and 2014: Director, USF/Ateneo Univ. Law Program, Manila, The Philippines
2013: Director, National University of Vietnam/USF Law Program, Hanoi, Vietnam
2010: Director, NLSIU/USF Law Program, Bangalore, India
2009: Director, Catholic Univ./USF International Law Program, Argentina
2007: Director, Duesto/USF International Law Program, Bilbao, Spain.
2003: Director, Pazmany University/USF Law Program, Budapest, Hungary
2002: Fulbright Senior Specialist, Brazil, Teaching International Arbitration Summer 2001: US State Dept. sponsored lectures at Hoi Chi Minh University, Vietnam, and in Hanoi at Ministry of Investment and Planning, on legal requirements to attract foreign trade and investment in implementation of US/Vietnam Trade Agreement.
April - June 1994, Sabbatical. Parker Fellowship, Teaching Public International Law and International Contract Dispute Resolution at University of Sidney Law School, Australia, and East China Institute of Law and Politics, Shanghai, China.
Since Fall 1973: Attorney, consultant and expert witness for numerous law firms on contracts and international and domestic contract related litigation, including particularly partnerships, joint ventures, leasing, franchising and insurance.

1987: Fellow, The Graduate Institute of International Studies, Geneva, Switzerland.

1988 - 1999: Trainer of Arbitrators for American Arbitration Association, contract disputes, particularly property leasing and construction, insurance, partnerships, franchising.

1983 - present: Arbitrator and Mediator: American Arbitration Association (contracts, business litigation).

1980-81: Visiting Scholar, Harvard Law School: research, writing and lectures on international contracts and international civil litigation.

June-Sept. 1983: Consultant to Government of Israel and U.N. agency "UNRWA".

**Fall 1982:** Lecturer on the "Problem of the Refugee," Institute of Public International Law and International Relations, Thessoloniki, Greece.

**Summer 1995:** Director, USF/Indonesia Summer Law Program, Bali, Indonesia

**Summer 1991:** Teaching International Contract Law at Charles University, Prague, The Czech Republic

**Summer 1993, 1989 and 1979:** Director, Trinity College, USF Law Program, Dublin, Ireland

**1987:** Lecturer and Director -- Legal Study Tour for Lawyers and Judges -- Soviet Union.

**Summer 1985 and 1987:** Teaching International Contract Law at University of San Diego Institute on International and Comparative Law, Paris, France.

**Summer 1981:** University of Warwick, England, teaching International Contract Law.

**Fall 1971-73:** Attorney, Graham & James, San Francisco. Concentration in contract work in international trade, international banking, international civil litigation, and international business planning.

**1970-1971:** U.S. Senate Staff, Special Assistant to Senator George McGovern. Presidential Campaign - legislative assistance, speechwriting, coordination of issue assistance on legislative issues from professional and academic communities

**1968-70:** Law Clerk to Federal Judge Hubert L. Will, Northern District of Illinois.

Research Assistant to Professor Abram Chayes during 1966-67 and 1967-68 Harvard Law School J.D. study and during summer 1967, at Stanford Law School, preparing international law casebook, <u>International Legal Process</u>, based on his tenure as The Legal Advisor, U.S. Dept. Of State

<u>MEMBERSHIPS</u>:

    Admitted to California Bar:  June 1972
    Admitted to Illinois Bar:  June 1969
    American Arbitration Association
    American Society of International Law
    International Law Section, California Bar

<u>PUBLISHED WRITINGS</u>:

Book - 'Nuclear Counterproliferation; A New Grand Bargain, Oxford University Press (2013)'

Targeted Sanctions; Resolving the International Due Process Dilemma, Texas Journal of International Law, Fall, 2015.

To Fix the Nuclear Non-Proliferation Regime – Avoid State Classification, Florida Journal of International Law, Vol. XXI, No. 3, 371-401 (December 2009).

A New Architecture for the Non-Proliferation of Nuclear Weapons, Oxford University Press, Journal of Conflict and Security Law, Vol. 12 No. 3, 339-357 (2008).

The International Institutional Imperative for Countering the Spread of Weapons of Mass Destruction, Oxford University Press, Journal of Conflict and Security Law, Vol.10 No. 2, 125-47 (2005).

A New Evolution For Fast-Tracking Trade Agreements: Managing Environmental and Labor Standards Through Extraterritorial Regulation, 5 UCLA Journal of International Law and Foreign Affairs, 1 (Summer 2000).

Regional Free Trade Dispute Resolution as Means for Securing the Middle East Peace Process, 1 American Journal of Comparative Law, (Winter 1999).

AFTA After NAFTA: Regional Trade Blocs and the Propagation of Environmental and Labor Standards. 14 Berkeley Journal of International Law 245 (1997).

Trade Law and Quality of Life - The Dispute Resolution Process of the NAFTA Side Accords on Labor and the Environment, American Journal of International Law, April 1995.

Judicial Foreign Policy-Making in International Civil Litigation; Ending the Charade of Separation of Powers, 24 Law and Policy in International Business, 461,Georgetown University, (Winter 1993)

Towards Federalizing U.S. International Commercial Arbitration Law, published by the American Bar Association in The International Lawyer, Spring, 1991.

The New Asylum Seekers, Addressing Their Origin, Martinus Nijhoff, The Hague, Netherlands (1988).

Repression of the Political Émigré -- The Underground to International Law: A Proposal for Remedy, 90 Yale Law Journal 78 (1980).

Toward A Reformulation of International Refugee Law, 16 Harvard International Law Journal 483 (1985).

Rethinking Refugee Aid, A Path to Middle East Peace, 20 Texas Journal of International Law 247 (1985).

Protection of the Refugee in the State of Refuge Through an International Formulation of Equal Protection -- "Most Favored Refugee" Status, VIII Thesaurus Acroasium (1983).

Refugee Aid and Middle East Peace, published by WOJAC, London (1986).

United Nations Peacekeeping and Host State Consent, 64 American Journal of International Law 241 (1970).

The Arab-Israeli Conflict, Vol. II, 641-78. (J.N. Moore ed., Princeton University Press, 1974).

The United Nations Definition of Aggression: Law and Illusion in the Context of Collective Security, 17 Virginia Journal of International Law 177 (1977).

The Effect of the Law of the Sea Conference Upon the Process of the Formation of International Law, Comment in 1984 Proceedings of the Law of the Sea Institute, Hawaii.