# EXHIBIT 8

ENTIRE DOCUMENT UNDER SEAL