# EXHIBIT 2

LAW OFFICES OF
# FRANCIS O. SCARPULLA
ATTORNEY AT LAW
AND
UNITED KINGDOM SOLICITOR

456 MONTGOMERY STREET, 17™ FLOOR
SAN FRANCISCO, CA 94104
(415) 788-7210
TELECOPIER: (415) 788-0706
CELLULAR: (415) 310-0607
EMAIL: fos@scarpullalaw.com

October 6, 2016

*Via* Email

Mario N. Alioto, Esq.            malioto@tatp.com
Christopher T. Micheletti, Esq.  cmicheletti@zelle.com
Robert J. Gralewski, Esq.        bgralewski@kmllp.com

Re:   In re: Cathode Ray Tube (CRT) Antitrust Litigation
      Case No. 3:07-cv-5944 JST
      MDL No. 1917

Dear Mario, Chris & Bob:

I write to you three to request that any documents that exist which purport to be related to any fee audit that was conducted be placed in the record and served on all plaintiffs' counsel.

Although Mr. Alioto stated that no such audit papers exist, that is unbelievable, given the work allegedly done by a group of plaintiffs' counsel reviewing all counsel's lodestar reports (and reducing some), that not one single piece of paper exists. Additionally, I have been informed that Mr. Micheletti has stated that he had an "audit report" of fees, but would not give a copy to anyone.

Therefore, I formally request that any and all pieces of paper that reflect any fee investigation or audit by any firm or group of firms be produced to all plaintiffs' counsel and filed in the record.

Very truly yours,

Francis O. Scarpulla

FOS/cpc
cc:  IPP Counsel (list attached)

**Members:**

| | |
|---|---|
| Brian Joseph Barry | bribarry1@yahoo.com |
| Brian Sund | bsund@morrisonsund.com |
| Christopher Lovell | clovell@lshllp.com |
| Christopher T. Micheletti | cmicheletti@zelle.com |
| Daniel Edward Birkhaeuser | dbirkhaeuser@bramsonplutzik.com |
| Daniel R. Karon | dkaron@karonllc.com |
| David Boies | dboies@straus-boies.com |
| Dennis Stewart | dstewart@hulettharper.com |
| Diane E. Pritchard | dpritchard@vmbllp.com |
| Eric J. Pickar | epickar@bangsmccullen.com |
| Fred Furth (fredpfurth@gmail.com) | fredpfurth@gmail.com |
| Gary Mason | gmason@wbmllp.com |
| Gerard A. Dever | gdever@finekaplan.com |
| Jack W. Lee | jlee@minamitamaki.com |
| James Wyatt | jwyatt@wyattandblake.com |
| Jennie Lee Anderson | jennie@andrusanderson.com |
| Joel Flom | joel@jeffrieslaw.com |
| John C. Lemaster | jlemaster@rcalaw.com |
| Josef D. Cooper | jdc@coopkirk.com |
| Joseph Goldberg | jg@fbdlaw.com |
| Lawrence G. Papale | lgpapale@papalelaw.com |
| Manfred P. Muecke | mmuecke@bffb.com |
| Mario N. Alioto | malioto@tatp.com |
| Marvin A. Miller | mmiller@millerlawllc.com |
| Mary G. Kirkpatrick | mkirk@vtlawfirm.com |
| Michael G. Simon | msimon@facslaw.com |
| Neda Shakoori | nshakoori@mcmanislaw.com |
| Paul F. Novak | pnovak@milberg.com |
| R. Brent Irby | birby@mhcilaw.com |
| Robert G. Methvin, Jr. | rgm@mmlaw.net |
| Robert J. Gralewski, Jr. | bgralewski@kmllp.com |
| Robert S. Green | gnecf@classcounsel.com |
| Robert Schubert | rschubert@schubertlawfirm.com |
| Seymour J. Mansfield | smansfield@foleymansfield.com |
| Sherman Kassof | heevay@yahoo.com |
| Shpetim Ademi | sademi@ademilaw.com |
| Susan G. Kupfer | skupfer@glancylaw.com |
| Sylvie K. Kern | sylviekern@yahoo.com |
| Terry R. Saunders | tsaunders@saunders-lawfirm.com |
| Theresa D. Moore | TMoore@aliotolaw.com |
| Thomas A. Doyle | tadoyle@thomasadoyle.com |
| Timothy Needham | tneedham@janssenlaw.com |
| Veronica Besmer | veronica@besmerlaw.com |

# Francis Scarpulla

| | |
|---|---|
| **From:** | Mario Alioto <MAlioto@TATP.com> |
| **Sent:** | Friday, October 07, 2016 5:20 PM |
| **To:** | Cate Cusick; 'Christopher T. Micheletti'; 'Robert J. Gralewski, Jr.' |
| **Cc:** | Francis Scarpulla; Patrick Clayton; 'Brian Joseph Barry'; 'Brian Sund'; 'Christopher Lovell'; 'Daniel Edward Birkhaeuser'; 'Daniel R. Karon'; 'David Boies'; 'Dennis Stewart'; 'Diane E. Pritchard'; 'Eric J. Pickar'; 'Fred Furth'; 'Gary Mason'; 'Gerard A. Dever'; 'Jack W. Lee'; 'James Wyatt'; 'Jennie Lee Anderson'; 'Joel Flom'; 'John C. Lemaster'; 'Josef D. Cooper'; 'Joseph Goldberg'; 'Lawrence G. Papale'; 'Manfred P. Muecke'; 'Marvin A. Miller'; 'Mary G. Kirkpatrick'; 'Michael G. Simon'; 'Neda Shakoori'; 'Paul F. Novak'; 'R. Brent Irby'; 'Robert G. Methvin, Jr. '; 'Robert S. Green'; 'Robert Schubert'; 'Seymour J. Mansfield'; 'Sherman Kassof'; 'Shpetim Ademi'; 'Susan G. Kupfer'; 'Sylvie K. Kern'; 'Terry R. Saunders'; 'Theresa D. Moore'; 'Thomas A. Doyle'; 'Timothy Needham'; 'Veronica Besmer' |
| **Subject:** | RE: Letter to Messrs. Alioto, Micheletti and Gralewski |

All, you can disregard this letter as well.


Mario N. Alioto
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA 94123
Telephone:415 447-1650
Facsimile:415 346-0679

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by e-mail and delete the message and any attachments.

**From:** Cate Cusick [mailto:cpc@scarpullalaw.com]
**Sent:** Thursday, October 6, 2016 4:15 PM
**To:** Mario N. Alioto; Christopher T. Micheletti; Robert J. Gralewski, Jr.
**Cc:** Francis Scarpulla; Patrick Clayton; Brian Joseph Barry; Brian Sund; Christopher Lovell; Daniel Edward Birkhaeuser; Daniel R. Karon; David Boies; Dennis Stewart; Diane E. Pritchard; Eric J. Pickar; Fred Furth (fredpfurth@gmail.com); Gary Mason; Gerard A. Dever; Jack W. Lee; James Wyatt; Jennie Lee Anderson; Joel Flom; John C. Lemaster; Josef D. Cooper; Joseph Goldberg; Lawrence G. Papale; Manfred P. Muecke; Marvin A. Miller; Mary G. Kirkpatrick; Michael G. Simon; Neda Shakoori; Paul F. Novak; R. Brent Irby; Robert G. Methvin, Jr. ; Robert S. Green; Robert Schubert; Seymour J. Mansfield; Sherman Kassof; Shpetim Ademi; Susan G. Kupfer; Sylvie K. Kern; Terry R. Saunders; Theresa D. Moore; Thomas A. Doyle; Timothy Needham; Veronica Besmer
**Subject:** CRT: Letter to Messrs. Alioto, Micheletti and Gralewski

Dear Messrs. Alioto, Micheletti and Gralewsi,

Please see the attached letter from Mr. Scarpulla sent in regard to the *CRT* matter.

Thank you.

Cate Cusick
Law Offices of Francis O. Scarpulla
(415) 788-7210

1