# EXHIBIT 3

LAW OFFICES OF
# FRANCIS O. SCARPULLA
ATTORNEY AT LAW
AND
UNITED KINGDOM SOLICITOR

456 MONTGOMERY STREET, 17TH FLOOR
SAN FRANCISCO, CA 94104

(415) 788-7210
TELECOPIER: (415) 788-0706
CELLULAR: (415) 310-0607
EMAIL: fos@scarpullalaw.com

October 6, 2016

*Via* Email

Mario N. Alioto, Esq.               maliot@tatp.com

Re: In re: Cathode Ray Tube (CRT) Antitrust Litigation
Case No. 3:07-cv-5944 JST
MDL No. 1917

Dear Mario:

Several of us overheard you inform Special Master Martin Quinn during the course of oral argument on the fee allocation issues that there were agreements between your firm and other plaintiff's counsel, other than the one with Zelle. For example, Joe Goldberg stated that he would not have come into this case if he were going to receive only his lodestar. Is there an agreement with him or his firm regarding fees? All such agreements are not in the record; they should be. Therefore, I make a formal request that all agreements you have – or know about – be disclosed to the Court and all plaintiffs' counsel.

Very truly yours,

Francis O. Scarpulla

FOS/cpc
cc: IPP Counsel (list attached)

**Members:**

| Name | Email |
|---|---|
| Brian Joseph Barry | bribarry1@yahoo.com |
| Brian Sund | bsund@morrisonsund.com |
| Christopher Lovell | clovell@lshllp.com |
| Christopher T. Micheletti | cmicheletti@zelle.com |
| Daniel Edward Birkhaeuser | dbirkhaeuser@bramsonplutzik.com |
| Daniel R. Karon | dkaron@karonllc.com |
| David Boies | dboies@straus-boies.com |
| Dennis Stewart | dstewart@hulettharper.com |
| Diane E. Pritchard | dpritchard@vmbllp.com |
| Eric J. Pickar | epickar@bangsmccullen.com |
| Fred Furth (fredpfurth@gmail.com) | fredpfurth@gmail.com |
| Gary Mason | gmason@wbmllp.com |
| Gerard A. Dever | gdever@finekaplan.com |
| Jack W. Lee | jlee@minamitamaki.com |
| James Wyatt | jwyatt@wyattandblake.com |
| Jennie Lee Anderson | jennie@andrusanderson.com |
| Joel Flom | joel@jeffrieslaw.com |
| John C. Lemaster | jlemaster@rcalaw.com |
| Josef D. Cooper | jdc@coopkirk.com |
| Joseph Goldberg | jg@fbdlaw.com |
| Lawrence G. Papale | lgpapale@papalelaw.com |
| Manfred P. Muecke | mmuecke@bffb.com |
| Mario N. Alioto | malioto@tatp.com |
| Marvin A. Miller | mmiller@millerlawllc.com |
| Mary G. Kirkpatrick | mkirk@vtlawfirm.com |
| Michael G. Simon | msimon@facslaw.com |
| Neda Shakoori | nshakoori@mcmanislaw.com |
| Paul F. Novak | pnovak@milberg.com |
| R. Brent Irby | birby@mhcilaw.com |
| Robert G. Methvin, Jr. | rgm@mmlaw.net |
| Robert J. Gralewski, Jr. | bgralewski@kmllp.com |
| Robert S. Green | gnecf@classcounsel.com |
| Robert Schubert | rschubert@schubertlawfirm.com |
| Seymour J. Mansfield | smansfield@foleymansfield.com |
| Sherman Kassof | heevay@yahoo.com |
| Shpetim Ademi | sademi@ademilaw.com |
| Susan G. Kupfer | skupfer@glancylaw.com |
| Sylvie K. Kern | sylviekern@yahoo.com |
| Terry R. Saunders | tsaunders@saunders-lawfirm.com |
| Theresa D. Moore | TMoore@aliotolaw.com |
| Thomas A. Doyle | tadoyle@thomasadoyle.com |
| Timothy Needham | tneedham@janssenlaw.com |
| Veronica Besmer | veronica@besmerlaw.com |

# Francis Scarpulla

| | |
|---|---|
| **From:** | Mario Alioto <MAlioto@TATP.com> |
| **Sent:** | Friday, October 07, 2016 5:17 PM |
| **To:** | Cate Cusick |
| **Cc:** | Francis Scarpulla; Patrick Clayton; 'Brian Joseph Barry'; 'Brian Sund'; 'Christopher Lovell'; 'Christopher T. Micheletti'; 'Daniel Edward Birkhaeuser'; 'Daniel R. Karon'; 'David Boies'; 'Dennis Stewart'; 'Diane E. Pritchard'; 'Eric J. Pickar'; 'Fred Furth'; 'Gary Mason'; 'Gerard A. Dever'; 'Jack W. Lee'; 'James Wyatt'; 'Jennie Lee Anderson'; 'Joel Flom'; 'John C. Lemaster'; 'Josef D. Cooper'; 'Joseph Goldberg'; 'Lawrence G. Papale'; 'Manfred P. Muecke'; 'Marvin A. Miller'; 'Mary G. Kirkpatrick'; 'Michael G. Simon'; 'Neda Shakoori'; 'Paul F. Novak'; 'R. Brent Irby'; 'Robert G. Methvin, Jr. '; 'Robert J. Gralewski, Jr.'; 'Robert S. Green'; 'Robert Schubert'; 'Seymour J. Mansfield'; 'Sherman Kassof'; 'Shpetim Ademi'; 'Susan G. Kupfer'; 'Sylvie K. Kern'; 'Terry R. Saunders'; 'Theresa D. Moore'; 'Thomas A. Doyle'; 'Timothy Needham'; 'Veronica Besmer' |
| **Subject:** | RE: Letter to Mario N. Alioto |

All, Mr. Scarpulla is seriously mistaken in his letter. You can disregard it.


Mario N. Alioto
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA 94123
Telephone:415 447-1650
Facsimile:415 346-0679

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by e-mail and delete the message and any attachments.

**From:** Cate Cusick [mailto:cpc@scarpullalaw.com]
**Sent:** Thursday, October 6, 2016 4:11 PM
**To:** Mario N. Alioto
**Cc:** Francis Scarpulla; Patrick Clayton; Brian Joseph Barry; Brian Sund; Christopher Lovell; Christopher T. Micheletti; Daniel Edward Birkhaeuser; Daniel R. Karon; David Boies; Dennis Stewart; Diane E. Pritchard; Eric J. Pickar; Fred Furth (fredpfurth@gmail.com); Gary Mason; Gerard A. Dever; Jack W. Lee; James Wyatt; Jennie Lee Anderson; Joel Flom; John C. Lemaster; Josef D. Cooper; Joseph Goldberg; Lawrence G. Papale; Manfred P. Muecke; Marvin A. Miller; Mary G. Kirkpatrick; Michael G. Simon; Neda Shakoori; Paul F. Novak; R. Brent Irby; Robert G. Methvin, Jr. ; Robert J. Gralewski, Jr.; Robert S. Green; Robert Schubert; Seymour J. Mansfield; Sherman Kassof; Shpetim Ademi; Susan G. Kupfer; Sylvie K. Kern; Terry R. Saunders; Theresa D. Moore; Thomas A. Doyle; Timothy Needham; Veronica Besmer
**Subject:** CRT: Letter to Mario N. Alioto

Mr. Alioto,

Please see the attached letter addressed to you from Mr. Scarpulla in regard to the *CRT* matter.

Thank you.

Cate Cusick
Law Offices of Francis O. Scarpulla
(415) 788-7210

1