# EXHIBIT 7

# Francis Scarpulla

| | |
|---|---|
| **From:** | Joe Goldberg <JG@FBDLAW.com> |
| **Sent:** | Saturday, October 08, 2016 2:01 PM |
| **To:** | Francis Scarpulla |
| **Cc:** | Cate Cusick; Mario N. Alioto; Patrick Clayton; Brian Joseph Barry; Brian Sund; Christopher Lovell; Christopher T. Micheletti; Daniel Edward Birkhaeuser; Daniel R. Karon; David Boies; Dennis Stewart; Diane E. Pritchard; Eric J. Pickar; Fred Furth (fredpfurth@gmail.com); Gary Mason; Gerard A. Dever; Jack W. Lee; James Wyatt; Jennie Lee Anderson; Joel Flom; John C. Lemaster; Josef D. Cooper; Lawrence G. Papale; Manfred P. Muecke; Marvin A. Miller; Mary G. Kirkpatrick; Michael G. Simon; Neda Shakoori; Paul F. Novak; R. Brent Irby; Robert G. Methvin, Jr.; Robert J. Gralewski, Jr.; Robert S. Green; Robert Schubert; Seymour J. Mansfield; Sherman Kassof; Shpetim Ademi; Susan G. Kupfer; Sylvie K. Kern; Terry R. Saunders; Theresa D. Moore; Thomas A. Doyle; Timothy Needham; Veronica Besmer; Sandra Chan |
| **Subject:** | Re: Letter to Mario N. Alioto |

You have all the info I care to give you.

Sent from my iPhone

On Oct 8, 2016, at 4:47 PM, Francis Scarpulla <fos@scarpullalaw.com> wrote:

> Were you "consulted"? If so what was the result?
>
> On Oct 8, 2016, at 1:05 PM, Joe Goldberg <JG@FBDLAW.com> wrote:
>
>> There is no agreement - written or otherwise. There was s conversation between Mario and me where he agreed that I would be consulted. That is it
>>
>> Sent from my iPhone
>>
>> On Oct 8, 2016, at 2:59 PM, Francis Scarpulla <fos@scarpullalaw.com> wrote:
>>
>>> Joe. I am now asking about the agreement you had with Mario about "consulting " with you about your fees, as well as those for Hulett and for Kaplan. What was it and if there is any written evidence of it please put them in the record.

1

On Oct 6, 2016, at 6:52 PM, Joe Goldberg <JG@FBDLAW.com> wrote:

**Fran,**

**There was no agreement between Mario Alioto and me concerning a multiplier or level of fees. The only understanding between Mario and me concerning fees was that I would be consulted by Mario in establishing fees for my firm, the Hulett Harper firm and the Fine Kaplan firm. Your strained insinuation from one statement in my declaration is baseless. If you had told me in August 2014 that you were inviting me to drop my practice and lead the trial effort in this case but I would not be considered for a multiplier, I would have told you "no" also. Rather than raising these baseless insinuations, all you needed to do is ask. I am including Ms. Chan on this email chain with the hope that she will convey this information to Special Master Quinn since you continue to raise this issue.**

**Joe Goldberg**

**From:** Cate Cusick [mailto:cpc@scarpullalaw.com]
**Sent:** Thursday, October 06, 2016 5:11 PM
**To:** Mario N. Alioto
**Cc:** Francis Scarpulla; Patrick Clayton; Brian Joseph Barry; Brian Sund; Christopher Lovell; Christopher T. Micheletti; Daniel Edward Birkhaeuser; Daniel R. Karon; David Boies; Dennis Stewart; Diane E. Pritchard; Eric J. Pickar; Fred Furth (fredpfurth@gmail.com); Gary Mason; Gerard A. Dever; Jack W. Lee; James Wyatt; Jennie Lee Anderson; Joel Flom; John C. Lemaster; Josef D.

2

Cooper; Joe Goldberg; Lawrence G. Papale; Manfred P. Muecke; Marvin A. Miller; Mary G. Kirkpatrick; Michael G. Simon; Neda Shakoori; Paul F. Novak; R. Brent Irby; Robert G. Methvin, Jr. ; Robert J. Gralewski, Jr.; Robert S. Green; Robert Schubert; Seymour J. Mansfield; Sherman Kassof; Shpetim Ademi; Susan G. Kupfer; Sylvie K. Kern; Terry R. Saunders; Theresa D. Moore; Thomas A. Doyle; Timothy Needham; Veronica Besmer
**Subject:** CRT: Letter to Mario N. Alioto

Mr. Alioto,

Please see the attached letter addressed to you from Mr. Scarpulla in regard to the *CRT* matter.

Thank you.

Cate Cusick
Law Offices of Francis O. Scarpulla
(415) 788-7210

3