# EXHIBIT 9

Please reply to: San Francisco



**Trump Alioto Trump & Prescott**
ATTORNEYS LLP

June 9, 2008

**VIA ELECTRONIC MAIL**

ALL INDIRECT PURCHASER PLAINTIFFS' COUNSEL
[SEE ATTACHED SERVICE LIST]

Re: *In re Cathode Ray Tubes (CRT) Antitrust Litigation*, **MDL 1917**
**Time and Cost Reporting**

Dear Counsel:

As you are aware, this firm has been appointed as Interim Lead Counsel for the indirect purchaser plaintiffs in this multidistrict litigation.

Among other things, our duties as Lead Counsel require us to collect reports of contemporaneously-prepared attorney and paralegal time and costs records from each plaintiff firm.

Each firm will be responsible for transmitting its attorney and paralegal time and costs records on a quarterly basis as follows:

1. Time and costs reports are to be submitted electronically to Stephen J. Pelleriti, CPA at sjpcpa@earthlink.net, by the 15th of the month following the end of the previous quarter. For example, for the July-September quarter, time and cost reports will be due on October 15th.

2. Each firm's time report should include a summary of that firm's lodestar in Microsoft Excel spreadsheet format identifying the timekeeper, the timekeeper's position, their billing rate and their total hours for that quarter. A template is provided herewith.

3. Each firm's time report should also include copies of each individual attorney and paralegal's daily time entries. These entries should include the date, a detailed description of the specific work performed, the time spent, and the applicable rate. These entries may be in whatever format you use to record your time. We have no preference as to the format used for these reports.

2280 Union Street
San Francisco, CA 94123
(415) 563-7200
FAX (415) 346-0679

2201 Walnut Avenue, Ste. 200
Fremont, CA 94538
(510) 790-0900
FAX (510) 790-4856

Indirect Purchaser Plaintiffs' Counsel
Re: Time and Cost Reporting
Page 2 of 2

4. Cost and expenses for computer-assisted legal research, copying and printing, meals and travel, fax, telephone delivery and other charges should be recorded using actual cost figures. A template for cost reporting is provided herewith.

5. Litigation support costs for expert fees, special computer installations, courtroom exhibits, and the like require clearance from Interim Lead Counsel before they are incurred.

We will begin collecting each firm's quarterly time reports following the end of the current April-June quarter. This first report should include your firm's time from inception of this case through June 30, 2008. Please submit these records in accordance with the above protocol via e-mail to Stephen Pelleriti, CPA at sjpcpa@earthlink.net by no later than July 15, 2008.

We will be making work assignments to those firms that have submitted their time and expenses in compliance with this letter.

Thank you for your anticipated cooperation in this matter. We look forward to working with you.

Very truly yours,

*Lauren C. Russell*

Lauren C. Russell

cc: Stephen J. Pelleriti, CPA (*via* e-mail)

# Francis Scarpulla

**From:** Francis O. Scarpulla
**Sent:** Monday, March 02, 2015 10:25 AM
**To:** Monica J. Steele
**Subject:** RE: CRT

How do we get it? What's the name of the accounting firm that keeps the data? Fran.

**From:** Monica J. Steele
**Sent:** Monday, March 02, 2015 10:14 AM
**To:** Francis O. Scarpulla
**Subject:** RE: CRT

Hi Fran, nope they never responded.

**From:** Francis O. Scarpulla
**Sent:** Thursday, February 26, 2015 1:03 PM
**To:** Monica J. Steele
**Subject:** CRT

Monica: Were you ever able to get the lodestar report from the outside accounting firm that is keeping it? Fran

1

## Francis Scarpulla

**From:** Monica J. Steele
**Sent:** Monday, March 02, 2015 10:30 AM
**To:** Francis O. Scarpulla
**Subject:** FW: CRT/Zelle Hofmann Reports

Fran, I don't know the name of the accounting firm, but Stephen's email address is below. This is who I send our reports to, and who I sent the request for totals.

Thanks,
Monica

**From:** Monica J. Steele
**Sent:** Monday, February 09, 2015 2:57 PM
**To:** sjpcpa@earthlink.com
**Subject:** RE: CRT/Zelle Hofmann Reports

Hi Stephen,
Would you please forward to me a spreadsheet with total hours/fees/costs from inception through December 31, 2014 for all firms?

Thanks,
Monica

**From:** Monica J. Steele
**Sent:** Thursday, January 29, 2015 11:54 AM
**To:** sjpcpa@earthlink.com
**Cc:** Capurro (Russell), Lauren
**Subject:** CRT/Zelle Hofmann Reports

Stephen,

Attached are Zelle Hofmann's fee and cost reports for the October 1 – December 31, 2014 period.

Thank you,



**Monica Steele**
Legal Administrative
Assistant/Paralegal

44 Montgomery Street, Suite 3400
San Francisco, CA 94104

website | map
D (415) 633-1927
F (415) 693-0770

Boston ■ Dallas ■ Minneapolis ■ San Francisco ■ Washington, DC ■ London ■ Beijing*

The information herein is confidential and may be attorney-client privileged and/or contain attorney work product and is intended solely for the addressee(s). If you are not an addressee, any disclosure, copying, retention or use of any information contained herein is prohibited. If you have received this message in error, please delete it and notify the sender immediately.
*In association with ZY & Partners

Please consider the environment before printing this email. 

1

# Francis Scarpulla

**From:** Monica J. Steele <MSteele@zelle.com>
**Sent:** Tuesday, May 05, 2015 1:19 PM
**To:** Francis Scarpulla
**Subject:** FW: CRT/Zelle Hofmann Reports

Hi Fran,

Stephen did not respond to my request. The outside accounting firm contact is Stephen at sjpcpa@earthlink.com

Thanks,
Monica

**From:** Monica J. Steele
**Sent:** Monday, February 09, 2015 2:57 PM
**To:** sjpcpa@earthlink.com
**Subject:** RE: CRT/Zelle Hofmann Reports

Hi Stephen,
Would you please forward to me a spreadsheet with total hours/fees/costs from inception through December 31, 2014 for all firms?

Thanks,
Monica

**From:** Monica J. Steele
**Sent:** Thursday, January 29, 2015 11:54 AM
**To:** sjpcpa@earthlink.com
**Cc:** Capurro (Russell), Lauren
**Subject:** CRT/Zelle Hofmann Reports

Stephen,

Attached are Zelle Hofmann's fee and cost reports for the October 1 – December 31, 2014 period.

Thank you,

**Monica Steele**
Legal Administrative Assistant/Paralegal

44 Montgomery Street, Suite 3400
San Francisco, CA 94104

website | map
D (415) 633-1927
F (415) 693-0770

Boston ■ Dallas ■ Minneapolis ■ San Francisco ■ Washington, DC ■ London ■ Beijing*

The information herein is confidential and may be attorney-client privileged and/or contain attorney work product and is intended solely for the addressee(s). If you are not an addressee, any disclosure, copying, retention or use of any information contained herein is prohibited. If you have received this message in error, please delete it and notify the sender immediately.
*In association with ZY & Partners

Please consider the environment before printing this email.

1

# Cate Cusick

| | |
|---|---|
| **From:** | Monica J. Steele <MSteele@zelle.com> |
| **Sent:** | Tuesday, May 19, 2015 11:09 AM |
| **To:** | sjpcpa@earthlink.com |
| **Cc:** | Capurro (Russell), Lauren; Christopher T. Micheletti; Francis Scarpulla |
| **Subject:** | CRT Reports |
| **Attachments:** | Zelle Reports.pdf; Scarpulla Reports.pdf |

To: CRT Antitrust Litigation Time and Expense Administrator:

On March 21, 2015, Francis O. Scarpulla withdrew from Zelle Hofmann to resume his previous practice at the Law Offices of Francis O. Scarpulla (LOFOS). Pursuant to agreement, Zelle Hofmann has assigned to LOFOS 50% of Fran Scarpulla's personal lodestar in this case generated while Fran was a partner with Zelle Hofmann from case inception to March 21, 2015. Zelle Hofmann's expense reports are not affected by the assignment. Zelle Hofmann and LOFOS submit the attached time and lodestar spreadsheets to reflect this assignment. In general, the assignment results in the following adjustments:

- Total Zelle lodestar through March 31, 2015 (before LOFOS assignment) = $9,652,495.00 (16,759.00 hours)

- New total Zelle lodestar through March 31, 2015 (after LOFOS assignment) = $9,440,206.25 (16,753.15 hours)

- Total LOFOS lodestar through March 31, 2015 = $212,288.75 (185.85 hours)

Going forward, Zelle Hofmann and LOFOS will submit separate time and expense reports in this matter. Please let us know if you have any questions.

From:

Chris Micheletti  
Zelle Hofmann

Fran Scarpulla  
Law Offices of Francis O. Scarpulla



| | **Monica Steele** |
|---|---|
| | Legal Administrative Assistant/Paralegal |
| | website \| map |
| 44 Montgomery Street, Suite 3400 | D (415) 633-1927 |
| San Francisco, CA 94104 | F (415) 693-0770 |

Boston ■ Dallas ■ Miami ■ Minneapolis  
New York ■ Philadelphia ■ San Francisco ■ London ■ Beijing*

The information herein is confidential and may be attorney-client privileged and/or contain attorney work product and is intended solely for the addressee(s). If you are not an addressee, any disclosure, copying, retention or use of any information contained herein is prohibited. If you have received this message in error, please delete it and notify the sender immediately.

*In association with ZY & Partners     Please consider the environment before printing this email. 

# Francis Scarpulla

**From:** Monica J. Steele <MSteele@zelle.com>
**Sent:** Wednesday, June 10, 2015 11:18 AM
**To:** Francis Scarpulla
**Subject:** RE: Time Reports for CRT

Hi Fran,

Stephen Pelleriti is the person we send our reports to. His email address is: sjpcpa@earthlink.com

Lauren Capurro is the attorney from Trump Alioto that I "cc" the time reports to. Her email address is: laurenrussell@tatp.com

I hope all is well at your new office space. I miss seeing you.

Take care,
Monica

**Monica Steele**
Legal Administrative
Assistant/Paralegal

website | map
D (415) 633-1927
F (415) 693-0770

44 Montgomery Street, Suite 3400
San Francisco, CA 94104

Boston ■ Dallas ■ Miami ■ Minneapolis
New York ■ Philadelphia ■ San Francisco ■ London ■ Beijing*

The information herein is confidential and may be attorney-client privileged and/or contain attorney work product and is intended solely for the addressee(s). If you are not an addressee, any disclosure, copying, retention or use of any information contained herein is prohibited. If you have received this message in error, please delete it and notify the sender immediately.
*In association with ZY & Partners        Please consider the environment before printing this email.

**From:** Francis Scarpulla [mailto:fos@scarpullalaw.com]
**Sent:** Tuesday, June 09, 2015 12:54 PM
**To:** Monica J. Steele
**Subject:** Time Reports for CRT

Hi Monica. Do you have the contact info for the entity where the time/expense reports in CRT are to be sent? Fran

1

# Francis Scarpulla

**From:** Monica J. Steele <MSteele@zelle.com>
**Sent:** Tuesday, August 25, 2015 3:30 PM
**To:** Francis Scarpulla
**Subject:** RE: CRT

Hi Fran,
I have not received a response to my email I hope all is well. Here is the email to Stephen, we send our reports to him.

sjpcpa@earthlink.com

Thanks,
Monica

**Monica Steele**
Legal Administrative
Assistant/Paralegal

44 Montgomery Street, Suite 3400
San Francisco, CA 94104

website | map
D (415) 633-1927
F (415) 693-0770

Boston ■ Dallas ■ Miami ■ Minneapolis
New York ■ Philadelphia ■ San Francisco ■ London ■ Beijing*

The information herein is confidential and may be attorney-client privileged and/or contain attorney work product and is intended solely for the addressee(s). If you are not an addressee, any disclosure, copying, retention or use of any information contained herein is prohibited. If you have received this message in error, please delete it and notify the sender immediately.
*In association with ZY & Partners      Please consider the environment before printing this email.

**From:** Francis Scarpulla [mailto:fos@scarpullalaw.com]
**Sent:** Friday, August 21, 2015 2:42 PM
**To:** Monica J. Steele
**Cc:** Craig C. Corbitt
**Subject:** CRT

Hi Monica. Did you ever get any response from the accounting firm about the Time and Expense reports we asked for? If not, do you have the email address so that I can request it once again. Thanks. Fran.

1

# Cate Cusick

**From:** Francis Scarpulla
**Sent:** Thursday, August 20, 2015 2:32 PM
**To:** Mario Alioto
**Subject:** RE: CRT

I am entitled to it as one of the counsel in the case. I can ask the judge to give it to me if you do not want to. Next Wednesday does not work for me. I am available on that Friday.

**From:** Mario Alioto [mailto:MAlioto@TATP.com]
**Sent:** Thursday, August 20, 2015 2:27 PM
**To:** Francis Scarpulla <fos@scarpullalaw.com>
**Subject:** RE: CRT

The information you have requested is being reviewed. Can you tell me why you need to review the information.

If you like, we can discuss this next week. I also need to discuss your fee declaration with you.

Are you available next Wednesday afternoon at 2 pm for a call.


Mario N. Alioto
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA 94123
Telephone: 415 447-1650
Facsimile: 415 346-0679

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by e-mail and delete the message and any attachments.

**From:** Francis Scarpulla [mailto:fos@scarpullalaw.com]
**Sent:** Wednesday, August 19, 2015 10:45 AM
**To:** malioto@tatp.com
**Subject:** FW: CRT



**From:** Francis Scarpulla
**Sent:** Wednesday, August 19, 2015 10:45 AM
**To:** 'malioto@tatp.co' <malioto@tatp.co>
**Subject:** CRT

Mario:

I have asked the accounting firm for copies of all reported time in this case, but have not received the curtesy of a reply. Please ask that firm to send me the time and expense reports from inception to date so that I can inspect them for purposes of filing any appropriate statement with the Court (or Special Master if one is appointed). This is the last time I am going to ask for this information; if it is not forth coming I will file an appropriate motion with the Court.

1

I would also like to receive the common fund accounting, including all contributions by firm and all payments, as well as copies of all bank statements.

Thank you.

Fran

# Cate Cusick

**From:** Francis Scarpulla
**Sent:** Friday, November 13, 2015 3:39 PM
**To:** Mario Alioto
**Cc:** Josef Cooper; Tracy Kirkham; John Bogdanov; Patrick Clayton
**Subject:** CRT

Mario:

Given the Court's recent order, for the fourth time, I hereby request that you send me the time-and-expense reports submitted by all IPP counsel, including all contemporaneously-maintained time sheets. I know that certain counsel reported on a regular basis their time and expenses to an accounting firm you engaged to gather and report time-and-expenses by firm. I want that information too. I also want all bank statements showing the deposits from any source, including assessment payments, as well as payments by the DAPs for access to our database. I also want all accounting of payments from all accounts into which such funds were deposited. You have until Monday, November 15th, at 12 noon to agree to this request, because time is of the essence if we are to complete our analysis of not only the settlement issues we have raised, but also the fee issues currently before the Special Master.

Thank you.

Fran.

1

| | |
|---|---|
| Law Offices of Francis O. Scarpulla<br>456 Montgomery Street, 17th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 788-7210<br>Facsimile: (415) 788-0706 | Cooper & Kirkham, PC<br>357 Tehama Street, Second Floor<br>San Francisco, CA 94105<br>Telephone: (415) 788-3030<br>Facsimile: (415) 882-7040 |

November 30, 2015

*Via* E-Mail: malioto@tatp.com

Mario N. Alioto, Esq.
Trump, Alioto, Trump & Prescott, LLP
2280 Union Street
San Francisco, CA 94123

    Re:    In re: Cathode Ray Tube (CRT) Antitrust Litigation
                Case No. 3:07-cv-5944 JST

Dear Mario:

    Please reference Special Master Quinn's recent order requiring you to produce contemporaneously-maintained time records for the so-called Late-Added-Three firms, as well as for all billers under your firm's name for the years 2014 and 2015 through the date of an agreement in principle for the settlement of the final claims of the IPP Class.

    We know that all time records were sent electronically to the accounting firm you hired, identified only as sipcpa@earthlink.com, and therefore we assume these time reports will be delivered in electronic form as Special Master Quinn has required. In order to make these electronic files useable, please provide the following: file type to be produced (e.g., .XLS spreadsheets), computer program required to read the files (e.g., Microsoft Excel), and whether the files are word-searchable.

    Thank you for your prompt response.

                              Sincerely,

                              /s/ Francis O. Scarpulla
                              Francis O. Scarpulla

                              /s/ Josef D. Cooper
                              Josef D. Cooper

FOS/cpc
    cc:    Special Master Martin Quinn (*via* email)
             Patrick B. Clayton, Esq. (*via* email)
             Tracy R. Kirkham, Esq. (*via* email)
             John D. Bogdanov, Esq. (*via* email)

**Members:**

| | |
|---|---|
| Brian Joseph Barry | bribarry1@yahoo.com |
| Brian Sund | bsund@morrisonsund.com |
| Christopher Lovell | clovell@lshllp.com |
| Christopher T. Micheletti | cmicheletti@zelle.com |
| Daniel Edward Birkhaeuser | dbirkhaeuser@bramsonplutzik.com |
| Daniel R. Karon | dkaron@karonllc.com |
| David Boies | dboies@straus-boies.com |
| Dennis Stewart | dstewart@hulettharper.com |
| Diane E. Pritchard | dpritchard@vmbllp.com |
| Eric J. Pickar | epickar@bangsmccullen.com |
| Fred Furth (fredpfurth@gmail.com) | fredpfurth@gmail.com |
| Gary Mason | gmason@wbmllp.com |
| Gerard A. Dever | gdever@finekaplan.com |
| Jack W. Lee | jlee@minamitamaki.com |
| James Wyatt | jwyatt@wyattandblake.com |
| Jennie Lee Anderson | jennie@andrusanderson.com |
| Joel Flom | joel@jeffrieslaw.com |
| John C. Lemaster | jlemaster@rcalaw.com |
| Josef D. Cooper | jdc@coopkirk.com |
| Joseph Goldberg | jg@fbdlaw.com |
| Lawrence G. Papale | lgpapale@papalelaw.com |
| Manfred P. Muecke | mmuecke@bffb.com |
| Mario N. Alioto | malioto@tatp.com |
| Marvin A. Miller | mmiller@millerlawllc.com |
| Mary G. Kirkpatrick | mkirk@vtlawfirm.com |
| Michael G. Simon | msimon@facslaw.com |
| Neda Shakoori | nshakoori@mcmanislaw.com |
| Paul F. Novak | pnovak@milberg.com |
| R. Brent Irby | birby@mhcilaw.com |
| Robert G. Methvin, Jr. | rgm@mmlaw.net |
| Robert J. Gralewski, Jr. | bgralewski@kmllp.com |
| Robert S. Green | gnecf@classcounsel.com |
| Robert Schubert | rschubert@schubertlawfirm.com |
| Seymour J. Mansfield | smansfield@foleymansfield.com |
| Sherman Kassof | heevay@yahoo.com |
| Shpetim Ademi | sademi@ademilaw.com |
| Susan G. Kupfer | skupfer@glancylaw.com |
| Sylvie K. Kern | sylviekern@yahoo.com |
| Terry R. Saunders | tsaunders@saunders-lawfirm.com |
| Theresa D. Moore | TMoore@aliotolaw.com |
| Thomas A. Doyle | tadoyle@thomasadoyle.com |
| Timothy Needham | tneedham@janssenlaw.com |
| Veronica Besmer | veronica@besmerlaw.com |