# EXHIBIT B

**IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**
Case No. 3:07-cv-5944 JST     MDL No. 1917

Theresa D. Moore, Attorney at Law
Total Lodestar Summary to August 2016

| Previous Unredacted Total Lodestar 2006-May 2015  (Dkt 4825) | | | |
|---|---|---|---|
| Name | Hourly Rate | Hours | Lodestar |
| Theresa D. Moore | 600-875 | 250.6 | 209,768.75 |
| Reporting Year Sept 2015 to August 2016 | | | |
| Theresa D. Moore, Esq. | 875 | 191.00 | 167,125.00 |
| Jill Lin, Esq. | 350 | 127.85 | 44,747.50 |
| TOTAL | | 554.45 | $406,361.25 |
| TOTAL at current rates | | | **$431,147.50** |