Mario N. Alioto (56433)
Joseph M. Patane (72202)
Lauren C. Capurro (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2280 Union Street
San Francisco, CA 94123
Telephone: 415-563-7200
Facsimile: 415- 346-0679
Email: malioto@tatp.com
jpatane@tatp.com
laurenrussell@tatp.com

*Lead Counsel for*
*Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>All Indirect Purchaser Actions | Master File No. CV-07-5944-JST;<br>No. CV-13-03234-JST<br><br>MDL No. 1917<br><br>**CLASS ACTION**<br><br>**DECLARATION OF MARIO N. ALIOTO IN SUPPORT OF LEAD COUNSEL'S PARTIAL OBJECTION TO SPECIAL MASTER'S CORRECTED REPORT AND RECOMMENDATION RE ALLOCATION OF IPP CLASS COUNSEL ATTORNEYS' FEES**<br><br>Judge: Honorable Jon S. Tigar<br>Court: Courtroom 9, 19th Floor |

I, Mario N. Alioto, declare:

1. I am an attorney duly licensed by the State of California and am admitted to practice before this Court. I am a partner with the law firm Trump, Alioto, Trump & Prescott, LLP and my firm serves as Lead Class Counsel for the Indirect Purchaser Plaintiffs ("IPPs") in the above-captioned action. The matters set forth herein are within my personal knowledge and if called upon and sworn as a witness I could competently testify regarding them.

2. The plaintiffs named in Lingel Winters' complaint are Gio's, Inc. and Giovanni Constabile. Mr. Patane of my firm contacted our claims administrator, Mr. Joseph Fisher, and inquired into whether a claim had been submitted by either Gio's, Inc. or Giovanni Constabile. Mr. Fisher informed us that he had no record of a claim by either of them.

3. Attached hereto as Exhibit 1 is a true and correct copy of time sheets provided to my firm by Mr. Scarpulla. We have made various notes on these time sheets. These time sheets and the notes form the basis for the reduced lodestar we proposed for Mr. Scarpulla.

4. I, and members of my firm, have had almost no contact with either Mr. Scarpulla or Mr. Cooper over the course of this case while it was being actively litigated. I, and members of my firm, only became involved with Messrs. Scarpulla and Cooper at the settlement stage in conjunction with the audit of their fees and expenses.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 11, 2016 at San Francisco, California.

                                         */s/ Mario N. Alioto*

                                         ***Lead Counsel for Indirect Purchaser Plaintiffs***

1

DECLARATION OF MARIO N. ALIOTO IN SUPPORT OF LEAD COUNSEL'S PARTIAL OBJECTION TO SPECIAL MASTER'S CORRECTED REPORT AND RECOMMENDATION RE ALLOCATION OF IPP CLASS COUNSEL ATTORNEYS' FEES  Master File No. CV-07-5944-JST