EXHIBIT 1

Part 1

FOS FEES FROM INCEPTION THROUGH MARCH 31, 2015

| Date | Name | Title | Hours | Rate | Amount | Narrative | TASK |
|---|---|---|---|---|---|---|---|
| 11/28/2007 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.60 | 850 | 510.00 | REVIEW MULTIPLE E-MAILS TO AND FROMCHRIS LOVELL RE NEW CASES AND VENUE, REPLIES THERETO (4X) (.5), REVIEW E-MAILS TO AND FROM CRAIG CORBITT RE SAME AND REPLIES THERETO (.3), REVIEW E-MAILS TO AND FROM MATT SCHULTZ RE SAN FRANCISCO DIVISION NORTHERN CALIFORNIA FILINGS BY BRUCE SIMON (PEARSON, ET AL.) AND LIEFF CABRASER AND LIST OF DEFENDANTS, AND REPLIES THERETO (.4) | 1 |
| 11/28/2007 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.55 | 850 | 467.50 | CONFER W/ CRAIG CORBITT, JUDITH ZAHID AND MATT SCHULTZ RE COMPLAINT, DEFENDANTS TO NAME, VENUE, ETC. (.5), REVIEW MULTIPLE E-MAILS RE COMPLAINT, VENUE, ETC., AND REPLIES THERETO (4X)(.6) | 1 |
| 11/29/2007 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.30 | 850 | 255.00 | REVIEW PROPOSED COMPLAINT AND EDIT (.6) | 1 |
| 12/4/2007 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.20 | 850 | 170.00 | REVIEW E-MAILS TO AND FROM ZELLE PARTNERS RE STRATEGIES FOR GOVERNMENT BODY PLAINTIFFS, ETC. (.4) | 1 |
| 12/11/2007 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.10 | 850 | 85.00 | REVIEW MDL REPLY BY CALIFORNIA PLAINTIFFS (.2) | 1 |

| Date | Name | Title | Hours | Rate | Amount | Description | |
|---|---|---|---|---|---|---|---|
| 12/11/2007 | SCARPULLA, FRANCIS O. | SR. PARTNER | 1.05 | 850 | 892.50 | CONFER W/ MATT SCHULTZ RE NEW COMPLAINT AND STATUS (.2), CONFER W/ GARY HALLING RE NEW FILING FOR INDIRECT-PURCHASER AND MDL PROCEEDINGS (.3), REVIEW E-MAILS TO AND FROM CRAIG CORBITT RE SAME (.2), CONFER W/ MATT SCHULTZ RE STRATEGIES FOR MDL (.10, CONFER W/ ERIC FASTIFF RE MDL PROCEEDING (.2), REVIEW MDL BRIEFS, ETC., NOTICES OF APPEARANCE, LIST OF CASES, ETC. (1.1) | 1 |
| 12/13/2007 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.10 | 850 | 85.00 | CONFER W/ DANIEL MASON RE STATUS AND STRATEGIES FOR CASE PROSECUTION (.2) | 1 |
| 12/18/2007 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.10 | 850 | 85.00 | REVIEW J. FIGONE NOTICE OF RELATED CASES (.2) | 1 |
| 12/27/2007 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.25 | 850 | 212.50 | CONFER W/ CHRIS LOVELL AND WITH CRAIG CORBITT RE STATUS AND STRATEGIES FOR MDL PROCEEDINGS AND CASE MANAGEMENT (.4), REVIEW VOICEMAIL FROM CHRIS LOVELL RE CASE MANAGEMENT ISSUES (.1) | 1 |
| 1/15/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.25 | 900 | 225.00 | CONFER W/ CRAIG CORBITT, QIANWEI FU RE JPML HEARING, REVIEW MULTIPLE E- MAILS FROM BRUCE SIMON RE SAME (.5) | 1 |
| 1/17/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.10 | 900 | 90.00 | CONFER W/ SABRA (COURT CLERK) RE RELATED CASE MOTION (.2) | 1 |
| 1/23/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.15 | 900 | 135.00 | CONFER W/ DAN GUSTAFSON RE NEW CASE, ETC. (.3) | 1 |
| 1/25/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.10 | 900 | 90.00 | CONFER W/ MATT SCHULTZ RE JPML ARGUMENT (.2) | 1 |

| 1/28/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.30 | 900 | 270.00 | REVIEW MULTIPLE E-MAILS TO AND FROM CO-COUNSEL RE JPML STRATEGIES, ETC., REVIEW REPLIES THERETO (.6) | 1 | ✓ |
| 1/31/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.20 | 900 | 180.00 | REVIEW E-MAILS TO AND FROM BRUCE JACKSON RE MDL HEARING STATUS (3X) (.4) | 1 | ✓ |
| 2/7/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.35 | 900 | 315.00 | CONFER W/ MATT SCHULTZ, CRAIG CORBITT RE CRT SERVICE OF PROCESS ON FOREIGNDEFENDANTS, ETC., REVIEW E-MAIL FROM CHRIS LOVELL RE SAME, REVIEW REPLIESTHERETO, REVIEW E-MAILS TO AND FROMMATT SCHULTZ, ET AL. RE CASE MANAGEMENT ISSUES (.7) | 1 | ✓ |
| 2/13/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.55 | 900 | 495.00 | REVIEW AND REVISE CONSOLIDATED AMENDED COMPLAINT (1.1) | 10 | ✓ |
| 2/14/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.60 | 900 | 540.00 | DRAFT AND REVISE CONSOLIDATED AMENDED COMPLAINT (1.2) | 10 | ✓ |
| 2/19/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.10 | 900 | 90.00 | REVIEW E-MAIL FROM AND TO CRAIG CORBITT RE CO-LEAD MOTION (.2) | 1 | ✗ |
| 2/20/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.30 | 900 | 270.00 | REVIEW MULTIPLE E-MAILS RE JPML ASSIGNMENT TO NORTHERN DISTRICT OF CALIFORNIA, CASE MANAGEMENT CONFERENCE W/ SAMUEL CONTI SCHEDULED FOR MARCH 7, CONFER W/ J. HAMILTON (DOJ) RE INTERVENTION, STAY, ETC. (.6) | 1 | ✓ |
| 2/22/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.40 | 900 | 360.00 | REVIEW AND REVISE SCARPULLA DECLARATION IN SUPPORT OF MOTION REAPPOINTMENT OF LEAD COUNSEL, ETC. (.8) | 10 | ✗ |

| 2/25/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.20 | 900 | 180.00 | REVIEW AND REVISE ADDITIONAL STATEMENT RE DOJ STAY FOR MOTION TO APPOINT LEAD COUNSEL (.4) | 10 | X |
| 2/25/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.60 | 900 | 540.00 | REVIEW AND REVISE MOTION AND MEMO AND DECLARATION IN SUPPORT OF CO-LEAD COUNSEL APPOINTMENT FORINDIRECT-PURCHASER PLAINTIFFS (1.2) | 10 | X |
| 3/3/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.30 | 900 | 270.00 | REVIEW MULTIPLE MOTIONS FOR DIRECT- PURCHASER LEAD COUNSEL, CONFER W/ JOSEPH R. SAVERI RE SAME (.6) | 1 | X |
| /4/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.10 | 900 | 90.00 | CONFER W/ CRAIG CORBITT, CHRIS MICHELETTI RE CASE MANAGEMENT CONFERENCE HEARING AND MOTIONS (.2) | 1 | X |
| 3/5/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.70  0.2 | 900 | 630.00 | REVIEW E-MAILS FROM AND TO CHRIS MICHELETTI RE AMENDMENTS TO COMPLAINT AND ADDITIONAL PLAINTIFFS FOR CERTAIN STATES, DROP ALABAMA BECAUSE OF NEW RULING BY ALABAMA STATE SUPREME COURT (.4), REVIEWMOTION TO APPOINT LEAD COUNSEL BY KARON (.3), CONFER W/ CHRIS LOVELL RE SAME AND WORK ASSIGNMENTS (.4), CONFER W/ CRAIG CORBITT RE STATUS OF MOTIONS (.3) | 1 | allow 0.2 |
| 3/6/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.10 | 900 | 90.00 | REVIEW E-MAILS RE STATUS OF MOTIONS, ETC. (.2) | 1 | X |

| Date | Name | Title | Hours | Rate | Amount | Description | |
|------|------|-------|-------|------|--------|-------------|---|
| 3/7/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.20 | 900 | 180.00 | REVIEW ORDER RE CASE MANAGEMENT CONFERENCE AND E-MAIL TO CRAIG CORBITT, ET AL. RE SAME (.2), REVIEW ORDER RE DOJ MOTION TO INTERVENE AND E-MAIL TO NIALL LYNCH RE SAME (.2) | 1 |
| 3/12/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.30 | 900 | 270.00 | REVIEW PROPOSED CASE MANAGEMENTCONFERENCE STATEMENT FROM MARIO ALIOTO, CONFER W/ JUDITH ZAHID RE SAME, CONFER W/ CRAIG CORBITT RE SAME, CONFER W/ BRUCE SIMON W/ JUDITH ZAHID RE REVISED CASE MANAGEMENT CONFERENCE STATEMENT, REVIEW REVISED CMC STATEMENT AND COMMENT, EDIT (.6) | 1 |
| 3/13/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.20 | 900 | 180.00 | REVIEW AND REVISE BRIEF OPPOSITION TO OTHER CO-LEADS(.4) | 10 |
| 3/19/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.80 | 900 | 720.00 | CONFER WITH JUDITH ZAHID RE PLAINTIFFS SUPPORTING BRIEF, REVIEW AND COMMENT ON SAME (.3), REVIEW MULTIPLE EMAILS RE SAME (.2), REVIEW DIRECT PURCHASERS CASE MANAGEMENT CONFERENCE STATEMENT AND EMAILS TO AND FROM JUDITH ZAHID AND CRAIG CORBITT RE SAME (.4), CONFER WITH JUDITH ZAHID RE CASE MANAGEMENT STATEMENT, EMAILS TO AND FROM J. ALIOTO RE SAME (.4) | 1 |
| | | | | | | REVISE SETTLEMENT CHANGES WITH CO-LEAD MOTION AND CONFER WITH CRAIG CORBITT RE SAME (.3), | 10 |

Handwritten annotations: "0.4" (under 3/19/2008 Hours column), "allow 0.4" (right margin), checkmarks and "X" in right margin.

| 3/20/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.55 | 900 | 495.00 | CONFER WITH CRAIG CORBITT AND DAN MASON RE CO-LEAD-LEAD MOTION AND STRATEGIES, ETC. (.7), CONFER WITH J. SAVERI RE SAME AND CHI MEI ISSUES (.3), EMAIL TO J. SANDERS RE CHI MEI ISSUES (.1). | 1 |
| 3/21/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.35 | 900 | 315.00 | CONFER WITH DAN MASON AND CRAIG CORBITT RE REPLYING TO CO-LEAD MOTION AND STRATEGIES FOR SAME (.4), CONFER WITH JUDITH ZAHID AND TRAVISS GALLOWAY RE BRIEF (.3). | 1 |
| ?5/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.55 | 900 | 495.00 | REVIEW AND REVISE CASE MANAGEMENT CONFERENCE STATEMENT FOR INDIRECT PURCHASERS AND CONFER WITH JUDITH ZAHID RE SAME (.9), | 10 |
|  |  |  |  |  |  | CONFER WITH CRAIG CORBITTE, ET AL. RE STATUS AND STRATEGIES (.2). | 1 |
| 3/25/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | 1.00  0.3 | 900 | 900.00 | REVIEW MULTIPLE STATE REGULATIONS TO MOTION FOR LEAD COUNSEL (.4), CONFER WITH J. SANDERS RE POSSIBLE MOTION, CONFER WITH CHI MEI (.2), FURTHER REVIEW AND COMMENT ON CASE MANAGEMENT CONFERENCE STATEMENT FOR INDIRECT PURCHASER'S, CONFER WITH JUDITH ZAHID RE SAME (.4), EMAILS TO AND FROM CRAIG CORBITT RE SAME (.2), REVIEW BALL AND KARON REPLY BRIEF AND RESEARCH 25(G), ETC., CONFER WITH JUDITH ZAHID RE SAME, EMAILS TO AND FROM CRAIG CORBITT RE SAME (.6). | 1 |

allow 0.3

| 3/25/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | ~~0.50~~ 0.35 | 900 | 450.00 | REVIEW AND REVISE FIRST DRAFT OF CASE MANAGEMENT CONFERENCE STATEMENT, REVIEW COMPLAINTS FOR ALLEGATIONS OF PRODUCTS, ETC. (.7), | 10 |
| | | | | | | CONFER WITH TRAVISS GALLOWAY RE RESPONSE TO BALL AND KARON REPLY BRIEF (.3). | 1 |
| 3/26/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.50 | 900 | 450.00 | REVIEW MULTIPLE VOICE MAILS AND EMAILS AND CONFER WITH C. LOVALL RE EX CORE AND OTHER CASE MANAGEMENT ISSUES (.7), REVIEW MULTIPLE VOICE MAILS TO AND FROM M. MILLER RE CASEMANAGEMENT (.3). | 1 |

allow 0.35

| 3/27/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | 1.85 | 900 | 1,665.00 | CONFER WITH JUDITH ZAHID RE CASE MANAGEMENT CONFERENCE STATEMENT, REVIEW REVISED STATEMENT,EMAIL TOJUDITH ZAHID RE CIRCULATION FOR COMMENTS, ETC. (.6), REVIEW EMAIL FROM JUDITH ZAHID RE BOEIS ARGUMENT TO CASE MANAGEMENT CONFERENCE STATEMENT AND REPLY THERETO (.2), REVIEW EMAIL FROM M. MILLER RE WORKASSIGNMENT AND CASE MANAGEMENT ISSUES (.1), CONFER WITH JUDITH ZAHID AND P. CLAYTON RE STATUS OF CASE MANAGEMENT CONFERENCE STATEMENT (1.1), MULTIPLE EMAILS RE CASE MANAGEMENT CONFERENCE STATEMENT REVISING (8X) (1.1), CONFER WITH JUDITH ZAHID AND DAN KARON RE CASE MANAGEMENT CONFERENCE STATEMENT (.3), EMAILS TO AND FROM CRAIG CORBITT RE SAME, AND REPLIES THERETO (.3). | 1 |
| 3/28/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.45 | 900 | 405.00 | REVIEW AND REVISE CASE MANAGEMENT CONFERENCE STATEMENT, CONFER WITH M. STALONE RE SAME (.3), | 10 |
| | | | | | | MULTIPLEEMAILS TO AND FROM JUDITH ZAHID AND CO-COUNSEL RE SAME (.6). | 1 |

| Date | Name | Title | Hours | Rate | Amount | Description | |
|---|---|---|---|---|---|---|---|
| 3/30/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.35 | 900 | 315.00 | REVIEW J.M. ALIOTO'S WITHDRAWAL OF CO- LEAD MOTION (.1), EMAILS TO AND FROMCRAIG CORBITT RE SAME (.3), REVIEW SUPPLEMENTAL MOTIONS OF BALL ANDKARON RE ALIOTO CO-LEAD (.3), TELEPHONE CONFERENCE WITH C. LOVELL RE HEARING PREPARATION (.1). | 1 |
| 4/1/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.15 | 900 | 135.00 | CONFER WITH CRAIG CORBITT AND JUDITH ZAHID RE STRATEGIES FOR APRIL 4 HEARING AND ADDITIONAL MEMOS, ETC. (.3). | 1 |
| 4/3/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | 1.70 | 900 | 1,530.00 | PREPARE FOR HEARING, REVIEW CO-LEAD MOTIONS, JOINDERS, ETC (3.9). | 1 |
| 4/4/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | 1.80 | 900 | 1,620.00 | PREPARE FOR (MEETING WITH CO-COUNSEL) AND ATTEND HEARING BEFORE JUDGE CONTI RE INITIAL CASE MANAGEMENT CONFERENCE AND INTERIM LEAD COUNSEL ARGUMENT, CONFERENCE WITH PLAINTIFFS COUNSEL POST HEARING (3.6). | 2 |
| 4/4/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | 1.05 | 900 | 945.00 | BEGIN RESEARCH TO DRAFT LETTER TO JUDGE CONTI RE LEAD COUNSEL (2.1). | 10 |
| 4/7/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.65 | 900 | 585.00 | DRAFT LETTER RE CO-LEAD COUNSEL (1.3). | 10 |
| 4/8/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.80 | 900 | 720.00 | CONFER WITH CRAIG CORBITT AND JUDITH ZAHID RE LETTER BRIEF RE LEAD COUNSEL STRATEGIES, ETC. (.2), CONFER WITH SAME RE EXPERT DISCOVERY ISSUES (.1), PREPARE AND REVIEW EMAILS TO AND FROM CHRISTOPHER LOVELL RE SAME (1.3). | 1 |
| 4/8/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.40 | 900 | 360.00 | FURTHER DRAFT OF LEAD COUNSEL LETTER (.8). | 10 |

| 4/9/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | 2.50 | 900 | 2,250.00 | FURTHER DRAFTING OF LEAD COUNSEL LETTER (3.1), FURTHER RE-DRAFT OF CO-LEAD COUNSEL LETTER, RESEARCH ETC. (1.9). | 10 |
| 4/10/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.35 | 900 | 315.00 | REVIEW LETTER FROM DEFENDANTS ANDDIRECT PURCHASERS RE PRETRIAL ORDERAND RULE 26(F) CONFERENCE, DRAFT REPLY TO INDIRECT PURCHASES (.7). | 10 |
| 4/10/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | 1.45 | 900 | 1,305.00 | FURTHER REVISIONS TO DRAFT LETTER RE CO-LEAD COUNSEL AND RESEARCH RE SAME (2.9). | 10 |
| 10/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.35 | 900 | 315.00 | REVIEW LETTER TO DEFENDANTS FROM SIMON AND SAVERI RE RULE 26(F) CONFERENCE, TELEPHONE CONFERENCE WITH GARY HALLING RE SAME, REVIEW EMAILS TO GARY HALLING AND JAMES MCGINNIS RE SAME (.7). | 1 |
| 4/11/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.15 | 900 | 135.00 | REVIEW EMAIL FROM GARY HALLING RE RULE 26(F) MEETING, REVIEW EMAILS FROM JAMES MCGINNIS RE SAME (.3). | 1 |
| 4/11/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | 1.85 | 900 | 1,665.00 | FURTHER RESEARCH AND REVISIONS TO LETTER RE CO-LEADS, REVIEW EMAILS TO AND FROM JUDITH ZAHID, QIANWEI AND TRAVISS GALLOWAY RE SAME (3.7). | 1 |
| 4/14/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | 1.55 | 900 | 1,395.00 | REVIEW EMAILS TO AND FROM JUDITH ZAHID, ET AL. RE STATUS OF LEAD COUNSEL LETTER, FURTHER REVISIONS TO LETTER(3.1). | 1 |

| 4/14/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | 1.20 | 900 | 1,080.00 | FURTHER REVISIONS AND RE-DRAFTING OF CO-LEAD LETTER, CONFER WITH JUDITH ZAHID AND QIANWEI RE SAME, EMAILS TO AND FROM JUDITH ZAHID AND QIANWEI RE SAME | 1 |
| 4/15/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.90 | 900 | 810.00 | FINALIZE LETTER RE CO-LEAD, CONFER WITH JUDITH ZAHID AND QIANWEI FU RE SAME. | 10 |
| 4/15/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.15 | 900 | 135.00 | CONFER WITH JUDITH ZAHID AND QIANWEI FU RE STATUS OF EXHIBITS TO BRIEF RE CO- LEAD (.2), REVIEW EMAIL FROM CRAIG CORBITT RE LOVELL LETTER BRIEF (.1). | 1 |
| 4/15/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.05 | 900 | 45.00 | REVIEW EMAIL TO R. SAVERI RE TRANSCRIPT COSTS, ETC. (.1). | 1 |
| 4/24/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.15 | 900 | 135.00 | REVIEW DIRECT PURCHASER LETTER TO DEFENDANTS AND COMMENT (.3). | 1 |
| 4/28/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.25 | 900 | 225.00 | REVIEW DIRECT PURCHASERS LETTER RERULE 26 TO DEFENDANTS COUNSEL (.1), REVIEW LETTER FROM E. E. LITWIN REPHILLIPS DISCOVERY ISSUES FOR 26(F) CONFERENCE (.1), REVIEW LETTER FROM J. L. KESSLER RE DISCOVERY ISSUES FOR 26(F) CONFERENCE (.1), REVIEW SERVICE LIST AND SEPARATE INDIRECT PURCHASERS, DIRECT PURCHASERS, ETC. (.2). | 1 |
| 4/29/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.25 | 900 | 225.00 | CONFERENCE WITH CRAIG CORBITT RE STATUS OF CASE (.1), CONFER WITH CRAIG CORBITT AND MATTHEW SCHULTZ RE MOTION RE DEPOSITION OF LEE (CHAIR OF SAMSUNG) (.4). | 1 |

LCD

no deps in CRT in 2008.

| 4/29/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.20 | 900 | 180.00 | REVIEW MULTIPLE EMAILS TO AND FROMCO-COUNSEL RE SUBPOENA DUCES TECUM TO DEPARTING SAMSUNG EXECUTIVES AND NEED FOR MOTION (.4). | 4 |
|---|---|---|---|---|---|---|---|
| 5/5/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.15 | 900 | 135.00 | REVIEW MULTIPLE EMAILS RE DEPOSITION NOTICES ETC. FOR SAMSUNG EXECUTIVES, ETC. (.3). | 5 |
| 5/6/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.10 | 900 | 90.00 | CONFER WITH CRAIG CORBITT AND JUDITH ZAHID RE CASE MANAGEMENT CONFERENCE, CO-LEAD, ETC. (.2). | 1 |
| 5/6/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.30 | 900 | 270.00 | REVIEW MULTIPLE EMAILS TO AND FROMCHRISTOPHER LOVELL AND CRAIG CORBITT RE MEETING OF COUNSEL AND STRATEGIES, REPLIES THERETO, TELEPHONE CONFERENCE WITH CHRISTOPHER LOVELL RE SAME (.6). | 1 |
| 5/9/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | 1.55 | 900 | 1,395.00 | PRODUCT REVIEW COMMITTEE HEARINGMEETING WITH CO-COUNSEL RE STRATEGIES, HEARING WITH COURT RE CO- LEASE, ETC POST-HEARING CONFERENCE WITH CO-COUNSEL AND CRAIG CORBITT, ET AL. (3.1). | 1 |
| 5/13/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.10 | 900 | 90.00 | CONFER WITH CRAIG CORBITT RE STRATEGIES FOR CALIFORNIA CLASS (.2). | 1 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5/13/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.85 | 900 | 765.00 | TELEPHONE CONFERENCE WITH R. VOELBEL AND R. HAGGSTROM RE GOVERNMENT PLAINTIFFS' ETC., REVIEW EMAIL TO AND FROM MATTHEW SCHULTZ, QIANWEI FU, CRAIG CORBITT RE MOTION FOR RECONSIDERATION STRATEGIES, TELEPHONE CONFERENCE WITH DAN GUSTAFSON RE SAME, REVIEW ORDER, REVIEW SERVICE OF PROCESS ISSUES AND LETTERS, INTERROGATORIES, ETC. (1.2). | 1 |
| 5/19/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.35 | 900 | 315.00 | CONFER WITH MATTHEW SCHULTZ RE STRATEGIES FOR PROSECUTING CASE, ETC, RESEARCH RE RESPONSE OF LEAD COUNSEL, ETC., ISSUES RE ASSESSMENTS, EXPERTS, ETC. (.7). | 1 |
| 5/23/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.15 | 900 | 135.00 | REVIEW MULTIPLE EMAILS RE STATUS AND STRATEGIES, ETC. (.3). | 1 |
| 5/27/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.15 | 900 | 135.00 | CONFER WITH CRAIG CORBITT ET AL. RE WORK ASSIGNMENT, ASSESSMENTS, ETC. FOR PROSECUTING CASE (.3). | 1 |
| 5/27/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.15 | 900 | 135.00 | CONFER WITH JOSEF COOPER AND TRACY KIRKHAM RE STATUS OF CASE AND POTENTIAL PLAINTIFFS (.3). | 1 |
| 5/27/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.05 | 900 | 45.00 | CONFER WITH JOEL SANDERS RE POSSIBLE SETTLEMENT (.1). | 1 |
| 5/29/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.30 | 900 | 270.00 | CONFER WITH BRUCE SIMON ET AL RE CHUNGWA SETTLEMENT AND SCHEDULING (.6). | 1 |
| 6/6/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.35 | 950 | 332.50 | CONFER WITH A. STEYER RE STATUS AND STRATEGIES (.7). | 1 |

1

| 6/6/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.25 | 950 | 237.50 | REVIEW LETTER FROM MNA RE ASSESSMENTS (.1), REVIEW JOINT RULE 26(F) FILING_____COUNT (.3), CONFER WITH QIANWEI FU RE LETTER FOR SERVICE OF PROCESS (.1). | 1 |
| 6/11/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.20 | 950 | 190.00 | REVIEW LETTER FROM MARIO ALIOTO RE CASE MANAGEMENT (.1), REVIEW LETTER FROM E. W. COLE RE DEFENDANTS INITIAL DISCLOSURES (.3). | 1 |
| 6/12/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.40 | 950 | 380.00 | REVIEW LETTER FROM CO-LEADS RE PROPOSED ORDER AND REVIEW PROPOSED ORDER (.8). | 1 |
| 6/12/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.40 | 950 | 380.00 | REVIEW MULTIPLE EMAILS FROM QIANWEI FU RE CHUNGWA SALES DATA FOR US MARKET, REPLIES BY CRAIG CORBITT RESAME (.4), REVIEW EMAIL FROM CRAIG CORBITT RE CLASS REPS INFO(.2), REPLIES THERETO (.2). | 1 |
| 6/16/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.10 | 950 | 95.00 | CONFER WITH MARIE BABIONE RE INITIAL DISCLOSURE CHARTS OF WITNESSES, ETC. (.2). | 1 |
| 6/16/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.10 | 950 | 95.00 | REVIEW C. LEGGE MOTION (.2). | 1 |
| 6/16/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.10 | 950 | 95.00 | REVIEW INDIRECT PURCHASERS RULE 26(A)(1)(A) DISCLOSURES (.2). | 9 |
| /19/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.10 | 950 | 95.00 | REVIEW _ B. SIMON RE: DEFENDANTS' TO THE NAMES IN COMPLAINT (0.2). | 1 |
| 6/24/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.10 | 950 | 95.00 | CONFER WITH QIANWEI FU AND CRAIG CORBITT RE STATUS OF CASE MANAGEMENT CONFERENCE, ETC. (.2). | 1 |
| 6/27/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.15 | 950 | 142.50 | REVIEW MULTIPLE EMAILS TO AND FROMMATTHEW SCHULTZ AND CRAIG CORBITT ET AL RE SAMSUNG/LEE DEPOSITION (.3). | 5 |

LCD

| 6/27/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.20 | 950 | 190.00 | REVIEW JOINT CASE MANAGEMENT CONFERENCE STATEMENT (.4). | 1 |
|---|---|---|---|---|---|---|---|
| 7/7/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.15 | 950 | 142.50 | U.S. MOTION TO STAY (.3). | 10 |
| 7/8/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.10 | 950 | 95.00 | CONFER WITH JUDITH ZAHID RE STAY MOTION (.1), CONFER WITH QIANWEI FU RE SERVICE OF PROCESS AND LETTER INTERROGATORIES, ETC. (.1). | 1 |
| 7/10/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.15 | 950 | 142.50 | CONFER WITH J. HOWARD (OPT-OUT COUNSEL) RE STATUS AND STRATEGIES (.3). | 1 |
| 7/14/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.05 | 950 | 47.50 | REVIEW MINUTE ORDER RE STAY ISSUE (.1). | 9 |
| 7/17/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.25 | 950 | 237.50 | REVIEW GPU CLASS CERTIFICATION ORDER (.5). | 9 |
| 7/22/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.15 | 950 | 142.50 | CONFERENCE WITH C. CORBITT AND Q. FU REGARDING DEFENDANTS RE FOREIGN SOP, ETC. | 1 |
| 7/22/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.05 | 950 | 47.50 | REVIEW CRT PRICE GRAPH 10" - 21" CRTS FROM 99 - '04. | 9 |
| 7/29/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.15 | 950 | 142.50 | CONFER WITH JOSEF D. COOPER RE NEW PLAINTIFF FOR FILING COMPLAINT (.1), CONFER WITH CRAIG CORBITT RE STRATEGY FOR MEETING WITH JOEL SANDERS (.2) | 1 |
| 8/1/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.25 | 950 | 237.50 | REVIEW 9TH CIRCUIT LAFA OPINION RE AMOUNT IN CONTROVERSY (.5). | 9 |
| 8/4/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.15 | 950 | 142.50 | TELEPHONE CONFERENCE WITH RICK SAVERI RE SETTLEMENT PROPOSAL FROM CHUNGWA. | 1 |
| 8/4/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.05 | 950 | 47.50 | CONFER WITH JOSEF D. COOPER AND TRACY KIRKHAM RE STATUS OF PROCEEDINGS (.1). | 1 |

| 8/4/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.10 | 950 | 95.00 | REVIEW HITACHI INITIAL DISCLOSURE STATEMENTS. | 9 |
| 8/18/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.20 | 950 | 190.00 | CONFER WITH CRAIG CORBITT AND MATTHEW SCHULTZ RE SETTLEMENT WITH CHUNGWA (.4). | 1 |
| 8/18/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.40 | 950 | 380.00 | REVIEW ORDER RE STAY MOTION (.1), REVIEW DEFENDANTS OPPOSITION TO AUTHORIZE SERVICE OF PROCESS ON FOREIGN COMPANIES AND CIVIL RULE OF PROCEDURE 4(F)(3) (.7). | 9 |
| 8/20/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.15 | 950 | 142.50 | REVIEW SUPPLEMENTAL 26(F) REPORT (.3). | 1 |
| ..20/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.05 | 950 | 47.50 | REVIEW STIPULATION RE SERVICE OF PROCESS ON SAMSUNG (.1). | 9 |
| 8/22/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.15 | 950 | 142.50 | REVIEW CENTERPIECE OPINION FOR CAUSATION ISSUES (.3). | 9 |
| 8/25/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.20 | 950 | 190.00 | REVIEW REPLY BRIEF RE SERVICE OF PROCESS ON FOREIGN DEFENDANTS (.4). | 9 |
| 8/25/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.10 | 950 | 95.00 | REVIEW NEW CALIFORNIA CLASS CERTIFICATION OPINION RE NO MERITS ON CERTIFICATION (.2). | 9 |
| 8/27/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.15 | 950 | 142.50 | REVIEW LETTER FROM D. LISI RE SERVICE OF PROCESS ON FOREIGN ENTITIES, REVIEW EMAIL TO M. ALIOTO RE SAME (.3). | 1 |
| 9/9/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.10 | 950 | 95.00 | CONFER WITH CRAIG CORBITT RE STATUS AND STRATEGIES FOR CHUNGWA DEAL | 1 |
| 9/22/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.30 | 950 | 285.00 | REVIEW MULTIPLE EMAILS RE STATUS OF CASE, ETC. | 1 |
| 9/23/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.10 | 950 | 95.00 | CONFER WITH QIANWEI FU AND CRAIG CORBITT RE STIPULATED STAY, SCHEDULE, ETC. FOR CTC/DOJ REPORT | 1 |

| 9/29/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.15 | 950 | 142.50 | PREPARE FOR MEETING WITH J. SANDERS REGARDING SETTLEMENT STRATEGIES. | 9 |
|---|---|---|---|---|---|---|---|
| 9/29/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.15 | 950 | 142.50 | MEETING WITH JOEL SANDERS REGARDING SETTLEMENT STRATEGIES. | 1 |
| 10/6/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.10 | 950 | 95.00 | CONFER WITH CRAIG CORBITT RE STATUS, ETC. | 1 |
| 10/23/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.15 | 950 | 142.50 | REVIEW MULTIPLE EMAILS RE STATUS OF CASE | 9 |
| 11/17/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.15 | 950 | 142.50 | CONFER WITH JOEL SANDERS RE SETTLEMENT WITH INDIRECT PURCHASERS, ETC. | 1 |
| .2/3/2008 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.10 | 950 | 95.00 | REVIEW LETTER FROM R. M_____RE ORION TOLLING, ETC, REPLY THERETO | 9 |
| 1/27/2009 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.15 | 975 | 146.25 | CONFER WITH CRAIG CORBITT RE STATUS OF CHUNGHWA PICTURE TUBE SETTLEMENT, ETC. | 1 |
| 1/28/2009 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.15 | 975 | 146.25 | REVIEW AND EDIT LETTER FROM JOELSANDERS RE CHUNGHWA PICTURE TUBE SETTLEMENT PROPOSAL, TELEPHONECONFERENCE WITH CRAIG CORBITT RE SAME | 1 |
| 2/3/2009 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.15 | 975 | 146.25 | CONFER WITH QIANWEI FU, ET AL, RE PROFFER ON FEBRUARY 4-5, 2009, ETC. | 1 |
| 2/4/2009 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.30 | 975 | 292.50 | REVIEW MULTIPLE EMAILS RE CHUNGWHA PICTURE TUBE PROFFER ISSUES, ETC. TO AND FROM CRAIG CORBITT, JUDITH ZAHID, ET AL. | 1 |

| 2/4/2009 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.55 | 975 | 536.25 | CONFER WITH MICHAEL LEHMAN RE CHUNGHWA PICTURE TUBE SETTLEMENT STRATEGIES, PREPARE FOR MEETING WITH CHUNGWA PICTURE TUBE RE PROFFER (1.), REVIEW STIPULATION RE DISCOVERY STAY (.1) | 1 |
| 2/5/2009 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.30 | 975 | 292.50 | REVIEW MULTIPLE EMAILS TO AND FROM CRAIG CORBITT RE REVISIONS TO CHUNGHWA PICTURE TUBE SETTLEMENT AGREEMENT AND PROFFER, REPLIESTHERETO, REVIEW EMAILS TO AND FROM JOEL SANDERS RE SAME   — duplicates Corbitt | 1 |
| 2/6/2009 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.45 | 975 | 438.75 | REVIEW MULTIPLE EMAILS TO AND FROMCRAIG CORBITT AND JOEL SANDERS RE CHUNGHWA PICTURE TUBES SETTLEMENT AND PROFFER, REVIEW ADDITIONAL EMAILS TO AND FROM CRAIG CORBITT RE SETTLEMENT STRATEGIES FOR CHUNGHWA PICTURE TUBES, ETC. | 1 |
| 2/9/2009 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.35 | 975 | 341.25 | REVIEW MULTIPLE EMAILS TO AND FROMJOEL SANDERS AND GARY SPRATLING RE PROFFER, CONFER WITH CRAIG CORBITT RE SAME, REVIEW EMAILS TO AND FROM JUDITH ZAHID, PATRICK CLAYTON AND QIANWEI FU RE SAME | 1 |
| 2/10/2009 | SCARPULLA, FRANCIS O. | SR. PARTNER | 2.30 | 975 | 2,242.50 | PREPARE FOR AND ATTEND CHUNGHWA PICTURE TUBE PROFFER (3.8),  CONVER WITH MARIO N. ALIOTO, L. RUSSELL, J. PETRON, CRAIG CORBITT AND JUDITH ZAHID RE STRATEGIES FOR SETTLEMENT, ETC (.8). | 11 |

| 2/10/2009 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.15 | 975 | 146.25 | REVIEW SETTLEMENT LETTER FOR RELEASE ISSUES | 11 |
| 2/11/2009 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.20 | 975 | 195.00 | REVIEW EMAILS TO AND FROM A. DAVIS RE SANYO OPT-OUT CLAIMS (3X) | 9 |
| 2/18/2009 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.15 | 975 | 146.25 | REVIEW SUMMARY JUDGMENT AND DAUBERT ISSUES | 9 |
| 2/22/2009 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.15 | 975 | 146.25 | CONFER WITH DAN WEINSTEIN RE SETTLEMENT STRATEGIES | 11 |
| 2/23/2009 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.05 | 975 | 48.75 | REVIEW ORDER RE CASE MANAGEMENT CONFERENCE | 1 |
| 2/24/2009 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.30 | 975 | 292.50 | CONFER WITH PATRICK CLAYTON RE PROFFER AND PRE PARTY DEPOSITIONS, ETC. | 1 |
| 3/5/2009 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.15 | 975 | 146.25 | REVIEW OPINION IN QUALCOMM FOR ATTORNEY GENERAL ISSUES | 9 |
| 4/28/2009 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.10 | 975 | 97.50 | CONFER WITH C. CORBITT RE STATUS OF DISCOVERY BRIEFING | 1 |
| 6/16/2009 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.05 | 975 | 48.75 | REVIEW ORDER REGARDING 12(B)(6) HEARING, ETC. | 10 |
| 6/17/2009 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.30 | 975 | 292.50 | REVIEW PROTECTIVE ORDER | 10 |
| 6/17/2009 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.20 | 975 | 195.00 | REVIEW DAIWOO 12(B)(6) MOTION TO DISMISS | 10 |
| 6/18/2009 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.25 | 975 | 243.75 | REVIEW DRAFT OF PLAINTIFFS' FTAIA BRIEF IN CRT'S | 10 |
| 6/19/2009 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.10 | 975 | 97.50 | REVIEW KANSAS STATUTE REGARDING INDIRECT STUDY | 9 |
| 6/24/2009 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.20 | 975 | 195.00 | REVIEW FTAIA MEMOS AND EMAILS FOR MOTION TO DISMISS BRIEF | 9 |
| 8/19/2009 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.25 | 975 | 243.75 | CONFERENCE WITH R. VOELBEL AND C. CORBITT REGARDING STATUS AND STRATEGIES. | 1 |
| 10/5/2009 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.10 | 975 | 97.50 | LETTER FROM G. SAVERI AND M. ALIOTO REGARDING HEARING ON MOTIONS AND STRATEGIES. | 1 |

| 10/6/2009 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.20 | 975 | 195.00 | CONFERENCE WITH C. CORBITT AND P. CLAYTON REGARDING STATUS OF M2D ISSUES. | 1 |
| 10/9/2009 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.15 | 975 | 146.25 | LETTER FROM G. SAVERI REGARDING JAPANESE MEETING. | 1 |
| 10/28/2009 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.30 | 975 | 292.50 | LETTER FROM J. KESSLER REGARDING FTAIA CASES AND RECENT DISCUSSIONS. | 1 |
| 11/6/2009 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.25 | 975 | 243.75 | MULTIPLE EMAILS TO AND FROM CO-LEADS REGARDING FILTERS CASE. | 1 |
| 11/6/2009 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.10 | 975 | 97.50 | REVIEW FILTERS ORDER FOR STRATEGIES, ETC. | 1 |
| ../25/2010 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.05 | 975 | 48.75 | LETTER FROM DEFENSE COUNSEL REGARDING HEARING DATE. | 9 |
| 2/5/2010 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.85 | 975 | 828.75 | REVIEW SPECIAL MASTER ORDER, EMAIL TO AND FROM CO-COUNSEL REGARDING SAME. | 9 |
| 2/8/2010 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.10 | 975 | 97.50 | REVIEW OBJECTIONS TO SPECIAL MASTER ORDER SCHEDULE. | 9 |
| 2/9/2010 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.30 | 975 | 292.50 | REVIEW MULTIPLE EMAILS (INCLUDING ATTACHMENTS) REGARDING STATUS AND STRATEGIES. | 1 |
| 2/19/2010 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.90 | 975 | 877.50 | REVIEW MULTIPLE FILINGS REGARDING OBJECTION TO SPECIAL MASTER REPORT. | 10 |
| ./26/2010 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.20 | 975 | 195.00 | REVIEW NEW FIRST CIRCUIT CLASS RULING. | 9 |
| 3/1/2010 | SCARPULLA, FRANCIS O. | SR. PARTNER | 1.25 | 975 | 1,218.75 | OBJECTIONS TO SPECIAL MASTER REPORT, REPLIES BY IDPPS, DPPS RESPONSE TO LG, ET AL. | 10 |
| 4/30/2010 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.20 | 975 | 195.00 | ATTEND 1292(B) HEARING. | 2 |

| 5/25/2010 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.15 | 975 | 146.25 | CONFERENCE WITH J. COOPER REGARDING STATUS AND STRATEGIES. | 1 |
| 6/8/2010 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.10 | 975 | 97.50 | EMAIL TO Q. FU REGARDING CALIFORNIA ONLY COMPLAINT. | 1 |
| 6/11/2010 | SCARPULLA, FRANCIS O. | SR. PARTNER | 1.00 | 975 | 975.00 | PREPARE AND ATTEND MEETING OF COUNSEL AND JUDGES REGARDING CY PRES SETTLEMENTS. | 1 |
| 6/14/2010 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.05 | 975 | 48.75 | CONFERENCE WITH J. COOPER REGARDING STATUS OF PROCEEDING. | 1 |
| 6/24/2010 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.15 | 975 | 146.25 | MEETING WITH D. MASON, C. CORBITT AND C. MICHELETTI REGARDING STATUS. | 1 |
| 28/2010 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.20 | 975 | 195.00 | CONFERENCE REGARDING WALMART OPT- OUT CASE. | 1 |
| 7/20/2010 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.25 | 975 | 243.75 | ANALYZE CAPPUCCITTI (11TH CIRCUIT) REGARDING CAFA | 9 |
| 8/2/2010 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.30 | 975 | 292.50 | REVIEW MOTION TO DISMISS CONSOLIDATED AMENDED COMPLAINT. | 10 |
| 8/2/2010 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.15 | 975 | 146.25 | REVIEW KOREAN AIR FTAIA OPINION FOR PRECEDENT. | 9 |
| 8/25/2010 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.15 | 975 | 146.25 | CONFERENCE WITH J. ZAHID REGARDING HEARING ON 8/24/10. | 1 |
| 8/27/2010 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.10 | 975 | 97.50 | REVIEW EN BANC PETITION IN CAPPUCCITTI. | 9 |
| 9/1/2010 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.15 | 975 | 146.25 | REVIEW 9TH CIRCUIT FEE PETITION ORDER REGARDING NOTICE TO CLASS FOR NOTICE. | 10 |
| 9/21/2010 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.20 | 975 | 195.00 | STRATEGY MEETING WITH C. CORBITT, ET AL REGARDING STATUS AND SETTLEMENT ISSUES. | 1 |

| 10/26/2010 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.30 | 975 | 292.50 | CONFERENCE WITH C. CORBITT, ET AL. REGARDING STRATEGIES FOR PROSECUTION OF CASE, MOTION TO DISMISS, ETC. | 1 |
| 11/2/2010 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.15 | 975 | 146.25 | CONFERENCE WITH J. COOPER AND T. KIRKHAM REGARDING HEARING ON MOTION TO COMPEL TRANSLATIONS, ETC. | 1 |
| 2/24/2011 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.40 | 1250 | 500.00 | MULTIPLE EMAILS TO AND FROM J. SANDERS REGARDING MA LETTER, ETC., REPLIES THERETO, EMAILS TO AND FROM P. SULLIVAN AND C. CORBITT REGARDING SAME, REPLIES THERETO. | 1 |
| 4/20/2011 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.40 | 1250 | 500.00 | MULTIPLE EMAILS TO/FROM C. CORBITT, ET AL. REGARDING PLEA ISSUE AND RESTITUTION. | 9 |
| 7/25/2011 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.55 | 1250 | 687.50 | REVIEW LEGGE REPORT RE: IPPSETTLEMENTS, E-MAIL RE: | 11 |
| 1/14/2013 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.40 | 1250 | 500.00 | REVIEW SARGON EXPERT OP. IN CA S. CT. | 9 |
| 3/1/2013 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.30 | 1250 | 375.00 | PREPARE AND ATTEND TELEPHONE CONFERENCE WITH D. GUSTAFSON AND M. ROBERTS RE: CLAIMS BY DIRECT PURCHASER FOREIGN ENTITIES AND FTAIA ISSUES. | 1 |
| 4/5/2013 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.55 | 1250 | 687.50 | CONFERENCE WITH JD COOPER RE: PHILIPS, SETTLEMENT ISSUES AND STRATEGIES RE: CA SETTLEMENTS, ETC. | 1 |
| 4/5/2013 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.25 | 1250 | 312.50 | EMAILS TO/FROM J. ZAHID, ET AL., RE: PHILIPS SETTLEMENT STRATEGIES, ETC., REPLIES. | 11 |
| 4/15/2013 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.35 | 1250 | 437.50 | EMAILS TO/FROM D. SECHREST RE: MERRILL LYNCH CLAIM FOR CRT PRODUCTS. | 3 |