EXHIBIT 1

Part 2

| 4/16/2013 | SCARPULLA, FRANCIS O. | SR. PARTNER | 1.30 | 1250 | 1,625.00 | EMAILS AND CONFERENCE WITH J. ZAHID RE: STRATEGIES FOR MQ APPOINTMENT AND PHILIPS SETTLEMENT ISSUES, REPLIES, ETC., MULTIPLE EMAILS TO/FROM K. FOOTE RE: SAME, REPLIES, TELEPHONE CONFERENCE WITH J. COOPER RE: SAME, PREPARE FOR MEETING WITH M. ALIOTO RE: SAME, ATTEND MEETING WITH M. ALIOTO/C. CORBITT/J. ZAHID RE: SAME. | 1 |
| '6/2013 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.60 | 1250 | 750.00 | MULTIPLE EMAILS AND TELEPHONE CONFERENCES RE: C. LEGGE ISSUES AND STRATEGIES, REPLIES, ETC. | 1 |
| 4/18/2013 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.65 | 1250 | 812.50 | EMAILS TO/FROM D. WEINSTEIN RE: LEGGE ISSUES, REPLIES, PREPARE AND ATTEND TELEPHONE CONFERENCE WITH M. ALIOTO RE: SAME, EMAILS TO/FROM M. ALIOTO RE: SAME, REPLIES. | 1 |
| 4/19/2013 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.80 | 1250 | 1,000.00 | MULTIPLE EMAILS TO/FROM ZELLE ATTORNEYS AND CO-COUNSEL RE: LEGGE/QUINN ISSUES AND RECOMMENDATIONS, REPLIES RE: STRATEGIES, ETC., AND CONSEQUENCES OF RE-ASSIGNMENT. | 1 |
| 4/29/2013 | SCARPULLA, FRANCIS O. | SR. PARTNER | 3.40 | 1250 | 4,250.00 | PREPARE AND ATTEND IPP CLASS HEARING. | 2 |
| 4/30/2013 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.25 | 1250 | 312.50 | MULTIPLE EMAILS TO/FROM J. COOPER, ET AL., RE: PHILLIPS SETTLEMENT STRATEGIES, EMAILS FROM J. BODGONOV RE: EVIDENCE RE: PHILLIPS, ETC. | 11 |

| 5/1/2013 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.10 | 1250 | 125.00 | CONFERENCE WITH R. VOELBEL RE: STATUS OF CLASS HEARING. | 1 |
| 5/29/2013 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.15 | 1250 | 187.50 | EMAILS TO/FROM C. CORBITT RE: SETTLEMENT, REPLIES. | 11 |
| 7/1/2013 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.35 | 1250 | 437.50 | REVIEW TOSHIBA MOTION TO ADAPT AGC FINDING. | 10 |
| 7/2/2013 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.65 | 1250 | 812.50 | ORDER RE: STATUS CONFERENCE, EMAILS TO/FROM ZELLE LAWYERS RE: SAME,CONFERENCE WITH JD COOPER RE: SAME AND STRATEGIES, CONFERENCE WITH C. LEGGE RE: "PARTIES" MEANING, ETC., STRATEGIES FOR CO-LEAD, ETC. | 1 |
| 7/3/2013 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.45 | 1250 | 562.50 | MULTIPLE ORDERS AND LETTER TO JUDGE CONTI RE: CLASS CERT. REVIEW, ETC. | 10 |
| 8/2/2013 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.05 | 1250 | 62.50 | EMAIL TO COUNSEL RE: MEETING. | 1 |
| 8/13/2013 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.15 | 1250 | 187.50 | CONFERENCE WITH P. CLAYTON/H. RANKIE/J. MENZIES RE: IMPACT OF | 1 |
| 8/19/2013 | SCARPULLA, FRANCIS O. | SR. PARTNER | 1.60 | 1250 | 2,000.00 | MULTIPLE EMAILS TO/FROM ZELLE ATTORNEYS RE: EFFECT OF RR CASE ON CRT REPLY BRIEF AND REVIEW SAME AND EDIT, RE-READ CASE FOR BRIEF. | 10 |
| 8/20/2013 | SCARPULLA, FRANCIS O. | SR. PARTNER | 1.50 | 1250 | 1,875.00 | REVIEW CLASS BRIEF, REVIEW DECISION IN AFTER MARKET LIGHTS FOR USE IN CRTS. | 10 |
| 6/20/2013 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.70 | 1250 | 875.00 | REVIEW FINAL DRAFT OF BRIEF AND EDIT, EMAIL TO CT MICHELETTI, ET AL., RE: SAME. | 10 |

| Date | Name | Title | Hours | Rate | Amount | Description | |
|---|---|---|---|---|---|---|---|
| 8/21/2013 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.35 | 1250 | 437.50 | EMAILS TO/FROM ZELLE LAWYERS RE: RESP. BRIEF RE: CLASS CERT., REVIEW/EDIT BRIEF. | 10 |
| 8/23/2013 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.15 | 1250 | 187.50 | MULTIPLE ORDERS FROM J. CONTI RE: CASE PROCEEDINGS. | 1 |
| 8/27/2013 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.45 | 1250 | 562.50 | MULTIPLE EMAILS AND LETTERS RE: CRT/RAIL FUEL AND DISCOVERY ISSUES, REPLIES THERETO, CONFERENCE WITH CO- COUNSEL RE: STRATEGIES, ETC., CONFERENCE WITH M. QUINN RE: MEDIATION ISSUES. | 1 |
| ?9/2013 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.30 | 1250 | 375.00 | REVIEW ORDER RE: VACATING SPECIAL MASTER, ETC., CONFERENCE WITH J. COOPER RE: SAME, CONFERENCE WITH M. QUINN RE: SAME. | 1 |
| 8/30/2013 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.15 | 1250 | 187.50 | EMAILS TO/FROM S. WILLIAMS RE: OP. BRIEF. | 10 |
| 9/6/2013 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.30 | 1250 | 375.00 | REVIEW ALL STATUS REPORTS, COMMENT. | 10 |
| 9/11/2013 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.20 | 1250 | 250.00 | REVIEW POSNER 7TH CIRCUIT CLASS CERT. FOR STRATEGIES. | 9 |
| 9/13/2013 | SCARPULLA, FRANCIS O. | SR. PARTNER | 1.80 | 1250 | 2,250.00 | PREPARE AND ATTEND CMC. | 2 |
| 9/16/2013 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.25 | 1250 | 312.50 | REVIEW MOTION FOR P. AP. AND EMAIL RE: SAME. | 10 |
| 9/24/2013 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.70 | 1250 | 875.00 | REVIEW CONTI ORDER, EMAILS RE: SAME,CONFERENCE WITH CO-COUNSEL RE: SAME, ANALYZE ORDER FOR LIB, ETC. | 1 |
| 10/4/2013 | SCARPULLA, FRANCIS O. | SR. PARTNER | 1.95 | 1250 | 2,437.50 | MULTIPLE EMAILS TO/FROM E. VARANINI RE: CRT SETTLEMENT DISPUTE, REPLIES,RESEARCH, ETC. | 11 |
| 10/7/2013 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.40 | 1250 | 500.00 | MULTIPLE EMAILS FROM E. VARANINI RE: IPP SETTLEMENT ISSUES, PARENS SETTLEMENTS, ETC., REPLIES. | 11 |

| 10/8/2013 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.95 | 1250 | 1,187.50 | REVIEW OBJECTION FROM CA AG, REVIEW OBJECTION FROM IPPS TO AG SETTLEMENT, EMAILS AND TELEPHONE CONFERENCE WITH E. VARANINI RE: RESOLUTION OF PROBLEMS. | 11 |
|---|---|---|---|---|---|---|---|
| 10/8/2013 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.15 | 1250 | 187.50 | CONFERENCE WITH B. SIMON RE: STATUS OF IPP SETTLEMENTS. | 11 |
| 10/9/2013 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.65 | 1250 | 812.50 | REVIEW AND RESEARCH, ETC., 23(F) PETITION, COMMENT, EMAILS RE: SAME. | 9 |
| 10/10/2013 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.40 | 1250 | 500.00 | VARIOUS EMAILS TO/FROM E. VARANINI RE: AG/CA - IPP ISSUES, REPLIES, STRATEGIES FOR RESOLVING ISSUES. | 11 |
| 10/15/2013 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.40 | 1250 | 500.00 | REVIEW 23(F) PETITION. | 9 |
| 10/22/2013 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.70 | 1250 | 875.00 | EMAIL FROM E. VARANINI RE: STATUS OF SETTLEMENT HEARINGS AND STRATEGIES, ETC., RESEARCH ISSUES. | 11 |
| 10/23/2013 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.15 | 1250 | 187.50 | CONFERENCE WITH K. KINSELLA, ET AL., RE: STATUS AND ADMIN. | 8 |
| 10/23/2013 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.30 | 1250 | 375.00 | TELEPHONE CONFERENCE WITH E. VARANINI RE: STRATEGIES FOR DEALING WITH M. ALIOTO ISSUES, REVIEW LETTER FROM E. VARANINI TO L. RUSSELL AND COURT. | 11 |
| /30/2013 | SCARPULLA, FRANCIS O. | SR. PARTNER | 1.85 | 1250 | 2,312.50 | EMAIL FROM E. VARANINI RE: STRATEGIES, ETC., REVIEW PLAINTIFFS' PHILLIPS STATEMENT RE: SETTLEMENT, STRATEGIES ON RELEASE ISSUES, REVIEW CA ATTORNEY GENERAL PLEADINGS RE: SETTLEMENT AND RELEASE FOR E. VARANINI CONF. RE: STRATEGIES. | 11 |

| 10/31/2013 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.25 | 1250 | 312.50 | STRATEGIES FOR AG OF CA/IPPS TO RESOLVE DISPUTE. | 11 |
| 11/1/2013 | SCARPULLA, FRANCIS O. | SR. PARTNER | 1.05 | 1250 | 1,312.50 | MULTIPLE EMAILS TO/FROM E. VARANINI RE: IPP ISSUES, REPLIES, REVIEW FILINGS AND COMMENT. | 11 |
| 11/3/2013 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.10 | 1250 | 125.00 | EMAIL TO/FROM E. VARANINI RE: IPP ISSUES RE: SETTLEMENT. | 11 |
| 11/4/2013 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.15 | 1250 | 187.50 | REVIEW/ANALYZE USST CY PRES CERT STATUTE. | 9 |
| 11/4/2013 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.15 | 1250 | 187.50 | REVIEW ORDER RE: SPECIAL MASTER,EMAILS TO/FROM M. QUINN RE: SAME. | 9 |
| /4/2013 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.10 | 1250 | 125.00 | REVIEW PRE-TRIAL SCHEDULE. | 9 |
| 11/6/2013 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.20 | 1250 | 250.00 | EMAILS TO/FROM M. ALIOTO RE: CA AG ISSUES, REPLIES, EMAILS TO/FROM E.VARANINI RE: SAME. | 1 |
| 11/17/2013 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.10 | 1250 | 125.00 | EMAIL TO/FROM E. VARANINI RE: STRATEGIES. | 11 |
| 11/18/2013 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.35 | 1250 | 437.50 | EMAILS AND TELEPHONE CONFERENCE WITH E. VARANINI RE: ATTORNEYS GENERAL'S OBJECTIONS TO IPP SETTLEMENT/IPP OBJECTION TO ATTORNEYS GENERAL'S SETTLEMENT(PREPARE AND | 11 |
| 11/25/2013 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.40 | 1250 | 500.00 | EMAIL FROM E. VARANINI RE: SUR REPLY, REVIEW SAME. | 11 |
| /26/2013 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.75 | 1250 | 937.50 | REVIEW EMAIL FROM E. VARANINI RE: IPPS' REPLY, ANALYZE AND STRATEGIZE. | 11 |
| 12/6/2013 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.35 | 1250 | 437.50 | EMAILS AND TELEPHONE CONFERENCE WITH E. VARANINI RE: STATUS OF CA SETTLEMENT, STRATEGIES, ETC. | 11 |

| 12/13/2013 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.55 | 1250 | 687.50 | MULTIPLE EMAILS TO/FROM E. VARANINI RE: ORDER, ETC., REPLIES, TELEPHONE CONFERENCE RE: SAME, CONFERENCE WITH SYLVIE KERNS RE: SAME, REVIEW ORDER AND FACTS AND ISSUES, ETC. | 1 |
| 12/19/2013 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.15 | 1250 | 187.50 | EMAILS TO/FROM J. COOPER AND J. ZAHID RE: DEPO WORK, REPLIES. | 5 |
| 12/20/2013 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.20 | 1250 | 250.00 | 9TH CIRCUIT DENIES 23(F) IPP CLASS OPINION, EMAIL TO/FROM ZELLE ATTORNEYS RE: SAME, REPLIES | 1 |
| ?7/2013 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.25 | 1250 | 312.50 | REVIEW J. STEIN CITIGROUP FEE OPINION, STRATEGY FOR FEES. | 9 |
| 1/6/2014 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.15 | 1250 | 187.50 | REVIEW 6TH CIR. SJ OPINION FOR ON- GOING CASE. | 9 |
| 1/16/2014 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.20 | 1250 | 250.00 | REVIEW VAARTJES DEPOSITION AND COMMENT. | 5 |
| 1/29/2014 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.30 | 1250 | 375.00 | MULTIPLE EMAILS TO/FROM E. VARANINI RE: STATUS OF SETTLEMENT/STRATEGIES, REPLIES, ETC. | 11 |
| 1/30/2014 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.20 | 1250 | 250.00 | EMAILS FROM E. VARANINI AND CONFERENCE WITH J. ZAHID RE: SETTLEMENT, ETC. | 11 |
| 1/31/2014 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.40 | 1250 | 500.00 | CONFERENCE WITH E. VARANINI RE: MEDIATION ISSUES AND | 11 |
| 2/11/2014 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.45 | 1250 | 562.50 | CONFERENCE WITH E. VARANINI RE: SETTLEMENT MEDIATION | 11 |
| 2/27/2014 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.10 | 1250 | 125.00 | EMAILS TO/FROM E. VARANINI REGARDING MEDIATION AND _ ISSUES, REPLIES. | 11 |
| 2/28/2014 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.15 | 1250 | 187.50 | EMAILS FROM/TO E. VARRANINI REGARDING STRATEGIES FOR MEDIATION, REPLIES. | 11 |

| 3/6/2014 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.90 | 1250 | 1,125.00 | PREPARE AND ATTEND CONFERENCE WITH E. VARANINI REGARDING SETTLEMENT PAY OUTS, ISSUES, PROBLEMS. | 11 |
| 3/13/2014 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.70 | 1250 | 875.00 | REVIEW TWELFTH COURT ORDER ON MOTION TO DISMISS, EMAILS AND TELEPHONE CONFERENCE WITH E.VARANINI REGARDING SAME AND STRATEGIES, ETC. | 11 |
| 3/19/2014 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.20 | 1250 | 250.00 | REVIEW AND ANALYZE SILVESTRI OBJECTIONS. | 9 |
| '/7/2014 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.10 | 1250 | 125.00 | CONFERENCE WITH J. ZAHID REGARDING STATUS OF MEDIATION, ETC. | 1 |
| 4/7/2014 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.20 | 1250 | 250.00 | ANALYZE EXTENT OF MOTOROLA MOBILITY FIAIA RULING ON CASE. | 9 |
| 4/11/2014 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.35 | 1250 | 437.50 | REVIEW CA AG MOTION TO DISMISS IPP APPEAL. | 9 |
| 4/17/2014 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.10 | 1250 | 125.00 | REVIEW PASS - _ ECON. ANALYSIS. | 8 |
| 4/21/2014 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.20 | 1250 | 250.00 | EMAILS REGARDING MEDIATION, ETC., WITHOUT MN ALIOTO BEING PRESENT AND TELEPHONE CONFERENCE REGARDINGSAME, EMAIL TO C. CORBITT REGARDING SAME. | 11 |
| 6/8/2014 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.20 | 1250 | 250.00 | EMAIL REGARDING COMANDOR DEPOSITION, | 5 |
| o/11/2014 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.40 | 1250 | 500.00 | EMAILS TO AND FROM E. VARANINI REGARDING CAMANOR SDT, REPLIES, ETC. | 11 |

| 6/12/2014 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.75 | 1250 | 937.50 | PREPARE AND ATTEND TELEPHONE CONFERENCE WITH E. VARANINI AND T. CUNNINGHAM REGARDING COMANOR P.O. DOCUMENTS, ETC., EMAILS REGARDING SAME, EMAILS FROM AND TO ZELLEATTORNEYS REGARDING P.O. (LCD)OBLIGATIONS, ETC. | 5 |
|-----------|----------------------|-------------|------|------|--------|------|---|
| 6/23/2014 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.35 | 1250 | 437.50 | MULTIPLE EMAILS TO AND FROM C. BLUMENSTEIN REGARDING COMANOR SDT, EMAILS TO E. VARININI REGARDING SAME, REPLIES, ETC. | 5 |
| _9/2014 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.60 | 1250 | 750.00 | EMAILS AND TELEPHONE CONFERENCE WITH E. VARANINI REGARDING IPP AND ATTORNEYS GENERAL CONFLICTS AND PROPOSED MEDIATION, RESEARCH INTO ISSUES, CONSIDER RESOLUTION, ETC. | 11 |
| 7/31/2014 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.70 | 1250 | 875.00 | RESEARCH ISSUES FOR TRIAL AND SETTLEMENT, ETC., EMAILS FROM AND TO J. ZAHID REGARDING SAME, EMAILS TO M. ALIOTO, E. VARANINI, V.WALKER REGARDING SAME AND REPLIES THERETO,TELEPHONE CONFERENCE WITH E. VARANINI REGARDING SETTLEMENT ISSUES, ETC., TELEPHONE CONFERENCE WITH V.WALKER REGARDING SCHEDULE ISSUES, ETC. | 11 |

| 8/1/2014 | SCARPULLA, FRANCIS O. | SR. PARTNER | 1.00 | 1250 | 1,250.00 | PREPARE AND ATTEND CONFERENCE WITH V. WALKER REGARDING SETTLEMENT ISSUES AND IPP/CA AG CONFLICTS, ETC., EMAILS TO AND FROM J. ZAHID REGARDING IPP TRIAL ISSUES, ETC., REPLIES, EMAILS TO AND FROM G. HALLING REGARDING SSI SETTLEMENT, REPLIES, EMAILS TO AND FROM E. VARANINI REGARDING CA IPP MEDIATION, ETC. | 11 |
| 8/7/2014 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.50 | 1250 | 625.00 | MULTIPLE EMAILS REGARDING SETTLEMENT CONFERENCE WITH V. WALKER, REPLIES THERETO, TELEPHONE CONFERENCE WITH J. MURRAY REGARDING SAME AND STRATEGIES, ETC. | 11 |
| 8/8/2014 | SCARPULLA, FRANCIS O. | SR. PARTNER | 1.70 | 1250 | 2,125.00 | PREPARE AND ATTEND MEETING WITH SPECIAL MASTER WALKER, M. ALIOTO AND E. VARANINI | 11 |
| 8/10/2014 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.25 | 1250 | 312.50 | EMAILS TO AND FROM J. ZAHID AND C. MICHELETTI REGARDING STATUS, STRATEGIES, ETC., REPLIES | 1 |
| 8/11/2014 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.70 | 1250 | 875.00 | MULTIPLE EMAILS AND TELEPHONE CONFERENCE WITH SPECIAL MASTER J. MURRAY, E. VARANINI AND J. COOPER REGARDING TRIAL ISSUES, ETC., EMAILS TO AND FROM J. NETZ REGARDING SAME. | 12 |
| 8/12/2014 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.55 | 1250 | 687.50 | PREPARE AND ATTEND TELEPHONE CONFERENCE WITH J. NETZ, ET AL. REGARDING PAYMENTS FOR EXPERT WORK, ETC. | 8 |

| 8/12/2014 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.75 | 1250 | 937.50 | TELEPHONE CONFERENCE WITH V. WALKER REGARDING STATUS AND STRATEGIES, EMAILS TO AND FROM G. HALLING REGARDING SAME, REVIEW FACTUAL ISSUES AND LEGAL ISSUES REGARDING SETTLEMENT, ETC. | 11 |
|---|---|---|---|---|---|---|---|
| 8/13/2014 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.60 | 1250 | 750.00 | PREPARE AND ATTEND TELEPHONE CONFERENCE WITH E. VARANINI REGARDING CA ATTORNEY GENERAL SETTLEMENT AND CO-OP WITH IPPS', EMAILS REGARDING SAME, PREPARE AND ATTEND TELEPHONE CONFERENCE WITH G. HALLING REGARDING SDI SETTLEMENT POSSIBILITIES AND PROCESS REGARDING SAME. | 11 |
| 8/15/2014 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.20 | 1250 | 250.00 | EMAILS TO/FROM E. VARANINI RE: DCA ORDER RE: SEALING, ETC. | 11 |
| 8/18/2014 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.30 | 1250 | 375.00 | EMAILS AND TELEPHONE CONFERENCE WITH E. VARANINI RE: STRATEGIES, ETC., FOR CAC AG MEDIATION WITH IPPS, ETC., STRATEGIES FOR SETTLEMENT/TRIAL, ETC. | 11 |
| 8/27/2014 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.15 | 1250 | 187.50 | TELEPHONE CONFERENCE WITH V. WALKER REGARDING STATUS AND STRATEGIES. | 11 |
| `/29/2014 | SCARPULLA, FRANCIS O. | SR. PARTNER | 1.20 | 1250 | 1,500.00 | PREPARE AND ATTEND TELEPHONE CONFERENCE WITH E. VARANINI RE: STATUS AND STRATEGIES, RESEARCH ETC. RE: LCD- TYPE DEAL WITH CA AGS, ETC., EMAILS TO/FROM J. NETZ RE: PAYMENTS, ETC. | 11 |

| 9/8/2014 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.40 | 1250 | 500.00 | EMAIL FROM AND TO E. VARANINI REGARDING NEW REPORT AND RECOMMENDATION AND ORDER, CONFERENCE WITH E. VARANINI REGARDING SAME, REVIEW ORDER, ETC., EMAIL G. HALLING REGARDING SAME. | 11 |
| 9/12/2014 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.35 | 1250 | 437.50 | PREPARE AND ATTEND TELEPHONE CONFERENCE WITH D. GUSTAFSON AND C. LOVELLE REGARDING STATUS AND STRATEGIES. | 1 |
| 7/2014 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.65 | 1250 | 812.50 | EMAILS AND TELEPHONE CONFERENCE WITH CO-COUNSEL RE: STRATEGIES FOR PROCEEDING WITH TRIAL PREP ANDSETTLEMENTS, ETC. | 1 |
| 9/22/2014 | SCARPULLA, FRANCIS O. | SR. PARTNER | 1.00 | 1250 | 1,250.00 | PREPARE AND ATTEND CONFERENCE WITH J. COOPER, J. BOGDANOR, AND J. ZAHID RE: TRIAL/SETTLEMENT ISSUES, ETC., DRAFT LETTER TO M. ALIOTO. | 1 |
| 9/24/2014 | SCARPULLA, FRANCIS O. | SR. PARTNER | 1.70 | 1250 | 2,125.00 | MULTIPLE EMAILS TO/FROM ZELLE ATTORNEYS RE: TRIAL PREP ISSUES AND SETTLEMENT ISSUES, REPLIES, DRAFT LETTER AND EDITS THERETO, CONFERENCE WITH C. CORBITT AND J. ZAHID RE: SAME, TELEPHONE CONFERENCE WITH CO-COUNSEL RE: SAME. | 1 |
| 9/25/2014 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.30 | 1250 | 375.00 | REVISE M. ALIOTO LETTER, CONFERENCEWITH V. WALKER RE: STATUS, CONFERENCE WITH VARANINI RE: SAME. | 11 |
| 9/25/2014 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.40 | 1250 | 500.00 | REVIEW IPPS'/DAPS' SEP. TRIAL MOTION, EDITS. | 12 |

| 9/30/2014 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.45 | 1250 | 562.50 | CONFERENCE AND EMAILS RE: MNA LETTER, REVISE, DRAFT CO-COUNSEL EMAIL RE: SAME, FINALIZE, ETC., TELEPHONE CONFERENCE WITH J. COOPER RE: SAME. | 11 |
| 10/1/2014 | SCARPULLA, FRANCIS O. | SR. PARTNER | 1.55 | 1250 | 1,937.50 | EMAILS AND CONFERENCES WITH CO-COUNSEL AND ZELLE ATTORNEYS RE: MNA LETTER, REVISE SAME MULTIPLE TIMES, RE- SEND AND REVIEW FURTHER EDITS, ETC. | 11 |
| 10/2/2014 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.90 | 1250 | 1,125.00 | EMAILS TO/FROM J. COOPER RE: MNA LETTER, REVIEW EDITS/ACCEPT, FINALIZE AND DISTRIBUTE, CONFERENCE WITH CO- COUNSEL RE: SAME. | 11 |
| 10/3/2014 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.45 | 1250 | 562.50 | REVIEW MOTION FOR SEPARATE TRIALS, EMAILS RE: SAME. | 9 |
| 10/3/2014 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.35 | 1250 | 437.50 | REVIEW ODD CLASS DENIED FOR PENDING ISSUES. | 9 |
| 10/8/2014 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.80 | 1250 | 1,000.00 | LETTER FROM MN ALIOTO AND FURTHERSTRATEGIES RE: TRIAL/SETTLEMENT ISSUES, EMAILS RE: SAME. | 11 |
| 10/9/2014 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.40 | 1250 | 500.00 | TELEPHONE CONFERENCE WITH CO-COUNSEL RE: RESPONSE TO MN ALIOTO LETTER, ETC., STRATEGIES FOR RESOLVING CASE. | 11 |
| 10/9/2014 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.25 | 1250 | 312.50 | CONFERENCE WITH E. VARANINI RE: STATUS AND STRATEGIES. | 11 |
| 10/10/2014 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.70 | 1250 | 875.00 | TRIAL STRATEGIES, SETTLEMENT STRATEGIES, EMAILS AND TELEPHONE CONFERENCES RE: SAME. | 11 |
| 10/14/2014 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.30 | 1250 | 375.00 | MULTIPLE EMAILS RE: STRATEGIES FOR TRIAL SETTING, ETC., REPLIES. | 12 |

| 10/15/2014 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.40 | 1250 | 500.00 | EMAILS AND TELEPHONE CONFERENCE WITH TRIAL/SETTLEMENT ISSUES. | 11 |
|---|---|---|---|---|---|---|---|
| 10/16/2014 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.30 | 1250 | 375.00 | EMAILS AND TELEPHONE WITH CO-COUNSEL, ETC. RE: STRATEGIES. | 1 |
| 10/19/2014 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.20 | 1250 | 250.00 | EMAILS TO/FROM CO-COUNSEL RE: SCHEDULE FOR TRIAL, ETC., REPLIES. | 12 |
| 10/24/2014 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.15 | 1250 | 187.50 | TELEPHONE CONFERENCE WITH E. VARANINI RE: STATUS/STRATEGIES. | 11 |
| 10/29/2014 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.20 | 1250 | 250.00 | EMAILS AND CONFERENCE WITH C. CURRAN RE: TOSHIBA SETTLEMENT, ETC. | 11 |
| 10/30/2014 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.60 | 1250 | 750.00 | PREPARE AND ATTEND CONFERENCE WITH C. CURRAN RE: TOSHIBA SETTLEMENT, ETC. | 11 |
| 11/3/2014 | SCARPULLA, FRANCIS O. | SR. PARTNER | 2.10 | 1250 | 2,625.00 | CONFERENCE WITH V. WALKER RE: STATUS AND STRATEGIES, EMAIL TO J. GOLDBERG RE: SAME, ETC., WORK ON SETTLEMENTSTRATEGIES, REVIEW EXPERT DAMAGEANALYSIS AND REVIEW EVIDENCE RE: TOSHIBA AND PHILLIPS, ETC. | 11 |
| 11/4/2014 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.65 | 1250 | 812.50 | MULTIPLE EMAILS AND TELEPHONE CONFERENCES RE: TRIAL ISSUES, TRIAL PREP., TRIAL TEAM, SETTLEMENT OFCERTAIN DEFENDANTS, ETC. | 12 |
| 11/4/2014 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.40 | 1250 | 500.00 | REVIEW JOINT CMCS FOR ATTORNEYS GENERAL CA CASE, CONFERENCE WITH E. VARANINI RE: SAME. | 11 |
| 11/5/2014 | SCARPULLA, FRANCIS O. | SR. PARTNER | 1.15 | 1250 | 1,437.50 | EMAILS AND CONFERENCE WITH E. VARANINI RE: STATE COURT CMC AND TRIAL PREP. ISSUES, SETTLEMENT ISSUES, ETC., STRATEGIES FOR GOING FORWARD WITH SETTLEMENT DISCUSSIONS WITH TOSHIBA, ETC. | 11 |

| 11/6/2014 | SCARPULLA, FRANCIS O. | SR. PARTNER | 1.20 | 1250 | 1,500.00 | EMAILS AND TELEPHONE CONFERENCE WITH J. GOLDBERG, ET AL., RE: TRIAL TEAM AND SCHEDULE, ETC. | 12 |
| 11/7/2014 | SCARPULLA, FRANCIS O. | SR. PARTNER | 2.50 | 1250 | 3,125.00 | BEGIN REVIEW OF MOTION FOR SUMMARY JUDGMENT BY ALL DEFENDANTS. | 9 |
| 11/8/2014 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.30 | 1250 | 375.00 | EMAIL AND TELEPHONE CONFERENCE WITH E. VARANINI RE: STATUS AND STRATEGIES FOR CMC IN CA SUP. CT. | 11 |
| 11/10/2014 | SCARPULLA, FRANCIS O. | SR. PARTNER | 1.70 | 1250 | 2,125.00 | FURTHER REVIEW OF SUMMARY JUDGMENT MOTIONS. | 9 |
| 11/10/2014 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.70 | 1250 | 875.00 | REVIEW 9TH CIRCUIT CASE RE: JUD. IN AN AG CASE FOR APPLICATION TO IPP/AGISSUES. | 9 |
| 11/11/2014 | SCARPULLA, FRANCIS O. | SR. PARTNER | 1.10 | 1250 | 1,375.00 | FURTHER REVIEW OF SUMMARY JUDGMENT MOTION. | 9 |
| 11/12/2014 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.30 | 1250 | 375.00 | CONFERENCE WITH J. COOPER AND T. KIRKHAM RE: STATUS/STRATEGIES. | 1 |
| 11/12/2014 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.55 | 1250 | 687.50 | MULTIPLE EMAILS/TELEPHONE CONFERENCES RE: INTELLIGENDER CASE AND IMPACT ON ATTORNEYS GENERAL/IPP ISSUES. | 9 |
| 11/13/2014 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.35 | 1250 | 437.50 | EMAILS TO/FROM E. VARANINI RE: ANALYSIS OF INTELLIGENDER CASE, REPLIES. | 11 |
| 11/13/2014 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.15 | 1250 | 187.50 | UPDATE C. CORBITT AND D. MASON RE: STATUS. | 1 |
| 11/13/2014 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.20 | 1250 | 250.00 | ADDITIONAL ANALYSIS FROM E. VARANINI RE: INTELLIGENDER. | 11 |
| 11/13/2014 | SCARPULLA, FRANCIS O. | SR. PARTNER | 1.05 | 1250 | 1,312.50 | ANALYZE SETTLEMENT STRATEGIES FOR TOSHIBA, PHILLIPS, ETC. AND ATTORNEYS GENERAL PARTICIPATION. | 11 |

| 11/14/2014 | SCARPULLA, FRANCIS O. | SR. PARTNER | 1.20 | 1250 | 1,500.00 | EMAILS AND TELEPHONE CONFERENCES RE: SETTLEMENT STRATEGIES, ETC., AND REPLIES THERETO. | 11 |
| 11/14/2014 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.55 | 1250 | 687.50 | CONFERENCE WITH L. HASSE RE: MEDIATION ISSUES. | 11 |
| 11/18/2014 | SCARPULLA, FRANCIS O. | SR. PARTNER | 1.70 | 1250 | 2,125.00 | EMAILS/ORDER RE: SETTLEMENT, CONFERENCE WITH SETTLEMENT MEDIATOR (POTENTIAL) FOR AVAILABILITY, ETC., STRATEGIES, TRIAL ISSUES, ETC. | 11 |
| 11/19/2014 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.55 | 1250 | 687.50 | CONFERENCE WITH R. VOELBEL RE: STATUS/STRATEGIES. | 1 |
| 11/19/2014 | SCARPULLA, FRANCIS O. | SR. PARTNER | 1.05 | 1250 | 1,312.50 | EMAIL FROM V. WALKER RE: R&R, EMAILS AND TELEPHONE CONFERENCE WITH J. COOPER RE: SAME, EMAIL TO V. WALKERRE: SAME, TELEPHONE CONFERENCE WITH E. VARANINI RE: SAME, TELEPHONE CONFERENCE WITH K. FOOTE RE: INTELLIGENDER ISSUES RE: CA AG SETTLEMENT. | 11 |
| 11/20/2014 | SCARPULLA, FRANCIS O. | SR. PARTNER | 2.30 | 1250 | 2,875.00 | TELEPHONE CONFERENCE WITH M. HAUSFELD RE: STATUS/STRATEGIES, REVIEW REPORT/RECOMMENDATION RE: SETTLEMENTS AND COMMENT, TELEPHONECALL WITH E. VARANINI RE: SAME, TELEPHONE CALL WITH K. FOOTE RE:INTELLIGENDER CASE AND IMPACT ON CRT. | 11 |

| 11/21/2014 | SCARPULLA, FRANCIS O. | SR. PARTNER | 1.95 | 1250 | 2,437.50 | EMAILS AND TELEPHONE CONFERENCE WITH CO-COUNSEL AND J. COOPER RE: STATUS/STRATEGIES, ETC., REPLIES, PLAN AND PREPARE FOR SETTLEMENT WORK/TRIAL PREP., ETC., STATUS OF AGISSUES, ETC. | 11 |
|---|---|---|---|---|---|---|---|
| 11/24/2014 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.15 | 1250 | 187.50 | TELEPHONE CONFERENCE WITH C. LOVELL RE: STATUS AND STRATEGIES, ETC. | 11 |
| 11/24/2014 | SCARPULLA, FRANCIS O. | SR. PARTNER | 1.15 | 1250 | 1,437.50 | SETTLEMENT STRATEGIES. | 11 |
| 11/25/2014 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.50 | 1250 | 625.00 | SETTLEMENT ISSUES WITH TOSHIBA/SAMSUNG, ETC., EMAIL AND TELEPHONE CONFERENCE WITH E.VARANINI RE: SETTLEMENT STRATEGIES. | 11 |
| 11/26/2014 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.10 | 1250 | 125.00 | CMC STATEMENT. | 9 |
| 12/1/2014 | SCARPULLA, FRANCIS O. | SR. PARTNER | 1.55 | 1250 | 1,937.50 | STIP. RE: MODIFICATION OF P.T. EXCHANGES, SETTLEMENT STRATEGIES, EMAILS TO/FROM DEFENDANTS AND E. VARANINI RE: SAME, STRATEGIES FOR SETTLEMENTS, CONFERENCE WITH J. COOPER RE: SAME. | 11 |
| 12/2/2014 | SCARPULLA, FRANCIS O. | SR. PARTNER | 1.80 | 1250 | 2,250.00 | EMAILS AND TELEPHONE CONFERENCE RE: TRIAL STRATEGIES, SETTLEMENT PROSPECTS, ETC., CONFERENCE WITH G. HALLING RE: SAME. | 11 |
| 12/3/2014 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.45 | 1250 | 562.50 | REVIEW MOTOROLA MOBILITY (7TH CIR.) FOR IMPACT ON CASE. | 9 |
| 12/4/2014 | SCARPULLA, FRANCIS O. | SR. PARTNER | 1.65 | 1250 | 2,062.50 | STRATEGIES RE: SETTLEMENT, CONFERENCE WITH G. HALLING RE: SAME WITH SSI. | 11 |
| 12/5/2014 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.90 | 1250 | 1,125.00 | DEPO. NOTICE, STIPS., SETTLEMENT WITH PAN., ETC., STRATEGIES FOR ADDITIONAL SETTLEMENTS. | 11 |

| 12/6/2014 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.30 | 1250 | 375.00 | EMAILS TO/FROM E. VARANINI RE: SETTLEMENT STRATEGIES, REPLIES, EMAILS WITH G. HALLING RE: SAME. | 11 |
| 12/8/2014 | SCARPULLA, FRANCIS O. | SR. PARTNER | 1.05 | 1250 | 1,312.50 | CONFERENCE WITH J. COOPER RE: STATUS/STRATEGIES FOR SETTLEMENTS, TRIALS, ETC., EMAILS TO/FROM E. VARANINI RE: SAME, EMAILS TO/FROM DEFENDANTS' COUNSEL RE: SAME. | 11 |
| 12/8/2014 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.15 | 1250 | 187.50 | EMAIL FROM C. CURRAN RE: TOSHIBA SETTLEMENT ISSUES, | 11 |
| 9/2014 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.50 | 1250 | 625.00 | EMAIL AND STATEMENTS FROM APPLECON, EMAIL AND TELEPHONE CONFERENCE WITH V. WALKER, E. VARANINI, JD COOPER, ETC. RE: STATUS AND STRATEGIES. | 11 |
| 12/9/2014 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.15 | 1250 | 187.50 | TELEPHONE CONFERENCE WITH E. VARANINI RE: STATUS AND STRATEGIES. | 11 |
| 12/9/2014 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.15 | 1250 | 187.50 | REVIEW NETZ STATEMENTS RE: AMOUNTS DUE AND EMAILS RE: SAME. | 11 |
| 12/9/2014 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.30 | 1250 | 375.00 | REVIEW COMP. FOR NAMED PLAINTIFFS, ETC., EMAILS RE: SAME. | 11 |
| 12/10/2014 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.65 | 1250 | 812.50 | EMAIL TO R. NEWMAN RE: 4TH AC, EMAILS TO/FROM CO-COUNSEL RE: SAME,TELEPHONE CONFERENCE RE: SAME,TELEPHONE CONFERENCE WITH J. NETZ RE: BILLING, ETC. | 11 |
| 12/10/2014 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.05 | 1250 | 62.50 | VERITEX INVOICE REVIEW. | 11 |
| 12/11/2014 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.20 | 1250 | 250.00 | EMAIL TO/FROM J. COOPER RE: STATUS/STRATEGIES. | 11 |
| 12/12/2014 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.30 | 1250 | 375.00 | R&R RE: CO-LEADS, ETC., CONFERENCE WITH J. COOPER RE: SAME. | 11 |
| 12/15/2014 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.30 | 1250 | 375.00 | REVIEW LITIGATION LETTERS, ETC. | 9 |

| 12/16/2014 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.20 | 1250 | 250.00 | EMAILS TO/FROM G. HALLING RE: STATUS, ETC., REPLIES. | 11 |
| 12/17/2014 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.30 | 1250 | 375.00 | EMAILS TO DEFENDANTS' COUNSEL RE: STATUS AND SETTLEMENT STRATEGIES, ETC., REPLIES. | 11 |
| 12/18/2014 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.35 | 1250 | 437.50 | MOTION TO AMEND, MOTION TO COMPEL. | 10 |
| 12/19/2014 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.30 | 1250 | 375.00 | EMAILS TO/FROM J. COOPER RE: STATUS AND STRATEGIES. | 11 |
| 1/5/2015 | SCARPULLA, FRANCIS O. | SR. PARTNER | 1.70 | 1250 | 2,125.00 | MULTIPLE COMMUNICATIONS WITH V. WALKER AND E. VARANINI AND J.D. COOPER REGARDING STATUS OF SETTLEMENT AND STRATEGIES, ETC. | 11 |
| 1/6/2015 | SCARPULLA, FRANCIS O. | SR. PARTNER | 1.55 | 1250 | 1,937.50 | TELEPHONE CONFERENCE WITH J.D. COOPER AND E. VARANINI REGARDING SDI AND TOSHIBA ISSUES, INTELLIGENCE ISSUES, ETC., STRATEGIES AND RESEARCH REGARDING SAME. | 11 |
| 1/7/2015 | SCARPULLA, FRANCIS O. | SR. PARTNER | 1.50 | 1250 | 1,875.00 | MULTIPLE EMAILS AND TELEPHONE CONFERENCES, ETC. WITH E. VARANINI, JDC REGARDING STATUS AND STRATEGIES, TELEPHONE CONFERENCE WITH V. WALKER REGARDING SAME. | 11 |
| 1/8/2015 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.55 | 1250 | 687.50 | EMAILS REGARDING SDI AND T SETTLEMENTS STRATEGIES, TELEPHONE CONFERENCE WITH J.D. COOPERREGARDING SAME. | 11 |
| 1/9/2015 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.65 | 1250 | 812.50 | EMAIL AND TELEPHONE CONFERENCE WITH V. WALKER REGARDING SDI AND T SETTLEMENT STRATEGIES, ETC. | 11 |

| 1/10/2015 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.40 | 1250 | 500.00 | EMAIL FROM V. WALKER, REPLIES, TELEPHONE CONFERENCE REGARDING SAME STRATEGIES, ETC. | 11 |
| 1/12/2015 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.30 | 1250 | 375.00 | EMAIL FORM G. HALLING REGARDING SDI ISSUES, REPLIES, TELEPHONE CONFERENCE WITH G. HALLING REGARDING SAME. | 11 |
| 1/12/2015 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.40 | 1250 | 500.00 | EMAIL AND TELEPHONE CONFERENCE WITH C. CURRAN REGARDING TOSHIBA SETTLEMENT. | 11 |
| 1/13/2015 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.60 | 1250 | 750.00 | SETTLEMENT STRATEGIES WITH E. VARANINI AND J.D. COOPER. | 11 |
| /2015 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.40 | 1250 | 500.00 | EMAILS FROM/TO J.D. COOPER REGARDING STRATEGIES, CALLS WITH E. VARANINI. | 11 |
| 1/15/2015 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.55 | 1250 | 687.50 | CONFERENCE WITH J.D. COOPER AND E. VARANINI REGARDING STATUS AND STRATEGIES, ETC. | 11 |
| 1/16/2015 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.10 | 1250 | 125.00 | REVIEW APPLECON STATEMENTS. | 11 |
| 1/20/2015 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.60 | 1250 | 750.00 | EMAILS AND TELEPHONE CONFERENCE WITH SDI MEDIATION ISSUES AND STATUS AND STRATEGIES, ETC., TELEPHONE CONFERENCE WITH V. WALKER REGARDING SAME, TELEPHONE CONFERENCE WITH G. HALLING REGARDING SAME. | 11 |
| 1/21/2015 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.35 | 1250 | 437.50 | TELEPHONE CONFERENCE WITH J.D. COOPER AND E. VARANINI REGARDING MEDIATION ISSUES, ETC., SDI AND TOSHIBA STRATEGIES. | 11 |

| 1/22/2015 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.75 | 1250 | 937.50 | EMAILS FROM/TO E. VARANINI REGARDING TOSHIBA MEDIATION, ETC., REPLIES, EMAIL FROM G. HALLING REGARDING SDI MEDIATION, TELEPHONE CONFERENCEWITH G. HALLING REGARDING SAME. | 11 |
| 1/23/2015 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.35 | 1250 | 437.50 | EMAILS AND TELEPHONE CONFERENCE WITH J.D. COOPER REGARDINGSETTLEMENT STATUS AND STRATEGIES, ETC., CONFERENCE WITH E. VARANINI REGARDING SAME. | 11 |
| ⁵/2015 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.30 | 1250 | 375.00 | EMAIL AND TELEPHONE CONFERENCE WITH G. HALLING REGARDING SDI SETTLEMENT, CONFERENCE WITH J.D. COOPER AND E. VARANINI REGARDING SAME AND TOSHIBA, ETC. | 11 |
| 1/29/2015 | SCARPULLA, FRANCIS O. | SR. PARTNER | 3.00 | 1250 | 3,750.00 | TELEPHONE CONFERENCE WITH J.D. COOPER REGARDING STATUS STRATEGIES. | 11 |
| 1/30/2015 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.30 | 1250 | 375.00 | UPDATE REGARDING SETTLEMENT, ETC., CONFERENCE WITH V. WALKER REGARDING SAME. | 11 |
| 2/2/2015 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.35 | 1250 | 437.50 | EMAILS TO/FROM AND TELEPHONE CONFERENCE WITH E. VARANINI RE: SETTLEMENT ISSUES, ETC., EMAILS AND TELEPHONE CONFERENCE WITH C. CURRAN RE: TOSHIBA SETTLEMENT, ETC. | 11 |
| 2/5/2015 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.40 | 1250 | 500.00 | EMAIL AND TELEPHONE CONFERENCE WITH E. VARANINI RE: SDI, ET AL., STRATEGIES. | 11 |

| 2/9/2015 | SCARPULLA, FRANCIS O. | SR. PARTNER | 1.35 | 1250 | 1,687.50 | EMAILS TO/FROM AND TELEPHONE CONFERENCES WITH J. GOLDBERG RE: STATUS AND STRATEGIES, REV. ORDER RE: TRIAL, EMAILS/TELEPHONE CONFERENCESRE: SAME, TELEPHONE CONFERENCE WITH CO-COUNSEL RE: STRATEGIES, ETC., EMAILS TO/FROM D. BERNSTEIN RE: SAME. | 11 |
| 2/10/2015 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.75 | 1250 | 937.50 | EMAIL TO/FROM J. GOLDBERG RE: TRIAL PREP ISSUES, EMAILS AND TELEPHONE CONFERENCE WITH E. VARANINI RE: TOSHIBA SETTLEMENT STATUS, CONFERENCE WITH J. SAVERI RE: DPPS/IPPS SETTLEMENTS, ETC. | 11 |
| 2/11/2015 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.30 | 1250 | 375.00 | EMAILS AND TELEPHONE CONFERENCE WITH E. VARANINI RE: STATUS OF SETTLEMENTS. | 11 |
| 2/12/2015 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.55 | 1250 | 687.50 | EMAILS AND TELEPHONE CONFERENCE WITH V. WALKER RE: STRATEGIES, EMAILS AND TELEPHONE CONFERENCE WITH E.VARANINI AND CO-COUNSEL RE: SAME. | 11 |
| 2/13/2015 | SCARPULLA, FRANCIS O. | SR. PARTNER | 1.60 | 1250 | 2,000.00 | IN LIMINE MOTIONS. | 10 |
| 2/17/2015 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.65 | 1250 | 812.50 | CONFERENCE WITH G. HALLING RE: SDI SETTLEMENT AND AG ISSUES, STRATEGIES, ETC. | 11 |
| 2/17/2015 | SCARPULLA, FRANCIS O. | SR. PARTNER | 1.05 | 1250 | 1,312.50 | MULTIPLE PLEADINGS RE: IN LIMINE, ETC., REV. | 10 |
| 2/18/2015 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.30 | 1250 | 375.00 | EMAILS AND TELEPHONE CONFERENCE WITH E. VARANINI RE: SDI ISSUES. | 11 |
| 2/24/2015 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.20 | 1250 | 250.00 | EMAIL FROM E. VARANINI WITH ATTACHED STIP. STAYING FIGONE APPEAL. | 11 |

| 2/25/2015 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.60 | 1250 | 750.00 | EMAIL TO E. VARANINI RE: PHILLIPS SETTLEMENT, ETC., EMAILS TO/FROM JD COOPER RE: SAME, EMAIL TO/FROM E. VARANINI RE: SDI ISSUES, ETC., REPLIES AND TELEPHONE CONFERENCE RE: SAME. | 11 |
| 2/26/2015 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.30 | 1250 | 375.00 | CONFERENCE WITH D. WEINSTEIN RE: STRATEGIES, ETC. | 11 |
| 2/27/2015 | SCARPULLA, FRANCIS O. | SR. PARTNER | 1.60 | 1250 | 2,000.00 | MULTIPLE PLEADINGS RE: MOTIONS IN LIMINE. | 10 |
| 3/24//2015 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.20 | 1250 | 250.00 | PREPARE AND FILE FIRM CHANGE NTC (.2) | |
| 3/2015 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.40 | 1250 | 500.00 | REVIEW WITHDRAWL OF MSJs (.4) | 10 |
| /2015 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.40 | 1250 | 500.00 | REVIEW EMAIL FROM AND TO E. VARANINI RE SDI SETTLEMENT; REPLY (.4) | 11 |
| 1/09/2015 | SCARPULLA, FRANCIS O. | SR. PARTNER | 0.8 | 1250 | 1,000.00 | EMAILS & TELEPHONE CONFERENCE | 11 |
| | TOTAL | | | | | | |
| | TOTAL | | 185.85 | | 232,312.50 | | |