UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: November 14, 2016     Judge: Jon S. Tigar

Time: 5 minutes

Case No.     **3:07-cv-05944-JST**
Case Name     **MDL No. 1917 In Re: Cathode Ray Tube (CRT) Antitrust Litigation**

Attorneys for Plaintiffs:     Mario N. Alioto
    Joseph M. Patane

Attorney(s) for Defendant(s):     No appearance

Deputy Clerk: William Noble     FTR Recording Time: 9:35 - 9:40 a.m.

## PROCEEDINGS

Fairness Hearing [Indirect Purchaser Plaintiffs] (ECF No. 4712)

## RESULT OF HEARING

1. The case was called at 9:35 a.m. No objectors were present in the Courtroom.

2. The Court granted final approval of the Chunghwa settlement allocation plan. A written order will be issued.

1