UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514 | Master File No. 3:07-cv-05944-JST (N.D. Cal)<br><br>MDL No. 1917<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS SEARS' AND KMART'S MOTION FOR ADMINISTRATIVE RELIEF CONCERNING LGE'S FAILURE TO ADHERE TO THE ORDER REGARDING PRETRIAL DISCLOSURES**<br><br>Judge:  Hon. Jon S. Tigar<br>Court:  Courtroom 9, 19th Floor |

MDL No. 1917
Master No. 3:07-cv-05944-JST

[PROPOSED] ORDER DENYING PLAINTIFFS SEARS' AND KMART'S MOTION FOR ADMINISTRATIVE RELIEF CONCERNING LGE'S FAILURE TO ADHERE TO ORDER REGARDING PRETRIAL DISCLOSURES

1  Upon consideration of Plaintiffs Sears' and Kmart's Motion for Administrative Relief
2  Concerning LGE's Failure to Adhere to the Order Regarding Pretrial Disclosures, it is hereby
3  ORDERED that the motion is DENIED.
4
5  **IT IS SO ORDERED.**
6
7
8  Dated:_____          _____
                                              Hon. Jon S. Tigar
9                                             United States District Judge
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-1-

MDL No. 1917
Master No. 3:07-cv-05944-JST

[PROPOSED] ORDER DENYING PLAINTIFFS SEARS' AND KMART'S MOTION FOR ADMINISTRATIVE RELIEF CONCERNING LGE'S FAILURE TO ADHERE TO ORDER REGARDING PRETRIAL DISCLOSURES