Vaughn R Walker
Law Office of Vaughn R Walker
Four Embarcadero Center, Suite 2200
San Francisco, CA  94111
Tel:  (415) 871-2888
Fax:  (415) 871-2890
vrw@judgewalker.com

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Order Relates to:<br><br>ALL ACTIONS | MDL No 1917<br><br>Case No 3:07-cv-05944-JST<br><br>**ORDER RESOLVING JAPANESE TRANSLATION OBJECTIONS - TRANCHE 2** |

    This order resolves the parties' second round of translation objections regarding Japanese language documents (Tranche 2).  The procedure for resolving these objections was the same as followed previously in connection with the Tranche 1 translation objections.  *See* 9/6/16 Order Resolving Korean Translation Objections – Tranche 1, ECF No 4809.  The neutral Japanese translator nominated by the parties, Ms Koko Peters, assisted the undersigned by translating accurately and faithfully the relevant documents at issue.

Due to the confidentiality of the underlying documents, the substantive decisions resolving the Tranche 2 Japanese translation objections are contained in confidential Exhibit A to this order, filed under seal.

**CONCLUSION**

The Japanese translation objections – Tranche 2 are resolved in confidential Exhibit A filed under seal. These Resolved Translations shall be binding on all remaining parties to this MDL. Any fees or costs associated with this order shall be borne equally by plaintiffs and defendants.

IT IS SO ORDERED.

Date: October 26, 2016

_____
Vaughn R Walker
United States District Judge (Ret)

The Recommended Order of the Special Master is Accepted and Ordered / ~~Denied~~ / ~~Modified~~.

Date: __November 14, 2016__

_____
Honorable Jon S. Tigar
United States District Judge