UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917<br>Case No. C-07-5944 JST |
| This Order Relates To:<br><br>*Sears, Roebuck & Co., and Kmart Corporation v. LG Electronics, Inc., et al.,*<br>Case No. 11-cv-5514 (SC) | **ORDER** |

On August 17, 2016, this Court set a pretrial schedule that provided for the exchange of (1) affirmative deposition designations to be played during a party's case-in-chief; (2) counter deposition designations and objections to the opposing party's affirmative deposition designations; and (3) objections to a party's counter deposition designations. ECF Nos. 4776 and 4781. On November 7, 2016, Plaintiffs filed a Motion for Administrative Relief Concerning LGE's Failure to Adhere to the Order Regarding Pretrial Disclosures. ECF No. 5000. Plaintiffs argue that Defendant LGE improperly served rebuttal designations after Plaintiffs served their counter designations, even though rebuttal designations are not contemplated by the Court's scheduling order. Plaintiffs request that the rebuttal designations be stricken. Id. LGE responds that it was forced to serve rebuttal designations because Plaintiffs' counter designations "went well beyond the scope of LGE's affirmative designations." ECF No. 5028.

The Court grants Plaintiffs' motion, and strikes LGE's rebuttal designations. However, the Court recognizes LGE's concerns that Plaintiffs' counter designations may be overbroad. Therefore, the Court orders the parties to file a joint statement containing all objections to deposition designations no later than December 5, 2016. This filing should be in table format with

1  two columns: one for objections and one for responses.  The Court will rule on these objections in
2  connection with the pretrial conference.
3      IT IS SO ORDERED.
4  Dated: November 14, 2016

_____
JON S. TIGAR
United States District Judge