1  JEFFREY M. JUDD (SBN 136358)
   JUDD LAW GROUP LLP
2  1 Embarcadero Center, Suite 2820
   San Francisco, California 94111
3  Telephone: 415.597.5500
   Facsimile: 888.308.7686
4  Email: jeff@juddlawgroup.com

5  Attorneys for YRC INC.

6

7

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT CALIFORNIA
10

11  | IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV-07-5944-JST |
    |---|---|
12  | | MDL No. 1917 |
    | This Document Relates to: | |
13  | | |
    | *Electrograph Sys., Inc. et al. v. Technicolor, SA, et al.*, No. 13-CV-05724; | TERMINATION OF LIEN AND WITHDRAWAL OF NOTICE OF LIEN AGAINST ELECTROGRAPH TECHNOLOGIES BY YRC INC. |
14  | | |
15  | *Electrograph Sys., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-CV-01565. | |
16

17

18       COMES NOW YRC INC. by and through its undersigned counsel and terminates its lien filed

19  against Electrograph Technologies and withdraws the Notice of Line (Document No. 2646), filed on

20  June 25, 2014.

21  Dated: November 15, 2016              JEFFREY M. JUDD (SBN 136358)
                                          JUDD LAW GROUP LLP
22
23
                                          By: _____
24                                              Jeffrey M. Judd
25                                              Attorneys for YRC Inc.

26

27

28

---

Case No. 114-CV-265819
NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT/SUMMARY ADJUDICATION