JEFFREY M. JUDD (SBN 136358)
JUDD LAW GROUP LLP
1 Embarcadero Center, Suite 2820
San Francisco, California 94111
Telephone: 415.597.5500
Facsimile: 888.308.7686
Email: jeff@juddlawgroup.com

Attorneys for YRC INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*Electrograph Sys., Inc. et al. v. Technicolor, SA, et al.*, No. 13-CV-05724;<br><br>*Electrograph Sys., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-CV-01565. | Master File No. CV-07-5944-JST<br><br>MDL No. 1917<br><br>TERMINATION OF LIEN AND WITHDRAWAL OF NOTICE OF LIEN AGAINST ELECTROGRAPH SYSTEMS, INC. BY YRC INC. |

COMES NOW YRC INC. by and through its undersigned counsel and terminates its lien filed against Electrograph Systems, Inc. and withdraws the Notice of Line (Document No. 2647), filed on June 25, 2014.

Dated: November 15, 2016

JEFFREY M. JUDD (SBN 136358)
JUDD LAW GROUP LLP

By: _____
Jeffrey M. Judd

Attorneys for YRC Inc.

---

Case No. 114-CV-265819
NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT/SUMMARY ADJUDICATION