JEFFREY M. JUDD (SBN 136358)
JUDD LAW GROUP LLP
1 Embarcadero Center, Suite 2820
San Francisco, California 94111
Telephone: 415.597.5500
Facsimile: 888.308.7686
Email: jeff@juddlawgroup.com

Attorneys for YRC INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT CALIFORNIA

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. CV-07-5944-JST |
| This Document Relates to: | MDL No. 1917 |
| *Electrograph Sys., Inc. et al. v. Technicolor, SA, et al.*, No. 13-CV-05724; | |
| *Electrograph Sys., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-CV-01565. | WITHDRAWAL OF NOTICE OF LIS PENDENS AGAINST ELECTROGRAPH SYSTEMS, INC. AND ELECTROGRAPH TECHNOLOGIES BY YRC INC. |

COMES NOW YRC INC. by and through its undersigned counsel and withdraws its Notice of Lis Pendens filed against Electrograph Systems, Inc. and Electrograph Technologies (Document No. 2644), filed on June 25, 2014.

Dated: November 15, 2016

JEFFREY M. JUDD (SBN 136358)
JUDD LAW GROUP LLP

By: _____
Jeffrey M. Judd
Attorneys for YRC Inc.