Mario N. Alioto (56433)
Joseph M. Patane (72202)
Lauren C. Capurro (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2280 Union Street
San Francisco, CA 94123
Telephone: 415-563-7200
Facsimile: 415- 346-0679
Email: malioto@tatp.com;
       jpatane@tatp.com;
       laurenrussell@tatp.com

*Lead Counsel for the
Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV-07-5944-JST; No. CV-13-03234-JST |
| | MDL No. 1917 |
| This Document Relates to: All Indirect Purchaser Actions | **[PROPOSED] ORDER GRANTING FINAL APPROVAL OF PLAN OF DISTRIBUTION OF CHUNGHWA SETTLEMENT FUND** |
| | Hearing Date: November 14, 2016<br>Time: 9:30 a.m.<br>Judge: Honorable Jon S. Tigar<br>Court: Courtroom 9, 19th Floor |

Indirect Purchaser Plaintiffs' ("Plaintiffs") request for final approval of the Plan of Distribution of the Chunghwa Picture Tubes, Ltd. ("Chunghwa") Settlement Fund and preliminarily approved by this Court on July 7, 2016 (the "Plan of Distribution") (*see* ECF No. 4712) came on for hearing before the Honorable Jon S. Tigar (the "Hearing") on

1

[PROPOSED] ORDER GRANTING FINAL APPROVAL OF PLAN OF DISTRIBUTION OF CHUNGHWA
SETTLEMENT FUND ─ Master File No. CV-07-5944-SC

November 14, 2016.[1]   The Court has considered the relief requested, the papers filed in support of this motion, and the papers filed in support of (and in opposition to) preliminary approval of the Plan of Distribution, and all other arguments presented at the hearing.  Due and adequate notice having been given, and good cause appearing therefor, it is:

**ORDERED, ADJUDICATED AND DECREED THAT:**

1. This Court has jurisdiction over the subject matter of the request and all matters relating thereto, including all members of the Class.

2. For purposes of this Order, except as otherwise set forth herein, the Court adopts and incorporates the description of the Plan of Distribution contained in Plaintiffs' Motion for Final Approval of Plan of Distribution of Chunghwa Settlement Fund (ECF No. 4953.)

3. The Chunghwa Net Settlement Fund means $10,000,000 plus interest minus $2.5 million for court-approved attorneys' fees, Chunghwa-specific expenses ($500,000), and the Chunghwa settlement's pro rata share of all other litigation expenses ($132,369) and incentive awards ($7,802.33).

4. Due and adequate notice of the Plan of Distribution was provided to the Class, including notice that was disseminated by direct mail and email notice to resellers and end-user consumers, digital notice via paid online advertisements, publication in The Sunday New York Times, online press releases, as well as publication the CRT settlement website, www.crtclaims.com.  Such notice was given in accordance with this Court's Order Granting Final Approval of Indirect Purchaser Settlements, ECF No. 4712 ("Final Approval Order").  Such notice adequately advised Class Members of the Plan of Distribution and their right to object to it.  The manner of giving notice provided in this case fully satisfies the requirements of Federal Rule of Civil Procedure 23 and due process, constitutes the best notice practicable under the circumstances, and constituted due and sufficient notice to all persons entitled

---

[1] The Chunghwa Settlement was finally approved on March 22, 2012. (ECF No. 1105-06.)

2

[PROPOSED] ORDER GRANTING FINAL APPROVAL OF PLAN OF DISTRIBUTION OF CHUNGHWA SETTLEMENT FUND ─ Master File No. CV-07-5944-SC

thereto.  A full and fair opportunity was provided to the members of the Class to be heard regarding the Plan of Distribution.

5. The Court has not received any objections to the Plan of Distribution of the Chunghwa Net Settlement Fund or the notice program.

6. The Plan of Distribution is, in all respects, fair, adequate and reasonable to the Class.  Accordingly, the Court hereby grants final approval of the Plan of Distribution of the Chunghwa Net Settlement Fund.

7. The Court hereby lifts the stay on the distribution of funds and authorizes Plaintiffs to distribute the settlement funds to Class Members.

Dated: _____

Hon. Jon S. Tigar

3

[PROPOSED] ORDER GRANTING FINAL APPROVAL OF PLAN OF DISTRIBUTION OF CHUNGHWA SETTLEMENT FUND ─ Master File No. CV-07-5944-SC