LINGEL H. WINTERS, ESQ. (State Bar No. 37759)
LAW OFFICES OF LINGEL H. WINTERS
A Professional Corporation
388 Market Street, Suite 900
San Francisco, CA  94111
Tel:  (415) 398-2941
Fax:  (415) 393-9887
Email:  sawmill2@aol.com

Attorneys for Indirect Purchaser Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Case No:  3:07-cv-05944-JST |
| | MDL No. 1917 |
| **This Document Relates to:** | |
| **INDIRECT PURCHASER ACTION** Gio's, Inc., et al. | Case No. C-12-1998-NC Related and Consolidated |
| **Plaintiffs**, v. | **DECLARATION OF LINGEL H. WINTERS** |
| **LG Electronics, Inc., et al.**, **Defendants.** | Judge:         Honorable Jon S. Tigar Courtroom:   Courtroom 9, 19th Floor |

I, Lingel H. Winters,  declare as follows:

1. I am the owner of the law firm of Lingel H. Winters Professional Corporation.  I submit this Declaration in support of an application for an award of attorneys' fees in connection with services rendered in the above action and reimbursement of expenses incurred by this firm related to the investigation, prosecution, and settlement of claims in the course of this litigation.   I was invited to join this case by Joseph Patane, who is a member of the leadership of this case.

2. My client Gio's, Inc. and Giovanni Constabile were the plaintiffs in the related case of *Gio's, Inc. et al. v. LG Electronics, Inc. et al*, Case No. C-12-1998-NC, which was related to  the instant *In re: CATHODE RAY TUBE (CRT)  ANTITRUST LITIGATION* by the Related Case Order entered herein. Giovanni Constabile, the Owner of Gio's Inc. and Gio's Inc. did not file a claim

1  herein because the business has been sold.

2      3.    When I prepared my fee application, Lead Counsel reviewed it and we submitted it
3  to the Special Master, Martin Quinn, at JAMS on February 8, 2016. In the JAMS filing Lead
4  Counsel stated to the Special Master: "Mr. Winters would like to be included in the fee allocation
5  proceedings before the Special Master. I have no objection to that." When Lead Counsel stated in
6  his declaration relative to my submitting an application for fees to the Special Master: "I have no
7  objection," he waived his objections.

8      4.    The total number of hours spent on this litigation, from inception, by attorneys and
9  paralegals at this firm has been 347.5hours, excluding time spent preparing the fee petition. The total
10 lodestar for this time, calculated at the firm's historic hourly rates during the litigation, is $295,375,
11 but the lodestar claimed by the firm was reduced to $145,265.

12     I declare under penalty of perjury under the laws of the United States of America and the
13 State of California that the foregoing is true and correct to the best of my knowledge, information,
14 and belief.

15     EXECUTED this 16th day of November, 2016

18                                         LAW OFFICES OF LINGEL H. WINTERS P.C.

20                 By:    /s/ Lingel H. Winters
21                           Lingel H. Winters

2

DECLARATION OF LINGEL H. WINTERS

**CERTIFICATE OF SERVICE**

I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 388 Market Street, Suite 900, San Francisco, CA 94111.

On November 16, 2016, I served the following document(s): **<u>DECLARATION OF LINGEL H. WINTERS</u>** on the interested parties in this action as follows:

**ALL INTERESTED PARTIES IN THIS ACTION**

☐ I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date in the United States mail at, San Francisco, California.

☒ **By E-Service:** I electronically served the above document(s) via ECF/PACER on all parties opting for e-service and is available for viewing and downloading from the Court's CM/ECF system.

☐ By E-Service: I electronically served the above document(s) via LexisNexis File & Serve on the recipients designated on the Transaction Receipt located on the LexisNexis File & Serve website.

Executed: November 16, 2016

☒ (Federal)   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*/s/ Lingel H. Winters*
Lingel H. Winters