Timothy R. Hanigan (125791)
LANG, HANIGAN & CARVALHO, LLP
21550 Oxnard Street, Suite 760
Woodland Hills, California 91367
(818) 883-5644
trhanigan@gmail.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | ) Master File No. 3:07-cv-5944-JST <br> ) <br> ) MDL No. 1917 <br> ) <br> ) |
| **This document relates to:** <br><br> **ALL INDIRECT PURCHASER ACTIONS** | ) <br> ) <br> ) The Honorable Jon S. Tigar <br> ) <br> ) <br> ) |

## AMENDED NOTICE OF APPEAL

Notice is hereby given that Class Member/Objector Sean Hull, in addition to the previous orders appealed from in this cause (which are now on appeal before the United States Court of Appeals, Ninth Circuit, in Case Number 16-16371), appeals to the United States Court of Appeals, Ninth Circuit, from the Order Granting Final Approval (ECF Doc. No. 5040) entered in this action on November 16, 2016 and all orders and opinions that merge therein.

Additionally, as explained in Class Member/Objector Sean Hull's earlier amended notice of appeal (ECF Doc. No. 4757), he is also appealing to the United States Court of Appeals for the Ninth Circuit from the Order Granting Final Approval of Indirect Purchaser Settlements (ECF Doc. No. 4712) entered in this action on July 7, 2016 and all orders and opinions that merge therein. Class Member/Objector Sean Hull is also appealing to the United States Court of Appeals for the Ninth Circuit from the Order on Attorneys' Fees, Expenses, and Incentive Awards Re: Indirect Purchaser Plaintiff Settlements (ECF Doc. No. 4740) entered in this action on August 3, 2016 and all orders and opinions that merge therein. The Class Member/Objector also hereby appeals from any and all orders or judgments approving the class settlement, class counsel's attorneys' fees or expenses, and/or incentive awards to class representatives, and any order or judgment naming or identifying this Class Member/Objector or the objection filed by this Class Member/Objector, and any order imposing sanctions or requiring an appeal bond, including any order entered or signed subsequent to this notice of appeal.

Attached as Exhibit 1 is the Representation Statement as required per F.R.A.P 12 and 9th Cir. R. 3-2.

DATED:  November 16, 2016               Respectfully submitted,


                                        */s/ Timothy R. Hanigan*
                                        Timothy R. Hanigan (125791)
                                        LANG, HANIGAN & CARVALHO, LLP,
                                        21550 Oxnard Street, Suite 760
                                        Woodland Hills, California 91367
                                        (818) 883-5644
                                        trhanigan@gmail.com
                                        Attorneys for Objector/Class Member

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, I electronically filed this notice of appeal using the CM/ECF filing system thus effectuating service of such filing on all ECF registered attorneys in this case.

DATED this 16th day of November, 2016.

>	*/s/ Timothy R. Hanigan*
>	Timothy R. Hanigan