PAGES 1 - 5

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE JON S. TIGAR

IN RE: CATHODE RAY TUBE (CRT) )
ANTITRUST LITIGATION )
) NO. 3:07-CV-05944-JST
) MDL NO. 1917

SAN FRANCISCO, CALIFORNIA
MONDAY, NOVEMBER 14, 2016

**TRANSCRIPT OF PROCEEDINGS OF THE OFFICIAL ELECTRONIC SOUND RECORDING 9:35 A.M. - 9:40 A.M.**

**APPEARANCES**:

**FOR INDIRECT PURCHASER PLAINTIFFS**
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2280 UNION STREET
SAN FRANCISCO, CALIFORNIA 94123
**BY: MARIO N. ALIOTO, ESQUIRE**
**JOSEPH M. PATANE, ESQUIRE**

***TRANSCRIBED BY: JOAN MARIE COLUMBINI, CSR #5435, RPR***
***RETIRED OFFICIAL COURT REPORTER, USDC***

MONDAY, NOVEMBER 14, 2016 9:35 A.M.

(TRANSCRIBER'S NOTE: DUE AT TIMES TO COUNSELS' FAILURE TO IDENTIFY THEMSELVES WHEN SPEAKING, CERTAIN SPEAKER ATTRIBUTIONS ARE BASED ON EDUCATED GUESS.)

---OOO---

PROCEEDINGS

**THE CLERK:** CALLING CIVIL CASE 07-5944, MDL NUMBER 1917, IN RE: CATHODE RAY TUBE ANTITRUST LITIGATION.

COUNSEL, WILL YOU PLEASE MAKE YOUR APPEARANCES FOR THE RECORD?

**MR. ALIOTO:** GOOD MORNING, YOUR HONOR. MARIO ALIOTO, LEAD COUNSEL FOR THE INDIRECT PURCHASER PLAINTIFFS. I'M JOINED IN COURT WITH MR. JOSEPH PATANE OF MY OFFICE.

**THE COURT:** GOOD MORNING, MR. ALIOTO. WELL, THIS IS WHAT ANTICLIMAX LOOKS LIKE IN PUBLIC, I THINK.

WE DON'T HAVE ANY DEFENDANTS. OUR COURT REPORTER HAS CALLED IN SICK. SO WE'RE IN VERY CLOSE COMPANY THIS MORNING.

THE MATTER IS ON -- THIS IS AN ANTITRUST CASE. IT'S DIVIDED INTO THREE TRANCHES. ONE TRANCHE HAS NOW BEEN RESOLVED. THAT'S THE DIRECT PURCHASER CASE.

THIS IS THE INDIRECT PURCHASER CASE, WHICH HAS ALMOST BEEN RESOLVED. AND TODAY IS A HEARING FOR FINAL APPROVAL OF THE PLAN OF THE CHUNGHWA SETTLEMENT FUND, ABOUT WHICH MORE THAN ENOUGH HAS ALREADY BEEN WRITTEN, AND SO I WON'T SAY ANYTHING FURTHER FROM THE BENCH ABOUT THE SUBSTANCE OF IT.

ALL I NEED TO SAY TODAY -- WELL, FIRST OF ALL, I HAD PLANNED TO ASK THE AUDIENCE, BUT WE ONLY HAVE ONE PERSON IN THE AUDIENCE. SO I'LL JUST SAY TO HIM, REALLY, IF ANYONE WANTS TO OBJECT TO THE PLAN OF DISTRIBUTION OF THE CHUNGHWA SETTLEMENT, THIS IS YOUR FINAL OPPORTUNITY, AND PLEASE COME FORWARD.

NO ONE HAS COME FORWARD.

I DEALT WITH SOME OBJECTIONS TO THIS PLAN EARLIER IN A DIFFERENT ORDER. FOLLOWING THAT, NO ADDITIONAL OBJECTIONS HAVE BEEN RECEIVED.

IN LIGHT OF MY PRIOR ORDER AND THE FACT OF NO ADDITIONAL OBJECTIONS HAVING BEEN RECEIVED, AND CONTINUING TO BELIEVE AS I DO THAT THE ALLOCATION SET OUT IN THAT PLAN OF DISTRIBUTION IS FAIR, REASONABLE, AND ADEQUATE, I GRANT FINAL APPROVAL OF THE CHUNGHWA SETTLEMENT ALLOCATION PLAN. AND I'LL ISSUE A BRIEF WRITTEN ORDER TO THAT EFFECT LATER TODAY.

**MR. ALIOTO:** (INAUDIBLE) CUT IT SHORT, BUT WE DID FILE A FORM OF ORDER. I DON'T WANT TO SUGGEST YOU USE OUR FORM OF ORDER, BUT I JUST WANTED TO LET YOU KNOW THAT WE DID PUT ONE ON FILE.

I WAITED A LITTLE LONGER THAN I NORMALLY WOULD HAVE. I DON'T THINK I COULD HAVE WAITED ANY LONGER, REALLY. BUT THAT'S BECAUSE SOMETIMES AT THE 11TH HOUR, YOU DO GET OBJECTIONS OR A TELEPHONE CALL, OR I HAVE A PROBLEM, OR I'M GOING TO BE IN COURT, AND WE WAITED UNTIL THE 11TH HOUR. AND WE DID -- EITHER LATE LAST NIGHT OR EARLY THIS MORNING, WE DID

LODGE A FORM OF ORDER, BUT THAT'S NOT (INAUDIBLE) HAVE TO USE OURS. I JUST WANTED TO INFORM YOU OF THAT.

**THE COURT:** MR. ALIOTO, SINCE THIS MAY BE OUR LAST IN-COURT HEARING TOGETHER, LET ME JUST SAY TO YOU, FIRST OF ALL, I'M HAPPY TO READ YOUR PROPOSED ORDER. MY LAW CLERK DID PREPARE ONE, BUT I'LL TAKE A LOOK AT YOURS BEFORE I SIGN OFF ON ANYTHING JUST TO SEE IF THERE'S ANYTHING FROM YOURS I WANT TO ADD.

IT REALLY HAS BEEN A PLEASURE HAVING YOU IN THIS CASE, AND I'M SORRY I CAUGHT THE CASE AT ITS TAIL END. I THINK IT WOULD HAVE BEEN -- WELL, I DON'T KNOW WHAT IT WOULD HAVE LOOKED LIKE IF I HAD THE CASE FROM THE BEGINNING, BUT I'M SURE IT WOULD HAVE BEEN DIFFERENT, AND I'M SORRY TO HAVE MISSED THE BENEFIT OF YOUR ADVOCACY OVER THOSE MANY YEARS THAT I WAS NOT INVOLVED IN THE CASE.

**MR. ALIOTO:** I APPRECIATE THAT VERY MUCH, YOUR HONOR. (INAUDIBLE)

**THE COURT:** YES, WE DO.

**MR. ALIOTO:** (INAUDIBLE) WITH THE EXCEPTION OF ONE FIRM OUT OF ABOUT 49 OR 50. THERE ARE GOING TO BE THESE OBJECTORS, YOU KNOW, PEOPLE THAT HAVE OBJECTED TO THE SETTLEMENT. THAT'S A LITTLE SEPARATE GROUP. BUT AS FAR AS THE MAIN LAWYERS IN THE CASE (INAUDIBLE), WE'VE GOT AN AGREEMENT ON A FEE ALLOCATION FROM EVERYONE EXCEPT ONE, WHICH I --

**THE COURT:** BECAUSE THAT MATTER IS NOT ON CALENDAR

TODAY I WON'T SAY A THING.

**MR. ALIOTO:** I WON'T SAY ANYTHING OTHER THAN TO LET YOU KNOW WE DO HAVE THAT ONE FINAL LOOSE --

**THE COURT:** I APPRECIATE THE REMINDER WE DO HAVE THAT PIECE OF BUSINESS TO TAKE CARE OF. AND, OF COURSE, MY EARLIER ORDER IS UP ON APPEAL, AND MAYBE OTHER THINGS WILL GO UP ON APPEAL, TOO. SO MAYBE I SHOULD HAVE KEPT MY COUNSEL. MAYBE YOU AND I WILL HAVE MORE TRAIL LEFT TOGETHER.

**MR. ALIOTO:** I'M VERY GLAD TO HAVE THE SETTLEMENT DONE, YOUR HONOR. THAT'S NUMBER ONE PRIORITY.

**THE COURT:** THANK YOU. COURT'S IN RECESS.

(PROCEEDINGS ADJOURNED AT 9:40 A.M.)

**CERTIFICATE OF TRANSCRIBER**

I CERTIFY THAT THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT, TO THE BEST OF MY ABILITY, OF THE ABOVE PAGES OF THE OFFICIAL ELECTRONIC SOUND RECORDING PROVIDED TO ME BY THE U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, OF THE PROCEEDINGS TAKEN ON THE DATE AND TIME PREVIOUSLY STATED IN THE ABOVE MATTER.

I FURTHER CERTIFY THAT I AM NEITHER COUNSEL FOR, RELATED TO, NOR EMPLOYED BY ANY OF THE PARTIES TO THE ACTION IN WHICH THIS HEARING WAS TAKEN; AND, FURTHER, THAT I AM NOT FINANCIALLY NOR OTHERWISE INTERESTED IN THE OUTCOME OF THE ACTION.

jmcolumbini

JOAN MARIE COLUMBINI

NOVEMBER 17, 2016