Guido Saveri (22349)
    *guido@saveri.com*
R. Alexander Saveri (173102)
    *rick@saveri.com*
Geoffrey C. Rushing (126910)
    *grushing@saveri.com*
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone:  (415) 217-6810
Facsimile:  (415) 217-6813

*Lead Counsel for the Direct Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Case No. 14-cv-2058-JST |
| This Document Relates to: | Master File No. 07-cv-5944-JST |
| CRAGO d/b/a DASH COMPUTERS, INC., et al., on its own behalf and on behalf of similarly situated parties, | MDL No. 1917 |
| | **NOTICE OF SETTLEMENT** |
| Plaintiff, | Judge:   Honorable Jon S. Tigar |
| v. | |
| MITSUBISHI ELECTRIC CORPORATION, et al., | |
| Defendants. | |

1  Direct Purchaser Plaintiffs and Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc. (collectively "Mitsubishi Electric Defendants") wish to advise the Court that they have reached a settlement of the action.

Direct Purchaser Plaintiffs and the Mitsubishi Electric Defendants request that all deadlines in the action, including the status conference set for November 17, 2016, be taken off calendar pending the settlement approval process.

Direct Purchaser Plaintiffs will file a motion for preliminary approval as soon as practicable.

Dated: November 17, 2016

By: */s/ R. Alexander Saveri*
Guido Saveri
R. Alexander Saveri
Geoffrey C. Rushing
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Lead Counsel for the Direct Purchaser Plaintiffs*

*/s/ Michael T. Brody*
Terrence J. Truax (pro hac vice)
Charles B. Sklarsky (pro hac vice)
Michael T. Brody (pro hac vice)
Gabriel A. Fuentes (pro hac vice)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois 60654-3456
Telephone:   (312) 222-9350
Facsimile:   (312) 527-0484
ttruax@jenner.com
csklarsky@jenner.com
mbrody@jenner.com
gfuentes@jenner.com

Brent Caslin (Cal. Bar. No. 198682)
bcaslin@jenner.com
JENNER & BLOCK LLP
633 West Fifth Street, Suite 3600
Los Angeles, California 90071
Telephone:  (213) 239-5100
Facsimile:   (213) 239-5199

| | |
|---|---|
| 1 | Harold A. Barza (Cal. Bar. No. 80888) |
| | halbarza@quinnemanuel.com |
| 2 | Kevin Y. Teruya (Cal. Bar. No. 235916) |
| | kevinteruya@quinnemanuel.com |
| 3 | QUINN EMANUEL URQUHART |
| | & SULLIVAN, LLP |
| 4 | 865 South Figueroa Street, 10th Floor |
| | Los Angeles, California 90017-2543 |
| 5 | Telephone:  (213) 443 3000 |
| | Facsimile:   (213) 443 3100 |
| 6 | |
| | Ryan S. Goldstein (Cal. Bar No. 208444) |
| 7 | ryangoldstein@quinnemanuel.com |
| | QUINN EMANUEL URQUHART |
| 8 | & SULLIVAN, LLP |
| | NBF Hibiya Building, 25F |
| 9 | 1-1-7, Uchisaiwai-cho, Chiyoda-ku |
| | Tokyo 100-0011, Japan |
| 10 | Telephone:  +81 3 5510 1711 |
| | Facsimile:   +81 3 5510 1712 |
| 11 | |
| | *Attorneys for Defendants Mitsubishi* |
| 12 | *Electric Corporation,* |
| | *Mitsubishi Electric US, Inc., and* |
| 13 | *Mitsubishi Electric* |
| | *Visual Solutions America, Inc.* |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, R. Alexander Saveri, attest that concurrence in the filing of the document has been obtained from each of the other signatories.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed on November 17, 2016, in San Francisco, California.

By: _/s/ R. Alexander Saveri_