Richard Alan Arnold, Esquire
William J. Blechman, Esquire
Kevin J. Murray, Esquire
Samuel J. Randall, Esquire
KENNY NACHWALTER, P.A.
1441 Brickell Avenue
Suite 1100
Miami, Florida 33131
Tel:     (305) 373-1000
Fax:    (305) 372-1861
E-mail:  rarnold@knpa.com
             wblechman@knpa.com
             kmurray@knpa.com
             srandall@knpa.com

*Counsel for Plaintiffs Sears, Roebuck and Co. and Kmart Corporation*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 (JST)<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Sears, Roebuck & Co., and Kmart Corporation v. LG Electronics, Inc., et al.*, Case No. 11-cv-5514 (SC) | **PLAINTIFFS SEARS' AND KMART'S, AND DEFENDANT LGE'S, STIPULATION AND [PROPOSED] ORDER TO SUSPEND PRETRIAL DEADLINES** |

Plaintiffs Sears, Roebuck & Co. and Kmart Corporation, and Defendant LG Electronics, Inc. (collectively, "the Parties"), advise the Court that they have reached a settlement in principle of the action. The Parties stipulate and agree, subject to this Court's approval, to the suspension of all pretrial disclosures and related deadlines in this case, including but not limited to those set forth in this Court's Scheduling Order, Dkt. 4781 (incorporating Dkt. 4776-1) and the Order to Show Cause, Dkt. 5012, as the Parties promptly complete and file papers to resolve and end this litigation. If this Stipulation is entered as an Order, the Parties agree to serve this Order within one business day of its entry on all non-parties to MDL No. 1917 who received notice from the Parties pursuant to the Order to Show Cause.

| | | |
|---|---|---|
| 1 | Dated: November 17, 2016 | Respectfully submitted, |
| 2 | | KENNY NACHWALTER, P.A. |

By: _____
Richard Alan Arnold, Esquire
William J. Blechman, Esquire
Kevin J. Murray, Esquire
Samuel J. Randall, Esquire
1441 Brickell Avenue
Suite 1100
Miami, Florida  33131
Tel:   (305) 373-1000
Fax:   (305) 372-1861
E-mail:   rarnold@knpa.com
          wblechman@knpa.com
          kmurray@knpa.com
          srandall@knpa.com

*Counsel for Plaintiffs Sears, Roebuck and Co. and Kmart Corporation*

– and –

MUNGER, TOLLES & OLSON LLP

By:  */s/ Brad Brian*
Brad Brian (State Bar No. 079001)
William Temko, (State Bar No. 98858)
Gregory J. Weingart (State Bar No. 157997)
E. Martin Estrada (State Bar No. 223802)
355 South Grand Avenue
35th Floor
Los Angeles, CA  90071-1560
Tel:   (213) 683-9100
Fax:   (213) 687-3702
E-mail:   brad.brian@mto.com
          gregory.weingart@mto.com
          martin.estrada@mto.com

*Counsel for Defendant LG Electronics, Inc.*

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.

It is so stipulated and agreed to by the parties.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:_____

Hon. Jon S. Tigar
United States District Judge

# CERTIFICATE OF SERVICE

On November 17, 2016, I caused a copy of the foregoing Joint Pretrial Conference Statement to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

By: *[signature]*
William J. Blechman

552464.1