# EXHIBIT 8

DAVID DENISON

| Date | Time | Hours | Task |
|---|---|---|---|
| 1/6/2013 | 11:00a - 4:00p | 5 | Doc Rev |
| 1/7/2013 | 9:00a - 1:00p | 4 | Doc Rev |
| 1/7/2013 | 3:00p - 4:00p | 1 | Conference Call |
| 1/9/2014 | 8:00a - 10:00a | 2 | Doc Rev |
| 1/9/2014 | 2:00p - 4:00p | 2 | Doc Rev |
| 1/10/2014 | 12:00p - 4:00p | 4 | Doc Rev |
| 1/13/2014 | 12:30p - 4:30p | 4 | Doc Rev |
| 1/14/2014 | 7:30a - 9:30a | 2 | Doc Rev |
| 1/14/2014 | 12:00p - 3:00p | 3 | Doc Rev |
| 1/14/2014 | 3:00 - 3:30p | 0.5 | Conference Call |
| 1/14/2014 | 3:30p - 4:00p | 0.5 | Doc Rev |
| 1/15/2014 | 7:30a - 9:30a | 2 | Doc Rev |
| 1/15/2014 | 1:30p - 3:30p | 2 | Doc Rev |
| 1/16/2014 | 7:30a - 9:30a | 2 | Doc Rev |
| 1/16/2014 | 2:30p - 4:30p | 2 | Doc Rev |
| 1/17/2014 | 7:30a - 9:30a | 2 | Doc Rev |
| 1/17/2014 | 2:00p - 4:00p | 2 | Doc Rev |
| 1/20/2014 | 7:30a - 9:30a | 2 | Translation Check |
| 1/20/2014 | 2:00p - 4:00p | 2 | Translation Check |
| 1/21/2014 | 11:00a - 3:00p | 4 | Translation Check |
| 1/22/2014 | 12:00p - 4:00p | 4 | Translation Check |
| 1/23/2014 | 10:30a - 12:30p | 2 | Doc Rev |
| 1/23/2014 | 2:30p - 4:30p | 2 | Doc Rev |
| 1/24/2014 | 10:30a - 12:30p | 2 | Doc Rev |
| 1/24/2014 | 2:00p - 4:00p | 2 | Doc Rev |
| 1/27/2014 | 10:00a - 11:00a | 1 | Translation Check |
| 1/27/2014 | 1:30p - 4:30p | 3 | Doc Rev |
| 1/28/2014 | 11:00a - 3:00p | 4 | Doc Rev |
| 1/29/2014 | 12:00p - 4:00p | 4 | Doc Rev |
| 1/30/2014 | 8:00a - 10:00a | 2 | Doc Rev |
| 1/30/2014 | 2:00p - 4:00p | 2 | Doc Rev |
| 1/31/2014 | 8:30a - 9:30a | 1 | Doc Rev |
| 1/31/2014 | 12:00p - 2:00p | 2 | Doc Rev |
| 1/31/2014 | 2:30p - 3:30p | 1 | Doc Rev |
|  | Total | 80 |  |

# KELYY PATANE
# ATTORNEY TIME
# 2014-2015

| Date | Description | Total |
|---|---|---|
| 1/2/2014 | Joe Killen | 2 hours |
| 1/3/2014 | Joe Killen | 2 hours |
| 1/4/2014 | | |
| 1/5/2014 | | |
| 1/6/2014 | Joe Killen | 5 hours |
| 1/7/2014 | Joe Killen | 5 hours |
| 1/8/2014 | Joe Killen | 5 hours |
| 1/9/2014 | Joe Killen | 5hours |
| 1/10/2014 | Joe Killen | 2 hours |
| 1/11/2014 | | |
| 1/12/2014 | | |
| 1/13/2014 | Joe Killen | 6 hours |
| 1/14/2014 | Joe Killen | 6 hours |
| 1/15/2014 | Joe Killen | 6 hours |
| | Total Hours | 44 hours |

| Date | Description | Total | |
|---|---|---|---|
| 1/17/2014 | Joe Killen | 5 hours | |
| 1/20/2014 | | | |
| 1/21/2014 | Bob O'Brien | 5 hours | |
| 1/22/2014 | Bob O'Brien | 3 hours 30 min | |
| 1/23/2014 | Kris Mortier | 3 hours | |
| 1/24/2014 | Kris Mortier | 5 hours | |
| 1/25/2014 | Kris Mortier | 2 hours | |
| 1/26/2014 | Kris Mortier | 1 hour | |
| 1/27/2014 | | | |
| 1/28/2014 | Kris Mortier | 2 hours | |
| 1/29/2014 | Kris Mortier | 6 hours | |
| 1/30/2014 | Kris Mortier | 6 hours | |
| 1/31/2014 | Kris Mortier | 4 hours | |
| | Total Hours | 42.5 hours | |

Natalie Kabasakalian
43 Calton Rd. #5C
New Rochelle, NY  10804
Tel. 646 322 8671

Project/Case:

CRT Antitrust Litigation

| Date | Description | Hrs. |
|------|-------------|------|
| 5/14/14 | Depo prep research:  Webster; Patton; Vrablik; Broniarczyk; Bond; Kimura; Shibata; Shimoma; Milostan; Kuwano; Kawano; Behringer; Amano; Heinecke; Uchiyama; Kurosawa; Huber; Nishimura, Fujita | 5 |
| 5/15/14 | Depo prep research (as above); Conference Call Toshiba team; Philips jurisdiction fact research | 5 |
| 5/16/14 | Depo prep research: Nishimura, Fujita | 5 |
| 5/19/14 | Depo prep research: Patton | 5 |
| 5/20/14 | Depo prep research: Nishimura, Fujita | 5 |
| 5/21/14 | Document review: new Toshiba productions | 5 |
| 5/22/14 | Document review: new Toshiba productions | 5 |
| 5/23/14 | Depo prep research: Nishimura, Fujita | 5 |
| 5/26/14 | Document review: new Toshiba productions | 5 |
| 5/27/14 | Depo prep research: Nishimura, Fujita | 5 |
| 5/28/14 | Document review: new Toshiba productions | 5 |
| 5/29/14 | Depo prep research: Nishimura, Fujita | 5 |
| 5/30/14 | Depo prep research: new Toshiba productions | 5 |
| 6/2/14 | Depo prep research: Nishimura, Fujita; fact research and drafting of Toshiba liability memo | 5 |
| 6/3/14 | Fact research: correlation between price quotes and conspiracy pricing on CPT | 5 |
| 6/4/14 | Fact research, review of depo transcripts for Toshiba liability memo | 5 |
| 6/5/14 | Fact research, review of depo transcripts for Toshiba liability memo | 5 |
| 6/6/14 | Fact research and compilation of final list of documents for authentication | 5 |
| 6/9/14 | Fact research and compilation of final list of documents for authentication | 5 |
| 6/10/14 | Fact research and compilation of final list of | 5 |

|  | documents for authentication |  |
|---|---|---|
| 6/11/14 | Fact research and compilation of final list of documents for authentication | 5 |
| 6/12/14 | Fact research and compilation of final list of documents for authentication | 5 |
| 6/13/14 | Fact research and compilation of final list of documents for authentication | 5 |
| Total |  | 115 |

2

Invoice: Sept 20 - Oct 15, 2014
To: Lauren Capurro (Russell), Esq.
Trump, Alioto, Trump Prescott, LLP
2280 Union Street, San Francisco, CA 94123

Sissel Browder
1110 Stoneylake Court
Sunnyvale, CA 94089
Tel: 408-813-1368

| DAY | DATE | HRS | DESCRIPTION | ATTNY COMMENT |
|---|---|---|---|---|
| Sat | 9/20/2014 | 2.50 | Review complaint, scheduling order, task list, True Filing site and Wiki | |
| Tue | 9/23/2014 | 0.75 | Conference call with L. Capurro and S. Kern. | |
| Wed | | 3.75 | Research regarding setup and filing of brief and appendices. Correspondence with S. Kern. Review brief for format and spelling. Retrieve redacted documents for Appendix to Appeal Brief and locate corresponding redacted version. | |
| Thu | 9/25/2014 | 2.50 | Meeting with L Capurro regarding projects (1.75). Edit/prepare stipulation with Panasonic (.75) | |
| Fri | 9/26/2014 | 2.50 | Edit, format, file and serve Word version including Chamber's Copy Stipulation with Panasonic. (Note: Issues with formatted document received from other party, could not accept changes and had to manually manipulate them.) Call ECF regarding login. Set up of courier service. Call with Appelate Ct. and True Filing regarding upcoming Appeal Brief. | |
| Mon | 9/29/2014 | 8.00 | Telephone calls to court and courier. Email communication with attorneys. Check and update appendix and brief (margins, headings, remove opinions from TOA, research on exhibits in Appendix and add and Bates number exhibits). Check quotations and validity of case law and statutes in Summary of State Antitrust Statutes. (Convert table to word document, then convert to .txt document. Issues with Westcheck not accepting document format, then again not accepting since number of citations over 99 limit (121 citations)). | |
| Tue | 9/30/2014 | 6.25 | Complete checking exhibits to declarations in appendix and prepare report for S. Kern (1.0). Communication with L. Capurro and vendor regarding delivery of Chamber's Copy (1.0). Conference call with T. Palumbo and R. Noh regarding Trial Exhibit List (.75). Remove Bates numbers from Appendix due to exhibits being missed (manual removal of several volumes) (3.5). | |
| Wed | 10/1/2014 | 11.00 | Remove Bates numbers from additional volumes of Appendix. Quality control of all pages. Check all volumes and rotate pages in same direction. Communication with S. Kern. Update index with new Bates numbers for each document, determine split for volumes and arrange numbers for vendor to Bates number (10.5). Upload to Wiki and telephone call regarding usage of Wiki (.5) | |

Projects: MDL No. 1917

Invoice: Sept 20 - Oct 15, 2014
To: Lauren Capurro (Russell), Esq.
Trump, Alioto, Trump Prescott, LLP
2280 Union Street, San Francisco, CA 94123

Sissel Browder
1110 Stoneylake Court
Sunnyvale, CA 94089
Tel: 408-813-1368

| Day | Date | Hours | Description |
|---|---|---|---|
| Thu | 10/2/2014 | 11.25 | Communications with vendor and S. Kern (.75) Cite and quote check Summary of Antitrust Statutes Update indices of Appendix (3.5). Update indices with new Bates number, check against new appendix, check against new pdfs, update chart with new citations for brief (7.5) |
| Fri | 10/3/2014 | 8.50 | Work on Summary of Antitrust Statutes (1.5) Update indices with volume no. before Bates no. Communications with S. Kern (6) Review letter brief to Judge Walker regarding Toshiba Interrogatory Responses (1). |
| Sat | 10/4/2014 | 7.75 | Final edits to appendices and update appellate brief with new volumes and pages. Spot check cites to ensure cites are correct. Page difference between old documents and new didn't correspond. Locate error in old volumes going page by page. |
| Mon | 10/6/2014 | 8.00 | Locate and check changed cites. Ensure all cites included in check. Look at changes in word count and find sources. (4.25) Quote check Summary of Antitrust Statutes and report on same (3.5). Communication regarding and request delivery of letter brief to Judge Walker. Other email communications. (.25) |
| Tue | 10/7/2014 | 3.50 | Add deposition transcripts to Wiki. Download deposition transcripts and exhibits from Veritext (1) Update MDEL for G. Nelan, L. Lopez and M. Nolan (2.5) |
| Wed | 10/8/2014 | 5.75 | Conference call re LiveNote (1) Retrieve documents from court docket and add to Wiki. Link documents in Wiki (2.75) Organize 107 depositions transcripts and exhibits into folders (2) |
| Thu | 10/9/2014 | 9.00 | Compare list of depositions taken by Veritext to MDEL to see what is missing. Reduce copy of MTEL to contain only deposition exhibits to compare and transfer to MDEL (5.5) Index Dowdy, Melnick, and Hanrahan depositions for MTEL (3.5) |
| Fri | 10/10/2014 | 6.00 | Index deposition exhibits for Stringfellow and Quin Choi depositions. |
| Sat | 10/11/2014 | 4.00 | Compare MTEL to MDEL for updates to MDEL. |
| Sun | 10/12/2014 | 6.00 | Compare MTEL to MDEL for updates to MDEL. Call with L. Capurro (.5) Update deponent list with exhibits and gaps. Compare MTEL to MDEL for updates to MDEL. |
| Mon | 10/13/2014 | 10.00 | Communications with Millberg firm, Veritext, L. Capurro re deposition designations and LiveNote. Rename folders (94) and add only relevant files for upload to Live Note. Upload material to Dropbox. |

2

Invoice: Sept 20 - Oct 15, 2014
To: Lauren Capurro (Russell), Esq.
Trump, Alioto, Trump Prescott, LLP
2280 Union Street, San Francisco, CA 94123

Diesel Drywall
1110 Stoneylake Court
Sunnyvale, CA 94089
Tel: 408-813-1368

| | | | |
|---|---|---|---|
| Tue | 10/14/2014 | 12.50 | Download deposition transcripts from Veritext, remove from zip files, create new folder with selected files only. Communications with attorneys. |
| Wed | 10/15/2014 | 14.00 | Continue renaming and transfer to Dropbox for Millberg. Conference calls re deposition designations (1.5) Communications with various attorneys and IT regarding Textmap. Update deposition designation list and deposition exhibit index. |
| | | 143.50 | |

3

Projects: MDL No. 1917

# INVOICE

VANESSA BUFFINGTON

| Date | Description | Hours |
|---|---|---|
| 5/13/14 | Research local rules re filing documents under seal for Appellate and S.F. Superior | 1.00 |
| 5/14/14 | Contact courts re filing under seal and service of brief to Superior Court | 1.00 |
| 5/14/14 | Proofread/edit opposition brief | 1.00 |
| 5/14/14 | Generate TOC/TOA to opposition brief | 1.00 |
| 5/15/14 | Update TOC/TOA; proof Sylvie Kern declaration and check exhibit cites to citations in opposition brief; preparation of exhibits to Kern declaration; contact Court re filing exhibit under seal | 2.00 |
| 5/15/14 | Finalize opposition brief/declaration; email to L. Russell | 0.50 |
| 5/15/14 | Review/finalize Notice of Association of Counsel; file opposition and supporting documents with First App. District and service of brief and supporting documents on Superior Court and opposing counsel; contact Court and confirm receipt of filing | 1.00 |
| 5/18/14 | Insert exhibit citations from declaration to brief | 0.50 |
| 5/18/14 | Preparation of errata | 1.00 |
| 5/18/14 | Preparation of exhibits to declaration | 2.00 |
| 5/18/14 | Further preparation of redacted and unredacted exhibits | 3.50 |
| 5/19/14 | Call to/from Court re hearing date; research local rules re electronically filing under seal; further preparation and finalizing of exhibits, motion for leave to file surreply and supporting documents; preparation and finalizing errata | 5.50 |
| 5/27/14 | Call with L. Russell re motion to remove incorrectly filed document and re filing errata as an exhibit to motion to file under seal; prepare and file errata with Court | 1.50 |
| 5/28/14 | Draft motion to remove incorrectly filed documents | 2.00 |
| 5/28/14 | Review emails re initial assignment list, trial exhibit list, missing exhibits, relativity, Wikispaces, Wiki leaders, master exhibit list, Veritext | 0.50 |
| 5/29/14 | Call with L. Russell and others re draft trial exhibit list, missing depositions/exhibits and tasks | 0.50 |
| 6/3/14 | Call with L. Capurro re Master Trial Exhibit task | 0.25 |
| 6/5/14 | Call with Richard Noh re Wikispaces | 1.00 |
| 6/8/14 | Update Master Trial Exhibit list | 6.00 |
| 6/9/14 | Update Wikispaces | 2.00 |
| 6/11/14 | Call with Richard Noh re Master Trial Exhibit List and deposition exhibit list; emails re same | .50 |

Page 1

| Date | Description | Hours |
|------|-------------|-------|
| 6/11/14 | Update master trial exhibit list | 1.00 |
| 6/12/14 | Email from/to Richard Noh and L. Capurro re Master Trial Exhibit list; Search Veritext for missing exhibit ranges; review deposition transcripts for missing gaps | 1.00 |
| 6/15/14 | Review class rep deposition transcripts re missing exhibit gaps | 2.00 |
| 6/15/14 | Add documents to Wikispaces | 1.00 |
| 6/15/14 | Update deposition calendar from Veritext | 0.50 |
| 6/16/14 | Emails to/from team re MDL/MTEL update; call with Richard Noh re same | .50 |
| 6/16/14 | Update MDL list; email to B. Gralewski re exhibits to transcripts; email to Richard Noh re updated MDL list | 3.75 |
| 6/18/14 | Telephone call with CRT Team re expert class cert materials and liability memos | 0.50 |
| 6/22/14 | Update MTEL list with liability memos, etc. | 14.25 |
| 6/23/14 | Update MTEL list with Relativity and liability memos | 6.50 |
| 6/24/14 | Update MTEL list with Relativity and liability memos | 12.75 |
| 6/25/14 | Update MTEL list with Relativity and liability memos | 5.25 |
| 6/25/14 | Brief re Cal Publication Paper | 1.00 |
| 6/26/14 | Update MTEL list re meeting grid | 2.00 |
| 6/29/14 | Update incomplete cites list for MTEL | 7.25 |
| 6/30/14 | Update incomplete cites list for MTEL | 5.00 |
| 7/1/14 | Update MDEL list and add to Wikispaces | 2.25 |
| 7/1/14 | Update Wikispaces – Philips memos | 1.00 |
| 7/4/14 | Retrieve discovery from email and update Wikispaces | 2.50 |
| 7/6/14 | Retrieve discovery from email and update Wikispaces | 2.00 |
| 7/9/14 | Telephone call with CRT team re MTEL Corruption project | 0.25 |
| 7/9/14 | Populate corrected citation sources for corrupted MTEL | 3.00 |
| 7/10/14 | Populate corrected citation sources for corrupted MTEL | 5.00 |
| 7/11/14 | Populate corrected citation sources for corrupted MTEL | 7.50 |
| 7/11/14 | Prepare/finalize POS of Summons and Complaint and file with No. District | 1.00 |
| 7/14/14 | Telephone call with Tom re identifying missing references in MTEL | 0.25 |
| 7/14/14 | Identify all instances where an expert or memo citation appears in Column H and its corresponding entry is blank in Column I | 10.00 |
| 7/15/14 | Finalize request for extension of time to file opening brief re Figone. File/serve request with Appellate Court and S.F. Superior | 3.00 |
| 7/16/14 | MTEL Translation Population Project | 4.25 |
| 7/18/14 | Update service list and prepare Quin Choi subpoena | 3.00 |