Mario N. Alioto (56433)
Joseph M. Patane (72202)
Lauren C. Capurro (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2280 Union Street
San Francisco, CA 94123
Telephone: 415-563-7200
Facsimile: 415- 346-0679
Email: malioto@tatp.com
jpatane@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the
Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV-07-5944-JST; No. CV-13-03234-JST |
| | MDL No. 1917 |
| This Document Relates to: All Indirect Purchaser Actions | **LEAD COUNSEL'S RESPONSE TO FILING BY LINGEL WINTERS RE SPECIAL MASTER'S REPORT AND RECOMMENDATION RE ALLOCATION OF IPP CLASS COUNSEL ATTORNEYS' FEES** |
| | Court: Courtroom 9, 19th Fl. Judge: Hon. Jon S. Tigar |

1  On November 16, 2016 Lingel Winters ("Winters") filed a Declaration of Lingel H. Winters. There is no accompanying memorandum of points and authorities. It is not clear whether this Declaration is an objection (filed late) to the Special Master's Report and Recommendation, as well as a response to Lead Counsel's objection to the Special Master's fee allocation to Winters. (ECF No. 5041.)

To the extent it is an objection to the Special Master's Report and Recommendation, Winters is not entitled to an increase in his allocation. In fact, his allocation should be reduced, based on the findings by the Special Master. (ECF No. 5026 at 9:11.)

There has been no waiver of objections to Winters' fee request. In fact, the February 8, 2016 email referred to by Winters (not attached by Winters), contains an express reservation as to his fee request. The email states: "However, I have told Mr. Winters that I can make no promises to him regarding the future fee allocation proceedings, including any promise as to whether his claim will be considered, or whether he would receive any fee." Declaration of Mario N. Alioto in Support of Lead Counsel's Response to Filing by Lingel Winters Re Special Master's Report and Recommendation Re Allocation of IPP Class Counsel Attorneys' Fees, ¶ 2.

Dated: November 25, 2016

Respectfully submitted,

By:  */s/ Mario N. Alioto*

Mario N. Alioto (56433)
malioto@tatp.com
Joseph M. Patane (72202)
jpatane@tatp.com
Lauren C. Capurro (241151)
laurenrussell@tatp.com
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2280 Union Street
San Francisco, CA 94123
Telephone: 415-563-7200
Facsimile: 415-346-0679

*Lead Counsel for Indirect Purchaser Plaintiffs*