Mario N. Alioto (56433)
Joseph M. Patane (72202)
Lauren C. Capurro (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2280 Union Street
San Francisco, CA 94123
Telephone: 415-563-7200
Facsimile: 415- 346-0679
Email: malioto@tatp.com
jpatane@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the
Indirect Purchaser Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV-07-5944-JST; No. CV-13-03234-JST |
| | MDL No. 1917 |
| This Document Relates to: All Indirect Purchaser Actions | **DECLARATION OF MARIO N. ALIOTO IN SUPPORT OF LEAD COUNSEL'S RESPONSE TO FILING BY LINGEL WINTERS RE SPECIAL MASTER'S REPORT AND RECOMMENDATION RE ALLOCATION OF IPP CLASS COUNSEL ATTORNEYS' FEES** |
| | Court: Courtroom 9, 19th Fl.<br>Judge: Hon. Jon S. Tigar |

I, Mario N. Alioto, declare:

1. I am an attorney duly licensed by the State of California and am admitted to practice before this Court. I am a partner with the law firm Trump, Alioto, Trump & Prescott, LLP and my firm serves as Lead Counsel for the Indirect Purchaser Plaintiffs in the above-captioned action. I submit this declaration in support of Lead Counsel's Response to Filing by Lingel Winters Re Special Master's Report and Recommendation Re Allocation of IPP Class Counsel Attorneys' Fees. The matters set forth herein are within my personal knowledge and if called and sworn as a witness, I could competently testify regarding them.

2. Attached hereto as Exhibit 1 is a true and correct copy of an email dated February 8, 2016 to Sandra Chan at JAMS with a Cc to Lingel Winters (SawMill2@aol.com).

I declare under penalty of perjury that the foregoing is true and correct. Executed this 25th day of November, 2016 at San Francisco, California.

/s/ *Mario N. Alioto*
Mario N. Alioto

***Lead Counsel for the Indirect Purchaser Plaintiffs***