# Exhibit 1

# Mario Alioto

| | |
|---|---|
| **From:** | Mario Alioto <MAlioto@TATP.com> |
| **Sent:** | Monday, February 8, 2016 1:32 PM |
| **To:** | schan@jamsadr.com |
| **Cc:** | SawMill2@aol.com |
| **Subject:** | CRT Case/Lingel Winters Claim for Attorney's Fees |
| **Attachments:** | Fee Declaration Lingel Winters.pdf |

Dear Sandra:

There is one loose end relating to our fee petition before the Special Master.

There is a claim for fees being made by Lingel Winters. His fee declaration is submitted herewith. I did not have his fee declaration when I filed all of the other declarations with the Special Master. Thus, his fee declaration was not submitted as part of our fee petition presented to the Special Master.

Mr. Winters would like to be included in the fee allocation proceedings before the Special Master, when that day comes. I have no objection to that . However, I have told Mr. Winters that I can make no promises to him regarding the future fee allocation proceedings, including any promise as to whether his claim will be considered, or whether he would receive any fee.

Could you kindly advise the Special Master of this matter. Thank you.

Mario N. Alioto
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA 94123
Telephone:415 447-1650
Facsimile:415 346-0679

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by e-mail and delete the message and any attachments.