# EXHIBIT A

# Fishkin & Slatter LLP

Search our site

**ATTORNEY ETHICS | MORAL CHARACTER & FITNESS**

Get Help Today - Call: **925-944-5600**

Home | Firm Overview | Practice Areas | Attorneys | What's New | Resources | Upcoming Speeches | Fees & Costs

Contact Us

# When Attorney Conduct is at Issue

## Jerome Fishkin



| | |
|---|---|
| **Location:** | Walnut Creek, California |
| **Phone:** | 925-944-5600 |
| **Fax:** | 925-944-5432 |
| **Email:** | Email Me |

### Practice Areas

- State Bar Defense
- Moral Character and Fitness
- Legal Ethics & Practice Management
- Conflicts & Disqualifications
- Ethics Traps
- Other Professional Challenges
- Out of State Attorneys
- Fees & Costs

### Contact Us

**Classes and Seminars:**

**MCLE Panels 2016**: APRL, Issues in Admissions Cases; CEB, How to Hang Your Shingle; American

Academy of Matrimonial Lawyers, Northern California Chapter, Family Law & Beyond; Crossovers, Experts and Issues of Interest, Wildland Fire Conference; State Bar of California, Twentieth Annual Statewide Ethics Symposium; East Alameda County Bar Association, Ethics 101.

**MCLE Panels 2015:** Contra Costa County Bar Association, Santa Clara County Bar Association

**MCLE Panels 2014:** Sacramento Women Lawyers, Wildland Fire Conference, Marin Probate Lawyers, Alameda County Family Law Association, Contra Costa Bar Association MCLE Spectacular; Golden Gate University School of Law, Going Solo Panel; State Bar Annual Convention, Panel Seniors and Bankruptcy; Contra Costa County Bar Association, Getting Out of the Case..."; ACCTLA, When Clients Go South; CAOC Convention, Panel Ethics, Association of Professional Responsibility Lawyers (APRL),

**Other:** Hastings Law School Ethics Class

**MCLE Panels 2013:** Marin County Family Law Section, Sonoma Women in Law, San Francisco Lawyers Network; The Unstable Client, Rains, Lucia & Sterns; Contra Costa County Bar Association.

**MCLE Panels 2012:** Webinar for Consumer Attorneys of California; AIDS Legal Referral Panel; Berkeley-Albany Bar Association; Conservator ship and Probate Section of Contra Costa County Bar Association; Family Law Section of Alameda County Bar Association. State Bar Annual Meeting.

**Other:** Cal Berkeley Leadership Symposium; Wildland Fire Litigation Conference.

**MCLE Panels 2011:** Consumer Attorneys of California, AIDS Legal Referral Panel; Probate Litigation Section of Bar Association of San Francisco

**MCLE Panels 2010:** Contra Costa County Bar; Association of Professional Responsibility Lawyers;



1575 Treat Blvd.
Suite 215
Walnut Creek, CA 94598
Email Us | Map & Directions





Lawyering Skills Program at the California State Bar Annual Meeting

**Other:** Congregation B'nai Tikvah, Wildland Fire Conference

**MCLE Panels 2009:** Contra Costa County Bar, S.F. Trial Lawyers

**Other:** Bench-Bar Santa Clara County

**MCLE Panels 2008:** ABA Forum on Entertainment Law, Alameda Contra Costa Trial Lawyers; CEB: The Law Center of Contra Costa County, S.F. Trial Lawyers

**Other:** Wildland Fire Conference

**MCLE Panels 2007:** Association of Professional Responsibility Lawyers (APRL); Marin County Family Law Lawyers; Monterey County Women Lawyers; Orange County Lawyers Guild, Yolo County Bar.

**Other:** Expert Testimony, San Francisco Hillel Society, 2007

**MCLE Panels 2006:** Alameda County Bar Association; Eastern Alameda County Bar Association; Placer County Bar Association; S.F. Trial Lawyers

**Other:** Economic Round Table of San Francisco, 2006

**MCLE Panels 2005:** California Continuing Education of the Bar, Lawyers Club of San Francisco; Marin County Trial Lawyers; Northern California Consumer Bankruptcy Conference; Alameda Contra Costa Trial Lawyers Association (ACCTLA); Santa Clara County Bar Association, State Bar Annual Meeting

**MCLE Panels 2004:** The Legal Malpractice Section of the Bar Association of San Francisco; Bar Association of San Francisco Volunteer Legal Services Program; San Francisco Trial Lawyers Association; Sunnyvale-Cupertino Bar Association; CLE International - Eminent Domain Conference; American Immigrant Lawyers Association (AILA) California Chapters Conference; Consumer Attorneys of California, Santa Clara County

Bar Association

**MCLE Panels 2003:** BASF Barristers Club, Silicon Valley Pro Bono Project, Santa Clara Bar Association; Lawyers Club of San Francisco; Consumer Attorneys of California; Orange County Specialty Lawyers Guild; Santa Clara County Bar; Solo Practice Section, Paralegal Association of Santa Clara County, Golden Gate University

**MCLE Panels 2002:** Consumer Attorneys of California

**MCLE Panels 2001:** AILA, Sacramento County Bar; Business Law Section, Consumer Attorneys of California; Distressed Companies Conference, Earl Warren Chapter, Inns of Court, Eminent Domain Attorneys; Golden Gate University Intellectual Property Conference, Lorman Education Services

**MCLE Panels 2000:** Alameda/Contra Costa Trial Lawyers, Charles Houston Bar Association; CLE International, Lawyers Club of San Francisco; Legal Incite, Legal Malpractice Section of the BASF; Lorman Education Services, San Mateo County Bar Association Probate Committee; BASF Barristers Bridging the Gap

**MCLE Panels 1999:** Association of Professional Responsibility Lawyers; Berkeley-Albany Bar Association; California Applicants' Attorneys Association; San Francisco Chapter, Consumer Attorneys of California, Ethics Committee, BASF; Lawyers Club of San Francisco, Litigation Section, BASF; American Bar Association, Attorney Liability Subcommittee; McGeorge School of Law, National Business Institute, San Francisco Legal Secretaries Association; McGeorge School of Law Ethics Classes

**Other:** University of San Francisco School of Law Moot Court, 1999

**MCLE Panels 1998:** Attorneys Probate Association, Center for Continuing Education, Consumer Attorneys Of California, Lawyers Club of San Francisco, Queen's Bench

**Other:** University of San Francisco School of Law Moot Court, 1998

**MCLE Panels 1997:** Bay Area Lawyers for Individual Freedom; California Employment Lawyers Association; Panel, Lawyers Club of San Francisco; McGeorge School of Law, State Bar Court

**MCLE Panels 1996:** Bay Area Lawyers for Individual Freedom; Bay Area Intellectual Lawyers Inn of Court; Consumer Attorneys Of California; Contra Costa County Bar Association Real Estate Section; State Bar Court, Hastings College of the Law Ethics Class

**Other:** "Legal Currents", KCSM - TV, 1996

**MCLE Panels 1995:** Consumer Attorneys of California, Consumer Attorneys Association of Los Angeles; Lawyers Club of San Francisco; McGeorge Law School, Practicing Law Institute; San Francisco Public Defenders Office; University of San Francisco School of Law

**Other:** University of San Francisco Moot Court, 1995

**MCLE Panels 1994:** Alameda Bar Solo Practice Section; Association of Legal Administrators; Bay Area Lawyers for Individual Freedom; California Society for Healthcare Attorneys; Edward J. McFetridge American Inn of Court; Practising Law Institute, San Francisco Bar Real Property Section; San Francisco Lawyers Club American Inn of Court; San Francisco Trial Lawyers, San Mateo County Bar Business Law Section

**MCLE Panels 1993:** Los Angles Trial Lawyers, San Francisco Lawyers Club

**MCLE Panels 1992:** PEN/CLE, Los Angeles Trial Lawyers; North San Mateo Bar Association; San Francisco Law School; San Francisco Lawyers Club; San Francisco Trial Lawyers; State Bar of California.

## Areas of Practice

State Bar Defense (California)

Moral Character and Fitness, California Bar

Ethics Advice to California attorneys

Attorney Discipline Defense, US Courts in California

## Bar Admissions

California, 1971

U.S. District Court Northern District of California, 1971

U.S. District Court Central District of California

U.S. District Court Eastern District of California

U.S. District Court Southern District of California

U.S. Court of Appeals 9th Circuit, 1971

U.S. Supreme Court, 1978

U.S. Tax Court

## Education

**University of San Francisco School of Law, San Francisco, California**
   J.D. - 1970

**University of California at Berkeley, Berkeley, California**
   B.A. - 1965

## Published Works

Defending Your Work Product, Plaintiff Magazine, April, 2015

MCLE Self Study: Where Do I Deposit My Retainer? Contra Costa County Bar Association MCLE Spectacular, December, 2014

The Attorney-Client Life Cycle, Contra Costa Lawyer, June, 2008

Attorney Conduct: The Impaired Client, March, 2008

Toxic Client Syndrome, CAOC Forum, February, 2008

Billing for Fun and Profit, The Recorder, 2005

Lighten Up, The Verdict, Winter, 2005

When Associates Leave, San Francisco Attorney, January, 2002

Duties to Opposing Parties and Counsel, The Verdict, Winter, 2002

Web Sites Bring New Opportunities, San Francisco Attorney, October, 2001

Breaking Cases in 2001, San Francisco Attorney, August, 2001

Respecting Confidential Client Information, The Marin Lawyer, May, 2001

Interviewing Employees of the Other Side, The Verdict, Spring, 2001

New Statutes Govern Attorney Conduct, San Francisco Attorney, February, 2001

Working with the Impaired Client , ALRP Notes, January , 2001

In the Beginning, Creation of the Attorney Client Relationship, CAOC Forum, April, 2000

What's New in Lawyer Ethics?, Charles Houston Bar Association News, February, 2000

Keeping Client Secrets, San Francisco Attorney, December, 2000

How do You Measure a Reasonable Fee?, San Francisco Attorney, October, 2000

Resolving the Division of fees Between Contingency Fee Attorneys, San Francisco Attorney, August, 2000

Ethics on the Internet (Co-Author), San Francisco Attorney, April, 2000

Duties to Opposing Parties, San Francisco Attorney, February, 2000

The Impaired Client, San Francisco Attorney, October, 1999

Withdraw Bridge, Daily Journal Los Angeles & San Francisco, May 20, 1999

Justifiable Cause and Other Cases, San Francisco Attorney, February, 1999

Special Contingency Fee Contracts, Charles Houston Bar Association News, May, 1999

Bill & Coo, Daily Journal Los Angeles & San Francisco, August 12, 1999

Interviewing Employees of the Other Side, San Francisco Attorney, June, 1998

Getting Out Alive, CAOC Forum, October, 1998

Ethics: More Traps in Representing Minors, California Lawyer, May, 1998

Ethics: Common Traps in Representing Minors, California Lawyer, April, 1998

Division of Fees Between Successive Attorneys, CAOC Forum, April, 1997

Majority Votes in Client Settlements, San Francisco Attorney, June, 1997

Ethics Liability for Acts and Omissions of Partners, Legal Malpractice Report, Vol 5, No 1, 1996

Remedies for Conflicts of Interest, San Francisco Attorney, June, 1995

Disqualification: When Can You Sue a Former Client?, The Verdict, Winter, 1994

A Pain in the Ads, The Verdict, Fall, 1994

The Advocate: The Trial Lawyer; Charles Houston Bar Newsletter, New Laws Restrict Attorney Conduct, 1993

Attorney-Client Fee Contracts, San Francisco Attorney, August, 1993

Inheriting From Your Client -- Is it Worth the Price?, San Francisco Attorney, April, 1991

### Representative Cases

*Huskinson & Brown v Wolf*, 32 Cal. 4th 453 (2004)

*Matter of Bellicini*, 4 Cal. St. Bar Ct. Rptr. 883 (2006)

*In Re Garcia*, 58 Cal 4th 440 (2014)

### Honors and Awards

AV Rated by Martindale - Hubbell

Jerome Fishkin: Super Lawyers, 2013 - Present

Guardians de Justicia Award (Hispanic Bar Association of Orange County), 2014

Clay Award - California Lawyers Attorneys of the Year, 2014

Mary Grace Guzman, Rising Star, 2015 - Present

## Professional Associations and Memberships

Bar Association of San Francisco, Member, 1971 - Present

Judicial Council Advisory Committee on Legal Forms, Member, 1976 - 1978

U.S. District Court, Northern California, Arbitrator, 1979 - 1980

Superior Court of San Francisco, Arbitrator, 1979 - 1983

Small Claims Court of San Francisco, Judge Pro Tem, 1980 - 1985

California State Senate, Member, Advisory Coalition on Court Reform, 1982 - 1984

San Francisco Attorney Magazine, Member, Editorial Committee, 1985 - 2003

California State Senate, Expert Witness, Judiciary Committee, 1986

Bar Association of San Francisco, Member, Legal Malpractice Committee, 1989 - 2004

Bar Association of San Francisco, Chair, Blood Drive Committee, 1991

Bar Association of San Francisco, Member, Ethics Committee, 1992 - 2004

San Francisco Trial Lawyers Association, Member, 1992 - Present

CEB (California Continuing Education of the Bar), Consultant, Litigation Ethics, 1994 - 1995

University of San Francisco, Mentor Program, 1994 -

Present

America On Line, Moderator, Legal Ethics and Malpractice Bulletin Board, 1995 - 1996

Bay Area Lawyers for Individual Freedom, Member, 1995 - Present

Charles Houston Bar Association, Member, 1995 - Present

Consumer Attorneys of California (formerly CTLA), Member, 1995 - Present

Association of Professional Responsibility Lawyers, Member, 1996 - Present

Attorney Discipline Defense Counsel, Member, 1997 - Present

Attorney Discipline Defense Counsel, Member, 2005 - Present

East Bay La Raza Lawyers Association, Member, 2005 - Present

Alameda County Bar Association, Member, 2006 - Present

Contra Costa County Bar Association, Member, 2011 - Present

## Past Employment Positions

State Bar of California, Discipline Prosecutor, 1983 - 1992

State Bar of California, Legislative Attorney, 1978 - 1983

Jerome Fishkin, Attorney at Law, 1971 - 1978

## Pro Bono Activities

Legal Ethics Advisor, Aids Legal Referral Panel (ALRP), 1999 - Present

Legal Ethics Advisor, Homeless Action Center, 2003 - Present

Legal Ethics Advisor, San Francisco Small Business Advocates, 2002 - 2003

Small Claims Court of San Francisco, Judge

Pro-Tem, 1980 - 1985

Legal Ethics Advisor, The Law Center (Contra Costa), 2010 - Present

Coalition to Abolish Slavery and Trafficking, 2012 - Present

At the Bay Area law offices of Fishkin & Slatter LLP, we serve clients throughout the State of California, including San Francisco, Sacramento, Los Angeles, Lafayette, Pleasant Hill, Danville, San Ramon, Dublin, Pleasanton, Walnut Creek, Orinda, Livermore, Berkeley, Oakland, San Jose, Silicon Valley, Contra Costa County, and Santa Clara County.

© 2016 by Fishkin & Slatter LLP. All rights reserved. Disclaimer | Site Map

Privacy Policy | Business Development Solutions by FindLaw, a Thomson Reuters business.