# EXHIBIT B

Search our site

ATTORNEY ETHICS | MORAL CHARACTER & FITNESS

Get Help Today - Call: 925-944-5600

Home   Firm Overview   Practice Areas   Attorneys   What's New   Resources   Upcoming Speeches   Fees & Costs

Contact Us

# When Attorney Conduct is at Issue

## Jerome Fishkin - Expert Witness Testimony



**Jerome Fishkin** has been a licensed California attorney since 1971. He had a general law practice in San Francisco from 1971 to 1978. He became a research attorney for the California State Bar in 1978. He became a State Bar prosecutor in 1983 and was in that role for nine years. In 1992, he opened his own law firm where he provides expert witness testimony in cases involving attorney ethics and legal malpractice. Mr. Fishkin has spent the past twenty-four years working in the area of legal ethics and frequently lectures on, and has authored many articles related to, legal ethics.

Since 1993, Jerome Fishkin has provided expert

## Practice Areas

State Bar Defense

Moral Character and Fitness

Legal Ethics & Practice Management

Conflicts & Disqualifications

Ethics Traps

Other Professional Challenges

Out of State Attorneys

Fees & Costs

## Contact Us

witness testimony regarding legal ethics and professional responsibility in a wide variety of cases throughout the state of California.

RESUME: Click Here

EXPERT TESTIMONY HISTORY:

**Trials in Which Jerome Fishkin has Testified as an Expert Witness**

- **In Re Melvin Belli**, U S Bankruptcy Court, ND CA
- **Bylin v Caulfield**, San Mateo Superior Court
- **Charles v Chavez**, Santa Clara Superior Court
- **[Doe... ] v Michell**, Contra Costa County Superior Court
- **Ganong & Michell v...**, Contra Costa Superior Court
- **Hung v Yao**, San Francisco Superior Court
- **Hyon v Shopoff**, San Francisco Superior Court
- **In Re Pliego**, Solano Superior Court
- **Rader v Rutchik**, San Francisco Superior Court
- **Sandhu v Central Plaza**, Alameda Superior Court
- **Schivo v Vestal**, San Francisco Superior Court
- **Estate of Snyder**, Alameda Superior Court
- **Spangenberg v Gughemetti**, San Mateo Superior Court
- **Slayton v Boxer**, Alameda Superior Court
- **Watson v Kalashian**, San Francisco Superior Court

**Arbitrations in Which Jerome Fishkin has Testified as an Expert Witness**

- [**Confidential fee dispute**] San Francisco County Bar Fee Arbitration [1/02]
- [**Confidential fee dispute**] San Francisco County Bar Fee Arbitration [3/02]
- [**Confidential fee dispute**] American Arbitration Association
- [**Confidential law firm dispute**] American



1575 Treat Blvd.
Suite 215
Walnut Creek, CA 94598
Email Us | Map & Directions





- Arbitration Association [3/10]
- [**Confidential fee dispute**] **San Francisco County Bar Fee Arbitration**
- [**Confidential fee dispute**] San Mateo County Bar Fee Arbitration
- **Drury v Nieser**, JAMS via San Francisco Superior Court
- **Fernandes v Malone**, American Arbitration Association
- **George v. Dreyer**, San Francisco Superior Court
- **Jet Pro v Lang**, San Mateo Superior Court
- **Paulden v Varga**, American Arbitration Association
- **Plasse v Ocadian** (Private Arbitration)
- **Rumble v Caplan**, US District Court, ND CA
- **Tocci v Warner**, AAA Arbitration

**Cases in Which Jerome Fishkin has Testified as an Expert Witness by Deposition**

- **4920 Corp v Ashworth**, Santa Clara Superior Court
- **Bylin v Caulfield**, San Mateo Superior Court
- **Charles v Chavez**, Santa Clara Superior Court
- **Christie v Johnson**, Dallas County, Texas
- [**Confidential law firm dispute**] **American Arbitration Association** [2/10]
- [**Confidential, "Cumis" dispute**] JAMS
- **In re Marriage of** [**confidential**], San Mateo Superior Court
- **Craft v Hughmanick**, Santa Clara Superior Court
- **Davalos v Levin**, Tulare Superior Court
- **Di Benedetto v Grell**, San Francisco Superior Court
- **Foster v Dyer**, Sacramento Superior Court
- **Freilich v Paul Hastings**, JAMS
- **Drury v Niesar**, San Francisco Superior court
- **Ganong & Michell v...** Contra Costa Superior Court
- **George v Dreyer**, Private Arbitration, Sacramento

- **Hower v Haran**, San Francisco Superior Court
- **Hung v Yao**, San Francisco Superior Court
- **Jones v. Alexander**, Contra Costa Superior Court
- **Lasky, Haas, Drever**, San Francisco Superior Court
- **Malouf v...**, San Francisco Superior Court
- **McKray v Hyde**, San Francisco Superior Court
- **O'Callahan v …**, Contra Costa Superior Court
- **Paulden v Varga**, San Francisco Superior Court
- **Pisani v... Buresh...**, Alameda Superior Court
- **Rader v Rutchik**, San Francisco Superior Court
- **Estate of Snyder**, Alameda Superior Court
- **Spangenberg v Gughemetti**, San Mateo Superior Court
- **Standard v Coolidge**, Sacramento Superior Court
- **Thomas v Cole**, Alameda Superior Court
- **Tocci v Warner**, AAA Arbitration
- **Zimman v Berkov**, Marin Superior Court

**Cases in Which Jerome Fishkin has Testified as an Expert Witness by Declaration**

- **Arguetas-Lopez, Oscar**, Board of Immigration Appeals
- **Bowles v Wagner**, JAMS
- **Bunker v Roux**, Santa Clara Superior Court
- **Chavez, Maria**, Board of Immigration Appeals
- **Desert Outdoor Corp v Murphy**, San Francisco Superior Court
- **Fitzgibbons v Dollar Financial Corporation**, Alameda Superior Court
- **Insurance Agent Cases**, Judicial Council Coordination
- **Home Insurance v Hisaka**, Hawaii Arbitration
- **Hughes v Estabrook**, Sonoma Superior Court
- **Jones v Public Defender**, Sacramento Superior Court
- **Hyon v Shopoff**, San Francisco Superior Court
- **Lindley v...**, San Francisco Superior Court
- **Lopez, Eleodoro**, Board of Immigration Appeals

- **Madfes v Thompson**, Nevada County Superior Court
- **McKoane v Honda**, U S District Court, ND, CA
- **Moore v CEI**, Santa Clara Superior Court
- **People v Eisenberg**, Los Angeles Superior Court
- **People v J.** [*confidential*], California Superior Court
- **Ross Valley Flood fee dispute**, JAMS [2/13]
- **Tocci v Warner**, AAA Arbitration
- **USA v Vincent**, U S District Court, ND CA
- **Vickery v Cinema Seven**, San Francisco Superior Court
- **Webster v LegalZoom**, Los Angeles, Superior Court

At the Bay Area law offices of Fishkin & Slatter LLP, we serve clients throughout the State of California, including San Francisco, Sacramento, Los Angeles, Lafayette, Pleasant Hill, Danville, San Ramon, Dublin, Pleasanton, Walnut Creek, Orinda, Livermore, Berkeley, Oakland, San Jose, Silicon Valley, Contra Costa County, and Santa Clara County.

© 2016 by Fishkin & Slatter LLP. All rights reserved. Disclaimer | Site Map

Privacy Policy | Business Development Solutions by FindLaw, a Thomson Reuters business.