

**WINSTON & STRAWN LLP**

North America  Europe  Asia

35 W. Wacker Drive
Chicago, IL 60601
T +1 312 558 5600
F +1 312 558 5700

**JAMES F. HERBISON**
Partner
(312) 558-5909
jherbison@winston.com

August 26, 2015

**VIA FEDERAL EXPRESS**

Blake Harrop
Antitrust Bureau
Office of the Illinois Attorney General
100 West Randolph Street
Chicago, Illinois 60601
E-Mail: bharrop@atg.state.il.us

Re:  *State of Illinois v. Hitachi Ltd., et al.*, Case No. 12-CH-35266

Dear Mr. Harrop:

   Enclosed please find a disc containing certain materials produced in response to the State of Illinois' document requests and interrogatories served on Defendants on April 21, 2015. The Defendants are coordinating their production, and the enclosed disc includes the first installment of materials that Panasonic Corporation, Panasonic Corporation of North America ("PNA"), and MT Picture Display Co., Ltd. ("MTPD," collectively, the "Panasonic Defendants") have agreed to produce on behalf of Defendants. Specifically:

- Deposition transcripts, exhibits and errata for the following Panasonic Defendants' witnesses deposed in the *In re CRT Antitrust Litigation*, Case No. 07-5944, MDL 1917 (N.D. Cal.): Muramatsu, Masashi; Kinoshita, Ayumu; Iwamoto, Shinichi; Chang, Allen (Zhang, Yu-Hao); Nishiyama, Hirokazu; Shyu, Michael (Hsu, Chih-Yen); Sanogawaya, Masaki; Nakano, Takashi; Wolff, Edwin; Kimura, Masahiro; Nowicki, Robert; Tobinaga, Tatsuo; Nishiyama, Hirokazu.

   This production also includes the following documents and written discovery in response to the document requests and interrogatories served on Panasonic Defendants:

- Documents bearing Bates numbers PNA-0000001-PNA-0017751; PNA-0017752; PNA-0027158-PNA-0027181; MTPD-0122906; PAN0000370-PAN0000516.

- Objections and Responses of PNA, MTPD and Panasonic Corporation to Direct Purchaser Plaintiffs' ("DPPs") First Set of Interrogatories, dated May 12, 2010;

- Supplemental Responses and Objections of PNA, MTPD and Panasonic Corporation to DPPs' First Set of Interrogatories, dated December 17, 2010;



- Second Supplemental Responses and Objections of PNA, MTPD, and Panasonic Corporation to DPPs' First Set of Interrogatories, dated November 3, 2011;

- Objections and Responses of Defendants PNA, MTPD and Panasonic Corporation to Plaintiff Hawel A. Hawel's (D/B/A/ City Electronics) Second Set of Interrogatories, dated November 7, 2011;

- Responses and Objections of Defendants PNA, MTPD and Panasonic Corp. to Sharp Plaintiffs First Set of Interrogatories, dated October 24, 2013;

- Defendant MTPD's Objections and Responses to Sharp Plaintiffs First Request for Admissions ("RFAs"), dated June 30, 2014;

- Defendant MTPD's Objections and Responses to Sharp Plaintiffs First Set of Interrogatories, dated June 30, 2014;

- Defendant Panasonic Corporation's Objections and Responses to Sharp Plaintiffs First Set of Interrogatories, dated June 30, 2014;

- Defendant Panasonic Corporation's Objections and Responses to Sharp Plaintiffs First Set of RFAs, dated June 30, 2014;

- PNA's Objections and Responses to Sharp Plaintiffs First RFAs, dated June 30, 2014;

- Defendant PNA's Objections and Responses to Sharp Plaintiffs First Set of Interrogatories, dated June 30, 2014;

- Objections and Responses of Defendants PNA, MTPD and Panasonic Corporation to Direct Action Plaintiffs' ("DAPs") First Set of Interrogatories, dated July 10, 2014;

- Objections and Responses of Defendants PNA, MTPD and Panasonic Corporation to DAPs' First RFA's, dated July 10, 2014;

- Defendant MTPD's Objections and Responses to Target Corp.'s First RFAs, dated September 2, 2014;

- Defendant MTPD's Objections and Verified Responses to Target Corp.'s First Set of Interrogatories, dated September 2, 2014;

- Defendant Panasonic Corporation's Objections and Responses to Target Corp.'s First RFAs, dated September 2, 2014;

- Defendant Panasonic Corporation, F/K/A Matsushita Electric Industrial Co., Ltd.'s Objections and Verified Responses to Target Corp.'s First Set Of Interrogatories, dated September 2, 2014;



- Defendant PNA's Objections and Responses to Target Corp.'s First RFAs, dated September 2, 2014;

- Defendant PNA's Objections and Verified Responses to Target Corp.'s First Set of Interrogatories, dated September 2, 2014;

- Objections and Responses of Defendants Panasonic Corporation, PNA, and MTPD to DAPs' and Indirect Purchaser Plaintiffs' ("IPPs") First RFAs, dated September 3, 2014;

- Objections and Responses of Defendants PNA, MTPD and Panasonic Corp. to DAPs' Second RFAs, dated September 3, 2014;

- Objections and Responses of Defendants Panasonic Corporation, PNA and MTPD to Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust's First Set of Interrogatories, dated September 3, 2014;

- Objections and Responses of Defendant MTPD to IPPs' First Set of Interrogatories to All Defendants, dated September 4, 2014;

- Objections and Responses of Defendant Panasonic Corporation to IPPs' First Set of Interrogatories to All Defendants, dated September 4, 2014;

- Objections and Responses of Defendant PNA to IPPs' First Set of Interrogatories to All Defendants, dated September 4, 2014;

- Objections and Responses of Defendants Panasonic Corporation, PNA, and MTPD to IPPs' First RFAs, dated September 4, 2014;

- Objections and Responses of Defendants Panasonic Corporation, PNA, and MTPD to IPPs' First Set of Interrogatories, dated September 4, 2014;

- Objections and Responses of Defendants Panasonic Corporation, PNA, and MTPD to DAPs' Second Set of Interrogatories, dated September 5, 2014;

- Panasonic Corporation, PNA and MTPD, Supplemental Responses to Interrogatory Nos. 1, 3-7, and 11-12 of the IPPs' First Set of Interrogatories, dated October 10, 2014;

- Supplemental Objections and Responses of Defendant MTPD to IPPs' First Set of Interrogatories to all Defendants, dated October 17, 2014;

- Supplemental Objections and Responses of Defendant Panasonic Corporation to IPPs' First Set of Interrogatories to all Defendants, dated October 17, 2014;

- Supplemental Objections and Responses of Defendant PNA to IPPs' First Set of Interrogatories to all Defendants, dated October 17, 2014;



August 26, 2015<br>Page 4

- Objections and Responses of Defendants Panasonic Corporation, PNA and MTPD To DAPs' and IPPs' First RFAs, dated November 7, 2014;

- Supplemental Responses Of Defendants Panasonic Corporation, PNA, and MTPD To DAPs' and IPPs' First RFAs, dated December 5, 2014.

Please note that certain of these documents have been designated Confidential or Highly Confidential under the MDL Protective Order, which Samsung SDI provided to you on May 22, 2015. The enclosed materials are now being produced subject to the May 28, 2013 Protective Order in this case ("IL Protective Order"), and any confidentiality designations appearing on the enclosed materials from the MDL are also the same confidentiality designations that are being made for their production in this case. These materials are being produced subject to their designation and treatment as protected materials under the IL Protective Order.

Please do not hesitate to contact me with any questions or concerns.

Sincerely,

James F. Herbison

*Counsel for Panasonic Corporation, Panasonic Corporation of North America, and MT Picture Display Co., Ltd.*

**WHITE & CASE**

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005-3807

Tel + 1 202 626 3600
Fax + 1 202 639 9355
whitecase.com

Direct Dial + 202-637-6181    dcfoster@whitecase.com

July 10, 2015

VIA E-MAIL AND FEDEX

Blake L. Harrop, Esq.
Senior Assistant Attorney General
Antitrust Bureau
Office of the Illinois Attorney General
100 West Randolph Street
Chicago, IL 60601
bharrop@atg.state.il.us

Re: *State of Illinois v. Hitachi Ltd., et al.*, Case No. 12-CH-35266

Dear Blake:

On behalf of Toshiba Corporation, enclosed please find two (2) disks containing copies of non-privileged documents, discovery responses, deposition transcripts (with exhibits), and certain expert reports from the case captioned *In re: Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 07-5944 SC, MDL No. 1917 (N.D. Cal.) (the "MDL") that are responsive to the State of Illinois's First Set of Document Requests and First Set of Interrogatories. The defendants in the State's action are coordinating their production of materials from the MDL.

The enclosed disks contain the following:

i. Documents bates-labeled TSB-CRT-00061306 through TSB-CRT-00061317, TAIS-CRT-00000970, and TACP-CRT-00000045 through TACP-CRT-00000065;

ii. Copies of Toshiba Corp.'s responses to the discovery requests propounded by Plaintiffs in the MDL;

iii. Transcripts (with exhibits) of the Rule 30(b)(6) depositions of Toshiba Corp., Toshiba America Information Systems, Inc., and Toshiba America Consumer Products, L.L.C. that were taken in the MDL;

iv. Transcripts (with exhibits) of the Rule 30(b)(6) depositions of ABC Appliance, Inc. d/b/a ABC Warehouse, MARTA Cooperative of America, Inc., P.C. Richard & Son Long Island Corporation, Sears, Roebuck and Co., and Kmart Corp. that were taken in the MDL;

ABU DHABI  ALMATY  ANKARA  ASTANA  BEIJING  BERLIN  BRATISLAVA  BRUSSELS  DOHA  DUBAI  DUSSELDORF  FRANKFURT  GENEVA  HAMBURG
HELSINKI  HONG KONG  ISTANBUL  JOHANNESBURG  LONDON  LOS ANGELES  MADRID  MEXICO CITY  MIAMI  MILAN  MOSCOW  MUNICH
NEW YORK  PARIS  PRAGUE  RIYADH  SÃO PAULO  SHANGHAI  SILICON VALLEY  SINGAPORE  STOCKHOLM  TOKYO  WARSAW  WASHINGTON, DC

    v.    Transcripts (with exhibits) of the Rule 30(b)(6) depositions of the Direct Purchaser Plaintiffs' class representatives Hawel A. Hawel, d/b/a City Electronics, Royal Data Services, Inc., Arch Electronics, Inc., Princeton Display Technologies, Inc., Studio Spectrum, Inc., Crago, d/b/a Dash Computers, Inc., Wettstein and Sons, Inc., d/b/a Wettstein's, Meijer, Inc. and Meijer Distribution, Inc., Nathan Muchnick, Inc., and Radio & TV Equipment, Inc., that were taken in the MDL;

    vi.    Transcripts (with exhibits) of the depositions of Norio Fujita, Tomoyuki Kawano, Jack Milliken, Kazuhiro Nishimaru, Kazutaka Nishimura, Shinichiro Tsuruta, and Yasuki Yamamoto that were taken in the MDL;

    vii.    Transcripts (with exhibits) of the depositions of ABC Appliance, Inc. d/b/a ABC Warehouse employees Daniel Schuh, David Dirven, Gary Vigneau, Gus Tanas, Martin Hartunian, and Mike Bone that were taken in the MDL;

    viii.    Transcripts (with exhibits) of the depositions of current or former MARTA Cooperative of America, Inc. employees Aimee Fields, Warren Mann, and Jeff Sokol that were taken in the MDL;

    ix.    Transcripts (with exhibits) of the depositions of P.C. Richard & Son Long Island Corporation employees Chris Parolisi Gregg Richard, John Bogdanos, and John LaRegina that were taken in the MDL;

    x.    Transcripts (with exhibits) of the depositions of current or former Sears, Roebuck and Co., or Kmart Corp. employees Charles Bacon, Glenna Hess, Jacqueline Blackmond, Mike Jemo, Paula Paquette, Roger Teel, Sara LaPorta, and Shelly Karam that were taken in the MDL;

    xi.    Transcript (with exhibits) of the deposition of Technologies Displays Americas, LLC employee Albino Bessa that was taken in the MDL;

    xii.    Transcript (with exhibits) of the deposition of Edward A. Snyder that was taken in the MDL;

    xiii.    Transcripts (with exhibits) of the depositions of Dennis W. Carlton that were taken in the MDL;

    xiv.    Transcripts (with exhibits) of the depositions of Kenneth G. Elzinga that were taken in the MDL;

    xv.    Surrebuttal Report of Edward A. Snyder, dated November 6, 2014; and

    xvi.    Erratas to Reply Expert Reports of Dennis W. Carlton, dated September 23, 2014, and Expert Surrebuttal Reports of Dennis W. Carlton, dated November 26, 2014, from the MDL.

Please note that the documents, deposition transcripts, exhibits, and expert reports described in romanettes i, ii, iii, vi, xii, and xiii above have been designated "Confidential" or "Highly Confidential" under the May 28, 2013 Protective Order. The other documents, deposition transcripts, and exhibits have been designated "Confidential" or "Highly Confidential" under the June 18, 2008 Stipulated Protective Order issued in the MDL, and are now being produced

Blake L. Harrop, Esq.

**WHITE & CASE**

subject to the May 28, 2013 Protective Order; that is, the confidentiality designations appearing on the enclosed materials from the MDL are the same confidentiality designations under the May 28, 2013 Protective Order, and these materials are being produced subject to their designation and treatment as protected materials under the May 28, 2013 Protective Order.

Please let me know if you have any questions about these materials.

Sincerely,

Dana E. Foster

Enclosures

3

**SheppardMullin**

Sheppard, Mullin, Richter & Hampton LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
415.434.9100 main
415.434.3947 fax
www.sheppardmullin.com

213.617.4206 direct
lcaseria@sheppardmullin.com

February 2, 2016

File Number: 08Z8-134298

**VIA FEDEX**

Blake Harrop
Antitrust Bureau
Office of the Illinois Attorney General
100 West Randolph Street
Chicago, Illinois 60601
E-Mail: bharrop@atg.state.il.us

Re:   *State of Illinois v. Hitachi Ltd., et al.*, Case No. 12-CH-35266

Dear Blake:

    Enclosed please find a disc containing certain materials in response to the State of Illinois's document requests. The defendants are coordinating their production, and the enclosed disc includes certain materials allocated to the Samsung SDI[1] defendants for production.

- Dr. Netz's MDL[2] deposition transcripts, and exhibits;

- The MDL expert reports of Dr. Netz;

    Please note that certain of these documents have been designated Confidential or Highly Confidential under the MDL Protective Order, which Samsung SDI provided to you on May 22, 2015. The enclosed materials are now being produced subject to the May 28, 2013 Protective Order in this case ("IL Protective Order"), and any confidentiality designations appearing on the enclosed materials from the MDL are also the same confidentiality designations that are being made for their production in this case. These materials are being produced subject to their designation and treatment as protected materials under the IL Protective Order.

---

[1] Samsung SDI refers to defendants Samsung SDI America, Inc., and Samsung SDI Co., Ltd.
[2] MDL refers to *In re CRT Antitrust Litigation*, Case No. 07-5944, MDL 1917 (N.D. Cal.).

Blake Harrop
February 2, 2016
Page 2

Please do not hesitate to contact me with any questions or concerns.

Sincerely,

Leo D. Caseria
for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

Counsel for Samsung SDI America, Inc., and
Samsung SDI Co., Ltd.

SMRH:474838377.1
Enclosures