**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. C-07-05944-JST<br><br>MDL No. 1917 |
| This Order Relates To:<br><br>All Actions | **[Proposed] Order Granting State of Illinois' Motion to File Documents on the Public Record** |

This matter, having come before the Court, and the Court having considered the parties' papers and any oral arguments:

It is hereby ordered that the State' Motion to File Documents on the Public Record is granted. The filing parties on Exhibit C to the State's motion have 60 days from entry of this order to redact any privacy information, such as SSNs, home addresses, and personal telephone numbers, in the documents from the corresponding docket entries on Exhibit C and to refile the entire docket entry on the public record.

**IT IS SO ORDERED.**

Dated:_____     Entered: _____
                                                      Hon. Jon S. Tigar
                                                      United States District Judge

Order prepared by:
Chadwick O. Brooker (#99000)
Assistant Attorney General
Office of the Illinois Attorney General
Antitrust Bureau
100 W. Randolph Street
Chicago, Illinois 60601
(312) 793-3891 (phone)
(312) 814-4209 (fax)
cbrooker@atg.state.il.us
*Counsel for the State of Illinois*