### Certificate of Service

On November 28, 2016, I caused a copy of the State of Illinois' Motion to File Documents on the Public Record and its accompanying declaration and exhibits to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

LISA MADIGAN,
Attorney General of Illinois

By: /s/ Chadwick O. Brooker
(pro hac vice)
Chadwick O. Brooker
Assistant Attorney General
Antitrust Bureau
Office of the Illinois Attorney General
100 W. Randolph Street
Chicago, Illinois 60601
(312) 793-3891
cbrooker@atg.state.il.us