Blake L. Harrop
Chadwick O. Brooker
Antitrust Bureau
Office of the Illinois Attorney General
100 W. Randolph Street
Chicago, Illinois 60601
(312) 814-1004 (phone)
(312) 793-3891 (phone)
(312) 814-4209 (fax)
bharrop@atg.state.il.us
cbrooker@atg.state.il.us

*Counsel for the State of Illinois*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. CV-07-5944-JST<br>MDL No. 1917<br><br>**State of Illinois' Instanter Request To Appear by Telephone** |
| This Document Relates To:<br><br>All Actions | Court: Courtroom 9, 19th Floor, 450 Golden Gate Ave., San Francisco, CA<br>Judge: Hon. Jon S. Tigar |

## State of Illinois' Instanter Request to Appear By Telephone

Pursuant to Local Rule 16-10(a), counsel for the State of Illinois respectfully request that they be permitted to appear by telephone at the hearing scheduled for January 5, 2017, at 2:00 pm. Counsel for the State work and reside outside of California which, in light of commitments in other cases, may make it difficult for them to attend the hearing in person.

| | | |
|---|---|---|
| 1 | Dated: November 28, 2016 | Respectfully submitted, |
| 2 | | |
| 3 | | LISA MADIGAN,<br>Attorney General of Illinois |
| 4 | | By: /s/ Chadwick O. Brooker |
| 5 | | Chadwick O. Brooker<br>Assistant Attorney General |
| 6 | | Antitrust Bureau<br>Office of the Illinois Attorney General |
| 7 | | 100 W. Randolph Street<br>Chicago, Illinois 60601 |
| 8 | | (312) 793-3891 |
| 9 | | cbrooker@atg.state.il.us |
| 10 | | *Counsel for the State of Illinois* |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>All Actions | No. CV-07-5944-JST<br>MDL No. 1917<br><br>**[Proposed] Order Granting State of Illinois' Instanter Request To Appear by Telephone** |

The State of Illinois' request for counsel to appear by telephone at the hearing scheduled for January 5, 2017, at 2:00 pm is hereby **GRANTED**.

**IT IS SO ORDERED.**

Dated: _____, 2016           _____
                                          Hon. Jon S. Tigar
                                          United States District Judge

**Certificate of Service**

On November 28, 2016, I caused a copy of the State of Illinois' Instanter Request To Appear by Telephone to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

LISA MADIGAN,
Attorney General of Illinois

By: /s/ Chadwick O. Brooker
Chadwick O. Brooker
Assistant Attorney General
Antitrust Bureau
Office of the Illinois Attorney General
100 W. Randolph Street
Chicago, Illinois 60601
(312) 793-3891
cbrooker@atg.state.il.us