# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>All Actions | No. CV-07-5944-JST<br>MDL No. 1917<br><br>**[Proposed]** Order Granting State of Illinois' Instanter Request To Appear by Telephone |

The State of Illinois' request for counsel to appear by telephone at the hearing scheduled for January 5, 2017, at 2:00 pm is hereby **GRANTED**.

**IT IS SO ORDERED.**

Dated:  __November 28__, 2016

_____
Hon. Jon S. Tigar
United States District Judge