Timothy R. Hanigan (125791)
LANG, HANIGAN & CARVALHO, LLP
21550 Oxnard Street, Suite 760
Woodland Hills, California 91367
(818) 883-5644
trhanigan@gmail.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-5944-JST |
| | MDL No. 1917 |
| This Document Relates to: | **CLASS ACTION** |
| All Indirect Purchaser Actions | The Honorable Jon S. Tigar |

## OBJECTOR SEAN HULL'S MOTION FOR LEAVE TO FILE REPLY TO RESPONSE TO OBJECTION OF SEAN HULL TO CORRECTED SPECIAL MASTER'S REPORT & RECOMMENDATION RE ALLOCATION OF IPP CLASS COUNSEL ATTORNEYS' FEES

Lead class counsel filed their Response to Objection of Sean Hull to Corrected Special Mater's Report and Recommendation re Allocation of IPP Class Counsel Attorneys' Fees on November 22, 2016. (ECF Doc. No. 5052). This Court did not provide for reply briefing (ECF Doc. No. 4974) as it relates to objections to the corrected special master report and recommendation (ECF Doc. No. 4976) concerning allocation of IPP class counsel attorneys' fees.

However, because lead class counsel has introduced several new arguments in their response to Mr. Hull's objections, and to assist the Court in ruling on these issues, Objector Sean Hull respectfully requests that, based on good cause, he be granted leave to file the Reply attached hereto as Exhibit 1.

Dated: December 6, 2016    Respectfully submitted,

/s/ Timothy R. Hanigan
Timothy R. Hanigan (125791)
LANG, HANIGAN & CARVALHO, LLP
21550 Oxnard Street, Suite 760
Woodland Hills, California 91367
(818) 883-5644
trhanigan@gmail.com

*Counsel for Objector Sean Hull*

## PROOF OF SERVICE

I, Timothy R. Hanigan, hereby certify that on this 6th day of December 2016, I caused the foregoing to be electronically filed using the CM/ECF filing system thus effectuating service of such filing on all ECF registered attorneys in this case.

*/s/ Timothy R. Hanigan*
Timothy R. Hanigan