UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 |
|---|---|
| | Case No. C-07-5944 JST |
| This Order Relates To: | **ORDER DENYING LEAVE TO FILE REPLY** |
| ALL INDIRECT PURCHASER ACTIONS | ECF No. 5066 |

Objector Sean Hull's motion for leave to file a reply brief is denied.

IT IS SO ORDERED.

Dated: December 7, 2016

_____
JON S. TIGAR
United States District Judge