BRAD D. BRIAN (SBN 079001)
*brad.brian@mto.com*
GREGORY J. WEINGART (SBN 157997)
*gregory.weingart@mto.com*
E. MARTIN ESTRADA (SBN 223802)
*martin.estrada@mto.com*
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

*Attorneys for Defendant LG Electronics, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*All Actions* | Case No. No. 3:07-cv-05944-JST<br><br>MDL NO. 1917<br><br>**OPPOSITION OF DEFENDANT LG ELECTRONICS, INC. TO STATE OF ILLINOIS' MOTION TO FILE DOCUMENTS ON THE PUBLIC RECORD**<br><br>Judge:  Hon. Jon S. Tigar<br>Ctrm:   9, 19th Floor<br>Date:   January 5, 2017<br>Time:   2:00 p.m. |

1       Defendant LG Electronics, Inc. ("LGE") opposes the State of Illinois' Motion to File Documents on the Public Record (ECF No. 5063) only insofar as the State requests, in two instances, that LGE re-file documents associated with docket entries that have since been corrected.  First, the State requests that LGE re-file in the public record ECF No. 3023.  *See* ECF No. 5063-4, at 3.  But according to the docket, ECF No. 3023 was corrected and re-filed at ECF Nos. 3062 (with an additional correction to ECF No. 3062 filed at ECF No. 3097) and 3078.[1]  Second, another docket entry listed by the State—ECF No. 3041—has since been corrected at ECF Nos. 3064, 3066, and 3067.[2]  To be clear, LGE does not oppose the State's request that either *corrected* docket entry listed in the State's request—ECF No. 3062, or ECF No. 3064—be re-filed in the public record.[3]  LGE therefore respectfully requests that the Court deny the State's motion as to ECF Nos. 3023 and 3041.

Dated:  December 12, 2016

Respectfully submitted,

**MUNGER, TOLLES & OLSON LLP**

By: */s/ E. Martin Estrada*
BRAD D. BRIAN (SBN 079001)
*brad.brian@mto.com*
GREGORY J. WEINGART (SBN 157997)
*gregory.weingart@mto.com*
E. MARTIN ESTRADA (SBN 223802)
*martin.estrada@mto.com*
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

*Attorneys for Defendant LG Electronics, Inc.*

---

[1] ECF No. 3078 was filed in the public record.  ECF Nos. 3062 and 3097 include under-seal filings; of these two, only ECF No. 3062 is on the State's list of requested filings.  *See* ECF No. 5063-4, at 4.

[2] All three entries include under-seal filings, but only ECF No. 3064 is on the State's list of requested filings.  *See* ECF No. 5063-4, at 4.

[3] LGE recognizes, however, that other parties may oppose LGE's re-filing of these docket entries, and/or other docket entries originally filed by LGE that are on the State's list of requested filings.