1  JEFFREY L. KESSLER (*pro hac vice*)
   E-mail: JKessler@winston.com
2  A. PAUL VICTOR (*pro hac vice*)
   E-mail: PVictor@winston.com
3  EVA COLE (*pro hac vice*)
   E-mail: EWCole@winston.com
4  MOLLY M. DONOVAN
   E-mail: MMDonovan@winston.com
5  **WINSTON & STRAWN LLP**
   200 Park Avenue
6  New York, NY 10166
   Telephone: (212) 294-6700
7
   STEVEN A. REISS (*pro hac vice*)
8  E-mail: steven.reiss@weil.com
   DAVID L. YOHAI (*pro hac vice*)
9  E-mail: david.yohai@weil.com
   ADAM C. HEMLOCK (*pro hac vice*)
10 E-mail: adam.hemlock@weil.com
   **WEIL, GOTSHAL & MANGES LLP**
11 767 Fifth Avenue
   New York, New York 10153-0119
12 Telephone: (212) 310-8000
   Facsimile: (212) 310-8007
13
   *Attorneys for Defendants Panasonic Corporation (f/k/a Matsushita Electric*
14 *Industrial Co., Ltd.), Panasonic Corporation of North America, MT Picture*
   *Display Co., Ltd.*
15
   Additional Moving Parties and Counsel Listed on Signature Pages
16

17                          **UNITED STATES DISTRICT COURT**
                            **NORTHERN DISTRICT OF CALIFORNIA**
18                              **SAN FRANCISCO DIVISION**

19

20                                                  **Case No. 07-5944-JST**

21                                                  **MDL No. 1917**
   **In re: CATHODE RAY TUBE (CRT)**
22 **ANTITRUST LITIGATION**
                                                    **DECLARATION OF EVA W. COLE IN**
23                                                  **SUPPORT OF CERTAIN DEFENDANTS'**
                                                    **RESPONSE TO STATE OF ILLINOIS'S**
24 This Document Relates to:                        **MOTION TO FILE DOCUMENTS ON**
                                                    **THE PUBLIC RECORD**
25 All Actions
                                                    Judge:  Hon. Jon S. Tigar
26                                                  Court:  Courtroom 9, 19th Floor
                                                    Date:   January 5, 2017
27

28

---
DECL. OF EVA W. COLE I/S/O CERTAIN DEFENDANTS' RESPONSE TO                Case No. 07-5944
STATE OF ILLINOIS'S MOTION TO FILE DOCUMENTS ON THE PUBLIC RECORD           MDL NO. 1917

I, Eva W. Cole, declare as follows:

1. I am an attorney with the firm of Winston & Strawn LLP, attorneys for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, and MT Picture Display Co., Ltd. in these actions. I am a member of the bar of the State of New York and I am admitted to practice before this Court *pro hac vice*. I make this declaration in support of Certain Defendants' Response to State of Illinois's Motion to File Documents on the Public Record.

2. Attached hereto as Exhibit A is a true and correct copy of Memorandum of Defendants In Opposition To The State's Motion To Compel Defendants To Produce Sealed Briefs Filed In The MDL Case, filed in *State of Illinois v. Hitachi, Ltd. et al*, No. 2012 CH 35266 (Cook County, Ill.).

3. Attached hereto as Exhibit B is a true and correct copy of the May 11, 2016 Hearing Transcript in *State of Illinois v. Hitachi, Ltd. et al*, No. 2012 CH 35266 (Cook County, Ill.).

4. Attached hereto as Exhibit C is a true and correct copy of the March 10, 2016 Hearing Transcript in *State of Illinois v. Hitachi, Ltd. et al*, No. 2012 CH 35266 (Cook County, Ill.).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: December 12, 2016          By:   /s/ Eva W. Cole

JEFFREY L. KESSLER (*pro hac vice*)
Email: JKessler@winston.com
ALDO A. BADINI (SBN 257086)
Email: ABadini@winston.com
EVA W. COLE (*pro hac vice*)
Email: EWCole@winston.com
MOLLY M. DONOVAN
Email: MMDonovan@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

STEVEN A. REISS (*pro hac vice*)
Email: steven.reiss@weil.com
DAVID L. YOHAI (*pro hac vice*)
Email: david.yohai@weil.com

-1-

1
2
3
4
5
6

ADAM C. HEMLOCK (*pro hac vice*)
Email: adam.hemlock@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, NY 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, MT Picture Display Co., Ltd.*

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-

DECL. OF EVA W. COLE I/S/O CERTAIN DEFENDANTS' RESPONSE TO
STATE OF ILLINOIS'S MOTION TO FILE DOCUMENTS ON THE PUBLIC RECORD

Case No. 07-5944
MDL NO. 1917