Kathy L. Osborn (*pro hac vice*)
Ryan M. Hurley (*pro hac vice*)
FAEGRE BAKER DANIELS LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN  46204
Telephone: +1 317-237-0300
Facsimile: +1 317-237-1000
kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com

Jeffrey S. Roberts (*pro hac vice*)
FAEGRE BAKER DANIELS LLP
3200 Wells Fargo
1700 Lincoln Street
Denver, CO  80203
Telephone: +1 303-607-3500
Facsimile:  +1 303-607-3600
jeff.roberts@FaegreBD.com

*Attorneys for Defendants Thomson Consumer, Inc. and Thomson SA*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. 07-cv-5944-JST<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Sharp Electronics Corp., et al. v. Hitachi Ltd., et al.*, No. 13-cv-1173 | **SHARP PLAINTIFFS' AND THOMSON AND TDA DEFENDANTS' STIPULATION AND [PROPOSED] ORDER TO SUSPEND PRETRIAL DEADLINES** |

Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc. (collectively, "Sharp") and Defendants Thomson SA, n/k/a Technicolor SA, Thomson Consumer Electronics, Inc., n/k/a Technicolor USA, Inc. (together "Thomson") and Technologies Displays Americas, LLC ("TDA") hereby advise the Court that they have reached a settlement of the claims asserted by Sharp against Thomson and TDA and expect to be able to file a dismissal in February 2017.  The Parties stipulate and agree, subject to this Court's

approval, to the suspension of all pretrial disclosures and related deadlines in this case, including but not limited to those set forth in the Court's Pretrial Scheduling Order [Dkt. 4828], pending the execution of a settlement agreement and fulfillment of the terms of that agreement.

Dated: December 14, 2016

Respectfully submitted,

By: */s/ Kathy L. Osborn*
Kathy L. Osborn (*pro hac vice*)
Ryan M. Hurley (*pro hac vice*)
Faegre Baker Daniels LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN  46204
Telephone: +1 317-237-0300
Facsimile: +1 317-237-1000
kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com

Jeffrey S. Roberts (*pro hac vice*)
Faegre Baker Daniels LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO  80203
Telephone: +1 303-607-3500
Facsimile:  +1 303-607-3600
jeff.roberts@FaegreBD.com

***Attorneys for Thomson SA and Thomson Consumer Electronics, Inc.***

By: */s/ Donald A. Wall*
DONALD A. WALL (*pro hac vice*)
Email: donald.wall@squirepb.com
SQUIRE PATTON BOGGS (US) LLP
1 East Washington Street, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 528-4000
Facsimile: (602) 253-8129

***Attorneys for Defendant Technologies Displays Americas LLC***

```
                              By: /s/ Craig A. Benson
                              KENNETH A. GALLO
                              CRAIG A. BENSON
                              Paul, Weiss, Rifkind, Wharton & Garrison LLP
                              2001 K. Street, NW
                              Washington, DC 20006-1047
                              Telephone: (202) 223-7356
                              kgallo@paulweiss.com
                              cbenson@paulweiss.com
```

*Attorneys for Plaintiffs Sharp Electronics Corp. and Sharp Electronics Manufacturing Company of America, Inc.*

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated:  December 15, 2016                    _____
                                             Hon. Jon S. Tigar, United States District Judge