## Certificate of Service

On December 16, 2016, I caused a copy of the State of Illinois' Reply In Support of Its Motion to File Documents on the Public Record and its accompanying exhibit to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

    LISA MADIGAN,
    Attorney General of Illinois

    By: /s/ Chadwick O. Brooker
    (pro hac vice)
    Chadwick O. Brooker
    Assistant Attorney General
    Antitrust Bureau
    Office of the Illinois Attorney General
    100 W. Randolph Street
    Chicago, Illinois 60601
    (312) 793-3891
    cbrooker@atg.state.il.us