(Stipulating Parties Listed on Signature Pages)

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-5944 (JST)<br>MDL No. 1917 |
| This Document Relates to:<br><br>Individual Case No. 13-cv-05262<br><br>SEARS, ROEBUCK AND CO. and KMART CORP.,<br><br>　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>TECHNICOLOR SA, *et al.*,<br><br>　　　　　　Defendants. | **STIPULATION OF DISMISSAL WITH PREJUDICE AS TO TECHNICOLOR AND TDA DEFENDANTS** |

On February 8, 2016, Plaintiffs Sears, Roebuck and Co. and Kmart Corp. (collectively, "Plaintiffs") and Defendants Technicolor SA (f/k/a Thomson SA), Technicolor USA, Inc., (f/k/a Thomson Consumer Electronics, Inc.) (collectively, "Technicolor") and Technologies Displays Americas LLC (f/k/a Thomson Displays Americas LLC) ("TDA") stipulated to the dismissal, without prejudice, of this action as to the Technicolor and TDA Defendants pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. ECF No. 4374.

1  Plaintiffs, Technicolor, and TDA, by and through their respective attorneys, now stipulate to the dismissal of this action *with* prejudice as to the Technicolor and TDA Defendants. Each party shall bear its own costs and attorney's fees. This stipulation is not a dismissal of any person or entity other than the Technicolor and TDA Defendants.

WHEREFORE, the parties respectfully request that this Court issue an Agreed Order of Dismissal With Prejudice.

IT IS SO STIPULATED.

Dated:  December 21, 2016                                   Respectfully submitted,

By: /s/ *William J. Blechman*
　　　Richard Alan Arnold, Esquire
　　　William J. Blechman, Esquire
　　　Kevin J. Murray, Esquire
　　　Samuel J. Randall, Esquire
　　　KENNY NACHWALTER, P.A.
　　　201 S. Biscayne Boulevard
　　　Suite 1100
　　　Miami, Florida  33131
　　　Tel:   (305) 373-1000
　　　Fax:   (305) 372-1861
　　　E-mail:   rarnold@knpa.com
　　　　　　　 wblechman@knpa.com
　　　　　　　 kmurray@knpa.com
　　　　　　　 srandall@knpa.com

*Counsel for Plaintiffs Sears, Roebuck and Co. and Kmart Corp.*

Dated:  December 21, 2016                                   By: /s/ *Kathy L. Osborn*
　　　Kathy L. Osborn, Esquire
　　　FAEGRE BAKER DANIELS LLP
　　　300 N. Meridian Street
　　　Suite 2700
　　　Indianapolis, IN  46204
　　　Tel:   (317) 237-8261
　　　Fax:   (317) 237-8562
　　　E-mail:   kathy.osborn@Faegrebd.com

*Counsel for the Technicolor Defendants*

---

STIPULATION OF DISMISSAL AS TO TECHNICOLOR AND TDA DEFENDANTS
Case No. 07-cv-5944 (JST); MDL No. 1917
2

| | |
|---|---|
| Dated:  December 21, 2016 | By: /s/ *Jeffrey I. Zuckerman*<br>Jeffrey I. Zuckerman, Esquire<br>Curtis, Mallet-Prevost, Colt & Mosle LLP<br>1717 Pennsylvania Avenue, N.W.<br>Washington, D.C.  20006<br>Tel:   (202) 452-7350<br>Fax:   (917) 368-7350<br>E-mail:   jzuckerman@curtis.com |

***Counsel for the TDA Defendants***

Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from each of the signatories.

### **CERTIFICATE OF SERVICE**

On December 21, 2016, I caused a copy of the foregoing Stipulation of Dismissal to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

By: /s/ *William J. Blechman*
William J. Blechman (*pro hac vice*)

553677.1