# B O I E S ,   S C H I L L E R   &   F L E X N E R   L L P

30 SOUTH PEARL STREET * ALBANY, NY 12207 * 518-434-0600 * FAX 518-434-0665

December 22, 2016

**VIA ECF**

The Honorable Jon S. Tigar
United States District Judge
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

> Re:   *In re Cathode Ray Tube (CRT) Antitrust Litigation*, **No. 07-5944-JST, MDL No. 1917**

Dear Judge Tigar:

I write in furtherance of the parties' duty to advise the Court of any settlements relevant to this MDL and the effect of those settlements on matters that have been submitted to the Court.

The direct action plaintiff group represented by Boies, Schiller & Flexner LLP and Bilzin Sumberg LLP[1] (the "Settling DAPs") and Defendant LG Electronics, Inc. ("LG") have reached a settlement in principle to resolve the Settling DAPs' claims against LG. The parties to this settlement are memorializing its final terms and anticipate filing a stipulation of dismissal within the next sixty days. Five groups of defendants will remain in the Settling DAPs' respective cases upon completion of this settlement with LG: Panasonic, Philips, Samsung, Thomson[2], and Toshiba. As such, this settlement between the Settling DAPs and LG does not moot any motions pending before the Court.

In view of the stipulations filed in the Sears/Kmart, Sharp, and DPP cases regarding settlement of those actions, the seven motions enumerated in the DAPs' motion for suggestion of

---

[1] Electrograph Systems, Inc.; Electrograph Technologies, Corp.; Office Depot, Inc.; CompuCom Systems, Inc.; Interbond Corporation of America; P.C. Richard & Son Long Island Corporation; MARTA Cooperative of America, Inc.; ABC Appliance, Inc.; and Schultze Agency Services LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC (represented by Boies, Schiller & Flexner LLP); and Tech Data Corporation and Tech Data Product Management, Inc. (represented by both Boies, Schiller & Flexner LLP and Bilzin Sumberg LLP).

[2] Thomson is not named as a defendant in the direct action case brought by CompuCom Systems, Inc.

December 22, 2016
The Honorable Jon S. Tigar
Page 2 of 2

remand (ECF No. 4985) and in the Defendants' response thereto (ECF No. 5011) are the only remaining matters for the Court to resolve in any DAP actions in this MDL.


Respectfully submitted,

/s/ Philip J. Iovieno

Philip J. Iovieno

*Liaison Counsel for the Direct Action Plaintiffs*


cc:     Special Master Hon. (Ret.) Vaughn R. Walker