STEPHEN E. TAYLOR (SBN 58452)
JONATHAN A. PATCHEN (SBN 237346)
CHERYL A. GALVIN (SBN 252262)
TAYLOR & PATCHEN, LLP
One Ferry Building, Suite 355
San Francisco, California  94111
Telephone:  (415) 788-8200
Facsimile:   (415) 788-8208
E-mail: staylor@taylorpatchen.com
E-mail: jpatchen@taylorpatchen.com
E-mail: cgalvin@taylorpatchen.com

*Attorneys for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Case No.: 07-CV-05944-JST<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Sharp Electronics Corp., et al. v. Hitachi Ltd., et al.,*  Case No. 13-CV-01173-SC<br><br>*Sharp Electronics Corp., et al. v. Koninklijke Philips Electronics, N.V., et al.,*  Case No. 13-CV-02776-SC | **NOTICE OF CHANGE OF FIRM NAME AND EMAIL ADDRESSES**<br><br>Honorable Jon S. Tigar |

NOTICE OF CHANGE OF FIRM NAME AND EMAIL ADDRESSES: CASE NO.: 07-CV-05944-JST

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, effective immediately, counsel for plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc. (collectively "Sharp") in the above-captioned matter, formerly known as Taylor & Company Law Offices, LLP, has changed its name to Taylor & Patchen, LLP ("Taylor & Patchen").

The contact information for the Taylor & Patchen attorneys who are appearing in this matter on behalf of plaintiff Sharp, including their new email addresses, is as follows:

Stephen E. Taylor (SBN 58452)
Taylor & Patchen, LLP
One Ferry Building, Suite 355
San Francisco, CA  94111
staylor@taylorpatchen.com

Jonathan A. Patchen (SBN 237346)
Taylor & Patchen, LLP
One Ferry Building, Suite 355
San Francisco, CA  94111
jpatchen@taylorpatchen.com

Cheryl A. Galvin (SBN 252262)
Taylor & Patchen, LLP
One Ferry Building, Suite 355
San Francisco, CA  94111
cgalvin@taylorpatchen.com

Dated: December 22, 2016

TAYLOR & PATCHEN, LLP

By: _____
Stephen E. Taylor

*Attorneys for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.*

## CERTIFICATE OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is One Ferry Building, Suite 355, San Francisco, California 94111.

On December 22, 2016, I served true and correct copies of **NOTICE OF CHANGE OF FIRM NAME AND EMAIL ADDRESSES** by CAND/ECF transmission on all parties so registered to receive electronic service in the above-captioned matter.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Executed this 22nd day of December, 2016, at San Francisco, California.

_____
Stefanie E. Chow