UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 3:07-cv-5944-JST |
| | MDL No. 1917 |
| This Document Relates to:<br><br>All Indirect-Purchaser Actions | **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO REQUIRE LEAD COUNSEL TO DISCLOSE THE NUMBER OF INDIRECT-PURCHASER CLAIMANTS** |
| | Judge:        The Honorable Jon S. Tigar |

GOOD CAUSE APPEARING THEREFORE, the Administrative Motion to Require Lead Counsel to Disclose the Number of Indirect-Purchaser Claimants is hereby GRANTED.

The following information is to be filed on the record in this matter by Lead Counsel:

1. The number of natural-person claimants filing claim forms to participate in the net settlement fund received by the Claims Settlement Administrator, and the number of such claims that were approved for payment, as well as the number of CRT units included in such approved claims;

2. The number of business-entity claimants filing claim forms to participate in the net settlement fund received by the Claims Settlement Administrator, and the number of such claims that were approved for payment, as well as the number of CRT units included in such approved claims; and

3. The number of business-entity claimants filing claims to participate in the net settlement fund through Third-Party Claims Aggregators received by the Settlement Claims Administrator, and the number of such claims that were approved for payment, as well as the number of CRT units included in such approved claims.

IT IS SO ORDERED.

DATED: _____

_____
JON S. TIGAR
United States District Judge

1

[Proposed] ORDER GRANTING ADMINISTRATIVE MOTION TO REQUIRE LEAD COUNSEL TO DISCLOSE THE NUMBER OF INDIRECT-PURCHASER CLAIMANTS
Case No. 3:07-cv-5944, MDL No. 1917

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO REQUIRE LEAD COUNSEL TO DISCLOSE THE NUMBER OF INDIRECT-PURCHASER CLAIMANTS** was filed *via* CM/ECF on December 28, 2016 and as a result has been served on all counsel of record *via* transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Francis O. Scarpulla
Francis O. Scarpulla

2

[Proposed] ORDER GRANTING ADMINISTRATIVE MOTION TO REQUIRE LEAD COUNSEL TO DISCLOSE THE NUMBER OF INDIRECT-PURCHASER CLAIMANTS
Case No. 3:07-cv-5944, MDL No. 1917