(Stipulating Parties Listed on Signature Pages)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# (SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-5944 (JST)<br>MDL No. 1917 |
| This Document Relates to:<br><br>Individual Case No. 13-cv-05262<br><br>SEARS, ROEBUCK AND CO. and KMART CORP.,<br><br>           Plaintiffs,<br><br>       v.<br><br>TECHNICOLOR SA, *et al.*,<br><br>           Defendants. | **STIPULATION OF DISMISSAL AS TO DEFENDNT LG ELECTRONICS, INC.** |

Plaintiffs Sears, Roebuck and Co. and Kmart Corporation (collectively, "Plaintiffs"), and Defendant LG Electronics, Inc., ("LGE"), by and through their respective attorneys, hereby stipulate to a dismissal of this action as to LGE with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. Each party shall bear its own costs and attorney's fees. This stipulation is not a dismissal of any person or entity other than LGE.

1  WHEREFORE, the parties respectfully request that this Court issue an Agreed Order of
2  Dismissal.

3  IT IS SO STIPULATED.

4  Dated:  December 29, 2016                           Respectfully submitted,

                                                       By: /s/ *William J. Blechman*
                                                            Richard Alan Arnold, Esquire
                                                            William J. Blechman, Esquire
                                                            Kevin J. Murray, Esquire
                                                            Samuel J. Randall, Esquire
                                                            KENNY NACHWALTER, P.A.
                                                            201 S. Biscayne Boulevard
                                                            Suite 1100
                                                            Miami, Florida  33131
                                                            Tel:   (305) 373-1000
                                                            Fax:   (305) 372-1861
                                                            E-mail:   rarnold@knpa.com
                                                                      wblechman@knpa.com
                                                                      kmurray@knpa.com
                                                                      srandall@knpa.com

                                                       ***Counsel for Plaintiffs Sears, Roebuck and Co.
                                                       and Kmart Corp.***


Dated:  December 29, 2016                              By: /s/ *William D. Temko*
                                                            William D. Temko, Esquire
                                                            MUNGER TOLLS & OLSON, LLP
                                                            355 South Grand Avenue
                                                            35th Floor
                                                            Los Angeles, CA  90071-1560
                                                            Tel:   (213) 683-9266
                                                            Fax:   (213) 683-5166
                                                            E-mail:   William.temko@mto.com

                                                       ***Counsel for Defendant LG Electronics, Inc.***


Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from each of the signatories.

**CERTIFICATE OF SERVICE**

On December 29, 2016, I caused a copy of the foregoing Stipulation of Dismissal to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

By: /s/ *William J. Blechman*
William J. Blechman

554031.1

Case No. 07-cv-5944 (JST); MDL No. 1917
3