**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**(SAN FRANCISCO DIVISION)**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-5944 (JST) <br> MDL No. 1917 |
| This Document Relates to: <br><br> Individual Case No. 11-cv-05514 <br><br> SEARS, ROEBUCK AND CO. and KMART CORP., <br><br>            Plaintiffs, <br><br>            v. <br><br> LG ELECTRONICS, INC., *et al.*, <br><br>            Defendants. | **[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT LG ELECTRONICS, INC.** |

The Court, having considered the stipulation of the parties, and good cause appearing therefore, orders as follows:

1.    All claims asserted by Plaintiffs Sears, Roebuck and Co. and Kmart Corp. against Defendant LG Electronics, Inc., ("LGE") are dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

2.  Each party shall bear its own costs and attorneys' fees.

3.  This Order is not a dismissal of any person or entity other than LGE.

**IT IS SO ORDERED.**

This ____ day of _____, 20__.

HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE

553976.1