1

2

3

4

5

6

7

8

9

10

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**(SAN FRANCISCO DIVISION)**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-5944 (JST) MDL No. 1917 |
| This Document Relates to: | **[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT LG ELECTRONICS, INC.** |
| Individual Case No. 11-cv-05514 | |
| SEARS, ROEBUCK AND CO. and KMART CORP., | |
| Plaintiffs, | |
| v. | |
| LG ELECTRONICS, INC., *et al.*, | |
| Defendants. | |

11

12

13

14

15

16

17

18

19

20

21

22

23    The Court, having considered the stipulation of the parties, and good cause appearing

24  therefore, orders as follows:

25        1.    All claims asserted by Plaintiffs Sears, Roebuck and Co. and Kmart Corp. against

26  Defendant LG Electronics, Inc., ("LGE") are dismissed with prejudice pursuant to Rule 41(a)(2) of

27  the Federal Rules of Civil Procedure.

28

1   2.   Each party shall bear its own costs and attorneys' fees.

2   3.   This Order is not a dismissal of any person or entity other than LGE.

3   **IT IS SO ORDERED.**

7 This __30__ day of __December__, 20_16_.



IT IS SO ORDERED

Judge Jon S. Tigar

15 553976.1