Terry Gross (103878)
Adam C. Belsky (147800)
GROSS & BELSKY P.C.
201 Spear Street, Suite 1100
San Francisco, CA 94105
Telephone: (415) 544-0200
Facsimile:  (415) 544-0201

Attorneys for Direct Purchaser Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION <br><br> This Document Relates To: <br><br> ALL DIRECT PURCHASER ACTIONS | MDL No. 1917 <br><br> Case No. C-07-5944 JST <br><br> **NOTICE OF CHANGE OF FIRM NAME AND ADDRESS** |

<u>NOTICE OF CHANGE OF FIRM NAME AND ADDRESS</u>

PLEASE TAKE NOTICE that as of January 1, 2017, the firm name, address and other contact information for the undersigned counsel for Direct Purchaser Plaintiffs has changed.  All pleadings, notices, correspondence and other documents should be addressed as follows:

> Terry Gross
> Adam C. Belsky
> GROSS & BELSKY P.C.
> 201 Spear Street, Suite 1100
> San Francisco, CA 94105
> Telephone: 415-544-0200
> Facsimile: 415-544-0201
> Email: Terry@grossbelsky.com
> Email: Adam@grossbelsky.com

///

///

Please update your records accordingly.

Dated: January 4, 2017					Respectfully submitted,

							Terry Gross
							Adam C. Belsky
							GROSS & BELSKY LLP
							201 Spear Street, Suite 1100
							San Francisco, CA 94105
							Telephone: (415) 544-0200
							Facsimile:  (415) 544-0201

							By:  /s/ Terry Gross
							       Terry Gross

							Attorneys for Direct Purchaser Plaintiffs

NOTICE OF CHANGE OF FIRM NAME AND ADDRESS
MDL No. 1917; Case No. C-07-5944 JST

**CERTIFICATE OF SERVICE**

On January 4, 2017, I caused a copy of the foregoing Notice of Change of Firm Name and Address to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

                                                  /s/ Mary B. Parker
                                                MARY B. PARKER