Freshfields Bruckhaus Deringer US LLP
Craig Minerva
Craig.minerva@freshfields.com
700 13th Street NW
10th Floor
Washington, DC
Telephone:    202 777 4500
Facsimile:    202 777 4555

Attorneys for Defendant Beijing-Matsushita Color CRT Company, Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to<br><br>ALL ACTIONS | Case No. 3:07-MD-05944 JST (N.D. Cal.)<br><br>MDL No. 1917<br><br>NOTICE OF WITHDRAWAL OF COUNSEL<br><br>Judge:  The Honorable Jon Tigar |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that as of January 6, 2017, Craig Minerva will no longer be associated with the firm of Freshfields Bruckhaus Deringer US LLP, and is hereby withdrawing as counsel for Defendant Beijing-Matsushita Color CRT Company, Ltd. ("BMCC") in the above-referenced matter. We respectfully request that his name be removed from all applicable service lists, including Notices of Electronic Filing. The law firm of Freshfields Bruckhaus Deringer US LLP will continue to serve as counsel for BMCC.

Dated: January 5, 2017

FRESHFIELDS BRUCKHAUS DERINGER US LLP


By:/s/ Craig Minerva
         Craig Minerva

Attorneys for Defendant Beijing-Matsushita Color CRT Company, Ltd.