Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 204-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
**TAYLOR & PATCHEN, LLP**
One Ferry Building, Suite 355
San Francisco, California  94111
Telephone:  (415) 788-8200
Facsimile:  (415) 788-8208
Email: staylor@taylorpatchen.com
Email: jpatchen@taylorpatchen.com

*Attorneys for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Case No. 07-cv-5944 JST<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Sharp Electronics Corp.*, et al. v. *Hitachi Ltd.*, et al., Case No. 3:13-cv-01173-JST | **SHARP PLAINTIFFS' AND TOSHIBA DEFENDANTS' STIPULATION AND [PROPOSED] ORDER TO SUSPEND PRETRIAL DEADLINES** |

Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc. (collectively, the "Sharp Plaintiffs") and Defendants Toshiba Corporation,

Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products LLC, Toshiba Display Devices (Thailand) Co., Ltd. and Toshiba America Electronic Components, Inc. (collectively, the "Toshiba Defendants") hereby advise the Court that they have executed an agreement to settle all of the claims asserted by the Sharp Plaintiffs against the Toshiba Defendants and expect to be able to file a dismissal within the next 30 days.  The Parties stipulate and agree, subject to this Court's approval, to the suspension of all pretrial disclosures and related deadlines in this case, including but not limited to those set forth in the Court's Pretrial Scheduling Order [Dkt. 4828], pending the filing of a stipulation of dismissal.

Dated: January 11, 2017

Respectfully submitted,
By:   /s/ Craig A. Benson
Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC  20006
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
**TAYLOR & PATCHEN, LLP**
One Ferry Building, Suite 355
San Francisco, California  94111
Telephone:  (415) 788-8200
Facsimile:  (415) 788-8208
Email: staylor@taylorpatchen.com
Email: jpatchen@ taylorpatchen.com

*Attorneys for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Co. of America, Inc.*

By: */s/ Lucius B. Lau*
Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
701 Thirteenth Street, N.W.
Washington, DC 20005
tel.: (202) 626-3600
fax: (202) 639-9355

*Attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products LLC, and Toshiba America Electronic Components, Inc.*

Pursuant to Local Rule 5-1(i)(3), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED:  January 11, 2017

_____
HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE