UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAGO, INC., et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>CHUNGHWA PICTURE TUBES, LTD., et al.,<br><br>            Defendants. | Case No.  07-cv-05944-JST<br><br>**ORDER** |

The pending motion to remand lists the Motion for Summary Judgment Based Upon Lack of Evidence of Participation in the Alleged Conspiracy by the Hitachi Entities (ECF No. 2976) as one of the five outstanding summary judgment motions in this case.  ECF No. 4985.  The Court notes, however, that the Hitachi Defendants and Indirect Purchaser Plaintiffs filed a stipulation on February 25, 2015, withdrawing that motion, among others.  ECF No. 3638.  The Court orders any party who believes that the Hitachi motion remains pending to file a one-page letter within a week indicating (1) its position that the motion is still pending and (2) against whom it believes the motion remains pending.

IT IS SO ORDERED.

Dated: January 13, 2017

_____
JON S. TIGAR
United States District Judge