Francis O. Scarpulla (41059)
Patrick B. Clayton (240191)
LAW OFFICES OF FRANCIS O. SCARPULLA
456 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 788-7210
Facsimile: (415) 788-0706
Email: fos@scarpullalaw.com
       pbc@scarpullalaw.com

Counsel for Indirect-Purchaser Plaintiffs
And Eleanor Lewis

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 3:07-cv-5944-JST |
| | MDL No. 1917 |
| This Document Relates to: | **NOTICE OF ASSOCIATION OF COUNSEL AND NOTICE OF APPEARANCE** |
| All Indirect-Purchaser Actions | Judge: The Honorable Jon S. Tigar |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Please take notice that Francis O. Scarpulla hereby associates the following firm as counsel of record in these proceedings:

> John D. O'Connor (CASB No. 54238)
> O'Connor and Associates
> 201 Mission Street, Suite 710
> San Francisco, CA 94105
> Telephone:   (415) 693-9960
> Facsimile:   (415) 692-6537
> Email:   john@joclaw.com

Dated: January 17, 2017                    Respectfully submitted,

  /s/  Francis O. Scarpulla
         Francis O. Scarpulla

Francis O. Scarpulla (41059)
Patrick B. Clayton (240191)
LAW OFFICES OF FRANCIS O. SCARPULLA
456 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: 415-788-7210
Facsimile: 415-788-0706
fos@scarpullalaw.com
pbc@scarpullalaw.com

Counsel for Indirect-Purchaser Plaintiffs
And Eleanor Lewis

Please take further notice that John D. O'Connor hereby appears for Francis O. Scarpulla as counsel of record in these proceedings.

Dated: January 17, 2017                    Respectfully submitted,

  /s/ John D. O'Connor
         John D. O'Connor

John D. O'Connor (54238)
O'Connor and Associates
201 Mission Street, Suite 710
San Francisco, CA 94105
Telephone:   (415) 693-9960
Facsimile:   (415) 692-6537
Email:   john@joclaw.com

Counsel for Francis O. Scarpulla

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing **NOTICE OF ASSOCIATION OF COUNSEL and NOTICE OF APPEARANCE** was filed *via* CM/ECF on January 17, 2017 and as a result has been served on all counsel of record *via* transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ C.P. Cusick
C.P. Cusick