John D. O'Connor (CASB No. 54238)
O'Connor and Associates
201 Mission Street, Suite 710
San Francisco, CA  94105
Telephone:    (415) 693-9960
Facsimile:     (415) 692-6537
Email:         john@joclaw.com

Counsel for Francis O. Scarpulla

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 3:07-cv-5944-JST |
| | MDL No. 1917 |
| This Document Relates to: | **REQUEST FOR ORAL ARGUMENT** |
| All Indirect-Purchaser Actions | Judge:           The Honorable Jon S. Tigar |

1  The undersigned, John D. O'Connor, associated into this matter on January 17, 2017,
hereby respectfully requests that this Court permit oral argument on the fee allocation issues,
including any claims of animosity among certain counsel.

Dated: January 17, 2017                    Respectfully submitted,

                                       /s/  John D. O'Connor
                                           John D. O'Connor

John D. O'Connor (CASB No. 54238)
O'Connor and Associates
201 Mission Street, Suite 710
San Francisco, CA  94105
Telephone:    (415) 693-9960
Facsimile:     (415) 692-6537
Email:          john@joclaw.com

Counsel for Francis O. Scarpulla

1  CERTIFICATE OF SERVICE

2  I hereby certify that a true copy of the foregoing REQUEST FOR ORAL ARGUMENT

3  was filed *via* CM/ECF on January 17, 2017 and as a result has been served on all counsel of record

4  *via* transmission of Notices of Electronic Filing generated by CM/ECF.

5

6  /s/ C.P. Cusick
   C.P. Cusick

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28