**WHITE & CASE**

January 19, 2017

VIA ECF

The Honorable Jon S. Tigar
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005-3807
**T** +1 202 626 3600

**whitecase.com**

***In re Cathode Ray Tube (CRT) Antitrust Litigation*, No. 07-5944-JST, MDL No. 1917, ECF No. 5094**

Dear Judge Tigar:

On behalf of the Toshiba, Thomson, and LGE Defendants (the "Defendants"), we write pursuant to the Court's January 13, 2017 order directing "any party who believes that the Hitachi motion [ECF No. 2976] remains pending to file a one-page letter . . .  indicating (1) its position that the motion is still pending and (2) against whom it believes the motion remains pending." ECF No. 5094.

Hitachi's Motion for Summary Judgment Based Upon Lack of Evidence of Participation in the Alleged Conspiracy remains pending because the Toshiba, Thomson, and LGE Defendants each filed joinders to that motion.  *See* ECF Nos. 3010 (Toshiba), 3864 (LGE), and 3888 (Thomson) (joinders granted at ECF No. 4586).  They did so because Hitachi's motion, though seeking summary judgment only as to three Hitachi entities, implicates their interests as well. Specifically, if Hitachi's motion is granted, any alleged damages attributed to those entities' sales of CRTs would be eliminated from the Defendants' potential joint-and-several liability exposure.  Because Hitachi was not the only moving party as to ECF No. 2976, Hitachi did not, and could not, withdraw that motion in its entirety via its stipulation with the IPPs.  *See* ECF No. 3802, at 2, 2 n.2 (noting that Hitachi withdrew ECF No. 2976 "solely as [it] pertains to the IPPs" but not as it "pertain[s] to any other Plaintiff," and highlighting that their motion is "still [] subject to the Toshiba Defendants' Joinder Motion"); *see also Liveops, Inc. v. Teleo, Inc.*, C05-03773 MJJ, 2006 U.S. Dist. LEXIS 2574, at *1 n.2 (N.D. Cal. Jan. 9, 2006) (holding that by timely filing a joinder, a party adopts another party's moving papers).

As such, the Hitachi motion remains pending against claims made by the following Plaintiffs, each of whom signed the Plaintiffs' opposition to that motion (ECF No. 3274, at 23-24): (1) CompuCom Systems, Inc.; (2) Costco Wholesale Corp.; (3) Electrograph Systems, Inc. and Electrograph Technologies Corp.; (4) Interbond Corp. of America; (5) Office Depot, Inc.; (6) P.C. Richard & Son Long Island Corp.; (7) ABC Appliance, Inc.; (8) Tech Data Corporation and Tech Data Product Management, Inc.; and (9) Schultze Agency Services LLC on behalf of Tweeter Newco LLC.

The Honorable Jon S. Tigar
January 19, 2017

**WHITE & CASE**

Respectfully submitted,

*/s/ Lucius B. Lau*
WHITE & CASE LLP
Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
701 Thirteenth Street, N.W.
Washington, DC  20005
Tel.: (202) 626-3600
Fax: (202) 639-9355

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

*/s/ Brad D. Brian*
MUNGER, TOLLES & OLSON LLP
Brad D. Brian (State Bar No. 079001)
Brad.brian@mto.com
E. Martin Estrada (State Bar. No. 223802)
Martin.estrada@mto.com
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, California 90071-1560
Tel: (213) 683-9100
Fax: (213) 687-3702

*Counsel to Defendant LG Electronics, Inc.*

*/s/ Kathy L. Osborn*
FAEGRE BAKER DANIELS LLP
Kathy L. Osborn (*pro hac vice*)
Ryan M. Hurley (*pro hac vice*)
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Tel: (317) 237-0300
Fax: (317) 237-1000
kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com

*Counsel to Defendants Thomson SA and Thomson Consumer Electronics, Inc.*

Pursuant to Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.