LIDIA MAHER (CA 222253)
Antitrust Division
U.S. Department of Justice
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102
Telephone: (415) 934-5300
Facsimile: (415) 934-5399
Email: lidia.maher@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | ) ) ) ) ) ) ) ) ) | No. 3:07-cv-5944 SC<br>MDL No. 1917<br>**NOTICE OF REMOVAL OF COUNSEL** |
|---|---|---|
| This Document Relates to All Cases | | |

The Department of Justice, Antitrust Division hereby files this Notice of Removal of Counsel. Lidia Maher is no longer assigned to this matter. Please remove her email address, lidia.maher@usdoj.gov from this docket.

DATED: January 19, 2017.                     Respectfully submitted,


                                             _____/s/_____
                                             LIDIA MAHER
                                             Trial Attorney

NOTICE OF REMOVAL OF COUNSEL
3:07-cv-5944 SC/MDL 1917