Mario N. Alioto (56433)
Joseph M. Patane (72202)
Lauren C. Capurro (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2280 Union Street
San Francisco, CA 94123
Telephone: 415-563-7200
Facsimile: 415- 346-0679
Email: malioto@tatp.com
jpatane@tatp.com
laurenrussell@tatp.com

*Lead Counsel for*
*Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV-07-5944-JST<br><br>MDL No. 1917<br><br>**CLASS ACTION** |
| This Document Relates to:<br><br>All Indirect Purchaser Actions | **OPPOSITION TO REQUEST FOR ORAL ARGUMENT**<br><br>Judge: Honorable Jon S. Tigar<br>Court: Courtroom 9, 19th Floor |

Francis Scarpulla has requested oral argument on the fee allocation which is under submission to the Court. Dkt. 5096. The request should be denied. There is already an unusually large record before the Court as a result of proceedings on the aggregate fee award before the Special Master and this Court, and proceedings on the fee allocation also before the Special Master and the Court. The procedures for the resolution of the fee allocation has been in effect since September 2015. Dkt. 4077. There is no provision for oral argument on objections to R&R's by the Special Master and the matter is now under submission. And the matter is now under submission. Scarpulla's request to change the procedure is therefore untimely.

Scarpulla has not made any showing as to why oral argument is necessary under these circumstances. Scarpulla either wishes to rehash issues that have already been addressed (unnecessary), or raise new issues (improper). Dkt. 5093, p. 1:24. Moreover, oral argument will only delay the resolution of this matter further. The matter was initially raised in September 2015 with the filing of the plaintiffs' motion for attorneys' fees. Dkt. 4071. It has been pending now for 16 months. Resolution of this matter should not be delayed further.

For all the foregoing reasons, Scarpulla's request for oral argument should be denied.

Dated: January 19, 2017

Respectfully submitted,

 /s/ Mario N. Alioto

Mario N. Alioto (56433)
malioto@tatp.com
Joseph M. Patane (72202)
jpatane@tatp.com
Lauren C. Capurro (241151)
laurenrussell@tatp.com
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2280 Union Street
San Francisco, CA 94123
Telephone: 415-563-7200
Facsimile: 415-346-0679

*Lead Counsel for Indirect Purchaser Plaintiffs*