John D. O'Connor (SBN 54238)
Jessica C. Shafer (SBN 297856)
O'CONNOR & ASSOCIATES
201 Mission Street, Suite 710
San Francisco, California 94105
Telephone: (415) 693-9960
Email:    john@joclaw.com
          jessica@joclaw.com

Francis O. Scarpulla (41059)
Patrick B. Clayton (240191)
LAW OFFICES OF FRANCIS O. SCARPULLA
456 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 788-7210
Facsimile: (415) 788-0706
Email: fos@scarpullalaw.com
       pbc@scarpullalaw.com

Counsel for Indirect-Purchaser Plaintiffs
And Eleanor Lewis

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 3:07-cv-5944-JST |
| This Document Relates to: | MDL No. 1917 |
| All Indirect-Purchaser Actions | **DECLARATION OF JOHN D. O'CONNOR IN REPLY TO OPPOSITION TO REQUEST FOR ORAL ARGUMENT** |
| | Judge:    Hon. Jon S. Tigar |

I, John D. O'Connor do hereby declare as follows:

1.      I am counsel associating with and representing Mr. Scarpulla primarily regarding issues of attorneys fees.

2.      I have reviewed the Opposition to Request for Oral Argument filed by Lead Counsel Mario Alioto, Esq., and hereby reply to that Opposition through this Declaration.

3.      The Court has recently mentioned the issue of personal animus as it may pertain to the issue of attorney fees.

4.      I therefore wish to address the Court on the issue of the nature of Mr. Scarpulla's animus regarding attorney fees issues.

5.      Additionally, since Mr. Alioto, as of this date, has not disclosed information about the number of claims filed, we would seek to address claim numerosity as it pertains to the award of fees to Lead Counsel.

6.      These are issues as to which there have been developments since briefing was completed.

7.      Rule 53(F)(1) of F.R. Civ. P. requires that in acting on a Special Master's Report, "…the court must give the parties notice and an opportunity to be heard…"

8.      There has been no opportunity to be heard on the "animus" issue because it was raised for the first time on Mr. Alioto's opposition to the recent Administrative Motion, and the issue will apparently be considered by the Court.

9.      Especially regarding these issues, the undersigned respectfully requests oral argument on behalf of Mr. Scarpulla.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: January 20, 2017

John D. O'Connor

**DECLARATION OF JOHN D. O'CONNOR**
-2-