Jerome A. Murphy (*pro hac vice*)
Matthew J. McBurney (*pro hac vice*)
Astor H.L. Heaven (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202-624-2500
Facsimile:  202-628-5116
Email: jmurphy@crowell.com
           mmcburney@crowell.com
           aheaven@crowell.com

Jason C. Murray (CA Bar No. 169806)
Robert B. McNary (CA Bar No. 253745)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-443-5582
Facsimile: 213-622-2690
Email: jmurray@crowell.com
           rmcnary@crowell.com

*Counsel for Plaintiff ViewSonic Corporation*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | |
| This Document Relates to: | Master File No. 3:07-cv-05944-JST |
| *ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd., et al.,* Case No. 3:14-cv-02510-SC | MDL No. 1917 |
| | **STIPULATION OF DISMISSAL** |

Plaintiff ViewSonic Corporation ("ViewSonic") and Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd. (collectively, "CPT"), by and through their respective attorneys, hereby stipulate to a dismissal of this action with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.  Each party shall bear its own costs and attorneys' fees.

WHEREFORE, the parties respectfully request that this Court issue an Agreed Order of Dismissal.

**IT IS SO STIPULATED.**

Dated:   January 27, 2017

/s/ Jerome A. Murphy
_____
Jerome A. Murphy (*pro hac vice*)
Matthew J. McBurney (*pro hac vice*)
Astor H.L. Heaven (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202-624-2500
Facsimile:  202-628-5116
Email: jmurphy@crowell.com
          mmcburney@crowell.com
          aheaven@crowell.com

Jason C. Murray (CA Bar No. 169806)
Robert B. McNary (CA Bar No. 253745)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-443-5582
Facsimile: 213-622-2690
Email: jmurray@crowell.com
          rmcnary@crowell.com

*Counsel for Plaintiff ViewSonic Corporation*

STIPULATION OF DISMISSAL
CASE NO. 3:07-CV-05944-JST

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*/s/ Joel S. Sanders*
Joel S. Sanders (CA Bar No. 107234)
Rachel S. Brass (CA Bar No. 219301)
Austin V. Schwing (CA Bar No. 211696)
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
Telephone: (415) 393-8200
Facsimile: (415) 393-8306
jsanders@gibsondunn.com
rbrass@gibsondunn.com
aschwing@gibsondunn.com

*Counsel for Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.*

STIPULATION OF DISMISSAL
CASE NO. 3:07-CV-05944-JST

2