1 | Kenneth A. Gallo (*pro hac vice*)
2 | Joseph J. Simons (*pro hac vice*)
    | Craig A. Benson (*pro hac vice*)
3 | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
    | 2001 K Street, NW
4 | Washington, DC 20006-1047
    | Telephone: (202) 223-7300
5 | Facsimile: (202) 223-7420
    | Email: kgallo@paulweiss.com
6 | Email: jsimons@paulweiss.com
    | Email: cbenson@paulweiss.com
7 |
    | Stephen E. Taylor (SBN 058452)
8 | Jonathan A. Patchen (SBN 237346)
    | **TAYLOR & PATCHEN, LLP**
9 | One Ferry Building, Suite 355
    | San Francisco, California 94111
10 | Telephone: (415) 788-8200
    | Facsimile: (415) 788-8208
11 | Email: staylor@taylorpatchen.com
    | Email: jpatchen@taylorpatchen.com
12 |
    | *Attorneys for Plaintiffs Sharp Electronics Corporation and*
13 | *Sharp Electronics Manufacturing Company of America, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In Re CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-5944 JST<br>MDL NO. 1917<br><br>**STIPULATION OF DISMISSAL OF TOSHIBA** |
| This Document Relates to:<br><br>*Sharp Electronics Corp.,* et al. v. *Hitachi Ltd.*, et al., Case No. 3:13-cv-01173-JST | |

1   Plaintiff Sharp Electronics Corporation and Sharp Electronics Manufacturing Company
2   of America, Inc. (collectively, "Sharp") and Defendants Toshiba Corporation, Toshiba America,
3   Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products LLC,
4   Toshiba Display Devices (Thailand) Co., Ltd. and Toshiba America Electronic Components, Inc.
5   (collectively, "Toshiba"), by and through the undersigned counsel, stipulate to a dismissal with
6   prejudice of all claims being asserted by Sharp against Toshiba in the above-captioned action
7   pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. Each party shall bear its own
8   costs and attorneys' fees. This stipulation does not affect the rights or claims Sharp may have
9   against any other defendant or alleged co-conspirator in the above-captioned action.

WHEREFORE, the parties respectfully request that this Court issue the Proposed Order of Dismissal.

**IT IS SO STIPULATED.**

Dated:  January 27, 2017                        Respectfully submitted,

By: */s/     Craig A. Benson*
Kenneth A. Gallo (*Pro Hac Vice*)
Joseph J. Simons (*Pro Hac Vice*)
Craig A. Benson (*Pro Hac Vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON  LLP**
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 223-7420

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
**TAYLOR & PATCHEN, LLP**
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone:  (415) 788-8200
Facsimile:  (415) 788-8208
Email: staylor@taylorpatchen.com
Email: jpatchen@taylorpatchen.com

*Attorneys for Plaintiffs Sharp Electronics Corp. and Sharp Electronics Manufacturing Company of America, Inc.*

By: */s/ Lucius B. Lau*

Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
701 Thirteenth Street, N.W.
Washington, DC 20005
tel.: (202) 626-3600
fax: (202) 639-9355

*Attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products LLC, and Toshiba America Electronic Components, Inc.*

## **E-FILING ATTESTATION**

I, Craig A. Benson, am the ECF user whose ID and password are being used to file the Stipulation and Proposed Order of Dismissal of the Toshiba Defendants. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each listed counsel above has concurred in this filing.

Dated: January 27, 2017    */s/ Craig A. Benson*
                                                Craig A. Benson