# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION

This Document Relates to:

*ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd., et al.,* Case No. 3:14-cv-02510-SC

Master File No. 3:07-cv-05944-JST

MDL No. 1917

**[PROPOSED]** ORDER

The Court, having considered the stipulation of the parties, and good cause appearing therefore, orders as follows:

1. All of the claims asserted by Plaintiff ViewSonic Corporation ("ViewSonic") against Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd. (collectively, "CPT") are dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

2. Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: January 30, 2017

_____
Hon. Jon S. Tigar
United States District Court Judge