Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC  20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
**TAYLOR & PATCHEN, LLP**
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
Email: staylor@taylorpatchen.com
Email: jpatchen@ taylorpatchen.com

*Attorneys for Plaintiffs Sharp Electronics Corporation and
Sharp Electronics Manufacturing Company of America, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In Re CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Case No. 07-cv-5944 JST MDL NO. 1917 |
| | **STIPULATION OF DISMISSAL OF THOMSON AND TDA** |
| This Document Relates to: | Honorable Jon. S. Tigar |
| *Sharp Electronics Corp.,* et al. v. *Hitachi Ltd.*, et al., Case No. 3:13-cv-01173-JST | |

1      Plaintiff Sharp Electronics Corporation and Sharp Electronics Manufacturing Company

2 of America, Inc. (collectively, "Sharp") and Thomson SA, n/k/a Technicolor SA, Thomson

3 Consumer Electronics, Inc., n/k/a Technicolor USA, Inc. (together "Thomson") and

4 Technologies Displays Americas, LLC ("TDA"), by and through undersigned counsel, stipulate

5 to a dismissal with prejudice of all claims being asserted by Sharp against Thomson and TDA in

6 the above-captioned action pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

7 Each party shall bear its own costs and attorneys' fees.  This stipulation does not affect the rights

8 or claims Sharp may have against any other defendant or alleged co-conspirator in the above-

9 captioned action.

10      WHEREFORE, the parties respectfully request that this Court issue the Proposed Order

11 of Dismissal.

12      **IT IS SO STIPULATED.**

13

14 Dated:  February 2, 2017          Respectfully submitted,

15                    By: */s/ Craig A. Benson*_____

16                    Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)

17                    Craig A. Benson (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON &**

18                    **GARRISON  LLP**
2001 K Street, NW

19                    Washington, DC  20006-1047
Telephone:  (202) 223-7300

20                    Facsimile:  (202) 223-7420

21                    Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)

22                    **TAYLOR & PATCHEN, LLP**
One Ferry Building, Suite 355

23                    San Francisco, California 94111
Telephone:  (415) 788-8200

24                    Facsimile:  (415) 788-8208
Email: staylor@taylorpatchen.com

25                    Email: jpatchen@taylorpatchen.com

26                    *Attorneys for Plaintiffs Sharp Electronics Corp. and*
*Sharp Electronics Manufacturing Company of*

27                    *America, Inc.*

28

STIPULATION OF DISMISSAL OF THOMSON AND TDA
Case No. 3:13-cv-01173-JST | Master File No. 07-cv-5944, MDL No. 1917

1                              By: */s/ Kathy L. Osborn*_____

2                              Kathy L. Osborn (*pro hac vice*)
Ryan M. Hurley (*pro hac vice*)
Faegre Baker Daniels LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN  46204
Telephone: +1 317-237-0300
Facsimile: +1 317-237-1000
kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com

Jeffrey S. Roberts (*pro hac vice*)
Faegre Baker Daniels LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO  80203
Telephone: +1 303-607-3500
Facsimile:  +1 303-607-3600
jeff.roberts@FaegreBD.com

*Attorneys for Defendants Thomson SA and Thomson Consumer Electronics, Inc.*

By: */s/ Donald A. Wall*_____

DONALD A. WALL (*pro hac vice*)
Email: donald.wall@squirepb.com
SQUIRE PATTON BOGGS (US) LLP
1 East Washington Street, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 528-4000
Facsimile: (602) 253-8129

*Attorneys for Defendant Technologies Displays Americas LLC*

## E-FILING ATTESTATION

I, Craig A. Benson, am the ECF user whose ID and password are being used to file the Stipulation and Proposed Order of Dismissal of the Thomson and TDA Defendants.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each listed counsel above has concurred in this filing.

Dated: February 2, 2017           */s/ Craig A. Benson*_____
                                     Craig A. Benson