Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
**TAYLOR & PATCHEN, LLP**
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
Email: staylor@taylorpatchen.com
Email: jpatchen@taylorpatchen.com

*Attorneys for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In Re CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Case No. 07-cv-5944 JST<br>MDL NO. 1917 |
| | **[PROPOSED] ORDER RE: DISMISSAL OF THOMSON AND TDA** |
| This Document Relates to:<br><br>*Sharp Electronics Corp.,* et al. v. *Hitachi Ltd.*, et al., Case No. 3:13-cv-01173-JST | Honorable Jon S. Tigar |

1  The Court, having considered the stipulation of the parties, and good cause appearing therefor, orders as follows:

    1. All claims asserted by Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc. (collectively, "Sharp") against Thomson SA, n/k/a Technicolor SA, Thomson Consumer Electronics, Inc., n/k/a Technicolor USA, Inc. (together "Thomson") and Technologies Displays Americas, LLC ("TDA") in the underlying action are dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

    2. Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED:_____

_____
HONORABLE JON S. TIGAR
UNITED STATES DISTRICT COURT JUDGE