

200 Park Avenue
New York, NY 10166
T +1 212 294 6700
F +1 212 294 4700

February 6, 2017

*VIA ECF*

The Honorable Jon S. Tigar
United States District Court
Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94102

**Re:  *In re Cathode Ray Tube (CRT) Antitrust Litigation*, No. 07-5944-JST, MDL No. 1917**

Dear Judge Tigar:

      We write on behalf of the undersigned defendants (collectively, the "Defendants") in connection with the above-referenced multi-district litigation (the "CRT MDL").  In light of recent settlements, there will be no trials in the Northern District of California actions in the CRT MDL.  Accordingly, Defendants respectfully submit that the non-California cases subject to remand are ready for remand to their respective transferor courts once this Court has ruled on all remaining summary-judgment and *Daubert* motions.

      Further, in light of these recent settlements, Defendants respectfully submit that the Court no longer needs to rule on the remaining motions *in limine* because they are no longer relevant to any trial before this Court.[1]  Thus, Defendants respectfully request that the Court rule that the remaining motions *in limine* are moot.  The parties can then decide which of these motions *in limine* are appropriate to file in the remand cases and/or whether to file additional or revised motions *in limine*.  This is consistent with the Court's Order Regarding *Daubert* Motions and Motions *In Limine* for Cases Subject to Remand, dated June 13, 2016, in which the Court stated that it "*will not decide, and will defer to the transferor court on remand, any motion in limine that affects only a case that will eventually be remanded back to a transferor court for trial.*"  MDL Dkt. 4673 at 1 (citing cases holding that motions *in limine* "are better handled by the trial judge") (emphasis added).

      We thank the Court for its attention to this matter.[2]

---

[1] A chart listing the thirteen motions *in limine* still pending before the Court is annexed hereto as Exhibit A.  The chart has been updated from the chart previously annexed as an exhibit to the Joint Submission Regarding *Daubert* Motions and Motions *In Limine*.  *See* ECF No. 4603 (Apr. 26, 2016).  The action between Plaintiff Sharp Electronics Corporation, Sharp Electronics Manufacturing Company of America, Inc., Thomson SA, n/k/a Technicolor SA, Thomson Consumer Electronics, Inc., n/k/a Technicolor USA, Inc., and Technologies Displays America, LLC is pending formal dismissal by the Court in light of the recent settlement between those parties.  *See* ECF 5108 (Feb. 2, 2017).

[2] The undersigned Defendants notified Plaintiffs in advance of the filing of this letter in accordance with Northern District of California Local Rule 11-4(c).

1



200 Park Avenue
New York, NY 10166
T +1 212 294 6700
F +1 212 294 4700

Respectfully submitted,

By: /s/ *Jeffrey L. Kessler*
JEFFREY L. KESSLER (*pro hac vice*)
ALDO A. BADINI (SBN 257086)
EVA W. COLE (*pro hac vice*)
MOLLY M. DONOVAN (*pro hac vice*)
MARTIN C. GEAGAN (*pro hac vice*)
JENNIFER M. STEWART (*pro hac vice*)

**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
jkessler@winston.com
abadini@winston.com
ewcole@winston.com
mmdonovan@winston.com
jstewart@winston.com

DAVID L. YOHAI (*pro hac vice*)
ADAM C. HEMLOCK (*pro hac vice*)
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
david.yohai@weil.com
adam.hemlock@weil.com

*Attorneys for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, MT Picture Display Co., Ltd.*

**WHITE & CASE LLP**

By: /s/ *Lucius B. Lau*
CHRISTOPHER M. CURRAN (*pro hac vice*)
ccurran@whitecase.com
LUCIUS B. LAU (*pro hac vice*)
alau@whitecase.com
DANA E. FOSTER (*pro hac vice*)
defoster@whitecase.com
**WHITE & CASE LLP**
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone: (202) 626-3600



Facsimile: (202) 639-9355

*Attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

MUNGER, TOLLES & OLSON LLP

By: /s/ *Brad D. Brian*
BRAD D. BRIAN (SBN 79001)
brad.brian@mto.com
GREGORY J. WEINGART (SBN 157997)
gregory.weingart@mto.com
E. MARTIN ESTRADA (SBN 223802)
martin.estrada@mto.com
**MUNGER, TOLLES & OLSON LLP**
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

MIRIAM KIM (State Bar No. 238230)
miriam.kim@mto.com
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, Twenty-Seventh Floor
San Francisco, CA 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

*Attorneys for Defendants LG Electronics, Inc.*

SHEPPARD MULLIN RICHTER & HAMPTON

By: /s/ *Michael W. Scarborough*
GARY L. HALLING (SBN 66087)
ghalling@sheppardmullin.com
JAMES L. MCGINNIS (SBN 95788)
jmcginnis@sheppardmullin.com
MICHAEL W. SCARBOROUGH, (SBN 203524)
mscarborough@sheppardmullin.com
**SHEPPARD MULLIN RICHTER & HAMPTON**
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone:  (415) 434-9100

3



Facsimile: (415) 434-3947

*Attorneys for Defendants Samsung SDI America, Inc.; Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) SDN. BHD.; Samsung SDI Mexico S.A. DE C.V.; Samsung SDI Brasil Ltda.; Shenzen Samsung SDI Co., Ltd. and Tianjin Samsung SDI Co., Ltd.*

FAEGRE BAKER DANIELS LLP

By: /s/ *Kathy L. Osborn*
KATHY L. OSBORN (*pro hac vice*)
kathy.osborn@FaegreBD.com
RYAN M. HURLEY (*pro hac vice*)
ryan.hurley@FaegreBD.com
**FAEGRE BAKER DANIELS LLP**
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000

Calvin L. Litsey (SBN 289659)
**FAEGRE BAKER DANIELS LLP**
1950 University Avenue, Suite 450
East Palo Alto, CA 94303-2279
Telephone: (650) 324-6700
Facsimile: (650) 324-6701
calvin.litsey@FaegreBD.com

*Attorneys for Defendants Thomson SA and Thomson Consumer Electronics, Inc.*

SQUIRE PATTON BOGGS (US) LLP

By: /s/ *Donald A. Wall*
DONALD A. WALL (*pro hac vice*)
donald.wall@squirepb.com
**SQUIRE PATTON BOGGS (US) LLP**
1 East Washington Street, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 528-4000
Facsimile: (602) 253-8129

MARK C. DOSKER
mark.dosker@squirepb.com



**SQUIRE PATTON BOGGS (US) LLP**
275 Battery Street, Suite 2600
San Francisco, CA  94111
Telephone: (415) 954-0200
Facsimile: (415) 393-9887

*Attorneys for Defendant Technologies Displays Americas LLC*

cc:  All Plaintiffs' Counsel (via ECF)