**EXHIBIT A**

IV. **MOTIONS RE DOJ INVESTIGATIONS AND OTHER CONSPIRACIES**

| Motion No. | Dkt. No. | Moving Parties | Adverse Parties | Title of Motion | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| Defs.' MIL No. 3 | 3556 | - ~~CPT~~<br>- ~~LG~~<br>- ~~MTPD~~<br>- ~~Panasonic~~<br>- ~~Thomson~~<br>- ~~Toshiba~~<br>- ~~TDA~~<br>- ~~SDI~~<br>- ~~Philips~~ | - ~~Best Buy~~<br>- ~~Circuit City~~<br>- ~~Sears/Kmart~~<br>- ~~Sharp~~<br>- ~~ViewSonic~~ | Motion to Exclude All Evidence and Reference at Trial to the U.S. Department of Justice's Criminal Investigation of the Cathode Ray Tube Industry | 3665; 3687 | 3764 | |
| Defs.' MIL No. 4 | 3572 | - ~~CPT~~<br>- ~~LG~~<br>- ~~Mitsubishi Electric~~<br>- ~~MTPD~~<br>- ~~Panasonic~~<br>- ~~Thomson~~<br>- ~~Toshiba~~<br>- ~~TDA~~<br>- ~~SDI~~<br>- ~~Philips~~ | - ~~Best Buy~~<br>- ~~Circuit City~~<br>- ~~Sears/Kmart~~<br>- ~~Sharp~~<br>- ~~ViewSonic~~ | Motion to Exclude LCD and Other Non-CRT Product Conspiracies | 3640 | 3760 | Toshiba by unopposed joinder (ECF No. 3692)<br><br>Thomson and Mitsubishi only joined in Section II of this motion. |
| Pltfs.' MIL No. 14 | 3558 | - ~~Best Buy~~<br>- ~~Circuit City~~<br>- ~~Sears/Kmart~~<br>- ~~Sharp~~<br>- ~~ViewSonic~~ | - ~~CPT~~<br>- ~~LG~~<br>- ~~Mitsubishi Electric~~<br>- ~~MTPD~~ | Motion to Exclude References to and Evidence of Defendants' Non-Indictment | 3676-4 | 3757-4 | |

| Motion No. | Dkt. No. | Moving Parties | Adverse Parties | Title of Motion | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| | | | • ~~Panasonic~~<br>• ~~Thomson~~<br>• ~~Toshiba~~<br>• ~~TDA~~<br>• ~~SDI~~<br>• ~~Philips~~ | | | | |
| Defs.' MIL No. 5 | 3589 | • ~~CPT~~<br>• ~~LG~~<br>• ~~Mitsubishi Electric~~<br>• ~~MTPD~~<br>• ~~Panasonic~~<br>• ~~Thomson~~<br>• ~~Toshiba~~<br>• ~~TDA~~<br>• ~~SDI~~<br>• ~~Philips~~ | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• ~~Sears/Kmart~~<br>• ~~Sharp~~<br>• ~~ViewSonic~~ | Motion to Exclude Plea by Samsung SDI Company, Ltd as to Non-Pleading Defendants or, Alternatively, to Provide A Limiting Instruction | 3643-4 | 3763 | |

## VIII.   MOTIONS RE FTAIA ISSUES

| Motion No. | Dkt. No. | Moving Parties | Adverse Parties | Title of Motion | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| Defs.' MIL No. 8 | 3563-3 | • ~~CPT~~<br>• ~~LG~~<br>• ~~Mistubishi Electric~~<br>• ~~MTPD~~<br>• ~~Panasonic~~ | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• ~~Sears/Kmart~~<br>• ~~Sharp~~<br>• ~~ViewSonic~~ | Motion to Exclude Evidence and Argument Relating to Damages From Spillover or Ripple Effects of Foreign Price-Fixing Activities on U.S. Prices | 3658; 3678-3 | 3754-4 | |

2

| Motion No. | Dkt. No. | Moving Parties | Adverse Parties | Title of Motion | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| | | <ul><li>~~Thomson~~</li><li>~~Toshiba~~</li><li>~~TDA~~</li><li>~~SDI~~</li><li>~~Philips~~</li></ul> | | | | | |
| Pltfs.' MIL No. 7 | 3558 | <ul><li>~~Best Buy~~</li><li>~~Circuit City~~</li><li>~~Sears/Kmart~~</li><li>~~Sharp~~</li></ul> | <ul><li>~~LG~~</li><li>~~Mitsubishi Electric~~</li><li>~~MTPD~~</li><li>~~Panasonic~~</li><li>~~Thomson~~</li><li>~~Toshiba~~</li><li>~~TDA~~</li><li>~~SDI~~</li><li>~~Philips~~</li></ul> | Motion to Exclude Argument That Plaintiffs' Claims are Barred Because They Arise from Foreign Commerce | 3676-4 | 3757-4; 3768 | |

## IX. MOTIONS RE WITNESSES, EXHIBITS AND TRIAL MANAGEMENT

| Motion No. | Dkt. No. | Moving Parties | Adverse Parties | Title of Motion | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| Pltfs.' MIL No. 9 | 3558 | <ul><li>~~Best Buy~~</li><li>~~Circuit City~~</li><li>~~Sears/Kmart~~</li><li>~~Sharp~~</li><li>~~ViewSonic~~</li></ul> | <ul><li>~~CPT~~</li><li>~~LG~~</li><li>~~Mitsubishi Electric~~</li><li>~~MTPD~~</li><li>~~Panasonic~~</li><li>~~Thomson~~</li><li>~~Toshiba~~</li></ul> | Motion to Exclude Live Witnesses from Testifying in Defendants' Case-In-Chief Who Were Not Made Available for Live Testimony in Plaintiffs' Case-In-Chief | 3676-4 | 3757-4 | |

| Motion No. | Dkt. No. | Moving Parties | Adverse Parties | Title of Motion | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| | | | - TDA<br>- SDI<br>- Philips | | | | |
| Defs.' MIL No. 13 | 3579 | - CPT<br>- LG<br>- Mitsubishi Electric<br>- MTPD<br>- Panasonic<br>- Thomson<br>- Toshiba<br>- TDA<br>- SDI<br>- Philips | - Best Buy<br>- Circuit City<br>- Sears/Kmart<br>- Sharp<br>- ViewSonic | Motion to Allow Full Defense Examination of Common Witnesses During Plaintiffs' Case-In-Chief and Limit Use of Deposition Testimony | 3662 | 3758 | |
| Pltfs.' MIL No. 15 | 3558 | - Best Buy<br>- Circuit City<br>- Sears/Kmart<br>- Sharp<br>- ViewSonic | - CPT<br>- LG<br>- Mitsubishi Electric<br>- MTPD<br>- Panasonic<br>- Thomson<br>- Toshiba<br>- TDA<br>- SDI<br>- Philips | Motion to Admit Testimony of Summary Witness | 3676-4, 3671, 3677 | 3757-4 | *Moot as to summary witness Sean Chen due to settlement* |

4

| Motion No. | Dkt. No. | Moving Parties | Adverse Parties | Title of Motion | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| Pltfs.' MIL No. 12 | 3558 | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• ~~Sears/Kmart~~<br>• ~~Sharp~~<br>• ~~ViewSonic~~ | • ~~CPT~~<br>• ~~LG~~<br>• ~~Mitsubishi Electric~~<br>• ~~MTPD~~<br>• ~~Panasonic~~<br>• ~~Thomson~~<br>• ~~Toshiba~~<br>• ~~TDA~~<br>• ~~SDI~~<br>• ~~Philips~~ | Motion to Exclude Percipient Witnesses, Except for One Party Representative, From the Courtroom Unless They Are Testifying | 3676-4 | 3757-4 | |
| Samsung MIL No. 2 | 3565 | • ~~LG~~<br>• ~~SDI~~ | • ~~Sears/Kmart~~ | Samsung SDI Defendants' Motion In Limine No. 2 to Exclude Irrelevant and Highly Prejudicial Portions of Plaintiffs' Trial Exhibit, Bates Stamped TSA-CRT00077732 | 3651-4 | 3773-3 | LG Joinder, ECF No. 3864; DAPs' Opposition, ECF No. 3883 |
| Defs.' MIL No. 6 | 3571 | • ~~CPT~~<br>• ~~LG~~<br>• ~~Mitsubishi Electric~~<br>• ~~MTPD~~<br>• ~~Panasonic~~<br>• ~~Thomson~~<br>• ~~Toshiba~~<br>• ~~TDA~~<br>• ~~SDI~~<br>• ~~Philips~~ | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• ~~Sears/Kmart~~<br>• ~~Sharp~~<br>• ~~ViewSonic~~ | Motion to Exclude Improper Characterization of or References to Defendants and Alleged Co-Conspirators | 3702 | 3777 | |

| Motion No. | Dkt. No. | Moving Parties | Adverse Parties | Title of Motion | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| Samsung MIL No. 1 | 3561 | • ~~LG~~<br>• ~~SDI~~ | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• ~~Sears/Kmart~~<br>• ~~Sharp~~<br>• ~~ViewSonic~~ | SDI Defendants' Motion In Limine No. 1 to Prohibit Plaintiffs From Conflating SDI with Non-Parties, Including But Not Limited to, Samsung Electronics, Co., Ltd. | 3657 | 3769 | LG Joinder, ECF No. 3864; Thomson Joinder, ECF No. 3888; Joinders granted, ECF No. 4586 |