UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 |
| | Case No. C-07-5944 JST |
| This Order Relates To: | **ORDER** |
| ALL ACTIONS | |

The Court has received the letter from attorney Jeffrey Kessler on behalf of certain Defendants regarding the motions still pending before the transferee court. ECF No. 5110. Although Mr. Kessler states that "Defendants notified Plaintiffs in advance of the filing of this letter in accordance with Northern District of California Local Rule 11-4(c)," id. at 1 n.2, he does not state what Plaintiffs' position is regarding the relief requested in his letter. In fact, the letter constitutes an ex parte request for relief.

To ensure all parties receive notice and an opportunity to be heard, the parties are ordered to file a joint list of the motions still pending in the transferee court that must be decided before the remaining cases can be remanded. It is not necessary to identify the motions that have already been decided. If the parties disagree as to which motions this Court, as opposed to a transferor court, should decide, the disputed motions should be clearly identified. The parties may support their positions with up to two pages per side of argument. This statement must be filed by February 10, 2017 at 5:00 p.m.

1   IT IS SO ORDERED.

2   Dated:  February 7, 2017

3   _____
     JON S. TIGAR
4    United States District Judge