# BOIES,  SCHILLER  &  FLEXNER  LLP

30 SOUTH PEARL STREET * ALBANY, NY 12207 * 518-434-0600 * FAX 518-434-0665

February 10, 2017

**VIA ECF**

The Honorable Jon S. Tigar
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

    Re: *In re Cathode Ray Tube (CRT) Antitrust Litigation*, No. 07-5944-JST, MDL No. 1917

Dear Judge Tigar:

  The Direct Action Plaintiffs ("DAPs")[1] and undersigned Defendants[2] respectfully submit the following joint statement in response to the Court's February 7, 2017 order (ECF No. 5112).

  The parties have met and conferred, and agree that the following four motions need to be decided by the transferee court prior to remand of the DAPs' cases:

1. Motion for Summary Judgment (on liability) by the Panasonic Entities (ECF No. 3001);

2. Motion for Summary Judgment (on liability) by Koninklijke Philips N.V. (ECF No. 3040);

---

[1] The DAPs whose cases remain pending are: Electrograph Systems, Inc.; Electrograph Technologies, Corp.; Office Depot, Inc.; CompuCom Systems, Inc.; Interbond Corporation of America; P.C. Richard & Son Long Island Corporation; ABC Appliance, Inc.; Schultze Agency Services LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC; Tech Data Corporation and Tech Data Product Management, Inc.; and Costco Wholesale Corporation.

[2] The Defendants with pending remand cases are: Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, MT Picture Display Co., Ltd.; Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., Toshiba America Electronic Components, Inc.; LG Electronics, Inc.; Samsung SDI America, Inc., Samsung SDI Co., Ltd., Samsung SDI (Malaysia) SDN. BHD, Samsung SDI Mexico S.A. DE C.V., Samsung SID Brasil Ltda, Shenzen Samsung SDI Co., Ltd, Tianjin Samsung SDI Co., Ltd.; Thomson SA, Thomson Consumer Electronics, Inc.; Technologies Displays America LLC; Koninklijke Philips N.V., and Philips Electronics North America Corporation.

February 10, 2017
Hon. Jon S. Tigar
Page 2 of 6

3. Motion for Summary Judgment Based Upon Absence of Evidence of Liability by Mitsubishi (ECF No. 3037); and

4. SDI Defendants' Motion to Exclude Expert Testimony of Dr. Stephan Haggard (ECF No. 3172).

The only other active motion in the DAPs' cases is the DAPs' motion for suggestion of remand (ECF No. 4985). The parties agree that once the four motions listed above are decided, remand will be appropriate, and the DAPs' motion for suggestion of remand can be granted at that time.

Respectfully submitted,

/s/ Philip J. Iovieno

Philip J. Iovieno

*Liaison Counsel for the Direct Action Plaintiffs*

By: /s/ Jeffrey L. Kessler
JEFFREY L. KESSLER (*pro hac vice*)
ALDO A. BADINI (SBN 257086)
EVA W. COLE (*pro hac vice*)
MOLLY M. DONOVAN (*pro hac vice*)
MARTIN C. GEAGAN (*pro hac vice*)
JENNIFER M. STEWART (*pro hac vice*)

**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
jkessler@winston.com
abadini@winston.com
ewcole@winston.com
mmdonovan@winston.com
jstewart@winston.com

DAVID L. YOHAI (*pro hac vice*)
ADAM C. HEMLOCK (*pro hac vice*)
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
david.yohai@weil.com

adam.hemlock@weil.com

*Attorneys for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, MT Picture Display Co., Ltd.*

**WHITE & CASE LLP**

By: /s/ *Lucius B. Lau*
CHRISTOPHER M. CURRAN (*pro hac vice*)
ccurran@whitecase.com
LUCIUS B. LAU (*pro hac vice*)
alau@whitecase.com
DANA E. FOSTER (*pro hac vice*)
defoster@whitecase.com
**WHITE & CASE LLP**
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

MUNGER, TOLLES & OLSON LLP

By: /s/ *Brad D. Brian*
BRAD D. BRIAN (SBN 79001)
brad.brian@mto.com
GREGORY J. WEINGART (SBN 157997)
gregory.weingart@mto.com
E. MARTIN ESTRADA (SBN 223802)
martin.estrada@mto.com
**MUNGER, TOLLES & OLSON LLP**
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

MIRIAM KIM (State Bar No. 238230)
miriam.kim@mto.com
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, Twenty-Seventh Floor
San Francisco, CA 94105-2907
Telephone: (415) 512-4000

February 10, 2017
Hon. Jon S. Tigar
Page 4 of 6

    Facsimile: (415) 512-4077

    *Attorneys for Defendants LG Electronics, Inc.*

    SHEPPARD MULLIN RICHTER & HAMPTON

    By: /s/ *Michael W. Scarborough*
    GARY L. HALLING (SBN 66087)
    ghalling@sheppardmullin.com
    JAMES L. MCGINNIS (SBN 95788)
    jmcginnis@sheppardmullin.com
    MICHAEL W. SCARBOROUGH, (SBN 203524)
    mscarborough@sheppardmullin.com
    **SHEPPARD MULLIN RICHTER & HAMPTON**
    Four Embarcadero Center, 17th Floor
    San Francisco, CA 94111
    Telephone:  (415) 434-9100
    Facsimile:  (415) 434-3947

    *Attorneys for Defendants Samsung SDI America, Inc.; Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) SDN. BHD.; Samsung SDI Mexico S.A. DE C.V.; Samsung SDI Brasil Ltda.; Shenzen Samsung SDI Co., Ltd. and Tianjin Samsung SDI Co., Ltd.*

    FAEGRE BAKER DANIELS LLP

    By: /s/ *Kathy L. Osborn*
    KATHY L. OSBORN (*pro hac vice*)
    kathy.osborn@FaegreBD.com
    RYAN M. HURLEY (*pro hac vice*)
    ryan.hurley@FaegreBD.com
    **FAEGRE BAKER DANIELS LLP**
    300 N. Meridian Street, Suite 2700
    Indianapolis, IN 46204
    Telephone: (317) 237-0300
    Facsimile: (317) 237-1000

    Calvin L. Litsey (SBN 289659)
    **FAEGRE BAKER DANIELS LLP**
    1950 University Avenue, Suite 450
    East Palo Alto, CA 94303-2279
    Telephone: (650) 324-6700
    Facsimile: (650) 324-6701
    calvin.litsey@FaegreBD.com

February 10, 2017
Hon. Jon S. Tigar
Page 5 of 6

*Attorneys for Defendants Thomson SA and Thomson Consumer Electronics, Inc.*

SQUIRE PATTON BOGGS (US) LLP

By: /s/ *Donald A. Wall*
DONALD A. WALL (*pro hac vice*)
donald.wall@squirepb.com
**SQUIRE PATTON BOGGS (US) LLP**
1 East Washington Street, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 528-4000
Facsimile: (602) 253-8129

MARK C. DOSKER
mark.dosker@squirepb.com
**SQUIRE PATTON BOGGS (US) LLP**
275 Battery Street, Suite 2600
San Francisco, CA  94111
Telephone: (415) 954-0200
Facsimile: (415) 393-9887

*Attorneys for Defendant Technologies Displays Americas LLC*

BAKER BOTTS LLP

By: /s/ *John M. Taladay*
JOHN M. TALADAY (*pro hac vice*)
john.taladay@bakerbotts.com
ERIK T. KOONS (*pro hac vice*)
erik.koons@bakerbotts.com
**BAKER BOTTS LLP**
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890

JON V. SWENSON (SBN 233054)
jon.swenson@bakerbotts.com
**BAKER BOTTS LLP**
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304
Telephone: (650) 739-7500

February 10, 2017
Hon. Jon S. Tigar
Page 6 of 6

        Facsimile: (650) 739-7699

*Attorneys for Defendants Koninklijke Philips N.V. and Philips Electronics North America Corporation*