# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date: February 28, 2017      Judge: Jon S. Tigar

Time: 57 minutes

Case No.     **3:07-cv-05944-JST**
Case Name     **MDL No. 1917 In Re: Cathode Ray Tube (CRT) Antitrust Litigation**

Appearances:

*Plaintiffs*
Mario N. Alioto
Lauren C. Capurro
Timothy D. Battin
Daniel E. Birkhaeuser
Matthew Duncan
Robert J. Gralewski, Jr.
Joseph Goldberg
Christopher T. Micheletti
Joseph M. Patane

*Objectors*
John D. O'Connor
Tracy Kirkham
Theresa D. Moore
Lingel H. Winters
John D. Bogdanov
Josef D. Cooper

Also present:     Martin Quinn, Special Master

Deputy Clerk: William Noble      Court Reporter: Lydia Zinn

## PROCEEDINGS

Special Master's Report & Recommendation Re Allocation of IPP Class Counsel Attorneys' Fees (ECF No. 4976)

## RESULT OF HEARING

1. Hearing held. The motion is under submission.