**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAR 02 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, ------------------------------ INDIRECT PURCHASER PLAINTIFFS, Plaintiff-Appellee, v. JOHN FINN; LAURA TOWNSEND FORTMAN, Objectors-Appellants, v. TOSHIBA CORPORATION; et al., Defendants-Appellees. | No. 16-16368 D.C. No. 3:07-cv-05944-JST Northern District of California, San Francisco ORDER |
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, ------------------------------ INDIRECT PURCHASER PLAINTIFFS, Plaintiff-Appellee, | No. 16-16371 D.C. No. 3:07-cv-05944-JST Northern District of California, San Francisco |

AC/MOATT

v.

SEAN HULL; GORDON B. MORGAN,

        Objectors-Appellants,

 v.

TOSHIBA CORPORATION; et al.,

        Defendants-Appellees.

---

In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION,

------------------------------

INDIRECT PURCHASER PLAINTIFFS,

        Plaintiff-Appellee,

 v.

ANTHONY GIANASCA; et al.,

        Objectors-Appellants,

 v.

TOSHIBA CORPORATION; et al.,

        Defendants-Appellees.

No. 16-16373

D.C. No. 3:07-cv-05944-JST
Northern District of California,
San Francisco

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, ------------------------------ INDIRECT PURCHASER PLAINTIFFS, Plaintiff-Appellee, v. DONNIE CLIFTON, Objector-Appellant, v. TOSHIBA CORPORATION; et al., Defendants-Appellees. | No. 16-16374 D.C. No. 3:07-cv-05944-JST Northern District of California, San Francisco |
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, ------------------------------ INDIRECT PURCHASER PLAINTIFFS, Plaintiff-Appellee, v. JOSIE SAIK, Objector-Appellant, | No. 16-16377 D.C. No. 3:07-cv-05944-JST Northern District of California, San Francisco |

AC/MOATT                             3

v.

TOSHIBA CORPORATION; et al.,

      Defendants-Appellees.

---

In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION,

------------------------------

INDIRECT PURCHASER PLAINTIFFS,

      Plaintiff-Appellee,

v.

DAN L. WILLIAMS & CO.,

      Objector-Appellant,

v.

TOSHIBA CORPORATION; et al.,

      Defendants-Appellees.

No. 16-16378

D.C. No. 3:07-cv-05944-JST
Northern District of California,
San Francisco

---

In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION,

------------------------------

INDIRECT PURCHASER PLAINTIFFS,

No. 16-16379

D.C. No. 3:07-cv-05944-JST
Northern District of California,
San Francisco

    Plaintiff-Appellee,

 v.

ROCKHURST UNIVERSITY; et al.,

    Objectors-Appellants,

 v.

TOSHIBA CORPORATION; et al.,

    Defendants-Appellees.

---

In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION,

-------------------------------

INDIRECT PURCHASER PLAINTIFFS,

    Plaintiff-Appellee,

 v.

ELEANOR LEWIS,

    Objector-Appellant,

 v.

TOSHIBA CORPORATION; et al.,

    Defendants-Appellees.

No. 16-16395

D.C. No. 3:07-cv-05944-JST
Northern District of California,
San Francisco

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, <br><br>-------------------------------<br><br>INDIRECT PURCHASER PLAINTIFFS,<br><br>      Plaintiff-Appellee,<br><br>v.<br><br>ANTHONY GIANASCA; et al.,<br><br>      Movants-Appellants,<br><br>v.<br><br>TOSHIBA CORPORATION; et al.,<br><br>      Defendants-Appellees. | Nos. 16-16399<br>       16-16400<br><br>D.C. No. 3:07-cv-05944-JST<br>Northern District of California,<br>San Francisco |
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION,<br>_____<br><br>INDIRECT PURCHASER PLAINTIFFS,<br><br>      Plaintiff-Appellant,<br><br>v.<br><br>TOSHIBA CORPORATION; et al.,<br><br>      Defendants-Appellees. | No. 16-16427<br><br>D.C. No. 3:07-cv-05944-JST<br>Northern District of California,<br>San Francisco |

Before: CANBY, CLIFTON, and FRIEDLAND, Circuit Judges.

The motion to dismiss appeal No. 16-16395 (Docket Entry No. 33 in 16-16395) is granted. Because appellant in No. 16-16395 did not object during the fairness hearing, she may not appeal the district court's order approving the class action settlement. *See, e.g.*, *Devlin v. Scardelletti*, 536 U.S. 1, 11 (2002) ("[T]he power to appeal is limited to those nonnamed class members who have objected during the fairness hearing."); *see also Rodriguez v. Disner*, 688 F.3d 645, 658 (9th Cir. 2012) ("Nonnamed members of a certified class have the authority to object to the fairness of a settlement at the fairness hearing required by Rule 23(e) of the Federal Rules of Civil Procedure, as well as appeal the court's decision to ignore their objections."). Appeal No. 16-16395 is dismissed.

The motion to dismiss appeal No. 16-16427 (Docket Entry No. 34 in 16-16368) is granted. Neither attorney Cooper nor Cooper & Kirkham, P.C. are members of the settlement class, *see Devlin*, 536 U.S. at 11, and neither may bring an appeal on behalf of a group of unidentified class members. *See, e.g.*, *Hanlon v. Chrysler Corp.*, 150 F.3d 1011, 1024 (9th Cir. 1998) ("There is no class action rule, statute, or case that allows a putative class plaintiff or counsel to exercise class rights en masse, either by making a class-wide objection or by attempting to

AC/MOATT 7

effect a group-wide exclusion from an existing class. Indeed, to do so would infringe on the due process rights of the individual class members, who have the right to intelligently and individually choose whether to continue in a suit as class members."). Appeal No. 16-16427 is dismissed.

The motion to correct the caption in appeal No. 16-16427 (Docket Entry No. 31 in 16-16368) is denied as moot.

The opening briefs in appeal Nos. 16-16371, 16-16373, 16-16374, 16-16377, 16-16378, 16-16399, and 16-16400 have been filed. The opening briefs in appeal Nos. 16-16368 and 16-16379 shall be due April 3, 2017. The consolidated answering brief shall be due May 3, 2017. The optional consolidated reply brief(s) shall be due within 14 days after service of the consolidated answering brief.

All parties on a side are encouraged to join in a single brief to the greatest extent practicable. *See* 9th Cir. R. 28-4.

AC/MOATT 8