Francis O. Scarpulla (41059)
Patrick B. Clayton (240191)
LAW OFFICES OF FRANCIS O. SCARPULLA
456 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 788-7210
Facsimile:   (415) 788-0706
Email: fos@scarpullalaw.com
            pbc@scarpullalaw.com

Counsel for Class Counsel
FRANCIS O. SCARPULLA and_____
LAW OFFICES OF FRANCIS O. SCARPULLA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 3:07-cv-5944-JST |
| | MDL No. 1917 |
| This Document Relates to: | **NOTICE OF APPEAL** |
| All Indirect-Purchaser Actions | Judge:  The Honorable Jon S. Tigar |

# NOTICE OF APPEAL

Notice is hereby given that Class Counsel Francis O. Scarpulla and Law Offices of Francis O. Scarpulla appeal to the United States Court of Appeals for the Ninth Circuit from the Order Re: Allocation of IPP Attorneys' Fee Award (Doc. 5122) entered in this action on February 28, 2017.

Dated: March 15, 2017        Respectfully submitted,

                                       /s/  Francis O. Scarpulla
                                        Francis O. Scarpulla

Francis O. Scarpulla (41059)
Patrick B. Clayton (240191)
LAW OFFICES OF FRANCIS O. SCARPULLA
456 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: 415-788-7210
Facsimile:  415-788-0706
fos@scarpullalaw.com
pbc@scarpullalaw.com

Counsel for Class Counsel
FRANCIS O. SCARPULLA and_____
LAW OFFICES OF FRANCIS O. SCARPULLA

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing NOTICE OF APPEAL was filed *via* CM/ECF on March 15, 2017 and as a result has been served on all counsel of record *via* transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Francis O. Scarpulla
Francis O. Scarpulla