Brian Barry (135631)
151 N. Martel Ave.
LA, CA 90036
323-954-7210
*Pro Se*
Bribarry1@yahoo.com

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Case No. 3:07-cv-5944<br>MDL No. 1917 |
| _____ | **CLASS ACTION** |
| This Document Relates to:<br><br>All Indirect Purchaser Actions | **NOTICE OF APPEAL and NOTICE OF RELATED CASE**<br><br><br>Judge:  Hon. Jon S. Tigar |

1

**NOTICE OF APPEAL**

Notice is hereby given that Class Counsel Brian Barry and the Law Office of Brian Barry hereby appeals to the Ninth Circuit from that Order Re: Allocation of IPP Attorneys Fee Award (Docket No. 5122) entered Feb. 28, 2017.

Notice is further given that this appeal is related to another appeal, Case No. 17-15496, in that they both appeal the same issue and Order.

Dated: March 29, 2017                                            Respectfully Submitted,


                                                                 /S/ Brian Barry
                                                                 Brian Barry

1

PROOF OF SERVICE VIA ELECTRONIC POSTING

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On March 24, 2017, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Northern District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 29th day of March 2017

/s/ Brian Barry

2