Guido Saveri (22349)
  *guido@saveri.com*
R. Alexander Saveri (173102)
  *rick@saveri.com*
Geoffrey C. Rushing (126910)
  *grushing@saveri.com*
Cadio Zirpoli (179108)
  *cadio@saveri.com*
Matthew D. Heaphy (227224)
  *mheaphy@saveri.com*
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone:  (415) 217-6810
Facsimile:  (415) 217-6813

*Lead Counsel for Direct Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-CV-5944-JST |
| | MDL No. 1917 |
| This Document Relates to: | **DECLARATION OF ERIC B. FASTIFF IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS' APPLICATION FOR ATTORNEYS' FEES AND EXPENSES AND INCENTIVE AWARDS** |
| *Crago, d/b/a Dash Computers, Inc., et al. v. Mitsubishi Electric Corporation, et al.*, Case No. 14-CV-2058-JST. | |
| | Date:      June 8, 2017 |
| | Time:      2:00 p.m. |
| | Judge:     Honorable Jon S. Tigar |
| | Courtroom: 9 |

I, Eric B. Fastiff, declare:

1.      I am a member in good standing of the bar of this Court, and I am a partner of

Lieff Cabraser Heimann & Bernstein, LLP ("Lieff Cabraser"), Counsel for Direct Purchaser

Plaintiffs ("DPPs" or "Plaintiffs") in this action.  I submit this declaration in support of DPPs'

joint Application for Attorneys' Fees and Expenses and Incentive Awards ("Fees and Expense Application") in connection with the services rendered in this litigation.  I make this declaration based on my personal knowledge and if called as a witness, I could and would competently testify to the matters stated herein.

2.      My firm has served as counsel to Nathan Muchnick, Inc. and as counsel for the Class throughout the course of this litigation.  The background and experience of Lieff Cabraser and its attorneys are summarized in the curriculum vitae attached hereto as **Exhibit A**.  A more detailed list of Lieff Cabraser's experience, background, and attorneys is contained on its website, www.lieffcabraser.com.

3.      Lieff Cabraser prosecuted this litigation solely on a contingent-fee basis, and has been at risk that it would not receive any compensation for prosecuting claims against the defendants.  While Lieff Cabraser devoted its time and resources to this matter, it has foregone other legal work for which it may have been compensated.

4.      During the pendency of the litigation, Lieff Cabraser performed the following work:  Initial case investigation and filing; assisting with legal research and support of responding to motion practice by defendants; assisting in the prosecution of discovery in the formulation of discovery protocols; reviewing defendants' documents; and researching, drafting, and editing the complaint against the Mitsubishi Electric Defendants and the Thomson Defendants.

5.      Attached hereto as **Exhibit B** is my firm's total hours and lodestar, computed at historical rates, from the inception of DPPs' case against the Mitsubishi Electric Defendants and the Thomson Defendants (Case No. 14-CV-2058-JST, filed May 5, 2014) through October 31, 2016, and does not include time previously reported to the Court.  Lieff Cabraser attorneys and staff spent 36.30 hours during this time period, with a corresponding lodestar of $16,346.50.  This summary was prepared from contemporaneous, daily time records prepared and maintained by Lieff Cabraser's attorneys and staff.  The lodestar amount reflected in Exhibit B is for work assigned by Lead Counsel, and was performed by professional staff at my law firm for the benefit of the DPP Class.  None of these hours were included in connection with DPPs' first fee and expense application (ECF No. 4055).  As explained in my August 7, 2014 Declaration, for the

FASTIFF DECL. ISO DPPS' APPL. FOR
ATTYS' FEES, EXPENSES, AND AWARDS
MASTER FILE NO. 07-CV-5944-JST

time period May 9, 2008 through July 31, 2014, my firm spent 513 hours with a corresponding lodestar of $220,772.50.  Lieff Cabraser's total hours spent is therefore 549.30, with a corresponding lodestar of $237,119.00.

6.      The hourly rates for the attorneys and professional support staff in my firm included in Exhibit B are the usual and customary hourly rates charged by Lieff Cabraser.

7.      Lieff Cabraser is not seeking reimbursement of any costs at this time.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 22, 2017 at San Francisco, California.

*/s/ Eric B. Fastiff*
ERIC B. FASTIFF

1

**ATTESTATION**

2      I, R. Alexander Saveri, hereby attest, pursuant to United States District Court, Northern

3  District of California Civil Local Rule 5-1(i)(3), that concurrence to the filing of this document

4  has been obtained from the signatory hereto.

5                                    By:    */s/ R. Alexander Saveri*
                                           R. Alexander Saveri
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1341567.1                          - 4 -

# Exhibit A

# Lieff Cabraser Heimann & Bernstein

Attorneys at Law

275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008

250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone:  212.355.9500
Facsimile:  212.355.9592

One Nashville Place
150 Fourth Avenue North, Suite 1650
Nashville, TN 37219-2415
Telephone:  615.313.9000
Facsimile:  615.313.9965

2101 Fourth Avenue
Suite 1900
Seattle, WA  98121-2315
Telephone:  206.739.9059

Email: mail@lchb.com
Website: www.lieffcabraser.com

***FIRM PROFILE:***

Lieff Cabraser Heimann & Bernstein, LLP, is a seventy-attorney, AV-rated law firm founded in 1972 with offices in San Francisco, New York, Nashville, and Seattle.  We have a diversified practice, successfully representing plaintiffs in the fields of personal injury and mass torts, securities and financial fraud, employment discrimination and unlawful employment practices, product defect, consumer protection, antitrust and intellectual property, environmental and toxic exposures, False Claims Act, digital privacy and data security, and human rights.  Our clients include individuals, classes or groups of persons, businesses, and public and private entities.

Lieff Cabraser has served as Court-appointed Plaintiffs' Lead or Class Counsel in state and federal coordinated, multi-district, and complex litigation throughout the United States.  With co-counsel, we have represented clients across the globe in cases filed in American courts.

Lieff Cabraser is among the largest firms in the United States that only represent plaintiffs.  Described by *The American Lawyer* as "one of the nation's premier plaintiffs' firms," Lieff Cabraser enjoys a national reputation for professional integrity and the successful prosecution of our clients' claims.  We possess sophisticated legal skills and the financial resources necessary for the handling of large, complex cases, and for litigating against some of the nation's largest corporations.  We take great pride in the leadership roles our firm plays in many of this country's major cases, including those resulting in landmark decisions and precedent-setting rulings.

- 1 -

1341567.1

Lieff Cabraser has litigated and resolved thousands of individual lawsuits and hundreds of class and group actions, including some of the most important civil cases in the United States over the past four decades.  We have assisted our clients in recovering over $101 billion in verdicts and settlements.  Twenty-seven cases were resolved for over $1 billion; another 42 have resulted in verdicts or settlements at or in excess of $100 million.

*The National Law Journal* has recognized Lieff Cabraser as one of the nation's top plaintiffs' law firms for fourteen years, including for 2016, and we are a member of its Plaintiffs' Hot List Hall of Fame.  In compiling the list, *The National Law Journal* examines recent verdicts and settlements and looks for firms "representing the best qualities of the plaintiffs' bar and that demonstrated unusual dedication and creativity."  In 2014, *The National Law Journal* further recognized Lieff Cabraser as one of the 50 Leading Plaintiffs Firms in America.

From 2011 through 2016, *U.S. News* and *Best Lawyers* selected Lieff Cabraser as a national "Law Firm of the Year." For 2011, 2012, 2014, and 2015, we were recognized in the category of Mass Torts Litigation/Class Actions – Plaintiffs.  For 2013, the publications selected our firm as the nation's premier plaintiffs' law firm in the category of Employment Law – Individuals.  For 2016, we were again recognized in the category of Mass Torts Litigation/Class Actions – Plaintiffs.  Only one law firm in each practice area receives the "Law Firm of the Year" designation.

In 2016, *Benchmark Litigation* named Lieff Cabraser to its "Top 10 Plaintiff Firms in America" list.  Also in 2016, *Law360* selected Lieff Cabraser as one of the Top 50 Law Firms Nationwide for Litigation.  The publication separately noted that our firm "persists as a formidable agency of change, producing world class legal work against some of the most powerful corporate players in the world today."  In 2017, *Law360* selected Lieff Cabraser for Practice Group of the Year awards in the categories of Consumer Protection and Digital Privacy/Data Protection.

For a list of current and past cases covering Antitrust, Consumer Protection, Economic Injury Product Defects, Personal Injury and Product Liability Litigation, Securities and Financial Fraud, Employment Discrimination and Unfair Employment Practices, and for our firm's attorney's biographies, please see www.lieffcabraser.com.

# Exhibit B

In re Cathode Ray Tube (CRT) Antitrust Litigation
**Lieff Cabraser Heimann & Bernstein, LLP**
Reported Hours and Lodestar
Inception through October 31, 2016 – Mitsubishi/Thomson Only

**TIME REPORT**

| NAME | TOTAL HOURS | HISTORICAL HOURLY RATE | LODESTAR |
|---|---|---|---|
| ATTORNEYS | | | |
| ERIC FASTIFF (P) | 2.90 | $675.00 | $1,957.50 |
| BRENDAN GLACKIN (P) | 1.20 | $610.00 | $732.00 |
| LIN CHAN (A) | 29.70 | $435.00 | $12,919.50 |
| | | | |
| | | | |
| | | | |
| | | | |
| NON-ATTORNEYS | | | |
| BRIAN TROXEL (PL) | 2.50 | $295.00 | $737.50 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTAL:** | **36.30** | | **$16,346.50** |

(P) Partner
(OC) Of Counsel
(A) Associate
(PL) Paralegal
(LC) Law Clerk

1341567.1