1

2

3

4                          UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6

7   IN RE: CATHODE RAY TUBE (CRT)              MDL No. 1917
    ANTITRUST LITIGATION
8                                             Case No. C-07-5944 JST

9   ————————————————————————

10  This Order Relates To:                    **ORDER GRANTING**
                                              **ADMINISTRATIVE MOTION TO SEAL**
11  *Sears, Roebuck and Co. and Kmart Corp. v.*
    *Chunghwa Picture Tubes, Ltd.*,
12  No. 11-cv-05514

13

14          Before the Court is LG Electronics, Inc.'s administrative motion to file under seal in

15  connection with LG Electronics, Inc.'s request for leave to file additional motions.  ECF No.

16  4556.[1]  The Court notified the parties that it would deny the motion unless the designating party

17  filed a declaration in support of the motion.  ECF No. 4630.  Samuel J. Randall, counsel for

18  Plaintiffs, later filed that declaration, explaining that the redacted material contains "confidential,

19  non-public, proprietary, and highly sensitive business information and concern[s] confidential,

20  non-public information about Sears' business practices and purchasing agreements that remain

21  important to Sears' competitive position."  ECF No. 4633.  The Court finds that good cause exists

22  to maintain the redacted documents under seal.  See Ctr. for Auto Safety v. Chrysler Grp., LLC,

23  809 F.3d 1092, 1097 (9th Cir. 2016).  The Court therefore grants the motion.

24          IT IS SO ORDERED.

25  Dated: March 30, 2017

26                                            _____
                                                        JON S. TIGAR
27                                              United States District Judge

28
    ———————————————————————
    [1] The Court denied the underlying motion for leave to file additional documents.  ECF No. 4623.

United States District Court
Northern District of California