Guido Saveri (22349) guido@saveri.com
R. Alexander Saveri (173102) rick@saveri.com
Geoffrey C. Rushing (126910) grushing@saveri.com
Cadio Zirpoli (179108) cadio@saveri.com
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile (415) 217-6813

*Lead Counsel for the
Direct Purchaser Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯<br><br>This Document Relates to:<br><br>*Crago, d/b/a Dash Computers, Inc., et al. v. Mitsubishi Electric Corporation, et al.*, Case No. 14-CV-2058-JST. | Master File No. 07-CV-5944-JST<br><br>MDL No. 1917<br><br>**DECLARATION OF RACHEL CHRISTMAN RE POSTING OF FEE AND EXPENSE APPLICATION AND SUPPORTING MATERIALS TO CLASS WEBSITE**<br><br>Date:     June 8, 2017<br>Time:    2:00 p.m.<br>Judge:   Honorable Jon S. Tigar<br>Courtroom: 9 |

DECLARATION OF RACHEL CHRISTMAN RE POSTING OF FEE AND EXPENSE APPLICATION AND
SUPPORTING MATERIALS TO CLASS WEBSITE; Master File No. 07-CV-5944-JST

I, Rachel Christman, declare as follows:

1. I am employed by Gilardi & Co., LLC ("Gilardi"), located at 3301 Kerner Blvd., San Rafael, California. Gilardi was hired by class counsel as the Settlement Administrator in this matter. I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. On or before June 7, 2012, Gilardi established a case-dedicated website at www.CRTDirectPurchaserAntitrustSettlement.com.

3. On March 30, 2017, I caused electronic copies of the following documents to be posted the class website:

- Direct Purchaser Plaintiffs' Second Application for Attorneys' Fees and Expenses and Incentive Awards: Notice of Motion and Motion; and Memorandum of Points and Authorities in Support Thereof;
- Declaration of R. Alexander Saveri in Support of Direct Purchaser Plaintiffs' Second Application for Attorneys' Fees and Expenses and Incentive Awards
- Freed Kanner London & Millen, LLC Declaration (Douglas A. Millen);
- Hagens Berman Sobol Shapiro LLP Declaration (Anthony D. Shapiro);
- Kellogg, Hansen, Todd, Figel & Frederick, PLLC Declaration (Steven F. Benz);
- Bolognese & Associates, LLC Declaration (Anthony J. Bolognese);
- Polsinelli PC Declaration (Daniel D. Owen);
- Law Offices of Mary Jane Fait PLLC Declaration (Mary Jane Fait);
- Cotchett, Pitre & McCarthy, LLP Declaration (Steven N. Williams);
- Hausfeld LLP Declaration (Michael P. Lehmann);
- Gustafson Gluek PLLC Declaration (Jason S. Kilene);
- Gross & Belsky PC Declaration (Terry Gross);
- Berger & Montague, PC Declaration (Ruthanne Gordon);
- Vanek, Vickers & Masini PC Declaration (David P. Germaine);
- Steyer Lowenthal Boodrookas Alvarez & Smith LLP Declaration (Allan Steyer);
- Spector Roseman Kodroff & Willis, PC Declaration (William G. Caldes);
- Heins Mills & Olson, PLC Declaration (Vincent J. Esades);
- Pearson, Simon & Warshaw, LLP Declaration (Bruce L. Simon);
- Hadsell Stormer & Renick, LLP Declaration (Randy Renick);
- Lieff Cabraser Heimann & Bernstein, LLP Declaration (Eric B. Fastiff); and
- Proposed Order.

1

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed this 4th day of April, 2017.

*Rachel Christman*
RACHEL CHRISTMAN

2

DECLARATION OF RACHEL CHRISTMAN RE POSTING OF FEE AND EXPENSE APPLICATION AND SUPPORTING MATERIALS TO CLASS WEBSITE; Master File No. 07-CV-5944-JST