Mario N. Alioto (56433)
Joseph M. Patane (72202)
Lauren C. Capurro (241151)
**TRUMP, ALIOTO, TRUMP & PRESCOTT LLP**
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
malioto@tatp.com
laurenrussell@tatp.com

*Lead Counsel for Indirect Purchaser Plaintiffs
And Counsel for Trump, Alioto, Trump & Prescott, LLP*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master No.: 3:07-cv-05944-JST<br>MDL No. 1917 |
|---|---|
| This Document Relates to:<br>All Indirect Purchaser Actions | **NOTICE OF CROSS-APPEAL**<br>Judge: The Honorable Jon S. Tigar |

1 | **NOTICE OF CROSS-APPEAL**

2 | Notice is hereby given that Lead Counsel for the Indirect Purchaser Plaintiffs, Mario N. Alioto, and Trump, Alioto, Trump & Prescott, LLP appeal to the United States Court of Appeals for the Ninth Circuit from the Order Re: Allocation of IPP Attorneys' Fee Award (ECF No. 5122) entered in this action on February 28, 2017.

Cooper & Kirkham P.C.'s notice of appeal from the same February 28, 2017 Order was filed on March 30, 2017 (ECF No. 5132). This notice of cross-appeal is timely pursuant to Fed. Rule App. Proc. 4(a)(3).

Attached as Exhibit A is the Representation Statement pursuant to Fed. R. App. Proc. 12(b) and Ninth Circuit Rule 3-2.

Dated: April 12, 2017                By:     */s/ Mario N. Alioto*
                                              Mario N. Alioto (56433)
                                              malioto@tatp.com
                                              Joseph M. Patane (72202)
                                              jpatane@tatp.com
                                              Lauren C. Capurro (241151)
                                              laurenrussell@tatp.com
                                              TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
                                              2280 Union Street
                                              San Francisco, CA 94123
                                              Telephone: 415-563-7200
                                              Facsimile: 415-346-0679

                                              *Lead Counsel for Indirect Purchaser Plaintiffs and Counsel for Trump, Alioto, Trump & Prescott, LLP*

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing NOTICE OF CROSS-APPEAL and REPRESENTATION STATEMENT was filed via CM/ECF on April 12, 2017 and has been served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Mario N. Alioto