Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re: Cathode Ray Tube (CRT) Antitrust Litigation

Plaintiff(s),

v.

Defendant(s).

Case No: 3:07-cv-05944 - JST

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Matthew R. Boucher, an active member in good standing of the bar of District of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Samsung SDI America, Samsung SDI Co L in the above-entitled action. My local co-counsel in this case is (waived per ECF No. 8, para. 4.a.), an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

MY ADDRESS OF RECORD:
1101 New York Ave NW
Washington, DC 20005

LOCAL CO-COUNSEL'S ADDRESS OF RECORD:

MY TELEPHONE # OF RECORD:
(202) 683-3878

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:

MY EMAIL ADDRESS OF RECORD:
matthew.boucher@allenovery.com

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1033409.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 04/12/17

Matthew R. Boucher
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Matthew R. Boucher is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: April 12, 2017

UNITED STATES DISTRICT/MAGISTRATE JUDGE
HON. JON S. TIGAR

PRO HAC VICE APPLICATION & ORDER

October 2012