Kevin B. Goldstein (*pro hac vice*)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 282-5000
Facsimile: (202) 282-5100
kbgoldstein@winston.com

*Counsel for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, MT Picture Display Co., Ltd.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 |
| | Case No. 07-cv-5944-JST |
| This Document Relates to:<br><br>All Actions | **NOTICE OF CHANGE OF FIRM AFFILIATION**<br><br>Hon. Jon S. Tigar<br>Courtroom 9, 19th Floor |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Kevin B. Goldstein, counsel for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, and MT Picture Display Co., Ltd. (collectively, the "Panasonic Defendants") in the above-captioned matter, is no longer affiliated with the law firm Weil, Gotshal & Manges LLP.  Mr. Goldstein is now affiliated with the law firm Winston & Strawn LLP.

Mr. Goldstein's new contact information is as follows:

> Kevin B. Goldstein
> E-mail:  kbgoldstein@winston.com
> WINSTON & STRAWN LLP
> 1700 K Street, N.W.
> Washington, D.C. 20006-3817
> Tel:  (202) 282-5000
> Fax:  (202) 282-5100

All other Weil, Gotshal & Manges LLP attorneys who have entered appearances representing the Panasonic Defendants in the above-captioned matter will continue in their representation of the Panasonic Defendants.

Dated: April 13, 2017            Respectfully submitted,

> By:  /s/ Kevin Goldstein
> Kevin B. Goldstein (*pro hac vice*)
> WINSTON & STRAWN LLP
> 1700 K Street, N.W.
> Washington, D.C. 20006
> Telephone: (202) 282-5000
> Facsimile: (202) 282-5100
> kbgoldstein@winston.com
>
> *Counsel for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, MT Picture Display Co., Ltd.*