1  DILLINGHAM & MURPHY, LLP
   WILLIAM F. MURPHY, ESQ. (SBN 82482)
2  601 Montgomery Street, Suite 1900
   San Francisco, California  94111
3  Telephone:    (415) 397-2700
   Facsimile:    (415) 397-3300
4  Email:        wfm@dillinghammurphy.com

5  Attorneys for Defendant
   TECHNOLOGIES DISPLAYS AMERICAS, LLC

6

7

8                 **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10                **SAN FRANCISCO DIVISION**

11  **In re CATHODE RAY TUBE (CRT)** | Case No. 07-cv-05944 -JST
    **ANTITRUST LITIGATION**         | MDL No. 1917
12
                                      | Honorable Jon S. Tigar
13
                                      | **NOTICE TO BE REMOVED FROM**
14                                    | **SERVICE LIST**

15

16

17       Please take notice that although I remain as counsel of record for TECHNOLOGIES

18  DISPLAYS AMERICAS, LLC, a party who has been terminated from the above-entitled

19  action, I hereby waive any requirement to continue to receive notice from opposing counsel and

20  from the court of filings in this case subsequent to this notice, including the final judgment

21  which closes this case.   I also waive service by opposing counsel.

22

23  DATED:  April 17, 2017                    DILLINGHAM & MURPHY, LLP
                                              WILLIAM F. MURPHY
24

25
                                              /s/ William F. Murphy
26                                   BY:     _____
                                              Attorney for TECHNOLOGIES
27                                            DISPLAYS AMERICAS, LLC

28