# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

In re: Cathode Ray Tube (CRT) Antitrust Litigation )
)  Case No: 07-CV-5944 JST
)
Plaintiff(s),   )
)  **APPLICATION FOR**
v.   )  **ADMISSION OF ATTORNEY**
)  **PRO HAC VICE**
)  (CIVIL LOCAL RULE 11-3)
)
Defendant(s).   )
)

I, Michael S. Feldberg, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Samsung SDI Co., Ltd., and Samsung SDI America, Inc. in the above-entitled action. My local co-counsel in this case is waived per Pretrial Order 1, para. 6, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My Address of Record: | Local Co-Counsel's Address of Record: |
|---|---|
| Allen & Overy LLP<br>1221 Avenue of the Americas | See Pretrial Order No. 1 (ECF #230)<br>Paragraph 6 |
| My Telephone # of Record:<br>(212) 610-6300 | Local Co-Counsel's Telephone # of Record: |
| My Email Address of Record:<br>michael.feldberg@allenovery.com | Local Co-Counsel's Email Address of Record: |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1333533.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 04/19/17

Michael S. Feldberg
APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Michael S. Feldberg is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: April 19, 2017

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE
HON. JON S. TIGAR

*PRO HAC VICE* APPLICATION & ORDER                    October 2012