UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 |
|---|---|
| | Case No. C-07-5944 JST |
| This Order Relates To: | **ORDER WITH RESPECT TO ATTORNEYS' FEES** |
| ALL DIRECT PURCHASER PLAINTIFFS | Re: ECF No. 5133 |

Currently pending before the Court is a motion for attorneys' fees filed by the Direct Purchaser Plaintiffs (DPPs). See ECF Nos. 5133. The Court has completed its preliminary review of this motion and finds that certain additional information is required. Accordingly, the Court now orders moving parties to provide the following information:

1. Hours summaries of the kind already provided, see ECF No. 5133-1 at 32, ECF No. 5133-4 at 17, modified to show the hours billed by year through 2014 and by month beginning in January 2015; and

2. Complete, contemporaneously-recorded bills with justification for all time billed for all attorneys or related legal professionals whose work forms the basis of fees requested in the pending motion, for all firms requesting such fees, only for the month in which the greatest number of hours was billed for each firm in each of the years 2014, 2015, 2016, and 2017.[1]

Lead counsel for DPPs will gather this information from each firm, consolidate it into a single filing, accurately label the component parts, and lodge it with the Court not later than 12:00 noon on May 9, 2017.

---

[1] The Court may request additional such materials in the future if it concludes that this sample size is too small.

The June 8, 2017 hearing on Plaintiffs' attorneys' fees, expenses, and incentive award motions remains as set.

IT IS SO ORDERED.

Dated: April 26, 2017

_____
JON S. TIGAR
United States District Judge