Mario N. Alioto (56433)
Joseph M. Patane (72202)
Lauren C. Capurro (241151)
**TRUMP, ALIOTO, TRUMP & PRESCOTT LLP**
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
malioto@tatp.com
laurenrussell@tatp.com

*Lead Counsel for Indirect Purchaser Plaintiffs
And Counsel for Trump, Alioto, Trump & Prescott, LLP*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master No.: 3:07-cv-05944-JST<br>MDL No. 1917 |
| This Document Relates to:<br><br>All Indirect Purchaser Actions | **AMENDED NOTICE OF CROSS-APPEAL**<br><br>Judge: The Honorable Jon S. Tigar |

**AMENDED NOTICE OF CROSS-APPEAL**

Notice is given that Lead Counsel for the Indirect Purchaser Plaintiffs, Mario N. Alioto, and Trump, Alioto, Trump & Prescott, LLP, hereby amend the Notice of Cross-Appeal filed on April 12, 2017 (ECF No. 5142) to state that the cross-appeal is brought as to Appeal Nos. 17-15496 and 17-15598.

Dated: May 2, 2017					By:	 */s/ Mario N. Alioto*
						Mario N. Alioto (56433)
						malioto@tatp.com
						Joseph M. Patane (72202)
						jpatane@tatp.com
						Lauren C. Capurro (241151)
						laurenrussell@tatp.com
						TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
						2280 Union Street
						San Francisco, CA 94123
						Telephone: 415-563-7200
						Facsimile: 415-346-0679

						*Lead Counsel for Indirect Purchasers Plaintiffs and Counsel for Trump, Alioto, Trump & Prescott, LLP*

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing AMENDED NOTICE OF CROSS APPEAL was filed *via* CM/ECF on May 2, 2017 and as a result has been served on all counsel of record *via* transmission of Notices of Electronic Filing generated by CM/ECF.


        /s/ Mario N. Alioto
        Mario N. Alioto