1  [COUNSEL LISTED ON SIGNATURE PAGE]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 (JST) <br> MDL No. 1917 |
| This Document Relates to: <br><br> *Sears, Roebuck & Co. & Kmart Corporation, et al. v. LG Electronics, Inc., et al.*, Case No. 11-cv-5514 (JST) | **JOINT CASE MANAGEMENT CONFERENCE STATEMENT** <br><br> Date:  May 24, 2017 <br> Time:  2:00 p.m. <br> Dept.:  Courtroom 9, 19th Fl. <br> Judge:  Hon. Jon S. Tigar |

Pursuant to this Court's Order, Dkt. 5051, Plaintiffs Sears, Roebuck and Co., and Kmart Corporation ("Plaintiffs") and Defendant LG Electronics, Inc. ("Defendant") hereby submit this Joint Case Management Statement.

On December 30, 2016, Plaintiffs' claims against Defendant were dismissed by the Court pursuant to a joint stipulation between the parties. Dkt. 5086. Accordingly, no additional action is necessary by the Court as to either Plaintiffs or Defendant in the above-captioned matter, and the case management conference scheduled for May 24, 2017, is no longer necessary. If the Court believes a case management conference is still necessary, Plaintiffs and Defendant request permission to appear telephonically.

| | | |
|---|---|---|
| 1 | Dated: May 15, 2017 | Respectfully submitted, |
| 2 | | KENNY NACHWALTER, P.A. |

By: */s/ Samuel Randall*              .
    Richard Alan Arnold, Esquire
    William J. Blechman, Esquire
    Kevin J. Murray, Esquire
    Samuel J. Randall, Esquire
    1441 Brickell Avenue
    Suite 1100
    Miami, Florida  33131
    Tel:   (305) 373-1000
    Fax:   (305) 372-1861
    E-mail:  rarnold@knpa.com
             wblechman@knpa.com
             kmurray@knpa.com
             srandall@knpa.com

***Counsel for Plaintiffs Sears, Roebuck and Co. and Kmart Corporation***

– and –

MUNGER, TOLLES & OLSON LLP


By:   */s/ Brad Brian*              
    Brad Brian (State Bar No. 079001)
    Gregory J. Weingart (State Bar No. 157997)
    E. Martin Estrada (State Bar No. 223802)
    355 South Grand Avenue
    35th Floor
    Los Angeles, CA  90071-1560
    Tel:   (213) 683-9100
    Fax:   (213) 687-3702
    E-mail:  brad.brian@mto.com
             gregory.weingart@mto.com
             martin.estrada@mto.com

***Counsel for Defendant LG Electronics, Inc.***

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.

It is so stipulated and agreed to by the parties.

34829416.1
JOINT CASE MANAGEMENT CONFERENCE STATEMENT                                    CASE NO. 07-CV-5944 (JST)