1    Guido Saveri (22349) guido@saveri.com
     R. Alexander Saveri (173102) rick@saveri.com
2    Geoffrey C. Rushing (126910) grushing@saveri.com
     Cadio Zirpoli (179108) cadio@saveri.com
3    SAVERI & SAVERI, INC.
     706 Sansome Street
4    San Francisco, CA 94111
     Telephone: (415) 217-6810
5    Facsimile (415) 217-6813

6    *Lead Counsel for the*
     *Direct Purchaser Plaintiffs*

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11

12   In re: CATHODE RAY TUBE (CRT)              Master File No. 07-CV-5944-JST
     ANTITRUST LITIGATION
13   _____   MDL No. 1917

14    This Document Relates to:                 **DECLARATION OF RACHEL
                                                CHRISTMAN RE CLASS MEMBERS'**
15   *Crago, d/b/a Dash Computers, Inc., et al.* **RESPONSE TO NOTICE**
     *v. Mitsubishi Electric Corporation, et al.*,
16   Case No. 14-CV-2058-JST.                   Date:       June 8, 2017
                                                Time:       2:00 p.m.
17                                              Judge:      Honorable Jon S. Tigar
                                                Courtroom:  9
18

19

20

21

22

23

24

25

26

27

28
     DECLARATION OF RACHEL CHRISTMAN RE CLASS MEMBERS' RESPONSE TO NOTICE; Case No.
                                   07-CV-5944-JST

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

I, Rachel Christman, declare as follows:

1.　　　I am employed by Gilardi & Co., LLC ("Gilardi"), located at 3301 Kerner Blvd., San Rafael, California.  Gilardi was hired by class counsel as the Settlement Administrator in this matter.  I am over 21 years of age and am not a party to this action.  Except as otherwise stated, I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2.　　　The purpose of this declaration is to update the Court on class members' response to the class notice described in my declaration filed March 6, 2017 (ECF No. 5126).

3.　　　As of the date of this declaration, 5,185 of the 19,609 class notices sent via first-class mail were returned to Gilardi by the USPS due to undeliverable addresses. Gilardi has attempted to locate updated addresses for the 5,128 of these records which have addresses in the United States by processing the names and addresses through the National Change of Address Database. Gilardi located updated addresses for and re-mailed 170 of these records.

4.　　　I stated in my March 6, 2017 declaration that the notice was emailed to 3,626 electronic mail addresses on the updated class list. However, after further review of the final reports from Gilardi's email vendor, I realized that this count must be corrected. The original email list provided contained 3,626 electronic mail addresses. From this, 1,449 duplicate addresses were removed, leaving 2,177 unique electronic mail addresses. From this, an additional 834 electronic mail addresses were removed because the address was invalid or improperly formatted, or the recipient had opted out of future electronic mailings. Therefore, there were a total of 1,343 unique electronic mail addresses to which notice was sent. Of these, 66 bounced back. Where a class member appeared on the updated class list with both a valid mailing and an electronic mail address, the notice was sent both via USPS and electronic mail.

5.　　　I am not aware of any objections to Plaintiffs' settlement with the Mitsubishi Electric Defendants.

6.　　　As of the date of this declaration, Gilardi has received at least 311 new, amended, or supplemental claims. In total, over 3,000 claims have been received since the September 11,

1

2015 initial claim form mailing.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed this 18th day of May, 2017.

_Rachel Christman_

RACHEL CHRISTMAN

2