Guido Saveri (22349)
  *guido@saveri.com*
R. Alexander Saveri (173102)
  *rick@saveri.com*
Geoffrey C. Rushing (126910)
  *grushing@saveri.com*
Cadio Zirpoli (179108)
  *cadio@saveri.com*
Matthew D. Heaphy (227224)
  *mheaphy@saveri.com*
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone:  (415) 217-6810
Facsimile:  (415) 217-6813

*Lead Counsel for Direct Purchaser Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-CV-5944-JST<br><br>MDL No. 1917 |
| This Document Relates to:<br><br>*Crago, d/b/a Dash Computers, Inc., et al. v. Mitsubishi Electric Corporation, et al.*, Case No. 14-CV-2058-JST. | **DIRECT PURCHASER PLAINTIFFS' REPLY BRIEF IN SUPPORT OF SECOND APPLICATION FOR ATTORNEYS' FEES AND EXPENSES AND INCENTIVE AWARDS**<br><br>Date:        June 8, 2017<br>Time:       2:00 p.m.<br>Judge:      Honorable Jon S. Tigar<br>Courtroom: 9 |

DPPS' REPLY BRIEF IN SUPPORT OF SECOND APPLICATION FOR ATTORNEYS' FEES AND EXPENSES AND INCENTIVE AWARDS; Master File No. 07-CV-5944-JST

**ISSUES TO BE DECIDED**

1. Whether to award of attorneys' fees in the amount of 30% of the settlement funds ($25,425,000) plus interest.

2. Whether to reimburse litigation expenses in the amount of $1,053,960.26.

3. Whether to make additional payments of $15,000 to class representatives for their time and effort representing the class in connection with the Mitsubishi Electric and Thomson case.

**I.   INTRODUCTION**

In its order preliminarily approving the settlement with the Mitsubishi Electric Defendants (*In re Cathode Ray Tube (CRT) Antitrust Litig.*, No. 14-CV-2058-JST, 2017 WL 565003 (N.D. Cal. Feb. 13, 2017) ("Preliminary Approval Order")), the Court ordered that "Plaintiffs shall file a reply brief responding to any timely objection no later than twenty-one (21) days before the Final Approval Hearing." *Id.* at *7. Direct Purchaser Plaintiffs ("Plaintiffs") and their counsel ("Class Counsel") respectfully submit this Reply Brief in Support of Plaintiffs' Second Application for Attorneys' Fees and Expenses ("Fee and Expense Application") to inform the Court that 1) notice of the Fee and Expense Application has been provided to the class as ordered by the Court; and 2) there are no objections to any aspect of the Fee and Expense Application.

**II.   PLAINTIFFS HAVE PROVIDED NOTICE TO THE CLASS OF THEIR FEE AND EXPENSE APPLICATION**

As detailed in Plaintiffs' Memorandum of Points and Authorities in Support of Final Approval of Class Action Settlement with the Mitsubishi Electric Defendants, Plaintiffs have provided notice to the class of their Fee and Expense Application. The Notice for the Mitsubishi Electric Settlement informed class members that Plaintiffs' counsel "will ask the Court for attorneys' fees not to exceed one-third (33.3%) of the Mitsubishi Electric and Thomson/TDA Settlement Funds plus reimbursement of their costs and expenses," as well as class members' rights to comment on or object to Plaintiffs' Fee and Expense Application. ECF No. 5126, Ex. A at 4, Exs. B–C.

In addition, on March 30, 2017, Plaintiffs filed their Fee and Expense Application (ECF No. 5133), and posted the application and all supporting materials on the website for the

litigation—www.CRTDirectPurchaserAntitrustSettlement.com. *See* ECF No. 5135 ¶ 3. The Fee and Expense Application explained the awards Plaintiffs' sought for attorney fees, expenses and incentive awards.

### III.   THERE ARE NO OBJECTIONS TO ANY ASPECT OF PLAINTIFFS' FEE AND EXPENSE APPLICATION

The deadline to comment on or object to Plaintiffs' Fee and Expense Application was April 20, 2017. ECF No. 5126, Ex. A at 4. To Class Counsel's knowledge, there are no objections to Plaintiffs' Fee and Expense Application. *See* Declaration of R. Alexander Saveri in Support of Final Approval ¶ 2 (ECF No. 5163-1); Declaration of Rachel Christman in Support of Final Approval ¶ 5 (ECF No. 5163-2).

Class members were required to file or mail any objections to the Court which would then serve them on all parties. *See* Preliminary Approval Order, 2017 WL 565003, at *5 [ECF No. 5116] ("Class members shall have the right to object to the fee and expense application by filing a written objection with the Court on or before the deadline to object to the settlement or plan of allocation."); ECF No. 5126, Ex. A at 4 ("You may comment on or object to Lead Counsel's Application for Attorneys' Fees and Expenses and Incentive Awards by following the procedure set forth in paragraph 10 above. Any comment or objection must be filed with the Court or postmarked by April 20, 2017."). No objections have been filed on the Court's electronic filing system. *See* ECF Nos. 5117–5163.

The absence of objections supports approval of Plaintiffs' Fee and Expense Application. *See Ching v. Siemens Indus., Inc.*, No. 11-CV-04838-MEJ, 2014 WL 2926210, at *8 (N.D. Cal. June 27, 2014) ("the lack of objection from the class after notice further demonstrates the reasonableness and fairness of Class Counsels' fee request"); *see also In re Cathode Ray Tube (CRT) Antitrust Litig.*, No. 07-CV-5944-JST, 2016 WL 183285, at *2 (N.D. Cal. Jan. 14, 2016).

### IV.   CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request that the Court grant Plaintiffs' Second Application for Attorneys' Fees and Expenses and Incentive Awards.

Dated: May 18, 2017

Respectfully submitted,

/s/ *Guido Saveri*
Guido Saveri (22349)
R. Alexander Saveri (173102)
Geoffrey C. Rushing (126910)
Cadio Zirpoli (179108)
Matthew D. Heaphy (227224)
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Lead Counsel for Direct Purchaser Plaintiffs*