|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>MAY 18 2017<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS  |

In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION.

_____

INDIRECT PURCHASER PLAINTIFFS,

        Plaintiff-Appellant,

 v.

TOSHIBA CORPORATION; et al.,

        Defendants-Appellees.

No. 16-16427

D.C. No. 3:07-cv-05944-JST
Northern District of California,
San Francisco

ORDER

Before: CANBY, CLIFTON, and FRIEDLAND, Circuit Judges.

The motion for reconsideration is denied and the motion for reconsideration en banc is denied on behalf of the court (Docket Entry No. 59). *See* 9th Cir. R. 27-10; 9th Cir. Gen. Ord. 6.11.

No further filings will be entertained in this closed case.

AC/MOATT