UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date:  June 8, 2017                                                                 Judge: Jon S. Tigar

Time:  11 minutes

Case No.        **3:07-cv-05944-JST**
Case Name       **MDL No. 1917 In Re: Cathode Ray Tube (CRT) Antitrust Litigation**

Attorneys for Plaintiffs:      R. Alexander Saveri
                               Guido Saveri
                               Geoffrey C. Rushing
                               Bruce L. Simon

Attorney for Defendants:       Michael T. Brody

Deputy Clerk:  William Noble                              Court Reporter: Pam Batalo

### PROCEEDINGS

- Final Approval Hearing
- Direct Purchaser Plaintiffs' Second Application for Attorneys' Fees and Expenses and Incentive Awards (ECF No. 5133)

### RESULT OF HEARING

1. Case was called at 2:06 p.m.  No objectors were present in the Courtroom.

2. The Court took the Direct Purchaser Plaintiffs' settlement agreement with Mitsubishi under submission including whether the Report and Recommendation of the Special Master (ECF No. 4802) should be vacated.

3. The Motion for Attorneys' fees was taken under submission.