Guido Saveri (22349)
  *guido@saveri.com*
R. Alexander Saveri (173102)
  *rick@saveri.com*
Geoffrey C. Rushing (126910)
  *grushing@saveri.com*
Cadio Zirpoli (179108)
  *cadio@saveri.com*
Matthew D. Heaphy (227224)
  *mheaphy@saveri.com*
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone:  (415) 217-6810
Facsimile:  (415) 217-6813

*Lead Counsel for the
Direct Purchaser Plaintiffs*

Bruce L. Simon (Bar No. 96241)
  *bsimon@pswlaw.com*
PEARSON, SIMON & WARSHAW, LLP
44 Montgomery Street, Suite 2450
San Francisco, California 94104
Telephone:  (415) 433-9000
Facsimile:   (415) 433-9008

*Attorneys for Crago Corporation*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-CV-5944 SC<br><br>MDL No. 1917 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **NOTICE OF WITHDRAWAL OF ATTORNEY AARON M. SHEANIN** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Aaron M. Sheanin is no longer associated with the firm of Pearson, Simon & Warshaw, LLP and, pursuant to Civil Local Rule 11-5(a), Mr. Sheanin is hereby withdrawn as counsel for plaintiff Crago, Inc. and the Direct Purchaser Plaintiff group in the above-captioned action.  Pearson, Simon & Warshaw, LLP, through the undersigned counsel of record, as well as Lead Counsel for the Direct Purchaser Plaintiffs and attorneys at Polsinelli Shughart, P.C. continue to serve as counsel for plaintiff Crago, Inc.

873852.1

DATED:  June 20, 2017                    **PEARSON, SIMON & WARSHAW, LLP**

By:  /s/  Bruce L. Simon
BRUCE L. SIMON
*Attorneys for Direct Purchaser Plaintiffs and Plaintiff Crago, Inc.*