UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 |
| | Case No. C-07-5944 JST |
| This Order Relates To: | **ORDER** |
| ALL ACTIONS | |

The Court has reviewed the docket and there are no pending motions in this case or any related case.  No complaint over which this Court has jurisdiction appears still to be pending.  Unless any party objects within fourteen days, the Court will direct the Clerk to close the case.

IT IS SO ORDERED.

Dated: July 6, 2017

_____
JON S. TIGAR
United States District Judge