Mario N. Alioto (56433)
Joseph M. Patane (72202)
Lauren C. Capurro (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2280 Union Street
San Francisco, CA 94123
Telephone: 415-563-7200
Facsimile: 415- 346-0679
Email: malioto@tatp.com
jpatane@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the
Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV-07-5944-JST<br>MDL No. 1917<br><br>**CLASS ACTION**<br><br>**OBJECTION BY INDIRECT PURCHASER PLAINTIFFS TO ORDER FILED JULY 6, 2017, ECF NO. 5172**<br><br>Hearing Date:  None<br>Time: None<br>Judge: Honorable Jon S. Tigar<br>Court: Courtroom 9, 19th Floor |
| This Document Relates to:<br><br>All Indirect Purchaser Actions | |

The Indirect Purchaser Plaintiffs ("IPPs") filed a complaint against Mitsubishi Electric Corporation on July 20, 2017, *Luscher et al. v. Mitsubishi Electric Corporation,* Case No. 3:17-cv-04067.  This complaint is related to MDL No. 1917.  IPPs will be filing an administrative motion to relate this new case to this Court.  Defendant Mitsubishi Electric Corporation has stipulated to this motion.  Accordingly, IPPs object to the Court directing the Clerk to close this case.

Dated:  July 20, 2017

Respectfully submitted,

 */s/ Mario N. Alioto*

Mario N. Alioto (56433)
malioto@tatp.com
Joseph M. Patane (72202)
jpatane@tatp.com
Lauren C. Capurro (241151)
laurenrussell@tatp.com
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2280 Union Street
San Francisco, CA 94123
Telephone: 415-563-7200
Facsimile: 415-346-0679

*Lead Counsel for Indirect Purchaser Plaintiffs*