MARIO N. ALIOTO, ESQ. (56433)
JOSEPH M. PATANE, ESQ. (72202)
LAUREN C. CAPURRO, ESQ. (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: malioto@tatp.com
jpatane@tatp.com
laurenrussell@tatp.com

*Lead Counsel for Indirect Purchaser Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 3:07-cv-5944 SC |
| | MDL No. 1917 |
| | **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| **This document relates to:** | |
| **ALL INDIRECT PURCHASER ACTIONS** | The Honorable Jon S. Tigar |

1

CASE NO. 3-07-cv-5944 SC
ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

1  Pursuant to Civil L.R. 3-12, the Indirect Purchaser Plaintiffs ("IPPs") move for
2  consideration whether a case pending in the Northern District of California, *Luscher, et al. v.*
3  *Mitsubishi Electric Corp..,* Case No. 3:17-cv-04067-JCS, should be related to this proceeding.
4  Defendant Mitsubishi Electric Corporation consents to this motion.

5  These cases are related within the meaning of Civil L.R. 3-12(a) because all concern
6  substantially the same parties and events, and because duplication of labor and expense or
7  conflicting results are likely if the cases are conducted before different Judges.  Each case was
8  filed as a class action alleging price-fixing in the cathode ray tube industry, and plaintiffs in each
9  case assert claims on behalf of indirect purchasers.

10  A Stipulation and Proposed Order Relating Action is filed herewith.

12  Dated: July 20, 2017          By:     /s/     *Mario N. Alioto*

MARIO N. ALIOTO, ESQ. (56433)
JOSEPH M. PATANE, ESQ. (72202)
LAUREN C. CAPURRO, ESQ. (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA  94123
Telephone:  (415) 563-7200
Facsimile: (415) 346-0679
E-mail: malioto@tatp.com
jpatane@tatp.com
laurenrussell@tatp.com

*Lead Counsel for Indirect Purchaser Plaintiffs*