**COUNSEL LISTED ON SIGNATURE BLOCK**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 3:07-cv-5944 SC |
| | MDL No. 1917 |
| | **STIPULATION AND [PROPOSED] ORDER RELATING ACTION** |
| **This document relates to:** | |
| **ALL INDIRECT PURCHASER ACTIONS** | The Honorable Jon S. Tigar |

STIPULATION AND [PROPOSED] ORDER RELATING ACTION
CASE NO. 3-07-cv-5944 SC                    1

WHEREAS, the Indirect Purchaser Plaintiffs have filed a putative class action pending in the Northern District of California entitled *Luscher, et al. v. Mitsubishi Electric Corp.,* Case No. 3:17-cv-04067-JCS ("*Luscher*") against Mitsubishi Electric Corporation, alleging violations of state antitrust and consumer laws relating to the cathode ray tube industry; and

WHEREAS, the parties agree that *Luscher* should be related to this proceeding (the "CRT MDL") because *Luscher* concerns substantially the same parties and events as those in the CRT MDL action, and duplication of labor and expense or conflicting results are likely if the cases are conducted before different Judges;

The parties stipulate that *Luscher* shall be related to *In re Cathode Ray Tube (CRT) Antitrust Litigation,* MDL 1917, Master File No. 3:07-cv-5944 SC.

**IT IS SO STIPULATED.**

Dated: July 20, 2017                                    TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP

                                        By:     */s/ Mario N. Alioto*
                                                MARIO N. ALIOTO, ESQ. (56433)
                                                LAUREN C. CAPURRO, ESQ. (241151)
                                                TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
                                                2280 Union Street
                                                San Francisco, CA  94123
                                                Telephone:  (415) 563-7200
                                                Facsimile: (415) 346-0679
                                                E-mail: malioto@tatp.com
                                                laurenrussell@tatp.com

                                                ***Lead Counsel for Indirect Purchaser Plaintiffs***

//

//

//

1 | Dated: July 20, 2017 | By: | */s/ Terrence J. Truax*
2 | | | Terrence J. Truax
3 | | | ttruax@jenner.com
  | | | Michael T. Brody
4 | | | mbrody@jenner.com
  | | | Gabriel A. Fuentes
5 | | | gfuentes@jenner.com
  | | | JENNER & BLOCK LLP
6 | | | 353 N. Clark Street
  | | | Chicago, IL  60654
7 | | | Telephone:  (312) 222-9350

**Attorneys for Mitsubishi Electric Corporation**

Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

DATED:  July 20, 2017       By:       */s/ Mario N. Alioto*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:_____        _____
                                      Hon. Jon S. Tigar
                                      United States District Judge