Guido Saveri (22349)
    *guido@saveri.com*
R. Alexander Saveri (173102)
    *rick@saveri.com*
Geoffrey C. Rushing (126910)
    *grushing@saveri.com*
Matthew D. Heaphy (227224)
    *mheaphy@saveri.com*
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone:  (415) 217-6810
Facsimile:  (415) 217-6813

*Lead Counsel for the
Direct Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-CV-5944-JST |
| | MDL No. 1917 |
| This Document Relates to: *ALL DIRECT PURCHASER ACTIONS* | **DIRECT PURCHASER PLAINTIFFS' OBJECTION RE: CLOSURE OF CASE** |

1         Direct Purchaser Plaintiffs ("Plaintiffs") hereby respond to the Court's Order dated July 6, 2017, regarding its intention to direct the Clerk to close this case. Plaintiffs respectfully request that the Court not close the case on the following grounds:

    1.    Plaintiffs plan to make further submissions to the Court regarding claims distribution. The Court "retains continuing jurisdiction over: (a) any distribution to Class Members pursuant to further orders of this Court; [and] (b) disposition of the Settlement Fund." ECF No. 5170 ¶ 14. As the Court is aware, the claims period has closed. Plaintiffs' settlement administrator is now in the process of analyzing and verifying the claims. Once that process is complete, final distribution amounts will be determined, and Plaintiffs will seek Court approval of the proposed distribution of Settlement Funds to class members.

    2.    Plaintiffs plan to seek entry of default judgment against Defendants Irico Display Devices Co., Ltd. and Irico Group Corporation ("Irico Defendants") pursuant to Rule 55(b) of the Federal Rules of Federal Procedure. On July 20, 2016, the Clerk of the Court entered default against the Irico Defendants under Rule 55(a). ECF No. 4727. A motion for entry of default judgment is now appropriate. Plaintiffs therefore request that the Court not close the case so that they may file a motion for entry of default judgment against the Irico Defendants.

    For these reasons, Plaintiffs object to the closure of the case.

Dated: July 20, 2017                        Respectfully submitted,

                                            /s/ *R. Alexander Saveri*
                                            Guido Saveri (22349)
                                            R. Alexander Saveri (173102)
                                            Geoffrey C. Rushing (126910)
                                            Matthew D. Heaphy (227224)
                                            SAVERI & SAVERI, INC.
                                            706 Sansome Street
                                            San Francisco, CA  94111
                                            Telephone:  (415) 217-6810
                                            Facsimile:  (415) 217-6813

                                            *Lead Counsel for Direct Purchaser Plaintiffs*