SUSAN G. KUPFER (#141724)
**GLANCY PRONGAY & MURRAY LLP**
1808 Sixth Street
Berkeley, CA 94710
(415) 972-8160
skupfer@glancylaw.com

*Counsel for Plaintiff Janet Ackerman*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Case No. 3:07-cv-5944-JST<br>MDL No. 1917 |
| This Document Relates to:<br>All Indirect Purchaser Actions | **NOTICE OF APPEARANCE OF COUNSEL** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel of record in the above-captioned case on behalf of plaintiff Janet Ackerman. The undersigned requests that all notices, orders and/or other information in this case be served upon the individual identified below:

SUSAN G. KUPFER
GLANCY PRONGAY & MURRAY LLP
1808 Sixth Street
Berkeley, CA 94710
Telephone: (415) 972-8160
Email:skupfer@glancylaw.com

Dated:  July 26, 2017                    **GLANCY PRONGAY & MURRAY LLP**

By:  */s/ Susan G. Kupfer*
Susan G. Kupfer
1808 Sixth
Berkeley, CA 94710
Tel: (415) 972-8160
Fax: (415) 972-8166
E-mail: skupfer@glancylaw.com

*Counsel for Plaintiff Janet Ackerman*

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On July 26, 2017, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Northern District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 26, 2017.

*s/ Susan G. Kupfer*
Susan G. Kupfer

**Mailing Information for a Case 3:07-cv-05944-JST MDL No. 1917 In Re: Cathode Ray Tube (CRT) Antitrust Litigation**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Eliot A. Adelson**
  eadelson@kirkland.com,sfarley@kirkland.com,mccarthym@kirkland.com

- **Lee Albert**
  lalbert@glancylaw.com

- **Joseph M. Alioto , Sr**
  jmalioto@aliotolaw.com,nas@aliotolaw.com,jmiller@aliotolaw.com

- **Joseph Michelangelo Alioto , Jr**
  Joseph.Alioto@usdoj.gov,lance.libatique@usdoj.gov,CaseView.ECF@usdoj.gov

- **Mario N. Alioto**
  malioto@tatp.com

- **Mario Nunzio Alioto**
  malioto@tatp.com

- **Angelina Alioto-Grace**
  sexton@aliotolaw.com

- **Daniel Bruce Allanoff**
  dallanoff@mcgslaw.com

- **James T Almon**
  jalmon@knpa.com,agonzalez@knpa.com

- **Jacob P. Alpren**
  jalpren@fbj-law.com

- **Jonathan Ellis Altman**
  Jonathan.Altman@mto.com

- **Jennie Lee Anderson**
  jennie@andrusanderson.com,kelli.good@andrusanderson.com,leland.belew@andrusanderson.com,paul.laprairie@andrusanderson.com

- **Lori Erin Andrus**
  lori@andrusanderson.com,kelli.good@andrusanderson.com,leland.belew@andrusanderson.com

- **Deborah Ellen Arbabi**
  darbabi@crowell.com

- **Gregory K Arenson**
  garenson@kaplanfox.com

- **Sofia Arguello**
  sarguello@winston.com

- **Richard A. Arnold**
  rarnold@kennynachwalter.com,sscott@kennynachwalter.com

- **Aldo A. Badini**
  abadini@winston.com,docketsf@winston.com,docketny@winston.com

- **Gordon Ball**
  gball@gordonball.com,tbenson@gordonball.com,ddaugherty@gordonball.com

- **Brian Barry**
  bribarry1@yahoo.com

- **Brian Joseph Barry**
  bribarry1@yahoo.com

- **Joseph Michael Barton**
  joebartonesq@gmail.com

- **Harold A. Barza**
  halbarza@quinnemanuel.com,willcooper@quinnemanuel.com,albertvillamil@quinnemanuel.com,calendar@quinnemanuel.com

- **Timothy D. Battin**
  tbattin@straus-boies.com,ecf@straus-boies.com

- **William H. Bave , III**
  wbave@whitecase.com

- **Gary Becker**
  gary.becker@ct.gov

- **Van H. Beckwith**
  van.beckwith@bakerbotts.com,van-beckwith-1987@ecf.pacerpro.com,jessica.aquino@bakerbotts.com,terry.barnard@bakerbotts.com,debora.simonson@bakerbotts.com

- **Matthew C. Behncke**
  mbehncke@susmangodfrey.com

- **Adam C. Belsky**
  adam@gba-law.com

- **Keith Thomson Belt , Jr**
  keithb@beltlawfirm.com,dianeb@beltlawfirm.com

- **Barry J Bendes**
  bbendes@eapdlaw.com

- **Barry J. Bendes**
  bbendes@eapdlaw.com

- **Craig A Benson**
  CBenson@paulweiss.com,mholden@paulweiss.com,larand@paulweiss.com,asardaryan@paulweiss.com,acoyle@paulweiss.com,kdavis@paulweiss.com,kolson@paulweiss.com,mao_fednational@paulweiss.com

- **Steven F. Benz**
  sbenz@kellogghansen.com,ccook@kellogghansen.com,ashen@kellogghansen.com

- **Debra Dawn Bernstein**
  debra.bernstein@alston.com

- **Veronica Besmer**
  veronica@besmerlaw.com,vbesmer@hotmail.com

- **Daniel Edward Birkhaeuser**
  dbirkhaeuser@bramsonplutzik.com,kkahey@bramsonplutzik.com,ttappero@bramsonplutzik.com

- **Garrett D. Blanchfield , Jr**
  g.blanchfield@rwblawfirm.com,k.schulte@rwblawfirm.com,r.yard@rwblawfirm.com

- **William J. Blechman**
  wblechman@knpa.com,sscott@knpa.com,mbrehm@knpa.com

- **John Dmitry Bogdanov**
  jdb@coopkirk.com

- **David Boies , III**
  dboies@straus-boies.com,tpalumbo@straus-boies.com

- **Anthony J. Bolognese**
  abolognese@bolognese-law.com

- **Robert J. Bonsignore**
  rbonsignore@class-actions.us

- **Jeffrey D. Bores**
  jbores@chestnutcambronne.com

- **Matthew R Boucher**
  matthew.boucher@allenovery.com

- **Benjamin Gardner Bradshaw**
  bbradshaw@omm.com
- **Liz Ann Brady**
  liz.brady@myfloridalegal.com,karen.marsh@myfloridalegal.com,colin.fraser@myfloridalegal.com,rachel.steinman@myfloridalegal.com
- **Patrick John Brady**
  jbrady@polsinelli.com,rtrosen@polsinelli.com,cmiller@polsinelli.com,docketing@polsinelli.com,dhunt@polsinelli.com
- **Rachel S. Brass**
  rbrass@gibsondunn.com,smaruschak@gibsondunn.com
- **Brad Dennis Brian**
  brad.brian@mto.com,lisa.lovullo@mto.com
- **Michael T. Brody**
  mbrody@jenner.com,edockets@jenner.com,svanhorn@jenner.com,docketing@jenner.com
- **Chadwick Oliver Brooker**
  cbrooker@atg.state.il.us
- **David C. Brownstein**
  dbrownstein@fbj-law.com
- **W. Joseph Bruckner**
  wjbruckner@locklaw.com,sipeem@locklaw.com,amhorningnygren@locklaw.com,user2@locklaw.com,pottehn@locklaw.com
- **Robert Page Bruner**
  robertb@beltlawfirm.com
- **David Burman**
  dburman@perkinscoie.com,DocketSFLIT@perkinscoie.com,JMccluskey@perkinscoie.com
- **Courtney C Byrd**
  cbyrd@omm.com
- **William G. Caldes**
  bcaldes@srkattorneys.com,jjagher@srkattorneys.com
- **Terry Calvani**
  terry.calvani@freshfields.com
- **Karl L. Cambronne**
  kcambronne@chestnutcambronne.com
- **Christopher William Cantrell**
  chrisc@beltlawfirm.com
- **Lauren Clare Capurro**
  laurenrussell@tatp.com,sisselbrowder@yahoo.com
- **Scott W. Carlson**
  scarlson@heinsmills.com
- **Gary R Carney**
  GCarney@paulweiss.com,mao_fednational@paulweiss.com
- **Drew A. Carson**
  carson@millergolerfaeges.com
- **Johnny William Carter**
  jcarter@susmangodfrey.com,ecf-3fdd79b2bc10@ecf.pacerpro.com,ecf-e319b07d26cc@ecf.pacerpro.com
- **Brent Caslin**
  bcaslin@jenner.com,cstretch@jenner.com,docketing@jenner.com,jsachs@jenner.com
- **Jill Sharon Casselman**
  jscasselman@rkmc.com,jmbauer@rkmc.com,dwfiskio@rkmc.com,lrbryant-wilson@rkmc.com
- **Cheryl Ann Cauley**
  ccauley@taylorpatchen.com,schow@taylorpatchen.com
- **Christina Maria Ceballos-Levy**
  ccl@knpa.com
- **James E. Cecchi**
  jcecchi@carellabyrne.com,ltaylor@carellabyrne.com
- **David P. Chiappetta**
  dchiappetta@perkinscoie.com,jjaeger@perkinscoie.com,docketsflit@perkinscoie.com,jdance@perkinscoie.com,annalee@perkinscoie.com
- **Michelle Park Chiu**
  mchiu@morganlewis.com,drivera@morganlewis.com
- **Stephanie Yunjin Cho**
  scho@hausfeldllp.com
- **Emily E. Chow**
  emily.chow@faegrebd.com,lori.honse@faegrebd.com
- **Michael S. Christian**
  mchristian@zelle.com,rnewman@zelle.com
- **Patrick Bradford Clayton**
  pbc@scarpullalaw.com
- **William C. Cleveland**
  wcleveland@buistmoore.com
- **Bryan L. Clobes**
  bclobes@caffertyclobes.com,docketclerk@caffertyclobes.com,docket@caffertyclobes.com
- **George Cochran**
  lawchrist@gmail.com
- **Eva W. Cole**
  ewcole@winston.com,cfernandez@winston.com,docketsf@winston.com,docketny@winston.com
- **Commonwealth of Massachusetts**
  matthew.lyons@state.ma.us
- **Bernice Conn**
  BConn@robinskaplan.com,rirajpanah@robinskaplan.com
- **Josef Deen Cooper**
  jdc@coopkirk.com,trk@coopkirk.com,jdl@coopkirk.com,bogdanorck@aol.com
- **Craig C. Corbitt**
  ccorbitt@zelle.com,mbabione@zelle.com,emilio.varanini@doj.ca.gov
- **Joseph W. Cotchett**
  jcotchett@cpmlegal.com
- **Christina Diane Crow**
  ccrow@jinkslaw.com,danthony@jinkslaw.com,ccantey@jinkslaw.com
- **William T. Crowder**
  wcrowder@emersonpoynter.com
- **Brendan P. Cullen**
  cullenb@sullcrom.com,viapianoc@sullcrom.com,s&cmanagingclerk@sullcrom.com,brendan-cullen-5099@ecf.pacerpro.com,loevinsohnd@sullcrom.com
- **Christopher M. Curran**
  ccurran@whitecase.com,erin.mcnamee@whitecase.com,mtoto@whitecase.com,jdisanti@whitecase.com,lisa.fan@whitecase.com,adam.drake@whitecase.com,mco@whitecase.com,fhogue@whitecase.com,emily.brodybizar@whitecase.com
- **Joseph Edward Czerniawski**
  Jczerniawski@wkgj.com,JoeCznyc@gmail.com
- **Matthew Robert DalSanto**
  mdalsanto@winston.com,recordssf@winston.com,docketsf@winston.com,ttannis@winston.com
- **Kira A Davis**
  kdavis@paulweiss.com,mao_fednational@paulweiss.com

- **Gerard A Dever**
  gdever@finekaplan.com,shufnagel@finekaplan.com,akatzman@finekaplan.com,dperelman@finekaplan.com,nblakeslee@finekaplan.com
- **William Diaz**
  wdiaz@mwe.com,ahamilton@mwe.com,mstumpf@mwe.com
- **Manuel Juan Dominguez**
  jdominguez@cohenmilstein.com,mwade@cohenmilstein.com
- **Molly Donovan**
  mmdonovan@winston.com,docketsf@winston.com,PacerCourtFile@winston.com,docketny@winston.com,jstewart@winston.com
- **Mark C. Dosker**
  mark.dosker@squirepb.com,sfr_docket@squirepb.com,Dalia.Hill@squirepb.com
- **Thomas Patrick Dove**
  tdove@furth.com
- **Thomas Arthur Doyle**
  tadoyle@thomasadoyle.com,tsaunders@saunders-lawfirm.com
- **Matthew Duncan**
  mduncan@finekaplan.com
- **Barack Shem Echols**
  barack.echols@kirkland.com
- **Marc Howard Edelson**
  medelson@edelson-law.com
- **Nathan P. Eimer**
  neimer@eimerstahl.com,erogers@eimerstahl.com,fharvey@eimerstahl.com,nnowacki@eimerstahl.com
- **Marwa Elzankaly**
  melzankaly@mcmanislaw.com,nshakoori@mcmanislaw.com,epipkin@mcmanislaw.com,ademartini@mcmanislaw.com
- **John G. Emerson**
  jemerson@emersonfirm.com,tautry@emersonfirm.com
- **Candice J. Enders**
  cenders@bm.net
- **Vincent J. Esades**
  vesades@heinsmills.com,lgehrking@heinsmills.com,ikovarik@heinsmills.com,rsteiner@heinsmills.com
- **Esteban Martin Estrada**
  martin.estrada@mto.com,gigi.ruegsegger@mto.com
- **John Clayton Everett , Jr**
  jeverett@morganlewis.com
- **Josh Ewing**
  je@fbdlaw.com
- **William S Farmer**
  wfarmer@fbj-law.com,jalpren@fbj-law.com,dbrownstein@fbjlaw.com,jsmith@fbj-law.com
- **Eric B. Fastiff**
  efastiff@lchb.com,btroxel@lchb.com
- **Gordon M. Fauth , Jr**
  gmf@classlitigation.com
- **Kevin Douglas Feder**
  kfeder@omm.com
- **Michael S Feldberg**
  michael.feldberg@allenovery.com,kurt.vellek@allenovery.com
- **John Finn**
  sampc01@gmail.com
- **Joel Flom**
  joel@jeffreislaw.com
- **Laura Fortman**
  sampc01@gmail.com
- **Dana E. Foster**
  defoster@whitecase.com,defoster@whitecase.com,cnaifeh@whitecase.com,lmandell@whitecase.com
- **M. Eric Frankovitch**
  msimon@facslaw.com
- **Jeff D Friedman**
  jefff@hbsslaw.com,jeanethd@hbsslaw.com,sf_filings@hbsslaw.com,nicolleg@hbsslaw.com
- **Qianwei Fu**
  qfu@zelle.com
- **Gabriel A. Fuentes**
  gfuentes@jenner.com
- **Kenneth A. Gallo**
  kgallo@paulweiss.com,GCarney@paulweiss.com,mlaramie@paulweiss.com,mao_fednational@paulweiss.com
- **Rodney J Ganske**
  rod.ganske@alston.com,kerrie.sekine@alston.com
- **Steven Ganz**
  terry@grossbelsky.com
- **Jalaine Garcia**
  jgarcia@knpa.com
- **Martin C. Geagan , Jr**
  mgeagan@winston.com
- **Tiffany Belle Gelott**
  tiffany.gelott@bakerbotts.com
- **David Paul Germaine**
  dgermaine@vaneklaw.com,svitullo@vaneklaw.com,cparrottsheffer@vaneklaw.com
- **John Mark Gidley**
  mgidley@whitecase.com,jdisanti@whitecase.com,mco@whitecase.com
- **Brian Gillett**
  brian.gillett@squirepb.com,ecf-b3db5569898c@ecf.pacerpro.com,ecf-63532ccae4d9@ecf.pacerpro.com
- **Bernadette Shawan Gillians**
  sgillians@buistmoore.com
- **Brendan Patrick Glackin**
  bglackin@lchb.com
- **Joseph Goldberg**
  jg@fbdlaw.com,imn@fbdlaw.com,drt@fbdlaw.com
- **Kevin B. Goldstein**
  KBGoldstein@winston.com
- **Ryan Seth Goldstein**
  ryangoldstein@quinnemanuel.com
- **Ruthanne Gordon**
  rgordon@bm.net,cenders@bm.net,emagnus@bm.net,ccoslett@bm.net
- **Joshua H. Grabar**
  jgrabar@bolognese-law.com
- **Robert J. Gralewski , Jr**
  bgralewski@kmllp.com,fbrizuela@kmllp.com

- **Steven J. Greenfogel**
  sgreenfogel@litedepalma.com,epalomino@litedepalma.com
- **Marc Jeffrey Greenspon**
  mgreenspon@bermandevalerio.com
- **Francis M. Gregorek**
  gregorek@whafh.com,fait@whafh.com
- **Terry Gross**
  terry@grossbelsky.com,adam@grossbelsky.com,javier@ecf.courtdrive.com
- **Richard Michael Hagstrom**
  rhagstrom@hjlawfirm.com,dnutter@hjlawfirm.com
- **Michael E. Hamburger**
  mhamburger@whitecase.com
- **Jeane Hamilton**
  jeane.hamilton2@usdoj.gov,kathleen.turner@usdoj.gov,carole.huygen@usdoj.gov,kate.patchen@usdoj.gov,CaseView.ECF@usdoj.gov
- **Timothy Ricardo Hanigan**
  trhanigan@gmail.com,rclore@bandaslawfirm.com,cbandas@bandaslawfirm.com,vgreenwalt@lhcllp.com
- **Blake Lee Harrop**
  bharrop@atg.state.il.us,jfeldmar@atg.state.il.us
- **Cathleen Hamel Hartge**
  Cathleen.Hartge@mto.com,mark.roberts@mto.com
- **Matthew Dickinson Heaphy**
  mheaphy@saveri.com
- **Astor Henry Lloyd Heaven , III**
  aheaven@crowell.com,aheaven@crowell.com
- **Christopher T. Heffelfinger**
  cheffelfinger@bermandevalerio.com,ysoboleva@bermandevalerio.com
- **Richard Martin Heimann**
  rheimann@lchb.com
- **Samuel D. Heins**
  sheins@heinsmills.com
- **Adam C. Hemlock**
  adam.hemlock@weil.com,adam.hemlock@weil.com,Christopher.Lee@weil.com,Jay.Minga@weil.com,nymao@weil.com,Nicholas.Klenow@weil.com,Marihug.Cedeno@weil.com,nymao@ecf.pacerpro.com
- **Nicholas H. Hesterberg**
  nhesterberg@perkinscoie.com,lnelson@perkinscoie.com,docketsea@perkinscoie.com
- **Eric D. Hoaglund**
  ehoaglund@mhcilaw.com
- **Jory M Hoffman**
  jhoffman@jenner.com
- **Curt Holbreich**
  cholbreich@sidley.com,sfefilingnotice@sidley.com,jhiwa@sidley.com,sfdocket@sidley.com,curt-holbreich-5623@ecf.pacerpro.com
- **Steven Randall Hood**
  rhood@mcgowanhood.com
- **Richard Freeman Horsley**
  rfhala@cs.com
- **Derek G. Howard**
  derek@derekhowardlaw.com,gh@s,donna@dhowlaw.com
- **Gregory Hull**
  Greg@ellenberghull.com
- **Sean Hull**
  sxhull@gmail.com
- **Daniel Hume**
  dhume@kmllp.com
- **Ryan M Hurley**
  ryan.hurley@FaegreBD.com
- **Troy J. Hutchinson**
  thutchinson@heinsmills.com
- **Hojoon Hwang**
  hojoon.hwang@mto.com,Joannette.driver-moore@mto.com,Ashley.Fitzwilliams@mto.com
- **David Yau-Tian Hwu**
  dhwu@saveri.com
- **Philip J Iovieno**
  piovieno@bsfllp.com,mfelder@bsfllp.com,aweber@bsfllp.com,ksmith@bsfllp.com,anardacci@bsfllp.com,tmiller@bsfllp.com,kmoat@bsfllp.com
- **Philip J. Iovieno**
  piovieno@bsfllp.com
- **Philip J. Iovieno**
  piovieno@bsfllp.com
- **Robert Brent Irby**
  birby@mhcilaw.com,lmarler@mhcilaw.com,ehoaglund@mhcilaw.com
- **William A. Isaacson**
  wisaacson@bsfllp.com,jmilici@bsfllp.com
- **Michele Chickerell Jackson**
  mjackson@lchb.com,btroxel@lchb.com
- **Michael Jocobs**
  mjacobs@zelle.com
- **Elizabeth Helmer Jordan**
  elizabeth.jordan@alston.com
- **Jeffrey M. Judd**
  judlegal@sonic.net
- **Betty Lisa Julian**
  bjulian@damrell.com
- **Paul Brian Justi**
  pbjusti@comcast.net,Lori@pbjusti.com
- **Steven A. Kanner**
  skanner@fklmlaw.com,mkhamoo@fklmlaw.com
- **Robert N. Kaplan**
  rkaplan@kaplanfox.com
- **Robert N. Kaplan**
  rkaplan@kaplanfox.com,mmccahill@kaplanfox.com
- **Daniel R. Karon**
  dkaron@karonllc.com,cgood@karonllc.com,bhollowell@karonllc.com
- **Sherman Kassof**
  heevay@yahoo.com
- **Margaret Anne Keane**
  margaret.keane@dlapiper.com,sandy.holstrom@dlapiper.com,margaret-keane-8958@ecf.pacerpro.com,1807@ecf.pacerpro.com,jeffrey.reeves@dlapiper.com
- **Julie A. Kearns**
  jkearns@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Katherine T. Kelly**
  kkelly@heinsmills.com
- **Michael P. Kenny**
  mike.kenny@alston.com
- **Matthew David Kent**
  matthew.kent@alston.com,jason.rottner@alston.com
- **Sylvie K. Kern**
  sylviekern@yahoo.com
- **Jeffrey L. Kessler**
  jkessler@winston.com,pacercourtfile@winston.com,docketsf@winston.com,docketny@winston.com
- **Charles M. Kester**
  cmkester@nwark.com
- **Jason S. Kilene**
  jkilene@gustafsongluek.com,dgustafson@gustafsongluek.com
- **Miriam Kim**
  Miriam.Kim@mto.com,Martha.Larraondo-Klipper@mto.com,robyn.bird@mto.com,victor.tobar@mto.com
- **YongSang Kim**
  yongsang.kim@aporter.com
- **Kirby McInerney LLP**
  bgralewski@kmllp.com
- **Tracy R. Kirkham**
  trk@coopkirk.com
- **Mary Gilmore Kirkpatrick**
  mkirk@vtlawfirm.com
- **Jeffrey Alan Klafter**
  jak@klafterolsen.com
- **Esther L Klisura**
  eklisura@slenvironment.com,kzener@slenvironment.com,josbun@slenvironment.com,tangst@slenvironment.com
- **Aya Kobori**
  akobori@whitecase.com,agoodall@whitecase.com
- **Anna Marie Konradi**
  anna.konradi@faegrebd.com
- **Erik T. Koons**
  erik.koons@bakerbotts.com
- **Susan Gilah Kupfer**
  skupfer@glancylaw.com,sfreception@glancylaw.com
- **Christine A. Laciak**
  christine.laciak@freshfields.com,richard.snyder@freshfields.com
- **John Pierre Lahad**
  jlahad@susmangodfrey.com,kristi-davis-0719@ecf.pacerpro.com,kdavis@susmangodfrey.com
- **David Nathan Lake**
  david@lakelawpc.com
- **Nathan Lane , III**
  natelane3law@gmail.com,sarah.david@squirepb.com
- **Lucius Bernard Lau**
  alau@whitecase.com,cnaifeh@whitecase.com,sharon.park@whitecase.com,twu@whitecase.com,aangat.amin@whitecase.com,relfand@whitecase.com,jonathanc.black@whitecase.com,mfrutig@whitecase.com,michael.hamburger@whitecase.com,samuel.sharp@whitecase.com,dfoster@whitecase.com
- **Christopher Le**
  cle@straus-boies.com,cvoigt@straus-boies.com,ecf@straus-boies.com
- **Lewis Titus LeClair**
  lleclair@mckoolsmith.com,cfowler@mckoolsmith.com
- **Christopher L. Lebsock**
  clebsock@hausfeldllp.com,celder@hausfeldllp.com
- **Jeffrey Jay Lederman**
  jlederman@winston.com,docketsf@winston.com
- **Charles A. Legge**
  snevins@jamsadr.com
- **Michael Paul Lehmann**
  mlehmann@hausfeldllp.com
- **James F. Lerner**
  jlerner@winston.com,docketsf@winston.com,docketny@winston.com
- **Jill Tan Lin**
  jill.tan.lin@gmail.com
- **Laura K Lin**
  Laura.lin@mto.com,stephanie.ferrell@mto.com,Gregory.Weingart@mto.com
- **Calvin L. Litsey**
  calvin.litsey@faegrebd.com
- **Calvin Lee Litsey**
  calvin.litsey@faegrebd.com,debra.egan@faegrebd.com
- **Ethan E. Litwin**
  litwin@hugheshubbard.com,bennettc@howrey.com,managing-attorney-4212@ecf.pacerpro.com,ethan-litwin-8595@ecf.pacerpro.com
- **Marisa C. Livesay**
  livesay@whafh.com,boyles@whafh.com
- **William Henry London**
  wlondon@fklmlaw.com
- **Kevin Bruce Love**
  klove@cridenlove.com
- **Christopher Lovell**
  clovell@lshllp.com
- **Matthew Mark Lyons**
  matthew.lyons@state.ma.us
- **Kyle W. Mach**
  kyle.mach@mto.com,robyn.bird@mto.com
- **Donald Scott Macrae**
  smacrae@bamlawlj.com
- **Betsy Carol Manifold**
  tuazon@whafh.com,cabrera@whafh.com,boyles@whafh.com,loritsch@whafh.com
- **Jill Michelle Manning**
  jmanning@steyerlaw.com,lrorem@steyerlaw.com
- **Seymour J. Mansfield**
  smansfield@foleymansfield.com,elewison@foleymansfield.com
- **Mark D. Marino**
  mark.marino@klgates.com
- **Jonathan A Mark**
  jonathanm2@atg.wa.gov,justinw@atg.wa.gov,ATSeaEF@ATG.WA.GOV
- **Kenneth S. Marks**
  kmarks@markshouston.com,ecf-7e1d9959502a@ecf.pacerpro.com,ecf-795e4ba948d9@ecf.pacerpro.com

- **David Martinez**
  dmartinez@robinskaplan.com,lcastiglioni@robinskaplan.com,sgreen@robinskaplan.com
- **Sharon D. Mayo**
  sharon.mayo@apks.com,sfcalendar@apks.com,Joanna.Lee@apks.com,Jill.Hernandez@apks.com
- **Matthew J. McBurney**
  mmcburney@crowell.com
- **Bruce C. McCulloch**
  bruce.mcculloch@freshfields.com
- **Corey D. McGaha**
  cmcgaha@crowdermcgaha.com
- **James Landon McGinnis**
  jmcginnis@sheppardmullin.com,csuh@sheppardmullin.com,jcampos@sheppardmullin.com,rbreese@sheppardmullin.com
- **Elizabeth Anne McKenna**
  emckenna@milberg.com
- **William Angus McKinnon**
  bmckinnon@mcgowanhood.com
- **Mike McKool**
  mmckool@mckoolsmith.com,sbovine@mckoolsmith.com
- **James McManis**
  jmcmanis@mcmanislaw.com,edresser@mcmanislaw.com,clarsen@mcmanislaw.com,eschneider@mcmanislaw.com
- **Robert Brian McNary**
  rmcnary@crowell.com
- **Joel Cary Meredith**
  jmeredith@mcgslaw.com,apaul@mcgslaw.com
- **Steven Douglas Merriman**
  smerriman@perkinscoie.com,tbrandon@perkinscoie.com
- **Robert G. Methvin**
  sreynolds@mmlaw.net
- **Robert Gordon Methvin , Jr**
  sreynolds@mmlaw.net
- **Anton Metlitsky**
  ametlitsky@omm.com
- **Christopher Thomas Micheletti**
  cmicheletti@zelle.com
- **Douglas A. Millen**
  doug@fklmlaw.com
- **Marvin A. Miller**
  mmiller@millerlawllc.com
- **Steve A Miller**
  sampc01@gmail.com
- **Steven J. Miller**
  miller@millergolerfaeges.com
- **Kathy Lee Monday**
  kmonday@damrell.com,NWeston-Dawkes@damrell.com
- **H. Laddie Montague , Jr**
  hlmontague@bm.net,sleo@bm.net
- **Cori Gordon Moore**
  cgmoore@perkinscoie.com,nlygren@perkinscoie.com
- **Paul Andrew Moore**
  Paul.Moore@doj.ca.gov
- **Theresa Driscoll Moore**
  TMoore@aliotolaw.com
- **Gordon Morgan**
  gmorganpi@gmail.com
- **Andrew J. Morganti**
  amorganti@milberg.com,MAOffice@milberg.com
- **Bruce L. Mulkey**
  bruce@mulkeylaw.com
- **Daniel Joseph Mulligan**
  dan@jmglawoffices.com,lgabriel@jmglawoffices.com
- **Jerome A. Murphy**
  jmurphy@crowell.com,bhanley@crowell.com
- **Gilmur Roderick Murray**
  gmurray@murrayhowardlaw.com,aarnall@murrayhowardlaw.com
- **Jason C. Murray**
  jmurray@crowell.com,SMierisch@crowell.com,rwong@crowell.com,aslade@crowell.com
- **Kevin J. Murray**
  kmurray@knpa.com
- **James Mutchnik**
  james.mutchnik@kirkland.com,wstreff@kirkland.com,holly.fisher@kirkland.com
- **Anne M. Nardacci**
  anardacci@bsfllp.com,amarcus@bsfllp.com,jdew@bsfllp.com,ashaw@bsfllp.com
- **Krishna Brian Narine**
  knarine@m-npartners.com
- **Susan Elizabeth Nash**
  susan.nash@mto.com
- **Barbara J. Nelson**
  barbara.nelson@usdoj.gov
- **Michael John Newton**
  mike.newton@alston.com,linder.lane@alston.com,kate.smith@alston.com
- **Tim David Nord**
  tim.d.nord@state.or.us,melissa.curtis@state.or.us
- **Paul F. Novak**
  pnovak@weitzlux.com,cgarcia@weitzlux.com
- **Linda P. Nussbaum**
  lnussbaum@nussbaumpc.com
- **Linda Phyllis Nussbaum**
  lnussbaum@nussbaumpc.com,sschwaiger@nussbaumpc.com,
- **John Dennis O'Connor**
  john@joclaw.com,admin@joclaw.com,calendar@joclaw.com
- **Bambo Obaro**
  bambo.obaro@weil.com,janine.chong@weil.com,tricia-dresel-2470@ecf.pacerpro.com,tricia.dresel@weil.com,janine-chong-6094@ecf.pacerpro.com
- **Elizabeth R. Odette**
  erodette@locklaw.com,samorbey@locklaw.com
- **Orion Home Systems, LLC**
  cadio@saveri.com

CAND-ECF-	https://ecf.cand.uscourts.gov/cgi-bin/MailList.pl?2107244609432-L_1_0-1

Case 4:07-cv-05944-JST   Document 5179   Filed 07/26/17   Page 10 of 14

- **Kathy L. Osborn**
  kathy.osborn@FaegreBD.com

- **Joseph A. Ostoyich**
  OstoyichJ@howrey.com,OstoyichJ@howrey.com

- **Jeremy Kent Ostrander**
  jostrander@whitecase.com,faragona@whitecase.com,agoodall@whitecase.com

- **Daniel D. Owen**
  dowen@polsinelli.com,rtrosen@polsinelli.com,docketing@polsinelli.com,dhunt@polsinelli.com

- **Joseph Darrell Palmer**
  darrell.palmer@palmerlegalteam.com,maria.carapia@palmerlegalteam.com

- **R. Scott Palmer**
  scott.palmer@myfloridalegal.com

- **Lawrence Genaro Papale**
  lgpapale@papalelaw.com

- **Joseph Mario Patane**
  jpatane@tatp.com

- **Jonathan Alan Patchen**
  jpatchen@taylorpatchen.com,schow@taylorpatchen.com,cdunbar@taylorpatchen.com,jcummins@taylorpatchen.com,ccauley@taylorpatchen.com

- **George L. Paul**
  gpaul@whitecase.com

- **Clifford H. Pearson**
  cpearson@pswlaw.com

- **Matthew David-Craig Pearson**
  mpearson@bermandevalerio.com,ysoboleva@bermandevalerio.com

- **Jayne Ann Peeters**
  jpeeters@steyerlaw.com,aroque@steyerlaw.com

- **David M. Peterson**
  dpeterson@susmangodfrey.com,ecf-805abf0bcfce@ecf.pacerpro.com,ecf-4a97f7bbd348@ecf.pacerpro.com

- **Robert J. Pfister**
  rpfister@ktbslaw.com

- **Eric James Pickar**
  epickar@bangsmccullen.com

- **Pillsbury Winthrop Shaw Pittman LLP**
  dianne@pillsburylaw.com

- **Stuart Christopher Plunkett**
  stuart.plunkett@bakerbotts.com,stuart-plunkett-3847@ecf.pacerpro.com,stephanie.pearson@bakerbotts.com

- **Alan R. Plutzik**
  aplutzik@bramsonplutzik.com,kkahey@bramsonplutzik.com

- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com

- **Robert James Pohlman**
  rpohlman@rcalaw.com

- **Scott E. Poynter**
  scott@swcfirm.com,kim@swcfirm.com

- **Samuel J Randall**
  srandall@knpa.com,agonzalez@knpa.com,wblechman@knpa.com,mbrehm@knpa.com

- **Steven Alan Reiss**
  steven.reiss@weil.com

- **Randy R. Renick**
  rrr@hadsellstormer.com,dvillegas@hadsellstormer.com,mstroud@hadsellstormer.com,home@renicklaw.com

- **Rachele R. Rickert**
  tuazon@whafh.com,cabrera@whafh.com,boyles@whafh.com,loritsch@whafh.com

- **John Roberti**
  john.roberti@allenovery.com

- **David Kendall Roberts**
  droberts2@omm.com

- **Jeffrey Scott Roberts**
  jeff.roberts@faegrebd.com,ronnie.thomas@faegrebd.com

- **Lisa J. Rodriguez**
  lisa@trrlaw.com

- **Kent Michael Roger**
  kent.roger@morganlewis.com,minna.naranjo@morganlewis.com,margaret.thomasian@morganlewis.com,william.schaub@morganlewis.com

- **Kathleen Styles Rogers**
  krogers@kraloweclaw.com,ggray@kraloweclaw.com

- **Jennifer Susan Rosenberg**
  jrosenberg@bramsonplutzik.com,moldenburg@bramsonplutzik.com,ttappero@bramsonplutzik.com

- **Jonathan Jeffrey Ross , NA**
  jross@susmangodfrey.com,ecf-0949b38b345a@ecf.pacerpro.com,ecf-ad45e70d2476@ecf.pacerpro.com,klok@susmangodfrey.com

- **Jerome Cary Roth**
  Jerome.Roth@mto.com,susan.ahmadi@mto.com

- **Kajetan Rozga**
  kajetan.rozga@weil.com

- **Geoffrey Conrad Rushing**
  grushing@saveri.com

- **Robert Sabre Safi**
  rsafi@susmangodfrey.com

- **Peter G.A. Safirstein**
  psafirstein@forthepeople.com

- **Joel Steven Sanders**
  jsanders@gibsondunn.com,smaruschak@gibsondunn.com

- **Daniel Allen Sasse**
  dsasse@crowell.com,mquezada@crowell.com

- **Terry Rose Saunders**
  tsaunders@saunders-lawfirm.com

- **Guido Saveri**
  guido@saveri.com

- **Joseph R. Saveri**
  jsaveri@saverilawfirm.com,jfu@saverilawfirm.com,cforthuber@saverilawfirm.com,blang@saverilawfirm.com,dclevenger@saverilawfirm.com,plall@saverilawfirm.com

- **Richard Alexander Saveri**
  rick@saveri.com

- **Michael W. Scarborough**
  mscarborough@smrh.com,mohearn@sheppardmullin.com,rbreese@sheppardmullin.com,khollenbeck@sheppardmullin.com

- **Francis Onofrei Scarpulla**
  fos@scarpullalaw.com,cpc@scarpullalaw.com

- **Haidee L. Schwartz**
  hschwartz@omm.com

- **Austin Van Schwing**
  aschwing@gibsondunn.com
- **Anthony D. Shapiro**
  tony@hbsslaw.com,george@hbsslaw.com,laurie@hbsslaw.com,ronnie@hbsslaw.com
- **Samuel James Sharp**
  samuel.sharp@whitecase.com
- **Sharp Corporation**
  colin.west@bingham.com
- **Jeffrey Chad Shea**
  sheaj_2000@yahoo.com
- **Harry Shulman**
  harry@shulmanlawfirm.com
- **Imtiaz A. Siddiqui**
  isiddiqui@cpmlegal.com,jacosta@cpmlegal.com
- **Roman M. Silberfeld**
  rsilberfeld@robinskaplan.com,sgreen@robinskaplan.com
- **Fred A. Silva**
  fsilva@damrell.com,nweston-dawkes@damrell.com
- **Ian T Simmons**
  isimmons@omm.com,bquinn@omm.com
- **Bruce Lee Simon**
  bsimon@pswlaw.com,bpouya@pswlaw.com,mpearson@pswlaw.com,dwarshaw@pswlaw.com,yberry@pswlaw.com,mwilliams@pswlaw.com,egrant@pswlaw.com
- **Michael G. Simon**
  msimon@facslaw.com
- **Joseph J Simons**
  jsimons@paulweiss.com,mao_fednational@paulweiss.com
- **Stuart Harold Singer**
  ssinger@bsfllp.com
- **Charles B. Sklarsky**
  csklarsky@jenner.com
- **Richard Sutton Snyder**
  richard.snyder@freshfields.com
- **Richard P. Sobiecki**
  rich.sobieck@bakerbotts.com
- **Donna F Solen**
  dsolen@lexlawgroup.com
- **Gary Laurence Specks**
  gspecks@kaplanfox.com
- **Eugene A. Spector**
  ESpector@srkattorneys.com
- **Ronnie Seidel Spiegel**
  ronnie@hbsslaw.com,robert@hbsslaw.com
- **Joseph Scott St. John**
  jscottstjohnpublic@gmail.com
- **Fernando Xaxier Starkes**
  xavier@starkeslawfrim.com
- **State of Connecticut**
  gary.becker@ct.gov
- **State of Washington**
  davidk3@atg.wa.gov
- **Ranae D. Steiner**
  rsteiner@heinsmills.com
- **Scott A. Stempel**
  sstempel@morganlewis.com
- **J. Matthew Stephens**
  sreynolds@mmlaw.net
- **Amy Lee Stewart**
  astewart@roselawfirm.com,rberitiech@roselawfirm.com
- **Dennis Stewart**
  dstewart@hulettharper.com,anita@hulettharper.com,katie@hulettharper.com
- **Jennifer Stewart**
  jstewart@winston.com,lduxstad@winston.com
- **Allan Steyer**
  asteyer@steyerlaw.com,lrorem@steyerlaw.com,smacrae@steyerlaw.com,amarshall@steyerlaw.com
- **Dianne L. Sweeney**
  dianne@pillsburylaw.com
- **Jon Vensel Swenson**
  jon.swenson@bakerbotts.com,anna.tercero@bakerbotts.com,donna.loop@BakerBotts.com,camila.bosio@bakerbotts.com,jon-swenson-5819@ecf.pacerpro.com,jessica.quon@bakerbotts.com,robert.michaels@bakerbotts.com,dlpalallparalegals@bakerbotts.com,jennifer.nguyen@bakerbotts.com
- **Joseph J. Tabacco , Jr**
  jtabacco@bermandevalerio.com,ysoboleva@bermandevalerio.com
- **John M. Taladay**
  john.taladay@bakerbotts.com
- **Lindsey H. Taylor**
  ltaylor@carellabyrne.com
- **Stephen E. Taylor**
  staylor@taylorpatchen.com,schow@taylorpatchen.com,cdunbar@taylorpatchen.com
- **William David Temko**
  william.temko@mto.com,vivian.rodriguez@mto.com
- **James Michael Terrell**
  jterrell@mmlaw.net
- **Reginald Von Terrell**
  reggiet2@aol.com
- **Kevin Yoshiwo Teruya**
  kevinteruya@quinnemanuel.com
- **Euphemia Nikki Thomopulos**
  ethomopulos@hkemploymentlaw.com
- **Charles Matthew Thompson**
  cmtlaw@aol.com
- **Joseph R. Tiffany , II**
  joseph.tiffany@pillsburylaw.com,susie.macken@pillsburylaw.com
- **Andrew R. Tillman**
  art@paineter.com
- **Ellen Tobin**
  etobin@curtis.com
- **Terrence Joseph Truax**
  ttruax@jenner.com,mpowers@jenner.com,mreilly@jenner.com,cward@jenner.com,svanhorn@jenner.com,docketing@jenner.com,mbrody@jenner.com,phanna@jenner.com

- **John Selim Tschirgi**
  jtschirgi@winston.com

- **Michael Frederick Tubach**
  mtubach@omm.com,kquintanilla@omm.com

- **Robert William Turken**
  rturken@bilzin.com

- **Nneka Ukpai**
  nneka.ukpai@allenovery.com

- **Bijal Vijay Vakil**
  bvakil@whitecase.com,vfarias@whitecase.com,mkenny@whitecase.com,SV-Calendaring@whitecase.com

- **Andrea Marie Valdez**
  andrea.valdez.esq@gmail.com

- **Kenneth Leo Valinoti**
  kvalinoti@valinoti-dito.com,mskowron@valinoti-dito.com

- **Shaun M. Van Horn**
  svanhorn@jenner.com

- **Joseph Michael Vanek**
  jvanek@vaneklaw.com

- **Emilio Eugene Varanini , IV**
  Emilio.Varanini@doj.ca.gov

- **Ashlei Melissa Vargas**
  avargas@pswplaw.com,nhalpern@pswplaw.com

- **Lara Elvidge Veblen**
  lara.veblen@weil.com

- **A. Paul Victor**
  pvictor@winston.com,docketsf@winston.com,docketny@winston.com

- **Anthony J. Viola**
  aviola@eapdlaw.com

- **Scott N. Wagner**
  swagner@bilzin.com,eservice@bilzin.com,asolis@bilzin.com,fmorera@bilzin.com

- **James Matthew Wagstaffe**
  wagstaffe@kerrwagstaffe.com,dwyer@kerrwagstaffe.com,bechtol@kerrwagstaffe.com

- **Douglas L Wald**
  douglas.wald@aporter.com

- **Benjamin Edward Waldin**
  bwaldin@eimerstahl.com

- **Vaughn R. Walker**
  vrw@judgewalker.com

- **Donald Arthur Wall**
  donald.wall@squirepb.com

- **Vincent J. Ward**
  vjw@fbdlaw.com

- **Daniel L. Warshaw**
  dwarshaw@pswlaw.com,bpouya@pswlaw.com,mwilliams@pswlaw.com,egrant@pswlaw.com

- **Jonathan Mark Watkins**
  jwatkins@pswplaw.com

- **Nicholas J. Weilhammer**
  nicholas.weilhammer@myfloridalegal.com,jennifer.morganbyrd@myfloridalegal.com

- **Gregory J. Weingart**
  gregory.weingart@mto.com

- **Eric J. Weiss**
  EWeiss@perkinscoie.com

- **Jonathan Mark Weiss**
  jweiss@ktbslaw.com

- **Colin C. West**
  colin.west@morganlewis.com

- **Jeff S. Westerman**
  jwesterman@jswlegal.com

- **Jan Leigh Westfall**
  jlwestfall.esq@gmail.com,legal.assistant50@gmail.com

- **Katherine Hamilton Wheaton**
  kate.wheaton@kirkland.com,hayle.gosnell@kirkland.com,sarah.reeves@kirkland.com,karl.stampfl@kirkland.com

- **Collin R White**
  cwhite@kellogghansen.com,ccook@kellogghansen.com

- **Gavin David Whitis**
  gwhitis@pondnorth.com,efile@pondnorth.com

- **Mitchell E. Widom**
  mwidom@bilzin.com

- **K. Craig Wildfang**
  kcwildfang@robinskaplan.com,rries@robinskaplan.com,afmiller@robinskaplan.com

- **Joel Calcar Willard**
  jwillard@gibsondunn.com,rmcbain@gibsondunn.com

- **Steven Noel Williams**
  swilliams@cpmlegal.com,jverducci@cpmlegal.com,jlein@cpmlegal.com,azapala@cpmlegal.com,mcaylao@cpmlegal.com,ebott@cpmlegal.com,etran@cpmlegal.com

- **Christopher Wilson**
  cwilson@polsinelli.com

- **Lingel Hart Winters**
  sawmill2@aol.com

- **Tsung-Hui (Danny) Wu**
  twu@whitecase.com

- **YRC, INC.**
  jeff@juddlawgroup.com

- **Xiaochin Claire Yan**
  claire.yan@mto.com

- **David L. Yohai**
  david.yohai@weil.com,Ryan.Goodland@weil.com,Kajetan.Rozga@weil.com,kevin.goldstein@weil.com,Lara.Trager@weil.com,nymao@weil.com,nymao@ecf.pacerpro.com

- **David E. Yolkut**
  david.yolkut@weil.com

- **Ryan C Zagare**
  rzagare@knpa.com,jruiz@knpa.com

- **Judith A. Zahid**
  jzahid@zelle.com

- **Cadio R. Zirpoli**
  cadio@saveri.com,mogden@saveri.com

- **Jeffrey Ira Zuckerman**
  jzuckerman@curtis.com

- **Jason de Bretteville**
  jdebretteville@sycr.com,ccheek@sycr.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**MINA ASHKANNEJHAD**
,

**Monique         Alonso**
Gross & Belsky LLP
,

**P.               John Brady**
Shughart Thomson & Kilroy PC
,

**JEFF CRAIG**
,

**Patricia        A. Conners**
Attorney General's Office
Department of Legal Affairs
Antitrust Section
PL-01 The Capitol
Tallahassee, FL 32399-1050

**Daniel          D. Cowen**
Shughart Thomson & Kilroy PC
,

**Sarah           Crowley**
Gross Belsky Alonso LLP
,

**Nathan          A. Dickson**
Jinks Crow & Dickson PC
,

**Issac           L. Diel**
Sharp McQueen
6900 College Boulevard, Suite 285
Overland Park, KS 66211

**Molly           M Donovan**
Dewey & LeBoeuf LLP
,

**ESTATE OF LATE R. DERYL EDWARDS JR**
,

**Neal            A Eisenbraun**
Neal A Eisenbraun, Chartered
2599 Mississippi Street
New Brighton, MN 55113

**John            G. Emerson**
Emerson Scott LLP
830 Apollo Lane
Houston, TX 77058

**Lori            A. Fanning**
Miller Law LLC
115 South LaSalle Street, Suite 2910
Chicago, IL 60603

**John            Gressette Felder                                    , Jr**
McGowan Hood Felder and Johnson
1405 Calhoun Street
Columbia, SC 29201

**Alan Frankel**
,

**Matthew         Frutig**
White & Case LLP
,

**Traviss         Levine Galloway**
Zelle Hofmann Voelbel Mason & Gette
44 Montgomery St #3400
San Francisco, CA 94104

**Arthur          Slezak Gaus**
Dillingham Murphy, LLP
601 Montgomery Street, Suite 1900
San Francisco, CA 94111

**Robert          B. Gerard**
Gerard Selden & Osuch
1516 Front Street
San Diego, CA 92101

**Martin          E. Grossman**
Law Offices of Martin E. Grossman
2121 Green Brier Drive
Villanova, PA 19085

**Lynn            W. Jinks**
Jinks Crow & Dickson PC
,

**Charles         H. Johnson**
Charles H Johnson & Associates PA
2599 Mississippi Street
New Brighton, MN 55113

**Elliot          S. Kaplan**
Robins Kaplan Miller & Ciresi
,

**Tracy           R. Kirkman**
Cooper & Kirkham PC
,

**Bethany         Woodard Kristovich**
Munger Tolles and Olson LLP
350 S. Grand Ave., 35th Floor
Los Angeles, CA 90071-1560

**Lawrence        D. McCabe**
Murray Frank & Sailer LLP
275 Madison Avenue
New York, NY 10016

**McCallum, Methvin & Terrell, P.C.**
McCallum, Methvin & Terrell, P.C.
2201 Arlington Ave S
Birmingham
Birmingham, AL 35205

**James           P. McCarthy**
Lindquist & Vennum
,

**Charise         Naifeh**
White & Case LLP
,

**PT.MT Picture Display Indonesia**
,

**Donald          L. Perelman**
Pine Kaplan & Black RPC
One S. Broad Street, 23rd Floor
Philadelphia, PA 19107

**Mark            Reinhardt**
Reinhardt Wendorf & Blanchfield
East 1000 First National Bank Building
322 Minnesota Street
St. Paul, MN 55101

**Steven          A. Reiss**
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**David           Roberts**
O'Melveny & Myers LLP
,

**Jean            B. Roth**
Mansfield Tanick & Cohen
1700 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402-4511

**Josie Saik**
1205 Cypress Street
Space No. 122

San Dimas, CA 91773-3532

**Lawrence P. Schaefer**
Mansfield Tanick & Cohen
1700 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402-4511

**Roger Martin Schrimp**
Damrell Nelson Schrimp Pallios Pacher & Silva
1601 I Street  5th Floor
Modesto, CA 95354

**Samuel J. Sharp**
701 13th Street NW
Washington, DC 20005

**Matthew E. Van Tine**
Miller Law LLC
115 South LaSalle Street, Suite 2910
Chicago, IL 60603

**Clinton Paul Walker**
Damrell, Nelson, Schrimp, Pallios, Pache & Silva
1601 "I" Street
Fifth Floor
Modesto, CA 95354

**Melissa Willett**
Boies, Schiller & Flexner
5301 Wisconsin Ave. NW
Suite 800
Washington, DC 20015

**Christopher Wirth**
LA2120
301 Institution Drive
Bellefonte, PA 16823

**Kim YoungSang**
ARNOLD & PORTER LLP
,