Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 204-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
**TAYLOR & PATCHEN, LLP**
One Ferry Building, Suite 355
San Francisco, California  94111
Telephone:  (415) 788-8200
Facsimile:  (415) 788-8208
Email: staylor@taylorpatchen.com
Email: jpatchen@ taylorpatchen.com

*Attorneys for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Case No. 07-cv-5944 JST<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Sharp Electronics Corp.*, et al. v. *Hitachi Ltd.*, et al., Case No. 3:13-cv-01173-JST | **SHARP PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT VIDEOCON INDUSTRIES, LTD. [F.R.C.P. 41(a)(1)]** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc. (collectively, the

"Sharp Plaintiffs"), through counsel, hereby dismiss without prejudice all claims made in the above-captioned action against Videocon Industries, Ltd ("Videocon").  Sharp Plaintiffs respectfully submit that voluntary dismissal by notice is proper under Rule 41(a)(1)(A)(i) because Videocon has not filed or served an answer or other responsive pleading and has not otherwise appeared to contest this action.  *See* Dkt. Nos. 4721, 4726.  For the avoidance of doubt, Sharp Plaintiffs further confirm that they have no objection to the closure of Case No. 3:13-cv-01173-JST pursuant to this Court's July 6 Order, Dkt. No. 5172.

Dated: July 27, 2017

Respectfully submitted,

By:  */s/ Craig A. Benson*
Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC  20006
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
**TAYLOR & PATCHEN, LLP**
One Ferry Building, Suite 355
San Francisco, California  94111
Telephone:  (415) 788-8200
Facsimile:  (415) 788-8208
Email: staylor@taylorpatchen.com
Email: jpatchen@ taylorpatchen.com

*Attorneys for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Co. of America, Inc.*