1
2
3
4                          UNITED STATES DISTRICT COURT
5                        NORTHERN DISTRICT OF CALIFORNIA
6
7   IN RE: CATHODE RAY TUBE (CRT)          Case No. 3:07-cv-05944-JST
    ANTITRUST LITIGATION
8   _____       **CLERK'S NOTICE REGARDING**
9                                          **LETTER**

10  This Notice Relates To:
    ALL ACTIONS
11
    _____
12          To all parties and their counsel of record: The Court received the letter attached here as

13  Exhibit A.  The Court notes that it is possible that the author of the letter is a client of Indirect

14  Purchaser Plaintiff counsel.

15  Dated: July 31, 2017

16

17                                      Susan Y. Soong
                                        Clerk, United States District Court
18

19                                      By: _____
                                        William Noble, Deputy Clerk to the
20                                      Honorable JON S. TIGAR
                                        415-522-2036
21

22

23

24

25

26

27

28