David L. Stokes I
P.O. Box 8400-42403
Florence, Arizona 85132

**FILED**
JUL 13 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

July 7, 2017

Clerk of The District Court
450 Golden Gate Avenue, 16th Floor
San Francisco, California 94102

Re: Cathode Ray Tube (CRT) Antitrust Litigation
(MDL No. 1917), Case No. C-07-5944 SC. JST

Dear Clerk:

I am writing to get an update on the CRT Claims. I have written to the Notice Company, P.O. Box 778, Hingham, MA 02043, on two (2) different time, with no responce to my letters.

Can you assist me in getting an update?

Thank you for your time and assistance in this matter.

Sincerely, [signature]