Guido Saveri (22349)
    guido@saveri.com
R. Alexander Saveri (173102)
    rick@saveri.com
Geoffrey C. Rushing (126910)
    grushing@saveri.com
Matthew D. Heaphy (227224)
    mheaphy@saveri.com
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Lead Counsel for Direct Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-CV-5944-JST |
| | MDL No. 1917 |
| This Document Relates to: | **DIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |
| *ALL DIRECT PURCHASER ACTIONS* | |

1    Pursuant to Civil Local Rules 7-11 and 79-5(d) and this Court's Standing Order Governing

2    Administrative Motions to File Materials Under Seal, Direct Purchaser Plaintiffs ("DPPs" or

3    "Plaintiffs") hereby move the Court for leave to file certain documents under seal. This motion is

4    supported by the Declaration of R. Alexander Saveri in Support of Direct Purchaser Plaintiffs'

5    Administrative Motion to Seal Documents Pursuant to Civil Local Rules 7-11 and 79-5(d), dated

6    August 3, 2017. *See* Civ. L. R. 79-5(d).

7    DPPs have reviewed and complied with this Court's Standing Order Governing

8    Administrative Motions to File Materials Under Seal.

9    DPPs have reviewed and complied with Civil Local Rule 79-5. Civil Local Rule 79-5

10   governs the filing under seal of entire documents or portions of documents that contain material

11   that is "privileged, protectable as a trade secret or otherwise entitled to protection under the law."

12   Civ. L.R. 79-5(a)–(e). Civil Local Rule 79-5(d) provides: "A party seeking to file a document, or

13   portions thereof, under seal ('the Submitting Party') must: (1) File an Administrative Motion to

14   File Under Seal, in conformance with Civil L.R. 7-11."

15   In compliance with Civil Local Rule 79-5(d), DPPs submit this Administrative Motion

16   because they wish to file documents that contain either: (a) material designated by a Defendant

17   pursuant to a Protective Order as "Confidential" or "Highly Confidential"; or (b) analysis of,

18   references to, or information taken directly from material designated by a Defendant pursuant to a

19   Protective Order as "Confidential" or "Highly Confidential." *See id.*

20   DPPs seek to file the above material under seal in good faith in order to comply with the

21   Protective Order in this action and the applicable Local Rules. Because certain defendants contend

22   that the material they have designated is confidential in nature, it is their burden to establish that

23   the designated information is sealable. Civil L.R. 79-5(e); s*ee Kamakana v. City of Honolulu*, 447

24   F.3d 1172, 1178–80 (9th Cir. 2006). DPPs leave it to this Court's discretion to determine whether

25   the above material should be filed under seal. Courts have repeatedly emphasized that a party must

26   make a "particularized showing of good cause" and show a "compelling reason" to justify the

27   sealing of motions and papers filed with a court. *See Foltz v. State Farm Mutual Auto. Ins. Co.*, 331

28   F.3d 1122, 1138 (9th Cir. 2002) (reversing the lower court's sealing of records because there was

no "compelling reason to justify sealing" under the protective order). As the Ninth Circuit has stated, the "hazard of stipulated protective orders" is that they "often contain provisions that purport to put the entire litigation under lock and key without regard to the actual requirements of Rule 26(c)." *Kamakana*, 447 F.3d at 1183. Plaintiffs file this administrative motion in order to comply with the Protective Order entered in this action.

DPPs seek leave to file the following documents under seal:

- Gray highlighted portions of the Direct Purchaser Plaintiffs' Application for Default Judgment by the Court Against the Irico Defendants;

- Gray highlighted portions of the Declaration of R. Alexander Saveri in Support of Direct Purchaser Plaintiffs' Application for Default Judgment by the Court Against the Irico Defendants;

- Exhibits A, D–P to the Declaration of R. Alexander Saveri in Support of Direct Purchaser Plaintiffs' Application for Default Judgment by the Court Against the Irico Defendants that contain quotations or information from documents that Defendants have designated "Confidential" or "Highly Confidential";

- The Expert Report of Leslie M. Marx, Ph.D that contains quotations or information from documents that Defendants have designated "Confidential" or "Highly Confidential";

- Expert Report of Jeffrey J. Leitzinger, Ph.D., dated November 6, 2014 that contains quotations or information from documents that Defendants have designated "Confidential" or "Highly Confidential"; and

- Expert Report of Jeffrey J. Leitzinger, Ph.D., dated September 1, 2016 that contains quotations or information from documents that Defendants have designated "Confidential" or "Highly Confidential."

The chart below identifies the designating entity for the materials to be sealed:

| Document | Designating Entity |
|---|---|
| Gray highlighted portions of the Direct Purchaser Plaintiffs' Application for Default Judgment by the Court Against the Irico Defendants | Chunghwa Defendants, the Hitachi Defendants, the LG Defendants, the Mitsubishi Electric Defendants, the Panasonic Defendants, the Philips Defendants, the Samsung SDI Defendants, the Thomson Defendants, and the Toshiba Defendants. |

| | |
|---|---|
| Gray highlighted portions of the Declaration of R. Alexander Saveri in Support of Direct Purchaser Plaintiffs' Application for Default Judgment by the Court Against the Irico Defendants | Chunghwa Defendants, the Hitachi Defendants, the LG Defendants, the Mitsubishi Electric Defendants, the Panasonic Defendants, the Philips Defendants, the Samsung SDI Defendants, the Thomson Defendants, and the Toshiba Defendants. |
| Exhibit A to the Saveri Declaration: Expert Report of Leslie M. Marx, Ph.D. | Chunghwa Defendants, the Hitachi Defendants, the LG Defendants, the Mitsubishi Electric Defendants, the Panasonic Defendants, the Philips Defendants, the Samsung SDI Defendants, the Thomson Defendants, and the Toshiba Defendants. |
| Exhibit D to the Saveri Declaration: Expert Report of Jeffrey J. Leitzinger, Ph.D., dated November 6, 2014 | Chunghwa Defendants, the Hitachi Defendants, the LG Defendants, the Mitsubishi Electric Defendants, the Panasonic Defendants, the Philips Defendants, the Samsung SDI Defendants, the Thomson Defendants, and the Toshiba Defendants. |
| Exhibit E to the Saveri Declaration: Expert Report of Jeffrey J. Leitzinger, Ph.D., dated Sept. 1, 2016 | Chunghwa Defendants, the Hitachi Defendants, the LG Defendants, the Mitsubishi Electric Defendants, the Panasonic Defendants, the Philips Defendants, the Samsung SDI Defendants, the Thomson Defendants, and the Toshiba Defendants. |
| Exhibit F to the Saveri Declaration: CHU00030679–83 | Chunghwa Defendants |
| Exhibit G to the Saveri Declaration: CHU000030688–91 | Chunghwa Defendants |
| Exhibit H to the Saveri Declaration: CHU00030695–97 | Chunghwa Defendants |
| Exhibit I to the Saveri Declaration: CHU00030819–33 | Chunghwa Defendants |
| Exhibit J to the Saveri Declaration: CHU0029110–15 | Chunghwa Defendants |
| Exhibit K to the Saveri Declaration: SDCRT-0087694 | Samsung SDI Defendants |
| Exhibit L to the Saveri Declaration: SDCRT-0087700–02 | Samsung SDI Defendants |
| Exhibit M to the Saveri Declaration: CHU00030067 | Chunghwa Defendants |
| Exhibit N to the Saveri Declaration: CHU00123358–61 | Chunghwa Defendants |
| Exhibit O to the Saveri Declaration: SDCRT-0091524–30 | Samsung SDI Defendants |
| Exhibit P to the Saveri Declaration: CHU00102752–54 | Chunghwa Defendants |

3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

WHEREFORE, Direct Purchaser Plaintiffs respectfully submit this administrative motion pursuant to the Protective Order, this Court's Standing Order Governing Administrative Motions to File Materials Under Seal, and Civil Local Rule 79-5 and hereby notify the parties of their burden to establish that the designated material is sealable.

Dated: August 3, 2017

Respectfully submitted,

/s/ R. Alexander Saveri
Guido Saveri (22349)
R. Alexander Saveri (173102)
Geoffrey C. Rushing (126910)
Cadio Zirpoli (179108)
Matthew D. Heaphy (227224)
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Lead Counsel for Direct Purchaser Plaintiffs*

DIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d); Master File No. 07-CV-5944-JST