1
2
3
4
5
6
7

8                           UNITED STATES DISTRICT COURT

9                          NORTHERN DISTRICT OF CALIFORNIA

10                                SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-CV-5944-JST |
| | MDL No. 1917 |
| This Document Relates to: *ALL DIRECT PURCHASER ACTIONS* | **[PROPOSED] ORDER GRANTING DIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |

On August 3, 2017, Direct Purchaser Plaintiffs filed an Administrative Motion to Seal Documents Pursuant to Civil Local Rules 7-11 and 79-5(d) to file the following documents under seal:

| | |
|---|---|
| 1. | Gray highlighted portions of the Direct Purchaser Plaintiffs' Application for Application for Default Judgment by the Court Against the Irico Defendants |
| 2. | Gray highlighted portions of the Declaration of R. Alexander Saveri in Support of Direct Purchaser Plaintiffs' Application for Application for Default Judgment by the Court Against the Irico Defendants |
| 3. | Exhibits A, D–P to the Declaration of R. Alexander Saveri in Support of Direct Purchaser Plaintiffs' Application for Application for Default Judgment by the Court Against the Irico Defendants |
| 4. | The Expert Report of Leslie M. Marx, Ph.D. |
| 5. | Expert Report of Jeffrey J. Leitzinger, Ph.D., dated November 6, 2014 |
| 6. | Expert Report of Jeffrey J. Leitzinger, Ph.D., dated September 1, 2016 |

Having read and considered the papers filed and arguments made by counsel, and good cause appearing, IT IS HEREBY ORDERED that Plaintiffs' Administrative Motion to Seal Documents Pursuant to Civil Local Rules 7-11 and 79-5(d) is GRANTED.

**IT IS SO ORDERED.**

Dated: _____         _____
                                        HONORABLE JON S. TIGAR
                                        UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING DIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d); Master File No. 07-CV-5944-JST