# EXHIBIT D—P

## [Documents Submitted Under Seal]