1   Guido Saveri (22349)
        guido@saveri.com
2   R. Alexander Saveri (173102)
        rick@saveri.com
3   Geoffrey C. Rushing (126910)
        grushing@saveri.com
4   Matthew D. Heaphy (227224)
        mheaphy@saveri.com
5   SAVERI & SAVERI, INC.
    706 Sansome Street
6   San Francisco, CA 94111
    Telephone:  (415) 217-6810
7   Facsimile:  (415) 217-6813

8   *Lead Counsel for Direct Purchaser Plaintiffs*

9

10

11                    **UNITED STATES DISTRICT COURT**

12                 **NORTHERN DISTRICT OF CALIFORNIA**

13                     **SAN FRANCISCO DIVISION**

| | |
|---|---|
| 14  IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-CV-5944-JST |
| 15 | MDL No. 1917 |
| 16  This Document Relates to: | **DECLARATION OF R. ALEXANDER SAVERI IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS' APPLICATION FOR DEFAULT JUDGMENT BY THE COURT AGAINST THE IRICO DEFENDANTS** |
| 17 *ALL DIRECT PURCHASER ACTIONS* | |
| 18 | |
| 19 | |
| 20 | Date:          September 12, 2017 |
| 21 | Time:          2:00 p.m.  Judge:         Honorable Jon S. Tigar  Courtroom:  9 |

22

23

24           <u>**REDACTED VERSION OF DOCUMENT**</u>

25              <u>**SOUGHT TO BE SEALED**</u>

26

27

28

1  I, R. Alexander Saveri, declare:

2      1.      I am the Managing Partner of Saveri & Saveri, Inc., Lead Counsel for Direct

3  Purchaser Plaintiffs ("Plaintiffs") in this action. I am a member of the Bar of the State of California

4  and admitted to practice in the Northern District of California. I make this Declaration in Support

5  of Plaintiffs' Application for Default Judgment by the Court Against the Irico Defendants. Except

6  as otherwise stated, I have personal knowledge of the facts stated below.

7      2.      On September 1, 2016, Leslie M. Marx, Ph.D., completed her expert report on

8  behalf of Plaintiffs in anticipation of trial against the Mitsubishi Electric Defendants. Attached

9  hereto as Exhibit A is a true and correct copy of Dr. Marx's report.

10     3.      This multidistrict litigation arises from an alleged worldwide conspiracy to fix

11 prices of Cathode Ray Tubes ("CRTs"). CRTs are the primary components of CRT televisions and

12 computer monitors. The complaint alleged a conspiracy involving some of the largest companies in

13 the world, including Chunghwa, Hitachi, LG Electronics, Mitsubishi Electric, Panasonic, Philips,

14 Samsung SDI, Thomson, Toshiba and the Irico Defendants.

15     4.      After the United States Department of Justice ("DOJ") announced its investigation

16 into the conspiracy in November 2007, twenty direct purchaser plaintiff class action complaints

17 were filed alleging a violation of Section 1 of the Sherman Act, 15 U.S.C. § 1, and Section 4 of the

18 Clayton Act, 15 U.S.C. § 15.

19     5.      In the *In re Monosodium Glutamate Antitrust Litigation* (D. Minn.), the Court

20 entered default judgment against Defendant Tung Hai Fermentation Industrial Corporation n/k/a

21 Vedan Enterprises Group in the amount of $184,700,000 on motion of direct purchaser plaintiffs

22 for whom I served as counsel. Attached hereto as Exhibit B is a true and correct copy of the court's

23 order entering default judgment, ECF No. 486, dated September 10, 2004. Attached hereto as

24 Exhibit C is a true and correct copy of the court's order entering default judgment and awarding

25 post-judgment interest on the 2004 judgment, ECF No. 613, dated August 4, 2016.

26     6.      On November 6, 2014, Jeffrey J. Leitzinger, Ph.D., completed his expert report on

27 behalf of Plaintiffs, which was used in support of Plaintiffs' motion for class certification. Attached

28 hereto as Exhibit D is a true and correct copy of Dr. Leitzinger's class certification report.

1

1        7.      On September 1, 2016, Jeffrey J. Leitzinger, Ph.D., completed his expert report on

2   behalf of Plaintiffs in anticipation of trial against the Mitsubishi Electric Defendants. Attached

3   hereto as <u>Exhibit E</u> is a true and correct copy of Dr. Leitzinger's report.

4        8.      On September 1, 2016, Dr. Leitzinger's final study was transmitted to the

5   Mitsubishi Electric Defendants.

6        9.      I understand from attorneys working under my direction that the documentary

7   evidence shows that representatives of the Irico Defendants attended at least ██████████

8   ████.

9       10.     Attached hereto as <u>Exhibit F</u> is a true and correct copy of a document produced in

10   this litigation bearing the Bates stamp CHU00030679–83. It was marked as Deposition Exhibit No.

11   1312.

12       11.     Attached hereto as <u>Exhibit G</u> is a true and correct copy of a document produced in

13   this litigation bearing the Bates stamp CHU000030688–91. It was marked as Deposition Exhibit

14   No. 1303.

15       12.     Attached hereto as <u>Exhibit H</u> is a true and correct copy of a document produced in

16   this litigation bearing the Bates stamp CHU00030695–97. It was marked as Deposition Exhibit No.

17   1301.

18       13.     Attached hereto as <u>Exhibit I</u> is a true and correct copy of a document produced in

19   this litigation bearing the Bates stamp CHU00030819–33. It was marked as Deposition Exhibit No.

20   1305.

21       14.     Attached hereto as <u>Exhibit J</u> is a true and correct copy of a document produced in

22   this litigation bearing the Bates stamp CHU0029110–15. It was marked as Deposition Exhibit No.

23   2260.

24       15.     Attached hereto as <u>Exhibit K</u> is a true and correct copy of a document produced in

25   this litigation bearing the Bates stamp SDCRT-0087694.

26       16.     Attached hereto as <u>Exhibit L</u> is a true and correct copy of a document produced in

27   this litigation bearing the Bates stamp SDCRT-0087700–02.

28       17.     Attached hereto as <u>Exhibit M</u> is a true and correct copy of a document produced in

2

1   this litigation bearing the Bates stamp CHU00030067.

2          18.     Attached hereto as <u>Exhibit N</u> is a true and correct copy of a document produced in

3   this litigation bearing the Bates stamp CHU00123358–61. It was marked as Deposition Exhibit No.

4   1267.

5          19.     Attached hereto as <u>Exhibit O</u> is a true and correct copy of a document produced in

6   this litigation bearing the Bates stamp SDCRT-0091524–30.

7          20.     Attached hereto as <u>Exhibit P</u> is a true and correct copy of a document produced in

8   this litigation bearing the Bates stamp CHU00102752–54.

9          I declare under the penalty of perjury under the laws of the United States of America that

10  the foregoing is true and correct.

11         Executed this 3rd day of August, 2017 in San Francisco, California.

12

13                                              /s/ R. Alexander Saveri
                                                R. Alexander Saveri

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3