# EXHIBIT A

**[Document Submitted Under Seal]**

# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re Monosodium Glutamate  Civil File No. 00-MDL-1328 (PAM)
Antitrust Litigation

**ORDER**

This matter is before the Court on Plaintiffs' Motion for Determination and Liquidation of An Award of Damages and All Other Costs Against Defendant Tung Hai Fermentation Industrial Corporation n/k/a Vedan Enterprises Group.

Based upon on all the files, records, and pleadings herein, it is hereby ordered that Plaintiffs are entitled to a judgment against Defendant Tung Hai in the total amount of $184,700,000.00.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 10, 2004              s/ Paul A. Magnuson
                                       Honorable Paul A. Magnuson
                                       United States District Judge

# EXHIBIT C

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Monosodium Glutamate Antitrust Litigation | Case No. 00-md-01328-PAM |
| | **CLASS ACTION** |
| This document relates to | |
| *Y. Hata & Co., Ltd. v. Vedan Enterprise Corp. (f/k/a Tung Hai Fermentation Industrial Corp.)* | |

## ORDER

This matter came before the undersigned on August 4, 2016. Kristen G. Marttila, of Lockridge Grindal Nauen P.L.L.P. appeared on behalf of Plaintiffs. There was no appearance by or on behalf of Defendant Vedan Enterprise Corp. ("Vedan"), formerly known as Tung Hai Fermentation Industrial Corp.

## **FINDINGS OF FACT**

The Summons and Renewal Complaint were filed with the Court on September 9, 2014, and were served on Defendant Vedan at least by July 17, 2015.

Defendant has failed to file and serve a response of Answer to the Renewal Complaint. The Application for Entry of Default and Affidavit of Heidi M. Silton In Support Of Entry Of Default were filed with the Court on May 31, 2016. The Clerk's Entry of Default was entered on June 3, 2016.

Plaintiffs filed this renewal action to enforce an existing judgment against Defendant Vedan. The existing monetary judgment is in the amount of $184,700,000.00.

Vedan is the judgment debtor with respect to that judgment and has not paid any part of the existing judgment. The judgment is outstanding and valid.

## CONCLUSIONS OF LAW

Vedan is in default, and Plaintiffs are entitled to an entry of a default judgment in the amount of $184,700,000.00, on behalf of the Class previously certified by the Court in its June 8, 2001 Order [Dkt. No. 146] and defined as:

> All persons who purchased MSG or nucleotides (IMP, GMP, or I+G, a combination of IMP and GMP), directly from any of the Defendants or their affiliates or co-conspirators in the United States during the period from January 1, 1990 through November 1, 1999. Excluded from the Class are the Defendants, their respective parents, subsidiaries and affiliates, and federal, state and local government entities and political subdivisions, including possessions, commonwealths, and territories.

By operation of 28 U.S.C. § 1961, Plaintiffs also are entitled to post-judgment interest on the original judgment, in the amount of $41,019,274.94.

## ORDER

Accordingly, **IT IS HEREBY ORDERED THAT**:

1) Plaintiffs' Motion for Entry of Default Judgment (Docket No. 608) is **GRANTED**.

2) The above-defined Class is awarded a monetary judgment as against Defendant Vedan Enterprise Corp. in the sum of $225,719,274.94, representing:

   a) $184,700,000.00 owed under the Court's 2004 judgment (Docket No. 486), and

2

    b)  $41,019,274.94 in post-judgment interest on the 2004 judgment.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 4, 2016    *s/Paul A. Magnuson*
                 Paul A. Magnuson
                  United States District Court Judge

# EXHIBIT D—P

## [Documents Submitted Under Seal]