UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 |
| | Case No. C-07-5944 JST |
| This Order Relates To: | **ORDER** |
| ALL DIRECT PURCHASER ACTIONS | |

On August 3, 2017, the Direct Purchaser Plaintiffs ("DPPs") filed a motion for default judgment against the Irico Defendants. ECF No. 5183. On August 8, 2017, the Court received a letter from former counsel to the Irico Defendants, Pillsbury Winthrop Shaw Pittman LLP ("Pillsbury"). ECF No. 5185. Pillsbury seeks clarification from the Court that it is not required to serve the DPPs' motion papers on the Irico Defendants because the Court relieved Pillsbury of the duty to forward pleadings to its former client. ECF No. 5003.

By August 15, 2017, the DPPs shall file a response to Pillsbury's letter that is no longer than five pages. The DPPs are still entitled to file a reply in support of their motion for default judgment.

IT IS SO ORDERED.

Dated: August 9, 2017

_____
JON S. TIGAR
United States District Judge