UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917<br>Case No. C-07-5944 JST |
| This Order Relates To:<br><br>ALL DIRECT ACTION PLAINTIFFS | **ORDER** |

Now before the Court is a motion by the Direct Purchaser Plaintiffs ("DPPs") to seal certain materials submitted in connection with their motion for entry of default judgment against the Irico Defendants. ECF No. 5182. The DPPs note that the material they seek to seal was designated as "Confidential" or "Highly Confidential" by various Defendants. Id. at 2. This reference is inadequate to establish that sealing is appropriate. Civ. L.R. 79-5(d)(1)(A). If any designating Defendant believed that the materials were confidential, it was required to file a declaration "establishing that all of the designated material is sealable" within four days of the filing of the DPPs' sealing motion. Civ. L.R. 79-5(e). No Defendant has done so.

The DPPs' sealing motion is denied. The Court will not consider those portions of the motion that are sought to be redacted, or the documents that are sought to be sealed, unless the DPPs file those documents in the public record within seven days from the date of this order.

IT IS SO ORDERED.

Dated: August 10, 2017

JON S. TIGAR
United States District Judge