UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUL 31 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION.<br><br>------------------------------<br><br>INDIRECT PURCHASER PLAINTIFFS,<br><br>    Plaintiff-Appellee,<br><br> v.<br><br>FRANCIS O. SCARPULLA; LAW OFFICES OF FRANCIS O. SCARPULLA,<br><br>    Objectors-Appellants,<br><br> v.<br><br>TOSHIBA CORPORATION; et al.,<br><br>    Defendants-Appellees. | No. 17-15496<br><br>D.C. No. 3:07-cv-05944-JST<br>Northern District of California,<br>San Francisco<br><br>ORDER |
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION.<br>_____<br><br>INDIRECT PURCHASER PLAINTIFFS,<br><br>    Plaintiff-Appellee,<br><br>COOPER & KIRKHAM, P.C.,<br><br>    Objector-Appellant, | No. 17-15598<br><br>D.C. No. 3:07-cv-05944-JST |

sz/MOATT

v.

TOSHIBA CORPORATION; et al.,

       Defendants-Appellees.

---

In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION.

------------------------------

INDIRECT PURCHASER PLAINTIFFS,

       Plaintiff-Appellant,

v.

FRANCIS O. SCARPULLA; et al.,

       Objectors-Appellees,

v.

TOSHIBA CORPORATION; et al.,

       Defendants.

No. 17-15902

D.C. No. 3:07-cv-05944-JST

Before: GOODWIN and BERZON, Circuit Judges.

    Francis O. Scarpulla and Law Offices of Francis O. Scarpulla's ("Scarpulla," collectively) motion to dismiss Indirect Purchaser Plaintiffs' amended notice of cross-appeal (Docket Entry No. 6 in No. 17-15496; Docket Entry No. 5 in No. 17-15598; Docket Entry No. 2 in No. 17-15902) is denied without prejudice to

renewing the arguments in Scarpulla's first brief on cross-appeal. *See* Fed. R. App. P. 4(a)(3); *Mendocino Envtl. Ctr. v. Mendocino County*, 192 F.3d 1283, 1298 (9th Cir. 1999) ("the requirement of a notice of cross-appeal is a rule of practice, which can be waived at the court's discretion, rather than a jurisdictional requirement").

All other pending motions will be addressed by separate order.

The following briefing schedule governs these cross-appeals: the first brief(s) on cross-appeal are due September 11, 2017, for objectors Scarpulla and Cooper & Kirkham, P.C. ("Objectors," collectively); the second brief(s) on cross-appeal are due October 11, 2017, for Lead Counsel for the Indirect Purchaser Plaintiffs, Mario N. Alioto, and Trump, Alioto, Trump & Prescott, LLP ("Plaintiffs' Lead Counsel") and defendants Toshiba Corporation, et al. ("defendants"); the third brief(s) on cross-appeal are due November 13, 2017, for Objectors; and the optional cross-appeal reply brief(s) of Plaintiffs' Lead Counsel and defendants are due within 21 days after service of the last-served third brief on cross-appeal. *See* Fed. R. App. P. 28.1.