Vincent J. Esades
Renae D. Steiner
Heins Mills & Olson, P.L.C.
310 Clifton Avenue
Minneapolis, MN 55403
Tel.: 612-338-4605
Fax: 612-338-4692
vesades@heinsmills.com
rsteiner@heinsmills.com

*Attorneys for Plaintiff Wettstein and Son's d/b/a Wettstein's*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV-07-5944-JST<br>MDL No. 1917 |
| | **<u>CLASS ACTION</u>** |
| This Document Relates to:<br>ALL DIRECT PURCHASER ACTIONS | **NOTICE OF CHANGE IN COUNSEL** |

TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE, pursuant to Civil Local Rule 5-1(c)(2)(C), that Samuel D. Heins, Katherine T. Kelly, Troy J. Hutchinson and Scott W. Carlson are no longer associated with the firm of Heins Mills & Olson, P.L.C., and are hereby withdrawn as counsel for Plaintiff Wettstein and Son's d/b/a Wettstein's.

Vincent J. Esades and Renae D. Steiner of Heins Mills & Olson, P.L.C. continue to represent Plaintiff Wettstein and Son's.

Dated: August 14, 2017

Respectfully submitted,

s/ *Vincent J. Esades*
Vincent J. Esades
Renae D. Steiner
Heins Mills & Olson, P.L.C.
310 Clifton Avenue
Minneapolis, MN 55403
Tel.: 612-338-4605
Fax: 612-338-4692
vesades@heinsmills.com
rsteiner@heinsmills.com