1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Guido Saveri (22349)
   *guido@saveri.com*
R. Alexander Saveri (173102)
   *rick@saveri.com*
Geoffrey C. Rushing (126910)
   *grushing@saveri.com*
Matthew D. Heaphy (227224)
   *mheaphy@saveri.com*
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone:  (415) 217-6810
Facsimile:  (415) 217-6813

*Lead Counsel for Direct Purchaser Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-CV-5944-JST |
| | MDL No. 1917 |
| This Document Relates to: | **DECLARATION OF R. ALEXANDER SAVERI IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS' APPLICATION FOR DEFAULT JUDGMENT BY THE COURT AGAINST THE IRICO DEFENDANTS** |
| *ALL DIRECT PURCHASER ACTIONS* | |
| | Date:      September 12, 2017 |
| | Time:      2:00 p.m. |
| | Judge:    Honorable Jon S. Tigar |
| | Courtroom:  9 |

1    I, R. Alexander Saveri, declare:

2       1.      I am the Managing Partner of Saveri & Saveri, Inc., Lead Counsel for Direct

3    Purchaser Plaintiffs ("Plaintiffs") in this action. I am a member of the Bar of the State of California

4    and admitted to practice in the Northern District of California. I make this Declaration in Support

5    of Plaintiffs' Application for Default Judgment by the Court Against the Irico Defendants. Except

6    as otherwise stated, I have personal knowledge of the facts stated below.

7       2.      On September 1, 2016, Leslie M. Marx, Ph.D., completed her expert report on

8    behalf of Plaintiffs in anticipation of trial against the Mitsubishi Electric Defendants. Attached

9    hereto as Exhibit A is a true and correct copy of Dr. Marx's report.

10      3.      This multidistrict litigation arises from an alleged worldwide conspiracy to fix

11   prices of Cathode Ray Tubes ("CRTs"). CRTs are the primary components of CRT televisions and

12   computer monitors. The complaint alleged a conspiracy involving some of the largest companies in

13   the world, including Chunghwa, Hitachi, LG Electronics, Mitsubishi Electric, Panasonic, Philips,

14   Samsung SDI, Thomson, Toshiba and the Irico Defendants.

15      4.      After the United States Department of Justice ("DOJ") announced its investigation

16   into the conspiracy in November 2007, twenty direct purchaser plaintiff class action complaints

17   were filed alleging a violation of Section 1 of the Sherman Act, 15 U.S.C. § 1, and Section 4 of the

18   Clayton Act, 15 U.S.C. § 15.

19      5.      In the *In re Monosodium Glutamate Antitrust Litigation* (D. Minn.), the Court

20   entered default judgment against Defendant Tung Hai Fermentation Industrial Corporation n/k/a

21   Vedan Enterprises Group in the amount of $184,700,000 on motion of direct purchaser plaintiffs

22   for whom I served as counsel. Attached hereto as Exhibit B is a true and correct copy of the court's

23   order entering default judgment, ECF No. 486, dated September 10, 2004. Attached hereto as

24   Exhibit C is a true and correct copy of the court's order entering default judgment and awarding

25   post-judgment interest on the 2004 judgment, ECF No. 613, dated August 4, 2016.

26      6.      On November 6, 2014, Jeffrey J. Leitzinger, Ph.D., completed his expert report on

27   behalf of Plaintiffs, which was used in support of Plaintiffs' motion for class certification. Attached

28   hereto as Exhibit D is a true and correct copy of Dr. Leitzinger's class certification report.

1

1    7.    On September 1, 2016, Jeffrey J. Leitzinger, Ph.D., completed his expert report on

2  behalf of Plaintiffs in anticipation of trial against the Mitsubishi Electric Defendants. Attached

3  hereto as Exhibit E is a true and correct copy of Dr. Leitzinger's report.

4    8.    On September 1, 2016, Dr. Leitzinger's final study was transmitted to the

5  Mitsubishi Electric Defendants.

6    9.    I understand from attorneys working under my direction that the documentary

7  evidence shows that representatives of the Irico Defendants attended at least 70 bilateral or group

8  meetings.

9    10.    Attached hereto as Exhibit F is a true and correct copy of a document produced in

10  this litigation bearing the Bates stamp CHU00030679–83. It was marked as Deposition Exhibit No.

11  1312.

12    11.    Attached hereto as Exhibit G is a true and correct copy of a document produced in

13  this litigation bearing the Bates stamp CHU000030688–91. It was marked as Deposition Exhibit

14  No. 1303.

15    12.    Attached hereto as Exhibit H is a true and correct copy of a document produced in

16  this litigation bearing the Bates stamp CHU00030695–97. It was marked as Deposition Exhibit No.

17  1301.

18    13.    Attached hereto as Exhibit I is a true and correct copy of a document produced in

19  this litigation bearing the Bates stamp CHU00030819–33. It was marked as Deposition Exhibit No.

20  1305.

21    14.    Attached hereto as Exhibit J is a true and correct copy of a document produced in

22  this litigation bearing the Bates stamp CHU0029110–15. It was marked as Deposition Exhibit No.

23  2260.

24    15.    Attached hereto as Exhibit K is a true and correct copy of a document produced in

25  this litigation bearing the Bates stamp SDCRT-0087694.

26    16.    Attached hereto as Exhibit L is a true and correct copy of a document produced in

27  this litigation bearing the Bates stamp SDCRT-0087700–02.

28    17.    Attached hereto as Exhibit M is a true and correct copy of a document produced in

2

1     this litigation bearing the Bates stamp CHU00030067.

2            18.     Attached hereto as <u>Exhibit N</u> is a true and correct copy of a document produced in

3     this litigation bearing the Bates stamp CHU00123358–61. It was marked as Deposition Exhibit No.

4     1267.

5            19.     Attached hereto as <u>Exhibit O</u> is a true and correct copy of a document produced in

6     this litigation bearing the Bates stamp SDCRT-0091524–30.

7            20.     Attached hereto as <u>Exhibit P</u> is a true and correct copy of a document produced in

8     this litigation bearing the Bates stamp CHU00102752–54.

9            I declare under the penalty of perjury under the laws of the United States of America that

10    the foregoing is true and correct.

11           Executed this 3rd day of August, 2017 in San Francisco, California.

12

13                                                              */s/ R. Alexander Saveri*
                                                               R. Alexander Saveri

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF R. ALEXANDER SAVERI IN SUPPORT OF DPPS' APPLICATION FOR DEFAULT
JUDGMENT BY THE COURT AGAINST THE IRICO DEFENDANTS; Master File No. 07-CV-5944-JST