Christopher T. Heffelfinger (SBN 118058)
**BERMAN TABACCO**
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile:  (415) 433-6382
cheffelfinger@bermantabacco.com

*Attorneys for Plaintiffs
Univisions-Crimson Holding, Inc.,
Central New York Univision Video Systems,
Inc. and Crimson Tech, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CRT ANTITRUST LITIGATION | Case No. 3:07-cv-05944-JST<br>MDL No. 1917 |
| This Document Relates to: | **CLASS ACTION** |
| ALL DIRECT PURCHASER CLASS ACTIONS | **NOTICE OF CHANGE OF FIRM NAME** |

1    PLEASE TAKE NOTICE that as of August 15, 2017, Berman DeValerio has changed its
2 name to Berman Tabacco.  The new email addresses for the attorneys with appearances in this
3 case are listed in the signature block below.
4    The San Francisco office of Berman Tabacco has relocated. The new address is as follows:

> 44 Montgomery Street, Suite 650
> San Francisco, CA 94104

7    The firm's telephone and facsimile numbers remain the same.

8 Dated:  August 17, 2017                    **BERMAN TABACCO**

By:   */s/ Christopher T. Heffelfinger*
         Christopher T. Heffelfinger

44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile:  (415) 433-6382

*Attorneys for Plaintiffs*
*Univisions-Crimson Holding, Inc.,*
*Central New York Univision Video Systems,*
*Inc. and Crimson Tech, Inc.*