**FILED**

**AUG 15 2017**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, ------------------------------ INDIRECT PURCHASER PLAINTIFFS, Plaintiff-Appellee, v. JOHN FINN; LAURA TOWNSEND FORTMAN, Objectors-Appellants, v. TOSHIBA CORPORATION; et al., Defendants-Appellees. | No. 16-16368 D.C. No. 3:07-cv-05944-JST Northern District of California, San Francisco ORDER |
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, ------------------------------ INDIRECT PURCHASER PLAINTIFFS, Plaintiff-Appellee, | No. 16-16371 D.C. No. 3:07-cv-05944-JST Northern District of California, San Francisco |

14AUG2017/AC/LBS/Pro Mo

v.

SEAN HULL; GORDON B. MORGAN,

      Objectors-Appellants,

 v.

TOSHIBA CORPORATION; et al.,

      Defendants-Appellees.

---

In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION,

------------------------------

INDIRECT PURCHASER PLAINTIFFS,

      Plaintiff-Appellee,

 v.

ANTHONY GIANASCA; et al.,

      Objectors-Appellants,

 v.

TOSHIBA CORPORATION; et al.,

      Defendants-Appellees.

No. 16-16373

D.C. No. 3:07-cv-05944-JST
Northern District of California,
San Francisco

Case 4:07-cv-05944-JST Document 5194 Filed 08/17/17 Page 3 of 6
Case: 16-16368, 08/15/2017, ID: 10548042, DktEntry: 92, Page 3 of 6

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, <br><br> ------------------------------ <br><br> INDIRECT PURCHASER PLAINTIFFS, <br><br>      Plaintiff-Appellee, <br><br>  v. <br><br> DONNIE CLIFTON, <br><br>      Objector-Appellant, <br><br>  v. <br><br> TOSHIBA CORPORATION; et al., <br><br>      Defendants-Appellees. | No. 16-16374 <br><br> D.C. No. 3:07-cv-05944-JST <br> Northern District of California, <br> San Francisco |
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, <br><br> ------------------------------ <br><br> INDIRECT PURCHASER PLAINTIFFS, <br><br>      Plaintiff-Appellee, <br><br>  v. <br><br> JOSIE SAIK, <br><br>      Objector-Appellant, | No. 16-16377 <br><br> D.C. No. 3:07-cv-05944-JST <br> Northern District of California, <br> San Francisco |

|  |  |
|---|---|
| v.<br><br>TOSHIBA CORPORATION; et al.,<br><br>      Defendants-Appellees. |  |
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION,<br><br>------------------------------<br><br>INDIRECT PURCHASER PLAINTIFFS,<br><br>      Plaintiff-Appellee,<br><br>v.<br><br>DAN L. WILLIAMS & CO.,<br><br>      Objector-Appellant,<br><br>v.<br><br>TOSHIBA CORPORATION; et al.,<br><br>      Defendants-Appellees. | No. 16-16378<br><br>D.C. No. 3:07-cv-05944-JST<br>Northern District of California,<br>San Francisco |
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION,<br><br>------------------------------<br><br>INDIRECT PURCHASER PLAINTIFFS, | No. 16-16379<br><br>D.C. No. 3:07-cv-05944-JST<br>Northern District of California,<br>San Francisco |

|  |  |
|---|---|
| Plaintiff-Appellee, <br><br> v. <br><br> ROCKHURST UNIVERSITY; et al., <br><br>　　Objectors-Appellants, <br><br> v. <br><br> TOSHIBA CORPORATION; et al., <br><br>　　Defendants-Appellees. |  |
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, <br><br> ------------------------------ <br><br> INDIRECT PURCHASER PLAINTIFFS, <br><br>　　Plaintiff-Appellee, <br><br> v. <br><br> ANTHONY GIANASCA; et al., <br><br>　　Movants-Appellants, <br><br> v. <br><br> TOSHIBA CORPORATION; et al., <br><br>　　Defendants-Appellees. | Nos. 16-16399 <br>　　　16-16400 <br><br> D.C. No. 3:07-cv-05944-JST <br> Northern District of California, <br> San Francisco |

Before: Peter L. Shaw, Appellate Commissioner

Appellee Indirect Purchaser Plaintiffs' motion (Docket Entry No. 81) for leave to file an oversized answering brief consisting of 36,215 words is denied. The Clerk shall strike the answering brief submitted at Docket Entry No. 82.

Within 14 days after the date of this order, appellee Indirect Purchaser Plaintiffs shall file a consolidated answering brief not to exceed 30,000 words.

The court notes that appellant Josie Saik submitted a reply brief in No. 16-16377 on July 14, 2017 (Docket Entry No. 84). Appellant Josie Saik may submit a replacement reply brief in No. 16-16377 or inform this court in writing, within 21 days after service of the replacement consolidated answering brief, that she will rely on the reply brief submitted at Docket Entry No. 84.

The remaining optional reply briefs are due within 21 days after service of the consolidated answering brief.