**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

AUG 14 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITITGATION, <br><br> ------------------------------ <br><br> INDIRECT PURCHASER PLAINTIFFS, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> JOHN FINN; LAURA TOWNSEND FORTMAN, <br><br> Objectors-Appellants, <br><br> v. <br><br> TOSHIBA CORPORATION; et al., <br><br> Defendants-Appellees. | No. 16-16368 <br><br> D.C. No. 3:07-cv-05944-JST <br> Northern District of California, <br> San Francisco <br><br> ORDER |
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, <br><br> ------------------------------ <br><br> INDIRECT PURCHASER PLAINTIFFS, <br><br> Plaintiff-Appellee, | No. 16-16371 <br><br> D.C. No. 3:07-cv-05944-JST <br> Northern District of California, <br> San Francisco |

07AUG2017/AC/LBS/Pro Mo

v.

SEAN HULL; GORDON B. MORGAN,

      Objectors-Appellants,

 v.

TOSHIBA CORPORATION; et al.,

      Defendants-Appellees.

---

In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION,

------------------------------

INDIRECT PURCHASER PLAINTIFFS,

      Plaintiff-Appellee,

 v.

ANTHONY GIANASCA; et al.,

      Objectors-Appellants,

 v.

TOSHIBA CORPORATION; et al.,

      Defendants-Appellees.

No. 16-16373

D.C. No. 3:07-cv-05944-JST
Northern District of California,
San Francisco

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, ------------------------------ INDIRECT PURCHASER PLAINTIFFS,    Plaintiff-Appellee,  v. DONNIE CLIFTON,    Objector-Appellant,  v. TOSHIBA CORPORATION; et al.,    Defendants-Appellees. | No. 16-16374 D.C. No. 3:07-cv-05944-JST Northern District of California, San Francisco |
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, ------------------------------ INDIRECT PURCHASER PLAINTIFFS,    Plaintiff-Appellee,  v. JOSIE SAIK,    Objector-Appellant, | No. 16-16377 D.C. No. 3:07-cv-05944-JST Northern District of California, San Francisco |

  v.

TOSHIBA CORPORATION; et al.,

      Defendants-Appellees.

---

In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION,

------------------------------

INDIRECT PURCHASER PLAINTIFFS,

      Plaintiff-Appellee,

  v.

DAN L. WILLIAMS & CO.,

      Objector-Appellant,

  v.

TOSHIBA CORPORATION; et al.,

      Defendants-Appellees.

No. 16-16378

D.C. No. 3:07-cv-05944-JST
Northern District of California,
San Francisco

---

In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION,

------------------------------

INDIRECT PURCHASER PLAINTIFFS,

No. 16-16379

D.C. No. 3:07-cv-05944-JST
Northern District of California,
San Francisco

|  |  |
|---|---|
| Plaintiff-Appellee, | |
| v. | |
| ROCKHURST UNIVERSITY; et al., | |
| Objectors-Appellants, | |
| v. | |
| TOSHIBA CORPORATION; et al., | |
| Defendants-Appellees. | |
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | Nos. 16-16399<br>16-16400 |
| ------------------------------ | D.C. No. 3:07-cv-05944-JST<br>Northern District of California,<br>San Francisco |
| INDIRECT PURCHASER PLAINTIFFS, | |
| Plaintiff-Appellee, | |
| v. | |
| ANTHONY GIANASCA; et al., | |
| Movants-Appellants, | |
| v. | |
| TOSHIBA CORPORATION; et al., | |
| Defendants-Appellees. | |

Case: 4:07-cv-05944-JST Document 5195 Filed 08/17/17 Page 6 of 9
Case: 16-16368, 08/14/2017, ID: 10542978, DktEntry: 90, Page 6 of 9

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, _____ MARTA COOPERATIVE OF AMERICA, INC.,   Plaintiff-Appellant,  v. TOSHIBA CORPORATION; et al.,   Defendants-Appellees. | No. 16-16982 D.C. No. 3:07-cv-05944-JST Northern District of California, San Francisco |
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, ------------------------------ INDIRECT PURCHASER PLAINTIFFS,   Plaintiff-Appellee,  v. FRANCIS O. SCARPULLA; LAW OFFICES OF FRANCIS O. SCARPULLA,   Objectors-Appellants,  v. | No. 17-15496 D.C. No. 3:07-cv-05944-JST Northern District of California, San Francisco |

TOSHIBA CORPORATION; et al.,

      Defendants-Appellees.

---

In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION,

------------------------------

INDIRECT PURCHASER PLAINTIFFS,

      Plaintiff-Appellee,

 v.

LAW OFFICE OF BRIAN BARRY,

      Objector-Appellant,

 v.

TOSHIBA AMERICA, INC.; et al.,

      Defendants-Appellees.

No. 17-15597

D.C. No. 3:07-cv-05944-JST
Northern District of California,
San Francisco

---

In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION,
_____

INDIRECT PURCHASER PLAINTIFFS,

      Plaintiff-Appellee,

No. 17-15598

D.C. No. 3:07-cv-05944-JST
Northern District of California,
San Francisco

| | |
|---|---|
| COOPER & KIRKHAM, P.C., <br><br>      Objector-Appellant, <br><br> v. <br><br> TOSHIBA CORPORATION; et al., <br><br>      Defendants-Appellees. | |
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, <br><br> ------------------------------ <br><br> INDIRECT PURCHASER PLAINTIFFS, <br><br>      Plaintiff-Appellant, <br><br> v. <br><br> FRANCIS O. SCARPULLA; et al., <br><br>      Objectors-Appellees, <br><br> v. <br><br> TOSHIBA CORPORATION; et al., <br><br>      Defendants. | No. 17-15902 <br><br> D.C. No. 3:07-cv-05944-JST <br> Northern District of California, <br> San Francisco |

Before: Peter L. Shaw, Appellate Commissioner

Appellee Indirect Purchaser Plaintiffs' motion (Docket Entry No. 81) for leave to file an oversized answering brief consisting of 36,215 words is denied. Within 14 days after the date of this order, appellee Indirect Purchaser Plaintiffs shall file a consolidated answering brief not to exceed 30,000 words.

The court notes that appellant Josie Saik submitted a reply brief in No. 16-16377 on July 14, 2017 (Docket Entry No. 84). Appellant Josie Saik may submit a replacement reply brief in No. 16-16377 or inform this court in writing that she will rely on the reply brief submitted at Docket Entry No. 84 once the answering brief has been filed.

The remaining optional reply briefs are due within 21 days after service of the consolidated answering brief.