UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917<br>Case No. C-07-5944 JST |
| This Order Relates To:<br><br>ALL DIRECT PURCHASER ACTIONS | **ORDER** |

On August 3, 2017, the Direct Purchaser Plaintiffs ("DPPs") filed a motion for default judgment against the Irico Defendants. ECF No. 5183 (re-filed at ECF No. 5191). On August 15, 2017, the Court issued an order requiring that Pillsbury Winthrop Shaw Pittman LLP forward the DPPs' motion to the Irico Defendants. ECF No. 5192. The DPPs have not yet filed a proof of service on the docket. Once they do so, the Irico Defendants will have two weeks to respond to the motion for default judgment and the DPPs will have one additional week to file a reply. The hearing currently set for September 12, 2017 is vacated. The Court will re-set the hearing once a proof of service is filed.

IT IS SO ORDERED.

Dated: August 22, 2017

JON S. TIGAR
United States District Judge