Blake L. Harrop
Chadwick O. Brooker
Antitrust Bureau
Office of the Illinois Attorney General
100 W. Randolph Street
Chicago, Illinois 60601
(312) 814-1004 (phone)
(312) 793-3891 (phone)
(312) 814-4209 (fax)
bharrop@atg.state.il.us
cbrooker@atg.state.il.us

*Counsel for the State of Illinois*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. CV-07-5944-SC<br>MDL No. 1917 |
| This Document Relates To All Actions | **Notice of Withdrawal of Attorney Chadwick O. Brooker** |

To the Court, all parties, and their attorneys of record:

Please take notice that under Civil Local Rule 11-5(a) Chadwick O. Brooker is hereby withdrawing as counsel for the State of Illinois in this action. Senior Assistant Attorney General Blake L. Harrop will continue to serve as counsel for the State of Illinois.

Dated: August 23, 2017

Respectfully submitted,

LISA MADIGAN,
Attorney General of Illinois

By: /s/ Chadwick O. Brooker
Chadwick O. Brooker
Assistant Attorney General
Antitrust Bureau
Office of the Illinois Attorney General
100 W. Randolph Street
Chicago, Illinois 60601
(312) 793-3891
cbrooker@atg.state.il.us