Guido Saveri (22349)
    *guido@saveri.com*
R. Alexander Saveri (173102)
    *rick@saveri.com*
Geoffrey C. Rushing (126910)
    *grushing@saveri.com*
Matthew D. Heaphy (227224)
    *mheaphy@saveri.com*
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone:  (415) 217-6810
Facsimile:  (415) 217-6813

*Lead Counsel for Direct Purchaser Plaintiffs*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-CV-5944-JST |
| | MDL No. 1917 |
| This Document Relates to: | **DECLARATION OF MATTHEW D. HEAPHY RE: NOTICE TO THE IRICO DEFENDANTS OF DIRECT PURCHASER PLAINTIFFS' APPLICATION FOR DEFAULT JUDGMENT BY THE COURT; CERTIFICATE OF SERVICE** |
| *ALL DIRECT PURCHASER ACTIONS* | |

I, Matthew D. Heaphy, declare:

1.      I am an attorney at Saveri & Saveri, Inc., Lead Counsel for Direct Purchaser Plaintiffs ("Plaintiffs" or "DPPs") in this action. I am a member of the Bar of the State of California and admitted to practice in the Northern District of California. Except as otherwise stated, I have personal knowledge of the facts stated below.

2.      On August 14, 2017, Plaintiffs refiled publicly an unredacted version of their Application for Default Judgment by the Court Against the Irico Defendants. ECF No. 5191.

3.      On August 15, 2017, the Court ordered Pillsbury Winthrop Shaw Pittman LLP ("Pillsbury"), former counsel to Defendants Irico Display Devices Co., Ltd. and Irico Group Corporation (the "Irico Defendants"), "to forward all documents related to the DPPs' motion for default judgment to the Irico Defendants." ECF No. 5192.

4.      Attached hereto as Exhibit 1 is a true and correct copy a letter from Dianne L. Sweeney of Pillsbury to Guido Saveri and Sarah Van Culin of Saveri & Saveri, dated August 21, 2017. The letter states that Pillsbury "has forwarded the following documents to the email addresses listed in Pillsbury's records for Irico Display Devices Co., Ltd. and Irico Group Corporation . . . ." The letter lists all of the documents filed as ECF No. 5191. The letter also requested that Plaintiffs "notify me by August 22, 2017 at noon if you believe that the Court's Order requires Pillsbury to forward any additional filed documents . . . ."

5.      Attached hereto as Exhibit 2 is a true and correct copy of a letter from R. Alexander Saveri of Saveri & Saveri to Ms. Sweeney, dated August 22, 2017. The letter noted the "Court's recent order indicat[ing] that DPPs should file a proof of service regarding the forwarding to the Irico Defendants. ECF No. 5196. Therefore please forward (or file) a proof of service at your earliest convenience." The letter also informed Ms. Sweeney that "DPPs believe the Court's order also requires Pillsbury to forward the Court's order of today, as well as the letters and the Court's order relating to Pillsbury's obligation to forward documents." The letter further noted that "previously, in addition to emailing to the two addresses, Pillsbury has mailed materials to the Irico Defendants." To date, I am not aware of any member of the Saveri & Saveri firm receiving any further communication from Ms. Sweeney or the Pillsbury firm in this matter.

6.      On August 29, 2017, Pillsbury filed its Notice of Forwarding Via Email Certain Default Documents to Pillsbury's Former Clients, the Irico Defendants. ECF No. 5198.

7.      In addition, as set forth in the next paragraph, Saveri & Saveri mailed a full set of documents related to Plaintiffs' Application for Default Judgment by the Court Against the Irico Defendants. David Hwu, a Saveri & Saveri attorney who is a native speaker of Chinese, informed me that he verified and updated the addresses for the Irico Defendants based on information on the Irico Defendants' websites and the latest annual report. I directed the paralegal preparing the envelopes to print and affix address labels with the updated addresses in both English and Chinese. Mr. Hwu then verified to me that the addresses as affixed on the envelope were correct.

8.      I am employed in San Francisco County, which is where service of the documents referred to below occurred. I am over the age of 18 and not a party to this action. My business address is Saveri & Saveri, Inc., 706 Sansome Street, San Francisco, CA 94111. I declare under the penalty of perjury that on August 25, 2017, I served or caused to be served true and correct copies of the following documents:

- DIRECT PURCHASER PLAINTIFFS' APPLICATION FOR DEFAULT JUDGMENT BY THE COURT AGAINST THE IRICO DEFENDANTS;
- DECLARATION OF R. ALEXANDER SAVERI IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS' APPLICATION FOR DEFAULT JUDGMENT BY THE COURT AGAINST THE IRICO DEFENDANTS;
- EXHIBITS A–P TO DECLARATION OF R. ALEXANDER SAVERI IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS' APPLICATION FOR DEFAULT JUDGMENT BY THE COURT AGAINST THE IRICO DEFENDANTS; and
- [PROPOSED] ORDER GRANTING DIRECT PURCHASER PLAINTIFFS' APPLICATION FOR DEFAULT JUDGMENT BY THE COURT AGAINST THE IRICO DEFENDANTS

VIA UPS to the addressees specified below:

Irico Display Devices Co., Ltd
Attention: Legal Department
No. 1 Caihong Road, Xianyang
712021 Shaanxi
China

HEAPHY DECLARATION RE: NOTICE TO THE IRICO DEFENDANTS OF DPPS' APPLICATION FOR DEFAULT JUDGMENT BY THE COURT; CERTIFICATE OF SERVICE; Master File No. 07-CV-5944-JST

Irico Group Corporation
Attention: Legal Department
No. 1 Caihong Road, Xianyang
712021 Shaanxi
China

and VIA FIRST CLASS MAIL to the addressees specified below:

Irico Display Devices Co., Ltd
Attention: Legal Department
No. 1 Caihong Road, Xianyang
712021 Shaanxi
China

Irico Group Corporation
Attention: Legal Department
No. 1 Caihong Road, Xianyang
712021 Shaanxi
China

9.      Each of the four mailing packets was accompanied by a cover letter from me. Mr.
Hwu translated my letter to Chinese. Attached hereto as Exhibit 3 is a true and correct copy of my
cover letter to the Irico Defendants, in both English and Chinese.

10.      According to information provided by UPS, the two UPS mailing packets sent to the
Irico Defendants, as described in the previous paragraph, were delivered on August 29, 2017.
Attached hereto as Exhibit 4 is a true and correct copy of an email sent to Saveri & Saveri
containing information about the UPS delivery to Irico Display Devices Co., Ltd. Attached hereto
as Exhibit 5 is a true and correct copy of an email sent to Saveri & Saveri containing information
about the UPS delivery to Irico Group Corporation.

I declare under the penalty of perjury under the laws of the United States of America that
the foregoing is true and correct.

Executed this 30th day of August, 2017 in San Francisco, California.


*/s/ Matthew D. Heaphy*
Matthew D. Heaphy

# EXHIBIT 1



Pillsbury Winthrop Shaw Pittman LLP
2550 Hanover Street | Palo Alto, CA 94304-1115 | tel 650.233.4500 | fax 650.233.4545

Dianne L. Sweeney
tel: 650.233.4046
dianne@pillsburylaw.com

August 21, 2017

<u>Via Email and First Class Mail</u>

Mr. Guido Saveri
Ms. Sarah Van Culin
Saveri & Saveri, Inc.
706 Sansome Street
San Francisco, CA 94111

> Re:   *In Re: Cathode Ray Tube (CRT) Antitrust Litigation, Case No. 3:07-*
> *cv-05944-JST, MDL No. 1917*

Counsel:

Pursuant to the Court's August 15, 2017 Order (DE 5192) to "forward all documents related to the DPPs' motion for default judgment to the Irico Defendants," Pillsbury Winthrop Shaw Pittman LLP ("Pillsbury") has forwarded the following documents to the email addresses listed in Pillsbury's records for Irico Display Devices Co., Ltd. and Irico Group Corporation (the "Irico Entities"):

- DE 5191: Direct Purchaser Plaintiffs' Application for Default Judgment by the Court Against the Irico Defendants;

- DE 5191-1: Declaration of R. Alexander Saveri in Support of Direct Purchaser Plaintiffs' Application for Default Judgment by the Court Against the Irico Defendants;

- DE 5191-2: Exhibits A-P to the Declaration of R. Alexander Saveri in Support of Direct Purchaser Plaintiffs' Application for Default Judgment by the Court Against the Irico Defendants; and

- DE 5191-3: [Proposed] Order Granting Direct Purchaser Plaintiffs' Application for Default Judgment by the Court Against the Irico Defendants

Mr. Guido Saveri
Saveri & Saveri, Inc.
August 21, 2017
Page 2

The email addresses listed in Pillsbury's records for the Irico Entities are rggao@ch.com.cn and taokui@ch.com.cn.  Given the significant passage of time since the last response Pillsbury received from the Irico Entities, Pillsbury can make no representation as to whether the Irico Entities receive any communications sent to these email addresses.

Additionally, given that Pillsbury has not represented the Irico Entities in any capacity for more than seven years, Pillsbury does not have authority to accept service of any filing in the above-captioned action on behalf of the Irico Entities. Nevertheless, as stated above, Pillsbury has forwarded the above-listed documents to rggao@ch.com.cn and taokui@ch.com.cn in compliance with the Court's August 15, 2017 Order.

As we are not familiar with this case and the docket is voluminous, please notify me by August 22, 2017 at noon if you believe that the Court's Order requires Pillsbury to forward any additional filed documents to rggao@ch.com.cn and taokui@ch.com.cn.

Finally, Pillsbury will also forward any reply papers you file as well as the order on the Direct Purchaser Plaintiffs' motion for default judgment to the above two email addresses.

Sincerely,

Dianne L. Sweeney

# EXHIBIT 2

# SAVERI & SAVERI, INC.
706 SANSOME STREET
SAN FRANCISCO, CALIFORNIA 94111
TELEPHONE: (415) 217-6810
TELECOPIER: (415) 217-6813

August 22, 2017

*VIA EMAIL*

Dianne L. Sweeney
Pillsbury Winthrop Shaw Pittman LLP
2550 Hanover Street
Palo Alto, CA 94304-1115
dianne@pillsburylaw.com

   **Re:**  *In re Cathode Ray Tube (CRT) Antitrust Litigation*, **MDL No. 1917**

Counsel:

   Thank you for your letter yesterday.

   As you note, Pillsbury Winthrop Shaw Pittman LLP ("Pillsbury") is required by Court order to forward documents related to Direct Purchaser Plaintiffs' ("DPPs") Application for Default Judgment by the Court, ECF No. 5191, to its former clients, the Irico Defendants.

   We appreciate that you have forwarded DPPs' moving papers to email addresses for two individuals we presume are Irico executives who were involved in Pillsbury's retention/Irico's participation in this lawsuit, and that Pillsbury has communicated with these individuals previously at these addresses. We are concerned, however, by your statement that "Pillsbury can make no representation as to whether the Irico Entities receive any communications sent to these email addresses." We understand that Pillsbury may not know whether emails sent to these addresses are read or forwarded to responsible individuals at Irico. However, we also expect, and believe the Court's orders require, that Pillsbury has exercised reasonable diligence based on its experience representing the Irico Defendants in its manner of forwarding and has no reason to believe that these emails are inoperative. For example, we presume recent emails have not "bounced back" or resulted in a notification that the email addresses are not operative. If any of the foregoing is incorrect, please notify us immediately.

   We note that previously, in addition to emailing to the two addresses, Pillsbury has mailed materials to the Irico Defendants. *See, e.g.*, ECF No. 4682-2.

   Next, the Court's recent order indicates that DPPs should file a proof of service regarding the forwarding to the Irico Defendants. ECF No. 5196. Therefore please forward (or file) a proof of service at your earliest convenience.

Dianne L. Sweeney
August 22, 2017
Page 2

     Finally, in answer to your request, DPPs believe the Court's order also requires Pillsbury to forward the Court's order of today, as well as the letters and the Court's order relating to Pillsbury's obligation to forward documents.

     Thank you.

          Very truly yours,

          R. Alexander Saveri

crt.681

# EXHIBIT 3

# SAVERI & SAVERI, INC.
706 SANSOME STREET
SAN FRANCISCO, CALIFORNIA 94111
TELEPHONE: (415) 217-6810
TELECOPIER: (415) 217-6813

August 25, 2017

*VIA UPS AND FIRST CLASS MAIL*

Irico Display Devices Co., Ltd
Attention: Legal Department
No. 1 Caihong Road, Xianyang
712021 Shaanxi
China

Irico Group Corporation
Attention: Legal Department
No. 1 Caihong Road, Xianyang
712021 Shaanxi
China

**Re:** *In re Cathode Ray Tube (CRT) Antitrust Litigation*, **Case No. 07-CV-5944-JST, MDL No. 1917**

To Whom It May Concern:

In reference to the above-captioned action pending in United States District Court, Northern District of California, enclosed please find the following documents:

- DIRECT PURCHASER PLAINTIFFS' APPLICATION FOR DEFAULT JUDGMENT BY THE COURT AGAINST THE IRICO DEFENDANTS

- DECLARATION OF R. ALEXANDER SAVERI IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS' APPLICATION FOR DEFAULT JUDGMENT BY THE COURT AGAINST THE IRICO DEFENDANTS

- EXHIBITS A–P TO DECLARATION OF R. ALEXANDER SAVERI IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS' APPLICATION FOR DEFAULT JUDGMENT BY THE COURT AGAINST THE IRICO DEFENDANTS

- [PROPOSED] ORDER GRANTING DIRECT PURCHASER PLAINTIFFS' APPLICATION FOR DEFAULT JUDGMENT BY THE COURT AGAINST THE IRICO DEFENDANTS

Irico Display Devices Co., Ltd and Irico Group Corporation
August 24, 2017
Page 2

All of these documents were filed in the above-referenced case number at ECF No. 5191.
Note that the Court has vacated the briefing schedule and hearing date indicated in the
Application for Default Judgment:

> On August 15, 2017, the Court issued an order requiring that Pillsbury
> Winthrop Shaw Pittman LLP forward the DPPs' motion to the Irico
> Defendants. ECF No. 5192. The DPPs have not yet filed a proof of service
> on the docket. Once they do so, the Irico Defendants will have two weeks
> to respond to the motion for default judgment and the DPPs will have one
> additional week to file a reply. The hearing currently set for September 12,
> 2017 is vacated. The Court will re-set the hearing once a proof of service
> is filed.

ECF No. 5196. Per ECF No. 5192, your former counsel, Pillsbury, is also
transmitting the Application for Default Judgment to you. Both ECF Nos. 5192
and 5196 are also enclosed.

Very truly yours,

Matthew D. Heaphy

Enclosures.

crt.682

**SAVERI & SAVERI, INC.**
706 SANSOME STREET
SAN FRANCISCO, CALIFORNIA 94111
TELEPHONE: (415) 217-6810
TELECOPIER: (415) 217-6813

## [中文翻译版本]

8 月 25 日 2017 年

**经由 UPS 快递及一等邮件**

彩虹显示器件股份有限公司
至：法务部
中华人名共和国 712021
陕西省咸阳市秦都区彩虹路一号

彩虹集团公司
至：法务部
中华人名共和国 712021
陕西省咸阳市秦都区彩虹路一号

关于：阳极射线管反垄断诉讼
(案件 No. 07-CV-5944-JST, MDL No. 1917)

敬启者：

　　关于上面所提到在美国加州北区联邦地方法院进行中的案件，随函附上以下文件，请查收：

- 直接购买原告向法院提出对彩虹被告做出缺席判决的申请书

- R. ALEXANDER SAVERI 支持直接购买原告向法院申请对彩虹被告做出缺席判决的声明书

- R. ALEXANDER SAVERI 支持直接购买原告向法院申请对彩虹被告做出缺席判决的声明书的相关提出证物 A 到 P

- [拟制]命令：批准直接购买原告向法院申请对彩虹被告做出缺席判决书

彩虹显示器件股份有限公司和彩虹集团公司
8 月 25 日 2017 年
第 2 页

以上所有文件都已提出于上述电子案件编号 ECF No. 5191。 请注意,法院已取消在缺席判决申请书内所指定的案情说明日期表及听证会日期:

于 8 月 15 日 2017 年, 本庭下达命令要求 Pillsbury Winthrop Shaw Pittman 律师事务所将直接购买原告的诉求发送给彩虹被告。ECF No. 5192。直接购买原告尚未在备审案件目录提出送达证明。一旦提出送达证明,彩虹被告将有两个星期回应缺席判决申请书,而直接购买原告将再有一个星期提出回答。设定于 9 月 12 日 2017 年的听证在此取消。送达证明提出后本庭会重新设定听证会。

ECF No. 5196. 基于 ECF No. 5192,你的前律师,Pillsbury,也将传送缺席判决申请书给你。ECF No. 5192 跟 No. 5196 也在此付上。

此致,


[署名]


Matthew D. Heaphy


附件.


crt.682

# EXHIBIT 4

**From:**   "UPS Quantum View" <pkginfo@ups.com>
**Date:**   Tuesday, August 29, 2017 1:21 AM
**To:**   <astember@saveri.com>
**Subject:**   UPS 递送通知、包裹追踪号 1ZL19TP10400011219



[中文] [English]

您的包裹已递送。

递送日期： 星期二, 2017/08/29
递送时间： 06:00 PM

根据以下方要求： Saveri & Saveri, INC 本通知提醒您以下所列货件的**状态**已更改。

## 货件详情

| | |
|---|---|
| 包裹追踪号： | **1ZL19TP10400011219** |
| 运输至： | Attention: Legal Department<br>Irico Display Devices Co., Ltd<br>XIAN EMS<br>XIAN,<br>CN |
| **UPS** 服务： | UPS WORLDWIDE SAVER |
| 包裹数： | 1 |
| 重量： | 2.0 LBS |
| 递送地点： | Irico Display Devices Co., Ltd<br>XIAN EMS<br>XIAN,<br>CN |
| 签字人： | 1023943612325 |

[中文] [English]

**Your parcel has been delivered.**

**Delivery Date:**   Tuesday, 2017/08/29
**Delivery Time:**   06:00 PM

At the request of Saveri & Saveri, INC this notice alerts you that the status of the shipment listed below has changed.

# Shipment Detail

| | |
|---|---|
| **Tracking Number:** | **1ZL19TP10400011219** |
| **Ship To:** | Attention: Legal Department<br>Irico Display Devices Co., Ltd<br>XIAN EMS<br>XIAN,<br>CN |
| **UPS Service:** | UPS WORLDWIDE SAVER |
| **Number of Packages:** | 1 |
| **Weight:** | 2.0 LBS |
| **Delivery Location:** | Irico Display Devices Co., Ltd<br>XIAN EMS<br>XIAN,<br>CN |
| **Signed By:** | 1023943612325 |

© 2017 United Parcel Service of America, Inc. UPS 字样、UPS 品牌标志及其标志性棕色均为 United Parcel Service of America, Inc. 的商标。保留所有权利。

出现在 UPS 服务中的所有相关商标、商品名称或服务标志均归其各自所有者所有。

请勿直接回复本电子邮件。 UPS 将不会收到任何回复邮件。
如需了解 UPS 隐私惯例的更多信息，请参阅 UPS 隐私声明。
如有问题或意见，请访问"联络 UPS"。

本邮件包含专有信息，可能属于保密内容。 如果您不是预期收件人，则严禁阅读、复制、披露或以其它方式使用本电子邮件的内容，且务必请您立即删除本电子邮件。

**UPS 隐私声明**

**联络 UPS**

# EXHIBIT 5

**From:**  "UPS Quantum View" <pkginfo@ups.com>
**Date:**  Tuesday, August 29, 2017 1:26 AM
**To:**  <astember@saveri.com>
**Subject:**  UPS 递送通知、包裹追踪号 1ZL19TF20400003619



[中文] [English]

您的包裹已递送。

递送日期： 星期二, 2017/08/29

递送时间： 06:00 PM

根据以下方要求： Saveri & Saveri, INC 本通知提醒您以下所列货件的**状态**已更改。

## 货件详情

---

| | |
|---|---|
| 包裹追踪号： | **1ZL19TF20400003619** |
| 运输至： | Attention: Legal Department<br>IRICO Group Corporation<br>XIAN EMS<br>XIAN,<br>CN |
| **UPS 服务**： | UPS WORLDWIDE SAVER |
| 包裹数： | 1 |
| 重量： | 2.0 LBS |
| 递送地点： | IRICO Group Corporation<br>XIAN EMS<br>XIAN,<br>CN |
| 签字人： | 1023943612325 |

[中文] [English]

**Your parcel has been delivered.**

**Delivery Date:**   Tuesday, 2017/08/29
**Delivery Time:**   06:00 PM

At the request of Saveri & Saveri, INC this notice alerts you that the status of the shipment listed below has changed.

# Shipment Detail

| | |
|---|---|
| **Tracking Number:** | **1ZL19TF20400003619** |
| **Ship To:** | Attention: Legal Department<br>IRICO Group Corporation<br>XIAN EMS<br>XIAN,<br>CN |
| **UPS Service:** | UPS WORLDWIDE SAVER |
| **Number of Packages:** | 1 |
| **Weight:** | 2.0 LBS |
| **Delivery Location:** | IRICO Group Corporation<br>XIAN EMS<br>XIAN,<br>CN |
| **Signed By:** | 1023943612325 |

© 2017 United Parcel Service of America, Inc. UPS 字样、UPS 品牌标志及其标志性棕色均为 United Parcel Service of America, Inc. 的商标。保留所有权利。

出现在 UPS 服务中的所有相关商标、商品名称或服务标志均归其各自所有者所有。

请勿直接回复本电子邮件。 UPS 将不会收到任何回复邮件。
如需了解 UPS 隐私惯例的更多信息，请参阅 UPS 隐私声明。
如有问题或意见，请访问"联络 UPS"。

本邮件包含专有信息，可能属于保密内容。 如果您不是预期收件人，则严禁阅读、复制、披露或以其它方式使用本电子邮件的内容，且务必请您立即删除本电子邮件。

**UPS 隐私声明**

**联络 UPS**