1  Gerald F. George (CA State Bar No. 142573)
   DAVIS WRIGHT TREMAINE LLP
2  505 Montgomery Street, Suite 800
   San Francisco, California  94111
3  Telephone:     (415) 276-6500
   Facsimile:     (415) 276-6599
4  Email:         geraldgeorge@dwt.com
5
   Attorneys for Defendants
6  IRICO GROUP CORP. and
   IRICO DISPLAY DEVICES CO., LTD.
7

8                    UNITED STATES DISTRICT COURT

9        NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

10

| 11 | IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No.: 3:07−cv−05944−JST |
|----|---|---|
| 12 |  | MDL No.: 1917 |
| 13 |  | **NOTICE OF APPEARANCE OF COUNSEL** |
| 14 | This Document Relates to: |  |
| 15 | All Direct Purchaser Actions |  |
| 16 |  |  |

17

18

19

20

21

22

23

24

25

26

27

28

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Gerald F. George of Davis Wright Tremaine LLP hereby enters an appearance as counsel of record in the above-captioned case on behalf of Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.  I am a member of the State Bar of California and am admitted to practice in the Northern District of California.

Appearing counsel requests that all papers in this action be served upon the undersigned at the address and email address set forth below.

> Gerald F. George (CA State Bar No. 142573)
> DAVIS WRIGHT TREMAINE LLP
> 505 Montgomery Street, Suite 800
> San Francisco, California  94111
> Telephone:   (415) 276-6500
> Facsimile:    (415) 276-6599
> Email:         geraldgeorge@dwt.com

DATED:  September 8, 2017

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By: */s/ Gerald F. George*
    Gerald F. George

Attorneys for Defendants
Irico Group Corp. and
Irico Display Devices Co., Ltd