1  Gerald F. George (CA State Bar No. 142573)
2  geraldgeorge@dwt.com
   DAVIS WRIGHT TREMAINE LLP
3  505 Montgomery Street, Suite 800
   San Francisco, California 94111
4  Telephone: (415) 276-6500
   Facsimile: (415) 276-6599
5

6  Carl W. Oberdier (*pro hac vice* admission pending)
   cwo@oberdier.com
7  Kellen G. Ressmeyer (*pro hac vice* admission pending)
   kgr@oberdier.com
8  Sara K. Hunkler (*pro hac vice* admission pending)
   skh@oberdier.com
9  OBERDIER RESSMEYER LLP
   655 Third Avenue, 28th Floor
10 New York, New York  10017
   Telephone: (212) 659-5142
11 Facsimile: (646) 349-4925

12

13 *Attorneys for Defendants*
   IRICO GROUP CORP. and
14 IRICO DISPLAY DEVICES CO., LTD.

15
                    **UNITED STATES DISTRICT COURT**
16
                    **NORTHERN DISTRICT OF CALIFORNIA**
17
                    **SAN FRANCISCO DIVISION**
18

| 19 | IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | Case No.: 3:07−cv−05944−JST |
|---|---|---|
| 20 | | MDL No.: 1917 |
| 21 | THIS DOCUMENT RELATES TO: | **APPLICATION OF KELLEN G. RESSMEYER FOR ADMISSION OF ATTORNEY** ***PRO HAC VICE*** |
| 22 | *ALL DIRECT PURCHASER ACTIONS* | |

23

24         Pursuant to Civil L.R. 11-3, KELLEN G. RESSMEYER, an active member in good

25 standing of a bar of a United States Court or of the highest court of another State or the District of

26 Columbia, hereby applies for admission to practice in the Northern District of California on a *pro*

27

28
APPLICATION OF KELLEN G. RESSMEYER FOR
ADMISSION *PRO HAC VICE*
Case No. 3:07-cv-5944-JST, MDL No. 1917

*hac vice* basis representing Defendants Irico Group Corp., and Irico Display Devices Co., Ltd., in the above-captioned action. In support of this application, I certify under oath that:

1. I am an active member in good standing of the bar of the State of New York and the United States District Court for the Eastern District of New York, from which a certificate of good standing is attached as Exhibit A;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil L.R. 11-4, to comply with General order No. 45, *Electronic Case Filing*, and to become familiar with the Local Rules and the Alternative Dispute Resolution Programs of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Gerald F. George (CA State Bar No. 142573)
> DAVIS WRIGHT TREMAINE LLP
> 505 Montgomery Street, Ste. 800
> San Francisco, CA 94111
> Telephone: (415) 276-6526
> Facsimile: (415) 276-6599
> Email: geraldgeorge@dwt.com

I declare under penalty of perjury that the foregoing is true and correct. Executed this 8th day of September 2017, at New York, New York.

_____
Kellen G. Ressmeyer