# Exhibit A

AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

## CERTIFICATE OF GOOD STANDING

I, _____Douglas C. Palmer_____, Clerk of this Court,

certify that _____Kellen G. Ressmeyer_____, Bar # _____-------_____,

was duly admitted to practice in this Court on ____09/08/2011____, and is in good standing as a member

of the Bar of this Court.

Dated at ____Brooklyn____ on ____09/08/2017____
(Location)                                              (Date)

Douglas C. Palmer
CLERK OF COURT

Kwadel Webster , DEPUTY CLERK
Kwadel Webster