Gerald F. George (CA State Bar No. 142573)
geraldgeorge@dwt.com
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599

Carl W. Oberdier (*pro hac vice* admission pending)
cwo@oberdier.com
Kellen G. Ressmeyer (*pro hac vice* admission pending)
kgr@oberdier.com
Sara K. Hunkler (*pro hac vice* admission pending)
skh@oberdier.com
OBERDIER RESSMEYER LLP
655 Third Avenue, 28th Floor
New York, New York  10017

*Attorneys for Defendants*
IRICO GROUP CORP. and
IRICO DISPLAY DEVICES CO., LTD.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | Case No.: 3:07−cv−05944−JST<br><br>MDL No.: 1917 |
| THIS DOCUMENT RELATES TO:<br><br>*ALL DIRECT PURCHASER ACTIONS* | **APPLICATION OF SARA K. HUNKLER FOR ADMISSION OF ATTORNEY** ***PRO HAC VICE*** |

Pursuant to Civil L.R. 11-3, SARA K. HUNKLER, an active member in good standing of a bar of a United States Court or of the highest court of another State or the District of Columbia, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Defendants Irico Group Corp. and Irico Display Devices Co., Ltd., in the above-captioned action. In support of this application, I certify under oath that:

1. I am an active member in good standing of the bar of the State of New York and the United States District Court for the Eastern District of New York;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil L.R. 11-4, to comply with General order No. 45, *Electronic Case Filing*, and to become familiar with the Local Rules and the Alternative Dispute Resolution Programs of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Gerald F. George (CA State Bar No. 142573)
> DAVIS WRIGHT TREMAINE LLP
> 505 Montgomery Street, Ste. 800
> San Francisco, CA 94111
> Telephone: (415) 276-6526
> Facsimile: (415) 276-6599
> Email: geraldgeorge@dwt.com

I declare under penalty of perjury that the foregoing is true and correct. Executed this 8th day of September 2017, at New York, New York.

_____
Sara K. Hunkler