# Exhibit A

AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of New York

## CERTIFICATE OF GOOD STANDING

I, _____ Douglas C. Palmer _____ , Clerk of this Court,

certify that _____ Sara Kristy Hunkler _____ , Bar # _____ ------- _____ ,

was duly admitted to practice in this Court on _____ 07/12/2016 _____ , and is in good standing as a member

of the Bar of this Court.

Dated at  Brooklyn _____ on _____ 09/08/2017 _____
           *(Location)*                              *(Date)*

Douglas C. Palmer
*CLERK OF COURT*

Kwadel Webster
Kwadel Webster                    *, DEPUTY CLERK*