1  Gerald F. George (CA State Bar No. 142573)
   geraldgeorge@dwt.com
2  DAVIS WRIGHT TREMAINE LLP
   505 Montgomery Street, Suite 800
3  San Francisco, California 94111
4  Telephone: (415) 276-6500
   Facsimile: (415) 276-6599
5

6  Carl W. Oberdier (*pro hac vice* admission pending)
   cwo@oberdier.com
7  Kellen G. Ressmeyer (*pro hac vice* admission pending)
   kgr@oberdier.com
8  Sara K. Hunkler (*pro hac vice* admission pending)
   skh@oberdier.com
9  OBERDIER RESSMEYER LLP
   655 Third Avenue, 28th Floor
10 New York, New York 10017

11 *Attorneys for Defendants*
12 *IRICO GROUP CORP. and*
   IRICO DISPLAY DEVICES CO., LTD.
13

14 .

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO**

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | Case No.: 3:07−cv−05944−JST<br><br>MDL No.: 1917 |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>*ALL DIRECT PURCHASER ACTIONS* | **[PROPOSED] ORDER GRANTING THE APPLICATION OF SARA K. HUNKLER FOR ADMISSION *PRO HAC VICE*** |

SARA K. HUNKLER, an active member in good standing of the bar of the State of New York and of the United States District Court of the Eastern District of New York, whose business address and telephone number is:

> OBERDIER RESSMEYER LLP
> 655 3rd Avenue, 28th Floor
> New York, New York 10017
> Telephone: (212) 659-5143
> Facsimile: (646) 349-4925
> Email: skh@oberdier.com

Having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application with constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____     _____
                                 JON S. TIGAR
                                 UNITED STATES DISTRICT JUDGE

2