Gerald F. George (CA State Bar No. 142573)
geraldgeorge@dwt.com
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599

Carl W. Oberdier (*pro hac vice* admission pending)
cwo@oberdier.com
Kellen G. Ressmeyer (*pro hac vice* admission pending)
kgr@oberdier.com
Sara K. Hunkler (*pro hac vice* admission pending)
skh@oberdier.com
OBERDIER RESSMEYER LLP
655 Third Avenue, 28th Floor
New York, New York  10017
Telephone: (212) 659-5142
Facsimile: (646) 349-4925

*Attorneys for Defendants*
*IRICO GROUP CORP. and*
IRICO DISPLAY DEVICES CO., LTD.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | Case No.: 3:07−cv−05944−JST |
| | MDL No.: 1917 |
| THIS DOCUMENT RELATES TO: | APPLICATION OF CARL W. OBERDIER FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| *ALL DIRECT PURCHASER ACTIONS* | |

  Pursuant to Civil L.R. 11-3, CARL W. OBERDIER, an active member in good standing of a bar of a United States Court or of the highest court of another State or the District of Columbia, hereby applies for admission to practice in the Northern District of California on a *pro hac* vice basis representing Defendants Irico Group Corp. and Irico Display Devices Co., Ltd., in the above-captioned action.  In support of this application, I certify under oath that:

1. I am an active member in good standing of the bar of the State of New York, from which a Certificate of Good Standing is attached as Exhibit A hereto. I am also admitted to practice before the United States Supreme Court, the United States Court of Appeals for the Second, Fifth, Seventh, and Federal Circuits, and the United States District Courts for the Southern District of New York, Eastern District of New York, and Northern District of Illinois.

2. I agree to abide by the Standards of Professional Conduct set forth in Civil L.R. 11-4, to comply with General order No. 45, *Electronic Case Filing*, and to become familiar with the Local Rules and the Alternative Dispute Resolution Programs of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Gerald F. George (CA State Bar No. 142573)
> DAVIS WRIGHT TREMAINE LLP
> 505 Montgomery Street, Ste. 800
> San Francisco, CA 94111
> Telephone: (415) 276-6526
> Facsimile: (415) 276-6599
> Email: geraldgeorge@dwt.com

I declare under penalty of perjury that the foregoing is true and correct. Executed this 8th day of September 2017, at New York, New York.

*Carl Oberdier*

_____
Carl W. Oberdier

APPLICATION OF CARL W. OBERDIER FOR
ADMISSION OF ATTORNEY PRO HAC VICE – NO. 08-
5944-SC

2