1  Gerald F. George (CA State Bar No. 142573)
2  geraldgeorge@dwt.com
   DAVIS WRIGHT TREMAINE LLP
3  505 Montgomery Street, Suite 800
   San Francisco, California 94111
4  Telephone: (415) 276-6500
   Facsimile: (415) 276-6599
5
6  Carl W. Oberdier (*pro hac vice* admission pending)
   cwo@oberdier.com
7  Kellen G. Ressmeyer (*pro hac vice* admission pending)
   kgr@oberdier.com
8  Sara K. Hunkler (*pro hac vice* admission pending)
   skh@oberdier.com
9  OBERDIER RESSMEYER LLP
   655 Third Avenue, 28th Floor
10 New York, New York  10017
   Telephone: (212) 659-5142
11 Facsimile: (646) 349-4925
12
   *Attorneys for Defendants*
13 *IRICO GROUP CORP. and*
   *IRICO DISPLAY DEVICES CO., LTD.*
14

15                **UNITED STATES DISTRICT COURT**

16                **NORTHERN DISTRICT OF CALIFORNIA**

17                           **SAN FRANCISCO**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | Case No.: 3:07−cv−05944−JST |
| | MDL No.: 1917 |
| THIS DOCUMENT RELATES TO: | **[PROPOSED] ORDER GRANTING APPLICATION OF CARL W. OBERDIER FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |
| *ALL DIRECT PURCHASER ACTIONS* | |

CARL W. OBERDIER, an active member in good standing of the bar of the State of New York, whose business address and telephone number is:

>   OBERDIER RESSMEYER LLP
>   655 3rd Avenue, 28th Floor
>   New York, New York 10017
>   Telephone: (212) 659-5141
>   Facsimile: (646) 349-4925
>   Email: cwo@oberdier.com

Having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicated appearance *pro hac vice*.  Service of papers upon and communication with co-counsel designed in the application with constitute notice to the party.  All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____        _____
                                      JON S. TIGAR
                                      UNITED STATES DISTRICT JUDGE