1 | Gerald F. George (CA State Bar No. 142573)
2 | geraldgeorge@dwt.com
  | DAVIS WRIGHT TREMAINE LLP
3 | 505 Montgomery Street, Suite 800
  | San Francisco, California 94111
4 | Telephone: (415) 276-6500
  | Facsimile: (415) 276-6599
5 |
6 | Carl W. Oberdier (*pro hac vice* admission pending)
  | cwo@oberdier.com
7 | Kellen G. Ressmeyer (*pro hac vice* admission pending)
  | kgr@oberdier.com
8 | Sara K. Hunkler (*pro hac vice* admission pending)
  | skh@oberdier.com
9 | OBERDIER RESSMEYER LLP
  | 655 Third Avenue, 28th Floor
10| New York, New York 10017
11|
  | *Attorneys for Defendants*
12| *IRICO GROUP CORP. and*
  | IRICO DISPLAY DEVICES CO., LTD.
13|

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO**

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | Case No.: 3:07−cv−05944−JST<br><br>MDL No.: 1917 |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>*ALL DIRECT PURCHASER ACTIONS* | [~~PROPOSED~~] **ORDER GRANTING THE APPLICATION OF KELLEN G. RESSMEYER FOR ADMISSION** *PRO HAC VICE* |

1

KELLEN G. RESSMEYER, an active member in good standing of the bar ~~of the State of New York and~~ for of the United States District Court ~~of~~ the Eastern District of New York, whose business address and telephone number is:

> OBERDIER RESSMEYER LLP
> 655 3rd Avenue, 28th Floor
> New York, New York 10017
> Telephone: (212) 659-5142
> Facsimile: (646) 349-4925
> Email: kgr@oberdier.com

Having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate~~d~~ appearance *pro hac vice*. Service of papers upon and communication with co-counsel ~~designed~~ designated in the application ~~with~~ will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: September 11, 2017

JON S. TIGAR
UNITED STATES DISTRICT JUDGE