1  Gerald F. George (CA State Bar No. 142573)
   geraldgeorge@dwt.com
2  DAVIS WRIGHT TREMAINE LLP
   505 Montgomery Street, Suite 800
3  San Francisco, California 94111
4  Telephone: (415) 276-6500
   Facsimile: (415) 276-6599
5

6  Carl W. Oberdier (*pro hac vice* admission pending)
   cwo@oberdier.com
7  Kellen G. Ressmeyer (*pro hac vice* admission pending)
   kgr@oberdier.com
8  Sara K. Hunkler (*pro hac vice* admission pending)
   skh@oberdier.com
9  OBERDIER RESSMEYER LLP
   655 Third Avenue, 28th Floor
10 New York, New York 10017

11
   *Attorneys for Defendants*
12 *IRICO GROUP CORP. and*
   IRICO DISPLAY DEVICES CO., LTD.
13

14                          **UNITED STATES DISTRICT COURT**

15                          **NORTHERN DISTRICT OF CALIFORNIA**

16                                   **SAN FRANCISCO**

17

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | Case No.: 3:07−cv−05944−JST |
|---|---|
| | MDL No.: 1917 |
| THIS DOCUMENT RELATES TO: *ALL DIRECT PURCHASER ACTIONS* | [~~PROPOSED~~] ORDER GRANTING THE APPLICATION OF SARA K. HUNKLER FOR ADMISSION *PRO HAC VICE* |

SARA K. HUNKLER, an active member in good standing of the bar ~~of the State of New York and~~ for of the United States District Court ~~of~~ the Eastern District of New York, whose business address and telephone number is:

> OBERDIER RESSMEYER LLP
> 655 3rd Avenue, 28th Floor
> New York, New York 10017
> Telephone: (212) 659-5143
> Facsimile: (646) 349-4925
> Email: skh@oberdier.com

Having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate~~d~~ appearance *pro hac vice*. Service of papers upon and communication with co-counsel ~~designed~~ designated in the application ~~with~~ will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: September 11, 2017

_____
JON S. TIGAR
UNITED STATES DISTRICT JUDGE

2