Gerald F. George (CA State Bar No. 142573)
geraldgeorge@dwt.com
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599

Carl W. Oberdier (*pro hac vice*)
cwo@oberdier.com
Kellen G. Ressmeyer (*pro hac vice*)
kgr@oberdier.com
Sara K. Hunkler (*pro hac vice*)
skh@oberdier.com
OBERDIER RESSMEYER LLP
655 Third Avenue, 28th Floor
New York, New York  10017

*Attorneys for Defendants*
*IRICO GROUP CORP. and*
*IRICO DISPLAY DEVICES CO., LTD.*

[**Additional Counsel Listed on Signature Page**]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | Case No.: 3:07−cv−05944−JST<br><br>MDL No.: 1917<br><br>**STIPULATION AND PROPOSED ORDER REGARDING BRIEFING SCHEDULE FOR DIRECT PURCHASER PLAINTIFFS' APPLICATION FOR DEFAULT JUDGMENT BY THE COURT AGAINST THE IRICO DEFENDANTS (MDL DKT NO. 5191)** |
| THIS DOCUMENT RELATES TO:<br><br>*ALL DIRECT PURCHASER ACTIONS* | |

Direct Purchaser Plaintiffs ("**Plaintiffs**") and Defendants Irico Display Devices Co., Ltd. and Irico Group Corporation (together, "**Irico**"), by and through undersigned counsel, hereby stipulate as follows:

STIPULATION REGARDING BRIEFING SCHEDULE FOR DIRECT PURCHASER PLAINTIFFS' APPLICATION FOR DEFAULT JUDGMENT BY THE COURT AGAINST THE IRICO DEFENDANTS (MDL DKT NO. 5191)

MDL NO. 1917 | 3:07-cv-05944 JST

WHEREAS, on August 14, 2017, Plaintiffs filed an Application For Default Judgment By The Court Against The Irico Defendants (the "**Default Judgment Application**") (MDL Dkt. No. 5191);

WHEREAS, on August 22, 2017, the Court entered its Order providing that Irico would have two weeks from Plaintiffs' filing on the docket of a proof of service of the Default Judgment Application to file a response, and Plaintiffs would have one additional week to file a reply brief (MDL Dkt. No. 5196);

WHEREAS, Plaintiffs filed such proof of service on August 30, 2017 (MDL Dkt. No. 5199);

WHEREAS, new undersigned counsel for Irico filed notices of appearances and/or motions for admission *pro hac vice* on September 8, 2017 (MDL Dkt. Nos. 5200-5203);

WHEREAS, Irico's counsel needs a reasonable period of time to become familiar with the issues in the case and prepare a response to the Default Judgment Application; and

WHEREAS, Irico's counsel has conferred with Plaintiffs' counsel and obtained Plaintiffs' consent to an extension of Irico's time to respond to the Default Judgment Application until October 4, 2017.  Plaintiffs do not concede that Irico has an unlimited right to respond substantively to the issues raised by Plaintiffs' application for a default and/or to submit evidence or argument in response to that submitted by Plaintiffs.

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Irico and Plaintiffs, that:

Irico's response to the Default Judgment Application shall be due on or before October 4, 2017;

Plaintiffs' reply in further support of their Default Judgment Application shall be due on or before October 11, 2017; and

STIPULATION REGARDING BRIEFING SCHEDULE FOR DIRECT PURCHASER PLAINTIFFS' APPLICATION FOR DEFAULT JUDGMENT BY THE COURT AGAINST THE IRICO DEFENDANTS (MDL DKT NO. 5191)

MDL NO. 1917 | 3:07-cv-05944 JST

The Court shall re-set the hearing on Plaintiffs' Default Judgment Application at its convenience.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____                    _____
                                          Honorable Jon S. Tigar
                                          United States District Judge


Dated:  September 12, 2017                Respectfully submitted,


/s/ R. Alexander Saveri                   /s/ Gerald F. George
Guido Saveri (22349)                      Gerald F. George (CA State Bar No. 142573)
*guido@saveri.com*                        geraldgeorge@dwt.com
R. Alexander Saveri (173102)              DAVIS WRIGHT TREMAINE LLP
*rick@saveri.com*                         505 Montgomery Street, Suite 800
Geoffrey C. Rushing (126910)              San Francisco, California 94111
*grushing@saveri.com*                     Telephone: (415) 276-6500
Cadio Zirpoli (179108)                    Facsimile: (415) 276-6599
*cadio@saveri.com*
Matthew D. Heaphy (227224)                Carl W. Oberdier (*pro hac vice*)
*mheaphy@saveri.com*                      cwo@oberdier.com
SAVERI & SAVERI, INC.                     Kellen G. Ressmeyer (*pro hac vice*)
706 Sansome Street                        kgr@oberdier.com
San Francisco, CA 94111                   Sara K. Hunkler (*pro hac vice*)
Telephone: (415) 217-6810                 skh@oberdier.com
Facsimile: (415) 217-6813                 OBERDIER RESSMEYER LLP
                                          655 Third Avenue, 28th Floor
*Lead Counsel for Direct Purchaser Plaintiffs*   New York, New York  10017
                                          Telephone:  (212) 659-5141
                                          Facsimile:  (646) 349-4925

                                          *Attorneys for Defendants*
                                          *Irico Group Corp. And*
                                          *Irico Display Devices Co., Ltd.*

Pursuant to General Order No. 45, § X-B, the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

3