1  John Taladay (*pro hac vice*)
   john.taladay@bakerbotts.com
2  Eric Koons (*pro hac vice*)
   eric.koons@bakerbotts.com
3  BAKER BOTTS LLP
   1299 Pennsylvania Ave., NW
4  Washington, D.C. 20004
   Telephone:  202.639.7700
5  Facsimile:   202.639.7890

6  Stuart C. Plunkett (State Bar No. 187971)
   stuart.plunkett@bakerbotts.com
7  Rishi P. Satia (State Bar No. 301958)
   rishi.statia@bakerbotts.com
8  BAKER BOTTS LLP
   101 California Street, Suite 3600
9  San Francisco, California 94111
   Telephone: (415) 291-6200
10 Facsimile: (415) 291-6300

11 *Attorneys for Defendants*
   *IRICO GROUP CORP. and*
12 *IRICO DISPLAY DEVICES CO., LTD.*

13

14                   **UNITED STATES DISTRICT COURT**

15              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

16                       **SAN FRANCISCO DIVISION**

17

| | |
|---|---|
| 18  IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | Case No. 3:07-cv-05944-JST |
| 19 | MDL No.: 1917 |
| 20  THIS DOCUMENT RELATES TO: | **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL;** |
| 21  *ALL DIRECT PURCHASER ACTIONS* | **[PROPOSED] ORDER** |
| 22 | |

23
24
25
26
27
28

PLEASE TAKE NOTICE that Defendants Irico Group Corporation and Irico Display Devices Co., Ltd. ("Irico") hereby substitute John Taladay, Eric Koons, Stuart Plunkett, and Rishi Satia of the law firm Baker Botts LLP as counsel for Irico in place of Davis Wright Tremaine LLP and Oberdier Ressmeyer LLP.

Defendant Irico hereby substitutes its counsel and attorneys of record as follows:

Former Counsel:

> Gerald F. George (CA State Bar No. 142573)
> geraldgeorge@dwt.com
> DAVIS WRIGHT TREMAINE LLP
> 505 Montgomery Street, Suite 800
> San Francisco, California 94111
> Telephone: (415) 276-6500
> Facsimile: (415) 276-6599
>
> Carl W. Oberdier (*pro hac vice*)
> cwo@oberdier.com
> Kellen G. Ressmeyer (*pro hac vice*)
> kgr@oberdier.com
> Sara K. Hunkler (*pro hac vice*)
> skh@oberdier.com
> OBERDIER RESSMEYER LLP
> 655 Third Avenue, 28th Floor
> New York, New York 10017
> Telephone: (212) 659-5141
> Facsimile: (646) 349-4925

New Counsel:

> John Taladay (*pro hac vice*)
> john.taladay@bakerbotts.com
> Eric Koons (*pro hac vice*)
> eric.koons@bakerbotts.com
> BAKER BOTTS LLP
> 1299 Pennsylvania Ave., NW
> Washington, D.C. 20004
> Telephone:  202.639.7700
> Facsimile:   202.639.7890
>
> Stuart C. Plunkett (State Bar No. 187971)
> stuart.plunkett@bakerbotts.com
> Rishi P. Satia (State Bar No. 301958)
> rishi.statia@bakerbotts.com
> BAKER BOTTS LLP
> 101 California Street, Suite 3600
> San Francisco, California 94111
> Telephone: (415) 291-6200
> Facsimile: (415) 291-6300

Please update service lists, and direct all future filings, discovery and correspondence to John Taladay, Eric Koons, Stuart Plunkett and Rishi Satia.

The undersigned consent to the above substitution of counsel.

DATED: September 28, 2017

IRICO GROUP CORPORATION AND IRICO DISPLAY DEVICES CO., LTD.

By: _____

Title: Legal Counsel

DAVIS WRIGHT TREMAINE LLP

DATED: September 28, 2017

By: /s/ Gerald F. George
Gerald F. George

OBERDIER RESSMEYER LLP

DATED: September 28, 2017

By: /s/ Carl W. Oberdier
Carl W. Oberdier

BAKER BOTTS

DATED: September 28, 2017

By: /s/ Stuart C. Plunkett
Stuart C. Plunkett

The above substitution of counsel is approved and IT IS SO ORDERED.

DATED: October 2, 2017

HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE

## **ATTESTATION**

The filer of this document attests that the concurrence of the other signatories thereto has been obtained.

DATED:  September 28, 2017          BAKER BOTTS

By:
/s/ Stuart C. Plunkett
Stuart C. Plunkett