John Taladay (*pro hac vice*)
john.taladay@bakerbotts.com
Eric Koons (*pro hac vice*)
eric.koons@bakerbotts.com
1299 Pennsylvania Ave., NW
Washington, D.C. 20004
Telephone: 202.639.7700
Facsimile: 202.639.7890

Stuart C. Plunkett (State Bar No. 187971)
stuart.plunkett@bakerbotts.com
Rishi P. Satia (State Bar No. 301958)
rishi.statia@bakerbotts.com
BAKER BOTTS LLP
101 California Street, Suite 3070
San Francisco, California 94111
Telephone: (415) 291-6200
Facsimile: (415) 291-6300

*Attorneys for Defendants*
*IRICO GROUP CORP. and*
*IRICO DISPLAY DEVICES CO., LTD.*

**IT IS SO ORDERED**
Judge Jon S. Tigar

Date: October 2, 2017

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | Case No. 3:07-cv-05944-JST <br><br> MDL No.: 1917 |
| THIS DOCUMENT RELATES TO: <br><br> *ALL DIRECT PURCHASER ACTIONS* | **STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR DIRECT PURCHASER PLAINTIFFS' APPLICATION FOR DEFAULT JUDGMENT BY THE COURT AGAINST THE IRICO DEFENDANTS (MDL DKT. NO. 5191)** |

| | |
|---|---|
| 1 | Direct Purchaser Plaintiffs ("Plaintiffs") and Defendants Irico Display Devices Co., Ltd. |
| 2 | and Irico Group Corporation (together, "Irico"), by and through undersigned counsel, hereby |
| 3 | stipulate as follows: |

Direct Purchaser Plaintiffs ("Plaintiffs") and Defendants Irico Display Devices Co., Ltd. and Irico Group Corporation (together, "Irico"), by and through undersigned counsel, hereby stipulate as follows:

WHEREAS, on August 14, 2017, Plaintiffs filed an Application For Default Judgment By The Court Against The Irico Defendants (the "Default Judgment Application") (MDL Dkt. No. 5191);

WHEREAS, on August 22, 2017, the Court entered its Order providing that Irico would have two weeks from Plaintiffs' filing on the docket of a proof of service of the Default Judgment Application to file a response, and Plaintiffs would have one additional week to file a reply brief (MDL Dkt. No. 5196);

WHEREAS, Plaintiffs filed such proof of service on August 30, 2017 (MDL Dkt. No. 5199);

WHEREAS, on September 13, 2017, the Court entered a stipulated order presented by counsel for Plaintiffs and Irico setting a revised briefing schedule (response due October 4, 2017, and reply due October 11, 2017) and hearing date (November 16, 2017) for Default Judgment Application (MDL Dkt. No. 5208);

WHEREAS, on September 28, 2017, Irico filed a Notice of Withdrawal and Substitution of Counsel, appointing Baker Botts LLP as its attorney of record in this matter (MDL Dkt. No. 5209);

WHEREAS, new counsel needs a reasonable period of time to prepare a response to the Default Judgment Application; and

WHEREAS, Irico's counsel has conferred with Plaintiffs' counsel and obtained Plaintiffs' consent to an extension of Irico's time to respond to the Default Judgment Application until October 25, 2017. (By entering into this stipulation, Plaintiffs do not concede that Irico has an unlimited right to respond substantively to the issues raised by Plaintiffs' Application and/or to submit evidence or argument in response to that submitted by Plaintiffs.)

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Irico and Plaintiffs, that:

Irico's response to the Default Judgment Application shall be due on or before October 25, 2017;

Plaintiffs' reply in further support of their Default Judgment Application shall be due on or before November 8, 2017; and

The Court shall set the hearing on Plaintiffs' Default Judgment Application, should the hearing not remain as currently set on November 16, 2017.

Dated: September 29, 2017

| /s/ R. Alexander Saveri | /s/ Stuart C. Plunkett |
|---|---|
| Guido Saveri (22349)<br>guido@saveri.com<br>R. Alexander Saveri (173102)<br>rick@saveri.com<br>Geoffrey C. Rushing (126910)<br>grushing@saveri.com<br>Cadio Zirpoli (179108)<br>cadio@saveri.com<br>SAVERI & SAVERI, INC.<br>706 Sansome Street<br>San Francisco, CA 94111<br>Telephone: (415) 217-6810<br>Facsimile 217-6813<br><br>*Lead Counsel for Direct Purchaser Plaintiffs* | John Taladay (*pro hac vice*)<br>john.taladay@bakerbotts.com<br>Eric Koons (*pro hac vice*)<br>eric.koons@bakerbotts.com<br>1299 Pennsylvania Ave., NW<br>Washington, D.C. 20004<br>Telephone: 202.639.7700<br>Facsimile: 202.639.7890<br><br>Stuart C. Plunkett (State Bar No. 187971)<br>stuart.plunkett@bakerbotts.com<br>Rishi P. Satia (State Bar No. 301958)<br>rishi.statia@bakerbotts.com<br>BAKER BOTTS LLP<br>101 California Street, Suite 3070<br>San Francisco, California 94111<br>Telephone: (415) 291-6200<br>Facsimile: (415) 291-6300<br><br>***Attorneys for Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.*** |