John Taladay (*pro hac vice*)
john.taladay@bakerbotts.com
Eric Koons (*pro hac vice*)
eric.koons@bakerbotts.com
BAKER BOTTS LLP
1299 Pennsylvania Ave., NW
Washington, D.C. 20004
Telephone:  (202) 639-7700
Facsimile:   (202) 639-7890

Stuart C. Plunkett (State Bar No. 187971)
stuart.plunkett@bakerbotts.com
Rishi P. Satia (State Bar No. 301958)
rishi.statia@bakerbotts.com
BAKER BOTTS LLP
101 California Street, Suite 3600
San Francisco, California 94111
Telephone:  (415) 291-6200
Facsimile:   (415) 291-6300

*Attorneys for*
*IRICO GROUP CORP. and*
*IRICO DISPLAY DEVICES CO., LTD.*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | Case No. 3:07-cv-05944-JST<br><br>MDL No.: 1917 |
| THIS DOCUMENT RELATES TO:<br><br>*ALL DIRECT PURCHASER ACTIONS* | **[PROPOSED] ORDER GRANTING IRICO'S MOTION TO SET ASIDE DEFAULT (FED. R. CIV. P. 55(C))**<br><br>Date:        December 14, 2017<br>Time:       2:00 p.m.<br>Judge:      Honorable Jon S. Tigar<br>Courtroom: 9 |

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2      Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.'s ("Irico Defendants")
3  Motion to Set Aside Default, pursuant to Federal Rule of Civil Procedure 55(c), came on for
4  hearing in Courtroom 9 before the Honorable Jon S. Tigar on December 14, 2017.
5      After full consideration of the written and oral submissions of the parties, IT IS HEREBY
6  ORDERED that the Irico Defendants' Motion to Set Aside Default is GRANTED.

9  DATED: _____

          BY: _____
              Hon. Jon S. Tigar
              United States District Judge