Mario N. Alioto (56433)
Joseph M. Patane (72202)
Lauren C. Capurro (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2280 Union Street
San Francisco, CA 94123
Telephone: 415-563-7200
Facsimile: 415- 346-0679
Email: malioto@tatp.com
jpatane@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the
Indirect Purchaser Plaintiffs*

Terrence J. Truax
ttruax@jenner.com
Michael T. Brody
mbrody@jenner.com
Gabriel A. Fuentes
gfuentes@jenner.com
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
Telephone: (312) 222-9350

*Attorneys for Mitsubishi Electric Corporation*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | No. 17-cv-04067-JST<br>Master File No. 3:07-cv-5944-JST<br><br>MDL No. 1917<br><br>**CLASS ACTION**<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND RULE 26(F) REPORT** |
| This document relates to:<br><br>*Luscher, et al. v. Mitsubishi Electric Corp.,* No. 17-cv-04067-JST | Hearing Date: November 1, 2017<br>Time: 2:00 p.m.<br>Judge: Honorable Jon S. Tigar<br>Court: Courtroom 9, 19th Floor |

1  Pursuant to this Court's Order Setting Initial Case Management Conference and ADR Deadlines, Plaintiffs Brian Luscher, Simon Lee, Jeffrey Figone, Steven Ganz, Lawyer's Choice Suites, Inc., David Rooks, Daniel Riebow, Travis Burau, Southern Office Supply, Inc., Kerry Lee Hall, Patrick Carleo, Jr., Lisa Reynolds, David Norby, Barry Kushner, Suzanne Cotter, Kathryn Gumm, Richard Jones, Steven Fink, Gregory Painter, Jeff Schapira, Craig Stephenson, Janet Ackerman, Louise Wood, Patricia Andrews, Gary Hanson, Angela Gardinier, Christine Longo, Chris Carrington, Donna Marie Ellingson, Alexander M. Nicholson, Jr., Richard Shew, Margaret Slagle, John Larch, and Brigid Terry ("Plaintiffs") and defendant Mitsubishi Electric Corporation ("Mitsubishi Electric") hereby submit the following Rule 26(f) Report and Case Management Statement in the above-referenced lawsuit.

The parties have settled the above-referenced lawsuit, a putative indirect purchaser class action. If the Court approves the class settlement, the settlement will conclude the indirect purchaser litigation against Mitsubishi Electric in its entirety. The parties have negotiated and executed a Settlement Agreement. The Plaintiffs are in the process of devising a comprehensive notice program and drafting a motion for preliminary approval of the settlement, which they expect to file before the end of November 2017.

Because the approval of the settlement will result in a complete resolution of this matter, the parties submit that it is not necessary to move forward with the case management responsibilities identified in this Court's standing orders, or develop a discovery plan pursuant to Fed. R. Civ. P. 26(f). Therefore, the parties respectfully request that the Court vacate the case management requirements, including the Initial Case Management Conference set for November 1, 2017.

//
//
//

| | | |
|---|---|---|
| Dated:  October 25, 2017 | | Respectfully submitted, |
| | | */s/ Mario N. Alioto* |
| | | Mario N. Alioto (56433) |
| | | malioto@tatp.com |
| | | Joseph M. Patane (72202) |
| | | jpatane@tatp.com |
| | | Lauren C. Capurro (241151) |
| | | laurenrussell@tatp.com |
| | | TRUMP, ALIOTO, TRUMP & PRESCOTT LLP |
| | | 2280 Union Street |
| | | San Francisco, CA 94123 |
| | | Telephone: 415-563-7200 |
| | | Facsimile: 415-346-0679 |
| | | |
| | | *Lead Counsel for Indirect Purchaser Plaintiffs* |
| | | |
| Dated: October 25, 2017 | By: | */s/ Michael T. Brody* |
| | | Terrence J. Truax |
| | | ttruax@jenner.com |
| | | Michael T. Brody |
| | | mbrody@jenner.com |
| | | Gabriel A. Fuentes |
| | | gfuentes@jenner.com |
| | | JENNER & BLOCK LLP |
| | | 353 N. Clark Street |
| | | Chicago, IL  60654 |
| | | Telephone:  (312) 222-9350 |
| | | |
| | | *Attorneys for Mitsubishi Electric Corporation* |

Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

DATED:  October 25, 2017          By:     /s/ *Mario N. Alioto*

2

JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND RULE 26(F) REPORT
No. 17-cv-04067-JST, Master File No. 07-cv-5944-JST, MDL No. 1917