John Taladay (*pro hac vice*)
john.taladay@bakerbotts.com
Eric Koons (*pro hac vice*)
eric.koons@bakerbotts.com
1299 Pennsylvania Ave., NW
Washington, D.C. 20004
Telephone: 202.639.7700
Facsimile: 202.639.7890

Stuart C. Plunkett (State Bar No. 187971)
stuart.plunkett@bakerbotts.com
Rishi P. Satia (State Bar No. 301958)
rishi.statia@bakerbotts.com
BAKER BOTTS LLP
101 California Street, Suite 3070
San Francisco, California 94111
Telephone: (415) 291-6200
Facsimile: (415) 291-6300

*Attorneys for Defendants*
*IRICO GROUP CORP. and*
*IRICO DISPLAY DEVICES CO., LTD.*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | Case No. 3:07-cv-05944-JST |
| | MDL No.: 1917 |
| THIS DOCUMENT RELATES TO: | **STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE AND HEARING DATES** |
| *ALL DIRECT PURCHASER ACTIONS* | |

| | |
|---|---|
| 1 | Direct Purchaser Plaintiffs ("Plaintiffs") and Defendants Irico Display Devices Co., Ltd. |
| 2 | and Irico Group Corporation (together, "Irico"), by and through undersigned counsel, hereby |
| 3 | stipulate as follows: |

Direct Purchaser Plaintiffs ("Plaintiffs") and Defendants Irico Display Devices Co., Ltd. and Irico Group Corporation (together, "Irico"), by and through undersigned counsel, hereby stipulate as follows:

WHEREAS, on August 14, 2017, Plaintiffs filed an Application For Default Judgment By The Court Against The Irico Defendants (the "Default Judgment Application") (MDL Dkt. No. 5191);

WHEREAS, on October 25, 2017, Irico filed its Response to the Default Judgment Application (MDL Dkt. No. 5214) and a Motion to Set Aside Default (MDL Dkt. No. 5215);

WHEREAS, the Motion to Set Aside Default is noticed for hearing on December 14, 2017, and the Default Judgment Application is set for hearing on December 7, 2017 (MDL Dkt. No. 5213);

WHEREAS, Plaintiffs' reply brief in support of the Default Judgment Application is due November 8, 2017, and Plaintiffs' opposition to the Motion to Set Aside Default is also due on November 8, 2017;

WHEREAS, Plaintiffs request additional time to prepare the briefs due November 8 and Irico requests a continuance of the December 7 hearing date based on counsel's availability;

WHEREAS, the parties have met and conferred regarding the briefing and hearing schedule for the Motion to Set Aside Default and the Default Judgment Application;

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Irico and Plaintiffs, that:

Plaintiffs' reply brief in support of the Default Judgment Application and Plaintiffs' opposition to the Motion to Set Aside Default shall be due on or before December 7, 2017;

Irico's reply brief in support of the Motion to Set Aside Default shall be due on or before December 21, 2017; and

The currently scheduled hearings on the Default Judgment Application and the Motion to Set Aside Default shall be vacated. The parties have met and conferred and are available for hearing on January 11, 2018, and February 1, 2018. The hearings shall be rescheduled for \_\_January 11_____, 2018.

STIPULATION FOR SCHEDULE     1     CASE NO. 3:07-cv-05944-JST
MDL NO. 1917

| | |
|---|---|
| Dated: November 6, 2017 | |
| /s/ R. Alexander Saveri | /s/ Stuart C. Plunkett |
| Guido Saveri (22349)<br>guido@saveri.com<br>R. Alexander Saveri (173102)<br>rick@saveri.com<br>Geoffrey C. Rushing (126910)<br>grushing@saveri.com<br>Cadio Zirpoli (179108)<br>cadio@saveri.com<br>SAVERI & SAVERI, INC.<br>706 Sansome Street<br>San Francisco, CA 94111<br>Telephone: (415) 217-6810<br>Facsimile 217-6813<br><br>*Lead Counsel for Direct Purchaser Plaintiffs* | John Taladay (*pro hac vice*)<br>john.taladay@bakerbotts.com<br>Eric Koons (*pro hac vice*)<br>eric.koons@bakerbotts.com<br>1299 Pennsylvania Ave., NW<br>Washington, D.C. 20004<br>Telephone: 202.639.7700<br>Facsimile: 202.639.7890<br><br>Stuart C. Plunkett (State Bar No. 187971)<br>stuart.plunkett@bakerbotts.com<br>Rishi P. Satia (State Bar No. 301958)<br>rishi.statia@bakerbotts.com<br>BAKER BOTTS LLP<br>101 California Street, Suite 3070<br>San Francisco, California 94111<br>Telephone: (415) 291-6200<br>Facsimile: (415) 291-6300<br><br>*Attorneys for Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.* |

IT IS SO ORDERED.

DATED: November 7, 2017

BY: _____
Hon. Jon S. Tigar
United States District Judge

---

STIPULATION FOR SCHEDULE 2 Case No. 3:07-cv-05944-JST
MDL No. 1917