*Trump Alioto Trump & Prescott*
ATTORNEYS LLP
2280 Union Street
San Francisco, California 94123
(415) 563-7200
FAX (415) 346-0679

December 4, 2017

**VIA ECF**

Honorable Jon S. Tigar
United States District Court
Northern District of California
Courtroom 9, 19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

**Re:**   *In Re: Cathode Ray Tubes (CRT) Antitrust Litigation,*
        **Case No. 07-cv-5944 JST, MDL No. 1917**

Dear Judge Tigar:

In our Joint Case Management Conference Statement and Rule 26(f) Report (ECF No. 5216), we advised the Court that the Indirect Purchaser Plaintiffs ("IPPs") expected to file their motion for preliminary approval of the Mitsubishi Electric Settlement before the end of November 2017. We have not been able to do so.

Lead Counsel, with the involvement of other indirect purchaser counsel and the Settlement Administrator, have been preparing the notice plan and plan of allocation and drafting the motion over the last month. The motion will propose a comprehensive notice program and a plan of allocation. In designing our new notice program and plan of allocation, we are taking into account the notices that have already been given in this case and auditing the claims already on file in order to arrive at the best possible notice program and plan of allocation.

We now expect to have the motion completed by the end of December 2017. Mitsubishi Electric's counsel will need time to review the motion thereafter and obtain the consent of their client in Japan. This would result in the motion being filed in mid-January 2018, well before the next Status Conference, which is scheduled for January 31, 2018.

Respectfully submitted,

/s/ Mario N. Alioto
Mario N. Alioto
Lead Counsel for the Indirect Purchaser Class

cc: All Counsel of Record (via ECF)