Guido Saveri (22349)
   *guido@saveri.com*
R. Alexander Saveri (173102)
   *rick@saveri.com*
Geoffrey C. Rushing (126910)
   *grushing@saveri.com*
Matthew D. Heaphy (227224)
   *mheaphy@saveri.com*
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone:  (415) 217-6810
Facsimile:  (415) 217-6813

*Lead Counsel for Direct Purchaser Plaintiffs*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-CV-5944-JST |
| | MDL No. 1917 |
| This Document Relates to: | **DIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |
| *ALL DIRECT PURCHASER ACTIONS* | |

1    Pursuant to Civil Local Rules 7-11 and 79-5(d) and this Court's Standing Order Governing

2    Administrative Motions to File Materials Under Seal, Direct Purchaser Plaintiffs ("DPPs" or

3    "Plaintiffs") hereby move the Court for leave to file certain documents under seal. This motion is

4    supported by the Declaration of R. Alexander Saveri in Support of Direct Purchaser Plaintiffs'

5    Administrative Motion to Seal Documents Pursuant to Civil Local Rules 7-11 and 79-5(d), dated

6    December 7, 2017. *See* Civ. L. R. 79-5(d).

7    DPPs have reviewed and complied with this Court's Standing Order Governing

8    Administrative Motions to File Materials Under Seal.

9    DPPs have reviewed and complied with Civil Local Rule 79-5. Civil Local Rule 79-5

10   governs the filing under seal of entire documents or portions of documents that contain material

11   that is "privileged, protectable as a trade secret or otherwise entitled to protection under the law."

12   Civ. L.R. 79-5(a)–(e). Civil Local Rule 79-5(d) provides: "A party seeking to file a document, or

13   portions thereof, under seal ('the Submitting Party') must: (1) File an Administrative Motion to

14   File Under Seal, in conformance with Civil L.R. 7-11."

15   In compliance with Civil Local Rule 79-5(d), DPPs submit this Administrative Motion

16   because they wish to file documents that contain either: (a) material designated by a Defendant

17   pursuant to a Protective Order as "Confidential" or "Highly Confidential"; or (b) analysis of,

18   references to, or information taken directly from material designated by a Defendant pursuant to a

19   Protective Order as "Confidential" or "Highly Confidential." *See id.*

20   DPPs seek to file the above material under seal in good faith in order to comply with the

21   Protective Order in this action and the applicable Local Rules. Because certain defendants contend

22   that the material they have designated is confidential in nature, it is their burden to establish that

23   the designated information is sealable. Civil L.R. 79-5(e); s*ee Kamakana v. City of Honolulu*, 447

24   F.3d 1172, 1178–80 (9th Cir. 2006). DPPs leave it to this Court's discretion to determine whether

25   the above material should be filed under seal. Courts have repeatedly emphasized that a party must

26   make a "particularized showing of good cause" and show a "compelling reason" to justify the

27   sealing of motions and papers filed with a court. *See Foltz v. State Farm Mutual Auto. Ins. Co.*, 331

28   F.3d 1122, 1138 (9th Cir. 2003) (reversing the lower court's sealing of records because there was

no "compelling reason to justify sealing"). As the Ninth Circuit has stated, the "hazard of stipulated protective orders" is that they "often contain provisions that purport to put the entire litigation under lock and key without regard to the actual requirements of Rule 26(c)." *Kamakana*, 447 F.3d at 1183. Plaintiffs file this administrative motion in order to comply with the Protective Order entered in this action.

DPPs seek leave to file the following documents under seal:

- Gray highlighted portions of the Direct Purchaser Plaintiffs' Opposition to the Irico Defendants' Motion to Set Aside Default;

- Gray highlighted portions of Exhibit 11 to the Declaration of R. Alexander Saveri in Support of Direct Purchaser Plaintiffs' Opposition to the Irico Defendants' Motion to Set Aside Default;

- Exhibits 12-32 to the Declaration of R. Alexander Saveri in Support of Direct Purchaser Plaintiffs' Opposition to the Irico Defendants' Motion to Set Aside Default that contain documents that Defendants have designated "Confidential" or "Highly Confidential"; and

- Exhibit 4 to the Declaration of Cadio Zirpoli in Support of Direct Purchaser Plaintiffs' Opposition to the Irico Defendants' Motion to Set Aside Default that contain documents that Defendants have designated "Confidential" or "Highly Confidential"

The chart below identifies the designating entity for the materials to be sealed:

| Document | Designating Entity |
|---|---|
| Gray highlighted portions of the Direct Purchaser Plaintiffs' Opposition to the Irico Defendants' Motion to Set Aside Default | Chunghwa Defendants, the Irico Defendants, and the Samsung SDI Defendants. |
| Gray highlighted portions of Exhibit 11 to the Saveri Declaration | Chunghwa Defendants and the Samsung SDI Defendants. |
| Exhibit 12 to the Saveri Declaration: CHU00030684–87 | Chunghwa Defendants |
| Exhibit 13 to the Saveri Declaration: CHU00030705–08 | Chunghwa Defendants |
| Exhibit 14 to the Saveri Declaration: CHU00030734–37 | Chunghwa Defendants |
| Exhibit 15 to the Saveri Declaration: CHU00029191–94 | Chunghwa Defendants |
| Exhibit 16 to the Saveri Declaration: CHU00030769–70 | Chunghwa Defendants |
| Exhibit 17 to the Saveri Declaration: CHU00029050–51 | Chunghwa Defendants |

| | |
|---|---|
| Exhibit 18 to the Saveri Declaration: Excerpt of the transcript of the deposition of Jing Song Lu on February 28, 2013 | Chunghwa Defendants |
| Exhibit 19 to the Saveri Declaration: CHU00030797–98 | Chunghwa Defendants |
| Exhibit 20 to the Saveri Declaration: SDCRT-0086672–74 | Samsung SDI Defendants |
| Exhibit 21 to the Saveri Declaration: CHU00030843–45 | Chunghwa Defendants |
| Exhibit 22 to the Saveri Declaration: CHU00030979–84 | Chunghwa Defendants |
| Exhibit 23 to the Saveri Declaration: CHU00030992–94 | Chunghwa Defendants |
| Exhibit 24 to the Saveri Declaration: CHU00030995–97 | Chunghwa Defendants |
| Exhibit 25 to the Saveri Declaration: CHU00036412–13 | Chunghwa Defendants |
| Exhibit 26 to the Saveri Declaration: CHU00040992–93 | Chunghwa Defendants |
| Exhibit 27 to the Saveri Declaration: Excerpt of the transcript of the deposition of Sheng-Jen Yang on February 25, 2013 | Chunghwa Defendants |
| Exhibit 28 to the Saveri Declaration: CHU00102864–65 | Chunghwa Defendants |
| Exhibit 29 to the Saveri Declaration: CHWA00226236–69 | Chunghwa Defendants |
| Exhibit 30 to the Saveri Declaration: CHU00030752–55 | Chunghwa Defendants |
| Exhibit 31 to the Saveri Declaration: Samsung SDI Defendants' Second Supplemental Responses to Direct Purchaser Plaintiffs' First Set of Interrogatories, Nos. 4 and 5, dated November 25, 2013 | Samsung SDI Defendants |
| Exhibit 32 to the Saveri Declaration: Second Supplemental Responses of Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.) to Direct Purchaser Plaintiffs' First Set of Interrogatories, dated November 3, 2013 | Panasonic Defendants |
| Exhibit 4 to the Zirpoli Declaration | Irico Defendants |

WHEREFORE, Direct Purchaser Plaintiffs respectfully submit this administrative motion pursuant to the Protective Order, this Court's Standing Order Governing Administrative Motions to File Materials Under Seal, and Civil Local Rule 79-5 and hereby notify the parties of their burden to establish that the designated material is sealable.

Dated: December 7, 2017

Respectfully submitted,

/s/ *R. Alexander Saveri*
Guido Saveri (22349)
R. Alexander Saveri (173102)
Geoffrey C. Rushing (126910)
Cadio Zirpoli (179108)
Matthew D. Heaphy (227224)
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Lead Counsel for Direct Purchaser Plaintiffs*