Guido Saveri (22349)
    guido@saveri.com
R. Alexander Saveri (173102)
    rick@saveri.com
Geoffrey C. Rushing (126910)
    grushing@saveri.com
Matthew D. Heaphy (227224)
    mheaphy@saveri.com
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone:  (415) 217-6810
Facsimile:  (415) 217-6813

*Lead Counsel for Direct Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-CV-5944-JST |
|---|---|
| | MDL No. 1917 |
| This Document Relates to: *ALL DIRECT PURCHASER ACTIONS* | **DECLARATION OF R. ALEXANDER SAVERI IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |

I, R. Alexander Saveri, declare:

1. I am the Managing Partner of Saveri & Saveri, Inc., Lead Counsel for Direct Purchaser Plaintiffs ("DPPs" or "Plaintiffs") in this action. I am a member of the Bar of the State of California and admitted to practice in the Northern District of California. Except as otherwise stated, I have personal knowledge of the facts stated below.

2. I make this Declaration in Support of Plaintiffs' Administrative Motion to Seal Documents Pursuant to Civil Local Rules 7-11 and 79-5(d) whereby Plaintiffs move the Court for leave to file the following documents, or portions thereof, under seal:

- Gray highlighted portions of the Direct Purchaser Plaintiffs' Opposition to the Irico Defendants' Motion to Set Aside Default;

- Gray highlighted portions of Exhibit 11 to the Declaration of R. Alexander Saveri in Support of Direct Purchaser Plaintiffs' Opposition to the Irico Defendants' Motion to Set Aside Default;

- Exhibits 12-32 to the Declaration of R. Alexander Saveri in Support of Direct Purchaser Plaintiffs' Opposition to the Irico Defendants' Motion to Set Aside Default that contain documents that Defendants have designated "Confidential" or "Highly Confidential"; and

- Exhibit 4 to the Declaration of Cadio Zirpoli in Support of Direct Purchaser Plaintiffs' Opposition to the Irico Defendants' Motion to Set Aside Default that contain documents that Defendants have designated "Confidential" or "Highly Confidential"

3. On June 18, 2008, the Court approved a Stipulated Protective Order in this matter. ECF No. 306 ("Protective Order").

4. Section 10 of the Protective Order requires that "a Party may not file in the public record in this action any Protected Material. A Party that seeks to file under seal any Protected Material must comply with Civil Local Rule 79-5."

5. Plaintiffs seek to file the documents (or portions thereof) listed above in Paragraph 2 under seal pursuant to certain orders regarding the sealing of documents issued by this Court.

6. The documents (or portions thereof) identified in Paragraph 2 have been designated as confidential by the Chunghwa Defendants, the Irico Defendants, the Panasonic Defendants, and the Samsung SDI Defendants.

| Document | Designating Entity |
|---|---|
| Gray highlighted portions of the Direct Purchaser Plaintiffs' Opposition to the Irico Defendants' Motion to Set Aside Default | Chunghwa Defendants, the Irico Defendants, and the Samsung SDI Defendants. |
| Gray highlighted portions of Exhibit 11 to the Saveri Declaration | Chunghwa Defendants and the Samsung SDI Defendants. |
| Exhibit 12 to the Saveri Declaration: CHU00030684–87 | Chunghwa Defendants |
| Exhibit 13 to the Saveri Declaration: CHU00030705–08 | Chunghwa Defendants |
| Exhibit 14 to the Saveri Declaration: CHU00030734–37 | Chunghwa Defendants |
| Exhibit 15 to the Saveri Declaration: CHU00029191–94 | Chunghwa Defendants |
| Exhibit 16 to the Saveri Declaration: CHU00030769–70 | Chunghwa Defendants |
| Exhibit 17 to the Saveri Declaration: CHU00029050–51 | Chunghwa Defendants |
| Exhibit 18 to the Saveri Declaration: Excerpt of the transcript of the deposition of Jing Song Lu on February 28, 2013 | Chunghwa Defendants |
| Exhibit 19 to the Saveri Declaration: CHU00030797–98 | Chunghwa Defendants |
| Exhibit 20 to the Saveri Declaration: SDCRT-0086672–74 | Samsung SDI Defendants |
| Exhibit 21 to the Saveri Declaration: CHU00030843–45 | Chunghwa Defendants |
| Exhibit 22 to the Saveri Declaration: CHU00030979–84 | Chunghwa Defendants |
| Exhibit 23 to the Saveri Declaration: CHU00030992–94 | Chunghwa Defendants |
| Exhibit 24 to the Saveri Declaration: CHU00030995–97 | Chunghwa Defendants |
| Exhibit 25 to the Saveri Declaration: CHU00036412–13 | Chunghwa Defendants |
| Exhibit 26 to the Saveri Declaration: CHU00040992–93 | Chunghwa Defendants |
| Exhibit 27 to the Saveri Declaration: Excerpt of the transcript of the deposition of Sheng-Jen Yang on February 25, 2013 | Chunghwa Defendants |
| Exhibit 28 to the Saveri Declaration: CHU00102864–65 | Chunghwa Defendants |
| Exhibit 29 to the Saveri Declaration: CHWA00226236–69 | Chunghwa Defendants |
| Exhibit 30 to the Saveri Declaration: CHU00030752–55 | Chunghwa Defendants |

| | |
|---|---|
| Exhibit 31 to the Saveri Declaration: Samsung SDI Defendants' Second Supplemental Responses to Direct Purchaser Plaintiffs' First Set of Interrogatories, Nos. 4 and 5, dated November 25, 2013 | Samsung SDI Defendants |
| Exhibit 32 to the Saveri Declaration: Second Supplemental Responses of Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.) to Direct Purchaser Plaintiffs' First Set of Interrogatories, dated November 3, 2013 | Panasonic Defendants |
| Exhibit 4 to the Zirpoli Declaration | Irico Defendants |

7. A stipulation by the parties could not be obtained because under Civil Local Rule 79-5, parties may not stipulate to the filing of any document under seal. *See* Civil L.R. 7-11(a), 79-5(b).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 7th day of December, 2017 in San Francisco, California.

*/s/ R. Alexander Saveri*
R. Alexander Saveri