# EXHIBITS 12-32

[Documents Submitted Under Seal]