# EXHIBIT 4

# [Documents Submitted Under Seal]