Guido Saveri (22349)
    *guido@saveri.com*
R. Alexander Saveri (173102)
    *rick@saveri.com*
Geoffrey C. Rushing (126910)
    *grushing@saveri.com*
Cadio Zirpoli (179108)
    *cadio@saveri.com*
Matthew D. Heaphy (227224)
    *mheaphy@saveri.com*
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone:  (415) 217-6810
Facsimile:  (415) 217-6813

*Lead Counsel for Direct Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-CV-5944-JST |
| | MDL No. 1917 |
| This Document Relates to: | **CERTIFICATE OF SERVICE** |
| *ALL DIRECT PURCHASER ACTIONS* | |

**CERTIFICATE OF SERVICE**

I am employed in San Francisco County, which is where service of the documents referred to below occurred. I am over the age of 18 and not a party to this action. My business address is Saveri & Saveri, Inc., 706 Sansome Street, San Francisco, CA 94111. I declare under the penalty of perjury that on the date stated below, I served or caused to be served true and correct copies of the following documents:

- Declaration of R. Alexander Saveri in Support of Direct Purchaser Plaintiffs' Administrative Motion to Seal Documents Pursuant to Civil Local Rules 7-11 and 79-5(D);
- Direct Purchaser Plaintiffs' Opposition to the Irico Defendants' Motion to Set Aside Default [Graylined Version, Submitted Under Seal];
- Exhibit 11 to the Declaration of R. Alexander Saveri in Support of Direct Purchaser Plaintiffs' Opposition to the Irico Defendants' Motion to Set Aside Default [Graylined Version, Submitted Under Seal];
- Exhibits 12-32 to the Declaration of R. Alexander Saveri in Support of Direct Purchaser Plaintiffs' Opposition to the Irico Defendants' Motion to Set Aside Default [Submitted Under Seal]; and
- Exhibit 4 to the Declaration of Cadio Zirpoli in Support of Direct Purchaser Plaintiffs' Opposition to the Irico Defendants' Motion to Set Aside Default [Submitted Under Seal].

VIA ELECTRONIC MAIL and FTP SITE (Hightail.com) to the addressees specified below:

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed on December 7, 2017 in San Francisco, California.

*/s/ Sarah Van Culin*___
Sarah Van Culin

*In re: Cathode Ray Tube (CRT) Antitrust Litigation* – MDL No. 1917

# SERVICE LIST

| | |
|---|---|
| Eliot A. Adelson<br>eadelson@kirkland.com<br>KIRKLAND & ELLIS LLP<br>555 California Street, 27th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500<br><br>James H. Mutchnik, P.C.<br>jmutchnik@kirkland.com<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br><br>*Counsel for Defendants Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi Asia, Ltd., Hitachi America, Ltd., and Hitachi Electronic Devices (USA), Inc.* | John Roberti<br>john.roberti@allenovery.com<br>ALLEN & OVERY LLP<br>1101 New York Avenue, NW<br>Washington, DC 20005<br>Telephone: (202) 683-3862<br><br>*Counsel for Defendants Samsung SDI America, Inc., Samsung SDI Co., Ltd., Samsung SDI Mexico S.A. de C.V., Samsung SDI Brasil Ltda., Shenzhen Samsung SDI Co., Ltd., Tianjin Samsung SDI Co., Ltd., and Samsung SDI (Malaysia) Sdn. Bhd.* |
| Jeffrey L. Kessler<br>jkessler@winston.com<br>WINSTON & STRAWN LLP<br>200 Park Avenue<br>New York, NY 10166-4193<br>Telephone: (212) 294-6700<br><br>David L. Yohai<br>david.yohai@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153<br><br>*Counsel for Defendants Panasonic Corporation, Panasonic Corp. of North America, and MT Picture Display Co., Ltd.* | Hojoon Hwang<br>hojoon.hwang@mto.com<br>William D. Temko<br>William.temko@mto.com<br>Jonathan E. Altman<br>jonathan.altman@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street, 27th Floor<br>San Francisco, CA 94105<br>Telephone: (415) 512-4000<br><br>Nathan P. Eimer<br>neimer@eimerstahl.com<br>EIMER STAHL LLP<br>224 S. Michigan Avenue, Suite 1100<br>Chicago, IL 60604<br>Telephone: (312) 660-7600<br>Facsimile: (312) 692-1718<br><br>*Counsel for Defendants LG Electronics, Inc., LG Electronics USA, Inc., and LG Electronics Taiwan Taipei Co., Ltd.* |

*In re: Cathode Ray Tube (CRT) Antitrust Litigation* – MDL No. 1917

# SERVICE LIST

| | |
|---|---|
| John Taladay<br>john.taladay@bakerbotts.com<br>Erik Koon<br>erik.koons@bakerbotts.com<br>Charles Malaise<br>charles.malaise@bakerbotts.com<br>BAKER BOTTS LLP<br>1299 Pennsylvania Ave., NW<br>Washington, D.C. 20004<br>Telephone: (202) 639-7909<br>Facsimile: (202) 639-1165<br><br>*Counsel for Defendants Koninklijke Philips Electronics N.V., Philips Electronics North America Corporation, Philips Electronics Industries (Taiwan), Ltd., Philips da Amazonia Industria Electronica Ltda.* | Joel S. Sanders<br>jsanders@gibsondunn.com<br>Rachel S. Brass<br>rbrass@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER<br>555 Mission Street<br>Suite 3000<br>San Francisco, CA 94105<br>Telephone: (415) 393-8200<br>Facsimile: (415) 393-8200<br><br>*Counsel for Defendant Tatung Company of America and Counsel for Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia)* |
| Kate S. McMillan<br>Kate.mcmillan@freshfields.com<br>Christine Laciak<br>Christine.laciak@freshfields.com<br>Richard Snyder<br>Richard.snyder@freshfields.com<br>FRESHFIELDS BRUCKHAUS & DERINGER US, LLP<br>701 Pennsylvania Avenue, NW<br>Suite 600<br>Washington, DC 20004<br>Telephone: (202) 777-4566<br>Facsimile: (202) 777-4555<br><br>*Counsel for Defendant Beijing Matsushita Color CRT Co., Ltd.* | Lucius B. Lau<br>alau@whitecase.com<br>Dana E. Foster<br>defoster@whitecase.com<br>WHITE & CASE, LLP<br>701 13th Street, N.W.<br>Washington, DC 20005<br>Telephone: (202) 626-3600<br>Facsimile: (202) 639-9355<br><br>*Counsel for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.* |
| Ian Simmons<br>isimmons@omm.com<br>Benjamin G. Bradshaw<br>bbradshaw@omm.com<br>O'MELVENY & MYERS LLP<br>1625 Eye Street, NW<br>Washington, DC 20006-4001<br>Telephone: (202) 383-5163<br>Facsimile: (202) 383-5414<br><br>*Counsel for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.* | Michael R. Lazerwitz<br>mlazerwitz@cgsh.com<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>2000 Pennsylvania Avenue, NW<br>Suite 9000<br>Washington, DC 20006<br>Telephone: (202) 974-1500<br>Facsimile: (202) 974-1999<br><br>*Counsel for Defendant LP Displays International, Ltd.* |

*In re: Cathode Ray Tube (CRT) Antitrust Litigation* – MDL No. 1917

# **SERVICE LIST**

| | |
|---|---|
| John Taladay<br>john.taladay@bakerbotts.com<br>Eric Koons<br>eric.koons@bakerbotts.com<br>BAKER BOTTS LLP<br>1299 Pennsylvania Ave., NW<br>Washington, D.C. 20004<br>Telephone: 202.639.7700<br>Facsimile: 202.639.7890<br><br>Stuart C. Plunkett (State Bar No. 187971)<br>stuart.plunkett@bakerbotts.com<br>Rishi P. Satia (State Bar No. 301958)<br>rishi.statia@bakerbotts.com<br>BAKER BOTTS LLP<br>101 California Street, Suite 3600<br>San Francisco, California 94111<br>Telephone: (415) 291-6200<br>Facsimile: (415) 291-6300<br><br>*Counsel for Defendants IRICO Display Devices Co., Ltd., IRICO Group Corporation, and IRICO Group Electronics Co., Ltd.* | Terrence J. Truax<br>ttruax@jenner.com<br>Charles B. Sklarsky<br>csklarsky@jenner.com<br>Michael T. Brody<br>mbrody@jenner.com<br>Gabriel Fuentes<br>gfuentes@jenner.com<br>JENNER & BLOCK LLP<br>353 N. Clark Street<br>Chicago, IL 60654-3456<br>Telephone: (312) 222-9350<br>Facsimile: (312) 527-0484<br><br>Harold A. Barza<br>halbarza@quinnemanuel.com<br>Kevin Y. Teruya<br>kevinteruya@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017-2543<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br><br>*Counsel for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., Mitsubishi Electric Visual Solutions America, Inc.* |
| Kathy L. Osborn<br>kathy.osborn@FaegreBD.com<br>FAEGRE BAKER DANIELS LLP<br>300 N. Meridian Street, Suite 2700<br>Indianapolis, IN 46204<br>Telephone: (317) 237-0300<br>Facsimile: (317) 237-1000<br><br>*Counsel for Defendants Thomson SA and Thomson Consumer Electronics, Inc.* | Mark C. Dosker<br>mark.dosker@squirepb.com<br>SQUIRE PATTON BOGGS (US) LLP<br>275 Battery Street, Suite 2600<br>San Francisco, California 94111<br>Telephone: (415) 954-0200<br>Facsimile: (415) 393-9887<br><br>Donald R. Wall<br>donald.wall@squirepb.com<br>SQUIRE PATTON BOGGS (US) LLP<br>1 E. Washington St., Suite 2700<br>Phoenix, AZ 85004<br>Telephone: (602) 828 4000<br>Facsimile: (602) 253 8129<br><br>*Counsel for Defendant Technologies Displays Americas, LLC* |

*In re: Cathode Ray Tube (CRT) Antitrust Litigation* – **MDL No. 1917**

# SERVICE LIST

| | |
|---|---|
| Emilio E. Varanini<br>Deputy Attorney General<br>Emilio.Varanini@doj.ca.gov<br>OFFICE OF ATTORNEY GENERAL<br>455 Golden Gate Avenue<br>San Francisco, CA 94102<br>Telephone: (415) 703-5908<br>Facsimile: (415) 703-5480<br><br>*California Office of the Attorney General* | Philip J. Iovieno<br>piovieno@bsfllp.com<br>Anne M. Nardacci<br>anardacci@bsfllp.com<br>BOIES, SCHILLER & FLEXNER LLP<br>10 North Pearl Street, 4th Floor<br>Albany, NY 12207<br>Telephone: (518) 434-0600<br>Facsimile: (518) 434-0665<br><br>*Counsel for Direct Action Plaintiffs* |
| Mario Alioto<br>malioto@tatp.com<br>Lauren Russell<br>LaurenRussell@tatp.com<br>TRUMP ALIOTO TRUMP & PRESCOTT LLP<br>2280 Union Street<br>San Francisco, CA 94123<br>Telephone: (415) 563-7200<br>Facsimile: (415) 346-0679<br><br>*Counsel for Indirect Purchaser Plaintiffs* | |