John Taladay (*pro hac vice*)
john.taladay@bakerbotts.com
Eric Koons (*pro hac vice*)
eric.koons@bakerbotts.com
BAKER BOTTS LLP
1299 Pennsylvania Ave., NW
Washington, D.C. 20004
Telephone: (202) 639-7700
Facsimile: (202) 639-7890

Stuart C. Plunkett (State Bar No. 187971)
stuart.plunkett@bakerbotts.com
Rishi P. Satia (State Bar No. 301958)
rishi.statia@bakerbotts.com
BAKER BOTTS LLP
101 California Street, Suite 3600
San Francisco, California 94111
Telephone: (415) 291-6200
Facsimile: (415) 291-6300

*Attorneys for*
*IRICO GROUP CORP. and*
*IRICO DISPLAY DEVICES CO., LTD.*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | Case No. 3:07-cv-05944-JST |
| | MDL No.: 1917 |
| THIS DOCUMENT RELATES TO: | **DECLARATION OF STUART C. PLUNKETT IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(D)** |
| *ALL DIRECT PURCHASER ACTIONS* | |

I, Stuart C. Plunkett, hereby declare as follows:

1. I am a partner with the law firm of Baker Botts L.L.P. and am counsel of record for Defendants Irico Group Corporation and Irico Display Devices Co., Ltd. (collectively, the "Irico Defendants"). I am a member of the Bar of the State of California and am admitted to practice in the Northern District of California. I make this declaration in support of the Direct Purchaser Plaintiffs' ("DPPs") Administrative Motion to Seal Documents Pursuant to Civil Local Rules 7-11 and 79-5(d) (Dkt. No. 5220) ("Motion to Seal").

2. Except for those matters stated on information and belief, about which I am informed and which I believe to be true, I have personal knowledge of the facts set forth herein and, if called upon, could and would competently testify thereto under oath.

3. On June 18, 2008, the Court issued a Stipulated Protective Order (Dkt. No. 306) ("Protective Order") in this matter.

4. On December 7, 2017, DPPs filed a Motion to Seal, and lodged conditionally under seal, pursuant to Civil Local Rules 7-11 and 79-5(d), the following documents, or portions thereof, that contain information from documents that the Irico Defendants have designated "Confidential" or "Highly Confidential:"

   a. Gray highlighted portions of the DPPs Opposition to the Irico Defendants' Motion to Set Aside Default ("Opposition"); and

   b. Exhibit 4 to the Declaration of Cardio Zirpoli in Support of DPPs' Opposition to the Irico Defendants' Motion to Set Aside Default ("Exhibit 4").

5. Pursuant to Civil Local Rules 7-11 and 79-5(d) and the Protective Order, I make this declaration on behalf of the Irico Defendants to provide the basis for the Court to maintain under seal certain documents and information designated by the Irico Defendants as "Confidential" and "Highly Confidential" pursuant to the Protective Order and all references to those documents and information in the Opposition and Exhibit 4.

6. Exhibit 4 to the Zirpoli Declaration should be maintained under seal in its entirety because it analyzes and reflects data designated by the Irico Defendants as either "Confidential" or "Highly Confidential" pursuant to the Protective Order.

7. Upon information and belief, Exhibit 4, and the portions of the Opposition that discuss and cite those exhibits, were designated by the Irico Defendants as either "Confidential" or "Highly Confidential" because the documents contain confidential, nonpublic, and highly sensitive business information about the Irico Defendants' sales practices, business and supply agreements, and competitive positions. The documents describe relationships with companies (including customers) that remain important to the Irico Defendants' competitive positions. Publicly disclosing this sensitive information presents a risk of undermining the Irico Defendants' relationships, would cause harm with respect to the Irico Defendants' customers, and would put the Irico Defendants at a competitive disadvantage.

8. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 11th day of December, 2017, in San Francisco, California.

          */s/ Stuart C. Plunkett*
          Stuart C. Plunkett