1  John Taladay (*pro hac vice*)
   john.taladay@bakerbotts.com
2  Eric Koons (*pro hac vice*)
   eric.koons@bakerbotts.com
3  BAKER BOTTS LLP
   1299 Pennsylvania Ave., NW
4  Washington, D.C. 20004
   Telephone: (202) 639-7700
5  Facsimile: (202) 639-7890

6  Stuart C. Plunkett (State Bar No. 187971)
   stuart.plunkett@bakerbotts.com
7  Rishi P. Satia (State Bar No. 301958)
   rishi.statia@bakerbotts.com
8  BAKER BOTTS LLP
   101 California Street, Suite 3600
9  San Francisco, California 94111
   Telephone: (415) 291-6200
10 Facsimile: (415) 291-6300

11 *Attorneys for*
   IRICO GROUP CORP. and
12 IRICO DISPLAY DEVICES CO., LTD.

13
14                  **UNITED STATES DISTRICT COURT**
15              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
16                       **SAN FRANCISCO DIVISION**

| | |
|---|---|
| 17  IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | Case No. 3:07-cv-05944-JST |
| 18  | MDL No.: 1917 |
| 19  THIS DOCUMENT RELATES TO: | |
| 20  *ALL DIRECT PURCHASER ACTIONS* | **[PROPOSED] ORDER GRANTING DIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |

24
25
26
27
28

Having considered the parties' submissions regarding whether certain documents Direct Purchaser Plaintiffs ("DPPs") lodged with the Court should be filed under seal, and good cause appearing:

IT IS HEREBY ORDERED that the following documents and portions of documents currently lodged with the Court pursuant to Civil Local Rules 7-11 and 79-5(d) shall be maintained under seal:

1. Exhibit 4 to the Declaration of Cardio Zirpoli in Support of DPPs' Opposition to the Irico Defendants' Motion to Set Aside Default ("Exhibit 4"); and

2. Gray highlighted portions of the DPPs Opposition to the Irico Defendants' Motion to Set Aside Default ("Opposition") that discuss and cite Exhibit 4.

DATED: _____

BY: _____
Hon. Jon S. Tigar
United States District Judge