1
2
3
4
5
6
7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10                         **SAN FRANCISCO DIVISION**

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-CV-5944-JST |
|---|---|
| | MDL No. 1917 |
| This Document Relates to: | **[PROPOSED] ORDER DENYING THE IRICO DEFENDANTS' MOTION TO SET ASIDE DEFAULT** |
| *ALL DIRECT PURCHASER ACTIONS* | |
| | Date:       January 11, 2018 |
| | Time:       2:00 p.m. |
| | Judge:      Honorable Jon S. Tigar |
| | Courtroom:  9 |

On July 20, 2016, the Clerk of the Court entered the default of Defendants Irico Display Devices Co., Ltd. ("Irico Display") and Irico Group Corporation ("Irico Group") (together the "Irico Defendants"). On October 25, 2017, the Irico Defendants filed a Motion to Set Aside Default. On December 7, 2017, Direct Purchaser Plaintiffs filed their Opposition to the Motion to Set Aside Default. On January 11, 2018, the Court held a hearing on the motion. The Court, having reviewed the motion, the pleadings and other papers on file in this Action, and the statements of counsel and the parties, hereby finds that the motion should be DENIED.

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Court has subject matter jurisdiction over the Irico Defendants.

2. Considering the factors set forth in *Falk v. Allen*, 739 F.2d 461, 463 (9th Cir. 1984), the Irico Defendants have not shown good cause.

IT IS SO ORDERED.

Dated: _____        _____
                                      Hon. Jon S. Tigar
                                      United States District Judge