UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAGO, INC., et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>CHUNGHWA PICTURE TUBES, LTD., et al.,<br><br>　　　　　　Defendants. | Case No. 07-cv-05944-JST<br><br>**ORDER TO RE-FILE DOCUMENT IN COMPLIANCE WITH CIVIL LOCAL RULE 5-1(e)(2)**<br><br>Re: ECF No. 5226 |

Civil Local Rule 5-1(e)(2) requires that: "Documents which the filer has in an electronic format must be converted to PDF from the word processing original, not scanned, to permit text searches and to facilitate transmission and retrieval." The document filed at ECF No. 5226 does not comply with this rule. Accordingly, the DPPs shall re-file the document within two days of the date of this order.

**IT IS SO ORDERED.**

Dated: December 15, 2017

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　United States District Judge