John Taladay (*pro hac vice*)
john.taladay@bakerbotts.com
Erik Koons (*pro hac vice*)
erik.koons@bakerbotts.com
BAKER BOTTS LLP
1299 Pennsylvania Ave., NW
Washington, D.C. 20004
Telephone: (202)-639-7700
Facsimile: (202)-639-7890

Stuart C. Plunkett (State Bar No. 187971)
stuart.plunkett@bakerbotts.com
Rishi P. Satia (State Bar No. 301958)
rishi.statia@bakerbotts.com
BAKER BOTTS LLP
101 California Street, Suite 3600
San Francisco, California 94111
Telephone: (415) 291-6200
Facsimile: (415) 291-6300

*Attorneys for Defendants*
*IRICO GROUP CORP. and*
*IRICO DISPLAY DEVICES CO., LTD.*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | Case No. 3:07-cv-05944-JST<br>MDL No.: 1917 |
| THIS DOCUMENT RELATES TO:<br>*ALL DIRECT PURCHASER ACTIONS* | **DECLARATION OF STUART C. PLUNKETT IN SUPPORT OF IRICO'S MOTION TO SET ASIDE DEFAULT**<br><br>**Date:** January 11, 2018<br>**Time:** 2:00pm<br>**Judge:** Hon. Jon S. Tigar<br>**Courtroom:** 9 |

I, Stuart C. Plunkett declare as follows:

1. I am an attorney admitted to practice law in this Court and in the State of California, and am a partner with the law firm of Baker Botts L.L.P., which represents Defendants Irico Group Corporation and Irico Display Devices Co., Ltd. ("Irico Defendants"). I make this Declaration based on my personal knowledge and in support of the Irico Defendants' Motion to Set Aside Default.

2. Attached hereto as Exhibit 1 is a true and correct copy of a Notification issued by the State Planning Commission and the State Economic and Trade Commission of the People's Republic of China, dated November 16, 1998, and a translation thereof.

3. Attached hereto as Exhibit 2 is a true and correct copy of a Notification issued by the State Planning Commission and Ministry of Information Industry of the People's Republic of China, with an effective date of April 1, 1999 and a distribution date of June 27, 2008, and a translation thereof.

4. Attached hereto as Exhibit 3 is a true and correct copy of a Notification issued by the Ministry of Information Industry of the People's Republic of China, marked No. 287 and dated April 2, 1999, and a translation thereof.

5. Attached hereto as Exhibit 4 is a true and correct copy of a Notification issued by the Ministry of Information Industry of the People's Republic of China, marked No. 121 and dated February 3, 1999, and a translation thereof.

6. Attached hereto as Exhibit 5 is a true and correct copy of a Notification issued by the Ministry of Information Industry of the People's Republic of China, marked No. 789 and dated August 5, 2000, and a translation thereof.

7. Attached hereto as Exhibit 6 is a true and correct copy of a Notification issued by the Ministry of Information Industry of the People's Republic of China, marked No. 843 and dated September 13, 2000, and a translation thereof.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 21st day of December, 2017 in San Francisco, California.

*/s/ Stuart C. Plunkett*
Stuart C. Plunkett (State Bar No. 187971)
stuart.plunkett@bakerbotts.com
BAKER BOTTS LLP
101 California Street, Suite 3600
San Francisco, California 94111
Telephone: (415) 291-6200
Facsimile: (415) 291-6300

*Attorneys for Defendants*
*IRICO GROUP CORP. and*
*IRICO DISPLAY DEVICES CO., LTD.*
