**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

DEC 06 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, <br><br>------------------------------ <br><br> INDIRECT PURCHASER PLAINTIFFS, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> JOHN FINN; LAURA TOWNSEND FORTMAN, <br><br> Objectors-Appellants, <br><br> v. <br><br> TOSHIBA CORPORATION; et al., <br><br> Defendants-Appellees. | No. 16-16368 <br><br> D.C. No. 3:07-cv-05944-JST <br> Northern District of California, <br> San Francisco <br><br> ORDER |
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, <br><br>------------------------------ <br><br> INDIRECT PURCHASER PLAINTIFFS, <br><br> Plaintiff-Appellee, | No. 16-16371 <br><br> D.C. No. 3:07-cv-05944-JST <br> Northern District of California, <br> San Francisco |

04DEC2017/LBS/AC/ProMo

v.

SEAN HULL; GORDON B. MORGAN,

  Objectors-Appellants,

 v.

TOSHIBA CORPORATION; et al.,

  Defendants-Appellees.

---

In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION,

------------------------------

INDIRECT PURCHASER PLAINTIFFS,

  Plaintiff-Appellee,

 v.

ANTHONY GIANASCA; et al.,

  Objectors-Appellants,

 v.

TOSHIBA CORPORATION; et al.,

  Defendants-Appellees.

No. 16-16373

D.C. No. 3:07-cv-05944-JST
Northern District of California,
San Francisco

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, <br><br> ------------------------------ <br><br> INDIRECT PURCHASER PLAINTIFFS, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> DONNIE CLIFTON, <br><br> Objector-Appellant, <br><br> v. <br><br> TOSHIBA CORPORATION; et al., <br><br> Defendants-Appellees. | No. 16-16374 <br><br> D.C. No. 3:07-cv-05944-JST <br> Northern District of California, <br> San Francisco |
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, <br><br> ------------------------------ <br><br> INDIRECT PURCHASER PLAINTIFFS, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> JOSIE SAIK, <br><br> Objector-Appellant, | No. 16-16377 <br><br> D.C. No. 3:07-cv-05944-JST <br> Northern District of California, <br> San Francisco |

| | |
|---|---|
| v.<br><br>TOSHIBA CORPORATION; et al.,<br><br>       Defendants-Appellees. | |

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION,<br><br>------------------------------<br><br>INDIRECT PURCHASER PLAINTIFFS,<br><br>       Plaintiff-Appellee,<br><br>v.<br><br>DAN L. WILLIAMS & CO.,<br><br>       Objector-Appellant,<br><br>v.<br><br>TOSHIBA CORPORATION; et al.,<br><br>       Defendants-Appellees. | No. 16-16378<br><br>D.C. No. 3:07-cv-05944-JST<br>Northern District of California,<br>San Francisco |

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION,<br><br>------------------------------<br><br>INDIRECT PURCHASER PLAINTIFFS, | No. 16-16379<br><br>D.C. No. 3:07-cv-05944-JST<br>Northern District of California,<br>San Francisco |

|  |  |
|---|---|
| Plaintiff-Appellee, <br><br> v. <br><br> ROCKHURST UNIVERSITY; et al., <br><br> Objectors-Appellants, <br><br> v. <br><br> TOSHIBA CORPORATION; et al., <br><br> Defendants-Appellees. |  |
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, <br><br> ------------------------------- <br><br> INDIRECT PURCHASER PLAINTIFFS, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> ANTHONY GIANASCA; et al., <br><br> Movants-Appellants, <br><br> v. <br><br> TOSHIBA CORPORATION; et al., <br><br> Defendants-Appellees. | Nos. 16-16399 <br>       16-16400 <br><br> D.C. No. 3:07-cv-05944-JST <br> Northern District of California, <br> San Francisco |

Before: Peter L. Shaw, Appellate Commissioner

Appellant Dan L. Williams & Co.'s motion (Docket Entry No. 120) to supplement the record on appeal and any responses thereto (including Docket Entry No. 144) are referred to the panel that will consider the merits of this case.

The parties are advised that any discussion of the proposed supplementation in the parties' briefs, may be stricken or disregarded if the merits panel denies the motion to supplement.

Appellants Mina Ashkannejhad, Rosemary Ciccone, Gloria Comeaux, Jeff Craig, Anthony Gianasca and Jeffrey Speaect's opposed motion (Docket Entry No. 131) for leave to file an oversized reply brief consisting of 14,685 words is denied.

The Clerk will strike the reply brief submitted at Docket Entry No. 132.

Within 14 days after the date of this order, appellants Mina Ashkannejhad, Rosemary Ciccone, Gloria Comeaux, Jeff Craig, Anthony Gianasca and Jeffrey Speaect may file a reply brief not exceeding 12,000 words.

Appellant Josie Saik's failure to respond to the order filed on August 15, 2017 (Docket Entry No. 92) is treated as an adoption of the reply brief previously submitted at Docket Entry No. 84. The Clerk will file the reply brief submitted at Docket Entry No. 84.