# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date: January 11, 2018      Judge: Jon S. Tigar

Time: 1 hour, 14 minutes

Case No.    **3:07-cv-05944-JST**
Case Name    **MDL No. 1917 In Re: Cathode Ray Tube (CRT) Antitrust Litigation**

Attorneys for Plaintiffs:    *Direct Purchaser Plaintiffs*
Guido Saveri
Joseph W. Cotchett
R. Alexander Saveri
Geoffrey C. Rushing
Steven F. Benz

Attorneys for Defendants:    *Irico Group Corp. / Irico Display Devices Co., Ltd.*
John Taladay
Stuart C. Plunkett
Kaylee Yang

Deputy Clerk: William Noble      Court Reporter: Katherine Sullivan

## PROCEEDINGS

- Direct Purchaser Plaintiffs' Application for Default Judgment by the Court Against the IRICO Defendants (Dkt. No. 5191)
- IRICO's Motion to Set Aside Default (Fed. R. Civ. P. 55(c))  (Dkt. No. 5215)

## RESULT OF HEARING

1. Motion hearings held.  The motions are under submission.