UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Case No. 3:07-cv-5944<br>MDL No. 1917<br><br>**CLASS ACTION**<br><br>**NOTICE OF CHANGE OF FIRM NAME AND ADDRESS**<br><br>Judge: Honorable Jon S. Tigar<br>Courtroom Nine, 19th Floor |

PLEASE TAKE NOTICE that, as of January 1, 2018, the firm name for the undersigned counsel is Milberg Tadler Phillips Grossman LLP. Elizabeth A. McKenna, counsel for indirect purchaser plaintiffs, has changed the address for service and all other communications. The firm's phone number and address remain the same, but for a change in the address suite number:

**MILBERG TADLER PHILLIPS GROSSMAN LLP**
**One Pennsylvania Plaza**
**Suite 1920**
**New York, NY 10119**

Dated: January 12, 2018

                                   */s/ Elizabeth A. McKenna*
                                   Elizabeth A. McKenna
                                   **MILBERG TADLER PHILLIPS GROSSMAN LLP**
                                   One Pennsylvania Plaza
                                   Suite 1920
                                   New York, New York 10119
                                   Telephone: (212) 594-5300
                                   Fax: (212) 868-1229
                                   Email: emckenna@milberg.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2018, I electronically filed the forgoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

Respectfully submitted,

*/s/ Elizabeth A. McKenna*
Elizabeth A. McKenna
**MILBERG TADLER PHILLIPS GROSSMAN LLP**
One Pennsylvania Plaza
Suite 1920
New York, New York 10119
Telephone: (212) 594-5300
Fax: (212) 868-1229
Email: emckenna@milberg.com