UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 JST<br>MDL No. 1917 |
| This Document Relates to:<br><br>*P.C. Richard & Son Long Island Corp., et al. v. Hitachi, Ltd., et al.*, No. 12-cv-02648 | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR EVIDENTIARY HEARING RE: MARTA'S STANDING** |

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

Upon consideration of Defendants' Motion for Evidentiary Hearing re: MARTA's Standing and any responses and replies thereto, it is hereby:

ORDERED that the motion is GRANTED; and it is further

ORDERED that an evidentiary hearing on MARTA's standing shall be held on a date to be set by this Court.

**IT IS SO ORDERED.**

Dated: _____     _____

HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION
FOR EVIDENTIARY HEARING RE: MARTA'S STANDING
Case No. 07-5944 JST
MDL No. 1917