**COUNSEL LISTED ON SIGNATURE PAGE**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 3:07-cv-5944 SC<br>Case No. 17-cv-04067-JST<br><br>MDL No. 1917<br><br>**STIPULATION AND [PROPOSED] ORDER RE: CASE MANAGEMENT CONFERENCE** |
| **This document relates to:**<br><br>*Luscher et al. v. Mitsubishi Electric Corp.,* Case No. 17-cv-04067-JST | The Honorable Jon S. Tigar |

1   WHEREAS, by Order dated October 27, 2017 (ECF No. 7), this Court set a Case
2  Management Conference ("CMC") in the *Luscher* matter for January 31, 2018;
3   WHEREAS, counsel for Mitsubishi Electric Corporation ("Mitsubishi Electric") is in
4  trial for the next few weeks, and is no longer able to attend the January 31, 2018 CMC;
5   WHEREAS, the Indirect Purchaser Plaintiffs ("IPPs") have no objection to continuing
6  the CMC to a date convenient for Mitsubishi Electric's counsel;
7   WHEREAS, on December 4, 2017, IPP Counsel informed the Court that they would file
8  the motion for preliminary approval of the settlement with Mitsubishi Electric by mid-January;
9   WHEREAS, an issue has arisen with the preliminary approval motion that requires
10 additional discussion between IPP Counsel and Mitsubishi Electric's counsel, upon consultation
11 with Mitsubishi Electric in Japan;
12   WHEREAS, undersigned counsel for Mitsubishi Electric estimates that it will take
13 approximately a week for Mitsubishi Electric's counsel to consult with Mitsubishi Electric in
14 Japan so as to complete the necessary discussion with IPP Counsel regarding the issue
15 concerning the preliminary approval motion;
16   WHEREAS, the IPPs will file their motion for preliminary approval shortly after the
17 IPPs and Mitsubishi Electric reach final agreement on the form of the motion; and
18   WHEREAS, in light of the foregoing, the parties respectfully request that the Court
19 continue the CMC to a date convenient for the Court.
20   NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE THAT:
21 The Case Management Conference set for January 31, 2018 in this matter is continued to
22 _____, 2018.

24 IT IS SO STIPULATED.
25 //
26 //
27 //

| | | |
|---|---|---|
| Dated: January 22, 2018 | | TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP |
| | By: | */s/ Mario N. Alioto* |
| | | MARIO N. ALIOTO, ESQ. (56433) |
| | | LAUREN C. CAPURRO, ESQ. (241151) |
| | | TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP |
| | | 2280 Union Street |
| | | San Francisco, CA  94123 |
| | | Telephone:  (415) 563-7200 |
| | | Facsimile: (415) 346-0679 |
| | | E-mail: malioto@tatp.com |
| | | laurenrussell@tatp.com |

***Lead Counsel for Indirect Purchaser Plaintiffs***

| | | |
|---|---|---|
| Dated: January 22, 2018 | By: | */s/ Gabriel A. Fuentes* |
| | | Terrence J. Truax |
| | | ttruax@jenner.com |
| | | Michael T. Brody |
| | | mbrody@jenner.com |
| | | Gabriel A. Fuentes |
| | | gfuentes@jenner.com |
| | | JENNER & BLOCK LLP |
| | | 353 N. Clark Street |
| | | Chicago, IL  60654 |
| | | Telephone:  (312) 222-9350 |

**Attorneys for Mitsubishi Electric Corporation**

Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

DATED:  January 22, 2018     By:     */s/ Mario N. Alioto*

3

**STIPULATION AND [PROPOSED] ORDER RE: CASE MANAGEMENT CONFERENCE,
Master File No. 07-cv-05944-JST, MDL No. 1917**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:_____

                                                  Hon. Jon S. Tigar
                                     United States District Judge

**STIPULATION AND [PROPOSED] ORDER RE: CASE MANAGEMENT CONFERENCE,
Master File No. 07-cv-05944-JST, MDL No. 1917**