UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION

This Order Relates To:

*Luscher et al. v. Mitsubishi Electric Corp.*, Case No. 17-cv-4067-JST

MDL No. 1917

Case No. C-07-5944 JST

**ORDER REGARDING CASE MANAGEMENT CONFERENCE**

Re: ECF No. 5235

Before the Court is a stipulation between the Indirect Purchaser Plaintiffs ("IPPs") and Defendant Mitsubishi Electric Corporation. ECF No. 5235. On October 25, 2017 the parties stated in a joint case management statement that they had settled the matter and intended to file a preliminary approval motion before the end of November 2017. ECF No. 5216. On December 4, 2017, the IPPs filed a letter indicating that they expected to file the motion by mid-January 2018. ECF No. 5219. In the present stipulation, filed January 22, 2018, the parties indicated that they require "approximately a week" to complete discussion on a remaining issue on the preliminary approval motion, and that the IPPs will file the motion "shortly after" the parties reach agreement on that issue. ECF No. 5235. The parties request a continuance of the CMC set for January 31, 2018. Id.

The Court will continue the CMC to February 21, 2018. No further continuances will be granted. By not later than February 14, 2018, the parties must file an updated joint case

/ / /

/ / /

/ / /

/ / /

United States District Court
Northern District of California

United States District Court
Northern District of California

management statement, proposing a comprehensive schedule through trial. If a motion for preliminary approval is filed by February 14, 2018, the court will vacate the CMC

**IT IS SO ORDERED.**

Dated: January 24, 2018

JON S. TIGAR
United States District Judge