William A. Isaacson
BOIES, SCHILLER & FLEXNER LLP
1401 New York Avenue, NW, 11th Floor
Washington, D.C. 20005
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
Email: wisaacson@bsfllp.com

Philip J. Iovieno
BOIES, SCHILLER & FLEXNER LLP
30 South Pearl Street, 11th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
Email: piovieno@bsfllp.com

*Counsel for MARTA Cooperative of America, Inc.*

*[additional counsel listed on signature page]*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-CV-05944-JST<br>MDL No. 1917 |
| This Document Relates To:<br><br>*P.C. Richard & Son Long Island Corp., et al. v. Hitachi, Ltd., et al.*, No. 12-cv-02648 | **DECLARATION OF PHILIP J. IOVIENO IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR EVIDENTIARY HEARING RE: MARTA'S STANDING**<br><br>Date:     March 8, 2018<br>Time:    2:00 pm<br>Before:  Hon. Jon S. Tigar |

I, **PHILIP J. IOVIENO**, declare as follows:

1. I am a partner at the law firm of Boies Schiller Flexner LLP, counsel for MARTA Cooperative of America, Inc., and I am licensed to practice law in the State of New York and admitted to practice *pro hac vice* before this Court.

2. Attached hereto as Exhibit A is a true and correct copy of an order granting a motion for a new trial in *In re EDNY Cathode Ray Tube Antitrust Cases,* No. 1:17-cv-04504-BMC (E.D.N.Y.), dated December 17, 2017.

3. Attached hereto as Exhibit B is a true and correct copy of Defendants' Proposed Final Jury Instruction No. 37, exchanged October 11, 2017.

4. Attached hereto as Exhibit C is a true and correct copy of Defendants' Proposed Final Jury Instruction No. 39, exchanged October 11, 2017.

5. Attached hereto as Exhibit D is a true and correct copy of Defendants' Proposed Final Jury Instruction No. 48, exchanged October 11, 2017.

6. Attached hereto as Exhibit E is a true and correct copy of Defendants' Proposed Final Jury Instruction No. 40, exchanged October 11, 2017.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 30th day of January, 2018, at Albany, New York.

                                                /s/ Philip J. Iovieno
                                                Philip J. Iovieno