# Exhibit A

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### Eastern District of New York

**Notice of Electronic Filing**

The following transaction was entered on 12/17/2017 at 2:05 PM EST and filed on 12/17/2017

**Case Name:**    In re EDNY Cathode Ray Tube Antitrust Cases

**Case Number:**    1:17-cv-04504-BMC

**Filer:**

**Document Number:** No document attached

**Docket Text:**

**ORDER granting [82] Motion for New Trial in case 1:17-cv-04504-BMC; [201] Motion for New Trial in case 1:17-cv-06901-BMC. The parties should expect a June trial date. Because of the Court's calendar, any adjournment is extremely unlikely. The parties are to file a proposed amended pre-trial schedule by 12/22/2017. Ordered by Judge Brian M. Cogan on 12/17/2017. (Weisberg, Peggy)**

**Case Name:**    Tech Data Corporation et al v. Hitachi, Ltd. et al

**Case Number:**    1:17-cv-06901-BMC

**Filer:**

**Document Number:** No document attached

**Docket Text:**

**ORDER granting [82] Motion for New Trial in case 1:17-cv-04504-BMC; [201] Motion for New Trial in case 1:17-cv-06901-BMC. The parties should expect a June trial date. Because of the Court's calendar, any adjournment is extremely unlikely. The parties are to file a proposed amended pre-trial schedule by 12/22/2017. Ordered by Judge Brian M. Cogan on 12/17/2017. (Weisberg, Peggy)**

**1:17-cv-04504-BMC Notice has been electronically mailed to:**

Jacob S. Pultman    jacob.pultman@allenovery.com, kurt.vellek@allenovery.com

Michael S. Feldberg    michael.feldberg@newyork.allenovery.com

David Yohai    david.yohai@weil.com

John Roberti     john.roberti@allenovery.com, jroberti91@alumni.brown.edu

Philip J. Iovieno     piovieno@bsfllp.com, aweber@bsfllp.com, ksmith@bsfllp.com, tmiller@bsfllp.com

Adam C. Hemlock     adam.hemlock@weil.com, Kajetan.Rozga@weil.com, christopher.lee@weil.com, harold.leslie@weil.com, jay.minga@weil.com, lara.trager@weil.com, mark.ribaudo@weil.com, mco.ecf@weil.com, nicholas.klenow@weil.com, nymao@ecf.pacerpro.com

Martin C. Geagan     mgeagan@winston.com, martin.geagan@gmail.com

Scott N. Wagner     swagner@bilzin.com, eservice@bilzin.com

Eva W. Cole     ewcole@winston.com, docketny@winston.com

Andrew McCutcheon Lankler     andrew.lankler@bakerbotts.com, john.mitchell@bakerbotts.com

Dana E. Foster     defoster@whitecase.com, andrew.black@whitecase.com

Erik T. Koons     erik.koons@bakerbotts.com

William A. Isaacson     wisaacson@bsfllp.com, jholdip@bsfllp.com

Edward Soto     edward.soto@weil.com

Harley Shepard Tropin     hst@kttlaw.com

Molly M. Donovan     mmdonovan@winston.com

James N. Robinson, II     jrobinson@whitecase.com, sgoodrich@whitecase.com

Christopher Mark Curran     ccurran@whitecase.com, cnaifeh@whitecase.com, erin.mcnamee@whitecase.com, jdisanti@whitecase.com, lisa.fan@whitecase.com, mco@whitecase.com, rsequeira@washdc.whitecase.com, sadie.gardner@whitecase.com, sara.king@whitecase.com

Joel S. Sanders     jsanders@gibsondunn.com, smaruschak@gibsondunn.com

Rachel S. Brass     rbrass@gibsondunn.com, smaruschak@gibsondunn.com

Jennifer Maryon Stewart     jstewart@winston.com

Van Beckwith     van.beckwith@bakerbotts.com, debora.simonson@bakerbotts.com

Christopher V. Fenlon     cfenlon@hinckleyallen.com

James Maxwell Cooper     max.cooper@kirkland.com

Anne M. Nardacci     anardacci@bsfllp.com

Stuart H. Singer    ssinger@bsfllp.com, mcalvin@bsfllp.com

Kajetan Rozga    kajetan.rozga@weil.com

Kevin Benjamin Goldstein    kbgoldstein@winston.com

Eliot Adelson    eliot.adelson@kirkland.com

Michael W. Scarborough    mscarborough@smrh.com

David Efrem Yolkut    david.yolkut@weil.com

Daniel Lawrence Rashbaum    drashbaum@mnrlawfirm.com

Austin Van Schwing    aschwing@gibsondunn.com, tmotichka@gibsondunn.com

Kyle Smith    ksmith@bsfllp.com, aweber@bsfllp.com, kyle-smith-2562@ecf.pacerpro.com

Jeffrey L. Kessler    jkessler@winston.com, docketny@winston.com

Lucius Bernard Lau    alau@whitecase.com, jonathanc.black@whitecase.com, mfrutig@whitecase.com, samuel.sharp@whitecase.com

Joel Steven Sanders    jsanders@gibsondunn.com

James H. Mutchnik    jmutchnik@kirkland.com

Kate Wheaton    kate.wheaton@kirkland.com

James Landon McGinnis    jmcginnis@sheppardmullin.com

Helen Cho Eckert    heckert@sheppardmullin.com

Jon Vensel Swenson    jon.swenson@bakerbotts.com

John M. Taladay    john.taladay@bakerbotts.com

Charles M. Malaise    charles.malaise@bakerbotts.com

Terrence Joseph Truax    ttruax@jenner.com

Calvin Lee Litsey    calvin.litsey@faegrebd.com

Brent Caslin    bcaslin@jenner.com

Molly McGrail Powers    mpowers@jenner.com

Gabriel A. Fuentes    gfuentes@jenner.com

Michael T. Brody    mbrody@jenner.com

Shaun M. Van Horn    svanhorn@jenner.com

Bradley Stephen Pensyl    bradley.pensyl@allenovery.com

Tiffany B. Gelott    tiffany.gelott@bakerbotts.com

Sofia Roa Arguello    sarguello@winston.com

Dan S Boyd    dan@boydlawfirmpc.com

Gerald Hawxhurst    jerry@cronehawxhurst.com

Amy Heard    amy.heard@bakerbotts.com

Jessica Underwood    jessica.underwood@bakerbotts.com

Gail Ann McQuilkin    gam@kttlaw.com

Pravin Rajesh Patel    pravin.patel@weil.com

John F. Dew    jdew@bsfllp.com

Robert William Turken    rturken@bilzin.com

Mitchell Edward Widom    mwidom@bilzin.com

Stuart Harold Singer    ssinger@bsfllp.com

Melissa Willett    mwillett@bsfllp.com

Leo David Caseria    lcaseria@sheppardmullin.com

Daniel Rashbaum    drashbaum@mnrlawfirm.com

Jacob Pultman    jacob.pultman@allenovery.com

Bradley S. Pensyl    bradley.pensyl@allenovery.com

Scott Konopka    skonopka@mrachek-law.com

Kathy Lynn Osborn    kathy.osborn@faegrebd.com

**1:17-cv-04504-BMC Notice will not be electronically mailed to:**

Alandia Heard


Christopher Donnelly
JK5048
301 Instutition Dr.
Bellefonte, PA 16823

Christopher Wirth
LA 2120
301 Instutition Dr.
Bellefonte, PA 16823

Edward Breivik
1586 Lawrence Road
Lawrence, NJ 08648

Gary L. Halling
Sheppard, Mullin, Richter & Hampton
333 So. Hope St 48th Flr
Los Angeles, CA 90071

Jennifer Milici
Boies, Schiller & Flexner LLP
5301 Wisconsin Ave, Nw
Suite 800
Washington, DC 20015

Jimmy Jahar Thule
518 George Road
Toms River, NJ 08753

Ramzi Yusef
5880 Highway 67
Florence, CO 81226

Richard Reid
24079-038

William A. Isaacson
Donovan, Leisure, Rogovin, Huge & Schiller
1250 24th Street, N.W.
Washington, DC 20037-1124

**1:17-cv-06901-BMC Notice has been electronically mailed to:**

Michael S. Feldberg     michael.feldberg@newyork.allenovery.com

John Roberti     john.roberti@allenovery.com, jroberti91@alumni.brown.edu

Philip J. Iovieno     piovieno@bsfllp.com, aweber@bsfllp.com, ksmith@bsfllp.com, tmiller@bsfllp.com

Adam C. Hemlock     adam.hemlock@weil.com, Kajetan.Rozga@weil.com, christopher.lee@weil.com, harold.leslie@weil.com, jay.minga@weil.com, lara.trager@weil.com, mark.ribaudo@weil.com, mco.ecf@weil.com, nicholas.klenow@weil.com, nymao@ecf.pacerpro.com

Scott N. Wagner     swagner@bilzin.com, eservice@bilzin.com

Eva W. Cole     ewcole@winston.com, docketny@winston.com

Dana E. Foster     defoster@whitecase.com, andrew.black@whitecase.com

Edward Soto     edward.soto@weil.com

Molly M. Donovan     mmdonovan@winston.com

Christopher Mark Curran     ccurran@whitecase.com, cnaifeh@whitecase.com, jdisanti@whitecase.com, mco@whitecase.com, rsequeira@washdc.whitecase.com

Joel S. Sanders     jsanders@gibsondunn.com, smaruschak@gibsondunn.com

Rachel S. Brass     rbrass@gibsondunn.com, smaruschak@gibsondunn.com

Jennifer Maryon Stewart     jstewart@winston.com

James Maxwell Cooper (Terminated)     max.cooper@kirkland.com

Kajetan Rozga     kajetan.rozga@weil.com

Kevin Benjamin Goldstein     kbgoldstein@winston.com

Austin Van Schwing     aschwing@gibsondunn.com, tmotichka@gibsondunn.com

Jeffrey L. Kessler     jkessler@winston.com, docketny@winston.com

Lucius Bernard Lau     alau@whitecase.com, jonathanc.black@whitecase.com, mfrutig@whitecase.com, samuel.sharp@whitecase.com

Terrence Joseph Truax     ttruax@jenner.com

Calvin Lee Litsey     calvin.litsey@faegrebd.com

Brent Caslin     bcaslin@jenner.com

Gabriel A. Fuentes     gfuentes@jenner.com

Michael T. Brody     mbrody@jenner.com

Shaun M. Van Horn     svanhorn@jenner.com

Sofia Roa Arguello     sarguello@winston.com

Pravin Rajesh Patel     pravin.patel@weil.com

Robert William Turken     rturken@bilzin.com

Mitchell Edward Widom    mwidom@bilzin.com

Stuart Harold Singer    ssinger@bsfllp.com

Melissa Willett    mwillett@bsfllp.com

Charles A. Legge    snevins@jamsadr.com

Eliot A. Adelson    eadelson@kirkland.com

Darryl M. Bloodworth    dbloodworth@deanmead.com

James Nial Robinson, II    jrobinson@whitecase.com

Daniel Rashbaum    drashbaum@mnrlawfirm.com

Christopher M. Curran    ccurran@whitecase.com

Jacob Pultman    jacob.pultman@allenovery.com

Bradley S. Pensyl    bradley.pensyl@allenovery.com

Scott Konopka    skonopka@mrachek-law.com

David L. Yohai    david.yohai@weil.com

David E. Yolkut    david.yolkut@weil.com

Kathy Lynn Osborn    kathy.osborn@faegrebd.com

**1:17-cv-06901-BMC Notice will not be electronically mailed to:**

William A. Isaacson
Donovan, Leisure, Rogovin, Huge & Schiller
1250 24th Street, N.W.
Washington, DC 20037-1124