UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 17 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION,

---

MARTA COOPERATIVE OF AMERICA, INC.,

    Plaintiff - Appellant,

 v.

TOSHIBA CORPORATION; et al.,

    Defendants - Appellees.

No. 16-16982

D.C. No. 3:07-cv-05944-JST
U.S. District Court for Northern California, San Francisco

**MANDATE**

The judgment of this Court, entered December 26, 2017, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rebecca Lopez
Deputy Clerk
Ninth Circuit Rule 27-7