John Roberti (pro hac vice)
ALLEN & OVERY LLP
1101 New York Avenue NW
Washington, D.C. 20005
202-683-3800
john.roberti@allenovery.com

Michael S. Feldberg (pro hac vice)
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, NY 10020
212-610-6360
michael.feldberg@allenovery.com

*Counsel for Samsung SDI Co. Ltd. and
Samsung SDI America, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

### (OAKLAND DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MASTER FILE NO. 07-CV-5944 SC |
| This Document Relates to:<br><br>ALL ACTIONS | **NOTICE OF WITHDRAWAL OF ATTORNEY MATTHEW R. BOUCHER** |

TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Matthew r. Boucher is no longer an attorney at the law firm of Allen & Overy, LPP and is hereby withdrawn as counsel for Samsung SDI Co. Ltd. and Samsung SDI America, Inc. Mr. Boucher should be removed from the Court's service list with respect to this action. Defendants Samsung SDI Co. Ltd. and Samsung SDI America, Inc. will continue to be represented in the referenced actions by other counsel of record.

Date: February 12, 2018                    Respectfully submitted,

/s/ John Roberti
John Roberti  (pro hac vice)
ALLEN & OVERY LLP
1101 New York Avenue NW
Washington, D.C. 20005
202-683-3800
john.roberti@allenovery.com

Michael S. Feldberg (pro hac vice)
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, NY 10020
212-610-6360
michael.feldberg@allenovery.com

*Counsel for Samsung SDI Co. Ltd. and Samsung SDI America, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 12, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification to the e-mail address registered.

Date: February 12, 2018                    Respectfully submitted,


                                           /s/ John Roberti             _
                                           John Roberti