MARIO N. ALIOTO, ESQ. (56433)
JOSEPH M. PATANE, ESQ. (72202)
LAUREN C. CAPURRO, ESQ. (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA  94123
Telephone:  (415) 563-7200
Facsimile: (415) 346-0679
E-mail: malioto@tatp.com
jpatane@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the Indirect Purchaser Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-JST<br>Case No. 3:17-cv-04067-JST |
| This Document Relates to:<br><br>*Luscher, et al. v. Mitsubishi Electric Corp.,* No. 17-cv-04067-JST | MDL No. 1917<br><br>**ADMINISTRATIVE MOTION PURSUANT TO L.R. 7-11 FOR LEAVE FOR EXCESS PAGES**<br><br>Judge: Hon. Jon S. Tigar |

Pursuant to N.D. Cal. L.R. 7-11, Indirect Purchaser Plaintiffs L.P. ("IPPs") move the Court for leave to file a Memorandum of Points and Authorities In Support of their Motion for Preliminary Approval of Class Action Settlement with Mitsubishi Electric Corporation ("Mitsubishi Electric") of thirty-one (31) pages. Mitsubishi Electric does not oppose this motion.

IPPs' administrative motion should be granted. The *Luscher* action is related to the above-captioned MDL No. 1917, which has been pending for more than ten years. Mitsubishi Electric has been involved since 2011. In order to meet the standard for preliminary approval of the Proposed Settlement, IPPs need the additional six (6) pages to fully describe the procedural history, the settlement terms and negotiations, the sufficiency of discovery, the parties' claims and defenses and the risks of continued litigation for IPPs, and IPPs' preparations for trial against the other defendants. IPPs also set forth a comprehensive notice program and a detailed plan of distribution for the Court's evaluation and approval. The plan of distribution is related to the prior settlements in this case and therefore has required additional explanation.

Accordingly, IPPs respectfully request that the Court grant this Administrative Motion and allow IPPs to file a brief of thirty-one (31) pages in support of their Motion for Preliminary Approval.

Dated: February 13, 2018                    Respectfully submitted,

   */s/ Mario N. Alioto*
   Mario N. Alioto (56433)
   malioto@tatp.com
   Joseph M. Patane (72202)
   jpatane@tatp.com
   Lauren C. Capurro (241151)
   laurenrussell@tatp.com
   TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
   2280 Union Street
   San Francisco, CA 94123
   Telephone: 415-563-7200
   Facsimile: 415-346-0679

   *Lead Counsel for Indirect Purchaser Plaintiffs*

ADMINISTRATIVE MOTION                                                      Case No. 3:17-cv-04067-JST
PURSUANT TO L.R. 7-11 FOR LEAVE FOR EXCESS PAGES                           MDL No. 1917