| | |
|---|---|
| 1 | MARIO N. ALIOTO, ESQ. (56433) |
| 2 | JOSEPH M. PATANE, ESQ. (72202) |
|   | LAUREN C. CAPURRO, ESQ. (241151) |
| 3 | TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP |
|   | 2280 Union Street |
| 4 | San Francisco, CA  94123 |
|   | Telephone:  (415) 563-7200 |
| 5 | Facsimile: (415) 346-0679 |
|   | E-mail: malioto@tatp.com |
| 6 | jpatane@tatp.com |
| 7 | laurenrussell@tatp.com |

*Lead Counsel for the Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-JST<br>Case No. 17-cv-04067-JST<br><br>MDL No. 1917 |
| This Document Relates to:<br><br>*Luscher, et al. v. Mitsubishi Electric Corp.,*<br>No. 17-cv-04067-JST | **DECLARATION OF LAUREN C. CAPURRO IN SUPPORT PLAINTIFFS' ADMINISTRATIVE MOTION PURSUANT TO L.R. 7-11 FOR LEAVE FOR EXCESS PAGES**<br><br>Judge: Hon. Jon S. Tigar |

I, Lauren C. Capurro, declare as follows:

1. I am an attorney duly licensed by the State of California and am admitted to practice before this Court. I am a partner with the law firm Trump, Alioto, Trump & Prescott, LLP and my firm serves as Lead Counsel for the Indirect Purchaser Plaintiffs ("IPPs") in the above-captioned action. I submit this declaration in support of IPPs' Administrative Motion Pursuant to L.R. 7-11 For Leave For Excess Pages ("Administrative Motion"). I have personal knowledge of the facts stated herein, and I could and would competently testify thereto if called as a witness.

2. IPPs are moving for preliminary approval of a class action settlement with Mitsubishi Electric Corporation ("Mitsubishi Electric"), which is the only defendant named in *Luscher, et al. v. Mitsubishi Electric Corp.,* No. 17-cv-04067-JST.

3. The *Luscher* action is related to the above-captioned MDL No. 1917, which has been pending for more than ten years. Mitsubishi Electric has been involved since 2011.

4. IPPs' motion for preliminary approval describes the long procedural history of the MDL, the settlement terms and negotiations with Mitsubishi Electric, the sufficiency of discovery, the parties' claims and defenses and the risks of continued litigation for IPPs, and IPPs' preparations for trial against the other defendants. IPPs also set forth a comprehensive notice program and a detailed plan of distribution for the Court's evaluation and approval. The plan of distribution is related to the prior settlements in this case and therefore has required additional explanation.

5. In my opinion, based on the work I have done on the motion for preliminary approval, and my knowledge of this case having worked on it for over ten years, an additional six (6) pages are necessary to properly present the motion for preliminary approval to the Court.

6. Counsel for Mitsubishi Electric has informed me that they have no objection to this motion.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 13, 2018, in San Francisco, California.

                                        /s/ Lauren C. Capurro
                                            Lauren C. Capurro