Mario N. Alioto (56433)
Joseph M. Patane (72202)
Lauren C. Capurro (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2280 Union Street
San Francisco, CA 94123
Telephone: 415-563-7200
Facsimile: 415- 346-0679
Email: malioto@tatp.com
jpatane@tatp.com
laurenrussell@tatp.com

***Class Counsel for the***
***Indirect Purchaser Plaintiffs***

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV-07-5944-JST |
| | MDL No. 1917 |
| | Case No.: 3:17-cv-04067-JST |
| This Document Relates to: | **DECLARATION OF JOSEPH M. FISHER RE:  MITSUBISHI NOTICE PROGRAM** |
| *Luscher, et al. v. Mitsubishi Electric Corp.*, No. 17-cv-04067-JST | Courtroom: Nine, 19th Floor Judge:  Honorable Jon S. Tigar |

I, Joseph M. Fisher, declare:

**INTRODUCTION**

1.     <u>Identification</u>.   I am the president of The Notice Company, Inc., a Massachusetts corporation with offices at 94 Station Street, Hingham, MA 02043 ("The Notice Company"). The Notice Company is principally engaged in the administration of class action settlements and lawsuits pending in courts around the United States, including the dissemination of notice to class members, administering the claims process, and distributing the proceeds of the litigation to the class.  I have over a decade of experience assisting attorneys with class action notices and claims administration.  I am also a member in good standing of the bars of the Commonwealth of Massachusetts, the District of Columbia, and the Commonwealth of Virginia.  I am over 21 years of age and not a party to this action.  I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify thereto under oath.  Attached as <u>Exhibit A</u> hereto is a true and correct listing of cases where The Notice Company has implemented notice programs in cases throughout the United States.

2.     <u>Prior Declarations and Notice Programs in this Litigation</u>.

(a)     The Notice Company developed and implemented the notice programs for use in the cathode ray tube ("CRT") indirect-purchaser plaintiffs ("IPP") settlements with Chunghwa Picture Tubes, Ltd (the "Chunghwa Settlement").  In my declaration dated February 28, 2012 (ECF Nos. 1063-1065), I reported on the class notice program for the Chunghwa Settlement, which this Court found "constitutes the best notice practicable under the circumstances, is due and sufficient notice to the Indirect Purchaser Settlement Class and complies fully with the requirements of Federal Rule of Civil Procedure 23 and the due process requirements of the Constitution of the United States."  Order Granting Preliminary Approval of the Chunghwa Settlement, ¶ 13 (ECF No. 992).

(b)     In my declaration dated March 27, 2014 (ECF Nos. 2511-2514), I reported on the class notice program for the certified class and the settlement with defendants LG Electronics, Inc., LG Electronics U.S.A., Inc., and LG Electronics Taiwan Taipei Co., Ltd (the "LG Settlement"). This Court found that the notice program for the LG Settlement "constitutes the best notice practicable under the circumstances, is due and sufficient notice to the Indirect Purchaser Settlement Class and complies fully with the requirements of Federal Rule of Civil Procedure 23 and the due

process requirements of the Constitution of the United States."  Revised Order Granting Preliminary Approval of the LG Settlement, ¶ 12 (ECF No. 2248).

(c)  In my declaration dated May 27, 2015 (ECF No. 3863), I described the notice program developed by The Notice Company for the settlements with:

(i)  Koninklijke Philips N. V. (f/k/a Koninklijke Philips Electronics N. V.); Philips Electronics North America Corporation; Philips Taiwan Limited (f/k/a Philips Electronics Industries (Taiwan), Ltd.); and Philips do Brasil, Ltda. (f/k/a Philips da Amazonia Industria Electronica Ltda.) (collectively "Philips");

(ii)  Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.); Panasonic Corporation of North America; MT Picture Display Co., Ltd.; and an affiliate of Panasonic Corporation, Beijing Matsushita Color CRT Co., Ltd. (collectively "Panasonic");

(iii)  Hitachi, Ltd.; Hitachi Displays, Ltd. (n/k/a Japan Display Inc.); Hitachi Electronic Devices (USA), Inc.; Hitachi Asia, Ltd.; and Hitachi America, Ltd. (collectively "Hitachi");

(iv)  Toshiba Corporation; Toshiba America Information Systems, Inc.; Toshiba America Consumer Products, L.L.C.; and Toshiba America Electronic Components, Inc. (collectively "Toshiba");

(v)  Samsung SDI Co. Ltd; Samsung SDI America, Inc.; Samsung SDI Brasil, Ltda.; Tianjin Samsung SDI Co., Ltd.; Shenzhen Samsung SDI Co., Ltd; Samsung SDI Malaysia Sdn. Bhd; Samsung SDI Mexico S.A. de C. V. (collectively "Samsung SDI);

(vi)  Technicolor SA (f/k/a Thomson SA) and Technicolor USA, Inc. (f/k/a Thomson Consumer Electronics, Inc.) (collectively "Thomson"); and

(vii)  Technologies Displays Americas LLC (f/k/a Thomson Americas LLC) ("TDA").

The settlements with Hitachi, Panasonic, Philips, Samsung, Toshiba, Thomson and TDA are collectively referred to as the "2015 Settlements."

(d)  In my Declaration dated November 17, 2015 (ECF No. 4371), I reported on implementation of the notice program for the 2015 Settlements. This Court found that the notice

program for the 2015 Settlements "provided the best practicable notice to class members."  Order Granting Final Approval of Indirect Purchaser Settlements, ¶ III.C (ECF No. 4712).

      3.   <u>Purpose of Declaration</u>.  The purpose of this Declaration is to propose a program for providing notice of the Settlement Agreement dated October 25, 2017 (and the Addendum thereto) with Mitsubishi Electric Corporation ("Mitsubishi Electric Settlement") to the Settlement Class, including notice of the claims process available to members of the Settlement Class, in a manner that effectively reaches the Settlement Class, that constitutes the best notice practicable under the circumstances and that complies fully with the requirements of Rule 23 of the Federal Rules of Civil Procedure.

      4.   <u>Proposed Settlement Class</u>.  The parties propose a "Settlement Class" defined as follows:

> All persons or entities who or which indirectly purchased in an Indirect Purchaser Jurisdiction, other than Missouri, Montana, and Rhode Island, for their own use and not for resale, CRTs or CRT Products manufactured and/or sold by any Mitsubishi Electric Releasee, or any Alleged Co-Conspirator, where such purchase took place during the following time periods:
>
>     1)   From March 1, 1995 through November 25, 2007 for purchases in Arizona, Arkansas, California, District of Columbia, Florida, Iowa, Kansas, Maine, Massachusetts, Michigan, Minnesota, Mississippi, New Hampshire, New Mexico, New York, North Carolina, North Dakota, Oregon, South Carolina, South Dakota, Tennessee, Utah, Vermont, West Virginia, and Wisconsin;
>
>     2)   From June 25, 2002 through November 25, 2007 for purchases in Hawaii;
>
>     3)   From July 20, 2002 through November 25, 2007 for purchases in Nebraska;
>
>     4)   From February 4, 1999 through November 25, 2007 for purchases in Nevada;

(b)      All persons who or which indirectly purchased in Missouri from March 1, 1995 through November 25, 2007, for their own use and not for resale, and primarily for personal, family or household purposes, CRTs or CRT Products manufactured and/or sold by any Mitsubishi Electric Releasee, or any Alleged Co-Conspirator;

(c)      All persons who or which indirectly purchased in Montana from March 1, 1995 through November 25, 2007, for their own use and not for resale, and primarily for personal, family or household purposes, CRTs or CRT Products manufactured and/or sold by any Mitsubishi Electric Releasee, or any Alleged Co-Conspirator;

(d)      All natural persons who indirectly purchased in Rhode Island from March 1, 1995 through November 25, 2007, for their own use and not for resale, and primarily for personal, family, or household purposes, CRTs or CRT Products manufactured and/or sold by any Mitsubishi Electric Releasee, or any Alleged Co-Conspirator;

(e)      Specifically excluded from the Settlement Class are Mitsubishi Electric Releasees, Alleged Co-Conspirators, any federal, state or local government entities, and any judicial officer presiding over this action and the members of his/her immediate family and judicial staff.

## FORMS OF NOTICE

5.      <u>Summary Notice and Detailed Notice</u>.   Attached hereto as <u>Exhibits B and C</u>, respectively, are the Detailed Notice and Summary Notice in the forms agreed upon by the parties to the Settlement.   Each form of notice describes the nature of the pending litigation; reviews the general terms of the proposed settlement; states that complete information is available from the court files and from the settlement website at ***www.CRTclaims.com***; informs class members that they may appear and be heard at the fairness hearing; provides the date and location of the fairness hearing; informs class members of their opt out rights; identifies the deadline for submitting opt outs and objections; informs class members that the judgment will bind all class members who do not opt-out, and that any member who does not opt-out may appear through counsel; and sets forth the deadline

and process for submitting claims for payment under the Settlement.  In addition, each form of notice provides a toll-free telephone number which class members may call to obtain additional information or to request a Claim Form, as well as SMS[1] Text Messaging instructions for requesting a Claim Form.  Class Members who request a Claim Form will have the opportunity to fill out a Claim Form, online or in hard copy, substantially in the form of <u>Exhibit D</u> attached hereto.

6.     <u>Spanish Language</u>.  The attached forms of the Detailed Notice and Summary Notice are in English, but they will also be translated into Spanish for use in Spanish-language publications, for a Hispanic press release, and on the website.

7.     <u>Plain Language</u>.  The Detailed Notice and Summary Notice are written in a clear, plain and concise style appropriate for the target audience.  The Detailed Notice includes an overall summary of the notice, uses short bullet points that highlight the nature of the case and the purpose of the notice, includes a table of contents, organizes the topics into different sections and places the information in a logical order. The Summary Notice is short but comprehensive; it refers to all of the requirements of Rule 23 in a simple and clear summary fashion. The notices comport with the plain language standards for legal noticing.

## NOTICE PROGRAM

8.     <u>Summary of Notice Program</u>. The proposed Notice Program utilizes a combination of the following:

(a)     Direct Notice by mail and email;

(b)     Paid Print Media;

(c)     Online Media;

(d)     Cable Television;

(e)     Social Media; and

(f)     Earned Media, including Press Releases.

---

[1] "SMS" stands for short message service, which allows short text message to be sent by cell phone or web.

DECLARATION OF JOSEPH M. FISHER RE: NOTICE PROGRAM– Master File No. CV-07-5944-JST

9.     Target Audience.  The Settlement Class includes consumers who indirectly purchased CRTs and/or products containing CRTs, such as televisions and computer monitors ("CRT Products"), in 30 states plus the District of Columbia as referenced above in paragraph 4 (collectively referred to as the "31 Jurisdictions") during a period that extends from March 1, 1995, through November 25, 2007. The Settlement Class encompasses the vast majority of households in those 31 Jurisdictions during the early portion of that time period.

(a)     Televisions:  According to the Nielsen Television Index (NTI), more than 98% percent of U.S. households had at least one television set throughout the period 1995 to 2007.[2] CRT technology accounted for virtually all television sales in 1995, declining markedly to less than 27% by 2007.[3]  Sales of CRT televisions sold during the period 1995 to 2002 accounted for nearly 69% of all CRT TV sales from 1995 to 2007.[4]

(b)     Computer Monitors: The percentage of households with computers ranged from approximately 37% in 1997 to nearly 70% in 2007.[5] Computer usage by businesses was also prevalent throughout the period.  For example, in 2003, 55.5% of all workers in the United States were using computers.[6]  Up until 2002, most computer displays sold were CRT monitors, declining steadily thereafter, with CRT sales during the period 1995 to 2002 accounting for approximately 85% of all CRT monitors sold from 1995 to 2007.[7]

---

[2] Television Bureau of Advertising, Inc., *TV Basics*, p. 2 (2010).  *See also* The American Council for an Energy-Efficient Economy (ACEEE), *Televisions, Computers, and Set-top Boxes: The Big Three of 2010 Home Consumer Electronics Energy Consumption* (2012), p. 9-302 ("Televisions are the most widely owned consumer electronic device in the U.S. at 95-99% household penetration in 2010").

[3] ACEEE, *supra* note 2 at 9-305; U.S. EPA, *Electronics Waste Management in the United States Through 2009*, p. 11 (May 2011); Joseph A. Castellano, Stanford Resources, Inc., *Market Trends for Displays in Consumer Television* ("CRTs will account for 97.1% of televisions in 2000, slipping to 96.2% in 2004"). *See also* NPD DisplaySearch, *LCD TV Growth Improving, As Plasma and CRT TV Disappear*, (April 16, 2014) at http://www.displaysearch.com/cps/rde/xchg/displaysearch/hs.xsl/ 140415_lcd_tv_growth_improving_as_plasma_and_crt_tv_disappear.asp.

[4] U.S. EPA, *supra* note 3.

[5] U.S. Census Bureau, *Computer and Internet Use in the United States*, p. 2 (May 2013).

[6] U.S. Bureau of Labor Statistics, *Computer and Internet Use At Work*, http://www.bls.gov/news. release/ciuaw.nr0.htm (August 2, 2005).

[7] In 1995, 88% of computer display sales were CRT monitors; in 2000, 89% of computer display sales were CRT monitors; in 2002, two-thirds of computer display sales were CRT monitors.  The major shift away from CRTs occurred in 2003, when only 47% of computer display sales were CRT

(c)     Demographics: For purposes of identifying the current demographic characteristics of Class Members (i.e., their age and income today),[8] I estimate that approximately 89% of individual Class Members are 35+ years of age, and approximately 78% are aged 40+.[9] During the class period, ownership of CRT televisions was widespread throughout all income groups, although persons in the top three quintiles of income (60% of the population) accounted for approximately 75% of expenditures on televisions.[10]   Ownership of home computers was directly related to household income during the class period.  In 2005, for example, 60% of the population in the lowest two quintiles of income had no (zero) computers at home, compared to the upper three quintiles of income where over 71% had at least one computer at home.[11]  Given these significant percentages, in combination with Class Member's ages during the Class Period, the target audience for purposes of measuring delivery of media to Class Members will be persons aged 35 years of age or older with a household income over $60,000 who own televisions or computers.

**Direct Notice**

10.     Preference for Direct Notice.  Rule 23 requires the Court to direct to Class Members "the best notice that is practicable under the circumstances, including individual notice to all

--------

monitors; by 2007, CRT monitors had dropped to 2.4% of computer display sales. While sales during the period 1995 to 2002 accounted for about 85% of all CRT monitors sold from 1995 to 2007, the bulk of CRT monitor sales occurred in the earlier years.  Indeed, sales during the shorter period from 1995 to 2000 accounted for approximately two-thirds of all CRT monitors sold from 1995 to 2007.  U.S. EPA, *supra* note 3, at 11.

[8] Targeting an audience is often discussed in the context of reaching a group of persons who currently purchase, or are expected to purchase, a particular product.  In the present case I will be targeting a designated demographic group, rather than a group of intended purchasers, because CRT televisions and computer monitors are no longer being sold.  *See* NPD DisplaySearch, *supra* note 3.

[9] Adults who were 18+ years of age as of March 1, 1995 would be 41+ years old as of March 1, 2018; adults who were 18+ in 2000 would be 36+ years old in 2018; adults aged 18+ in 2002 would be 34+ years old in 2018; and adults aged 18+ in 2007 would be 29 years old in 2018.  Based on U.S. Census Bureau data (2014 National Population Projections), approximately 89% of all persons categorized as adults during the class period would have a current age of 35+ years, and approximately 78% of all persons categorized as adults during the class period would have a current age of 40+ years.

[10] Neil Tseng, U.S. Bureau of Labor Statistics, *Expenditures on Entertainment, Consumer Expenditure Survey Anthology*, 2003, p. 77 (reporting on expenditures on televisions, radios, and sound equipment).  In 2000, the top three quintiles referred to income greater than $40,840. U.S. Census Bureau, Income Limits for Each Fifth and Top 5 Percent of Families (2014).  In today's dollars (as of December 2017) this amounts to income of approximately $58,400.

[11] U.S. Census Bureau, *Computer and Internet Use* (2005).

members who can be identified through reasonable effort." Fed. R. Civ. P. 23(c)(2)(B). Class Members in the present litigation were all indirect purchasers. A typical individual Class Member may have purchased a television or computer monitor from a retail store such as Best Buy or Costco. Lists of the names and addresses of specific consumers who indirectly purchased CRT Products from 1995 to 2007 are not available to The Notice Company. Nonetheless, given the fact that CRT televisions and computers were widely owned by personal and business consumers throughout this period, The Notice Company has used reasonable efforts to identify likely members of the Settlement Class in order to provide direct notice, as follows:

11.    <u>Direct Notice to Claimants in the 2015 Settlements</u>. All persons and businesses who submitted indirect purchaser claims in the 2015 Settlements will be sent the Summary Notice of the Mitsubishi Electric Settlement. This includes claimants (a) who already submitted claims on or before applicable claim submissions deadlines as well as after such deadlines, (b) who submitted claims regardless of whether or not those claims were determined to be eligible under the terms of the 2015 Settlements, and (c) who submitted claims that were subsequently withdrawn by the claimants. These notices will be sent by mail or email to the addresses designated by such claimants as their preferred mode of communication.

12.    <u>Direct Notice to Persons with Interests in the Litigation</u>. The Notice Company will send the Summary Notice to persons who filed objections to the 2015 Settlements (whether or not they submitted a claim), to third-party claim submission companies that contacted The Notice Company in connection with the 2015 Settlements, and to persons identified by Class Counsel who may have requested to be updated about this litigation.

13.    <u>Direct Notice by Mail: Compiled Lists of Businesses and Organizations</u>. The Notice Company has compiled the following lists of names and addresses for businesses and organizations that are likely members of the Settlement Class, who likely purchased large quantities of CRT televisions and/or computer monitors during the relevant period:

(a)    Every Fortune 500 Company for each year from 1995 to 2007;

(b)    400 largest Private Colleges and Universities in the United States located in the 31 Jurisdictions identified above;

(c)     300 largest Private Schools (secondary schools) in the United States located in the 31 Jurisdictions identified above; and

(d)     70 largest Hospitals in the United States (not owned by any federal, state or local governmental entity) located in the 31 Jurisdictions identified above.

The Notice Company proposes to mail the Summary Notice to each entity on the list.

14.     Direct Notice by Email: List of Small Businesses in the 31 Jurisdictions.  In order to broaden the reach of direct notice to encompass smaller businesses that may qualify under the Settlement to file a claim, The Notice Company has identified a list of email addresses for small business owners (businesses typically ranging from five to twenty-five employees).  The Notice Company has narrowed the list to approximately 1.3 million small businesses located in the 31 Jurisdictions covered by the Mitsubishi Electric Settlement. These are all opt-in email addresses, CAN-SPAM compliant,[12] which means that the companies have consented to the use of their emails by third parties.  The Notice Company proposes to send to this email list the Email Notice in the form attached hereto as Exhibit E.

15.     Direct Notice by Email: List of Consumers in the 31 Jurisdictions.  In order to reach individual consumers who may qualify to file a claim as members of the Settlement Class, The Notice Company has identified a list of email addresses for individual consumers with interests in computers, televisions and consumer electronics in general. The Notice Company has narrowed the list to approximately 10 million persons aged 35+ who reside in one of the 31 Jurisdictions covered by the Mitsubishi Electric Settlement. There are approximately 8 million email addresses that meet these restrictions. These are all opt-in email addresses, CAN-SPAM compliant. The Notice Company proposes to send to this email list the Email Notice in substantially the form attached hereto as Exhibit E.

---

[12] CAN-SPAM Act is a law that sets the rules for commercial email, establishes requirements for commercial messages, gives recipients the right to have you stop emailing them, and spells out penalties for violations.

16. <u>Total Direct Notice</u>. Combined mail and email distribution of notice is expected to be sent to more than 11 million individual consumers and businesses.[13]

## **Paid Media**

17. <u>Summary of Paid Print Media</u>.  In addition to sending direct notice to likely members of the Settlement Class, The Notice Company has designed a paid media program to reach members of the Settlement Class through paid advertisements in print media, including notices to appear in national newspapers, newspapers supplements, and magazines.

18. <u>List of Publications</u>.  Recognizing that the notice could potentially be directed to nearly all U.S. businesses that were operating from 1995 to 2007 and to most U.S. households where persons are currently at least 30 years of age or older, and recognizing the impracticality of sending direct notice to more than 125 million households in the United States,[14] The Notice Company targeted the appropriate demographic for potential class members in order to select the following print media for publication of the Summary Notice:

---

[13] There may be duplication among the various lists, which means that the number of unique recipients may be less than the total number referenced above.

[14] Although the Mitsubishi Electric Settlement covers 31 Jurisdictions, there are significant interstate migration flows from year to year. *See* Census.gov "State-to-State Migration Flows" reported at https://www.census.gov/data/tables/time-series/demo/geographic-mobility/state-to-state-migration.html. Accordingly, publication in national media is appropriate.

DECLARATION OF JOSEPH M. FISHER RE: NOTICE PROGRAM– Master File No. CV-07-5944-JST

**TABLE 1**

| Name | Circulation | Readership | Number of Insertions |
|---|---|---|---|
| **Newspapers** | | | |
| *Parade* (Sunday Magazine) | 22,000,000 | 54,000,000 | 1 |
| *The Wall Street Journal* | 1,100,000 | 3,000,000 | 1 |
| *USA Today* | 1,003,000 | 3,000,000 | 1 |
| *The New York Times* (Sunday national edition) | 1,220,000 | 9,320,000 | 1 |
| **Magazines** | | | |
| *People* | 3,400,000 | 39,000,000 | 2 |
| *Time* | 3,000,000 | 17,400,000 | 1 |
| *Sports Illustrated* | 2,700,000 | 16,200,000 | 1 |

19.   Circulation and Readership.  Circulation data are reported by the various publications and, for major publications, are verified by the Alliance for Audited Media (AAM), formerly known as the Audit Bureau of Circulations (ABC).  Readership is based on surveys; readership typically exceeds circulation because the same copy of a newspaper or magazine may be passed around from person to person.

20.   National Newspapers.  ***Parade*** is the most widely read magazine in the United States; it is distributed in more than 700 newspapers throughout the country as shown in Exhibit F attached hereto.[15]  ***The Wall Street Journal*** is a national newspaper with a special focus on business and economic news; it is distributed throughout the United States as shown in Exhibit G attached hereto. ***USA Today*** is a national newspaper distributed throughout the United States as shown in Exhibit H attached hereto.  ***The New York Times*** is widely read throughout the United States, as shown in Exhibit I attached hereto.

---

[15] ***Parade*** is listed with newspapers because it is distributed by newspapers.

21. <u>National Magazines</u>. ***People*** is a weekly magazine focusing on human-interest stories, published by Time Inc. ***Time*** is a widely circulated weekly news magazine published by Time Inc. ***Sports Illustrated*** is a sports and human-interest magazine published weekly, also owned by Time Inc.

22. <u>Paid Internet Advertising</u>. In addition to paid print media, The Notice Company recommends utilizing Internet advertising to enhance the exposure of Class Members to the notice. Internet advertising allows class members to see the message on screen and to click through to read the notice in more detail and to complete the claim submission process.

23. <u>Online Ads</u>. The Notice Company intends to place ads on content-targeted sites and distribution networks such as:

- Google Display Network[16]
- Facebook[17]
- Bing Network[18]
- AOL[19]
- IDG TechNetwork[20]

The online advertisements will be scheduled to appear for approximately 30 days.

24. <u>Cable Television</u>. Cable television will be used for the purpose of driving people to the website to read the notice and to complete a claim form. A 15-second television advertisement will run over a period of two weeks on cable networks that may include CNN, Discovery Channel, Fox News Channel, Golf Channel, History Channel, Science Channel and the Travel Channel.

---

[16] Google reports that its Display Network, including websites and mobile apps, has over 2 million sites and reaches over 90% of people on the Internet. *See* https://support.google.com/adwords/answer/2404191?hl=en.

[17] Facebook offers its Audience Network that extends ad campaigns beyond Facebook to reach audiences on mobile apps and mobile websites. *See generally* https://www.facebook.com/business/help/788333711222886.

[18] Bing reports that it reaches a global audience of 500 million searchers and powers nearly one in three U.S. desktop searches. *See* https://advertise.bingads.microsoft.com/en-us/get-started/about-bing-ads

[19] The AOL platform extends beyond AOL to include desktops, tablets and smartphones. *See generally* https://advertising.aol.com/platforms.

[20] TechNetwork from IDG focuses on technology audiences. *See* https://www.idg.com/technetwork.

24.    Reach and Frequency.  A media plan is often evaluated by its reach and frequency. Reach is the number or percent of persons expected to be exposed at least once to the notice.[21] Frequency refers to the average number of times an individual is expected to have the opportunity to see the notice.  The proposed notice program is expected to reach approximately 85% of adults aged 35+ who own TVs or computers with a household income of at least $60,000 with an estimated frequency of 2.2 times.[22]

**Online, Social Media and Earned Media**

25.    Settlement Website.  The central focus of the online Notice Program will be the informational, interactive settlement website to be established at ***www.CRTclaims.com***.  The website will be accessible to members of the Settlement Class and will include copies of the Summary Notice, the Detailed Notice, and relevant Court documents; and will provide answers to frequently asked questions, as well as a toll-free phone number for class members to call for additional information.  Claimants will be able to download a Claim Form, or they may elect to complete the claims process online.  Key dates will be posted on the "Dates to Remember" and the "Frequently Asked Questions" pages of the website, including the deadlines for opt outs, objections and claim submissions, as well as the date of the Fairness Hearing. The settlement website will also provide information in Spanish.

26.    Search Engines.  The settlement website will be registered with major search engines on the Internet, including Google, Yahoo! and Bing.

27.    Facebook.  The Pew Research Center estimates that 79% of Internet users, including 68% of all U.S. adults, use Facebook.[23]  In order to engage with persons on Facebook, The Notice

---

[21] Reach is often discussed as a percentage of persons who purchase or, who may express an interest in purchasing, a particular product.  As noted above, in the present case I am speaking of reaching a targeted demographic rather than a group of intended purchasers because CRT televisions and computer monitors are no longer being sold.

[22] The reach of paid print media is analyzed using data from GfK MRI Doublebase, one of the leading producers of media and consumer research in the United States. Analysis of digital media is made utilizing comScore, a leading technology company that measures Internet activity. The Nielsen Company provides data for measuring the reach of broadcast media. The reach and frequency delivered by this proposed media plan is provided as a reasonable estimate at this time.

[23] *See* http://www.pewinternet.org/2016/11/11/social-media-update-2016.

1   Company will establish a Facebook page dedicated to the CRT Settlement, which will include links

2   to the settlement website and information about case deadlines and how to submit a claim.   The

3   Facebook page is in addition to the purchase of ads on Facebook as referenced above.

4   28.   <u>Press Release - English</u>.   The print and online media program will be promoted by

5   issuing the Summary Notice as a nationwide press release utilizing the U.S. domestic news line of

6   PR Newswire.   Attached hereto as <u>Exhibit J</u> is a current listing of the distribution outlets to which

7   the press release will be issued, which includes local and regional magazines, news services,

8   newspapers, online media, blogs, radio and television across the country.

9   29.   <u>Press Release - Spanish</u>.   The Notice Company will also issue the Summary Notice in

10   Spanish as a nationwide press release utilizing PR Newswire's National Hispanic Newsline.

11   Attached hereto as <u>Exhibit K</u> is a current listing of the distribution outlets to which the Spanish press

12   release will be issued, which includes blogs, cable TV, broadcast TV, radio, magazines, newspapers

13   and news services across the country.

14   30.   <u>Twitter</u>.   The Notice Company will utilize PR Newswire's Twitter feeds to increase

15   the exposure of the notice.   Press releases are shared in social networks many thousands of times

16   each day.   PR Newswire will post our Twitter message at staggered intervals to three of PR

17   Newswire's industry-specific Twitter accounts, including a shortened link back to our press release.

18   **SUMMARY**

19   31.   <u>Best Notice Practicable</u>.   In my opinion, the foregoing Notice Program constitutes the

20   best notice practicable under the circumstances and complies fully with the requirements of Rule 23

21   of the Federal Rules of Civil Procedure.

22   32.   <u>Cost Estimate</u>.   The estimated cost of the foregoing Notice Program is approximately

23   $1,900,000.

24

25

26

27

28

1    I declare under penalty of perjury that the foregoing is true and correct to the best of my

2  knowledge.

3    Executed at Hingham, Massachusetts, this 13th day of February, 2018.

4

5

6    _____
     JOSEPH M. FISHER
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF JOSEPH M. FISHER RE: NOTICE PROGRAM– Master File No. CV-07-5944-JST

# DECLARATION OF JOSEPH M. FISHER

## LIST OF EXHIBITS

Exhibit A . . . . . . . . . . . . . . . . . . . .     Summary of Experience

Exhibit B . . . . . . . . . . . . . . . . . . . .     Detailed Notice

Exhibit C . . . . . . . . . . . . . . . . . . . .     Summary Notice

Exhibit D . . . . . . . . . . . . . . . . . . . .     Claim Form

Exhibit E . . . . . . . . . . . . . . . . . . . .     Email Notice

Exhibit F . . . . . . . . . . . . . . . . . . . .     ***Parade Magazine***: State-by-State Distribution

Exhibit G . . . . . . . . . . . . . . . . . . . .     ***The Wall Street Journal***: National Distribution

Exhibit H . . . . . . . . . . . . . . . . . . . .     ***USA Today***: State-by-State Circulation

Exhibit I . . . . . . . . . . . . . . . . . . . .     ***The New York Times***: National Circulation

Exhibit J . . . . . . . . . . . . . . . . . . . .     PR Newswire National Distribution Outlets

Exhibit K . . . . . . . . . . . . . . . . . . . .     PR Newswire National Hispanic Newsline

# DECLARATION OF JOSEPH M. FISHER

# EXHIBIT A

*The Notice Company, Inc.*

94 Station Street, Hingham, MA 02043

_____

www.notice.com     classact@notice.com     (888) 870-9530     (781) 740-1900     fax (781) 836-4297

February 9, 2018

Over the years, The Notice Company has developed and implemented notice programs and served as settlement administrator in a wide variety of cases, with class membership sizes ranging from a few hundred to millions.  Our cases include the following:

**Federal Court Actions**:

* *Abasi v. HCA-The Health Care Company, Inc.* (C.D. CA)

* *Alani v. FC Harris Pavilion Apartments Limited Partnership* (N.D. IL)

* *Aramburu v. Healthcare Financial Services, Inc.* (E.D. NY)

* *Brenner v. I.C. System, Inc.* (D. CT)

* *Brewer v. Village of Old Field* (E.D. NY)

* *Cagler v. Papa John's USA, Inc.* (W.D. NC)

* *In Re: Cathode Ray Tube (CRT) Antitrust Litigation* (N.D. CA)

* *In re Chi-Chi's, Inc.* (Bankr. D. DE)

* *In Re: Chocolate Confectionary Antitrust Litigation* (E.D. Pa)

* *Coco v. Village of Belle Terre* (E.D. NY)

* *Dixon v. Hibbett Sporting Goods, Inc.* (N.D. MS)

* *Duronslet v. Transworld Systems, Inc.* (C.D. CA)

* *EEOC v. Cintas Corp.* (E.D. MI)

* *Fainbrun v. Chex Systems, Inc.* (E.D. NY)

* *Fasten v. Dun & Bradstreet Receivable Management Services, Inc.* (E.D. NY)

* *Hurwitz v. Ameriquest Recovery Services, LLC* (E.D. NY)



*Notice.com*

> \* *Knott v. Dollar Tree Stores, Inc.* (N.D. AL)
>
> \* *McCarthy v. Exterra Credit Recovery, Inc.* (S.D. NY)
>
> \* *Moore v. Sank* (D. CT)
>
> \* *In re OSB Antitrust Litigation* (E.D. PA)
>
> \* *In re Risk Management Alternatives, Inc. Fair Debt Collection Practices*
> *Act Litigation* (S.D. NY)
>
> \* *Rowell v. Voortman Cookies, Ltd* (N.D. IL)
>
> \* *Segelnick v. Risk Management Alternatives, Inc.* (E.D. NY)
>
> \* *Shimada v. Dun & Bradstreet* (C.D. CA)
>
> \* *Vega v. CBE Group, Inc.* (E.D. NY)
>
> \* *Weber v. Saint John's Health Center* (C.D. CA)
>
> \* *Weiss v. Regal Collections* (D. NJ)
>
> \* *Wood v. Village of Patchogue* ( E.D. NY)

**State Court Actions**:

> \* *Aron v. U-Haul Co. of California & U-Haul International, Inc.*
> (Los Angeles County, CA)
>
> \* *Baker v. Lvovskiy d/b/a Quiznos Subshop* (Suffolk County, MA)
>
> \* *Bellotti v. Smiley Brothers, Inc. d/b/a Mohonk Mountain House*
> (Ulster County, NJ)
>
> \* *Boccia v. U.B. Vehicle Leasing, Inc.* (Miami-Dade, FL)
>
> \* *Bonilla v. Starwood Hotels & Resorts Worldwide* (Los Angeles, CA)



*Notice.com*

   \*   *Branch v. Princeton Park Homes* (Cook County, IL)

   \*   *Busse v. Motorola, Inc.* (Cook County, IL)

   \*   *Calhoun v. Crossroads Hospitality, Inc.* (Cook County, IL)

   \*   *Coulson v. Waldrep* (Los Angeles, CA)

   \*   *Fay v. The Wackenhut Corporation* (San Mateo County, CA)

   \*   *Foster v. Friendly Ice Cream Corporation* (Middlesex County, MA)

   \*   *Friedman v. Samsung Electronics America, Inc.* (Bergen County, NJ)

   \*   *Gabiola v. S.R.O. Operating Company, LLC* (Cook County, IL)

   \*   *Gray v. Board of Education of the Township of Hamilton*
       (Mercer County, NJ)

   \*   *Hubbs v. Red Robin International, Inc.* (Greene County, MO)

   \*   *Johnson v. BH Management Services, Inc. d/b/a Prentiss Creek*
       *Apartments* (DuPage County, IL)

   \*   *Johnson v. Houlihan's Restaurants, Inc.* (Kane County, IL)

   \*   *Johnson v. RPH Management, Inc. d/b/a McDonald's Restaurant*
       (Tuscaloosa County, AL)

   \*   *Karbelashvili v. Extreme Learning, Inc.* (Santa Clara County, CA)

   \*   *Ketch, Inc. v. Royal Windows, Inc.* (Oklahoma County, OK)

   \*   *Kinoshita v. Makena Hawaii, Inc.* (1st Cir., HI)

   \*   *Kong v. Nova Cellular Co.* (Cook County, IL)

   \*   *Liik v. New Jersey Civil Service Commission* (Mercer County, NJ)

   \*   *Lucca v. Delops, Inc., d/b/a D'Angelo's Sandwich Shops* (Bristol, MA)



***Notice.com***

&ast; *McAuliffe v. Bay State Gas Co.* (Plymouth, MA)

&ast; *Milex Electronics, Inc. v. Pitney Bowes Credit Corp.*

(Suffolk County, NY)

&ast; *MLC Mortgage Corp v. Mortgage Plus Funding, Inc.*

(Oklahoma County, OK)

&ast; *Padron v. Universal Protection Service* (Orange County, CA)

&ast; *Palomino v. Shop-Vac Corporation* (Bergen County, NJ)

&ast; *Parker v. Water Tower Realty Management Company*

(Cook County, IL)

&ast; *Patterson v. JKLM, Inc. d/b/a McDonalds* (Rock Island County, IL)

&ast; *Plum v. Bayer A.G.* (Seminole County, FL)

&ast; *Prescott v. GMRI, Inc. d/b/a The Olive Garden Italian Restaurant*

(Cumberland County, NC)

&ast; *Rovner v. Forest City Residential Management, Inc* (Cook County, IL)

&ast; *Sarris v. Akzo Nobel Car Refinishes B.V.* (Essex County, MA)

&ast; *Schwab v. America Online, Inc.* (Cook County, IL)

&ast; *Shalman v. World Real Estate* (Cook County, IL)

&ast; *Shorb v. Draper & Goldberg, PLLC* (Frederick County, MD)

&ast; *Snuffer v. Wal-Mart Stores, Inc.* (Raleigh County, WV)

&ast; *Springer v. State of New York* (Court of Claims, NY)

&ast; *Summer v. Toshiba America Consumer Products, Inc.*

(Bergen County, NJ)

February 9, 2018
Page 5 of 5



*Notice.com*

   *   *Teshieda v. Williamsbridge Restaurant Inc. d/b/a New Hawaii Sea Restaurant* (Bronx County, NY)

   *   *Werkmeister v. Hardee's Restaurants* (Spartanburg County, SC)

   *   *Zimmerman v. Michigan Avenue Hotel, LLC* (Cook County, IL)

   *   *Zmucki v. Extreme Learning, Inc.* (Santa Clara County, CA)

# DECLARATION OF JOSEPH M. FISHER

# EXHIBIT B

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

# If You Bought a Cathode Ray Tube (CRT) or a TV or Computer Monitor That Contained a CRT
## *You Could Get Money from a $33 Million Settlement.*

*A Federal Court authorized this notice.  This is not a solicitation from a lawyer.*

- Please read this notice carefully.  Your legal rights may be affected whether or not you act.

- This is the fourth legal notice in this case. A $33 million settlement has been reached with Mitsubishi Electric Corporation, in addition to the previous nine settlements in this litigation involving alleged overcharges on the price of  Cathode Ray Tube (**"CRT"**) Products purchased indirectly from the Defendants. "CRT Products" include CRTs and products containing CRTs, such as televisions and computer monitors. "Indirectly" means that you purchased the CRT Product from someone other than the manufacturer  of the CRT Product. For example, you bought a CRT television from a retailer, such as Best Buy, or a CRT monitor from Dell.

- The Court previously approved settlements with nine Defendants: Chunghwa, LG, Philips, Panasonic, Hitachi, Toshiba, Samsung SDI, Thomson, and Technologies Displays America ("TDA") (the "Prior Settlements").  A settlement has now been   reached with Mitsubishi Electric Corporation ("New Settlement").

- You can make a claim for money if you indirectly purchased CRT Products, for your own use and not for resale, in Arizona, Arkansas, California, the District of Columbia, Florida, Hawaii, Iowa, Kansas, Maine, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Hampshire, New Mexico, New York, North Carolina, North Dakota, Oregon, Rhode Island, South Carolina, South Dakota, Tennessee, Utah, Vermont, West Virginia or Wisconsin (the "Settlement Class"). The purchase must have been made in one of the foregoing states but you do not have to be a resident of these states. Purchases in Missouri, Montana and Rhode Island must have been made primarily for personal, family or household purposes.

- Sony Corporation is **not** a defendant and is **not** alleged to have participated in the conspiracy.  Purchases of Sony® branded CRT Products are **not** eligible to be included in claims filed under the New Settlement. All other brands of CRT Products are eligible.

| YOUR LEGAL RIGHTS AND OPTIONS IN THE NEW SETTLEMENT | |
|---|---|
| **SUBMIT A CLAIM BY _____, 2018** | If you submitted a claim in the Prior Settlements, it will automatically be submitted in the New Settlement. You must submit a claim to receive a payment from the New Settlement for CRT Products not already claimed in the Prior Settlements. *See* Question 11 below. |
| **OBJECT BY _____, 2018** | You can file an objection with the Court explaining why you disagree with the New Settlement, the plan  of distribution, the requested attorneys' fees and litigation expenses, and/or the Class Representative awards. *See* Question 17 for specifics. |
| **GO TO THE HEARING ON _____, 2018** | Ask to speak to the Court about the Settlement. *See* Questions 18 and 20. |
| **EXCLUDE  YOURSELF BY _____, 2018** | Excluding yourself from the Settlement Class is the only option that allows you to individually sue Mitsubishi Electric Corporation about the claims in this case. *See* Questions 12 and 13   for specifics. |
| **DO NOTHING** | If you submitted a claim in the Prior Settlements, it will automatically be submitted in the New Settlement.  If you have **not** already submitted a claim or if you have additional CRT Products not previously claimed, then you must submit a claim. If you do nothing, you will **not** receive payment from the New Settlement for CRT Products not previously claimed and you will give up any rights you currently have to separately sue Mitsubishi Electric for the conduct that is the subject of this litigation. |

These rights and options – **and the deadlines to exercise them** – are explained in this Notice.

**VISIT www.CRTclaims.com OR CALL TOLL FREE 1-800-649-0963**
**PARA UNA NOTIFICACIÓN EN ESPAÑOL, VISITAR NUESTRO WEBSITE O LLAMAR**

## WHAT THIS NOTICE CONTAINS

**BASIC INFORMATION** ................................................................................................ Page 3
   1.   What is this Notice about?
   2.   What is a Cathode Ray Tube ("CRT")?
   3.   What is a CRT Product?
   4.   What is the lawsuit about?
   5.   What is a class action?

**WHO IS INCLUDED IN THE LAWSUIT** ................................................................... Page 5
   6.   Who are the Defendant companies?
   7.   How do I know if I am in the Settlement Class?

**THE NEW SETTLEMENT'S BENEFITS** ...................................................................... Page 7
   8.   What does the New Settlement provide?
   9.   How much money can I get?
  10.   When will I get a payment?

**HOW TO GET A PAYMENT** ...................................................................................... Page 8
  11.   How can I get a payment?

**RIGHT TO EXCLUDE YOURSELF** ........................................................................... Page 9
  12.   Who has the right to be excluded?
  13.   How do I exclude myself from the Settlement Class?

**REMAINING IN THE SETTLEMENT CLASS** .......................................................... Page 9
  14.   What am I giving up if I remain a member of the Settlement Class?

**THE LAWYERS REPRESENTING YOU** ................................................................... Page 10
  15.   Do I have a lawyer representing me?
  16.   How will the lawyers be paid?

**OBJECTING OR COMMENTING ON THE NEW SETTLEMENT, PLAN OF
DISTRIBUTION, ATTORNEYS' FEES, LITIGATION EXPENSES, AND AWARDS** ...... Page 10
**TO CLASS REPRESENTATIVES**
  17.   How do I object or comment on the New Settlement?

**THE FAIRNESS HEARING** ..................................................................................... Page 11
  18.   When and where will the Court consider the New Settlement, the plan of
      distribution, request for attorneys' fees, litigation expenses and awards to Class
      Representatives?
  19.   Do I have to come to the hearing?
  20.   May I speak at the hearing?

**GET MORE INFORMATION** ................................................................................... Page 12
  21.   Where can I get more information?

**VISIT www.CRTclaims.com OR CALL TOLL FREE 1-800-649-0963**
**PARA UNA NOTIFICACIÓN EN ESPAÑOL, VISITAR NUESTRO WEBSITE O LLAMAR**

## BASIC INFORMATION

| **1.  What is this Notice about?** |
|---|

This Notice is to inform you about a New Settlement that has been reached which may affect your rights, including your right to file a claim, object to, or exclude yourself from the New Settlement. You have the right to know about the New Settlement and about your legal rights and options before the Court decides whether to approve the New Settlement.

**Settlement Class members are eligible to file a claim now to get a payment from the New Settlement (*see* Question 11).**

The Court in charge is the United States District Court for the Northern District of California. The case is called *In re: Cathode Ray Tube (CRT) Antitrust Litigation*, MDL No. 1917. The New Settlement relates to claims against Mitsubishi Electric Corporation in *Luscher, et al. v. Mitsubishi Electric Corp.,* Case No. 17-cv-04067-JST ("the Action").  The people and businesses that sued are called the Plaintiffs, and the companies they sued are called the Defendants (*see* Question 6).

| **2.  What is a Cathode Ray Tube ("CRT")?** |
|---|

Cathode Ray Tubes ("CRTs") are a display technology that was widely used in televisions and computer monitors.  Before LCD, Plasma and LED display technologies became popular, CRTs were the main technology used in displays.  There are two main types of CRTs: Color Display Tubes ("CDTs" or "Monitor Tubes"), which were used to manufacture computer monitors, and Color Picture Tubes ("CPTs" or "TV Tubes"), which were used to manufacture televisions.  This is what a CRT looks like:



| **3. What is a CRT Product?** |
|---|

For the purposes of the lawsuit and the New Settlement, CRT Products means products containing Cathode Ray Tubes, such as televisions and computer monitors.  This is what a CRT Product looks like:

**CRT Monitor:**



**CRT Television:**



| 4. What is the lawsuit about? |
| --- |

The lawsuit claims that Mitsubishi Electric Corporation conspired with other manufacturers of CRTs to fix the prices of CRTs from March 1, 1995 to November 25, 2007, which resulted in overcharges to people and businesses that bought CRT Products, such as televisions and computer monitors. The Defendants deny these claims. The Court has not decided who is right.

The Court previously approved settlements with Chunghwa Picture Tubes Ltd. on March 22, 2012, LG Electronics on April 18, 2014, and Philips, Panasonic, Hitachi, Toshiba, Samsung SDI, Thomson, and TDA on July 7, 2016. The total amount of these Prior Settlements is $576,750,000. The New Settlement with Mitsubishi Electric Corporation provides an additional $33,000,000. The Court still has to decide whether to approve the New Settlement.

---

**5. What is a class action?**

---

In a class action, one or more persons or businesses called class representatives sues on behalf of a group or a "class" of others with similar claims. If the Court determines that a case should proceed as a class action, everyone's claims can be combined into a single proceeding, creating efficiencies for the parties and the courts. In a class action, the court resolves the issues for all class members except those who exclude themselves from the Class.

## WHO IS INCLUDED IN THE LAWSUIT?

---

**6. Who are the Defendant companies?**

---

The Defendants are manufacturers and/or sellers of CRTs.

**The Defendant companies are:**

- Chunghwa Picture Tubes Ltd.; Chunghwa Picture Tubes (Malaysia) SDN. BHD ("Chunghwa");

- LG Electronics Inc.; LG Electronics USA, Inc.; LG Electronics Taiwan Taipei Co., Ltd. ("LG");

- Koninklijke Philips N.V. (f/k/a Koninklijke Philips Electronics N.V.); Philips Electronics North America Corporation; Philips Taiwan Limited (f/k/a Philips Electronics Industries (Taiwan), Ltd.); Philips do Brasil, Ltda. (f/k/a Philips da Amazonia Industria Electronica Ltda.) (collectively "Philips");

- Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.); Panasonic Corporation of North America; MT Picture Display Co., Ltd.; and an affiliate of Panasonic Corporation, Beijing Matsushita Color CRT Co., Ltd. (collectively "Panasonic");

- Hitachi, Ltd.; Hitachi Displays, Ltd. (n/k/a Japan Display Inc.); Hitachi Electronic Devices (USA), Inc.; Hitachi Asia, Ltd.; Hitachi America, Ltd. ("Hitachi");

- Toshiba Corporation; Toshiba America Information Systems, Inc.; Toshiba America Consumer Products, L.L.C.; Toshiba America Electronic Components, Inc. ("Toshiba");

- Samsung SDI Co. Ltd; Samsung SDI America, Inc.; Samsung SDI Brasil, Ltda.; Tianjin Samsung SDI Co., Ltd.; Shenzhen Samsung SDI Co., Ltd; Samsung SDI Malaysia Sdn. Bhd; Samsung SDI Mexico S.A. de C.V. ("Samsung SDI");

- Technicolor SA (f/k/a Thomson SA); Technicolor USA, Inc. (f/k/a Thomson Consumer Electronics, Inc.) ("Thomson");

- Technologies Displays Americas LLC (f/k/a Thomson Americas LLC) ("TDA");

- Mitsubishi Electric Corporation.

- LG.Philips Displays, a/k/a LP Displays International, Ltd.;

- IRICO Group Corporation; IRICO Display Devices Co., Ltd.; and IRICO Group Electronics Co., Ltd.;

- Thai CRT Company, Ltd.;

- Samtel Color, Ltd.;

- Orion Electric Company, Ltd.; and

- Videocon Industries, Ltd.

These companies are collectively referred to herein as "Defendants" or "Alleged Co-Conspirators."

## 7. How do I know if I am in the Settlement Class?

The New Settlement has recovered money ("damages") for consumers who indirectly purchased CRT Products in 30 states and the District of Columbia (the "Settlement Class"). These states and the District of Columbia (together "the states") have antitrust and/or consumer protection laws permitting consumers to sue for damages for antitrust violations.

The "Settlement Class" includes:

- all persons or business entities who or which indirectly purchased in Arizona, Arkansas, California, District of Columbia, Florida, Hawaii, Iowa, Kansas, Maine, Massachusetts, Michigan, Minnesota, Mississippi, Nebraska, Nevada, New Hampshire, New Mexico, New York, North Carolina, North Dakota, Oregon, South Carolina, South Dakota, Tennessee, Utah, Vermont, West Virginia, and Wisconsin, for their own use and not for resale, CRT Products manufactured or sold by any of the Defendants or their alleged co-conspirators (listed in Question 6);
- all persons or business entities who or which indirectly purchased in Missouri or Montana, for their own use and not for resale, and primarily for personal, family, or household purposes, CRT Products manufactured or sold by any of the Defendants or their alleged co-conspirators (listed in Question 6);
- all natural persons who indirectly purchased in Rhode Island, for their own use and not for resale, and primarily for personal, family, or household purposes, CRT Products manufactured or sold by any of the Defendants or their alleged co-conspirators (listed in Question 6).

The purchase must have been made in one of the foregoing states.  You do not have to be a resident of one of these states in order to qualify as a member of the Settlement Class.

Class Period: In order to bring a claim, you must have purchased the CRT Product(s) between March 1, 1995 and November 25, 2007.  Because Hawaii, Nebraska and Nevada laws allowing consumers to bring a claim were enacted after the beginning of the class period, those states have slightly shorter class periods.

- Purchases of CRT Products in Hawaii must have been made between June 25, 2002 and November 25, 2007.
- Purchases of CRT Products in Nebraska must have been made between July 20, 2002 and November 25, 2007.
- Purchases of CRT Products in Nevada must have been made between February 4, 1999 and November 25, 2007.

**Exclusions:**

- Specifically excluded from the Settlement Class are the Defendants; the officers, directors or employees of any Defendant; any entity in which any Defendant has a controlling interest; and, any affiliate, legal representative, heir or assign of any Defendant.
- Also excluded are named co-conspirators, any federal, state or local government entities, any judicial officer presiding over this action and members of his/her immediate family and judicial staff, and any juror assigned to this action.
- Sony Corporation is not a defendant and purchases of Sony® branded CRTs and CRT Products are excluded from the New Settlement.

The specific class definitions are available at www.CRTclaims.com.

## THE NEW SETTLEMENT'S BENEFITS

### 8. What does the New Settlement provide?

The New Settlement provides that Mitsubishi Electric Corporation will pay Thirty Three Million Dollars ($33,000,000) to Plaintiffs in exchange for a release of the class claims against it. The New Settlement is being presented to the Court for approval. The Court has previously approved nine settlements totaling $576,750,000.

The Settlement Fund of $33,000,000 will be used to pay eligible claimants in the jurisdictions listed in Question 7 based on an allocation plan described in Question 9. Any interest earned on the Settlement Fund will be added to the Settlement Fund. The cost to administer the New Settlement as well as attorneys' fees, litigation expenses and payments to the Class Representatives will be paid from the Settlement Fund (*see* Question 16).

The Settlement Agreement and the papers filed in support of the New Settlement are available for review and download at www.CRTclaims.com, or you can request copies by calling 1-800-649-0963.

### 9. How much money can I get?

A plan has been submitted to the Court explaining how the Settlement Fund will be distributed to the Settlement Class Members. Class Counsel expects to receive eligible claims from: (a) Settlement Class Members that did not submit a claim in connection with the Prior Settlements ("**First-time Claimants**"); and (b) Settlement Class Members that already submitted a claim in connection with the Prior Settlements, but that submit a claim in the New Settlement based on purchases of additional CRT Products not included in their prior claim ("**Repeat Claimants**"). **Repeat Claimants** are expected because Settlement Class Members can now claim for purchases in nine states that were not included in the Prior Settlements: Arkansas, Massachusetts, Missouri, Montana, New Hampshire, Oregon, Rhode Island, South Carolina, and Utah.

Those Settlement Class Members who already submitted claims and do not have any additional purchases on which to base claims in the New Settlement are referred to as "**Prior Claimants**." A **Prior Claimant** will be deemed to have filed a claim in the New Settlement without any further action taken by that claimant.

Payments to claimants will be determined on an adjusted pro-rata basis. This means that payment amounts will be based on the number of valid claims filed and on the number and type of CRT Products purchased. Based on data obtained during the course of the litigation, claims for different types of CRT Products will be weighted as follows:

- Claims for purchases of Standard CPTs or CRT Televisions (screen size of less than 30 inches) will be weighted as 1 CRT unit;
- Claims for purchases of Large CPTs or CRT Televisions (screen size of 30 inches or larger) will be weighted as 4.3 CRT units; and
- Claims for purchases of CDTs or CRT Computer Monitors will be weighted as 3 CRT units.

Each new claim will be assigned a weighted CRT unit count based on the types of CRT Products purchased, as described above. For example, a Settlement Class Member that purchased two Standard CRT televisions (2 x 1 CRT unit) and one CRT monitor (3 CRT units) would have five CRT units (2 + 3 = 5). A Settlement Class Member that purchased five CRT monitors (5 x 3 = 15 CRT units) and two Large CRT televisions (4.3 x 2 = 8.6 CRT units) would have 23.6 CRT units (15 + 8.6 = 23.6).

The settlement funds will then be distributed in four steps:

- **Step 1:** All First-time Claimants and Repeat Claimants will receive a minimum payment of $25 for their newly-claimed CRT units. In other words, First-time Claimants and Repeat Claimants with claims

7

worth less than $25 will receive the $25 minimum. All Repeat Claimants and Prior Claimants will receive a minimum payment of $10 for their already-claimed CRT units. The $10 minimum payment will be in addition to any amount that such claimants receive for those CRT units under the Prior Settlements.

- **Step 2:** For the first 25 newly-claimed CRT units only, First-time Claimants and Repeat Claimants will receive the same rate as CRT units claimed in the Prior Settlements (referred to as the "Matching Rate," which is currently estimated at approximately $4 per CRT unit), subject to a $4 million cap. For example, a First-time or Repeat Claimant that submits a new claim for two standard CRT televisions (2 CRT units) and 7 CRT monitors (21 CRT units) would receive $92 ($4 x 23 units).

- **Step 3:** For each newly-claimed CRT unit in excess of 25 units, the remaining settlement funds shall be distributed pro rata among First-time Claimants and Repeat Claimants, provided that the CRT unit value may not exceed the Matching Rate. For example, a First-time or Repeat Claimant that submits a new claim for 1000 CRT monitors (1000 x 3 CRT units = 3000 CRT units) would receive $100 for the first 25 CRT units (as described in Step 2). The CRT unit value for the remaining 2975 units would be calculated by dividing the remaining settlement funds by the total number of newly-claimed CRT units claimed by all First-time Claimants and Repeat Claimants, and multiplying that CRT unit value (which may not exceed the Matching Rate) by 2975.

- **Step 4:** if any funds remain unallocated, those funds will be distributed pro rata to all claimants, First-time Claimants, Repeat Claimants, and Prior Claimants, for all CRT units claimed in the New Settlement and the Prior Settlements.

At this time, it is unknown exactly how much money each Settlement Class Member will recover because it will depend on how many valid claims are submitted.

More details about the anticipated distribution of the Settlement Fund are available in the papers filed with the Court in support of settlement approval, which are available on the settlement website, www.CRTclaims.com.

First-time Claimants and Repeat Claimants need to file a valid claim in order to receive a payment for CRT Products not already claimed in the Prior Settlements (*see* Question 11). CRT Products already claimed by Prior Claimants and Repeat Claimants will be deemed filed for the New Settlement without any further action by such claimants. The Claim Form provides additional details on how to submit a claim.  Further information is available at www.CRTclaims.com or by calling 1-800-649-0963.

| **10. When will I get a payment?** |
| --- |

Payments will be distributed after the Court grants final approval to the New Settlement and after any appeals are resolved. If the Court approves the New Settlement after the hearing on **xxxxxx, 2018,** there may be appeals. We don't know how much time it could take to resolve any appeals that may be filed.

## HOW TO GET A PAYMENT

| **11. How can I get a payment?** |
| --- |

**First-time Claimants and Repeat Claimants**: If you (i) are a member of the Settlement Class; (ii) did not submit a claim in connection with the Prior Settlements **or** did make a claim in connection with the Prior Settlements, but want to make a new claim based on additional purchases of CRT Products not included in your original claim (for example, purchases you made in states not included in the previously approved settlements), you must complete and submit a Claim Form. We encourage you to submit a claim online at www.CRTclaims.com. If you do not file online, you can also submit a claim by mail.

**Prior Claimants**: If you submitted a claim in connection with the Prior Settlements, you do not need to resubmit

those claims.  Your claim in the Prior Settlements will be automatically submitted in the New Settlement without further action by you.

The Claim Form can be found and completed or downloaded at www.CRTclaims.com,  or you can obtain a copy by calling, toll free, 1-800-649-0963, or by texting "CRTclaims" to XXXXX.  If you choose to submit your claim online, you must do so on or before **xxxxx, 2018**. If you choose to submit a Claim Form by mail, it must be postmarked by **xxxxx, 2018**, and mailed to:

CRT Claims
c/o The Notice Company
P.O. Box 778
Hingham, MA 02043

## RIGHT TO EXCLUDE YOURSELF

### 12. Do I have a right to exclude myself from the Settlement Class?

Yes. If you are a Settlement Class Member and you wish to keep your right to sue Mitsubishi Electric Corporation about the claims alleged and settled in this case (*see* Questions 4 and 7), you must exclude yourself from the Settlement Class.  You will not get any money from the New Settlement if you exclude yourself.  You may not submit a Claim Form if you exclude yourself from the New Settlement.

You may exclude yourself from the New Settlement regardless of whether or not you excluded yourself from the Prior Settlements. If you exclude yourself from the New Settlement, it will not affect your rights to recover from the Prior Settlements. If you excluded yourself from the Prior Settlements, you are **not** automatically excluded from the New Settlement. You must decide whether or not to exclude yourself from the New Settlement.

### 13. How do I exclude myself from the Settlement Class?

If you choose to exclude yourself from the Settlement Class in the New Settlement and keep your right to sue Mitsubishi Electric Corporation on your own, you must send a letter that includes the following:

- Your name, address and telephone number;
- A statement saying that you request exclusion from the Settlement Class and do not wish to participate in the settlement with Mitsubishi Electric Corporation in *Luscher, et al. v. Mitsubishi Electric Corp.*, Case No. 17-cv-04067-JST; and
- Your signature.

You must mail your exclusion request, postmarked no later than **xxxxx, 2018,** to:

CRT Indirect Exclusions
c/o The Notice Company
P.O. Box 778
Hingham, MA 02043

## REMAINING IN THE SETTLEMENT CLASS

### 14. What am I giving up if I stay in the Settlement Class?

If you do not exclude yourself from the Settlement Class, you will have given up your right to sue Mitsubishi Electric Corporation on your own for the claims alleged and settled in this case (*see* Questions 4 and 7) and you will be bound by the New Settlement and all subsequent proceedings, orders and judgments in

this lawsuit. In return for the Settlement Amount (*see* Question 8), Settlement Class members will release Mitsubishi Electric Corporation (and certain related entities defined in the Settlement Agreement) from all claims arising under any federal law or under the laws of any of the 30 States or the District of Columbia relating to the facts underlying the Action, as more fully described in the Settlement Agreement.

The Settlement Agreement describes the released claims in detail, so read it carefully since the Settlement Agreement is binding on you. If you have any questions, you may call the toll-free number and speak to the Settlement Administrator for free. You may also consult your own lawyer at your own expense. The Settlement Agreement and the specific release are available at www.CRTclaims.com.

## THE LAWYERS REPRESENTING YOU

| **15. Do I have a lawyer representing me?** |
| --- |

The Court has appointed Trump, Alioto, Trump & Prescott LLP, 2280 Union Street, San Francisco, CA 94123, to represent you as "Class Counsel" for the Settlement Class. You do not have to pay Class Counsel separately. Class Counsel will seek compensation by asking the Court for a share of the settlement proceeds. If you want to be represented by your own lawyer, and have that lawyer appear in court for you in this case, you may hire one at your own expense.

| **16. How will the lawyers be paid?** |
| --- |

Class Counsel will ask the Court for attorneys' fees based on their work on this litigation, not to exceed one-third of the $33,000,000 Settlement Fund, plus reimbursement of their litigation expenses. Class Counsel may also request awards to the Class Representatives who helped the lawyers on behalf of the Classes. Any payment to the attorneys or the Class Representatives will be subject to Court approval, the attorneys may request less than one-third of the Settlement Fund, and the Court may award less than the requested amount. Any award of attorneys' fees, litigation expenses and Class Representative awards that the Court orders, plus the costs to administer the Settlements, will come out of the Settlement Fund and are subject to Court approval.

The attorneys' motion for fees, litigation expenses and Class Representative awards will be filed on or before **xxxxx, 2018**. The motion will be posted on the website at www.CRTclaims.com. You may register at the website or by calling 1-800-649-0963 to receive an email when the motion(s) are filed.

## OBJECTING TO OR COMMENTING ON THE NEW SETTLEMENT, PLAN OF DISTRIBUTION, ATTORNEYS' FEES AND LITIGATION EXPENSES, AND AWARDS TO CLASS REPRESENTATIVES

| **17. How do I object or comment on the New Settlement?** |
| --- |

You can ask the Court to deny approval by filing an objection to the New Settlement. You cannot ask the Court to order a larger settlement; the Court can only approve or deny the Settlement. If the Court denies approval, no settlement payments will be sent out and the lawsuit will continue. If that is what you want to happen, you must object.

If you decide to object, you must do so in writing. The written objection needs to include the following information:

- Your name, address, telephone number, and if you are being assisted by a lawyer, their name, address and telephone number;
- The Action name and number (*Luscher, et al. v. Mitsubishi Electric Corp.*, Case No. 17-cv-04067-JST);
- Proof of membership in the class;
- A brief explanation of your reasons for objecting; and
- Your signature.

The objection must be submitted to the Court either by mailing it to the Class Action Clerk at the address below, or by filing it in person at any location of the United States District Court for the Northern District of California.  **The objection must be filed with the Court or postmarked on or before xxxxx, 2018:**

| COURT |
|---|
| Class Action Clerk<br>United States District Court for the<br>Northern District of California<br>450 Golden Gate Avenue, 16th Floor<br>San Francisco, CA 94102 |

## THE FAIRNESS HEARING

**18. When and where will the Court consider the New Settlement, the plan of distribution, request for attorneys' fees and litigation expenses, and awards to Class Representatives?**

The Court is scheduled to hold a Fairness Hearing to consider the New Settlement at **xx:xx a.m**. on **xxxxx, 2018**, at the United States District Court for the Northern District of California, Courtroom 9, 19th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102. The hearing may be moved to a different date or time without additional notice, so you should check the website www.CRTclaims.com for current information.

At this hearing the Court will consider whether the New Settlement is fair, reasonable, and adequate. The Court will also consider the plan of distribution, and the requests for attorneys' fees, litigation expenses and awards to Class Representatives. If there are objections or comments, the Court will consider them at this time. After the hearing, the Court will decide whether to approve the New Settlement, the plan of distribution and the requests for attorneys' fees, litigation expenses and awards to Class Representatives. We do not know how long these decisions will take.

**19. Do I have to come to the hearing?**

No. Class Counsel will answer any questions the Court may have. But you are welcome to come at your own expense. If you file an objection or comment, you don't have to come  to Court to talk about it. As long as you filed your written objection on time, your objection will be presented to the Court for its consideration.  You may also pay another lawyer to attend on your behalf, but it's not required.

**20. May I speak at the hearing?**

You may ask the Court for permission to speak at the Fairness Hearing.  To do so, you must file a "Notice of Intent to Appear in *In re: Cathode Ray Tube (CRT) Antitrust Litigation*, MDL No. 1917." Be sure to include your name, address, telephone number and your signature. Your Notice of Intent to Appear must be submitted to the Court either by mailing it to the Class Action Clerk at the address in Question 17, or by filing it in person at any location of the United States District Court for the Northern District of California no later than **xxxxx, 2018**.  You cannot speak at the hearing if you excluded yourself from the Settlement Class.

## GET MORE INFORMATION

| 21. Where can I get more information? |
| --- |

This notice summarizes the New Settlement.  For the precise terms and conditions of the New Settlement, please see the Settlement Agreement available at www.CRTclaims.com. We encourage you to check this website regularly for developments in this case. You can also get more information about the settlements in the litigation by:

- Calling 1-800-649-0963;
- Texting "CRTclaims" to XXXXX;
- Writing to CRT Questions, c/o The Notice Company, P.O. Box 778, Hingham, MA 02043;
- Accessing the Court docket in this case through the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.cand.uscourts.gov; or
- Visiting the office of the Clerk of the Court for the United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, CA 94102, between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding Court holidays.

**ALL INQUIRIES CONCERNING THIS NOTICE
SHOULD BE MADE TO THE SETTLEMENT ADMINISTRATOR**

**PLEASE DO NOT TELEPHONE THE COURT OR THE COURT CLERK'S OFFICE**

# DECLARATION OF JOSEPH M. FISHER

# EXHIBIT C

# If You Bought Cathode Ray Tubes or Products containing Cathode Ray Tubes

# Get Money from $33 Million Settlement

# Simple Online Claim Form Takes 3-5 Minutes

A class action Settlement has been reached with Mitsubishi Electric Corporation involving Cathode Ray Tubes ("CRTs"), a display device that was the main component in TVs and computer monitors. The lawsuit claims that Mitsubishi Electric conspired to fix the prices of CRTs, causing consumers to pay more for CRTs and products containing CRTs, such as TVs and computer monitors ("CRT Products"). Mitsubishi Electric denies Plaintiffs' allegations. The case is entitled *In re: Cathode Ray Tube (CRT) Antitrust Litigation*, MDL No. 1917 (N.D. Cal.).

## Who is included in the Settlement?

Individuals and businesses (and natural persons in RI) who or which:

- Indirectly purchased a CRT Product (CRT, TV, or computer monitor), in AZ, AR, CA, FL, HI, IA, KS, MA, ME, MI, MN, MO, MS, MT, NE, NH, NV, NM, NY, NC, ND, OR, RI, SC, SD, TN, UT, VT, WV, WI, or the District of Columbia between March 1, 1995 and November 25, 2007 (HI, NE, and NV have shorter claim periods);
- For their own use and not for resale.

"Indirectly" means that you purchased the CRT Product from someone other than the manufacturer of the CRT Product, e.g. you purchased from Best Buy or Dell. Purchases in MO, MT, and RI must have been made primarily for personal, family, or household purposes. Purchases of Sony products are excluded. More information is available at www.CRTclaims.com or by calling 1-800-649-0963).

## What does the Settlement provide?

Mitsubishi Electric has agreed to pay $33 million to settle the claims against it. Individuals and businesses (and natural persons in RI) that purchased CRT Products in the above-listed states are eligible to file a claim. You must have purchased in one of those states, but you do not have to be a resident of one of those states.

The amount of money you will receive depends on the type and quantity of CRT Products you purchased and the total number of claims made. Eligible claimants are expected to get a minimum payment of $25 for first-time claimants or $10 for prior claimants (who filed claims in prior settlements with other defendants in this litigation). More information is available at www.CRTclaims.com, or by calling 1-800-649-0963.

## How can I get a payment?

Claim online or by mail by **XXXX xx, 2018.** The simple online Claim Form only takes 3-5 minutes for most individuals. If you previously submitted a claim regarding your purchases of CRT Products, you do not have to resubmit it to benefit from this Settlement, unless you have additional purchases to claim.

## What are my rights?

If you do nothing, you will be bound by the Court's decisions.  If you want to keep your right to sue the Defendant, you must exclude yourself from the Settlement Class by **XXXX xx, 2018.**  If you stay in the Settlement Class, you may object to the Settlement by **XXXX xx, 2018.**

The Court will hold a hearing on **XXXX xx, 2018** at **xx:xx a.m.** to consider whether to approve the Settlement and a request for attorneys' fees up to one-third of the Settlement Fund, plus reimbursement of litigation expenses, and awards to Class Representatives. This date may change so please check the website. You or your own lawyer may appear and speak at the hearing at your own expense.

| For More Information: | **1-800-649-0963  www.CRTclaims.com**<br>**Text: "CRTclaims" to XXXXX** (text messaging rates may apply)<br>Para una notificacion en Espanol, llamar o visitar nuestro website.<br><br>**PLEASE DO NOT CONTACT THE COURT** |
|---|---|

# DECLARATION OF JOSEPH M. FISHER

# EXHIBIT D

## In Re: Cathode Ray Tube (CRT) Antitrust Litigation (MDL No. 1917)
*(U.S. District Court for the Northern District of California)*

**MITSUBISHI ELECTRIC SETTLEMENT**
**CATHODE RAY TUBE (CRT) INDIRECT PURCHASER CLAIM FORM**
Deadline for Submission is _____, 2018

### GENERAL INSTRUCTIONS & DEFINITIONS

This Claim Form is for the 2018 Mitsubishi Electric Settlement ("**New Settlement**") in the Cathode Ray Tube ("CRT") indirect purchaser actions. Your claim must be submitted online by, or mailed and postmarked by, _____, 2018. Claims from the 2015 Prior Settlements ("**Prior Settlements**") with other manufacturers of CRT Products are no longer being accepted. **Additional information is provided in the Detailed Notice of Settlement, available at www.CRTclaims.com.**

The New Settlement encompasses indirect purchases of CRT Products manufactured by any company, not just by Mitsubishi. Only Sony® branded CRT Products are NOT eligible to be included in this case.  All other brands of CRT Products are eligible.

**What are CRT Products?**  CRT Products include Cathode Ray Tubes ("CRTs") and products containing CRTs, such as televisions and computer monitors.  **See Questions 2 & 3 in the Detailed Notice.**

**What is an "Indirect" Purchase?**  "Indirectly" means that you purchased the CRT Product from someone other than the manufacturer of the CRT Product. For example, you bought a CRT television from a retailer, such as Best Buy, or a CRT monitor from Dell.

**Who should submit a claim in the New Settlement?**

- **First-time Claimants:**  If you did *not* submit a claim in the Prior Settlements then you are considered a  "First-time Claimant."  **You *must* complete and submit a Claim Form in order to get a payment from the New Settlement.**

- **Prior Claimants:**  If you (or someone on your behalf) submitted a claim in the Prior Settlements *and* you do not have any additional purchases on which to base claims in the New Settlement, you are considered a "Prior Claimant." **You do *not* need to submit a claim in the New Settlement.**  Your previous claim will be automatically submitted in the New Settlement without any further action taken by you.

-  **Repeat Claimants:**  If you already submitted a claim in connection with the Prior Settlements but you now want to submit a claim for purchases of **additional CRT Products that were not included in your prior claim ("Newly Claimed Units")**, you are considered a "Repeat Claimant." Repeat Claimants are expected because you can now claim for purchases in nine states that were not included in the Prior Settlements: Arkansas, Massachusetts, Missouri, Montana, New Hampshire, Oregon, Rhode Island, South Carolina, and Utah.  **You must complete and submit a Claim Form in order to get a payment from the New Settlement for your Newly Claimed Units**.

**How do you submit a Claim Form?**  To claim for CRT Products that were not included in claims already submitted in the Prior Settlements, you must submit a claim. You may complete this Claim Form and submit it by mail to:

> CRT Claims
> c/o The Notice Company
> P.O. Box 778
> Hingham, MA 02043

**OR you may submit your claim online, which is the easiest method, at www.CRTclaims.com.**

**Claims must be submitted by no later than MONTH xx, 2018.**

**Which States and Consumers does the New Settlement cover?**

In order to make a valid claim, you must have been an "Eligible Consumer" who purchased your CRT Product(s) in an "Eligible State" during the specified time frames ("Claims Periods") as follows:

| Eligible Consumers | Eligible States | Claims Periods |
|---|---|---|
| All persons or entities (individual or business) that indirectly purchased CRT Products for their own use and not for resale | Arizona, Arkansas, California, District of Columbia, Florida, Iowa, Kansas, Maine, Massachusetts, Michigan, Minnesota, Mississippi, New Hampshire, New Mexico, New York, North Carolina, North Dakota, Oregon, South Carolina, South Dakota, Tennessee, Utah, Vermont, West Virginia, and Wisconsin | March 1, 1995 through November 25, 2007 |
| | Hawaii | June 25, 2002 through November 25, 2007 |
| | Nebraska | July 20, 2002 through November 25, 2007 |
| | Nevada | February 4, 1999 through November 25, 2007 |
| All persons or entities (individual or business) that indirectly purchased CRT Products for their own use and not for resale, and primarily for personal, family or household purposes | Missouri and Montana | March 1, 1995 through November 25, 2007 |
| All **natural persons** who indirectly purchased CRT Products for their own use and not for resale, and primarily for personal, family, or household purposes | Rhode Island | March 1, 1995 through November 25, 2007 |

You must answer the Eligibility Questions below, by checking the appropriate boxes, to see if you are eligible. The Claim Form must be dated and signed by the Class Member (or, if deceased, by an estate representative).

**THIRD-PARTY SUBMISSIONS:** If you are submitting this Claim Form on behalf of someone else, you MUST complete the CLAIM SUPPLEMENT and send it along with the completed Claim Form.

## PART 1: ELIGIBILITY QUESTIONS

1.  **Did you purchase a CRT Product, which you did not already claim in the Prior Settlements, for your own use and not for resale in any of the following states:**

    a.  Arizona, Arkansas, California, District of Columbia, Florida, Iowa, Kansas, Maine, Massachusetts, Michigan, Minnesota, Mississippi, New Hampshire, New Mexico, New York, North Carolina, North Dakota, Oregon, South Carolina, South Dakota, Tennessee, Utah, Vermont, West Virginia, and Wisconsin, between March 1, 1995, and November 25, 2007?

        ☐ Yes     ☐ No

    b.  Hawaii between June 25, 2002, and November 25, 2007?

        ☐ Yes     ☐ No

    c.  Nebraska between July 20, 2002, and November 25, 2007?

        ☐ Yes     ☐ No

d.    Nevada between February 4, 1999, and November 25, 2007?

☐ Yes    ☐ No

e.    Missouri and Montana between March 1, 1995, and November 25, 2007, where the purchase was primarily for personal, family or household purposes?

☐ Yes    ☐ No

f.    Rhode Island between March 1, 1995, and November 25, 2007, where the purchase was primarily for personal, family or household purposes and you are a natural person (which means that you are not a legally-created entity such as a corporation or a limited liability company)?

☐ Yes    ☐ No

2.    **Did you purchase a CRT Product, which you did not already claim in the Prior Settlements, from a retail store or someone other than Mitsubishi Electric or an alleged co-conspirator?**  For example, if you purchased a CRT television or computer monitor from a retailer like Best Buy or a computer manufacturer like Dell, then your answer should be "Yes."  If you made no purchases from a retailer or other supplier and you only purchased a CRT television or computer monitor directly from Mitsubishi or an alleged co-conspirator, then your answer should be "No."

☐ Yes    ☐ No

You are eligible for payment only if you answered "Yes" for at least one state listed in Question 1 AND "Yes" to Question 2.   To get a payment you must, on or before _____, 2018, submit your Claim Form online at **www.CRTclaims.com** or complete Parts 1, 2, 3 and 4 of this Claim Form and mail it to: CRT Claims, c/o The Notice Company, P.O. Box 778, Hingham, MA 02043.

If you have questions about your eligibility to participate or on how the Settlement Fund will be distributed, you should review the Detailed Notice and other documents at the website.  You may also call 1-800-649-0963 if you have any questions.

| PART 2:  PURCHASE INFORMATION |
|---|

In order to make a valid claim, you must have purchased your CRT Product(s) in an eligible state during the specified Claims Periods as listed above.

Enter the total number of CRT Products that you purchased during the Claims Period that applies to you.  Only include qualifying products for which you answered "Yes" to the Eligibility Questions in Part 1. **DO NOT include any CRT Products that were already claimed in the Prior Settlements.**

| **Instructions**: Provide the total number of CRT Products purchased during the Claims Periods. For example, if you bought 3 computer monitors, write "3" in the corresponding space. Please do NOT provide the amount paid or the size of the CRT Products. | |
|---|---|
| **PRODUCT TYPE** | **NUMBER OF CRT PRODUCTS PURCHASED Do NOT Include Any CRT Products Claimed in the Prior Settlements** |
| Standard CRT Television (screen size less than 30 inches): | _____ Purchased |
| Large CRT Television (screen size 30 inches or larger): | _____ Purchased |
| CRT Computer Monitor: | _____ Purchased |
| Other  CRT Product(s) (Please describe the products): | _____ Purchased |

(Attach additional page(s) if necessary.)

**Important Notes:**

1. You should only make a claim for "Other CRT Products" if you purchased CRT Products that were neither televisions nor computer monitors. If you do not include an adequate description of the Other CRT Products purchased, your Other CRT Products may be removed from the claim.
2. Incomplete or inaccurate claim forms submitted as placeholders to be completed later will not be valid.
3. All claims are subject to audit and large claims will require verification - all claimants should keep any proof of purchase.
4. Sony® branded televisions and monitors are NOT eligible to be included in this case.

## PART 3:  CLASS MEMBER INFORMATION

**If Claimant is a NATURAL PERSON (INDIVIDUAL):**

Class Member's First Name                M. I.   Class Member's Last Name                Suffix

**If Claimant is a BUSINESS:**

Entity Name / Business Name of Class Member

Person to contact if there are questions regarding this claim:

Specify one of the following – Class Member is:

☐ Individual   ☐ Business (1-10 Employees)   ☐ Business (11-50 Employees)   ☐ Business (Greater than 50 Employees)

Class Member's (or Estate Representative's) Mailing Address: Number and Street or P.O. Box

City                                State              Zip Code

Telephone Number (Day)                      Email Address

**Individuals:**   Provide the last 4 digits of your Social Security Number:   [X] [X] [X] - [X] [X] - [ ] [ ] [ ] [ ]

**OR** Provide Date of Birth (Month and Year):   [ ] [ ] / [X] [X] / [ ] [ ] [ ] [ ]

**Businesses:**   Provide your Federal Taxpayer Identification Number:   [ ] [ ] - [ ] [ ] [ ] [ ] [ ] [ ] [ ]

**OR** Provide Date of Formation or Incorporation:   [ ] [ ] / [ ] [ ] / [ ] [ ] [ ] [ ]

> Does this claim include CRT Products that were already claimed in the Prior Settlements?   ☐Yes   ☐No

> Has Claimant previously submitted a Claim Form in the Prior Settlements?   ☐Yes   ☐No

## PART 4: SIGN AND DATE CLAIM FORM

I declare under penalty of perjury under the laws of the United States of America, that the information provided in this Claim Form is true and correct to the best of my knowledge and belief.

_____          ___ ___ / ___ ___ / ___ ___

Signature of Class Member (or Estate Representative)          Date (MM/DD/YY)

_____          _____

Print Name                                Title *(if you are filling out this form for a business)*

**Claims may be audited and any false or fraudulent claim is subject to prosecution.**

| REMINDER |
|---|

Please make sure that you:
1. Complete all four parts of this Claim Form;
2. Sign and date the Claim Form;
3. Submit your Claim Form on or before _____, **2018**, online or by mail to:

|  |  |  |
|---|---|---|
| **www.CRTclaims.com** | **OR** | CRT Claims<br>c/o The Notice Company<br>P.O. Box 778<br>Hingham, MA 02043 |

4. Keep a copy of the completed Claim Form for your records;
5. Retain any proof of purchase documentation you may have for CRT Products until your claim is closed;
6. We urge you to check the website (www.CRTclaims.com) regularly for further developments in this case. You will be notified if you are required to provide this documentation during the claim verification process.

**In Re: Cathode Ray Tube (CRT) Antitrust Litigation (MDL No. 1917)**

## CLAIM SUPPLEMENT FOR MITSUBISHI ELECTRIC SETTLEMENT
**To be used ONLY if You are submitting a Claim Form on behalf of someone else**

**If you are submitting a Claim Form on behalf of someone else, you must submit (1) this completed Claim Supplement, (2) the completed Claim Form signed by the Class Member, and (3) a Written Authorization, signed and dated by the Class Member, authorizing you to submit a Claim Form in this case on behalf of the Class Member.** If you are submitting a claim on behalf of the estate of a deceased Class Member, this form must be accompanied by a death certificate and an **Affidavit of Entitlement** - available at www.CRTclaims.com/affidavit or from the Settlement Administrator. If you are an attorney or a claims submission company, you must submit a Claim Supplement and a Written Authorization with each Claim Form that you submit on behalf of a Class Member.

Class Member's First Name

M. I.

Class Member's Last Name

Suffix

Your Entity/Business Name

Person to contact if there are questions regarding this claim:

Specify one of the following – You are:

☐ Attorney     ☐ Relative of Class Member     ☐ Claims Submissions Company     ☐ Other:_____

Your Mailing Address: Number and Street or P.O. Box

City

State

Zip Code

Telephone Number (Day)

Email Address

Your Complete Federal Taxpayer Identification Number:  ☐☐ - ☐☐☐☐☐☐☐

Name of Class Member who has authorized you to submit a Claim Form in this case:

## SIGN AND DATE CLAIM SUPPLEMENT

I declare under penalty of perjury under the laws of the United States of America, that the information provided in this Claim Supplement is true and correct to the best of my knowledge and belief.

_____

Signature of Person Submitting Claim Supplement

___ ___ / ___ ___ / ___ ___
Date (MM/DD/YY)

_____

Print Name

_____

Title

**Did you attach the Class Member's Written Authorization (or required estate documents as listed above)?**

**Claim Supplement will not be accepted unless (1) you include a Written Authorization, signed and dated by the Class Member, authorizing you to submit a Claim Form in this case on behalf of the Class Member, (2) the completed Claim Form signed by the Class Member, and (3) this signed Claim Supplement.**

# DECLARATION OF JOSEPH M. FISHER

# EXHIBIT E

# Email Notice

Subject:      Important Legal Notice - You Could Get Money from a Settlement
              Involving TVs and Computer Monitors

This Notice is authorized by the U.S. District Court for the Northern District of
California in the case entitled *In re: Cathode Ray Tube (CRT) Antitrust Litigation*,
MDL No. 1917.  This is not a solicitation from a lawyer.

If You Indirectly Bought Televisions, Computer Monitors, or Other Products
Containing Cathode Ray Tubes (CRTs), You Could Get Money from Settlements
Totaling $33 Million.  "Indirectly" means that you purchased the CRT Product from
someone other than the manufacturer of the CRT Product. For example, you bought
a CRT television from a retailer, such as Best Buy, or a CRT monitor from Dell.

A Simple Online Claim Form and more detailed notice of the Settlements is available
online at <active link> www.CRTclaims.com </active link> or by calling toll-free at
1-800-xxx-xxxx.

Please read the notice carefully. Your legal rights may be affected whether or not
you act.

The deadline to submit a Claim Form is _____, 2018.
The deadline to object or to exclude yourself is _____, 2018.

If you purchased CRT Products in Arizona, Arkansas, California, the District of
Columbia, Florida, Hawaii, Iowa, Kansas, Maine, Massachusetts, Michigan,
Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Hampshire, New
Mexico, New York, North Carolina, North Dakota, Oregon, Rhode Island, South
Carolina, South Dakota, Tennessee, Utah, Vermont, West Virginia or Wisconsin you
may be eligible to file a claim for money.

The purchase must have been made in one of the foregoing states but you do not
have to be a resident of these states. Be sure to check your eligibility by going to
<active link> www.CRTclaims.com </active link>.

Questions? Contact us as follows:

CRT Claims Administrator
c/o The Notice Company
P.O. Box 778
Hingham, MA 02043
1-800-649-0963
www.CRTclaims.com
--------------- End of Email Notice ---------------

[**Note**: In order to increase the chances that an email message will be delivered to and opened by the intended recipients, neither the Detailed Notice nor the Summary Notice will be attached to the email. Some email recipients will automatically delete, without opening, emails containing attachments if the sender is unknown. In addition, various email servers have implemented the following bounce feature: "Mail Block - Attachment Detected (MBAD)", which indicates that the recipient's email server will block an email because the message contains an attachment. This may be reported as "552 Disapproved attachment."]

# DECLARATION OF JOSEPH M. FISHER

# EXHIBIT F

# Parade Circulation
## Newspapers by State

Effective March 4, 2018

| State | Circulation | % HH Cov | Newspaper Name | City | State | Circulation |
|-------|-------------|----------|----------------|------|-------|-------------|
| **Alabama** | **227,902** | **12%** | | | | |
| | | | The Anniston Star | Anniston | AL | 13,401 |
| | | | The Athens News Courier | Athens | AL | 4,332 |
| | | | The Birmingham News | Birmingham | AL | 70,442 |
| | | | The Cullman Times | Cullman | AL | 4,800 |
| | | | The Dothan Eagle | Dothan | AL | 18,796 |
| | | | The Gadsden Times | Gadsden | AL | 10,974 |
| | | | The Huntsville Times | Huntsville | AL | 34,391 |
| | | | Press-Register | Mobile | AL | 42,466 |
| | | | The Daily Home | Talladega | AL | 6,300 |
| | | | The Tuscaloosa News | Tuscaloosa | AL | 22,000 |
| **Arizona** | **404,969** | **16%** | | | | |
| | | | Verde Independent & The Bugle | Cottonwood | AZ | 3,131 |
| | | | Arizona Daily Sun | Flagstaff | AZ | 9,000 |
| | | | The Kingman Daily Miner | Kingman | AZ | 6,749 |
| | | | Today's News-Herald | Lake Havasu | AZ | 11,135 |
| | | | Arizona Republic | Phoenix | AZ | 264,273 |
| | | | The Daily Courier | Prescott | AZ | 14,000 |
| | | | News-Sun | Sun City | AZ | 5,400 |
| | | | The Arizona Daily Star | Tucson | AZ | 77,281 |
| | | | The Sun | Yuma | AZ | 14,000 |
| **Arkansas** | **245,563** | **21%** | | | | |
| | | | Daily Siftings Herald | Arkadelphia | AR | 1,815 |
| | | | Blytheville Courier News | Blytheville | AR | 2,500 |
| | | | Camden News | Camden | AR | 2,608 |
| | | | Log Cabin Democrat | Conway | AR | 6,400 |
| | | | Sunday News | El Dorado | AR | 4,464 |
| | | | AR Democrat - Fayetteville | Fayetteville | AR | 42,500 |
| | | | Southwest Times Record | Fort Smith | AR | 21,642 |
| | | | The Daily World | Helena | AR | 1,961 |
| | | | Hope Star | Hope | AR | 1,429 |
| | | | AR Democrat - Little Rock | Little Rock | AR | 156,350 |
| | | | Magnolia Banner-News | Magnolia | AR | 2,429 |
| | | | Stuttgart Daily Leader | Stuttgart | AR | 1,465 |
| **California** | **2,263,050** | **17%** | | | | |
| | | | The Bakersfield Californian | Bakersfield | CA | 28,307 |
| | | | Chico-Oroville Enterprise | Chico | CA | 17,117 |
| | | | Eureka Times Standard | Eureka | CA | 9,618 |
| | | | Daily Republic | Fairfield | CA | 14,883 |
| | | | Fremont Argus | Fremont | CA | 12,553 |
| | | | The Fresno Bee | Fresno | CA | 66,148 |
| | | | The Sentinel | Hanford | CA | 4,493 |
| | | | Daily Review | Hayward | CA | 15,770 |
| | | | Lake County Record Bee | Lakeport | CA | 3,404 |
| | | | Lompoc Record | Lompoc | CA | 1,815 |
| | | | Press-Telegram | Long Beach | CA | 34,400 |
| | | | Los Angeles Times | Los Angeles | CA | 620,566 |
| | | | Merced Sun-Star | Merced | CA | 12,862 |
| | | | The Modesto Bee | Modesto | CA | 35,763 |
| | | | Monterey Herald | Monterey | CA | 12,771 |
| | | | Register | Napa | CA | 8,133 |
| | | | Oakland Tribune | Oakland | CA | 18,853 |

| State | Circulation | %HH Cov | Newspaper Name | City | State | Circulation |
|---|---|---|---|---|---|---|
| | | | Desert Sun | Palm Springs | CA | 22,230 |
| | | | Antelope Valley Press | Palmdale | CA | 18,517 |
| | | | Recorder | Porterville | CA | 6,100 |
| | | | Daily Bulletin | Rancho Cucamonga | CA | 32,000 |
| | | | Red Bluff Daily News | Red Bluff | CA | 3,927 |
| | | | Record Searchlight | Redding | CA | 15,456 |
| | | | Daily Independent | Ridgecrest | CA | 4,000 |
| | | | The Press Enterprise | Riverside | CA | 105,525 |
| | | | The Sacramento Bee | Sacramento | CA | 153,759 |
| | | | The Sun | San Bernardino | CA | 31,000 |
| | | | The San Diego Union-Tribune | San Diego | CA | 208,493 |
| | | | San Jose Mercury News | San Jose | CA | 150,667 |
| | | | The Tribune | San Luis Obispo | CA | 19,350 |
| | | | San Mateo County Times | San Mateo | CA | 12,116 |
| | | | Marin Independent Journal | San Rafael | CA | 20,036 |
| | | | The Orange County Register | Santa Ana | CA | 210,000 |
| | | | Santa Barbara News-Press | Santa Barbara | CA | 21,500 |
| | | | Santa Clarita Valley Signal | Santa Clarita | CA | 11,349 |
| | | | Santa Cruz Sentinel | Santa Cruz | CA | 15,809 |
| | | | Santa Maria Times | Santa Maria | CA | 10,000 |
| | | | The Press Democrat | Santa Rosa | CA | 47,926 |
| | | | The Union Democrat | Sonora | CA | 8,132 |
| | | | The Record | Stockton | CA | 21,751 |
| | | | Ukiah Daily Journal | Ukiah | CA | 3,528 |
| | | | Vacaville Reporter | Vacaville | CA | 6,657 |
| | | | Vallejo Times Herald | Vallejo | CA | 6,338 |
| | | | Ventura County Star | Ventura | CA | 41,706 |
| | | | Daily Press | Victorville | CA | 13,420 |
| | | | Contra Costa Times | Walnut Creek | CA | 115,529 |
| | | | Woodland Daily Democrat | Woodland | CA | 4,337 |
| | | | Siskiyou Daily News | Yreka | CA | 4,436 |
| **Colorado** | **401,140** | **18%** | | | | |
| | | | Sunday Camera | Boulder | CO | 18,613 |
| | | | Canon City Daily Record | Canon City | CO | 3,150 |
| | | | The Gazette | Colorado Springs | CO | 50,468 |
| | | | The Denver Post | Denver | CO | 245,417 |
| | | | The Daily Sentinel | Grand Junction | CO | 21,966 |
| | | | Times-Call | Longmont | CO | 11,416 |
| | | | Reporter-Herald | Loveland | CO | 14,889 |
| | | | Montrose Daily Press | Montrose | CO | 5,408 |
| | | | The Pueblo Chieftain | Pueblo | CO | 27,513 |
| | | | The Chronicle-News | Trinidad | CO | 2,300 |
| **Connecticut** | **292,521** | **21%** | | | | |
| | | | Hartford Courant | Hartford | CT | 132,225 |
| | | | Journal Inquirer | Manchester | CT | 27,018 |
| | | | Record-Journal | Meriden | CT | 11,025 |
| | | | The Middletown Press | Middletown | CT | 1,770 |
| | | | Herald Press | New Britain | CT | 7,888 |
| | | | New Haven Register | New Haven | CT | 34,722 |
| | | | The Day | New London | CT | 22,757 |
| | | | Bulletin | Norwich | CT | 13,000 |
| | | | The Register Citizen | Torrington | CT | 3,500 |
| | | | Republican | Waterbury | CT | 38,616 |
| **Delaware** | **17,450** | **5%** | | | | |
| | | | State News Sunday | Dover | DE | 17,450 |
| **D.C.** | **483,511** | **155%** | | | | |
| | | | The Washington Post | Washington | DC | 483,511 |

| State | Circulation | % HH Cov | Newspaper Name | City | State | Circulation |
|---|---|---|---|---|---|---|
| **Florida** | 1,557,375 | 19% | | | | |
| | | | Bradenton Herald | Bradenton | FL | 25,000 |
| | | | Citrus County Chronicle | Crystal River | FL | 23,689 |
| | | | News-Journal | Daytona Beach | FL | 69,455 |
| | | | Sun Sentinel | Fort Lauderdale | FL | 154,479 |
| | | | The News-Press | Fort Myers | FL | 65,747 |
| | | | Northwest Florida Daily News | Ft Walton Beach | FL | 24,000 |
| | | | The Gainesville Sun | Gainesville | FL | 31,000 |
| | | | Highland News Sun | Highland | FL | 11,944 |
| | | | Florida Times-Union | Jacksonville | FL | 84,462 |
| | | | The Ledger | Lakeland | FL | 42,420 |
| | | | Daily Commercial | Leesburg | FL | 15,500 |
| | | | Live Oak Suwannee Democrat | Live Oak | FL | 3,575 |
| | | | Florida Today | Melbourne | FL | 40,000 |
| | | | The Miami Herald | Miami | FL | 119,319 |
| | | | Daily News | Naples/Bonita | FL | 38,000 |
| | | | Star-Banner | Ocala | FL | 33,000 |
| | | | Orlando Sentinel | Orlando | FL | 157,670 |
| | | | The News Herald | Panama City | FL | 21,000 |
| | | | Herald-Tribune | Sarasota | FL | 63,141 |
| | | | St. Augustine Record | St Augustine | FL | 15,000 |
| | | | Tampa Bay Times | St Petersburg | FL | 289,910 |
| | | | Treasure Coast News | Stuart | FL | 53,000 |
| | | | Tallahassee Democrat | Tallahassee | FL | 29,558 |
| | | | Daily Sun | The Villages | FL | 47,350 |
| | | | The Palm Beach Post | West Palm Beach | FL | 99,156 |
| | | | | | | |
| **Georgia** | 371,205 | 10% | | | | |
| | | | Athens Banner-Herald | Athens | GA | 10,473 |
| | | | The Atlanta Journal-Constitution | Atlanta | GA | 221,877 |
| | | | The Augusta Chronicle | Augusta | GA | 35,700 |
| | | | Columbus Ledger-Enquirer | Columbus | GA | 20,059 |
| | | | Daily Citizen | Dalton | GA | 6,611 |
| | | | The Telegraph | Macon | GA | 23,683 |
| | | | The Milledgeville Union-Recorder | Milledgeville | GA | 5,415 |
| | | | The Moultrie Observer | Moultrie | GA | 3,846 |
| | | | Savannah Morning News | Savannah | GA | 25,493 |
| | | | Thomasville Times-Enterprise | Thomasville | GA | 4,637 |
| | | | The Tifton Gazette | Tifton | GA | 3,515 |
| | | | The Valdosta Daily Times | Valdosta | GA | 9,896 |
| | | | | | | |
| **Idaho** | 111,666 | 18% | | | | |
| | | | Idaho Statesman | Boise | ID | 39,513 |
| | | | Lewiston Morning Tribune | Lewiston/Clarkson | ID | 23,000 |
| | | | Idaho Press-Tribune | Nampa/Caldwell | ID | 17,328 |
| | | | Idaho State Journal | Pocatello | ID | 15,700 |
| | | | Standard Journal | Rexburg | ID | 3,700 |
| | | | The Times-News | Twin Falls | ID | 12,425 |
| | | | | | | |
| **Illinois** | 1,003,822 | 21% | | | | |
| | | | The Telegraph | Alton | IL | 12,373 |
| | | | Belleville News-Democrat | Belleville | IL | 28,536 |
| | | | The Pantagraph | Bloomington | IL | 26,726 |
| | | | The Daily Ledger | Canton | IL | 3,000 |
| | | | The Southern Illinoisan | Carbondale | IL | 18,141 |
| | | | Carmi Times | Carmi | IL | 2,600 |
| | | | The News-Gazette | Champaign/Urbana | IL | 34,005 |
| | | | Chicago Tribune | Chicago | IL | 606,189 |
| | | | Commercial News | Danville | IL | 5,851 |
| | | | Herald & Review | Decatur | IL | 29,819 |
| | | | Edwardsville Intelligencer | Edwardsville | IL | 2,500 |
| | | | Effingham Daily News | Effingham | IL | 7,136 |

| State | Circulation | % HH Cov | Newspaper Name | City | State | Circulation |
|---|---|---|---|---|---|---|
| | | | Daily Journal | Eldorado | IL | 531 |
| | | | The Journal Standard | Freeport | IL | 6,054 |
| | | | The Register-Mail | Galesburg | IL | 8,200 |
| | | | Daily Register | Harrisburg | IL | 1,200 |
| | | | Jacksonville Journal-Courier | Jacksonville | IL | 7,400 |
| | | | Daily Journal | Kankakee | IL | 19,733 |
| | | | Star Courier | Kewanee | IL | 4,000 |
| | | | The Macomb Journal | Macomb | IL | 2,700 |
| | | | Dispatch/Rock Island Argus | Moline | IL | 31,500 |
| | | | Daily Review Atlas | Monmouth | IL | 1,300 |
| | | | Daily Mail | Olney | IL | 2,918 |
| | | | The Times | Ottawa | IL | 10,419 |
| | | | Pekin Daily Times | Pekin | IL | 5,800 |
| | | | Journal Star | Peoria | IL | 44,333 |
| | | | Daily Leader | Pontiac | IL | 2,500 |
| | | | Quincy Herald-Whig | Quincy | IL | 17,014 |
| | | | Register Star & Yes | Rockford | IL | 30,582 |
| | | | The State Journal-Register | Springfield | IL | 30,762 |
| **Indiana** | **504,936** | **20%** | | | | |
| | | | The Herald Bulletin | Anderson | IN | 14,399 |
| | | | The Batesville Herald Tribune | Batesville | IN | 2,077 |
| | | | The Herald Times | Bloomington/Bedford | IN | 29,000 |
| | | | The Republic | Columbus | IN | 14,200 |
| | | | Evansville Courier & Press | Evansville | IN | 41,430 |
| | | | The Journal Gazette | Fort Wayne | IN | 65,902 |
| | | | Daily Journal | Franklin | IN | 11,376 |
| | | | The Goshen News | Goshen | IN | 7,133 |
| | | | Daily Reporter | Greenfield | IN | 6,550 |
| | | | Greensburg News | Greensburg | IN | 3,211 |
| | | | Indianapolis Star | Indianapolis | IN | 150,233 |
| | | | Kokomo Tribune | Kokomo | IN | 15,515 |
| | | | The Lebanon Reporter | Lebanon | IN | 3,290 |
| | | | Pharos-Tribune | Logansport | IN | 7,211 |
| | | | Reporter-Times | Mooresville/Decatur | IN | 2,800 |
| | | | Times Of Northwest Indiana | Munster/Lake Co/Valp | IN | 46,876 |
| | | | The Evening News & The Tribune | New Albany | IN | 8,978 |
| | | | Rushville Republican | Rushville | IN | 2,033 |
| | | | The Tribune | Seymour | IN | 5,750 |
| | | | South Bend Tribune | South Bend | IN | 46,717 |
| | | | Tribune-Star | Terre Haute | IN | 14,955 |
| | | | Vincennes Sun Commercial | Vincennes | IN | 5,300 |
| **Iowa** | **290,044** | **23%** | | | | |
| | | | The Tribune | Ames | IA | 9,181 |
| | | | The Gazette | Cedar Rapids | IA | 41,944 |
| | | | Clinton Herald | Clinton | IA | 6,092 |
| | | | Quad-City Times | Davenport | IA | 34,509 |
| | | | The Des Moines Register | Des Moines | IA | 108,848 |
| | | | The Messenger | Fort Dodge | IA | 11,805 |
| | | | Knoxville Journal Express | Knoxville | IA | 1,487 |
| | | | Times-Republican | Marshalltown | IA | 6,612 |
| | | | Globe-Gazette | Mason City | IA | 10,862 |
| | | | Oskaloosa Herald | Oskaloosa | IA | 1,646 |
| | | | The Ottumwa Courier | Ottumwa | IA | 6,791 |
| | | | Sioux City Journal | Sioux City | IA | 21,817 |
| | | | The Courier | Waterloo | IA | 28,450 |

| State | Circulation | % HH Cov | Newspaper Name | City | State | Circulation |
|-------|-------------|----------|----------------|------|-------|-------------|
| Kansas | 168,786 | 15% | | | | |
| | | | Daily Gazette | Augusta | KS | 3,050 |
| | | | Dodge City Globe | Dodge City | KS | 3,128 |
| | | | The Garden City Telegram | Garden City | KS | 5,500 |
| | | | The Hays Daily News | Hays | KS | 6,000 |
| | | | Hutchinson News | Hutchinson | KS | 24,000 |
| | | | Journal World | Lawrence | KS | 10,974 |
| | | | The Manhattan Mercury | Manhattan | KS | 6,500 |
| | | | McPherson Sentinel | McPherson | KS | 2,630 |
| | | | Kansan | Newton | KS | 4,405 |
| | | | The Ottawa Herald | Ottawa | KS | 3,060 |
| | | | Morning Sun | Pittsburg | KS | 5,000 |
| | | | The Pratt Tribune | Pratt | KS | 1,357 |
| | | | Salina Journal | Salina | KS | 21,000 |
| | | | Topeka Capital-Journal | Topeka | KS | 23,549 |
| | | | Wellington News | Wellington | KS | 1,217 |
| | | | The Wichita Eagle | Wichita | KS | 47,416 |
| Kentucky | 290,885 | 16% | | | | |
| | | | The Independent | Ashland | KY | 9,082 |
| | | | Kentucky Standard | Bardstown | KY | 8,900 |
| | | | Daily News | Bowling Green | KY | 19,000 |
| | | | Corbin Times-Tribune | Corbin | KY | 2,881 |
| | | | The News Enterprise | Elizabethtown | KY | 12,450 |
| | | | The Glasgow Daily Times | Glasgow | KY | 4,884 |
| | | | The Gleaner | Henderson | KY | 5,646 |
| | | | Kentucky New Era | Lexington | KY | 7,162 |
| | | | Herald-Leader | Lexington | KY | 59,021 |
| | | | The London Sentinel-Echo | London | KY | 4,374 |
| | | | Courier-Journal | Louisville | KY | 121,085 |
| | | | Madisonville Messenger | Madisonville | KY | 5,100 |
| | | | The Ledger Independent | Maysville | KY | 4,419 |
| | | | Messenger Inquirer | Owensboro | KY | 18,500 |
| | | | Richmond Register | Richmond | KY | 3,299 |
| | | | Commonwealth Journal | Somerset | KY | 5,082 |
| Louisiana | 224,863 | 12% | | | | |
| | | | Bastrop Daily Enterprise | Bastrop | LA | 2,514 |
| | | | The Advocate | Baton Rouge | LA | 92,734 |
| | | | Beauregard Daily News | Deridder | LA | 2,408 |
| | | | The Courier | Houma | LA | 10,044 |
| | | | American Press | Lake Charles | LA | 25,067 |
| | | | The Leesville Daily Leader | Leesville | LA | 1,822 |
| | | | The Times-Picayune | New Orleans | LA | 88,306 |
| | | | Southwest Daily News | Sulphur | LA | 1,968 |
| Maine | 111,695 | 20% | | | | |
| | | | Kennebec Journal | Augusta | ME | 7,326 |
| | | | Bangor Daily News | Bangor | ME | 27,514 |
| | | | Sun Journal | Lewiston | ME | 18,065 |
| | | | Maine Sunday Telegram | Portland | ME | 49,755 |
| | | | Morning Sentinel | Waterville | ME | 9,035 |
| Maryland | 311,569 | 14% | | | | |
| | | | Annapolis Gazette | Annapolis | MD | 5,000 |
| | | | The Capital | Annapolis | MD | 22,970 |
| | | | The Sun | Baltimore | MD | 186,767 |
| | | | Cumberland Times-News | Cumberland | MD | 15,611 |
| | | | Star-Democrat | Easton | MD | 16,500 |
| | | | News-Post | Frederick | MD | 22,597 |
| | | | The Herald-Mail Newspapers | Hagerstown | MD | 25,500 |
| | | | Carroll County Times | Westminster | MD | 16,624 |

| State | Circulation | % HH Cov | Newspaper Name | City | State | Circulation |
|---|---|---|---|---|---|---|
| Massachusetts | 553,631 | 21% | | | | |
| | | | Boston Sunday Globe | Boston | MA | 234,776 |
| | | | The Enterprise | Brockton | MA | 15,569 |
| | | | Herald News | Fall River | MA | 9,748 |
| | | | Sentinel & Enterprise | Fitchburg | MA | 8,300 |
| | | | Metrowest Daily News | Framingham | MA | 12,024 |
| | | | Gloucester Daily Times | Gloucester | MA | 5,568 |
| | | | Sunday Cape Cod Times | Hyannis/Cape Cod | MA | 41,000 |
| | | | The Sun | Lowell | MA | 22,900 |
| | | | Milford Daily News | Milford | MA | 3,850 |
| | | | Sunday Standard-Times | New Bedford | MA | 14,661 |
| | | | The Daily News Of Newburyport | Newburyport | MA | 7,516 |
| | | | Eagle tribune | North Andover | MA | 20,880 |
| | | | The Berkshire Eagle | Pittsfield | MA | 18,034 |
| | | | Patriot Ledger | Quincy | MA | 24,618 |
| | | | Salem News | Salem | MA | 14,140 |
| | | | Republican | Springfield | MA | 61,800 |
| | | | Taunton Daily Gazette | Taunton | MA | 3,999 |
| | | | Sunday Telegram | Worcester | MA | 34,248 |
| Michigan | 811,881 | 21% | | | | |
| | | | The Daily Telegram | Adrian | MI | 10,061 |
| | | | Ann Arbor News | Ann Arbor | MI | 23,530 |
| | | | Huron Daily Tribune | Bad Axe | MI | 3,550 |
| | | | The Bay City Times | Bay City | MI | 20,034 |
| | | | Tribune | Cheboygan | MI | 3,500 |
| | | | Reporter | Coldwater | MI | 4,000 |
| | | | Press & Guide | Dearborn | MI | 14,461 |
| | | | Sunday Free Press | Detroit | MI | 242,278 |
| | | | The Flint Journal | Flint | MI | 38,590 |
| | | | Gaylord Herald-Times | Gaylord | MI | 4,200 |
| | | | The Grand Rapids Press | Grand Rapids | MI | 94,705 |
| | | | Daily News | Hillsdale | MI | 4,000 |
| | | | Sentinel | Holland | MI | 13,000 |
| | | | Sentinel-Standard | Ionia | MI | 2,250 |
| | | | Citizen Patriot | Jackson | MI | 18,028 |
| | | | Kalamazoo Gazette | Kalamazoo | MI | 34,897 |
| | | | Lansing State Journal | Lansing | MI | 34,426 |
| | | | The County Press | Lapeer | MI | 8,133 |
| | | | The Mining Journal | Marquette | MI | 10,215 |
| | | | The Midland Daily News | Midland | MI | 8,496 |
| | | | The Monroe News | Monroe | MI | 15,337 |
| | | | The Macomb Daily | Mount Clemens | MI | 32,236 |
| | | | Morning Sun | Mount Pleasant | MI | 8,402 |
| | | | The Muskegon Chronicle | Muskegon | MI | 22,785 |
| | | | Petoskey News-Review | Petoskey | MI | 8,000 |
| | | | The Oakland Press | Pontiac | MI | 24,159 |
| | | | The Daily Tribune | Royal Oak | MI | 4,658 |
| | | | The Saginaw News | Saginaw | MI | 22,688 |
| | | | The Evening News | Sault Ste. Marie | MI | 5,500 |
| | | | The News-Herald | Southgate | MI | 52,762 |
| | | | Journal | Sturgis | MI | 4,000 |
| | | | Record-Eagle | Traverse City | MI | 19,000 |
| Minnesota | 730,786 | 33% | | | | |
| | | | The Bemidji Pioneer | Bemidji | MN | 7,100 |
| | | | Brainerd Dispatch | Brainerd | MN | 12,374 |
| | | | Crookston Daily Times | Crookston | MN | 1,230 |
| | | | Duluth News-Tribune | Duluth | MN | 34,300 |
| | | | The Free Press | Mankato | MN | 19,760 |
| | | | Star Tribune | Minneapolis | MN | 385,086 |

| State | Circulation | %HH Cov | Newspaper Name | City | State | Circulation |
|---|---|---|---|---|---|---|
| | | | The Journal | New Ulm | MN | 6,085 |
| | | | Red Wing Republican Eagle | Red Wing | MN | 4,800 |
| | | | Post-Bulletin | Rochester | MN | 32,515 |
| | | | Pioneer Press | St Paul | MN | 205,236 |
| | | | West Central Tribune | Willmar | MN | 11,000 |
| | | | Winona Daily News | Winona | MN | 6,100 |
| | | | Daily Globe | Worthington | MN | 5,200 |
| Mississippi | 88,890 | 8% | | | | |
| | | | Sun Herald | Biloxi/Gulfport | MS | 23,664 |
| | | | The Clarksdale Press Register | Clarksdale | MS | 1,880 |
| | | | The Commercial Dispatch | Columbus | MS | 12,450 |
| | | | Delta Democrat Times | Greenville | MS | 5,550 |
| | | | The Greenwood Commonwealth | Greenwood | MS | 4,914 |
| | | | Enterprise-Journal | Mc Comb | MS | 7,856 |
| | | | The Meridian Star | Meridian | MS | 6,838 |
| | | | Northeast Mississippi Daily Journal | Tupelo | MS | 25,738 |
| Missouri | 438,093 | 18% | | | | |
| | | | Boonville Daily News | Boonville | MO | 1,100 |
| | | | Lake Sun Leader | Camdenton | MO | 4,200 |
| | | | Southeast Missourian | Cape Girardeau | MO | 10,919 |
| | | | The Carthage Press | Carthage | MO | 1,585 |
| | | | Constitution-Tribune | Chillicothe | MO | 2,726 |
| | | | Missourian | Columbia | MO | 4,100 |
| | | | The Fulton Sun | Fulton | MO | 2,900 |
| | | | Courier-Post | Hannibal | MO | 4,734 |
| | | | News Tribune | Jefferson City | MO | 14,552 |
| | | | The Joplin Globe | Joplin | MO | 17,153 |
| | | | The Kansas City Star | Kansas City | MO | 131,488 |
| | | | The Daily Dunklin Democrat | Kennett | MO | 1,700 |
| | | | Kirksville Daily Express | Kirksville | MO | 3,400 |
| | | | The Mexico Ledger | Mexico | MO | 3,500 |
| | | | Monitor Index/Democrat | Moberly | MO | 3,554 |
| | | | Neosho Daily News | Neosho | MO | 2,141 |
| | | | Daily Journal | Park Hills | MO | 3,818 |
| | | | Rolla Daily News | Rolla | MO | 3,450 |
| | | | Democrat | Sedalia | MO | 5,237 |
| | | | News-Leader | Springfield | MO | 30,502 |
| | | | St. Joseph News-Press | St Joseph | MO | 22,132 |
| | | | St. Louis Post-Dispatch | St Louis | MO | 156,988 |
| | | | Daily Guide | Waynesville | MO | 814 |
| | | | West Plains Daily Quill | West Plains | MO | 5,400 |
| Montana | 85,898 | 19% | | | | |
| | | | Billings Gazette | Billings | MT | 26,322 |
| | | | Bozeman Daily Chronicle | Bozeman | MT | 13,878 |
| | | | Montana Standard | Butte | MT | 6,917 |
| | | | Helena Independent Record | Helena | MT | 8,629 |
| | | | Daily Inter Lake | Kalispell | MT | 12,330 |
| | | | Missoulian | Missoula | MT | 17,822 |
| Nebraska | 200,985 | 26% | | | | |
| | | | Sun | Beatrice | NE | 4,265 |
| | | | Telegram | Columbus | NE | 6,248 |
| | | | The Grand Island Independent | Grand Island | NE | 15,181 |
| | | | Journal Star | Lincoln | NE | 42,494 |
| | | | Norfolk Daily News | Norfolk | NE | 12,000 |
| | | | Sunday World-Herald | Omaha | NE | 117,647 |
| | | | York News Times | York | NE | 3,150 |

| State | Circulation | % HH Cov | Newspaper Name | City | State | Circulation |
|-------|-------------|----------|----------------|------|-------|-------------|
| Nevada | 105,469 | 10% | | | | |
| | | | Elko Daily Free Press | Elko | NV | 2,687 |
| | | | Las Vegas Review-Journal | Las Vegas | NV | 102,782 |
| | | | | | | |
| New Hampshire | 61,381 | 12% | | | | |
| | | | Sentinel | Keene | NH | 7,345 |
| | | | New Hampshire News | Manchester | NH | 38,856 |
| | | | Portsmouth Herald | Portsmouth | NH | 15,180 |
| | | | | | | |
| New Jersey | 525,196 | 16% | | | | |
| | | | Asbury Park Press | Asbury Park | NJ | 91,088 |
| | | | The Press Of Atlantic City | Atlantic City | NJ | 40,068 |
| | | | The Record & Herald News | Bergen | NJ | 97,940 |
| | | | Suburban Trends | Hackensack | NJ | 4,158 |
| | | | The Jersey Journal | Jersey City | NJ | 16,722 |
| | | | The Star-Ledger | Newark | NJ | 182,000 |
| | | | New Jersey Herald | Newton | NJ | 14,268 |
| | | | Trentonian | Trenton | NJ | 14,445 |
| | | | The Times | Trenton | NJ | 23,524 |
| | | | Burlington County Times | Willingboro | NJ | 19,572 |
| | | | South Jersey Sunday | Woodbury | NJ | 21,411 |
| | | | | | | |
| New Mexico | 110,953 | 14% | | | | |
| | | | Journal | Albuquerque | NM | 88,141 |
| | | | Clovis News Journal | Clovis | NM | 4,800 |
| | | | News-Sun | Hobbs | NM | 5,812 |
| | | | Los Alamos Monitor | Los Alamos | NM | 3,000 |
| | | | Daily Record | Roswell | NM | 9,200 |
| | | | | | | |
| New York | 1,394,884 | 18% | | | | |
| | | | Times Union | Albany | NY | 90,695 |
| | | | The Citizen | Auburn | NY | 6,258 |
| | | | The Daily News | Batavia | NY | 10,500 |
| | | | The Buffalo News | Buffalo | NY | 170,377 |
| | | | Messenger Post | Canandaigua | NY | 6,998 |
| | | | Daily Mail | Catskill | NY | 2,132 |
| | | | The Sunday Leader | Corning | NY | 7,800 |
| | | | Finger Lakes Times | Geneva | NY | 11,816 |
| | | | Post-Star | Glens Falls | NY | 20,254 |
| | | | The Leader-Herald | Gloversville | NY | 8,822 |
| | | | Herkimer Telegram | Herkimer | NY | 2,977 |
| | | | The Spectator | Hornell | NY | 6,300 |
| | | | Register-Star | Hudson | NY | 3,188 |
| | | | Freeman | Kingston | NY | 13,000 |
| | | | Lockport Journal | Lockport | NY | 4,460 |
| | | | The Malone Telegram | Malone | NY | 4,000 |
| | | | Times Herald-Record Sunday | Middletown | NY | 37,695 |
| | | | Newsday | New York | NY | 235,735 |
| | | | New York Daily News | New York | NY | 381,685 |
| | | | Niagra Gazette Sunday | Niagra Falls | NY | 8,262 |
| | | | Advance-News | Ogdensburg | NY | 5,600 |
| | | | The Oneida Daily Dispatch | Oneida | NY | 4,200 |
| | | | The Daily Star | Oneonta | NY | 7,889 |
| | | | Press-Republican | Plattsburgh | NY | 11,935 |
| | | | Democrat and Chronicle | Rochester | NY | 98,201 |
| | | | Saratogian | Saratoga Springs | NY | 4,500 |
| | | | Staten Island Advance | Staten Island | NY | 34,358 |
| | | | The Post-Standard | Syracuse | NY | 90,626 |
| | | | Record | Troy | NY | 6,169 |
| | | | Observer-Dispatch | Utica | NY | 26,700 |
| | | | Daily Times | Watertown | NY | 17,472 |
| | | | The Journal News | White Plains | NY | 54,280 |

| State | Circulation | % HH Cov | Newspaper Name | City | State | Circulation |
|---|---|---|---|---|---|---|
| **North Carolina** | **544,090** | **14%** | | | | |
| | | | Albemarle Stanley News & Press | Albemarle | NC | 5,981 |
| | | | The Courier Tribune | Asheboro | NC | 8,502 |
| | | | Asheville Citizen-Times | Asheville | NC | 30,505 |
| | | | Times-News | Burlington | NC | 13,290 |
| | | | The Charlotte Observer | Charlotte | NC | 108,576 |
| | | | Herald Sun | Durham | NC | 14,000 |
| | | | The Fayetteville Observer | Fayetteville | NC | 33,453 |
| | | | Gaston Gazette | Gastonia | NC | 14,068 |
| | | | Goldsboro News-Argus | Goldsboro | NC | 12,659 |
| | | | The News & Record | Greensboro | NC | 49,353 |
| | | | The Daily Reflector | Greenville | NC | 13,955 |
| | | | Times-News | Hendersonville | NC | 8,955 |
| | | | News | Jacksonville | NC | 10,721 |
| | | | Free Press | Kinston | NC | 5,643 |
| | | | My. Airy News | Mr. Airy | NC | 5,700 |
| | | | Sun-Journal | New Bern | NC | 10,050 |
| | | | The News & Observer | Raleigh | NC | 102,398 |
| | | | The Star | Shelby | NC | 6,500 |
| | | | The Pilot | Southern Pines | NC | 12,500 |
| | | | Star-News | Wilmington | NC | 29,129 |
| | | | Winston-Salem Journal | Winston-Salem | NC | 48,152 |
| **North Dakota** | **104,749** | **32%** | | | | |
| | | | Tribune | Bismarck | ND | 18,614 |
| | | | Devils Lake Daily Journal | Devils Lake | ND | 2,900 |
| | | | The Dickinson Press | Dickinson | ND | 6,750 |
| | | | The Forum | Fargo | ND | 36,302 |
| | | | Grand Forks Herald | Grand Forks | ND | 23,800 |
| | | | The Jamestown Sun | Jamestown | ND | 5,000 |
| | | | Minot Daily News | Minot | ND | 11,383 |
| **Ohio** | **947,642** | **20%** | | | | |
| | | | Akron Beacon Journal | Akron | OH | 77,331 |
| | | | Ashland Times-Gazette | Ashland | OH | 9,071 |
| | | | Ashtabula Star Beacon | Ashtabula | OH | 9,078 |
| | | | The Sunday Jeffersonian | Cambridge | OH | 7,888 |
| | | | The Repository | Canton | OH | 47,967 |
| | | | Cincinnati Enquirer | Cincinnati | OH | 132,509 |
| | | | The Plain Dealer | Cleveland | OH | 230,760 |
| | | | Dayton Daily News | Dayton | OH | 95,974 |
| | | | The Crescent-News | Defiance | OH | 14,640 |
| | | | Sunday Review | East Liverpool | OH | 5,082 |
| | | | The Chronicle-Telegram | Elyria | OH | 18,694 |
| | | | The Courier | Findlay | OH | 16,050 |
| | | | Review-Times | Fostoria | OH | 2,500 |
| | | | Journal News | Hamilton | OH | 20,687 |
| | | | The Lima News | Lima | OH | 22,449 |
| | | | Morning Journal | Lorain | OH | 13,783 |
| | | | The Times Reporter | New Philadelphia | OH | 12,516 |
| | | | Salem News | Salem | OH | 3,505 |
| | | | Sandusky Register | Sandusky | OH | 16,654 |
| | | | Springfield News-Sun | Springfield | OH | 16,187 |
| | | | The Blade | Toledo | OH | 91,216 |
| | | | Lake County News-Herald | Willoughby | OH | 26,254 |
| | | | The Daily Record | Wooster | OH | 18,267 |
| | | | The Vindicator | Youngstown | OH | 38,580 |

| State | Circulation | %HH Cov | Newspaper Name | City | State | Circulation |
|-------|------------|---------|----------------|------|-------|-------------|
| Oklahoma | 235,138 | 15% | | | | |
| | | | Daily Ardmoreite | Ardmore | OK | 7,903 |
| | | | Claremore Daily Progress | Claremore | OK | 3,259 |
| | | | News and Eagle | Enid | OK | 8,694 |
| | | | McAlester News-Capitol | McAlester | OK | 3,658 |
| | | | Miami News-Record | Miami | OK | 5,000 |
| | | | Muskogee Phoenix | Muskogee | OK | 6,106 |
| | | | Norman Transcript | Norman | OK | 6,967 |
| | | | The Oklahoman | Oklahoma City | OK | 118,343 |
| | | | Stillwater Press | Stillwater | OK | 4,406 |
| | | | Tahlequah Daily Press | Tahlequah | OK | 2,206 |
| | | | Tulsa World | Tulsa | OK | 66,444 |
| | | | Woodward News | Woodward | OK | 2,152 |
| Oregon | 271,484 | 17% | | | | |
| | | | Democrat-Herald & Corvallis Gazette Times | Albany | OR | 15,320 |
| | | | The Bulletin | Bend | OR | 21,856 |
| | | | The World | Coos Bay | OR | 5,322 |
| | | | The Register-Guard | Eugene | OR | 44,187 |
| | | | Herald And News | Klamath Falls | OR | 9,198 |
| | | | Mail Tribune | Medford | OR | 16,478 |
| | | | Argus Observer | Ontario | OR | 4,200 |
| | | | The Oregonian | Portland | OR | 154,923 |
| Pennsylvania | 1,338,900 | 26% | | | | |
| | | | The Morning Call | Allentown | PA | 96,572 |
| | | | Beaver County Times | Beaver | PA | 21,236 |
| | | | Gazette | Bedford | PA | 10,838 |
| | | | The Sentinel | Carlisle | PA | 8,134 |
| | | | The Intelligencer | Doylestown | PA | 23,484 |
| | | | Tri-County Sunday | Du Bois | PA | 14,000 |
| | | | The Express-Times | Easton | PA | 31,350 |
| | | | Erie Times-News | Erie | PA | 41,764 |
| | | | Gettysburg Times | Gettysburg | PA | 9,000 |
| | | | Patriot-News | Harrisburg | PA | 68,178 |
| | | | Hazleton Standard-Speaker | Hazleton | PA | 13,500 |
| | | | The Wayne Independent | Honesdale | PA | 2,900 |
| | | | The Daily News | Huntingdon | PA | 9,035 |
| | | | The Tribune-Democrat | Johnstown | PA | 24,620 |
| | | | New Era Intelligencer Journal Sunday News | Lancaster | PA | 67,218 |
| | | | Latrobe Bulletin | Latrobe | PA | 8,031 |
| | | | Bucks County Courier Times | Levittown/Bristol | PA | 30,428 |
| | | | Meadville Tribune | Meadville | PA | 8,408 |
| | | | New Castle News | New Castle | PA | 9,829 |
| | | | Times Herald | Norristown | PA | 17,000 |
| | | | The Philadelphia Inquirer | Philadelphia | PA | 290,088 |
| | | | Philadelphia Daily News | Philadelphia DN | PA | 30,746 |
| | | | Pittsburgh Post-Gazette | Pittsburgh | PA | 147,208 |
| | | | Mercury | Pottstown | PA | 13,800 |
| | | | Pottsville Republican Herald | Pottsville | PA | 20,000 |
| | | | Delaware County Daily Times | Primos | PA | 19,952 |
| | | | Reading Eagle | Reading | PA | 57,320 |
| | | | Scranton Times-Tribune | Scranton | PA | 41,139 |
| | | | The Shamokin-Pottsville News-Item | Shamokin | PA | 7,500 |
| | | | The Herald | Sharon | PA | 11,968 |
| | | | St College Centre Daily Times | State College | PA | 15,014 |
| | | | Pocono Record | Stroudsburg | PA | 10,483 |
| | | | The Daily Item | Sunbury | PA | 17,638 |
| | | | Towanda Sunday Review | Towanda | PA | 8,000 |
| | | | Tyrone Daily Herald | Tyrone | PA | 1,700 |
| | | | Herald-Standard | Uniontown | PA | 17,192 |
| | | | Washington Observer Reporter | Washington | PA | 28,651 |

| State | Circulation | %HH Cov | Newspaper Name | City | State | Circulation |
|---|---|---|---|---|---|---|
| | | | The Record Herald | Waynesboro | PA | 5,800 |
| | | | Daily Local News | West Chester | PA | 12,500 |
| | | | The Times Leader | Wilkes Barre | PA | 22,589 |
| | | | Citizen's Voice | Wilkes-Barre | PA | 24,083 |
| | | | Williamsport Sun-Gazette | Williamsport | PA | 20,004 |
| Rhode Island | 72,435 | 17% | | | | |
| | | | The Providence Journal | Providence | RI | 72,435 |
| South Carolina | 324,753 | 17% | | | | |
| | | | Anderson Independent-Mail | Anderson | SC | 18,283 |
| | | | The Post And Courier | Charleston | SC | 70,912 |
| | | | The State | Columbia | SC | 51,375 |
| | | | Georgetown Times | Georgetown | SC | 5,000 |
| | | | Greenville News | Greenville | SC | 50,651 |
| | | | The Index-Journal | Greenwood | SC | 9,783 |
| | | | The Island Packet | Hilton Head Island | SC | 21,000 |
| | | | Lancaster News | Lancaster | SC | 10,727 |
| | | | The Sun News | Myrtle Beach | SC | 31,462 |
| | | | The Times & Democrat | Orangeburg | SC | 6,809 |
| | | | The Herald | Rock Hill | SC | 12,073 |
| | | | Herald-Journal | Spartanburg | SC | 24,678 |
| | | | The Item | Sumter | SC | 12,000 |
| South Dakota | 47,061 | 13% | | | | |
| | | | American News | Aberdeen | SD | 11,300 |
| | | | The Daily Republic | Mitchell | SD | 10,100 |
| | | | Rapid City Journal | Rapid City | SD | 17,544 |
| | | | Watertown Public Opinion | Watertown | SD | 8,117 |
| Tennessee | 434,692 | 17% | | | | |
| | | | Chattanooga Times Free Press | Chattanooga | TN | 60,542 |
| | | | Cleveland Daily Banner | Cleveland | TN | 10,889 |
| | | | Columbia Daily Herald | Columbia | TN | 10,500 |
| | | | Crossville Chronicle | Crossville | TN | 5,998 |
| | | | The State Gazette | Dyersburg | TN | 4,200 |
| | | | Johnson City Press | Johnson City | TN | 22,659 |
| | | | Knoxville News Sentinel | Knoxville | TN | 72,503 |
| | | | Southern Standard | McMinnville | TN | 9,000 |
| | | | The Commercial Appeal | Memphis | TN | 85,591 |
| | | | Citizen Tribune | Morristown | TN | 23,711 |
| | | | The Tennessean | Nashville | TN | 107,087 |
| | | | Oak Ridge | Oak Ridge | TN | 4,562 |
| | | | Shelbyville Times-Gazette | Shelbyville | TN | 6,850 |
| | | | The Sunday News | Tullahoma | TN | 10,600 |
| Texas | 1,543,741 | 15% | | | | |
| | | | Abilene Reporter-News | Abilene | TX | 14,452 |
| | | | Amarillo Globe-News | Amarillo | TX | 21,647 |
| | | | Athens Daily Review | Athens | TX | 2,672 |
| | | | Austin American-Statesman | Austin | TX | 104,428 |
| | | | Brownsville Herald | Brownsville | TX | 8,223 |
| | | | Brownwood Bulletin | Brownwood | TX | 5,000 |
| | | | Bryan College Station Eagle | Bryan | TX | 12,621 |
| | | | Bryan Times | Bryan | TX | 22,743 |
| | | | Corpus Christi Caller-Times | Corpus Christi | TX | 23,597 |
| | | | Corsicana Daily Sun | Corsicana | TX | 3,410 |
| | | | The Dallas Morning News | Dallas | TX | 249,258 |
| | | | Denton Record-Chronicle | Denton | TX | 7,609 |
| | | | Star-Telegram | Fort Worth | TX | 123,932 |
| | | | Gainesville Daily Register | Gainesville | TX | 2,998 |
| | | | Greenville Herald Banner | Greenville | TX | 3,636 |

| State | Circulation | %HH Cov | Newspaper Name | City | State | Circulation |
|---|---|---|---|---|---|---|
| | | | Valley Morning Star | Harlingen | TX | 10,844 |
| | | | The Leader | Houston | TX | 31,000 |
| | | | Houston Community | Houston | TX | 650,000 |
| | | | The Huntsville Item | Huntsville | TX | 2,649 |
| | | | Jacksonville Daily Progress | Jacksonville | TX | 1,674 |
| | | | Kerrville Daily Times | Kerrville | TX | 7,500 |
| | | | Killeen Daily Herald | Killeen | TX | 12,083 |
| | | | Lubbock Avalanche-Journal | Lubbock | TX | 21,649 |
| | | | Monitor | McAllen | TX | 20,241 |
| | | | Reporter-Telegram | Midland | TX | 9,384 |
| | | | The Mineral Wells Index | Mineral Wells | TX | 7,275 |
| | | | Odessa American | Odessa | TX | 8,806 |
| | | | Palestine Herald-Press | Palestine | TX | 3,248 |
| | | | The Paris News | Paris | TX | 5,300 |
| | | | Plainview Daily Herald | Plainview | TX | 2,900 |
| | | | Standard-Times | San Angelo | TX | 12,354 |
| | | | Stephenville Empire-Tribune | Stephenville | TX | 3,600 |
| | | | Temple Daily Telegram | Temple | TX | 14,021 |
| | | | Gazette | Texarkana | TX | 15,964 |
| | | | Tyler Courier-Times-Telegraph | Tyler | TX | 14,450 |
| | | | Victoria Advocate | Victoria | TX | 19,531 |
| | | | Waco Tribune-Herald | Waco | TX | 24,006 |
| | | | The Waxahachie Daily Light | Waxahachie | TX | 3,500 |
| | | | Mid Valley Town Crier | Weslaco | TX | 21,905 |
| | | | Times Record News | Wichita Falls | TX | 13,631 |
| **Utah** | **128,736** | **13%** | | | | |
| | | | The Herald Journal | Logan | UT | 10,479 |
| | | | Daily Herald | Provo | UT | 19,993 |
| | | | The Salt Lake Tribune-Deseret News | Salt Lake City | UT | 98,264 |
| **Vermont** | **7,772** | **3%** | | | | |
| | | | Banner | Bennington | VT | 3,506 |
| | | | Reformer | Brattleboro | VT | 4,266 |
| **Virginia** | **450,337** | **14%** | | | | |
| | | | The Freelance-Star/Star Exponent | Fredericksburg | VA | 35,400 |
| | | | Daily News-Record | Harrisonburg | VA | 21,874 |
| | | | Daily Press | Newport News/Hampton | VA | 78,548 |
| | | | The Virginian-Pilot | Norfolk | VA | 135,500 |
| | | | The Petersburg Progress-Index | Petersburg | VA | 7,420 |
| | | | Richmond Times-Dispatch | Richmond | VA | 103,341 |
| | | | The Roanoke Times | Roanoke | VA | 52,078 |
| | | | Winchester Star | Winchester | VA | 16,176 |
| **Washington** | **521,157** | **18%** | | | | |
| | | | The Daily World | Aberdeen | WA | 6,325 |
| | | | The Bellingham Herald | Bellingham | WA | 13,990 |
| | | | Kitsap Sun | Bremerton | WA | 14,772 |
| | | | Daily Record | Ellensburg | WA | 5,800 |
| | | | The Daily News | Longview | WA | 10,918 |
| | | | Skagit Valley Herald | Mount Vernon | WA | 11,717 |
| | | | The Olympian | Olympia | WA | 15,440 |
| | | | Tri-City Herald | Pasco/Tri Cities | WA | 20,804 |
| | | | The Seattle Times | Seattle | WA | 222,905 |
| | | | The Spokesman-Review | Spokane | WA | 73,904 |
| | | | The News Tribune | Tacoma | WA | 48,658 |
| | | | The Columbian | Vancouver | WA | 26,360 |
| | | | Walla Walla Union-Bulletin | Walla Walla | WA | 10,323 |
| | | | The Wenatchee World | Wenatchee | WA | 17,100 |
| | | | Herald-Republic | Yakima | WA | 22,141 |

| State | Circulation | % HH Cov | Newspaper Name | City | State | Circulation |
|---|---|---|---|---|---|---|
| West Virginia | 150,215 | 20% | | | | |
| | | | The Register-Herald | Beckley | WV | 12,173 |
| | | | Bluefield Daily Telegraph | Bluefield | WV | 8,528 |
| | | | Gazette-Mail | Charleston | WV | 40,000 |
| | | | Clarksburg Exponent-Telegram | Clarksburg | WV | 14,907 |
| | | | Times West Virginian | Fairmont | WV | 5,992 |
| | | | Mineral Daily News Tribune | Keyser | WV | 2,735 |
| | | | The Journal | Martinsburg | WV | 11,137 |
| | | | The Dominion Post | Morgantown | WV | 14,714 |
| | | | The Parkersburg News And Sentinel | Parkersburg | WV | 19,222 |
| | | | Princeton Times | Princeton | WV | 949 |
| | | | Sunday News-Register | Wheeling | WV | 19,858 |
| | | | | | | |
| Wisconsin | 501,951 | 21% | | | | |
| | | | Appleton Post Crescent | Appleton | WI | 37,703 |
| | | | Baraboo News Republic | Baraboo | WI | 2,629 |
| | | | Daily Citizen | Beaver Dam | WI | 6,533 |
| | | | Chippewa Valley Newspapers | Chippewa Falls | WI | 2,900 |
| | | | Leader-Telegram | Eau Claire | WI | 20,836 |
| | | | Fond du Lac Reporter | Fond Du Lac | WI | 8,957 |
| | | | Green Bay Press Gazette | Green Bay | WI | 46,041 |
| | | | Kenosha News | Kenosha | WI | 21,807 |
| | | | La Crosse Tribune | La Crosse | WI | 21,900 |
| | | | Wisconsin State Journal | Madison | WI | 73,867 |
| | | | Manitowoc Herald Times | Manitowoc | WI | 8,107 |
| | | | Milwaukee Journal Sentinel | Milwaukee | WI | 176,824 |
| | | | Oshkosh Northwestern | Oshkosh | WI | 12,434 |
| | | | Daily Register | Portage | WI | 2,890 |
| | | | The Journal Times | Racine | WI | 19,260 |
| | | | Sheboygan Press | Sheboygan | WI | 12,438 |
| | | | Central WI Sunday | Stevens Point | WI | 11,904 |
| | | | Wausau Daily Herald | Wausau | WI | 14,921 |
| | | | | | | |
| Wyoming | 18,978 | 8% | | | | |
| | | | Casper Star-Tribune | Casper | WY | 12,098 |
| | | | Daily Rocket-Miner | Rock Springs | WY | 6,880 |
| | | | | | | |
| Total | 22,034,830 | | | | | |

Source: Parade newspaper carrier  list effective 3/4/2018

**DECLARATION OF JOSEPH M. FISHER**

**EXHIBIT G**

THE WALL STREET JOURNAL.

# PRINT CIRCULATION

**THE WALL STREET JOURNAL U.S.:** 1,099,545

Sources: Q3 2017 AAM Quarterly Data Report (U.S.).

WALL STREET JOURNAL
# U.S. NATIONAL EDITION

## CIRCULATION: 1,099,545

Published Monday through Saturday, the National Edition is a combination of the Eastern, Central and Western Editions.

# EASTERN EDITION

## CIRCULATION: 489,176

Published Monday through Saturday, the Eastern Edition circulates in Alabama, Connecticut, Delaware, Florida, Georgia, eastern Kentucky, Maine, Maryland, Massachusetts, Mississippi (except the northwest corner), New Hampshire, New Jersey, New York (except western corner), North Carolina, eastern Pennsylvania, Rhode Island, South Carolina, eastern Tennessee, Vermont, Virginia, Washington, D.C., and portions of West Virginia and southeastern Canada.

# CENTRAL EDITION

## CIRCULATION: 346,986

Published Monday through Saturday, the Central Edition circulates in northeast Arizona, Arkansas, Illinois, Indiana, Iowa, Kansas, western Kentucky, Louisiana, Michigan, Minnesota, northwest Mississippi, Missouri, eastern Nebraska, New Mexico, western New York, North Dakota, Ohio, Oklahoma, western Pennsylvania, eastern South Dakota, western Tennessee, Texas, northern West Virginia, Wisconsin and south central Canada.

# WESTERN EDITION

## CIRCULATION: 263,383

Published Monday through Saturday, the Western Edition circulates in Alaska, Arizona (except northeast corner), California, Colorado, Hawaii, Idaho, Montana, western Nebraska, Nevada, Oregon, western South Dakota, Utah, Washington, Wyoming and southwestern Canada.

THE WALL STREET JOURNAL.

# REGIONAL ADVERTISING

Regional advertising buys are available in 21 regions. Please contact your sales representative or visit wsjmediakit.com for details.

## AVAILABLE REGIONS



**WESTERN EDITION**

Pacific Northwest Region
Rocky Mountain Region
Northern California Region
Southern California Region
Arizona Region

**CENTRAL EDITION**

Minneapolis Region
Chicago Region
Ohio Region
Detroit Region
St. Louis Region
Kansas City Region
Texas Region
Dallas/Ft. Worth Region
Houston Region

**EASTERN EDITION**

New England Region
Greater New York Region
Philadelphia Region
Washington/Baltimore Region
Southern Region
South Atlantic Region
Florida Region

# DECLARATION OF JOSEPH M. FISHER

# EXHIBIT H

# USA TODAY ADVERTISING PRINT MARKETS



**Atlanta**
Monday-Thursday: 35,467
Friday: 39,106

**BOSTON**
Monday-Thursday: 37,732
Friday: 45,247

**CAROLINAS**
Monday-Thursday: 56,947
Friday: 64,100

**CHICAGO**
Monday-Thursday: 39,636
Friday: 47,208

**CINCINNATI**
Monday-Thursday: 25,190
Friday: 29,706

**DALLAS**
Monday-Thursday: 37,819
Friday: 41,929

**DENVER**
Monday-Thursday: 32,513
Friday: 38,106

**DETROIT**
Monday-Thursday: 31,001
Friday: 37,634

**HOUSTON**
Monday-Thursday: 37,252
Friday: 42,528

**KANSAS CITY**
Monday-Thursday: 29,700
Friday: 33,425

**LOS ANGELES**
Monday-Thursday: 60,902
Friday: 71,480

**MINNEAPOLIS**
Monday-Thursday: 17,959
Friday: 20,197

**NASHVILLE**
Monday-Thursday: 24,111
Friday: 27,087

**NEW ORLEANS**
Monday-Thursday: 21,759
Friday: 24,539

**NEW YORK**
Monday-Thursday: 59,778
Friday: 71,715

**NORTH CENTRAL FLORIDA**
Monday-Thursday: 45,908
Friday: 53,291

**PHILADELPHIA**
Monday-Thursday: 32,237
Friday: 36,729

**PHOENIX**
Monday-Thursday: 28,507
Friday: 32,125

**PITTSBURGH/CLEVELAND**
Monday-Thursday: 49,803
Friday: 57,215

**SAN FRANCISCO**
Monday-Thursday: 32,859
Friday: 39,289

**SEATTLE**
Monday-Thursday: 26,384
Friday: 32,418

**SOUTH FLORIDA**
Monday-Thursday: 25,375
Friday: 30,097

**ST. LOUIS**
Monday-Thursday: 25,201
Friday: 28,109

**WASHINGTON/BALTIMORE**
Monday-Thursday: 41,119
Friday: 47,994

Source: Q3 2016 AAM Quarterly Data Report (print copies only)

**DECLARATION OF JOSEPH M. FISHER**

**EXHIBIT I**

**The Statistics Portal**
Statistics and Studies from more than 18,000 Sources

Enter search term, e.g. social media

NEW

Prices ⌄   Statistics ⌄   Reports ⌄   Consumer Markets ⌄   Digital Markets ⌄   Global Survey   Infographics   Services ⌄                     Login

Media & Advertising › Books & Publishing › Readers of the New York Times (daily edition) in the U.S. 2017

PREMIUM +

# Number of readers of the New York Times in the United States from spring 2008 to spring 2017 (in millions)



DOWNLOAD   SETTINGS   SHARE

PNG +   PDF +   XLS +   PPT +

**DESCRIPTION**   SOURCE   MORE INFORMATION

This statistic illustrates the number of New York Times (daily edition) readers in the United States from spring 2008 to spring 2017. In spring 2017, the number of New York Times (daily edition) readers amounted to 9.32 million. In 2016 the average paid and verified weekday circulation of the New York Times stood at 571.5 thousand copies, a decrease from over 1.92 million copies in 2013. The company has nevertheless seen an increase in its circulation revenue in recent years. In 2012, the revenue stood at 795 million U.S. dollars, and this increased to over 880 million U.S. dollars by 2016.

☆   🔔

Collapse statistic

Data visualized by    +ableau                © Statista 2018 ⚑

About this statistic                                            Show source

 + Leading newspapers in the U.S. 2017, by circulation

+ U.S. media use: time spent reading newspapers 2010-2018

 + Number of full time daily newspaper journalists in U.S. 2010-2015

‹                                                                                                         ›

DMA - AAM Audit Report 2016
NY Times Sunday, March 13, 2016
DMA Rankings Based on Nielsen
Local Television Market Universe Estimates
*Estimates as of January 1, 2016 and used throughout the 2015-2016 television season*
*Estimates are effective September 26, 2015*

| | NYT Sunday Avg. Circulation Projection |
|---|---|
| NEW YORK, CT-NJ-NY-PA | 355,631 |
| LOS ANGELES, CA | 38,475 |
| CHICAGO, IL-IN | 32,771 |
| PHILADELPHIA, DE-NJ-PA | 41,259 |
| DALLAS-FT WORTH, TX | 9,370 |
| SAN FRANCISCO-OAKLAND-SAN JOSE, CA | 52,905 |
| WASHINGTON, DC-MD-PA-VA-WV | 40,606 |
| BOSTON (MANCHESTER), MA-NH-VT | 46,427 |
| ATLANTA, AL-GA-NC | 12,329 |
| HOUSTON, TX | 8,954 |
| **TOP 10 DMA** | **638,727** |
| TAMPA-ST. PETERSBURG (SARASOTA), FL | 11,964 |
| PHOENIX (PRESCOTT), AZ | 11,156 |
| DETROIT, MI | 13,517 |
| SEATTLE-TACOMA, WA | 19,654 |
| MINNEAPOLIS-ST PAUL, MN-WI | 11,941 |
| MIAMI-FT. LAUDERDALE, FL | 18,799 |
| DENVER, CO-NE-WY | 17,471 |
| CLEVELAND-AKRON (CANTON), OH | 8,647 |
| ORLANDO-DAYTONA BEACH-MELBOURNE, FL | 6,847 |
| SACRAMENTO-STOCKTON-MODESTO, CA | 5,306 |
| ST. LOUIS, IL-MO | 5,744 |
| CHARLOTTE, NC-SC | 4,068 |
| PITTSBURGH, MD-PA-WV | 5,726 |
| PORTLAND, OR-WA | 13,381 |
| RALEIGH-DURHAM (FAYETTEVILLE), NC-VA | 7,252 |
| **Top 25 DMA** | **800,200** |
| BALTIMORE, MD | 12,062 |
| INDIANAPOLIS, IN | 4,111 |
| SAN DIEGO, CA | 9,381 |
| NASHVILLE, KY-TN | 3,463 |
| HARTFORD & NEW HAVEN, CT | 21,775 |
| COLUMBUS, OH | 4,455 |
| SAN ANTONIO, TX | 2,192 |
| KANSAS CITY, KS-MO | 3,671 |
| SALT LAKE CITY, ID-NV-UT-WY | 3,520 |
| MILWAUKEE, WI | 5,404 |
| CINCINNATI, IN-KY-OH | 5,033 |
| GREENVILLE-SPARTANBURG-ASHEVILLE-ANDERSON, GA-NC-SC | 3,133 |
| WEST PALM BEACH-FT. PIERCE, FL | 23,782 |
| AUSTIN, TX | 6,823 |
| LAS VEGAS, NV | 2,229 |
| GRAND RAPIDS-KALAMAZOO-BATTLE CREEK, MI | 2,069 |
| NORFOLK-PORTSMOUTH-NEWPORT NEWS, NC-VA | 2,420 |
| OKLAHOMA CITY, OK | 1,091 |
| HARRISBURG-LANCASTER-LEBANON-YORK, PA | 3,101 |
| BIRMINGHAM (ANNISTON, TUSCALOOSA), AL | 1,401 |
| GREENSBORO-HIGH POINT-WINSTON SALEM, NC-VA | 2,332 |
| JACKSONVILLE, FL-GA | 4,080 |
| ALBUQUERQUE-SANTA FE, AZ-CO-NM | 5,658 |
| LOUISVILLE, IN-KY | 2,623 |
| MEMPHIS, AR-MS-TN | 1,619 |
| **Top 50 DMA** | **937,628** |

**DECLARATION OF JOSEPH M. FISHER**

**EXHIBIT J**

# US1 Distribution

PR Newswire's U.S. Distribution delivers your messages across the most trusted and comprehensive content distribution network in the industry, providing the broadest reach and sharpest targeting available.

## ALABAMA

### Magazine

Coastal Living Magazine (Birmingham)

Southern Living (Birmingham)

Southern Breeze (Gulf Shores)

Civil Air Patrol News (Maxwell AFB)

Business Alabama Monthly (Mobile)

Prime Montgomery (Montgomery)

Fabricating & Metalworking Magazine (Pinson)

### News Service

Associated Press - Birmingham Bureau (Birmingham)

Associated Press - Mobile Bureau (Mobile)

Associated Press - Montgomery Bureau (Montgomery)

### Newspaper

The Sand Mountain Reporter (Albertville)

The Outlook (Alexander)

Anniston Star (Anniston)

Athens News Courier (Athens)

Atmore Advance (Atmore)

Lee County Eagle, The (Auburn)

Auburn Plainsman (Auburn University)

Baldwin Times (Bay Minette)

Birmingham Business Journal (Birmingham)

Birmingham News, The (Birmingham)

Birmingham Post-Herald (Birmingham)

Business Alabama Monthly - Birmingham Bureau (Birmingham)

Cherokee County Herald (Centre)

Cullman Times (Cullman)

Decatur Daily (Decatur)

Dothan Eagle (Dothan)

Enterprise Ledger (Enterprise)

Fairhope Courier (Fairhope)

Courier Journal (Florence)

Florence Times Daily (Florence)

Times Daily (Florence)

Fort Payne Times-Journal (Fort Payne)

Gadsden Times, The (Gadsden)

Latino News (Gadsen)

News-Herald (Geneva)

Huntsville Times, The (Huntsville)

Daily Mountain Eagle, The (Jasper)

Fairhope Courier, The (Mobile)

Mobile Press-Register (Mobile)

Montgomery Advertiser (Montgomery)

Opelika-Auburn News (Opelika)

Pelican, The (Orange Beach)

The Citizen of East Alabama (Phenix City)

Scottsboro Daily Sentinel (Scottsboro)

Selma Times Journal (Selma)

Talladega Daily Home (Talladega)

The Messenger (Troy)

Tuscaloosa News (Tuscaloosa)



Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

## Online

AL.com (Birmingham)

Heraldnewsmedia.com (Birmingham)

CullmanSense (Cullman)

The Adventures of Boogerhead and Me (Elmore)

Best Mom Reviews (Gadsden)

Latino-News.com (Gadsden)

Momgadget.com (Greensboro)

landofcotton.com (Munford)

## Radio

WAVU-AM (Albertville)

WQSB-FM (Albertville)

WAAO-FM (Andalusia)

WHOG-AM (Anniston)

WRAB-AM (Arab)

WKAC-AM (Athens)

WVNN-FM (Athens)

WANI-AM (Auburn)

PRX (Bessemer)

Metro Networks - Birmingham Bureau (Birmingham)

WAPI-AM (Birmingham)

WAPI-AM (Birmingham)

WBHM-FM (Birmingham)

WDXB-FM (Birmingham)

WENN-AM (Birmingham)

WERC-AM (Birmingham)

WMJJ-FM (Birmingham)

WQEN-FM (Birmingham)

WSGN-FM  Gadsden State Community College (Birmingham)

WYDE-FM (Birmingham)

WZNN-FM (Birmingham)

WZZK-FM (Birmingham)

WDRM-FM (Decatur)

WOOF-AM (Dothan)

WOOF-FM (Dothan)

WQLT-FM (Florence)

WAAX-AM (Gadsden)

WQZX-FM (Greenville)

WTWX-FM (Guntersville)

WYDE-AM (Homewood)

WYDE-FM (Homewood)

WBHP-AM (Huntsville)

WDYF-AM (Huntsville)

WJOU-FM (Huntsville)

WLBF-AM (Huntsville)

WLRH-FM (Huntsville)

WRSA-FM (Huntsville)

WSTF-AM (Huntsville)

WTAK-FM (Huntsville)

WLJS-FM (Jacksonville)

WWXQ-FM (Madison)

WKSJ-FM (Mobile)

WMXC-FM (Mobile)

WNTM-AM (Mobile)

WRKH-FM (Mobile)

WMFC-AM (Monroeville)

WMFC-FM (Monroeville)

WHLW-FM (Montgomery)

WLWI-AM (Montgomery)

WVAS-FM (Montgomery)

WWMG-FM (Montgomery)

WZHT-FM (Montgomery)

WJAB-FM (Normal)

WMBU-FM (Northport)

WMBV-FM (Northport)

WMFT-FM (Northport)

WRNF-FM (Northport)

WKKR-AM (Opelika)

WMXA-AM (Opelika)

WTLM-AM (Opelika)

WZMG-AM (Opelika)

WAMI-AM (Opp)

(888) 776-0942  |  www.prnewswire.com


PR Newswire
A UBM plc company

Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

WTDR-FM (Oxford)

WKXX-FM (Rainbow City)

WDXX-FM (Selma)

WACQ-AM (Tallassee)

WTSU-FM (Troy)

WQPR-FM (Tuscaloosa)

WUAL-FM (Tuscaloosa)

## Television

Metro Networks - Birmingham Bureau (Birmingham)

WBMA-TV (Birmingham)

WBRC-TV (Birmingham)

WIAT-TV (Birmingham)

WVTM-TV (Birmingham)

WDHN-TV (Dothan)

WTVY-TV (Dothan)

WAAY-TV (Huntsville)

WAFF-TV (Huntsville)

WHDF-TV (Huntsville)

WHNT-TV (Huntsville)

WALA-TV (Mobile)

WKRG-TV (Mobile)

WPMI-TV (Mobile)

Alabama Public Television (Montgomery)

Raycom Corporate (Montgomery)

WAKA-TV (Montgomery)

WNCF-TV (Montgomery)

WSFA-TV (Montgomery)

WSES-TV (Tuscaloosa)

WVUA-TV (LPTV) (Tuscaloosa)

## ALASKA

## Magazine

Alaska Oil & Gas Reporter (Anchorage)

## News Service

Associated Press - Anchorage Bureau (Anchorage)

Disaster Center, The (Anchorage)

Reuters - Anchorage Bureau (Anchorage)

Associated Press - Juneau Bureau (Juneau)

## Newspaper

Alaska Business Monthly (Anchorage)

Alaska Journal Of Commerce (Anchorage)

Anchorage Daily News (Anchorage)

The Northern Light (Anchorage)

Fairbanks Daily News-Miner (Fairbanks)

University of Alaska Fairbanks (Fairbanks)

Juneau Empire (Juneau)

Los Angeles Times - Juneau Bureau (Juneau)

The Peninsula Clarion Kenai

Ketchikan Daily News (Ketchikan)

Ketchikan News (Ketchikan)

Kodiak Daily Mirror Kodiak

Sitka Daily Sitka Sentinel (Sitka)

Mat-Su Valley Frontiersman (Wasilla)

## Online

Subversify (Adak)

## Radio

Alaska Public Radio Network (Anchorage)

KASH-FM (Anchorage)

KBBO-FM (Anchorage)

KBFX-FM (Anchorage)

KBYR-AM (Anchorage)

KENI-AM (Anchorage)

KFAT-FM (Anchorage)

KFQD-AM (Anchorage)

KGOT-FM (Anchorage)

KMBQ-FM (Anchorage)

KNBA-FM (Anchorage)

Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

KRUA-FM (Anchorage)

KSKA-FM (Anchorage)

KXLW-FM (Anchorage)

KYMG-FM (Anchorage)

KBRW-AM (Barrow)

KBRW-AM/FM (Barrow)

KYUK-AM (Bethel)

KYUK-FM (Bethel)

KCUK-FM (Chevak)

KDLG-AM (Diliingham)

KFAR-AM (Fairbanks)

KFBX-FM (Fairbanks)

KIAK-FM (Fairbanks)

KUAC-FM (Fairbanks)

KZPA-AM (Fort Yukon)

KCAM-AM (Glennallen)

KHNS-FM (Haines)

KBBI-AM (Homer)

KGTL-AM (Homer)

KPEN-FM (Homer)

KWVV-FM (Homer)

KINY-AM (Juneau)

KSUP-FM (Juneau)

KTOO-FM (Juneau)

KDLL-FM (Kenai)

KKIS-FM (Kenai)

KSRM-AM (Kenai)

KWHQ-FM (Kenai)

KFMJ-FM (Ketchikan)

KRBD-FM (Ketchikan)

KMXT- FM (Kodiak)

KMXT-FM (Kodiak)

KOTZ-AM (Kotzebue)

KSKO-AM (McGrath)

KAKN-FM (Naknek)

KICY-AM/FM (Nome)

KNOM-AM (Nome)

KNOM-FM (Nome)

KJNP-FM (North Pole)

KFSK-FM (Petersburg)

KSDP-AM (Sand Point)

KCAW-FM (Sitka)

KUHB-FM (St. Paul)

KNSA-AM (Unalakleet)

KIAL-AM (Unalaska)

KCHU-AM (Valdez)

KSTK-FM (Wrangell)

## Television

Coastal Television Broadcasting Company (Anchorage)

KIMO-TV (Anchorage)

KTUU-TV (Anchorage)

KTVA-TV (Anchorage)

KYUR-TV (Anchorage)

K13XD-LP (Fairbanks)

KATN-TV (Fairbanks)

KFXF-TV (Fairbanks)

KTVF-TV (Fairbanks)

KJUD-TV (Juneau)

KJNP-TV (North Pole)

## ARIZONA

## Magazine

ADA Times (Chandler)

BUSRide (Mesa)

Modern Times Magazine (Mesa)

Arizona Business Gazette (Phoenix)

Astaire Magazine (Phoenix)

DRAFT Magazine (Phoenix)

Java Magazine (Phoenix)

Kontakt Magazine (Phoenix)

Latino Perspectives Magazine (Phoenix)

McMurry Publishing (Phoenix)

Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

Outlook Arizona (Phoenix)

Phoenix Magazine (Phoenix)

Sports Arizona Magazine (Phoenix)

Vim & Vigor (Phoenix)

Virgo Publishing (Phoenix)

Arizona Foothills Magazine (Scottsdale)

Desert Living (Scottsdale)

Inform Publishing Group (Scottsdale)

Medical News and Issues (Scottsdale)

Planning Magazine (Scottsdale)

Raising Arizona Kids Magazine (Scottsdale)

So Scottsdale! Magazine (Scottsdale)

Texas Homebuilder (Scottsdale)

West Valley Magazine (Sun City)

MyTekLife Magazine (Tempe)

Inside Tucson Business Magazine (Tucson)

Oser Communications Group (Tucson)

Tucson Lifestyles Magazine (Tucson)

## News Service

Arizona State University (Phoenix)

Associated Press - Phoenix Bureau (Phoenix)

Arizona State University - State-Press (Tempe)

Associated Press - Tucson Bureau (Tucson)

## Newspaper

Apache Junction News (Apache Junction)

Mohave Daily News (Bullhead City)

Flagstaff Daily Sun (Flagstaff)

Gilbert Independent (Gilbert)

TheNeews (Goodyear)

Green Valley News and Sun (Green Valley)

Kingman Daily Miner (Kingman)

Kingman Mohave Daily Miner (Kingman) Lake

Havasu City Today's News-Herald (Lake


Havasu City)

West Valley View (Litchfield Park)

East Valley Tribune (Mesa)

Mesa Tribune (Mesa)

Tribune Newspapers (Mesa)

The Nogales International (Nogales)

@West news (Peoria)

Arab America Today (Phoenix)

Arizona Guardian (Phoenix)

Arizona Republic, The (Phoenix)

East Valley Tribune (Phoenix)

Jewish News of Greater Phoenix (Phoenix)

La Voz (Phoenix)

Phoenix Business Journal, The (Phoenix)

School Reform News (Phoenix)

The Sahuarita Sun (Phoenix)

Prescott Courior (Prescott)

Prescott Daily Courier (Prescott)

Copper Basin News (San Manuel)

Au-Authm Action News (Scottsdale)

Tribune (Scottsdale)

Sierra Vista Herald (Sierra Vista/Bisbee)

Sun City Daily News-Sun (Sun City)

College Times (Tempe)

Arizona Daily Star (Tucson)

Daily Territorial (Tucson)

Inside Tucson Business (Tucson)

The Sun (Whikenburg)

La Voz de Yuma (Yuma)

Yuma Daily News-Sun (Yuma)

## Online

Roaming Times (Cave Creek)

Le Belle Amour (Chandler)

FleshEatingZipper (El Mirage)

Embedded.com (Flagstaff)

www.Amigos805.com (Flagstaff)

criminaljusticeprograms.com (Fountain Hills)



Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

NewsHX (Gilbert)

SparkleCore.com (Las Vegas)

www.codeboxmedia.com (Lonoke)

InsiderRacingNews.com (Peoria)

Wake Up America (Peoria)

Wake Up America Blog (Peoria)

Energy Delivery News & Solutions (Peyton)

85239.com (Phoenix)

aviloop.com (Phoenix)

Azinformation.com (Phoenix)

Banner Health (Phoenix)

BusinessJournalism.org (Phoenix)

Cities Planet (Phoenix)

Dagda Mor Media (Phoenix)

el break (Phoenix)

Lovin' Life After 50 (Phoenix)

Loving Life and Living on Less (Phoenix)

Quepasa.com (Phoenix)

Sports Arizona Monthly (Phoenix)

TheNewsist.com (Phoenix)

TrendLuxury (Phoenix)

Unnoticed Observer (Phoenix)

Writer's Helm (Phoenix)

Jenn, Mom of Two Munchkins (San Tan Valley)

Earth911.com (Scottsdale)

EmpowHER, The State Press (Scottsdale)

Metro Source (Scottsdale)

Random Musings (Scottsdale)

bookparkspr.com (Tempe)

PlayWhat.com (Tempe)

Censored News (Tucson)

## Radio

KVRD-FM (Cottonwood)

KYBC-AM (Cottonwood)

KAFF-AM (Flagstaff)

KAFF-FM (Flagstaff)

KNAU-FM (Flagstaff)

KPUB-FM (Flagstaff)

KVNA-AM (Flagstaff)

KGMN-FM (Kingman)

Tri-State News Network (Lake Havasu City)

KJZZ-FM (Mesa)

KXAZ-FM (Page)

KLPZ-AM (Parker)

Arizona Right Report (Phoenix)

KFNN-AM (Phoenix)

KFYI-AM (Phoenix)

KGME-AM (Phoenix)

KHOT-FM (Phoenix)

KKNT-AM Phoenix AZ (Phoenix)

KNIX-FM (Phoenix)

KTAR-AM (Phoenix)

KTAR-FM (Phoenix)

KAHM-FM (Prescott)

KYCA-AM (Prescott)

Metro Networks - Scottsdale Bureau (Scottsdale)

Money Radio 1510 (Scottsdale)

Arizona Public Media (Tucson)

Family Life Communications (Tucson)

KMXZ-FM (Tucson)

KNST-AM (Tucson)

KNST-FM (Tucson)

KUAT-FM (Tucson)

KTNN-AM (Window Rock)

## Television

AZTrib.com (East Valley)

KNAZ-TV (Flagstaff)

Kingman News Channel (Kingman)

AZCentral.com (Phoenix)

KNXV-TV (Phoenix)

KPHO-TV (Phoenix)

KPNX-TV (Phoenix)

Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

KSAZ-TV (Phoenix)
KTAZ-TV (Phoenix)
KTVK-TV (Phoenix)
KTVW-TV (Phoenix)
AZStarNet.com (Tucson)
KGUN-TV (Tucson)
KHRR-TV (Tucson)
KMSB-TV (Tucson)
KOLD-TV (Tucson)
KVOA-TV (Tucson)
KSWT-TV (Yuma)
KYMA-TV (Yuma)

## ARKANSAS

### Magazine

GreenZineAR (Bentonville)
Power Women Magazine (Fountain Lake)
The Trucker (Little Rock)
Mushing Magazine (Willow)

### News Service

Arkansas News Bureau (Little Rock)
Associated Press - Little Rock Bureau (Little Rock)
Tribune Media Services - Little Rock Bureau (Little Rock)

### Newspaper

Arkadelphia Siftings-Herald (Arkadelphia)
Henderson State University - Henderson Or (Arkadelphia)
The Signal (Arkadelphia)
Batesville Guard (Batesville)
Beebe News (Beebe)
Benton Courier (Benton)
Benton County Daily Record (Bentonville)
Blytheville Courier News (Blytheville)
Camden News (Camden)

Log Cabin Democrat (Conway)
El Dorado News-Times (El Dorado)
Northwest AR Times (Fayetteville)
Times-Herald (Forrest City)
Stephens Media Group (Fort Smith)
Times Record (Fort Smith)
Boone County Headlight (Harrison)
Harrison Daily Times (Harrison)
The Daily World (Helena)
Hope Star (Hope)
Hot Springs Sentinel Record (Hot Springs)
Jonesboro Sun (Jonesboro)
Arkansas Banker (Little Rock)
Arkansas Business (Little Rock)
Arkansas Business Publishing Group (Little Rock)
Arkansas Democrat-Gazette (Little Rock)
Arkansas Times (Little Rock)
Baptist Trumpet, The (Little Rock)
Benton Daily Record - Little Rock Bureau (Little Rock)
Little Rock Arkansas Democrat (Little Rock)
Sherwood Voice (Little Rock)
Banner-News (Magnolia)
Malvern Daily Record (Malvern)
Malvern Daily Times (Malvern)
Mountain Home Baxter Bulletin (Mountain Home)
The Nashville News (Nashville)
Newport Independent (Newport)
The Paragould Daily Press (Paragould)
Times Of N.E. Benton County (Pea Ridge)
Pine Bluff Commercial (Pine Bluff)
Arkansas Chronicle (Rogers)
Russellville The Courier (Russellville)
Searcy Citizen (Searcy)
Morning News of Northwest Arkansas (Springdale)
Northwest Arkansas Newspapers (Springdale)
Rogers Hometown News (Springdale)
The Stuttgart Daily Leader (Stuttgart)

Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

## Online

BethArnold.com (Little Rock)

## Radio

KAAB-AM (Batesville)

KBTA-AM (Batesville)

KWOZ-FM (Batesville)

KZLE-FM (Batesville)

University of the Ozarks (KUOZ-LP) (Clarksville)

KFAY-AM (Fayettville)

KQEW-FM (Fordyce)

KBFC-FM (Forrest City)

KXJK-AM (Forrest City)

KTCS-AM (Fort Smith)

KWXI-AM (Glenwood)

Arkansas Radio Network (Little Rock)

KABZ-FM (Little Rock)

KARN-AM (Little Rock)

KARN-FM (Little Rock)

KDJE-FM (Little Rock)

KHKN-FM (Little Rock)

KHLR-FM (Little Rock)

KKPT-FM (Little Rock)

KLAL-FM (Little Rock)

KMJX-FM (Little Rock)

KSSN-FM (Little Rock)

KUAR-FM (Little Rock)

KVSA-AM (McGehee)

KVOM-FM (Morrilton)

KTLO-AM (Mountain Home)

KTLO-FM (Mountain home)

KNBY-AM (Newport)

KJBN-AM (North Little Rock)

KCLA-AM (Pine Bluff)

KURM-AM (Rogers)

KWKK-FM (Russellville)

KWCK-AM (Searcy)

KASU-FM (State University)

KKYR-FM (Texarkana)

KWYN-AM (Wynne)

## Television

KNWA-TV (Fayettville)

KFAA-TV (Fort Smith)

KFSM-TV (Fort Smith)

KHBS-TV (Fort Smith)

KHOG-TV (Fort Smith)

KPOM-TV (Fort Smith)

KSBN-TV (Fort Smith)

KAIT-TV (Jonesboro)

KASN-TV (Little Rock)

KATV-TV (Little Rock)

KLRT-TV (Little Rock)

KTHV-TV (Little Rock)

KTSS-TV (Little Rock)

Talk Business (Little Rock)

## CALIFORNIA

## Magazine

Vanguard News (Acton)

Clean Eating Magazine (Aliso Viejo)

McMullen Argus Publishing (Anaheim)

Pin Up Media (Anaheim)

Bakersfield Life Magazine (Bakersfield)

Dairy Today/Farm Journal (Bakersfield)

KABOOM!! Magazine (Bakersfield)

Bay Area Kids magazine (Bay Point)

Los Angeles Times Magazine (Berkeley)

Mutineer (Berkeley)

Pregnancy Magazine (Berkeley)

celebrity society magazine (Beverly Hills)

B.Couleur Magazine (Burbank)

Contacto Magazine (Burbank)

Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

805 living magazine (Camarillo)

White Digital Media (Carlsbad)

Adams Business Media (Cathedral City)

Mickey News (Clovis)

Ocean Magazine (Corona Del Mar)

OC Weekly (Costa Mesa)

Westways (Costa Mesa)

Real Estate Southern California (Culver City)

Source Interlink (El Segundo)

Brush Buddies (Fontana)

Latino California (Fountain Valley)

What's Happening (Fremont)

Pollstar (Fresno)

Beverly Hills Courier (Glendale)

California Beverage News (Glendale)

Indoor Comfort News (Glendale)

LAFM - Los Angeles Film & Music Magazine (Glendale)

Patterson's California Beverage Journal (Glendale)

Tiger Beat/BOP magazines (Glendale)

Diversity News Magazine (Hollywood)

VNU Publications (Hollywood)

Laguna Beach Magazine (Huntington Beach)

Bow Tie Inc. (Irvine)

Fancy Publications (Irvine)

Luxveria (La Jolla)

Almost Famous (Laguna Beach)

Firebrand Media (Laguna Beach)

Anthem Magazine (Long Beach)

Long Beach Magazine (Long Beach)

944 Magazine Los Angeles (Los Angeles)

Acquire (Los Angeles)

Advertising Age - Los Angeles Bureau (Los Angeles)

Advocate, The (Los Angeles)

Adweek - Los Angeles Bureau (Los Angeles)

AIDS Healthcare Foundation (Los Angeles)

BeE Magazine (Los Angeles)

Brandweek - Los Angeles Bureau (Los Angeles)

BusinessWeek - Los Angeles Bureau (Los Angeles)

California Apparel News (Los Angeles)

California Real Estate (Los Angeles)

Clinical Lab Products (Los Angeles)

Crain Communications (Los Angeles)

Eastern Group Publications, Inc. (Los Angeles)

Echelon Magazine (Los Angeles)

Economist (Los Angeles)

Film Music Magazine (Los Angeles)

German World Magazine (Los Angeles)

Glamoholic magazine (Los Angeles)

Good (Los Angeles)

Hitched Media, Inc. (Los Angeles)

HIV Plus Magazine (Los Angeles)

Hollywood Beat (Los Angeles)

Impact the magazine (Los Angeles)

IN Magazine (Los Angeles)

LA Splash Magazine (Los Angeles)

LA Teen Festival: The Magazine (Los Angeles)

Los Angeles Lawyer (Los Angeles)

Los Angeles Magazine (Los Angeles)

Real Talk LA (Los Angeles)

Runway magazine (Los Angeles)

Screen Actor Magazine (Los Angeles)

Southern California Physician Magazine (Los Angeles)

Thrive (Los Angeles)

Tight Rope Magazine (Los Angeles)

Time - Los Angeles Bureau (Los Angeles)

Treats! Magazine (Los Angeles)

TribuAmericas, Inc. (Los Angeles)

Tu Ciudad (Hispanic) (Los Angeles)

Urban Network (Los Angeles)

Werner Publishing Corporation (Los Angeles)

Where Los Angeles (Los Angeles)

Woodworker West (Los Angeles)

Worth Magazine (Malibu)

Facebook (Menlo Park)

PR Newswire
A UBM plc company

Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

Crittenden's Golf Business and Real Estate (Mission Viejo)

Orange County Bride (Mission Viejo)

Pet Product News (Mission Viejo)

Pet Product News International (Mission Viejo)

Veterinary Practice News (Mission Viejo)

Red Herring (Mountain View)

Asian Journal | San Diego (National City)

Coast Magazine (Newport Beach)

Cuisine Noir Magazine (Oakland)

San Diego Business Magazine (Oceanside)

Official Magazine (Ontario)

Jezebel Magazine (Pacific Palisades)

Tuxedo Road (Pacific Palisades)

Dune Magazine (Palm Springs)

Palm Springs Life (Palm Springs)

Courthouse News (Pasadena)

Institutional Investor Alpha Magazine (Pasadena)

Juriscape (Pasadena)

Mr. Latino Magazine (Patterson)

STN Media (Redondo Beach)

Senior Spectrum (Sacramento)

Kandy magazine (San Diego)

Luxemont (San Diego)

San Diego Home/Garden Lifestyles (San Diego)

San Diego Jewish World (San Diego)

San Diego Magazine (San Diego)

San Diego Technology News (San Diego)

7x7 (San Francisco)

Active Interest Media (San Francisco)

Adweek - San Francisco Bureau (San Francisco)

Afar (San Francisco)

Business 2.0 (San Francisco)

Cyclicals (San Francisco)

InformationWeek (San Francisco)

MacLife (San Francisco)

Newsweek - San Francisco Bureau (San Francisco)

Posh Report (San Francisco)

Wired (San Francisco)

Recharge Asia Magazine (San Gabriel)

BusinessWeek - Silicon Valley Bureau (San Mateo)

Advanstar Communications (Santa Ana)

Hispanic Business (Santa Barbara)

Hispanic Business Inc. (Santa Barbara)

All In magazine (Santa Clarita)

Canon Communications (Santa Monica)

Flaunt Magazine (Santa Monica)

Forbes - Los Angeles Bureau (Santa Monica)

Fortune - Los Angeles Bureau (Santa Monica)

Kimathena Fashion Mag (Santa Monica)

Malibu Magazine (Santa Monica)

Newsweek - Los Angeles Bureau (Santa Monica)

North Bay Biz (Santa Rosa)

Hollywood News Calendar (Sherman Oaks)

Wine Industry Insight (Sonoma)

Maximum PC (South San Francisco)

Gloss Publishing (Studio City)

E.M. Publishing Enterprises, Inc., (Tarzana)

Flossin' Magazine (Temecula)

Wine Country This Month (Templeton)

Bobit Business Media - Auto Trim & Restyling News (Torrance)

Bobit Publishing (Torrance)

Untitled Magazine (Venice)

Affinity Group Publishing/RV Net (Ventura)

ROI Sequoia Valley (Visalia)

Diablo Magazine (Walnut Creek)

Luxlife Magazine (West Hollywood)

West Coast PR Newsletter (Westlake Village)

American Road Magazine (Woodland Hills)

Latin Business (Woodland Hills)

Moxy Magazine (Woodland Hills)

Santa Monica Life Magazine (Woodland Hills)

Weider Publications/American Media (Woodland Hills)

(888) 776-0942  |  www.prnewswire.com


PR Newswire
A UBM plc company

Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

## News Service

Azusa Pacific University (Azusa)

Associated Press - Berkeley Bureau (Berkeley)

Associated Press Television News (Burbank)

Associated Press - Fresno Bureau (Fresno)

Afx News/Agence France-Presse (Hollywood)

Knight-Ridder/Tribune Info. Services - Long Beach Bureau (Long Beach)

Asahi Shimbun (Los Angeles)

Associated Press - Los Angeles Bureau (Los Angeles)

Associated Press All News Network - Los Angeles Bureau (Los Angeles)

Bloomberg News - Los Angeles Bureau (Los Angeles)

City News Service (Los Angeles)

Copley News Service - Los Angeles Bureau (Los Angeles)

Reuters - Los Angeles Bureau (Los Angeles)

Reuters - Variety Entertainment Report (Los Angeles)

Reuters Newspictures (Los Angeles)

Tailor News Service (Los Angeles)

Tribune Media Services (Los Angeles)

United Press International (Los Angeles)

Usc-Annenberg School For Communications (Los Angeles)

Bloomberg News - Marina Del Ray Bureau (Marina Del Rey)

London Features International (Redondo Beach)

Associated Press - Sacramento Bureau (Sacramento)

Bloomberg News - Sacramento Bureau (Sacramento)

Associated Press - San Diego Bureau (San Diego)

Copley News Service (San Diego)

Associated Press - San Francisco Bureau (San Francisco)

Bay City News Service (San Francisco)

Bloomberg News - San Francisco Bureau (San Francisco)

Dow Jones Newswires - San Francisco Bureau (San Francisco)

New America Media (San Francisco)

Reuters - San Francisco Bureau (San Francisco)

Asahi Shimbun Publishing (San Jose)

Associated Press - San Jose Bureau (San Jose)

Nikkei Electronics - Santa Clara Bureau (Santa Clara)

Associated Press - Sherman Oaks Bureau (Sherman Oaks)

Scripps-Howard (Sierra Madre)

Copley Press Newspapers (Torrance)

Associated Press - Orange County Bureau (Tustin)

## Newspaper

Vision Hispana Newspaper (Alameda)

Anaheim Bulletin (Anaheim)

Anaheim Hills News (Anaheim Hills)

City Guide Community Newspaper, Inc. (Antioch)

Auburn Journal (Auburn)

Bakersfield Californian, The (Bakersfield)

Desert Dispatch (Barstow)

Herald-American (Bellflower)

Scot Scoop News (Belmont)

BeniciaNews.com (Benicia)

East Bay Daily News (Berkeley)

Oakland North (Berkeley)

Canyon News (Beverly Hills)

Brea Progress (Brea)

ImpreMedia Digital (Brooklyn)

River Cities Business Journal (Bullhead City)

Burbank Leader (Burbank)

Calaveras Enterprise (Calaveras)

Mojave Desert News (California City)

The Weekly Calistogan (Calistoga)

Ventura County Newspapers Inc. (Camarillo)

Campbell Reporter (Campbell)

Campbell Times (Campbell)



Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

Carlsbad Business Journal (Carlsbad)

San Leandro Times (Castro Valley)

Los Angeles Times - Chatsworth Bureau (Chatsworth)

Chico Enterprise Record (Chico)

ChicoSol (Chico)

American River Messenger (Citrus Heights)

Chinese Biz News (City of Industry)

Daily Pilot (Costa Mesa)

Los Angeles Times - Orange County Edition (Costa Mesa)

OC Metro (Costa Mesa)

OC Weekly (Costa Mesa)

The Coast Report (Costa Mesa)

San Gabriel Valley Business Journal (Covina)

Crescent City Del Norte Triplicate (Crescent City)

Cupertino Courier (Cupertino)

Cypress News (Cypress)

Dana Point News (Dana Point)

Peru News Review (Dana Pt.)

San Ramon Valley Times (Danville)

Davis Enterprise (Davis)

Coastal Community Newspapers (Del Mar)

Desert Local News (Desert Hot Springs)

East County Business News (El Cajon)

Adelante Valle (El Centro)

Imperial Valley Press (El Centro)

El Cerrito Wire (El Cerrito)

Chinese Free Daily News (El Monte)

South Bay Daily Breeze (El Segundo)

Informant Communications Group (Elk Grove)

El Gigante Hispano (Escondido)

Escondido North County Times (Escondido)

Hispanos Unidos (Escondido)

North County Times (Escondido)

Eureka Reporter (Eureka)

Eureka Times-Standard (Eureka)

Daily Republic (Fairfield)

Fairfield Daily Republic (Fairfield)

Mendocino Beacon (Fort Bragg)

The Lagonian (Foster City)

Fountain Valley View (Fountain Valley)

Argus, The (Fremont)

Fremont Argus (Fremont)

Tri-City Voice (Fremont)

Business Journal, The (Fresno)

Fresno Bee (Fresno)

The Sanger Herald (Fresno)

Gilroy Dispatch (Gilroy)

Glendale News-Press (Glendale)

Granite Bay Gazette (Granite Bay)

Grass Valley Union (Grass Valley)

Sonoma West Times & News (Graton)

Half Moon Bay Review (Half Moon Bay)

Hanford Sentinel (Hanford)

Hayward Daily Review (Hayward)

Healdsburg Tribune (Healdsburg)

Hemet News (Hemet)

Hesperia Star (Hesperia)

Hollister Freelance (Hollister)

The Pinnacle (Hollister)

Hollywood Independent (Hollywood)

Huntington Beach Independent (Huntington Beach)

Idyllwild Town Crier (Idyllwild)

Freedom Communications (Irvine)

Irvine Citizen (Irvine)

Irvine World News (Irvine)

Orange County Business Journal (Irvine)

Amador Ledger-Dispatch (Jackson)

La Canada Valley Sun (La Canada Flintridge)

Coastline News (La Quinta)

Laguna Journal (Laguna)

Laguna Beach Coastline Pilot (Laguna Beach)

Laguna Beach News Post (Laguna Beach)

Laguna Niguel News (Laguna Niguel)

Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

Canyon Life (Lake Forest)

Capistrano Valley News (Lake Forest)

Saddleback Valley News (Lake Forest)

Lake County Record Bee (Lakeport)

Lodi News-Sentinel (Lodi)

Lompoc Record (Lompoc)

Daily Forty-Niner (Long Beach)

El Econimico (Long Beach)

Impacto USA (Long Beach)

Long Beach Business Journal (Long Beach)

Long Beach Post (Long Beach)

Long Beach Press-Telegram (Long Beach)

Campus Circle Newspaper (Los Angeles)

Chicago Tribune - Los Angeles Bureau (Los Angeles)

Daily Commerce (Los Angeles)

Daily Sports Seoul USA (Los Angeles)

Downtown News (Los Angeles)

E Scene (Los Angeles)

East Wave (Los Angeles)

El Colombiano (Los Angeles)

H.G. Star (Los Angeles)

Hollywood Reporter, The (Los Angeles)

Investor'S Business Daily (Los Angeles)

Jewish Journal (Los Angeles)

Korea Daily (Los Angeles)

Korea Times (Los Angeles)

Korean Central Daily (Los Angeles)

La Ola (Los Angeles)

La Opinion (Los Angeles)

La Watts Times (Los Angeles)

La Weekly (Los Angeles)

Los Angeles Bulletin (Los Angeles)

Los Angeles Business Journal (Los Angeles)

Los Angeles Citybeat (Los Angeles)

Los Angeles Daily Journal (Los Angeles)

Los Angeles Independent Newspaper Group (Los Angeles)

Los Angeles Loyolan (Los Angeles)

Los Angeles Sentinel (Los Angeles)

Los Angeles Times (Los Angeles)

Los Angeles Times Magazine (Los Angeles)

Los Angeles Times/Washington Post News Service - Los Angeles Bureau (Los Angeles)

Metropolitan News-Enterprise (Los Angeles)

New York Times - Los Angeles Bureau, The (Los Angeles)

Northeast Wave (Los Angeles)

Our Weekly Newspaper (Los Angeles)

Pasadena Star-News (Los Angeles)

Rafu Shimpo (Los Angeles)

Santa Monica Mirror (Los Angeles)

The Korea Times (Los Angeles)

University Of California Los Angeles (Los Angeles)

Urban Light (Los Angeles)

Us Weekly - West Coast Bureau (Los Angeles)

USA Today - Los Angeles Bureau (Los Angeles)

Wall Street Journal - Los Angeles Bureau, The (Los Angeles)

Washington Post - Los Angeles Bureau, The (Los Angeles)

Wave Community Newspapers (Los Angeles)

West Wave (Los Angeles)

Whittier Daily News - Los Angeles Bureau (Los Angeles)

Yomiuri News (Los Angeles)

Jewish Community News (Los Gatos)

Los Gatos Daily News (Los Gatos)

Los Gatos Weekly Times (Los Gatos)

Lynwood Press (Lynwood)

Madera Tribune (Madera)

Malibu Surfside News (Malibu)

Malibu Times (Malibu)

Manteca Bulletin (Manteca)

Marysville Appeal Democrat (Marysville)

Los Angeles Times - Menifee Bureau (Menifee)

Palo Alto Daily News (Menlo Park)



Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

The Almanac (Menlo Park)

Merced Sun-Star (Merced)

Leisure World News (Mission Viejo)

Modesto Bee (Modesto)

Los Angeles Times - Monrovia Bureau (Monrovia)

Monterey County Herald (Monterey)

Chinese Daily News (Monterey Park)

International Daily News (Monterey Park)

Moorpark Star (Moorpark)

Morgan Hill Times (Morgan Hill)

Napa Register (Napa)

Napa Valley Business Times (Napa)

Napa Valley Register (Napa)

Marin Independent Journal (Novato)

Hispanic Today Magazine (Oak Park)

Oakdale Leader (Oakdale)

Alameda Times-Star (Oakland)

Berkeley Tri-City Post (Oakland)

East Bay Express (Oakland)

Oakland Tribune (Oakland)

Ojai Valley News (Ojai)

Business Press, The (Ontario)

Inland Valley Daily Bulletin (Ontario)

Ontario Inland Valley Daily Bulletin (Ontario)

Orange City News (Orange)

Orange County Catholic (Orange)

Oroville Mercury-Register (Oroville)

Oxnard Star (Oxnard)

Newsinc. (Pacifica)

The Chaparral (Palm Desert)

Palm Springs Desert Sun (Palm Springs)

Antelope Valley Press (Palmdale)

La Gaceta (Palmdale)

Palmdale Antelope Valley Press (Palmdale)

Palo Alto Weekly (Palo Alto)

The Daily Post (Palo Alto)

Palos Verdes Peninsula News (Palos Verdes)

Pasadena Star News (Pasadena)

Paso Robles Gazette (Paso Robles)

Petaluma Argus-Courier (Petaluma)

Placentia News-Times (Placentia)

Mountain Democrat (Placerville)

East Bay Business Times (Pleasanton)

Pleasanton Weekly, The (Pleasanton)

Tri-Valley Herald (Pleasanton)

Valley Times (Pleasanton)

Porterville Recorder (Porterville)

Inland Empire Business Journal (Rancho Cucamonga)

Daily News (Red Bluff)

Red Bluff Daily News (Red Bluff)

Record Searchlight, The (Redding)

Redding Record Searchlight (Redding)

Redlands Daily Facts (Redlands)

The Daily Independent (Ridgecrest)

Ripon Record (Ripon)

Business Press, The (Riverside)

La Prensa (Riverside)

Riverside Press-Enterprise (Riverside)

The Banner California Baptist University (Riverside)

Roseville Press-Tribune (Roseville)

Arden Carmichael News (Sacramento)

East Sacramento News (Sacramento)

Land Park News (Sacramento)

Los Angeles Times - Sacramento Bureau (Sacramento)

Natomas Journal (Sacramento)

Oakland Tribune - Sacramento Bureau (Sacramento)

Pocket News (Sacramento)

Sacramento Bee (Sacramento)

Sacramento Business Journal (Sacramento)

Sacramento Observer (Sacramento)

Salinas Californian (Salinas)

Calaveras Enterprise (San Andreas)

Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

San Bernardino County Sun (San Bernardino)

San Bernardino Sun (San Bernardino)

Peninsula Progress (San Bruno)

San Clemente Sun-Post News (San Clemente)

The Bellingham Herald (San Clemente)

Advisor Media Inc. (San Diego)

Dream Villager (San Diego)

La Prensa San Diego (San Diego)

Los Angeles Times - San Diego Bureau (San Diego)

San Diego Business Journal (San Diego)

San Diego Community Newspaper Group (San Diego)

San Diego Daily Transcript (San Diego)

San Diego Lgbt Weekly (San Diego)

San Diego Metropolitan (San Diego)

San Diego Reader (San Diego)

San Diego Union-Tribune (San Diego)

San Diego Voice & Viewpoint News (San Diego)

Voice And Viewpoint (San Diego)

Bay Area Reporter (San Francisco)

El Tecolote (San Francisco)

Independent, The (San Francisco)

Los Angeles Times - San Francisco Bureau (San Francisco)

New York Times - San Francisco Bureau, The (San Francisco)

Nichi Bei Weekly (San Francisco)

Nob Hill Gazette (San Francisco)

San Francisco Bay Guardian (San Francisco)

San Francisco Bay Times (San Francisco)

San Francisco Bay View (San Francisco)

San Francisco Business Times (San Francisco)

San Francisco Chronicle (San Francisco)

San Francisco Daily (San Francisco)

San Francisco Examiner (San Francisco)

SF Weekly (San Francisco)

The City Star (San Francisco)

USA Today - San Francisco Bureau (San Francisco)

Wall Street Journal - San Francisco Bureau, The (San Francisco)

Alianza Metropolitan News (San Jose)

Almaden Resident (San Jose)

Almaden Times (San Jose)

Blossom Valley Times (San Jose)

Cambrian Times (San Jose)

City College Times (San Jose)

El Observador (San Jose)

Evergreen Times (San Jose)

La Oferta Review (San Jose)

Nuevo Mundo (San Jose)

Rose Garden Resident (San Jose)

San Jose City College Times (San Jose)

San Jose Mercury News (San Jose)

Santa Teresa Times (San Jose)

Silicon Valley Business Journal (San Jose)

Silicon Valley/San Jose Business Journal (San Jose)

Spartan Daily, The (San Jose)

Willow Glen Resident (San Jose)

Willow Glen Times (San Jose)

San Luis Obispo County Telegram-Tribune (San Luis Obispo)

San Luis Obispo The Tribune (San Luis Obispo)

Intelligent Enterprise (San Mateo)

San Mateo Daily Journal (San Mateo)

San Mateo Times (San Mateo)

Alex Diaz Productions (Santa Ana)

Orange County Register (Santa Ana)

Santa Ana Orange County Register (Santa Ana)

South Coast Metro News (Santa Ana)

Pacific Coast Business Times (Santa Barbara)

Santa Barbara Daily Sound (Santa Barbara)

Santa Barbara News-Press (Santa Barbara)

Santa Clara Weekly (Santa Clara)

The Signal (Santa Clarita)



Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

Santa Cruz Sentinel (Santa Cruz)

Santa Maria Times (Santa Maria)

Ask The Advice Goddess (Santa Monica)

The Mainichi Newspapers (Santa Monica)

La Voz (Santa Rosa)

North Bay Business Journal (Santa Rosa)

Press Democrat (Santa Rosa)

Santa Rosa Press Democrat (Santa Rosa)

Saratoga News (Saratoga)

Marin Scope Community Newspapers (Sausalito)

Santa Cruz County Sentinel (Scotts Valley)

Santa Cruz Sentinel (Scotts Valley)

San Fernando Valley Business Journal (Sherman Oaks)

Simi Valley Star (Simi Valley)

El Sol De Sonoma (Sonoma)

Sonoma Index-Tribune (Sonoma)

Sonoma Sun (Sonoma)

The Union Democrat (Sonora)

Union-Democrat (Sonora)

The Lead Type (South Gate)

South Lake Tahoe Tribune (South Lake Tahoe)

Sing Tao Daily News (South San Fransisco)

St. Helena Star (St. Helena)

Central Valley Business Journal (Stockton)

Stockton Record (Stockton)

Sunnyvale Sun (Sunnyvale)

Thousand Oaks Star (Thousand Oaks)

The Tipton Trumpet (Tipton)

Daily Breeze (Torrance)

Ryukyu Shimpo (Torrance)

U.S. Frontline News (Torrance)

San Joaquin Herald (Tracy)

Tracy Press (Tracy)

Valley Voice Newspaper (Tulare)

Tustin News (Tustin)

Ukiah Daily Journal (Ukiah)

Vacaville Reporter (Vacaville)

Signal & Saugus Enterprise, The (Valencia)

Vallejo Times-Herald (Vallejo)

Van Nuys News Press (Van Nuys)

Argonaut, The (Venice)

Los Angeles Times - Ventura Bureau (Ventura)

Ventura County Reporter (Ventura)

Ventura County Star (Ventura)

Mi Estrella (Ventura County)

Daily Press (Victorville)

El Mojave (Victorville)

Victorville Daily Press (Victorville)

Tulare Advance-Register (Visalia)

Visalia Times-Delta (Visalia)

Contra Costa Times (Walnut Creek)

Walnut Creek Contra Costa Times (Walnut creek)

Register-Pajaronian (Watsonville)

San Gabriel Valley Tribune (West Covina)

West Covina San Gabriel Valley Tribune (West Covina)

Pacific Review (West Hollywood)

West Hollywood Independent (West Hollywood)

Westsider (West Los Angeles)

Nguoi Viet 2 (Westminster)

Nguoi Viet Daily News (Westminster)

The Whittier Daily News (Whittier)

Woodland Daily Democrat (Woodland)

Los Angeles Newspaper Group (Woodland Hills)

Siskiyou Daily News (Yreka)

## Online

VatorNews (Alameda)

EDACafe.com (Albany)

Better Parenting (Aliso Viejo)

cd journal (Anaheim Hills)

The City Edition (Antelope)

Electrical News (Arcadia)

www.labeez.org (Arleta)

AmericaJR.com (Banning)



Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

MAPLight.org (Berkeley)

Kounter Kulture (Beverly Hills)

malaikapaul.com (Beverly Hills)

Slebisodes Web Series Guide (Beverly Hills)

SportieLAB (Beverly Hills)

TakePart.com (Beverly Hills)

TheRealChick.com (Beverly Hills)

TheGopNet.com (Brea)

Mom Logic (Burbank)

abilitypath.org (Burlingame)

AgencyEquity.com (Burlingame)

Macaroni Kid Camarillo (Camarillo)

WorkCompCentral.com (Camarillo)

Brewsavvy.com (Carlsbad)

Lightside Reader (Castro Valley)

A Toast To Me (Chino)

Codeforeblog.com (Chula Vista)

The Chocolate Voice (Chula Vista)

TheFrisky.com (Coachella)

JapaneseSportCars.com (Corona)

MyEveryzine (Corona)

Supercomputing Online (Coronado)

Blind Squirrel Games (Costa Mesa)

Orange County Local News Network (Costa Mesa)

FilmRadar.com (Culver City)

The Daily Beast (Culver City)

Healthimize (Cupertino)

SurfShop.com (Dana Point)

The Catholic Business Journal (Danville)

Hometown News Services (Davis)

WalletPop (Davis)

LifePalz.com (El Dorado Hill)

PV-Tech.org (El Dorado Hills)

Corvette Forum (El Segundo)

Mother Nature Network (Encinitas)

Cairns Bulletin (Encino)

BusinessStreetOnline.com (Fresno)

LateUpdate.com (Fresno)

WaterWebster.org (Fullerton)

Hermosa Beach Patch (Hermosa Beach)

Moon Tide Media (Hermosa Beach)

The Chic Moms Guide To Feeling Fabulous (Hermosa Beach)

High Desert Daily (Hesperia)

ehow.com (Hollywood)

HollywoodReporter.com (Hollywood)

The Art of Charm (Hollywood)

Alienbabeltech (Indio)

sahafa.com (Irvine)

The Stiel Report (Irvine)

CompuServe (Laguna Beach)

InnTouch (Laguna Beach)

TeleMapics (Laguna Hills)

ThereArePlaces (Laguna Hills)

TheBestPrice.com (Laguna Niguel)

AftermarketPress.com (Lake Arrowhead)

vidthru.com (Lake Elsinore)

Lake County News (Lakeport)

LoveToKnow.com (Livermore)

The Daily Sports Herald (Long Beach)

OC180NEWS.com (Los Alamitos)

AMFPT (Los Angeles)

Beats4LA.com (Los Angeles)

BlackNewsMagazine.Com (Los Angeles)

CG Channel (Los Angeles)

CommonCentsEconomics.wordpress.com (Los Angeles)

Cookbookpedia (Los Angeles)

Courthouse News Service (Los Angeles)

Daily Candy (Los Angeles)

Digital Media Wire (Los Angeles)

E! Online (Los Angeles)

Edmunds.com (Los Angeles)

Fitnesswhore.com (Los Angeles)

Fox Interactive Media (Los Angeles)

Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

GlobeSt.com (Los Angeles)

Gloss Network for Women (Los Angeles)

HalEsiner.com (Los Angeles)

Hollywoodentertainmentbuff.com (Los Angeles)

Internet Broadcasting Systems, Inc. (Los Angeles)

JohnnyJet.com (Los Angeles)

Just Jared, Inc. (Los Angeles)

Lalawag (Los Angeles)

LAPressClub.org (Los Angeles)

LATimes.com (Los Angeles)

Lighting.com (Los Angeles)

Los Angeles 3D Club Website (Los Angeles)

Madrigal Online (Los Angeles)

MishMash Magazine (Los Angeles)

mommylovestech.com (Los Angeles)

MyLocalHVAC.com (Los Angeles)

Pameno.com (Los Angeles)

Patti's Prattles (Los Angeles)

PHM Publications (Los Angeles)

Popdecay.com (Los Angeles)

QueOndas.com (Los Angeles)

Real Talk LA (Los Angeles)

Social Media World (Los Angeles)

Stuffedtech.com (Los Angeles)

SuiteEvents (Los Angeles)

The Brad Blog (Los Angeles)

The City Maven (Los Angeles)

The Next Family (Los Angeles)

TheBusinessofFilm.com (Los Angeles)

This Yuppie Life (Los Angeles)

toofab.com (Los Angeles)

Topicous (Los Angeles)

Ventureiab.com (Los Angeles)

Vidgees.com (Los Angeles)

VOA - Voice of America (Los Angeles)

world baby report (Los Angeles)

www.entertainmentaffair.com (Los Angeles)

All Access Music Group (Malibu)

The Malibu Times (Malibu)

Automotivedigest.com (Manhattan Beach)

Grades of Green (Manhattan Beach)

Manhattan Beach Momma (Manhattan Beach)

Before It's News (Mill Valley)

Parabolic Arc (Mohave)

L.A. Newser (Monrovia)

SpeedontheWater.com (Moorpark)

News24-680.com (Moraga)

Quote.com (Mountain View)

Yubanet.com (Nevada City)

El Clasificado (Norwalk)

Channel Champion (Novato)

North Bay Bohemian (Novato)

Oakland North (Oakland)

Oakland Science News (Oakland)

WhatTheyThink.com (Oakland)

DivaVillage.com (Orange)

Orange County Online News (Orange)

Themis Media (Orinda)

Alltop (Palo Alto)

Alta Vista (Palo Alto)

Cloud-Implementation.com (Palo Alto)

Connected Social Media (Palo Alto)

Inside Facebook (Palo Alto)

Biotech Crossing (Pasadena)

EmploymentCrossing (Pasadena)

discussUC.com (Paso Robles)

ERE Media (Placentia)

workcompwire.com (Poway)

Cabinet Report (Rancho Cordova)

Loans.org (Rancho Cucamonga)

Excite (Redwood City)

Connect2Download (Riverside)

GGS Gamer (Riverside)

Grab Geek Points (Riverside)

PR Newswire
A UBM plc company

Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

InstantRiverside.com (Riverside)

PE.net (Riverside)

Placer County Online (Rocklin)

Blackagriculture (Sacramento)

Moonandback.com (Sacramento)

Pet Law News (Sacramento)

SexyFeminist.com (Sacramento)

United Reporting (Sacramento)

Zimbio.com (San Carlos)

www.grindtv.com (San Clemente)

ZumaPress (San Clemente)

Active.com (San Diego)

bizSanDiego (San Diego)

Blue Mau Mau (San Diego)

Daily Speculations (San Diego)

Digital Daily News (San Diego)

Health Wellness Gems (San Diego)

JustLuxe.com (San Diego)

Monkey C Media (San Diego)

MySDScience (San Diego)

Outside Comic-Con (San Diego)

Pam's House Blend (blog) (San Diego)

San Diego Earth Times (San Diego)

San Diego Loves Green (San Diego)

Sandiego.com (San Diego)

ScoopSanDiego.com (San Diego)

SheKnows.com (San Diego)

SignOnSanDiego.com (San Diego)

SimplyDumb.com (San Diego)

Such a Smart Mom (San Diego)

The Third Boob (San Diego)

The Versed (San Diego)

Voice of San Diego (San Diego)

AuntMinnie.com (San Francisco)

Babycenter.com (San Francisco)

BeyondChron.org (San Francisco)

BNET (San Francisco)

Circle of Moms (San Francisco)

CleanTechies Blog (San Francisco)

CNAClasses.org (San Francisco)

CNET (San Francisco)

CorrectionsOne.com (San Francisco)

Credit Karma (San Francisco)

Dow Jones MarketWatch.com - San Francisco Bureau (San Francisco)

DrBicuspid (San Francisco)

Drinkhacker.com (San Francisco)

FogCityJournal.com (San Francisco)

GreenCarAdvisor.com (San Francisco)

HIVandHepatitis.com (San Francisco)

Honor Portland (San Francisco)

IESherpa.com (San Francisco)

Indexfunds.com (San Francisco)

Laughing Squid (San Francisco)

Mission Loc@l (San Francisco)

New Colonist, The (San Francisco)

paperloop.com (San Francisco)

PlanetOut.com (San Francisco)

Pology (San Francisco)

SanFranciscoSentinel.com (San Francisco)

SFist.com (San Francisco)

Thrillist.com (San Francisco)

TriplePundit.com (San Francisco)

ZDNet News (San Francisco)

EXODUS Newsmagazine (San Jose)

GreenMomentum.com (San Jose)

Intersect Insight (San Jose)

Paperclipsociety.com (San Jose)

SanFranciscoBayAreaToday.org (San Jose)

Raspwire (San Marcos)

XBLA Ratings (San Marcos)

Caring.com (San Mateo)

quinstreet media, inc. (San Mateo)

Tonic.com (San Mateo)

Green Diva Mom (San Rafael)

Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

Wonderdads (San Rafael)

SoCalThrills.com (Santa Ana)

Voice of OC (Santa Ana)

HispanicBusiness.com (Santa Barbara)

Urban Darling Magazine (Santa Clara)

Yahoo! (Santa Clara)

Just Kids Family Guide (Santa Clarita)

Business.com (Santa Monica)

Glo.com (Santa Monica)

Mahalo.com (Santa Monica)

mocoNews.net (Santa Monica)

NewBeauty.com (Santa Monica)

Outcast Network (Santa Monica)

Wonderwall Latino (Santa Monica)

8 Women Dream (Santa Rosa)

Pin-n-tell (Santee)

Newsfactor.com (Sherman Oaks)

CommPRO.biz (Silver Strand)

On The Surface - Surtex Blog (Simi Valley)

WineBusiness.com (Sonoma)

ImOnlyRicky (Stockton)

myGloss.com (Studio City)

The Clickcast (Studio City)

Africaupdates.com (Sunnyvale)

California Travel News (Sunset Beach)

Planet Style (Sylmar)

Dessert Obsessed (Thousand Oaks)

BurbankNBeyond (Toluca Lake)

Dani's Vanity Blog (Torrance)

Inlandnews (Upland)

Think Youth (blog) (Upland)

NewYorkPudding.com (Valencia)

VallejoNews.com (Vallejo)

TreeLiving.com (Valley Village)

Bitch PhD (Ventura)

StarOnline.com (Ventura)

Things To Do In LA (West Hills)

LA RAG MAG (West Hollywood)

RealGayLA.com (West Hollywood)

US-China Today (West Hollywood)

Vital Juice (West Hollywood)

WEHOville (West Hollywood)

## Radio

KAHI-AM (Auburn)

KAXL-FM (Bakersfield)

KERN-AM (Bakersfield)

KNZR-AM (Bakersfield)

KSMJ-FM (Bakersfield)

KUZZ-FM (Bakersfield)

KRXV-FM (Barstow)

KNHM-FM (Bayside)

KPFA-FM (Berkeley)

Global Radio News (Beverly Hills)

KFWB (Beverly Hills)

KBIG-FM (Burbank)

KFI-AM (Burbank)

KHHT-FM (Burbank)

KIIS-FM (Burbank)

KOST-FM (Burbank)

KYSR-FM (Burbank)

KADV-FM (Ceres)

KCHO-FM (Chico)

KMXI-FM (Chico)

KPAY-AM (Chico)

Westwood One Radio Network (Culver City)

KDRT-FM (Davis)

KRDU-AM (Dinuba)

KUBO-FM (El Centro)

Blourt (El Segundo)

KGOE-AM (Eureka)

KMUE-FM (Eureka)

KDOW-AM (Freemont)

KHGE-FM (Fresno)

PR Newswire
A UBM plc company

Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

KJWL-FM (Fresno)

KMJ-AM (Fresno)

KMJ-FM (Fresno)

KMPO-FM (Fresno)

KSJV-FM (Fresno)

KSOF-FM (Fresno)

KTQX-FM (Fresno)

KYNO-AM (Fresno)

energia productions group (Fullerton)

KBPK-FM (Fullerton)

KIEV-AM (Glendale)

KRLA-AM (Glendale)

KTNQ-AM (Glendale)

KNCO-AM (Grass Valley)

KTYM-AM (Inglewood)

KCDZ-FM (Joshua tree)

KRKC-AM/FM (King City)

KULV-AM University Of La Verne (La Verne)

The Complete Sheet (La Verne)

KPWR-FM (Lakewood)

AER TALK (Los Angeles)

City of Angels Network (Los Angeles)

Dezonmedia (Los Angeles)

healthylife.net (Los Angeles)

KFI-AM kfi640.com (Los Angeles)

KNX-AM (Los Angeles)

KRLA-AM/KLSX-FM (Los Angeles)

Marketplace Productions (Los Angeles)

Metro Networks - Los Angeles Bureau (Los Angeles)

National Public Radio - Los Angeles Bureau (Los Angeles)

Playboy Radio (Los Angeles)

Weekend America (Los Angeles)

KMPO-AM (Mendocino)

KYOS-AM (Merced)

KSBR-FM (Mission Viejo)

KFIV-AM (Modesto)

KRXA-AM (Monterey)

KWAV-FM (Monterey)

Quality News Network (Monterey)

KCAA-AM (Monterey Park)

KMJC-AM (Mt. Shasta)

KVON-AM (Napa)

KPFK-FM (North Hollywood)

themansmanshow (Oakland)

Wisdom Radio (Oakland)

KNWZ-AM (Palm Desert)

KPSI-AM (Palm Springs)

KPCC (Pasadena)

KPCC-FM (Pasadena)

Southern California Public Radio (Pasadena)

KPRL-FM (Paso Robles)

KZYX-FM (Philo)

KKDV-FM (Pleasanton)

KJPR-AM (Redding)

KQMS-AM (Redding)

KRDG-FM (Redding)

KRRX-FM (Redding)

KSHA-FM (Redding)

Green Seed Radio (Redwood City)

KRCB-FM (Rohnert Park)

KFBK-AM (Sacramento)

KFBK-FM (Sacramento)

KHTK-AM (Sacramento)

K-LOVE (Sacramento)

KNTY-FM (Sacramento)

KSAC-AM (Sacramento)

KTKZ-AM (Sacramento)

KUOP-FM (Sacramento)

KXJZ-FM (Sacramento)

KXPR-FM (Sacramento)

KXSR-FM (Sacramento)

KHDC-FM (Salinas)

KION-AM (Salinas)

KOCN-FM (Salinas)

Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

KTOM-FM (Salinas)

KVCR-FM (San Bernardino)

KCBQ-AM (San Diego)

KCBQ-FM (San Diego)

KFMB-AM (San Diego)

KFMB-FM (San Diego)

KGB-FM (San Diego)

KIOZ-FM (San Diego)

KLSD-AM (San Diego)

KMYI-FM (San Diego)

KOGO-AM (San Diego)

KOGO-FM (San Diego)

KPBS-FM (San Diego)

KPRI-FM (San Diego)

KSDS-FM (San Diego)

Metro Networks - San Diego Bureau (San Diego)

The Pet Engineer Radio Show (San Diego)

XTRA-AM (San Diego)

CNET Radio (San Francisco)

KALW-FM (San Francisco)

KCBS-AM (San Francisco)

KFOG-FM (San Francisco)

KFRC-FM (San Francisco)

KGO-AM (San Francisco)

KKGN/KNEW (San Francisco)

KKSF-FM (San Francisco)

KMVQ-FM (San Francisco)

KNBR-AM (San Francisco)

KNEW-AM (San Francisco)

KPOO-FM (San Francisco)

KQED-FM (San Francisco)

KSFO-AM (San Francisco)

Metro Networks - San Francisco Bureau (San Francisco)

KBAY-FM (San Jose)

KEZR-FM (San Jose)

KLIV-AM (San Jose)

KLOK-AM (San Jose)

KRTY-FM (San Jose)

Eat Drink Explore Media (San Luis Obispo)

KVEC-AM (San Luis Obispo)

KCSM-FM (San Mateo)

KPBS-FM (San Mateo)

America's Network (Santa Ana)

KSDW-FM (Santa Ana)

KWVE-AM (Santa Ana)

KWVE-FM (Santa Ana)

KSBL-FM (Santa Barbara)

KTMS-AM (Santa Barbara)

KTYD-FM (Santa Barbara)

KZSB-AM (Santa Barbara)

KHTS AM 1220 (Santa Clarita)

KSCO-AM (Santa Cruz)

KUSP-FM (Santa Cruz)

KCRW-FM (Santa Monica)

KJZY-FM (Santa Rosa)

KSRO-AM (Santa Rosa)

KZST-FM (Santa Rosa)

The Costa Report (Sausalito)

Premiere Radio Networks (Sherman Oaks)

Covert Media Group (Simi Valley)

KSVY-FM (Sonoma)

KVML-AM (Sonora)

KZSQ-FM (Sonora)

KATM-FM (Stockton)

KJOY-FM (Stockton)

KWSX-AM (Stockton)

Slice of SciFi (Studio City)

CRN/Cable Radio Network (Sunland)

KKTO-FM (Tahoe City)

KCLU-FM (Thousand Oaks)

Pawsitively Pets Radio (Tustin)

Sky Radio Network (Valley Village)

KSAK-FM (Walnut)

KFWB-AM (Woodland Hills)

Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

KSYC-AM (Yreka)

## Television

KBAK-TV (Bakersfield)

KERO-TV (Bakersfield)

KGET-TV (Bakersfield)

Gosh!TV (Beverly Hills)

KHIZ-TV (Beverly Hills)

Playboy TV (Beverly Hills)

The Broke Wives Club/ The Attitude Shift (Beverly Hills)

KTSF-TV (Brisbane)

ACCESS HOLLYWOOD (Burbank)

CNBC - Burbank Bureau (Burbank)

Dateline NBC - Burbank Bureau (Burbank)

KNBC-TV (Burbank)

KVEA-TV (Burbank)

Reuters Television - Burbank Bureau (Burbank)

KHSL-TV (Chico)

KNVN-TV (Chico)

Deportes Time Warner Cable (El Segundo)

SportsNet Time Warner Cable (El Segundo)

MomsTown (Escondido)

KIEM-TV (Eureka)

KFSN-TV (Fresno)

KFTV-TV (Fresno)

KGPE-TV (Fresno)

KMPH-TV (Fresno)

KNXT-TV (Fresno)

KSEE-TV (Fresno)

EXTRA (Glendale)

Extra TV- The Entertainment Magazine Show (Glendale)

KABC-TV (Glendale)

KVEA Noticias at 11 (Glendale)

Australian TV,  Channel 10 (Los Angeles)

AXSLive (Los Angeles)

Beyond Twisted (Los Angeles)

Brazilian Digital Channel - Bdci Tv (Los Angeles)

CNN - Los Angeles Bureau (Los Angeles)

Docucinema (Los Angeles)

E! Entertainment Television (Los Angeles)

E! Networks/Comcast Entertainment (Los Angeles)

Entertainment Tonight (Los Angeles)

Fox News Channel - Los Angeles Bureau (Los Angeles)

Fox Sports Net (Los Angeles)

Fox Sports West (Los Angeles)

Fox Sports World (Los Angeles)

G4 TV (Los Angeles)

KABC-AM (Los Angeles)

KCAL-TV (Los Angeles)

KCBS-TV (Los Angeles)

KCET-TV (Los Angeles)

KCOP-TV (Los Angeles)

KMEX-TV (Los Angeles)

KTLA-TV (Los Angeles)

KTTV-TV (Los Angeles)

KWHY-TV (Los Angeles)

LA 18 (Los Angeles)

Morningstar Entertainment (Los Angeles)

MundoFox (Los Angeles)

Real Zeal Productions (Los Angeles)

Reindog Productions, Inc. (Los Angeles)

Si TV (Los Angeles)

TMZ (Los Angeles)

UCLA -TV (Los Angeles)

KSMS-TV (Monterey)

KTVU-TV (Oakland)

KESQ-TV (Palm Desert)

KMIR-TV (Palm Desert)

KRCR-TV (Redding)

KRCB-TV (Rohnert Park)

The Trailer Talks (Rolling Hills)

KCRA-TV (Sacramento)

KMAX-TV (Sacramento)



Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

KQCA-TV (Sacramento)

KTXL-TV (Sacramento)

KUVS-TV (Sacramento)

KVIE-TV (Sacramento)

KXTV-TV (Sacramento)

Central Coast News (Salinas)

KCBA-TV (Salinas)

KION-TV (Salinas)

KSBW- TV (Salinas)

KSBW-TV (Salinas)

KBNT- TV (San Diego)

KBNT-LP (San Diego)

KFMB-TV (San Diego)

KGTV-TV (San Diego)

KGTV-TV, Channel 10 (San Diego)

KNSD-TV (San Diego)

KPBS-TV (San Diego)

KUSI-TV (San Diego)

XETV-TV (San Diego)

XHAS-TV (San Diego)

Current TV LLC (San Francisco)

KDTV-TV (San Francisco)

KGO-TV (San Francisco)

KPIX-TV (San Francisco)

KQED-TV (San Francisco)

KRON-TV (San Francisco)

Link TV (San Francisco)

National Academy of Television Arts & Sciences (San Francisco)

Reuters Television - San Francisco Bureau (San Francisco)

KNTV-TV (San Jose)

KSTS-TV (San Jose)

KTEH-TV (San Jose)

KSBY-TV (San Luis Obispo)

KEYT-TV (Santa Barbara)

KCOY-TV (Santa Maria)

KKFX-TV (Santa Maria)

ShoesTV (Santa Monica)

KFTY-TV (Santa Rosa)

KUSI-TV (Solana Beach)

Entertainment Tonight / The Insider (Studio City)

Fight Back! Productions (Van Nuys)

KOVR-TV (West Sacramento)

Universal Sports (Westlake Village)

The "IN" show and KCLA (Whittier)

## COLORADO

### Magazine

Alternative Medicine Magazine (Boulder)

Natural Foods Merchandiser (Boulder)

Nutrition Business (Boulder)

Southwest Art Magazine (Boulder)

DGuides.com (Breckenridge)

Benefits Selling Magazine (Centennial)

Colorado BIZ Magazine (Centennial)

Western Livestock Journal (Colorado Springs)

303 Magazine (Denver)

ColoradoBiz Magazine (Denver)

ColoradoView Magazine (Denver)

Frontier Airlines Magazine & TV News (Denver)

Museum Store Magazine (Denver)

Shine Magazine (Denver)

Media Business Corp (Golden)

AgJournal (Grand Junction)

Mile High Dog (Greenwood Village)

5280 Magazine (Lakewood)

Onyx Magazine (Littleton)

Pieces of Denver (Littleton)

Gelbvieh World (Westminster)

### News Service

Associated Press - Denver Bureau (Denver)

Bloomberg News - Denver Bureau (Denver)

PR Newswire
A UBM plc company

Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

Copley News Service (Denver)

## Newspaper

Alamosa Valley Courier (Alamosa)

Arvada Press (Arvada)

Aspen Daily News (Aspen)

Aspen Times (Aspen)

The Aspen Times (Aspen)

Aurora Daily Sun (Aurora)

Aurora Sentinel (Aurora)

Boulder County Business Report, The (Boulder)

Boulder Daily Camera (Boulder)

Colorado Daily (Boulder)

Broomfield Enterprise (Broomfield)

Canon City Daily Record (Canon City)

Colorado Springs Business Journal, The (Colorado Springs)

Colorado Springs Gazette (Colorado Springs)

Cortez Journal (Cortez)

Craig Daily Press (Craig)

Cherry Creek News/North Denver News (Denver)

Chicago Tribune - Denver Bureau (Denver)

City Substance (Denver)

Denver Business Journal, The (Denver)

Denver Daily News, The (Denver)

Denver Post (Denver)

El Semanario, The Weekly Issue (Denver)

Empleo Ahora (Denver)

Los Angeles Times - Denver Bureau (Denver)

New York Times - Denver Bureau, The (Denver)

USA Today - Denver Bureau (Denver)

Westword (Denver)

Durango Herald (Durango)

Elbert County News (Englewood)

Canyon Courier (Evergreen)

Evergeeen Hustler (Evergreen)

Evergreen Newspapers (Evergreen)

High Timber Times (Evergreen)

Fort Collins Coloradoan (Fort Collins)

Fort Collins Now (Fort Collins)

Fort Collins Weekly (Fort Collins)

North Colorado Business Report, The (Fort Collins)

Fort Morgan Times (Fort Morgan)

Frisco Summit Daily News (Frisco)

Summit Daily News (Frisco)

Glenwood Springs Post Independent (Glenwood Springs)

Glenwood Springs Post-Independent (Glenwood Springs)

Golden Transcript (Golden)

Grand Junction Daily Sentinel, The (Grand Junction)

Grand Junction Free Press (Grand Junction)

Grand Junction Sentinel (Grand Junction)

Greeley Tribune (Greeley)

Clear Creek Courant (Idaho Springs)

Lakewood Sentinel (Lakewood)

Columbine Courier (Littleton)

Longmont Daily Times-Call (Longmont)

Loveland Daily Reporter-Herald, The (Loveland)

Loveland Reporter-Herald (Loveland)

Montrose Daily Press (Montrose)

Pueblo Business Journal, The (Pueblo)

Pueblo Chieftain (Pueblo)

San Miguel Basin Forum (San Miguel)

Amarillo Daily News (Silt)

Steamboat Today (Steamboat Springs)

Sterling Journal-Advocate (Sterling)

Telluride Daily Planet (Telluride)

The Chronicle-News (Trinidad)

Vail Daily (Vail)

Wheat Ridge Transcript (Wheat Ridge)

## Online

Braided Bandit (Boulder)

Spot Influence (Boulder)

Tek4.me (Clifton)



Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

Citizenlink.com (Colorado Springs)

CSBJ.COM (Colorado Springs)

Gazette.com (Colorado Springs)

Newspeak (Colorado Springs)

5280mtb.com (Denver)

ePregnancy (Denver)

Green Building Elements (Denver)

JasonSteele.com (Denver)

Pintwell (Denver)

Reign Denver (Denver)

Rocky Mountain TechLine (Denver)

RockyMountainNews.com (Denver)

Thought Theater  (Denver)

The Due Diligence Blog (Evergreen)

LiveOAK Media (Fort Collins)

KpopLIVE (Garden City)

## Radio

KGIW-AM (Alamosa)

Aspen Public Radio (Aspen)

KNFO-FM (Aspen)

KSNO-FM (Aspen)

KNUS-AM (Aurora)

KBCO-FM (Boulder)

KNAB-AM (Burlington)

KRLN-AM (Canon City)

KCFR-FM (Centennial)

Family News in Focus Radio (Colorado Springs)

KILO-FM (Colorado Springs)

KRCC-FM (Colorado Springs)

KVOR-AM (Colorado Springs)

KYZX-FM (Colorado Springs)

Colorado Public Radio (Denver)

KBCO-FM (Denver)

KCFR-AM (Denver)

KHOW-AM (Denver)

KKPC-AM (Denver)

KKZN-AM (Denver)

KOA-AM (Denver)

KPRH-FM (Denver)

KPTT-FM (Denver)

KRFX-FM (Denver)

KTLK-AM (Denver)

KUVO-FM (Denver)

Metro Networks - Denver Bureau (Denver)

KYSL-FM (Dillon)

KIQX-FM (Durango)

KIUP-AM (Durango)

KRSJ-FM (Durango)

KZYR-FM (Edwards)

JONES RADIO NETWORK INC. (Englewood)

KCOL-AM (Fort Collins)

KFTM-AM (Fort Morgan)

KMTS-FM (Glenwood Springs)

KFKA-AM (Greeley)

KUNC (Greeley)

KUNC-FM (Greeley)

KVAY-FM (Lamar)

KSLV-AM (Monte Vista)

KCCY-FM (Pueblo)

KCSJ-AM (Pueblo)

KKLI-FM (Pueblo)

KPHT-FM (Pueblo)

KVUU-FM (Pueblo)

KPMX-FM (Sterling)

KPOF-AM (Westminster)

KKPL-FM (Windsor)

KUAD-FM (Windsor)

KATR-FM (Wray)

## Television

KACT-TV (Aurora)

KKTV-TV (Colorado Springs)

KRDO-TV (Colorado Springs)

Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

KXRM-TV (Colorado Springs)
KCEC-TV (Denver)
KCNC-TV (Denver)
KDVR-TV (Denver)
KMAS-TV (Denver)
KMGH-TV (Denver)
KUSA-TV (Denver)
KWGN-TV (Englewood)
KJCT-TV (Grand Junction)
KKCO-TV (Grand Junction)
KREX-TV (Grand Junction)
Rocky Mountain Television (Gunnison)
KOAA-TV (Pueblo)

## CONNECTICUT

### Magazine

Soundings (Essex)
Westport Magazine (Greenwich)
CT Business Magazine (Hartford)
Flat Hammock Press (Mystic)
Connecticut Magazine (New Haven)
Taunton Press (Newtown)
Faith & Family Magazine (North Haven)
1to1 Media (Norwalk)
LEA! Magazine (Norwalk)
Little India (Norwalk)
WWE Magazine (Stamford)
Connecticut Home & Garden (Trumbull)

### News Service

Associated Press - Hartford Bureau (Hartford)
Reuters - Hartford Bureau (Hartford)
Associated Press - New Haven Bureau (New Haven)
Health Day (Norwalk)
Associated Press - Stamford Bureau (Stamford)
SIMBA Information (Stamford)

### Newspaper

Connecticut Post (Bridgeport)
Bristol Press (Bristol)
News-Times, The (Danbury)
East Haven Courier (East Haven)
Soundings (Essex)
Sacred Heart University (Fairfield)
Gorham Times (Gorham)
Greenwich Times (Greenwich)
Groton Times (Groton)
Guilford Courier (Guilford)
Hartford Business Journal (Hartford)
Hartford Courant (Hartford)
New York Times - Hartford Bureau, The (Hartford)
Lyme Times, The (Lyme)
Harbor News (Madison)
Sound, The (Madison)
Valley Courier (Madison)
Journal Inquirer (Manchester)
Manchester Journal Inquirer (Manchester)
Meriden Record-Journal (Meriden)
Middletown Press (Middletown)
Montville Times (Montville)
Mystic Times (Mystic)
New Britain Herald (New Britain)
New Canaan Advertiser (New Canaan)
Citizen News (New Fairfield)
Business New Haven (New Haven)
New Haven Register (New Haven)
The Yale Daily News (New Haven)
Yale Daily News (New Haven)
New London Day (New London)
New London Times (New London)
North Haven Courier (North Haven)
Norwalk Hour (Norwalk)
Norwich Bulletin (Norwich)

Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

Greenwich Time / Stamford Advocate (Old Greenwich)

Ridgefield Press (Ridgefield)

Advocate, The (Stamford)

Weekly Reader (Stamford)

Stonington Times (Stonington)

University Of Connecticut (Storrs)

Thames River Times (Thames River)

Register Citizen (Torrington)

Torrington Register Citizen (Torrington)

Waterbury Republican-American (Waterbury)

Waterford Times (Waterford)

De Witt Era-Enterprise (West Redding)

Westerly Times (Westerly)

The Wilton Bulletin (Wilton)

## Online

starpulse.com (Branford)

PeachyGreen.com (Brookfield)

Coup d'étage (Darien)

internet.com (Darien)

Postlatino.com (East Hartford)

Hedge Fund Law Report (Enfield)

AmericanTowns.com (Fairfield)

My Left Nutmeg  (Fairfield)

Renewable Energy World (Greenwich)

orbitcast.com (North Branford)

TMCnet.com (Norwalk)

Classic Rock Forever (Ridgefield)

Tornado-Insider.Com Magazine (Stamford)

HealthScout.com (Stratford)

MobilityMinded.com (Wallingford)

Make Every Day A Holiday (Westport)

Shoot (shootonline.com) (Westport)

Safety Mom Enterprises (Wilton)

## Radio

WICC-AM (Bridgeport)

WPKN-FM (Bridgeport)

ESPN Radio Network (Bristol)

WLAD-AM (Danbury)

WXCI-FM (Danbury)

WNLK-AM (Fairfield)

WSHU Public Radio Group (Fairfield)

WSHU-AM (Fairfield)

WSHU-FM (Fairfield)

WSTC-AM (Fairfield)

WSUF-FM (Fairfield)

WYBC-AM (Fairfield)

WRCH-FM (Farmington)

WTIC-AM (Farmington)

WTIC-FM (Farmington)

WZMX-FM (Farmington)

Business Talk Radio (Greenwich)

WEDW-FM (Hartford)

WHCN-FM (Hartford)

WKSS-FM (Hartford)

WNPR-FM (Hartford)

WPKT-FM (Hartford)

WWYZ 92.5 FM (Hartford)

WWYZ-FM (Hartford)

WZBG-FM (Litchfield)

WIHS-FM (Middletown)

WEZN-FM (Milford)

WFOX-FM (Milford)

WPLR-FM (Milford)

WYBC-FM (New Haven)

WMOS-FM (New London)

WXLM-AM (New London)

WCTY-FM (Norwich)

WICH-AM (Norwich)

WKNL-FM (Norwich)

WNLC-FM (Norwich)

WJMJ-TV (Prospect)

WINY-AM (Putnam)

Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

WILI-AM (Willimantic)

WILI-FM (Willimantic)

## Television

ESPN TV (Bristol)

Journal of Biomolecular Screening (Danbury)

Nursery & Landscape Magazine (Ellington)

WELI-AM (Hamden)

WFSB-TV (Hartford)

WTIC-TV (Hartford)

WVIT-TV (Hartford/New Haven)

WTNH-TV (New Haven)

NEWS 12 CONNECTICUT (Norwalk)

WSHM-LP (Rocky Hill)

## DELAWARE

### Magazine

i4u News (Lewes)

Delaware Today Magazine (Wilmington)

Ideas And Perspectives (Wilmington)

### News Service

Associated Press - Dover Bureau (Dover)

Bloomberg News - Wilmington Bureau (Wilmington)

Reuters - Wilmington Bureau (Wilmington)

### Newspaper

Delaware State News (Dover)

Dover Delaware State News (Dover)

Dover Post (Dover)

Greenville Community News (Hockessin)

News Journal, The (New Castle)

The Review (Newark)

Coastal Point (Ocean View)

Wilmington News Journal (Wilmington)

### Online

firststateupdate.com (Newark)

### Radio

WAFL-FM (Milford)

WXDE-FM (Milford)

WDOV-AM (New Castle)

WVUD-FM (Newark)

WDEL-AM (Wilmington)

WILM-AM (Wilmington)

WSTW-FM (Wilmington)

## DISTRICT OF COLUMBIA

### Magazine

1021 Magazine

Advertising Age - Washington Bureau

Air Cargo World

Air Force Times

Air Transport World Magazine

Airport Magazine

American Recreation Coalition

American Scholar

Asia Today – India Globe

Aspen Publishers

Bond Buyer - Washington Bureau

Business Insurance - Washington Bureau

BusinessWeek - Washington Bureau

Congressional Quarterly

Corporate Crime Reporter

Corrections Digest

Crain's Chicago Business

Crain's Cleveland Business

Crain's Detroit Business

Crain's New York Business

Crain's Tire Business

Crime Control Digest

PR Newswire
A UBM plc company

Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

Der Spiegel (Germany)

DESA News (United Nations)

Electronic Media

Energy Washington Week

Environment & Energy

Foreign Service Journal

Forward - Washington Bureau

Governing

Government Executive

Hanley Wood

Innovations

Investment News - Washington Bureau

Japan Economic Review

Joong-Ang Ilbo

Kikaku Healthcare News

Kiplinger Business Forecast

Kiplinger's Personal Finance

Legal Times

Market News International - Washington Bureau

MEDIAWEEK - Washington Bureau

Medill National Security Journalism Initiative

Mediterranean Quarterly

Modern Luxury DC

National Geographic

National Journal

National Newspaper Publishers Association

Newsweek - Washington Bureau

Paradigm 2000

PDR Associates and Windows media

Precious Times Magazine

Senate Computer Center

Smithsonian Magazine

Sojourners

State Department Magazine

The American

The Atlantic

Time - Washington Bureau

Tri-State Real Estate Journal

U.S. News & World Report

Washington Flyer Magazine

Washington Monthly, The

Washington Remote Sensing Letter

Washington Technology

WAZ-Mediagroup/Germany/Washington Bureau

Weekly Standard, The

World & I

## News Service

American University Investigative Reporting Workshop

INTL TV Services Inc.

School of Communications at American University

Agence France Presse - Washington Bureau

Akahata

Al Hayat Publishing (UK)

Al Majalla

American Forces Press Service

Armenian Independent Press

Asahi Shimbun

Asharq Al-awsat

Associated Press - Washington Bureau

Associated Press All News Radio

Associated Press Broadcast Services

Associated Press Television News - Washington Bureau

Atlantic Information Services Incorporated

Block News Alliance

Bloomberg News - Washington Bureau

Bureau of National Affairs

Canadian Press/Broadcast News - Washington Bureau

Catholic News Service

Center For Public Integrity

Corriere Della Sera

Deutsche Presse Agentur - Washington Bureau


Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

Dow Jones Newswires - Washington Bureau

DPA (German Press Agency)

Fairchild Publications - Washington Bureau

Federal Filings Newswires

Gannett News Service - Washington Bureau

JIJI Press - Washington Bureau

Knight Ridder News Service - Washington Bureau

Kuwait News Agency - Washington Bureau

Kyodo News Service - Washington Bureau

Los Angeles Newspaper Group

Los Angeles Times/Washington Post News Service

McClatchy Newspapers

Medill News Service - Washington Bureau

MLex US

NASDAQ

National Hispanic Press Foundation

National Media Limited

Newhouse News Service

Nikkei

Notimex - Washington Bureau

Religion News Service

Reuters - Washington Bureau

Reuters Daybook

Scripps Howard News Service

Scripps-McClatchy Western News Service - Washington Bureau

Segye Ilbo

Singapore Press/Holdings

Small Newspapers

SNG Inc.

States News Service

Thompson Publishing Group, Inc.

Trading Edge, Inc.

Tribune Media Services - Washington Bureau

Turkish Radio & TV

U.S. House of Representatives Info Systems

United Press International

White House Office of Media Affairs

## Newspaper

Washington Hispanic (Silver Spring)

The Chronical of Higher Education

Al Watan (Oman)

Alameda Times-Star - Washington Bureau

American Medical News

Anchorage Daily News - Washington Bureau

ANG Newspapers

Atlanta Journal-Constitution - Washington Bureau

Australian, The

Baltimore Sun - DC bureau

Baltimore Sun - Washington Bureau

Batavia News - Washington Bureau

Billings Gazette - Washington Bureau

Biloxi Sun Herald - Washington Bureau

Birmingham News - Washington Bureau

Boston Globe - Washington Bureau

Business Research Publications

Butte Montana Standard - Washington Bureau

Calgary Herald (Canada)

Canton Repository - Washington Bureau

Catskill Daily-Mail - Washington Bureau

Charleston Daily Mail - Washington Bureau

Charlotte Observer - Washington Bureau

Chattanooga Times Free Press - Washington Bureau

Chicago Sun Times - Washington Bureau

Chicago Tribune - Washington Bureau

China Times

Chosun Iibo: Korean Daily

Chronicle Newspapers

Chunichi-Tokyo Shimbun

Concord Monitor - Washington Bureau

County News

Cox Newspapers - Washington Bureau

Crain's Communications

Cumberland Times-News - Washington Bureau



Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

Current Newspapers, The

Daily Akahata (Japan)

Daily Deal - Washington Bureau

Daily Labor Report

Dallas Morning News - Washington Bureau

Denver Post - Washington Bureau

Dertagesspiegel

Detroit News - Washington Bureau

Durham Herald-Sun

Edmonton Journal (Canada)

El Dia (Argentina)

El Mercurio (Chile)

Evening Standard - Washington Bureau

Express - Washington Bureau

Frederick News-Post - Washington Bureau

Fresno Bee - Washington Bureau

Ft. Wayne Journal Gazette - Washington Bureau

Galesburg Register-Mail - Washington Bureau

Galveston Daily News - Washington Bureau

Greeley Tribune - Washington Bureau

GW Hatchet, The

Hankook Ilbo (Korea Times)

Han-Kyoreh Shinmun

Hartford Courant - Washington Bureau

Hearst Newspapers

Hilton Head Island Packet - Washington Bureau

Hispanic Radio Network

Hokkaido Shimbun

Hour, The - Washington Bureau

Houston Chronicle - Washington Bureau

Huntington Beach Independent

Il Giorno (Italy)

Il Resto Del Carlino (Italy)

Investor's Business Daily - Washington Bureau

Irish Independent (Ireland)

Jijitsushin

Journal of Commerce - Washington Bureau

Kankakee Daily Journal - Washington Bureau

Kansas City Star - Washington Bureau

Korea Economic Daily

LA Times - DC bureau

LaPorte Herald-Argus - Washington Bureau

Le Monde - Washington Bureau

Lincoln Courier - Washington Bureau

London Times (UK)

Long Beach Press-Telegram

Los Angeles Daily News

Los Angeles Times - Washington Bureau

Lowell Sun - Washington Bureau

Maeil Business Newspaper - Washington Bureau

Mainichi Shimbun

Massena Observer - Washington Bureau

Massillion Independent - Washington Bureau

McGraw-Hill Publications

Mexico City News

Milwaukee Journal Sentinel - Washington Bureau

Missoula Missoulian - Washington Bureau

Missouri Journalism

Modesto Bee - Washington Bureau

Moline Dispatch - Washington Bureau

Montreal Gazette (Canada)

Morning Call - Washington Bureau

Munhwa Daily (S. Korea)

Munster Times - Washington Bureau

New London Daily, The

New Republic

New York Daily News - Washington Bureau

New York Post - Washington Bureau

New York Times - Washington Bureau

Newsday - Washington Bureau

Nikkei Weekly - Washington Bureau

Nishi-Nippon Shimbun - Washington Bureau

Ogdensburg Journal - Washington Bureau

Omaha World-Herald - Washington Bureau

(888) 776-0942  |  www.prnewswire.com

PR Newswire
A UBM plc company

Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

Ontario Inland Valley Daily Bulletin (Canada)

Orange County Register - Washington Bureau

Ottawa Citizen - Washington Bureau

Ottoway Newspapers

Pacific Palisades Post  - Washington Bureau

Palm Beach Post - Washington Bureau

Pasadena Star-News - Washington Bureau

Patriot-News - Washington Bureau

Peoria Journal Star - Washington Bureau

Quincy Patriot Ledger - Washington Bureau

Raleigh News & Observer - Washington Bureau

Redlands Daily Facts - Washington Bureau

Regina Leader Post (Canada)

Richmond Times-Dispatch - Washington Bureau

Rochester Post-Bulletin - Washington Bureau

Rock Island Argus - Washington Bureau

Roll Call

San Bernardino County Sun - Washington Bureau

San Diego Community Herald - Washington Bureau

San Diego Union-Tribune - Washington Bureau

San Francisco Chronicle - Washington Bureau

San Gabriel Valley Tribune - Washington Bureau

San Jose Mercury News - Washington Bureau

San Mateo County Times - Washington Bureau

Seattle Post-Intelligencer - Washington Bureau

Seoul Shinmun

Southam News (Canada)

Spokane Spokesman Review - Washington Bureau

St. Catherines Standard (Canada)

St. John's Telegraph Journal (Canada)

St. Joseph News-Press - Washington Bureau

St. Petersburg Times - Washington Bureau

Star Tribune - Washington Bureau

Straits Times - Washington Bureau, The

Streator Times Press - Washington Bureau

Tacoma News Tribune - Washington Bureau

Technology Daily

The Daily Colonial

The Nation's Health

The Straits Times Singapore Newspaper

The Sunday Telegraph -- Washington Bureau

The Washington Afro American Newspaper

Times-Picayune - Washington Bureau

Torrance Daily Breeze - Washington Bureau

Traffic World

Tri-City Herald - Washington Bureau

USA Today - Washington Bureau

Vail Daily - Washington Bureau

Vancouver Province (Canada)

Vancouver Sun (Canada)

Victoria Times Colonist (Canada)

Wall Street Journal - Washington Bureau, The

Washington Blade

Washington Business Journal

Washington Health Update

Washington Post Express

Washington Post Magazine, The

Washington Post National Weekly, The

Washington Post Writers Group, The

Washington Post, The

Washington Times, The

Waterloo Courier - Washington Bureau

Watertown Daily Times - Washington Bureau

Weekly of Business Aviation, The

West Group

Whittier Daily News - Washington Bureau

Winston-Salem Journal - Washington Bureau

Witchita Eagle - Washington Bureau

Yomiuri Shimbun - Washington Bureau

Yonhap News Agency - Washington Bureau

York Daily Record - Washington Bureau

## Online

Cultus

(888) 776-0942  |  www.prnewswire.com



PR Newswire
A UBM plc company

Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

FedScoop

About.com

Access News Net

African American Pundit

BenefitNews.com

Bet.com

Blogcritics.com

Boston Music Spotlight

Caixin media

CapitalBeat

Center for Public Integrity

CityRoom Inc.

CQ MoneyLine

CQ Politics

DCist

Deal, The

Democracy Arsenal

Dow Jones MarketWatch.com - Washington Bureau

EnergyEmpowers.gov

FreedomWorks Blog

Homeland Security Today

Hot Wax Newsletter

InTheCapital

M80 Marketing.com

Mayors & Cities

Media Images International

Media Matters

New Public Health

One.org

Potomac Tech Wire

Red Alert Politics

Statline

The American Spectator

The Daily Caller

The Football Girl

The New Atlantis blog

The Seminal

The Truman Doctrine

Think Progress blog

Vote iQ

WCAI Blog

WebMD

## Radio

WASH-FM (Rockville)

WBIG-FM (Rockville)

WIHT-FM (Rockville)

WMZQ-FM (Rockville)

WWDC-FM (Rockville)

National Public Radio (NPR)

WAMU-FM

Westwood One Inc.

WFED-AM

WHUR-FM

WMAL-AM

WTOP-FM

ABC Radio Network - Washington Bureau

All Things Considered - National Public Radio

Associated Press Radio

BBC Radio World Services

Blades Wallis Media LLC

Danmarks Radio - Washington Bureau

Dial Global

France 24 / Radio France International

G. Gordon Liddy Show - WJFK-FM

National Public Radio

Radio America Network

Radio Free Europe

RMF FM (Poland)

Swiss National Public Radio DRS

Swiss Public Radio

Talk Radio News Service

The Diane Rehm Show

Voice of America

Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

WAMU-AM

WMAL 630 AM

WRGW

WRQX Mix 107.3

WTOP-AM

WVRX-FM

XM Satellite Radio

## Television

TBD.com (Arlington)

Ard German Television - Washington DC

Australian Broadcasting Corp.

BBC News

CBC Washington Bureau

CBS News - Washington DC

Religion and Ethics News Weekly

RTTV America Inc.

Univision

WFDC-TV

ZDF German Television

ABC News Nightline

ABC Television Network - Washington Bureau

Al-Arabiya News

Askimo TV

Australian Broadcasting Corporation - Washington Bureau

C_SPAN

CBC-Canadian Broadcasting Corp

CBN News - Washington Bureau

CBS News - Washington Bureau

CCTV America

CNBC - Washington Bureau

CNC World

CNN

CNN - Washington Bureau

CNN Business News

CWBN-TV

DFA (Germany)

Emisoras Unidas (Hrn) Telesistema Hondureno - Washington Bureau

Fox News Channel - Washington Bureau

Fuji Television Network, Inc.

Idea Television

Ihlas News Agency

Knowlera Media

Korean Broadcasting System - Washington Bureau

Lilly Broadcasting

Middle East Broadcasting Company

MSNBC - Washington Bureau

NAB TV Today

NBC News - Washington Bureau

NHK Japan Broadcasting Corporation

Nippon Television Network

On The Record with Greta Van Susteren

Reuters Television

Seoul Broadcasting System - Washington Bureau

Swiss Broadcasting Corporation

Swiss National  Television

Swiss TV

Tokyo Broadcasting System - Washington Bureau

Tribune Broadcasting - Washington Bureau

TV Asahi America

TV Tokyo Channel 12

Voice of America

WJLA-TV

Worldnet Television and Film Services

WRC-TV

WTTG-TV

WUSA-TV

## FLORIDA

## Magazine

Worldwide Videotex Update  (Boynton Beach)

El Hospital (Coral Gables)



Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

Latin Trade Magazine (Coral Gables)

Ecoflorida Magazine (Coral Springs)

She Magazine (Davie)

South Florida Parenting (Deerfield Beach)

Boat International USA (Fort Lauderdale)

Miami Metro (Fort Lauderdale)

First Coast News (Jacksonville)

Christian Retailing (Lake Mary)

Exotic Dvm Veterinary Magazine (Lake Worth)

Florida Today (Melbourne)

Bloomberg Latin America (Miami)

Florida International Magazine (Miami)

Florida Shipper (Miami)

Onboard Media (Miami Beach)

Orlando Golfweek (Orlando)

Florida Trend (Saint Petersburg)

Tampa Bay Illustrated (Saint Petersburg)

Florida Sportsman (Stuart)

Treasure Coast Business Journal (Stuart)

UT Journal (Tampa)

Florida Golf Magazine (Winter Haven)

Florida Real Estate Journal (Winter Haven)

Motor Boating (Winter Park)

Ornamental Outlook (Winter Park)

Working Mother (Winter Park)

## News Service

Associated Press - Cape Canaveral Bureau (Cape Canaveral)

The Art Institute Of Ft. Lauderdale (Fort Lauderdale)

Tribune Media Services - Fort Lauderdale Bureau (Fort Lauderdale)

Associated Press - Jacksonville Bureau (Jacksonville)

Agence France-Presse - Miami Bureau (Miami)

Associated Press - Miami Bureau (Miami)

Reuters - Miami Bureau (Miami)

University Of Miami (Miami)

Tribune Media Services (North Palm Beach)

Associated Press - Orlando Bureau (Orlando)

Central Florida Future (Orlando)

Associated Press - Pensacola Bureau (Pensacola)

Associated Press - Tallahassee Bureau (Tallahassee)

Gannett News Service - Tallahassee Bureau (Tallahassee)

Associated Press - Tampa Bureau (Tampa)

WBUL-AM~ University of South Florida (Tampa)

Associated Press - West Palm Beach Bureau (West Palm Beach)

## Newspaper

Alachua Today (Alachua)

Grant Douglas Publishing (Apopka)

Boca Raton Business Journal (Boca Raton)

Boca Raton News (Boca Raton)

Lynn University (Boca Raton)

National Examiner (Boca Raton)

The Beachcomber (Boca Raton)

Real Estate Media Inc. (Boynton Beach)

Bradenton Herald (Bradenton)

South Tampa News (Brandon)

Cape Coral Daily Breeze (Cape Coral)

Charlotte Sun Herald (Charlotte Harbor)

Chipley Bugle, The (Chipley)

Brantwood Publications, Inc. (Clearwater)

Hispanic Magazine (Coral Gables)

Hispanic Trends (Coral Gables)

Wall Street Journal - Miami Bureau, The (Coral Gables)

Citrus County Chronicle (Crystal River)

Inverness Citrus County Chronicle (Crystal River)

Daytona Beach News-Journal (Daytona Beach)

Boca Raton Times (Deerfield Beach)

Pompano Times (Deerfield Beach)

South Florida Business Journal (Deerfield Beach)

Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

South Florida Sun-Sentinel - Deerfield Beach Bureau (Deerfield Beach)

El Venezolano (Doral)

Englewood Sun (Englewood)

Storch Report, The (Englewood)

Daily Business Review - Broward Edition (Fort Lauderdale)

El Sentinel Del Sur De La Florida (Fort Lauderdale)

New Times Broward-Palm Beach (Fort Lauderdale)

South Florida Sun-Sentinel (Fort Lauderdale)

Eagle News (Fort Myers)

Fort Myers News Press (Fort Myers)

Ft. Walton Beach Nw Florida Daily News (Fort Walton Beach)

Northwest Florida Daily News (Fort Walton Beach)

Gainesville Sun (Gainesville)

Independent Alligator, The (Gainesville)

Naylor Publications (Gainesville)

University Of Florida - Independent Flori (Gainesville)

University Of Florida - Journalism & Comms (Gainesville)

University Of Florida Today (Gainesville)

Pelican, The (Gulf Breeze)

Chicago Tribune - Miami Bureau (Hollywood)

Business Journal, The (Jacksonville)

Florida Times-Union (Jacksonville)

Key West Citizen (Key West)

Lake City Reporter (Lake city)

Lakeland Ledger (Lakeland)

Scrambling News (Lakeland)

Daily Commercial, The (Leesburg)

Leesburg Daily Commercial Tofix (Leesburg)

Alerta De Lavado De Dinero (Maimi)

Jackson County Floridan (Marianna)

Florida Today (Melbourne)

Melbourne Florida Today (Melbourne)

Christian Science Monitor (Miami)

Daily Business Review (Miami)

Diario Las Americas (Miami)

El Nuevo Herald (Miami)

El Tiempo (Miami)

Hispanic Trends (Miami)

Los Angeles Times - Miami Bureau (Miami)

Mercado De Dinero / Gentv (Miami)

Miami Daily Business Review (Miami)

Miami Herald (Miami)

Miami Today (Miami)

New York Times - Miami Bureau, The (Miami)

Onboard Media (Miami)

The Beacon/Florida International University (Miami)

Washington Post - Miami Bureau, The (Miami)

Naples Daily News (Naples)

Navarre Press (Navarre)

Nelson Publishing (Nokomis)

Ocala Star-Banner (Ocala)

Daytona Beach News-Journal - Southwest Volusia Bureau (Orange City)

East-West Times (Orlando)

El Sentinel (Orlando)

Orlando Business Journal (Orlando)

Orlando Sentinel (Orlando)

Orlando Weekly (Orlando)

Palatka Daily News (Palatka)

LRP Publications (Palm Beach Gardens)

Palm Beach Jewish News (Palm Beach Gardens)

Mediapost Communications (Palm Coast)

News Herald, The (Panama City)

La Costa Latina (Pensacola)

Pensacola News Journal (Pensacola)

Charlotte Sun (Port Charlotte)

Port St.Lucie News (Port St. Lucie)

St. Petersburg Times (Saint Petersburg)

Walton Sun, The (Santa Rosa Beach)

Sarasota Herald-Tribune (Sarasota)

West Coast Woman (Sarasota)



Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

Sebring Highlands Today (Sebring)

Sebring News-Sun (Sebring)

Pinecrest Tribune (South Miami)

St Augustine Record (St. Augustine)

St Petersburg Times (St. Petersburg)

Stuart News (Stuart)

Treasure Coast News (Stuart)

Tallahassee Democrat (Tallahassee)

The Famuan (Tallahassee)

Centro Tampa (Tampa)

Media General (Tampa)

Oracle (Tampa)

Tampa Tribune (Tampa)

Business Journal, The (Tampa Bay)

Daily Sun (The Villages)

Vero Beach Press Journal (Vero Beach)

Credit Union Times (West Palm Beach)

Daily Business Review-Palm Beach (West Palm Beach)

La Palma (West Palm Beach)

Northbridge Productions (West Palm Beach)

Palm Beach Daily Business Review (West Palm Beach)

Palm Beach Post (West Palm Beach)

West Palm Beach Palm Beach Post (West Palm Beach)

Winter Haven News Chief (Winter Haven)

The Sandspur (Winter Park)

## Online

To Suit Your Fancy, Chic & Chivalrous (Boynton Beach)

The American Reporter (Bradenton)

Downtown City Style (Cape Coral)

www.cdpe.com/TheGibesTeam (Cooper City)

CBS SportsLine.com (Fort Lauderdale)

CBSsports.com (Fort Lauderdale)

The DailySkew (Fort Lauderdale)

ElPulsoDiario.com (Fort Myers)

Beautiful Incentives (Jacksonville)

Big Government In Your Wallet (Jacksonville)

The Blogger Addict (Kissimmee)

COED Media Group (Lighthouse Point)

aroundcentralflorida.com (Maitland)

123jump.com (Miami)

avstop.com (Miami)

produ.com (Miami)

The Argo Journal (Miami)

Todobebe.com (Miami)

Univision Online (Miami)

WebBolt.com (Miami)

Bikini.com (Miami Beach)

Carmen's Coupon Blog (Naples)

Andrea's World (New Smyrna Beach)

Kiksmedia.com (Orlando)

Little Makeup Face (Orlando)

The Disney Blog (Orlando)

LovingYou.com (Palm Beach Gardens)

PetMeds blog (Pompano Beach)

Poynter.org (Saint Petersburg)

Tempo News Florida (Sarasota)

Mr. Media Interviews (St. Petersburg)

SecureIDNews.com (Tallahassee)

DisneyCruiseLineBlog.com (Tampa)

Rediff.com (Tampa)

Tampa Bay Online (Tampa)

HedgeCo.net (West Palm Beach)

NewsMax.com (West Palm Beach)

## Radio

WRMB-FM (Boynton Beach)

Radio Disney AM 990 WDYZ (Celebration)

WURN-AM (Coral Gables)

WARO-FM (Fort Myers)

WFSX-AM (Fort Myers)

WGCU-FM (Fort Myers)

Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

WJUA-AM (Fort Myers)

WINK-FM (Fort Myers)

WMKO-FM (Fort Myers)

WXNX-FM (Fort Myers)

WQCS-FM (Fort pierce)

WFTW-AM (Fort Walton Beach)

WBTT-FM (Ft. Myers)

WCKT-FM (Ft. Myers)

WOLZ-FM (Ft. Myers)

WTLQ-FM (Ft. Myers)

WZJZ-FM (Ft. Myers)

WKTK-FM (Gainesville)

WRUF-AM (Gainesville)

WRUF-FM (Gainesville)

WSKY-FM (Gainesville)

WUFT-FM (Gainesville)

WYKS-FM (Gainesville)

WAYR-AM (Green Cove Springs)

WJCT-FM (Jacksonville)

WJXL-AM (Jacksonville)

WOKV-AM (Jacksonville)

WOKV-FM (Jacksonville)

WZAZ-AM (Jacksonville)

WBZT-AM (Jupiter)

WWUS radio (Key West)

WLKF-AM (Lakeland)

WONN-AM (Lakeland)

WPCV-FM (Lakeland)

WWRZ-FM (Lakeland)

WHBO-AM (Largo)

WWBA-AM (Largo)

Clear Channel State Networks (Maitland)

Florida's Radio Network (Maitland)

WFLF-AM (Maitland)

WJRR-FM (Maitland)

WMGF-FM (Maitland)

WRUM-FM (Maitland)

WTKS-FM (Maitland)

WXXL-FM (Maitland)

WYGM-AM (Maitland)

WLRQ-FM (Melbourne)

WMMV-AM (Melbourne)

Advanced Radio Network (Miami)

Metro Networks - Miami Bureau (Miami)

WAXY-AM (Miami)

WKAT-AM (Miami)

WLRN-FM (Miami)

WLYF-FM (Miami)

WMXJ-FM (Miami)

WSUA-AM (Miami)

WWFE-AM (Miami)

WBGG-FM (Miramar)

WHYI-FM (Miramar)

WINZ-AM (Miramar)

WIOD-AM (Miramar)

WMGE-FM (Miramar)

WMIA-FM (Miramar)

WMIB-FM (Miramar)

WOGK-FM (Ocala)

Cox Radio Inc. (Orlando)

Stardome Media Group LLC (Orlando)

WCFB-FM (Orlando)

WDBO-AM (Orlando)

WHOO-AM (Orlando)

WHTQ-FM (Orlando)

WMFE-FM (Orlando)

WMMO-FM (Orlando)

WFLF-FM (Panama city)

WFSY-FM (Panama city)

WPAP-FM (Panama city)

WCOA-AM (Pensacola)

WJLQ-FM (Pensacola)

WNRP-AM (Pensacola)

WRGV-FM (Pensacola)

PR Newswire
A UBM plc company

Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

WTKX-FM (Pensacola)

WUWF-FM (Pensacola)

WKES-FM (Saint Petersburg)

Watchdog Wire and Dr. Rich Show (Sarasota)

WCTQ-FM (Sarasota)

WDDV-AM (Sarasota)

WLTQ-FM (Sarasota)

WSDV-AM (Sarasota)

WSRZ-FM (Sarasota)

WTZB-FM (Sarasota)

WWOJ-FM (Sebring)

WKPX-FM (Sunrise)

The Florida Channel (Tallahassee)

WANM-FM (Tallahassee)

WBZE-FM (Tallahassee)

WFLA-FM (Tallahassee)

WFSU-FM (Tallahassee)

WGMY-FM (Tallahassee)

WNLS-AM (Tallahassee)

WTNT-FM (Tallahassee)

WXSR-FM (Tallahassee)

Health Journal - WQYK-FM (Tampa)

WBTP-FM (Tampa)

WBVM-FM (Tampa)

WFLA-AM (Tampa)

WFLZ-FM (Tampa)

WHNZ-AM (Tampa)

WMNF-FM (Tampa)

WMTX-FM (Tampa)

WUSF-FM (Tampa)

WXTB-FM (Tampa)

WFKZ-FM (Tavernier)

WJNO-AM (West Palm Beach)

WLDI-FM (West Palm Beach)

WOLL-FM (West Palm Beach)

WRLX-FM (West Palm Beach)

WSIR-AM (Winter Haven)

WPRK-FM (Winter park)

## Television

Information Television Network Inc. (Boca Raton)

WFTX-TV (Cape Coral)

WDSC-TV (Daytona Beach)

New Home Journal- Platinum Television Group (Deerfield Beach)

WBBH-TV (Fort Myers)

WINK-TV (Fort Myers)

WZVN-TV (Fort Myers-Naples)

WCJB-TV (Gainesville)

WUFT-TV (Gainesville)

WJAN-LP (Hialeah Gardens)

WAWS-TV (Jacksonville)

WJCT-TV (Jacksonville)

WJXT-TV (Jacksonville)

WJXX-TV (Jacksonville)

WTEV-TV (Jacksonville)

WTLV-TV (Jacksonville)

WOFL-TV (Lake Mary)

GenTV (Caracol) (Miami)

Nightly Business Report (Miami)

Nightly Business Report-WPBT-TV (Miami)

Reuters Television - Miami Bureau (Miami)

Univision / Telefutura Network (Miami)

Univision Network (Miami)

WFOR-TV (Miami)

WGEN-TV (Miami)

WLTV-TV (Miami)

WPLG-TV (Miami)

WSBS-TV (Miami)

WSVN-TV (Miami)

WSCV-TV (Miramar)

WTVJ-TV (Miramar)

WPBT-TV (North Miami)

WESH-TV - Ocala Bureau (Ocala)

Central Florida News 13 (Orlando)


Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

Golf Channel (Orlando)

WESH-TV (Orlando)

WFTV-TV (Orlando)

WTMO-LP (Orlando)

WKMG-TV (Orlando-Daytona Beach-Melbourne)

WVEN-TV (Orlando-Daytona Beach-Melbourne)

WJHG-TV (Panama city)

WMBB-TV (Panama City)

WEAR-TV (Pensacola)

Bay News 9 (Pinellas Park)

Visual Data (Pompano Beach)

WTSP-TV (Saint Petersburg)

WWSB-TV (Sarasota)

WCTV-TV (Tallahassee)

WFSU-TV (Tallahassee)

WTXL-TV (Tallahassee-Thomasville)

WFLA-TV (Tampa)

WFTS-TV (Tampa)

WMOR-TV (Tampa)

WTVT-TV (Tampa)

WVEA-TV (Tampa)

WFLX-TV (West Palm Beach)

WPEC-TV (West Palm Beach)

WPTV-TV (West Palm Beach)

WPBF-TV (West Palm Beach-Fort Pierce)

Ivanhoe Broadcast News (Winter Park)

## GEORGIA

### Magazine

Timber Mart-South (Athens)

Atlanta Woman (Atlanta)

Brides & Grooms magazine (Atlanta)

BusinessWeek - Southeastern Bureau (Atlanta)

Fenuxe Magazine (Atlanta)

J'ADORE Magazine (Atlanta)

Labrys Magazine (Atlanta)

California Game & Fish (Marietta)

Inside Gwinnett (Marietta)

Season Magazine (Marietta)

Atlanta Tribune (Roswell)

Coastal Family (Savannah)

Currents Coastal Georgia (St. Simons Island)

Georgia Magazine (Tucker)

Independent Processor (Woodstock)

### News Service

Associated Press - Albany, Ga Bureau (Albany)

Associated Press - Atlanta Bureau (Atlanta)

Bloomberg News - Atlanta Bureau (Atlanta)

Bureau Of National Affairs (Atlanta)

Reuters - Atlanta Bureau (Atlanta)

Knight-Ridder/Tribune Info. Services - Roswell Bureau (Roswell)

Tribune Media Services - Stone Mountain Bureau (Stone Mountain)

### Newspaper

Albany Herald (Albany)

Americus Times Recorder (Americus)

Athens Banner-Herald (Athens)

Red & Black (Athens)

Atlanta Business Chronicle (Atlanta)

Atlanta Journal-Constitution (Atlanta)

Chamblee-Dekalb Neighbor (Atlanta)

Cox Interactive Media (Atlanta)

Decatur-Dekalb Neighbor (Atlanta)

Dekalb Neighbor (Atlanta)

Dunwoody Crier (Atlanta)

Dunwoody-Dekalb Neighbor (Atlanta)

Fulton County Daily Report (Atlanta)

Georgia Bulletin, The (Atlanta)

Los Angeles Times - Atlanta Bureau (Atlanta)

Mundo Hispanico (Atlanta)

New York Times - Atlanta Bureau, The (Atlanta)



Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

North Dekalb Neighbor (Atlanta)

Northside Neighbor (Atlanta)

South Dekalb Neighbor (Atlanta)

Stone Mountain-Dekalb Neighbor (Atlanta)

Story, The (Atlanta)

Wall Street Journal - Atlanta Bureau, The (Atlanta)

Augusta Chronicle (Augusta)

Morris Communications Corp (Augusta)

Bartow Times (Bartow)

Brunswick News (Brunswick)

Calhoun Times (Calhoun)

Cherokee Tribune (Canton)

Cherokee Tribune Plus (Canton)

Carrollton Times Georgian (Carrollton)

Bartow Neighbor, The (Cartersville)

Cartersville Tribune News (Cartersville)

Cedartown Standard (Cedartown)

Clayton Tribune, The (Clayton)

Columbus Ledger-Enquirer (Columbus)

Rockdale Neighbor (Conyers)

The Rockdale Citizen (Conyers)

Cordele Dispatch (Cordele)

Covington News (Covington)

Forsyth County News (Cumming)

Paulding Neighbor (Dallas)

Daily Citizen (Dalton)

Dalton Citizen-News (Dalton)

Douglas County Sentinel (Douglasville)

Douglas Neighbor (Douglasville)

The Courier Herald (Dublin)

Clayton Neighbor (Forest Park)

Henry Neighbor (Forest Park)

South Fulton Neighbor (Forest Park)

The News And Banner (Franklin)

Gainesville Times (Gainesville)

Griffin Daily News (Griffin)

The Coastal Courier (Hinesville)

Jonesboro Clayton News Daily (Jonesboro)

La Grange News (La grange)

Walker County Messenger (Lafayette)

Gwinnett Daily Post (Lawrenceville)

Lawrenceville Gwinnett Daily Post (Lawrenceville)

Macon Telegraph (Macon)

Macon Telegraph & News (Macon)

Acworth Neighbor (Marietta)

Austell Neighbor (Marietta)

East Cobb Neighbor (Marietta)

Fayette Neighbor (Marietta)

Kennesaw Neighbor (Marietta)

Mableton Neighbor (Marietta)

Marietta Daily Journal (Marietta)

Pinnacle Publishing (Marietta)

Powder Springs Neighbor (Marietta)

Smyrna Neighbor (Marietta)

Vinings Neighbor (Marietta)

Milledgeville Union Recorder (Milledgeville)

Moultrie Observer (Moultrie)

Newnan Times-Herald (Newnan)

Atlanta Latino (Norcross)

Tattnall Journal (Reidsville)

Catoosa County News (Ringgold)

Rockmart Journal (Rockmart)

Rome News-Tribune (Rome)

Alpharetta Neighbor (Roswell)

Atlanta Tribune (Roswell)

Bill Communications Inc (Roswell)

Roswell Neighbor (Roswell)

Savannah Morning News (Savannah)

Savannah News (Savannah)

USA Today - Atlanta Bureau (Smyrna)

Statesboro Herald (Statesboro)

Thomasville Times-Enterprise (Thomasville)

Tifton Gazette (Tifton)

Valdosta Daily Times (Valdosta)

Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

Valdosta Times (Valdosta)

Waycross Journal-Herald (Waycross)

Townelake Ledger (Woodstock)

## Online

CNN Interactive (Atlanta)

Lefont Take One (Atlanta)

Loop21.com (Atlanta)

NewsRX.com (Atlanta)

Georgia Politics Unfiltered  (College Park)

Beautyconsumed.com (Fairburn)

Cell Phone Digest (Jonesboro)

Sony Insider (Roswell)

Southeast Food Service News (Tucker)

Georgia Connector (Watkinsville)

## Radio

WALG-AM (Albany)

WUOG-FM (Athens)

CNN Radio (Atlanta)

Cox Radio Interactive (Atlanta)

Cox Radio, Inc. (Atlanta)

Exceptional Radio Network (Atlanta)

Georgia Public Radio Network (Atlanta)

Peach State Public Radio Network (Atlanta)

WABE-FM (Atlanta)

WALR-FM (Atlanta)

WAOK-AM (Atlanta)

WCNN-AM (Atlanta)

WFSH-FM (Atlanta)

WGKA-AM (Atlanta)

WGST-AM (Atlanta)

WKLS-FM (Atlanta)

WQXI-AM (Atlanta)

WRAS-FM (Atlanta)

WSB-AM (Atlanta)

WSB-FM (Atlanta)

WSRV-FM (Atlanta)

WSTR-FM (Atlanta)

WUBL-FM (Atlanta)

WWLG-FM (Atlanta)

WWVA-FM (Atlanta)

WYAY-FM (Atlanta)

WBBQ-FM (Augusta)

WEKL-FM (Augusta)

WGAC-AM (Augusta)

WGAC-FM (Augusta)

WKSP-FM (Augusta)

WKZK-AM (Augusta)

WRDW-AM (Augusta)

WZNY-FM (Augusta)

WDAK-AM (Columbus)

WGSY-FM (Columbus)

WDUN-AM (Gainesville)

WDUN-FM (Gainesville)

WGGA-AM (Gainesville)

WJGA-FM (Jackson)

WQCH-AM (Lafayette)

WMAC-AM (Cumulus Radio Group) (Macon)

WGUR Radio (Milledgeville)

WMOQ-FM (Monroe)

WHLJ-FM (Naylor)

WTSH-FM (Rome)

WBMQ-AM (Cumulus Radio Group) (Savannah)

WHCJ-FM (Savannah)

WVGA-FM (Valdosta)

## Television

WALB-TV (Albany)

WFXL-TV (Albany)

WSST-TV (Albany)

CNN (Cable News Network) (Atlanta)

CNNI - CNN International (Atlanta)

Cox Broadcasting Washington Bureau (Atlanta)

Georgia Public Broadcasting (Atlanta)

(888) 776-0942  |  www.prnewswire.com

PR Newswire
A UBM plc company

Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

The Weather Channel (Atlanta)

Turner Entertainment (Atlanta)

WAGA-TV (Atlanta)

WGCL-TV (Atlanta)

WGNX-TV (Atlanta)

WSB-TV (Atlanta)

WXIA-TV (Atlanta)

WAGT-TV (Augusta)

WJBF-TV (Augusta)

WRDW-TV (Augusta)

WCGT-TV (Columbus)

WRBL-TV (Columbus)

WSWS-TV (Columbus)

WTVM-TV (Columbus)

GNET - Gwinnett News & Entertainment TV (Lawrenceville)

WGXA-TV (Macon)

WMAZ-TV (Macon)

WMGT-TV (Macon)

WATC-TV (Norcross)

WPXA-TV (Rome)

WJCL-TV (Savannah)

WSAV-TV (Savannah)

WTOC-TV (Savannah)

WNEG-TV (Toccoa)

## HAWAII

### Magazine

Hawaii Home and Remodeling (Honolulu)

Pacific News Bytes (Honolulu)

### News Service

Associated Press - Honolulu Bureau (Honolulu)

### Newspaper

Hawaii Tribune-Herald (Hilo)

Hawaii Hispanic News (Honolulu)

Honolulu Advertiser, The (Honolulu)

Honolulu Hawaii Hochi (Honolulu)

Honolulu Star-Bulletin (Honolulu)

Islands Business (Honolulu)

Pacific Business News (Honolulu)

The Hawaii Herald (Honolulu)

Kailua-Kona West Hawaii Today (Kailua-Kona)

Ke Alaka'i (Laie-Oahu)

Island School Switch Newsmagazine for Kauai's Teens (Lihue)

Lihue Garden Island (Lihue)

Maui News (Maui)

### Online

Cheng Health (Honolulu)

Honolulu Civil Beat (Honolulu)

www.HawaiiFreePress.com (Honolulu)

To Find Health (Kamuela)

### Radio

KKBG-FM (Hilo)

KPUA-AM (Hilo)

KCCN-FM (Honolulu)

KHPR-FM (Honolulu)

KINE-FM (Honolulu)

KRTR-FM (Honolulu)

KSSK-AM (Honolulu)

KSSK-FM (Honolulu)

KFMN-FM (Lihue)

### Television

Hawaii News Now (Honolulu)

KGMB-TV (Honolulu)

KHNL-TV (Honolulu)

KHON-TV (Honolulu)

KITV-TV (Honolulu)

Metro Networks - Honolulu Bureau (Honolulu)

PR Newswire
A UBM plc company

Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

## IDAHO

### Magazine

Front Step News (Boise)

The Idaho Senior News (Boise)

Potato Grower Magazine (Idaho Falls)

### News Service

Associated Press - Boise Bureau (Boise)

Public News Service (Boise)

### Newspaper

Blackfoot Morning News (Blackfoot)

Boise Statesman (Boise)

Idaho Business Review (Boise)

Idaho Statesman, The (Boise)

Coeur D'Alene Press (Coeur d'Alene)

North Idaho Business Journal (Coeur d'Alene)

Idaho Falls Post Register (Idaho Falls)

Shoshone News-Press (Kellogg)

Idaho Mountain Express (Ketchum)

Lewiston Morning Tribune (Lewiston)

The Star-News (McCall)

Moscow Pullman Daily News (Moscow)

The Argonaut (Moscow)

Idaho Press-Tribune (Nampa)

Idaho State Journal (Pocatello)

Pocatello State Journal (Pocatello)

Rexburg Standard-Journal (Rexburg)

Bonner County Daily Bee (Sandpoint)

Twin Falls Times News (Twin Falls)

### Online

DIRTnewz.com (Boise)

PrideDEPOT.com (Boise)

The River Journal (Clark Fork)

Environmental News Network (Ketchum)

Lewiston Tribune (Lewiston)

Networking Star (Nampa)

The Moral Liberal (Preston)

### Radio

KLCE-FM (Blackfoot)

KBOI-AM (Boise)

KBSU-AM (Boise)

KBSX-FM (Boise)

KIDO-AM (Boise)

KJOT-FM (Boise)

KRVB-FM (Boise)

KTHI-FM (Boise)

KWEI-AM (Boise)

KVNI-AM (Coeur D'Alene)

KVTY-FM (Lewiston)

KMCL-FM (McCall)

KRPL-AM (Moscow)

KUOI-FM (Moscow)

KZFN-FM (Moscow)

KISU-FM (Pocatello)

KACH-AM (Preston)

KBYI-FM (Rexburg)

KLIX-AM (Twin Falls)

### Television

KBCI-TV (Boise)

KBOI-TV (Boise)

KTVB-TV (Boise)

KIDK-TV (Idaho Falls)

KIFI-TV (Idaho Falls)

KLEW-TV (Lewiston)

KIVI-TV (Nampa)

KTRV-TV (Nampa)

KPVI-TV (Pocatello)

KMVT-TV (Twin Falls)

Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

## ILLINOIS

### Magazine

German Pulse (Bartlett)

Appliance Design magazine (Bensenville)

Farmweek (Bloomington)

ABA Journal (Chicago)

Advertising Age - Chicago Bureau (Chicago)

Appraisal Institute (Chicago)

BusinessWeek - Chicago Bureau (Chicago)

Cafe (Chicago)

Chicago Collection Magazine (Chicago)

Chicago Computer Guide (Chicago)

Chicago Health Magazine (Chicago)

Chicago Innerview (Chicago)

Chicago Lawyer (Chicago)

Chicago Lifestyle Magazine (Chicago)

Chicago Tribune Magazine (Chicago)

Community Health magazine (Chicago)

Corporate Legal Times (Chicago)

DeadSpin (Chicago)

Forefront Magazine (Chicago)

HOY (Chicago)

Illinois Police & Sheriff's News (Chicago)

Insurance Networking (Chicago)

Jellyvision (Chicago)

Jet & Ebony (Chicago)

Lumino Magazine (Chicago)

MARCH magazine (Chicago)

Rock Products Magazine (Chicago)

The Chicago Downtowner Newsmagazine (Chicago)

UnRated Urban Magazine (Chicago)

UR Chicago (Chicago)

Viewpoints.com (Chicago)

Candy Industry (Deerfield)

Stagnito Communications (Deerfield)

Chicagoland Gardening (Downers Grove)

Hinsdale Magazine, Inc. (Hinsdale)

Sears Manage My Home (Hoffman Estates)

Putnam Media, Inc. (Itasca)

Say What! Magazine (La Grange)

Watt Publishing Company (Mount Morris)

Machinery Outlook (Mundelein)

Boat & Motor Dealer (Niles)

Dana Chase Publications (Oak Brook)

Illinois Manufacturer, The (Oak Brook)

Central Illinois Business Publishers (Peoria)

Poultry International (Rockford)

Reactive Target & Aviation International News (Shorewood)

Hoyt Publishing (Skokie)

### News Service

Associated Press - Champaign Bureau (Champaign)

Associated Press - Chicago Bureau (Chicago)

Bloomberg News - Chicago Bureau (Chicago)

Copley News Service - Chicago Bureau (Chicago)

Dow Jones Newswires - Chicago Bureau (Chicago)

Knight-Ridder/Tribune Info. Services - Chicago Bureau (Chicago)

Medill News Service - Chicago Bureau (Chicago)

Morningstar Investor (Chicago)

Morningstar Mutual Funds (Chicago)

Morningstar Stock Investor (Chicago)

Nihon Keizai Shimbun - Chicago Bureau (Chicago)

Reuters - Chicago Bureau (Chicago)

Tribune Media Services (Chicago)

Zacks (Chicago)

Northern Illinois University (De Kalb)

Dekalb News Service (DeKalb)

Associated Press - Elgin Bureau (Elgin)

Thomson Target Media (Evanston)

Tribune Media Services - Evanston Bureau (Evanston)

Illinois State Univ - The Daily Vidette (Normal)



Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

Associated Press - Peoria Bureau (Peoria)

Associated Press - Springfield Bureau (Springfield)

Copley News Service Springfield Bureau (Springfield)

Gannett News Service - Springfield Bureau (Springfield)

Tribune Media Services - Vernon Hills Bureau (Vernon Hills)

## Newspaper

Countryside (Algonquin)

Alton Telegraph (Alton)

Antioch Review (Antioch)

Arlington Heights Herald (Arlington Heights)

Daily Herald (Arlington Heights)

Pioneer Press Newspapers (Arlington Heights)

Post (Arlington Heights)

Aurora Beacon News (Aurora)

Courier-Review (Barrington)

Belleville News-Democrat (Belleville)

St. Clair County News Bulletin (Belleville)

Belvidere Daily Republican (Belvidere)

Benton Evening News (Benton)

Bloomington Pantagraph (Bloomington)

Mclean County News Bulletin (Bloomington)

Pantagraph (Bloomington)

Countryside (Buffalo Grove)

Weekly Doings (Burr Ridge)

Canton Ledger (Canton)

Carbondale Southern Illinoisan (Carbondale)

Daily Egyptian (Carbondale)

Southern Illinois Univ - Daily Egyptian (Carbondale)

Southern Illinoisan (Carbondale)

Carmi Times (Carmi)

Centralia Sentinel (Centralia)

Morning Sentinel/Register-News (Centralia/Mt. Vernon)

Champaign County News Bulletin (Champaign)

Champaign News-Gazette (Champaign)

Daily Illini - University Of Illinois (Champaign)

News-Gazette (Champaign)

Times-Courier (Charleston)

Chicago Business - University Of Chicago'S Mba Paper (Chicago)

Chicago Citizen Newspaper Group (Chicago)

Chicago Crusader (Chicago)

Chicago Defender (Chicago)

Chicago Free Press (Chicago)

Chicago Law Bulletin (Chicago)

Chicago Reader (Chicago)

Chicago Sun-Times (Chicago)

Chicago Tribune (Chicago)

Columbia Chronicle (Chicago)

Crain's Chicago Business (Chicago)

Crain'S Modern Physician (Chicago)

Epoch Times (Chicago)

Gleaner (Chicago)

Harpo Productions (Chicago)

Hyde Park Herald (Chicago)

Inside Line, The (Chicago)

La Raza (Chicago)

Los Angeles Times - Chicago Bureau (Chicago)

New City (Chicago)

New York Times - Chicago Bureau, The (Chicago)

News Star (Chicago)

Northeastern Illinois University (Chicago)

Skyline (Chicago)

Stark's News Service Interactive (Chicago)

Streetwise (Chicago)

The Chicago Downtowner (Chicago)

The Depaulia (Depaulia University) (Chicago)

The Onion A.V Club (Chicago)

Tribune Company (Chicago)

UIC Today (Chicago)

US Business Review (Chicago)

USA Today - Chicago Bureau (Chicago)

Wall Street Journal - Chicago Bureau, The (Chicago)

PR Newswire
A UBM plc company

Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

Washington Post - Chicago Bureau, The (Chicago)

Windy City Times (Chicago)

Chilicothe Independent (Chilicothe)

Doings (Clarendon Hills)

Suburban Journals Of Greater St. Louis (Collinsville)

Crystal Lake The Northwest Herald (Crystal Lake)

Northwest Herald (Crystal Lake)

Danville Commercial-News (Danville)

Decatur Herald & Review (Decatur)

Deerfield Review (Deerfield)

Kenya Empowerment Newpaper (Deerfield)

Dekalb Daily Chronicle (Dekalb)

Northern Star (Dekalb)

Mediatracks Communications (Des Plaines)

Times (Des Plaines)

Du Quoin Evening Call (Du Quoin)

Tazewell County News Bulletin (East Peoria)

Times-Review (Edgebrook)

Times-Review (Edison-Norwood)

Edwardsville Intelligencer (Edwardsville)

Madison County News Bulletin (Edwardsville)

Effingham Daily News (Effingham)

Eldorado Daily Journal (Eldorado)

Elgin Courier News (Elgin)

The Courier News (Elgin)

The Korea Daily News (Elk Grove)

Times (Elk Grove)

Doings (Elmhurst)

Leaves (Elmhurst)

Woodford County News Bulletin (Eureka)

Evanston Review (Evanston)

Metro Times (Evanston)

Forest Park Leaves (Forest Park)

Herald-Journal (Franklin Park)

Freeport Journal Standard (Freeport)

Journal Standard, The (Freeport)

Galena Gazette (Galena)

Galesburg Register-Mail (Galesburg)

Zephyr, The (Galesburg)

Kane County Chronicle (Geneva)

News (Glencoe)

Glenview Announcements (Glenview)

Grayslake Review (Grayslake)

Gurnee Review (Gurnee)

Times, The (Harlem/Irving Park (Chicago))

Daily Register, The (Harrisburg)

The Daily Register (Harrisburg)

News (Highland Park)

Doings (Hinsdale)

Hoffman Park Review (Hoffman Estates)

Chicago Tribune - Homewood Bureau (Homewood)

Jacksonville Journal-Courier (Jacksonville)

Times, The (Jefferson Park (Chicago))

The Herald-News (Joliet)

Kankakee County News Bulletin (Kankakee)

Kankakee Daily Journal (Kankakee)

Star-Courier (Kewanee)

La Salle News-Tribune (La Salle)

Doings (LaGrange)

Forester (Lake Forest)

Countryside (Lake in the Hills)

Lake Villa Review (Lake Villa)

Courier (Lake Zurich)

La Salle Newstribune (LaSalle)

Daily Record (Lawrenceville)

Libertyville Review (Libertyville)

Lincoln Courier (Lincoln)

The Courier (Lincoln)

Lincolnshire Review (Lincolnshire)

Lincolnwood Review (Lincolnwood)

Macomb Journal (Macomb)

Marion Daily Republican (Marion)

Mattoon Journal-Gazette (Mattoon)

Herald (Maywood)

Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

Moline Dispatch (Moline)

The Dispatch (Moline)

Monmouth Daily Review Atlas (Monmouth)

Champion (Morton Grove)

Daily Republican Register (Mount Carmel)

Times (Mount Prospect)

Mt Vernon Register-News (Mount Vernon)

Mundelein Review (Mundelein)

Naperville Sun (Naperville)

North Central College (Naperville)

Sun Publications (Naperville)

The Naperville Sun (Naperville)

Herald Spectator (Niles)

News (Norridge)

Entre Hispanos (Northbrook)

Star (Northbrook)

Herald-Journal (Northlake)

Chicago Tribune - Oak Brook Bureau (Oak Brook)

Doings (Oak Brook)

Leaves (Oak Park)

Wednesday Journal (Oak Park)

Olney Daily Mail (Olney)

Chicago Tribune - Orland Park Bureau (Orland Park)

Lasalle County News Bulletin (Ottawa)

Ottawa Daily Times (Ottawa)

Countryside (Palatine)

Paris Daily Beacon-News (Paris)

Herald-Advocate (Park Ridge)

Pekin Daily Times (Pekin)

Journal Star (Peoria)

News Bulletin (Peoria)

Peoria Journal Star (Peoria)

Peoria Times-Observer (Peoria)

Washington Times Reporter (Peoria)

Pontiac Daily Leader (Pontiac)

Quincy Herald-Whig (Quincy)

Messenger (River Grove)

Daily News (Robinson)

Rock Island Argus (Rock Island)

Rockford Register Star (Rockford)

Winnebago County News Bulletin (Rockford)

Booster (Rogers Park)

Chicago Tribune - Schaumburg Bureau (Schaumburg)

Schaumburg Review (Schaumburg)

Daily Union (Shelbyville)

Hola America (Silvis)

Skokie Review (Skokie)

El Conquistador (South Elgin)

Chicago Sun-Times Springfield Bureau (Springfield)

Chicago Tribune - Springfield Bureau (Springfield)

Sangamon County News Bulletin (Springfield)

Springfield State Journal Register (Springfield)

Daily Gazette (Sterling)

Dixon Telegraph (Sterling)

The Daily Gazette (Sterling)

Taylorville Breeze Courier (Taylorville)

Chicago Daily Southtown (Tinley Park)

Chicago Tribune - Tinley Park Bureau (Tinley Park)

Daily Southtown (Tinley Park)

University Of Illinois (Urbana)

Chicago Tribune - Vernon Hills Bureau (Vernon Hills)

Vernon Hills Review (Vernon Hills)

Times-Republic (Watseka)

Courier (Wauconda)

The News Sun (Waukegan)

Herald (West Proviso)

Herald (Westchester)

Doings (Western Springs)

Chicago Tribune - Wheaton Bureau (Wheaton)

Countryside (Wheeling)

Booster (Wicker Park)

Life (Wilmette)


Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

Talk (Winnetka)

## Online

Change the Rules of Politics (Algonquin)

MO.com (Algonquin)

Rosie Discovers (Arlington Heights)

ConnectReviews (Batavia)

Four Player Co Op (Belvidere)

TheGreenHead.com (Channahon)

CelebTV.com (Chicago)

CitizenKate.tv (Chicago)

C-Style Magazine (Chicago)

Dow Jones MarketWatch.com - Chicago Bureau (Chicago)

Emmis Interactive (Chicago)

ePrairie.com (Chicago)

First Business News (Chicago)

Flood Magazine (Chicago)

Green Info Daily (Chicago)

Guyism (Chicago)

i-street.com (Chicago)

ItsTheItGirl.com (Chicago)

Livability.com (Chicago)

LIVESTRONG.COM (Chicago)

Marina City Online (Chicago)

midwestbusiness.com (Chicago)

Morningstar Advisor.com (Chicago)

Orbitz (Chicago)

PR Junkie (Chicago)

PrettyCity (Chicago)

Tails Inc. (Chicago)

Technomic (Chicago)

The Beauty Branch (Chicago)

The Red Line Project (Chicago)

ThinkGlink.com (Chicago)

Time Out Chicago (Chicago)

Tribune Interactive (Chicago)

White House Strategies (Chicago)

wiretapmag.org (Chicago)

The Sensory Spectrum (Lake Forest)

The Rock Father (Lake Villa)

Running With Cake (Lake Zurich)

Housingzone.com (Oak Brook)

Higheredjobs.com (Oak Park)

antiMUSIC Network (Park Ridge)

MadeMan.com (Riverton)

MMA Recap (South Elgin)

Global Food Forums (St. Charles)

AsiaToday.com (Westmont)

## Radio

Foodservice Radio (Antioch)

WJBC-AM (Bloomington)

WIVR-FM (Bourbonnais)

WVLI-FM (Bourbonnais)

WSIU-FM (Carbondale)

WVSI-FM (Carbondale)

WROY-AM (Carmi)

WRUL-FM (Country Music Widget) (Carmi)

WJPF-AM (Carterville)

WOOZ-FM (Carterville)

WILY-AM (Centralia)

WRXX-FM (Centralia)

WHMS-FM (Champaign)

DePaul University-Radio DePaul (Chicago)

Illinois Radio Network (Chicago)

Merlin Media LLC (Chicago)

Metro Networks - Chicago Bureau (Chicago)

WBBM-AM (Chicago)

WBBM-FM (Chicago)

WBEW-FM (Chicago)

WBEZ-FM (Chicago)

WCEV-AM (Chicago)

WCFS-FM (Chicago)

WCKG-FM (Chicago)

Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

WCPQ-FM (Chicago)

WCPT-AM (Chicago)

WCPT-FM (Chicago)

WCPY-FM (Chicago)

WCRX-FM (Chicago)

WDRV-FM (Chicago)

WFMT-FM (Chicago)

WGCI-FM (Chicago)

WGN-AM (Chicago)

WGRB-AM (Chicago)

WILV-FM (Chicago)

WJMK-FM (Chicago)

WKKC-FM (Chicago)

WKSC-FM (Chicago)

WLIT-FM (Chicago)

WLS-AM (Chicago)

WLS-FM (Chicago)

WLUP-FM (Chicago)

WMBI-AM (Chicago)

WMBI-FM (Chicago)

WMVP-AM (Chicago)

WNUA-FM (Chicago)

WNVR-AM (Chicago)

WRTE-FM 90.5 (Hispanic) (Chicago)

WTMX-FM (Chicago)

WVAZ-FM (Chicago)

WVON-AM (Chicago)

WWWN-FM - Top News (Chicago)

WDKB-FM (De Kalb)

WNIJ-FM (Dekalb)

Radio Health Journal (Des Plaines)

WIXN-AM (Dixon)

WDQN-AM (Du Quoin)

WSIE-FM (Edwardsville)

WIND-AM (Elk Grove Village)

WNUR-FM (Evanston)

WHFH-FM (Flossmoor)

WAAG-FM (Galesburg)

WGIL-AM (Galesburg)

WKAY-FM (Galesburg)

WLSR-FM (Galesburg)

WDCB-FM (Glen Ellyn)

WSMI-AM (Hillsboro)

WSMI-FM (Hillsboro)

WLDS-AM (Jacksonville)

WCCQ-FM (Joliet)

WKAN-AM (Kankakee)

WAKO-FM (Lawrenceville)

WLRA-FM (Lockport)

WIUM-FM (Macomb)

WJEQ-FM (Macomb)

WFRX-AM (Marion)

WMOK-AM (Metropolis)

WVIK-AM (Moline)

WMIX-AM/FM (Mount Vernon)

WMIX-FM (Mount Vernon)

WONC-FM (Naperville)

WGLT-FM (Normal)

WPNA-AM (Oak Park)

WAJK-FM (Oglesby)

WLPO-AM (Oglesby)

WLWF-FM (Oglesby)

WCMY-AM (Ottawa)

WPXN-FM (Paxton)

WCBU-FM (Peoria)

WIRL-AM (Peoria)

WMBD-AM (Peoria)

WPBG-FM (Peoria)

WSWT-FM (Peoria)

WBZG-FM (Peru)

WGLC-FM (Peru)

WSPL-AM (Peru)

WYYS-FM (Peru)

KGRC-FM (Quincy)

Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

WGEM-AM (Quincy)

WTAD-AM (Quincy)

WNNS-FM (Riverton)

WVIK Radio (Rock Island)

WVIK-FM (Rock Island)

WNTA-AM (Rockford)

WROK-AM (Cumulus Radio Group) (Rockford)

WPGU (Roselle)

WSIQ-AM (Salem)

WJBD-FM (Salem)

WMAY-AM (Springfield)

WTAX-AM (Springfield)

WUIS-FM (Springfield)

KFNS-AM (St Louis)

WSDR-AM (Sterling)

WDWS-AM (Urbana)

WILL-AM (Urbana)

WILL-FM (Urbana)

## Television

WSIU-TV (Carbondale)

WCIA-TV (Champaign)

WICD-TV (Champaign)

WEIU-TV (Charleston)

CNBC - Chicago Bureau (Chicago)

CNN - Chicago Bureau (Chicago)

First Business TV News (Chicago)

Fox News Channel - Chicago Bureau (Chicago)

WBBM-TV (Chicago)

WCHI-TV (Chicago)

WFLD-TV (Chicago)

WGBO-TV (Chicago)

WGN-TV (Chicago)

WLS-TV (Chicago)

WMAQ-TV (Chicago)

WSNS-TV (Chicago)

WTTW-TV (Chicago)

WHOI-TV (Creve Coeur)

WAND-TV (Decatur)

WEEK-TV (East Peoria)

Around Chicagoland-Chicagoland Television News (Hinsdale)

WMBD-TV (Peoria)

KHQA-TV (Quincy)

WGEM-TV (Quincy)

WHBF-TV (Rock Island)

WIFR-TV (Rockford)

WREX-TV (Rockford)

WTVO-TV (Rockford)

WTVO-TV/WQRF-TV (Rockford)

WCIA-TV (Savoy)

WICS-TV (Springfield)

## INDIANA

### Magazine

FFA New Horizons (Indianapolis)

Network Indiana (Indianapolis)

Howey Politics Indiana (Kokomo)

### News Service

Associated Press - Evansville Bureau (Evansville)

Associated Press - Indianapolis Bureau (Indianapolis)

Gannett News Service - Indianapolis Bureau (Indianapolis)

Associated Press - South Bend Bureau (South Bend)

### Newspaper

Anderson Herald Bulletin (Anderson)

Herald Bulletin (Anderson)

Herald-Republican (Angola)

The Evening Star (Auburn)

Herald-Tribune (Batesville)

Bedford Times-Mail (Bedford)

PR Newswire
A UBM plc company

Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

Berne Tri-Weekly News (Berne)

Bloomington Herald-Times (Bloomington)

Indiana Daily Student (Bloomington)

Mitchell News (Bloomington)

Bluffton News-Banner (Bluffton)

Brazil Times (Brazil)

Chesterton Tribune (Chesterton)

Clinton Daily Clintonian (Clinton)

Columbia City Post & Mail (Columbia City)

Columbus Republic (Columbus)

Connersville News Examiner (Connersville)

Crawfordsville Journal Review (Crawfordsville)

Decatur Daily Democrat (Decatur)

Truth, The (Elkhart)

The Call-Leader (Elwood)

Evansville Courier (Evansville)

Ft Wayne News-Sentinel (Fort Wayne)

Greater Fort Wayne Business Weekly (Fort Wayne)

Journal Gazette (Fort Wayne)

News-Sentinel (Fort Wayne)

Times, The (Frankfort)

Franklin College - The Franklin (Franklin)

Franklin Daily Journal (Franklin)

Goshen News (Goshen)

Greencastle Banner Graphic (Greencastle)

Greenfield Daily Reporter (Greenfield)

Greensburg Daily News (Greensburg)

Cal-Press (Hammond)

Hartford City News-Times (Hartford City)

Huntington Herald-Press (Huntington)

Indiana Business Magazine (Indianapolis)

Indianapolis Business Journal (Indianapolis)

Indianapolis Star (Indianapolis)

Omega Communications Inc. (Indianapolis)

Herald (Jasper)

Jasper The Herald (Jasper)

Jeffersonville Evening News (Jeffersonville)

Jeffersonville Evening News/New Albany Tribune (Jeffersonville)

Kendallville News-Sun (Kendallville)

Kokomo Tribune (Kokomo)

La Porte Herald Argus (La Porte)

Journal & Courier (Lafayette)

Lafayette Journal & Courier (Lafayette)

Herald-Argus (LaPorte)

Lebanon Reporter (Lebanon)

Linton Daily World (Linton)

Logansport Pharos-Tribune (Logansport)

Madison Courier (Madison)

Marion Chronicle Tribune (Marion)

Reporter-Times (Martinsville)

Post-Tribune (Merrillville)

Michigan City News-Dispatch (Michigan City)

Monticello Herald Journal (Monticello)

Ball State Daily News (Muncie)

Muncie Star Press (Muncie)

Star-Press (Muncie)

Hammond Times (Munster)

Times Of NW Indiana, The (Munster)

Courier Times (New Castle)

New Castle Courier Times (New Castle)

Notre Dame Observer (Notre Dame)

Peru Daily Tribune (Peru)

Plymouth Pilot News (Plymouth)

Portland Commercial Review (Portland)

Princeton Daily Clarion (Princeton)

Rensselaer Republican (Rensselaer)

Palladium-Item (Richmond)

Richmond Palladium (Richmond)

Rochester Sentinel (Rochester)

Rushville Republican (Rushville)

The News And Tribune (Sellersburg)

Seymour Daily Tribune (Seymour)

Shelbyville News (Shelbyville)

South Bend Tribune (South Bend)

(888) 776-0942  |  www.prnewswire.com


PR Newswire
A UBM plc company

Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

Sullivan Times (Sullivan)

Terre Haute Journal Of Business (Terre Haute)

Terre Haute Tribune-Star (Terre Haute)

Tipton County Tribune (Tipton)

Vincennes Sun-Commercial (Vincennes)

Wabash Plain Dealer (Wabash)

Warsaw Times-Union (Warsaw)

Washington The Times-Herald (Washington)

Purdue University~ The Purdue Exponent (West Lafayette)

The Purdue Exponent (West Lafayette)

Winchester News-Gazette (Winchester)

## Online

Weddings! Save Money (Anderson)

Crown Point Chronicle (Crown Point)

WCGuru.com (Crown Point)

Biomarker Commons (Indianapolis)

Savvy Traveling (Indianapolis)

GeekTyrant (Newburgh)

## Radio

WQME-FM (Anderson)

WKZS-FM (Covington)

WVPE-FM (Elkhart)

WNIN-FM (Evansville)

WSWI-AM (Evansville)

WAJI-FM (Fort Wayne)

WBCL-FM (Fort Wayne)

WBOI-FM (Fort Wayne)

WLDE-FM (Fort Wayne)

WOWO-AM (Fort Wayne)

WOWO-FM (Fort Wayne)

WLTH (Gary)

WGRE-FM (Greencastle)

WIMS-AM (Hammond)

WJOB-AM (Hammond)

WBDC-FM (Huntingburg)

Bob And Tom Show (Indianapolis)

Sound Medicine - WFYI-FM (Indianapolis)

WFYI-FM (Indianapolis)

WIBC-AM (Indianapolis)

WTLC (Indianapolis)

WORX-FM (Madison)

WLPR-FM (Merrillville)

WTRC-AM (Mishawaka)

WTRC-FM (Mishawaka)

WERK-FM (Muncie)

WLTH (Munster)

WRAY-AM (Princeton)

WZZY-FM (Richmond)

WJAA-FM (Seymour)

WSBT-AM (South Bend)

WTHI-FM (Terre Haute)

WWVR-FM (Terre Haute)

WAKE-AM (Valparaiso)

WLJE-FM (Valparaiso)

WVUR-FM (Valparaiso)

WXRD-FM (Valparaiso)

WZVM-FM (Valparaiso)

WKID-FM (Vevay)

WAOV-AM (Vincennes)

WUZR-FM (Vincennes)

WZDM-FM (Vincennes)

WRSW-FM (Warsaw)

WAMW - FM (Washington)

WAMW-AM (Washington)

WFML-FM (Washington)

WBAA (West Lafayette)

## Television

WEVV-TV (Evansville)

WFIE-TV (Evansville)

WTVW-TV (Evansville)

WANE-TV (Fort Wayne)

(888) 776-0942  |  www.prnewswire.com

PR Newswire
A UBM plc company

Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

WPTA-TV (Fort Wayne)

WEHT-TV (Henderson)

Pet Pals TV (Indianapolis)

WISH-TV (Indianapolis)

WRTV-TV (Indianapolis)

WTHR-TV (Indianapolis)

WSBT-TV (Mishawaka)

Ball State University (WIPB-TV) (Muncie)

WBST-FM (Muncie)

Farm Journal Television (South Bend)

WNDU-TV (South Bend)

WSJV-TV (South Bend)

WTHI-TV (Terre Haute)

WTWO-TV (Terre Haute)

WLFI-TV (West Lafayette)

## IOWA

### Magazine

Material Handling Wholesaler (Dubuque)

Verum Magazine (Iowa City)

### News Service

Associated Press - Des Moines Bureau (Des Moines)

Meredith Broadcasting (Des Moines)

Associated Press - Iowa City Bureau (Iowa City)

University Of Iowa News Services (Iowa City)

### Newspaper

Ames Daily Tribune (Ames)

Atlantic News Telegraph (Atlantic)

Burlington Hawk Eye (Burlington)

Carroll Daily Times Herald (Carroll)

Cedar Rapids Gazette (Cedar Rapids)

Centerville Daily Iowegian (Centerville)

Charles City Press (Charles City)

Cherokee Times (Cherokee)

Clinton Herald (Clinton)

Council Bluffs Nonpareil (Council bluffs)

Davenport Quad City Times (Davenport)

Quad City Business Journal (Davenport)

Quad-City Times (Davenport)

Cedar Rapids Gazette - Des Moines Bureau (Des Moines)

Des Moines Business Record (Des Moines)

Des Moines Register (Des Moines)

Iowa State Daily (Des Moines)

Dubuque Telegraph Herald (Dubuque)

Dunlap Reporter (Dunlap)

Estherville Daily News (Estherville)

Fairfield Ledger (Fairfield)

Fort Dodge The Messenger (Fort Dodge)

Fort Madison Daily Democrat (Fort Madison)

Corridor Business Journal (Iowa City)

Daily Iowan (Iowa City)

Iowa City Press-Citizen (Iowa City)

Keokuk Daily Gate City (Keokuk)

Le Mars Daily Sentinel (Le Mars)

Marshalltown Times-Republican (Marshalltown)

Mason City Globe Gazette (Mason City)

Mount Mercy Times (Mount Mercy)

Mount Pleasant News (Mount Pleasant)

Muscatine Journal (Muscatine)

Newton Daily News (Newton)

Oelwein Daily Register (Oelwein)

Oskaloosa Herald (Oskaloosa)

Ottumwa Courier (Ottumwa)

Sioux City Journal (Sioux City)

Spencer Daily Reporter (Spencer)

Storm Lake Pilot-Tribune (Storm Lake)

Washington Journal (Washington)

Waterloo Courier (Waterloo)

The Daily Freeman-Journal (Webster City)

Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

## Online

southerniowa.com (Bloomfield)

Tech Gone Crazy (Boone)

squibe.net (Mason City)

Beth Ann & Jessica's Helpful Savings (Sioux City)

Dice.com (Urbandale)

HealthCallings.com (Urbandale)

## Radio

KLGA-FM (Algona)

KASI-AM (Ames)

KJAN-AM (Atlantic)

KWBG-AM (Boone)

KBUR-AM (Burlington)

KCIM-AM (Carroll)

KKRL-FM (Carroll)

KCCK-FM (Cedar Rapids)

KGYM-AM (Cedar Rapids)

KMRY-AM (Cedar Rapids)

KZIA-FM (Cedar Rapids)

WMT-AM (Cedar Rapids)

WMT-FM (Cedar Rapids)

KMGO-FM (Centerville)

KCHA-FM (Charles City)

KCZQ-FM (Cresco)

WOC-AM (Davenport)

KNEI-FM (Decorah)

Clear Channel NewsRadio 1040 WHO (Des Moines)

Iowa Public Radio (Des Moines)

KJJY-FM (Des Moines)

KPTL-FM (Des Moines)

KXNO-AM (Des Moines)

Radio Iowa (Des Moines)

WHO-AM (Des Moines)

KATF-FM (Dubuque)

KDTH-AM (Dubuque)

KGRR-FM (Dubuque)

WDBQ-AM (Dubuque)

KDST-FM (Dyersville)

KJYL-FM (Eagle Grove)

KADR-AM (Elkader)

KCTN-FM (Elkader)

KIOW-FM (Forest city)

KIAQ-FM (Fort Dodge)

KKEZ-FM (Fort Dodge)

KTLB-FM (Fort Dodge)

KVFD-AM (Fort Dodge)

KWMT-AM (Fort Dodge)

KZLB-FM (Fort Dodge)

KLMJ-FM (Hampton)

KHBT-FM (Humboldt)

KCJJ-AM (Iowa City)

KXIC-AM (Iowa City)

KOKX-AM (Keokuk)

KOKX-FM (Keokuk)

KRLS-FM (Knoxville)

KKMA-FM (Le Mars)

KLEM-AM (Le Mars)

KSCJ-AM (Le Mars)

KSUX-FM (Le Mars)

KMCH-FM (Manchester)

KFJB-AM (Marshalltown)

KXIA-FM (Marshalltown)

KCMR-FM (Mason City)

KGLO-AM (Mason City)

KIAI-FM (Mason City)

KJCY-FM (Mason City)

KLSS-FM (Mason City)

KRIB-AM (Mason City)

KOEL-AM (Oelwein)

KBOE-FM (Oskaloosa)

KCSI-FM (Red Oak)

KOAK-AM (Red Oak)

KDCR-FM (Sioux Center)

Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

KSOU-FM (Sioux Center)

KUOO-FM (Spirit Lake)

KWQW-FM (Urbandale)

KCII-AM (Washington)

KCII-FM (Washington)

KNWS-AM (Waterloo)

KOKZ-FM (Waterloo)

KXEL-AM (Waterloo)

## Television

KCRG-TV (Cedar Rapids)

KGAN-TV (Cedar Rapids)

Sinclair Acquisition IV Inc. (Cedar Rapids)

KLJB-TV (Davenport)

KWQC-TV (Davenport)

KCCI-TV (Des Moines)

WHO-TV (Des Moines)

WOI-TV (Des Moines)

KDIN-TV (Johnston)

KIMT-TV (Mason City)

KCAU-TV (Sioux City)

KTIV-TV (Sioux city)

KWWL-TV (Waterloo)

ABC5 WOI-DT (West Des Moines)

## KANSAS

## Magazine

Review Magazine, Kansas City (Lawrence)

Christmas Trees Magazine (Lecompton)

Rural Lifestyle Dealer (Milton)

Anthem Publishing Inc. (Overland Park)

Super Floral Retailing (Topeka)

## News Service

Associated Press - Topeka Bureau (Topeka)

Associated Press - Wichita Bureau (Wichita)

Associated Press (Wichita/Topeka)

## Newspaper

Abilene Reflector-Chronicle (Abilene)

Arkansas City Traveler (Arkansas City)

The Augusta Daily Gazette (Augusta)

Chanute Tribune (Chanute)

Clay Center Dispatch (Clay Center)

Coffeyville Journal (Coffeyville)

Colby Free Press (Colby)

Columbus Daily Advocate (Columbus)

Concordia Blade-Empire (Concordia)

Council Grove Republican (Council Grove)

Dodge City Globe (Dodge City)

El Dorado Times (El Dorado)

Emporia Gazette (Emporia)

The Bulletin (Emporia)

Fort Scott Tribune (Fort Scott)

Garden City Telegram (Garden city)

Great Bend Tribune (Great Bend)

Hays Daily News (Hays)

The Hays Daily News (Hays)

Hutchinson News (Hutchinson)

The Hutchinson News (Hutchinson)

Independence Reporter (Independence)

Iola Register (Iola)

Junction City Daily Union (Junction City)

Kansas City Business Journal (Kansas City)

Kansas City Star (Kansas City)

Minority Press Association/Missouri State Post (Kansas City)

Daily Kansan (Lawrence)

Journal World (Lawrence)

Lawrence Journal World (Lawrence)

The Daily Kansan (Lawrence)

Leavenworth Times (Leavenworth)

High Plains Daily Leader (Liberal)

Manhattan Mercury (Manhattan)

Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

McPherson Sentinel (McPherson)

Linn County News (Mound City)

Newton Kansan (Newton)

Ottawa Herald (Ottawa)

Parsons Sun (Parsons)

Morning Sun (Pittsburg)

Pittsburg Sun (Pittsburg)

The Collegio (Pittsburg)

The Pratt Tribune (Pratt)

Salina Journal (Salina)

Tonganoxie Mirror (Tonganoxie)

Topeka Capital-Journal, The (Topeka)

Wellington News (Wellington)

Wichita Business Journal (Wichita)

Wichita Eagle (Wichita)

Winfield Daily Courier (Winfield)

## Online

Musicians Gazette (Fort Scott)

Kansan.com (Lawrence)

TechRepublic (Lenexa)

Do No Harm (Olathe)

AndoverVoice.com (Wichita)

Everyday Citizen  (Wichita)

OnlineStoresResearch (Wichita)

## Radio

KJRL-FM (Abilene)

KAIR-FM (Atchison)

KVSV-AM (Beloit)

KVSV-FM (Beloit)

KGCR-FM (Brewster)

KKOY-AM (Chanute)

KCLY-FM (Clay Center)

KFRM-AM (Clay Center)

KFFX-FM (Emporia)

KVOE-AM (Emporia)

KBUF-AM (Garden City)

KKJQ-FM (Garden City)

KVGB-AM (Great Bend)

KAYS-AM (Hays)

KHAZ-FM (Hays)

KJLS-FM (Hays)

KPRD-FM (Hays)

KLZA-FM (Hiawatha)

KMZA-FM (Hiawatha)

KNZA-FM (Hiawatha)

KHUT-FM (Hutchinson)

KWBW-AM (Hutchinson)

KJCK- FM (Junction city)

KJCK-AM (Junction city)

KANU-FM (Lawrence)

KLDG-FM (Liberal)

KMAN-AM (Manhattan)

KMKF-FM (Manhattan)

KSDB-FM (Manhattan)

KXBZ-FM (Manhattan)

KJIL-FM (Meade)

KCMO-AM (Mission)

KMBZ-AM (Mission)

KKAN-AM (Phillipsburg)

KQMA-FM (Phillipsburg)

KINA-AM (Salina)

KSAL-AM (Salina)

KSAL-FM (Salina)

KSKG-FM (Salina)

KYEZ-FM (Salina)

Kansas Information Network (Topeka)

KMAJ-AM (Topeka)

Member Feed - WIBW (Topeka)

WIBW-AM (Topeka)

WIBW-FM (Topeka)

KULY-AM (Ulysses)

KMBZ-FM (Westwood)

KFDI-FM (Wichita)

Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

KGSO-AM (Wichita)

KLIO-AM (Wichita)

KMUW-FM (Wichita)

KNSS-AM (Wichita)

KRBB-FM (Wichita)

KTHR-FM (Wichita)

KZCH-FM (Wichita)

KZSN-FM (Wichita)

## Television

KCTV-TV (Fairway)

KUJH-TV (Lawrence)

Sunflower Broadband (Lawrence)

KOAM-TV (Pittsburg)

KSNT-TV (Topeka)

KTKA-TV (Topeka)

WIBW-TV (Topeka)

KAKE-TV (Wichita)

KSNW-TV (Wichita)

KWCH-TV (Wichita)

Motor'n TV (Wichita)

Premium Member Feed - KAKE (Wichita)

## KENTUCKY

## Magazine

Autos - Courier-Journal (Louisville)

Today's Woman Magazine (Louisville)

Sophisticated Living Magazine (Prospect)

## News Service

Associated Press - Frankfort Bureau (Frankfort)

Associated Press - Lexington Bureau (Lexington)

Associated Press - Louisville Bureau (Louisville)

Associated Press - Pikeville Bureau (Pikeville)

## Newspaper

Ashland Daily Independent (Ashland)

Bowling Green News (Bowling Green)

Daily News (Bowling Green)

Gamut News (Bowling Green)

Corbin Times Tribune (Corbin)

Danville Advocate-Messenger (Danville)

Elizabethtown News-Enterprise (Elizabethtown)

Boone Community Recorder (Florence)

Boone County Recorder (Florence)

Campbell Community Recorder (Florence)

Campbell County Recorder (Florence)

Crescent Springs/Villa Hills Community Recorder (Florence)

Edgewood/Crestview Hills Community Recorder (Florence)

Erlanger Recorder (Florence)

Florence Recorder (Florence)

Ft. Mitchell/Lakeside Park Community Recorder (Florence)

Kenton County Recorder (Florence)

Park Hills/Ft. Wright Community Recorder (Florence)

Frankfort Journal (Frankfort)

Georgetown News-Graphic (Georgetown)

Glasgow Daily Times (Glasgow)

Harlan Enterprise (Harlan)

The Harrodsburg Herald (Harrodsburg)

Henderson Gleaner (Henderson)

The Northerner (Highland Heights)

Hopkinsville Kentucky New Era (Hopkinsville)

Kentucky New Era (Hopkinsville)

Garrard Central Record (Lancaster)

Lane Communications Group (Lexington)

Lexington Herald-Leader (Lexington)

University Of Kentucky School Of Journalism (Lexington)

Business First (Louisville)

Courier-Journal, The (Louisville)



Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

Louisville Kentucky Combined Feed (Louisville)

Umi/Data Courier (Louisville)

Messenger, The (Madisonville)

Mayfield Messenger (Mayfield)

Maysville Ledger Independent (Maysville)

Middlesboro Daily News (Middlesboro)

Murray Ledger & Times (Murray)

Murray State News (Murray)

Owensboro Messenger-Inquirer (Owensboro)

Paducah Sun (Paducah)

Pikeville Appalachian News-Express (Pikeville)

Richmond Register (Richmond)

Somerset Commonwealth Journal (Somerset)

Whitesburg Mountain Eagle (Whitesburg)

Winchester Sun (Winchester)

## Online

Budget Earth (Florence)

gotthefunny.com (Independence)

HelloLouisville.com/HelloMetro Inc. (Louisville)

Louisville History & Issues (Louisville)

QSRWeb.com (Louisville)

usACTIONnews.com (Louisville)

GlobalShift (Nicholasville)

ProudGreenHome.com (Russell)

## Radio

WLGC-FM (Ashland)

WDCL-FM (Bowling Green)

WGGC-FM (Bowling Green)

WKCT-AM (Bowling Green)

WKPB-FM (Bowling Green)

WKUE-FM (Bowling Green)

WKYU-FM (Bowling Green)

WWHR-FM (Bowling Green)

WVLC-FM (Campbellsville)

WNOP-AM (Cincinnati)

Clear Channel Radio (Covington)

WQXE-FM (Elizabethtown)

WCLU-AM (Glasgow)

WGOH-AM (Grayson)

WUGO-FM (Grayson)

WHLN-AM (Harlan)

WSON-AM (Henderson)

WNKU-FM (Highland Heights)

WHSX-FM (Horse Save)

WLOC-AM (Horse Save)

WKJK (Lagrange)

WKHG-FM (Leitchfield)

WBUL-FM (Lexington)

WLAP-AM (Lexington)

WRFL-FM (Lexington)

WUKY-FM (Lexington)

WVLK-FM (Lexington)

Kentucky Radio Network (Louisville)

WAMZ-FM (Louisville)

WFPL-FM (Louisville)

WGTK-AM (Louisville)

WHAS-AM (Louisville)

WPTI-FM (Louisville)

WFMW-AM (Madisonville)

WTBK-FM (Manchester)

WKYM-FM (Monticello)

WMKY-FM (Morehead)

WMSK-FM (Country Music Widget) (Morganfield)

WKMS-FM (Murray)

WKYQ-FM (Paducah)

WKYX-AM (Paducah)

WKLW-FM (Paintsville)

WPTJ-FM (Paris)

WCYO-FM (Richmond)

WRUS-AM (Russellville)

WKEQ-FM (Somerset)

WSFC-AM (Somerset)

WJCR-FM (Upton)



Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

## Television

WBKO-TV (Bowling Green)

WYMT-TV (Hazard)

WDKY-TV (Lexington)

WKYT-TV (Lexington)

WLEX-TV (Lexington)

WTVQ-TV (Lexington)

WUPX-TV (Lexington)

WYMT-TV (Lexington)

WAVE-TV (Louisville)

WBKI-TV (Louisville)

WDRB-TV (Louisville)

WHAS-TV (Louisville)

WLKY-TV (Louisville)

WYCS-TV (Louisville)

WPSD-TV (Paducah)

WSIL-TV (Paducah)

## LOUISIANA

## Magazine

225 Magazine (Baton Rouge)

Baton Rouge Parenting Magazine (Baton Rouge)

Louisiana Life (Metairie)

New Orleans Magazine (Metairie)

Ballyhoo Vue Magazine (New Orleans)

Sugar Journal (New Orleans)

## News Service

Associated Press - Baton Rouge Bureau (Baton Rouge)

Gannett News Service - Baton Rouge Bureau (Baton Rouge)

Grambling State University (Grambling)

Associated Press - New Orleans Bureau (New Orleans)

## Newspaper

Alexandria Daily Town Talk (Alexandria)

The Light (Alexandria)

Bastrop Daily Enterprise (Bastrop)

Advocate, The (Baton Rouge)

Baton Rouge Business Report (Baton Rouge)

Greater Baton Rouge Business Report (Baton Rouge)

Louisiana State University (Baton Rouge)

Southern Digest (Baton Rouge)

Southern University/A&M College (Baton Rouge)

Bogalusa Daily News (Bogalusa)

Bossier Press-Tribune (Bossier City)

Beauregard Daily News (Deridder)

The Franklin Banner-Tribune (Franklin)

Gramblinite (Grambling)

Daily Star (Hammond)

Southeastern Louisiana University (Hammond)

The Daily Star (Hammond)

Bayou Business Review (Houma)

Houma Courier (Houma)

Jennings Daily News (Jennings)

Acadiana Gazette (Lafayette)

Daily Advertiser (Lafayette)

Independent Weekly Llc (Lafayette)

The Advertiser (Lafayette)

The Independent Weekly (Lafayette)

American Press (Lake Charles)

Lake Charles American Press (Lake Charles)

The Lafourche Gazette (Larose)

The Leesville Daily Leader (Leesville)

Avoyelles Journal (Marksville)

Herencia Hispana (Metairie)

New Orleans City Business (Metairie)

Minden Press-Herald (Minden)

News-Star, The (Monroe)

The Daily Review (Morgan City)

Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

Natchitoches Times (Natchitoches)

New Iberia Daily Iberian (New Iberia)

Delgado Community College (New Orleans)

Loyola University - The Maroon (New Orleans)

New Orleans Citybusiness (New Orleans)

New Orleans Times-Picayune (New Orleans)

The Courtbouillon (New Orleans)

The Louisiana Weekly (New Orleans)

Tulane Hullabaloo, The (New Orleans)

Opelousas Daily World (Opelousas)

Louisiana Tech University (Ruston)

Ruston Daily Leader (Ruston)

Shreveport Times (Shreveport)

Sulphur Southwest Daily News (Sulphur)

The Nicholls Worth (Thibodaux)

Thibodaux Daily Comet (Thibodaux)

## Online

Couyon.com (Baton Rouge)

theshiznit.com (Baton Rouge)

HoumaRadio.com (Houma)

Bargains4wahms (Kenner)

Times of Southwest Louisiana (Lake Charles)

DailyYonder.com (Laramie)

The Sabine-Talks Reporter (Many)

Planetguide.com (Metairie)

The Lens (New Orleans)

TheBreastCareSite.com (New Orleans)

TypeF.com (Shreveport)

## Radio

KRVE-FM (Baton Rouge)

WDGL-FM (Baton Rouge)

WFMF-FM (Baton Rouge)

WJBO-AM (Baton Rouge)

WLRO-AM (Baton Rouge)

WRKF-FM (Baton Rouge)

WYNK-FM (Baton Rouge)

KRMD-AM (Bossier City)

KAYT-FM (Cheneyville)

KAJN-FM (Crowley)

KBON-FM (Eunice)

KSLU-FM (Hammond)

KHXT-FM (Lafayette)

KMDL-FM (Lafayette)

KPEL-FM (Lafayette)

KRVS-FM (Lafayette)

KTDY-FM (Lafayette)

KAOK-AM (Cumulus Radio Group) (Lake Charles)

KLRZ-FM (Larose)

WIST-AM (Metairie/New Orleans)

KEDM-FM (Monroe)

KANE-AM (New Iberia)

WNOE-FM (New Orleans)

WQUE-FM (New Orleans)

WRNO Radio (New Orleans)

WRNO-FM (New Orleans)

WWL-AM (New Orleans)

WWL-AM/FM (New Orleans)

WWNO-FM (New Orleans)

WYLD-AM (New Orleans)

WYLD-FM (New Orleans)

KLAA-FM (Pineville)

KDAQ-FM (Shreveport)

KEEL-AM (Shreveport)

KLSA-FM (Shreveport)

KRUF-FM (Shreveport)

KTAL-FM (Shreveport)

KVKI-FM (Shreveport)

KXKS-FM (Shreveport)

KVPI-FM (Ville Platte)

KNCB-AM (Vivian)

## Television

KALB-TV (Alexandria)

PR Newswire
A UBM plc company

Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

WAFB-TV (Baton Rouge)

WBRZ-TV (Baton Rouge)

WVLA-TV (Baton Rouge)

KFOL-TV (Houma)

KATC-TV (Lafayette)

KLFY-TV (Lafayette)

KPLC-TV (Lake Charles)

KVHP-TV (Lake Charles)

KGLA-TV (Metairie)

KNOE-TV (Monroe)

KTVE-TV (Monroe)

WDSU-TV (New Orleans)

WGNO-TV (New Orleans)

WVUE-TV (New Orleans)

WWL-TV (New Orleans)

KSLA-TV (Shreveport)

KTAL-TV (Shreveport)

KTBS-TV (Shreveport)

## MAINE

### Magazine

Mainebiz (Portland)

### News Service

Associated Press - Augusta Bureau (Augusta)

Associated Press - Portland, Me Bureau (Portland)

### Newspaper

Kennebec Journal (Augusta)

Bangor Daily News (Bangor)

Bangor News (Bangor)

Journal Tribune, The (Biddeford)

Times Record, The (Brunswick)

Camden Herald, The (Camden)

Ellsworth American (Ellsworth)

Forecaster, The (Falmouth)

Fort Fairfield Journal (Fort Fairfield)

Sun Journal (Lewiston)

Katahdin Press (Millinocket)

Portland Phoenix, The (Portland)

Portland Press Herald (Portland)

Penobscot Bay Press (Stonington)

Morning Sentinel (Waterville)

### Online

MaineToday.com (Augusta)

Missy's Product Reviews 1 (Bridgton)

Mainebiz (Portland)

Media and New Media Law Blog (Rockport)

### Radio

Maine Public Broadcasting Network (Bangor)

WABI-AM (Bangor)

### Television

WMTW-TV (Auburn)

Maine Public Broadcasting Network (Bangor)

WABI-TV (Bangor)

WVII-TV (Bangor)

WCSH-TV (Portland)

WGME-TV (Portland)

## MARYLAND

### Magazine

Dirty Linen (Baltimore)

Grandparenting (Baltimore)

Maryland Bar Journal (Baltimore)

Southern Maryland-This is Living magazine (Bel Alton)

FERC Power Report (Bethesda)

PDA Letter (Bethesda)

StormCenter Communications (Ellicott City)

Harbor View (Fort Washington)


Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

Flight Training (Frederick)

Nightingale's Healthcare News (Frederick)

Insurance Advisor Monthly - Maryland/D.C. (Hunt Valley)

Curator: The Museum Journal (Lanham)

Airline Procurement (Silver Spring)

## News Service

Associated Press - Annapolis Bureau (Annapolis)

Capital News Service - Annapolis Bureau (Annapolis)

Associated Press - Baltimore Bureau (Baltimore)

Tribune Media Services - Baltimore Bureau (Baltimore)

Phillip Merril College of Journalism (University of Maryland) (College Park)

Associated Press - Hagerstown Bureau (Hagerstown)

Associated Press - Lanham Bureau (Lanham)

Patuxent Publishing (Potomac)

Rheinische Post - Washington Bureau (Potomac)

Tribune Media Services - St Michaels Bureau (St Michaels)

## Newspaper

Capital, The (Annapolis)

Washington Post - Annapolis Bureau, The (Annapolis)

Baltimore Business Journal (Baltimore)

Baltimore City Paper (Baltimore)

Baltimore Daily Record (Baltimore)

Baltimore Sun, The (Baltimore)

The Washington Afro-American News (Baltimore)

Bethesda Gazette (Bethesda)

Education Week (Bethesda)

Bowie Blade-News, The (Bowie)

Middletown/Brunswick Gazette (Brunswick)

Rose Sheet, The (Chevy Chase)

Columbia Flier (Columbia)

Washington Post - Howard County Bureau, The (Columbia)

Cumberland Times-News (Cumberland)

Easton Star-Democrat (Easton)

Frederick Gazette (Frederick)

Frederick News-Post, The (Frederick)

Washington Post - Frederick Bureau, The (Frederick)

Chevy Chase Gazette (Gaithersburg)

Maryland Gazette (Gaithersburg)

Hagerstown Herald-Mail (Hagerstown)

Kensington Gazette (Kensington)

Washington Post - Southern Maryland Bureau, The (La Plata)

Landover Gazette (Landover)

Lanham Gazette (Lanham)

Largo Gazette (Largo)

New Carrollton Gazette (New Carrollton)

Hart/Information Resources Inc. Publishing (Potomac)

PBI Media (Potomac)

Phillips Publishing (Potomac)

Potomac Gazette (Potomac)

International Medical News Group (Rockville)

Washington Post - Montgomery County Bureau, The (Rockville)

Daily Times (Salisbury)

Aspen Publishers (Silver Spring)

Business Publishers, Inc. (Silver Spring)

CD Publications (Silver Spring)

Pike & Fischer, Inc. (Silver Spring)

Silver Spring Gazette (Silver Spring)

Southern Maryland Newspapers (Southern MD)

Bay Times (Stevensville)

New York Times - Takoma Park Bureau, The (Takoma Park)

Walkersville/Thurmont Gazette (Thurmont)

Washington Post - Prince George's County Bureau, The (Upper Marlboro)



Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

New Market/Urbana Gazette (Urbana)

Carroll County Times (Westminster)

Westminster Carroll County Times (Westminster)

## Online

Boundless Vegan (Baltimore)

Center for Emerging Media  (Baltimore)

Digital Harbor Online (Baltimore)

SunSpot.net (Baltimore)

Foreign Policy Digest (Chevy Chase)

Robbins Brothers Blog (Fort Washington)

ACSM Bulletin (Gaithersburg)

Financially Fierce, LLC (Largo)

It's Good Stuff (Odenton)

Unitedfanboyz.com (Owings Mills)

TelecomWeb (Potomac)

ThomsonInvest.net (Rockville)

Washington Running Report (Rockville)

Legendary Lifestyle by Saphan Pickett (Waldorf)

## Radio

WNAV-AM (Annapolis)

National Federation of the Blind (Baltimore)

WBAL-AM (Baltimore)

WBJC-FM (Baltimore)

WCAO-AM (Baltimore)

WCBM-AM (Baltimore)

WEAA-FM (Baltimore)

WIYY-FM (Baltimore)

WPOC-FM (Baltimore)

WZFT-FM (Baltimore)

Interfaith Voices (Brentwood)

WMUC-AM (College Park)

WFMD-AM (Frederick)

WFRE-FM (Frederick)

WFWM-FM (Frostburg)

WHAG-AM (Hagerstown)

WJEJ-AM (Hagerstown)

Syndication One (Lanham)

WJFK-FM (Lanham)

WLZL-FM (Lanham)

WNEW-AM (Lanham)

WNEW-FM (Lanham)

FMLink (Potomac)

BCC, Inc. (Preston)

WESM-FM (Princess anne)

Jerusalem Report, BNR Radio Netherlands (Rockville)

WTEM-AM (Rockville)

WAVD-FM (Salisbury)

WICO-AM (Salisbury)

WICO-FM (Salisbury)

WKTT-FM (Salisbury)

WSCL-FM (Salisbury)

Metro Networks - Silver Spring Bureau (Silver Spring)

WTGB-FM (Silver Spring)

WWRC-AM (Silver Spring)

WTTR-AM (Westminster)

WACA-AM (Wheaton)

WCRH-FM (Williamsport)

WKHS-FM (Worton)

## Television

WBAL-TV (Baltimore)

WBFF-TV (Baltimore)

WJZ-TV (Baltimore)

WMAR-TV (Baltimore)

WHAG-TV (Hagerstown)

Sinclair News Central Bureau (Hunt valley)

Maryland Public Television (Owings Mills)

WBOC (Salisbury)

WBOC-TV (Salisbury)

WMDT (Salisbury)

WMDT-TV (Salisbury)

Broadband Daily (Silver Spring)

Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

## MASSACHUSETTS

### Magazine

Robb Report (Acton)

CCI/Crosby Publishing (Allston)

Northshore Magazine (Andover)

Aspatore Books (Boston)

Atlantic Monthly, The (Boston)

Boston Magazine (Boston)

BusinessWeek - Boston Bureau (Boston)

Continental Magazine (Boston)

Directorship Magazine (Boston)

Edge Publications (Boston)

Federal Reserve Bank of Boston Regional Review
   (Boston)

Harvard Business Review (Boston)

Harvard Health Letter (Boston)

Harvard Management Update (Boston)

Harvard Public Health Review (Boston)

Improper Bostonian Magazine, The (Boston)

Lawyers Weekly USA (Boston)

Mass High Tech (Boston)

New England Economic Review (Boston)

The Weekly Dig (Boston)

Harvard Law Record (Cambridge)

Harvard Law Review (Cambridge)

Harvard Political Review (Cambridge)

The Homesteader (Concord)

Vrij Nederland (Great Barrington)

Sportsbuff Features (Hamilton)

Business Bulletin (Haverhill)

Monash Software Letter (Lexington)

Boston Homes (Needham)

Berkshire Jewish Voice (Pittsfield)

Provincetown Magazine (Provincetown)

Volleyball (Quincy)

NewSongTV Canção Nova TV (Somerville)

BusinessWest (Springfield)

IndUS Business Journal (Waltham)

Bosy+Soul Magazine (Watertown)

Alloy Media (Westford)

Private Colleges and Universities (Westford)

### News Service

Associated Press - Boston Bureau (Boston)

Bloomberg News - Boston Bureau (Boston)

Dow Jones Newswires  - Boston Bureau (Boston)

Reuters - Boston Bureau (Boston)

State House News Service (Boston)

Tribune Media Services - Boston Bureau (Boston)

NewsEdge Corporation (Burlington)

Associated Press - Springfield, Massachusetts
   Bureau (Springfield)

### Newspaper

Abington Mariner (Abington)

WheelsTV (Acton)

Allston-Brighton TAB (Allston-Brighton)

Amesbury News (Amesbury)

Massachusetts Daily Collegian (Amherst)

Arlington Advocate (Arlington)

Ashland TAB (Ashland)

Athol News (Athol)

Attleboro Sun Chronicle (Attleboro)

Bedford Minuteman (Bedford)

Belmont Citizen-Herald (Belmont)

Beverly Citizen (Beverly)

Tri-Town Transcript (Beverly)

Billerica Minuteman (Billerica)

Bolton Common (Bolton)

Bay Windows (Boston)

Boston Busines Journal (Boston)

Boston Globe Magazine, The (Boston)

Boston Globe, The (Boston)

Boston Herald, The (Boston)

Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

Boston Homes (Boston)

Boston Metro (Boston)

Boston Phoenix, The (Boston)

Boston TAB (Boston)

Christian Science Monitor, The (Boston)

New York Times - Boston Bureau, The (Boston)

Northeastern News (Boston)

The Boston Globe (Boston)

The Daily Free Press (Boston)

The Hub (Boston)

The Provider (Boston)

The Simmons Voice / Boston MA 02115 (Boston)

Wall Street Journal - Boston Bureau, The (Boston)

Braintree Forum (Braintree)

Enterprise, The (Brockton)

Brookline TAB (Brookline)

Burlington Union (Burlington)

Cambridge Chronicle (Cambridge)

Cambridge TAB (Cambridge)

The Harvard Crimson (Cambridge)

Canton Journal (Canton)

Cape Business (Cape Cod)

Main Sheet - Cap Cod Community College
    newspaper (Cape Cod)

Upper Cape Codder (Cape Cod)

Chelmsford Independent (Chelmsford)

Boston College - The Heights (Chestnut Hill)

Cohasset Mariner (Cohasset)

Beacon (Concord)

Beacon Villager (Concord)

Concord Journal (Concord)

Danvers Herald (Danvers)

Dover-Sherborn Press (Dover)

Valley Advocate (Easthampton)

Easton Journal (Easton)

Herald News, The (Fall River)

Sentinel & Enterprise (Fitchburg)

Framingham TAB (Framingham)

MetroWest Daily News, The (Framingham)

Gardner News (Gardner)

Georgetown Record (Georgetown)

Gloucester Daily Times, The (Gloucester)

Recorder (Greenfield)

Hamilton/Wenham (Hamilton/Wenham)

Hanover Mariner (Hanover)

Barnstable Patriot (Harvard)

Harvard Post (Harvard)

Harwich Oracle (Harwich)

Haverhill Gazette, The (Haverhill)

Hingham Journal (Hingham)

Hingham Oracle (Hingham)

Holbrook Sun (Holbrook)

Holliston TAB (Holliston)

Hopkinton Crier (Hopkinton)

Hudson Sun (Hudson)

Cape Cod Times (Hyannis)

Ipswich Chronicle (Ipswich)

Kingston Reporter (Kingston)

Lancaster Times (Lancaster)

Eagle-Tribune, The (Lawrence)

Lexington Minuteman (Lexington)

Lincoln Journal (Lincoln)

Littleton Independent (Littleton)

Lowell Sun (Lowell)

Daily Item, The (Lynn)

Lynn Item (Lynn)

Malden Evening News (Malden)

Malden Observer (Malden)

Medford Daily Mercury (Malden)

Mansfield News (Mansfield)

Marblehead Reporter (Marblehead)

Villager, The (Marlboro)

Marlborough Enterprise (Marlborough)

Marshfield Mariner (Marshfield)

Medfield Press (Medfield)

PR Newswire
A UBM plc company

Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

Medford Transcript (Medford)

Melrose Free Press (Melrose)

Merrimack River Current (Merrimack River)

Country Gazette (Milford)

Homes for Sale (Milford)

Milford Daily News (Milford)

Inquirer & Mirror (Nantucket)

Natick Bulletin & TAB (Natick)

Daily News Transcript (Needham)

Needham Times (Needham)

Standard-Times, The (New Bedford)

Daily News of Newburyport, The (Newburyport)

Newton TAB (Newton)

Washington Post - Boston Bureau, The (Newton)

North Adams Transcript (North Adams)

North Andover Citizen (North Andover)

Salem News (North Andover)

The Sun Chronicle (North Attleboro)

North Shore Sunday (North Shore)

Daily Hampshire Gazette (Northampton)

Norton Mirror (Norton)

Norwell Mariner (Norwell)

Cape Codder (Orleans)

Pembroke Mariner (Pembroke)

Berkshire Eagle (Pittsfield)

Old Colony Memorial (Plymouth)

Eastern Nazarene College (The Veritas News)
    (Quincy)

Patriot Ledger, The (Quincy)

Reading Advocate (Reading)

Rockland Mariner (Rockland)

West Roxbury/Roslindale Transcript (Roslindale)

Salem News, The (Salem)

Saugus Advertiser (Saugus)

Scituate Mariner (Scituate)

Sharon Advocate (Sharon)

Shrewsbury Chronicle (Shrewsbury)

Somerville Journal (Somerville)

The Southbridge Evening News (Southbridge)

Republican, The (Springfield)

Stoneham Sun (Stoneham)

Stoughton Journal (Stoughton)

Sudbury Town Crier (Sudbury)

Swampscott Reporter (Swampscott)

Taunton Daily Gazette (Taunton)

Tewksbury Advocate (Tewksbury)

Wakefield Daily Item (Wakefield)

Wakefield Observer (Wakefield)

Daily News Tribune, The (Waltham)

Watertown TAB & Press (Watertown)

Wayland Town Crier (Wayland)

Wellesley Townsman (Wellesley)

Westborough News (Westborough)

Westford Eagle (Westford)

The Weston Town Crier (Weston)

Westwood Press (Westwood)

Weymouth News (Weymouth)

Wilmington Advocate (Wilmington)

Winchester Star (Winchester)

Daily Times Chronicle (Woburn)

Woburn Advocate (Woburn)

Telegram & Gazette (Worcester)

Worcester Business Journal (Worcester)

Worcester Telegram & Gazette (Worcester)

Pennysaver (Yarmouthport)

Register, The (Yarmouthport)

## Online

Wheelstv.net (Acton)

Scoop08 (Andover)

EdgeBoston (Arlinton)

Trendy Mommies (Bedford)

Boston Music Spotlight (Boston)

Campus Compare (Boston)

Cheapflights.com (Boston)

(888) 776-0942  |  www.prnewswire.com



Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

CityBizList (Boston) (Boston)

Dow Jones MarketWatch.com - Boston Bureau (Boston)

FuelNet.com (Boston)

GlobalPost (Boston)

Health Business Blog (Boston)

mvn.com (Boston)

PR Communications Blog (Boston)

Tributes.com (Boston)

RedPlum.com (Burlington)

Digital City Boston (Cambridge)

SmarterLiving.Com (Cambridge)

www.ivygateblog.com (Cambridge)

ZDNet News - Boston Bureau (Cambridge)

Digicraft (Charlestown)

Savvy Saving Couple (Fall River)

CIO.com (Framingham)

Propeller.com (Hudson)

carweb.com (Littleton)

Splendicity.com (Longmeadow)

Casino City Times (Newton)

GameSkinny (Newton)

MomCentral.com (Newton)

NEC Digest (Quincy)

siriusbuzz.com (Quincy)

Geek.com (Somerville)

Her Campus & What Gents Don't Get (Somerville)

Lycos (Waltham)

Filmfodder (West Roxbury)

paralegalblog.com (West Springfield)

GPSLodge.com (Wrentham)

## Radio

WBZ-AM (Allston)

WFCR-FM (Amherst)

WHSN-FM (Bangor)

WKIT-FM (Bangor)

WZON-AM (Bangor)

WBOQ-FM (Beverly)

WNSH-AM (Beverly)

CyberSpace Radio (Boston)

WBIX-AM (Boston)

WBUR-AM (Boston)

WBUR-FM (Boston)

WCRN-AM (Boston)

WERS-FM (Boston)

WGBH-FM (Boston)

WKLB-FM (Boston)

WMJX-FM (Boston)

WROR-FM (Boston)

WTKK-FM (Boston)

WUMB-FM (Boston)

WUNR-AM (Boston)

Greater Media, Inc. (Braintree)

WRKO-AM (Brighton)

WQDY-FM (Calais)

WCXU-FM (Caribou)

WDME-FM (Dover-Foxcroft)

WNSX-FM (Ellsworth)

WBSM-AM (Fairhaven)

WFHN-FM (Fairhaven)

WGAO-FM (Franklin)

WMSJ-FM (Freeport)

WCIB-FM (Hyannis)

WQRC-FM (Hyannis)

WXTK-FM (Hyannis)

WCAP-AM (Lowell)

WFNX-FM (Lynn)

WATD-FM (Marshfield)

WJMN-FM (Medford)

WXKS-AM (Medford)

WXKS-FM (Medford)

WVBF-AM (Middleborough)

WMLN-FM (Milton)

WBNW-AM (Needham)

Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

WSRS-FM (Paxton)

WTAG-AM (Paxton)

WBEC-FM (Pittsfield)

WPLM-FM (Plymouth)

Maine Public Radio (Portland)

WIZZ-AM (Shelburne)

WHYN-AM (Springfield)

WHYN-FM (Springfield)

WRNX-FM (Springfield)

WUCS-FM (Springfield)

WMVY-FM (Vineyard Haven)

## Television

Wheelstv.net (Acton)

Paybefore (Billerica)

WBZ-TV (Boston)

WGBH-TV (Boston)

WHDH-TV (Boston)

WLVI-TV (Boston)

WSBK-TV (Brighton)

Sportschannel NE d/b/a Comcast Sportsnet (Burlington)

Captivate Network (Chelmsford)

WWLP-TV (Chicopee)

WFXT-TV (Dedham)

WCVB-TV (Needham)

WUNI-TV (Needham)

NECN (Newton)

New England Cable News (Newton)

New England Cable News Channel (NECN) (Newton)

DC Velocity (North Attleboro)

WAGM-TV (Presque Isle)

WGBY-TV (Springfield)

WGGB-TV (Springfield)

WWLP-TV (Springfield)

NewsProNet TV (Swampscott)

| MICHIGAN |
| --- |

## Magazine

Michigan Review (Ann Arbor)

MyMac Magazine (Battle Creek)

BusinessWeek - Detroit Bureau (Detroit)

D Business Magazine (Detroit)

MediaPost (Detroit)

Lyons Circle Publishing (Grand Rapids)

Western Michigan Business Review (Kalamazoo)

Michigan Manufacturers Association (Lansing)

Midland Daily News (Midland)

Hour Detroit (Royal Oak)

Michigan Real Estate Journal (Southfield)

Fruit Growers News (Sparta)

Quarterly Review of Wines (Troy)

Snips (Troy)

Supply House Times (Troy)

Corp! Magazine (Warren)

## News Service

University of Michigan News Service (Ann Arbor)

Reuters Pictures (Dearborn)

Associated Press - Detroit Bureau (Detroit)

Reuters - Detroit Bureau (Detroit)

Capital News Service (East Lansing)

Associated Press - Grand Rapids Bureau (Grand Rapids)

Saga Communications Inc. (Grosse Pointe Farms)

Associated Press - Lansing Bureau (Lansing)

Bloomberg News - Michigan Bureau (Southfield)

Associated Press - Traverse City Bureau (Traverse City)

## Newspaper

Daily Telegram, The (Adrian)

Alpena News (Alpena)

Ann Arbor News (Ann Arbor)

Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

Arbor Media Inc. (Ann Arbor)

Michigan Daily, The (Ann Arbor)

New York Times - Detroit Bureau, The (Ann Arbor)

The Washtenaw Voice (Ann Arbor)

University Of Michigan: Michigan Daily (Ann Arbor)

Huron Daily Tribune (Bad Axe)

Battle Creek Enquirer, The (Battle Creek)

Bay City Times (Bay City)

Birmingham & Bloomfield Eccentric (Birmingham)

Booth Newspapers (Bloomfield Hills)

Cadillac Evening News (Cadillac)

Cedar Springs Post (Cedar Springs)

Cheboygan Tribune (Cheboygan)

Cheyboygan Daily Tribune (Cheboygan)

Clarkston Eccentric (Clarkston)

The Daily Reporter (Coldwater)

Dearborn Press & Guide (Dearborn)

Dearborn Times-Herald (Dearborn)

Warrendale-West Detroit Press & Guide (Dearborn)

Crain's Detroit Business (Detroit)

Detroit Free Press (Detroit)

Detroit Metro Times (Detroit)

Detroit Monitor (Detroit)

Detroit News, The (Detroit)

Detroiter (Detroit)

El Central (Detroit)

Los Angeles Times - Detroit Bureau (Detroit)

Michigan Chronicle (Detroit)

Michigan Front Page (Detroit)

New York Times, DetroitBureau (Detroit)

USA Today - Detroit Bureau (Detroit)

Wall Street Journal - Detroit Bureau, The (Detroit)

Wayne State University (Detroit)

State News (East Lansing)

The Daily Press (Escanaba)

Farmington Observer (Farmington)

Cultural Village Voice (Flint)

East Side Press (Flint)

Flint Journal (Flint)

Flushing Press (Flint)

Genesee Township Voice (Flint)

Genesee Valley Press (Flint)

Grand Blanc Press (Flint)

South Flint Gazette (Flint)

The Burton Banner (Flint)

The Sunday Crusader (Flint)

Tri-County News (Flint)

Weekender Advantage (Flint)

Garden City Observer (Garden City)

Grand Haven Tribune (Grand Haven)

El Vocero Hispano (Grand Rapids)

Grand Rapids Business Journal (Grand Rapids)

Grand Rapids Press (Grand Rapids)

Greenville Daily News (Greenville)

Ile Camera (Grosse Ile)

Grosse Pointe News (Grosse Pointe)

Hillsdale Daily News (Hillsdale)

Holland Sentinel (Holland)

The Anchor (Holland)

The Daily Mining Gazette (Houghton)

Livingston County Press Argus (Howell)

The Livingston County Daily Press & Argus (Howell)

Daily Tribune (Huron)

Ionia Sentinel-Standard (Ionia)

Iron Mountain Daily News (Iron Mountain)

Daily Globe (Ironwood)

Jackson Citizen Patriot, The (Jackson)

Kalamazoo Gazette (Kalamazoo)

Mibiz Southwest (Kalamazoo)

Western Herald (Kalamazoo)

Lake Orion Eccentric (Lake Orion)

Booth Newspapers (Lansing)

Business Direct Weekly Central (Lansing)

Business Direct Weekly West (Lansing)

Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

Lansing State Journal, The (Lansing)

Canton Observer (Livonia)

Livonia Observer (Livonia)

Observer & Eccentric Newspapers (Livonia)

Ludington Daily Mail (Ludington)

Ludington News (Ludington)

Makinac Island Town Crier (Makinac Island)

The Mining Journal (Marquette)

Midland Daily News (Midland)

Hometown News (Milford)

Milford Times (Milford)

Monroe Evening News (Monroe)

Macomb Daily (Mount Clemens)

Mt. Clemens/Macomb Daily Tribune (Mount Clemens)

Royal Oak Daily Tribune (Mount Clemens)

Mount Pleasant Morning Sun (Mount Pleasant)

Mibiz West (Muskegon)

Muskegon Chronicle (Muskegon)

The Muskegon Tribune (Muskegon Heights)

Hometown Newspapers (Northville)

Northville Record (Northville)

Norway Current (Norway)

Novi News (Novi)

Owosso Argus Press (Owosso)

Oxford Eccentric (Oxford)

Petoskey News-Review (Petoskey)

Plymouth Observer (Plymouth)

Oakland Press, The (Pontiac)

Port Huron Times Herald (Port Huron)

Redford Observer (Redford)

Rochester Clarion-Eccentric (Rochester)

Daily Tribune (Royal Oak)

Saginaw News (Saginaw)

Bay Mills News (Sault St. Marie)

Sault Ste Marie Evening News (Sault St. Marie)

Chicago Tribune - Southfield Bureau (Southfield)

Southfield Eccentric (Southfield)

Allen Park News-Herald (Southgate)

Ecorse/Riverrouge News-Herald (Southgate)

Flat Rock News-Herald (Southgate)

Gibraltar/Rockwood News-Herald (Southgate)

Heritage Newspapers (Southgate)

Lincoln Park News-Herald (Southgate)

Melvindale News-Herald (Southgate)

News-Herald, The (Southgate)

Taylor/Romulus News-Herald (Southgate)

Trenton News-Herald (Southgate)

Woodhaven/Brownstone News-Herald (Southgate)

Wyandotte/Riverview News-Herald (Southgate)

Benton Harbor Herald Palladium (St. Joseph)

St.Joseph Herald-Palladium (St. Joseph)

Sturgis Journal (Sturgis)

Three Rivers Commercial-News (Three Rivers)

Ottaway Newspapers (Traverse City)

Traverse City Record Eagle (Traverse City)

Business News Publishing Co. (Troy)

Detroit Legal News (Troy)

Michigan Libertarian (Troy)

Oakland County Legal News (Troy)

Troy Eccentric (Troy)

Troy-Somerset Gazette (Troy)

Our Hometown Newspaper (Vanderbilt)

C&G Newspapers (Warren)

Monday Morning Newspapers (Warren)

Penasee Globe (Wayland)

Michigan Community Newspapers (Wayne)

West Bloomfield Eccentric (West Bloomfield)

Westland Observer (Westland)

White Lake Beacon (Whitehall)

## Online

AllMusic.com (Ann Arbor)

AnnArbor.com (Ann Arbor)

Sarah's Deals (Cedar Springs)



Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

The Crazy Nuts Mom (Charlotte)

The Hollywood Revue (Clawson)

Blogging for Michigan (Corunna)

Parsimonious Pash (Davisburg)

Eshac (Ferndale)

Go Momma Coupons (FIlint)

Issue Media Group - Rapid Growth Media (Grand Rapids)

Emmy's Deals (Northview)

The Mom with Moxie, LLC (Novi)

**Radio**

WLEN-FM (Adrian)

WHSB-FM (Alpena)

Michigan Public Radio (Ann Arbor)

WAAM-AM (Ann Arbor)

WLBY-AM (Ann Arbor)

WRAM-AM (Ann Arbor)

WUOM-FM (Ann Arbor)

WVOM-FM (Ann Arbor)

WLEW-AM (Bad Axe)

WLEW-FM (Bad Axe)

WBCK-FM (Battle Creek)

WCXT-FM (Benton Harbor)

WIRX-FM (Benton Harbor)

WSJM-AM (Benton Harbor)

WYTZ-FM (Benton Harbor)

WYBR-FM (Big Rapids)

WBUV-FM (Biloxi)

WKNN-FM (Biloxi)

WMJY-FM (Biloxi)

WQYZ-FM (Biloxi)

WCKC-FM (Cadillac)

WCBY-FM (Cheboygan)

WGFM-FM (Cheboygan)

WCSX (Detroit)

WDET-FM (Detroit)

WDRQ-FM (Detroit)

WDVD-FM (Detroit)

WEXL (Detroit)

WJR-AM (Detroit)

WRIF-FM (Detroit)

WWJ-AM (Detroit)

Michigan Public Radio (East Lansing)

WKAR-AM (East Lansing)

WKAR-FM (East Lansing)

WDBC-AM (Escanaba)

WYKX-FM (Escanaba)

WDFN-AM (Farmington Hills)

WDTW-FM (Farmington Hills)

WKQI-FM (Farmington Hills)

WNIC-FM (Farmington Hills)

WOMC-FM (Ferndale)

WWCK-AM (Flint)

WKLQ-AM (Fremont)

WFCA-FM (French Camp)

WCSG-FM (Grand Rapids)

WGVU-FM (Grand Rapids)

WJRW-AM (Grand Rapids)

WOOD-AM (Grand Rapids)

WOOD-FM (Grand Rapids)

WJZD-FM (Gulfport)

WCSR-AM (Hillsdale)

WCSR-FM (Hillsdale)

WHMI-FM (Howell)

WUPM-FM (Ironwood)

WJDX-AM (Jackson)

WJDX-FM (Jackson)

WJSU-FM (Jackson)

WMPN-FM (Jackson)

WMSI-FM (Jackson)

WSTZ-FM (Jackson)

WKMI-AM (Cumulus Radio Group) (Kalamazoo)

WKZO (Kalamazoo)

WKZO-AM (Kalamazoo)

Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

WMUK-FM (Kalamazoo)

WLIN-FM (Kosciusko)

Michigan Radio Network (Lansing)

WJIM-AM (Lansing)

WLNZ-FM (Lansing)

WBBN-FM (Laurel)

WRBE-AM (Lucedale)

WRBE-FM (Lucedale)

WNMU-FM (Marquette)

WAGN-AM (Menominee)

WMSV-FM (Mississippi State)

WQNZ-FM (Natchez)

WOVI-FM (Novi)

WOSM-FM (Ocean Springs)

WMBN/MTRN (Petoskey)

WBTI-FM (Port Huron)

WHYT-FM (Port Huron)

WPHM-AM (Port Huron)

WSAQ-FM (Country Music Widget) (Port Huron)

WNEM-AM (Saginaw)

WSGW-AM (Saginaw)

WMIC-AM (Sandusky)

WTGV-FM (Sandusky)

WSOS-AM (Sault St. Marie)

WCSY-FM (South Haven)

Metro Networks - Troy Bureau (Southfield)

Shadow Broadcasting Services (Southfield)

WWJ-AM (Southfield)

WXYT-AM (Southfield)

WLKM-FM (Three Rivers)

WTCM-AM/FM (Traverse City)

American Family Radio (Tupelo)

WBLV-FM (Twin Lake)

WEMU-FM (Ypsilanti)

## Television

WBKB-TV (Alpena)

WFQX-TV (Alpena)

WNEM-TV (Bay City)

WWTZ-TV (Cadillac)

WEYI-TV (Clio)

The Tony Trupiano Show (Dearborn Heights)

Univision WUDT (Detroit)

WDIV-TV (Detroit)

WJRT-TV (Flint)

WNEW-TV (Flint)

WOOD-TV (Grand Rapids)

WOOD-TV 8 (Grand Rapids)

WXMI-TV (Grand Rapids)

WZZM- TV (Grand Rapids)

WZZM-TV (Grand Rapids)

WWMT-TV (Kalamazoo)

WILX-TV (Lansing)

WLAJ-TV (Lansing)

WLNS-TV (Lansing)

WSYM-TV (Lansing)

WNMU-TV (Marquette)

WCMU-TV (Mount Pleasant)

WLUC-TV (Negaunee)

WEYI-TV (Saginaw)

CBS News - Detroit Bureau (Southfield)

Metro Networks - Troy Bureau (Southfield)

WJBK-TV (Southfield)

WKBD-TV (Southfield)

WWJ-TV (Southfield)

WXYZ-TV (Southfield)

WPBN-TV (Traverse City)

WWTV-TV (Tustin)

## MINNESOTA

## Magazine

Bloomington Magazine (Bloomington)

Litt Magazine (Columbia Heights)



Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

Powersports Business (Maple Grove)

Beef Magazine (Minneapolis)

Great Lakes Boating Magazine (Minneapolis)

Minnesota Business Magazine (Minneapolis)

Minnesota Monthly (Minneapolis)

Minnesota Real Estate Journal (Minneapolis)

Twin Cities Business Magazine (Minneapolis)

Feedstuffs (Minnetonka)

Prairie Grains Magazine (Red Lake Falls)

Specialty Fabrics Review (Roseville)

Hooters Magazine (St. Paul)

## News Service

Associated Press - Minneapolis Bureau (Minneapolis)

Dow Jones Newswires - Minneapolis Bureau (Minneapolis)

Associated Press - St. Paul Bureau (Saint Paul)

Bloomberg News - Saint Paul Bureau (Saint Paul)

St. Cloud State University (St. cloud)

## Newspaper

Albert Lea Tribune (Albert Lea)

Austin Daily Herald (Austin)

Bemidji Pioneer (Bemidji)

Brainerd Daily Dispatch (Brainerd)

The Dakota County Tribune Business Weekly (Burnsville)

Blaine-Spring Lake Park Sun-Focus (Columbia Heights)

South Washington County Bulletin (Cottage Grove)

Crookston Times (Crookston)

Detroit Lakes Tribune (Detroit Lakes)

Budgeteer News (Duluth)

Duluth News Tribune, The (Duluth)

Edina Sun-Current (Eden Prairie)

Sun Current (Elko)

Sentinel (Fairmont)

Faribault Daily News (Faribault)

Faribault News (Faribault)

Daily Journal, The (Fergus Falls)

Hibbing Daily Tribune (Hibbing)

International Falls Daily Journal (International Falls)

Jackson County Pilot - Lakefield Standard (Jackson)

Mankato Free Press (Mankato)

Minnesota State University - The MSU Reporter (Mankato)

Marshall Independent (Marshall)

American Jewish World (Minneapolis)

City Pages (Minneapolis)

Finance And Commerce (Minneapolis)

Minneapolis And Saint Paul Business Journal (Minneapolis)

Minnesota Spokesman Recorder (Minneapolis)

Northeaster And Northnews Newspapers (Minneapolis)

Southwest Journal (Minneapolis)

Star Tribune (Minneapolis)

Twin Cities Business (Minneapolis)

University Of Minnesota - The Daily (Minneapolis)

New Ulm Journal (New Ulm)

Owatonna People'S Press (Owatonna)

Rochester Post-Bulletin (Rochester)

Rosemount Town Pages (Rosemount)

St. Cloud Times (Saint Cloud)

St. Paul Pioneer Press (Saint Paul)

Savage Pacer (Savage)

Tommiemedia.Com (St. Paul)

Virginia Mesabi Daily News (Virginia)

West Central Tribune (Willman)

Willmar West Central Tribune (Willman)

Citizen Publishing Company (Windom)

Winona Daily News (Winona)

Winona News (Winona)

The Daily Globe (Worthington)

Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

## Online

http://toughmuddette.com/ (Arlington)

Inergize Digital Media (Bloomington)

Bob Larson's Daily Tennis (Edina)

Internet Broadcasting System (Edina)

allyourtv.com (Farmington)

Directory Of Minneapolis Local Blog (Inver Grove Heights)

MN Public Relations (Maple Grove)

Sportmentary (Maple Grove)

Strategicdreaming.com (Minneapolis)

Budget Lighting, Inc. industry blog (Minnetonka)

DebsHere (St. Paul)

The Uptake (St. Paul)

WEB Broadcasting Systems Inc (St. Paul)

ProEx Portal (St. Peter)

## Radio

KATE-AM (Albert Lea)

KCPI-FM (Albert Lea)

KIKV-FM (Alexandria)

KAUS-AM (Austin)

KAUS-FM (Austin)

KBSB-FM (Bemidji)

KBEW-AM (Blue Earth)

KBEW-FM (Blue Earth)

KJLY-FM (Blue Earth)

WWWI-AM (Brainerd)

KOJB-FM (Cass Lake)

KROX-AM (Crookston)

KDNI-FM (Duluth)

KDNW-FM (Duluth)

KTNF-AM (Eden Prairie)

WEVE-FM (Eveleth)

KFMC-FM (Fairmont)

KSUM-AM (Fairmont)

KVOX-FM (Fargo)

KBRF-AM (Fergus Falls)

KJJK-AM (Fergus Falls)

KJJK-FM (Fergus Falls)

KZCR-FM (Fergus Falls)

WTIP-FM (Grand Marais)

KBHW-FM (International Falls)

KKOJ-AM (Jackson)

KLFD-AM (Litchfield)

KLQL-FM (Luverne)

KQAD-AM (Luverne)

KRBI-FM (Mankato)

KTOE-AM (Mankato)

KYSM-AM (Mankato)

KYSM-FM (Mankato)

KARZ-FM (Marshall)

KKCK-FM (Marshall)

KMHL-AM (Marshall)

KBEM-FM (Minneapolis)

KFAI-FM (Minneapolis)

KFAN- TV (Minneapolis)

KFAN-AM (Minneapolis)

KFXN-FM (Minneapolis)

KQRS-FM (Minneapolis)

KXXR-FM (Minneapolis)

Minnesota News Networks (Minneapolis)

WCCO-AM (Minneapolis)

WMNN-AM (Minneapolis)

KKOK-FM (Morris)

KMRS-AM (Morris)

KCHK-AM (New Prague)

KDIO-AM (Ortonville)

KPRM-AM (Park Rapids)

KSKK-FM (Park Rapids)

KTIG-FM (Pequot Lakes)

KPRW-FM (Perham)

WCMP/WXCX (Pine City)

KJOE-FM (Pipestone)

PR Newswire
A UBM plc company

Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

KLOH-AM (Pipestone)

WCTS-AM (Plymouth)

KLGR-AM (Redwood falls)

KMFX-FM (Rochester)

KNXR-FM (Rochester)

KRCH-FM (Rochester)

KROC-AM (Rochester)

KCAJ-FM (Roseau)

KNSI-AM (Saint Cloud)

WJON-AM (Saint Cloud)

Minnesota Public Radio (Saint Paul)

KKJM-FM (Sauk Rapids)

KCLD-FM (St. Cloud)

KCML-FM (St. Cloud)

KZPK-FM (St. Cloud)

WWJO-FM (St. Cloud)

KSTP-AM (St. Paul)

KSTP-FM (St. Paul)

KTIS-AM (St. Paul)

KTIS-FM (St. Paul)

MPR (Minnesota Public Radio) News (St. Paul)

SKYLIGHT RADIO NETWORK (St. Paul)

KSRQ-FM (Thief River Falls)

KBMW-AM (Wahpeton)

KKWQ-FM (Warroad)

KDJS-FM (Willmar)

KAGE-AM (Winona)

KAGE-FM (Winona)

KRIV-FM   (Winona)

KQAL-FM (Winona)

 KAGE-AM (Winona)

KWNO-FM (Winona)

## Television

KCCO-TV (Alexandria)

KAAL-TV (Austin)

KAWE-TV (Bemidji)

KBJR-TV (Duluth)

KDLH-TV (Duluth)

KQDS-TV (Duluth)

WDIO-TV (Duluth)

KEYC-TV (Mankato)

KARE-TV (Minneapolis)

KMSP-TV (Minneapolis)

WCCO-TV (Minneapolis)

WFTC-TV (Minneapolis)

KTTC-TV (Rochester)

KXLT-TV (Rochester)

KSTP-TV (Saint Paul)

## MISSISSIPPI

### Magazine

Mississippi Farm Country (Jackson)

### News Service

Associated Press - Jackson Bureau (Jackson)

### Newspaper

Sun Herald, The (Biloxi)

Brookhaven Daily Leader (Brookhaven)

Clarksdale Press-Register (Clarksdale)

Cleveland Bolivar Commercial (Cleveland)

Delta Business Journal (Cleveland)

Commercial Dispatch (Columbus)

Daily Corinthian (Corinth)

Greenville Delta Democrat-Times (Greenville)

Greenwood Commonwealth (Greenwood)

Hattiesburg American (Hattiesburg)

Desoto Times-Tribune (Hernando)

Clarion-Ledger, The (Jackson)

Jackson Advocate (Jackson)

Jackson Free Press (Jackson)

Mississippi Business Journal (Jackson)

Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

Northside Sun (Jackson)

The Blue & White Flash (Jackson)

The Chronicle (Laurel)

Holmes County Herald (Lexington)

Mccomb Enterprise Journal (McComb)

Meridian Star, The (Meridian)

The Natchez Democrat (Natchez)

Oxford Eagle (Oxford)

Mississippi Press, The (Pascagoula)

Picayune Item (Picayune)

Clarke County Tribune (Quitman)

Smith County Reformer (Raleigh)

Madison County Journal (Ridgeland)

Starkville Daily News (Starkville)

Northeast Mississippi Daily Journal (Tupelo)

University Of MS - Daily Mississippian (University)

Vicksburg Post (Vicksburg)

Daily Times Leader (West Point)

## Online

GulfCoastNews.com (Biloxi)

The Natchez Blog (Natchez)

Cotton Mouth  (Ocean Springs)

Knobias (Ridgeland)

The Cable Pipeline (Tupelo)

## Radio

WQRZ-FM (Biloxi)

WUSJ-FM (Ridgeland)

KWAM-AM (Southaven)

## Television

WLOX-TV (Biloxi)

WCBI-TV (Columbus)

WABG-TV (Greenwood-Greenville)

WXVT-TV (Greenwood-Greenville)

WDAM-TV (Hattiesburg)

WAPT-TV (Jackson)

WDBD-TV (Jackson)

WJTV-TV (Jackson)

WLBT-TV (Jackson)

WMAV-TV (Jackson)

WTOK-TV (Meridian)

WCBI-TV (Tupelo)

WLOV-TV (Tupelo)

WTVA-TV (Tupelo)

# MISSOURI

## Magazine

Germinder & Associates (Blue Springs)

ManEater (Columbia)

Kansas City InfoZine (Kansas City)

Sosland Publishing (Kansas City)

Missouri Lawyers Weekly (St. Louis)

Missouri Sports Magazine (St. Louis)

St. Louis Magazine (St. Louis)

RiseUP magazine (University City)

## News Service

Associated Press - Jefferson City Bureau (Jefferson City)

Missouri Southern State Univ - The Chart (Joplin)

Associated Press - Kansas City Bureau (Kansas City)

Associated Press - St. Louis Bureau (Saint Louis)

Associated Press - Springfield, Missouri Bureau (Springfield)

Webster University (St. Louis)

## Newspaper

Boonville Daily News (Boonville)

Branson Daily Independent (Branson)

Linn County Leader (Brookfield)

Lake Sun Leader (Camdenton)

Southeast Missourian (Cape Girardeau)

(888) 776-0942  |  www.prnewswire.com

PR Newswire
A UBM plc company

Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

Carthage Press (Carthage)

West Newsmagazine (Chesterfield)

Chillicothe Constitution-Tribune (Chillicothe)

Columbia Daily Tribune (Columbia)

Columbia Missourian (Columbia)

Mu Student News (Columbia)

Dexter Daily Statesman (Dexter)

Sedalia Democrat (Edwards)

Fulton Sun (Fulton)

Fulton Sun Gazette (Fulton)

Ozark County Times (Gainesville)

Pointe, The (Grain Valley)

Hannibal Courier-Post (Hannibal)

Jefferson County Reporter (Hillsboro)

The Examiner (Independence)

Jefferson City Post-Tribune (Jefferson City)

Joplin Globe (Joplin)

Joplin Tri-State Business (Joplin)

Business Journal, The (Kansas City)

Dos Mundos (Kansas City)

Kansas City Star (Kansas City)

The Pulse (Kansas City)

Wall Street Journal - Kansas City Bureau, The
    (Kansas City)

Daily Dunklin Democrat (Kennett)

Kirksville Daily Express (Kirksville)

Greene County Herald (Leakesville)

Lebanon Daily Record (Lebanon)

Lee's Summit Journal (Lee's Summit)

The Licking News (Licking)

Louisiana Press-Journal (Louisiana)

Macon Chronicle  Herald (Macon)

Marshall Democrat-News (Marshall)

Maryville Daily Forum (Maryville)

Northwest Missouri State University (Maryville)

The Mexico Ledger (Mexico)

Moberly Monitor-Index (Moberly)

The Monett Times (Monett)

Neosho Daily News (Neosho)

Nevada Daily Mail (Nevada)

Gasconade County Republican (Owensville)

Daily Journal (Park Hills)

Park Hills Daily Journal (Park Hills)

Poplar Bluff American Republic (Poplar Bluff)

Rolla Daily News (Rolla)

St. Joseph News Press (Saint Joseph)

Chesterfield Journal (Saint Louis)

Saint Louis Front Page (Saint Louis)

South City Journal (Saint Louis)

St. Louis Argus (Saint Louis)

St. Louis Business Journal (Saint Louis)

St. Louis Post-Dispatch (Saint Louis)

Standard Democrat (Sikeston)

Smithville Lake Democrat-Herald (Smithville)

Drury College - The Mirror (Springfield)

Southwest Standard (Springfield)

Springfield Business Journal (Springfield)

Springfield News-Leader (Springfield)

The Rock Road Reporter (St. Ann)

St. Joseph News-Press/Gazette (St. Joseph)

Riverfront Times (St. Louis)

St. Louis American (St. Louis)

St. Louis Evening Whirl (St. Louis)

The Forum Newspaper (St. Louis)

The Pulse (St. Louis)

Sullivan Journal (Sullivan)

Trenton Republican-Times (Trenton)

Lincoln County Journal (Troy)

University Of Central Missouri (Warrensburg)

Warrensburg Daily Star-Journal (Warrensburg)

Washington Missourian (Washington)

Waynesville Daily Guide (Waynesville)

West Plains Daily Quill (West Plains)



Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

## Online

Top 10 Diets (Battlefield)

TodaysSeniorsNetwork.com (Ellisville)

Becentsable (Grain Valley)

Techpedition (Hattiesburg)

That Bald Chick (Hazelwood)

Daily Kos  (Imperial)

Medical Construction Trendletter (Innsbrook)

Blue Girl, Red State Blog (Kansas City)

dvm360.com (Kansas City)

Schizocarp Studios (Maryville)

AlyGators (Neoho)

Plate & Barrel (Nixa)

Style on Main (Nixa)

www.foodista.com (Rock Hill)

Springfield Mo News (Springfield)

Beautytimes.com (St. Louis)

IntermissionMagazine (St. Louis)

ItsYourBiz.com (St. Louis)

St. Louis Beacon (St. Louis)

The Moderate Voice Blog (St. Louis)

TheVillageCelebration.com (St. Louis)

floppydiskpodcast.com (Washington)

Lipstick to Crayons (Wildwood)

wearemoviegeeks (Wildwood)

## Radio

KYOO-AM (Bolivar)

KADI AM/FM (Brookline Station)

KAPE-AM (Cape Girardeau)

KGMO-FM (Cape Girardeau)

KSIM-AM (Cape Girardeau)

KZIM-AM (Cape Girardeau)

KMZU-FM (Carrollton)

KDKD-AM (Clinton)

KBIA-FM (Columbia)

KFRU-AM (Columbia)

KSSZ-FM (Columbia)

KZWV-FM (Columbia)

KDEX-FM (Dexter)

KHMO-AM (Hannibal)

KLIK 1240 talk radio (Jefferson City)

KLIK-AM (Jefferson City)

KWOS-AM (Jefferson city)

KZRG-AM (Joplin)

KCUR-FM (Kansas City)

KIRX-AM (Kirksville)

KRXL-FM (Kirksville)

KTUF-FM (Kirksville)

KNIM-AM (Maryville)

KXCV-FM (Maryville)

KXEO Radio Inc (Mexico)

KJEL-FM (Moberly)

KWIX-AM (Moberly)

KWOC-AM (Poplar Bluff)

KMST-FM (Rolla)

KFTK-FM (Saint Louis)

KMOX-AM (Saint Louis)

KSMO-AM (Salem)

KDRO-AM (Sedalia)

KPOW-FM (Sedalia)

KSGF-AM (Springfield)

KSMU-FM (Springfield)

KCLC-FM (St. Charles)

KFEQ-AM (St. Joseph)

KSJQ-FM (St. Joseph)

KFUO-AM (St. Louis)

KLOU-FM (St. Louis)

KTRS-AM (St. Louis)

KWMU-FM (St. Louis)

KFLW-FM (St. Robert)

KKDY-FM (West Plains)

Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

## Television

KFVS-TV (Cape Girardeau)

KMIZ-TV (Columbia)

KOMU-TV (Columbia)

KODE-TV (Joplin)

KCPT-TV (Kansas City)

KCTV-TV (Kansas City)

KMBC-TV (Kansas City)

KSHB-TV (Kansas City)

Metro Sports (Time Warner Cable) (Kansas City)

WDAF-TV (Kansas City)

KTVO-TV (Kirksville)

KRCG-TV (New Bloomfield)

KQTV-TV (Saint Joseph)

KMOV-TV (Saint Louis)

KPLR-TV (Saint Louis)

KSDK-TV (Saint Louis)

KTVI-TV (Saint Louis)

KOLR-TV (Springfield)

KSPR-TV (Springfield)

KYTV-TV (Springfield)

## MONTANA

### News Service

Associated Press - Helena Bureau (Helena)

University of Montana - Kaiman (Missoula)

The Concordian (Moorhead)

### Newspaper

Belgrade News (Belgrade)

Billings Gazette, The (Billings)

Western Business News (Billings)

Bozeman Daily Chronicle, The (Bozeman)

Glacier-Reporter (Browning)

Butte Standard (Butte)

Montana Standard, The (Butte)

Blaine County Journal (Chinook)

The Circle Banner (Circle)

Cut Bank Pioneer Press (Cut Bank)

Dillon Tribune Examiner (Dillon)

The Madisonian (Ennis)

Great Falls Tribune (Great Falls)

Ravalli Republic (Hamilton)

Havre Daily News (Havre)

Helena Independent Record (Helena)

Daily Inter Lake (Kalispell)

Flathead Beacon (Kalispell)

Kalispell Inter Lake (Kalispell)

Laurel Outlook Newspaper (Laurel)

Western News, The (Libby)

The Livingston Enterprise (Livingston)

Miles City Star (Miles City)

Missoula Independent (Missoula)

Missoulian, The (Missoula)

Char-Koosta News (Pablo)

Herald-News, The (Wolf Point)

### Online

Belgrade Beacon (Belgrade)

Daily Climate (Bozeman)

Treasure State Politics (Butte)

mtbusiness.com (Great Falls)

AdSaint (St. Louis)

### Radio

KFLN-AM (Baker)

KBLG-AM (Billings)

KBMC-FM (Billings)

KBUL-AM (Billings)

KCHH-FM (Billings)

KCTR-FM (Billings)

KEMC-FM (Billings)

KGHL-AM (Billings)

KKBR-FM (Billings)



KMHK-FM (Billings)

NORTHERN NEWS NETWORK (Billings)

KBOZ-AM (Bozeman)

KMMS-AM (Bozeman)

KMMS-FM (Bozeman)

KPRK-AM (Bozeman)

KAAR-FM (Butte)

KMBR-FM (Butte)

KXTL-AM (Butte)

KLAN-FM (Glasgow)

KLTZ-AM (Glasgow)

KGLE-AM (Glendive)

KMON-AM (Great Falls)

KGVA-FM (Harlem)

KOJM-AM (Havre)

KPQX-FM (Havre)

KRYK-FM (Havre)

KBLL-AM (Helena)

KBLL-FM (Helena)

KIMO-FM (Helena)

KMTX-AM (Helena)

KGEZ-AM (Kalispell)

KOFI-AM (Kalispell)

KXLO-AM (Lewistown)

KMMR-FM (Malta)

KATL-AM (Miles City)

KBGA-FM (Missoula)

KGGL-FM (Missoula)

KGVO-AM (Missoula)

KUFM-FM (Missoula)

KERR-AM (Polson)

KQRK-FM (Polson)

KCGM-FM (Scobey)

KSEN-AM (Shelby)

KZIN-FM (Shelby)

KVCK-AM (Wolf Point)

KVCK-FM (Wolf Point)

## Television

KTVQ-TV (Billings)

KULR-TV (Billings)

KCTZ-TV (Bozeman)

KFBB-TV (Great Falls)

KRTV-TV (Great Falls)

KTVH-TV (Helena)

KCFW-TV (Kalispell)

K42BZ-LP (Missoula)

KECI-TV (Missoula)

KPAX-TV (Missoula)

KTMF-TV (Missoula)

KTVM-TV (Missoula)

KWYB-TV (Missoula)

## NEBRASKA

## Magazine

Lincoln/Midlands Business Journal (Lincoln)

Home & Away Magazine (Omaha)

## News Service

Associated Press - Lincoln Bureau (Lincoln)

Associated Press - Omaha Bureau (Omaha)

Data Transmission Network - DTN (Omaha)

## Newspaper

Alliance Daily Times Herald (Alliance)

Ashland Gazette (Ashland)

News-Register (Aurora)

Beatrice Sun (Beatrice)

Bellevue Leader (Bellevue)

Custer County Chief (Broken Arrow)

Columbus Telegram (Columbus)

Crete News, The (Crete)

The Doane Owl (Crete)

Falls City Journal (Falls City)

(888) 776-0942  |  www.prnewswire.com

PR Newswire
A UBM plc company

Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

Fremont Tribune (Fremont)

Grand Island Independent (Grand Island)

Hastings Daily Tribune (Hastings)

Holdrege Daily Citizen (Holdrege)

Kearney Hub (Kearney)

The Reveille (Kearney)

Daily Nebraskan (Lincoln)

Lincoln Journal-Star (Lincoln)

Mccook Daily Gazette (McCook)

Norfolk Daily News (Norfolk)

North Platte Telegraph (North Platte)

Keith County News (Ogallala)

Gateway (Omaha)

Omaha World-Herald (Omaha)

The Daily Record (Omaha)

Scottsbluff Star-Herald (Scottsbluff)

Sidney Sun-Telegraph (Sidney)

Register (Stanton)

West Point News (West Point)

York News-Times (York)

## Online

Nebraska News Net (Lincoln)

Gluten Free Savvy (Page)

## Radio

KAAQ-FM (Alliance)

KCOW-AM (Alliance)

KQSK-FM (Alliance)

KWBE-AM (Beatrice)

KCNI-AM (Broken Bow)

KCSR-AM (Chadron)

KJSK-AM (Columbus)

KKOT-FM (Columbus)

KTTT-AM (Columbus)

KZEN-FM (Columbus)

KDNE-FM (Crete)

KUTT-FM (Fairbury)

KTNC-AM (Falls City)

KFMT-FM (Fremont)

KHUB-AM (Fremont)

KSDZ-FM (Gordon)

KRGI-AM (Grand Island)

KCNT-FM (Hastings)

KFKX-FM (Hastings)

KHAS-AM (Hastings)

KUVR-AM (Holdrege)

KGFW-AM (Kearney)

KKPR (Kearney)

KQKY-FM (Kearney)

KROR-FM (Kearney)

KSYZ-FM (Kearney)

KXPN (Kearney)

KRVN-AM (Lexington)

KRVN-FM (Lexington)

KFOR-AM (Lincoln)

KLIN-AM (Lincoln)

KLMS-AM (Lincoln)

KRNU-FM (Lincoln)

KUCV-FM (Lincoln)

KZKX-FM (Lincoln)

Nebraska Radio Network (Lincoln)

KADL-FM (McCook)

KIOD-FM (McCook)

KELN-FM (N. Platte)

KNPQ-FM (N. Platte)

KOOQ-AM (N. Platte)

KEXL-FM (Norfolk)

KNEN-FM (Norfolk)

KUSO-FM (Norfolk)

WJAG-AM (Norfolk)

KODY-AM (North Platte)

KGRD-FM (O'Neill)

KPNO-FM (O'Neill)

KOGA-AM (Ogallala)

PR Newswire
A UBM plc company

Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

KOGA-FM (Ogallala)

KFAB-AM (Omaha)

KFFF-FM (Omaha)

KGOR-FM (Omaha)

KIOS-FM (Omaha)

KKAR-AM (Omaha)

KVNO-FM (Omaha)

KXKT-FM (Omaha)

KBRX-AM (O'Neill)

KBRX-FM (O'Neill)

KNLV (Ord)

KNLV-FM (Ord)

KMOR-FM (Scottsbluff)

KNEB-AM (Scottsbluff)

KNEB-FM (Scottsbluff)

KOLT-AM (Scottsbluff)

KSID-AM (Sidney)

KSID-FM (Sidney)

KVSH-AM (Valentine)

KTCH-AM (Wayne)

KWSC-FM (Wayne)

KTIC-AM (West Point)

KTIC-FM (West Point)

## Television

KHAS-TV (Hastings)

KHGI-TV (Kearney)

KLKN-TV (Lincoln)

KOLN-TV (Lincoln)

KNOP-TV (North Platte)

KETV-TV (Omaha)

KMTV-TV (Omaha)

KPTM-TV (Omaha)

Member Feed - WOWT-TV (Omaha)

Premium Member Feed - WOWT-TV (Omaha)

WOWT-TV (Omaha)

KDUH-TV (Scottsbluff)

## NEVADA

### Magazine

Nevada Appeal (Carson City)

Nevada Magazine (Carson City)

Partners for Life Publications (Henderson)

Crypt Magazine (Las Vegas)

GEM Communications/Ascend Media Group (Las Vegas)

IGWB Publications (Las Vegas)

QVegas Magazine (Las Vegas)

Racket Magazine (Las Vegas)

Vegas Seven Magazine (Las Vegas)

VividNUrban Magazine (Las Vegas)

What's On, Las Vegas (Las Vegas)

World Tea News (Las Vegas)

Fairways + Greens (Reno)

Bonjour Paris magazine (Sparks)

### News Service

Associated Press - Carson City Bureau (Carson City)

Associated Press - Las Vegas Bureau (Las Vegas)

Environmental News Service (Las Vegas)

GamingWire (Las Vegas)

Associated Press - Reno Bureau (Reno)

University of Nevada (Reno)

### Newspaper

Elko Daily Free Press (Elko)

Fernley News (Fernley)

In Business Las Vegas (Henderson)

El Mundo (Las Vegas)

Las Vegas Business Press (Las Vegas)

Las Vegas CityLife (Las Vegas)

Las Vegas Review-Journal (Las Vegas)

Las Vegas Sun (Las Vegas)

(888) 776-0942  |  www.prnewswire.com

PR Newswire
A UBM plc company

Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

Las Vegas Tribune (Las Vegas)

Las Vegas Weekly (Las Vegas)

Los Angeles Times - Las Vegas Bureau (Las Vegas)

Nevada Business Journal (Las Vegas)

Rebel Yell (Las Vegas)

The Las Vegas Informer (Las Vegas)

Today in Las Vegas (Las Vegas)

El Sol de Nevada (Reno)

Northern Nevada Business Weekly (Reno)

Reno Gazette-Journal (Reno)

Comstock Chronicle (Virginia City)

Humboldt Sun (Winnemucca)

## Online

Makeup Moxie (Henderson)

944.com (Las Vegas)

BigJournalism.com (Las Vegas)

Celebrityscene.com (Las Vegas)

DreadMusicReview (Las Vegas)

Eat Something Sexy (Las Vegas)

In Business TV (Las Vegas)

InBusinessLasVegas.com (Las Vegas)

Las Vegas Internet Television (Las Vegas)

Lasvegas.com (Las Vegas)

LasVegasBusinessPress.com (Las Vegas)

LVopenings.com (Las Vegas)

LVRJ (Las Vegas)

Real Invest 2.0 (Las Vegas)

Signature9 (Las Vegas)

Taylor Marsh  (Las Vegas)

Travelated (Las Vegas)

Urbanstilo.com (Las Vegas)

www.sciencefiction.com (Las Vegas)

RGJ.com (Reno)

All Things Aero (Zephyr Cove)

## Radio

KZBI-FM (Elko)

KDWN-AM (Las Vegas)

KLNR-FM (Las Vegas)

KNPR-FM (Las Vegas)

KTPH-FM (Las Vegas)

KUNV-FM (Las Vegas)

KWPR-FM (Las Vegas)

KXNT-AM (Las Vegas)

Metro Networks - Las Vegas Bureau (Las Vegas)

Sparks to Flame Show (Las Vegas)

KJFK-AM (Reno)

KKOH-AM (Reno)

KUNR-FM (Reno)

KRLT-FM (Zephyr Cove)

## Television

KVVU-TV (Henderson)

KBLR-TV (Las Vegas)

KINC-TV (Las Vegas)

KLAS-TV (Las Vegas)

KSNV-TV (Las Vegas)

KTNV-TV (Las Vegas)

KTUD, Vegas TV (Las Vegas)

Mas.Que.TV (Las Vegas)

KPVM-TV (Pahrump)

KOLO-TV (Reno)

KRNV-TV (Reno)

KRXI-TV (Reno)

KTVN-TV (Reno)

RodeoBull.TV (Reno)

## NEW HAMPSHIRE

## Magazine

Hearth & Home (Laconia)

Parenting New Hampshire (Nashua)

PennWell (Nashua)

Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

New Moon Magazine (Warner)

## News Service

Associated Press - Concord Bureau (Concord)

## Newspaper

Eagle Times (Claremont)

Concord Monitor (Concord)

Foster's Daily Democrat (Dover)

The New Hampshire (Durham)

The Dartmouth (Hanover)

Nashua Telegraph (Hudson)

Keene Sentinel, The (Keene)

The Equinox (Keene)

Laconia Citizen (Laconia)

The Laconia Daily Sun (Laconia)

Nutfield News (Londonderry)

New Hampshire Business Review (Manchester)

Union Leader & New Hampshire Sunday News
    (Manchester)

Telegraph, The (Nashua)

Portsmouth Herald, The (Portsmouth)

Seacoast Media Group (Portsmouth)

The Valley News (White River Junction)

## Online

Cork & Knife (Bow)

AutoInsane.com (Henniker)

GreenMountainPolitics1 (Manchester)

RenewableEnergyWorld.com (Peterborough)

midnighttrader.com (Portsmouth)

Blue Hampshire  (Richmond)

TMR Entertainment (Salem)

lizwellness.com (Tilton)

## Radio

WEVO-FM (Concord)

WKXL-AM (Concord)

WBYY-FM (Dover)

WOKQ-FM (Dover)

WPKQ-FM (Dover)

WSAK-FM (Dover)

WSHK-FM (Dover)

WTSN-AM (Dover)

WFTN-FM (Franklin)

WSCY-FM (Franklin)

WEZS-AM (Laconia)

WGIR-AM (Manchester)

WGIR-FM (Manchester)

WMWV-FM (North Conway)

WVMJ-FM (North Conway)

WERZ-FM (Portsmouth)

WHEB-FM (Portsmouth)

WQSO-FM (Portsmouth)

WSKX-FM (Portsmouth)

WFPC-LP (Rindge)

WMTK-FM (St. Johnsbury)

WXLF (West Lebanon)

WASR-AM (Wolfeboro)

## Television

WZMY-TV (Derry)

SCAN-TV (Durham)

WMUR-TV (Manchester)

Industrial Laser Solution (Nashua)

## NEW JERSEY

## Magazine

Coaster Magazine (Asbury Park)

Children & Science (Blairstown)

In the Basement (Burlington)

Dance magazine (Clifton)

The Food Institute (Elmwood)

Medical Travel Today (Elmwood Park)

Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

Woman's World (Englewood Cliffs)

New Jersey Jewish (Essex County)

New Jersey Business Magazine (Fairfield)

The Gazette Newspapers (Hasbrouch)

Electronic Media (Hillsdale)

Palisade Magazine (Hoboken)

BioPharm International (Iselin)

Ascend Media (Jamesburg)

Oil Price Information Service (Lakewood)

Jobsite (Lambertville)

New Jersey Lifestyle (Lambertville)

New Jersey Medicine (Lawrenceville)

Suburban Home & Garden Resource Guide (Marlton)

Aviation Intl (Midland Park)

ITEM magazine (Millburn)

Chief Executive Magazine (Montvale)

CRMXchange (Montvale)

Medical Decision Poiint (Montvale)

New Jersey Monthly (Morristown)

US Industry Today (Morristown)

New Jersey TechNews (Mount Laurel)

New Jersey Lawyer Magazine (New Brunswick)

The Advertising Red Books (New Providence)

New Jersey Law Journal (Newark)

Seaports Publications (Newark)

The Real Deal (Newark)

NJ Webguide Magazine (Nutley)

A M Best (Oldwick)

Best's Review Magazine (Oldwick)

Corporate Public Affairs (Parsippany)

Faulkner Information (Pennsauken)

CareerJournal.com (Princeton)

Fleet Executive (Princeton)

Inside Central New Jersey (Princeton)

Reporte Hispano (Princeton)

Happi Magazine (Ramsey)

Consumer Goods (Randolph)

The Robb Report (Ridgewood)

Bioscience Technology (Rockaway)

Creative Homeowner (Saddle River)

MedCall.com (Spring Lake)

Journal of Psychosocial & Mental Health Nursing (Thorofare)

Slack (Thorofare)

Business Facilities (Tinton Falls)

MegaYacht News (Totowa)

Pharmaceutical Technology (Trenton)

## News Service

German Press Agency (Closter)

Associated Press-Dow Jones/DJ Newswires (Jersey City)

PC Financial Network (Jersey City)

Associated Press - Mount Laurel Bureau (Mount Laurel)

Shark Information/ADP (Mount Laurel)

Associated Press - Newark Bureau (Newark)

Associated Press - Pleasantville Bureau (Pleasantville)

Dow Jones Money Report (Preston)

Dow Jones Business News (Princeton)

Dow Jones/Wall Street Journal (Princeton)

Dow Jones Asset Management (Shrewsbury)

Feature Photo Service (Somerset)

Associated Press - Trenton Bureau (Trenton)

Gannett News Service - Trenton Bureau (Trenton)

## Newspaper

Millville News (Bridgeton)

Courier-News (Bridgewater)

El Latino Expreso - OH (Bristol)

Business First (Buffalo)

Courier-Post (Cherry Hill)

Greater Media Newspapers (East Brunswick)

Home News Tribune (East Brunswick)

Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

COLLEGE OF NEW JERSEY - THE SIGNAL (Ewing)

Prime Times in NJ (Fairlawn)

Press Enterprise (Flemington)

Wall Street Journal Report - CNBC Syndication, The (Fort Lee)

New York Times - Hackensack Bureau, The (Hackensack)

Record, The (Hackensack)

McGraw Hill (Hightstown)

The Stute (Hoboken)

El Nuevo Hudson (Jersey City)

Jersey Journal, The (Jersey City)

Wall Street Journal Radio Network (Jersey City)

Wall Street Journal Report, The (Jersey City)

Leader Free Press (Lyndhurst)

News Record of Maplewood (Maplewood)

Bergen County Newspapers (Midland Park)

Asbury Park Press (Neptune)

Business News New Jersey - NJBiz (New Brunswick)

Daily Targum, The (New Brunswick)

Italian Tribune News (Newark)

New York Times - Newark Bureau, The (Newark)

Star-Ledger, The (Newark)

New Jersey Herald (Newton)

America Oggi (Norwood)

Zero Hora Newspaper (Nutley)

Daily Record, The (Parsippany)

Morristown Daily Record (Parsippany)

Atlantic City Press (Pleasantville)

The Princeton Packet (Princeton)

Wall Street Journal Classroom Edition, The (Princeton)

Perth Amboy Gazette (Rahway)

Rahway News Record (Rahway)

Manitoba Society of Senior Journal (Somerset)

Bridgewater Courier News (Somerville)

Wall Street Journal, The (South Brunswick)

PharmaVOICE (Titusville)

Ocean County Observer (Toms River)

Engel Publishing Partners (Trenton)

New York Times - Trenton Bureau, The (Trenton)

Times, The (Trenton)

Trentonian, The (Trenton)

Daily Journal, The (Vineland)

Herald News (West Paterson)

Wildwood Leader (Wildwood)

Burlington County Times (Willingboro)

Gloucester County Times (Woodbury)

The Record Hackensack (Woodland Park)

## Online

TechnicallyPhilly.com (Carney's Point)

Nerve.com (Clifton)

Petside.com (Englewood Cliffs)

Global Green News Service (Hamilton)

Simply Thrifty/b5 Media (Hillsborough)

Blue Jersey  (Hoboken)

PharmaWire (Hoboken)

RealtyTimes.com (Howell)

Connors Group (Jersey City)

RunwayNews.cm (Jersey City)

Thebudgetfashionista.com (Jersey City)

TheFinalSprint.com (Jersey City)

girlstalk.com (Kinnelon)

MDadvice.com (Long Branch)

Resolution 365 (Manasquan)

The Stratecon Group (Metuchen)

NewJerseyNewsroom.com (Middletown)

AirportJournal.com (mt. Freedom)

CitizenMom.net (Mullica Hill)

Fausta's Blog (Princeton)

Startupjournal.com (Princeton)

Teleplexus (Princeton)

WSJ.com (Princeton)



Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

Opalesque (Springfield)

Univision Online (Teaneck)

My Life on and off the Guest List (Weehawken)

A Delicious Obsession (West Deptford)

## Radio

WOBM-FM (Bayville)

WDHA-FM (Cedar Knolls)

WTSR-FM (Ewing)

WSUS-FM (Franklin)

WNTI-FM (Hackettstown)

WRNJ-AM (Hackettstown)

WBJB-FM (Lincroft)

WJRZ-AM (Manahawkin)

Breeze Radio (Neptune)

WBBO-FM (Neptune)

WBHX-FM (Neptune)

WHTG-AM (Neptune)

WKMK-FM (Neptune)

WTHJ-FM (Neptune)

WWZY-FM (Neptune)

WBGO-FM (Newark)

WADB-AM (Ocean)

WENJ-AM (Ocean)

WFPG-FM (Ocean)

WJLK-AM (Ocean)

WJLK-FM (Ocean)

WPUR-FM (Ocean)

WGHT-AM (Pompton Lakes)

WCTC-AM (Somerset)

WMGQ-FM (Somerset)

New Jersey Network (Trenton)

WENJ-FM (Trenton)

WKXW-FM (Trenton)

WNJO-FM (Trenton)

WNJP-FM (Trenton)

WNJT-FM (Trenton)

WNJY-FM (Trenton)

WMBJ (West Caldwell)

WAWZ-FM (Zarephath)

## Television

NBC-40 (Atlantic City)

12 News New Jersey (Edison)

CNBC (Englewood Cliffs)

Consumer News and Business Channel / CNBC (Englewood Cliffs)

WNJU-TV Telemundo (Fort Lee)

WMGM-TV (Linwood)

I-TV Studio (New Brunswick)

MSNBC (Secaucus)

WWOR-TV (Secaucus)

Ebru TV (Somerset)

WXTV-TV Univision (Teaneck)

NJN-New Jersey Public Television (Trenton)

CN8 - Union Bureau (Union)

WMBC-TV (West Caldwell)

## NEW MEXICO

## Magazine

AdMap (Albuquerque)

Albuquerque the Magazine (Albuquerque)

New Mexico Business Magazine (Albuquerque)

Nursery News (Rio Rancho)

Sun Country Golf (Rio Rancho)

ConnectPress (Santa Fe)

Edible Santa Fe (Santa Fe)

NM Mags (Santa Fe)

Su Casa magazine (Santa Fe)

Western Shooting Horse Magazine (Tijeras)

## News Service

Associated Press - Albuquerque Bureau (Albuquerque)



Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

The Daily Lobo (Albuquerque)

Associated Press - Santa Fe Bureau (Santa Fe)

## Newspaper

Alamogordo Daily News (Alamogordo)

Albuquerque Journal (Albuquerque)

New Mexico Business Weekly (Albuquerque)

New Mexico Stockman (Albuquerque)

thebuzzunm.com (Albuquerque)

Artesia Daily Press (Artesia)

Carlsbad Current-Argus (Carlsbad)

Clovis News Journal (Clovis)

Deming Headlight (Deming)

The Farmington Daily Times (Farmington)

Gallup Independent (Gallup)

Hobbs News-Sun (Hobbs)

Las Cruces Bulletin (Las Cruces)

Las Cruces Sun-News (Las Cruces)

Las Vegas Optic (Las Vegas)

Los Alamos Monitor (Los Alamos)

The Lovington Leader (Lovington)

Portales News-Tribune (Portales)

Roswell Record (Roswell)

La Voz de Nuevo Mexico (Santa Fe)

Santa Fe New Mexican (Santa Fe)

Silver City Daily Press-Independent (Silver City)

## Online

ChemotherapyAdvisor.com (Albuquerque)

Daily Kos  (Albuquerque)

Fraggs.net (Albuquerque)

OffBeatTravel.com (Albuquerque)

Rock N Roll Universe (Albuquerque)

TravelLady Magazine (Albuquerque)

Cyberhomes (Santa Fe)

## Radio

KANW-FM (Albuquerque)

KBQI-FM (Albuquerque)

KKOB-AM (Albuquerque)

KKOB-FM (Albuquerque)

KNML-AM (Albuquerque)

KUNM-FM (Albuquerque)

KZRR-FM (Albuquerque)

Metro Networks - Albuquerque Bureau (Albuquerque)

National Native News (Albuquerque)

KDEM-FM (Deming)

KOTS-AM (Deming)

KDCE-AM (Espanola)

KAZX-FM (Farmington)

KCQL-AM (Farmington)

KDAG-FM (Farmington)

KKFG-FM (Farmington)

KTRA-FM (Farmington)

KYVA-AM (Gallup)

KRWG-FM (Las Cruces)

KVLC-FM (Las Cruces)

KFUN-AM (Las Vegas)

KNMX-AM (Las Vegas)

KRSN-AM (Los Alamos)

KLEA-FM (Lovington)

KENW-FM (Portales)

KTDB-FM (Ramah)

KRTN-FM (Raton)

KCHS-AM (Truth Or Consequences)

## Television

KLUZ-TV (Albuquerque)

KNME-TV (Albuquerque)

KOAT-TV (Albuquerque)

KOB-TV (Albuquerque)

KRQE-TV (Albuquerque)

KRWG-TV (Las Cruces)

KENW-TV (Portales)

KOBR-TV (Roswell)

Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

## NEW YORK

### Magazine

Music Confidential (Brooklyn)

New York Christian Times, The (Brooklyn)

Modified Magazine (Cohoes)

Capita Region Living Magazine (Delmar)

ICD Publications (East Setauket)

Westchester Magazine (Elmsford)

Celebrate with Style (Garden City)

PIA Magazine (Glenmont)

Uptown Magazine (Harlem)

Westchester Family Magazine (reaches NY and CT) (Harrison)

Women's News (Harrison)

CQ VHF Magazine (Hicksville)

Canvas (Huntingotn)

The Long  Island Connection (Huntington)

DTM Magazine (Long Island City)

Advanstar Communications Inc (New York)

Advertising Age (New York)

Adweek (New York)

Agora Publishing (New York)

Alexander Communications Group (New York)

All You (New York)

American Baby (New York)

American Banker (New York)

American Lawyer Media (New York)

Animal Fair (New York)

Argus Research Corp. (New York)

AVON Representative Times Magazine (New York)

Babytalk Magazine (New York)

Bartender Magazine (New York)

Bedford Communications, Inc. (New York)

Black Enterprise MAGAZINE (New York)

Bloomberg Markets Magazine (New York)

Bloomberg Wealth Manager (New York)

Brandweek (New York)

Bridal Guide (New York)

Business 2.0 (New York)

Business Traveler (New York)

BusinessWeek (New York)

Citizen Culture Magazine (New York)

City Guide New York (New York)

CMJ New Music Report (New York)

Columbia Journalism Review (New York)

Computer Games Magazine (New York)

Conde Nast (New York)

Conde Nast Traveler (New York)

Consulting Magazine (New York)

Creativity (New York)

Dwell Magazine (New York)

Economist (New York)

Energy Risk & Environmental Risk (New York)

EPM Communications, Inc. (New York)

Esquire Magazine (New York)

Essence Magazine (New York)

Euro American Group (New York)

Every Day with Rachel Ray (New York)

Executive Media Corporation (New York)

Explorer's Journal (New York)

F.W. Dodge (New York)

Fairchild Publications (New York)

Family Circle (New York)

Fashion Wire Daily (New York)

Fast Company (New York)

First for Women magazine (New York)

Fisher Publications (New York)

Forbes (New York)

Forbes Global Business & Finance (New York)

Forbes Traveler (New York)

Fortune (New York)

Fortune Small Business (New York)

FOX Sports en Espanol (New York)



Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

Gear Patrol (New York)

Global Vision Magazine (New York)

Good Magazine (New York)

Hallmark Magazine (New York)

Harper's Bazaar Dubai (New York)

Higher Education Risk (New York)

Inc. Magazine (New York)

Jobson Publishing (New York)

Journal of Advertising Research (New York)

Kiwi Magazine (New York)

Lafferty Publications (New York)

Latino University Magazine (New York)

Liquid Magazine (New York)

Maritime Activity Reports (New York)

Marketing y Medios Magazine (New York)

MBA Jungle (New York)

Metropolitan Home (New York)

Mi Zona Hispana (New York)

Mira (New York)

Money (New York)

More (New York)

More Magazine (New York)

MOVES Magazine (New York)

Movmnt Magazine (New York)

National Geographic Adventure (New York)

National Law Journal (New York)

New York Blade, The (New York)

New York Law Journal (New York)

New York Law School Journal of Human Rights (New York)

New York Magazine (New York)

New York Resident (New York)

New Yorker (New York)

Newsweek (New York)

NY Black Book (New York)

NY Enterprise Report (New York)

O, The Oprah Magazine (New York)

Oncology Business Review (New York)

Parade Magazine (New York)

Parents (New York)

Paris Match (New York)

Passport Magazine (New York)

Paste Magazine (New York)

People Magazine (New York)

Physician and Sports Medicine (New York)

Pilates Style Magazine (New York)

PK Watch - Center for Democracy Studies (New York)

Plenty Magazine (New York)

Plum Magazine (New York)

Political Affairs Magazine (New York)

Positive Thinking (New York)

Positive Thinking Magazine (New York)

PRIMEDIA Inc., (New York)

Progressive Grocer (New York)

Quick and Simple (New York)

Radar Magazine (New York)

Radiant Life Magazine (New York)

Random Magazine (New York)

Real Simple (New York)

Redbook (New York)

Reed Business Information (New York)

Retail Traffic (New York)

Robb Report Worth (New York)

Rolling Stone (New York)

Rollover Media (New York)

Royal Media Group (New York)

Scholastic Inc (New York)

SCRI International (New York)

Seventeen (New York)

Shattered Magazine (New York)

Slique Magazine (New York)

Smart Money (New York)

Spring O'Brien & Co. (New York)

Step-In-Style Magazine (New York)

Tango Magazine (New York)

Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

Tennis Week (New York)

The Improper Magazine (New York)

The Scenographer (New York)

The Week (New York)

TIME INC. MAGAZINE (Time Inc) (New York)

Time Magazine (New York)

Time New Media (New York)

Time Out New York (New York)

Time Out New York Kids (New York)

TVSM, Inc., (New York)

United Entertainment Media (New York)

Urban Box Office (New York)

Vanity Fair (New York)

W Magazine (New York)

Wedding Dresses Magazine (New York)

Woman's Day (New York)

Working Mother Magazine (New York)

Worth Magazine (New York)

Youth Communication (New York)

Page Six Magazine (New York City)

The Nation (New York City)

Pure Contemporary (Niagara Falls)

Westchester County Times Monthly (Nyack)

Audubon Magazine (Ossining)

Reader's Digest (Pleasantville)

College And Junior Tennis (Port Washington)

Business Strategies (Rochester)

Classes USA-Online Degrees Magazine (Staten Island)

Nacomex Insider (newly active) (Tivoli)

Hot and Trendy Magazine (West Hempstead)

In Town Westchester Magazine (White Plains)

Westchester County Business Journal (White Plains)

Consumer Reports (Yonkers)

## News Service

Associated Press - State Capitol Bureau (Albany)

Bloomberg News - State Capitol Bureau (Albany)

Gannett News Service - Albany Bureau (Albany)

The Pipe Dream (Binghamton)

State University of New York - The Stylus (Brockport)

Associated Press - Buffalo Bureau (Buffalo)

United Press International (Buffalo)

Tribune Media Services (Glens Falls)

Reuters - Hauppauge Bureau (Hauppauge)

Hofstra University - Journalism and Mass Media Studies (Hempstead)

Cornell University - Cornell Daily Sun (Ithaca)

Associated Press - Mineola Bureau (Minneola)

Agence France-Presse- New York Bureau (New York)

Agencia EFE - New York Bureau (New York)

Asahi Shimbun (New York)

Associated Press (AP) (New York)

Bloomberg Natural Gas Report (New York)

Bloomberg News (New York)

Bloomberg News - Princeton Bureau (New York)

Bond Buyer Wire (New York)

City University of New York (CUNY) (New York)

Columbia News Service (New York)

Copley News Service - New York Bureau (New York)

Dow Jones & Company Inc. (New York)

Dow Jones Newswires - New York Bureau (New York)

Fairchild News Service (New York)

Getty Images News Services-New York Bureau (New York)

Independent News Service (New York)

JiJi Press - New York Bureau (New York)

Kyodo News Service - New York Bureau (New York)

Law 360 Newswires (New York)

Moody's Investors Service (New York)

New York Stock Exchange - NYSE (New York)

New York Times News Service, The (New York)

New York Times Syndicate, The (New York)



Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

New York University (New York)

Nihon Keizai Shimbun-Nikkei (New York)

NYCity News Service (New York)

Press Trust Of India (New York)

Reuters (New York)

Reuters Health (New York)

Standard & Poor's (New York)

Thomson Financial (New York)

Tribune Media Services - New York Bureau (New York)

United Feature Syndicate (New York)

United Media (New York)

Children's Press Line (New York City)

Media Global News Service (New York City)

Associated Press - Rochester Bureau (Rochester)

Gannett News Service - Rochester Bureau (Rochester)

WCGH Coler-Goldwater Hospital (Roosevelt Island)

WEMOCO CTE (Spencerport)

Stony Brook University (Stony Brook)

Associated Press - Syracuse Bureau (Syracuse)

Associated Press - White Plains Bureau (White Plains)

Xinhua News Agency (Woodside)

## Newspaper

Albany Legislat. Gazette (Albany)

Albany Times Union (Albany)

Capital District Business Review (Albany)

Metroland (Albany)

New York Times - State Capitol Bureau, The (Albany)

Times Union (Albany)

Amsterdam The Recorder (Amsterdam)

La Voz (Annandalle-on-Hudson)

Auburn Citizen (Auburn)

Beacon (Babylon)

Batavia Daily News (Batavia)

Press & Sun Bulletin (Binghamton)

Independent/Riverdale Press (Bronx)

Manhattan Times (Bronx)

New York Times - Bronx Bureau, The (Bronx)

Bay News (Brooklyn)

Brooklyn Daily Eagle (Brooklyn)

Haitian Times, The (Brooklyn)

Hamodia (Brooklyn)

Long Island University Brooklyn Campus (Brooklyn)

New York El Diario/La Prensa (Brooklyn)

New York Times - Brooklyn Bureau, The (Brooklyn)

Night Call (Brooklyn)

Buffalo Law Journal (Buffalo)

Buffalo News (Buffalo)

Business First (Buffalo)

Ottaway Newspapers (Campbell Hall)

Canandaigua Daily Messenger (Canandaigua)

Messenger Post (Canandaigua)

Indian Country Today (Canastota)

Catskill Daily Mail (Catskill)

Chautauquan Daily (Chautauqua)

Corning Leader (Corning)

Cortland Standard (Cortland)

Towne Crier (Deposit)

Observer (Dunkirk)

Star Gazette, The (Elmira)

Dot Publishing Inc (Fulton)

New York Times - Long Island Bureau, The (Garden City Park)

The Lamron - Suny College Geneseo (Geneseo)

Finger Lake Times (Geneva)

Glen Falls Post Star (Glens Falls)

Post-Star (Glens Falls)

Gloversville Leader-Herald (Gloversville)

Great Neck News (Great Neck)

New York Times - Great Neck Bureau, The (Great Neck)

The Evening Telegram (Herkimer)

Mid-Hudson Post (Highland)


Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

Hornell Evening Tribune (Hornell)

Register-Star (Hudson)

Long Islander, The (Huntington)

Ithaca College - The Ithacan (Ithaca)

Ithaca Journal (Ithaca)

Jamestown Post-Journal (Jamestown)

Kingston Daily Freeman (Kingston)

Business Review, The (Latham)

Little Falls Evening Times (Little Falls)

Lockport Union-Sun & Journal (Lockport)

Ming Pao Inc. (Long Island City)

The National Herald (Long Island City)

The Malone Telegram (Malone)

Courier-Observer (Massena)

Suffolk Times (Mattituck)

Journal-Register, The (Medina)

Cygnus Business Media (Melville)

Newsday (Melville)

Times Herald-Record, The (Middletown)

CNY Business Journal (New Hartford)

amNewYork (New York)

Amsterdam News (New York)

Chicago Tribune - New York Bureau (New York)

China Press (New York)

City & State (New York)

Columbia University Press (New York)

Crain's New York Business (New York)

Daily Deal, The (New York)

Daily Telegraph (New York)

El Diario La Prensa (New York)

Financial Times - New York (New York)

Forward, The (New York)

Hoy Newspaper (New York)

Huffington Post, The (New York)

Imacto Latin News (New York)

India Abroad (New York)

Investor's Business Daily - New York Bureau (New York)

Jerusalem Post (New York)

Kitchen & Bath Business (New York)

La Republica (New York)

Los Angeles Times - New York Bureau (New York)

Manhattan Media (New York)

Ming Pao Daily News (New York)

Minority Report (New York)

Mishpacha-Jewish Family Weekly (New York)

New World Media (New York)

New York Daily News (New York)

New York Observer , The (New York)

New York Post (New York)

New York Sun, The (New York)

New York Times - City Hall Bureau, The (New York)

New York Times - Police Bureau, The (New York)

New York Times - United Nations Bureau, The (New York)

New York Times Company, The (New York)

New York Times Digital (New York)

New York Times Digital, The (New York)

New York Times Magazine, The (New York)

New York Times Sunday Magazine, The (New York)

New York Times Upfront, The (New York)

New York Times, The (New York)

Nikkei America Inc (New York)

Nikkei Weekly (New York)

Nippon Hoso Kyokai - NHK - New York Bureau (New York)

OGlobo (New York)

Polish American Daily (Super Express) (New York)

Real Estate Weekly (New York)

Sekai Nippo, The (New York)

Sing Tao Daily (New York)

Sing Tao Newspapers (New York)

The New York Sun (New York)

Tribeca Trib, The (New York)

US Frontline News (New York)

USA Today - New York Bureau (New York)

Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

Village Voice (New York)

Wall Street Journal, The (New York)

Wall Street Reporter (New York)

Washington Post - New York Bureau, The (New York)

Washington Post Writers Group, The (New York)

Washington Square News (New York)

West Side Spirit (New York)

Yomiuri Shimbun - New York Bureau (New York)

Niagara Falls Gazette (Niagara Falls)

TONAWANDA NEWS (North Tonawanda)

The Evening Sun (Norwich)

The Journal (Ogdensburg)

The Times Herald (Olean)

Oneida Daily Dispatch (Oneida)

Oneonta Star (Oneonta)

The Palladium-Times (Oswego)

Lee Publications, Inc., (Palatine Bridge)

Cardinal Points (Plattsburgh)

Press Republican News (Plattsburgh)

Poughkeepsie Journal (Poughkeepsie)

Prattsburgh News (Prattsburgh)

Democrat and Chronicle (Rochester)

Gleaner (Rochester)

Rochester Business Journal (Rochester)

Rochester Daily Record (Rochester)

Rochester Democrat & Chronicle (Rochester)

Rome Daily Sentinel (Rome)

Long Island Business News (Ronkonkoma)

A/C Flyer (Rye Brook)

Adirondack Daily Enterprise (Saranac lake)

Saratogian (Saratoga Springs)

Saratoga Publishing (Saratogoa Springs)

Daily Gazette (Schenectady)

Online Reporter, The (Seacliss)

Village Times (Setauket)

Staten Island Advance (Staten Island)

Long Island Press (Syosset)

Central New York Business Journal (Syracuse)

Daily Orange, The (Syracuse)

Eagle Newspapers (Syracuse)

Newhouse School of Journalism (Syracuse)

Syracuse New Times (Syracuse)

Syracuse Newspapers (Syracuse)

Syracuse Post Standard (Syracuse)

The Polytechnic (Troy)

Troy Record, The (Troy)

Utica Observer-Dispatch (Utica)

Weekly Observer (Utica)

USA Today Magazine (Valley Stream)

Hudson Valley Business Journal (Wappingers Falls)

Watertown Daily Times (Watertown)

Wellsville Daily Reporter (Wellsville)

Fairfield County Business Journal (White Plains)

Journal News, The (White Plains)

New York Times - White Plains Bureau, The (White Plains)

Westchester County Business Journal (White Plains)

White Plains Journal News (White Plains)

## Online

Idolator.com (Music blog) (Astoria)

Trashbagaesthetics.com (Astoria)

mmhighlights.com (Bronx)

ChipChick.com (Brooklyn)

creditland.com (Brooklyn)

etronics.com (Brooklyn)

Future Majority  (Brooklyn)

Geeks of Doom (geeksofdoom.com) (Brooklyn)

hiphopweekly.com (Brooklyn)

lucire.com (Brooklyn)

NBCNewYork.com (Brooklyn)

nycitywatch.org (Brooklyn)

SeriousEats.com (Brooklyn)

thefashionreporter.com (Brooklyn)

TheSpotter.net (Brooklyn)



Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

What's Next (Brooklyn)

Yeshiva World News (Brooklyn)

CaribbeanNewsNow (Cortlandt Manor)

Yid With Lid (Dix Hills)

GoCast Live (East Hampton)

Reviewers Corner (East Islip)

HispanicAd.com (Fishkill)

Celebrate with Style (Garden City)

Aeropause.com (Gaming blog) (Glenmont)

socialmediaclub.org (Hastings-on-Hudson)

LIParentSource.com (Hicksville)

The Long Island Connection (Huntington)

iMPrint Magazine (Ithaca)

Hearing Exchange (Jericho)

ECA News (Long Beach)

WorldNow / Gannaway Web Holdings LLC (Long Island City)

tothecenter.com (Malverne)

trekkertime.com (Malverne)

InformationWeek.com (Manhasset)

ciozone.com (Melville)

etanwish.blogspot (Merrick)

Mommy and Baby Reviews (Middletown)

Sparkles, Glitter and Glamour (Middletown)

A Star Was Born (New York)

ABC News' The Note (New York)

About.com (New York)

Adotas.com (New York)

Alerot News Service (New York)

All Things Digital/Digital Daily (Wall Street Journal) (New York)

Alloy.com (New York)

AOL GameDaily (New York)

Apartment Therapy/apartmenttherapy.com (New York)

AT&T Tech Channel (New York)

atnewyork.com (New York)

Aviation.com (New York)

Batanga (New York)

BeautyNewsNYC.com (New York)

BIZ BASH Masterplanner (www.masterplanneronline.com) (New York)

Bloomberg.com (New York)

Bon Vivant Wine Guide (New York)

Briefme.com (New York)

BusinessWeek Online (New York)

BuzzFeed (New York)

CBS Local Media  (CBS Radio Digital Group) (New York)

CBSnews.com (New York)

CFO.com (New York)

CFR.org (New York)

CNET - New York Bureau (New York)

Cocktail Times (New York)

construction.com (New York)

ConsumerSearch.com (New York)

cyclistic.com (New York)

DamselsInSuccess.com (New York)

Doctor's Guide (www.docguide.com) (New York)

Dow Jones MarketWatch.com (New York)

DownWithTyranny! (New York)

EDGE Publications (New York)

emarketer.com (New York)

Fameology (New York)

Family Travel Forum (New York)

Fidelity Interactive Content Services (New York)

First30Days.com (New York)

Forbes.com (New York)

FOXnews.com (New York)

FOXsports.com (New York)

Frommers.com (New York)

Gawker.com (New York)

geek.com (New York)

Girls Inc. Online (New York)

Goddess Works Media Group (New York)

GospelHighlights.com (New York)

Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

Gothamist (New York)

gothamist.com (New York)

Grandparents.com (New York)

Healthology.com (New York)

HIV Plus Magazine (New York)

HonestEngineTV.com (New York)

Ignites.com (New York)

Inc.com (New York)

Instyle.com (New York)

Internet Evolution (New York)

investmentwires.com (New York)

ivillage.com (New York)

Jack and Jill Politics (jackandjillpolitics.com)  (New York)

Jack and Jill Politics Blog (New York)

JagNotes.com (New York)

Jossip (New York)

Joystiq (Gaming blog) (New York)

KarinaIoffee.com (New York)

LaAlcancia.com (New York)

LadiesWhoLaunch.com (New York)

leanitup.com (New York)

LiveScience.com (New York)

mediabistro.com (New York)

MenuPages.com (New York)

Merrill Lynch Online (New York)

Miss Meghan Media (New York)

MLB.com (New York)

more.com (New York)

Muckety.com (New York)

MyLifetime.com (New York)

New York Reporters (New York)

Newsweek.com (New York)

NY City News Service (New York)

NYBarFly.com (New York)

nymag.com (New York)

Paltalk.com (New York)

Pam's House Blend  (New York)

Parents.com (New York)

Pblcty (New York)

People.com (New York)

Political Hotsheet Blog (New York)

Post Advertising (New York)

Premiere Magazine (New York)

PrivateEquityCentral.net (New York)

Raw Story (New York)

reallyreviews.com (New York)

Relocation.com (New York)

Rollover Media (New York)

Shape.com (New York)

Silicon Alley Insider (New York)

SmartMoney.com (New York)

Space.com (New York)

StageTimeMag.com (New York)

Supraspinatu (Unofficial official blog of the NYS)  (New York)

Tango Diva (New York)

Tectonik Media (New York)

Teenwire.com (New York)

The Albany Project  (New York)

The Alternative Consumer (New York)

The Grio (New York)

The Living Room (New York)

The Rundown (New York)

The Scenographer (New York)

theBlaze.com (New York)

TheNest.com (New York)

TheStreet.com (New York)

Thrillist.com (New York)

Time Digital (New York)

UGO Entertainment (New York)

UGO Networks, Inc. (New York)

University of Southern California (New York)

Vital Juice Daily (New York)

Watchmojo.com (New York)

WebMD (New York)

Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

WeightWatchers.com (New York)

Women's eNews (New York)

WORKS by Nicole Williams (New York)

World Journal 360 (New York)

wrestlingfigs.com (New York)

wrestling-news.com (New York)

WSJ.com (New York)

www.hautegoodgirl.com (New York)

www.karicruz.com (New York)

Yahoo! Finance (New York)

meaningfuldistraction.com (New York City)

Socially Superlative (New York City)

CoStar Group, costar.com (Queensbury)

Boy Genius Report (Rye Brook)

Loot Ninja (Saratoga Springs)

America's Best Dance Crew (Scarsdale)

Digital Journal (Trumansburg)

Immpreneur (Valley Stream)

Car Buyer's Notebook (Web Islip)

EBizQ.net (White Plains)

Feeling the Vibe (White Plains)

ConsumerMortageReports.com (Williamsville)

I Am THE Makeup Junkie (Williamsville)

Big Picture Sound (Woodside)

## Radio

WAMC-FM (Albany)

WGBK (Albany)

Family Life Network (Bath)

WSKG-FM (Binghamton)

WBSU-FM (Brockport)

WFUV-FM (Bronx)

WKRB-FM (Brooklyn)

WBEN-AM (Buffalo)

WBFO-FM (Buffalo)

WKSE-FM (Buffalo)

WLKK-FM (Buffalo)

WNED-AM (Buffalo)

WNED-FM (Buffalo)

WOLN-FM (Buffalo)

WTSS-FM (Buffalo)

WUBJ-FM (Buffalo)

WSLU-FM (Canton)

WFTU-AM (Dixhills)

WBZO-FM (Farmingdale)

WHLI-AM (Farmingdale)

WKJY-FM (Farmingdale)

WTBQ (Florida)

WHPC-FM (Garden City)

WEOS-FM (Geneva)

WENT-AM (Gloversville)

WFAS-AM (Hartsdale)

WRHU-FM (Hempstead)

WVHC-FM (Herkimer)

WICB-FM (Ithaca)

WJTN-AM (Jamestown)

WWSE-FM (Jamestown)

WKNY-AM (Kingston)

WGY-AM (Latham)

WGY-FM (Latham)

WSUL radio (Monticello)

WFNP-FM (New paltz)

ABC Radio Network (New York)

Air America (New York)

Batanga (New York)

Black Radio Network (New York)

Bloomberg Radio (New York)

BusinessWeek Business Report - ABC Radio
   Network (New York)

CBC-Canadian Broadcasting Corp. (New York)

CBS News (New York)

CBS Newspath (New York)

CBS Television Network (New York)

Cruise Control Radio (New York)

DIAL GLOBAL (New York)



Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

ESPN Radio (New York)

FOX NEWS RADIO NETWORK (New York)

Hot 97 FM (New York)

Launch Radio Networks (New York)

Martha Stewart Radio (New York)

Metro Networks - New York Bureau (New York)

Negocios Bloomberg (New York)

Sirius Satellite Radio Incorporated (New York)

The Takeaway (New York)

Vatican Radio (New York)

WABC-AM (New York)

Wall Street Journal Radio Network (New York)

WAXQ 104.3 FM (New York)

WAXQ-FM (New York)

WBAI-FM (New York)

WBBR-AM (New York)

WBMB (New York)

WCAA-FM (Univision) (New York)

WCBS-AM (New York)

WFAN-AM (New York)

WINS-AM (New York)

WLIB-AM (New York)

WLTW-FM (New York)

WNYC-AM (New York)

WNYC-FM (New York)

WOR-AM (New York)

WPLJ (New York)

WQXR-FM (New York)

XM / SIRIUS SATELLITE RADIO INC (New York)

WNYO-FM (Oswego)

WRVN-FM (Oswego)

WRVO-FM (Oswego)

WALK-AM (Patchogue)

WALK-FM (Patchogue)

WIRY-AM (Plattsburgh)

WRKL-AM (Pomona)

WCTW-FM (Poughkeepsie)

WHUC-AM (Poughkeepsie)

WKIP-AM (Poughkeepsie)

WKIP-FM (Poughkeepsie)

WPKF-FM (Poughkeepsie)

WRNQ-FM (Poughkeepsie)

WRWD-AM (Poughkeepsie)

WZCR-FM (Poughkeepsie)

WBEE-FM (Rochester)

WDVI-FM (Rochester)

WHAM-AM (Rochester)

WXXI-AM (Rochester)

WNBZ-AM (Saranac lake)

WQBK/WQBJ FM (Schenectady)

WUSB-FM (Stony Brook)

WBBS-FM (Syracuse)

WHEN-AM (Syracuse)

WJPZ-FM (Syracuse)

WMHR-FM (Syracuse)

WMHU-FM (Syracuse)

WSYR-AM (Syracuse)

WSYR-FM (Syracuse)

WWHT-FM (Syracuse)

WYYY-FM (Syracuse)

WFLY (Utica)

WBAB-FM (West Babylon)

## Television

Capital News 9 (Albany)

WNYT-TV (Albany)

WRGB (CBS 6) (Albany)

WTEN-TV (Albany)

WXXA-TV (Albany)

News 12 - Bronx (Bronx)

HITN-TV (Brooklyn)

News 12 Brooklyn (Brooklyn)

Time Warner Cable Buffalo (Buffalo)

WGRZ-TV (Buffalo)

Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

WIVB-TV (Buffalo)

WKBW-TV (Buffalo)

WIXT-TV (East Syracuse)

WSYR-TV (East Syracuse)

WETM-TV (Elmira)

SINOVISION-TV (Flushing)

WENY-TV (Horseheads)

Newswatch 16 (Ithaca)

WBNG-TV (Johnson City)

LMC-TV (Mamaroneck)

WLNY-TV (Melville)

.@radical.media (New York)

A&E - Arts & Entertainment Network (New York)

ABC News (New York)

abcnews.com (New York)

Al Jazeera (New York)

APTN (New York)

Ard German Television (New York) (New York)

ARD German Television-New York Bureau (New York)

BestWeekEver.TV (New York)

BET - Black Entertainment Television (New York)

BET - Don't Sleep (New York)

BET INTERACTIVE LLC (New York)

Better TV (New York)

Bloomberg Television (New York)

BLOOMBERG TV (New York)

Bridges TV (New York)

British Broadcasting Corporation (New York) (New York)

BusinessWeek TV (New York)

CBS LOCAL TELEVISION STATION GROUP (New York)

CBS News / CBS Network Sports (New York)

CBS News Broadcast (New York)

CBS Radio Network (New York)

CBS Sports (New York)

CNBC - New York Bureau (New York)

CNN - New York Bureau (New York)

Deca TV (New York)

Food Arts (New York)

FOX Business Network (New York)

Fox News Channel (New York)

FOX NEWS LIVE (New York)

FOX Newschannel / Fox Broadcast Network - New York (New York)

Foxnewslatino.com (New York)

Fuji Television (New York)

GMTV (New York)

Good Morning America - ABC Television Network (New York)

History Channel, The (New York)

ICIS Chemical Business Americas (New York)

Infinity Broadcasting (New York)

Inside Edition (New York)

King Features Syndicate (New York)

Left/Right TV (New York)

Lifetime Television (New York)

M6 Metropole TV (New York)

Maritime Activity Reports (New York)

MSNBC (New York)

MTV News - Music Television (New York)

NBC News (New York)

NBC News - 30 Rockefeller Plaza (New York)

NBC Nightly News with Brian Williams (New York)

New Tang Dynasty-TV (New York)

New York 1 News (NY1 News) (New York)

NFL Enterprises LLC (New York)

Nightly Business Report - New York Bureau (New York)

NY1 News (New York)

NY1 Noticias (New York)

Optomen Productions (New York)

ORF - Austrian Broadcasting Corp. (New York)

Oxygen Media (New York)

Public Broadcasting Service - New York Bureau (New York)



Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

Public Media NJ Inc. (New York)

RAI Corporation (Italian National TV) (New York)

Reuters Television (New York)

Russia Today (New York)

SportsNet New York (New York)

Television Eighteen (New York)

The Daily Show - Comedy Central (New York)

The Early Show - CBS Television Network (New York)

The Montel Williams Show (New York)

The Tyra Banks Show (New York)

Time Warner Cable Of New York (New York)

TitanTV Media (New York)

Tokyo Broadcasting System (TBS) New York (New York)

TV Tokyo - New York Bureau (New York)

VH1 Productions (New York)

Viacom (New York)

WABC-TV (New York)

WCBS-TV (New York)

Westwood One Companies Inc. (New York)

WNBC-TV (New York)

WNET-TV (New York)

WNYW-TV (New York)

WPIX-TV (New York)

WPXN (New York)

WRGB-TV (Niskayuna)

WPTZ-TV (Plattsburgh)

R News (Rochester)

WHAM-TV (Rochester)

WHEC-TV (Rochester)

WROC-TV (Rochester)

WXXI-TV (Rochester)

WWBI-TV (Rouses Point)

WRNN-TV (Rye Brook)

A Taste of New York Network (Syosset)

Making Music Magazine (Syracuse)

TW Cable News 10 (Syracuse)

WSTM-TV (Syracuse)

WTVH-TV (Syracuse)

WKTV-TV (Utica)

WICZ-TV (Vestal)

WWNY-TV (Watertown)

News 12 Long Island (Woodbury)

Rainbow News 12 Company (Interactive) (Woodbury)

News 12 Westchester-Cablevision Of Westchester (Yonkers)

## NORTH CAROLINA

### Magazine

God's World Publications (Asheville)

Charlotte Parent Magazine (Charlotte)

Creative Loafing-Charlotte Edition (Charlotte)

Material Handling Industry of America (Charlotte)

Sportsbusiness Daily (Charlotte)

The Mecklenburg Times (Charlotte)

Today's Charlotte Woman (Charlotte)

North Carolina Biotechnology Center (Durham)

Southern Exposure (Durham)

SoHo Today (Greensboro)

HFN - Home Furnishings News - High Point Bureau (High Point)

High Point Enterprise (High Point)

National Home Furnishings Retailer (Holly Springs)

Piedmont Parent (Jamestown)

Carolina Woman (Raleigh)

Metro Magazine - Raleigh Bureau (Raleigh)

Reel Carolina (Wilmington)

Triad GolfToday (Winston-Salem)

### News Service

University Of North Carolina (Chapel Hill)

Associated Press - Charlotte Bureau (Charlotte)

Bloomberg News - Charlotte Bureau (Charlotte)

Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

Associated Press - Raleigh Bureau (Raleigh)

North Carolina News Network (Raleigh)

Tribune Media Services - Raleigh Bureau (Raleigh)

## Newspaper

Front Porch, The (Albemarle)

Stanly News & Press (Albemarle)

Courier-Tribune, The (Asheboro)

Asheville Citizen-Times (Asheville)

Urban News (Asheville)

The Mountain Times (Boone)

Sanford Herald, The (Buie Creek)

Burlington Times-News (Burlington)

American City Business Journals (Charlotte)

Charlotte Business Journal (Charlotte)

Charlotte Observer, The (Charlotte)

Charlotte Weekly (Charlotte)

Descubre Charlotte (Charlotte)

Hola Noticias (Charlotte)

Sports Business Daily, The (Charlotte)

The Charlotte Post (Charlotte)

Clinton Sampson Independent (Clinton)

Independent Tribune (Concord)

The Daily Record (Dunn)

Herald-Sun (Durham)

Independent Weekly (Durham)

Triangle Technology Journal (Durham)

Triangle Tribune (Durham)

Elizabeth City Daily Advance (Elizabeth City)

Fayetteville Observer (Fayetteville)

Forest City Courier (Forest City)

Franklin Press, The (Franklin)

Community News, The (Fuquay-Varina)

Fuquay-Varina Independent (Fuquay-Varina)

Gastonia Gazette (Gastonia)

Goldsboro News Argus (Goldsboro)

Carolina Peacemaker (Greensboro)

Daily News & Record (Greensboro)

Greensboro News & Record (Greensboro)

NC A & T Register (Greensboro)

Rhinoceros Times (Greensboro)

Business Journal, The (Greensboro/Winston-Salem)

Daily Reflector, The (Greenville)

Business East (Havelock)

Daily Dispatch (Henderson)

Times-News (Hendersonville)

Hickory Daily Record (Hickory)

High Point Enterprise (High Point)

Jacksonville Daily News (Jacksonville)

Concord Independent Tribune (Kannapolis)

Kinston Free Press (Kinston)

Laurinburg The Exchange (Laurinburg)

Lenoir News-Topic (Lenoir)

News-Topic (Lenoir)

Lexington Dispatch, The (Lexington)

Lincoln Times-News (Lincolnton)

Lincoln Tribune, The (Lincolnton)

Lumberton Robesonian (Lumberton)

Marion Mcdowell News (Marion)

Monroe Enquirer-Journal (Monroe)

Morehead City Carteret County News Times (Morehead City)

The News Herald (Morganton)

Mount Airy News, The (Mount Airy)

Sun Journal (New Bern)

The Observer-News-Enterprise (Newton)

Business Leader (Raleigh)

Carolina Journal (Raleigh)

Nando Media (Raleigh)

Que Pasa (Raleigh)

Raleigh News & Observer (Raleigh)

Triangle Business Journal (Raleigh)

Reidsville Review (Reidsville)

Roanoke Rapids Daily Herald (Roanoke Rapids)

Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

Rockingham Richmond County Daily Journal (Rockingham)

Rocky Mount Telegram, The (Rocky Mount)

Courier-Times, The (Roxboro)

Salisbury Post (Salisbury)

Sanford Herald (Sanford)

Shelby Star, The (Shelby)

Statesville Record & Landmark (Statesville)

Daily Southerner (Tarboro)

Washington Daily News (Washington)

Asheville Citizen-Times - Waynesville Bureau (Waynesville)

Seahawk, The (Wilmington)

Wilmington Star-News (Wilmington)

Wilson Daily Times, The (Wilson)

Winston-Salem Journal (Winston-Salem)

Eastern Wake News (Zebulon)

## Online

The Right Slant (Alexis)

BizTechToday.com (Charlotte)

Solitical.com (Charlotte)

May Pang-Asian Media Internet News (Fayetteville)

Confederate Yankee Blog (Fuquay-Varina)

BChillin.net (Greensboro)

Rude Mom Blog (Mount Airy)

ACCSPORTS.COM (Raleigh)

Golf.com (Raleigh)

Storyteller To The Media (Saluda)

The Deal Scoop (Shelby)

EmbracingBeauty.com (Winston-Salem)

## Radio

WCQS-FM (Asheville)

WKSF-FM (Asheville)

WWNC-AM (Asheville)

WGWG-FM (Boiling Springs)

WZTK-FM (Burlington)

WCHL-AM (Chapel hill)

WRQM-FM (Chapel Hill)

WUNC-FM (Chapel Hill)

WUND-FM (Chapel Hill)

WBT-AM (Charlotte)

WBT-FM (Charlotte)

WEND-FM (Charlotte)

WFAE-FM (Charlotte)

WHQC-FM (Charlotte)

WKKT-FM (Charlotte)

WLNK-FM (Charlotte)

WLYT-FM (Charlotte)

WRFX-FM (Charlotte)

WWCU-FM (Cullowhee)

WSGE-FM (Dallas)

WNCU-FM (Durham)

WGAI-AM (Elizabeth City)

WFSS-FM (Fayetteville)

WFNC-AM (Fayettville)

WGBR-AM (Goldsboro)

WYCV-AM (Granite Falls)

WEAL-AM (Greensboro)

WMAG-FM (Greensboro)

WPAW-FM (Greensboro)

WPTI-FM (Greensboro)

WQMG-FM (Greensboro)

WTQR-FM (Greensboro)

WLXN-AM (Lexington)

WJNC-AM (Morehead City)

WCMS-FM (Nags Head)

WCXL-FM (Nags Head)

WBJD-FM (New Bern)

WKNS-FM (New Bern)

WTEB-FM (New Bern)

WZNB-FM (New Bern)

WKBC-AM (North Wilkesboro)

WKBC-FM (North Wilkesboro)

Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

WGIV-FM (Pineville)

Que Pasa (Raleigh)

WCMC-FM (Raleigh)

WDCG-FM (Raleigh)

WDNC-AM (Raleigh)

WKSL-FM (Raleigh)

WPTF-AM (Raleigh)

WQDR-FM (Raleigh)

WRAL-FM (Raleigh)

WRDU-FM (Raleigh)

WRVA-FM (Raleigh)

WYMY La Ley 96.9 FM (Raleigh)

WCAB-AM (Rutherfordton)

WWGP-AM (Sanford)

WIOZ-FM (Southern pines)

WIOZ-FM Lexi Test (Southern pines)

WNCW-FM (Spindale)

WRGC-AM (Sylva)

WVOD-FM (Wanchese)

Sixty Seconds Radio Network (Weaverville)

WKSK-AM (West Jefferson)

WAAV-AM (Cumulus Radio Group) (Wilmington)

WHQR-FM (Wilmington)

WEGO-AM (Winston-Salem)

WFDD-FM (Winston-Salem)

WSJS-AM (Winston-Salem)

## Television

WBSC-TV (Asheville)

WLOS-TV (Asheville)

News 14 Charlotte (Charlotte)

WAXN-TV (Charlotte)

WBTV-TV (Charlotte)

WCCB-TV (Charlotte)

WCNC-TV (Charlotte)

WSOC-TV (Charlotte)

WTVI-TV (Charlotte)

WTVD-TV (Durham)

WUNJ-TV (Durham)

WFMY-TV (Greensboro)

WITN-TV (Greenville-New Bern-Washington)

WNCT-TV (Greenville-New Bern-Washington)

WGHP-TV (High Point)

WCTI-TV (New Bern)

TIME WARNER RALEIGH (Raleigh)

WLFL-TV (Raleigh)

WNCN-TV (Raleigh)

WRAL-TV (Raleigh)

UNC Center for Public Television (Research Triangle Park)

WECT-TV (Wilmington)

WWAY-TV (Wilmington)

WXII-TV (Winston-Salem)

## NORTH DAKOTA

### News Service

Associated Press - Bismarck Bureau (Bismarck)

Associated Press - Fargo Bureau (Fargo)

### Newspaper

Bismark Tribune (Bismarck)

Devils Lake Daily Journal (Devils Lake)

The Dickinson Press (Dickinson)

Fargo Forum (Fargo)

The Spectrum - North Dakota State University (Fargo)

Agweek (Grand Forks)

Grand Forks Herald (Grand Forks)

Jamestown Sun (Jamestown)

Minot Daily News (Minot)

Valley City Times-Record (Valley City)

Wahpeton Daily News (Wahpeton)

Williston Daily Herald (Williston)

Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

## Online

MamaBreak (Valley City)

## Radio

KEYA-FM (Belcourt)

KBMR-AM (Bismarck)

KFYR-AM (Bismarck)

KQDY-FM (Bismarck)

KSSS-FM (Bismarck)

KXMR-AM (Bismarck)

KYYY-FM (Bismarck)

KDLR-AM (Devils Lake)

KDVL-FM (Devils Lake)

KZZY-FM (Devils Lake)

KCAD-FM (Dickinson)

KDIX-AM (Dickinson)

KDXN-FM (Dickinson)

KLTC-AM (Dickinson)

KZRX-FM (Dickinson)

KEGK-FM (Fargo)

KFGO-AM (Fargo)

KFNW-AM (Fargo)

KFNW-FM (Fargo)

KRWK-FM (Fargo)

WDAY-AM (Fargo)

WDAY-FM (Fargo)

WZFG-AM (Fargo)

KXPO-AM (Grafton)

KCNN-AM (Grand Forks)

KNOX-AM (Grand Forks)

KSJB-AM (Jamestown)

KSJZ-FM (Jamestown)

KYNU-FM (Jamestown)

KNDR-FM (Mandan)

KCJB-AM (Minot)

KHRT-AM (Minot)

KWGO-FM (Minot)

KYYX-FM (Minot)

KOVC-AM (Valley City)

KEYZ-AM (Williston)

## Television

KVLY-TV (Fargo)

KVRR-TV (Fargo)

KXJB-TV (Fargo)

WDAY-TV (Fargo)

WDAZ- TV (Fargo)

CABLE CHANNEL 10 TV (Jamestown)

KMOT-TV (Minot)

KXMB-TV (Minot)

KXMC-TV (Minot)

## OHIO

## Magazine

Akron Legal News (Akron)

The Big Picture Magazine (Cincinnati)

Candy & Snack Business (Cleveland)

Cleveland Magazine (Cleveland)

Industry Week (Cleveland)

Inside Business (Cleveland)

Northern Ohio Live Magazine (Cleveland)

ASM International (Materials Park)

Bee Culture Magazine (Medina)

Farm and Dairy newspaper (Salem)

Insurance Newscast (Twinsburg)

Vermilion Photo Journal (Vermilion)

American Vegetable Grower (Willoughby)

Greenhouse Grower (Willoughby)

Youngstown State University Magazine (Youngstown)

## News Service

Associated Press - Cincinnati Bureau (Cincinnati)

Scripps (Cincinnati)



Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

Associated Press - Cleveland Bureau (Cleveland)

City News (Cleveland)

Associated Press - State Capitol Bureau (Columbus)

Gannett News Service - Columbus Bureau (Columbus)

Hannah News Service (Columbus)

Associated Press - Dayton Bureau (Dayton)

Kent State University (Kent)

Lexis-Nexis (Miamisburg)

Muskingum College – Black and Magenta (New Concord)

Associated Press - Toledo Bureau (Toledo)

## Newspaper

Northern Review (Ada)

Akron Beacon Journal (Akron)

Babcox Publications Inc. (Akron)

Leader Publications (Akron)

The Jackson Suburbanite (Akron)

Alliance Review (Alliance)

Ashland Times-Gazette (Ashland)

Ashtabula Star Beacon (Ashtabula)

Athens Post (Athens)

The Athens Messenger (Athens)

Barberton Herald (Barberton)

Cleveland Jewish News (Beachwood)

Sun Scoop Journal (Beachwood)

Beavercreek News Current (Beavercreek)

Sun Banner (Bedford)

Bellefontaine Examiner (Bellefontaine)

Bellevue Gazette (Bellevue)

News Sun (Berea)

Sun Star (Berea)

Bowling Green Sentinel-Tribune (Bowling Green)

Sun Journal (Brooklyn)

Bryan Times (Bryan)

Telegraph-Forum (Bucyrus)

Daily Jeffersonian, The (Cambridge)

Repository, The (Canton)

Celina Standard (Celina)

Herald Sun (Chagrin)

Chillicothe Gazette (Chillicothe)

Cincinnati Business Courier (Cincinnati)

Cincinnati Enquirer (Cincinnati)

La Jornada Latina (Cincinnati)

The Herald (Circleville)

Al-Sahafa Newspaper Corporation (Cleveland)

Cleveland Jewish News (Cleveland)

Cleveland Scene (Cleveland)

Crain's Cleveland Business (Cleveland)

GIE Media, Inc. (Cleveland)

Plain Dealer, The (Cleveland)

Sun Newspapers (Cleveland)

The Daily Legal News (Cleveland)

Blade - State Capitol Bureau, The (Columbus)

Business First (Columbus)

Columbus Call and Post (Columbus)

Columbus Dispatch (Columbus)

Daily Reporter, The (Columbus)

The Lantern (Columbus)

Coshocton Tribune (Coshocton)

Dayton Business Journal (Dayton)

Dayton Daily News (Dayton)

Defiance The Crescent News (Defiance)

Delaware Gazette (Delaware)

Delphos Daily Herald (Delphos)

Review, The (East Liverpool)

Chronicle-Telegram (Elyria)

The Collegian (Elyria)

Sun Journal (Euclid)

Courier (Findlay)

Review Times (Fostoria)

News Messenger (Fremont)

Gallipolis Daily Tribune (Gallipolis)

Sun (Garfield-Maple)

Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

Greenville Daily Advocate (Greenville)

Journal News (Hamilton)

Times-Gazette (Hillsboro)

Herald Newspaper (Holland)

Holland Herald (Holland)

Ironton Tribune (Ironton)

Daily Kent Stater (Kent)

Kent State University - Daily Kent Stater (Kent)

Record-Courier (Kent/Ravenna)

Kenton Times (Kenton)

Lakewood Buzz (Lakewood)

Smart Business - Cleveland (Lakewood)

Sun Post (Lakewood)

Lancaster Eagle-Gazette (Lancaster)

Lima News (Lima)

Lisbon Morning Journal (Lisbon)

Logan Daily News (Logan)

London Madison-Press (London)

Morning Journal (Lorain)

The Morning Journal (Lorain)

Mansfield News-Journal (Mansfield)

Marietta Times (Marietta)

Marion Star (Marion)

Martins Ferry The Times Leader (Martins Ferry)

Marysville Journal Tribune (Marysville)

Massillon Independent (Massillon)

Medina County Gazette (Medina)

Sun Banner Pride (Medina)

Cox Ohio Publishing Southwest Group (Middletown)

Middletown Journal (Middletown)

Sun, The (Montrose)

Mount Vernon News (Mount Vernon)

Northwest Signal (Napoleon)

Times-Reporter, The (New Philadelphia)

Newark Advocate (Newark)

Hills Sun (Nordonia)

Sun Herald, The (North Olmsted)

West Side Sun News (North Olmsted)

Putnam County Sentinel (Ottawa)

Sun Post (Parma)

Piqua Daily Call (Piqua)

The Daily Sentinel (Pomeroy)

Port Clinton News Herald (Port Clinton)

Portsmouth Daily Times (Portsmouth)

Lakewood News Times (Rocky River)

The Salem News (Salem)

Sandusky Register (Sandusky)

Shelby Daily Globe (Shelby)

Sidney Daily News (Sidney)

Herald Sun (Solon)

Sun Messenger, The (South Euclid)

Springfield News-Sun (Springfield)

St. Marys Evening Leader (St. Mary's)

Herald-Star, The (Steubenville)

Tiffin Advertiser-Tribune (Tiffin)

Blade, The (Toledo)

El Tiempo (Toledo)

Troy Daily News (Troy)

Sun, The (Twinsburg)

John Carroll University - The Caroll News (University Heights)

Upper Sandusky Daily Chief Union (Upper Sandusky)

Urbana Daily Citizen (Urbana)

Sun Courier, The (Valley View)

Times-Bulletin (Van Wert)

Daily News (Wapakoneta)

Tribune Chronicle (Warren)

Trumbull County Legal News (Warren)

Warren Tribune Chronicle (Warren)

Washington Court House Record Herald (Washington)

Sun (West Akron)

Sun (West Geauga)

News Herald (Willoughby)

Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

Willoughby News Herald (Lake Co.) (Willoughby)

Wilmington News-Journal (Wilmington)

Wooster Daily Record (Wooster)

Fairborn Daily Herald (Xenia)

The Xenia Daily Gazette (Xenia)

Youngstown Vindicator (Youngstown)

Youngstown-Warren Business Journal (Youngstown)

Times Recorder (Zanesville)

## Online

www.fashionelite.com (Akron)

Entertainment Ohio (Barberton)

Confessions of a Messy Mama (Cincinnati)

Cleveland.com (Cleveland)

Ohio Daily Blog (Cleveland)

Compuserve (Columbus)

Life According To GreenVics (Columbus)

Front Page Freebies (Marion)

Life Full of Laughter (Newark)

PointBuzz.com (North Ridgeville)

Buckeye State Blog (Sardis)

FranciscanEdge.com (Steubenville)

Liberal Common Sense blog (Toledo)

## Radio

WAKR-AM (Akron)

WONE-FM (Akron)

WQMX-FM (Akron)

WDJQ-FM (Alliance)

WDPN-AM (Alliance)

WRMU-FM (Alliance)

WMTR-FM (Archbold)

WNCO-AM (Ashland)

WATH-AM (Athens)

WOUB-AM (Athens)

WOUB-FM (Athens)

WXTQ-FM (Athens)

WBWC-FM (Berea)

WBNO-FM (Bryan)

WCMJ-FM (Cambridge)

WWKC-FM (Cambridge)

WHBC-AM (Canton)

WBEX-AM (Chillicothe)

WCHI-AM (Chillicothe)

WKKJ-FM (Chillicothe)

WLZT-FM (Chillicothe)

WEBN-FM (Cincinnati)

WKRC-AM (Cincinnati)

WLW-AM (Cincinnati)

WVXU-FM (Cincinnati)

WXUT (Cincinnati)

WCPN-FM (Cleveland)

WCRF-FM (Cleveland)

WDOK-FM (Cleveland)

WJMO-AM (Cleveland)

WVME-FM (Cleveland)

WVML-FM (Cleveland)

WVMS-FM (Cleveland)

Ohio News Network (Columbus)

OHIO NEWS NETWORK - RADIOOHIO (Columbus)

WBNS-AM (Columbus)

WBNS-FM (Columbus)

WBWR-FM (Columbus)

WCBE-FM (Columbus)

WCOL-FM (Columbus)

WJKR-FM (Columbus)

WMNI-AM (Columbus)

WMNI-FM (Columbus)

WNCI-FM (Columbus)

WOSU-AM (Columbus)

WOSU-FM (Columbus)

WRKZ-FM (Columbus)

WSNY-FM (Columbus)

WTVN-AM (Columbus)

Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

WVKO-AM (Columbus)

WYTS-AM (Columbus)

WTNS-AM (Coshocton)

WTNS-FM (Coshocton)

WDAO-AM (Dayton)

WDKF-FM (Dayton)

WFCJ-FM (Dayton)

WHIO-AM (Dayton)

WHIO-FM (Dayton)

WHKO-FM (Dayton)

WLQT-FM (Dayton)

WMMX-FM (Dayton)

WTUE-FM (Dayton)

WONW-AM (Defiance)

WJER-AM (Dover)

WEOL-AM (Elyria)

WLFC-FM (Findlay)

WMOH-AM (Hamilton)

WSRW-AM (Hillsboro)

WFHM-FM (Independence)

WGAR-FM (Independence)

WHK-AM (Independence)

WHLK-FM (Independence)

WMJI-FM (Independence)

WMMS-FM (Independence)

WTAM-AM (Independence)

WKSU-AM (Kent)

WKSU-FM (Kent)

WNIR-FM (Kent)

WKTN-FM (Kenton)

WIMA-AM (Lima)

WIMT-FM (Lima)

WTGN-FM (Lima)

WZRX-FM (Lima)

WKNA-FM (Logan)

WMAN-AM (Mansfield)

WYHT-FM (Mansfield)

WMRT-FM (Marietta)

WMRN-FM (Marion)

WRXS-FM (Marion)

WKLM-FM (Millersburg)

WNZR-FM (Mount Vernon)

WNDH-FM (Napoleon)

WMCO-FM (New Concord)

WTUZ-FM (New Philadelphia)

WHTH-AM (Newark)

WARF-AM (North Canton)

WHLO-AM (North Canton)

WHOF-FM (North Canton)

WKDD-FM (North Canton)

WRQK-FM (North Canton)

WMUB-FM (Oxford)

WOMP-AM (Steubenville)

WCWA/AM (Toledo)

WLQR-AM (Toledo)

WRVF-FM (Toledo)

WSPD/AM (Toledo)

WSPD-AM (Toledo)

WVKS-FM (Toledo)

WKSD-FM (Van Wert)

WCHO-AM (Washington Court House)

WCHO-FM (Washington Court House)

WRAC-FM (West Union)

WCSU-FM (Wilberforce)

WKVX-AM (Wooster)

WBZI-AM (Xenia)

WYSO-FM (Yellow Springs)

WKBN-AM (Youngstown)

WPIC-AM (Youngstown)

WHIZ-FM (Zanesville)

## Television

WOUB-TV (Athens)

WCPO-TV (Cincinnati)

PR Newswire
A UBM plc company

Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

WKRC-TV (Cincinnati)

WLWT-TV (Cincinnati)

WXIX-TV (Cincinnati)

WEWS-TV (Cleveland)

WJW-TV (Cleveland)

WKYC-TV (Cleveland)

WOIO-TV (Cleveland)

WUAB-TV (Cleveland)

WBNS-TV (Columbus)

WCMH-TV (Columbus)

WSYX-TV (Columbus)

WDTN-TV (Dayton)

WHIO-TV (Dayton)

WKEF-TV (Dayton)

WNEO-TV (Kent)

WLIO-TV (Lima)

WTOV-TV (Steubenville)

WNWO-TV (Toledo)

WTOL-TV (Toledo)

WTVG-TV (Toledo)

WUPW-TV (Toledo)

WFMJ-TV (Youngstown)

WKBN-TV (Youngstown)

WYTV-TV (Youngstown)

WHIZ-TV (Zanesville)

## OKLAHOMA

### Magazine

View Magazine (Edmond)

Internet Celebrity Magazine (Muskogee)

MetroFamily Magazine (Norman)

Music X-Press Magazine (Oklahoma City)

Oklahoma Banker (Oklahoma City)

Oklahoma Today (Oklahoma City)

Slice Magazine (Oklahoma City)

### News Service

Associated Press - Oklahoma City Bureau (Oklahoma City)

OETA - The Oklahoma Network (Oklahoma City)

Oklahoma News Network (Oklahoma City)

Associated Press - Tulsa Bureau (Tulsa)

### Newspaper

ADA News (Ada)

Altus Times (Altus)

Alva Review Courier/Newsgram-Advocate (Alva)

The Anadarko Daily News (Anadarko)

Ardmore Daily Ardmoreite (Ardmore)

Bartlesville Examiner-Enterprise (Bartlesville)

Broken Arrow Ledger (Broken Arrow)

Catoosa Times (Broken Arrow)

Chickasha Daily Express (Chickasha)

Claremore The Daily Progress (Claremore)

Daily Progress (Claremore)

Duncan Banner (Duncan)

Durant Daily Democrat (Durant)

Edmond Sun (Edmond)

The Vista (Edmond)

The Daily Elk Citian (Elk City)

Enid News & Eagle (Enid)

Grove Sun (Grove)

Guymon Daily Herald (Guymon)

Holdenville News (Holdenville)

Hugo Daily News (Hugo)

Idabel Mccurtain Gazette (Idabel)

Inola Independent (Inola)

Lawton Constitution, The (Lawton)

Mannford Eagle (Mannford)

Sand Springs Leader (Mannford)

McAlester News-Capital (McAlester)

Miami News-Record (Miami)

Muskogee Phoenix & Times-Democrat (Muskogee)



Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

Norman Transcript (Norman)

Oklahoma Daily (Norman)

Daily Oklahoman, The (Oklahoma City)

Durocher's Oklahoma City Business (Oklahoma City)

El Nacional de Oklahoma (Oklahoma City)

Journal Record, The (Oklahoma City)

Oklahoma Gazette (Oklahoma City)

The Gayly (Oklahoma City)

Owasso Reporter (Owasso)

Pauls Valley Daily Democrat (Pauls valley)

Ponca City News (Ponca City)

Poteau Daily News (Poteau)

Pryor Daily Times (Pryor)

Southwest Tulsa News (Sand Springs)

Sapulpa Daily Herald (Sapulpa)

Shawnee News Star (Shawnee)

Stillwater News Press (Stillwater)

The Gayly Oklahoman (Stillwater)

Cherokee Phoenix (Tahlequah)

Tahlequah Daily Press (Tahlequah)

Bixby Bulletin (Tulsa)

Collinsville News (Tulsa)

Glenpool Post (Tulsa)

Greater Tulsa Reporter (Tulsa)

Jenks Journal (Tulsa)

Source Publications, Inc. (Tulsa)

Tulsa Beacon (Tulsa)

Tulsa Business Journal (Tulsa)

Tulsa Daily Commerce and Legal News (Tulsa)

Tulsa World (Tulsa)

Wagoner Tribune (Wagoner)

Woodward News (Woodward)

## Online

DemoOkie.com  (Edmond)

Technojunkyard (Edmond)

TheStreetSweeper.org (Edmond)

Routes (Norman)

oruoracle.com (Tulsa)

Route 66 News (Tulsa)

## Radio

KQTZ-FM (Altus)

KRIG-FM (Bartlesville)

KWON-AM (Bartlesville)

KYFM-FM (Bartlesville)

KUSH Radio (Cushing)

KECO-FM (Elk City)

KOFM-FM (Enid)

KTJS-AM (Hobart)

KIHN-AM (Hugo)

KITX-FM (Hugo)

KCCU-FM (Lawton)

KLAW-FM (Lawton)

KNED-AM (Mc alester)

KGOU-FM (Norman)

KROU-FM (Norman)

KKNG-FM (Oklahoma city)

KMGL-FM (Oklahoma City)

KOMA FM News (Oklahoma City)

KOMA-FM (Oklahoma City)

KRXO-FM (Oklahoma City)

KTOK-AM (Oklahoma City)

KPGM-AM (Pawhuska)

KPNC-FM (Ponca City)

WBBZ-AM (Ponca City)

KGFF AM Radio (Shawnee)

KOSU Radio (Stillwater)

KOSU-FM (Stillwater)

KFAQ-AM (Tulsa)

KHTT-FM (Tulsa)

KRAV-FM (Tulsa)

KRMG-AM (Tulsa)

KRMG-FM (Tulsa)

Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

KVOO-FM (Tulsa)

KWEN-FM (Tulsa)

KXBL-FM (Tulsa)

KWEY-AM (Weatherford)

KWEY-FM (Weatherford)

KWOX-FM (Woodward)

## Television

WLIO-TV (Alva)

KSWO-TV (Lawton)

KETA-TV (Oklahoma city)

KFOR-TV (Oklahoma City)

KOCO-TV (Oklahoma City)

KOKH-TV (Oklahoma City)

KWTV-TV (Oklahoma City)

KWEM-TV31 (Stillwater)

KJMM (Tulsa)

KJRH-TV (Tulsa)

KOKI-TV (Tulsa)

KOTV-TV (Tulsa)

KTUL-TV (Tulsa)

## OREGON

## Magazine

Joy Magazine (Ashland)

Wooden Horse Magazines (Astoria)

Inside GNSS magazine (Eugene)

Sexis Magazine (Milwaukie)

Christian News Northwest (Newburg)

Commerce Magazine (Portland)

## News Service

Associated Press - Grants Pass Bureau (Grants Pass)

Associated Press - Portland, OR Bureau (Portland)

Bloomberg News - Portland Bureau (Portland)

Associated Press - Salem Bureau (Salem)

## Newspaper

Albany Democrat-Herald (Albany)

Daily Tidings (Ashland)

Oregon Legal Journal (Ashland)

Daily Astorian (Astoria)

Baker Democrat-Herald (Baker City)

Record Courier (Baker City)

Bend Bulletin (Bend)

Cascade Business News (Bend)

Western Communications Inc (Bend)

World, The (Coos Bay)

Corvallis Gazette-Times (Corvallis)

Polk County Itemizer-Observer (Dallas)

The Dalles Chronicle (Dalles)

Upper Rogue Independent (Eagle Point)

Eugene Weekly (Eugene)

Oregon Daily Emerald (Eugene)

Register-Guard (Eugene)

University of Oregon - School of Journalism (Eugene)

Grants Pass Daily Courier (Grants Pass)

The Outlook (Gresham)

Hermiston Herald (Hermiston)

Hillsboro Argus (Hillsboro)

Keiser Times (Keiser)

Herald and News (Klamath Falls)

La Grande Observer (La Grande)

The Voice (La Grande)

The News-Register (McMinnville)

Ashland Daily Tidings (Medford)

Medford Mail Tribune (Medford)

Newberg Graphic, The (Newberg)

Argus Observer (Ontario)

Confederated Umatilla Journal (Pendleton)

East Oregonian (Pendleton)

Pendleton East Oregonian (Pendleton)

Business Journal, The (Portland)

PR Newswire
A UBM plc company

Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

Daily Journal of Commerce (Portland)

Daily Vanguard (Portland)

El Hispanic News (Portland)

Green Heritage News (Portland)

Oregon Business Magazine (Portland)

Oregonian, The (Portland)

Portland Daily Journal of Commerce (Portland)

Portland Observer (Portland)

Portland Tribune (Portland)

Skanner, The (Portland)

Sustainable Business Oregon (Portland)

Willamette Week (Portland)

News-Review, The (Roseburg)

Christian Business Chronicle (Salem)

Statesman Journal (Salem)

Seaside Signal (Seaside)

Sheridan Sun (Sheridan)

Woodburn Independent (Woodburn)

## Online

Beaverton Business (Beaverton)

Gypsy Mama Logs (Central Point)

Mama Notes (Corvallis)

Frugal Spots (Damascus)

Enobytes (Hillsboro)

Cleantech Concepts (Portland)

NozzlNewsPDX (Portland)

Spirit Feast (Portland)

StayPlayDine.com (Portland)

PureBulk.com (Roseburg)

Salem-News.com (Salem)

Sandy Post (Sandy)

Sunriver Scene (Sunriver)

Pretty Pink Momma (Sweet Home)

## Radio

KSOR-FM (Ashland)

KSRG-FM (Ashland)

KMUN-FM (Astoria)

KBND-AM (Bend)

KBNW-AM (Bend)

KOAB-FM (Bend)

KSBA-FM (Coos Bay)

KYTT-FM (Coos Bay)

KOAC-AM (Corvallis)

KKNU-FM (Eugene)

KLCC-FM (Eugene)

KMGE-FM (Eugene)

KRVM-AM (Eugene)

KUGN-AM (Eugene)

KCST-FM (Florence)

KAGI-AM (Grants Pass)

Talk Radio Network (Grants Pass)

KFLS-AM (Klamath Falls)

KFLS-FM (Klamath Falls)

KTVR-FM (La Grande)

KOAP-FM (Lakeview)

KQIK-FM (Lakeview)

KGAL-AM (Lebanon)

KSHO-AM (Lebanon)

KLYC-AM (McMinnville)

KDOV-FM (Medford)

KSRV-AM (Ontario)

KRBM-FM (Pendleton)

KTIX-AM (Pendleton)

KUMA-FM (Pendleton)

KWHT-FM (Pendleton)

KBPS-AM (Portland)

KEX-AM (Portland)

KFBW-FM (Portland)

KINK-FM (Portland)

KKCW-FM (Portland)

KKOV-AM (Portland)

KKRZ-FM (Portland)

KKSN-AM (Portland)

PR Newswire
A UBM plc company

Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

KMHD-FM (Portland)

KOPB-FM (Portland)

KPAM-AM (Portland)

KPDQ-FM (Portland)

KPOJ-AM (Portland)

KXL-AM (Portland)

Metro Networks (Portland)

The Thom Hartmann Program (Portland)

KQEN-AM (Roseburg)

KTBR-AM (Roseburg)

KSJK-AM (Talent)

KODL-AM (The Dalles)

KTMK-FM (Tillamook)

KWSO-FM (Warm springs)

KAST-AM (Warrenton)

KGRV-AM (Winston)

## Television

KPTV-TV (Beaverton)

KTVZ-TV (Bend)

KEZI-TV (Eugene)

KVAL-TV (Eugene)

KDKF-TV (Klamath Falls)

KOTI-TV (Klamath Falls)

KDRV-TV (Medford)

KOBI-TV (Medford)

KTVL-TV (Medford)

KATU-TV (Portland)

KGW-TV (Portland)

KOIN-TV (Portland)

KPDX-TV (Portland)

KMTR-TV (Springfield)

## PENNSYLVANIA

## Magazine

Chester County Reporter (Chester County)

Healthcom Media (Doylestown)

High Roller magazine (Doylestown)

Lancaster Farming (Ephrata)

Tangent magazine (lifestyle pub) (Erie)

Wireless Workforce (Erie)

Hagerstown Magazine (Hagerstown)

Central Penn Business (Harrisburg)

Calkins Media (Horsham)

Today's Diet & Nutrition (Milford)

Therapy Times (Norristown)

3D Scanning Technologies (North Wales)

PMT Magazine (Paoli)

Broad Street (lifestyle) (Philadelphia)

Horizon Press (Philadelphia)

MainLine magazine (lifestyle pub) (Philadelphia)

Obaasema Magazine (Philadelphia)

Philadelphia Style (Philadelphia)

Prism Media (Philadelphia)

ALM Media (Philly)

Steel Business Briefing (Pittsburgh)

MarketingSherpa (Scranton)

Great Vally Publishing (Spring City)

Advertising Specialty Institute (Trevose)

Successful Promotions (Trevose)

PWC Magazine (Wallingford)

Association for Iron & Steel Technology (Warrendale)

The Minerals, Metals and Materials Society (Warrnedale)

Andrews Publishing (Wayne)

Weekly Reader (York)

## News Service

Associated Press - Harrisburg Bureau (Harrisburg)

Gannett News Service - Harrisburg Bureau (Harrisburg)

Radiate Media Solutions (Malvern)

Associated Press - Philadelphia Bureau (Philadelphia)


Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

City Hall Newsroom (Philadelphia)

Knight-Ridder/Tribune Info. Services - Philadelphia
Bureau (Philadelphia)

Presslink (Philadelphia)

Reuters - Philadelphia Bureau (Philadelphia)

Associated Press - Pittsburgh Bureau (Pittsburgh)

Wall Street Journal (Pittsburgh)

Associated Press - State College Bureau (State
College)

Pennsylvania State University (State College)

## Newspaper

Morning Call, The (Allentown)

Altoona Mirror (Altoona)

Beaver County Times (Beaver)

Ellwood City Ledger (Beaver)

Bedford Gazette Llc. (Bedford)

Eastern Pennsylvania Business Journal (Bethlehem)

Bloomsburg Press Enterprise (Bloomsburg)

Bradford Era (Bradford)

Butler Eagle (Butler)

California Univ Of Penn - Cal Times (California)

Pennsylvania Township News (Camp Hill)

Carlisle Sentinel (Carlisle)

PublicOpinion (Chambersburg)

Clarion University Of PA - Clarion Call (Clarion)

Progress, The (Clearfield)

The Daily Courier (Connellsville)

Corry Evening Journal (Corry)

Intelligencer, The (Doylestown)

Express-Times, The (Easton)

Erie Times-News (Erie)

The News-Herald (Franklin)

Gettysburg Times (Gettysburg)

Gettysburgian (Gettysburg)

Tribune-Review (Greensburg)

Greenville Record-Argus (Greenville)

The Collegian - Grove City College (Grove City)

Evening Sun (Hanover)

Hanover Evening Sun (Hanover)

PA VFW News (Harrisburg)

Patriot-News, The (Harrisburg)

News of Delaware County (Havertown)

Standard-Speaker (Hazleton)

Honesdale Wayne Independent (Honesdale)

The Daily News (Huntingdon)

Indiana Evening Gazette (Indiana)

Indiana Gazette (Indiana)

The Centre County Gazette (Indiana)

Our Town (Johnstown)

Tribune Democrat, The (Johnstown)

Kane The Republican (Kane)

Leader Times (Kittanning)

Intelligencer Journal (Lancaster)

Lancaster New Era (Lancaster)

Lancaster Newspapers (Lancaster)

Lancaster Sunday News (Lancaster)

Reporter, The (Lansdale)

Latrobe Bulletin (Latrobe)

Lebanon Daily News (Lebanon)

Lehighton Times-News (Lehighton)

Bucks County Courier Times (Levittown)

Lewistown Sentinel (Lewistown)

The Sentinel (Lewistown)

LockHavenExpress (Lock Haven)

Daily News, The (McKeesport)

Meadville Tribune (Meadville)

Harrisburg Patriot & Evening News (Mechanicsburg)

Tri-State News (Milford)

Milton Daily Standard (Milton)

Monessen Valley Independent (Monessen)

Tri-County Record (Morgantown)

New Castle News (New Castle)

Westminster College - The Westminster Hol (New
Wilmington)

Centurion (Newtown)



Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

Times Herald (Norristown)

Derrick and News Herald, The (Oil City)

Al Dia (Philadelphia)

Green City Journal (Philadelphia)

Metro (Philadelphia)

Philadelphia Business Journal (Philadelphia)

Philadelphia City Paper (Philadelphia)

Philadelphia Daily News (Philadelphia)

Philadelphia Inquirer, The (Philadelphia)

Philadelphia Tribune, The (Philadelphia)

The Examiner (Philly Edition) (Philadelphia)

The Legal Intelligencer (Philadelphia)

The Triangle (Philadelphia)

Gateway newspapers (Pittsburgh)

Greensburg Tribune Review (Pittsburgh)

Griffin Publishing (Pittsburgh)

Pittsburgh Business Times (Pittsburgh)

Pittsburgh Post-Gazette (Pittsburgh)

Pittsburgh Tribune-Review (Pittsburgh)

Wall Street Journal - Pittsburgh Bureau, The
(Pittsburgh)

Mercury, The (Pottstown)

Pottsville Republican & Evening Herald (Pottsville)

Delaware County Daily Times (Primos)

The Punxutawney Spirit (Punxsutawney)

The Loquitor (Cabrini College weekly (Radnor)

Reading Eagle (Reading)

Ridgway Record (Ridgway)

Sayre Evening Times (Sayre)

Northeast Pennsylvania Business Journal
(Scranton)

Scranton Times-Tribune (Scranton)

The University of Scranton (The Aquinas) (Scranton)

Times Shamrock (Scranton)

News Item (Shamokin)

Sharon Herald (Sharon)

Herald, The (Sharpsburg)

Somerset Daily American (Somerset)

St. Marys Daily Press (St. marys)

Centre Daily Times (State College)

PA Business Central (State College)

State College Centre Daily Times (State College)

Pocono Record (Stroudsburg)

Daily Item (Sunbury)

Sunbury Daily Item (Sunbury)

Valley News Dispatch (Tarentum)

Titusville Herald (Titusville)

Towanda Daily Review (Towanda)

Philadelphia Northeast Times (Trevose)

The Daily Herald (Tyrone)

Herald-Standard (Uniontown)

Pennsylvania State University - The Daily (University
Park)

Warren Times Observer (Warren)

Observer-Reporter (Washington)

The Record Herald (Waynesboro)

Daily Local News (West Chester)

West Chester Daily Local News (West Chester)

Citizens' Voice (Wilkes-Barre)

Times Leader (Wilkes-Barre)

Wilkes-Barre Citizens Voice (Wilkes-Barre)

Wilkes-Barre Times Leader (Wilkes-Barre)

Williamsport Sun-Gazette (Williamsport)

York Daily Record (York)

YorkDispatch (York)

Business Journal (Youngstown)

## Online

Chronicles (Beach Lake)

Bioresearch.com (Erie)

www.besttechie.com (Merion Station)

DoubleSpeak  (Philadelphia)

Greenskills (Philadelphia)

Health Camp (Philadelphia)

Keystone Edge (Philadelphia)

Phillywired.com (Philadelphia)



Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

TechFun (Philadelphia)

ParentingTeensOnline.com (Philly)

Writer's Digest (Phoenixville)

Steel Business Briefing (Pittsburg)

SecurityFocus (Richboro)

MMAWeekly.com (Seven Fields)

Healthypet.com (Yardley)

## Radio

Heart to Heart-WDAS-FM (Bala Cynwyd)

WDAS-AM (Bala Cynwyd)

WDAS-FM (Bala Cynwyd)

WISX-FM (Bala Cynwyd)

WMGK-FM (Bala Cynwyd)

WWDB-AM (Bala Cynwyd)

WBVP-AM (Beaver Falls)

WMKX-FM (Brookville)

WBGM-FM (Danville)

WPGM-AM (Danville)

WPGM-FM (Danville)

WDSN-FM (Du Bois)

WJET-FM (Erie)

WGET-AM (Gettysburg)

WGTY-FM (Gettysburg)

WAYZ-FM (Greencastle)

Pennsylvania Radio Network (Harrisburg)

Radio Pennsylvania (Harrisburg)

WHKF-FM (Harrisburg)

WHP-AM (Harrisburg)

WITF-FM (Harrisburg)

WQLV-FM (Harrisburg)

WRBT-FM (Harrisburg)

WRVV-FM (Harrisburg)

WNTP-AM (Lafayette Hill)

WDAC (Lancaster)

WDAC-FM (Lancaster)

WLAN-FM (Lancaster)

Metro Networks (Manayunk)

WKZF-FM (Manheim)

WROZ-FM (Manheim)

WPEL-AM (Montrose)

WPEL-FM (Montrose)

WWNW-FM (New Wilmington)

KYWAM (Philadelphia)

KYW-AM (Philadelphia)

WHYY-AM (Philadelphia)

WHYY-FM (Philadelphia)

WIQI-FM (Philadelphia)

WRTI-FM (Philadelphia)

WXPH-FM (Philadelphia)

WXPN-FM (Philadelphia)

The Handguys Podcast (Phoenixville)

American Urban Radio Network (Pittsburgh)

KDKA-AM (Pittsburgh)

KQV-AM (Pittsburgh)

WAMO-FM (Pittsburgh)

WDVE-FM (Pittsburgh)

WESA-FM (Pittsburgh)

WLTJ-FM (Pittsburgh)

WLTJ-FM\ (Pittsburgh)

WRRK-FM (Pittsburgh)

WWSW-FM (Pittsburgh)

WBZU-AM (Pittston)

WILK-AM (Pittston)

WILK-FM (Pittston)

WKZN-AM (Pittston)

WVIA-FM (Pittston)

WAVT-FM (Pottsville)

WPPA-AM (Pottsville)

WQKX-FM (Selinsgrove)

WQSU-FM (Selinsgrove)

WKOK-AM (Sunbury)

WMBS-AM (Uniontown)

Penn State Public Broadcasting (University Park)

Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

WPSU-FM (University Park)

WNAE-AM (Warren)

WJPA-AM (Washington)

WJPA-FM (Washington)

WAEB-AM (Whitehall)

WAEB-FM (Whitehall)

WZZO-FM (Whitehall)

WBLJ-FM (Williamsport)

WBYL-FM (Williamsport)

WKSB-FM (Williamsport)

WPTC-FM (Williamsport)

WRAK-AM (Williamsport)

WRKK-AM (Williamsport)

WSBA News Radio (York)

WSBA-AM (York)

WVYC-FM (York)

## Television

Medstar Television, Inc. (Allentown)

WFMZ-TV (Allentown)

WTAJ-TV (Altoona)

Express Broadcasting Services/Shadow
   Broadcasting (Bala Cynwyd)

WCAU-TV (Bala Cynwyd)

WCAU-TV (Wireless Headlines Demo) (Bala
   Cynwyd)

Service Electric Cable News (Bethlehem)

Cable 11 News (Ephrata)

WFXP-TV (Erie)

WICU-TV (Erie)

WJET-TV (Erie)

WSEE-TV (Erie)

WHP-TV (Harrisburg)

WHTM-TV (Harrisburg)

WITF-TV (Harrisburg)

WJAC-TV (Johnstown)

WGAL-TV (Lancaster)

KOAT-TV (Lehigh Valley)

WNEP-TV (Moosic)

Cable 11 News (Pencor) (Palmerton)

CN8 (Philadelphia)

KYW-TV (Philadelphia)

WPHL-TV (Philadelphia)

WPVI- TV (Philadelphia)

WPVI-TV (Philadelphia)

WTXF-TV (Philadelphia)

KDKA-TV (Pittsburgh)

Pittsburgh Cable News Channel (Pittsburgh)

WPGH-TV (Pittsburgh)

WPXI-TV (Pittsburgh)

WTAE-TV (Pittsburgh)

WBRE-TV (Wilkes-Barre)

WPMT-TV (York)

## PUERTO RICO

### News Service

Associated Press - Puerto Rico Bureau (Guaynabo)

### Online

universia.pr (San Juan)

## RHODE ISLAND

### Magazine

Trimed Media Group (Providence)

### News Service

Associated Press - Providence Bureau (Providence)

### Newspaper

Newport Daily News (Newport)

The Times (Pawtucket)

Providence Business News (Providence)

Providence Journal-Bulletin (Providence)

PR Newswire
A UBM plc company

Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

The Kent County Daily Times (West Warwick)

Westerly Sun (Westerly)

The Call (Woonsocket)

## Online

Mashable.com (Portsmouth)

Rhode Island's Future (Providence)

## Radio

BSR Radio 88.1 FM (Providence)

WBRU-FM (Providence)

WHJJ-AM (Providence)

WHJY-FM (Providence)

WRNI (Providence)

WWBB-FM (Providence)

WPRO-AM (Riverside)

## Television

WPRI-TV (East Providence)

Lin Television Corporation (Providence)

WJAR-TV (Providence)

WLNE-TV (Providence)

## SOUTH CAROLINA

## Magazine

Alternatives News Magazine (Myrtle Beach)

## News Service

Associated Press - Charleston, South Carolina Bureau (Charleston)

Associated Press - Columbia Bureau (Columbia)

## Newspaper

Aiken Standard (Aiken)

Anderson Independent-Mail (Anderson)

Beaufort Gazette (Beaufort)

Charleston Regional Business Journal (Charleston)

Post and Courier, The (Charleston)

State, The (Columbia)

The Columbia Star (Columbia)

Gacsis News (Conway)

News & Press (Darlington)

Citizen News (Edgefield)

The Citizen News (Edgefield)

Morning News (Florence)

Gaffney The Ledger (Gaffney)

Berkeley Independent (Goose Creek)

Goose Creek Gazette (Goose Creek)

Greenville News (Greenville)

The Index-Journal (Greenwood)

Island Packet, The (Hilton Head Island)

Lexington County Chronicle & The Dispatch-News Lexington (Lexington)

Latino Newspaper (Mauldin)

Moultrie News (Mt. Pleasant)

Myrtle Beach Sun News (Myrtle Beach)

North Augusta Star (North Augusta)

Orangeburg Times & Democrat (Orangeburg)

Herald, The (Rock Hill)

Seneca Daily Journal And Messenger (Seneca)

Spartanburg Business Report (Spartanburg)

Spartanburg Herald-Journal (Spartanburg)

Journal Scene (Summerville)

Item, The (Sumter)

Union Daily Times (Union)

## Online

MidLandsBiz.com (Columbia)

Florence Morning News (Florence)

AlisonStorm.com (Greenville)

The Greer Citizen (Greer)

Kelly's Thoughts On Things (Lexington)

WBTW-TV (Myrtle Beach)

WorldGolf.com (Myrtle Beach)

Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

## Radio

WISW-AM (Cayce)

WLXC-FM (Cayce)

WNKT-FM (Cayce)

WOMG-FM (Cayce)

WAVF-FM (Charleston)

WCKN-FM (Charleston)

WIOP-FM (Charleston)

WTMA-AM (Charleston)

WXST-FM (Charleston)

WCCP-FM (Clemson)

WCOS-FM (Columbia)

WLTR-FM (Columbia)

WLTY-FM (Columbia)

WNOK-FM (Columbia)

WTCB-FM (Columbia)

WVOC-AM (Columbia)

WVOC-FM (Columbia)

WXBT-AM (Columbia)

WZZQ-AM (Gaffney)

WBJU-FM (Greenville)

WESC-FM (Greenville)

WFBC-FM (Greenville)

WMUU-FM (Greenville)

WMYI-FM (Greenville)

WORD-AM (Greenville)

WROQ-FM (Greenville)

WSPA-FM (Greenville)

WSSL-FM (Greenville)

WTPT-FM (Greenville)

WYRD-AM (Greenville)

WYRD-FM (Greenville)

WEZL-FM (Mount Pleasant)

WRFQ-FM (Mount Pleasant)

WSCC-FM (Mount Pleasant)

WXLY-FM (Mount Pleasant)

WEZV-FM (Myrtle Beach)

WRNN-FM (Myrtle Beach)

WYEZ-FM (Myrtle Beach)

WJZY-AM (Ravenel)

WOLT-FM (Spartanburg)

WDXY-AM (Sumter)

## Television

WCBD-TV (Charleston)

WCIV-TV (Charleston)

WCSC-TV (Charleston)

WTAT-TV (Charleston)

WACH-TV (Columbia)

WIS-TV (Columbia)

WLTX-TV (Columbia)

WOLO-TV (Columbia)

WBTW-TV (Florence)

WPDE-TV (Florence-Myrtle Beach)

WHNS-TV (Greenville)

WYFF-TV (Greenville-Spartanburg-Ashville-Anderson)

WMBF-TV (Myrtle Beach)

WRDW-TV (North Augusta)

WSPA-TV (Spartanburg)

WYCW-TV (Spartanburg)

## SOUTH DAKOTA

### News Service

Associated Press - Pierre Bureau (Pierre)

Associated Press - Sioux Falls Bureau (Sioux Falls)

### Newspaper

American News (Aberdeen)

Brookings Daily Register (Brookings)

South Dakota State University (Brookings)

Groton Independent (Groton)

Huron Daily Plainsman (Huron)

Madison Daily Leader (Madison)

PR Newswire
A UBM plc company

Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

Daily Republic (Mitchell)

Mitchell Daily Republic (Mitchell)

Argus Leader (Pierre)

Capital Journal (Pierre)

Black Hills Weekend - The Rapid City Journal (Rapid City)

Rapid City Journal (Rapid City)

Sioux Falls Argus Leader (Sioux Falls)

Black Hills Pioneer (Spearfish)

Black Hills Press (Sturgis)

University Of Dakota (Vermillion)

Watertown Public Opinion (Watertown)

Yankton Daily Press & Dakotan (Yankton)

Yankton Press & Dakotan (Yankton)

## Online

About2Buy (Dakota Dunes)

## Radio

KGIM-FM (Aberdeen)

KBFS-AM (Belle Fourche)

South Dakota Public Broadcasting (Bismarck)

KBRK-AM (Brookings)

KBRK-FM (Brookings)

KJJQ-AM (Brookings)

KIJV-AM (Huron)

KOKK-AM (Huron)

KXLG-FM (Huron)

KZNC-FM (Huron)

KBJM-AM (Lemmon)

KJAM-AM (Madison)

KJAM-FM (Madison)

KBWS-FM (Milbank)

KMSD-AM (Milbank)

KORN Radio (Mitchell)

KORN-AM (Mitchell)

KOLY-AM (Mobridge)

Dakota News Network (Pierre)

KCCR-AM (Pierre)

KGFX-AM (Pierre)

KOTA-AM (Rapid City)

KQRQ-FM (Rapid City)

KZLK-FM (Rapid City)

KELO-AM (Sioux Falls)

KELO-FM (Sioux Falls)

KNWC-AM (Sioux Falls)

KNWC-FM (Sioux Falls)

KRRO-FM (Sioux Falls)

KSOO-AM (Sioux Falls)

KSQB-FM (Sioux Falls)

KTWB-FM (Sioux Falls)

KWSN-AM (Sioux Falls)

KXQL-FM (Sioux Falls)

KXRB-AM (Sioux Falls)

KBHB-AM (Sturgis)

KIXX-FM (Watertown)

KSDR-AM (Watertown)

KWAT-AM (Watertown)

KWYR-AM (Winner)

KWYR-FM (Winner)

KVHT-FM (Yankton)

KYNT-AM (Yankton)

## Television

KEVN-TV (Rapid City)

KNBN-TV (Rapid City)

KOTA-TV (Rapid City)

KDLT-TV (Sioux Falls)

KELO-TV (Sioux Falls)

KSFY-TV (Sioux Falls)

## TENNESSEE

## Magazine

Urban Voice Magazine (Chattanooga)



Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

Spry magazine (Franklin)

Contemporary Media Inc. (Memphis)

Country Weekly (Nashville)

## News Service

Associated Press - Nashville Bureau (Brentwood)

Associated Press - Chattanooga Bureau (Chattanooga)

Associated Press - Knoxville Bureau (Knoxville)

Associated Press - Memphis Bureau (Memphis)

Bloomberg News - Nashville Bureau (Nashville)

The First Amendment Center at Vanderbilt (Nashville)

## Newspaper

Knoxville News-Sentinel - Blount County Bureau (Alcoa)

Daily Post-Athenian (Athens)

Chattanooga Times Free Press (Chattanooga)

Austin Peay State University (Clarksville)

Leaf-Chronicle, The (Clarksville)

Cleveland Daily Banner (Cleveland)

The Southern Accent (Collegedale)

The Daily Herald Columbia (Columbia)

Cookeville Herald-Citizen (Cookeville)

The Daily Helmsman (Cordova)

Crossville Chronicle (Crossville)

Dyersburg State Gazette (Dyersburg)

Elizabethton Star (Elizabethton)

Germantown Appeal (Germantown)

Greeneville Sun (Greeneville)

Jackson Sun (Jackson)

The Northwest Tennessee Times (Jackson)

Johnson City Press (Johnson City)

Kingsport Times-News (Kingsport)

Knoxville Daily Sun (Knoxville)

Knoxville Journal-Express, The (Knoxville)

Knoxville News-Sentinel, The (Knoxville)

Mundo Hispano (Knoxville)

University Of Tennessee - Daily Beacon (Knoxville)

Lebanon Democrat (Lebanon)

The Pacer University of Tennessee (Martin)

Weakly County Press (Martin)

Daily Times, The (Maryville)

Mcminnville Southern Standard (Mcminnville)

Commercial Appeal, The (Memphis)

La Raza Memphis (Memphis)

Memphis Business Journal (Memphis)

Memphis Daily News (Memphis)

Memphis Flyer (Memphis)

New York Times Broadcast Group, The (Memphis)

The Daily News (Memphis)

The Mid-South Tribune (Memphis)

University of Memphis - The Daily Helmsman (Memphis)

Citizen Tribune (Morristown)

Morristown Citizen Tribune (Morristown)

Daily News Journal, The (Murfreesboro)

Middle Tennessee State University (Murfreesboro)

The Murfreesboro Post (Murfreesboro)

Baptist Press (Nashville)

City Paper, The (Nashville)

Nashville Business Journal (Nashville)

Tennessean, The (Nashville)

The Nashville Ledger (Nashville)

Urban Journal (Nashville)

Vanderbilt University (Nashville)

The Nolensville Dispatch (Nolensville)

Oak Ridger, The (Oak Ridge)

The Paris Post-Intelligencer (Paris)

Sevierville Mountain Press (Sevierville)

Shelbyville Times-Gazette (Shelbyville)

Tullahoma News (Tullahoma)

The Messenger (Union City)

## Online

Knox Views  (Alcoa)



Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

Gothic Blend (Antioch)

MDNews.com (Chattanooga)

Skinny Ms. (Crossville)

First Officer's Blog (Franklin)

TheRoadPro.com (Knoxville)

usathisweek.com (Knoxville)

www.savingsforsanity.com (Knoxville)

Down Home Politics (Lebanon)

Neowin (Memphis)

filmcourage.com (Nashville)

Her Nashville magazine (Nashville)

NashvillePost.com (Nashville)

restless tech (Nashville)

midsouthnewz, inc. (Savannah)

## Radio

WJSQ-FM (Athens)

WLAR-AM (Athens)

WTBG-FM (Brownsville)

WNPC/WGGQ, Morristown Citizen Tribune (Bybee)

WGOW-AM (Chattanooga)

WGOW-FM (Chattanooga)

WLND-FM (Chattanooga)

WMBW-FM (Chattanooga)

WMKW-FM (Chattanooga)

WRXR-FM (Chattanooga)

WUSY-FM (Chattanooga)

WAPX-FM (Clarksville)

WJZM-AM (Clarksville)

WKOM-FM (Columbia)

WATX (Cookeville)

WBXE (Cookeville)

WKXD (Cookeville)

WLQK (Cookeville)

WVCP-FM (Gallatin)

WGOC-AM (Gray)

WJCW-AM (Gray)

WKOS-FM (Gray)

WQUT-FM (Gray)

WXSM-AM (Gray)

WNSW-FM (Jackson)

WNWS-FM (Jackson)

WYNU-FM (Jackson)

WETS-FM (Johnson City)

WKPT-AM (Kingsport)

WMEV-FM (Kingsport)

WRZK-FM (Kingsport)

WTFM-FM (Kingsport)

WIMZ-FM (Knoxville)

WIVK-FM (Knoxville)

WJXB-FM (Knoxville)

WNML-AM (Knoxville)

WNML-FM (Knoxville)

WNRX-FM (Knoxville)

WUOT-FM (Knoxville)

WDXE-FM (Lawrenceburg)

WWLX-FM (Lawrenceburg)

WFTZ-FM (Manchester)

WCDZ-FM (Martin)

WCMT-AM (Martin)

WCMT-FM (Martin)

WUTM-FM (Martin)

WKIM-FM (Memphis)

WQOX-FM (Memphis)

WREC-AM (Memphis)

WMOT-FM (Murfreesboro)

Chris White Ministries (Nashville)

The Tennessee Radio Network (Nashville)

WAMB-AM (Nashville)

WFSK-FM (Nashville)

WGFX-FM (Nashville)

WHRS-FM (Nashville)

WKDF-FM (Nashville)

WLAC-AM (Nashville)

PR Newswire
A UBM plc company

Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

WNRQ-FM (Nashville)

WPLN-FM (Nashville)

WRVW-FM (Nashville)

WSDJ-FM (Nashville)

WSIX-FM (Nashville)

WUBT-FM (Nashville)

WWTN-FM (Nashville)

WLIK-AM (Newport)

WTNE-FM (Trenton)

WQAK-FM (Union City)

**Television**

WDEF-TV (Chattanooga)

WDSI-TV (Chattanooga)

WRCB-TV (Chattanooga)

WTVC-TV (Chattanooga)

WBBJ-TV (Jackson)

WJKT-TV (Jackson)

WJHL-TV (Johnson City)

WKPT-TV (Kingsport)

WATE-TV (Knoxville)

WBIR-TV (Knoxville)

WPXK-TV (Knoxville)

WVLT-TV (Knoxville)

WBII-TV (Memphis)

WHBQ-TV (Memphis)

WLMT-TV (Memphis)

WMC-TV (Memphis)

WPTY-TV (Memphis)

WPXX-TV (Memphis)

WREG-TV (Memphis)

WRUG Media (Memphis)

NewsChannel 5 (Nashville)

RFD-TV (Nashville)

WKRN-TV (Nashville)

WNPX-TV (Nashville)

WSMV-TV (Nashville)

WTVF-TV (Nashville)

WZTV-TV (Nashville)

## TEXAS

### Magazine

Austin Family Magazine (Austin)

Austin Monthly (Austin)

Dezignare (Austin)

Forbes - Austin Bureau (Austin)

Fortune - Austin Bureau (Austin)

Texas Business Review (Austin)

Texas Monthly (Austin)

Tribeza (Austin)

Country Lifestyle (Boerne)

Hereford World (Dalhart)

Advocate Home + Heritage Magazine (Dallas)

Basic Magazine (Dallas)

Business Development Outlook (Dallas)

BusinessWeek - Dallas Bureau (Dallas)

D Magazine (Dallas)

Dallas Home Improvement Magazine (Dallas)

DallasChild (Dallas)

Downtown Business News (Dallas)

F!D Luxe (Dallas)

Footwork Media (Dallas)

Philanthropy World Magazine (Dallas)

Real Estate and Friends Magazine (Dallas)

Realty Times (Dallas)

ScoreBoard Monthly (Dallas)

Southwest Airlines Spirit Magazine (Dallas)

Spirit Magazine (Dallas)

Stevens Publishing (Dallas)

Texas Business (Dallas)

Texas Family Magazine (Dallas)

WHERE Magazine (Dallas)

Women's Enterprise Magazine (Dallas)

Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

Fort Worth, Texas: The City's Magazine (Fort Worth/Hurst)

Blue Thumb, Inc. (Houston)

Caribbean News Now (Houston)

Cowboys & Indians Magazine (Houston)

HOLA Magazine (Houston)

Houston House & Home Magazine (Houston)

Inside Houston (Houston)

Obvious Magazine (Houston)

Total Body Magazine (Houston)

Weddings In Houston (Houston)

Well Servicing (Houston)

Where To Retire (Houston)

Unsigned, The Magazine (Irving)

Success For Women (Lake Dallas)

Laredo Family Time Magazine (Laredo)

MetroCatholic (Little Elm)

Sunday Magazine (Longview)

Metro Latino Magazine (Midlothian)

UT Dallas Management Magazine (Richardson)

Austin Daze Magazine and AMFM Magazine (Round Rock)

Jewish Journal of San Antonio (San Antonio)

Juice Weekly, The (San Antonio)

U.25 Magazine (San Antonio)

U-TURN Magazine (San Antonio)

Country World (Sulphur Springs)

DermaScope Magazine (Sunnyvale)

reviewit Magazine (The Woodlands)

## News Service

Reuters - Dallas Bureau (Addison)

Associated Press - Austin Bureau (Austin)

Morris News Service (Austin)

University of Texas - The Daily Texan (Austin)

Associated Press - Dallas Bureau (Dallas)

Bloomberg News - Dallas Bureau (Dallas)

Associated Press - El Paso Bureau (El Paso)

Associated Press - Fort Worth Bureau (Fort Worth)

Associated Press - Harlingen Bureau (Harlingen)

Associated Press - Houston Bureau (Houston)

Bloomberg News - Houston Bureau (Houston)

Dow Jones Bandwidth Intelligence Alert (Houston)

Reuters - Houston Bureau (Houston)

Scripps Howard News Service (Houston)

Associated Press - Lubbock Bureau (Lubbock)

Associated Press - San Antonio Bureau (San Antonio)

## Newspaper

Abilene Reporter-News (Abilene)

Allen American (Allen)

Alvarado Post (Alvarado)

Shoppers Gazette (Alvin)

Amarillo Globe-News (Amarillo)

The Amarillo College Ranger (Amarillo)

Andrews Count News Inc (Andrews)

Arlington Morning News - The Dallas Morning News (Arlington)

Athens Review (Athens)

Austin American-Statesman (Austin)

Austin Business Journal (Austin)

Austin Chronicle, The (Austin)

Corpus Christi Caller-Times - Austin Bureau (Austin)

Daily Texan, The (Austin)

The Catholic Spirit (Austin)

High Plains Reader (Bacliff)

Matagorda County Advocate (Bay City)

The Baytown Sun (Baytown)

Beaumont Business Journal (Beaumont)

Beaumont Enterprise (Beaumont)

The Examiner (Beaumont)

Big Spring Herald (Big Spring)

Borger News-Herald (Borger)

Brenham Banner Press (Brenham)

The Brownfield News (Brownfield)

Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

Brownsville Herald (Brownsville)

Texas Southmost College (Brownsville)

Brownwood Bulletin (Brownwood)

Bryan Eagle/Bryan College (Bryan)

Kilgore News Herald (Bullard)

Clear Lake Citizen (Clear Lake)

Cleburne Times-Review (Cleburne)

Clute Brazosport Facts (Clute)

Facts, The (Clute)

Battalion (College Station)

Courier, The (Conroe)

The Copperas Cove Leader Press (Copperas Cove)

Business Journal of Corpus Christi (Corpus Christi)

Corpus Christi Caller-Times (Corpus Christi)

Corsicana Daily Sun (Corsicana)

Navarro County Times (Corsicana)

Houston County Courier (Crockett)

The Zavala County Sentinel (Crystal City)

Al Dia (Dallas)

Chicago Tribune - Dallas Bureau (Dallas)

Dallas Business Journal (Dallas)

Dallas Examiner, The (Dallas)

Dallas Morning News, The (Dallas)

El Lider USA (Dallas)

Oak Cliff Tribune (Dallas)

Quick (Dallas)

Richland College (Dallas)

Southern Methodist Univ. (Dallas)

Texas Triangle (Dallas)

The Dallas Observer (Dallas)

The Texas Herald (Dallas)

The United Methodist Reporter (Dallas)

Turtle Creek News (Dallas)

United Methodist Reporter (Dallas)

Wall Street Journal - Dallas Bureau, The (Dallas)

Del Rio News-Herald (Del Rio)

Denton Record-Chronicle (Denton)

North Texas State Univ - Daily Campus (Denton)

Cedar Hill Today (DeSoto)

DeSoto Today (DeSoto)

Duncanville Today (Duncanville)

El Diario De El Paso (El Paso)

El Paso Inc. (El Paso)

El Paso Times (El Paso)

Elgin Courier (Elgin)

Ennis Daily News (Ennis)

Farmersville Times (Farmersville)

Diario La Estrella (Fort Worth)

Fort Worth Business Press (Fort Worth)

Fort Worth Star-Telegram (Fort Worth)

Fort Worth Weekly (Fort Worth)

TCU Daily Skiff (Fort Worth)

Texas Christian University (Fort Worth)

The North Texas Catholic (Fort Worth)

African American Focus Newspapers (Fresno)

Gainesville Daily Register (Gainesville)

Galveston County Daily News (Galveston)

Garland Area Democratic Voice (Garland)

The Garland News (Garland)

Grand Prairie Times (Grand Prairie)

Greenville Herald-Banner (Greenville)

Groveton News (Groveton)

Harlingen Valley Morning Star (Harlingen)

Valley Morning Star (Harlingen)

Henderson Daily News (Henderson)

Hereford Brand (Hereford)

1960 Sun (Houston)

African News-Digest (Houston)

Business Pros Newspaper (Houston)

Copperfield Sun (Houston)

Daily Court Review (Houston)

El Gato Media Network (Houston)

Houston Business Journal (Houston)

Houston Chronicle (Houston)

Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

Houston Latino Magazine (Houston)

Houston Press (Houston)

Little Saigon News (Houston)

Los Angeles Times - Houston Bureau (Houston)

New York Times - Houston Bureau, The (Houston)

Reuters - Houston Bureau (Houston)

The Egalitarian (Houston)

Wall Street Journal - Houston Bureau, The (Houston)

Huntsville Item (Huntsville)

The Collegian (Hurst)

The Irving Rambler (Irving)

Jack County Herald (Jacksboro)

Jacksonville Daily Progress (Jacksonville)

Jefferson Jimplecute (Jefferson)

The Jewett Messenger Inc. (Jewett)

Kerrville Daily Times (Kerrville)

Kilgore News Herald (Kilgore)

Killeen Daily Herald (Killeen)

South Texan (Kingsville)

The Lake Cities Sun (Lake Dallas)

Laredo Morning Times (Laredo)

Laredo Times (Laredo)

Resolute Media Group (Lewisville)

Longview News-Journal (Longview)

Lubbock Avalanche-Journal (Lubbock)

Texas Tech University-The Daily Toreador (Lubbock)

The Latino Weekly (Lubbock)

Lufkin News (Lufkin)

News Messenger (Marshall)

Monitor, The (McAllen)

The Business Times of the RGV (McAllen)

The Monitor (McAllen)

McKinney Courier-Gazette (McKinney)

McKinney Messenger (McKinney)

McKinney Today (McKinney)

Eastfield College (Et Cetera) (Mesquite)

The Et Cetera (Mesquite)

The Mesquite News (Mesquite)

Midland Reporter-Telegram (Midland)

The Midlothian Mirror (Midlothian)

Mineral Wells Index (Mineral Wells)

Mount Pleasant Daily Trib (Mount Pleasant)

Murphy Monitor (Murphy)

The Daily Sentinel (Nacogdoches)

Needville News (Needville)

New Braunfels Herald Zeitung (New Braunfels)

Odessa American (Odessa)

Orange Leader (Orange)

Palestine Herald-Press (Palestine)

Pampa News (Pampa)

Paris News (Paris)

Friendswood Journal (Pearland)

Pflugerville Pflag (Pflugerville)

Plainview Daily Herald (Plainview)

Inside Collin County Business (Plano)

Plano Star Courier (Plano)

Port Arthur News (Port Arthur)

The Lake Front (Portland)

Princeton Herald (Princeton)

Ellis County Chronicle (Red Oak)

Richardson Morning News (Richardson)

The Fort Bend Herald & Texas Coaster (Rosenberg)

Sachse News (Sachse)

San Angelo Standard Times (San Angelo)

La Prensa de San Antonio (San Antonio)

North San Antonio Times (San Antonio)

San Antonio Business Journal (San Antonio)

San Antonio Current (San Antonio)

San Antonio Express-News (San Antonio)

San Marcos Daily Record (San Marcos)

The Seguin Gazette-Enterprise (Seguin)

Seminole Sentinel (Seminole)

Herald Democrat, The (Sherman)

Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

Snyder Daily News (Snyder)

Area Wide Business & Commerce Journal (Stephenville)

Langdon Review of the Arts in Texas (Stephenville)

Stephenville Empire-Tribune (Stephenville)

Tarleton State University (Stephenville)

Sulphur Springs News-Telegram (Sulphur Springs)

Sweetwater Reporter (Sweetwater)

Temple Daily Telegram (Temple)

Texarkana Gazette (Texarkana)

The Tribune (Tomball)

Trinity Standard (Trinity)

Tyler Morning Telegraph (Tyler)

The Van Alstyne Leader (Van Alstyne)

Vernon Record (Vernon)

Victoria Advocate (Victoria)

Baylor Lariat (Waco)

Waco Tribune-Herald (Waco)

Waxahachie Daily Light (Waxahachie)

Weatherford Democrat (Weatherford)

Wichita Falls Times-Record-News (Wichita Falls)

Wilmer Public Citizen (Wilmer)

Wylie News (Wylie)

## Online

Abilene Reporter-News (Abilene)

Allen American (Allen)

Alvarado Post (Alvarado)

Shoppers Gazette (Alvin)

Amarillo Globe-News (Amarillo)

The Amarillo College Ranger (Amarillo)

Andrews Count News Inc (Andrews)

Arlington Morning News - The Dallas Morning News (Arlington)

Athens Review (Athens)

Austin American-Statesman (Austin)

Austin Business Journal (Austin)

Austin Chronicle, The (Austin)

Corpus Christi Caller-Times - Austin Bureau (Austin)

Daily Texan, The (Austin)

The Catholic Spirit (Austin)

High Plains Reader (Bacliff)

Matagorda County Advocate (Bay City)

The Baytown Sun (Baytown)

Beaumont Business Journal (Beaumont)

Beaumont Enterprise (Beaumont)

The Examiner (Beaumont)

Big Spring Herald (Big Spring)

Borger News-Herald (Borger)

Brenham Banner Press (Brenham)

The Brownfield News (Brownfield)

Brownsville Herald (Brownsville)

Texas Southmost College (Brownsville)

Brownwood Bulletin (Brownwood)

Bryan Eagle/Bryan College (Bryan)

Kilgore News Herald (Bullard)

Clear Lake Citizen (Clear Lake)

Cleburne Times-Review (Cleburne)

Clute Brazosport Facts (Clute)

Facts, The (Clute)

Battalion (College Station)

Courier, The (Conroe)

The Copperas Cove Leader Press (Copperas Cove)

Business Journal of Corpus Christi (Corpus Christi)

Corpus Christi Caller-Times (Corpus Christi)

Corsicana Daily Sun (Corsicana)

Navarro County Times (Corsicana)

Houston County Courier (Crockett)

The Zavala County Sentinel (Crystal City)

Al Dia (Dallas)

Chicago Tribune - Dallas Bureau (Dallas)

Dallas Business Journal (Dallas)

Dallas Examiner, The (Dallas)

Dallas Morning News, The (Dallas)

El Lider USA (Dallas)



Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

Oak Cliff Tribune (Dallas)

Quick (Dallas)

Richland College (Dallas)

Southern Methodist Univ. (Dallas)

Texas Triangle (Dallas)

The Dallas Observer (Dallas)

The Texas Herald (Dallas)

The United Methodist Reporter (Dallas)

Turtle Creek News (Dallas)

United Methodist Reporter (Dallas)

Wall Street Journal - Dallas Bureau, The (Dallas)

Del Rio News-Herald (Del Rio)

Denton Record-Chronicle (Denton)

North Texas State Univ - Daily Campus (Denton)

Cedar Hill Today (DeSoto)

DeSoto Today (DeSoto)

Duncanville Today (Duncanville)

El Diario De El Paso (El Paso)

El Paso Inc. (El Paso)

El Paso Times (El Paso)

Elgin Courier (Elgin)

Ennis Daily News (Ennis)

Farmersville Times (Farmersville)

Diario La Estrella (Fort Worth)

Fort Worth Business Press (Fort Worth)

Fort Worth Star-Telegram (Fort Worth)

Fort Worth Weekly (Fort Worth)

TCU Daily Skiff (Fort Worth)

Texas Christian University (Fort Worth)

The North Texas Catholic (Fort Worth)

African American Focus Newspapers (Fresno)

Gainesville Daily Register (Gainesville)

Galveston County Daily News (Galveston)

Garland Area Democratic Voice (Garland)

The Garland News (Garland)

Grand Prairie Times (Grand Prairie)

Greenville Herald-Banner (Greenville)

Groveton News (Groveton)

Harlingen Valley Morning Star (Harlingen)

Valley Morning Star (Harlingen)

Henderson Daily News (Henderson)

Hereford Brand (Hereford)

1960 Sun (Houston)

African News-Digest (Houston)

Business Pros Newspaper (Houston)

Copperfield Sun (Houston)

Daily Court Review (Houston)

El Gato Media Network (Houston)

Houston Business Journal (Houston)

Houston Chronicle (Houston)

Houston Latino Magazine (Houston)

Houston Press (Houston)

Little Saigon News (Houston)

Los Angeles Times - Houston Bureau (Houston)

New York Times - Houston Bureau, The (Houston)

Reuters - Houston Bureau (Houston)

The Egalitarian (Houston)

Wall Street Journal - Houston Bureau, The (Houston)

Huntsville Item (Huntsville)

The Collegian (Hurst)

The Irving Rambler (Irving)

Jack County Herald (Jacksboro)

Jacksonville Daily Progress (Jacksonville)

Jefferson Jimplecute (Jefferson)

The Jewett Messenger Inc. (Jewett)

Kerrville Daily Times (Kerrville)

Kilgore News Herald (Kilgore)

Killeen Daily Herald (Killeen)

South Texan (Kingsville)

The Lake Cities Sun (Lake Dallas)

Laredo Morning Times (Laredo)

Laredo Times (Laredo)

Resolute Media Group (Lewisville)

Longview News-Journal (Longview)

PR Newswire
A UBM plc company

Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

Lubbock Avalanche-Journal (Lubbock)

Texas Tech University-The Daily Toreador (Lubbock)

The Latino Weekly (Lubbock)

Lufkin News (Lufkin)

News Messenger (Marshall)

Monitor, The (McAllen)

The Business Times of the RGV (McAllen)

The Monitor (McAllen)

McKinney Courier-Gazette (McKinney)

McKinney Messenger (McKinney)

McKinney Today (McKinney)

Eastfield College (Et Cetera) (Mesquite)

The Et Cetera (Mesquite)

The Mesquite News (Mesquite)

Midland Reporter-Telegram (Midland)

The Midlothian Mirror (Midlothian)

Mineral Wells Index (Mineral Wells)

Mount Pleasant Daily Trib (Mount Pleasant)

Murphy Monitor (Murphy)

The Daily Sentinel (Nacogdoches)

Needville News (Needville)

New Braunfels Herald Zeitung (New Braunfels)

Odessa American (Odessa)

Orange Leader (Orange)

Palestine Herald-Press (Palestine)

Pampa News (Pampa)

Paris News (Paris)

Friendswood Journal (Pearland)

Pflugerville Pflag (Pflugerville)

Plainview Daily Herald (Plainview)

Inside Collin County Business (Plano)

Plano Star Courier (Plano)

Port Arthur News (Port Arthur)

The Lake Front (Portland)

Princeton Herald (Princeton)

Ellis County Chronicle (Red Oak)

Richardson Morning News (Richardson)

The Fort Bend Herald & Texas Coaster (Rosenberg)

Sachse News (Sachse)

San Angelo Standard Times (San Angelo)

La Prensa de San Antonio (San Antonio)

North San Antonio Times (San Antonio)

San Antonio Business Journal (San Antonio)

San Antonio Current (San Antonio)

San Antonio Express-News (San Antonio)

San Marcos Daily Record (San Marcos)

The Seguin Gazette-Enterprise (Seguin)

Seminole Sentinel (Seminole)

Herald Democrat, The (Sherman)

Snyder Daily News (Snyder)

Area Wide Business & Commerce Journal (Stephenville)

Langdon Review of the Arts in Texas (Stephenville)

Stephenville Empire-Tribune (Stephenville)

Tarleton State University (Stephenville)

Sulphur Springs News-Telegram (Sulphur Springs)

Sweetwater Reporter (Sweetwater)

Temple Daily Telegram (Temple)

Texarkana Gazette (Texarkana)

The Tribune (Tomball)

Trinity Standard (Trinity)

Tyler Morning Telegraph (Tyler)

The Van Alstyne Leader (Van Alstyne)

Vernon Record (Vernon)

Victoria Advocate (Victoria)

Baylor Lariat (Waco)

Waco Tribune-Herald (Waco)

Waxahachie Daily Light (Waxahachie)

Weatherford Democrat (Weatherford)

Wichita Falls Times-Record-News (Wichita Falls)

Wilmer Public Citizen (Wilmer)

Wylie News (Wylie)

## Radio

KACU-FM (Abilene)

(888) 776-0942  |  www.prnewswire.com



Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

KACC-FM (Alvin)

KIXZ-AM (Amarillo)

KXGL-FM (Amarillo)

ABC Radio (Arlington)

KCBI-FM (Arlington)

KPYN-AM (Atlanta)

Earth & Sky (Austin)

KASE-FM (Austin)

KAZI-FM (Austin)

KLBJ-AM (Austin)

KMFA Radio, Texas State Radio Network (Austin)

KTXX-FM (Austin)

KUT Radio (Austin)

KUT-FM (Austin)

KVET-AM (Austin)

KVET-FM (Austin)

KWNX-AM (Austin)

Latino USA (Austin)

The Patrick Phillips Show (Austin)

KLVI-AM (Beaumont)

KBYG-AM (Big Spring)

WTAW-AM (College Station)

KETR-FM (Commerce)

KEDT-FM (Corpus Christi)

KKTX-AM (Corpus Christi)

KERA-FM (Dallas)

KLIF-AM (Dallas)

KPMZ-FM (Dallas)

KRLD-AM (Dallas)

Metro Networks - Dallas Bureau (Dallas)

Texas State Networks (Dallas)

USA Radio Network (Dallas)

WBAP-AM (Dallas)

KNTU-FM (Denton)

KELP-AM (El paso)

KHEY-FM (El Paso)

KPRR-FM (El Paso)

KTEP-FM (El Paso)

KTSM-AM (El Paso)

KTSM-FM (El Paso)

The Earth Train (Flower Mound)

KPFC-FM (Gainesville)

Ask Andrea (Garland)

Mother Earth News Radio (Garland)

KBHT-FM (Grapeland)

KPAN-AM (Hereford)

Clear Channel Radio (Houston)

KCOH-AM (Houston)

KGLK-FM (Houston)

KHPT-FM (Houston)

KHTC-FM (Houston)

KIKK-AM (Houston)

KKBQ-FM (Houston)

KNTH-AM (Houston)

KPFT-FM (Houston)

KROI-FM (Houston)

KTHT-FM (Houston)

KTRH-AM (Houston)

KTSU-FM (Houston)

KUHF-FM (Houston)

Metro Networks - Houston Bureau (Houston)

NPR's LATINO USA (Houston)

Nuevo Milenio Radio (Houston)

Yahoo! Sports Radio (Houston)

KSKY-AM (Irving)

KFMX-FM (Lubbock)

KFYO-AM (Lubbock)

KKAM-AM (Lubbock)

KKCL-FM (Lubbock)

KQBR-FM (Lubbock)

KTTZ-FM (Lubbock)

KZII-FM (Lubbock)

KJTV-AM (Lubbox)

KTTU-FM (Lubbox)

Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

KURV-AM (McAllen)

KCRS-AM (Odessa)

KNET-AM (Palestine)

KYYK-FM (Palestine)

East Texas Radio (Paris)

KXDJ-FM (Perryton)

Sporting News Radio (Roanoke)

KBBT-FM (San Antonio)

KCOR-AM (San Antonio)

KCYY-FM (San Antonio)

KGSX-FM (San Antonio)

KKYX-AM (San Antonio)

KPWT-FM (San Antonio)

KROM-FM (San Antonio)

KSMG-FM (San Antonio)

KTFM-FM (San Antonio)

KTKR-AM (San Antonio)

KTSA-AM (San Antonio)

KXTN-FM (San Antonio)

WOAI-AM (San Antonio)

KWED-AM (Seguin)

UTN Channel 38.5 (Sugar Land)

KXOX-AM (Sweetwater)

KXOX-FM (Sweetwater)

KKTK-AM (Texarkana)

KTXK-FM (Texarkana)

KNUE-FM (Tyler)

KTBB-AM (Tyler)

## Television

KRBC-TV (Abilene)

KTAB-TV (Abilene)

KTXS-TV (Abilene)

KAMR-TV (Amarillo)

KFDA-TV (Amarillo)

KVII-TV (Amarillo)

KAKW-TV (Austin)

KEYE-TV (Austin)

KLRU-TV (Austin)

KTBC-TV (Austin)

KVUE-TV (Austin)

KXAN-TV (Austin)

Más TV Publicaciones LLC (Austin)

News 8 Austin (Austin)

KFDM-TV (Beaumont)

KBTX-TV (Bryan)

KORO-TV (Corpus Christi)

KRIS-TV (Corpus Christi)

KDAF-TV (Dallas)

KDFW-TV (Dallas)

KUVN-TV (Dallas)

KXTX-TV (Dallas)

SMU-TV (Dallas)

Texas Cable News - TXCN (Dallas)

TPC Studios (Dallas)

WFAA-TV (Dallas)

KKCO-TV (Denison)

KTEN-TV (Denison)

KDBC-TV (El Paso)

KFOX-TV (El paso)

KINT-TV (El paso)

KTSM-TV (El Paso)

KVIA-TV (El Paso)

KTVT-TV (Fort Worth)

KXAS-TV (Fort Worth)

Barrington Broadcasting Group (Images pool)
   (Harlingen)

KGBT-TV (Harlingen)

Belo, Inc. (Houston)

KHOU-TV (Houston)

KIAH-TV (Houston)

KPRC-TV (Houston)

KRIV-TV (Houston)

KTMD-TV (Houston)

KTRK-TV (Houston)

PR Newswire
A UBM plc company

Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

KXLN-TV (Houston)

KGNS-TV (Laredo)

KLDO-TV (Laredo)

KCBD-TV (Lubbock)

KJTV-TV (Lubbock)

KLBK-TV (Lubbock)

KTRE-TV (Lufkin)

Entravision (McAllen)

KNVO-TV (McAllen)

McAllen Cable Network (McAllen)

KMID-TV (Midland)

KWES-TV (Midland)

KOSA-TV (Odessa)

Plano Television Network (Plano)

KACB-TV (San Angelo)

KSAN-TV (San Angelo)

KABB-TV (San Antonio)

KENS-TV (San Antonio)

KSAT-TV (San Antonio)

KVDA-TV (San Antonio)

KWEX-TV (San Antonio)

WOAI-TV (San Antonio)

KXII-TV (Sherman)

KRIV-TV (Spring)

KCEN-TV (Temple)

KTAL-TV (Texarkana)

KLTV-TV (Tyler)

KYTX-TV (Tyler)

KAVU-TV (Victoria)

KWKT-TV (Waco)

KWTX-TV (Waco)

KXXV-TV (Waco)

KRGV-TV (Weslaco)

KAUZ-TV (Wichita Falls)

KFDX-TV (Wichita Falls)

## UTAH

### Magazine

Utah Buildings (Orem)

Luxury Living Magazine (Park City)

Slug magazine (Salt Lake City)

### News Service

Associated Press - Salt Lake City Bureau (Salt Lake City)

### Newspaper

Cedar City Daily News (Cedar City)

The Herald Journal (Logan)

Standard-Examiner (Ogden)

The Signpost Weber State University (Ogden)

Daily Herald, The (Provo)

Daily Universe (Provo)

Deseret News (Salt Lake City)

Salt Lake City Weekly (Salt Lake City)

Salt Lake Tribune, The (Salt Lake City)

Utah Business Magazine (Salt Lake City)

Spectrum Daily News (St. George)

The Leader (Tromonton)

### Online

Jetson Green (Salt Lake City)

ksl.com (Salt Lake City)

The Daily Cartoonist (Sandy)

Etcetera (St. George)

St. George News (Washington)

UtahLug.org (West Jordan)

### Radio

Animal Radio Network (Kanab)

KBLQ-FM (Logan)

KUSU-FM (Logan)

KVNU-AM (Logan)



Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

KMTI-AM (Manti)

KCYN-FM (Moab)

KCPW-FM (Park City)

BYU Radio (Provo)

KBYU-FM (Provo)

KCPW-FM (Salt Lake City)

KEGA-AM (Salt Lake City)

KJMY-FM (Salt Lake City)

KKAT-AM (Salt Lake City)

KMJI-FM (Salt Lake City)

KNRS-AM (Salt Lake City)

KNRS-FM (Salt Lake City)

KODJ-FM (Salt Lake City)

KOSY-FM (Salt Lake City)

KRSP-FM (Salt Lake City)

KSL-AM (Salt Lake City)

KSOP-AM (Salt Lake City)

KSOP-FM (Salt Lake City)

KUER-FM (Salt Lake City)

KXRV-FM (Salt Lake City)

KZHT-FM (Salt Lake City)

KDXU-AM (St. George)

## Television

KUTV-TV (Layton)

KJZZ-TV (Salt Lake City)

KSL-TV (Salt Lake City)

KSTU-TV (Salt Lake City)

KTVX-TV (Salt Lake City)

KUTV-TV (Salt Lake City)

Salt TV Network (Salt Lake City)

Starfish Television Network (Salt Lake City)

KCSG Television (St. George)

## VERMONT

### Magazine

Eating Well Magazine (Charlotte)

### News Service

Associated Press - Montpelier Bureau (Montpelier)

### Newspaper

Barre Times Argus (Barre)

Times Argus (Barre/Montpelier)

Bennington Banner (Bennington)

Rutland Herald - Bennington Bureau (Bennington)

Brattleboro Reformer (Brattleboro)

Burlington Free Press (Burlington)

The Defender (Colchester)

The Critic (Lyndonville)

Manchester Journal (Manchester Center)

Newport Daily Express (Newport)

Champlain Business Journal (Rutland)

Rutland Business Journal (Rutland)

Rutland Herald (Rutland)

St. Albans Messenger (St. Albans)

St. Johnsbury Caledonian-Record (St. Johnsbury)

Stowe Reporter (Stowe)

Deerfield Valley News (West Dover)

Vermont Guardian (Winooski)

### Online

The Carpetbagger Report (Essex Junction)

### Radio

WBTN-AM (Bennington)

WTSA-FM (Brattleboro)

WBTN-FM (Colchester)

WRVT-FM (Colchester)

WVPA-FM (Colchester)

WVPR-FM (Colchester)

Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

WVPS-FM (Colchester)

WGMT-FM (Lyndonville)

WRMC-FM (Middlebury)

WNCS-FM (Montpelier)

WLVB-FM (Morrisville)

WJJR-FM (Rutland)

WSYB-AM (Rutland)

WZRT-FM (Rutland)

WKXH-FM (St. Johnsbury)

WSTJ-AM (St. Johnsbury)

WCVT-FM (Waterbury)

WDEV-FM (Waterbury)

## Television

Sante Magazine (Bennington)

WCAX-TV (Burlington)

WFFF-TV (Colchester)

Greater Northshore Access TV (Manchester Center)

## VIRGINIA

## Magazine

AH! Cultural Recovery Magazine (Alexandria)

American School Board Journal (Alexandria)

Common Ground Magazine (Alexandria)

Drug & Biologic Guidance Watch (Alexandria)

Journal of Government Financial Management (Alexandria)

Professional Pilot (Alexandria)

Inside CMS (Arlington)

Mobility (Arlington)

On Tap Magazine (Arlington)

Albemarle Magazine (Charlottesville)

Community College Week (Fairfax)

Boomer Life Magazine (Midlothian)

Seniors Guide (Midlothian)

Inside Business (Norfolk)

Norfolk Visitors Guide (Norfolk)

PETA's Animal Times (Norfolk)

Towing & Recovery Footnotes (Norfolk)

Virginia Maritimer (Norfolk)

AFE Facilities Engineering Journal (Reston)

Virginia Nurses Today (Richmond)

Specialized Information Publishers Association (Vienna)

## News Service

Comtex (Alexandria)

Qatar News Agency (Alexandria)

Knowledge Systems (Chantilly)

Washington and Lee University (Lexington)

Gannett News Service (McLean)

Associated Press - Norfolk Bureau (Norfolk)

Associated Press - Richmond Bureau (Richmond)

Associated Press - Roanoke Bureau (Roanoke)

Associated Press - Springfield, Virginia Bureau (Springfield)

## Newspaper

Alexandria Journal (VA) (Alexandria)

Capitol Publications (Alexandria)

Journal Newspapers (Alexandria)

Northern Virginia Journal, The (Alexandria)

Washington Post - Alexandria Bureau, The (Alexandria)

Capitol Leader (Politico) (Arlington)

USA Today (Arlington)

Washington Business Journal (Arlington)

Washington Post Express (Arlington)

Bristol Herald Courier (Bristol)

Albemarle Tribune (Charlottesville)

Cavalier Daily (Charlottesville)

Daily Progress,The (Charlottesville)

Chesterfield Observer (Chesterfield)

Virginian Review (Covington)

Culpeper Star Exponent (Culpeper)

Danville Register & Bee (Danville)

PR Newswire
A UBM plc company

Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

Washington Post - Fairfax Bureau, The (Fairfax)

Falls Church News-Press (Falls Church)

Veterans Vision (Falls Church)

The Iron Blade (Ferrum)

Free Lance-Star, The (Fredericksburg)

Warren County Report Newspaper (Front Royal)

Daily News-Record (Harrisonburg)

Times Community Newspapers (Herndon)

DataTrends Publications (Leesburg)

Washington Post - Loudoun County Bureau, The (Leesburg)

Loudoun Times-Mirror (Loudon County)

News & Advance (Lynchburg)

Washington Post - Manassas Bureau, The (Manassas)

Woodbridge News & Messenger (Manassas)

Martinsville Bulletin (Martinsville)

DC Examiner (McLean)

Herndon Connection (McLean)

USA Today Sports Weekly (McLean)

USA Weekend (McLean)

White House Bulletin (McLean)

Daily Press (Newport News)

Norfolk Virginian Pilot (Norfolk)

Spartan Echo (Norfolk)

The Spartan Echo (Norfolk)

Virginia Business Observer (Norfolk)

Petersburg Progress-Index (Petersburg)

Southwest Times, The (Pulaski)

The Pulaski County Patriot (Pulaski)

Springfield Times-Courier (Reston)

Media General Inc. (Richmond)

Richmond Free Press (Richmond)

Richmond Times-Dispatch (Richmond)

The Heart and Soul of the City Newspaper (Richmond)

Virginia Commonwealth Univ-Cmnwlth Times (Richmond)

Washington Post - Richmond Bureau, The (Richmond)

Blue Ridge Business Journal (Roanoke)

Roanoke Times, The (Roanoke)

Smithfield Times, The (Smithfield)

Springfield Army Times (Springfield)

Washington Examiner (Springfield)

Staunton News Leader (Staunton)

Northern Virginia Daily (Strasburg)

Strasburg Northern Virginia Daily (Strasburg)

Tidewater Hispanic News (Virginia Beach)

The Piedmont Virginian (Warrenton)

Washington Post - Fauquier Bureau, The (Warrenton)

Waynesboro News-Virginian (Waynesboro)

Winchester Star (Winchester)

Potomac News (Woodbridge)

## Online

Cybercast News Service (Alexandria)

Pam's House Blend (Alexandria)

ExecutiveMosaic (Annandale)

Project Breakout (Annandale)

Inside The Navy (Arlington)

Oneplace LLC (Arlington)

WashingtonPost.com (Arlington)

Scraps of My Geek Life (Chantilly)

Center for Politics (Charlottesville)

Newsvine (Christiansburg)

Digitizd (Daleville)

AOL GameDaily.com (Dulles)

American String Teacher (Fairfax)

Fred2Blue Blog (Fredericksburg)

Everyday Citizen (Herndon)

IPWatchdog.com (Leesburg)

Laughing Lindsay Blog (Rural Retreat)

America Online (Vienna)

Comments From Left Field Blog (Virginia Beach)



Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

## Radio

WESR-FM (Accomac)

NRANews (Alexandria)

Salem Radio Network (Arlington)

WETA-FM (Arlington)

WFHG-FM (Bristol)

WXBQ-FM (Bristol)

WFOS-FM (Chesapeake)

WAKG-FM (Danville)

WBTM-AM (Danville)

WFLO-AM (Farmville)

WFLO-FM (Farmville)

WFLS-FM (Fredericksburg)

WGRQ-FM (Fredericksburg)

WWUZ-FM (Fredericksburg)

WYSK-AM (Fredericksburg)

WFVA-AM (Fredricksburg)

WZRV-FM (Front Royal)

WTJZ-AM (Hampton)

WACL-FM (Harrisonburg)

WAZR-FM (Harrisonburg)

WKCI-AM (Harrisonburg)

WKCY-AM (Harrisonburg)

WKCY-FM (Harrisonburg)

WKDW-AM (Harrisonburg)

WSVA-AM (Harrisonburg)

WSVO-FM (Harrisonburg)

WKWI-FM (Kilmarnock)

WLNI-FM (Lynchburg)

WWMC-FM (Lynchburg)

WHRO-FM (Norfolk)

WNIS-AM (Norfolk)

WOWI-FM (Norfolk)

WFNR-AM (Radford)

Virginia News Network - WRVA-AM (Richmond)

WCVE-FM (Richmond)

WHTI-FM (Richmond)

WKHK-FM (Richmond)

WKLR-FM (Richmond)

WMXB-FM (Richmond)

WRVA-AM (Richmond)

WRVQ-FM (Richmond)

WURV-FM (Richmond)

WXGI-AM (Richmond)

WFIR-AM (Roanoke)

WSLC-FM (Roanoke)

WSLQ-FM (Roanoke)

WVBE-AM (Roanoke)

WVBE-FM (Roanoke)

WVTF (Roanoke)

WXLK-FM (Roanoke)

WYTI-AM (Rocky Mount)

WHEO-AM (Stuart)

WRAR-FM (Tappahannock)

Christian Broadcasting Network (Virginia Beach)

WGH-FM (Virginia Beach)

WVBW-FM (Virginia Beach)

WXTG-FM (Virginia Beach)

WNNT-FM (Warsaw)

WINC-AM (Winchester)

WINC-FM (Winchester)

WWRE-FM (Winchester)

WWRT-FM (Winchester)

WYVE-AM/WXBX-FM (Wytheville)

## Television

News Hour With Jim Lehrer (Arlington)

NewsChannel 8 (Arlington)

Reuters Television - Arlington Bureau (Arlington)

WJLA-TV (Arlington)

WCYB-TV (Bristol)

WVIR-TV (Charlottesville)

WTKR-TV (Hampton Roads)

WHSV-TV (Harrisonburg)

PR Newswire
A UBM plc company

Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

Windmill Broadcasting (Irvington)

WSET-TV (Lynchburg)

WTKR-TV (Norfolk)

WVEC-TV (Norfolk)

WAVY-TV (Portsmouth)

WGNT-TV (Portsmouth)

WVBT-TV (Portsmouth)

WRIC-TV (Richmond)

WTVR-TV (Richmond)

WWBT-TV (Richmond)

WDBJ-TV (Roanoke)

WSLS-TV (Roanoke)

WAVY-TV (Virginia Beach)

## WASHINGTON

### Magazine

Executive Media Corp. (Ellensburg)

Military & Aerospace Electronics (Liberty Lake)

425 Magazine (Seattle)

BusinessWeek - Seattle Bureau (Seattle)

City Arts (Seattle)

DList Magazine (Seattle)

Lifelong AIDS Alliance (Seattle)

Seattle Magazine (Seattle)

BUILDERnews magazine (Vancouver)

CoffeeTalk and the Daily Dose (Vashon)

### News Service

Associated Press - Olympia Bureau (Olympia)

Gannett News Service - Olympia Bureau (Olympia)

Washington State University (Pullman)

Associated Press - Seattle Bureau (Seattle)

Bloomberg News - Seattle Bureau (Seattle)

Reuters - Seattle Bureau (Seattle)

Associated Press - Spokane Bureau (Spokane)

Associated Press - Yakima Bureau (Yakima)

### Newspaper

Daily World, The (Aberdeen)

Eastside Journal (Bellevue)

Bellingham Business Journal (Bellingham)

Bellingham Herald (Bellingham)

Kitsap Sun (Bremerton)

Sun, The (Bremerton)

Federal Way News (Burien)

Camas-Washougal Post-Record (Camas)

The Centralia Chronicle (Centralia)

The Chronicle (Centralia)

Cody Enterprise (Cody)

Empire Press (East Wenatchee)

Daily Record (Ellensburg)

Everett Herald (Everett)

Federal Way Mirror (Federal Way)

Forks Forum (Forks)

The Peninsula Gateway (Gig Harbor)

Issaquah Press (Issaquah)

Newcastle News (Issaquah)

Sammamish Review (Issaquah)

Tu Decides/You Decide (Kennewick)

Sea Latino (Kent)

GalTime (Kirkland)

La Conner Weekly News (La Conner)

Chinook Observer (Long Beach)

The Daily News (Longview)

North Seattle Journal (Lynnwood)

The Enterprise (Lynwood)

Mercer Island Reporter (Mercer Island)

Monroe Monitor/Valley News (Monroe)

East County Journal (Morton)

Columbia Basin Herald (Moses Lake)

Mount Vernon Skagit Valley Herald (Mount Vernon)

Olympian, The (Olympia)

Omak Chronicle (Omak)

Tri-City Herald (Pasco)

Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

Port Angeles Peninsula Daily News (Port Angeles)

Kitsap Peninsula Business Journal (Port Orchard)

Puyallup Herald (Puyallup)

Willapa Harbor Herald (Raymond)

The Business Report (Renton)

Ritzville Adams County Journal (Ritzville)

South County Sun (Royal City)

Los Angeles Times - Seattle Bureau (Seattle)

New York Times - Seattle Bureau, The (Seattle)

Puget Sound Business Journal (Seattle)

Seattle Business Monthly (Seattle)

Seattle Daily Journal of Commerce (Seattle)

Seattle Post-Intelligencer (Seattle)

Seattle Times (Seattle)

The Spectator (Seattle)

Washington CEO (Seattle)

Sequim Gazette (Sequim)

The Kitsap Navy News (Silverdale)

Skagit Valley Herald (Skagit)

Northwest Pacific Inlander (Spokane)

Spokane Journal of Business (Spokane)

Spokesman-Review, The (Spokane)

Business Examiner, The (Tacoma)

News Tribune (Tacoma)

Columbian, The (Vancouver)

Vancouver Business Journal (Vancouver)

Walla Walla Union-Bulletin (Walla Walla)

Wenatchee Business Journal (Wenatchee)

Wenatchee World (Wenatchee)

Yakima Herald-Republic (Yakima)

## Online

Group News Blog (Bellevue)

MaeGal (Carlsborg)

Eat All About It (Edmonds)

http://jsbowling.blogspot.com/ (Issaquah)

WatchMoviesOn (Maple Valley)

Central87.com (Olympia)

GoodTherapy.org (Olympia)

Katie Reviews (Otis Orchards)

CityRoom.com (Port Townsend)

MSNBC Interactive (Redmond)

ManTestedRecipes.com (Seatte)

Crosscut.com (Seattle)

EarthTechling (Seattle)

Greater Seattle On The Cheap (Seattle)

LostRemote.com (Seattle)

My Crew Magazine (Seattle)

Seattle Spin (Seattle)

StockWiz.com (Seattle)

TechFlash (Seattle)

Wetpaint (Seattle)

FreshAirTimes.com (Spanaway)

Flt News (Spokane)

Our Funny Little Family (Spokane)

NetNewsPublisher.com (Vancouver)

The News Portal (Vancouver)

The PageMeld Blog (Vashon)

## Radio

KBKW-AM (Aberdeen)

KXRO-AM (Aberdeen)

Fuzion Mobile (Arlington)

KRWM-FM (Bellevue)

KISM-FM (Bellingham)

KUGS-FM (Bellingham)

KITI-AM (Centralia)

KITI-FM (Centralia)

KMNT-FM (Centralia)

KRXY-FM (Centralia)

KOZI-AM (Chelan)

KOZI-FM (Chelan)

KCGL-FM (Cody)

KODI-AM (Cody)



Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

KTAG-FM (Cody)

KZMQ-AM (Cody)

KEEH-FM (College Place)

KGTS-FM (College Place)

KPLL-LP (College Place)

KPLW-FM (College Place)

KYPL-FM (College Place)

KCRK-FM (Colville)

KCVL-AM (Colville)

KXLE-AM (Ellensburg)

KXLE-FM (Ellensburg)

KULE-FM (Ephrata)

KRKO Radio (Everett)

KVAS-FM (Ilwata)

KLOG-AM (Kelso)

KUKN-FM (Kelso)

KKSR-FM (Kennewick)

KONA-AM/FM (Kennewick)

KOHO-FM (Leavenworth)

KFMY-FM (Olympia)

KONA-AM (Pasco)

KONP-AM (Port Angeles)

KRFA-FM (Pullman)

KBCS-FM (Seattle)

KBKS-FM (Seattle)

KCIS-AM (Seattle)

KEXP-FM (Seattle)

KGNW-AM (Seattle)

KIRO-AM (Seattle)

KIRO-FM (Seattle)

KKOL (Seattle)

KKOL-AM (Seattle)

KLFE-AM (Seattle)

KMPS-FM (Seattle)

KNHC-FM (Seattle)

KOMO-AM (Seattle)

KPLU-FM (Seattle)

KPLZ-FM (Seattle)

KPTK-AM (Seattle)

KQBZ-FM (Seattle)

KUOW-FM (Seattle)

KVI-AM (Seattle)

KWJZ-FM (Seattle)

KZOK-FM (Seattle)

Metro Networks - Seattle Bureau (Seattle)

KMAS-AM (Shelton)

KCDA-FM (Spokane)

KGA-AM (Spokane)

KIXZ-FM (Spokane)

KKZX-FM (Spokane)

KPBX-FM (Spokane)

KQNT-AM (Spokane)

KXLY-AM (Spokane)

i91now (Tacoma)

KYYT-FM (The Dalles)

KYNR-AM (Toppenish)

KCSY-FM (Twisp)

Business Talk Radio (Wenatchee)

KKRT-AM (Wenatchee)

KKRV-FM (Wenatchee)

KPQ-AM (Wenatchee)

KBBO-AM (Yakima)

KIT-AM (Yakima)

## Television

KIDQ-TV (Clarkston)

Blue Mountain Television (College Place)

Blue Mountain TV (College Place)

iFIBER One News (Ephrata)

KNDU-TV (Kennewick)

KVEW-TV (Kennewick)

KEPR-TV (Pasco)

MSNBC (Redmond)

KCPQ-TV (Seattle)

(888) 776-0942  |  www.prnewswire.com

PR Newswire
A UBM plc company

Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

KING 5 NEWS-Belo Corp (Seattle)

KING-TV (Seattle)

KIRO-TV (Seattle)

KOMO-TV (Seattle)

KONG-TV (Seattle)

KREM-TV (Seattle)

Northwest Cable News (Seattle)

Seattle Channel (Seattle)

KAYU-TV (Spokane)

KHQ-TV (Spokane)

KREM-TV (Spokane)

KXLY-TV (Spokane)

Digital News Resources (Vancouver)

KAPP-TV (Yakima)

KEPR - TV (Yakima)

KIMA-TV (Yakima)

KLEW-TV (Yakima)

KNDO-TV (Yakima)

## WEST VIRGINIA

### Magazine

West Virginia School Journal (Charleston)

West Virginia Executive (Cross Lanes)

Quick Printing (South Charleston)

### News Service

Associated Press - Charleston, West Virginia Bureau (Charleston)

Associated Press - Huntington Bureau (Huntington)

Associated Press - Morgantown Bureau (Morgantown)

### Newspaper

Beckley Register-Herald (Beckley)

Bluefield Daily Telegraph (Bluefield)

Record Delta (Buckhannon)

Standard (Cabell)

Charleston Daily Mail (Charleston)

Charleston Gazette, The (Charleston)

The State Journal (Charleston)

Clarksburg-Exponent Telegram (Clarksburg)

West Virginia Standard (Culloden)

Elkins The Inter-Mountain (Elkins)

Fairmont Times West Virginian (Fairmont)

Mountain Statesman (Grafton)

Herald-Dispatch, The (Huntington)

Huntington Quarterly (Huntington)

Keyser Mineral Daily News Tribune (Keyser)

Logan Banner (Logan)

Martinsburg Journal (Martinsburg)

The Journal (Martinsburg)

Daily Athenaeum (Morgantown)

Dominion Post, The (Morgantown)

The Daily Athenaeum (Morgantown)

Moundsville Echo (Moundsville)

News Sentinel (Parkersburg)

Point Pleasant Register (Point Pleasant)

The Wayne County News (Wayne)

The Weirton Daily Times (Weirton)

Weston Democrat (Weston)

Wheeling News-Register (Wheeling)

Williamson Daily News (Williamson)

### Online

American Public Media / Patchworknation.org (Charleston)

### Radio

WWNR-AM (Beckley)

West Virginia Public Radio (Charleston)

WQBE-FM (Charleston)

WVPN-FM (Charleston)

WVSR-FM (Charleston)

WVTS-AM (Charleston)

WFGH-FM (Fort gay)

Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

WAMX-FM (Huntington)

WIRO-AM (Huntington)

WKEE-FM (Huntington)

WMUL-FM (Huntington)

WTCR-FM (Huntington)

WVHU-AM (Huntington)

WVOW-AM (Logan)

WRNR-AM (Martinsburg)

WCLG-AM (Morgantown)

WWVU-FM (Morgantown)

WRON-AM (Ronceverte)

WRON-FM (Ronceverte)

WLTP-AM (Vienna)

WNUS-FM (Vienna)

WRVB-FM (Vienna)

WRZZ-FM (Vienna)

WEIR-AM (Weirton)

WWVA-AM (Wheeling)

## Television

WVVA-TV (Bluefield)

WDTV-TV (Bridgeport)

WCHS-TV (Charleston)

WSAZ-TV (Charleston)

WBOY-TV (Clarksburg)

WVNS-TV (Ghent)

WOWK-TV (Huntington)

WOAY-TV (Oak Hill)

WTAP-TV (Parkersburg)

WTRF-TV (Wheeling)

## WISCONSIN

## Magazine

Cross Country Skier (Cable)

Senior Wire news service (Hartland)

Goldmine magazine (Iola)

Random Publishing, Inc. (Kenosha)

Reviewboard Magazine (Kenosha)

Daily Cardinal, The (Madison)

In Business Magazine (Madison)

TravelLady Magazine (Madison)

MKE (Milwaukee)

Birder's World (Waukesha)

## News Service

Tribune Media Services - Glendale Bureau (Glendale)

Associated Press - Madison Bureau (Madison)

iNews LLC (Madison)

Associated Press - Milwaukee Bureau (Milwaukee)

Marquette University (Milwaukee)

Associated Press - Wausau Bureau (Wausau)

## Newspaper

Antigo Daily Journal (Antigo)

Appleton Post Crescent (Appleton)

The Daily Press (Ashland)

Baraboo News-Republic (Baraboo)

Beloit Daily News (Beloit)

Blair Press (Blair)

Chippewa Herald (Chippewa Falls)

National Catholic Register (Cudahy)

The Dodgeville Chronicle (Dodgeville)

Eau Claire Press Co. (Eau Claire)

Leader-Telegram (Eau Claire)

Reporter, The (Fond du Lac)

Fort Atkinson Jefferson County Union (Fort Atkinson)

Inter County Leader (Frederic)

Green Bay Press-Gazette (Green Bay)

News-Chronicle (Green Bay)

Janesville Gazette (Janesville)

Kenosha News (Kenosha)

La Crosse Tribune (La Crosse)

PR Newswire
A UBM plc company

Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

Capital Times , The (Madison)

La Comunidad News (Madison)

University of Wisconsin (Madison)

Wisconsin State Journal (Madison)

Herald Times Reporter (Manitowoc)

Marinette Eagle Herald (Marinette)

Marshfield News-Herald, The (Marshfield)

BizTimes Media (Milwaukee)

Business Journal, The (Milwaukee)

Marquette Tribune (Milwaukee)

Milwaukee Community Journal (Milwaukee)

Milwaukee Daily Reporter (Milwaukee)

Milwaukee Journal Sentinel (Milwaukee)

Small Business Times (Milwaukee)

The Business Journal Serving Greater Milwaukee (Milwaukee)

University of Wisconsin (Milwaukee)

Monroe Times (Monroe)

Oshkosh Northwestern (Oshkosh)

Ozaukee Press (Port Washington)

Portage Daily Register (Portage)

Racine Journal Times (Racine)

Rhinelander Daily News (Rhinelander)

The Northwoods River News (Rhinelander)

Shawno Leader (Shawano)

Sheboygan Press, The (Sheboygan)

Portage County Gazette (Stevens Point)

Stevens Point Journal (Stevens Point)

Door County Advocate (Sturgeon Bay)

Superior Daily Telegram (Superior)

Bayfield County Journal (Washburn)

The Ashland Current (Washburn)

Waukesha Freeman (Waukesha)

Wausau Daily Herald (Wausau)

Wausau Daily News (Wausau)

West Bend Daily News (West Bend)

Daily Tribune (Wisconsin Rapids)

Gannett Central Wisconsin (Wisconsin Rapids)

Wisconsin Rapids Daily Tribune (Wisconsin Rapids)

## Online

Inside Eau Claire (Eau Claire)

wisbusiness.com (Madison)

Savin' Green Mom Blog - (Oneida)

Pursuitist (Stoughton)

www.beachmaniac.com (Sun Prairie)

GlobalGeneratorSets.com (Waukesha)

The Bloor Group (Waukesha)

## Radio

WACD/FM (Antigo)

WAPL-FM (Appleton)

WECB-FM (Appleton)

WHBY-FM (Appleton)

WSCO-AM (Appleton)

WCFW-FM (Chippewa Falls)

WFDL-AM (Fond Du Lac)

WFDL-FM (Fond Du Lac)

WFAW-AM (Fort Atkinson)

WSJY-FM (Fort Atkinson)

WTKM-FM (Hartford)

WRLS-FM (Hayward)

WGTD-FM (Kenosha)

WIZM-AM (La Crosse)

WIZM-FM (La Crosse)

WKTY-AM (La Crosse)

WRQT-FM (La Crosse)

Board of Regents Unv. Of Wisconsin (Madison)

WIBA-AM (Madison)

WIBA-FM (Madison)

Wisconsin Public Radio (Madison)

WJJO-FM (Madison)

WMAD-FM (Madison)

WMGN-FM (Madison)

WNWC-AM (Madison)

WNWC-FM (Madison)

PR Newswire
A UBM plc company

Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

WTDY-AM (Madison)

WTSO-AM (Madison)

WXXM-FM (Madison)

WZEE-FM (Madison)

WOMT-AM (Manitowoc)

WLST-FM (Marinette)

WRJC-AM (Mauston)

WMDC-FM (Mayville)

WKEB-FM (Medford)

WTMJ-AM (Menomonee Falls)

WISN-AM (Milwaukee)

WKKV-FM (Milwaukee)

WMIL-FM (Milwaukee)

WOKY-AM (Milwaukee)

WQBW-FM (Milwaukee)

WRIT-FM (Milwaukee)

WTMJ-AM (Milwaukee)

WUWM-FM (Milwaukee)

WOSH-AM (Oshkosh)

WSUP-FM (Platteville)

WQPC-FM (Prairiedu chien)

WJMC-AM (Rice Lake)

WJMC-FM (Rice Lake)

WRCO-FM (Richland Ctr)

WRPN-FM (Ripon)

WWSP-FM (Stevens Point)

WRVM-FM (Suring)

WJJQ-FM (Tomahawk)

WVRQ-AM (Viroqua)

WDUX-FM (Waupaca)

Midwest Radio Group (Wausau)

## Television

WEAU-TV (Eau Claire)

WQOW-TV (Eau Claire)

WBAY-TV (Green Bay)

WFRV-TV (Green Bay)

WGBA-TV (Green Bay)

WLUK-TV (Green Bay)

WKBT-TV (La Crosse)

WXOW-TV (La Crosse)

WISC-TV (Madison)

WKOW-TV (Madison)

WMTV-TV (Madison)

Milwaukee Public Television (Milwaukee)

WDJT-TV (Milwaukee)

WISN-TV (Milwaukee)

WITI-TV (Milwaukee)

WTMJ-TV (Milwaukee)

WJFW-TV (Rhinelander)

WAOW-TV (Wausau)

WSAW-TV (Wausau)

## WYOMING

### News Service

Associated Press - Cheyenne Bureau (Cheyenne)

Branding Iron (Laramie)

### Newspaper

Star Valley Independent (Afton)

Casper Star Tribune (Casper)

Cheyenne Eagle (Cheyenne)

Wyoming Business Report, The (Cheyenne)

Wyoming Eagle-Tribune (Cheyenne)

Cody Enterprise (Cody)

The Glenrock Bird (Douglas)

Gillette News Record (Gillette)

Jackson Hole News & Guide (Jackson)

Lander Journal (Lander)

Laramie Daily Boomerang (Laramie)

News Letter Journal (Newcastle)

Powell Tribune (Powell)

Rawlins Daily Times (Rawlins)

Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

Riverton Ranger (Riverton)

Rock Springs Rocket Miner (Rock Springs)

The Veterans' Voice (Rock Springs)

Sheridan Press (Sheridan)

Worland N. Wyoming News (Worland)

## Online

Cowboy State Free Press (Cheyenne)

Love, Juliebug (Cheyenne)

## Radio

KUWA-FM (Afton)

KBUW-FM (Buffalo)

KKTL-AM (Casper)

KMGW-FM (Casper)

KRNK-FM (Casper)

KRVK-FM (Casper)

KTRS-FM (Casper)

KTWO-AM (Casper)

KUWC-FM (Casper)

KUYO-AM (Casper)

KWYY-FM (Casper)

KFBC-AM (Cheyenne)

KGAB-AM (Cheyenne)

KIGN-FM (Cheyenne)

KIMB-AM (Cheyenne)

KLEN-FM (Cheyenne)

KCGL-FM (Cody)

KODI-AM (Cody)

KTAG-FM (Cody)

KUWP-FM (Cody)

KZMQ-AM (Cody)

KZMQ-FM (Cody)

KDUW-FM (Douglas)

KKTY-AM (Douglas)

KKTY-AM (Douglas)

KAML-FM (Gillette)

KCOV-LP (FM) (Gillette)

KGWY-FM (Gillette)

KIML-AM (Gillette)

KUWG-FM (Gillette)

KYPR-FM (Gillette)

KUGR-AM (Green River)

KUWZ-FM (Green River)

KUWJ-FM (Jackson)

KDLY-FM (Lander)

KOVE-AM (Lander)

KCGY-FM (Laramie)

KOWB-AM (Laramie)

KUWR-FM (Laramie)

KUWN-FM (Newcastle)

KUXW-FM (Pinedale)

KNWT-FM (Powell)

KCWC-FM (Riverton)

KTAK-FM (Riverton)

KVOW-AM (Riverton)

KQSW-FM (Rock Springs)

KRKK-AM (Rock Springs)

KROE-AM (Sheridan)

KSUW-FM (Sheridan)

KWYO-AM (Sheridan)

KYTI-FM (Sheridan)

KZWY-FM (Sheridan)

KBFS-AM/KYDT-FM (Sundance)

KUWD-FM (Sundance)

KUWT-FM (Thermopolis)

## Television

KGWC-TV (Casper)

KTWO-TV (Casper)

KGWN-TV (Cheyenne)

KCWY-TV (Mills)

Due to the ever-changing media landscape, these lists serve as a representative sampling and are subject to change.

**DECLARATION OF JOSEPH M. FISHER**

**EXHIBIT K**



# Cision Influencer Lists
## General (English-language)
### Hispanic

*Note: duplicate listings denote multiple individual recipients*

¡Que Onda! Magazine
¡Que Onda! Magazine
¡Que Onda! Magazine
¡Que Onda! Magazine
¡Que Onda! Magazine
¡Que Onda! Magazine
Ahora News
Al día en América
Al día en América
Alianza Metropolitan News
Alianza Metropolitan News
AzureAzure
Bell Gardens Sun
Bilingual Broadcasting Network
Borderzine
BuzzFeed
Buzzfeed
City Terrace Comet
Commerce Comet
CTLatinoNews
Cynthia Turner's Cynopsis
Dallas Observer
Daytona Beach News-Journal
Decisive Magazine
Doral Tribune
Dos Lives
Dos Mundos
Dos Mundos
Dos Mundos
Dos Mundos
Dos Mundos
Eastside Sun
El Aguila
El Central Hispanic News
El Conquistador
El Eco de Virginia
El Editor Bilingual Newspaper
El Latino Costa Central Newspaper

El Lider USA
El Lider USA
El Mexicalo Bilingual
El Mexicalo Bilingual
El Mexicalo Bilingual
El Mexicano News
El Observador
El Observador
El Observador
El Observador
El Observador
El Observador
El Observador
El Puente Newspaper
El Puente Newspaper
El Tecolote
El Tiempo Hispano - The Hispanic Times
El Vistazo
El Vistazo
ELA-Brooklyn Belvedere Comet
Empowering Latinas
Enlace
Enlace Latino
Extra Bilingual Community Newspaper
Extra Bilingual Community Newspaper
Fairfield County Woman
Freelancer
Freelancer
Freelancer
Freelancer
Freelancer
Freelancer
Freelancer
Freelancer
Freelancer

Copyright © Cision US Inc. All Rights Reserved.



Freelancer
Freelancer
Freelancer
Freelancer
Fusion
Fusion
Fusion
Genre Latino Magazine
h I s PANIC
Habla News
Habla News
Hawaii Hispanic News
Hispanic Engineer
Hispanic Engineer & Information
Technology
Hispanic Engineer & Information
Technology
Hispanic Enterprise
Hispanic Journal
Hispanic Lifestyle
Hispanic Lifestyle
Hispanic Meetings & Travel
Magazine
Hispanic MPR
Hispanic Network Magazine
Hispanic Network Magazine
Hispanic Tiempo
HispanicAd
Hola America News
Hola Arkansas
Hola Iowa
Hombre Magazine
HotSpots
"HTV ""Latina Voices"""
"HTV ""Latina Voices"""
Huffington Post Latino Voices
Huffington Post Latino Voices
Indianapolis Business Journal
Inspire Your World Magazine
Journal of Agriculture of The
University of Puerto Rico
KCBS-TV Ch. 2 CBS
KFOX-TV Ch. 14 Fox
KIII-TV Ch. 3 ABC

KJZZ 91.5 FM
KPFT 90.1 FM
KUHT TV Ch. 8 PBS
KYW 1060 AM
La Oferta
La Oferta
La Prensa
La Prensa de San Antonio
La Prensa Hispana Newspaper
La Prensa Hispana Newspaper
La Prensa Hispana Newspaper
La Prensa San Diego
La Prensa San Diego
La Prensa San Diego
La Semana del Sur
LA Times
La Voz
La Voz de Arkansas
La Voz de Houston
La Voz de Kentucky
La Voz de Salina
La Voz de Salina
La Voz Hispana
La Voz Hispana
La Voz Nueva
La Voz Nueva
Latin Connection
Latin Times Magazine
Latina Lista
LATINA Style
LATINA Style
LATINA Style
LatinFinance
LatinLife
Latino Midwest News
Latino Times
Latinos Magazine
Luso Americano
MassLatinoNews
MBE - Minority Business
Entrepreneur Magazine
Mexican American Sun
MiaHD Media
Minority Engineer



Copyright © Cision US Inc. All Rights Reserved.

Montebello Comet
Monterey Park Comet
Motivos Bilingual Magazine
MShale
Multicultural Marketing News
NBC News-Latino
Nogales International
Northeast Sun
Noticias Wisconsin
Noticias Wisconsin
Okespañol
Periódico El Hispano de Florida
PlanetM
PlanetM
PlanetM
Popular Hispanics
Portada Florida
POZ Focus
Puerto Rico Sun
Quinceañeras and Brides Magazine
RILatinoNews
San Antonio Express-News
San Fernando Valley Sun
SHPE Magazine
Skipping Stones
Socialite Magazine
Somos Uno
South Florida Sun Times
Spanglish Times
Tejano y Grupero News
Televisa Publishing
The Associated Press
The Associated Press
The Bilingual News
The Brownsville Herald
The Garden City Telegram
The Gate Newspaper
The Gate Newspaper
The Hispanic Press
The Hispanic Voice
The Seasoner Magazine
The Spanish Journal
The Spanish Journal
The Wall Street Journal

The Weekly Issue/El Semanario - Arizona
The Weekly Issue/El Semanario - Arizona
The Weekly Issue/El Semanario - Arizona
The Weekly Issue/El Semanario - California
The Weekly Issue/El Semanario - California
The Weekly Issue/El Semanario - California
The Weekly Issue/El Semanario - Colorado
The Weekly Issue/El Semanario - Colorado
The Weekly Issue/El Semanario - Colorado
The Weekly Issue/El Semanario - Florida
The Weekly Issue/El Semanario - Florida
The Weekly Issue/El Semanario - Florida
The Weekly Issue/El Semanario - Nevada
The Weekly Issue/El Semanario - Nevada
The Weekly Issue/El Semanario - Nevada
The Weekly Issue/El Semanario - New Mexico
The Weekly Issue/El Semanario - New Mexico
The Weekly Issue/El Semanario - New Mexico
Tidewater Hispanic
Tvizion Incorporated
Univisión Network
Univisión News
US Hispanics
USA Hispanic Newspaper
Vernon Sun
VisionLATINA TV

Copyright © Cision US Inc. All Rights Reserved.



Viva Now
Voice of America
WABC-TV Ch. 7 ABC
WBMJ 1190 AM
WBZ-TV Ch. 4 CBS
WHYY-TV Ch. 12 PBS
WOSO 1030 AM
WOSO 1030 AM
WRNN-TV Ch. 48 RNN
Wyvernwood Chronicle



Copyright © Cision US Inc. All Rights Reserved.