BRAD BRIAN (State Bar No. 079001)
brad.brian@mto.com
WILLIAM D. TEMKO (State Bar No. 98858)
william.temko@mto.com
E. MARTIN ESTRADA (State Bar No. 223802)
martin.estrada@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:   (213) 683-9100
Facsimile:   (213) 687-3702

MIRIAM KIM (State Bar No. 238230)
miriam.kim@mto.com
LAURA K. LIN (State Bar No. 281542)
laura.lin@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:   (415) 512-4000
Facsimile:   (415) 512-4077

Attorneys for Defendant LG Electronics, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 3:07-md-05944 JST (N.D. Cal.) |
|---|---|
| | MDL No. 1917 |
| This Document Relates to | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| ALL ACTIONS | |
| | Judge:   The Honorable Jon Tigar |

Case No. 3:07-md-05944 JST
NOTICE OF WITHDRAWAL OF COUNSEL

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that: (1) as of February 16, 2018, Cathleen H. Hartge will no longer be associated with the firm of Munger, Tolles & Olson LLP; and (2) as of January 24, 2018, Gregory Weingart has no longer been associated with the firm of Munger, Tolles & Olson LLP.  Ms. Hartge and Mr. Weingart are therefore hereby withdrawing as counsel for Defendant LG Electronics, Inc. in the above referenced matter.  We respectfully request that their names be removed from all applicable service lists, including Notices of Electronic Filing.  The law firm of Munger, Tolles & Olson LLP will continue to serve as counsel for LG Electronics, Inc.

DATED:  February 16, 2018                MUNGER, TOLLES & OLSON LLP

By:     */s/ Miriam Kim*
          Miriam Kim
Attorneys for Defendant LG Electronics, Inc.