MARIO N. ALIOTO, ESQ. (56433)
JOSEPH M. PATANE, ESQ. (72202)
LAUREN C. RUSSELL, ESQ. (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA  94123
Telephone:  (415) 563-7200
Facsimile: (415) 346-0679
E-mail: malioto@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-JST<br>Case No. 3:17-cv-04067-JST<br><br>MDL No. 1917<br><br>**[PROPOSED]** ORDER GRANTING **IPPS' ADMINISTRATIVE MOTION PURSUANT TO L.R. 7-11 FOR LEAVE FOR EXCESS PAGES**<br><br>Judge: Hon. Jon S. Tigar |
| This Document Relates to:<br><br>*Luscher, et al. v. Mitsubishi Electric Corp.,* No. 17-cv-04067-JST | |

# [PROPOSED] ORDER

Upon consideration of the IPPs' Administrative Motion Pursuant to L.R. 7-11 for Leave for Excess Pages ("Administrative Motion"), it is hereby:

ORDERED that the Administrative Motion is GRANTED; and it is further ORDERED that IPPs may file a brief not to exceed thirty-one (31) pages in support of the Indirect Purchaser IPPs' Motion for Preliminary Approval of Class Action Settlement with Mitsubishi Electric Corporation.

IT IS SO ORDERED

Dated: February 21, 2018

**The Honorable Jon S. Tigar**
**Northern District of California**