**WHITE & CASE**

February 23, 2018

VIA ECF

The Honorable Jon S. Tigar
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005-3807
T +1 202 626 3600

whitecase.com

*In re Cathode Ray Tube (CRT) Antitrust Litigation*, **No. 07-5944-JST, MDL No. 1917**

Dear Judge Tigar:

      Defendants in the CRT actions pending before Judge Cogan in the United States District Court for the Eastern District of New York write to inform the Court that on February 23, 2018, Judge Cogan granted a motion to continue the trial date for those actions. Judge Cogan, mentioning this Court's proceedings in the MARTA action, vacated a May 2018 trial date and tentatively set trial to begin on January 7, 2019, with a backup date of March 4, 2019. In a separate Order, Judge Cogan directed the parties to submit a revised proposed pre-trial schedule following this Court's decision on whether to remand MARTA's action to the Eastern District of New York. The two Orders are attached to this letter for reference.

Respectfully submitted,

 */s/ Christopher M. Curran*
WHITE & CASE LLP
Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
701 Thirteenth Street, N.W.
Washington, DC  20005
Tel.: (202) 626-3600
Fax: (202) 639-9355

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

WHITE & CASE

The Honorable Jon S. Tigar
February 23, 2018

*/s/Jeffrey L. Kessler*
WINSTON & STRAWN LLP
Jeffrey L. Kessler
jkessler@winston.com
Eva W. Cole
ewcole@winston.com
200 Park Avenue
New York, New York 10166
Telephone: (212) 294-6700
Facsimile: (212)-294-4700

WEIL, GOTSHAL & MANGES LLP
David L. Yohai
david.yohai@weil.com
David Yolkut
david.yolkut@weil.com
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co, Ltd.) and MT Picture Display Co., Ltd.*

# U.S. District Court

# Eastern District of New York

## Notice of Electronic Filing

The following transaction was entered on 2/23/2018 at 11:48 AM EST and filed on 2/23/2018
**Case Name:**     In re EDNY Cathode Ray Tube Antitrust Cases
**Case Number:**   1:17-cv-04504-BMC
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**ORDER granting [93]. Each side to this dispute presents good arguments, and the Court is faced with a tough situation.**

**The Court is mindful that this case has been going on for a number of years and that other, previously scheduled trials on its docket mean that any continuance will realistically postpone the trial date until early 2019. This delay is a real inconvenience to the parties.**

**On the other hand, as plaintiffs point out, proceeding with the trial in May with the current parties only, and without MARTA and Samsung, risks two trials involving common parties and very similar, if not the same, facts. Even accounting for the possibility of the MDL court concluding that MARTA lacks standing or some of the parties settling, there is a real possibility that holding the trial in May will result in significant duplicative costs for all parties, and the threat of inconsistent verdicts -- two things the MDL process was designed to avoid. This Court and the parties are unlikely to know before May how the MDL court will resolve the recently reversed-and-remanded summary judgment order, but it seems reasonably likely that MARTA's case will eventually be remanded here and consolidated with this case.**

**The Court's balance of considerations weighs in favor of postponing the trial. The trial is hereby continued to 01/07/2019, with a backup date of 03/04/2019. Bearing in mind the other trials that this Court already has scheduled for fall 2018, the parties should feel free to propose a mutually agreeable date for trial earlier than 01/07/2019. Ordered by Judge Brian M. Cogan on 2/23/2018. (Weisberg, Peggy)**

# U.S. District Court

## Eastern District of New York

### Notice of Electronic Filing

The following transaction was entered on 2/23/2018 at 3:24 PM EST and filed on 2/23/2018
**Case Name:** In re EDNY Cathode Ray Tube Antitrust Cases
**Case Number:** 1:17-cv-04504-BMC
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**ORDER. In light of the preceding order continuing trial to January 2019, the Order at [92] is vacated and the Amended Pre-Trial Schedule is terminated. The parties are directed to submit a revised proposed schedule within 14 days of the MDL court's decision on whether to remand MARTA's case to this court. Ordered by Judge Brian M. Cogan on 2/23/2018. (Weisberg, Peggy)**