UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 |
|---|---|
| | Case No. C-07-5944 JST |
| This Order Relates To: | **ORDER GRANTING PRO HAC VICE MOTION** |
| ALL DIRECT ACTION PLAINTIFFS | Re: ECF No. 5250 |

Andrew Rhys Davies' application for admission pro hac vice is granted. ECF No. 5250. The Court's prior order waiving the local counsel requirement is located at ECF No. 230 (at ¶ 6), not ECF No. 8, as counsel indicated. Counsel is directed to share this information with other members of his office so that future applications do not require the Court to hunt down the correct order.

**IT IS SO ORDERED.**

Dated: February 26, 2018



JON S. TIGAR
United States District Judge