UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 |
|---|---|
| | Case No. C-07-5944 JST |
| This Order Relates To: | **ORDER VACATING HEARING** |
| | Re: ECF No. 5234 |
| P.C. Richard & Son Long Island Corp., et al. v. Hitachi, Ltd., et al., No. 12-cv-02648 | |

Before the Court is Defendants' motion for an evidentiary hearing regarding MARTA's standing. ECF No. 5234. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument. The hearing on this matter, currently scheduled for March 8, 2018, is hereby VACATED.

**IT IS SO ORDERED.**

Dated: February 27, 2018

_____
JON S. TIGAR
United States District Judge