Guido Saveri (22349)
    guido@saveri.com
R. Alexander Saveri (173102)
    rick@saveri.com
Geoffrey C. Rushing (126910)
    grushing@saveri.com
Cadio Zirpoli (179108)
    cadio@saveri.com
Matthew D. Heaphy (227224)
    mheaphy@saveri.com
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone:  (415) 217-6810
Facsimile:  (415) 217-6813

*Lead Counsel for Direct Purchaser Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-CV-5944-JST |
| | MDL No. 1917 |
| This Document Relates to: *ALL DIRECT PURCHASER ACTIONS* | **STIPULATED REQUEST FOR CASE MANAGEMENT CONFERENCE PURSUANT TO CIVIL L.R. 16-10(c)** |
| | Judge:       Honorable Jon S. Tigar |

1  Direct Purchaser Plaintiffs ("Plaintiffs") and Defendants Irico Display Devices Co., Ltd.
2  and Irico Group Corporation (together, "Irico"), by and through the undersigned counsel, hereby
3  stipulate as follows:
4  WHEREAS, on February 1, 2018, the Court entered an Order Setting Aside Default of
5  Irico, ECF No. 5240;
6  WHEREAS, Plaintiffs and Irico have conferred and agreed that it would be helpful for the
7  Court to set a case management conference in April to discuss several matters, including
8  scheduling and discovery;
9  WHEREAS, Plaintiffs and Irico have conferred about their availability on Wednesdays in
10 April, the day of the week on which the Court normally schedules case management conferences,
11 and have reviewed the Court's availability, and there are no Wednesdays in April when the parties
12 and the Court are available;
13 WHEREAS, the parties are available for a case management conference on Tuesday, April
14 24, 2018 at 2:00 p.m.;
15 IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiffs and
16 Irico that:
17 The parties request that the Court set a case management conference, as provided by Civil
18 Local Rule 16-10(c), on Tuesday, April 24, 2018 at 2:00 p.m.; and
19 The parties will file a Joint Case Management Statement by Tuesday, April 17, 2018, as
20 required by Civil Local Rule 16-10(d).
21 Dated: March 9, 2018

| /s/ *R. Alexander Saveri* | /s/ *Stuart C. Plunkett* |
|---|---|
| Guido Saveri (22349) | John Taladay (*pro hac vice*) |
| R. Alexander Saveri (173102) | john.taladay@bakerbotts.com |
| Geoffrey C. Rushing (126910) | Erik T. Koons (*pro hac vice*) |
| Cadio Zirpoli (179108) | erik.koons@bakerbotts.com |
| Matthew D. Heaphy (227224) | BAKER BOTTS LLP |
| SAVERI & SAVERI, INC. | 1299 Pennsylvania Ave., NW |
| 706 Sansome Street | Washington, D.C. 20004 |
| San Francisco, CA 94111 | Telephone: 202.639.7700 |
| Telephone: (415) 217-6810 | Facsimile: 202.639.7890 |
| Facsimile: (415) 217-6813 | |
| | Stuart C. Plunkett (State Bar No. 187971) |
| *Lead Counsel for Direct Purchaser Plaintiffs* | stuart.plunkett@bakerbotts.com |

1

STIPULATED REQUEST FOR CASE MANAGEMENT CONFERENCE PURSUANT TO CIVIL L.R. 16-10(c);
Master File No. 07-CV-5944-JST

1
2
3
4
5

Rishi P. Satia (State Bar No. 301958)
rishi.satia@bakerbotts.com
BAKER BOTTS LLP
101 California Street, Suite 3070
San Francisco, California 94111
Telephone: (415) 291-6200
Facsimile: (415) 291-6300

*Attorneys for Defendants Irico Group Corp.
and Irico Display Devices Co., Ltd.*

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2
STIPULATED REQUEST FOR CASE MANAGEMENT CONFERENCE PURSUANT TO CIVIL L.R. 16-10(c);
Master File No. 07-CV-5944-JST

**ATTESTATION**

I, R. Alexander Saveri, hereby attest, pursuant to United States District Court, Northern District of California Civil Local Rule 5-1(i)(3), that concurrence in the filing of this document has been obtained from the other Signatory hereto.

By:     */s/ R. Alexander Saveri*
            R. Alexander Saveri