MICHAEL W. BIEN – 096891
JEFFREY L. BORNSTEIN – 099358
JENNY S. YELIN – 273601
ROSEN BIEN GALVAN & GRUNFELD LLP
50 Fremont Street, 19th Floor
San Francisco, California 94105-2235
Telephone:  (415) 433-6830
Facsimile:  (415) 433-7104
Email:   mbien@rbgg.com
         jbornstein@rbgg.com
         jyelin@rbgg.com

Attorneys for Non-Party Objectors
FINANCIAL RECOVERY STRATEGIES.
INC., d/b/a FINANCIAL RECOVERY
STRATEGIES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**<br><br>This Document Relates to:<br>All Indirect Purchaser Actions | Master File No. CV-07-5944-JST<br>MDL No. 1917<br><br>**CLASS ACTION**<br><br>**NOTICE OF APPEARANCE OF COUNSEL JEFFREY L. BORNSTEIN**<br><br>Judge:  Hon. Jon S. Tigar |

TO THE CLERK, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Jeffrey L. Bornstein, of Rosen Bien Galvan & Grunfeld LLP, enters his appearance as counsel of record for Non-Party Objectors **FINANCIAL RECOVERY STRATEGIES. INC., d/b/a FINANCIAL RECOVERY STRATEGIES**.  The undersigned hereby requests that he be added to the docket's list of counsel as attorneys to be noticed.

/ / /

/ / /

Copies of all pleadings, papers, and notices should be served/noticed as follows:

Michael W. Bien
Jeffrey L. Bornstein
Jenny S. Yelin
ROSEN BIEN GALVAN GRUNFELD LLP
50 Fremont Street, 19th Floor
San Francisco, CA 94105
Phone: (415) 433-6830
Facsimile: (415) 433-7104
Email: MBien@rbgg.com; JBornstein@rbgg.com; JYelin@rbgg.com

DATED: March 20, 2018            Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By:     */s/ Jeffrey L. Bornstein*
          Jeffrey L. Bornstein

Attorneys for Non-Party Objectors
FINANCIAL RECOVERY STRATEGIES. INC.,
d/b/a FINANCIAL RECOVERY STRATEGIES