MICHAEL W. BIEN – 096891
JEFFREY L. BORNSTEIN – 099358
JENNY S. YELIN – 273601
ROSEN BIEN GALVAN & GRUNFELD LLP
50 Fremont Street, 19th Floor
San Francisco, California 94105-2235
Telephone:    (415) 433-6830
Facsimile:     (415) 433-7104
Email:         mbien@rbgg.com
               jbornstein@rbgg.com
               jyelin@rbgg.com

Attorneys for Non-Party Objectors
FINANCIAL RECOVERY STRATEGIES.
INC., d/b/a FINANCIAL RECOVERY
STRATEGIES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. CV-07-5944-JST MDL No. 1917 |
| | **CLASS ACTION** |
| | **NOTICE OF APPEARANCE OF COUNSEL JENNY S. YELIN** |
| | Judge:   Hon. Jon S. Tigar |
| This Document Relates to: All Indirect Purchaser Actions | |

TO THE CLERK, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Jenny S. Yelin, of Rosen Bien Galvan & Grunfeld

LLP, enters her appearance as counsel of record for Non-Party Objectors **FINANCIAL**

**RECOVERY STRATEGIES. INC., d/b/a FINANCIAL RECOVERY STRATEGIES**.

The undersigned hereby request that she be added to the docket's list of counsel as

attorneys to be noticed.

/ / /

/ / /

Copies of all pleadings, papers, and notices should be served/noticed as follows:

Michael W. Bien
Jeffrey L. Bornstein
Jenny S. Yelin
ROSEN BIEN GALVAN GRUNFELD LLP
50 Fremont Street, 19th Floor
San Francisco, CA 94105
Phone:  (415) 433-6830
Facsimile:  (415) 433-7104
Email: MBien@rbgg.com; JBornstein@rbgg.com;
        JYelin@rbgg.com

DATED:  March 20, 2018          Respectfully submitted,

                                ROSEN BIEN GALVAN & GRUNFELD LLP


                                By:      */s/ Jenny S. Yelin*
                                        Jenny S. Yelin

                                Attorneys for Non-Party Objectors
                                FINANCIAL RECOVERY STRATEGIES. INC.,
                                d/b/a FINANCIAL RECOVERY STRATEGIES

[3235237.1]