Vaughn R Walker
Law Office of Vaughn R Walker
Four Embarcadero Center, Suite 2200
San Francisco, CA 94111
Tel: (415) 871-2888
Fax: (415) 871-2890
vrw@judgewalker.com

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Order Relates to:<br><br>DPPs<br><br>v<br><br>Irico Display Devices Co, Ltd and Irico Group Corporation | MDL No 1917<br><br>Master Case No 3:07-CV-5944-JST<br><br>**SPECIAL MASTER'S ORDER** |

SPECIAL MASTER'S ORDER                                          PAGE **1** OF **2**

   The DPPs seek to compel responses from Defendants Irico Display Devices Co., Ltd and Irico Group Corporation ("Irico") to certain discovery requests. Irico responds that this matter will be taken up at a case management conference on April 24, 2018 so any action by the undersigned would be duplicative.

   The undersigned awaits the court's guidance.

IT IS SO ORDERED.

Date: March 26 2018

_____
Vaughn R Walker
Special Master-United States District Judge (Ret)

SPECIAL MASTER'S ORDER                   PAGE 2 OF 2