1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-CV-5944-JST |
|---|---|
| | MDL No. 1917 |
| This Document Relates to:<br><br>*ALL DIRECT PURCHASER ACTIONS* | **[PROPOSED] ORDER GRANTING DIRECT PURCHASER PLAINTIFFS' MOTION TO COMPEL DISCOVERY RESPONSES FROM THE IRICO DEFENDANTS** |

1   On March 27, 2018, Direct Purchaser Plaintiffs filed their Motion to Compel Discovery
2   Responses from the Irico Defendants. On May 10, 2018, the Court held a hearing on the motion.
3   Having read and considered the papers filed and arguments made by counsel, and good
4   cause appearing, IT IS HEREBY ORDERED that Direct Purchaser Plaintiffs' Motion to
5   Compel Discovery Responses from the Irico Defendants is GRANTED.
6   IT IS SO ORDERED.

Dated: _____                    _____
                                            HONORABLE JON S. TIGAR
                                            UNITED STATES DISTRICT JUDGE