Mario N. Alioto (56433)
Joseph M. Patane (72202)
Lauren C. Capurro (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2280 Union Street
San Francisco, CA 94123
Telephone: 415-563-7200
Facsimile: 415- 346-0679
Email: malioto@tatp.com
jpatane@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the*
*Indirect Purchaser Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-cv-05944-JST<br>Case No. 17-cv-04067-JST<br><br>MDL No. 1917 |
| This Document Relates to:<br><br>*Luscher, et al. v. Mitsubishi Electric Corp.,* No. 17-cv-04067-JST | **JOINT SUPPLEMENTAL SUBMISSION RE: MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT WITH MITSUBISHI ELECTRIC CORPORATION; REQUEST TO MODIFY PROPOSED NOTICE OF SETTLEMENT**<br><br>Date: Hearing vacated<br>Courtroom: 9, 19th Floor<br>Judge: Honorable Jon S. Tigar |

1 The Indirect Purchaser Plaintiffs ("IPPs") and Mitsubishi Electric Corporation ("Mitsubishi Electric") respectfully make this Supplemental Submission Re: Motion for Preliminary Approval of Settlement with Mitsubishi Electric Corporation; Request to Modify the Proposed Notice of Class Action Settlement.

IPPs submitted their Motion for Preliminary Approval of Class Action with Defendant Mitsubishi Electric on February 14, 2018. ECF No. 5245. As part of that motion, IPPs requested that the Court approve two forms of notice of settlement, a Detailed Notice (attached as Exhibit B to the Declaration of Joseph M. Fisher Re: Mitsubishi Notice Program, ECF No. 5245-2 ("Fisher Decl.")) and a Summary Notice (attached as Exhibit C to the Fisher Declaration).

IPPs and Mitsubishi Electric believe that certain modifications to the Detailed Notice would improve the notice for class members. More specifically, the parties' proposed modifications would clarify for class members that they can object to the proposed plan of distribution, that the Court will resolve any distribution issues at the final approval stage, and that ultimately it is the Court that will decide how the settlement funds are allocated among class members.

A revised Detailed Notice is submitted herewith as Exhibit A to the Declaration of Mario N. Alioto ("Alioto Decl."). A redlined version showing the changes the parties are proposing is attached as Exhibit B to the Alioto Decl.

Dated:  April 2, 2018                                  Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　 */s/ Mario N. Alioto*
　　　　　　　　　　　　　　　　　　　　　Mario N. Alioto (56433)
　　　　　　　　　　　　　　　　　　　　　malioto@tatp.com
　　　　　　　　　　　　　　　　　　　　　Joseph M. Patane (72202)
　　　　　　　　　　　　　　　　　　　　　jpatane@tatp.com
　　　　　　　　　　　　　　　　　　　　　Lauren C. Capurro (241151)
　　　　　　　　　　　　　　　　　　　　　laurenrussell@tatp.com
　　　　　　　　　　　　　　　　　　　　　TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
　　　　　　　　　　　　　　　　　　　　　2280 Union Street
　　　　　　　　　　　　　　　　　　　　　San Francisco, CA 94123
　　　　　　　　　　　　　　　　　　　　　Telephone: 415-563-7200
　　　　　　　　　　　　　　　　　　　　　Facsimile: 415-346-0679

　　　　　　　　　　　　　　　　　　　　　***Lead Counsel for Indirect Purchaser Plaintiffs***