MICHAEL W. BIEN – 096891
JEFFREY L. BORNSTEIN – 099358
JENNY S. YELIN – 273601
ROSEN BIEN GALVAN & GRUNFELD LLP
50 Fremont Street, 19th Floor
San Francisco, California 94105-2235
Telephone:    (415) 433-6830
Facsimile:    (415) 433-7104
Email:        mbien@rbgg.com
              jbornstein@rbgg.com
              jyelin@rbgg.com

Attorneys for Non-Party Objectors
FINANCIAL RECOVERY SERVICES.
INC., d/b/a FINANCIAL RECOVERY
STRATEGIES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | Master File No. CV-07-5944-JST MDL No. 1917 |
| | **CLASS ACTION** |
| This Document Relates to: All Indirect Purchaser Actions | **SUPPLEMENTAL OPPOSTION TO MODIFIED PROPOSED NOTICE OF SETTLEMENT** |
| | Judge:  Hon. Jon S. Tigar To be Decided on the Papers |

1      Financial Recovery Services, Inc., d/b/a Financial Recovery Strategies ("FRS")

2   hereby objects to the revised Detailed Class Notice ("Revised Notice") submitted by IPPs

3   on April 2, 2018 for the following reasons:[1]

4      1.      The Revised Notice does not address the issues raised by FRS in opposition

5   letters docketed on February 27, 2018 (ECF No. 5252) and on March 16, 2018 (ECF

6   No. 5259), namely, that in light of the pending appeals of the prior settlements, all First-

7   time Claimants who are indirect purchasers otherwise entitled to participate in these

8   settlements, should be given the opportunity to file and have their claims fully considered

9   in all of the pending actions before this court.

10      2.      The Revised Notice is confusing because it does not say what, if anything,

11   First-time Claimants, such as those represented by FRS, will need to do to perfect their

12   claims in connection with the proposed settlement with Mitsubishi:  Will they need to

13   refile the claims they previously filed, or does the fact that they have pending claims that

14   have not been processed mean that they do not need to submit new claims now in

15   connection with the Mitsubishi settlement?

16   / / /

17   / / /

18   / / /

19   / / /

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26

27   [1] In light of the Court's Order vacating the April 5, 2018 hearing (ECF No. 5265), FRS is
submitting this Supplemental Opposition to bring to the Court's attention deficiencies in

28   the Revised Notice.

1         For the reasons set forth in the February 27 and March 26 letters and in the

2    Proposed Order filed on March 23, 2018 (ECF No. 5263), the Court should reject the

3    Revised Notice submitted by IPPs or modify it to ensure fairness and clarity for all

4    claimants.

5    DATED:  April 3, 2018                Respectfully submitted,

6                                ROSEN BIEN GALVAN & GRUNFELD LLP

7

8                                By:       */s/ Jeffrey L. Bornstein*

9                                    Jeffrey L. Bornstein

10                               Attorneys for Non-Party Objectors

11                               FINANCIAL RECOVERY SERVICES. INC., d/b/a
                                 FINANCIAL RECOVERY STRATEGIES

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[3240043.3]

SUPPLEMENTAL OPPOSITION TO MODIFIED PROPOSED NOTICE OF SETTLEMENT