MICHAEL W. BIEN – 096891
JEFFREY L. BORNSTEIN – 099358
JENNY S. YELIN – 273601
ROSEN BIEN GALVAN & GRUNFELD LLP
50 Fremont Street, 19th Floor
San Francisco, California 94105-2235
Telephone:  (415) 433-6830
Facsimile:  (415) 433-7104
Email:  mbien@rbgg.com
        jbornstein@rbgg.com
        jyelin@rbgg.com

Attorneys for Non-Party Objectors
FINANCIAL RECOVERY SERVICES.
INC., d/b/a FINANCIAL RECOVERY
STRATEGIES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | Master File No. CV-07-5944-JST<br>MDL No. 1917<br>**CLASS ACTION**<br>**CORRECTED SUPPLEMENTAL OPPOSITION TO MODIFIED PROPOSED NOTICE OF SETTLEMENT**<br>Judge:  Hon. Jon S. Tigar<br>To be Decided on the Papers |
| This Document Relates to:<br>All Indirect Purchaser Actions | |

Financial Recovery Services, Inc., d/b/a Financial Recovery Strategies ("FRS") hereby objects to the revised Detailed Class Notice ("Revised Notice") submitted by IPPs on April 2, 2018 for the following reasons:[1]

1. Notwithstanding the advisory that was published on or about November 15, 2017 and continues to appear on the *CRTI* website that "[w]e will no longer be processing late claims in connection with the CRT Indirect Purchaser Antitrust Litigation," the Revised Notice seeks to postpone rather than address the issues raised by FRS in the opposition letters docketed on February 27, 2018 (ECF No. 5252) and on March 16, 2018 (ECF No. 5259). Most critically, in light of the lengthy pending appeals process for the Prior Settlements, all First-time Claimants who are otherwise entitled to participate in these settlements in the same manner as Prior Claimants should be given the opportunity to file and have their claims fully considered in the Proposed Settlement *and* in the Prior Settlements.

2. The Revised Notice continues to provide confusing information to First-time Claimants. It does not say how the claims of First-time Claimants, such as FRS's clients, who "submitted claim[s] in the Prior Settlements" after the claims deadline, will be treated in connection with the Proposed Settlement with Mitsubishi. Will they need to refile the claims they previously filed, or does the fact that they have pending claims that may or may not have been processed mean that they do not need to submit new claims now in connection with the Proposed Settlement with Mitsubishi?

//
//
//
//
//

---

[1] In light of the Court's Order vacating the April 5, 2018 hearing (ECF No. 5265), FRS is submitting this Supplemental Opposition to bring to the Court's attention deficiencies in the Revised Notice.

For the reasons set forth in the February 27 and March 26 letters and in the Proposed Order filed on March 23, 2018 (ECF No. 5263), the Court should reject the Revised Notice submitted by IPPs, or modify it to ensure fairness and clarity for all claimants.

DATED:  April 4, 2018

Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By:    */s/ Jeffrey L. Bornstein*
      Jeffrey L. Bornstein

Attorneys for Non-Party Objectors
FINANCIAL RECOVERY SERVICES. INC., d/b/a
FINANCIAL RECOVERY STRATEGIES