Mario N. Alioto, Esq. (56433)
Lauren C. Capurro, Esq. (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA  94123
Telephone:     (415) 563-7200
Facsimile:      (415) 346-0679
malioto&tatp.com
laurenrussell@tatp.com

*Lead Counsel for the Indirect Purchaser Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV-07-5944 SC<br>MDL No. 1917 |
| This Document Relates To:<br><br>ALL INDIRECT PURCHASER ACTIONS | **STIPULATION AND [PROPOSED] ORDER VACATING CLERK'S ENTRY OF DEFAULT** |

WHEREAS, upon request of counsel for plaintiffs, the clerk entered default as to Defendants Irico Display Devices Co., Ltd. and Irico Group Corporation in both the Direct Purchaser ("DP") and Indirect Purchaser ("IP") Actions. ECF No. 4727 (July 20, 2016); ECF No. 4729 (July 22, 2016);

WHEREAS, on February 1, 2018, the Court granted Irico's motion to set aside default and denied the motion for entry of default judgment as moot in the DP Action (ECF No. 5240), and the Court ruled that "[t]he case against the Irico Defendants having now reopened, the [Direct Purchaser Plaintiffs] are free to undertake jurisdictional discovery" (*Id.* at 20);

WHEREAS, counsel for the IP Plaintiffs ("IPPs") and the Irico Defendants have met and conferred on continuing proceedings in the IP actions and proceeding with the jurisdictional discovery;

WHEREAS, given the Court's February 1 ruling in the DP action, IPPs submit that good

cause exists under Federal Rule of Civil Procedure 55(c) to vacate the entry of default, and request that the Court vacate the clerk's entry of default (*i.e.*, ECF No. 4729) as to the Irico Defendants;

WHEREAS, IPPs request that the Court permit jurisdictional discovery pertaining to the Irico Defendants in the IP Actions;

WHEREAS, the Irico Defendants do not oppose the relief sought by this motion;

WHEREAS, IPPs served written jurisdictional discovery on the Irico Defendants on March 27, 2018, and the parties have agreed that responses and objections shall be due on or before May 25, 2018;

WHEREFOR, IT IS HEREBY STIPULATED AND AGREED by and between counsel for IPPs and Irico that the entry of default (ECF No. 4729) is hereby vacated, and that the case against the Irico Defendants having now reopened, the IPPs are free to undertake jurisdictional discovery.

Dated: April 5, 2018                 Respectfully submitted

                                     */s/ Mario N. Alioto*

                                     Mario N. Alioto, Esq. (56433)
                                     Lauren C. Capurro, Esq. (241151)
                                     TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
                                     2280 Union Street
                                     San Francisco, CA  94123
                                     Telephone:    (415) 563-7200
                                     Facsimile:    (415) 346-0679
                                     malioto&tatp.com
                                     laurenrussell@tatp.com

                                     *Lead Counsel for the Indirect Purchaser Plaintiffs*

Dated: April 5, 2018                 Respectfully submitted

                                     */s/ Stuart Plunkett*

                                     John Taladay (pro hac vice)
                                     john.taladay@bakerbotts.com
                                     Erik T. Koons (pro hac vice)
                                     erik.koons@bakerbotts.com
                                     BAKER BOTTS LLP
                                     1299 Pennsylvania Ave., NW
                                     Washington, D.C. 20004
                                     Telephone: 202.639.7700
                                     Facsimile: 202.639.7890

Stuart C. Plunkett (State Bar No. 187971)
stuart.plunkett@bakerbotts.com
BAKER BOTTS LLP
101 California Street, Suite 3070
San Francisco, California 94111
Telephone: (415) 291-6200
Facsimile: (415) 291-6300

*Attorneys for Defendants Irico Group Corp.
and Irico Display Devices Co., Ltd.*

SO ORDERED.

April __, 2018

_____
Jon S. Tigar
United States District Judge

## ATTESTATION

I, Christopher T. Micheletti, hereby attest, pursuant to United States District Court, Northern District of California Civil Local Rule 5-1(i)(3), that concurrence in the filing of this document has been obtained from the other Signatories hereto.

By:   /s/ Christopher T. Micheletti
Christopher T. Michletti

STIPULATION AND [PROPOSED] ORDER VACATING CLERK'S ENTRY OF DEFAULT

4813-8585-1232v3