1 | John Taladay (*pro hac vice*)
john.taladay@bakerbotts.com
2 | Erik Koons (*pro hac vice*)
erik.koons@bakerbotts.com
3 | BAKER BOTTS LLP
1299 Pennsylvania Ave., NW
4 | Washington, D.C. 20004
Telephone: (202)-639-7700
5 | Facsimile: (202)-639-7890

6 | Stuart C. Plunkett (State Bar No. 187971)
stuart.plunkett@bakerbotts.com
7 | BAKER BOTTS LLP
101 California Street, Suite 3600
8 | San Francisco, California 94111
Telephone: (415) 291-6200
9 | Facsimile: (415) 291-6300

10 | *Attorneys for Defendants*
*IRICO GROUP CORP. and*
11 | *IRICO DISPLAY DEVICES CO., LTD.*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | Case No. 3:07-cv-05944-JST<br><br>MDL No.: 1917 |
| THIS DOCUMENT RELATES TO:<br><br>*ALL DIRECT PURCHASER ACTIONS* | **DECLARATION OF STUART C. PLUNKETT IN SUPPORT OF OPPOSITION TO DIRECT PURCHASER PLAINTIFFS' MOTION TO COMPEL DISCOVERY RESPONSES FROM THE IRICO DEFENDANTS**<br><br>**Date:** May 10, 2018<br>**Time:** 2:00pm<br>**Judge:** Hon. Jon S. Tigar<br>**Courtroom:** 9 |

I, Stuart C. Plunkett declare as follows:

1. I am an attorney admitted to practice law in this Court and in the State of California, and am a partner with the law firm of Baker Botts L.L.P., which represents Defendants Irico Group Corporation and Irico Display Devices Co., Ltd. ("Irico Defendants"). I make this Declaration based on my personal knowledge and in support of the Opposition to Direct Purchaser Plaintiffs' Motion to Compel Discovery Responses from the Irico Defendants.

2. On March 5, 2018, DPPs served jurisdictional discovery on Defendants. Attached hereto as Exhibits A and B are true and correct copies of DPP's First Set of Interrogatories and First Set of Requests for Production of Documents.

3. On April 9, 2018, DPPs sent a letter to Irico seeking to meet and confer regarding the scheduling of 36 depositions. Attached hereto as Exhibit C is a true and correct copy of the DPP's letter.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th day of April 2018 in San Francisco, California.

*/s/ Stuart C. Plunkett*
Stuart C. Plunkett (State Bar No. 187971)
stuart.plunkett@bakerbotts.com
BAKER BOTTS LLP
101 California Street, Suite 3600
San Francisco, California 94111
Telephone: (415) 291-6200
Facsimile: (415) 291-6300

*Attorneys for Defendants*
*IRICO GROUP CORP. and*
*IRICO DISPLAY DEVICES CO., LTD.*

DECL. OF PLUNKETT ISO IRICO'S OPP. TO DPP'S MOTION TO COMPEL DISCOVERY   1   CASE NO. 3:07-cv-05944-JST
MDL No. 1917