# EXHIBIT C

# SAVERI & SAVERI, INC.
706 SANSOME STREET
SAN FRANCISCO, CALIFORNIA 94111
TELEPHONE: (415) 217-6810
TELECOPIER: (415) 217-6813

April 9, 2018

*VIA EMAIL*

John Taladay
Baker Botts LLP
The Warner
1299 Pennsylvania Ave., NW
Washington, D.C.  20004-2400
john.taladay@bakerbotts.com

Re:    *In re Cathode Ray Tube (CRT) Antitrust Litigation – MDL No. 1917,*
       *Master File No. 07-CV-5944-JST*

Dear John:

As required by paragraph IV.C of the Court's Order re Discovery and Case Management Protocol (ECF No. 1128) and Civil Local Rule 30-1, Plaintiffs wish to confer about the scheduling of depositions of the individuals listed in Appendix A. In addition, Plaintiffs request that Irico provide the following information about the individuals listed in Appendix A:

- Whether the individual is a current or former employee; and
- If the individual is a former employee of the Irico Defendants and is not currently represented by counsel for the Irico Defendants, the former employee's date of departure and last known address.

Plaintiffs reserve the right to seek information about and consult with you regarding additional individuals.

Very truly yours,

*s/ R. Alexander Saveri*

R. Alexander Saveri

Cc:   Erik T. Koons
      Thomas E. Carter
      Ashley Eickhof
      Stuart C. Plunkett
      Kaylee Yang

Enclosure
crt.687

## APPENDIX A

Chen De Zhi 陈德智 or 陳德智

Chen Xiaoning 陈晓宁 or 陳曉甯

Duan Cheng or Duan Chengzong: Chinese Name Unknown

Fang Liang-Jun 方良军 or 方良軍

Fu Jiuquan 符九全

Gao Rong-Guo 高荣国 or 高榮國

Ge Di 葛迪

Guo Mengquan 郭盟权 or 郭盟權

Lee or Li Wei-Sheng 李卫生 or 李衛生

Liang Yuan 梁援

Liu Hongwu: Chinese Name Unknown

Liu Linghai 刘菱海 or 劉菱海

Liu Xiaodong 刘晓东 or 劉曉東

Ma Jinquan 马金泉 or 馬金泉

Niu Xinan 牛新安

Sha or Sa Tao 沙涛 or 沙濤

Shen Xiaolin 申小琳

Song Shi-Zhen 宋世振

Su Xiaohua 苏晓华 or 蘇曉華

Tao Kui 陶魁

Wang Da-Ming 王大明

Wang Li Guang 王李广 or 王李廣

Wang Ping-Quan 王平权 or 王平權

Wang Zhao-Jie 王昭杰 or 王昭傑

Wei Jian-She 魏建社

Wei Zhiyuan 魏致远 or 魏致遠

Wen Haiyang 文海洋

Xi Jiansheng 奚健生

Xing Daoqin 邢道钦 or 邢道欽

Xu Gao-Wen 徐高文

Yao Jun 姚军 or 姚軍

Zhang Junhua 张君华 or 張君華

Zhang Shaowen 张少文 or 張少文

Zhang Hushan 张虎山 or 張虎山

Zhen Xiao-Hong 甄小红

Zhu Jian 竺简 or 竺簡