# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date:  April 24, 2018               Judge:  Jon S. Tigar

Time:  36 minutes

Case No.     **3:07-cv-05944-JST**
Case Name    **MDL No. 1917 In Re: Cathode Ray Tube (CRT) Antitrust Litigation**

Attorneys for Plaintiffs:       *Direct Purchaser Plaintiffs*
                                R. Alexander Saveri
                                Steven F. Benz
                                Geoffrey C. Rushing
                                Joseph W. Cotchett
                                Adam J. Zapala

Attorneys for Defendants:       *Irico Group Corp. / Irico Display Devices Co., Ltd.*
                                John Taladay
                                Stuart C. Plunkett
                                Kaylee Yang

Deputy Clerk:  William Noble                Court Reporter: Debra Pas

## PROCEEDINGS

- Further Case Management Conference
- Direct Purchaser Plaintiffs' Motion to Compel Discovery Responses from the Irico Defendants (Dkt. No. 5266)

## RESULT OF HEARING

1. The Motion to Compel is denied.  A written order will be issued.

| | |
|---|---|
| Date | April 24, 2018 |
| Case No. | 3:07-cv-05944-JST |
| Case Name | MDL No. 1917 In Re: Cathode Ray Tube (CRT) Antitrust Litigation |

2. No later than 5:00 p.m. Pacific Time on May 1, 2018, the parties shall file either a joint proposed order or competing proposed orders.  If the parties file competing orders, the Court will select one of them.  The proposed order shall contain the following:
    - Date for filing of Irico defendants' opening motion.
    - Date for filing of Direct Purchaser Plaintiffs' opposition to that motion which presupposes jurisdictional discovery will remain open until filing of the motion or some date shortly before.
    - Reply brief date.
    - Hearing date that is at least two weeks after the filing of the reply brief.