John Taladay (*pro hac vice*)
john.taladay@bakerbotts.com
Erik Koons (*pro hac vice*)
erik.koons@bakerbotts.com
1299 Pennsylvania Ave., NW
Washington, D.C. 20004
Telephone: 202.639.7700
Facsimile: 202.639.7890

Stuart C. Plunkett (State Bar No. 187971)
stuart.plunkett@bakerbotts.com
BAKER BOTTS LLP
101 California Street, Suite 3070
San Francisco, California 94111
Telephone: (415) 291-6200
Facsimile: (415) 291-6300

*Attorneys for Defendants*
*IRICO GROUP CORP. and*
*IRICO DISPLAY DEVICES CO., LTD.*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | Case No. 3:07-cv-05944-JST<br><br>MDL No.: 1917 |
| THIS DOCUMENT RELATES TO:<br><br>*ALL DIRECT PURCHASER ACTIONS* | **STIPULATION AND [PROPOSED] ORDER RE JURISDICTIONAL DISCOVERY, BRIEFING SCHEDULE, AND HEARING DATES** |

STIPULATION FOR SCHEDULE

CASE NO. 3:07-CV-05944-JST
MDL NO. 1917

1    Direct Purchaser Plaintiffs ("Plaintiffs") and Defendants Irico Display Devices Co., Ltd.
2    and Irico Group Corporation (together, "Irico"), by and through undersigned counsel, hereby
3    stipulate as follows:
4    WHEREAS, on April 25, 2018, the Court denied Plaintiffs' motion to compel Irico to
5    respond to five discovery requests filed in 2010 and 2011 and directed the parties "to submit a
6    jointly proposed schedule . . . for the completion of jurisdictional discovery and briefing" on a
7    motion by Irico to resolve jurisdictional issues (Dkt. 5277);
8    WHEREAS, the parties have met and conferred regarding a proposed schedule for
9    jurisdictional discovery, briefing, and hearing for such a motion by Irico;
10   IT IS HEREBY STIPULATED AND AGREED by and between counsel for Irico and
11   Plaintiffs, that:
12   Irico's opening motion regarding jurisdictional issues shall be due on or before July 18,
13   2018;
14   Jurisdictional discovery shall close on October 3, 2018;
15   Plaintiffs' opposition to the motion shall be due on or before October 15, 2018;
16   Irico's reply in support of its motion shall be due on or before November 15, 2018; and
17   The hearing on the motion shall be set for December 6, 2018 at 2 pm, or at some other
18   date and time convenient for the Court.
19   Dated: April 30, 2018

*/s/ R. Alexander Saveri*
Guido Saveri (22349)
guido@saveri.com
R. Alexander Saveri (173102)
rick@saveri.com
Geoffrey C. Rushing (126910)
grushing@saveri.com
Cadio Zirpoli (179108)
cadio@saveri.com
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile 217-6813

*/s/ Stuart C. Plunkett*
John Taladay (*pro hac vice*)
john.taladay@bakerbotts.com
Erik Koons (*pro hac vice*)
erik.koons@bakerbotts.com
1299 Pennsylvania Ave., NW
Washington, D.C. 20004
Telephone: 202.639.7700
Facsimile: 202.639.7890

Stuart C. Plunkett (State Bar No. 187971)
stuart.plunkett@bakerbotts.com
BAKER BOTTS LLP
101 California Street, Suite 3070
San Francisco, California 94111

STIPULATION FOR SCHEDULE  1  CASE NO. 3:07-cv-05944-JST
MDL NO. 1917

| | | |
|---|---|---|
| 1 | *Lead Counsel for Direct Purchaser Plaintiffs* | Telephone: (415) 291-6200<br>Facsimile: (415) 291-6300 |
| 2 | | |
| 3 | | *Attorneys for Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.* |

7  IT IS SO ORDERED.

9  DATED: May 1, 2018

BY: _____
Hon. Jon S. Tigar
United States District Judge

# ATTORNEY ATTESTATION

I, Stuart C. Plunkett, hereby attest, pursuant to the Civil Local Rules of the Northern District of California, that the concurrence to the filing of this document has been obtained from each signatory hereto.

*/s/ Stuart C. Plunket*
Stuart C. Plunkett