UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

APR 30 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, <br><br> ------------------------------ <br><br> INDIRECT PURCHASER PLAINTIFFS, <br><br>       Plaintiff-Appellee, <br><br>  v. <br><br> JOHN FINN; LAURA TOWNSEND FORTMAN, <br><br>       Objectors-Appellants, <br><br>  v. <br><br> TOSHIBA CORPORATION; et al., <br><br>       Defendants-Appellees. | No.   16-16368 <br><br> D.C. No. 3:07-cv-05944-JST <br> Northern District of California, <br> San Francisco <br><br> ORDER |
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, <br><br> ------------------------------ <br><br> INDIRECT PURCHASER PLAINTIFFS, <br><br>       Plaintiff-Appellee, <br><br>  v. <br><br> SEAN HULL; GORDON B. MORGAN, | No.   16-16371 <br><br> D.C. No. 3:07-cv-05944-JST |

| | |
|---|---|
| Objectors-Appellants, <br><br> v. <br><br> TOSHIBA CORPORATION; et al., <br><br> Defendants-Appellees. | |
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, <br><br> ------------------------------ <br><br> INDIRECT PURCHASER PLAINTIFFS, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> ANTHONY GIANASCA; et al., <br><br> Objectors-Appellants, <br><br> v. <br><br> TOSHIBA CORPORATION; et al., <br><br> Defendants-Appellees. | No. 16-16373 <br><br> D.C. No. 3:07-cv-05944-JST |
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, <br><br> ------------------------------ <br><br> INDIRECT PURCHASER PLAINTIFFS, | No. 16-16374 <br><br> D.C. No. 3:07-cv-05944-JST |

2

|                                      |                          |
| ------------------------------------ | ------------------------ |
| Plaintiff-Appellee,                  |                          |
| v.                                   |                          |
| DONNIE CLIFTON,                      |                          |
| Objector-Appellant,                  |                          |
| v.                                   |                          |
| TOSHIBA CORPORATION; et al.,         |                          |
| Defendants-Appellees.                |                          |
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | No. 16-16377 |
| ------------------------------       | D.C. No. 3:07-cv-05944-JST |
| INDIRECT PURCHASER PLAINTIFFS,       |                          |
| Plaintiff-Appellee,                  |                          |
| v.                                   |                          |
| JOSIE SAIK,                          |                          |
| Objector-Appellant,                  |                          |
| v.                                   |                          |
| TOSHIBA CORPORATION; et al.,         |                          |
| Defendants-Appellees.                |                          |
| In re: CATHODE RAY TUBE (CRT)        | No. 16-16378             |

3

ANTITRUST LITIGATION,

-------------------------------

  INDIRECT PURCHASER PLAINTIFFS,

        Plaintiff-Appellee,

 v.

DAN L. WILLIAMS & CO.,

        Objector-Appellant,

 v.

TOSHIBA CORPORATION; et al.,

        Defendants-Appellees.

D.C. No. 3:07-cv-05944-JST

---

In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION,

-------------------------------

  INDIRECT PURCHASER PLAINTIFFS,

        Plaintiff-Appellee,

 v.

ROCKHURST UNIVERSITY; et al.,

        Objectors-Appellants,

 v.

TOSHIBA CORPORATION; et al.,

No. 16-16379

D.C. No. 3:07-cv-05944-JST

|  |  |
|---|---|
| Defendants-Appellees. |  |
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION,<br><br>-------------------------------<br><br>INDIRECT PURCHASER PLAINTIFFS,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>ANTHONY GIANASCA; et al.,<br><br>Movants-Appellants,<br><br>v.<br><br>TOSHIBA CORPORATION; et al.,<br><br>Defendants-Appellees. | No. 16-16399<br>16-16400<br><br>D.C. No. 3:07-cv-05944-JST |

Before: WARDLAW and CLIFTON, Circuit Judges, and KATZMANN,[*] Judge.

These appeals are referred to the Ninth Circuit Mediation Program for mediation, and submission is vacated pending further order of this Court. The Circuit Mediator shall contact the parties to schedule mediation and shall provide a status report to the panel within sixty days of this Order. The possibility of

---

[*] The Honorable Gary S. Katzmann, Judge for the United States Court of International Trade, sitting by designation.

5

appointing a Special Master is a subject that may be addressed in discussions with the Circuit Mediator.

**IT IS SO ORDERED.**