*[Stipulating parties listed on signature page]*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 JST |
| | MDL No. 1917 |
| This Document Relates to: | **STIPULATION OF DISMISSAL** |
| *P.C. Richard & Son Long Island Corp., et al., v. Hitachi, Ltd., et al.,* No. 12-cv-02648-JST | |

Plaintiff MARTA Cooperative of America, Inc. ("MARTA") and Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc. (collectively, the "Toshiba Defendants") hereby stipulate under Rule 41(a)(2) of the Federal Rules of Civil Procedure as follows:

1. MARTA and the Toshiba Defendants seek dismissal with prejudice of MARTA's claims against the Toshiba Defendants.

2. MARTA and the Toshiba Defendants agree that each party shall bear its own costs and attorneys' fees in connection with this action.

3. This stipulation does not affect the rights or claims of MARTA against any defendant or alleged co-conspirator in this litigation other than the Toshiba Defendants.

WHEREFORE, the parties respectfully request that this Court issue an Order of Dismissal with respect to all of MARTA's claims against the Toshiba Defendants.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:_____          _____
                                    Hon. Jon S. Tigar
                                    United States District Judge

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the below signatories.

Dated: May 4, 2018  /s/  *William A. Isaacson*

William A. Isaacson
Kyle Smith
BOIES, SCHILLER & FLEXNER LLP
1401 New York Ave NW, 11th Fl
Washington, D.C.  20005
Telephone:  (202) 237-2727
Facsimile:   (202) 237-6131
Email:  wisaacson@bsfllp.com

Stuart Singer
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone:  (954) 356-0011
Facsimile:   (954) 356-0022
Email:  ssinger@bsfllp.com

Philip J. Iovieno
Anne M. Nardacci
BOIES, SCHILLER & FLEXNER LLP
30 South Pearl Street, 11th Floor
Albany, NY  12207
Telephone:  (518) 434-0600
Facsimile:   (518) 434-0665
Email:  piovieno@bsfllp.com
anardacci@bsfllp.com

*Attorneys for Plaintiff MARTA Cooperative of America, Inc.*

/s/  *Christopher M. Curran*

Christopher M. Curran
ccurran@whitecase.com
Lucius B. Lau
alau@whitecase.com
Dana E. Foster
defoster@whitecase.com
701 Thirteenth Street, N.W.
Washington, DC  20005
tel.: (202) 626-3600
fax: (202) 639-9355

*Attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*