

50 Fremont Street, 19th Floor
San Francisco, California 94105-2235
T: (415) 433-6830 ▪ F: (415) 433-7104

www.rbgg.com

Jeffrey L. Bornstein
Email:  jbornstein@rbgg.com

May 11, 2018

Honorable Jon S. Tigar
United States District Judge
United States District Court for the
Northern District of California
San Francisco Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

   Re: *In re Cathode Ray Tube (CRT) Antitrust Litigation*; 07-cv-05944-JST
     <u>Our File No. 1530-01</u>

Dear Judge Tigar:

  We write to request that the Court refer to mediation the issues addressed in the objections filed by our client, Financial Recovery Strategies ("FRS") to the Proposed Plan of Distribution of the Mitsubishi Settlement (ECF No. 5252)—whether First-Time Claimants in the prior settlements will be treated the same as Prior Claimants.

  The Ninth Circuit has now ordered mediation in the pending appeal of the objectors to the prior settlements. *See* April 30, 2017 Ninth Circuit Order, ECF No. 5283. According to the Ninth Circuit Docket, IPPs and one of the Objectors have suggested mediation with Retired Judge Vaughn Walker, the Special Master in this case, who has agreed to serve as the mediator.  *See* ECF No. 206 in 9th Cir. Case No. 16-16368 at 2; ECF No. 207 in 9th Cir. Case No. 16-16368 at 3.  Per the Ninth Circuit's April 30, 2018 Order, the possibility of using Judge Walker will likely be addressed "in discussions with the Circuit Mediator," scheduled to occur on May 17, 2018.  *See* ECF No. 5283; *see also* ECF No. 212 in 9th Cir. Case No. 16-16368 at 1, 6-7.  We are asking this Court to refer our issue to Judge Walker to be included in the same mediation or in a parallel session in order to resolve all pending objections.

  In its most recent letter to the Court, IPPs admit that "the Proposed Plan for the Mitsubishi Electric settlement is tied in certain respects to the prior settlements," and that "[a]ny variances in the prior settlements or prior plan of distribution may affect the

[3251965.3]

Judge Tigar
May 11, 2018
Page 2


Proposed Plan and the notice to class members." IPPs' April 27, 2018 Letter to Judge Tigar, ECF No. 5279 at 1. Depending on the outcome of the Ninth Circuit mediation process, a new class notice may need to be issued to class members. Given that strong likelihood, it is critical that FRS's objections be mediated to avoid significant additional delays and/or litigation preventing distribution of the prior settlements.

      Given the necessity of addressing the late claims issue concurrently, so that any resolution of the appeal reached through mediation is not stymied by further litigation, FRS requests that the Court refer the issues in FRS's objections to Judge Walker to see if a mediated resolution can be achieved. Resolution of the late claims issue now would be advantageous to the parties, the class, and the court. FRS prefers a single mediation with all interested parties before Judge Walker, but would also be amenable to a separate, contemporaneous, mediation with Judge Walker regarding the late-claims issues.

      For the above reasons, we respectfully request that the Court order the parties to a mediation that will permit resolution of the late claims issues with Judge Walker.

      Very truly yours,

      ROSEN BIEN
      GALVAN & GRUNFELD LLP

      */s/ Jeffrey L. Bornstein*

      By:  Jeffrey L. Bornstein

JLB

[3251965.3]