UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 |
|---|---|
| | Case No. C-07-5944 JST |
| This Order Relates To: | **ORDER REGRADING LETTER FROM FINANCIAL RECOVERY STRATEGIES** |
| ALL INDIRECT PURCHASER PLAINTIFFS | ECF No. 5286 |

The Court has received a letter from Financial Recovery Services requesting that the Court order mediation regarding its objections, in light of the Ninth Circuit's recent similar order. ECF No. 5286. Any party wishing to respond may do so by May 21, 2018.

**IT IS SO ORDERED.**

Dated: May 14, 2018

_____
JON S. TIGAR
United States District Judge