William A. Isaacson
BOIES, SCHILLER & FLEXNER LLP
1401 New York Ave NW, 11th Floor
Washington, D.C.  20005
Telephone:  (202) 237-2727
Facsimile:   (202) 237-6131
Email: wisaacson@bsfllp.com

Philip J. Iovieno
BOIES, SCHILLER & FLEXNER LLP
30 South Pearl Street, 11th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
Email: piovieno@bsfllp.com

*Counsel for MARTA Cooperative of America, Inc.*

*[additional counsel listed on signature page]*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-CV-05944-JST<br>MDL No. 1917 |
| This Document Relates To:<br><br>*P.C. Richard & Son Long Island Corp., et al. v. Hitachi, Ltd., et al.*, No. 12-cv-02648. | **DIRECT ACTION PLAINTIFF MARTA'S MOTION SUGGESTING REMAND**<br><br>The Honorable Jon S. Tigar |

Pursuant to the Court's Order Granting Plaintiffs' Administrative Motion for Leave to File a Motion Suggesting Remand (Dkt. 4618, May 2, 2016) and the Court's order denying motion for evidentiary hearing re MARTA's standing (Dkt. 5254, Mar. 5, 2018), Plaintiff MARTA Cooperative of America, Inc. ("MARTA") hereby moves for an order suggesting that its cases be remanded to the Eastern District of New York.[1]

---

[1] MARTA has two Defendants that are still active in its case: Panasonic and Samsung.  The third Defendant who had remained at the time of the Ninth Circuit's ruling, Toshiba, was recently dismissed from MARTA's case pursuant to a settlement.  Dkt. 5285.

1    On August 4, 2016, this Court granted Defendants' motion for summary judgment with respect to MARTA's claims (Dkt. 4742). Following this Court's entry of judgment against MARTA pursuant to Fed. R. Civ. P. 54(b) (Dkt. 4927), MARTA timely appealed the Court's order granting summary judgment, and on December 26, 2017, the Ninth Circuit issued an order and judgment reversing this Court's decision granting summary judgment in favor of Defendants against MARTA. *In re: Cathode Ray Tube (CRT) Antitrust Litig.*, No. 16-16982, 2017 WL 6569569, at *1-2 (9th Cir. Dec. 26, 2017).

This Court already issued its ruling on all other summary judgment motions that were pending against MARTA as part of the MDL. And, the actions brought by eight other plaintiffs who were previously part of this MDL but had originally filed their actions in different home courts were remanded to their respective home courts in 2017 (*see* Dkt. 5148, Apr. 18, 2017). Those eight plaintiffs' actions were subsequently consolidated for a trial in the Eastern District of New York that is scheduled to start in January or March 2019. MARTA's case is now in the same posture as those eight plaintiffs' actions were at the time of remand.

Furthermore, the Court has already denied Defendants' motion requesting that an evidentiary hearing regarding MARTA's standing be conducted in the MDL court. Dkt. 5254 ("Accordingly, the Court denies Toshiba's motion without prejudice to its renewing the motion before the transferor court."). In that decision, the Court stated, "By separate order, the Court will suggest remand of this action to the Judicial Panel on Multidistrict Litigation." *Id.*

Consistent with the Court's order denying the motion for evidentiary hearing, MARTA respectfully moves for an order suggesting that, pursuant to 28 U.S.C. § 1407, JPML Rule 10.1(b)(i), and Local Civil Rule 7-11, the process for the remand of MARTA's action from the Northern District of California back to the Eastern District of New York be initiated.

MARTA met and conferred with Defendants regarding their intention to file this motion, and Defendants stated they do not oppose this motion.

DATED: May 16, 2018

Respectfully submitted,

/s/  *Philip J. Iovieno*

Philip J. Iovieno
Anne M. Nardacci
BOIES, SCHILLER & FLEXNER LLP
30 South Pearl Street, 11th Floor
Albany, NY  12207
Telephone:  (518) 434-0600
Facsimile:   (518) 434-0665
Email:  piovieno@bsfllp.com
               anardacci@bsfllp.com

William A. Isaacson
Kyle N. Smith
BOIES, SCHILLER & FLEXNER LLP
1401 New York Ave NW, 11th Floor
Washington, D.C.  20005
Telephone: (202) 237-2727
Fax: (202) 237-6131
Email:  wisaacson@bsfllp.com
Email:  ksmith@bsfllp.com

Stuart Singer
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone:  (954) 356-0011
Facsimile:   (954) 356-0022
Email:  ssinger@bsfllp.com

*Counsel for MARTA Cooperative of America, Inc.,*