**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-CV-05944-JST<br>MDL No. 1917 |
| This Document Relates To:<br><br>*P.C. Richard & Son Long Island Corp., et al. v. Hitachi, Ltd., et al.*, No. 12-cv-02648. | **[PROPOSED] ORDER GRANTING MARTA'S MOTION SUGGESTING REMAND**<br><br>The Honorable Jon S. Tigar |

On May 16, 2018, Plaintiff MARTA Cooperative, Inc. filed a motion for suggestion of remand in which it requested that the Court enter an order suggesting to the JPML that it initiate the process for remanding this action to the Eastern District of New York.

The Court, having reviewed the motion and good cause appearing, hereby finds that the motion should be GRANTED. Pursuant to Rule 10.1(b)(i) of the Rules of the Judicial Panel on Multidistrict Litigation, the court SUGGESTS that the Panel REMAND MARTA's action, No. 12-cv-02648, to the Eastern District of New York.

**IT IS SO ORDERED**

Dated: _____

_____
JON S. TIGAR
UNITED STATES DISTRICT JUDGE