UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAY 15 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, <br> ------------------------------ <br> INDIRECT PURCHASER PLAINTIFFS, <br>   Plaintiff-Appellee, <br> v. <br> FRANCIS O. SCARPULLA; LAW OFFICES OF FRANCIS O. SCARPULLA, <br>   Objectors-Appellants, <br> v. <br> TOSHIBA CORPORATION; et al., <br>   Defendants-Appellees. | No. 17-15496 <br><br> D.C. No. 3:07-cv-05944-JST <br> Northern District of California, San Francisco <br><br> ORDER |
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, <br> ------------------------------ <br> INDIRECT PURCHASER PLAINTIFFS, <br>   Plaintiff-Appellee, <br> v. | No. 17-15597 <br><br> D.C. No. 3:07-cv-05944-JST |

LK/Pro Mo

LAW OFFICE OF BRIAN BARRY,

       Objector-Appellant,

 v.

TOSHIBA AMERICA, INC.; et al.,

       Defendants-Appellees.

---

In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION,
_____

INDIRECT PURCHASER PLAINTIFFS,

       Plaintiff-Appellee,

COOPER & KIRKHAM, P.C.,

       Objector-Appellant,

 v.

TOSHIBA CORPORATION; et al.,

       Defendants-Appellees.

No. 17-15598

D.C. No. 3:07-cv-05944-JST

---

In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION,

-------------------------------

INDIRECT PURCHASER PLAINTIFFS,

       Plaintiff-Appellant,

No. 17-15902

D.C. No. 3:07-cv-05944-JST

|   |
|---|
| v. |
| FRANCIS O. SCARPULLA; et al., |
| Objectors-Appellees, |
| v. |
| TOSHIBA CORPORATION; et al., |
| Defendants. |

Before: Peter L. Shaw, Appellate Commissioner.

In these consolidated appeals, appellants have filed opening briefs of 5,694 words, 9,052 words, and 13,938 words, for a combined total of 28,684 words. Plaintiff has filed an opposed motion (Docket Entry No. 49) for leave to file an oversized second cross-appeal brief of 26,788 words. A review of the proposed oversized brief reveals that it appropriately responds to the arguments in the opening briefs. Accordingly, the opposed motion is granted. The Clerk shall file the second cross-appeal brief received at Docket Entry No. 50.

The third cross-appeal brief is due within 30 days after the date of this order. The optional fourth cross-appeal reply brief is due within 21 days after service of the third cross-appeal brief.