

3 Park Plaza, 20th Floor, Irvine, CA  92614-8505 ∎ p949 263-8400 ∎ f949 263-8414

**Deborah E. Arbabi**
(949) 798-1318
darbabi@crowell.com

May 21, 2018

Honorable Jon S. Tigar
United States District Judge
United States District Court for the Northern District of California
San Francisco Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

      Re:   *In re Cathode Ray Tube (CRT) Antitrust Litigation*; 07-cv-05944-JST; (N.D. Cal); Indirect Purchaser Action

Dear Judge Tigar:

    We are counsel for certain Indirect Purchaser Plaintiff class members and understand the claims of the class members we represent make up a very substantial portion of the claims submitted by the class.  We write in response to your May 14, 2018 Order concerning the May 11, 2018 letter sent by counsel for Financial Recovery Strategies (FRS) requesting mediation related to FRS's objections (in light of the Ninth Circuit's recent similar order).

    We do not object to FRS counsel's request to refer its objections to Judge Walker – either to be included in the Ninth Circuit mediation or to be resolved in a parallel mediation session.  However, as members of the IPP class, our clients could potentially be affected by any agreements reached in any such mediation.  Therefore, should the Court order mediation for resolution of FRS's objections or for any other issues, we respectfully request that the IPP class members we represent also be included as parties to the mediation.

                    Respectfully Submitted,

                    /s/  Deborah E. Arbabi

                    Deborah E. Arbabi
                    Crowell & Moring LLP

Cc:  record counsel (via e-mail)