

50 Fremont Street, 19th Floor
San Francisco, California 94105-2235
T: (415) 433-6830 ▪ F: (415) 433-7104
www.rbgg.com

Jeffrey L. Bornstein
Email: jbornstein@rbgg.com

May 21, 2018

Honorable Jon S. Tigar
United States District Judge
United States District Court for the Northern District of California
San Francisco Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

Re: *In re Cathode Ray Tube (CRT) Antitrust Litigation*; 07-cv-05944-JST
Our File No. 1530-01

Dear Judge Tigar:

We agree with the proposed parties, terms, and scope of the mediation as set forth in the response filed by IPPs (Document 5293), and ask the Court to issue a conforming order. Thank you for your assistance as we try to reach a resolution concerning the late claims issue.

Very truly yours,

ROSEN BIEN
GALVAN & GRUNFELD LLP

*/s/ Jeffrey L. Bornstein*

By: Jeffrey L. Bornstein

JLB:JSY:fgl

[3259890.1]