UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 <br> Case No. C-07-5944 JST |
| This Order Relates To: <br><br> ALL INDIRECT PURCHASER PLAINTIFFS | **ORDER REGARDING MEDIATION** <br> RE: ECF No. 5286 |

The claims of Financial Recovery Services, Spectrum Settlement Recovery, LLC, the indirect purchaser clients of Crowell and Mooring, and the indirect purchaser class, are referred to mediation before Special Master Vaughn Walker. ECF Nos. 5286, 5289, 5291, 5292, 5293, & 5294. This mediation will be separate from the mediation ordered by the Ninth Circuit. Mitsubishi Electric need not attend this mediation. ECF No. 5291.

The costs of the mediation will be allocated in a manner to be determined by Judge Walker.

**IT IS SO ORDERED.**

Dated: May 29, 2018

_____
JON S. TIGAR
United States District Judge