JEFFREY L. KESSLER (*pro hac vice*)
EVA W. COLE (*pro hac vice*)
MOLLY M. DONOVAN (*pro hac vice*)
SOFIA ARGUELLO (*pro hac vice*)
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
Email: jkessler@winston.com

*Attorneys for Defendants Panasonic Corporation*
*(f/k/a Matsushita Electric Industrial Co., Ltd.), and MT Picture Display Co., Ltd.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | **Case No. 07-5944 SC** |
| | **MDL No. 1917** |
| This Document Relates to: | |
| ALL ACTIONS | **NOTICE OF WITHDRAWAL OF COUNSEL** |

Winston & Strawn LLP
101 California Street
San Francisco, CA  94111-5802

PLEASE TAKE NOTICE that Jennifer M. Stewart is no longer associated with Winston & Strawn LLP and is hereby withdrawn as counsel of record for Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), and MT Picture Display Co., Ltd. (the "Panasonic Defendants"). The Panasonic Defendants respectfully request that Ms. Stewart be removed from all applicable service lists, including Notices of Electronic Filing. All other counsel of record for the Panasonic Defendants remain unchanged.

DATED: May 29, 2018                                    Respectfully submitted,

                                                       WINSTON & STRAWN LLP

                                                       By: /s/ Sofia Arguello
                                                          Jeffrey L. Kessler (*pro hac vice*)
                                                          Eva W. Cole (*pro hac vice*)
                                                          Molly M. Donovan (*pro hac vice*)
                                                          Sofia Arguello (*pro hac vice*)
                                                          WINSTON & STRAWN LLP
                                                          200 Park Avenue
                                                          New York, NY  10166-4193
                                                          Telephone:  (212) 294-6700
                                                          Facsimile:  (212) 294-4700
                                                          jkessler@winston.com
                                                          ewcole@winston.com
                                                          mmdonovan@winston.com
                                                          sarguello@winston.com

                                                          *Counsel for Defendants Panasonic Corporation*
                                                          *(f/k/a Matsushita Electric Industrial Co., Ltd.),*
                                                          *and MT Picture Display Co., Ltd.*