1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | ) ) ) Case No. 3:07-cv-05944-JST |
| | ) MDL No.: 1917 |
| THIS DOCUMENT RELATES TO: | ) ) **[PROPOSED] ORDER RE JURISDICTIONAL DISCOVERY, BRIEFING SCHEDULE, AND HEARING DATES** |
| *ALL INDIRECT PURCHASER ACTIONS* | ) ) ) ) ) ) ) |

This order arises out of a dispute between the Indirect Purchaser Plaintiffs ("IPPs") and Defendants Irico Display Devices Co., Ltd. and Irico Group Corporation (together, "Irico") regarding the timing of Irico's jurisdictional motion in the IPP Action and coordination with the Direct Purchaser Plaintiffs ("DPPs") regarding jurisdictional discovery and briefing. Having considered the parties' letter briefs filed on the dispute and good cause appearing, IT IS HEREBY ORDERED that

1. All jurisdictional discovery in the IPP Action shall be completed by October 3, 2018;
2. IPPs shall coordinate with the DPPs to meet and negotiate with Irico counsel regarding jurisdictional discovery to avoid unnecessary duplication and efforts;
3. Irico's jurisdictional motion in the IPP Action will proceed on the same schedule as its jurisdictional motion in the DPP Action;
4. Irico's opening motion regarding jurisdictional issues in the IPP Action shall be due on or before July 18, 2018;
5. IPPs' opposition to the motion shall be due on or before October 15, 2018;
6. Irico's reply in support of its motion shall be due on or before November 15, 2018; and
7. The hearing on the motion shall be set for December 6, 2018 at 2 pm, or at some other date and time convenient for the Court.

IT IS SO ORDERED.

DATED: _____

BY: _____
    Hon. Jon S. Tigar
    United States District Judge