John Roberti (pro hac vice)
john.roberti@allenovery.com
ALLEN & OVERY LLP
1101 New York Avenue NW
Washington, DC 20005
202-683-3800

Michael S. Feldberg (pro hac vice)
michael.feldberg@allenovery.com
Andrew Rhys Davies (pro hac vice)
andrew.rhys.davies@allenovery.com
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, NY 10020
212-610-6300

*Attorneys for Defendants Samsung SDI Co., Ltd., Samsung SDI America, Inc., Samsung SDI Mexico S.A. De C.V., Samsung SDI Brasil Ltda., Shenzhen Samsung SDI Co., Ltd.; Tianjin Samsung SDI Co., Ltd.; and Samsung SDI (Malaysia) Sdn. Bhd.*

Additional Counsel On Signature Pages

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 JST<br>MDL No. 1917 |
| This Document Relates to:<br><br>*P.C. Richard & Son Long Island Corp., et al. v. Hitachi, Ltd., et al.*, No. 12-cv-02648 | **DEFENDANTS' RESPONSE TO MARTA'S MOTION SUGGESTING REMAND**<br><br>Date:      June 28, 2018<br>Time:     2:00 pm<br>Before:  Hon. Jon S. Tigar |

The Samsung SDI Defendants (Samsung SDI Co., Ltd., Samsung SDI America, Inc., Samsung SDI Mexico S.A. De C.V., Samsung SDI Brasil Ltda., Shenzhen Samsung SDI Co., Ltd., Tianjin Samsung SDI Co., Ltd., and Samsung SDI (Malaysia) Sdn. Bhd.) and the Panasonic Defendants (Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), and MT Picture Display Co., Ltd.) hereby respectfully inform the Court that they do not oppose the motion (Dkt. 5288) filed by Plaintiff MARTA Cooperative of America, Inc. suggesting that the above-referenced case be remanded to the United States District Court for the Eastern District of New York.

As defendants do not oppose MARTA's motion and this Court has already found that the MARTA case should be remanded (Dkt. 5254), defendants respectfully submit that, subject to the Court's view, this motion may be decided without a hearing.

Dated: May 30, 2018

Respectfully submitted,

ALLEN & OVERY LLP

By: */s/ John Roberti*
John Roberti (*pro hac vice*)
john.roberti@allenovery.com
ALLEN & OVERY LLP
1101 New York Avenue NW
Washington, DC 20005
202-683-3800

Michael S. Feldberg (*pro hac vice*)
michael.feldberg@allenovery.com
Andrew Rhys Davies (*pro hac vice*)
andrew.rhys.davies@allenovery.com
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, NY 10020
212-610-6360

*Attorneys for Samsung SDI Co., Ltd.; Samsung SDI America, Inc.; Samsung SDI Mexico S.A. De C.V.; Samsung SDI Brasil Ltda.; Shenzhen Samsung SDI Co., Ltd.; Tianjin Samsung SDI Co., Ltd.; and Samsung SDI (Malaysia) Sdn. Bhd.*

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | By: */s/ Jeffrey L. Kessler* |
|   | WINSTON & STRAWN LLP |
| 4 | Jeffrey L. Kessler (*pro hac vice*) |
|   | Eva W. Cole (*pro hac vice*) |
| 5 | Molly M. Donovan (*pro hac vice*) |
|   | 200 Park Avenue |
| 6 | New York, NY 10166 |
| 7 | Telephone:(212) 294-4692 |
|   | Facsimile: (212) 294-4700 |
| 8 | Email:   jkessler@winston.com |
| 9 |            ewcole@winston.com |
| 10 |           mmdonovan@winston.com |
| 11 | WEIL, GOTSHAL & MANGES LLP |
| 12 | David L. Yohai (*pro hac vice*) |
|   | Adam C. Hemlock (*pro hac vice*) |
| 13 | 767 Fifth Avenue |
| 14 | New York, NY 10153-0119 |
|   | Telephone:(212) 310-8000 |
| 15 | Facsimile: (212) 310-8007 |
| 16 | Email:   david.yohai@weil.com |
|   |            adam.hemlock@weil.com |
| 17 | |
| 18 | *Attorneys for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), and MT Picture Display Co., Ltd.* |

**CERTIFICATE OF SERVICE**

On May 30, 2018, I caused a copy of the "DEFENDANTS' RESPONSE TO MARTA'S MOTION SUGGESTING REMAND" to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

By: */s/ John Roberti*
John Roberti (*pro hac vice*)