IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 |
| | Case No. 07-cv-5944 JST |
| This Order Relates To: | **ORDER REGARDING DISCOVERY DISPUTE** |
| ALL DIRECT PURCHASER PLAINTIFFS AND ALL INDIRECT PURCHASER PLAINTIFFS | Re: ECF No. 5298 |

The Court has received the letter dated May 29, 2018 from counsel for the Indirect Purchaser Plaintiffs ("IPPs"), ECF No. 5298, as well as the response from counsel for defendants Irico Group Corporation and Irico Display Devices Co., Ltd. ("Irico Defendants"), ECF No. 5300. The Court now orders as follows:

The Irico Defendants are correct that disputes before the Court should ordinarily be the subject either of a noticed motion, a motion on shortened time, or a joint letter brief. The IPPs' letter is not any of these. The IPPs are cautioned in the future not to send such letters. Nonetheless, because the Irico Defendants have responded substantively to the IPPs' letter, and because the parties' letters sufficiently describe the parties' dispute for purposes of this order, and to avoid the expenditure of any more time, the Court will respond in this instance.

Discovery matters in this case are committed to Special Master Vaughn R. Walker. Although Judge Walker previously referred a dispute involving the Irico Defendants back to the undersigned, ECF No. 5264, that was because it was unclear whether *any* non-jurisdictional

discovery against those defendants was appropriate, a question only the undersigned could resolve. Here, the Irico Defendants acknowledge – or at least, do not dispute – that the IPPs are entitled to such discovery. What they contest is the schedule on which that discovery should take place, the relationship between that discovery and the discovery of the Direct Purchaser Plaintiffs ("DPPs"), and perhaps the specific information to be discovered. These matters are all within the purview of the Special Master.

Accordingly, this dispute is referred to Judge Walker for resolution. The IPPs, the DPPs, and the Irico Defendants are ordered to contact Judge Walker directly to determine how to proceed. The Court has included the DPPs in this order given the DPPs' contention that "the schedule worked out with the DPPs [may] need[] to be revised." ECF No. 5300 at 2.

**IT IS SO ORDERED.**

Dated: May 31, 2018



JON S. TIGAR
United States District Judge