Vaughn R Walker
Law Office of Vaughn R Walker
Four Embarcadero Center, Suite 2200
San Francisco, CA  94111
Tel:  (415) 871-2888
Fax:  (415) 871-2890
vrw@judgewalker.com

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Order Relates To:<br><br>ALL INDIRECT PURCHASER PLAINTIFFS | MDL No 1917<br><br>Master Case No 07-cv-05944-JST<br>Case No 17-cv-04067-JST<br><br>**ORDER RE MEDIATION SCHEDULE**<br><br>**RE ECF No 5296** |

    Pursuant to the court's May 29, 2018 Order (ECF No 5296) directing Financial Recovery Services, Spectrum Settlement Recovery, LLC, the indirect purchaser clients of Crowell and Moring LLC and the indirect purchaser class to mediation before the undersigned, this order sets a mediation schedule for the parties involved.  As directed by the court, this mediation will be separate from the Ninth Circuit mediation and Mitsubishi Electric need not attend this mediation.

The parties are to submit confidential mediation statements of not more than twelve pages each on or before **June 15, 2018**.

The parties should reserve the following dates for mediation in San Francisco: **July 2, 5 and 6, 2018**. No later than **June 7**, the parties shall confirm their availability and names of attendees with Jay Weil of Federal Arbitration Inc, who shall be assisting with scheduling and other procedural matters. Mr Weil's contact information follows: cases@fedarb.com, 650-328-9500. A mediation session or sessions will be scheduled on one or more of these dates convenient for the greatest number of counsel and parties.

As the parties are aware, the undersigned is working with the Ninth Circuit Mediator, Roxane Ashe, in connection with the mediation arising out of the related proceedings in the Ninth Circuit and is attempting to schedule mediations in those proceedings on the same dates. The parties in the Ninth Circuit appeal which has been referred to mediation (Order filed 4/30/18, Dkt 210 in Ninth Circuit Court of Appeals Case Nos 16-16368 et al) are requested to submit to the undersigned their confidential mediation statements pertaining to those issues and not exceeding twelve pages each on or before **June 15, 2018**. Mediation statements may be submitted by email to the undersigned at vrw@judgewalker.com with a copy to Mr Weil.

IT IS SO ORDERED.

Date:   June 1st, 2018

_____
Vaughn R Walker
United States District Judge (Ret)