Vaughn R Walker
Law Office of Vaughn R Walker
Four Embarcadero Center, Suite 2200
San Francisco, CA  94111
Tel: (415) 871-2888
Fax: (415) 871-2890
vrw@judgewalker.com

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Order Relates To:<br><br>MEDIATION INVOLVING FINANCIAL RECOVERY SERVICES; SPECTRUM SETTLEMENT RECOVERY, LLC; CROWELL & MORING, LLP; AND INDIRECT PURCHASER PLAINTIFFS | MDL No 1917<br><br>Master Case No 07-cv-05944-JST<br>Case No 17-cv-04067-JST<br><br>**SPECIAL MASTER REVISED ORDER RE MEDIATION STATEMENTS**<br><br>**RE ECF Nos 5296, 5302** |

This order revises the mediation schedule set forth in the order filed 6/1/2018 (ECF 5302) to provide the parties to the above mediation an additional week to submit confidential mediation statements. Accordingly, the parties are to submit confidential mediation statements of not more than twelve pages each on or before **June 22, 2018**. In all other respects, the schedule set forth in ECF 5302 stands.

IT IS SO ORDERED.

Date:   June 4, 2018

_Vaughn R Walker /et_

Vaughn R Walker
United States District Judge (Ret)
Acting as Special Master

REVISED ORDER RE MEDIATION SCHEDULE                                                                 PAGE **1** OF **1**