*Trump Alioto Trump & Prescott*
ATTORNEYS LLP
2280 Union Street
San Francisco, California 94123
(415) 563-7200
FAX (415) 346-0679

June 10, 2018

**VIA ECF**

Honorable Jon S. Tigar
United States District Court
Northern District of California
Courtroom 9, 19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   *In Re: Cathode Ray Tubes (CRT) Antitrust Litigation,* **MDL 1917**
      **Master File No. 07-cv-5944-JST**

Dear Judge Tigar:

I write to follow up on my April 27, 2018 letter requesting that Your Honor defer ruling on the Indirect Purchaser Plaintiffs' motion for preliminary approval of their settlement with Defendant Mitsubishi Electric Corporation (ECF No. 5245) due to possible mediation of the prior settlements in this case (presently before the Ninth Circuit), and to update Your Honor on the status of the mediation.

On April 30, 2018, the Ninth Circuit ordered the parties to the appeals to mediation. ECF No. 5283. The parties have since agreed to mediation before the Honorable Vaughn R. Walker (Ret.) and the Ninth Circuit mediator acting as co-mediators. ECF No. 5302. The dates for the mediation have not yet been finally set, but the parties are discussing dates in early July, and Judge Walker has requested mediation statements by June 22, 2018. *Id*.

In light of the fact that the Ninth Circuit mediation is proceeding in a timely manner such that there may be a resolution of the appeals in the next 45 days, IPPs respectfully request that the Court defer ruling on the pending motion for preliminary approval for a further 45 days.

Respectfully submitted,

/s/ Mario N. Alioto
Mario N. Alioto
Lead Counsel for the Indirect Purchaser Class

cc: All Counsel of Record (via ECF)