UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917<br><br>Case No. C-07-5944 JST |
| This Order Relates To:<br><br>*Luscher, et al. v. Mitsubishi Electric Corp.*, No. 17-cv-4067 JST | **ORDER REGARDING MOTION FOR PRELIMINARY APPROVAL OF INDIRECT PURCHASER PLAINTIFFS' CLASS ACTION SETTLEMENT WITH MITSUBISHI ELECTRIC**<br><br>Re: ECF Nos. 5245, 5279, 5304 |

On April 27, 2018, the Indirect Purchaser Plaintiffs ("IPPs") wrote a letter requesting that the Court defer ruling on their pending motion for preliminary approval of a class action settlement with Mitsubishi Electric Corp. ECF No. 5245 (requesting a 45 day deferral); *see also* ECF No. 5304 (requesting an additional 45 days). The Court's consideration of the IPPs' motion for preliminary approval is stayed until the IPPs request that the Court rule on it, or until the Court issues a further order.

**IT IS SO ORDERED.**

Dated: June 11, 2018

JON S. TIGAR
United States District Judge