UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917<br>Case No. C-07-5944 JST |
| This Order Relates To:<br><br>*P.C. Richard & Son Long Island Corp., et al. v. Hitachi, Ltd. et al.*, No. 12-cv-2648. | **ORDER VACATING HEARING**<br>Re: ECF No. 5288 |

Before the Court is Direct Action Plaintiff MARTA Cooperative of America, Inc.'s motion suggesting remand. ECF No. 5288. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument. The hearing on this matter, currently scheduled for June 28, 2018, is hereby VACATED.

**IT IS SO ORDERED.**

Dated: June 18, 2018

*/s/ Jon S. Tigar*
JON S. TIGAR
United States District Judge