Vaughn R Walker
Law Office of Vaughn R Walker
P O Box 26250
San Francisco, CA  94126
Tel: (415) 871-2888
Fax: (415) 871-2890
vrw@judgewalker.com

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Relates to:<br><br>INDIRECT PURCHASER PLAINTIFFS | MDL No 1917<br><br>Master Case No 3:07-cv-05944SC<br><br>**SPECIAL MASTER'S REPORT AND RECOMMENDATION RE MEDIATION**<br><br>RE: ECF No 5296 |

By order entered on May 29, 2018, the court referred claims of Financial Recovery Services; Spectrum Settlement Recovery, LLC and the indirect purchaser clients of Crowell & Moring to the undersigned for mediation. A mediation session has been scheduled for July 17, 2018.

The reference order stated: "Mitsubishi Electric need not attend this mediation." ECF No 5296. Because the participation of Mitsubishi Electric in this mediation would facilitate

the mediation process, the undersigned recommends that the court order and direct Mitsubishi Electric through counsel to attend and participate in the mediation.

IT IS SO RECOMMENDED.

DATED: June 19, 2018

_____
Vaughn R Walker
Special Master, United States District Judge (Ret)

The Report and Recommendation of the Special Master is

ACCEPTED AND ORDERED   ____

DENIED   ____

MODIFIED AS FOLLOWS:   ____

_____
Jon S Tigar
United States District Judge