UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917<br>Case No. C-07-5944 JST |
| This Order Relates To:<br>*P.C. Richard & Son Long Island Corp., et al. v. Hitachi, Ltd. et al.*, No. 12-cv-2648. | **ORDER GRANTING MOTION SUGGESTING REMAND**<br>Re: ECF No. 5288 |

Before the Court is the Motion Suggesting Remand brought by Direct Action Plaintiff MARTA Cooperative of America, Inc. ("MARTA"). ECF No. 5288. Defendants do not oppose the motion. ECF No. 5299. The Court will grant the motion.

The Judicial Panel on Multidistrict Litigation ("JPML") may transfer actions from various districts to any district for coordinated or consolidated pretrial proceedings. 28 U.S.C. § 1407(a). The JPML must remand those actions to the transferor courts "no later than the conclusion of pretrial proceedings in the transferee court." *Lexecon Inc. v. Milberg Weiss Bershad Hynes & Lerach*, 523 U.S. 26, 36-37 (1998).

MARTA requests an order suggesting that its case be remanded to the transferor court because all pretrial proceedings are complete. ECF No. 5288 at 2. Because the statute governing multidistrict litigation procedure, 28 U.S.C. § 1407, creates an obligation to remand actions "at or before the conclusion" of pretrial proceedings that is "impervious to judicial discretion," the Court agrees. *See Lexecon*, 523 U.S. at 35.

## CONCLUSION

The Court grants the motion suggesting remand. Pursuant to Rule 10.1(b) of the Rules of the Judicial Panel on Multidistrict Litigation, the Court SUGGESTS that the Panel remand the

1  case to the Eastern District of New York.

2  **IT IS SO ORDERED.**

3  Dated: June 26, 2018

_____
JON S. TIGAR
United States District Judge