UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUL 3 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, <br> ------------------------------ <br> INDIRECT PURCHASER PLAINTIFFS, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> FRANCIS O. SCARPULLA; LAW OFFICES OF FRANCIS O. SCARPULLA, <br><br> Objectors-Appellants, <br><br> v. <br><br> TOSHIBA CORPORATION; et al., <br><br> Defendants-Appellees. | No. 17-15496 <br><br> D.C. No. 3:07-cv-05944-JST <br> Northern District of California, <br> San Francisco <br><br> ORDER |
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, <br> ------------------------------ <br> INDIRECT PURCHASER PLAINTIFFS, <br><br> Plaintiff-Appellee, <br><br> v. | No. 17-15597 <br><br> D.C. No. 3:07-cv-05944-JST |

LK/Pro Mo

LAW OFFICE OF BRIAN BARRY,

        Objector-Appellant,

v.

TOSHIBA AMERICA, INC.; et al.,

        Defendants-Appellees.

---

In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION,
_____

INDIRECT PURCHASER PLAINTIFFS,

        Plaintiff-Appellee,

COOPER & KIRKHAM, P.C.,

        Objector-Appellant,

v.

TOSHIBA CORPORATION; et al.,

        Defendants-Appellees.

No. 17-15598

D.C. No. 3:07-cv-05944-JST

---

In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION,

-------------------------------

INDIRECT PURCHASER PLAINTIFFS,

        Plaintiff-Appellant,

No. 17-15902

D.C. No. 3:07-cv-05944-JST

v.

FRANCIS O. SCARPULLA; et al.,

        Objectors-Appellees,

v.

TOSHIBA CORPORATION; et al.,

        Defendants.

    The stipulated motion (Docket Entry No. 63) for voluntary dismissal of No. 17-15902 only is granted. Appeal No. 17-15902 is dismissed with prejudice. *See* Fed. R. App. P. 42(b). Costs and fees shall be allocated as stipulated.

    This order served on the district court shall act as and for the mandate of this court for No. 17-15902 only.

    The remaining consolidated appeals (Nos. 17-15496, 17-15597, and 17-15598) shall proceed.

    The optional reply briefs are now due July 24, 2018.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Linda K. King
Deputy Clerk
Ninth Circuit Rule 27-7