# Exhibit 26



June 25, 2018

**Certification**

**Park IP Translations**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of the document with bates numbers range: IRI-CRT-00000628 - IRI-CRT-00000629.

Hanna Kang

Project Manager

Project Number: BBLLP_1806_007

05 10  [17]

### State-owned Assets Supervision and Administration Commission of the State Council

GZKH (2005) No. 1187

### Notice on the Assessment Results of the 2004 Operational Performance of Persons in Charge of IRICO Group Corporation

IRICO Group Corporation:

In accordance with regulations of the *Interim Measures for Assessment of the Operational Performance of Persons in Charge of Central Enterprises* (SASC Order No. 2), the 2004 letter of liabilities for annual operational performance of persons in charge concluded by the persons in charge of your company and director general of the SASAC (letter of liabilities no.: Y3096) and the completion status of the financial statements and operating performance of your company for 2004, after investigation by the operational performance assessment working group of the SASAC and approval of the director general's working meeting, the assessment results of the operational performance of persons in charge of your company in 2004 are as follows:

In 2004, your company's total profit target was RMB 380,000,000, and the actual total profit was RMB 989,760,000, earning an assessment score of 36 points; the return on net worth target was 5.4% and the actual return on net worth was 15.39%, earning an assessment score of 48 points; the current asset turnover target was 1.42 times and the actual current asset turnover was 1.54 times, earning an assessment score of 15.6 points; and the technical input ratio target was 1.5%, and the actual technical input ratio upon assessment was 1.56%, earning an assessment score of 15.12 points. In 2004, your company's operating difficulty factor was 1.0644 and total score was 122.11 points. The assessment result of the operational performance of your company's persons in charge in 2004 was a grade of B.

-1-

Scan created by CamScanner
IRI-CRT-00000628

Please continue to deepen reform, transform mechanisms, strengthen management and reduce costs in order to further improve your company's operating performance.

State-owned Assets Supervision and Administration Commission of the State Council (seal)

September 16, 2005

---

**Key words: Enterprise; performance, assessment, notice**

---

Within the commission, Cc: Related bureaus.

---

| General Office of SASAC | Printed and issued on September 22, 2005 |
|---|---|

---

| Typist: Gu Jingjing | Proofreader: Chen Bingli |
|---|---|

CONFIDENTIAL

Scan created by CamScanner
IRI-CRT-00000629

# 国务院国有资产监督管理委员会

国资考核〔2005〕1187 号

## 关于彩虹集团公司负责人 2004 年度
## 经营业绩考核结果的通知

彩虹集团公司：

　　根据《中央企业负责人经营业绩考核暂行办法》(国资委令第2 号)和你公司负责人与国资委主任签订的 2004 年度企业负责人经营业绩责任书(责任书编号：Y3096)，以及你公司 2004 年度财务决算和 2004 年度经营业绩完成情况，经国资委经营业绩考核领导小组研究并报经委主任办公会议审定，现将你公司负责人 2004 年度经营业绩考核结果通知如下：

　　2004 年度你公司利润总额目标值 38,000 万元，实际完成98,976 万元，考核得分 36 分；净资产收益率目标值 5.4％，实际完成 15.39％，考核得分 48 分；流动资产周转率目标值 1.42 次，实际完成 1.54 次，考核得分 15.6 分；技术投入比率目标值 1.5％，经审核实际完成 1.56％，考核得分 15.12 分。2004 年度你公司经营难度系数为 1.0644，考核综合得分为 122.11 分，你公司负责人 2004年度经营业绩考核结果为 B 级。

— 1 —

 由 扫描全能王 扫描创建

CONFIDENTIAL　　　　　　　　　　　　　　　　　　　　　　　　　　IRI-CRT-00000628

请你公司继续深化改革，转换机制，加强管理，降低成本，进一步提高经营业绩水平。



二〇〇五年九月十六日

---

主题词：企业　业绩　考核　通知

委内抄送：有关厅局。

| 国资委办公厅 | 2005 年 9 月 22 日印发 |
|---|---|
| 录入：顾晶晶 | 校对：陈炳立 |

— 2 —

 由 扫描全能王 扫描创建

CONFIDENTIAL
IRI-CRT-00000629

# Exhibit 27



June 25, 2018

**Certification**

**Park IP Translations**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of the document with bates numbers range: IRI-CRT-00000630 - IRI-CRT-00000631.

Hanna Kang

Project Manager

Project Number: BBLLP_1806_007

15 W. 37th Street 8th Floor
New York, NY 10018
212.581.8870
ParkIP.com

1-346

05 11 9

**State-owned Assets Supervision and Administration Commission of the State Council**

FPH [2005] No. 132

Response Letter to the Performance Salary Realization Proposal of 2004 and Base Salary Proposal of 2005 for Persons in Charge of IRICO Group Corporation

IRICO Group Corporation:

We have received your company's *Request for Performance Salary Realization Proposal of 2004 and Base Salary Proposal of 2005 for Persons in Charge of IRICO Group Corporation* (CTRZ [2005] No. 175). After investigation by the SASAC, our response is as follows:

I. The performance salary of Mr. Ma Jinquan and Mr. Tao Kui in 2004 were RMB 18,9271. We agree that the 2004 performance salaries of Mr. Xing Daoqin, Guo Mengquan, Zhang Shaowen and Niu Xinan shall be determined according to standards set out in the *Proposal for the Settlement of Salaries for Persons in Charge in 2004* sent by your company.

The deferred revenue in performance salary shall be determined according to standards set out in the *Proposal the for Settlement of Salaries for Persons in Charge in 2004* and managed according to requirements of the *Notice on the Declaration of Performance Salary Realization Proposal of 2004 and Base Salary Proposal of 2005 for Persons in Charge of IRICO Group Corporation* (FPH [2005] No. 078).

II. The base salaries of Mr. Xing Daoqin and Tao Kui in 2005 were RMB 14,5958. We agree that the 2005 base salaries of Mr. Guo Mengquan, Zhang Shaowen, Niu Xinan

CONFIDENTIAL
IRI-CRT-00000630

**State-owned Assets Supervision and Administration Commission of the State Council**

and Fu Jiuquan shall be determined according to standards set out in in the *Proposal for the Settlement of Base Salaries of Persons in Charge on 2005* sent by your company.

Please adjust the prepaid salaries of your company's persons in charge for 2005 according to the above opinion, standardize internal distribution practices, and deepen reform of the internal income distribution system of the company according to requirements of the *Interim Measures for Assessment of the Operational Performance of Persons in Charge of Central Enterprises* (GZFFP [2004] No. 227).

Enterprise Distribution Bureau of State-owned Assets Supervision and Administration Commission of the State Council (seal)

October 14, 2005

Cc: Work Bureau of Board of Supervisors

CONFIDENTIAL

# 国务院国有资产监督管理委员会

分配函 [ 2005 ] 132 号

## 关于彩虹集团公司负责人 2004 年绩效薪金兑现方案
## 和 2005 年基薪方案的复函

彩虹集团公司：

　　你公司《关于彩虹集团企业负责人 2004 年绩效薪金兑现方案和 2005 年基薪方案的请示》（彩团人资 [ 2005 ] 175 号）收悉。经国资委研究决定，现函复如下：

　　一、马金泉、陶魁同志 2004 年的绩效薪金按 18.9271 万元的标准确定；同意按你公司报送的《2004 年企业负责人薪酬结算方案》载明的标准确定邢道钦、郭盟权、张少文、牛新安同志 2004 年的绩效薪金。

　　绩效薪金中的延期兑现收入按《2004 年企业负责人薪酬结算方案》载明的标准核定，并按照《关于做好中央企业负责人 2004 年绩效薪金兑现方案和 2005 年基薪方案申报工作的通知》（分配函 [ 2005 ] 078 ）的要求管理。

　　二、邢道钦、陶魁同志 2005 年的基薪按 14.5958 万元的标准确定；同意按你公司报送的《2005 年企业负责人基薪方

 由 扫描全能王 扫描创建

CONFIDENTIAL

IRI-CRT-00000630

# 国务院国有资产监督管理委员会

案》载明的标准确定郭盟权、张少文、牛新安、符九全同志
2005 年的基薪。

　　请按上述意见对你公司负责人 2005 年已预发薪酬进行
调整，并按照《中央企业负责人薪酬管理暂行办法》（国资发
分配[2004]227 号）的要求，规范企业内部分配行为，深化
企业内部收入分配制度改革。



二〇〇五年十月十四日

　　抄送：监事会工作局

2

 由 扫描全能工 扫描创建

CONFIDENTIAL　　　　　　　　　　　　　　　　　　　　　　　　　　IRI-CRT-00000631

Exhibit 28



June 25, 2018

**Certification**

**Park IP Translations**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of the document with bates numbers range: IRI-CRT-00000632 - IRI-CRT-00000633.

Hanna Kang

Project Manager

Project Number: BBLLP_1806_007

15 W. 37th Street 8th Floor
New York, NY 10018
212.581.8870
ParkIP.com

| | 2006 | 135 |
|---|---|---|
| | | 1 |

| IRICO Group Corporation | |
|---|---|
| Confidential room | S.Z. No.1-202 |
| | October 31, 2006 |

## State-owned Assets Supervision and Administration Commission of the State Council

GZKH (2006) No. 1336

### Notice on the Assessment Results of the 2005
### Operational Performance of Persons in Charge of IRICO Group Corporation

IRICO Group Corporation:

In accordance with regulations of the *Interim Measures for Assessment of the Operational Performance of Persons in Charge of Central Enterprises* (SASC Order No. 2), the 2005 letter of liabilities for annual operational performance of persons in charge concluded by the persons in charge of your company and director general of the SASAC (letter of liabilities no.: Y05-3096) and the completion status of the financial statements and operating performance of your company for 2005, after investigation by the operational performance assessment working group of the SASAC and approval of the director general's working meeting, the assessment results of the operational performance of persons in charge of your company in 2005 are as follows:

In 2005, your company's total profit target was RMB 894,300,000, and the actual total profit was RMB 887,548,900, earning an assessment score of 30.13 points; the return on net worth target was 15.99% and the actual return on net worth was 13.5%, earning an assessment score of 42.49 points; the current asset turnover target was 1.5 times and the actual current asset turnover was 1.72 times, earning an assessment score of 16.1 points; and the technical input ratio target was 1.24%, and the actual technical input ratio upon assessment was 1.3%, earning an assessment score of 15.12 points. In 2005, your company's operating difficulty factor was 1.0485 and total score was 108.87 points. The assessment result of the operational performance of your company's persons in charge in 2005 was a grade of C.

-1-

CONFIDENTIAL

Please continue to deepen reform, transform mechanisms, strengthen management and reduce costs in order to further improve your company's operating performance.

State-owned Assets Supervision and Administration Commission of the State Council (seal)

September 13, 2006

**Key Words: Operational performance; appraisal; notification**

Within the commission, Cc: No. 2 Enterprise Leaders Management Bureau

General Office of SASAC                         Printed and issued on October 16, 2006

Typist: Gu Jingjing                             Proofreader: Chen Bingli

-2-

[scan code] Created by CamScanner

CONFIDENTIAL                                         IRI-CRT-00000633



2006  135
行政 永久  1

# 国务院国有资产监督管理委员会

国资考核〔2006〕1336 号

## 关于彩虹集团公司负责人 2005 年度
## 经营业绩考核结果的通知

彩虹集团公司：

　　根据《中央企业负责人经营业绩考核暂行办法》（国资委令第 2 号）和你公司负责人与国资委主任签订的 2005 年度企业负责人经营业绩责任书（责任书编号：Y05－3096），以及你公司 2005 年财务决算和 2005 年度经营业绩完成情况，经国资委经营业绩考核领导小组研究并报经委主任办公会议审定，现将你公司负责人 2005 年度经营业绩考核结果通知如下：

　　2005 年度你公司利润总额目标值－89430 万元，实际完成－88754.89 万元，考核得分 30.13 分；净资产收益率目标值－15.99％，实际完成－13.5％，考核得分 42.49 分；流动资产周转率目标值 1.5 次，实际完成 1.72 次，考核得分 16.1 分；技术投入比率目标值 1.24％，实际完成 1.3％，考核得分 15.12 分。2005 年度你公司经营难度系数为 1.0485，考核综合得分为 108.87 分，你

— 1 —



由 扫描全能王 扫描创建

CONFIDENTIAL

IRI-CRT-00000632

公司负责人 2005 年度经营业绩考核结果为 C 级。

　　请你公司继续深化改革，转换机制，调整产品结构，加强管理，减亏增效，提高研发能力，改善经营业绩水平。



二〇〇六年九月十三日

---

**主题词：经营业绩　　考核　　通知**

---

委内抄送：企干二局。

---

国资委办公厅　　　　　　　　　　　2006 年 10 月 16 日印发

---

录入：顾晶晶　　　　　　　　　　　校对：陈炳立

— 2 —

 由 扫描全能王 扫描创建

CONFIDENTIAL

IRI-CRT-00000633

# Exhibit 29



June 25, 2018

**Certification**

**Park IP Translations**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English  of the document with bates numbers range: IRI-CRT-00000634 - IRI-CRT-00000643.

Hanna Kang

Project Manager

Project Number: BBLLP_1806_007

15 W. 37th Street 8th Floor
New York, NY 10018
212.581.8870
ParkIP.com

| IRICO Color Picture Tube General Factory | |
|---|---|
| Confidential room | S.Z. No.1-45 |
| | July 24, 2003 |

| | 2003 | 183 |
|---|---|---|
| Business | Long-term | |

**Document of the General Office of the State-owned Assets Supervision and Administration Commission of China (SASAC)**

GZTGG (2003) No. 26

**Notice on the Problems Related to the Confirmation and Standardization of Enterprise Names**

To all national enterprises,

Our committee intends to apply to the State Council for the approval and publication of the list of enterprises for which SASAC can perform contributor functions on behalf of the State Council. In order to ensure the accuracy of enterprise names, please carefully review the name of your enterprise in the list of enterprises to be published. It is required that enterprises in the list must be under the direct supervision and management of SASAC. Your name must be totally the same with that on the business license. If the name of the enterprise in the enterprise list to be published is different from the name recorded on its business license, the enterprise must contact the Enterprise Reform Bureau of our committee and fax a copy of its business license prior to July 20.

Going forward, if the name of an enterprise under the management and supervision of SASAC is changed or a new restructured enterprise is established under the direct management and supervision of SASAC, their names must be standardized in accordance with the *Provisions on Administration of Enterprise Name Registration*.

-1-

[handwritten:] *The deadline was July 20, but the date when the document is received was July 24.*



Scan created by CamScanner
IRI-CRT-00000634

CONFIDENTIAL

The intended name of the newly-established enterprise shall be pre-approved by the administrative department for industry and commerce and submitted to the Enterprise Reform Bureau of our committee within five business days after handling business registration. In addition, a copy of the business license of the changed or newly-established enterprise shall be faxed to the Enterprise Reform Bureau.

Contact Persons: Wang Runqiu, Wang Haitao, Li Chunmei

Tel: 010-63193427  63193093  63193135

Fax: 010-63193111

Attachment: List of enterprises for which SASAC can perform contributor functions on behalf of the State Council

General Office of State-owned Assets Supervision and Administration Commission (SASAC) of China (seal)

July 9, 2003

-2-



**Attachment:**

**List of enterprises for which SASAC can perform contributor functions on behalf of the State Council**

(by the end of July 9, 2003)

| Number | Enterprise name |
|--------|-----------------|
| 1. | China National Nuclear Corporation |
| 2. | China Nuclear Engineering Group Corporation |
| 3. | China Aerospace Science and Technology Corporation |
| 4. | China Aerospace Science & Industry Corp |
| 5. | China Aviation Industry Corporation I |
| 6. | China Aviation Industry Corporation II |
| 7. | China State Shipbuilding Corporation |
| 8. | China Shipbuilding Industry Corporation |
| 9. | China North Industries Group Corporation Limited |
| 10. | China South Industries Group Corporation |
| 11 | China Electronics Technology Group Corporation |
| 12. | Petro China Co Ltd. |
| 13. | Sinopec Group |
| 14. | CNOOC Limited |
| 15. | State Grid Corporation of China |

Scan created by CamScanner

CONFIDENTIAL

IRI-CRT-00000636

16. China Southern Power Grid Company Limited

17. China Huaneng Group Co., Ltd.

18. China Datang Corporation

19. China Huadian Corporation Ltd.

20. China Guodian Corporation

21. State Power Investment Corporation Limited

22. China Three Gorges Corporation

23. Shenhua Group

24. China Telecom

25. China Netcom

26. China United Network Communications Limited

27. China Mobile Communications Corporation

28. China Electronics Corporation Limited

29. FAW-Volkswagen Automobile Co. Ltd.

30. Dongfeng Motor Corporation

31. China First Heavy Industries

32. China National Erzhong Group Co., Ltd.

33. Harbin Electric Corporation

34. Dongfang Electric Corporation

35. Anshan Iron And Steel Group Co., Ltd.

36. Shanghai Baosteel Group

37. Wuhan Iron And Steel (Group) Corp. Industry Company

-4-

Scan created by CamScanner

CONFIDENTIAL                                                                                                          IRI-CRT-00000637

38.     Aluminum Corporation of China Limited

39.     China COSCO Shipping Corporation Limited

40.     China COSCO Shipping Corporation Limited

41.     China National Aviation Holding Company

42.     China Eastern Air Holding Company

43.     China Southern Air Holding Company

44.     China National Chemicals Import & Export Corp

45.     China Oils & Food Import & Export (Group) Limited

46.     China Minmetals Corporation

47.     China General Technology(Group) Holding, Ltd.

48.     China State Construction Engineering Corporation Ltd

49.     China Grain Reserves Corporation

50.     State Development & Investment Corp., Ltd.

51.     China Merchants Group Co., Limited

52.     China Resources (Holdings) Co., Ltd.

53.     China Travel Service (Holdings) Hong Kong Limited

54.     China Energy Conservation Investment Corporation

55.     China SDIC GaoXin Industrial Investment Corp., Ltd

56.     China International Engineering Consulting Corporation

57.     Fuxing Pulp & Paper Corporation Ltd.

58.     Zhonggu Grain and Oil Group Co., Ltd.

59.     China National Packaging Corporation

Scan created by CamScanner
IRI-CRT-00000638

CONFIDENTIAL

60          China Automobile Trading Co., Ltd.

61.         China Commerce Enterprise Group Corporation

62.         China Huafu Trade Development Corporation

63.         China Chengtong Holdings Group Ltd.

64.         China Sinostar Group Company Limited

65.         China National Coal Group Corp.

66.         China Coal Research Institute

67.         Automotive Engineering Corporation

68.         China National Machinery Industry Corporation

69,         China Academy of Machinery Science and Technology

70.         Chinese Academy Of Agricultural Mechanization Sciences

71.         Sinosteel Corporation

72.         China Metallurgical Construction Group Corporation

73.         Central Iron and Steel Research Institute

74.         Metallurgy Automation Research and Design Institute

75.         China Haohua Chemical Group Co., Ltd.

76.         China National Chemical Engineering Group Corporation Ltd.

77.         China Co-op Group

78.         China National Chemical Construction Corporation

79.         China National Bluestar (Group) Co, Ltd.

80.         Sinolight Corporation

81.         CLETC


Scan created by CamScanner

CONFIDENTIAL
IRI-CRT-00000639

82.     China National United Equipment Group Co., Ltd

83.     China National Arts & Crafts (Group) Corp.

84.     Chinese National Salt Industry Corporation

85.     Huacheng Investment Management Co., Ltd.

86.     China Textile Materials (Group) Corporation

87.     China Hi-Tech Group Corporation

88.     China Textile Academy

89.     China Nonmetal Mining Industry (Group) Corporation

90.     China National Building Material Group Co., Ltd.

91.     China Building Materials Academy

92.     China Nonferrous Metal Mining(Group) Co., Ltd.

93.     General Research Institute For Nonferrous Metals

94.     Beijing General Research Institute of Mining & Metallurgy

95.     China International Intellectech (Sichuan) Co., Ltd.

96.     China Far East International Trading Corporation

97.     China Int'l Enterprises Co-operative Corp.

98.     China National Investment& Guaranty Corporation

99.     China Geo-Engineering Corporation

100.    China Siwei Surveying and Mapping Technology Co., Ltd.

101.    China National Real Estate Development Group Corporation

102.    China Academy of Building Research

103.    China Northern Locomotive & Rolling Stock Industry (Group) Corporation

-7-

Scan created by CamScanner

IRI-CRT-00000640

148. China Electronics Engineering Design Institute

149. China Huanqiu Contracting & Engineering Corp.

150. Beijing Huayu Engineering Co., Ltd.

151. China Haicheng International Engineering Investment General Institute

152. China Kunlun Contracting and Engineering Corporation

153. China Nonferrous Engineering Design Research Institute

154. China General Administration of Metallurgical Geological Survey and Engineering

155. China National Administration Of Coal Geology

156. Xinxing Cathay International Group Co., Ltd.

157. China TravelSky Holding Company

158. China National Aviation Fuel Group Limited

159. China Aviation Supplies Holding Company

160. China Power Engineering Consulting Group Corporation

161. Hydro China Corporation

162. Sinohydro Corporation

163. China National Gold Group Co., Ltd.

164. China National Cotton Reserves Corporation

165. CHINA PRINTING GROUP LIMITED

166. Pangang Group Company Ltd.

167. Han Xing Iron Ore Mine Administration

168. Luzhong Mining Industry Co., Ltd.

169. Changsha Research Institute of Mining & Metallurgy Co., Ltd.


Scan created by CamScanner

CONFIDENTIAL

IRI-CRT-00000641

170.      China Lucky Film Corporation

171.      Shenyang Research Institute of Chemical Industry

172.      China Worldbest Group Co., Ltd.

173.      Huan Lian Development Group Co., Ltd.

174.      China General Nuclear Power Group

175.      China Huandao (Group) Limited

176.      China Changjiang National Shipping Group Co., Ltd.

177.      Changjiangkou Waterway Construction Co., Ltd.

178.      Shanghai Ship and Shipping Research Institute

179.      China Hualu Group Co., Ltd.

180.      Alcatel Sbell

181.      IRICO Group Corporation

182.      Wuhan Research Institute

183.      Shanghai Institute of Pharmaceutical Industry

184.      Overseas Chinese Town Holdings Company

185.      Sanjiu Enterprise Group

186.      Nam Kwong (group) Company Limited

187.      Tianjin Cement Industry Design and Research Institute Co., Ltd.

188.      China International Engineering Consulting and Design Institute

189.      China Information Technology Design & Consulting Institute

190.      Xi'an Electric Manufacturing Complex

191.      China Gezhouba (Group) Corporation

Scan created by CamScanner

CONFIDENTIAL

IRI-CRT-00000642

**Key Words: Enterprise; work; notice**

| | |
|---|---|
| General Office of SASAC | Printed and issued on July 10, 2003 |

Typist: Sun Yi                                Proofreader: Wang Qunqiu

-12-


Scan created by CamScanner

CONFIDENTIAL

IRI-CRT-00000643





# 国务院国有资产监督管理委员会办公厅文件

国资厅改革〔2003〕26 号

## 关于确认和规范企业名称有关问题的通知

各中央企业:

我委拟于近期报请国务院批准公布国资委代表国务院履行出资人职责的企业名单。为确保企业名称准确无误,请各企业认真核对拟公布的企业名单中本企业的名称,要求名单中的企业必须是由国资委直接负责监督管理的企业,名称必须与营业执照上的名称完全一致。拟公布的企业名单中本企业名称与营业执照不符者,请必于 7 月 20 日前与我委企业改革局联系,并将企业营业执照复印件传真至企业改革局。

今后,凡国资委负责监督管理的企业更改名称,或重组设立新的由国资委直接负责监督管理的企业,必须按照《企业名称登记管

— 1 —

改在 7月20日, 但收到文时间为 24/7日.

 由 扫描全能王 扫描创建

CONFIDENTIAL

IRI-CRT-00000634

理规定》规范名称，新设立的企业拟定名称应到工商行政管理部门
预核准，在办理工商登记后5个工作日内报我委企业改革局备案，
并将变更后或新设立的企业营业执照复印件传真至企业改革局。

　　联系人：王润秋　王海涛　李春梅

　　电话：010—63193427　63193093　63193135

　　传真：010—63193111

　　附件：拟公布的国务院国有资产监督管理委员会代表国务院
　　　　　履行出资人职责的企业名单



　　　　　　　　　　　　　　　二〇〇三年七月九日

— 2 —

 由 扫描全能王 扫描创建

CONFIDENTIAL

IRI-CRT-00000635

附件：

## 拟公布的国务院国有资产监督管理委员会代表
## 国务院履行出资人职责的企业名单

**（截至 2003 年 7 月 9 日）**

**序号　企业名称**

1. 中国核工业集团公司

2. 中国核工业建设集团公司

3. 中国航天科技集团公司

4. 中国航天科工集团公司

5. 中国航空工业第一集团公司

6. 中国航空工业第二集团公司

7. 中国船舶工业集团公司

8. 中国船舶重工集团公司

9. 中国兵器工业集团公司

10. 中国兵器装备集团公司

11. 中国电子科技集团公司

12. 中国石油天然气集团公司

13. 中国石油化工集团公司

14. 中国海洋石油总公司

15. 国家电网公司

 由 扫描全能王 扫描创建

CONFIDENTIAL

IRI-CRT-00000636

16. 中国南方电网有限责任公司

17. 中国华能集团公司

18. 中国大唐集团公司

19. 中国华电集团公司

20. 中国国电集团公司

21. 中国电力投资集团公司

22. 中国长江三峡工程开发总公司

23. 神华集团有限责任公司

24. 中国电信集团公司

25. 中国网络通信集团公司

26. 中国联合通信有限公司

27. 中国移动通信集团公司

28. 中国电子信息产业集团公司

29. 中国第一汽车集团公司

30. 东风汽车公司

31. 中国第一重型机械集团公司

32. 中国第二重型机械集团公司

33. 哈尔滨电站设备集团公司

34. 中国东方电气集团公司

35. 鞍山钢铁集团公司

36. 上海宝钢集团公司

37. 武汉钢铁(集团)公司

— 4 —

 由 扫描全能工 扫描创建

CONFIDENTIAL

IRI-CRT-00000637

38. 中国铝业公司
39. 中国远洋运输(集团)总公司
40. 中国海运(集团)总公司
41. 中国航空集团公司
42. 中国东方航空集团公司
43. 中国南方航空集团公司
44. 中国化工进出口总公司
45. 中国粮油食品进出口(集团)有限公司
46. 中国五金矿产进出口总公司
47. 中国通用技术(集团)控股有限责任公司
48. 中国建筑工程总公司
49. 中国储备粮管理总公司
50. 国家开发投资公司
51. 招商局集团有限公司
52. 华润(集团)有限公司
53. 香港中旅(集团)有限公司
54. 中国节能投资公司
55. 中国高新投资集团公司
56. 中国国际工程咨询公司
57. 复兴浆纸有限公司
58. 中谷粮油集团公司
59. 中国包装总公司

— 5 —

 由 扫描全能王 扫描创建

IRI-CRT-00000638

60. 中国进口汽车贸易中心
61. 中商企业集团公司
62. 中国华孚贸易发展集团公司
63. 中国诚通控股公司
64. 中国华星集团公司
65. 中国中煤能源集团公司
66. 煤炭科学研究总院
67. 中国汽车工业总公司
68. 中国机械装备(集团)公司
69. 机械科学研究院
70. 中国农业机械化科学研究院
71. 中国钢铁工贸集团公司
72. 中国冶金建设集团公司
73. 钢铁研究总院
74. 冶金自动化研究设计院
75. 中国昊华化工(集团)总公司
76. 中国化学工程总公司
77. 中国化工供销(集团)总公司
78. 中国化工建设总公司
79. 中国蓝星(集团)总公司
80. 中国轻工集团公司
81. 中国轻工业对外经济技术合作公司

— 6 —

 由 扫描全能王 扫描创建

CONFIDENTIAL

82. 中国轻工业机械总公司

83. 中国工艺美术(集团)公司

84. 中国盐业总公司

85. 华诚投资管理有限公司

86. 中国纺织物资(集团)总公司

87. 中国恒天集团公司

88. 中国纺织科学研究院

89. 中国非金属矿工业(集团)总公司

90. 中国建筑材料集团公司

91. 中国建筑材料科学研究院

92. 中国有色矿业建设集团有限公司

93. 北京有色金属研究总院

94. 北京矿冶研究总院

95. 中国国际技术智力合作公司

96. 中国远东国际贸易总公司

97. 中国国际企业合作公司

98. 中国经济技术投资担保有限公司

99. 中国地质工程集团公司

100. 中国四维测绘技术总公司

101. 中国房地产开发集团公司

102. 中国建筑科学研究院

103. 中国北方机车车辆工业集团公司

— 7 —

 由 扫描全能工 扫描创建

CONFIDENTIAL

IRI-CRT-00000640

148. 中国电子工程设计院
149. 中国寰球工程公司
150. 中煤国际工程设计研究总院
151. 中国海诚国际工程投资总院
152. 中国纺织工业设计院
153. 中国海诚国际工程研究总院
154. 中国有色金属地质勘查工程总局
155. 中国煤炭地质总局
156. 新兴铸管集团有限公司
157. 中国民航信息集团公司
158. 中国航空油料集团公司
159. 中国航空器材进出口集团公司
160. 中国电力工程顾问集团公司
161. 中国水利水电建设集团公司
162. 中国水电工程顾问集团公司
163. 中国黄金集团公司
164. 中国储备棉管理总公司
165. 中国印刷集团公司
166. 攀枝花钢铁(集团)公司
167. 地质矿产勘查开发局
168. 鲁中冶金矿业集团公司
169. 长沙矿冶研究院

— 10 —

IRI-CRT-00000641

170. 中国乐凯胶片集团公司

171. 沈阳化工研究院

172. 中国华源集团有限公司

173. 华联发展集团有限公司

174. 中国广东核电集团有限公司

175. 中国寰岛(集团)公司

176. 中国长江航运(集团)总公司

177. 长江口航道建设有限公司

178. 上海船舶运输科学研究所

179. 中国华录集团有限公司

180. 上海贝尔阿尔卡特股份有限公司

181. 彩虹集团公司

182. 武汉邮电科学研究院

183. 上海医药工业研究院

184. 华侨城集团公司

185. 三九企业集团

186. 南光(集团)有限公司

187. 天津水泥工业设计研究院

188. 中机国际工程咨询设计总院

189. 中讯邮电咨询设计院

190. 西安电力机械制造公司

191. 中国葛洲坝集团公司

— 11 —

 由 扫描全能工 扫描创建

CONFIDENTIAL

主题词：企业　工作　通知

国资委办公厅　　　　　　　　　　　2003 年 7 月 10 日印发

录入：孙奕　　　　　　　　　　　　　校对：王润秋

由 扫描全能王 扫描创建

CONFIDENTIAL　　　　　　　　　　　　　　　IRI-CRT-00000643

# Exhibit 30



June 25, 2018

**Certification**

                                 **Park IP Translations**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of the document with bates numbers range: IRI-CRT-00000650 - IRI-CRT-00000652.

Hanna Kang

Project Manager

Project Number: BBLLP_1806_007



SIGNIFICANT EVENTS OF IRICO

IRICO

1977—2002

CONFIDENTIAL

IRI-CRT-00000650

SIGNIFICANT EVENTS OF IRICO 1977



1977

On February 17, the party group of the Fourth Ministry of Machinery Industry reported the Party No.4 Document (1977) to the State Council and Deputy Prime Minister Li Xiannian and proposed to introduce packaged technology and equipment of color picture tube from abroad. The State Development Planning Commission also reported to the State Council in February and April regarding this matter. Li Xiannian commented that "We would like to approve this report. Color TV is very important for industry, national defense, and civilian use. It must not be omitted from the projects and it must be included in the plan when we formulate the five-year plan." The other Politburo leaders circled their names and agreed. At this point, the Party Central Committee and the State Council formally approved the restoration of the packaged technology and equipment of color picture tube project on April 13th, which was listed as a national key introduction project. The project was named "Xianyang Color Picture Tube Project", also known as "Xianyang Color TV Project" at that time.

In May, the Fourth Ministry of Machinery Industry appointed Wu Zukai as chief engineer of the factory.

In June, the Fourth Ministry of Machinery Industry formed the leading group for the introduction project and an external technical negotiation team.

On July 24, the factory site selected jointly by Shaanxi Province and the Fourth Ministry of Machinery Industry was north of the Ancun Brigade of the Battle Commune in Xianyang, Shaanxi. The number of the factory was determined as the state-owned 4400 CRT Plant.

In July, the first batch of construction workers arrived in Xi'an.

In August, Japan's Hitachi, Panasonic, Asahi Glass, Electrical Glass, DaiNippon Screen, DaiNipponToryo, and DaiNippon Printing came to China to participate in technical seminars, inquiry and quotation.

In August, Zhang Xiaochen was appointed as factory director.

In September, Xia Minyou was appointed as factory deputy director.

On November 14, under the direct leadership of the Party Central Committee, the "Color TV Engineering Campaign Leadership Team" was established. Hui Shigong, Deputy Director of the Revolutionary Committee of Shaanxi Province served as the team leader, Wang Zongjin, Deputy Minister of Fourth ministry of machinery industry served as deputy leader, and Bai Yi, Deputy Director of the Provincial Construction Commission, Yang Hua, Deputy Secretary of the Xianyang Prefectural Party Committee, Liang Feng, Deputy Director of the Fourth ministry of machinery industry Infrastructure Bureau, and Sun Kehua, the core group leader of the Provincial Electronic Bureau, were the leading group members.

11

CONFIDENTIAL



1978年

From January 16 to February 10, A 33-member technology delegation headed by Wang Zongjin, Deputy Minister of Fourth ministry of machinery industry went to Japan and investigated the assembly and ITC factories of Toshiba, Hitachi and Panasonic. The delegation investigated two glass factories of Asahi Glass and Electric Glass, the shadow mask manufacturing factory of Dai Nippon Printing and Screen, and corresponding magnetic material factories, deflection coil factories, power equipment factories, television factories, and research institutes, etc.

On March 9, the construction of the single building 1 in the living area was started.

From March 11 to March 19, eight companies including Toshiba, Panasonic, Hitachi, DaiNipponToryo, DaiNippon Printing, DaiNippon Screen, Japan Electric Glass, and Asahi Glass successively went to Beijing and Tianjin to negotiate contracts with us.

On March 14, the Fourth ministry of machinery industry reported the "Inspection Report on the project of Color Picture Tube Packaging in Japan" to Deputy Prime Minister Wang Zhen, Li Xiannian, Yu Qiuli, and Gu Mu, Li Xiannian and other central leaders made instructions on the CPT project.

On April 14, The CPT project construction headquarters convened the first meeting, which was chaired by Zhou Jiyi, member of the Standing Committee of Shaanxi Provincial Party Committee. This was a meeting for pre-campaign preparation and implementation of engineering tasks.

On June 17, The Communist Party of China Fourth ministry of machinery industry party group proposed and the Shaanxi Provincial Party Committee approved the establishment of the Provisional Committee of the Communist Party of China for 4400 CRT Plant. The provisional party committee consisted of Liu Xiping, Zhang Xiaochen and Xia Minyou. Liu Xiping was appointed secretary of the provisional party committee.

1978 | 2

CONFIDENTIAL

IRI-CRT-00000652



# 彩虹大事记
## SIGNIFICANT EVENTS OF IRICO

**IRICO**

*1977—2002*

 由 扫描全能王 扫描创建

CONFIDENTIAL

IRI-CRT-00000650

**彩虹** 大事记 *1977*
SIGNIFICANT EVENTS OF IRICO



## 1977年

2月17日　第四机械工业部党组以(1977)党4号文报国务院及李先念副总理，提出从国外引进彩色显像管成套技术和设备。国家计委于2月和4月也为此向国务院打报告。李先念副总理批示："拟同意这个报告。彩色电视机对工业、国防和民用都很重要，在制定五年计划时，不要在项目上漏掉，必须列入计划"，中央政治局其他领导圈阅并同意。至此，中央、国务院于4月13日正式批准答复彩色显像管成套设备和技术项目，并列为国家重点引进项目。定名为"咸阳彩色显像管工程"，当时也被称为"咸阳彩电工程"。

5月　第四机械工业部任命吴祖垲为工厂总工程师。

6月　第四机械工业部组成引进项目领导小组和对外技术谈判班子。

7月24日　经陕西省和第四机械工业部共同选定厂址为陕西省咸阳市战斗公社安村大队以北。确定工厂编号为国营四四00厂。

7月　首批工程建设人员抵达西安。

8月　日本日立、松下、旭硝子、电气硝子、网版、涂料及印刷等公司来华参加技术座谈和询价、报价工作。

8月　任命张笑晨为工厂厂长。

9月　任命夏民友为工厂副厂长。

11月14日　在中央的直接领导下，成立了"彩电工程会战领导小组"。陕西省革命委员会副主任惠世恭任组长、四机部副部长王宗金任副组长，省建委副主任白毅、咸阳地委副书记杨化、四机部基建局副局长梁峰、省电子局党的核心小组组长孙克华为领导小组成员。

 由 扫描全能王 扫描创建

CONFIDENTIAL　　　　　　　　　　　　　　　　　　　　　　　　　　IRI-CRT-00000651



**1978年**

1月16日至2月10日　由四机部副部长王宗金同志为团长的技术考察团33人赴日本考察了东芝、日立、松下等三个公司的总装及ITC部分的工厂。考察了旭硝子、电气硝子的两个玻璃厂和大日本印刷、网版的荫罩生产厂以及相应配套的磁性材料工厂、偏转线圈工厂、动力设备工厂、电视机工厂、研究所等。

3月9日　生活区单身1号楼工程开工。

3月11日至3月19日　日本东芝、松下、日立、大日本涂料、大日本印刷、大日本网版、日本电气硝子、旭硝子等八家公司先后到京、津与我进行合同谈判。

3月14日　四机部向王震副总理及李先念、余秋里、谷牧副总理上报"关于彩色显像管成套项目赴日考察报告"，李先念等中央领导同志就彩管工程作出批示。

4月14日　彩管工程建设指挥部召开第一次会议，由陕西省委常委周吉一主持。这是一次会战前的准备和落实工程任务的会议。

6月17日　经中共第四机械工业部党组建议，陕西省委批准，成立中国共产党四四00厂临时委员会。临时党委由刘希平、张笑晨、夏民友三人组成。刘希平任临时党委书记。

　由 扫描全能王 扫描创建

CONFIDENTIAL

IRI-CRT-00000652

Exhibit 31



June 25, 2018

**Certification**

**Park IP Translations**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English  of the document with bates numbers range: IRI-CRT-00000666 - IRI-CRT-00000669.

Hanna Kang

Project Manager

Project Number: BBLLP_1806_007

**Prospectus for Shares of IRICO (600707)**

**I. Introduction:**

This prospectus provides investors with comprehensive information about the company and detailed rules and regulations of the stock certificate offering in accordance with the *Pilot Measures for Joint-stock Enterprises*, *Opinions on Standards for the Companies Limited by Shares* and *Trial Measures for Stock Management of Shaanxi Province* of the State.

The company has completed the required examination and approval procedures according to relevant national and provincial requirements. The company is willing to take responsibility for the accuracy of the information contained in this prospectus.

This prospectus has been delivered to the following units:

1.  People's Government of Shaanxi Province

2.  Economic System Reform Committee of Shaanxi Province

3.  Government Joint-Stock Office of Shaanxi Province

4.  Financial Department of Shaanxi Province

5.  State-owned Assets Administration of Shaanxi Province

6.  Department of Human Resource and Social Security of Shaanxi Province

7.  The Industry and Information Technology Department of Shaanxi Province

8.  Administration for Industry and Commerce of Shaanxi Province

9.  People's Bank of China, Shaanxi Branch

**II. Interpretation**

In this prospectus, the following abbreviations have the following meanings:

1. "Company" refers to IRICO Display Devices Co., Ltd. approved by the Economic System Reform Committee of Shaanxi Province according to the SGF (1992) No. 34 Document.

2. "Company employees" refers to employees of IRICO Display Devices Co., Ltd.

3. "Issuing authority" refers to the stock certificate management office of IRICO Display Devices Co., Ltd.

4. "Stock certificate" refers to the nominal ordinary share certificate with a nominal value of RMB 1 per share issued by the company in this offering.

5. "Yuan" refers to Renminbi

**III. Basic information of the Company**

1. Company name, registered address and legal representative

Company name: Chinese: 彩虹显示器件股份有限公司

English: CO,LTDDEVICESDISPLAYHONG English: CAI

Company address: Caihong Road, Xianyang, Shaanxi

Legal representative: Chairman of the Company

2. Nature:

**The company is a joint-stock enterprise approved by the Economic System Reform Committee of Shaanxi Province. After being registered by the Administration for Industry and Commerce of Shaanxi Province, the company has an independent legal personality.**

## IV. Overview of Company promoters

1. Shaanxi Color Picture Tube Factory of IRICO Group Electronics Co., Ltd.

Address: Caihong Road, Xianyang, Shaanxi, legal representative and general manager: Zhang Wenyi

Shaanxi Color Picture Tube Factory of IRICO Group Electronics Co., Ltd. has been registered with the Administration for Industry and Commerce of Shaanxi Province.

Registered capital: RMB 2 billion.

Shaanxi Color Picture Tube Factory of IRICO Group Electronics Co., Ltd. was a key project during the "6th Five-Year Plan" period. Construction preparations began in 1978, after which four Japanese companies including Hitachi and Asahi Glass Co. and coatings and screen companies successively introduced the 37cm and 56cm color picture tube, glass bulbs, phosphors, flat shadow masks and packaged technology for some power equipment. In late 1982, the project was officially completed and put into production. In 1988, the second phase of expansion was carried out for the factory. The key technologies and major equipment for the manufacturing of 47cm and 54cm FS color picture tubes were imported from Toshiba Corporation of Japan and American Kang Corporation, enabling the factory to become a primary enterprise integrating scientific research and development with an annual output of 2.9 million units of various types of color display devices.

2. Shaanxi Trust and Investment Co., Ltd. of Industrial and Commercial Bank of China

Address: No. 67, Yande Road, Xi'an, Shaanxi, China

Legal representative: General Manager Xu Changgeng

The company is a wholly-owned subsidiary of Industrial and Commercial Bank of China, Shaanxi Branch. It has been approved by the Head Office of the People's Bank of China and issued YJGZ No. 08-0501 *License for Financial Business Operations*. It is registered by the Administration for Industry and Commerce of Shaanxi Province with a capital fund of RMB 50 million. It has legal status and professionally engages in the operation of various financial trust investments.

3. Shaanxi Trust and Investment Co., Ltd. of People's Construction Bank of China

Address: No. 29, South Section, Huancheng South Road, Xi'an, Shaanxi

Legal representative: General Manager Wen Hao

The company is a financial enterprise owned by the whole people and approved to engage in the operation of RMB trust investments. It is approved by the People's Bank of China and registered by the Administration for Industry and Commerce of Shaanxi Province. The registered capital of the company is RMB 50 million. The company is affiliated with the People's Construction Bank of China, Shaanxi Branch. Its business is subject to the leadership, management, supervision, inspection, and audit of the People's Bank of China, Shaanxi Branch. The company carries out independent accounting, independent management and self-financing, and has legal status.

## V. Capital composition and business scope of the Company

1. Capital composition:

The Company has issued RMB 300 million as the registered capital, with each share valued at RMB 1 and a total capital equivalent of 300 million shares. It is issued at premium with a scale of 1:1.5.

The shares subscribed for by the promoters accounted for 50% of the total share capital, of which Shaanxi Color Picture Tube Factory of IRICO Group Electronics Co., Ltd. subscribed for 22% of the total share capital, totaling 66 million shares; Shaanxi Trust and Investment Co., Ltd. of Industrial and Commercial Bank of China subscribed for 18% of the total share capital, totaling 54 million shares; and Shaanxi Small Trust and Investment Co., Ltd. of People's Construction Bank of China subscribed for 10% of the total share capital, totaling 30 million shares; social legal

entities subscribed for 20% of the total share capital, totaling 60 million shares; and the remaining 30% were issued as individual shares, which were issued across internal employees of the sponsor unit and internal employees of relevant legal entities.

At present, the sponsor has subscribed for 35% of the total share capital, of which Shaanxi Color Picture Tube Factory of IRICO Group Electronics Co., Ltd. has subscribed for RMB 46.20 million of share capital, accounting for 15.4% of the total share capital; Shaanxi Trust and Investment Co., Ltd. of Industrial and Commercial Bank of China has subscribed for RMB 37.8 million of the total share capital, accounting for 12.6% of the total share capital; and Shaanxi Trust and Investment Co., Ltd. of People's Construction Bank of China has subscribed for RMB 21 million of share capital, accounting for 7% of the total share capital.

2. Business scope:

1) Primary business: development, production, and management of color display devices; development, production and management of electronic products, parts and raw materials; and real estate development.

2) Additional business: retail and commerce of metal materials, chemical raw materials and finished products; tourism; and "three-plus-one" trading-mix.

## VI. Purpose, investment direction of funds and projected benefits of the stock certificate offering

1. Purpose of offering:

1) To widely attract idle funds from society, and contribute to the development of our country's electronic products such as color displays.

2) To further take advantage of the combination of finance and industry, promote the development of the economy of Caihong, and better develop domestic and foreign markets.

2. Investment direction of funds

The funds raised by the company's stock certificate offering will be mainly used to purchase the equipment, technology and necessary conditions for the production of 64cm FS color picture tubes.

3. Projected benefits

Economic benefit projections for the first three years of regular operation  Unit: RMB 10K

| Item | 1997 | 1996 | 1995 |
|------|------|------|------|
| Sales revenue | 84000 | 86100 | 78000 |
| Industrial and commercial consolidated tax (5.05%) | 4242 | 4348 | 3939 |
| Costs and expenses | 63961 | 66648 | 62885 |
| Profit before tax | 15797 | 15104 | 11176 |
| Income tax (33%) | 5213 | 4984 | 2766 |
| Company surplus | 10584 | 10120 | 8410 |

## VII. Stock certificate offering

1. Name of stock certificate: Stock certificate of IRICO Display Devices Co., Ltd.

2. Type of stock certificate: nominal common stock, valued in RMB

CONFIDENTIAL                                                                    IRI-CRT-00000668

3. Nominal value of the stock certificate: RMB 1 per share, and each stock certificate contains 500 shares and the nominal amount is RMB 500.

4. Offering amount: the total offering of the stock certificate of the company is RMB 300 million, 300 million shares in total.

5. Issuing price: issued on a premium basis with an issuing price per share of 1:1.5 RMB.

6. Income distribution of stock certificate: only includes bonuses, stock dividends are not included, and the bonuses are distributed according to equity. The bonus rate is determined by the company's board of directors in accordance with relevant regulations of the country and the company's operating conditions. Bonuses are not capped and the bottom is not guaranteed.

7. The company was in the capital construction period from July 1992 to the end of 1994. There is no bonus in principle during the capital construction period.

**VIII. Shareholders' rights and obligations**

(i) Obtaining bonus on their shares

(ii) Participating in or entrusting an agent to attend the general meeting of shareholders, exercise the right to vote, and have the right to be elected.

(iii) Reviewing the company's articles of association, meeting minutes of shareholders' meetings and obtaining financial accounts published to shareholders, supervising the company's production, operations and financial activities, and making suggestions or inquiries.

(iv) Transferring shares according to the provisions of the company's articles of association;

(v) When the company is dissolved or liquidated, separating the remaining assets according to the proportion of shares.

(vi) Purchasing new shares based on the proportion of their shares, and their preemptive rights may be transferred or abandoned.

**Shareholders of the company shall fulfill the following obligations:**

(i) Abiding by the articles of association of the company;

(ii) Paying the share capital in accordance with the method of shareholding and/or shares subscribed;

(iii) Bearing the company's loss and debt in accordance with the shares held, but subject to the amount of the shares they subscribe for.

(iv) Obeying the resolutions of the board of directors of the general meeting of shareholders, maintain the interests of the company, oppose and resist the behaviors that damage the interests of the company.

**IX. Method of subscription stock certificate:**

This offering of stock certificates is for internal employees to hold shares, legal entity participation in shares, and self-issuance.

If subscription by an individual, the person shall hold a resident identity card or valid legal documents. If subscription by a legal entity, it shall have valid certificates. Shareholders' name or unit name will be used on the stock certificate. Units and individuals shall make payments within the prescribed time period to the designated bank account of the company or to the designated department for payment, and handle the procedures for stock certificates in accordance with their subscribed shares.

**X. Stock transfer and transaction**

1. The stock certificate of the company shall not be listed publicly prior to approval by the state.

2. In accordance with relevant national and provincial regulations and the provisions of the company's articles of association, the stock certificate can be transferred, donated (public shares cannot be donated), inherited and mortgaged at the company's stock management office.

**XI. Explanation rights of this prospectus shall be attributed to the company's preparatory committee.**

Preparatory Committee of IRICO Display Devices Co., Ltd.

# 彩虹股份(600707)招股说明书

**一、绪言:**

本招股说明书根据国家《股份制企业试点办法》、《股份有限公司规范意见》和《陕西省股票管理试行办法》，为投资者提供本公司各项资料及本次股证发行细则。

公司已按国家、省有关要求,完成了必须的审批手续:公司愿就本招股说明书所载资料的准确性承担责任。

本招股说明书已分别送达下列单位:

    1.陕西省人民政府

    2.陕西省经济体制改革委员会

    3.陕西省政府股份制办公室

    4.陕西省财政厅

    5.陕西省国有资产管理局

    6.陕西省劳动厅

    7.陕西省电子厅

    8.陕西省工商行政管理局

    9.中国人民银行陕西省分行

**二、释义**

在本招股说明书中,以下简称具有下列意义:

1.公司：指经陕西省经济体制改革委员会陕改发(1992)34 号文件批准成立的彩虹显示器件股份有限公司。

2.公司职工:指彩虹显示器件股份有限公司职工。

3.发行机构:指彩虹显示器件股份有限公司股证管理处。

4.股证:指公司本次发行的每股面值为 1 元的记名式普通股权证。

5.元:指人民元

**三、公司基本情况:**

1.公司名称、注册地址及法定代表人

公司名称:中文:彩虹显示器件股份有限公司

英文：CO,LTDDEVICESDISPLAYHONG 英文:CAI

公司地址:陕西省咸阳市彩虹路

CONFIDENTIAL

法定代表人:公司董事长

2.性质:

**公司是经陕西省经济体制改革委员会批准设立的股份制企业,公司经陕西省工商行政管理局注册登记后,具有独立法人资格。**

## 四、公司发起人简介

1.彩虹电子集团公司陕西彩色显像管总厂

地址:陕西省咸阳市彩虹路法定代表人、总经理:张文义

彩虹电子集团公司陕西彩色显像管总厂在陕西省工商行政管理局登记注册。

注册资金: 20 亿元人民币。

彩虹电子集团公司陕西彩色显像管总厂是我国"六五"期间的重点工程,一九七八年开始筹建,先后从日本国的日立、旭硝子、涂料、网版等四家公司引进了 37cm、56cm 彩色显像管、玻壳、荧光粉、平板荫罩及部分动力设备的成套技术。一九八二年底正式建成投产。一九八八年,工厂进行了二期扩建,从日本东芝公司和美国康公司引进了 47cm、54cmFS 彩管制造的关键技术和主要设备,使该厂成为科研、开发以及年产 290 万只各类彩色显示器件的支柱企业。

2.中国工商银行陕西省信托投资公司

地址: 陕西省西安市沿德路 67 号

法定代表人: 总经理 许长庚

该公司是中国工商银行陕西省分行全资附属企业,经中国人民银行总行批准并颁发银金管字第 08-0501 号《经营金融业务许可证》,在陕西省工商行政管理局注册登记,拥有资本金 5000 万元人民币。具有法人资格,专业经营各项金融信托投资业务。

3.中国人民建设银行陕西省信托投资公司

地址: 陕西省西安市环城南路南段 29 号法定代表人: 总经理 温浩

该公司是经中国人民银行批准,由陕西省工商行政管理局登记注册,核准经营人民币信托投资业务的全民所有制金融企业。公司注册资本金为人民币 5000 万元。公司隶属于中国人民建设银行陕西省分行,业务上受中国人民银行陕西省分行的领导、管理、监督检查和稽核,公司实行独立核算,自注经营、自负盈亏、具有法人资格。

## 五、公司资本构成和经营范围

1.资本构成:

本公司首批发行 30000 万元人民币作为注册资本,每股 1 元人民币,总资本折合 30000 万股。发行采用 1:1.5 的比例溢价发行。

发起人投资认购的股份占总股本的 50%,其中彩虹电子集团公司陕西彩色显像管总厂认购总股本的 22%,6600 万股,中国工商银行陕西省信托公司认购总股本的 18%,5400 万股,中国人民建设银行陕西小信托投资公司认购总股本的 10%,3000 万股;社会法人参股认购总股本的

IRI-CRT-00000667

20%,6000 万股,其余的 30%发行个人股,个人股的发行范围为发起人单位的内部职工和相关法人单位的内部职工。

现在发起人已认购总股本的 35%,其中:彩虹电子集团公司陕西彩色显像管总厂已认购股本 4620 万元,占总股本的 15.4%中国工商银行陕西省信托投资公司已认购股本 3780 万元,占总股本的 12.6%;中国人民建设银行陕西省信托投资公司已认购股本 2100 万元,占总股本的 7%。

2.经营范围:

1)主营:彩色显示器件的开发、生产、经营、电子产品、零部件、原材料等的开发生产、经营,房地产开发。

2)兼营:金属材料、化工原材料及产成品零售、商业、旅游业、承办三来一补业务。

**六、发行股证的目的、资金投向和效益预测**

1.发行目的:

1) 广泛吸收社会闲散资金,为发展我国的彩色显示器等电子产品做出贡献。

2) 进一步发挥金融和实业结合的优势,促进彩虹经济的发展,更好地开拓国内外市场。

2.资金投向

公司本次发行股证所筹资金主要用于:购置生产 64cmFS 彩管的设备、技术及必要条件。

3.效益预测

正常投产后前三年经济效益预测单位:万元

| 项目 | 97 年 | 96 年 | 95 年 |
|---|---|---|---|
| 销售收入 | 84000 | 86100 | 78000 |
| 工商统一税(5.05%) | 4242 | 4348 | 3939 |
| 成本及费用 | 63961 | 66648 | 62885 |
| 税前利润 | 15797 | 15104 | 11176 |
| 所得税(33%) | 5213 | 4984 | 2766 |
| 公司盈余 | 10584 | 10120 | 8410 |

**七、股证发行**

1.股证名称:彩虹显示器件股份有限公司股权证

2.股证种类:记名式普通股,以人民币计值

3.股证面值:每股 1 元,每张股证含股数 500 股,票面金额 500 元。

4.发行金额:公司本次股证发行总额 30000 万元,计 30000 万股。

5.发行价格:采用溢价方式发行,每股发行价格为 1:1.5 元。

6.股证收益分配:公司发行的股证采取只计红利,不计股息的收益分配方式,红利按股权进行分配。红利率由公司董事会根据国家有关规定及公司的经营状况决定,上不封顶,下不保底。

CONFIDENTIAL

7.本公司于一九九二年七月到一九九四年底为基本建设期，在基本建设期内原则上不分红。

## 八、股东权利和义务

(一)按其股份领取红利

(二)参加或委托理人参加股东大会并行使选举权、表决权和享有被选举权。

(三)查阅公司章程、股东大会会议记录和索取向股东公布的财务帐目，对本公司的生产、经营和财务活动等管理工作进行监督，提出建议或质询。

(四)依本公司章程的规定转让股份;

(五)公司解散或清算时，有权按股份比例分离剩余资产。

(六)按其股份比例优行购买新股，其优先购买权可以转让或放弃。

**本公司股东应履行以下义务:**

(一)遵守本公司章程;

(二)依具人股方式和或所认股份缴纳股金;

(三)依其所持股份承担本公司的亏损债务，但以其所认购的股金为限。

(四)服从执行股东大会的董事会决议，维护本公司利益,反对和抵制有损本公司利益的行为。

## 九、认购股证办法:

本次发行股证为内部职工持股、法人参股的方式、自办发行。

个人认购必须持居民身份证或有效的法律证件。法人认购必须出具有效证件。股证用股东姓名或单位名称。单位和个人按其所认购股份，在规定期限内将款划到公司指定银行帐号或指定部门交款，并办理股证手续。

## 十、股证转让、交易

1.本公司股证在未经国家获准前,不能公开上市交易。

2.符合国家、省有关规定和公司章程规定，股证可在本公司股证管理处办理转让、赠予(公有股份不可赠予)继承和抵押等更名过户手续。

## 十一、本招股说明解释权归公司筹务委员会。

彩虹显示器件股份有限公司筹备委员会

　　　　　　　　　　　　　　　　　　　　IRI-CRT-00000669

Exhibit 32



June 25, 2018

**Certification**

**Park IP Translations**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English  of the document with bates numbers range: IRI-CRT-00000670 - IRI-CRT-00000671.

Hanna Kang

Project Manager

Project Number: BBLLP_1806_007

**2007 Enterprise Financial Account Statement**

(Business merger table)

IRICO Display Devices Co., Ltd. (seal)

| | |
|---|---|
| Enterprise name: | IRICO Display Devices Co., Ltd. |
| Enterprise leader: | Xing Daoqin |
| Chief financial officer: | Jiang Ahe |
| Head of the accounting department: | Qiu Dongfeng |
| Completed by: | Fan Laiying |
| Audit institution: | Shinewing Certified Public Accountants |

Printed by the State-owned Asset Supervision and Administration Commission of the People's Republic of China

Scanned by the CamScanner

CONFIDENTIAL
IRI-CRT-00000670

| [Group merger table] | |
| --- | --- |
| 2007 enterprise financial accounts statement | |
| Enterprise name: | IRICO Display Devices Co., Ltd. (seal) |
| Enterprise leader: | Xing Daoqin (signature and seal) |
| Chief accountant: | Jiang Ahe (signature and seal) |
| Head of financial (accounting) institution: | Qiu Dongfeng (signature and seal) |
| Completed by: | Fan Laiying |
| Contact address: | No.1, IRICO Road, Xianyang, Shaanxi |
| Post code: | 712021 |
| Telephone: | 029 (area code) 33332820 (phone number)(extension number) |
| Prepared on: | April 23, 2008 |
| Audit institution of final accounts statement: | Shinewing Certified Public Accountants |
| The audit report is signed by: | Zhang Kun |

| | | |
| --- | --- | --- |
| Enterprise (unit) uniform code | Enterprise code | 220533028 |
| (Issued by Quality and Technical Supervision Department of all levels) | Upper level enterprise (unit) code | 766306601 |
| | Code of the group enterprise (company) headquarters | 100018208 |
| Subordination | | |
| (National standard: administrative affiliation code - Department identification code) | | 000000-578 |
| Location | | |
| (National standard: administrative division code) | | 610113 |
| Industry code | | |
| (National standard: industry classification and code of national economy - Code of practice accounting standards) | | 4051-00 |
| Scale of operations | 1. Large; 2. Medium; 3. Small | 1 |
| Economic type: | 1. State-owned or State-controlled; 2. urban collective | 1 |
| Organization type | | |
| 1. Sole cooperation 2. Non-company sole proprietorship 3. listed limited liability company (stock code 600707) 4. Non-listed limited liability company 5. limited liability company 6. stock cooperative enterprise 7. joint venture or cooperative enterprise 8. enterprise management public institution 9. other (1. public institution; 2. construction project; 3. other) | | 3 |
| Work efficiency related identification code: | 1. completely implement work efficiency related method 2. partially implement work efficiency related method 3. do not implement work efficiency related method. | 1 |
| Social insurance identification code 0. does not participate in; 1. participates in | | |
| 1. basic endowment insurance 1 2. unemployment insurance 1 3. basic medical insurance 1 4. employment injury insurance 1 5. maternity insurance 1 6. other insurance 0 | | |
| Types of audit opinion | | |
| 0. unaudited 1. standard without unqualified opinion 2. unqualified opinion with events-focused phase 3. qualified opinion 4. adverse opinion 5. not available to present opinion | | 1 |
| Audit method | | |
| 0. unaudited 1. audited by social intermediary 2. audited by internal audit institution | | 1 |
| Year established | | 1992 |
| Unit code for the previous year | | 2205330280 |
| Factors for new report | | 0 |
| 0. continuous reporting 1 new investment 2. completion transfer 3. new merger 4. separate 5. last year should be reported but not reported 6. report category change 7. transfer 8. acquisition; 9. other (1. new report for implementing new standard 2. new report for report grade adjustment 3. other) | | |
| Report type code | | |
| 0. single item table 1. group balance sheet 2. financial and enterprise table 3. overseas and enterprise table 4. business and enterprise table 5. construction and enterprise table 9. group merger table | | 9 |
| Spare code | | |

CONFIDENTIAL

Scanned by the CamScanner

IRI-CRT-00000671

# 2007 年度企业财务决算报表

（集团合并表）



企　业　名　称：彩虹显示器件股份有限公司

单　位　负　责　人：邢道钦

财　务　总　监：姜阿合

会　计　机构负责人：邱东风

填　　表　　人：樊来盈

负　责　审　计机　构：信永中和会计师事务所

中华人民共和国国资委印制

CONFIDENTIAL

IRI-CRT-00000670

[集团合并表]

# 2007年度企业财务决算报表

| 企 业 名 称： | 彩虹显示器件股份有限公司 | （公章） |
|---|---|---|
| 单 位 负 责 人： | 邱育敏 | （签章） |
| 总 会 计 师： | 姜阿全 | （签章） |
| 财务（会计）机构负责人： | 邱东凤 | （签章） |
| 填 表 人： | 魏荣蓉 | |
| 通 讯 地 址： | 陕西咸阳彩虹路1号 | |
| 邮 政 编 码： | 712021 | |
| 电 话 号 码： | 029    33332820 | |
| | （长途区号）  （电话号码）  （分机号） | |
| 编 制 日 期： | 2008年 4 月 23 日 | |
| 决算报表审计机构： | 信永中和会计师事务所 | |
| 审计报告签字人： | 张陆 | |

| 企业（单位）统一代码 | | |
|---|---|---|
| （各级质量技术监督部门核发） | 本企业代码 | 2205330028 |
| | 上一级企业（单位）代码 | 766306601 |
| | 集团企业（公司）总部代码 | 100018208 |
| 隶属关系 | | |
| （国家标准：行政隶属关系代码—部门标识代码） | | 000000 - 578 |
| 所在地区 | | |
| （国家标准：行政区划代码） | | 610113 |
| 所属行业码 | | |
| （国家标准：国民经济行业分类与代码-执行会计准则情况代码） | | 4051 - 00 |
| 经营规模    1. 大型   2. 中型   3. 小型 | | 1 |
| 经济类型    1. 国有及国有控股   2. 城镇集体 | | 1 |
| 组织形式 | | |
| 1. 独资公司        2. 非公司制独资企业     3. 上市股份有限公司（股票代码 600707） | | |
| 4. 非上市股份有限公司   5. 有限责任公司    6. 股份合作制企业   7. 合营或合资企业 | | |
| 8. 企业化管理事业单位   9. 其他（1. 事业单位  2. 基建项目  3. 其他） | | 3 |
| 工效挂钩标识码码   1. 全部执行工效挂钩办法  2. 部分执行工效挂钩办法  3. 不执行工效挂钩办法 | | |
| 社会保险标识码   0. 未参加   1. 参加 | | |
| 1. 基本养老保险  2. 失业保险  3. 基本医疗保险 1 4. 工伤保险 1 5. 生育保险 1 6. 其他保险 0 | | |
| 审计意见类型 | | |
| 0. 未经审计  1. 标准无保留意见  2. 带强调事项段的无保留意见  3. 保留意见  4. 否定意见  5. 无法表示意见 | | |
| 审计方式 | | |
| 0. 未经审计      1. 社会中介机构审计      2. 企业内部审计机构审计 | | 1 |
| 成立年份 | | 1992 |
| 上年单位代码 | | 2205330280 |
| 新报因素 | | |
| 0. 连续上报 1. 新投资设立  2. 竣工移交  3. 新设合并  4. 分立  5. 上年应报未报  6. 报表类别改变 | | 0 |
| 7. 划转      8. 收购      9. 其他（1. 执行新准则新报  2. 报送级次调整新报  3. 其他） | | |
| 报表类别 | | |
| 0. 单户表        1. 集团顺顺表        2. 金融并企业表        3. 境外并企业表 | | |
| 4. 事业并企业表        5. 基建并企业表        6. 集团合并表 | | 9 |
| 备用码 | | |

CONFIDENTIAL

IRI-CRT-00000671