John Taladay (*pro hac vice*)
john.taladay@bakerbotts.com
Erik T. Koons (*pro hac vice*)
erik.koons@bakerbotts.com
BAKER BOTTS LLP
1299 Pennsylvania Ave., NW
Washington, D.C. 20004
Telephone:  (202) 639-7700
Facsimile:   (202) 639-7890

Stuart C. Plunkett (State Bar No. 187971)
stuart.plunkett@bakerbotts.com
BAKER BOTTS LLP
101 California Street, Suite 3600
San Francisco, California 94111
Telephone:  (415) 291-6200
Facsimile:   (415) 291-6300

*Attorneys for*
*IRICO GROUP CORP. and*
*IRICO DISPLAY DEVICES CO., LTD.*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | Case No. 3:07-cv-05944-JST |
| | MDL No.: 1917 |
| THIS DOCUMENT RELATES TO: | **[PROPOSED] ORDER GRANTING IRICO GROUP CORPORATION'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION (FED. R. CIV. P. 12(b)(1))** |
| *ALL DIRECT PURCHASER ACTIONS* | |
| | Date:          December 6, 2018 |
| | Time:         2:00 p.m. |
| | Judge:        Honorable Jon S. Tigar |
| | Courtroom:  9 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Defendant Irico Group Corporation's ("Irico Group") motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(1) came on for hearing in Courtroom 9 before the Honorable Jon S. Tigar on December 6, 2018.

After full consideration of the written and oral submissions of the parties, the Court determines that it lacks subject matter jurisdiction over Irico Group pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1602 *et seq*.

Accordingly, the Court **GRANTS** Irico Group's motion and dismisses the Direct Purchaser Plaintiffs' complaint against Irico Group with prejudice.

**IT IS SO ORDERED.**

DATED: _____

_____
JON S. TIGAR
United States District Judge