# Exhibit 33



June 25, 2018

**Certification**

**Park IP Translations**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of the document with bates numbers range: IRI-CRT-00000672 - IRI-CRT-00000679.

Hanna Kang

Project Manager

Project Number: BBLLP_1806_007

001

| | 2004 | 414 |
|---|---|---|
| Administrative | Long-term | 3 |

**Document of IRICO Group Corporation**

CTRZ [2004] No.191

Letter Recommending Ma Jinquan and Other Persons to Serve as the Directors of Your Company

IRICO Group Electronics Co., Ltd.:

According to the work requirements and based on our research, our company recommends Ma Jinquan, Tao Kui, Xing Daoqin, Guo Mingquan, Zhang Shaowen and Yun Da Jun to be the executive director of your company, Zhang Xingxi as a non-executive director of your company, Feng Fei, Xu Xinzhong, Feng Bing, Wang Jialu and Zha Jianqiu as independent non-executive directors of your company; Ma Jinquan is recommended to be the chairman and Tao Kui to be the deputy chairman of your company. Please have your company audit this in accordance with the Company Law and articles of association following the statutory procedures.

IRICO Group Corporation [seal]

September 7, 2004

Report to: Supervisory Board for Key Large State-Owned Enterprises, Second State-owned Enterprise Leaders Management Bureau of SASAC, First State-owned Enterprise Leaders Management Office of Shaanxi SASAC

Send to: Leaders of group company                                              File (2)

Group office                                          Printed and issued on September 7, 2004

Print: Wang Ying                Proofreading: Yang Yixing                Number of copies: 10

[Scan Code] Scan created by CanScanner

CONFIDENTIAL                                                          IRI-CRT-00000672

001

| | 2004 | 415 |
|---|---|---|
| Administrative | Long-term | 3 |

## Document of IRICO Group Corporation

CTRZ [2004] No.192
Recommendation Letter for the Appointment of Xing Daoqin and other persons

IRICO Group Electronics Co., Ltd.:

According to the work requirements, our company intends to recommend Xing Daoqin to be the president of your company, Yun Dajun to be a vice president and chief financial officer of your company, Wang Ximin to be a vice president of your company; and Zhang Chunning to be a vice president of your company. Please your company audit this according to the Company Law and articles of association following the statutory procedures.

IRICO Group Corporation [seal]
September 7, 2004

---

Report to: Supervisory Board for Key Large State-Owned Enterprises, Second State-owned Enterprise Leaders Management Bureau of SASAC, First State-owned Enterprise Leaders Management Office of Shaanxi SASAC

---

Send to: Leaders of group company                                    File (2)

---

Group office                                    Printed and issued on September 7, 2004

---

Print: Wang Ying              Proofreading: Yang Yixing              Number of copies: 10

[Scan Code] Scan created by CanScanner

CONFIDENTIAL                                    IRI-CRT-00000673

001

| | 2004 | 416 |
|---|---|---|
| Administrative | Long-term | 3 |

**Document of IRICO Group Corporation**

CTRZ [2004] No.193
Letter for Recommending Niu Xinan and Other Persons to Serve as Company Supervisors

IRICO Group Electronics Co., Ltd.:
    According to the work requirements, our company has decided to recommend Niu Xinan, Sun Haiying, Wu Xiaoguang and Fu Jiuquan to be the supervisors of your company, of whom, Sun Haiying and Wu Xiaoguang are independent supervisors, and Fu Jiuquan is a shareholder supervisor; Niu Xinan is recommended to be the chairman of the Supervisory Committee. Please have your company audit this according to the Company Law and articles of association following the statutory procedures.

IRICO Group Corporation [seal]
September 7, 2004

Report to: Supervisory Board for Key Large State-Owned Enterprises, Second State-owned Enterprise Leaders Management Bureau of SASAC, First State-owned Enterprise Leaders Management Office of Shaanxi SASAC

| Send to: Leaders of group company | File (2) |
|---|---|
| Group office | Printed and issued on September 7, 2004 |

| Print: Wang Ying | Proofreading: Yang Yixing | Number of copies: 10 |
|---|---|---|

[Scan Code] Scan created by CanScanner

CONFIDENTIAL                                    IRI-CRT-00000674

011

**Document of IRICO Electronics Group Company**

CTR (1998) No.194

⭐

Decision of the leading members and institutional framework
regarding adjustment of 64cm color tube technical modification project general headquarters


As the 64cm color tube technical modification project will enter the installation stage soon. the group company leaders have researched and decided:

Ji Qing shall be the general director of the general project headquarters;

Wang Liguang, Gu Chongsheng and Lu Xianchang shall serve as deputy commanders of the project.

The 64cm color tube technical modification project has the following institutional frameworks and directors:

General command office

Director: Zhang Wei

Deputy directors: Yao Xiangluan, Fu Guodong

Main engineering equipment installation command

Commander: Lu Xianchang

Deputy commander: Xie Mingli

Headquarters of civil engineering and construction and installation engineering

[Scan Code] Scan created by CanScanner
[Scan Code] Scan created by CanScanner

CONFIDENTIAL                                                                      IRI-CRT-00000675

047

**Document of IRICO Group Corporation**

CTRJ (1998) No.055

Letter for Recommending Zhang Shaowen to be the Supervisor Candidate of the Board of Super-
visors of the Stock Certificate of IRICO Display Devices Co., Ltd.

Board of directors of Stock Certificate of IRICO Display Devices Co., Ltd.:

    In view of the change in the work of Zhai Weiping, Zhai Weiping shall no longer serve as the
supervisor and chairman of the board of supervisors of your company. Our company intends to
recommend Zhang Shaowen as a candidate for the supervisor of your board of supervisors of your
company. We hereby submit this to the general meeting of stockholders for audit.

IRICO Group Corporation [seal]
June 18, 1998

File (2)

Print: He Dongxia         Proofreading: Su Xiaohua         Number of copies: 10

[Scan Code] Scan created by CanScanner

CONFIDENTIAL

011

**Document of IRICO Group Corporation**

CTRJ (1998) No.084

Board of directors of Stock Certificate of IRICO Display Devices Co., Ltd.:

　　Since Wang Liguang no longer serves as the director (legal representative) of the IRICO Color Picture Tube Factory, our company has decided that: Wang Liguang shall no longer serve as the chairman of Stock Certificate of IRICO Display Devices Co., Ltd. At the same time, the legal representative of our group company, Wu Weiren, is recommended to be the chairman of Stock Certificate of IRICO Display Devices Co., Ltd. Please confirm this following the legal schedule.

IRICO Group Corporation

IRICO Group Corporation [seal]
November 13, 1998

File (2)

Print: Wang Zhaoxi                  Proofreading: Ma Yonghong                  Number of copies: 10

[Scan Code] Scan created by CanScanner

CONFIDENTIAL                  IRI-CRT-00000677

### Resolution of IRICO Group Corporation Office Meeting

JTBGH [2007] No.27

Resolution of IRICO Group Corporation office meeting held on November 12, 2007

On the morning of November 12, 2007, the leading office meeting of the group was held in the small conference room on the third floor of the office building. The members of the group company leading office meeting, Xing Daoqin, Tao Kui, Guo Mengquan, Zhang Shaowen, Niu Xinan and Fu Jiuquan, studied the personnel matters of the joint stock company (A shares), and ultimately formed the following resolutions.

According to the strategic planning of the group company, in order to further improve the corporate governance structure, straighten out the property relations, adjust the layout of the three pillar industries, and combined with the progress of the asset restructuring work, the following suggestions are made to the personnel of the board of directors of the joint stock company (A shares) and the management team:

1. Xing Daoqin, Guo Mengquan and Zhang Shaowen are recommended to be directors, and Xing Daoqin is recommended to be the candidate for chairman of the board and Guo Mingquan as the candidate for vice chairman of the board. Ding Wenhui, Yu Min and Ma Jianchao shall no longer be directors of the company; the members of the board of supervisors will not be adjusted for the time being.

2. Wang Ximin is recommended to be the candidate for the general manager of the company, Li Miao as the candidate for deputy general manager, and Jiang Ahe as the candidate for the chief financial officer. It is recommended that Ding Wenhui no longer serve as general manager, Li Shimin and Liang Hongyan no longer serve as deputy general managers, and Liu Zhenzhu no longer serve as the chief accountant.

[Scan Code] Scan created by CanScanner

CONFIDENTIAL

Signatures of the members of the leadership office meeting:

Signed by: Xing Daoqin

General Manager: Xing Daoqin

Signed by: Tao Kui

Vice general manager and secretary
of the company: Tao Kui

Signed by: Guo Mengquan

Vice-general manager: Guo Mengquan

Signed by: Zhang Shaowen

Vice general manager: Zhang
Shaowen

Signed by: Niu Xinan

Deputy Secretary of CPC: Niu Xinan

Signed by: Fu Jiuquan

Chief accountant: Fu Jiuquan

November 12, 2007

[Scan Code] Scan created by CanScanner

001



# 彩虹集团公司文件

彩团人资〔2004〕191 号

## 关于马金泉等出任贵公司董事的推荐函

彩虹集团电子股份有限公司：

根据工作需要，经研究决定，我公司推荐马金泉、陶魁、邢道钦、郭盟权、张少文、云大俊出任贵公司执行董事，仇兴喜出任贵公司非执行董事，冯飞、徐信忠、冯兵、王家路、查剑秋出任贵公司独立非执行董事；建议马金泉担任贵公司董事长、陶魁担任贵公司副董事长，请贵公司依据《公司法》及公司章程，按法定程序予以审议。

2004 年 9 月 7 日

报：国有重点大型企业监事会、国资委国有企业领导人管理二局、陕西省国资委国有企业领导人管理一处
送：集团公司领导                                    档（2）

| 集团办公室 | 2004 年 9 月 7 日印发 |
|---|---|
| 打印：王英    校对：杨怡星 | 份数：10 |


由 扫描全能王 扫描创建

CONFIDENTIAL                                    IRI-CRT-00000672

001



# 彩虹集团公司文件

彩团人资〔2004〕192 号

### 关于邢道钦等任职的推荐函

彩虹集团电子股份有限公司:

　　根据工作需要，我公司拟推荐邢道钦出任贵公司总裁，云大俊出任贵公司副总裁兼财务总监，王西民出任贵公司总裁助理，张春宁出任贵公司总裁助理。请贵公司依据《公司法》及公司章程，按法定程序予以审议。

2004 年 9 月 7 日

| 报: 国有重点大型企业监事会、国资委国有企业领导人管理 二局、陕西省国资委国有企业领导人管理一处 |
| --- |

送: 集团公司领导　　　　　　　　　　　　　　　　档（2）

| 集团办公室 | 2004 年 9 月 7 日印发 |
| --- | --- |
| 打印: 王英　　　　校对: 杨怡星　　　　份数: 10 | |

 由 扫描全能王 扫描创建

CONFIDENTIAL　　　　　　　　　　　　　　　　　　　　　　IRI-CRT-00000673

001

2004 416
行政 长期 3

# 彩虹集团公司文件

彩团人资〔2004〕193 号

## 关于牛新安等出任贵公司监事的推荐函

彩虹集团电子股份有限公司：

　　根据工作需要，我公司决定推荐牛新安、孙海鹰、吴晓光、符九全出任贵公司监事，其中孙海鹰、吴晓光为独立监事，符九全为股东监事；建议由牛新安同志出任监事会主席，请贵公司依据《公司法》及公司章程，按法定程序予以审议。

2004 年 9 月 7 日

---

报：国有重点大型企业监事会、国资委国有企业领导人管理
　　二局、陕西省国资委国有企业领导人管理一处
送：集团公司领导　　　　　　　　　　　　　档（2）

---

| 集团办公室 | 2004 年 9 月 7 日印发 | |
| --- | --- | --- |
| 打印：王英 | 校对：杨怡星 | 份数：10 |

 由 扫描全能王 扫描创建

CONFIDENTIAL

011

# 彩虹电子集团公司文件

彩团人（1993）194号

关于调整64cm彩管技改工程总指挥部
领导成员及组织机构的决定

64cm彩管技改工程即将进入安装阶段，经集团公司领
导研究决定：

吉　庆同志任工程总指挥部总指挥；
王孪广、顾崇声、卢贤长同志任工程副总指挥。
64cm彩管技改工程总指挥部下设组织机构及负责人如
下：

总指挥部办公室
主　任：张　伟
副主任：姚香溧、傅国栋
主工程设备安装指挥部
指　挥：卢贤长
副指挥：谢明礼
土建及建安工程指挥部


由 扫描全能王 扫描创建


由 扫描全能王 扫描创建

CONFIDENTIAL                                                                      IRI-CRT-00000675



# 彩虹集团公司文件

047

彩团人教 (1998) 055号

### 关于推荐张少文同志为彩虹显示器件股份有限公司监事会监事候选人的函

彩虹显示器件股份有限公司董事会：

鉴于翟卫平同志工作变动，经研究翟卫平不再担任贵公司监事及监事会主席职务，我公司拟推荐张少文同志为贵公司监事会监事候选人，提请股东大会审议。

一九九八年六月　日

档 (2)

贺东霞　　　　校对：苏晓华　　　份数：10



由 扫描全能王 扫描创建

CONFIDENTIAL

IRI-CRT-00000676



# 彩虹集团公司文件

彩团人教(1998)084 号

彩虹显示器件股份有限公司董事会：

　　由于王季广同志已不是彩虹彩色显像管总厂厂长（法定代表人），我公司决定：王季广不再代表我公司任彩虹显示器件股份有限公司董事长；同时推选我集团公司法定代表人吴维仁为彩虹显示器件股份有限公司董事长，请按法定程序确认。



一九九八年十一月三日

档（2）

打印：王昭希　　　　校对：马永鸿　　　　份数：10

 由 扫描全能王 扫描创建

IRI-CRT-00000677

# 彩虹集团公司领导办公会议决议

### 集团办公会[2007]27号

#### 2007 年 11 月 12 日集团公司领导办公会议决议

2007 年 11 月 12 日上午，集团公司领导办公会议在办公楼三楼小会议室召开，集团公司领导办公会议成员邢道钦、陶魁、郭盟权、张少文、牛新安、符九全共同研究了**股份公司（A 股）有关人事事宜**；最终形成决议如下：

根据集团公司的战略规划，为进一步健全公司法人治理结构，理顺产权关系，调整好三大支柱产业的布局，结合资产重组工作的推进进度，对股份公司（A 股）董事会、经营班子人事建议如下：

1. 推荐邢道钦、郭盟权、张少文拟任董事，推荐邢道钦作为董事长候选人、郭盟权作为副董事长候选人；建议丁文惠、俞敏、马建朝三人不再担任公司董事；监事会成员暂不作调整。

2. 推荐王西民作为公司总经理候选人、李淼作为副总经理候选人、姜阿合作为财务总监候选人；建议丁文惠不再担任总经理、李士敏和梁红艳不再担任副总经理、刘珍珠不再担任总会计师。

由 扫描全能王 扫描创建

CONFIDENTIAL

领导办公会议成员签名：

签署：*邢道钦*

总经理：邢道钦

签署：*陶魁*

副总经理、党委书记：陶魁

签署：*郭盟权*

副总经理：郭盟权

签署：*张少文*

副总经理：张少文

签署：*牛新安*

党委副书记：牛新安

签署：*符九全*

总会计师：符九全

2007 年 11 月 12 日

由 扫描全能工 扫描创建

IRI-CRT-00000679

Exhibit 34



June 25, 2018

**Certification**

**Park IP Translations**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of the document with bates numbers range: IRI-CRT-00000683 - IRI-CRT-00000708.

Hanna Kang

Project Manager

Project Number: BBLLP_1806_007

15 W. 37th Street 8th Floor
New York, NY 10018
212.581.8870
ParkIP.com

|ShineWing|

IRICO Group Corporation

2008

Audit Report

SHINEWING CERTIFIED PUBLIC ACCOUNTANTS

[Scan Code] Scan created by CamScanner

CONFIDENTIAL                                    IRI-CRT-00000680

IRICO Group Corporation

2008

Audit Report

| Indexes | Page |
|---|---|
| Audit report | |
| Corporate financial statements | |
| — Merger and balance sheet of the parent company | 1-2 |
| — Merger and profit statement of the parent company | 3 |
| — Merger and cash flow statement of the parent company | 4 |
| — Merger and change statement of owner's equity | 5-6 |
| — Change statement of owner's equity of the parent company | 7-8 |
| — Statement of the consolidation and appreciation value of State-owned capital | 9 |
| — Merger and asset impairment preparation statement | 10 |
| — Notes appended to the financial statement | 11-60 |

[Scan Code] Scan created by CamScanner

CONFIDENTIAL                    IRI-CRT-00000681

Merger and the balance sheet of the parent company (continued)

Compiling Unit: IRICO Group Corporation

Unit: Yuan Renminbi

| Item | Line No. | Consolidated amount | | Amount of parent company | |
|---|---|---|---|---|---|
| | | Ending amount | Beginning amount | Ending amount | Beginning amount |
| Current liabilities: | 54 | - | - | - | - |
| Short-term loans | 55 | 755,000,000.00 | 982,683,678.72 | - | - |
| Financial liabilities held for trade | 56 | - | - | - | - |
| Right certification payable | 57 | - | - | - | - |
| Notes payable | 58 | 177,929,151.72 | 131,614,278.35 | - | - |
| Accounts payable | 59 | 629,777,220.21 | 569,666,280.48 | 14,717,868.51 | 28,808,243.72 |
| Advances received | 60 | 35,889,946.35 | 83,131,187.99 | 443,150.00 | 281,400.00 |
| Employee pay payable | 61 | 419,036,707.94 | 417,095,541.73 | 306,219,467.98 | 304,065,216.50 |
| Including: salary payable | 62 | 323,746,543.96 | 308,379,532.02 | 286,414,301.04 | 284,254,785.04 |
| Welfare benefits payable | 63 | 34,172,139.25 | 35,066,460.23 | 9,668,387.15 | 9,776,832.49 |
| Taxation payable | 64 | 20,551,378.47 | 19,065,599.06 | 13,623,208.97 | 7,646,413.31 |
| Including: accrued tax | 65 | 16,226,082.80 | 11,851,134. 92 | 13,599,922.37 | 7,619,468.73 |
| Interest payable | 66 | 385,306. 96 | - | - | - |
| Dividends payable (profits payable) | 67 | 5,574,588.92 | 9,930,257.92 | - | - |
| Other accounts payable | 68 | 268,588,464.49 | 368,216,499.90 | 85,026,824. 89 | 112,452,560.92 |
| Non-current liabilities maturing within one year | 69 | 30,000,000.00 | | | |
| Other current liabilities | 70 | 150,806,102. 08 | 143,394,398.13 | 480,664,896.80 | 421,296,260.80 |
| Total current liabilities | 71 | 2,493,538,867.14 | 2,724,797,722.28 | 900,695,417.15 | 874,550,125.25 |
| Non-current liabilities: | 72 | - | - | - | - |
| Long-term borrowing | 73 | 415,464,084.14 | 71,555,581.84 | 5,000,000.00 | - |
| Bonds payable | 74 | - | - | - | - |
| Long-term accounts payable | 75 | - | - | - | - |
| Specific accounts payable | 76 | 69,671,490.65 | 43,291,034.13 | 2,489,250.00 | 17,000,000.00 |
| Estimated liabilities | 77 | 8,552,104.62 | 6,707,634.01 | - | - |
| Deferred income tax liabilities | 78 | 1,965,145.44 | 5,229,128.49 | - | - |
| Deferred tax credits | 79 | - | - | - | - |
| Other non-current liabilities | 80 | 23,530,000.00 | - | 2,100,000.00 | - |
| Including: Fund reserve specifically authorized | 81 | - | - | - | - |
| Total non-current liabilities | 82 | 519,182,824.85 | 126,783,378.47 | 9,589,250.00 | 17,000,000.00 |
| Total liabilities | 83 | 3,012,721,691.99 | 2,851,581,100.75 | 910,284,667.15 | 891,550,125.25 |
| Owners' equity: (stockholders' equity) | 84 | - | - | - | - |
| Paid-in capital (share capital) | 85 | 935,971,906.24 | 935, 971,906.24 | 935,971,906.24 | 935,971,906.24 |
| State capital | 86 | 935,971,906.24 | 935, 971,906.24 | 935,971,906.24 | 935,971,906.24 |
| Collectively owned capital | 87 | - | - | - | - |
| Corporation capital | 88 | - | - | - | - |
| Including State-owned corporate capital | 89 | - | - | - | - |
| Collective-owned corporate capital | 90 | - | - | - | - |
| Individually-owned capital | 91 | - | - | - | - |
| Foreign-invested capital | 92 | - | - | - | - |
| Capital reserve | 93 | 669,104,274.73 | 800,823,516.93 | 586,974,806.78 | 586,974,806.78 |
| Less: treasury shares | 94 | - | - | - | - |
| Surplus reserves | 95 | 1,638,215,196.73 | 1,649,106,080.15 | 1,638,215,196.73 | 1,649,106,080.15 |
| General risk preparation | 96 | - | - | - | - |
| Final confirmation of investment losses (filled with "-") | 97 | - | - | - | - |
| Undistributed profits | 98 | 360,759,588. 96 | 329,935,582. 52 | 24,813,070. 17 | -31,214,109. 19 |
| Including: cash dividend | 99 | - | - | - | - |
| Converted difference in foreign currency statements | 100 | -2,842,110.35 | -1,472,882.57 | - | - |
| Total owners' equity to parent | 101 | 3,601,208,856.31 | 3,714,364,203.27 | 3,185,974,979.92 | 3,140,808,683.98 |
| Minority shareholders' interests | 102 | 2,020,934,487.64 | 1,986,312,252.60 | - | - |
| Total owners' equity | 103 | 5,622,193,343.95 | 5,700,676,455.87 | 3,185,974,979.92 | 3,140,808,683.98 |
| Less: Unprocessed asset losses | 104 | - | - | - | - |
| Total owners' equity (amount excluding the amount of loss of assets). | 105 | 5,622,193,343.95 | 5,700,676,455.87 | 3,185,974,979.92 | 3,140,808,683.98 |
| Total liabilities and owners' equity | 106 | 8,634,915,035.94 | 8,552,257,556.62 | 4,096,259,647.07 | 4,032,358,809.23 |

Legal representative: [seal]

Chief accountant: [seal]

Responsible person of accounting body: [seal]

[Scan Code] Scan created by CamScanner

CONFIDENTIAL

IRI-CRT-00000682



信永中和
ShineWing

彩虹集团公司

2008 年度

审计报告

信永中和会计师事务所
SHINEWING CERTIFIED PUBLIC ACCOUNTANTS

 由 扫描全能王 扫描创建

CONFIDENTIAL

IRI-CRT-00000680

彩虹集团公司

2008 年度

审计报告

索引                                        页码

审计报告

公司财务报表

一  合并及母公司资产负债表                    1-2

一  合并及母公司利润表                        3

一  合并及母公司现金流量表                    4

一  合并所有者权益变动表                      5-6

一  母公司所有者权益变动表                    7-8

一  合并国有资本保值增值情况表                9

一  合并资产减值准备情况表                    10

一  财务报表附注                              11-60

 由 扫描全能王 扫描创建

合并及母公司资产负债表（续）

2008年12月31日

编制单位：彩虹集团公司

单位：人民币元

| 项目 | 行次 | 合并数 | | 母公司数 | |
|---|---|---|---|---|---|
| | | 年末金额 | 年初金额 | 年末金额 | 年初金额 |
| 流动负债： | 54 | — | — | — | — |
| 短期借款 | 55 | 755,000,000.00 | 962,683,678.72 | — | — |
| 交易性金融负债 | 56 | — | — | — | — |
| 应付权证 | 57 | — | — | — | — |
| 应付票据 | 58 | 177,929,151.72 | 131,614,278.35 | — | — |
| 应付账款 | 59 | 629,777,220.21 | 569,666,280.48 | 14,717,868.51 | 28,808,243.72 |
| 预收款项 | 60 | 35,889,546.35 | 83,131,187.99 | 443,150.00 | 281,400.00 |
| 应付职工薪酬 | 61 | 419,036,707.94 | 417,095,541.73 | 306,219,467.98 | 304,065,216.50 |
| 其中：应付工资 | 62 | 323,746,543.96 | 308,379,532.02 | 286,414,301.04 | 284,254,785.04 |
| 应付福利费 | 63 | 34,172,139.25 | 35,066,460.23 | 9,668,387.15 | 9,776,832.49 |
| 应交税费 | 64 | 20,551,378.47 | 19,065,599.06 | 13,623,208.57 | 7,646,443.31 |
| 其中：应交税金 | 65 | 16,226,082.80 | 11,851,134.92 | 13,599,922.37 | 7,619,468.73 |
| 应付利息 | 66 | 385,506.96 | — | — | — |
| 应付股利（应付利润） | 67 | 5,574,588.92 | 9,930,257.92 | — | — |
| 其他应付款 | 68 | 268,588,464.49 | 368,216,499.90 | 85,026,824.89 | 112,452,569.92 |
| 一年内到期的非流动负债 | 69 | 30,000,000.00 | — | — | — |
| 其他流动负债 | 70 | 150,806,102.08 | 143,394,398.13 | 480,664,896.80 | 421,296,260.80 |
| 流动负债合计 | 71 | 2,493,538,867.14 | 2,724,797,722.28 | 900,695,417.15 | 874,550,125.26 |
| 非流动负债： | 72 | — | — | — | — |
| 长期借款 | 73 | 415,464,084.14 | 71,555,581.84 | 5,000,000.00 | — |
| 应付债券 | 74 | — | — | — | — |
| 长期应付款 | 75 | — | — | — | — |
| 专项应付款 | 76 | 69,671,490.65 | 43,291,034.13 | 2,489,250.00 | 17,000,000.00 |
| 预计负债 | 77 | 8,552,104.62 | 6,707,634.01 | — | — |
| 递延所得税负债 | 78 | 1,965,145.44 | 5,229,128.49 | — | — |
| 递延税款贷项 | 79 | — | — | — | — |
| 其他非流动负债 | 80 | 23,530,000.00 | — | 2,100,000.00 | — |
| 其中：特准储备基金 | 81 | — | — | — | — |
| 非流动负债合计 | 82 | 519,182,824.85 | 126,783,378.47 | 9,589,250.00 | 17,000,000.00 |
| 负债合计 | 83 | 3,012,721,691.99 | 2,851,581,100.75 | 910,284,667.15 | 891,550,125.26 |
| 所有者权益（或股东权益）： | 84 | — | — | — | — |
| 实收资本（股本） | 85 | 935,971,906.24 | 935,971,906.24 | 935,971,906.24 | 935,971,906.24 |
| 国家资本 | 86 | 935,971,906.24 | 935,971,906.24 | 935,971,906.24 | 935,971,906.24 |
| 集体资本 | 87 | — | — | — | — |
| 法人资本 | 88 | — | — | — | — |
| 其中：国有法人资本 | 89 | — | — | — | — |
| 集体法人资本 | 90 | — | — | — | — |
| 个人资本 | 91 | — | — | — | — |
| 外商资本 | 92 | — | — | — | — |
| 资本公积 | 93 | 669,104,274.73 | 800,823,516.93 | 586,974,806.78 | 586,974,806.78 |
| 减：库存股 | 94 | — | — | — | — |
| 盈余公积 | 95 | 1,638,215,196.73 | 1,649,106,080.15 | 1,638,215,196.73 | 1,649,106,080.15 |
| 一般风险准备 | 96 | — | — | — | — |
| 未确认的投资损失（以"—"号填列） | 97 | — | — | 24,813,070.17 | -31,244,109.19 |
| 未分配利润 | 98 | 360,759,588.96 | 329,935,582.52 | — | — |
| 其中：现金股利 | 99 | — | — | — | — |
| 外币报表折算差额 | 100 | -2,842,110.35 | -1,472,882.57 | — | — |
| 归属于母公司所有者权益合计 | 101 | 3,601,238,856.31 | 3,714,364,203.27 | 3,185,974,979.92 | 3,140,808,683.98 |
| 少数股东权益 | 102 | 2,020,934,487.64 | 1,986,312,252.60 | — | — |
| 所有者权益合计 | 103 | 5,622,193,343.95 | 5,700,676,455.87 | 3,185,974,979.92 | 3,140,808,683.98 |
| 减：未处理资产损失 | 104 | — | — | — | — |
| 所有者权益合计（剔除未处理资产损失后的金额） | 105 | 5,622,193,343.95 | 5,700,676,455.87 | 3,185,974,979.92 | 1,632,358,809.23 |
| 负债和所有者权益总计 | 106 | 8,634,915,035.94 | 8,552,257,556.62 | 4,096,259,647.07 | 4,032,358,809.23 |

公司法定代表人： 　　主管会计工作负责人： 　　会计机构负责人： 

2

 由 扫描全能王 扫描创建

IRI-CRT-00000682

Exhibit 35



June 25, 2018

**Certification**

**Park IP Translations**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English  of the document with bates numbers range: IRI-CRT-00000709 - IRI-CRT-00000711.

Hanna Kang

Project Manager

Project Number: BBLLP_1806_007

|  | 2007 | 013 |
|---|---|---|
| Production technology | Regular | 7 |

# Documents of IRICO Group Corporation

CTGH (2007) No. 20

### Approval for TFT-LCD glass substrate project construction investment

Shaanxi IRICO Electronic Glass Co., Ltd.:

TFT-LCD glass substrate project is in accordance with the national industrial policy orientation and the strategic planning of the group corporation, according to the project feasibility study report of your company, this project is feasible in terms of economic and technical aspects. The group decided to agree to invest in the project after research, the approvals of related issues are as follows:

I. Construction scale and location

1. Construction scale

A production line with an annual production scale of 750,000 m$^2$ (converted into 520,000 pieces) G5 TFT-LCD glass substrate shall be built, its product specifications are: thickness is 0.7mm, length and width is 1100mm x 1300mm or 1100mm x 1250mm.

2. Construction location

Xianyang Qindu District New Industrial Agglomeration Park, the land acquisition area is 127.4 mu.

II. Project investment and source of funds

1. Project investment

Scanned by CamScanner

The total project investment shall be controlled within RMB 800 million yuan (including US$26.2 million in foreign exchange) until qualified products are produced. The expenses shall be controlled in the following ranges:

| | |
|---|---|
| Land costs | RMB 9.96 million yuan |
| Cost of factory building construction | RMB 50 million yuan |
| Equipment (1349 sets) costs | RMB 593.32 million yuan |
| Technical research and development costs | RMB 66 million yuan |
| Management and other costs | RMB 20.72 million yuan |
| Production preparation funds | RMB 30 million yuan |
| Reserve funds | RMB 30 million yuan |

2. Source of funds

The project construction fund is composed of capital funds and bank loans, the balance between the total investment and the registered capital shall be borrowed by the Electronic Glass Company from the bank when the capital fund reaches RMB 390 million yuan after two capital injections.

III. Major economic indicators

| | |
|---|---|
| Annual sales revenue of normal production year | RMB 337.74 million yuan |
| Total after-tax profits of normal production year | RMB 128.23 million yuan |
| Total investment internal rate of return | 15.09% |
| Total investment static recovery period | 4.61 years |
| Total investment dynamic recovery period | 5.09 years |
| Total investment after-tax profits | 16% |

IV. Construction period

The construction period is 15 months, and the kiln fires on December 28, 2007.

V. Environmental protection, fire protection, safety and health, energy saving

Strictly implement relevant laws and regulations of the state and relevant provisions of the company, and take corresponding measures actively.

Scanned by CamScanner

IRI-CRT-00000710

10ʒ

VI. Other issues

1. The Electronic Glass Company is the main body responsible for the project management, and the Group promotes the project construction with the function management mode.

(1)  After the project construction is started, the Enterprise Management Department shall strengthen the supervision and management of the project construction and coordinate the related problems during the course of the project.

(2)  The Group Assets and Finance Department shall speed up fund-raising operations.

(3)  Other relevant functional departments shall give full play to their management responsibilities and strengthen the management of matters related to project construction.

2.  The Electronic Glass Company shall strengthen the risk management of the project, handle well technical risk prevention operations, and strictly control the use of funds.

IRICO Group Corporation (seal)

February 9, 2007

Send to: Leaders of Group Corporation

Copy to: Enterprise Management Department of the Group Corporation, HR Department, Assets and Finance Department, Group Office, Audit Department, Real Estate Management Business Department; Operation Management Department and Procurement Department of IRICO Electronics

Archive (2)

| Group office | February 9, 2007 sent over the network |

Printed by: Mai Ya                    Checked by: Chen Jing

Scanned by CamScanner

CONFIDENTIAL                                        IRI-CRT-00000711



# 彩虹集团公司文件

彩团规划〔2007〕20 号

## 关于 **TFT-LCD 玻璃基板项目建设投资的批复**

陕西彩虹电子玻璃有限公司:

　　TFT-LCD 玻璃基板项目符合国家产业政策导向及集团公司的战略规划,根据你公司项目可行性研究报告,该项目在经济、技术等方面均是可行的。经集团公司研究决定,同意投资建设该项目,现将有关事项批复如下:

　　一、建设规模及地点

　　1.建设规模

　　建设一条规模为年产 75 万 ㎡ ( 折合 52 万片 )G5 TFT-LCD 玻璃基板生产线,其产品规格为:厚度 0.7mm; 长宽 1100mm×1300mm 或 1100 mm×1250 mm。

　　2.建设地点

　　咸阳市秦都区新产业聚积园,征地面积 127.4 亩。

　　二、项目投资及资金来源

　　1.项目投资

　由 扫描全能王 扫描创建

CONFIDENTIAL　　　　　　　　　　　　　　　　　　　　　　　IRI-CRT-00000709

项目总投资控制在 8 亿元（含外汇 2620 万美元）以内，直到生产出合格产品。其中各项费用应控制在下列范围内：

| | |
|---|---|
| 土地费用 | 996 万元 |
| 厂房建设费用 | 5000 万元 |
| 设备（1349 台套）费用 | 59332 万元 |
| 技术研发费用 | 6600 万元 |
| 管理及其他费用 | 2072 万元 |
| 生产准备资金 | 3000 万元 |
| 备用资金 | 3000 万元 |

2. 资金来源

项目建设资金采用资本金与银行贷款相结合的方式解决，两次注资后资本金达到 3.9 亿元，总投资与注册资本的差额由电子玻璃公司向银行贷款。

三、主要经济指标

| | |
|---|---|
| 正常生产年销售收入 | 33774 万元 |
| 正常生产年税后利润总额 | 12823 万元 |
| 全部投资内部收益率 | 15.09% |
| 全部投资静态回收期 | 4.61 年 |
| 全部投资动态回收期 | 5.09 年 |
| 全部投资税后利润率 | 16% |

四、建设周期

建设周期为 15 个月，2007 年 12 月 28 日窑炉点火。

五、环保、消防、安全卫生、节能

严格执行国家有关法规及企业相关规定，积极采取相应措

施。

六、其他事项

1.电子玻璃公司为本项目管理责任主体单位,集团以职能管理模式推进项目建设。

(1)项目建设启动后,企业管理部应加强对项目建设的监督管理,协调项目进行过程中的有关问题。

(2)集团资产财务部应加快资金筹措工作。

(3)其他各相关职能部门应充分发挥其管理职责,加强对项目建设相关事项的管理。

2.电子玻璃公司应加强项目风险管理,做好技术风险防范工作,严格控制资金使用。



送:集团公司领导

抄送:集团公司企业管理部、人力资源部、资产财务部、集团办公室、审计部、房地产管理事业部;彩虹电子运营管理部、采购部                    档(2)

| 集团办公室 | 2007 年 2 月 9 日网络发送 |
|---|---|
| 打印:买娅 | 校对:陈静 |

由 扫描全能工 扫描创建

CONFIDENTIAL                                                                              IRI-CRT-00000711

Exhibit 36



June 25, 2018

**Certification**

                                **Park IP Translations**


This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of the document with bates numbers range: IRI-CRT-00000712 - IRI-CRT-00000717.


Hanna Kang

Project Manager

Project Number: BBLLP_1806_007

**001**

[Stamp: 2007/004/operations/regular/12]

# IRICO GROUP CORPORATION DOCUMENT

Cai Tuan Gui Hua [2007] No. 2                Signed and Issued by: Daoqin Xing

---

## Report on IRICO Group Corporation's Completed Investment in 2006 and its Investment Plan for 2007

Stated-Owned Assets Supervision & Administration Committee of the State Council:

In accordance with the spirit of the *Notice on Completed Fixed-Asset Investment of Chinese Central Enterprises in 2006 and Submitting a Fixed-Asset Investment Plan for 2007* (Guo Zi Ting Gui Hua [2006] No. 378) issued by the Committee, we now present to the Committee a Report on IRICO Group Corporation's Completed Investment in the 2006 and its Investment Plan for 2007.


Scan created by CamScanner

CONFIDENTIAL
IRI-CRT-00000712

**002**

Attachment: Report on IRICO Group Corporation's Completed Investment in the 2006 and its Investment Plan for 2007

January 12, 2007

(Seal of IRICO Group Corporation)

File (2)


Scan created by CamScanner

CONFIDENTIAL
IRI-CRT-00000713

Attachment:

## Report on IRICO Group Corporation's Completed Investment in the 2006 and its Investment Plan for 2007

**(1) Table: Completed Fixed-Asset Investment in 2006 (in RMB millions)**

| No. | Project Name | Investment Channel | Total Investment | Internal Funds | Completed Investment This Year | Internal Funds | Comments |
|---|---|---|---|---|---|---|---|
| 1 | TFT_LCD Glass Substrate Project | Primary Business | 688 | 390 | 10.038 | 10.038 | |
| 2 | Cogeneration Project | Primary Business | 468.260 | 120 | 1.5 | 1.5 | IRICO accounts for 65% |
| Total | | | 1,156.26 | 510 | 11.538 | 11.538 | |

<table>
<tr><td colspan="9" align="center"><strong>Summary (in RMB millions)</strong></td></tr>
</table>

| Total Amount of Investment Planned for the Year | Total Competed Investment | By Investment Channel | | By Project Stage | | By Source of Funds | | | Comments |
|---|---|---|---|---|---|---|---|---|---|
| | | *Primary Business* | *Secondary Business* | *Newly Launched* | *Continued* | *Internal Funds* | *Loans* | *Other* | |
| 11.538 | 11.538 | 0 | | 11.538 | 0 | 11.538 | 0 | 0 | |

| Summary of Completion | TFT_LCD Glass Substrate Project:<br>In 2006, this project had a total completed investment of RMB 10,038,000, mainly involving: land acquisition, geological exploration, initial design and design of structural drawings, raw material development, preproduction technical services, postproduction equipment supplies, etc.<br><br>Cogeneration Project:<br>The Thermal Power Company was organized on June 6, 2006 for this project with a confirmed capital injection of RMB 1.5 million that was used for preparatory work – mainly completed the publication of a feasibility research report, an environmental assessment, a soil and water conservation assessment, and office supply procurement. |
|---|---|

Scan created by CamScanner

3

003

IRI-CRT-00000714

**(2) Table: Fixed-Asset Investment Plan for 2007 (in RMB millions)**

| No. | Project Name | Project Summary | Investment Channel | Total Investment | Internal Funds | Total Investment for this Year | Start Date | Completion Date | Rate of Return on Investment (%) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | TFT_LCD Glass Substrate Project | Construction of a glass substrate production line for LCD panels with an annual output of 750,000 square meters | Primary Business | 688 | 390 | 525 | 2006 | 2008 | 15.59% | Internal Funds: RMB 379.962 |
| 2 | Cogeneration Project | Construction of 3 power plant boilers and 2 x 30MW generator sets | Primary Business | 468.26 | 120 | 347.71 | 2006 | 2008 | 8.37% | Internal Funds: RMB 118.5 |
| 3 | Solar Battery, Battery Module Project | Construction of production lines for each of 30MW solar batteries and battery module | Primary Business | 330 | 170 | 170 | 2007 | 2008 | 28.8% | |
| 4 | LCD Module | Investment in LCD panel module and LCD backlight module production | Primary Business | 200 | 100 | 100 | 2007 | 2008 | 18% | |
| **Total** | | | | 1,686.26 | 780 | 1,142.71 | | | | |

| Summary (in RMB millions) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Total Amount of Investment for the Year (in RMB millions) | By Investment Channel | | By Project Stage | | By Source of Funds | | | Comments |
| | *Primary Business* | *Secondary Business* | *Newly Launched* | *Continued* | *Internal Funds* | *Loans* | *Other* | |
| 1,142.71 | 1,142.71 | 0 | 1,142.71 | 0 | 768.462 | 374.248 | 0 | |

Investment Arrangements for Key Projects in 2007:

1. **TFT_LCD Glass Substrate Project**
   Investment in this project for 2007 mainly includes: factory buildings and supporting outdoor projects, furnace refractory materials and precious metals, production-line import and domestic equipment, supporting utilities, etc. The total amount of investment required for the above project is RMB 525 million:
   Q1 investment: RMB 178.8 million; Q2 investment: RMB 178 million; Q3 investment: RMB 110.5 million; Q4 investment: RMB 57.7 million
2. **Cogeneration Project**
   This project will enter the full construction phase in 2007 with a plan to invest RMB 347.71 million for construction, installation, and equipment. Specifically, [the plan] arranges for the following:
   Q1 investment: RMB 102.81 million; Q2 investment: RMB 83.6 million; Q3 investment: RMB 96.25 million; Q4 investment: RMB 65.05 million

Scan created by CamScanner

4

004

**(3) Table: Acquisitions of Property Rights & Completed Equity Investments in 2006 (in RMB millions)**

| No. | Type of Investment | Project Name | Investment Channel | Total Investment of the Project | Total Investment by the Enterprise | Total Investment by the Enterprise Completed in the Year | Comments |
|---|---|---|---|---|---|---|---|
| 1 | Property Rights Acquisition | Acquisition of Cai Zhu Jin Shun Electronic Industrial Co., Ltd.'s foreign stock | Primary Business | 6.66 | 5.99 | 5.99 | |
| 2 | Property Rights Acquisition | Acquisition of Xi'an IRICO Plastic Industrial Co., Ltd. | Primary Business | 7 | 7 | 7 | |
| 3 | Equity Investment | Investment in Sichuan Century Shuanghong Company | Primary Business | 1,800 | 360 | 250 | |
| 4 | Equity Investment | Investment in Xianyang Thermal Power Co., Ltd. | Primary Business | 1.5 | .975 | .975 | |
| 5 | Equity Investment | Investment in Shaanxi IRICO Electronic Glass Co., Ltd. | Primary Business | 120 | 118.99 | 23.7984 | |
| 6 | Equity Investment | Increase of capital investment and share expansion in Xi'an IRICO Electric Limited Liability Company | Primary Business | 74 | 74 | 74 | |
| **Total** | | | | 200.916 | 566.955 | 361.7634 | |

| Summary (in RMB millions) | | | | | | | |
|---|---|---|---|---|---|---|---|
| Type of Investment | Total Investment | By Investment Channel | | By Source of Funds | | | Comments |
| | | *Primary Business* | *Secondary Business* | *Internal Funds* | *Loans* | *Other* | |
| Acquisitions of Property Rights | 12.99 | 12.99 | 0 | 12.99 | 0 | 0 | |
| Equity Investment | 348.7734 | 348.7734 | 0 | 250.975 | 97.7984 | 0 | |



Scan created by CamScanner

5

005

**(4) Table: Plan for Acquisitions of Property Rights & Equity Investment Projects in 2007 (in RMB millions)**

| No. | Type of Investment | Project Name | Main Content of the Project | Investment Channel | Total Investment Amount in the Project | Total Investment Amount from the Enterprise | Internal Funds | Share Ratio (%) | Rate of Return on Investment (%) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Property Rights Acquisition | LED Project | Production of LED crystal grain | Primary Business | 260 | 140 | 140 | 51% | 20.7% | |

**(5) Main Problems in Enterprise Investment Activities & Suggestions**

Since 2006, IRICO Group Corporation has faced the tremendous pressure from the shrinking LED market. Adopting "Building Better LEDs, Bringing Innovation to the Industry" as the operating mantra of the enterprise for the present and foreseeable future, [the company] decided to search for a new suitable industry for IRICO to develop in the fields of optoelectronics, new display devices, and other related fields. IRICO Group Corporation is currently in a period of strategic adjustment – the Group is actively developing innovation in the industry, its investments projects are numerous, and its demands for funds are high. Therefore, we hope that the governments at all levels can lend support, in the form of both policy and funding, to enable IRICO to transition into a new field of development as soon as possible.

Scan created by CamScanner

6

900

CONFIDENTIAL

001



# 彩虹集团公司文件

彩团规划〔2007〕2号　　　　　　　签发人：邢道钦

---

## 关于上报彩虹集团公司 2006 年度投资完成情况和
## 2007 年度投资计划的报告

国务院国有资产监督管理委员会：

　　根据贵委下发的《关于做好中央企业 2006 年固定资产投资完成情况和 2007 年固定资产投资计划报送工作的通知》（国资厅规划〔2006〕378 号）精神，现将彩虹集团公司 2006 年度投资完成情况和 2007 年度投资计划安排上报贵委。


山 扫描全能王 扫描创建

CONFIDENTIAL

002

附件：彩虹集团公司 2006 年度投资完成情况和 2007 年度投资计划安排



2007 年 1 月 12 日

档（2）

 由 扫描全能王 扫描创建

CONFIDENTIAL

IRI-CRT-00000713

附件：

## 彩虹集团公司 2006 年度投资完成情况和 2007 年度投资计划安排

（一）2006 年度固定资产投资完成情况表（单位：万元）

| 编号 | 项目名称 | 投资方向 | 总投资 | 其中：自有资金 | 当年完成投资 | 其中：自有资金 | 备注 |
|---|---|---|---|---|---|---|---|
| 1 | TFT-LCD 玻璃基板项目 | 主业 | 68800 | 39000 | 1003.8 | 1003.8 | |
| 2 | 热电联产项目 | 主业 | 46826 | 12000 | 150 | 150 | 彩虹占65% |
| 合计 | | | 115626 | 51000 | 1153.8 | 1153.8 | |

汇　　　总（单位：万元）

| 本年度计划投资总额 | 完成投资总额 | 按投资方向分 | | 按项目阶段分 | | 按投资金来源分 | | | 备注 |
|---|---|---|---|---|---|---|---|---|---|
| | | 主业 | 非主业 | 新开工 | 续建 | 自有资金 | 贷款 | 其他 | |
| | 1153.8 | 1153.8 | 0 | 1153.8 | 0 | 1153.8 | 0 | 0 | |

| 完成情况综述 | **TFT-LCD 玻璃基板项目：**<br>　2006年度该项目实际完成投资额为1003.8万元，主要涉及到：土地征用、地质勘探、初步设计及施工图设计、料方开发、前工序技术服务及后工序设备供货等。<br><br>**热电联产项目：**<br>　该项目于2006年6月6日开始组建热电公司，确定注资150万元，用于前期准备工作。主要完成可研报告出版发行、环境评价、水土保持评价及办公用具采购等工作。 |
|---|---|

3

103

CONFIDENTIAL

IRI-CRT-00000714

（二）2007 年度固定资产投资项目计划表（单位：万元）

| 序号 | 项目名称 | 项目内容简介 | 投资方向 | 总投资 | 自有资金 | 当年总投资 | 起始时间 | 完成时间 | 投资收益率（%） | 备注 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | TFT-LCD 玻璃基板项目 | 建设年产75万平方米液晶显示面板用玻璃基板生产线。 | 主业 | 68800 | 39000 | 52500 | 2006年 | 2008年 | 15.59% | 其中自有资金为37996.2万元 |
| 2 | 热电联产项目 | 建设3台电站锅炉配2×30MW发电机组 | 主业 | 46826 | 12000 | 34771 | 2006年 | 2008年 | 8.37% | 其中自有资金为11850万元 |
| 3 | 太阳能电池、电池组件项目 | 建设30MW太阳能电池、电池组件生产线各一条。 | 主业 | 33000 | 17000 | 17000 | 2007年 | 2008年 | 28.8% | |
| 4 | LCD模组 | 投资LCD面板模组及LCD背光模组生产。 | 主业 | 20000 | 10000 | 10000 | 2007年 | 2008年 | 18% | |
| 合计 | | | | 168626 | 78000 | 114271 | | | | |

汇　　总（单位：万元）

| 当年投资总额（万元） | 按投资方向分 | | 按项目阶段分 | | 按资金来源分 | | | 备注 |
|---|---|---|---|---|---|---|---|---|
| | 主业 | 非主业 | 新开工 | 续建 | 自有资金 | 贷款 | 其他 | |
| 114271 | 114271 | 0 | 114271 | 0 | 76846.2 | 37424.8 | 0 | |

重点项目2007年度投资安排：
一、TFT-LCD玻璃基板项目：
2007年度该项目投资涉及部分主要为：厂房建筑及配套的室外工程、池炉耐火材料及贵金属、生产线进口和国产设备、配套的公用工程部分等。以上项目约需投资总额为：52500万元。其中：
一季度投资：17880万元；二季度投资额：17800万元；三季度投资额：11050万元；四季度投资额：5770万元。

二、热电联产项目：
本项目2007年进入全面开工建设阶段，计划投资34771万元，用于土建、设备及安装等工程建设，具体安排如下：
1季度投资10281万元；2季度投资8360万元；3季度投资9625万元；4季度投资6505万元。

CONFIDENTIAL　　　　　　　　　　IRI-CRT-00000715

（三）2006年产权收购、股权投资完成情况表（单位：万元）

| 编号 | 投资类别 | 项目名称 | 投资方向 | 项目总投资 | 其中 | | 备注 |
|---|---|---|---|---|---|---|---|
| | | | | | 本企业投资总额 | 本企业年度完成投资总额 | |
| 1 | 产权收购 | 收购彩珠金顺电子实业有限公司的外资股权 | 主业 | 666 | 599 | 599 | |
| 2 | 产权收购 | 收购西安彩虹塑业有限公司 | 主业 | 700 | 700 | 700 | |
| 3 | 股权投资 | 投资四川世纪双虹公司 | 主业 | 180000 | 36000 | 25000 | |
| 4 | 股权投资 | 投资咸阳热电有限公司 | 主业 | 150 | 97.5 | 97.5 | |
| 5 | 股权投资 | 投资陕西彩虹电子玻璃有限公司 | 主业 | 12000 | 11899 | 2379.84 | |
| 6 | 股权投资 | 向西安彩虹电器有限责任公司增资扩股 | 主业 | 7400 | 7400 | 7400 | |
| 合计 | | | | 200916 | 56695.5 | 36176.34 | |

汇　总（单位：万元）

| 投资类别 | 投资总额 | 按投资方向分 | | 按资金来源分 | | | 备注 |
|---|---|---|---|---|---|---|---|
| | | 主业 | 非主业 | 自有资金 | 贷款 | 其他 | |
| 产权收购 | 1299 | 1299 | 0 | 1299 | 0 | 0 | |
| 股权投资 | 34877.34 | 34877.34 | 0 | 25097.5 | 9779.84 | 0 | |



由 扫描全能王 扫描创建

5

505

CONFIDENTIAL

IRI-CRT-00000716

（四）2007 年产权收购、股权投资项目计划表（单位：万元）

| 序号 | 投资类别 | 项目名称 | 项目主要内容 | 投资方向 | 项目总投资 | 本企业投资总额 | 自有资金 | 其中 | | 备注 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 所占股比（%） | 投资收益率（%） | |
| 1 | 产权收购 | LED 项目 | 生产 LED 晶粒 | 主业 | 26000 | 14000 | 14000 | 51% | 20.7% | |
| | | | | | | | | | | |

（五）企业投资活动中存在的主要问题和建议：

　　2006 年以来，彩虹集团公司面对彩管市场不断萎缩的巨大压力，将"做强彩管，创新产业"确定为企业当前和今后一段时间的经营思路，决定在光电子领域、新型显示器件领域、资源相关领域寻找适合彩虹发展的新产业。目前彩虹集团公司正处于战略调整期，集团公司积极开拓创新产业，投资项目较多，资金需求较大，希望各级政府能够给予政策和资金的支持，使彩虹尽快转入新的发展领域。



6

CONFIDENTIAL

IRI-CRT-00000717

Exhibit 37



June 25, 2018

**Certification**

**Park IP Translations**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English  of the document with bates numbers range: IRI-CRT-00000730 - IRI-CRT-00000736.

Hanna Kang

Project Manager

Project Number: BBLLP_1806_007

15 W. 37th Street 8th Floor
New York, NY 10018
212.581.8870
ParkIP.com

001

[Stamp: 2007/005/operations/regular/15]

# IRICO GROUP CORPORATION DOCUMENT

**Cai Tuan Gui Hua [2007] No. 212**     **Signed and Issued by: Daoqin Xing**

---

## Report on Investment of IRICO Group Corporation

Stated-Owned Assets Supervision & Administration Committee of the State Council:

In accordance with the spirit of *Notice on Further Regulating Management of Chinese Central Enterprise Investment* (Guo Zi Fa Gui Hua [2007] No. 114) issued by the Committee, we present below a report on the implementation of investment activities for 2006 – August 2007 of IRICO Group Corporation (hereinafter "IRICO Group"):

**(1) Overview**

Since the promulgation of the *Interim Measures for the Supervision and Management of Chinese Central Enterprise Investment* (Guo Zi Wei Ling No. 16, hereinafter "*Measures*"), IRICO Group has seriously understood the spirit of the *Measures,* sincerely implemented [its investment activities] according to the

002

Scan created by CamScanner

provisions of the *Measures*, timely revised the *IRICO Group Corporation System for Investment Management* (hereinafter the "*System*"), and has already established a record with the Committee.

Investments carried out by the IRICO Group have all abided by national and enterprise rules and regulations. The investment activities have complied with provisions of the *Measures* and the *System* and have seriously followed the procedures for making investment decisions. As of August 2007, our company has made decisions to invest in four projects, including the TFT_LCD Glass Substrate Project and acquisition of Shanghai Blue Light Science & Technology Co., Ltd., and has already completed investments in the amount of RMB 717.57 million, all of which have complied with relevant provisions of the *Measures* and the *System*.

**(2) Investment situations & Sources of Funds**

As of August 2007, IRICO Group has already completed investments in the amount of RMB 717.57 million, of which RMB 413.17 million was cash and RMB 304.40 million was tangible assets and intangible assets. The investment funds were all internal funds of the enterprise and [the company] has not used bank loan funds until now. The specific investments that were completed can be seen in Tables 1 and 2 below.

**Table 1: Completed Fixed-Asset Investments**

(in millions RMB)

| No. | Project Name | Total Investment in the Project | Internal Funds | Total Investment Completed | Internal Funds | IRICO Share Ratio | Implementing Unit |
|---|---|---|---|---|---|---|---|
| 1 | TFT_LCD Glass Substrate Project | 800 | 390 | 290.3 | 290.3 | 69.67% | Shaanxi IRICO Electronic Glass Co., Ltd. |
| 2 | Cogeneration Project | 468.26 | 120 | 13.366 | 13.366 | 65% | Xianyang IRICO Thermal Power Co., Ltd. |
| | **Total** | | | 303.666 | 303.666 | | |

2

Scan created by CamScanner

IRI-CRT-00000731

003

**Table 2: Completed Acquisitions of Property Rights & Equity Investments**

(in RMB millions)

| No. | Project Name | Implementing Unit | Total Registered Capital | Capital Invested by IRICO | Completed Investment by IRICO |
|-----|--------------|-------------------|--------------------------|----------------------------|--------------------------------|
| 1 | Investment in Sichuan Century Shuanghong Company (PDP Project) | IRICO Group Electronics Company Limited | 1,800 | 360 | 360 |
| 2 | Investment in Xianyang IRICO Thermal Power Co., Ltd. | IRICO Group | 120 | 78 | 78 |
| 3 | Investment in Shaanxi IRICO Electronic Glass Co., Ltd. | IRICO Group | 390 | 271.17 | 271.17 |
| 4 | Investment in merger and acquisition of Shanghai Blue Light Science & Technology Co., Ltd. | IRICO Group | 154 | 154 | 8.4 |
| | **Total** | | 2,464 | 863.17 | 717.57 |

Note:
1. The investment in Sichuan Century Shuanghong Company was RMB 120 million in cash and RMB 240 million in tangible assets and intangible assets. The investment in Xianyang Thermal Power Co., Ltd. was RMB 13,597,306 in cash and RMB 64,402,694 in tangible assets.
2. The implementing unit IRICO Group Electronics Company Limited is a subsidiary of IRICO Group Corporation.

**(3) Reporting Investment Activities**

Each of IRICO Group's investment activities has seriously implemented the reporting systems for investment activities

Scan created by CamScanner

provided for in the *Measures* and the *System*. As of August 2007, **004**
the TFT-LCD Glass Substrate Project, the merger and acquisition of
Shanghai Blue Light Science & Technology Co., Ltd., the
Cogeneration Project, and other projects were timely reported to the
Committee and implemented in compliance with suggestions of the
Committee. The following table is a list of investment projects that
have been reported to the Committee:

**Table 3: A List of Investment Projects that IRICO Group Has
Reported to the State-Owned Assets & Administration
Committee**

| No. | Project/Document Name | Document No. |
|-----|----------------------|--------------|
| 1 | Report on filing the Construction of the TFT-LCD Glass Substrate Production Line for record | Cai Tuan Gui Hua [2006] No. 188 |
| 2 | Report on filing the Construction of the IRICO Group Corporation PDP Production Line for record | Cai Tuan Gui Hua [2006] No. 247 |
| 3 | Report on the IRICO Group Corporation Investment Management System | Cai Tuan Gui Hua [2006] No. 255 |
| 4 | Report on the Construction of the Cogeneration Project of IRICO Group Corporation | Cai Tuan Gui Hua [2006] No. 261 |
| 5 | Report on IRICO Group Corporation's Completed Investment in the 2006 and its Investment Plan for 2007 | Cai Tuan Gui Hua [2007] No. 2 |
| 6 | Report on IRICO Group Corporation's Merger & Acquisition of Shanghai Blue Light Science & Technology Co., Ltd. | Cai Tuan Gui Hua [2007] No. 112 |

Since 2006, IRICO Group has not engaged in any investment
projects that have involved major overseas investment, unplanned
investment, or investment that requires approval from the State
Council.

**(4) Implementing Investment Activities**

IRICO Group's investments first undergo extensive market research,
industry analysis, economic evaluation, and feasibility study. Then,
decisions are made by combining expert analysis with
administrative decision-making – experts and consultants are
organized to discuss different aspects of the investments such as

4

CONFIDENTIAL
IRI-CRT-00000733

technology, production, and markets. The investments are then     **005**
submitted to IRICO Group for approval. Since 2006, experts from
higher education institutions, design institutes, and trade
associations have been invited to discuss investment projects. After
discussion, IRICO Group discusses and makes its decisions and
subsequently reports them to the Committee. After approval of the
project for implementation, the projects are organized and
implemented by implementing units of the projects, and functional
departments of the IRICO Group supervise this process. With
respect to the use of funds, the projects are implemented with strict
adherence to the projects' capital utilization plans. The contract
management department approves contracts based on the capital
utilization plans to ensure that funds are used appropriately.

**(5) Investment Risk Management & Control**

1. Major Financial Data of the Enterprise for 2006

### Table 4: Major Financial Data of IRICO Group for 2006

| Data Name | 2006 | Remarks |
|---|---|---|
| Primary Business Income (in RMB millions) | 5,084.9531 | |
| Total Profit (in RMB millions) | 99.6846 | |
| Net Profit (in RMB millions) | 119.3741 | |
| Total Assets (in RMB millions) | 8,291.9791 | |
| Total Amount of State-Owned Assets (in RMB millions) | 3,798.5367 | |
| Total Liabilities (in RMB millions) | 2,791.2746 | |
| Net Assets (in RMB millions) | 3,798.5367 | |
| Total Owner's Equity (in RMB millions) | 3,798.5367 | |
| Debt Ratio (%) | 33.66 | |

2. Controlling the Size of Total Investment to Maintain a
   Reasonable Debt Ratio

According to the *IRICO Group Corporation's Development Plan
for 2007-2009*, IRICO Group is a large-scale enterprise engaged in
production and manufacturing. Maintaining a reasonable debt ratio
is necessary to achieve healthy development of the enterprise. A
debt ratio of less than 50% is in the "normal investment zone" for
the enterprise. The enterprise should be concerned if the debt ratio
reaches 65% and consider carefully any decision to invest further.
A debt ratio that exceeds 65% is in the "serious control investment
zone" for the enterprise, and in principle, the enterprise should not
form any new liabilities for investment purposes. From Tables 1, 2,

CONFIDENTIAL

and 4, it is evident that the debt ratio for IRICO Group in 2006 was 33.66%, which is the "normal investment zone". According to the 2007 plan, the size of total investment is to be RMB 1,672.26 million. The TFT-LCD Glass Substrate Project is to apply for 10 million in state support funds. All of the enterprise's investment projects are to require loans in a total amount of 748.26 million. The debt ratio is to be 35.52%, in the "normal investment zone" after the investments are completed.

3.   Keeping Secondary Business Investment Within a Reasonable Range

Currently, IRICO Group is in the midst of a period of strategic transformation and has existing secondary-business assets that can bring stable income and profit to the Group. The Group's development plan proposes that investment in secondary industries will be controlled strictly over the next three years: the ratio of investment in secondary business to total investments will not exceed 10% within the next three years and the ratio of internal funds to total investments will reach 30% or more. IRICO Group's investment in secondary business has been implemented in strict accordance with the *Measures* and the *System*. The Cogeneration Project, one of IRICO Group's current secondary business investments, is a challenge from the past– with civil construction project approval from the government of Shaanxi province, [it is assisting] the city of Xianyang to improve the environment and save energy by using IRICO Group's existing thermal energy system resources to support the production of picture tubes. Apart from this project, IRICO Group has no additional secondary business investments projects.

4.   Use of Bank Credit

As of August 2007, the completed investment of IRICO Group was RMB 717.57 million, of which RMB 413.17 million was cash and RMB 304.4 million was tangible assets and intangible assets. It had not used any bank loans. A loan of RMB 748.26 million for project construction is currently in the application process. IRICO Group will use the funds of this loan reasonably in accordance with the requirements of project construction, and the finance department and other relevant departments will strictly control the use of these funds.

**(6) Strictly Implementing the Accountability System**

According to relevant provisions of the Committee's Measures and implementing rules thereof, IRICO Group provides in the System that its investment projects must implement a project leader system. A project leader is responsible for a project feasibility report and

Scan created by CamScanner

major events including early preparing for the project, equipment procurement, and capital utilization during implementation. If the project ultimately fails, the project leader will be penalized and an investigation into the corresponding liability will be carried out.

In conclusion, the investment activities carried out by IRICO Group comply with the Committee's *Measures*, the investment procedures are standardized, and the decisions are reasonable. With respect to its future investment activities, IRICO Group will continue to perform these activities in accordance with the provisions of the *Measures* and the *System* and will strictly implement the reporting system for investment activities to effectively preserve and increase the value of the state-owned assets. IRICO Group will work vigorously to accelerate the pace of innovation in the industry and speed up its strategic transformation.

Please take notice of this report.

October 10, 2007

**007**

File (2)

Group Office                                    Printed: October 10, 2010

Printed by: Ya Mai                              Proofreader: Jing Chen

7

 Scan created by CamScanner

CONFIDENTIAL

001



# 彩虹集团公司文件

彩团规划〔2007〕212 号　　　　　　　签发人：邢道钦

## 彩虹集团公司投资情况报告

国务院国有资产监督管理委员会：

　　根据贵委下发的《关于进一步规范中央企业投资管理的通知》（国资发规划〔2007〕114 号）精神，现将彩虹集团公司（以下简称彩虹集团）2006 年—2007 年 8 月的投资活动执行情况报告如下：

　　一、概述：

　　自从《中央企业投资监督管理暂行办法》（国资委令第16号，以下简称《办法》）公布实施以来，彩虹集团认真领会《办法》


由 扫描全能王 扫描创建

精神，切实按照《办法》规定执行，及时修订了《彩虹集团公司投资管理制度》（以下简称《制度》），并已在责委备案。

彩虹集团所进行投资均遵循国家、企业的相关规定。投资活动遵守《办法》及《制度》规定，认真履行投资决策程序。截止 2007 年 8 月我公司已决策投资了 TFT-LCD 玻璃基板项目、并购上海蓝光科技有限公司等 4 个项目，已完成投资 71757 万元，均符合《办法》和《制度》相关规定。

二、投资情况及资金来源

截止 2007 年 8 月彩虹集团共完成投资 71757 万元，其中现金投资 41317 万元，实物资产及无形资产 30440 万元。投资资金均为企业自有资金，截止目前还未使用银行贷款资金。具体投资完成情况见表 1、表 2。

表 1   固定资产投资完成情况

（单位：万元）

| 编号 | 项目名称 | 项目总投资 | 自有资金 | 项目完成投资 | 其中：自有资金 | 彩虹占股比 | 实施单位 |
|---|---|---|---|---|---|---|---|
| 1 | TFT-LCD玻璃基板项目 | 80000 | 39000 | 29030 | 29030 | 69.67% | 陕西彩虹电子玻璃有限公司 |
| 2 | 热电联产项目 | 46826 | 12000 | 1336.6 | 1336.6 | 65% | 咸阳彩虹热电有限公司 |
| | 合　计 | | | 30366.6 | 30366.6 | | |

2

由 扫描全能王 扫描创建

CONFIDENTIAL

IRI-CRT-00000731

003

## 表2 产权收购、股权投资完成情况表

（单位：万元）

| 编号 | 项目名称 | 实施单位 | 项目总注册资金 | 其中彩虹投资 | 彩虹已完成投资 |
|---|---|---|---|---|---|
| 1 | 投资四川世纪双虹公司（PDP项目） | 彩虹集团电子股份有限公司 | 180000 | 36000 | 36000 |
| 2 | 投资咸阳彩虹热电有限公司 | 彩虹集团 | 12000 | 7800 | 7800 |
| 3 | 投资陕西彩虹电子玻璃有限公司 | 彩虹集团 | 39000 | 27117 | 27117 |
| 4 | 投资并购上海蓝光科技有限公司 | 彩虹集团 | 15400 | 15400 | 840 |
| | 合　　计 | | 246400 | 86317 | 71757 |

注：

1. 投资四川世纪双虹公司现金 12000 万元，实物资产及无形资产 24000 万元。投资咸阳热电有限公司现金：1359.7306 万元，实物资产 6440.2694 万元。

2. 实施单位中的彩虹集团电子股份有限公司为彩虹集团公司所属子公司。

三、投资活动上报情况：

彩虹集团各项投资活动认真执行《办法》及《制度》规定的投资活动报告制度，截止 2007 年 8 月先后对 TFT-LCD 玻璃基板

3

 由 扫描全能王 扫描创建

CONFIDENTIAL IRI-CRT-00000732

004

项目、并购上海蓝光科技有限公司、热电联产等项目及时上报国资委，并遵照国资委意见执行。下表为上报国资委投资项目一览表：

表3　彩虹集团上报国资委投资项目一览表

| 序号 | 项目\文件名称 | 文号 |
|------|--------------|------|
| 1 | 关于 TFT-LCD 玻璃基板生产线建设项目备案的报告 | 彩团规划〔2006〕188号 |
| 2 | 关于彩虹集团公司 PDP 生产线建设项目备案的报告 | 彩团规划〔2006〕247号 |
| 3 | 关于备案彩虹集团公司投资管理制度的报告 | 彩团规划〔2006〕255号 |
| 4 | 关于彩虹集团公司热电联产项目建设的报告 | 彩团规划〔2006〕261号 |
| 5 | 关于上报彩虹集团公司 2006 年度投资完成情况和 2007 年度投资计划的报告 | 彩团规划〔2007〕2号 |
| 6 | 关于彩虹集团公司投资并购上海蓝光科技有限公司的报告 | 彩团规划〔2007〕112号 |

2006 年以来，彩虹集团没有重大境外投资、计划外投资以及需由国务院批准的投资项目。

四、投资活动执行情况：

彩虹集团投资项目首先经过充分的市场调研、行业分析、经济测算以及可行性研究后，采用专家论证与行政决策相结合的方式决策，组织有关专家或咨询机构从技术、生产和市场等方面进行论证后，提交彩虹集团批准。2006 年以来，邀请了大专院校、设计院、行业协会等有关专家对投资项目进行论证。论证通过后

4

由 扫描全能工 扫描创建

CONFIDENTIAL

IRI-CRT-00000733

005

经彩虹集团讨论决策，然后相继报告国资委。项目批准实施后，由项目实施单位组织实施，彩虹集团职能部门监管。在资金使用方面，认真按照项目资金使用计划执行。合同管理部门按照资金使用计划审批合同，保证资金合理利用。

五、投资风险管理与控制：

1. 2006 年企业主要财务数据

表4    2006年彩虹集团主要财务数据

| 数据名称 | 2006 年 | 备注 |
|---|---|---|
| 主营业务收入(万元) | 508495.31 | |
| 利润总额(万元) | 9968.46 | |
| 净利润(万元) | 11937.41 | |
| 资产总额(万元) | 829197.91 | |
| 其中：国有资产总量（万元） | 379853.67 | |
| 负债总额（万元） | 279127.46 | |
| 净资产(万元) | 379853.67 | |
| 所有者权益总额(万元) | 379853.67 | |
| 资产负债率(%) | 33.66 | |

2. 总投资规模控制在合理的负债率内

根据《彩虹集团公司 2007-2009 年发展规划》，彩虹集团作为生产制造类的大型企业，合理的资产负债率是企业健康发展所必须追求的。小于 50%的资产负债率均在企业正常的投资区内。如果资产负债率达到 65%，则应引起高度重视，应谨慎抉择是否进一步投资。若资产负债率超过 65%，为企业投资的严格控制区，原则上在投资时不应形成新的负债。从表 1、表 2、表 4 可以看出，彩虹集团 2006 年负债率为 33.66%，处于正常投资区。2007

5

 由 扫描全能王 扫描创建

年计划总投资规模为 167226 万元，TFT-LCD 玻璃基板项目申请国家资金扶持 1000 万元，所有投资项目共需贷款 74826 万元，投资完成后资产负债率约为 35.52%，处于正常的投资区。

3.非主业投资控制在合理的范围内

彩虹集团目前正处在战略转型期，现有非主业资产还可以给集团带来稳定的收入和利润，集团发展规划提出：在未来三年对非主业的投资将严格控制，三年内对非主业的投资占总投资的比重不超过 10%，且自有资金占总投资的比重达到 30%以上。彩虹集团在非主业的投资认真按照《办法》和《制度》规定执行，截至目前彩虹集团非主业投资热电联产项目为历史遗留问题，是咸阳市为改善环境、节约能源，利用彩虹集团原有的给显像管生产配套的热力系统资源，经陕西省政府批准的市政建设项目。除此之外暂无其他非主业投资项目。

4.银行信贷使用情况：

截至 2007 年 8 月，彩虹集团的投资完成 71757 万元，其中现金投资 41317 万元，实物资产及无形资产 30440 万元，没有使用银行贷款。对于项目建设所需 74826 万元贷款，目前正在申办中。此贷款资金彩虹集团将按照项目建设需要合理使用，财务及相关部门对资金使用情况严格控制。

六、认真落实责任追究制度

根据国资委《办法》及实施细则的相关规定，彩虹集团在《制度》中规定，投资项目实行项目负责人制度，项目负责人对项目可行性研究报告负责，对项目前期准备、实施中设备采购及资金使用等重大事项负责，项目最终未通过验收的对项目负责人进行

由 扫描全能王 扫描创建

CONFIDENTIAL

IRI-CRT-00000735

处罚并追究相应责任。

综上，彩虹集团所进行的投资活动均符合国资委《办法》规定，投资程序规范，决策合理。彩虹集团在今后的投资活动中将继续履行《办法》及《制度》规定，认真执行投资活动报告制度，使国有资产有效地保值增值。大力推进创新产业步伐，加快彩虹集团的战略转型。

特此报告。



2007 年 10 月 10 日

|  |  |
|---|---|
|  | 档（2） |
| 集团办公室 | 2007 年 10 月 10 日印发 |
| 打印：买娅 | 校对：陈静 |

7

 由 扫描全能王 扫描创建

CONFIDENTIAL

IRI-CRT-00000736

# Exhibit 38



June 25, 2018

**Certification**

**Park IP Translations**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of the document with bates number: IRI-CRT-00000737.

Hanna Kang

Project Manager

Project Number: BBLLP_1806_007



June 25, 2018

**Certification**

**Park IP Translations**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of the document with bates number: IRI-CRT-00000738.

Hanna Kang

Project Manager

Project Number: BBLLP_1806_007

State Council State-owned Assets Supervision and Administration Commission

GZSY [2009] No. 1322

Official reply regarding IRICO Group Corporation 2009
state-owned capital operating budget

IRICO Group Corporation:

Your company's "Report on the submission of the IRICO Group Corporation's 2009 state-owned capital operating budget" (GZC [2009] No. 238) has been received. The 2009 central state-owned capital operating budget has been approved by the State Council, and in accordance with the Ministry of Finance "Notice regarding the official reply to the SASAC 2009 central state-owned capital operating budget" (CQ [2009] No. 270), the official reply to your company's 2009 state-owned capital operating budget is hereby given as follows:

I. Arrangement of state-owned capital operating budget capital expenditure funds of 500 million yuan for your company for 2009, including: 400 million yuan capital infusion from your company to IRICO Display Devices Co., Ltd., to support Foshan OLED project expenditures; 100 million yuan capital infusion from your company to Shanghai Blue Light Technology Co., Ltd. capital infusion, to support LED production expansion project expenditures.

II. Your company shall promptly undertake state-owned capital operating budget funds requests with the Ministry of Finance

-1-

CONFIDENTIAL                                                                                IRI-CRT-00000737



expenditure".

      Your company is asked to promptly undertake procedures for drawing funds with the Ministry of Finance in accordance with this notice, and to arrange for the use of the funds according to the stipulated use.


      Attachment: 2009 Central state-owned capital operating budget form

      [Stamp: People's Republic of China Ministry of Finance]
      30 November 2009


Key words: enterprise, capital, budget, appropriation, notice

Information disclosure option: Disclosure on basis of application

cc: State Council State-owned Assets Supervision and Administration Commission.

Ministry of Finance General Office   14 copies issued     Issued 3 December 2009

-2 -



CONFIDENTIAL                       IRI-CRT-00000738

# 国务院国有资产监督管理委员会

国资收益〔2009〕1322号

## 关于彩虹集团公司 2009 年
## 国有资本经营预算的批复

彩虹集团公司：

你公司《关于上报彩虹集团公司 2009 年度国有资本经营预算的报告》（彩团资财〔2009〕238 号）收悉。2009 年中央国有资本经营预算已经国务院批准同意，按照财政部《关于批复国资委 2009 年中央国有资本经营预算的通知》（财企〔2009〕270 号），现将你公司 2009 年国有资本经营预算批复如下：

一、2009 年安排你公司国有资本经营预算资本性支出资金 50,000 万元，其中：40,000 万元由你公司向彩虹显示器件股份有限公司注资，用于支持佛山 OLED 项目支出；10,000 万元由你公司向上海蓝光科技有限公司注资，用于支持 LED 扩产项目支出。

二、你公司应及时向财政部办理国有资本经营预算资金请

算支出"。

请你公司据此通知及时到财政部办理领款手续，并按规定用
途安排使用资金。

附件：2009年中央国有资本经营预算表



二○○九年十二月三十日

主题词：企业　资本金　预算　拨款　通知

信息公开选项：依申请公开

抄送：国务院国有资产监督管理委员会。

| 财政部办公厅 | 印发14份 | 2009年12月3日印发 |

— 2 —

