1

John Taladay (*pro hac vice*)
john.taladay@bakerbotts.com

2

Erik T. Koons (*pro hac vice*)
erik.koons@bakerbotts.com

3

BAKER BOTTS LLP
1299 Pennsylvania Ave., NW

4

Washington, D.C. 20004
Telephone:  (202) 639-7700

5

Facsimile:   (202) 639-7890

6

Stuart C. Plunkett (State Bar No. 187971)
stuart.plunkett@bakerbotts.com

7

BAKER BOTTS LLP
101 California Street, Suite 3600

8

San Francisco, California 94111
Telephone:  (415) 291-6200

9

Facsimile:   (415) 291-6300

10

*Attorneys for*
*IRICO GROUP CORP. and*

11

*IRICO DISPLAY DEVICES CO., LTD.*

12

13

14

15

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

16

IN RE: CATHODE RAY TUBE (CRT)
ANTITRUST LITIGATION,

17

18

THIS DOCUMENT RELATES TO:

19

*ALL DIRECT PURCHASER ACTIONS*

20

21

22

23

24

25

26

27

28

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 3:07-cv-05944-JST

MDL No.: 1917

**[PROPOSED] ORDER GRANTING
IRICO DISPLAY DEVICES CO.,
LTD.'S MOTION TO DISMISS FOR
LACK OF SUBJECT MATTER
JURISDICTION (FED. R. CIV. P.
12(b)(1))**

Date:          December 6, 2018
Time:         2:00 p.m.
Judge:        Honorable Jon S. Tigar
Courtroom:  9

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2      Defendant Irico Display Devices Co., Ltd.'s ("Irico Display") motion to dismiss pursuant

3  to Federal Rule of Civil Procedure 12(b)(1), came on for hearing in Courtroom 9 before the

4  Honorable Jon S. Tigar on December 6, 2018.

5      After full consideration of the written and oral submissions of the parties, the Court

6  determines that it lacks subject matter jurisdiction over Irico Display pursuant to the Foreign

7  Sovereign Immunities Act, 28 U.S.C. §§ 1602 *et seq*.

8      Accordingly, the Court **GRANTS** Irico Display's motion and dismisses the Direct

9  Purchaser Plaintiffs' complaint against Irico Display with prejudice.

10     **IT IS SO ORDERED.**

11  DATED: _____

12
                              _____
13                                       JON S. TIGAR
                                 United States District Judge
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING IRICO                          CASE NO. 3:07-CV-05944-JST
DISPLAY DEVICES' MOTION TO DISMISS                              MDL NO. 1917