Guido Saveri (22349)
 *guido@saveri.com*
R. Alexander Saveri (173102)
 *rick@saveri.com*
Geoffrey C. Rushing (126910)
 *grushing@saveri.com*
Cadio Zirpoli (179108)
 *cadio@saveri.com*
Matthew D. Heaphy (227224)
 *mheaphy@saveri.com*
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile:  (415) 217-6813

*Lead Counsel for the
Direct Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-CV-5944 SC |
| | MDL No. 1917 |
| THIS DOCUMENT RELATES TO: | |
| ALL DIRECT PURCHASER ACTIONS | **NOTICE OF CHANGE IN COUNSEL REGARDING COLLIN R. WHITE** |
| *Crago, d/b/a Dash Computers, Inc., et al. v. Mitsubishi Electric Corporation, et al.,* Case No. 14-CV-2058-JST. | |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Collin R. White is resigning from the firm of Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C and, pursuant to Civil Local Rule 5-1(c)(2)(C), Mr. White is hereby withdrawn as counsel for plaintiff Studio Spectrum, Inc. and the Direct Purchaser Plaintiff group in the above-captioned actions. Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C., through the undersigned counsel of record, as well as Lead Counsel for the Direct Purchaser Plaintiffs and attorneys at Saveri & Saveri, Inc. continue to serve as counsel for plaintiff Studio Spectrum, Inc.

873852.1

NOTICE OF WITHDRAWAL OF ATTORNEY COLLIN R. WHITE

| | |
|---|---|
| 1   DATED: July 20, 2018 | **KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.** |

By:   /s/ *Steven F. Benz*
        STEVEN F. BENZ
*Attorney for Direct Purchaser Plaintiffs and Plaintiff Studio Spectrum, Inc.*

873852.2

NOTICE OF WITHDRAWAL OF ATTORNEY COLLIN R. WHITE