MARIO N. ALIOTO, ESQ. (56433)
JOSEPH M. PATANE, ESQ. (72202)
LAUREN C. CAPURRO, ESQ. (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA  94123
Telephone:  (415) 563-7200
Facsimile: (415) 346-0679
E-mail: malioto@tatp.com
jpatane@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | Case No. 3:07-cv-05944-JST <br><br> MDL No.: 1917 |
| THIS DOCUMENT RELATES TO: <br><br> *ALL INDIRECT PURCHASER ACTIONS* | **STIPULATION AND [PROPOSED] ORDER SETTING CASE MANAGEMENT CONFERENCE** |

1    Indirect Purchaser Plaintiffs ("IPPs") and Defendants Irico Display Devices Co., Ltd. and Irico Group Corporation (together, "Irico"), by and through undersigned counsel, hereby stipulate as follows:

WHEREAS, on May 1, 2018, the Court entered a Stipulated Order Re Jurisdictional Discovery, Briefing Schedule and Hearing Dates in the DP Action (ECF No. 5281), which was negotiated between DPPs and Irico at the direction of the Court and set a schedule for jurisdictional discovery, briefing and a hearing on Irico's motion to dismiss the DPPs' complaint based on the Foreign Sovereign Immunity Act ("FSIA");

WHEREAS, on July 6, 2018, Special Master Vaughn R. Walker granted IPPs' motion to proceed on the same jurisdictional discovery schedule as the DPPs, but denied IPPs' motion to set a schedule for Irico's FSIA motion in the IP Action because "[s]cheduling of substantive motions is [] a case management matter for the court. . ." (Order Re IPPs' Motion for Jurisdictional Discovery (ECF No. 5301));

WHEREAS, IPPs and Irico agree it is necessary for the Court to set a Case Management Conference to consider the parties' proposals regarding the next steps in the IP Action and whether setting a schedule for Irico's FSIA motion in the IP Action is necessary at this time; and

WHEREAS, the parties have checked the Court's availability for a Case Management Conference and have consulted with the Court's clerk regarding appropriate dates.

IT IS HEREBY STIPULATED AND AGREED by and between undersigned counsel for Irico and the IPPs that the Court will set a Case Management Conference for August 15, 2018 at 2 p.m. The parties will submit a Joint Case Management Conference Statement on August 2, 2018.

//

//

//

| | |
|---|---|
| Dated: July 20, 2018 | Respectfully submitted, |

/s/ Mario N. Alioto

Mario N. Alioto (56433)
Lauren C. Capurro (241151)
TRUMP, ALIOTO, TRUMP &
PRESCOTT, LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
malioto&tatp.com
laurenrussell@tatp.com

*Lead Counsel for the Indirect Purchaser Plaintiffs*

/s/ Stuart C. Plunkett

John Taladay (*pro hac vice*)
john.taladay@bakerbotts.com
Erik Koons (*pro hac vice*)
erik.koons@bakerbotts.com
1299 Pennsylvania Ave., NW
Washington, D.C. 20004
Telephone: 202.639.7700
Facsimile: 202.639.7890

Stuart C. Plunkett (State Bar No. 187971)
stuart.plunkett@bakerbotts.com
BAKER BOTTS LLP
101 California Street, Suite 3070
San Francisco, California 94111
Telephone: (415) 291-6200
Facsimile: (415) 291-6300

*Attorneys for Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.*

IT IS SO ORDERED.

DATED: July 24, 2018

BY: _____
Hon. Jon S. Tigar
United States District Judge