

July 26, 2018

**VIA ECF**
Hon. Jon S. Tigar
United States District Court
San Francisco Courthouse, 19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   *In re Cathode Ray Tube (CRT) Antitrust Litigation*, MDL 1917

Dear Judge Tigar:

I write on behalf of direct action plaintiff MARTA Cooperative of America, Inc. ("MARTA") with respect to the Court's June 26, 2018 Order Suggesting Remand of MARTA's action (ECF 5308).

The non-MARTA direct action plaintiffs cases were remanded in April 2017 (ECF 5137), and the Court's order suggesting remand of those actions was entered on the Judicial Panel on Multidistrict Litigation ("JPML") docket for MDL 1917 shortly after the order was issued. The JPML soon thereafter issued a Conditional Remand Order that initiated the formal remand process for those actions.

With respect to MARTA's action, however, the Order Suggesting Remand does not yet appear on the JPML's docket for MDL 1917, and the formal process for remand has thus not yet begun. MARTA therefore respectfully requests that the Court notify the JPML of its Order Suggesting Remand (ECF 5308) so that the formal remand process can commence.

MARTA has advised the remaining defendants in its action (the Panasonic Defendants and the Samsung Defendants) of its intention to file this letter, and Defendants stated that they do not oppose MARTA's request.

Respectfully Submitted,

*/s/ Philip J. Iovieno*

Philip J. Iovieno

*Counsel for MARTA*