John Taladay (*pro hac vice*)
john.taladay@bakerbotts.com
Eric Koons (*pro hac vice*)
eric.koons@bakerbotts.com
BAKER BOTTS LLP
1299 Pennsylvania Ave., NW
Washington, D.C. 20004
Telephone:  202.639.7700
Facsimile:   202.639.7890

Stuart C. Plunkett (State Bar No. 187971)
stuart.plunkett@bakerbotts.com
BAKER BOTTS LLP
101 California Street, Suite 3600
San Francisco, California 94111
Telephone: (415) 291-6200
Facsimile: (415) 291-6300

*Attorneys for Defendants*
*IRICO GROUP CORP. and*
*IRICO DISPLAY DEVICES CO., LTD.*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | Case No. 3:07-cv-05944-JST |
| | MDL No.: 1917 |
| THIS DOCUMENT RELATES TO: | **STIPULATION AND [PROPOSED] ORDER REGARDING SUBMISSION OF JOINT CASE MANAGEMENT CONFERENCE STATEMENT** |
| *ALL INDIRECT PURCHASER ACTIONS* | |

Indirect Purchaser Plaintiffs ("Plaintiffs") and Defendants Irico Display Devices Co., Ltd. and Irico Group Corporation (together, "Irico"), by and through undersigned counsel, hereby stipulate as follows:

WHEREAS, on July 20, 2018, Plaintiffs filed a stipulation and proposed order requesting that the Court set a Case Management Conference for August 15, 2018 and order the parties to submit their Joint Case Management Conference Statement on August 2, 2018 (Dkt. No. 5315);

WHEREAS, on July 24, 2018, the Court entered a stipulated order setting a Case Management Conference for August 15, 2018 and ordering the parties to submit the attendant Joint Case Management Conference Statement on August 2, 2018 (Dkt. No. 5316);

WHEREAS, the Court's standing order requires the parties to submit their Joint Case Management Conference Statement seven court days before a scheduled Case Management Conference;

WHEREAS, due to scheduling issues for both parties' counsel, the parties require more time to prepare their Joint Case Management Conference Statement;

WHEREAS, August 6, 2018 is seven court days before the parties' August 15, 2018 Case Management Conference;

IT IS HEREBY STIPULATED AND AGREED by and between undersigned counsel for Irico and the Plaintiffs that the parties will submit a Joint Case Management Conference Statement on August 6, 2018.

//
//
//

Dated: August 2, 2018                                  Respectfully submitted,

/s/ Mario N. Alioto
Mario N. Alioto (56433)
Lauren C. Capurro (241151)
TRUMP, ALIOTO, TRUMP &
PRESCOTT, LLP
2280 Union Street San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
malioto@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the Indirect Purchaser Plaintiffs*

/s/ Stuart C. Plunkett
John Taladay (*pro hac vice*)
john.taladay@bakerbotts.com
Eric Koons (*pro hac vice*)
eric.koons@bakerbotts.com
BAKER BOTTS LLP
1299 Pennsylvania Ave., NW
Washington, D.C. 20004
Telephone: 202.639.7700
Facsimile: 202.639.7890

Stuart C. Plunkett (State Bar No. 187971)
stuart.plunkett@bakerbotts.com
BAKER BOTTS LLP
101 California Street, Suite 3600
San Francisco, California 94111
Telephone: (415) 291-6200
Facsimile: (415) 291-6300

*Attorneys for Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.*

IT IS SO ORDERED.

DATED: _____

BY: _____
    Hon. Jon S. Tigar
    United States District Judge