UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 <br> Case No. C-07-5944 JST |
| This Order Relates To: <br><br> ALL DIRECT PURCHASER AND INDIRECT PURCHASER PLAINTIFFS | **ORDER** <br><br> ECF No. 5312, 5313, 5322 |

The Court has reviewed the joint case management statement submitted by the Indirect Purchaser Plaintiffs ("IPPs") and defendants Irico Display Devices Co., Ltd. and Irico Group Corporation (collectively "Irico Defendants"). ECF No. 5322. The parties dispute whether the Court should set a briefing schedule for the Irico Defendants' forthcoming motion to dismiss the IPPs' consolidated amended complaint on jurisdictional grounds, and what that schedule should be.

Neither party's position is persuasive. The IPPs want a schedule that requires the Irico Defendants to file an opening brief a mere 16 days after the August 15, 2018, case management conference. Given that the Court has been requesting the parties' input on scheduling since April 2018, and the IPPs are only now getting around to asking for a briefing schedule, their proposed schedule contains an element of false urgency. The IPPs have also shortened the briefing schedule compared to the one adopted for the Direct Purchaser Plaintiffs ("DPPs") so that all the motions can be heard at once. To accomplish this goal, however, the IPPs want to (a) require the Irico Defendants to work over the Thanksgiving holiday, and (b) shorten the Court's preparation time for the hearing on the IPPs' motion. The IPPs provide no justification for these measures, and

given the lack of urgency, the Court sees none.

On the other hand, it makes sense to hear the IPPs' and DPPs' motions at the same time. Although the Irico Defendants are correct that the IPPs should have participated in the setting of a schedule earlier, that consideration is outweighed by the need to avoid duplicative hearings and inconsistent rulings. And there simply is no reason to wait until after the ruling on the Irico Defendants' motion regarding the DPPs to set a hearing date on the one regarding the IPPs.

Accordingly, good cause appearing, the Court now orders as follows:

1. The hearings on the Irico Defendants' motions to dismiss, ECF Nos. 5312, 5313, are CONTINUED to January 24, 2018.

2. The briefing and hearing schedule on the Irico Defendants' motions to dismiss the IPPs' Consolidated Amended Complaint is as follows:

Opening Brief: October 4, 2018

Opposition Brief: November 15, 2018

Reply Brief: December 20, 2018

Hearing: January 24, 2018 at 2:00 p.m.

The case management conference currently scheduled for August 15, 2018 is VACATED.

IT IS SO ORDERED.

Dated: August 13, 2018

JON S. TIGAR
United States District Judge