UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 |
|---|---|
| | Case No. C-07-5944 JST |
| This Order Relates To: *Luscher, et al. v. Mitsubishi Electric Corp.*, No. 17-cv-04067-JST | **ORDER ADMINISTRATIVELY TERMINATING MOTION** |
| | Re: ECF No. 5245 |

The Indirect Purchaser Plaintiffs ("IPPs") have moved for preliminary approval of class action settlement with Defendant Mitsubishi Electric Corporation. ECF No. 5245. The IPPs requested that the Court defer ruling on this motion, and the Court stayed consideration of the motion "until the IPPs request that the Court rule on it, or until the Court issues a further order." ECF No. 5305. The motion is now administratively terminated. Once the IPPs request a ruling, or the Court issues a further order, the Court will rule on the motion without need for action by any party, unless otherwise ordered.

**IT IS SO ORDERED.**

Dated: August 28, 2018

JON S. TIGAR
United States District Judge