Vaughn R Walker
Law Office of Vaughn R Walker
Four Embarcadero Center, Suite 2200
San Francisco, CA  94111
Tel:  (415) 871-2888
Fax:  (415) 871-2890
vrw@judgewalker.com

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Order Relates To:<br><br>DIRECT PURCHASER PLAINTIFFS | MDL No 1917<br><br>Case No C-07-5944 JST<br><br>**SPECIAL MASTER'S ORDER RE BRIEFING SCHEDULE FOR DPPs' SECOND MOTION TO COMPEL JURISDICTIONAL DISCOVERY**<br><br>**RE ECF No 5324** |

   The present discovery scheduling dispute arises from the September 11, 2018 letter from counsel for the Direct Purchaser Plaintiffs ("DPPs") seeking to compel the Irico Group Corporation and Irico Display Devices Co, Ltd ("Irico defendants" or "Irico") to comply with the 8/20/18 Special Master's Order granting the DPPs' motion for jurisdictional discovery, ECF No 5324.  The court's May 31, 2018 order assigned discovery disputes to the undersigned as special master.  ECF No 5301.

ORDER RE BRIEFING SCHEDULE FOR DPPS' SECOND MOTION RE JURISDICTIONAL DISCOVERY    PAGE **1** OF **3**

Under the procedure established in the November 20, 2014 standing order on discovery briefing (*see* ECF No 5327), Irico's opposition brief would be due on September 18, 2018.  But the DPPs request an expedited briefing schedule requiring Irico's opposition brief to be filed no later than Monday, September 17, 2018, and the Irico defendants request an extension of time to file their opposition brief on September 20, 2018.

The DPPs request a slightly shortened briefing schedule in light of the impending depositions of Irico witnesses and representatives scheduled to start the week of September 24, 2018 in Hong Kong.  The DPPs intend to file their reply the day after the opposition, hoping that this schedule would allow the undersigned to issue a ruling in advance of the depositions.  The DPPs reason that their motion seeks enforcement of the August 2, 2018 Special Master's Order re DPPs' Motion for Jurisdictional Discovery (ECF No 5324), "which required Irico to produce documents and information well in advance of the depositions," the parties and the undersigned are already familiar with the issues and the DPPs absorb the bulk of the time cut from the usual schedule.  9/12/18 Saveri email.

Irico's counsel contends that the DPPs "could have brought [their motion] earlier if they truly believed they lacked information for the upcoming depositions" and the "last-minute motions appear designed to impose unnecessary burdens on Irico as we prepare to leave for Hong Kong in one week."  9/12/18 Plunkett email.  Failing to establish legally relevant facts constituting burden, Irico's arguments are not persuasive.

In contrast, the DPPs have argued persuasively that they will be prejudiced if they do not receive responsive documents before the depositions begin.  Furthermore, the DPPs are seeking to enforce an existing order requiring Irico to produce documents and information, not opening up a new line of discovery.  The time-sensitivity of the DPPs' motion warrants a one-day shortened response time for filing Irico's opposition brief.  This should be manageable for Irico's counsel since the issues have already been fully briefed and the facts are readily available.

Accordingly, the DPPs' request for a one-day shortened briefing schedule is **GRANTED** and Irico's request for an extension of time to file an opposition is **DENIED**. Irico's opposition brief to the DPPs' Second Motion for Jurisdictional Discovery filed 9/11/2018 shall be due **no later than Monday, September 17, 2018**.

IT IS SO ORDERED.

Date:   September 12, 2018

Vaughn R Walker
Special Master - United States District Judge (Ret)