UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 12 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, ------------------------------ INDIRECT PURCHASER PLAINTIFFS, Plaintiff-Appellee, v. JOSIE SAIK, Objector-Appellant, v. TOSHIBA CORPORATION; et al., Defendants-Appellees. | No. 16-16377 D.C. No. 3:07-cv-05944-JST Northern District of California, San Francisco ORDER |

Before: WARDLAW and CLIFTON, Circuit Judges, and KATZMANN,[*] Judge.

We GRANT Appellant Saik's motion for voluntary dismissal pursuant to Federal Rule of Appellate Procedure 42(b), and dismiss this appeal with prejudice and without costs to either party. The Clerk of the Court shall issue the mandate forthwith.

---

[*] The Honorable Gary S. Katzmann, United States Judge for the Court of International Trade, sitting by designation.

**APPEAL DISMISSED.**