UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 12 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, <br><br> INDIRECT PURCHASER PLAINTIFFS, <br><br>   Plaintiff - Appellee, <br><br> v. <br><br> JOSIE SAIK, <br><br>   Objector - Appellant, <br><br> v. <br><br> TOSHIBA CORPORATION; et al., <br><br>   Defendants - Appellees. | No. 16-16377 <br><br> D.C. No. 3:07-cv-05944-JST <br> U.S. District Court for Northern California, San Francisco <br><br> **MANDATE** |

  The judgment of this Court, entered September 12, 2018, takes effect this date.

  This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rebecca Lopez
Deputy Clerk
Ninth Circuit Rule 27-7