1  John Taladay (*pro hac vice*)
   john.taladay@bakerbotts.com
2  Erik T. Koons (*pro hac vice*)
   erik.koons@bakerbotts.com
3  BAKER BOTTS LLP
   1299 Pennsylvania Ave., NW
4  Washington, D.C. 20004
   Telephone:  (202) 639-7700
5  Facsimile:   (202) 639-7890

6  Stuart C. Plunkett (State Bar No. 187971)
   stuart.plunkett@bakerbotts.com
7  BAKER BOTTS LLP
   101 California Street, Suite 3600
8  San Francisco, California 94111
   Telephone:  (415) 291-6200
9  Facsimile:   (415) 291-6300

10 *Attorneys for*
   *IRICO GROUP CORP. and*
11 *IRICO DISPLAY DEVICES CO., LTD.*

12

                  **UNITED STATES DISTRICT COURT**
13
              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
14
                   **SAN FRANCISCO DIVISION**
15

16 IN RE: CATHODE RAY TUBE (CRT)      )   Case No. 3:07-cv-05944-JST
   ANTITRUST LITIGATION,              )
17                                    )   MDL No.: 1917
                                      )
18 THIS DOCUMENT RELATES TO:          )   **[PROPOSED] ORDER**
                                      )
19 *ALL DIRECT PURCHASER ACTIONS*     )   Honorable Jon S. Tigar
                                      )
20                                    )
                                      )
21                                    )
                                      )
22                                    )
                                      )
23

24

25

26

27

28

[PROPOSED] ORDER

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Having reviewed Irico Defendants' Objections to Special Master's Order Granting DPPs' Motion to Compel Compliance with 8/2/2018 Order re Jurisdictional Discovery, the Special Master's Order of September 26, 2018, is approved and adopted with the following amendment: Irico's obligation to produce responsive documents from its hardcopy archived records or the hardcopy archived records of any affiliated entity or entity owned or controlled by Irico is deemed satisfied if Irico makes the documents available for inspection by Plaintiffs as the documents are kept in the ordinary course of business.

**IT IS SO ORDERED.**

DATED: _____

_____
JON S. TIGAR
United States District Judge