John Taladay (*pro hac vice*)
john.taladay@bakerbotts.com
Erik T. Koons (*pro hac vice*)
erik.koons@bakerbotts.com
BAKER BOTTS LLP
1299 Pennsylvania Ave., NW
Washington, D.C. 20004
Telephone: (202) 639-7700
Facsimile: (202) 639-7890

Stuart C. Plunkett (State Bar No. 187971)
stuart.plunkett@bakerbotts.com
BAKER BOTTS LLP
101 California Street, Suite 3600
San Francisco, California 94111
Telephone: (415) 291-6200
Facsimile: (415) 291-6300

*Attorneys for*
*IRICO GROUP CORP. and*
*IRICO DISPLAY DEVICES CO., LTD.*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | ) ) ) Case No. 3:07-cv-05944-JST ) ) MDL No.: 1917 ) |
| THIS DOCUMENT RELATES TO: | ) ) **APPENDIX OF RECORD** ) **REGARDING SPECIAL MASTER'S** |
| *ALL DIRECT PURCHASER ACTIONS* | ) **SEPTEMBER 26, 2018 ORDER** ) ) Honorable Jon S. Tigar ) ) ) ) ) |

# TABLE OF CONTENTS

**DOCUMENT 1:**

Direct Purchaser Plaintiffs' Motion to Compel Jurisdictional Discovery from the Irico Defendants, dated July 5, 2018

**DOCUMENT 2:**

Declaration of Geoffrey C. Rushing in Support of Direct Purchaser Plaintiffs' Motion to Compel Jurisdictional Discovery from the Irico Defendants, dated July 5, 2018

**DOCUMENT 3:**

Irico Defendants' Opposition to Direct Purchaser Plaintiffs' Motion to Compel Jurisdictional Discovery from the Irico Defendants, dated July 13, 2018

**DOCUMENT 4:**

Direct Purchaser Plaintiffs' Reply in Support of Motion to Compel Jurisdictional Discovery from the Irico Defendants, dated July 18, 2018

**DOCUMENT 5:**

Declaration of Geoffrey C. Rushing in Support of Direct Purchaser Plaintiffs' Reply in Support of Motion to Compel Jurisdictional Discovery from the Irico Defendants, dated July 18, 2018

**DOCUMENT 6:**

Irico Defendants' Surreply to Direct Purchaser Plaintiffs' Motion to Compel Jurisdictional Discovery, dated July 25, 2018

**DOCUMENT 7:**

Declaration of Stuart C. Plunkett in Support of Irico Defendants' Surreply to Motion to Compel Jurisdictional Discovery, dated July 25, 2018

**DOCUMENT 8:**

Special Master's Order regarding Direct Purchaser Plaintiffs' Motion for Jurisdictional Discovery, dated August 2, 2018

**DOCUMENT 9:**

Direct Purchaser Plaintiffs' Second Motion to Compel Jurisdictional Discovery from the Irico Defendants, dated September 11, 2018

**DOCUMENT 10:**

Declaration of Geoffrey C. Rushing in Support of Direct Purchaser Plaintiffs' Second Motion to Compel Jurisdictional Discovery from the Irico Defendants, dated September 11, 2018

**DOCUMENT 11:**

Certificate of Service regarding Direct Purchaser Plaintiffs' Second Motion to Compel Jurisdictional Discovery from the Irico Defendants, and Declaration of Geoffrey C. Rushing in Support of Direct Purchaser Plaintiffs' Second Motion to Compel Jurisdictional Discovery from the Irico Defendants, dated September 11, 2018

**DOCUMENT 12:**

Irico Defendants' Opposition to Direct Purchaser Plaintiffs' Second Motion to Compel Jurisdictional Discovery from the Irico Defendants, dated September 18, 2018

**DOCUMENT 13:**

Declaration of Stuart C. Plunkett in Support of Irico Defendants' Opposition to Direct Purchaser Plaintiffs' Motion to Compel, dated September 18, 2018

**DOCUMENT 14:**

Direct Purchaser Plaintiffs' Reply in Support of Second Motion to Compel Jurisdictional Discovery from the Irico Defendants, dated September 19, 2018

**DOCUMENT 15:**

Certificate of Service regarding Direct Purchaser Plaintiffs' Reply in Support of Second Motion to Compel Jurisdictional Discovery from the Irico Defendants, dated September 19, 2018

**DOCUMENT 16:**

Order Granting DPPs' Motion to Compel Compliance with August 2, 2018 Order re Jurisdictional Discovery re 5320 Special Master's Order re DPPs' Motion for Jurisdictional Discovery re 5301 Order Regarding Discovery Dispute; 5324 Order Adopting Report and Recommendations re 5320 Special Master's Order re DPPs' Motion for Jurisdictional Discovery, dated September 26, 2018

1  Dated:  September 28, 2018

*/s/ Stuart C. Plunkett*

2  John Taladay (*pro hac vice*)
john.taladay@bakerbotts.com
3  Erik T. Koons (*pro hac vice*)
erik.koons@bakerbotts.com
1299 Pennsylvania Ave., NW
4  Washington, D.C. 20004
Telephone:  (202) 639-7700
5  Facsimile:   (202) 639-7890

6  Stuart C. Plunkett (State Bar No. 187971)
stuart.plunkett@bakerbotts.com
7  BAKER BOTTS LLP
101 California Street, Suite 3600
8  San Francisco, California 94111
Telephone:  (415) 291-6200
9  Facsimile:   (415) 291-6300

10  *Attorneys for*
*IRICO GROUP CORP. and*
11  *IRICO DISPLAY DEVICES CO., LTD.*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28