# DOCUMENT 11

| | |
|---|---|
| 1 | Guido Saveri (22349) |
|   |    *guido@saveri.com* |
| 2 | R. Alexander Saveri (173102) |
|   |    *rick@saveri.com* |
| 3 | Geoffrey C. Rushing (126910) |
|   |    *grushing@saveri.com* |
| 4 | Cadio Zirpoli (179108) |
|   |    *cadio@saveri.com* |
| 5 | Matthew D. Heaphy (227224) |
|   |    *mheaphy@saveri.com* |
| 6 | SAVERI & SAVERI, INC. |
|   | 706 Sansome Street |
| 7 | San Francisco, CA 94111 |
|   | Telephone: (415) 217-6810 |
| 8 | Facsimile: (415) 217-6813 |

*Lead Counsel for Direct Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-CV-5944-JST |
| | MDL No. 1917 |
| This Document Relates to: | **CERTIFICATE OF SERVICE** |
| *ALL DIRECT PURCHASER ACTIONS* | |

# CERTIFICATE OF SERVICE

I am employed in San Francisco County, which is where service of the documents referred to below occurred. I am over the age of 18 and not a party to this action. My business address is Saveri & Saveri, Inc., 706 Sansome Street, San Francisco, California 94111. I declare under the penalty of perjury that on the date stated below, I served or caused to be served true and correct copies of the following documents:

- **DIRECT PURCHASER PLAINTIFFS' SECOND MOTION TO COMPEL JURISDICTIONAL DISCOVERY FROM THE IRICO DEFENDANTS; and**
- **DECLARATION OF GEOFFREY C. RUSHING IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS' SECOND MOTION TO COMPEL JURISDICTIONAL DISCOVERY FROM THE IRICO DEFENDANTS**

VIA ELECTRONIC MAIL to the addressee(s) specified below:

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed on September 11, 2018 in San Francisco, California.

*/s/ Matthew D. Heaphy*
Matthew D. Heaphy

*In re: Cathode Ray Tube (CRT) Antitrust Litigation* – **MDL No. 1917**

# SERVICE LIST

John Taladay
john.taladay@bakerbotts.com
Erik T. Koons
erik.koons@bakerbotts.com
Thomas E. Carter
tom.carter@bakerbotts.com
Ashley Eickhof
ashley.eickhof@bakerbotts.com
BAKER BOTTS LLP
The Warner
1299 Pennsylvania Ave., NW
Washington, D.C. 20004
Telephone: (202) 639-7700
Facsimile: (202) 639-7890

Stuart C. Plunkett (State Bar No. 187971)
stuart.plunkett@bakerbotts.com
BAKER BOTTS LLP
101 California Street, Suite 3600
San Francisco, California 94111
Telephone: (415) 291-6200
Facsimile: (415) 291-6300

Kaylee Yang (State Bar No. 303464)
kaylee.yang@bakerbotts.com
BAKER BOTTS LLP
1001 Page Mill Road
Building One, Suite 200
Palo Alto, California  94304-1007
Telephone: (650) 739-7500
Facsimile: (650) 739-7699

*Counsel for Defendants IRICO Display Devices Co., Ltd. and IRICO Group Corporation*

Mario N. Alioto
malioto@tatp.com
Lauren C. Capurro
LaurenRussell@tatp.com
Joseph M. Patane
jpatane@tatp.com
TRUMP ALIOTO TRUMP & PRESCOTT LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679

Christopher T. Micheletti
cmicheletti@zelle.com
ZELLE LLP
44  Montgomery Street, Suite 3400
San Francisco, CA 94104-4807
Telephone: (415) 693-0700
Facsimile: (415) 693-0770

*Counsel for Indirect Purchaser Plaintiffs*