# DOCUMENT 15

1  Guido Saveri (22349)
       *guido@saveri.com*
2  R. Alexander Saveri (173102)
       *rick@saveri.com*
3  Geoffrey C. Rushing (126910)
       *grushing@saveri.com*
4  Cadio Zirpoli (179108)
       *cadio@saveri.com*
5  Matthew D. Heaphy (227224)
       *mheaphy@saveri.com*
6  SAVERI & SAVERI, INC.
   706 Sansome Street
7  San Francisco, CA 94111
   Telephone:  (415) 217-6810
8  Facsimile:  (415) 217-6813

9  *Lead Counsel for Direct Purchaser Plaintiffs*

10

11                    **UNITED STATES DISTRICT COURT**

12                    **NORTHERN DISTRICT OF CALIFORNIA**

13                         **SAN FRANCISCO DIVISION**

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-CV-5944-JST |
|---|---|
| | MDL No. 1917 |
| This Document Relates to: | **CERTIFICATE OF SERVICE** |
| *ALL DIRECT PURCHASER ACTIONS* | |

# CERTIFICATE OF SERVICE

I am employed in San Francisco County, which is where service of the documents referred to below occurred. I am over the age of 18 and not a party to this action. My business address is Saveri & Saveri, Inc., 706 Sansome Street, San Francisco, California 94111. I declare under the penalty of perjury that on the date stated below, I served or caused to be served true and correct copies of the following document:

**DIRECT PURCHASER PLAINTIFFS' REPLY IN SUPPORT OF SECOND MOTION TO COMPEL JURISDICTIONAL DISCOVERY FROM THE IRICO DEFENDANTS**

VIA ELECTRONIC MAIL to the addressee(s) specified below:

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed on September 19, 2018 in San Francisco, California.

*/s/ Matthew D. Heaphy*
Matthew D. Heaphy

Case 4:07-cv-05944-JST   Document 5334-15   Filed 09/28/18   Page 4 of 4

*In re: Cathode Ray Tube (CRT) Antitrust Litigation* – **MDL No. 1917**

# SERVICE LIST

John Taladay
john.taladay@bakerbotts.com
Erik T. Koons
erik.koons@bakerbotts.com
Thomas E. Carter
tom.carter@bakerbotts.com
Ashley Eickhof
ashley.eickhof@bakerbotts.com
BAKER BOTTS LLP
The Warner
1299 Pennsylvania Ave., NW
Washington, D.C. 20004
Telephone: (202) 639-7700
Facsimile: (202) 639-7890

Stuart C. Plunkett (State Bar No. 187971)
stuart.plunkett@bakerbotts.com
BAKER BOTTS LLP
101 California Street, Suite 3600
San Francisco, California 94111
Telephone: (415) 291-6200
Facsimile: (415) 291-6300

Kaylee Yang (State Bar No. 303464)
kaylee.yang@bakerbotts.com
BAKER BOTTS LLP
1001 Page Mill Road
Building One, Suite 200
Palo Alto, California 94304-1007
Telephone: (650) 739-7500
Facsimile: (650) 739-7699

*Counsel for Defendants IRICO Display Devices Co., Ltd. and IRICO Group Corporation*

Mario N. Alioto
malioto@tatp.com
Lauren C. Capurro
LaurenRussell@tatp.com
Joseph M. Patane
jpatane@tatp.com
TRUMP ALIOTO TRUMP & PRESCOTT LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679

Christopher T. Micheletti
cmicheletti@zelle.com
ZELLE LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104-4807
Telephone: (415) 693-0700
Facsimile: (415) 693-0770

*Counsel for Indirect Purchaser Plaintiffs*