Guido Saveri (22349)
   guido@saveri.com
R. Alexander Saveri (173102)
   rick@saveri.com
Geoffrey C. Rushing (126910)
   grushing@saveri.com
Cadio Zirpoli (179108)
   cadio@saveri.com
Matthew D. Heaphy (227224)
   mheaphy@saveri.com
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Lead Counsel for Direct Purchaser Plaintiffs*

Mario N. Alioto (56433)
Lauren C. Capurro (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: malioto@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the Indirect Purchaser Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-CV-5944-JST |
| | MDL No. 1917 |
| This Document Relates to: *ALL ACTIONS* | **STIPULATION AND [PROPOSED] ORDER RE AMENDED JURISDICTIONAL DISCOVERY DEADLINE, BRIEFING SCHEDULE, AND HEARING DATE** |
| | Judge:     Honorable Jon S. Tigar |

Direct Purchaser Plaintiffs ("DPPs"), Indirect Purchaser Plaintiffs ("IPPs") (together with DPPs, "Plaintiffs"), and Defendants Irico Display Devices Co., Ltd. and Irico Group Corporation (together, the "Irico Defendants" or "Irico"), by and through the undersigned counsel, hereby stipulate as follows:

WHEREAS, on May 1, 2018, the Court entered a stipulation and order setting a schedule for jurisdictional discovery, motion briefing and a hearing on jurisdictional issues in the DPP Action, ECF No. 5282;

WHEREAS, on July 18, 2018 and August 13, 2018, the Court entered orders setting a schedule for jurisdictional discovery in the IPP Action, and motion briefing and a hearing on jurisdictional issues in the IPP Action, and continued the hearing date in the DPP Action, ECF Nos. 5317 and 5323;

WHEREAS, on September 14, 2018, ten days before the scheduled start of depositions in Hong Kong, the Irico Defendants produced a substantial number of Chinese-language documents;

WHEREAS, the parties agree that DPPs and IPPs need additional time to review and analyze, and potentially translate and prepare, the newly-produced documents for use in the depositions;

WHEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiffs and the Irico Defendants:

1. The parties shall meet and confer to reschedule the previously set depositions to occur prior to the close of discovery;

2. Jurisdictional discovery shall close on November 16, 2018;

3. Irico's opening motion(s) regarding jurisdictional issues in the IPP Action shall be due on or before November 2, 2018;

4. DPPs' opposition to Irico's motions in the DPP Action (ECF Nos. 5312, 5313) shall be due on or before November 19, 2018;

5. Irico's reply in support of its motions in the DPP Action shall be due on or before December 19, 2018;

1        6.      IPPs' opposition to Irico's motion(s) in the IPP Action shall be due on or before

2 December 14, 2018;

3        7.      Irico's reply in support of its motion(s) in the IPP Action shall be due on or before

4 January 14, 2019; and

5        8.      The hearing on the motion shall be set for January 31 or February 7, 2019 at 2 pm,

6 or at some other date and time convenient for the Court.

7 Dated: October 2, 2018

8 /s/ *R. Alexander Saveri*                             /s/ *Stuart C. Plunkett*
Guido Saveri (22349)                                 John Taladay (*pro hac vice*)
9 R. Alexander Saveri (173102)                         john.taladay@bakerbotts.com
Geoffrey C. Rushing (126910)                         Erik T. Koons (*pro hac vice*)
10 Cadio Zirpoli (179108)                               erik.koons@bakerbotts.com
Matthew D. Heaphy (227224)                           BAKER BOTTS LLP
11 SAVERI & SAVERI, INC.                                1299 Pennsylvania Ave., NW
706 Sansome Street                                   Washington, D.C. 20004
12 San Francisco, CA 94111                              Telephone: 202.639.7700
Telephone: (415) 217-6810                            Facsimile: 202.639.7890
13 Facsimile: (415) 217-6813
                                                     Stuart C. Plunkett (State Bar No. 187971)
14 *Lead Counsel for Direct Purchaser Plaintiffs*       stuart.plunkett@bakerbotts.com
                                                     BAKER BOTTS LLP
15 /s/ *Mario N. Alioto*                                101 California Street, Suite 3070
Mario N. Alioto (56433)                              San Francisco, California 94111
16 Lauren C. Capurro (241151)                          Telephone: (415) 291-6200
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP  Facsimile: (415) 291-6300
17 2280 Union Street
San Francisco, CA 94123                              *Attorneys for Defendants Irico Group Corp.*
18 Telephone: (415) 563-7200                           *and Irico Display Devices Co., Ltd.*
Facsimile: (415) 346-0679
19 E-mail: malioto@tatp.com
20 laurenrussell@tatp.com

21 *Lead Counsel for the Indirect Purchaser Plaintiffs*

22

23 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

24

25 Dated: _____            By: _____
                                            Jon S. Tigar
26                                           United States District Judge

27

28

3
STIPULATION AND [PROPOSED] ORDER RE AMENDED JURISDICTIONAL DISCOVERY DEADLINE,
BRIEFING SCHEDULE, AND HEARING DATE; Master File No. 07-CV-5944-JST

|     |                                                                                                                       |
| --- | --------------------------------------------------------------------------------------------------------------------- |
| 1   | **ATTESTATION**                                                                                                       |
| 2   | I, R. Alexander Saveri, hereby attest, pursuant to United States District Court, Northern                             |
| 3   | District of California Civil Local Rule 5-1(i)(3), that concurrence in the filing of this document                    |
| 4   | has been obtained from the other Signatory hereto.                                                                    |
| 5   | By:   */s/ R. Alexander Saveri*                                                                                       |
| 6   |       R. Alexander Saveri                                                                                             |