Guido Saveri (22349)
    *guido@saveri.com*
R. Alexander Saveri (173102)
    *rick@saveri.com*
Geoffrey C. Rushing (126910)
    *grushing@saveri.com*
Cadio Zirpoli (179108)
    *cadio@saveri.com*
Matthew D. Heaphy (227224)
    *mheaphy@saveri.com*
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone:  (415) 217-6810
Facsimile:  (415) 217-6813

*Lead Counsel for Direct Purchaser Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-CV-5944-JST |
| _____ | MDL No. 1917 |
| This Document Relates to: | **STIPULATION AND [PROPOSED] ORDER RE TRANSLATION PROTOCOL** |
| *ALL DIRECT PURCHASER ACTIONS* _____ | Judge:        Honorable Jon S. Tigar |

1   Direct Purchaser Plaintiffs ("DPPs") and Defendants Irico Display Devices Co., Ltd. and

2   Irico Group Corporation (together, the "Irico Defendants" or "Irico"), by and through the

3   undersigned counsel, hereby stipulate as follows:

4   WHEREAS, the Irico Defendants have submitted several hundred pages of translated

5   documents in connection with their two motions to dismiss filed on July 18, 2018 (ECF Nos. 5312,

6   5313) ("Motions");

7   WHEREAS, in many cases, only a small portion of a document is relevant to the matters at

8   issue in the Motions;

9   WHEREAS, the parties wish to avoid the significant time and expense associated with

10   reviewing for accuracy the portions of the translated documents not at issue, objecting to

11   inaccuracies, and resolving those objections;

12   WHEREAS, the parties may agree on adjustments to the translation protocol, set forth in

13   section XVI of the Court's Order re Discovery and Case Management Protocol, ECF No. 1128

14   (Apr. 3, 2012), to promote efficiency or fairness;

15   WHEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between counsel

16   for DPPs and the Irico Defendants:

17   1.   DPPs will serve objections to translations relied upon in Irico's opening briefs in a

18   separate document on or before the due date for DPPs' opposition to the motions to dismiss.

19   2.   Irico will serve objections to translations relied upon in DPPs' opposition briefs in a

20   separate document on or before the due date for Irico's reply briefs.

21   3.   DPPs will serve objections to translations relied upon in Irico's reply briefs in a

22   separate document within thirty (30) days after Irico's reply briefs are filed.

23   4.   Objections to translations are only necessary for the relevant portions of documents

24   upon which either party relies, with parties reserving the right to object to any other portions of the

25   translations at a later date.

26   5.   The Indirect Purchaser Plaintiffs are not required to serve initial translation

27   objections at this time but will participate in the objection resolution process.

28

6. The parties will meet and confer with regard to the procedure to resolve any objections and final resolution to objections requiring approval from all parties.

Dated: October 3, 2018

/s/ *R. Alexander Saveri*
Guido Saveri (22349)
R. Alexander Saveri (173102)
Geoffrey C. Rushing (126910)
Cadio Zirpoli (179108)
Matthew D. Heaphy (227224)
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Lead Counsel for Direct Purchaser Plaintiffs*

/s/ *Stuart C. Plunkett*
John Taladay (*pro hac vice*)
john.taladay@bakerbotts.com
Erik T. Koons (*pro hac vice*)
erik.koons@bakerbotts.com
BAKER BOTTS LLP
1299 Pennsylvania Ave., NW
Washington, D.C. 20004
Telephone: 202.639.7700
Facsimile: 202.639.7890

Stuart C. Plunkett (State Bar No. 187971)
stuart.plunkett@bakerbotts.com
BAKER BOTTS LLP
101 California Street, Suite 3070
San Francisco, California 94111
Telephone: (415) 291-6200
Facsimile: (415) 291-6300

*Attorneys for Defendants Irico Group Corp.*
*and Irico Display Devices Co., Ltd.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____     By: _____
                                    Jon S. Tigar
                                    United States District Judge

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION**

I, R. Alexander Saveri, hereby attest, pursuant to United States District Court, Northern District of California Civil Local Rule 5-1(i)(3), that concurrence in the filing of this document has been obtained from the other Signatory hereto.

By:     */s/ R. Alexander Saveri*
        R. Alexander Saveri

---

4

STIPULATION AND [PROPOSED] ORDER RE TRANSLATION PROTOCOL;
Master File No. 07-CV-5944-JST