John Taladay (*pro hac vice*)
john.taladay@bakerbotts.com
Erik T. Koons (*pro hac vice*)
erik.koons@bakerbotts.com
BAKER BOTTS LLP
1299 Pennsylvania Ave., NW
Washington, D.C. 20004
Telephone:  (202) 639-7700
Facsimile:   (202) 639-7890

Stuart C. Plunkett (State Bar No. 187971)
stuart.plunkett@bakerbotts.com
BAKER BOTTS LLP
101 California Street, Suite 3600
San Francisco, California 94111
Telephone:  (415) 291-6200
Facsimile:   (415) 291-6300

*Attorneys for*
*IRICO GROUP CORP. and*
*IRICO DISPLAY DEVICES CO., LTD.*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | Case No. 3:07-cv-05944-JST |
| | MDL No.: 1917 |
| THIS DOCUMENT RELATES TO: | **[PROPOSED] ORDER** |
| *ALL DIRECT PURCHASER ACTIONS* | Honorable Jon S. Tigar |

1    TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2    Having reviewed Irico Defendants' Objections to Special Master's Order Granting IPPs' Motion to Compel Supplement Discovery Responses From Irico, the Special Master's Order of September 28, 2018, is approved and adopted with the following amendment: Irico's obligation to respond to IPPs' Interrogatories Nos. 16-18 is deemed satisfied if, pursuant to Rule 33(d), Irico makes its archived sales records available for inspection by Plaintiffs, as the documents are kept in the ordinary course of business.

**IT IS SO ORDERED.**

DATED: _____

JON S. TIGAR<br>United States District Judge