1  John Taladay (*pro hac vice*)
   john.taladay@bakerbotts.com
2  Erik T. Koons (*pro hac vice*)
   erik.koons@bakerbotts.com
3  BAKER BOTTS LLP
   1299 Pennsylvania Ave., NW
4  Washington, D.C. 20004
   Telephone: (202) 639-7700
5  Facsimile: (202) 639-7890

6  Stuart C. Plunkett (State Bar No. 187971)
   stuart.plunkett@bakerbotts.com
7  BAKER BOTTS LLP
   101 California Street, Suite 3600
8  San Francisco, California 94111
   Telephone: (415) 291-6200
9  Facsimile: (415) 291-6300

10 *Attorneys for*
   *IRICO GROUP CORP. and*
11 *IRICO DISPLAY DEVICES CO., LTD.*

12
13                    **UNITED STATES DISTRICT COURT**
                  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
14                        **SAN FRANCISCO DIVISION**

15 | | |
|---|---|
16 IN RE: CATHODE RAY TUBE (CRT)  )   Case No. 3:07-cv-05944-JST
   ANTITRUST LITIGATION,          )
17                                 )   MDL No.: 1917
                                   )
18 THIS DOCUMENT RELATES TO:       )   **APPENDIX OF RECORD**
                                   )   **REGARDING SPECIAL MASTER'S**
19 *ALL DIRECT PURCHASER ACTIONS*  )   **SEPTEMBER 28, 2018 ORDER**
                                   )
20                                 )   Honorable Jon S. Tigar
                                   )
21                                 )
                                   )
22                                 )

23
24
25
26
27
28

# TABLE OF CONTENTS

**DOCUMENT 1:**

Indirect Purchaser Plaintiffs' Motion to Compel Jurisdictional Discovery from the Irico Defendants, dated September 7, 2018

**DOCUMENT 2:**

Declaration of Lauren C. Capurro in Support of Indirect Purchaser Plaintiffs' Motion to Compel Jurisdictional Discovery from the Irico Defendants, September 7, 2018

**DOCUMENT 3:**

Irico Defendants' Opposition to Indirect Purchaser Plaintiffs' Motion to Compel Jurisdictional Discovery from the Irico Defendants, dated September 14, 2018

**DOCUMENT 4:**

Declaration of Stuart C. Plunkett in Support of Irico Defendants' Opposition to Indirect Purchaser Plaintiffs' Motion to Compel Jurisdictional Discovery, dated September 14, 2018

**DOCUMENT 5:**

Indirect Purchaser Plaintiffs' Reply in Further Support of their Motion to Compel Jurisdictional Discovery from the Irico Defendants, dated September 19, 2018

**DOCUMENT 6:**

Second Declaration of Lauren C. Capurro in Support of Indirect Purchaser Plaintiffs' Motion to Compel Jurisdictional Discovery from the Irico Defendants, September 19, 2018

**DOCUMENT 7:**

Order Granting IPPs' Motion to Compel Jurisdictional Discovery re 5332 Special Master's Order re IPPs' Discovery Dispute re 5301, dated September 28, 2018

| | |
|---|---|
| Dated:  October 3, 2018 | */s/ Stuart C. Plunkett* |
| | John Taladay (*pro hac vice*) |
| | john.taladay@bakerbotts.com |
| | Erik T. Koons (*pro hac vice*) |
| | erik.koons@bakerbotts.com |
| | 1299 Pennsylvania Ave., NW |
| | Washington, D.C. 20004 |
| | Telephone:  (202) 639-7700 |
| | Facsimile:   (202) 639-7890 |
| | |
| | Stuart C. Plunkett (State Bar No. 187971) |
| | stuart.plunkett@bakerbotts.com |
| | BAKER BOTTS LLP |
| | 101 California Street, Suite 3600 |
| | San Francisco, California 94111 |
| | Telephone:  (415) 291-6200 |
| | Facsimile:   (415) 291-6300 |
| | |
| | *Attorneys for* |
| | *IRICO GROUP CORP. and* |
| | *IRICO DISPLAY DEVICES CO., LTD.* |