# DOCUMENT 6

Mario N. Alioto, Esq. (56433)
Lauren C. Capurro, Esq. (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA  94123
Telephone:     (415) 563-7200
Facsimile:      (415) 346-0679
malioto@tatp.com
laurenrussell@tatp.com

*Lead Class Counsel for the Indirect Purchaser Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. CV-07-5944 SC<br>MDL No. 1917 |
| This Document Relates To:<br><br>ALL INDIRECT PURCHASER ACTIONS | **SECOND DECLARATION OF LAUREN C. CAPURRO IN SUPPORT OF INDIRECT PURCHASER PLAINTIFFS' MOTION TO COMPEL JURISDICTIONAL DISCOVERY FROM THE IRICO DEFENDANTS** |

I, Lauren C. Capurro, declare:

1. I am a partner in the firm Trump, Alioto, Trump & Prescott, LLP, Lead Counsel for the Indirect Purchaser Plaintiffs ("IPPs") in the above-captioned action. I am a member of the Bar of the State of California and admitted to practice before this Court. I make this Second Declaration in further support of IPPs' Motion to Compel Jurisdictional Discovery from the Irico Defendants. Except where otherwise stated, the matters set forth herein are within my personal knowledge and if called upon and sworn as a witness I could competently testify regarding them.

2. I am informed and believe that during an August 3, 2018 meet-and-confer call jointly conducted by the Direct Purchaser Plaintiffs ("DPPs") and IPPs with Irico regarding Irico's discovery responses, DPP counsel asked if there are any legal impediments under Chinese law to copying the archived accounting and sales records that Irico Defendants make available for inspection in China. Irico's counsel Stuart Plunkett responded that he did not know if there are any restrictions on copying the archived documents. DPP counsel requested that Irico's counsel confer with his client and determine if there would be any restriction. Irico's counsel has not responded to this request

3. Irico's descriptions of its archived records and the corporate governance documents it has produced to date indicate that Irico has limited its searches to centralized files. Communications with customers and other CRT manufacturers are more likely reside in individual custodial files, such as those belonging to Mengquan Guo, Zhaojie Wang—two of the witnesses whose depositions Plaintiffs have noticed. IPPs' review of Irico's document production to date indicates that Irico has not produced *any* documents from these witnesses' files.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 19th day of September, 2018 in San Francisco, California.

*/s/ Lauren Capurro*
Lauren Capurro

1
SECOND DECLARATION OF LAUREN C. CAPURRO IN SUPPORT OF INDIRECT PURCHASER PLAINTIFFS' MOTION TO COMPEL JURISDICTIONAL DISCOVERY FROM THE IRICO DEFENDANTS