1  Guido Saveri (22349)
       *guido@saveri.com*
2  R. Alexander Saveri (173102)
       *rick@saveri.com*
3  Geoffrey C. Rushing (126910)
       *grushing@saveri.com*
4  Cadio Zirpoli (179108)
       *cadio@saveri.com*
5  Matthew D. Heaphy (227224)
       *mheaphy@saveri.com*
6  SAVERI & SAVERI, INC.
   706 Sansome Street
7  San Francisco, CA 94111
   Telephone: (415) 217-6810
8  Facsimile: (415) 217-6813

9  *Lead Counsel for Direct Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-CV-5944-JST |
| _____ | MDL No. 1917 |
| This Document Relates to: | **STIPULATION AND [PROPOSED] ORDER RE TRANSLATION PROTOCOL** |
| *ALL DIRECT PURCHASER ACTIONS* | Judge:    Honorable Jon S. Tigar |

Direct Purchaser Plaintiffs ("DPPs") and Defendants Irico Display Devices Co., Ltd. and Irico Group Corporation (together, the "Irico Defendants" or "Irico"), by and through the undersigned counsel, hereby stipulate as follows:

WHEREAS, the Irico Defendants have submitted several hundred pages of translated documents in connection with their two motions to dismiss filed on July 18, 2018 (ECF Nos. 5312, 5313) ("Motions");

WHEREAS, in many cases, only a small portion of a document is relevant to the matters at issue in the Motions;

WHEREAS, the parties wish to avoid the significant time and expense associated with reviewing for accuracy the portions of the translated documents not at issue, objecting to inaccuracies, and resolving those objections;

WHEREAS, the parties may agree on adjustments to the translation protocol, set forth in section XVI of the Court's Order re Discovery and Case Management Protocol, ECF No. 1128 (Apr. 3, 2012), to promote efficiency or fairness;

WHEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between counsel for DPPs and the Irico Defendants:

1. DPPs will serve objections to translations relied upon in Irico's opening briefs in a separate document on or before the due date for DPPs' opposition to the motions to dismiss.

2. Irico will serve objections to translations relied upon in DPPs' opposition briefs in a separate document on or before the due date for Irico's reply briefs.

3. DPPs will serve objections to translations relied upon in Irico's reply briefs in a separate document within thirty (30) days after Irico's reply briefs are filed.

4. Objections to translations are only necessary for the relevant portions of documents upon which either party relies, with parties reserving the right to object to any other portions of the translations at a later date.

5. The Indirect Purchaser Plaintiffs are not required to serve initial translation objections at this time but will participate in the objection resolution process.

1        6.      The parties will meet and confer with regard to the procedure to resolve any objections and final resolution to objections requiring approval from all parties.

Dated: October 3, 2018

| /s/ *R. Alexander Saveri* | /s/ *Stuart C. Plunkett* |
|---|---|
| Guido Saveri (22349)<br>R. Alexander Saveri (173102)<br>Geoffrey C. Rushing (126910)<br>Cadio Zirpoli (179108)<br>Matthew D. Heaphy (227224)<br>SAVERI & SAVERI, INC.<br>706 Sansome Street<br>San Francisco, CA 94111<br>Telephone: (415) 217-6810<br>Facsimile: (415) 217-6813<br><br>*Lead Counsel for Direct Purchaser Plaintiffs* | John Taladay (*pro hac vice*)<br>john.taladay@bakerbotts.com<br>Erik T. Koons (*pro hac vice*)<br>erik.koons@bakerbotts.com<br>BAKER BOTTS LLP<br>1299 Pennsylvania Ave., NW<br>Washington, D.C. 20004<br>Telephone: 202.639.7700<br>Facsimile: 202.639.7890<br><br>Stuart C. Plunkett (State Bar No. 187971)<br>stuart.plunkett@bakerbotts.com<br>BAKER BOTTS LLP<br>101 California Street, Suite 3070<br>San Francisco, California 94111<br>Telephone: (415) 291-6200<br>Facsimile: (415) 291-6300<br><br>*Attorneys for Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __October 9, 2018__      By: _____
                                             Jon S. Tigar
                                             United States District Judge