JEFFREY L. KESSLER (*pro hac vice*)
EVA W. COLE (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Facsimile:  (212) 294-4700
jkessler@winston.com
ewcole@winston.com

ALDO A. BADINI (SBN 257086)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5840
Telephone: (415) 591-1000
Facsimile:  (415) 591-1400
abadini@winston.com

DAVID L. YOHAI (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153-0019
Telephone: (212) 310-8000
Facsimile:  (212) 310-8007
david.yohai@weil.com

*Attorneys for Defendants Panasonic Corporation;
Panasonic Corporation of North America; and MT Picture Display Co., Ltd.*

[Additional Parties and Counsel on Signature Pages]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Case No. 07-cv-05944-JST<br><br>MDL No. 1917<br><br>**DEFENDANTS' JOINT STATEMENT RE: INDIRECT PURCHASER PLAINTIFFS' MOTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 62.1** |
| This Document Relates to:<br><br>**ALL INDIRECT PURCHASER ACTIONS** | Date:    November 15, 2018<br>Time:    2:00 PM<br>Place:   Courtroom 9, 19th Floor |

The undersigned Defendants do not oppose the Motion Pursuant to Federal Rule of Civil Procedure 62.1 for an Indicative Ruling ("Rule 62.1 Motion"), ECF No. 5335, recently filed by the Indirect Purchaser Plaintiffs ("IPPs"). This Court has already granted final approval to Defendants' settlement agreements with the IPPs, finding them fair, reasonable and adequate. Order Granting Final Approval of Indirect Purchaser Settlements, ECF No. 4712 (July 7, 2016). Defendants do not oppose the IPPs' proposal because it allows those final settlement agreements to remain fully intact, which is of critical concern given that it took over half-a-billion dollars and almost eight years of vigorous litigation and negotiation to reach those agreements.

Indeed, the IPPs' request to amend their own fee allocation and the plan for distributing the settlement funds has no effect on the underlying, final settlement agreements. The distribution plan is and has always been the responsibility of IPPs alone, subject to Court approval. Each of the Defendants' settlement agreements provided for a single, lump-sum amount, which indistinguishably covered all of IPPs' claims and made clear that Defendants had no responsibility for the question of how that lump sum was to be allocated. *See, e.g.*, Settlement Agreement Between Panasonic & IPPs at 10, Ex. B to Decl. of Mario N. Alioto Supp. IPPs' Mot. for Prelim. Approval of Class Action Settlements with Philips, Panasonic, Hitachi, Toshiba & Samsung SDI Defs., ECF No. 3862-2 (May 29, 2015) ("Alioto Decl.") ("[T]he Settlement Fund shall be distributed in accordance with a plan to be submitted at the appropriate time ***by Plaintiffs***, subject to approval by the Court. In no event shall any [Defendant] Releasee have any responsibility . . . whatsoever with respect to the investment, distribution, or administration of the Settlement Fund.") (emphasis added).[1] Furthermore, courts in this Circuit have recognized that the approval of an allocation plan is a separate and distinct inquiry from the approval of a settlement agreement. *See, e.g.*, *In re Mego Fin. Corp. Secs. Litig.*, 213 F.3d 454, 458, 460 (9th Cir. 2000) (analyzing and affirming the settlement agreement and the plan of

---

[1] *See also* Alioto Decl. Ex. A, Philips' Settlement Agreement at 10, ¶ 21 (same); Ex. C, Hitachi's Settlement Agreement at 11, ¶ 20 (same); Ex. D, Toshiba's Settlement Agreement at 10, ¶ 20 (same); Ex. E, Samsung SDI's Settlement Agreement at 11, ¶ 21 (same); Thomson's Settlement Agreement at 11, ¶ 21, Ex. A to Supp. Decl. of Mario N. Alioto Supp. IPPs' Am. Mot. for Prelim. Approval to Include Additional Settlements, ECF No. 3876-1 (June 13, 2015) (same).

distribution separately); *Class Plaintiffs v. City of Seattle*, 955 F.2d 1268, 1276-79, 1284-86 (9th Cir. 1992) (same); *see also In re Omnivision Techs. Inc.*, 559 F. Supp. 2d 1036, 1045-46 (N.D. Cal. 2008).

For the foregoing reasons, Defendants do not oppose IPPs' Rule 62.1 Motion.

Dated: October 10, 2018                                         Respectfully submitted,

By: /s/ *Jeffrey L. Kessler*
JEFFREY L. KESSLER (*pro hac vice*)
EVA W. COLE (*pro hac vice*)
ALDO A. BADINI (SBN 257086)
MOLLY M. DONOVAN (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Ave.
New York, NY 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
jkessler@winston.com
ewcole@winston.com
abadini@winston.com
mmdonovan@winston.com

KEVIN B. GOLDSTEIN (*pro hac vice*)
WINSTON & STRAWN LLP
35 W. Wacker Dr.
Chicago, IL 60601-1644
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
kbgoldstein@winston.com

DAVID L. YOHAI (*pro hac vice*)
ADAM C. HEMLOCK (*pro hac vice*)
DAVID E. YOLKUT (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153-0019
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
david.yohai@weil.com
adam.hemlock@weil.com

*Attorneys for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co. Ltd.); Panasonic Corporation of*

*North America; and MT Picture Display Co., Ltd.*

By: /s/ *Christopher M. Curran*
CHRISTOPHER M. CURRAN (*pro hac vice*)
LUCIUS B. LAU (*pro hac vice*)
DANA E. FOSTER (*pro hac vice*)
WHITE & CASE LLP
701 Thirteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355
ccurran@whitecase.com
alau@whitecase.com
defoster@whitecase.com

*Attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

By: /s/ *Erik T. Koons*
JOHN M. TALADAY (*pro hac vice*)
ERIK T. KOONS (*pro hac vice*)
BAKER BOTTS LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
john.taladay@bakerbotts.com
erik.koons@bakerbotts.com

JON V. SWENSON (SBN 233054)
BAKER BOTTS LLP
1001 Page Mill Road Building One, Suite 200
Palo Alto, CA 9430
Telephone: (650) 739-7500
Facsimile: (650) 739-7699
jon.swenson@bakerbotts.com

*Attorneys for Defendants Koninklijke Philips N.V. and Philips North America Corporation*

By: /s/ *Andrew Rhys Davies*
MICHAEL S. FELDBERG (*pro hac vice*)
ANDREW RHYS DAVIES (*pro hac vice*)

|  |  |
|---|---|
| 1 | ALLEN & OVERY LLP |
| 2 | 1221 Avenue of the Americas |
|  | New York, NY 10020 |
| 3 | (212) 610-6300 |
|  | michael.feldberg@allenovery.com |
| 4 | andrewrhys.davies@allenovery.com |

```
                                ALLEN & OVERY LLP
                                1221 Avenue of the Americas
                                New York, NY 10020
                                (212) 610-6300
                                michael.feldberg@allenovery.com
                                andrewrhys.davies@allenovery.com

                                JOHN ROBERTI (pro hac vice)
                                ALLEN & OVERY LLP
                                1101 New York Avenue, NW
                                Washington, DC 20005
                                (202) 683-3800
                                john.roberti@allenovery.com
```

*Attorneys for Defendants Samsung SDI America, Inc.; Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) SDN. BHD.; Samsung SDI Mexico S.A. DE C.V.; Samsung SDI Brasil Ltda.; Shenzen Samsung SDI Co., Ltd.; and Tianjin Samsung SDI Co., Ltd.*

By: /s/ *Kathy L. Osborn*
KATHY L. OSBORN (*pro hac vice*)
RYAN M. HURLEY (*pro hac vice*)
FAEGRE BAKER DANIELS LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com

CALVIN L. LITSEY (SBN 289659)
FAEGRE BAKER DANIELS LLP
1950 University Avenue, Suite 450
East Palo Alto, CA 94303-2279
Telephone: (650) 324-6700
Facsimile: (650) 324-6701
calvin.litsey@FaegreBD.com

*Attorneys for Defendants Thomson SA and Thomson Consumer Electronics, Inc.*

By: /s/ *Eliot A. Adelson*
ELIOT A. ADELSON (SBN 205284)
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA 94104

4

DEFENDANTS' JOINT STATEMENT RE: IPPS' MOTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE RULE 62.1
NO. 07-CV-05944-JST, MDL NO. 1917

Telephone: 415-439-1413
Facsimilie: 415-439-1500
eadelson@kirkland.com

*Attorneys for Defendants Hitachi Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display, Inc.), Hitachi Asia, Ltd., Hitachi America, Ltd., and Hitachi Electronic Devices (USA), Inc.*

Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the signatories.

5

DEFENDANTS' JOINT STATEMENT RE: IPPS' MOTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE RULE 62.1
NO. 07-CV-05944-JST, MDL NO. 1917