MARIO N. ALIOTO, ESQ. (56433)
JOSEPH M. PATANE, ESQ. (72202)
LAUREN C. RUSSELL, ESQ. (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA  94123
Telephone:  (415) 563-7200
Facsimile: (415) 346-0679
E-mail: malioto@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the Indirect Purchaser Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-cv-05944-JST<br><br>MDL No. 1917<br><br>**DECLARATION OF KATHRYN GUMM IN RESPONSE TO INDIRECT PURCHASER PLAINTIFFS' MOTION UNDER FEDERAL RULE OF CIVIL PROCEDURE 62.1 FOR AN INDICATIVE RULING ON THEIR REQUEST TO AMEND THE FEE ORDER AND APPROVE REVISED PLAN OF DISTRIBUTION**<br><br>Hearing Date:  November 15, 2018<br>Time: 2:00 p.m.<br>Courtroom: 9, 19th Floor<br>Judge:  Honorable Jon S. Tigar |
| This Document Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS | |

I, Kathryn Gumm, declare:

1. I am a resident of the state of Missouri. I am the class representative for the state of Missouri in *Luscher et al. v. Mitsubishi Electric Corp.*, 3:17-cv-04067-JST, MDL No. 1917, pending before the Honorable Jon S. Tigar.

2. I am represented by Lawrence G. Papale of the Law Offices of Lawrence G. Papale, The Cornerstone Building, 1308 Main Street, Suite 117, St. Helena, CA 94574.

3. I have reviewed the Indirect Purchaser Plaintiffs' Motion Pursuant to Federal Rule Of Civil Procedure 62.1 For An Indicative Ruling on Their Motion To Amend The IPP Fee Order And Amend The Plan Of Distribution, ECF No. 5335 (the "Rule 62.1 Motion"), with my lawyer, and have discussed the Motion with him and Lead Counsel.

4. I understand that if the Court grants the Rule 62.1 Motion and amends the plan of distribution for the settlements, class members from Missouri would have an opportunity to file a claim against the $576.75 million settlement fund, as supplemented by the $6 million from IPP Counsel's fee award. I further understand that class members in Missouri would be compensated at the same level as class members from other states who previously filed claims.

5. I believe that it is fair and reasonable for class members in Missouri to have an opportunity to file claims on the same terms as class members in other states. Therefore, I approve of the Rule 62.1 Motion.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 11th day of October 2018 at Maryville, Missouri.

*Kathryn Gumm*
Kathryn Gumm

2

DECLARATION OF KATHRYN GUMM IN RESPONSE TO INDIRECT PURCHASER PLAINTIFFS' MOTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 62.1 FOR AN INDICATIVE RULING ON THEIR MOTION TO AMEND THE IPP FEE ORDER AND AMEND THE PLAN OF DISTRIBUTION
Master File No. 07-cv-05944-JST; MDL No. 1917