MICHAEL W. BIEN – 096891
JEFFREY L. BORNSTEIN – 099358
JENNY S. YELIN – 273601
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email: mbien@rbgg.com
jbornstein@rbgg.com
jyelin@rbgg.com

Attorneys for Non-Party Objectors
FINANCIAL RECOVERY SERVICES.
INC., d/b/a FINANCIAL RECOVERY
STRATEGIES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION,<br><br>This Document Relates to:<br>All Indirect Purchaser Actions | Master File No. CV-07-5944-JST<br>MDL No. 1917<br><br>**CLASS ACTION**<br><br>**NOTICE OF CHANGE OF ADDRESS**<br><br>Judge:   Hon. Jon S. Tigar |
|---|---|

[3310717.1]

Case No. CV-07-5944-JST

NOTICE OF CHANGE OF ADDRESS

Pursuant to Local Rule 3-11, Rosen Bien Galvan & Grunfeld LLP, counsel for Non-Party Objector **Financial Recovery Services, Inc., d/b/a Financial Recovery Strategies,** in the above-entitled action, hereby notifies the Court that the address of Rosen Bien Galvan & Grunfeld LLP has changed as of October 15, 2018.  The new address is as follows:

>Rosen Bien Galvan & Grunfeld LLP
>101 Mission Street, Sixth Floor
>San Francisco, CA  94105-1738

DATED:  October 15, 2018	Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP


By:	/s/ Jenny S. Yelin
	Jenny S. Yelin

Attorneys for Non-Party Objectors
FINANCIAL RECOVERY SERVICES. INC., d/b/a
FINANCIAL RECOVERY STRATEGIES