

3 Park Plaza, 20th Floor, Irvine, CA  92614-8505 ▪ p949 263-8400 ▪ f949 263-8414

**Deborah E. Arbabi**
**(949) 798-1318**
**darbabi@crowell.com**

October 15, 2018

Honorable Jon S. Tigar
United States District Judge
United States District Court for the Northern District of California
San Francisco Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

    Re:   *In re Cathode Ray Tube (CRT) Antitrust Litigation*; 07-cv-05944-JST; (N.D. Cal); Indirect Purchaser Action

Dear Judge Tigar:

    We are counsel for certain Indirect Purchaser Plaintiff class members with claims which we understand represent a significant portion of the claims submitted by the class.

    On behalf of our clients, we write in support of Indirect Purchaser Plaintiffs' ("IPPs") Motion for an Indicative Ruling on Their Motion to Amend the IPP Fee Order and Amend the Plan of Distribution (ECF No. 5335).[1] Our clients believe a favorable ruling may lead to faster overall resolution of their claims and those of the class. Our clients applaud IPP class counsel's willingness to reduce its own fees in an effort to more fairly and reasonably compensate class members.

    Respectfully Submitted,

    */s/  Deborah E. Arbabi*

    Deborah E. Arbabi
    Crowell & Moring LLP

cc:  record counsel (via ECF)

---

[1] We recognize that any issues regarding timeliness of claims are not at issue in this motion. Should that subject of timeliness come before this Court at a different time, we would respectfully request the opportunity to brief our position to the Court on behalf of our clients.