# EXHIBIT 2

(39 of 60)

Case: 4:07-cv-05944-JST Document 5350-2 Filed 10/15/18 Page 2 of 7
Case: 16-16373, 10/31/2018, ID: 11044864, DktEntry: 258-3, Page 2 of 6

# CURRICULUM VITAE OF BRIAN M. TORRES

Since 1994, Brian M. Torres has practiced law in Miami, Florida, as a member of the Florida Bar. Mr. Torres prosecutes civil litigation on behalf of clients in state and federal courts and in arbitration. Mr. Torres has served as trial counsel in more than 200 civil litigation cases. He has also appeared as appellate counsel in several dozen cases, including more than 20 cases as lead appellate counsel. Client matters frequently include claims for breach of contract and related damages, including lost profits; unfair trade practices and anticompetitive conduct; violations of consumer protection statutes and regulations; infringement of intellectual property; fraud and misrepresentation; and financing-related claims.

Mr. Torres is often involved in complex litigation, including class actions venued in federal courts and the Complex Business Litigation sections of Florida circuit courts. Mr. Torres first became involved in class action litigation in 1994 as an associate with Kurzban Kurzban & Weinger, P.A., in Miami, Florida, where he was engaged in the representation of the Haitian Refugee Center, Inc., in multi-party class action litigation against the U.S. Government concerning alleged constitutional and statutory violations in its handling of both Cuban and Haitian migrants seeking to enter the U.S. *See Cuban Amer. Bar Ass'n et al. v. Warren Christopher, Secretary of State, et al.*, 43 F.3d 1412 (11th Cir. 1995).

Subsequent to co-founding Sheftall Alvarez & Torres, P.A., in 1996, class action litigation became the predominant part of Mr. Torres's practice during the next ten years, including cases against auto insurers doing business in the State of Florida. Mr. Torres was directly involved in the representation of classes of insureds and medical providers seeking to recover damages for Florida auto-insurers' failure to pay timely Personal Injury Protection (PIP) benefits. Mr. Torres and his firm were appointed lead class counsel in nearly two dozen such cases. The first such case to be certified as a class action and affirmed on appeal was *Colonial Penn Ins. Co. v. Magnetic Imaging Sys. I, Ltd.*, 694 So. 2d 852 (Fla. 3d DCA 1997) ("The trial court found that Magnetic and its qualified lawyers would be adequate representatives, and the record clearly supports this finding."). Additionally, Mr. Torres and his then-law partner, Scott Sheftall, Esq., are believed to be the first lawyers in Florida to obtain class certification and a damages award to a class in arbitration. *USA Diagnostics, Inc. v. Fortune Ins. Co.,* Case No. 94-013154 (Fla. 17th Cir.).

More recently, Mr. Torres and his firm were appointed as co-class counsel in a certified class action in the Complex Business Litigation Division of Miami-Dade Circuit Court: *Solaris at Brickell Bay Condo. Ass'n, Inc. v. LM Funding, LLC*, 2014-CA-20043 (Fla. 11th Cir.). That class action involved allegations on behalf of a state-wide class of hundreds of condominium associations of violations of Florida's usury laws, RICO statutes, and Deceptive and Unfair Trade Practices Act against a financial services company.

A list of representative class action cases in which Mr. Torres participated is attached at Appendix "A" to this Curriculum Vitae.

**Bar Admissions**

- State of Florida, 1994

- U.S. Court of Appeals, 11th Circuit, 1999

- U.S. Court of Appeals, 9th Circuit, 2013

- U.S. District Court, Southern District of Florida, 1995

- U.S. District Court, Middle District of Florida, 1998

- U.S. District Court, Northern District of Florida, 2000

**Education**

- University of California at Berkeley, Boalt Hall School of Law (J.D. 1994)
    – Associate Editor, *California Law Review* (1992-1994)

- Williams College, Williamstown, Massachusetts (B.A. 1991)
    – Graduated *magna cum laude* (1991)
    – Inductee, Phi Beta Kappa Honor Society (1991)

**Professional Employment**

- Shareholder, Brian M. Torres, P.A., Miami, Florida (2016-Present)

- Shareholder, Sheftall & Torres, P.A., Miami, Florida (1996-2016)

- Associate, Gallwey Gillman Curtis Vento & Horn, P.A., Miami, Florida (1996)

- Associate, Kurzban Kurzban & Weinger, P.A., Miami, Florida (1994-1996)

- Law Clerk, Thacher Albrecht & Ratcliff, San Francisco, California (1992-1994)

**Professional Affiliations**

- Member, The Florida Bar (1994-Present)
    – Business Law Section

- Member, American Bar Association (1995-Present)
    – Business Law Section
    – Litigation Section

• Member, Dade County Bar Association (1994-Present)
  – Chair, Appellate Courts Committee (2001-02)

**Professional Publications**

• Co-author, Chapter 12, "Expert Witnesses," 6th and 7th editions of Florida Civil Trial Practice, Fla. Bar (Lexis-Nexis, 2001 and 2005)

• Co-author, Chapter 20, "Orders and Judgments", of the 6th and 7th editions of Florida Civil Trial Practice, Fla. Bar (Lexis-Nexis, 2001 and 2005)

**Professional Recognition**

• "AV Preeminent", Martindale Hubbell

• "Rising Star" in Business Litigation, Florida "Super Lawyers"

(42 of 60)

Case 4:07-cv-05944-JST Document 5350-2 Filed 10/15/18 Page 5 of 7
Case: 16-16373, 10/31/2018, ID: 11064964, DktEntry: 253-3, Page 4 of 6

## APPENDIX "A"

## Representative Class Action Cases

1. *Fridman v. The Collection LLC*, Case No. 18-cv-20348-UU (S.D. Fla.) – representing defendant in case alleging violation of the Telephone Consumer Protection Act

2. *Cavalieri v. Avior Airlines, C.A.*, Case No. 17-cv-22010-FMC (S.D. Fla.) – representing putative consumer class plaintiffs in action alleging breach of contract of carriage against air carrier

3. *Pons v. Arubaanse Luchtvaart Maatschappij N.V., d/b/a Aruba Airlines*, Case No. 17-cv-22008-KMW (S.D. Fla.) – represented putative consumer class plaintiffs in action alleging breach of contract of carriage against air carrier

4. *Saade v. Insel Air f/k/a Insel Air International B.V., et al.*, Case No. 17-cv-22003-KMW (S.D. Fla.) – representing putative consumer class plaintiffs in action alleging breach of contract of carriage against air carrier

5. *Laya et al. v. Santa Barbara Airlines C.A.*, 17-cv-22057-MGC (S.D. Fla.) – represented putative consumer class plaintiffs in action alleging breach of contract of carriage against air carrier

6. *Gomez v. Giorgio Armani Corporation, et al.*, Case No. 16-CV-23865-FAM (S.D. Fla.) – represented defendants in putative class action alleging violations of the Americans with Disabilities Act

7. *Gomez v. Valentino USA, Inc.*, Case No. 16-cv-22147-DPG (S.D. Fla.) – represented defendant in putative class action alleging violations of the Americans with Disabilities Act

8. *Solaris at Brickell Bay Condo. Ass'n, Inc. v. LM Funding, LLC*, 2014-CA-20043 (Fla. 11th Cir.) – representing certified class of condominium associations in Florida against a financial services company for alleged violations of Florida's usury law, federal and state RICO, and Florida's Deceptive and Unfair Trade Practices Act

9. *Gunson v. BMO Harris Bank, N.A., et al.*, Case No. 13-cv-62321-RNS (S.D. Fla.) – represented a defendant bank in putative class action for alleged violations of consumer protection and banking laws arising from the processing of ACH debits for pay-day lenders

- 4 -

10. *In re TFT-LCD Antitrust Litigation*, Case No. 3:07-md-01827-SI (N.D. Cal.), Case Nos. 13-15916, 13-15917, 13-15920 (9th Cir.) – represented three objectors in Florida to national class settlement in price-fixing litigation

11. *United Auto. Ins. Co. v. Diagnostics of S. Fla., Inc., et al.,* Case No. 3D05-396, *reported at* 921 So. 2d 23 (Fla. 3d DCA 2006) – represented class of insureds and medical providers seeking to recover damages for Florida auto-insurer's failure to pay timely Personal Injury Protection (PIP) benefits ("Florida PIP class action litigation")

12. *Magnetic Imaging Sys. I, Ltd. v. Prudential Prop. & Cas. Ins. Co.,* Case No. 3D02-888, *reported at* 847 So. 2d 987 (Fla. 3d DCA 2003) – Florida PIP class action litigation

13. *Consortium for Diagnostics, Inc. v. CIGNA Ins. Co.,* Case No. 99-2260, L.T. Case No. 95-3023, *reported at* 781 So. 2d 1128 (Fla. 3d DCA 2001) – Florida PIP class action litigation

14. *Magnetic Imaging Sys. I, Ltd. v. Auto-Owners Ins. Co.,* Consolidated Case No. 3D00-1581, Case No. 3D00-1581, L.T. Case No. 95-18684 (Fla. 3d DCA 2000) – Florida PIP class action litigation

15. *Magnetic Imaging Sys. I, Ltd v. Safeway Ins. Co.,* Consolidated Case No. 3D00-1581, Case No. 3D00-2318, L.T. Case No. 95- 13821 (Fla. 3d DCA 2000) – Florida PIP class action litigation

16. *American States Ins. Co. v. Magnetic Imaging Sys., Ltd.,* Case No. 98-01704, L.T. Case No. 95-10182, *reported at* 750 So. 2d 731 (Fla. 3d DCA 2000) – Florida PIP class action litigation

17. *Aharanoff v. Colonial Penn Ins. Co., et al.*, Case No. 99-7434-KMM, *Ascar v. Colonial Penn Ins. Co., et al.*, Case No. 99-7474-KMM (S.D. Fla.) – represented class of insureds against auto-insurers for their allegedly deceptive and improper practices in the specification of inferior non-original equipment manufacturer parts in auto repairs

18. *Belfort v. Frank J. Falowski, M.D., et al.,* Case No. 99-01349, L.T. Case No. 95-3016, *reported at* 749 So. 2d 520 (Fla. 3d DCA 1999) – Florida PIP class action litigation

19. *USA Diagnostics, Inc., et al. v. Rene Rosales, et al.,* Case No. 99-1745, L.T. Case No. 99-4588, *reported at* 740 So. 2d 598 (Fla. 3d DCA 1999) – Florida PIP class action litigation

20. *Fortune Ins. Co. v. USA Diagnostics, Inc.,* Case Nos. 98-00689, 99-00524 & 99-01232, L.T. Case No. 94-013154, *reported at* 736 So.2d 1279 (Fla. 4th DCA 1999) – Florida PIP class action litigation

21. *Union American Ins. Co. v. USA Diagnostics, Inc.,* Case No. 96- 148, L.T. Case No. 95-2982, *reported at* 697 So.2d 560 (Fla. 3d DCA 1997) – Florida PIP class action litigation

22. *Liberty Mut. Ins. Co. v. Magnetic Imaging Sys. I, Ltd.,* Case No. 96-2052, L.T. Case No. 95-10175, *reported at* 696 So.2d 1302 (Fla. 3d DCA 1997) – Florida PIP class action litigation

23. *Orion Ins. Co. v. Magnetic Imaging Sys. I, Ltd.,* Case No. 96-1253, L.T. Case No. 95-18321, *reported at* 696 So.2d 475 (Fla. 3d DCA 1997) – Florida PIP class action litigation

24. *Colonial Penn Ins. Co. v. Magnetic Imaging Sys. I, Ltd.,* Case No. 96-00774, L.T. Case No. 95-18686, *reported at* 694 So. 2d 852 (Fla. 3d DCA 1997) – Florida PIP class action litigation

25. *Cuban American Bar Ass 'n, Inc., et al. v. Warren Christopher, Secretary of State, et al.,* 43 F.3d 1412 (11th Cir. 1995) – multi-party class action litigation against U.S. Government concerning alleged constitutional and statutory violations in its handling of both Cuban and Haitian migrants seeking to enter the U.S. in 1994