# BONSIGNORE TRIAL LAWYERS, PLLC

TRIAL LAWYERS
www.classactions.us
23 FOREST ST.
MEDFORD, MA 02155

Rbonsignore@class-actions.us

CELL: (781) 856-7650
OFFICE: (781) 350-0000
FAX: (702) 852-5726

Office of the Clerk
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3489

October 17, 2018

Re:     Case No. 3:07-cv-5944
        MDL No. 1917

    Due to a software error the font type in the original filing was altered from the original draft sent for filing. We have corrected the software glitch and re-submitted the opposition motion – without changes to the substance - to correct the formatting of the original submission. The original filed on October 15, 2018 is noted as Doc. 5349. The corrected is noted as 5351 and differs from the original only as to the font type.

    Please contact me at (781) 350-0000 or rbonsignore@class-actions.us if you have any questions in regard to the form.

Sincerely,
Robert Bonsignore, Esq.