MARIO N. ALIOTO, ESQ. (56433)
JOSEPH M. PATANE, ESQ. (72202)
LAUREN C. CAPURRO, ESQ. (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA  94123
Telephone:  (415) 563-7200
Facsimile: (415) 346-0679
E-mail: malioto@tatp.com
jpatane@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the Indirect Purchaser Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*All Indirect Purchaser Actions* | Master File No. 3:07-cv-05944-JST<br>Case No. 3:17-cv-04067-JST<br><br>MDL No. 1917<br><br>**ADMINISTRATIVE MOTION PURSUANT TO L.R. 7-11 FOR LEAVE FOR EXCESS PAGES**<br><br>Judge: Hon. Jon S. Tigar |

Pursuant to N.D. Cal. L.R. 7-11, Indirect Purchaser Plaintiffs ("IPPs") move the Court for leave to file a Reply in Support of Motion Pursuant to Federal Rule of Civil Procedure 62.1 for an Indicative Ruling on Their Motion to Amend the IPP Fee Order and Amend the Plan of Distribution ("Reply") of 22 pages.  Neither Defendants nor Objectors oppose this motion.

IPPs' administrative motion should be granted.  In their Reply, IPPs respond to both (1) Objector Dan L. Williams Co.'s Opposition to Indirect-Purchaser Plaintiffs' Fed. R. Civ. P. 62.1 Motion for an Indicative Ruling (ECF No. 5350), filed by Dan L. Williams & Co.; and (2) the Joint Opposition to IPPs Counsel's Motion Pursuant to Federal Rule of Civil Procedure 62.1 for an Indicative Ruling (ECF No. 5351), filed by Objectors Anthony Gianasca, Gloria Comeaux, Mina Ashkannejhad individually or as Administrator of the Estate of the Late R. Deryl Edwards, Jr., Rosemary Ciccone and Jeff Craig (the Gianasca Objectors), and Rockhurst University, Gary Talewsky, and Harry Garavanian (the Rockhurst Objectors).  IPPs are filing one combined brief in reply to the two opposition briefs totaling 39 pages, and need the additional seven (7) pages to fully reply to the arguments set forth in the opposition briefs.

Accordingly, IPPs respectfully request that the Court grant this Administrative Motion and allow IPPs to file a Reply of 22 pages.

Dated:  October 22, 2018                    Respectfully submitted,

 */s/ Mario N. Alioto*
Mario N. Alioto (56433)
malioto@tatp.com
Joseph M. Patane (72202)
jpatane@tatp.com
Lauren C. Capurro (241151)
laurenrussell@tatp.com
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2280 Union Street
San Francisco, CA 94123
Telephone: 415-563-7200
Facsimile: 415-346-0679

*Lead Counsel for Indirect Purchaser Plaintiffs*