MARIO N. ALIOTO, ESQ. (56433)
JOSEPH M. PATANE, ESQ. (72202)
LAUREN C. RUSSELL, ESQ. (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: malioto@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the Indirect Purchaser Plaintiffs*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*All Indirect Purchaser Actions* | Master File No. 3:07-cv-05944-JST<br>Case No. 3:17-cv-04067-JST<br><br>MDL No. 1917<br><br>**[PROPOSED] ORDER GRANTING IPPS' ADMINISTRATIVE MOTION PURSUANT TO L.R. 7-11 FOR LEAVE FOR EXCESS PAGES**<br><br>Judge: Hon. Jon S. Tigar |

# [PROPOSED] ORDER

Upon consideration of the IPPs' Administrative Motion Pursuant to L.R. 7-11 for Leave for Excess Pages ("Administrative Motion"), it is hereby:

ORDERED that the Administrative Motion is GRANTED; and it is further ORDERED that IPPs may file their Reply in Support of Motion Pursuant to Federal Rule of Civil Procedure 62.1 for an Indicative Ruling on Their Motion to Amend the IPP Fee Order and Amend the Plan of Distribution ("Reply") of twenty-two (22) pages.

IT IS SO ORDERED

Dated: _____, 2018

          **The Honorable Jon S. Tigar**
          **Northern District of California**