Guido Saveri (22349)
    *guido@saveri.com*
R. Alexander Saveri (173102)
    *rick@saveri.com*
Geoffrey C. Rushing (126910)
    *grushing@saveri.com*
Cadio Zirpoli (179108)
    *cadio@saveri.com*
Matthew D. Heaphy (227224)
    *mheaphy@saveri.com*
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone:  (415) 217-6810
Facsimile:  (415) 217-6813

*Lead Counsel for Direct Purchaser Plaintiffs*

Mario N. Alioto (56433)
Lauren C. Capurro (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA  94123
Telephone:  (415) 563-7200
Facsimile: (415) 346-0679
E-mail: malioto@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the Indirect Purchaser Plaintiffs*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-CV-5944-JST |
| | MDL No. 1917 |
| This Document Relates to: | **STIPULATION AND [PROPOSED] ORDER RE SECOND AMENDED JURISDICTIONAL DISCOVERY DEADLINE, BRIEFING SCHEDULE, AND HEARING DATE** |
| *ALL ACTIONS* | |
| | Judge:     Honorable Jon S. Tigar |

Direct Purchaser Plaintiffs ("DPPs"), Indirect Purchaser Plaintiffs ("IPPs") (together with DPPs, "Plaintiffs"), and Defendants Irico Display Devices Co., Ltd. and Irico Group Corporation (together, the "Irico Defendants" or "Irico"), by and through the undersigned counsel, hereby stipulate as follows:

WHEREAS, on May 1, 2018, the Court entered a stipulation and order setting a schedule for jurisdictional discovery, motion briefing and a hearing on jurisdictional issues in the DPP Action, ECF No. 5282;

WHEREAS, on July 18, 2018 and August 13, 2018, the Court entered orders setting a schedule for jurisdictional discovery in the IPP Action, and motion briefing and a hearing on jurisdictional issues in the IPP Action, and continued the hearing date in the DPP Action, ECF Nos. 5317 and 5323;

WHEREAS, on October 9, 2018, the Court entered the parties' stipulation to amend jurisdictional discovery deadline, briefing schedule, and hearing date, ECF No. 5340;

WHEREAS, on October 16, 2018, the Court granted DPPs' motion to compel Irico's compliance with August 2, 2018 Special Master's Order granting DPPs' motion for jurisdictional discovery, ECF No. 5352, as well as IPPs' motion to compel jurisdictional discovery, ECF No. 5353;

WHEREAS, the parties agree that they need additional time to complete discovery in light of the orders on the motions to compel, including time to negotiate the scope of discovery that the parties will complete in advance of the close of jurisdictional discovery pursuant to those orders;

WHEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiffs and the Irico Defendants:

1. The parties shall meet and confer to reschedule the depositions to occur prior to the close of discovery;

2. Jurisdictional discovery shall close on February 22, 2019;

3. Irico's opening motion(s) regarding jurisdictional issues in the IPP Action shall be due on or before February 8, 2019;

1        4.      DPPs' opposition to Irico's motions in the DPP Action (ECF Nos. 5312, 5313) shall

2   be due on or before March 4, 2019;

3        5.      Irico's reply in support of its motions in the DPP Action shall be due on or before

4   April 4, 2019;

5        6.      IPPs' opposition to Irico's motion(s) in the IPP Action shall be due on or before

6   March 22, 2019;

7        7.      Irico's reply in support of its motion(s) in the IPP Action shall be due on or before

8   April 22, 2019; and

9        8.      The hearing on the motion shall be set for May 9, 16, 22, 30, 2019, or June 6, 2019

10   at 2:00 p.m., or at some other date and time convenient for the Court.

11   Dated: November 2, 2018

12   /s/ *R. Alexander Saveri*                  /s/ *Stuart C. Plunkett*

Guido Saveri (22349)                    John Taladay (*pro hac vice*)

13   R. Alexander Saveri (173102)           john.taladay@bakerbotts.com

Geoffrey C. Rushing (126910)          Erik T. Koons (*pro hac vice*)

14   Cadio Zirpoli (179108)                  erik.koons@bakerbotts.com

Matthew D. Heaphy (227224)          BAKER BOTTS LLP

15   SAVERI & SAVERI, INC.             1299 Pennsylvania Ave., NW

706 Sansome Street                   Washington, D.C. 20004

16   San Francisco, CA 94111            Telephone: 202.639.7700

Telephone: (415) 217-6810           Facsimile: 202.639.7890

17   Facsimile: (415) 217-6813

18   *Lead Counsel for Direct Purchaser Plaintiffs*    Stuart C. Plunkett (State Bar No. 187971)

                                           stuart.plunkett@bakerbotts.com

19   /s/ *Mario N. Alioto*                   BAKER BOTTS LLP

Mario N. Alioto (56433)              101 California Street, Suite 3070

20   Lauren C. Capurro (241151)           San Francisco, California 94111

TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP   Telephone: (415) 291-6200

21   2280 Union Street                    Facsimile: (415) 291-6300

22   San Francisco, CA 94123

Telephone:  (415) 563-7200          *Attorneys for Defendants Irico Group Corp.*

23   Facsimile: (415) 346-0679           *and Irico Display Devices Co., Ltd.*

E-mail: malioto@tatp.com

24   laurenrussell@tatp.com

25   *Lead Counsel for the Indirect Purchaser Plaintiffs*

26

27

28

STIPULATION AND [PROPOSED] ORDER RE SECOND AMENDED JURISDICTIONAL DISCOVERY
DEADLINE, BRIEFING SCHEDULE, AND HEARING DATE; Master File No. 07-CV-5944-JST

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated: _____          By: _____

Jon S. Tigar
United States District Judge

STIPULATION AND [PROPOSED] ORDER RE SECOND AMENDED JURISDICTIONAL DISCOVERY
DEADLINE, BRIEFING SCHEDULE, AND HEARING DATE; Master File No. 07-CV-5944-JST

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION**

I, Christopher T. Micheletti, hereby attest, pursuant to United States District Court,

Northern District of California Civil Local Rule 5-1(i)(3), that concurrence in the filing of this

document has been obtained from the other Signatories hereto.

By:     */s/ Christopher T. Micheletti*
        Christopher T. Micheletti

STIPULATION AND [PROPOSED] ORDER RE SECOND AMENDED JURISDICTIONAL DISCOVERY
DEADLINE, BRIEFING SCHEDULE, AND HEARING DATE; Master File No. 07-CV-5944-JST