Guido Saveri (22349)
   *guido@saveri.com*
R. Alexander Saveri (173102)
   *rick@saveri.com*
Geoffrey C. Rushing (126910)
   *grushing@saveri.com*
Cadio Zirpoli (179108)
   *cadio@saveri.com*
Matthew D. Heaphy (227224)
   *mheaphy@saveri.com*
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Lead Counsel for Direct Purchaser Plaintiffs*

Mario N. Alioto (56433)
Lauren C. Capurro (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: malioto@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the Indirect Purchaser Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*ALL ACTIONS* | Master File No. 07-CV-5944-JST<br><br>MDL No. 1917<br><br>**STIPULATION AND [PROPOSED] ORDER RE SECOND AMENDED JURISDICTIONAL DISCOVERY DEADLINE, BRIEFING SCHEDULE, AND HEARING DATE**<br><br>Judge:    Honorable Jon S. Tigar |

Direct Purchaser Plaintiffs ("DPPs"), Indirect Purchaser Plaintiffs ("IPPs") (together with DPPs, "Plaintiffs"), and Defendants Irico Display Devices Co., Ltd. and Irico Group Corporation (together, the "Irico Defendants" or "Irico"), by and through the undersigned counsel, hereby stipulate as follows:

WHEREAS, on May 1, 2018, the Court entered a stipulation and order setting a schedule for jurisdictional discovery, motion briefing and a hearing on jurisdictional issues in the DPP Action, ECF No. 5282;

WHEREAS, on July 18, 2018 and August 13, 2018, the Court entered orders setting a schedule for jurisdictional discovery in the IPP Action, and motion briefing and a hearing on jurisdictional issues in the IPP Action, and continued the hearing date in the DPP Action, ECF Nos. 5317 and 5323;

WHEREAS, on October 9, 2018, the Court entered the parties' stipulation to amend jurisdictional discovery deadline, briefing schedule, and hearing date, ECF No. 5340;

WHEREAS, on October 16, 2018, the Court granted DPPs' motion to compel Irico's compliance with August 2, 2018 Special Master's Order granting DPPs' motion for jurisdictional discovery, ECF No. 5352, as well as IPPs' motion to compel jurisdictional discovery, ECF No. 5353;

WHEREAS, the parties agree that they need additional time to complete discovery in light of the orders on the motions to compel, including time to negotiate the scope of discovery that the parties will complete in advance of the close of jurisdictional discovery pursuant to those orders;

WHEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiffs and the Irico Defendants:

1. The parties shall meet and confer to reschedule the depositions to occur prior to the close of discovery;

2. Jurisdictional discovery shall close on February 22, 2019;

3. Irico's opening motion(s) regarding jurisdictional issues in the IPP Action shall be due on or before February 8, 2019;

1     4.      DPPs' opposition to Irico's motions in the DPP Action (ECF Nos. 5312, 5313) shall
2 be due on or before March 4, 2019;
3     5.      Irico's reply in support of its motions in the DPP Action shall be due on or before
4 April 4, 2019;
5     6.      IPPs' opposition to Irico's motion(s) in the IPP Action shall be due on or before
6 March 22, 2019;
7     7.      Irico's reply in support of its motion(s) in the IPP Action shall be due on or before
8 April 22, 2019; and
9     8.      The hearing on the motion shall be set for May 9, ~~16, 22, 30, 2019, or June 6,~~ 2019
10 at 2:00 p.m.~~, or at some other date and time convenient for the Court.~~

Dated: November 2, 2018

| /s/ *R. Alexander Saveri* | /s/ *Stuart C. Plunkett* |
|---|---|
| Guido Saveri (22349) | John Taladay (*pro hac vice*) |
| R. Alexander Saveri (173102) | john.taladay@bakerbotts.com |
| Geoffrey C. Rushing (126910) | Erik T. Koons (*pro hac vice*) |
| Cadio Zirpoli (179108) | erik.koons@bakerbotts.com |
| Matthew D. Heaphy (227224) | BAKER BOTTS LLP |
| SAVERI & SAVERI, INC. | 1299 Pennsylvania Ave., NW |
| 706 Sansome Street | Washington, D.C. 20004 |
| San Francisco, CA 94111 | Telephone: 202.639.7700 |
| Telephone: (415) 217-6810 | Facsimile: 202.639.7890 |
| Facsimile: (415) 217-6813 | |
| | Stuart C. Plunkett (State Bar No. 187971) |
| *Lead Counsel for Direct Purchaser Plaintiffs* | stuart.plunkett@bakerbotts.com |
| | BAKER BOTTS LLP |
| /s/ *Mario N. Alioto* | 101 California Street, Suite 3070 |
| Mario N. Alioto (56433) | San Francisco, California 94111 |
| Lauren C. Capurro (241151) | Telephone: (415) 291-6200 |
| TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP | Facsimile: (415) 291-6300 |
| 2280 Union Street | |
| San Francisco, CA 94123 | *Attorneys for Defendants Irico Group Corp.* |
| Telephone: (415) 563-7200 | *and Irico Display Devices Co., Ltd.* |
| Facsimile: (415) 346-0679 | |
| E-mail: malioto@tatp.com | |
| laurenrussell@tatp.com | |

*Lead Counsel for the Indirect Purchaser Plaintiffs*

| | |
|---|---|
| 1 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.** |
| 2 | |
| 3 | Dated: November 5, 2018    By: /s/ Jon S. Tigar |
| 4 | Jon S. Tigar |
| | United States District Judge |