BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
Daniel E. Birkhaeuser (SBN: 136646)
dbirkhaeuser@bramsonplutzik.com
Alan R. Plutzik (SBN: 77785)
aplutzik@bramsonplutzik.com
2125 Oak Grove Road, Suite 125
Walnut Creek, California 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792

*Co-Counsel for the Indirect Purchaser Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | Master File No. 07-cv-05944-JST<br>Case No. 17-cv-04067-JST<br><br>MDL No. 1917<br><br>**NOTICE OF CHANGE OF ADDRESS OF BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP** |
|---|---|
| This Documents Relates To:<br><br>ALL ACTIONS | |

BRAMSON, PLUTZIK, MAHLER &  BIRKHAEUSER NOTICE OF CHANGE OF ADDRESS
CASE NO. 17-CV-04067-JST; MASTER FILE NO. 07-CV-05944-JST

TO THE HONORABLE COURT, THE CLERK OF COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Rule 3-11 of the Local Rules of the United States District Court of the Northern District of California, Bramson, Plutzik, Mahler & Birkhaeuser, LLP, co-counsel for the Indirect Purchaser Plaintiffs, hereby provides notice that it has changed its address to the following:

2125 Oak Grove Road, Suite 125
Walnut Creek, California 94598

The law firm's telephone and fax numbers and its e-mail addresses remain the same.

                                      BRAMSON, PLUTZIK, MAHLER & BIRHAEUSER, LLP

Dated: December 12, 2018

                                                                                                                             _____ */s/*   Alan R. Plutzik_____
Daniel E. Birkhaeuser (State Bar No. 136646)
dbirkhaeuser@bramsonplutzik.com
Alan R. Plutzik (State Bar No. 77785)
aplutzik@bramsonplutzik.comBRAMSON, PLUTZIK, MAHLER
& BIRKHAEUSER LLP
2125 Oak Grove Road, Suite 125
Walnut Creek, CA 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792

Co-Counsel for the Indirect Purchaser Plaintiffs

BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER NOTICE OF CHANGE OF ADDRESS
CASE NO. 17-CV-04067-JST; MASTER FILE NO. 07-CV-05944-JST

2

## CERTIFICATE OF SERVICE

I, Alan Plutzik, declare that I am over the age of eighteen (18) and not a party to the entitled action. I am a partner in the law firm of Bramson, Plutzik, Mahler & Birkhaeuser LLP, co-counsel for Indirect Purchaser Plaintiffs in this action. On December 12, 2018, I caused to be filed the foregoing document with the Clerk of the Court of the United States District Court for the Northern District of California, using the official Court Electronic Document Filing System PACER, which served copies on all interested parties registered for electronic filing.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 12, 2018                     /s/ Alan R. Plutzik
                                                                    Alan R. Plutzik