# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>All Actions | Master File No. CV-07-5944-JST<br>MDL No. 1917<br><br>**[PROPOSED] ORDER GRANTING STATE OF ILLINOIS', STATE OF OREGON'S AND CHUNGHWA PICTURE TUBE LTD.'S MOTION TO DISBURSE THE ILLINOIS AND OREGON SHARES OF THE CHUNGHWA SETTLEMENT FUNDS** |

This matter, having come before the Court, and the Court having considered the parties' papers and any oral arguments:

The State of Illinois', the State of Oregon's and Chunghwa Picture Tube Ltd.'s Motion to Disburse the Illinois and Oregon Shares of the Chunghwa Settlement Funds is granted.

IT IS HEREBY ORDERED:

Illinois' and Oregon's shares of the Chunghwa Net Settlement Fund shall be distributed as follows:

1. $644,079 shall be disbursed to the Attorney General of Illinois for distribution with the settlement funds obtained by the Attorney General of Illinois in the case *State of Illinois v. Hitachi, et al.*, 12-CH-35266, pending in the Circuit Court of Cook County in Illinois.

2. $177,703 shall be disbursed to the Attorney General of Oregon for distribution with the settlement funds obtained by the Attorney General of Oregon in the case

*State of Oregon v. Samsung, et al.*, 1208 10246 in the Circuit Court of Multnomah County in Oregon.

Dated:_____   Entered: _____

                                                      Hon. Jon S. Tigar
                                                      United States District Judge

Order prepared by:

Blake L. Harrop
Chief, Antitrust Bureau
Office of the Illinois Attorney General
100 W. Randolph Street
Chicago, Illinois 60601
(312) 814-1004

*Counsel for the State of Illinois*