Joseph R. Saveri
Steven N. Williams
JOSEPH SAVERI LAW FIRM, INC.
601 California Street, Suite 1000
San Francisco, California 94108
Phone: (415) 500-6800
Fax: (415) 395-9940
jsaveri@saverilawfirm.com
swilliams@saverilawfirm.com

COHEN & GRESSER LLP
Melissa H. Maxman (*Pro Hac Vice* to be submitted)
Erica C. Lai (SBN 261787)
2001 Pennsylvania Ave, NW, Suite 300
Washington, DC 20006
Phone: (202) 851-2070
Fax: (202) 851-2081
mmaxman@cohengresser.com
elai@cohengresser.com

ANDREW J. McGUINNESS, ESQ.
Andrew J. McGuinness (*Pro Hac Vice* to be submitted)
122 S Main St., Suite 118
P.O. Box 7711
Ann Arbor, MI  48107
Phone: (734) 274-9374
Fax: (734) 786-9935
drewmcg@topclasslaw.com

*Counsel for Intervenor Plaintiffs*
DOUGLAS KING and GEORGE FELDMAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 |
|---|---|
| | Case No. 07-cv-5944 JST |
| THIS DOCUMENT RELATES TO ALL INDIRECT PURCHASER ACTIONS | **DECLARATION OF JOSEPH R. SAVERI IN SUPPORT OF INTERVENOR PLAINTIFFS' NOTICE OF MOTION AND MOTION TO INTERVENE** |
| | Hearing Date: February 28, 2019<br>Time: 2:00 p.m.<br>Courtroom: 9, 19th Floor<br>Judge: Honorable Jon S. Tigar |

I, Joseph R. Saveri, declare and state as follows:

1. I am the founder of the Joseph Saveri Law Firm, Inc. ("JSLF"), and I am a member in good standing of the State Bar of California. I am over 18 years of age and have personal knowledge of the facts stated in this Declaration. If called as a witness, I could and would testify competently to them. I make this declaration pursuant to 28 U.S.C. § 1746

2. I make this Declaration in support of Intervenor Plaintiffs' Notice of Motion and Motion to Intervene in the Indirect Purchaser Plaintiffs ("IPP") Actions.

3. JSLF has investigated, prosecuted, and successfully resolved numerous antitrust class actions such as this one. Some of these cases include *In re Capacitors Antitrust Litig.,* MDL No. 1917, 3:14-cv-03264-JD (N.D. Cal.), *In re Titanium Dioxide Antitrust Litig.,* RDB-10-0318 (D. Md.), *In re High-Tech Employee Antitrust Litig.,* 11-cv-2509-LHK (N.D. Cal.), and *In re Cipro Cases I & II,* (San Diego Cty. Super. Ct. Nos. JCCP 4154/4220. As lead or co-lead counsel in these cases, I have taken a personal leadership role in organizing the litigation, setting strategy, establishing and directing teams of lawyers and assigning specific tasks to teams of attorneys in a way that ensures the efficient use of resources and maximizes the talents of the litigation team. I have negotiated numerous settlements in complex cases, including antitrust cases and other class actions.

4. Over the past decade, my partner Steven N. Williams has played a lead role in many prominent antitrust class cases. These include *In re Automotive Parts Antitrust Litig.,* MDL No. 2311 (E.D. Mich) (largest ever recovery in an indirect purchaser class action) and *Wortman v. All Nippon Airways,* 854 F.3d 606 (9th Cir., 2017) and *E. & J. Gallo Winery v. WD Energy,* 503 F.3d 1027 (9th Cir. 2007) two groundbreaking cases which expanded the power of federal courts to consider damage claims in antitrust cases involving regulated industries.

5. JSLF has been widely acknowledged for excellence in the field of complex litigation, including antitrust cases. The firm and its lawyers have received awards and accolades from numerous organizations and entities, including the American Antitrust Institute, Chambers USA, Martindale Hubbell, and *Super Lawyers*. They lecture and write on many topics, are actively involved in numerous legal organizations, are multi-lingual and from diverse backgrounds, and are active in various *pro bono* activities. Additional information on the firm can be found at https://saverilawfirm.com.

6. Attached hereto as Exhibit A is a true and correct copy of a photograph of the label affixed to a television set purchased by Intervenor Plaintiff George Feldman in Anne Arbor, Michigan. Mr. Feldman has not opted-out of the certified IPP class.

7. Attached hereto as Exhibit B is a true and correct copy of a photograph of the label affixed to a television set purchased by Intervenor Plaintiff Douglas King in Anne Arbor, Michigan. Mr. King has not opted out of the certified IPP class.

I declare under penalty of perjury that the foregoing is true and correct, and this Declaration is executed at San Francisco, California on January 11, 2019.

By: */s/ Joseph R. Saveri*
Joseph R. Saveri

# Exhibit A

Thomson multimedia Inc.
10330 NORTH MERIDIAN STREET
INDIANAPOLIS, IN 46290-1024

GE

Thomson multimedia Ltd
6200 Edwards Blvd.
MISSISSAUGA, ONT. L5T

LISTED TV
RECEIVER/RECEPTEUR



336H E7916



**WARNING/AVERTISSEMENT**
RISK OF ELECTRIC SHOCK. DO NOT OPEN
RISQUE DE CHOC ELECTRIQUE NE PAS OUVRIR

COMPLIES WITH FDA RADIATION PERFORMANCE STANDARDS 21 CFR SUBCHAPTER J. THIS DEVICE CO
WITH PART 15 OF THE FCC RULES. OPERATION IS SUBJECT TO THE CONDITION THAT THIS DEVICE DO
CAUSE HARMFUL INTERFERENCE. CABLE COMPATIBLE TELEVISION APPARATUS, CANADA. CONFORME
SOUS ALINEA J DES NORMES DE LA FDA EN MATIERE DE RAYONNEMENT CET APPAREIL EST CONFORM
L'ALINEA 15 DU REGLAMENT DE LA FCC. IL NE PEUT ETRE UTILISE QUA CONDITION DE NE PAS PROVOQU
D'INTERFERENCE GENANTE. TELEVISEUR CABLOCOMPATIBLE, CANADA.

MANUFACTURED/FABRIQUE
AUGUST /
AOUT
2002



BA166C335B3060

ASSEMBLED IN /
MEXICO
120 VOLTS
60 Hz~
125 WATTS MA

SERVICE NO./ No. de SERVICE
27GT277TX51

MODEL / MODELE
**27GT277**

SERIAL NO./ No. de SERIE
**C335B306Q**

CHASSIS NO./No. de CHASSI
**CTC203AF9**



# Exhibit B

