JOSEPH SAVERI LAW FIRM, INC.
Joseph R. Saveri (SBN 130064)
Steven N. Williams (SBN 175489)
601 California Street, Suite 1000
San Francisco, California 94108
Phone: (415) 500-6800
Fax: (415) 395-9940
jsaveri@saverilawfirm.com
swilliams@saverilawfirm.com

COHEN & GRESSER LLP
Melissa H. Maxman (*Pro Hac Vice* to be submitted)
Erica C. Lai (SBN 261787)
2001 Pennsylvania Ave, NW, Suite 300
Washington, DC 20006
Phone: (202) 851-2070
Fax: (202) 851-2081
mmaxman@cohengresser.com
elai@cohengresser.com

ANDREW J. McGUINNESS, ESQ.
Andrew J. McGuinness (*Pro Hac Vice* to be submitted)
122 S Main St., Suite 118
P.O. Box 7711
Ann Arbor, MI 48107
Phone: (734) 274-9374
Fax: (734) 786-9935
drewmcg@topclasslaw.com

*Counsel for Intervenor Plaintiffs*
DOUGLAS KING and GEORGE FELDMAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917<br><br>Case No. 07-cv-5944 JST |
| This Document Relates To:<br><br>ALL INDIRECT PURCHASER ACTIONS | **NOTICE OF APPEARANCE OF ERICA C. LAI**<br><br>Judge: The Honorable Jon S. Tigar |

MDL No. 1917
Case No. 07-cv-5944-JST

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Erica C. Lai of Cohen & Gresser LLP, 2001 Pennsylvania Avenue NW, Suite 300, Washington, DC, 20006, hereby enters an appearance as counsel of record for Intervenor Plaintiffs Douglas King and George Feldman in the above referenced matter. Service may be made using the contact information set forth below.

DATED:  January 23, 2019

Respectfully submitted,

COHEN & GRESSER LLP

By: _/s/ Erica C. Lai_
Erica C. Lai (SBN 261787)
2001 Pennsylvania Avenue
Suite 300
Washington, DC 20006
Phone: (202) 851-2070
Fax:    (202) 851-2081
elai@cohengresser.com

*Counsel for Intervenor Plaintiffs*
DOUGLAS KING and GEORGE FELDMAN