UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAGO, INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CHUNGHWA PICTURE TUBES, LTD., et al.,<br><br>    Defendants. | Case No. 07-cv-05944-JST<br><br>**ORDER VACATING HEARING**<br><br>Re: ECF No. 5365 |

Before the Court is Intervenors State of Illinois and State of Oregon and Defendant Chunghwa Picture Tube, Ltd. ("Chunghwa")'s motion for an order directing Class Counsel for the Indirect Purchaser Plaintiffs ("IPPs") to disburse the funds due to indirect purchasers in Illinois and Oregon under the settlement agreement with Chunghwa. ECF No. 5365. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument. The hearing on this matter, currently scheduled for January 31, 2019, is hereby VACATED.

**IT IS SO ORDERED.**

Dated: January 23, 2019

_____
JON S. TIGAR
United States District Judge