1 Mario N. Alioto (56433)
Joseph M. Patane (72202)
2 Lauren C. Capurro (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
3 2280 Union Street
San Francisco, CA 94123
4 Telephone: 415-563-7200
Facsimile: 415- 346-0679
5 Email: malioto@tatp.com
jpatane@tatp.com
6 laurenrussell@tatp.com

7 *Lead Counsel for*
*Indirect Purchaser Plaintiffs*

8

9

                        **UNITED STATES DISTRICT COURT**
10
                       **NORTHERN DISTRICT OF CALIFORNIA**
11
                          **SAN FRANCISCO DIVISION**
12

13  | IN RE: CATHODE RAY TUBE (CRT) | Master File No. CV-07-5944-JST |
ANTITRUST LITIGATION

14                                                MDL No. 1917

15
    This Document Relates to:        **JOINT SUBMISSION RE: STATE OF**
16                                    **ILLINOIS', STATE OF OREGON'S, AND**
    All Indirect Purchaser Actions   **CHUNGHWA PICTURE TUBES, LTD.'S**
17                                    **MOTION TO DISBURSE THE ILLINOIS**
                                      **AND OREGON SHARES OF THE**
18                                    **CHUNGHWA SETTLEMENT FUNDS**

19                                    Hearing Date: January 31, 2019
                                      Time: 2:00 p.m.
20                                    Judge: Honorable Jon S. Tigar
                                      Court: Courtroom 9, 19th Floor
21

22

23

24

25

26

27

28

1    The parties have met and conferred regarding the State of Illinois', State of Oregon's, and

2    Chunghwa Picture Tubes, Ltd.'s Motion to Disburse the Illinois and Oregon Shares of the

3    Chunghwa Settlement Fund, ECF No. 5365 (the "Motion").

4    The parties have agreed that money to the States of Illinois and Oregon from the Chunghwa

5    settlement should be distributed now and that the amount to be distributed to Illinois shall be

6    $540,788 and the amount to be distributed to Oregon shall be $149,204.  There shall be no further

7    payments to Illinois or Oregon.  The payment of these amounts shall be subject to Court approval.

8    The parties are submitting herewith a proposed order.  If this agreement and proposed order are not

9    approved by the Court, any of the parties may at any time in the future proceed and request the

10   Court's ruling on the pending motion.

11

Dated:  January 25, 2019                    Respectfully submitted,

12

By:    /s/ Mario N. Alioto

13

Mario N. Alioto (56433)

14   malioto@tatp.com
Joseph M. Patane (72202)

15   jpatane@tatp.com
Lauren C. Capurro (241151)

16   laurenrussell@tatp.com
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP

17   2280 Union Street
San Francisco, CA 94124

18   Telephone: 415-563-7200
Facsimile: 415-346-0679

19
*Lead Counsel for Indirect Purchaser Plaintiffs*

20

21   Dated: January 24, 2019                     KWAME RAOUL,
Illinois Attorney General

22

By:    /s/ Blake L. Harrop

23
Blake L. Harrop

24   Chief, Antitrust Bureau
Office of the Illinois Attorney General

25   100 W. Randolph Street
Chicago, Illinois 60601

26   (312) 814-1004

27   bharrop@atg.state.il.us

28

1

JOINT SUBMISSION RE: STATE OF ILLINOIS', STATE OF OREGON'S, AND CHUNGHWA PICTURE TUBES,
LTD.'S MOTION TO DISBURSE THE ILLINOIS AND OREGON SHARES OF THE CHUNGHWA SETTLEMENT
FUNDS - Master File No. CV-07-5944-JST

1

2   Dated: January 24, 2019                    ELLEN R. ROSENBLUM,
                                               Oregon Attorney General
3
                                     By:    /s/ Tim D. Nord
4                                           Tim D. Nord
                                            Special Counsel
5                                           Oregon Department of Justice
                                            1162 Court Street NE
6                                           Salem, Oregon 97301
                                            (503) 934-4400
7                                           Tim.D.Nord@doj.state.or.us

8
    Dated: January 24, 2019
9
                                     By:     /s/ Rachel S. Brass
10                                          Rachel S. Brass
                                            Gibson Dunn
11                                          555 Mission St., Ste 3000
                                            San Francisco, CA 94105
12                                          (415) 393-8293
                                            rbrass@gibsondunn.com
13
                                            *Counsel for Chunghwa Picture Tubes, Ltd.*
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT SUBMISSION RE: STATE OF ILLINOIS', STATE OF OREGON'S, AND CHUNGHWA PICTURE TUBES,
LTD.'S MOTION TO DISBURSE THE ILLINOIS AND OREGON SHARES OF THE CHUNGHWA SETTLEMENT
FUNDS - Master File No. CV-07-5944-JST

1

2

3

**ATTESTATION**

4

Pursuant to Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this

5

document has been obtained from Tim Nord, Rachel Brass and Mario Alioto.

6

7

By:     */s/* Blake L. Harrop

8

Blake L. Harrop

*Counsel for the State of Illinois*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT SUBMISSION RE: STATE OF ILLINOIS', STATE OF OREGON'S, AND CHUNGHWA PICTURE TUBES, LTD.'S MOTION TO DISBURSE THE ILLINOIS AND OREGON SHARES OF THE CHUNGHWA SETTLEMENT FUNDS - Master File No. CV-07-5944-JST