**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>All Actions | Master File No. CV-07-5944-JST<br>MDL No. 1917<br><br>[PROPOSED] ORDER GRANTING STATE OF ILLINOIS', STATE OF OREGON'S AND CHUNGHWA PICTURE TUBE LTD.'S MOTION TO DISBURSE THE ILLINOIS AND OREGON SHARES OF THE CHUNGHWA SETTLEMENT FUNDS |

This matter, having come before the Court, and the Court having considered the parties' papers and any oral arguments:

The State of Illinois', the State of Oregon's and Chunghwa Picture Tube Ltd.'s Motion to Disburse the Illinois and Oregon Shares of the Chunghwa Settlement Funds is granted.

IT IS HEREBY ORDERED:

Illinois' and Oregon's shares of the Chunghwa Net Settlement Fund shall be distributed as soon as this Order becomes final, as follows:

1. $540,788 shall be disbursed to the Attorney General of Illinois for distribution with the settlement funds obtained by the Attorney General of Illinois in the case *State of Illinois v. Hitachi, et al.*, 12-CH-35266, pending in the Circuit Court of Cook County in Illinois. The funds shall be sent by check payable to the Office of the Illinois Attorney General and sent to:

   Office of the Illinois Attorney General
   c/o Blake L. Harrop, Chief, Antitrust Bureau
   100 W. Randolph St.
   Chicago, IL 60601

2. $149,204 shall be disbursed to the Attorney General of Oregon for distribution with the settlement funds obtained by the Attorney General of Oregon in the case *State of Oregon v. Samsung, et al.*, 1208 10246 in the Circuit Court of Multnomah County in Oregon. The funds shall be sent by check payable to State of Oregon, Department of Justice, and sent to:

State of Oregon, Department of Justice
Attn: Sue Nunley
1162 Court Street NE
Salem, OR 97301

Dated: January 28, 2019      Entered: _____

Hon. Jon S. Tigar
United States District Judge

Order prepared by:

Blake L. Harrop
Chief, Antitrust Bureau
Office of the Illinois Attorney General
100 W. Randolph Street
Chicago, Illinois 60601
(312) 814-1004

*Counsel for the State of Illinois*

2