# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

In Re: Cathode Ray Tube (CRT)                    )
Antitrust Litigation                             )   Case No: _____
                                                 )
                         Plaintiff(s),           )   **APPLICATION FOR**
                                                 )   **ADMISSION OF ATTORNEY**
            v.                                   )   **PRO HAC VICE**
                                                 )   (CIVIL LOCAL RULE 11-3)
                                                 )
                         Defendant(s).           )
_____          )

    I, _____, an active member in good standing of the bar of _____, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: _____ in the above-entitled action. My local co-counsel in this case is _____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| | |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: _____.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

    ***I declare under penalty of perjury that the foregoing is true and correct.***

Dated: _____

_____
                               APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

    IT IS HEREBY ORDERED THAT the application of _____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____
            UNITED STATES DISTRICT/MAGISTRATE JUDGE