Guido Saveri (22349)
 guido@saveri.com
R. Alexander Saveri (173102)
 rick@saveri.com
Geoffrey C. Rushing (126910)
 grushing@saveri.com
Cadio Zirpoli (179108)
 cadio@saveri.com
Matthew D. Heaphy (227224)
 mheaphy@saveri.com
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Lead Counsel for Direct Purchaser Plaintiffs*

Mario N. Alioto (56433)
Lauren C. Capurro (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: malioto@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the Indirect Purchaser Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-CV-5944-JST |
| | MDL No. 1917 |
| This Document Relates to: | **STIPULATION AND [PROPOSED] ORDER RE THIRD AMENDED JURISDICTIONAL DISCOVERY DEADLINE, BRIEFING SCHEDULE, AND HEARING DATE** |
| *ALL ACTIONS* | |
| | Judge:   Honorable Jon S. Tigar |

Direct Purchaser Plaintiffs ("DPPs"), Indirect Purchaser Plaintiffs ("IPPs") (together with DPPs, "Plaintiffs"), and Defendants Irico Display Devices Co., Ltd. and Irico Group Corporation (together, the "Irico Defendants" or "Irico"), by and through the undersigned counsel, hereby stipulate as follows:

WHEREAS, on May 1, 2018, the Court entered a stipulation and order setting a schedule for jurisdictional discovery, motion briefing and a hearing on jurisdictional issues in the DPP Action, ECF No. 5282;

WHEREAS, on July 18, 2018 and August 13, 2018, the Court entered orders setting a schedule for jurisdictional discovery in the IPP Action, and motion briefing and a hearing on jurisdictional issues in the IPP Action, and continued the hearing date in the DPP Action, ECF Nos. 5317 and 5323;

WHEREAS, on October 9, 2018, the Court entered the parties' stipulation to amend jurisdictional discovery deadline, briefing schedule, and hearing date, ECF No. 5340;

WHEREAS, on October 16, 2018, the Court granted DPPs' motion to compel Irico's compliance with August 2, 2018 Special Master's Order granting DPPs' motion for jurisdictional discovery, ECF No. 5352, as well as IPPs' motion to compel jurisdictional discovery, ECF No. 5353;

WHEREAS, on November 5, 2018, the Court entered the parties' stipulation to amend jurisdictional discovery deadline, briefing schedule, and hearing date, ECF No. 5361;

WHEREAS, the parties agree that they need additional time to complete discovery in light of the orders on the motions to compel, including time for the Irico Defendants to comply with those orders in advance of the close of jurisdictional discovery pursuant to those orders, and time to schedule the depositions of certain current and former employees of the Irico Defendants;

WHEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiffs and the Irico Defendants:

1. The depositions of Mengquan Guo, Zhaojie Wang, and Wenkai Zhang will take place in Hong Kong during the week of March 4, 2019 (i.e., March 4 through March 8);

2. Jurisdictional discovery shall close on March 15, 2019;

3. Irico's opening motion(s) regarding jurisdictional issues in the IPP Action shall be due on or before March 1, 2019;

4. DPPs' opposition to Irico's motions in the DPP Action (ECF Nos. 5312, 5313) shall be due on or before March 25, 2019;

5. Irico's reply in support of its motions in the DPP Action shall be due on or before April 25, 2019;

6. IPPs' opposition to Irico's motion(s) in the IPP Action shall be due on or before April 12, 2019;

7. Irico's reply in support of its motion(s) in the IPP Action shall be due on or before May 13, 2019; and

8. The hearing on the motion shall be set for May 30, 2019 at 2 pm, or at some other date and time convenient for the Court.

Dated: January 28, 2019

| /s/ R. Alexander Saveri | /s/ Stuart C. Plunkett |
|---|---|
| Guido Saveri (22349) | John Taladay (*pro hac vice*) |
| R. Alexander Saveri (173102) | john.taladay@bakerbotts.com |
| Geoffrey C. Rushing (126910) | Erik T. Koons (*pro hac vice*) |
| Cadio Zirpoli (179108) | erik.koons@bakerbotts.com |
| Matthew D. Heaphy (227224) | BAKER BOTTS LLP |
| SAVERI & SAVERI, INC. | 1299 Pennsylvania Ave., NW |
| 706 Sansome Street | Washington, D.C. 20004 |
| San Francisco, CA 94111 | Telephone: 202.639.7700 |
| Telephone: (415) 217-6810 | Facsimile: 202.639.7890 |
| Facsimile: (415) 217-6813 | |
| | Stuart C. Plunkett (State Bar No. 187971) |
| *Lead Counsel for Direct Purchaser Plaintiffs* | stuart.plunkett@bakerbotts.com |
| | BAKER BOTTS LLP |
| /s/ Mario N. Alioto | 101 California Street, Suite 3070 |
| Mario N. Alioto (56433) | San Francisco, California 94111 |
| Lauren C. Capurro (241151) | Telephone: (415) 291-6200 |
| TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP | Facsimile: (415) 291-6300 |
| 2280 Union Street | |
| San Francisco, CA 94123 | *Attorneys for Defendants Irico Group Corp.* |
| Telephone: (415) 563-7200 | *and Irico Display Devices Co., Ltd.* |
| Facsimile: (415) 346-0679 | |
| E-mail: malioto@tatp.com | |
| laurenrussell@tatp.com | |

*Lead Counsel for the Indirect Purchaser Plaintiffs*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____          By: _____
                                              Jon S. Tigar
                                              United States District Judge

**ATTESTATION**

I, R. Alexander Saveri, hereby attest, pursuant to United States District Court, Northern District of California Civil Local Rule 5-1(i)(3), that concurrence in the filing of this document has been obtained from the other Signatories hereto.

By:   */s/ R. Alexander Saveri*
      R. Alexander Saveri