Theresa D. Moore (99978)
Law Offices of Theresa D. Moore
One Sansome Street, 35th Floor
San Francisco, CA 94104
Telephone: (415) 613-1414
tmoore@aliotolaw.com

*Counsel for Objectors Rockhurst University,
Harry Garavanian, and Gary Talewsky*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>All Indirect Purchaser Actions | Case No. 3:07-cv-5944-JST<br>MDL No. 1917<br><br>**CLASS ACTION**<br><br>**NOTICE OF POSITION ON MOTION TO INTERVENE (DKT. 5368) BY OBJECTOR ROCKHURST UNIVERSITY, OBJECTOR GARY TALEWSKY, AND OBJECTOR HARRY GARAVANIAN**<br><br>Hearing Date:  February 28, 2019<br>Time:  2:00 p.m.<br>Courtroom:  9-19th Floor<br>Judge:  Honorable Jon S. Tigar |

PLEASE TAKE NOTICE that Objectors Rockhurst University, Gary Talewsky, and Harry Garavanian, by and through undersigned counsel, (collectively, "Objectors") respectfully submit the following statement regarding their position with respect to the Motion to Intervene (Dkt. 5368) filed by proposed intervenor plaintiffs:

Objectors hereby join the oppositions to the Motion to Intervene to the full extent they take the position that the Court lacks jurisdiction to rule on the motion.  Thus, Objectors join the arguments set forth in Dkt. 5371 at 4, Dkt. 5374 at 1-4, and Dkt. 5375 at 3-7.

Proposed intervenor plaintiffs admit the filing of notices of appeal by Objectors divested this Court of jurisdiction at least "over those aspects of the case involved in the appeal." *Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982); *see* Mot. at 8. And yet the Motion to Intervene is expressly premised on issues that are under consideration by the Ninth Circuit, including the adequacy of IPP Class Counsel and Class Representatives and other issues of procedural fairness. *Compare, e.g.*, Mot. at 1 (seeking to intervene to ensure adequate representation) *with, e.g.*, Case No. 16-16379, Dkt. 70 at 32-50 (9th Cir.) (Objectors' opening brief arguing that class certification and settlement approval were improper due to inadequate representation); *see also* Mot. at 14 (inadequate representation of omitted repealer states "squarely raised in … appeals").

Proceedings relating to the adequacy of IPP Class Counsel and Class Representatives remain ongoing in the Ninth Circuit. Most recently, on January 9, 2019, IPPs filed a Motion Requesting Remand with Instructions Regarding: (1) the Plan of Distribution for the Settlements; and (2) the Fee Order. Case. No. 16-16373, No. 244-1 (9th Cir.). Objectors filed an opposition to that motion in which they argued that IPPs' proposed instructions failed to remedy the critical issue of Class Counsel's inadequacy, conflicts of interest, and multiple other issues of procedural fairness. IPPs' motion followed this Court's denial of their earlier motion requesting an indicative ruling pursuant to Rule 62.1 on their motion to amend the IPP fee order and plan of distribution. Dkt. 5335; Dkt. 5362. As this Court noted in its Order, it is still the case that the proposed relief "will obviate [only] the *primary* issue on appeal," and "[i]f there are other issues to be decided on appeal, this Court would rather have them decided before considering an amended settlement or plan of distribution." Dkt. 5362 at 2:23-3:2 (emphasis in original).

Now, proposed intervenors' Motion to Intervene also seeks to circumvent the Supreme Court's clear instruction that "a federal district court and a federal court of appeals should not attempt to assert jurisdiction over a case simultaneously." *Griggs*, 459 U.S. at 58. Granting the motion would usurp the role of the Ninth Circuit and, as a practical matter, lead to more legal disputes, additional appeals, and further delay in compensating harmed class members.

For the foregoing reasons, Objectors respectfully join the other oppositions in requesting that the Court deny the Motion to Intervene for lack of jurisdiction.

Dated: January 29, 2019                    Respectfully submitted,

/s/ Theresa D. Moore
Theresa D. Moore (Cal. Bar. No. 99978)
Law Offices of Theresa D. Moore
One Sansome Street, 35th Floor
San Francisco, CA 94104
Telephone: (415) 613-1414
tmoore@aliotolaw.com

*Counsel for Objectors Rockhurst University, Harry Garavanian, and Gary Talewsky*

1
2
3
4
5
6
7
...
28

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true copy of the foregoing was filed via CM/ECF on January 29, 2019, and as a result was served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

Dated: January 29, 2019                                  */s/ Theresa D. Moore*
                                                         Theresa D. Moore