UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re: Cathode Ray Tube (CRT) Antitritrust )
                                        Plaintiff(s), )
      v. )
                                        Defendant(s). )

Case No: 07-cv-5944-JST ; MDL No. 1917

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

    I, Andrew J. McGuinness, an active member in good standing of the bar of Michigan, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Douglas King & George Feldman (interv.) in the above-entitled action. My local co-counsel in this case is Joseph R. Saveri, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 122 S Main St, Suite 118<br>P O Box 7711<br>Ann Arbor, MI  48107 | 601 California St., Suite 1000<br>San Francisco, CA  94108 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (734) 274-9374 | (415) 500-6800 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| drewmcg@topclasslaw.com | jsaveri@saverilawfirm.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: P42074.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

    *I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 02/04/19                                                                                     /s/ Andrew J. McGuinness
                                                                                                   APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

    IT IS HEREBY ORDERED THAT the application of Andrew J. McGuinness is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

                                                          UNITED STATES DISTRICT/MAGISTRATE JUDGE

