1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Robert J. Gralewski, Jr. (CSB # 196410)
**KIRBY McINERNEY LLP**
600 B Street, Ste. 2110
San Diego, CA 92101
Telephone: (619) 784-1442
bgralewski@kmllp.com

*Attorney for Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-CV-05944 JST<br>MDL No. 1917<br><br>**NOTICE OF CHANGE OF ADDRESS** |
| This Document Relates To:<br><br>ALL INDIRECT PURCHASER ACTIONS | |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that effective immediately, the San Diego office of Kirby McInerney LLP, one of the attorneys of record for Indirect Purchaser Plaintiffs in the above captioned action, has relocated its office to 600 B Street, Suite 2110, San Diego, California 92101.  The firm's telephone number has changed to the following: (619) 784-1442.  Robert J. Gralewski, Jr., who has appeared on the Court's docket has updated relevant contact information in the Court's CM/ECF system.  Please amend your service list accordingly.

DATED: February 5, 2019

 */s/ Robert J. Gralewski, Jr.*
Robert J. Gralewski, Jr.
**KIRBY McINERNEY LLP**
600 B Street, Suite 2110
San Diego, CA 92101
Telephone: (619) 784-1442
Email: bgralewski@kmllp.com

*Attorney for Indirect Purchaser Plaintiffs*

**PROOF OF SERVICE**

*In re: Cathode Ray Tube (CRT) Antitrust Litigation*
CASE NO. 07-CV-05944-JST
MDL No. 1917

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action. I am employed in the County of San Diego, State of California. My business address is: 600 B Street, Suite 2110, San Diego, CA 92101.

That on February 5, 2019, I served the following document(s):

**NOTICE OF CHANGE OF ADDRESS**

on ALL INTERESTED PARTIES in this action.

✔   **BY CM/ECF Electronic Service:** I caused such document to be served via the Court's (NEF) electronic filing system on all registered parties.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on February 5, 2019, at San Diego, California.

*/s/ Robert J. Gralewski, Jr.*
ROBERT J. GRALEWSKI, JR.