UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Order Relates To:<br><br>ALL INDIRECT PURCHASER ACTIONS | Case No. 07-cv-05944-JST<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE AND VACATING HEARING** |

The Court recently issued an order in this case denying IPPs' motion for an indicative ruling and acknowledging that "with the benefit of hindsight, the Court now concludes that it erred in approving the parties' original settlement." ECF No. 5362. A panel of the Ninth Circuit has since remanded this matter to this Court "to reconsider its order on class certification and settlement approval."

In light of the panel's order, the Court will conduct a case management conference on April 8, 2019 at 2:00 P.M. The parties are directed to file a joint case management statement, no later than ten court days before the case management conference, addressing how the Court should address the following issues identified by the Ninth Circuit's remand order, as well as any other matters the parties would like to discuss:

1. Reconsideration of the Court's order granting final settlement approval at ECF No. 4712, and in particular, that settlement's failure to provide any recovery to plaintiffs in Massachusetts, Missouri, and New Hampshire (the "Omitted Repealer States");

2. The adequacy of Lead Counsel's representation of plaintiffs in the Omitted Repealer States under Federal Rule of Civil Procedure 23(a)(4); and

3. The attorneys' fees awarded to Lead Counsel in the Court's order at ECF No. 5122.

Also before the Court is a motion to intervene brought by Intervenor Plaintiffs Douglass King and George Feldman.  ECF No. 5368.  The Court will hold that motion in abeyance pending further scheduling and case management.  The hearing on that motion, currently set for February 28, 2019, is hereby vacated.

**IT IS SO ORDERED.**

Dated:  February 15, 2019



JON S. TIGAR
United States District Judge