Theresa D. Moore (99978)
Law Offices of Theresa D. Moore
One Sansome Street, 35th Floor
San Francisco, CA 94104
Telephone: (415) 613-1414
tmoore@aliotolaw.com

*Counsel for Objectors Rockhurst University,*
*Harry Garavanian, and Gary Talewsky*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>All Indirect Purchaser Actions | Case No. 3:07-cv-5944-JST<br>MDL No. 1917<br><br>**CLASS ACTION**<br><br>**NOTICE OF APPEARANCE OF CHRISTOPHER A. NEDEAU AS COUNSEL FOR OBJECTORS ROCKHURST UNIVERSITY, GARY TALEWSKY, AND HARRY GARAVANIAN** |

To:   The clerk of court, all parties, and their attorneys of record:

PLEASE TAKE NOTICE THAT Christopher A. Nedeau of Nedeau Law Firm hereby appears in this action as counsel for Objectors Rockhurst University, Gary Talewsky, and Harry Garavanian ("Objectors") in the above-captioned matter.

Objectors hereby request that all notices, including electronic ("ECF") notices, given or required to be given, and all papers filed or served or required to be served in the above-captioned matter, be provided and served upon:

1  Christopher A. Nedeau (SBN 81297)
   NEDEAU LAW GROUP
2  154 Baker Street
   San Francisco, CA 94117
3  Telephone: (415) 516-4010
   Email: cnedeau@nedeaulaw.net
4

5

6  Dated: February 19, 2019                    Respectfully submitted,

7                                              */s/ Theresa D. Moore*
                                               Theresa D. Moore (99978)
8                                              Law Offices of Theresa D. Moore
                                               One Sansome Street, 35th Floor
9                                              San Francisco, CA 94104
                                               Telephone: (415) 613-1414
10                                             tmoore@aliotolaw.com

11
                                               *Counsel for Objectors Rockhurst*
12                                             *University, Harry Garavanian, and Gary*
                                               *Talewsky*
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing was filed via CM/ECF on February 19, 2019, and as a result was served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

Dated: February 19, 2019                                             */s/ Theresa D. Moore*
                                                                                          Theresa D. Moore