Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION )<br><br>Plaintiff(s),<br><br>v.<br><br>Defendant(s). ) | Case No: 3:07-cv-05944-JST<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Andrew L. Lucarelli, an active member in good standing of the bar of the District of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Irico Group Corp. & Irico Display Devices Co.,Ltd in the above-entitled action. My local co-counsel in this case is Stuart C. Plunkett, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>BAKER BOTTS L.L.P.<br>1299 Pennsylvania Avenue, NW<br>Washington, D.C. 20004 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>BAKER BOTTS L.L.P.<br>101 California Street, Suite 3600<br>San Francisco, California 94111 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(202) 639-7700 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 291-6200 |
| MY EMAIL ADDRESS OF RECORD:<br>drew.lucarelli@bakerbotts.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>stuart.plunkett@bakerbotts.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: DC 496043.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 02/26/19

Andrew L. Lucarelli
APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Andrew L. Lucarelli is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE