Brent Caslin (Cal. Bar. No. 198682)
Jenner & Block LLP
633 West Fifth Street
Suite 3600
Los Angeles, California 90071
Telephone:  213 239-5100
Facsimile:  213 239-5199
bcaslin@jenner.com

Terrence J. Truax (*pro hac vice*)
Michael T. Brody (*pro hac vice*)
Gabriel A. Fuentes (*pro hac vice*)
Jenner & Block LLP
353 N. Clark Street
Chicago, Illinois 60654-3456
Telephone:  312 222-9350
Facsimile:  312 527-0484
ttruax@jenner.com
mbrody@jenner.com
gfuentes@jenner.com

*Attorneys for Mitsubishi Electric Corporation*

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-cv-05944-JST<br><br>MDL No. 1917<br><br>**NOTICE OF CHANGE IN COUNSEL** |
|---|---|
| This Document Relates to:<br><br>Master File No. 07-cv-05944-JST | |

TO : THE COURT AND ALL COUNSEL OF RECORD

Please take notice that Jory Hoffman is no longer associated with Jenner & Block LLP, counsel for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc., in the above-captioned case. As such, Mr. Hoffman will no longer be counsel of record for Defendants. The undersigned thus respectfully requests that Mr. Hoffman be removed from the Court's electronic mail notice and counsel's service lists.

| | |
|---|---|
| Dated:  February 28, 2019 | JENNER & BLOCK LLP |
| | By:   */s/ Michael T. Brody*<br>JENNER & BLOCK LLP<br>Terrence J. Truax (*pro hac vice*)<br>Michael T. Brody (*pro hac vice*)<br>Gabriel A. Fuentes (*pro hac vice*)<br>353 N. Clark Street<br>Chicago, Illinois 60654-3456<br>Telephone: (312) 222-9350<br>Facsimile: (312) 527-0484<br>ttruax@jenner.com<br>mbrody@jenner.com<br>gfuentes@jenner.com |
| | Brent Caslin (Cal. Bar. No. 198682)<br>JENNER & BLOCK LLP<br>633 West Fifth Street, Suite 3600<br>Los Angeles, California 90071<br>Telephone: (213) 239-5100<br>Facsimile: (213) 239-5199<br>bcaslin@jenner.com |
| | *Attorneys for Defendant Mitsubishi Electric Corporation* |