1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | ) ) ) ) | Case No. 3:07-cv-05944-JST |
| | | MDL No.: 1917 |
| THIS DOCUMENT RELATES TO: | ) ) | |
| *ALL DIRECT PURCHASER ACTIONS* | ) ) ) ) ) ) ) | **DECLARATION OF ZHAOJIE WANG IN SUPPORT OF IRICO DEFENDANTS' MOTIONS TO DISMISS FOR LACK OF JURISDICTION** |

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

I, Zhaojie Wang, declare as follows:

本人，**王昭杰**，特此声明如下：

1.    I make this declaration in support of Irico Group Corporation ("Irico Group") and Irico Display Devices Co., Ltd.'s ("Irico Display") motions to dismiss.  I have personal knowledge of the facts set forth herein.  If called as a witness, I could and would competently testify to the facts below.

我做此声明是为了支持彩虹集团公司（以下简称"彩虹集团"）和彩虹显示器件股份有限公司（以下简称"彩虹股份"）的关于管辖权问题的动议。我对本声明所列的事实具有个人认知。如果被要求作证，我能够并且将会胜任地对下述事实作出证明。

2.    I am the General Manager of Irico Smart Lighting Company, which is a controlled subsidiary of Irico Group. Irico Group holds 80% of the shares of Irico Smart Lighting Company, and another controlled subsidiary of Irico Group, Hefei Rainbow Blue-Ray Technology Company, holds the remaining 20% of this company.

我是中电彩虹智慧照明科技有限公司的总经理，该公司是彩虹集团的控股子公司。彩虹集团持有该公司80%的股份，彩虹集团控股的另一个子公司，合肥彩虹蓝光科技公司，持有该公司剩余的20%的股份。

3.    I have been employed by Irico Group or its subsidiary companies for more than 25 years.  I first joined Irico Group in July of 1991 as an employee of Plant No. 1, which was then producing 14" Color Picture Tubes (CPTs) for use in the production of televisions.

我在彩虹集团或其子公司的工作超过了25年。我最初于1991年7月加入彩虹集团并成为彩管一厂的一名员工。彩管一厂当时生产电视机中使用的14寸彩色显像管。

4.    In March 1993, I became a sales person in the Sales Department of Irico Group, with responsibility for selling both CPTs and Color Display Tubes (CDTs).  I became a Director

in the Sales Department of Irico Group in March 2003 and remained in that position until May 2010.  Thus, at the time that the complaint in this case was filed in November 2007, I was a Director in the Sales Department of Irico Group. After 2009, I became the Assistant to the General Manager of the Sales Department of Irico Group.

在 1993 年 3 月，我成为了彩虹集团销售公司的一名业务员，主要负责销售 CPTs 和 CDTs。在 2003 年 3 月，我成为了彩虹集团销售部的部长，并且在此职位上一直到 2010 年 5 月。因此，在 2007 年 11 月本案最初诉状提交时，我是彩虹集团销售部的部长。大约在 2009 年后，担任销售公司总经理助理。

5.    From at least July 1991 through January 2005, Irico Group was responsible for all sales of CPTs and CDTs sold by Irico Group and its subsidiaries.  Irico Display did not have a separate sales group and did not execute any sales of CRTs.  All sales of products manufactured by Irico Display were carried out by Irico Group.

至少从 1991 年 7 月到 2005 年 1 月期间，彩虹集团负责其本身和其所有子公司的 CPTs 和 CDTs 的销售。彩虹股份没有自己独立的销售团队，所以也不从事 CRTs 的实际销售。彩虹股份生产的所有产品都由彩虹集团代为销售。

6.    Following my tenure in the Sales Department of Irico Group, in May 2010 I was transferred to Irico Group Electronics Co. Ltd. ("Irico Electronics") to become the Deputy General Manager of Sales, where my focus was on the sale of solar panels and related products. In November 2007, Irico Electronics held all of the shares of Irico Display owned indirectly by Irico Group, which comprised 41.36% of the outstanding shares of Irico Display.

在彩虹集团销售公司任职期间，我在 2010 年 5 月调动到彩虹集团电子股份有限公司（以下简称"彩虹电子"）并成为了营销部副总经理。我的工作重心是负责太阳

能电池板和相关产品的销售。在 2007 年 11 月，彩虹电子持有彩虹股份 41.36%的股份，并间接被彩虹集团持有。

7. I became the General Manager of Sales for Irico Electronics in January 2011 and remained in that role until July 2013 when I was transferred to Irico Smart Lighting to assume my current position.

我在 2011 年 1 月成为彩虹电子营销部的经理，并且在此职位上一直到 2013 年 7 月，后来被调动到中电彩虹智慧照明科技有限公司担任目前的职务。

8. My appointments to Irico Electronics and Irico Smart Lighting were directed by the SASAC-appointed management of Irico Group.  Irico Group management issued instructions, through the Irico Group Human Resources Department, to Irico Electronics and Irico Smart Lighting to furnish my employment in the positions that Irico Group directed.

我在彩虹电子和中电彩虹智慧照明科技有限公司的任职是受由国资委任命的彩虹集团的管理层所指示的。彩虹集团管理层通过其人力资源部向彩虹电子和中电彩虹智慧照明科技有限公司发出指示，来完成我在这两个公司的职位的任命。

9. Based on my experience throughout my time at Irico Group and Irico Electronics, this practice was common to all Irico Group companies, including Irico Display.  The management of Irico Display was appointed directly by the SASAC-appointed management of Irico Group.  The management positions of Irico Display that were appointed by Irico Group included the Chinese equivalent of all "Chief" positions (e.g., Chief Executive Officer, Chief Financial Officer, etc.) as well as all Directors and Associate Directors of Departments (e.g., Human Resources Department, Finance Department and Operation Department).

根据我在彩虹集团和彩虹电子的工作经历，这样的操作在彩虹的公司中，包括彩虹股份，是非常常见的。彩虹股份的管理层是由国资委任命的彩虹集团的管理层

来直接任命的。由彩虹集团任命的彩虹股份的管理层职位包括中文中所指的所有高层

（例如，总经理，财务总监等），以及公司所有部门的部长和副部长。

10.     Although by November 2007 the majority of the shares of Irico Display were

traded publicly, Irico Group controlled Irico Display and did not seek or require any separate

authorization from shareholders or the Board of Directors of Irico Display to exercise control and

appoint the management of Irico Display.

尽管在 2007 年 11 月，彩虹股份的多数股份是在市场上流通的，但是彩虹

集团控制着彩虹股份，而且没有也不需要寻求彩虹股份其他股东或董事会的批准来控制

和任命彩虹股份的管理层。

11.     Moreover, Irico Display was required to submit regular financial, operational, and

investment reports to Irico Group for approval. Also, all of Irico Display's financial results were

consolidated into Irico Group's financial statements and formed part of the basis for Group's

mandatory after-tax payments to SASAC and to the Chinese Ministry of Finance.

而且，彩虹股份必须定期提交财务、经营和投资报告给彩虹集团批准。彩

虹股份所有的经营业绩都要合并到彩虹集团的财务报表中，并成为彩虹集团向国资委和

财政部上缴税后收入的一部分。

12.     Based on my work at the Sales Department of Irico Group, I am not aware of any

sales of any Irico products to the United States. With regard to CRTs (including both CPTs and

CDTs) made by Irico Group companies, neither Irico Group nor Irico Display, nor any other

subsidiary of Irico Group sold any CRTs to the United States at any time from 1995-2007.  Also,

neither Irico Group nor Irico Display, nor any other subsidiary of Irico Group, sold any finished

products (i.e., TVs or computer monitors) containing CRTs made by Irico Group companies to

the United States at any time from 1995-2007.

根据我在销售公司的工作经历，我从未发现有彩虹的产品销往美国。从 1995 年到 2007 年期间，针对彩虹所有公司生产的 CRTs（包括 CPTs 和 CDTs），彩虹集团，彩虹股份和彩虹集团的任何子公司均没有将其销往美国。另外，从 1995 年到 2007 年期间，彩虹集团，彩虹股份和彩虹集团的任何子公司均没有将含有彩虹的任何公司生产的 CRTs 的最后成品（例如，电视机或电脑显示器）销往美国。

13.     Employees of the Sales Department of Irico Group had geographic responsibility as well as product responsibility.  Irico Group sold the vast majority of its CRTs within China, with only limited sales outside of China.  No sales personnel of the Irico Group Sales Department were assigned to sell CRT products to the United States and no sales employees were authorized to do so.

彩虹集团销售公司的员工既有地域的职责也有产品的职责。彩虹集团绝大多数的销售都在中国，只有少量的出口。彩虹集团销售公司的销售人员没有被派遣销售 CRT 产品到美国，也没有员工被授权这样做。

14.     Moreover, neither Irico Group nor Irico Display, nor any other subsidiary of Irico Group, ever manufactured televisions.  Irico Group companies manufactured only the CPTs used to produce televisions and a small number of CDTs, not the finished products themselves.

而且，彩虹集团，彩虹股份和彩虹集团的任何子公司都没有生产过电视机。彩虹集团的所有公司生产的只有用于生产电视机的 CPTs，及少量的 CDTs。

15.     Likewise, neither Irico Group nor Irico Display, nor any other subsidiary of Irico Group, ever manufactured computer monitors.  These companies manufactured only a small number of CDTs used to make computer monitors, not the finished products themselves.

同样的，彩虹集团，彩虹股份和彩虹集团的任何子公司都没有生产过电脑显示器。这些公司只生产过少量用于制造电脑显示器的 CDTs，而非最终成品。

16.     To be clear on the latter point, Irico Group was a party to one joint venture (JV) that made computer monitors.  In approximately 1996, Irico Group entered into a JV with a Taiwanese company named HuangQi.  The JV established a facility in China to assemble computer monitors. The name of the JV was the Irico HuangQi Company.  The JV assembled monitors utilizing both Irico CDTs and CDTs purchased from other CDT manufacturers. The JV, however, was very unsuccessful and was dissolved at a total loss to Irico in around 2001.

上一个陈述的更清楚的阐述是，彩虹集团曾经是一个制造电脑显示器的合资公司的股东。在大约在 1996 年，彩虹集团与台湾一家叫皇旗的公司成立了一个合资公司。该合资公司在中国建立了工厂用来组装电脑显示器。该合资公司的名字是彩虹皇旗公司。该合资公司组装电脑显示器时使用了彩虹制造的 CDTs 和其他 CDTs 制造商的产品。但是，这个合资公司经营不善，并于 2001 左右因给彩虹造成资产损失而解散。

17.     The JV manufactured only 14", 15" and 17" CDT Monitors.  These were sold by the JV in China or Taiwan. The sales of JV's products in China was handled by the JV itself, and the sales made to other regions or countries (including Taiwan) was handled by a Hong Kong subsidiary of HuangQi, the Taiwanese partner of the JV.

该合资公司只生产含有 14 寸、15 寸 和 17 寸 CDT 的显示器。这些产品被销往中国或台湾。国内销售由该公司销售团队完成，海外销售（包括在台湾的销售）由皇旗设在香港的子公司负责。

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

本人证明，以上内容是真实和正确的，如有不实依照美国法律甘受伪证罪处罚。

Executed this 18th day of July, 2018, in Xianyang City, Shaanxi Province, People's Republic of China.

于 2018 年 7 月 18 日在中华人民共和国陕西省咸阳市签署。

_____
Mr. Zhaojie Wang
王昭杰