Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
James G. Dallal (State Bar No. 277826)
JOSEPH SAVERI LAW FIRM, INC.
601 California Street, Suite 1000
San Francisco, California 94108
Phone: (415) 500-6800
Fax: (415) 395-9940
Email :     jsaveri@saverilawfirm.com
            swilliams@saverilawfirm.com
            jdallal@saverilawfirm.com

COHEN & GRESSER LLP
Melissa H. Maxman (*Pro Hac Vice*)
Erica C. Lai (State Bar No. 261787)
2001 Pennsylvania Ave, NW, Suite 300
Washington, DC 20006
Phone: (202) 851-2070
Fax: (202) 851-2081
Email:      mmaxman@cohengresser.com
            elai@cohengresser.com

ANDREW J. McGUINNESS, ESQ.
Andrew J. McGuinness (*Pro Hac Vice* to be submitted)
122 S Main St., Suite 118
P.O. Box 7711
Ann Arbor, MI  48107
Phone: (734) 274-9374
Fax: (734) 786-9935
Email:      drewmcg@topclasslaw.com

*Counsel for Intervenor Plaintiffs*
DOUGLAS KING and GEORGE FELDMAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 |
| | Case No. 07-cv-5944 JST |
| This Document Relates To: | **NOTICE OF APPEARANCE** |
| ALL INDIRECT PURCHASER ACTIONS | |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** of the appearance of attorney Joseph R. Saveri (jsaveri@saverilawfirm.com) of the Joseph Saveri Law Firm, 601 California Street, Suite 1000, San Francisco, California, 94108 as counsel of record in this action for Intervenor Plaintiffs Douglas King and George Feldman.

Dated:  March 7, 2019                      Respectfully Submitted,

                                           JOSEPH SAVERI LAW FIRM, INC.

                                           By:    /s/ Joseph R. Saveri
                                                  Joseph R. Saveri
                                           Joseph R. Saveri (State Bar No. 130064)
                                           Steven N. Williams (State Bar No. 175489)
                                           James G. Dallal (State Bar No. 277826)
                                           JOSEPH SAVERI LAW FIRM, INC.
                                           601 California Street, Suite 1000
                                           San Francisco, California 94108
                                           Telephone: (415) 500-6800
                                           Facsimile:   (415) 395-9940

                                           *Counsel for Intervenor Plaintiffs*
                                           DOUGLAS KING and GEORGE FELDMAN

MDL No. 1917
Case No. 07-cv-5944-JST                          1
                                        NOTICE OF APPEARANCE