Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
James G. Dallal (State Bar No. 277826)
JOSEPH SAVERI LAW FIRM, INC.
601 California Street, Suite 1000
San Francisco, California 94108
Phone: (415) 500-6800
Fax: (415) 395-9940
Email :    jsaveri@saverilawfirm.com
           swilliams@saverilawfirm.com
           jdallal@saverilawfirm.com

COHEN & GRESSER LLP
Melissa H. Maxman (*Pro Hac Vice*)
Erica C. Lai (State Bar No. 261787)
2001 Pennsylvania Ave, NW, Suite 300
Washington, DC 20006
Phone: (202) 851-2070
Fax: (202) 851-2081
Email:     mmaxman@cohengresser.com
           elai@cohengresser.com

ANDREW J. McGUINNESS, ESQ.
Andrew J. McGuinness (*Pro Hac Vice* to be submitted)
122 S Main St., Suite 118
P.O. Box 7711
Ann Arbor, MI  48107
Phone: (734) 274-9374
Fax: (734) 786-9935
Email:     drewmcg@topclasslaw.com

*Counsel for Intervenor Plaintiffs*
DOUGLAS KING and GEORGE FELDMAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 |
| | Case No. 07-cv-5944 JST |
| This Document Relates To: | **NOTICE OF APPEARANCE** |
| ALL INDIRECT PURCHASER ACTIONS | |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** of the appearance of attorney Steven N. Williams (swilliams@saverilawfirm.com) of the Joseph Saveri Law Firm, 601 California Street, Suite 1000, San Francisco, California, 94108 as counsel of record in this action for Intervenor Plaintiffs Douglas King and George Feldman.

Mr. Williams previously represented the direct purchaser plaintiffs. He has not represented those plaintiffs, or any other party in this matter, since December 31, 2017.

Dated: March 7, 2019

Respectfully Submitted,

JOSEPH SAVERI LAW FIRM, INC.

By:  */s/ Steven N. Williams*
　　　Steven N. Williams
Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
James G. Dallal (State Bar No. 277826)
JOSEPH SAVERI LAW FIRM, INC.
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile:　(415) 395-9940

*Counsel for Intervenor Plaintiffs*
DOUGLAS KING and GEORGE FELDMAN