```
1    Joseph R. Saveri (State Bar No. 130064)
     Steven N. Williams (State Bar No. 175489)
2    James G. Dallal (State Bar No. 277826)
     JOSEPH SAVERI LAW FIRM, INC.
3    601 California Street, Suite 1000
     San Francisco, California 94108
4    Phone: (415) 500-6800
     Fax: (415) 395-9940
5    Email :    jsaveri@saverilawfirm.com
                swilliams@saverilawfirm.com
6               jdallal@saverilawfirm.com

7    COHEN & GRESSER LLP
     Melissa H. Maxman (*Pro Hac Vice*)
8    Erica C. Lai (State Bar No. 261787)
     2001 Pennsylvania Ave, NW, Suite 300
9    Washington, DC 20006
     Phone: (202) 851-2070
10   Fax: (202) 851-2081
     Email:     mmaxman@cohengresser.com
11              elai@cohengresser.com

12   ANDREW J. McGUINNESS, ESQ.
     Andrew J. McGuinness (*Pro Hac Vice* to be submitted)
13   122 S Main St., Suite 118
     P.O. Box 7711
14   Ann Arbor, MI  48107
     Phone: (734) 274-9374
15   Fax: (734) 786-9935
     Email:    drewmcg@topclasslaw.com
16
     *Counsel for Intervenor Plaintiffs*
17   DOUGLAS KING and GEORGE FELDMAN
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 |
|---|---|
| | Case No. 07-cv-5944 JST |
| This Document Relates To: | **NOTICE OF APPEARANCE** |
| ALL INDIRECT PURCHASER ACTIONS | |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** of the appearance of attorney James G. Dallal (jdallal@saverilawfirm.com) of the Joseph Saveri Law Firm, 601 California Street, Suite 1000, San Francisco, California, 94108 as counsel of record in this action for Intervenor Plaintiffs Douglas King and George Feldman.

Dated:  March 7, 2019

Respectfully Submitted,

JOSEPH SAVERI LAW FIRM, INC.

By:  */s/ James G. Dallal*
  James G. Dallal
Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
James G. Dallal (State Bar No. 277826)
JOSEPH SAVERI LAW FIRM, INC.
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile:  (415) 395-9940

*Counsel for Intervenor Plaintiffs*
DOUGLAS KING and GEORGE FELDMAN