Francis O. Scarpulla (41059)
Patrick B. Clayton (240191)
LAW OFFICES OF FRANCIS O. SCARPULLA
456 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 788-7210
Facsimile:   (415) 788-0706
Email: fos@scarpullalaw.com
             pbc@scarpullalaw.com

*Counsel for Class Member Eleanor Lewis*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 3:07-cv-5944-JST |
| | MDL No. 1917 |
| This Document Relates to: | **NOTICE OF ASSOCIATION OF COUNSEL** |
| All Indirect Purchaser Actions | Judge:  Honorable Jon S. Tigar |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Francis O. Scarpulla and Patrick B. Clayton, attorneys of record for class member Eleanor Lewis, hereby associate Cooper & Kirkham, P.C., and attorneys Tracy R. Kirkham and John D. Bogdanov, as co-counsel for class member Eleanor Lewis in the above-captioned action. Ms. Kirkham and Mr. Bogdanov have previously entered their appearances in this action. The names, office address, telephone number, and email addresses of the associated counsel are as follows:

> Tracy R. Kirkham (69912)
> John D. Bogdanov (215830)
> COOPER & KIRKHAM, P.C.
> 357 Tehama Street, Second Floor
> San Francisco, CA 94103
> Telephone: (415) 788-3030
> Facsimile: (415) 882-7040
> Email: trk@coopkirk.com
>          jdb@coopkirk.com

Dated: March 11, 2019                LAW OFFICES OF FRANCIS O. SCARPULLA

                                      /s/ *Francis O. Scarpulla*
                                          Francis O. Scarpulla

                                     *Counsel for Class Member Eleanor Lewis*

The undersigned hereby accept the foregoing association.

Dated: March 11, 2019                COOPER & KIRKHAM, P.C.

                                      /s/ *Tracy R. Kirkham*
                                          Tracy R. Kirkham

Dated: March 11, 2019                 /s/ *John D. Bogdanov*
                                          John D. Bogdanov

                                     *Counsel for Class Member Eleanor Lewis and*
                                     *Class Representative Steven Ganz*

**ATTESTATION**

I, Francis O. Scarpulla, hereby attest, pursuant to Civil L.R. 5-1(i)(3), that the concurrence in the filing of this document has been obtained from each of the above signatories.

       /s/ *Francis O. Scarpulla*
           Francis O. Scarpulla

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing **NOTICE OF ASSOCIATION OF COUNSEL** was filed *via* CM/ECF on March 11, 2019 and as a result has been served on all counsel of record *via* transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Francis O. Scarpulla
Francis O. Scarpulla