Allan Steyer (State Bar 100318)
D. Scott Macrae (State Bar 108052)
STEYER LOWENTHAL BOODROOKAS
  ALVARE & SMITH LLP
One California Street, Third Floor
San Francisco, California 94111
Telephone: (415) 421-3400
Facsimile: (415) 421-2234
Email: asteyer@steyerlaw.com
       smacrae@bamlawlj.com

*Attorneys for Direct Purchaser Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHER DISTRICT OF CALIFORNIA

| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Civil Action No. 07-cv-05944-SC<br>MDL No. 1917 |
|---|---|
| This document relates to:<br>ALL ACTIONS | **NOTICE OF WITHDRAWAL OF ATTORNEY JAYNE A. PEETERS** |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** that Jayne A. Peeters is hereby withdrawn as counsel for *Direct Purchaser Plaintiffs* in this matter. Ms. Peeters has left the firm of Steyer Lowenthal Boodrookas Alvarez & Smith LLP. We request that Ms. Peeters be removed from all applicable service lists, including Notices of Electronic Filing. The attorneys of Steyer Lowenthal Boodrookas Alvarez & Smith LLP will continue to represent *Direct Purchaser Plaintiffs*.

Dated: March 13, 2019          STEYER LOWENTHAL BOODROOKAS
                               ALVAREZ & SMITH LLP


                               By: /s/ Allan Steyer
                                   Allan Steyer
                                   Attorneys for *Direct Purchaser Plaintiffs*

1

1691776.1 - CRT.CRT

CERTIFICATE OF SERVICE [eservice]

I hereby certify that on March 13, 2019, I electronically filed the foregoing NOTICE OF WITHDRAWAL OF ATTORNEY JAYNE A. PEETERS with the Clerk of the Court using the ECF system, which will send notification of such filing to all attorneys of record registered for electronic filing.

/s/ Alma Caliz Roque