UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 07 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | No. 16-16368 |
| | D.C. No. 3:07-cv-05944-JST |
| INDIRECT PURCHASER PLAINTIFFS, | U.S. District Court for Northern California, San Francisco |
| Plaintiff - Appellee, | **MANDATE** |
| v. | |
| JOHN FINN; LAURA TOWNSEND FORTMAN, | |
| Objectors - Appellants, | |
| v. | |
| TOSHIBA CORPORATION; et al., | |
| Defendants - Appellees. | |
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | No. 16-16371 |
| | D.C. No. 3:07-cv-05944-JST |
| INDIRECT PURCHASER PLAINTIFFS, | U.S. District Court for Northern California, San Francisco |
| Plaintiff - Appellee, | |

|  |  |
|---|---|
| v.<br><br>SEAN HULL; GORDON B. MORGAN,<br><br>      Objectors - Appellants,<br><br>v.<br><br>TOSHIBA CORPORATION; et al.,<br><br>      Defendants - Appellees. |  |
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION,<br><br>INDIRECT PURCHASER PLAINTIFFS,<br><br>      Plaintiff - Appellee,<br><br>v.<br><br>ANTHONY GIANASCA; et al.,<br><br>      Objectors - Appellants,<br><br>v.<br><br>TOSHIBA CORPORATION; et al.,<br><br>      Defendants - Appellees. | No. 16-16373<br><br>D.C. No. 3:07-cv-05944-JST<br>U.S. District Court for Northern California, San Francisco |
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | No. 16-16374 |

|  |  |
|---|---|
| INDIRECT PURCHASER PLAINTIFFS, <br><br>    Plaintiff - Appellee, <br><br>v. <br><br> DONNIE CLIFTON, <br><br>    Objector - Appellant, <br><br>v. <br><br> TOSHIBA CORPORATION; et al., <br><br>    Defendants - Appellees. | D.C. No. 3:07-cv-05944-JST <br> U.S. District Court for Northern California, San Francisco |
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, <br><br> INDIRECT PURCHASER PLAINTIFFS, <br><br>    Plaintiff - Appellee, <br><br>v. <br><br> DAN L. WILLIAMS & CO., <br><br>    Objector - Appellant, <br><br>v. <br><br> TOSHIBA CORPORATION; et al., <br><br>    Defendants - Appellees. | No. 16-16378 <br><br> D.C. No. 3:07-cv-05944-JST <br> U.S. District Court for Northern California, San Francisco |

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | No. 16-16379 |
| | D.C. No. 3:07-cv-05944-JST |
| INDIRECT PURCHASER PLAINTIFFS, | U.S. District Court for Northern California, San Francisco |
| Plaintiff - Appellee, | |
| v. | |
| ROCKHURST UNIVERSITY; et al., | |
| Objectors - Appellants, | |
| v. | |
| TOSHIBA CORPORATION; et al., | |
| Defendants - Appellees. | |

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | No. 16-16399 |
| | D.C. No. 3:07-cv-05944-JST |
| INDIRECT PURCHASER PLAINTIFFS, | U.S. District Court for Northern California, San Francisco |
| Plaintiff - Appellee, | |
| v. | |
| ANTHONY GIANASCA; et al., | |
| Movants - Appellants, | |
| v. | |

TOSHIBA CORPORATION; et al.,

        Defendants - Appellees.

In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION,

---

INDIRECT PURCHASER PLAINTIFFS,

        Plaintiff - Appellee,

 v.

ANTHONY GIANASCA; et al.,

        Movants - Appellants,

 v.

TOSHIBA CORPORATION; et al.,

        Defendants - Appellees.

No. 16-16400

D.C. No. 3:07-cv-05944-JST
U.S. District Court for Northern California, San Francisco

    The judgment of this Court, entered February 13, 2019, takes effect this date.

    This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Quy Le
Deputy Clerk
Ninth Circuit Rule 27-7