1  John Taladay (*pro hac vice*)
   john.taladay@bakerbotts.com
2  Erik Koons (*pro hac vice*)
   erik.koons@bakerbotts.com
3  1299 Pennsylvania Ave., NW
   Washington, D.C. 20004
4  Telephone: 202.639.7700
   Facsimile:  202.639.7890
5
   Stuart C. Plunkett (State Bar No. 187971)
6  stuart.plunkett@bakerbotts.com
   BAKER BOTTS LLP
7  101 California Street, Suite 3070
   San Francisco, California 94111
8  Telephone: (415) 291-6200
   Facsimile: (415) 291-6300
9
10 *Attorneys for Defendants*
   *IRICO GROUP CORP. and*
11 *IRICO DISPLAY DEVICES CO., LTD.*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | Case No. 3:07-cv-05944-JST<br><br>MDL No.: 1917 |
| THIS DOCUMENT RELATES TO:<br><br>*ALL DIRECT PURCHASER ACTIONS*<br>*ALL INDIRECT PURCHASER ACTIONS* | **STIPULATION AND [PROPOSED] ORDER RE THE AMENDED DECLARATION OF ZHAOJIE WANG AND IRICO'S AMENDED MOTIONS TO DISMISS**<br><br>Judge: Honorable Jon S. Tigar |

Direct Purchaser Plaintiffs ("DPPs"), Indirect Purchaser Plaintiffs ("IPPs") (jointly, "Plaintiffs"), and Defendants Irico Display Devices Co., Ltd. ("Irico Display") and Irico Group Corporation ("Irico Group") (together, "Irico"), by and through undersigned counsel, hereby stipulate as follows:

WHEREAS, on May 1, 2018, the Court entered a stipulation and order setting a schedule for jurisdictional discovery, motion briefing, and a hearing on jurisdictional issues in the DPP Action, ECF No. 5282;

WHEREAS, on July 18, 2018, Irico Group and Irico Display filed their Motions to Dismiss for Lack of Subject Matter Jurisdiction in the DPP Action supported in part by the Declarations of Mengquan Guo and Zhaojie Wang, ECF Nos. 5312 and 5313;

WHEREAS, on July 18, 2018 and August 13, 2018, the Court entered orders setting a schedule for jurisdictional discovery in the IPP Action, and motion briefing and a hearing on jurisdictional issues in the IPP Action, and continued the hearing date in the DPP Action, ECF Nos. 5317 and 5323;

WHEREAS, on October 9, 2018, the Court entered the parties' stipulation to amend the jurisdictional discovery deadline, briefing schedule, and hearing date, ECF No. 5340.

WHEREAS, on November 5, 2018, the Court entered the parties' stipulation to amend jurisdictional discovery deadline, briefing schedule, and hearing date, ECF No. 5361;

WHEREAS, on January 30, 2019, the Court entered the parties' stipulation to amend the jurisdictional discovery schedule and the briefing schedule for Irico's motions to dismiss and to conduct the depositions of Mengquan Guo, Zhaojie Wang, and Wenkai Zhang in Hong Kong during the week of March 4, 2019.

WHEREAS, on March 1, 2019, Irico Group and Irico Display filed their Motions to Dismiss for Lack of Subject Matter Jurisdiction in the IPP Action supported in part by the Declarations of Mengquan Guo and Zhaojie Wang, ECF Nos. 5392-1 and 5393-1;

WHEREAS, Irico has represented that Mr. Guo fell ill and was unable to travel to Hong Kong for his planned deposition; and

WHEREAS, given Mr. Guo's unavailability for deposition, counsel for Irico and

1  Plaintiffs have met and conferred regarding the withdrawal of the Declaration of Mengquan Guo
In Support of Irico Defendants' Motions to Dismiss for Lack of Jurisdiction, ECF Nos. 5312-1,
5313-1, 5392-1, & 5393-1, Irico's submission of an Amended Declaration of Zhaojie Wang, and
the need to file amended motions to dismiss supported by Mr. Wang's Amended Declaration,
and related scheduling changes;

WHEREAS, counsel for Irico and Plaintiffs have agreed that 1) Irico will withdraw Mr. Guo's declarations and submit in their place an Amended Declaration of Zhaojie Wang which will contain verbatim the relevant language of the withdrawn Guo declaration; 2) Irico will submit amended motions to dismiss supported by Mr. Wang's Amended Declaration which will be identical to the previous motions except that references to Mr. Guo's declarations will be replaced by references to Mr. Wang's amended declarations; and 3) the due dates for DPPs' opposition brief(s) and Irico's corresponding reply brief(s) will be extended by one week, but that the briefing and hearing schedule will otherwise remain the same.

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Irico and Plaintiffs, that:

1. The Declaration of Mengquan Guo, ECF Nos. 5312-1, 5312-1, 5392-1, & 5393-1, is withdrawn by Irico;

2. Irico shall file the amended declaration of Zhaojie Wang and amended motions to dismiss in the DPP and IPP matters no later than March 19, 2019, and such amended motions shall supersede its earlier filed motions (ECF Nos. 5312, 5313, 5392, and 5393);

3. The amendments to the Wang declaration shall not materially differ from the language contained in the withdrawn Guo declaration, except that it may contain an additional paragraph describing Wang's personal knowledge and his review of the documents Irico has submitted in support of its motions to dismiss;

4. The amendments to the motions to dismiss shall be limited to substituting references to the amended Wang declaration in place of references to the withdrawn Guo declaration;

5.  DPPs and IPPs retain all objections to the amended Wang declaration;

6.  DPPs' opposition to Irico's amended motion to dismiss shall be due on or before April 1, 2019;

7.  Irico's reply in support of its amended motion to dismiss shall be due on or before May 2, 2019;

8.  All other deadlines with respect to the briefing of Irico's motions to dismiss shall remain the same and the hearing shall remain set for May 30, 2019, at 2:00 p.m.

9.  The discovery cutoff is extended through March 26, 2019 to allow for the rescheduled deposition of Professor Donald C. Clarke, one of Irico's witnesses.

Dated: March 15, 2019

/s/ R. Alexander Saveri
Guido Saveri (22349)
guido@saveri.com
R. Alexander Saveri (173102)
rick@saveri.com
Geoffrey C. Rushing (126910)
grushing@saveri.com
Cadio Zirpoli (179108)
cadio@saveri.com
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile 217-6813

*Lead Counsel for Direct Purchaser Plaintiffs*

/s/ Mario N. Alioto
Mario N. Alioto (56433)
malioto@tatp.com
Lauren C. Capurro
laurenressell@tatp.com
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile (415) 346-0679

*Lead Counsel for Indirect Purchaser Plaintiffs*

/s/ Stuart C. Plunkett
John Taladay (*pro hac vice*)
john.taladay@bakerbotts.com
Erik Koons (*pro hac vice*)
erik.koons@bakerbotts.com
1299 Pennsylvania Ave., NW
Washington, D.C. 20004
Telephone: 202.639.7700
Facsimile: 202.639.7890

Stuart C. Plunkett (State Bar No. 187971)
stuart.plunkett@bakerbotts.com
BAKER BOTTS LLP
101 California Street, Suite 3070
San Francisco, California 94111
Telephone: (415) 291-6200
Facsimile: (415) 291-6300

*Attorneys for Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.*

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 19, 2019                By: _____
                                          Jon S. Tigar
                                          United States District Judge