1  John Taladay (*pro hac vice*)
   john.taladay@bakerbotts.com
2  BAKER BOTTS LLP
   1299 Pennsylvania Ave., NW
3  Washington, D.C. 20004
   Telephone:  (202) 639-7700
4  Facsimile:   (202) 639-7890

5  Stuart C. Plunkett (State Bar No. 187971)
   stuart.plunkett@bakerbotts.com
6  Peter Huston (State Bar No. 150058)
   peter.huston@bakerbotts.com
7  BAKER BOTTS LLP
   101 California Street, Suite 3600
8  San Francisco, California 94111
   Telephone:  (415) 291-6200
9  Facsimile:   (415) 291-6300

10 *Attorneys for*
   *IRICO GROUP CORP. and*
11 *IRICO DISPLAY DEVICES CO., LTD.*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | Case No. 3:07-cv-05944-JST |
| | MDL No.: 1917 |
| THIS DOCUMENT RELATES TO: | **[PROPOSED] ORDER GRANTING IRICO GROUP CORPORATION'S AMENDED MOTION TO DISMISS CLAIMS OF INDIRECT PURCHASER PLAINTIFFS FOR LACK OF SUBJECT MATTER JURISDICTION (FED. R. CIV. P. 12(b)(1))** |
| *ALL INDIRECT PURCHASER ACTIONS* | |
| | Date:        May 30, 2019<br>Time:        2:00 p.m.<br>Judge:      Honorable Jon S. Tigar<br>Courtroom: 9 |

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2  Defendant Irico Group Corporation's ("Irico Group") motion to dismiss pursuant to
3  Federal Rule of Civil Procedure 12(b)(1) came on for hearing in Courtroom 9 before the
4  Honorable Jon S. Tigar on May 30, 2019.

5  After full consideration of the written and oral submissions of the parties, the Court
6  determines that it lacks subject matter jurisdiction over Irico Group pursuant to the Foreign
7  Sovereign Immunities Act, 28 U.S.C. §§ 1602 *et seq*.

8  Accordingly, the Court **GRANTS** Irico Group's motion and dismisses the Indirect
9  Purchaser Plaintiffs' complaint against Irico Group with prejudice.

10  **IT IS SO ORDERED.**

11  DATED: _____

12  JON S. TIGAR
    United States District Judge