1  John Taladay (*pro hac vice*)
   john.taladay@bakerbotts.com
2  BAKER BOTTS LLP
   1299 Pennsylvania Ave., NW
3  Washington, D.C. 20004
   Telephone:  (202) 639-7700
4  Facsimile:   (202) 639-7890

5  Stuart C. Plunkett (State Bar No. 187971)
   stuart.plunkett@bakerbotts.com
6  Peter Huston (State Bar No. 150058)
   peter.huston@bakerbotts.com
7  BAKER BOTTS LLP
   101 California Street, Suite 3600
8  San Francisco, California 94111
   Telephone:  (415) 291-6200
9  Facsimile:   (415) 291-6300

10 *Attorneys for*
   *IRICO GROUP CORP. and*
11 *IRICO DISPLAY DEVICES CO., LTD.*

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | Case No. 3:07-cv-05944-JST |
| | MDL No.: 1917 |
| THIS DOCUMENT RELATES TO: | **[PROPOSED] ORDER GRANTING IRICO GROUP CORPORATION'S AMENDED MOTION TO DISMISS CLAIMS OF DIRECT PURCHASER PLAINTIFFS FOR LACK OF SUBJECT MATTER JURISDICTION (FED. R. CIV. P. 12(b)(1))** |
| *ALL DIRECT PURCHASER ACTIONS* | |
| | Date:         May 30, 2019<br>Time:         2:00 p.m.<br>Judge:       Honorable Jon S. Tigar<br>Courtroom: 9 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Defendant Irico Group Corporation's ("Irico Group") motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(1) came on for hearing in Courtroom 9 before the Honorable Jon S. Tigar on May 30, 2019.

After full consideration of the written and oral submissions of the parties, the Court determines that it lacks subject matter jurisdiction over Irico Group pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1602 *et seq*.

Accordingly, the Court **GRANTS** Irico Group's motion and dismisses the Direct Purchaser Plaintiffs' complaint against Irico Group with prejudice.

**IT IS SO ORDERED.**

DATED: _____

JON S. TIGAR
United States District Judge