1  John Taladay (*pro hac vice*)
   john.taladay@bakerbotts.com
2  BAKER BOTTS LLP
   1299 Pennsylvania Ave., NW
3  Washington, D.C. 20004
   Telephone:  (202) 639-7700
4  Facsimile:   (202) 639-7890

5  Stuart C. Plunkett (State Bar No. 187971)
   stuart.plunkett@bakerbotts.com
6  Peter Huston (State Bar No. 150058)
   peter.huston@bakerbotts.com
7  BAKER BOTTS LLP
   101 California Street, Suite 3600
8  San Francisco, California 94111
   Telephone:  (415) 291-6200
9  Facsimile:   (415) 291-6300

10 *Attorneys for*
   *IRICO GROUP CORP. and*
11 *IRICO DISPLAY DEVICES CO., LTD.*

12
                    UNITED STATES DISTRICT COURT
13
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
14
                         SAN FRANCISCO DIVISION
15

16 | IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | ) ) ) | Case No. 3:07-cv-05944-JST |
|---|---|---|
17 | | ) | MDL No.: 1917 |
   | | ) | |
18 | THIS DOCUMENT RELATES TO: | ) ) | **[PROPOSED] ORDER GRANTING IRICO DISPLAY DEVICES CO.,** |
19 | *ALL INDIRECT PURCHASER ACTIONS* | ) ) | **LTD.'S AMENDED MOTION TO DISMISS CLAIMS OF INDIRECT** |
20 | | ) ) | **PURCHASER PLAINTIFFS FOR LACK OF SUBJECT MATTER** |
21 | | ) ) | **JURISDICTION (FED. R. CIV. P. 12(b)(1))** |
22 | | ) ) | |
23 | | | Date:        May 30, 2019 |
   | | | Time:        2:00 p.m. |
24 | | | Judge:       Honorable Jon S. Tigar |
   | | | Courtroom:   9 |

25

26

27

28

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Defendant Irico Display Devices Co., Ltd.'s ("Irico Display") motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(1), came on for hearing in Courtroom 9 before the Honorable Jon S. Tigar on May 30, 2019.

After full consideration of the written and oral submissions of the parties, the Court determines that it lacks subject matter jurisdiction over Irico Display pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1602 *et seq.*

Accordingly, the Court **GRANTS** Irico Display's motion and dismisses the Indirect Purchaser Plaintiffs' complaint against Irico Display with prejudice.

**IT IS SO ORDERED.**

DATED: _____

                                        JON S. TIGAR
                                        United States District Judge