John Taladay (*pro hac vice*)
john.taladay@bakerbotts.com
BAKER BOTTS LLP
1299 Pennsylvania Ave., NW
Washington, D.C. 20004
Telephone:  (202) 639-7700
Facsimile:   (202) 639-7890

Stuart C. Plunkett (State Bar No. 187971)
stuart.plunkett@bakerbotts.com
Peter Huston (State Bar No. 150058)
peter.huston@bakerbotts.com
BAKER BOTTS LLP
101 California Street, Suite 3600
San Francisco, California 94111
Telephone:  (415) 291-6200
Facsimile:   (415) 291-6300

*Attorneys for*
*IRICO GROUP CORP. and*
*IRICO DISPLAY DEVICES CO., LTD.*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, <br><br>THIS DOCUMENT RELATES TO: <br><br>*ALL DIRECT PURCHASER ACTIONS* | Case No. 3:07-cv-05944-JST <br><br>MDL No.: 1917 <br><br>**[PROPOSED] ORDER GRANTING IRICO DISPLAY DEVICES CO., LTD.'S AMENDED MOTION TO DISMISS CLAIMS OF DIRECT PURCHASER PLAINTIFFS FOR LACK OF SUBJECT MATTER JURISDICTION (FED. R. CIV. P. 12(b)(1))** <br><br>Date:         May 30, 2019 <br>Time:        2:00 p.m. <br>Judge:       Honorable Jon S. Tigar <br>Courtroom: 9 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Defendant Irico Display Devices Co., Ltd.'s ("Irico Display") motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(1), came on for hearing in Courtroom 9 before the Honorable Jon S. Tigar on May 30, 2019.

After full consideration of the written and oral submissions of the parties, the Court determines that it lacks subject matter jurisdiction over Irico Display pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1602 *et seq*.

Accordingly, the Court **GRANTS** Irico Display's motion and dismisses the Direct Purchaser Plaintiffs' complaint against Irico Display with prejudice.

**IT IS SO ORDERED.**

DATED: _____

JON S. TIGAR
United States District Judge