Guido Saveri (22349)
    guido@saveri.com
R. Alexander Saveri (173102)
    rick@saveri.com
Geoffrey C. Rushing (126910)
    grushing@saveri.com
Cadio Zirpoli (179108)
    cadio@saveri.com
Matthew D. Heaphy (227224)
    mheaphy@saveri.com
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Lead Counsel for Direct Purchaser Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-CV-5944-JST |
| | MDL No. 1917 |
| This Document Relates to: | **STIPULATION AND [PROPOSED] ORDER RE PAGE LIMITS FOR DIRECT PURCHASER PLAINTIFFS' OPPOSITION TO THE IRICO DEFENDANTS' AMENDED MOTIONS TO DISMISS CLAIMS OF DIRECT PURCHASER PLAINTIFFS FOR LACK OF SUBJECT MATTER JURISDICTION (FED. R. CIV. P. 12(b)(1)) (ECF Nos. 5410, 5412)** |
| *ALL DIRECT PURCHASER ACTIONS* | |
| | Judge:      Honorable Jon S. Tigar |

1    Direct Purchaser Plaintiffs ("DPPs") and Defendants Irico Display Devices Co., Ltd. and

2   Irico Group Corporation (together, the "Irico Defendants" or "Irico"), by and through the

3   undersigned counsel, hereby stipulate as follows:

4    WHEREAS, on March 19, 2019, the Irico Defendants filed Irico Group Corporation's

5   Amended Motion to Dismiss Claims of Direct Purchaser Plaintiffs for Lack of Subject Matter

6   Jurisdiction (Fed. R. Civ. P. 12(b)(1)), ECF No. 5410, and Irico Display Devices Co., Ltd.'s

7   Amended Motion to Dismiss Claims of Direct Purchaser Plaintiffs for Lack of Subject Matter

8   Jurisdiction (Fed. R. Civ. P. 12(b)(1)), ECF No. 5412;

9    WHEREAS, pursuant to stipulation and order entered by the Court on March 19, 2019,

10   DPPs' oppositions to Irico's amended motions to dismiss shall be due on or before April 1, 2019,

11   ECF No. 5408;

12    WHEREAS, under Civil Local Rule 7-4(b), "[u]nless the Court expressly orders otherwise

13   pursuant to a party's request made prior to the due date, briefs or memoranda filed with opposition

14   papers may not exceed 25 pages of text";

15    WHEREAS, DPPs wish to file a single opposition brief not to exceed 40 pages of text;

16    WHEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between counsel

17   for Plaintiffs and the Irico Defendants:

18    1.    DPPs may file a single opposition brief not to exceed 40 pages of text; and

19    2.    The Irico Defendants may file a single reply brief not to exceed 30 pages of text.

20   Dated: March 21, 2019

21   /s/ *R. Alexander Saveri*           /s/ *Stuart C. Plunkett*
     Guido Saveri (22349)               John Taladay (*pro hac vice*)
22   R. Alexander Saveri (173102)       john.taladay@bakerbotts.com
     Geoffrey C. Rushing (126910)       BAKER BOTTS LLP
23   Cadio Zirpoli (179108)             1299 Pennsylvania Ave., NW
     Matthew D. Heaphy (227224)         Washington, D.C. 20004
24   SAVERI & SAVERI, INC.              Telephone: 202.639.7700
     706 Sansome Street                 Facsimile: 202.639.7890
25   San Francisco, CA 94111
     Telephone: (415) 217-6810          Stuart C. Plunkett (State Bar No. 187971)
26   Facsimile: (415) 217-6813          stuart.plunkett@bakerbotts.com
                                        Peter Huston (State Bar No. 150058)
27                                      peter.huston@bakerbotts.com
                                        BAKER BOTTS LLP
28                                      101 California Street, Suite 3070

2

San Francisco, California 94111
Telephone: (415) 291-6200
Facsimile: (415) 291-6300

*Attorneys for Defendants Irico Group Corp.*
*and Irico Display Devices Co., Ltd.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated: _____          By: _____

Jon S. Tigar
United States District Judge

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ATTESTATION

I, R. Alexander Saveri, hereby attest, pursuant to United States District Court, Northern District of California Civil Local Rule 5-1(i)(3), that concurrence in the filing of this document has been obtained from the other Signatories hereto.

By:     */s/ R. Alexander Saveri*     
       R. Alexander Saveri

STIPULATION AND [PROPOSED] ORDER RE PAGE LIMITS FOR DIRECT PURCHASER PLAINTIFFS' OPPOSITION TO IRICO DEFENDANTS' AMENDED MOTIONS TO DISMISS; Master File No. 07-CV-5944-JST