| | |
|---|---|
| 1 | Guido Saveri (22349) |
| | *guido@saveri.com* |
| 2 | R. Alexander Saveri (173102) |
| | *rick@saveri.com* |
| 3 | Geoffrey C. Rushing (126910) |
| | *grushing@saveri.com* |
| 4 | Cadio Zirpoli (179108) |
| | *cadio@saveri.com* |
| 5 | Matthew D. Heaphy (227224) |
| | *mheaphy@saveri.com* |
| 6 | SAVERI & SAVERI, INC. |
| | 706 Sansome Street |
| 7 | San Francisco, CA 94111 |
| | Telephone: (415) 217-6810 |
| 8 | Facsimile: (415) 217-6813 |

*Lead Counsel for Direct Purchaser Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-CV-5944-JST |
| | MDL No. 1917 |
| This Document Relates to: *ALL DIRECT PURCHASER ACTIONS* | **STIPULATION AND [PROPOSED] ORDER RE PAGE LIMITS FOR DIRECT PURCHASER PLAINTIFFS' OPPOSITION TO THE IRICO DEFENDANTS' AMENDED MOTIONS TO DISMISS CLAIMS OF DIRECT PURCHASER PLAINTIFFS FOR LACK OF SUBJECT MATTER JURISDICTION (FED. R. CIV. P. 12(b)(1)) (ECF Nos. 5410, 5412)** |
| | Judge: Honorable Jon S. Tigar |

Direct Purchaser Plaintiffs ("DPPs") and Defendants Irico Display Devices Co., Ltd. and Irico Group Corporation (together, the "Irico Defendants" or "Irico"), by and through the undersigned counsel, hereby stipulate as follows:

WHEREAS, on March 19, 2019, the Irico Defendants filed Irico Group Corporation's Amended Motion to Dismiss Claims of Direct Purchaser Plaintiffs for Lack of Subject Matter Jurisdiction (Fed. R. Civ. P. 12(b)(1)), ECF No. 5410, and Irico Display Devices Co., Ltd.'s Amended Motion to Dismiss Claims of Direct Purchaser Plaintiffs for Lack of Subject Matter Jurisdiction (Fed. R. Civ. P. 12(b)(1)), ECF No. 5412;

WHEREAS, pursuant to stipulation and order entered by the Court on March 19, 2019, DPPs' oppositions to Irico's amended motions to dismiss shall be due on or before April 1, 2019, ECF No. 5408;

WHEREAS, under Civil Local Rule 7-4(b), "[u]nless the Court expressly orders otherwise pursuant to a party's request made prior to the due date, briefs or memoranda filed with opposition papers may not exceed 25 pages of text";

WHEREAS, DPPs wish to file a single opposition brief not to exceed 40 pages of text;

WHEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiffs and the Irico Defendants:

1. DPPs may file a single opposition brief not to exceed 40 pages of text; and
2. The Irico Defendants may file a single reply brief not to exceed 30 pages of text.

Dated: March 21, 2019

| /s/ *R. Alexander Saveri* | /s/ *Stuart C. Plunkett* |
|---|---|
| Guido Saveri (22349) <br> R. Alexander Saveri (173102) <br> Geoffrey C. Rushing (126910) <br> Cadio Zirpoli (179108) <br> Matthew D. Heaphy (227224) <br> SAVERI & SAVERI, INC. <br> 706 Sansome Street <br> San Francisco, CA 94111 <br> Telephone: (415) 217-6810 <br> Facsimile: (415) 217-6813 | John Taladay (*pro hac vice*) <br> john.taladay@bakerbotts.com <br> BAKER BOTTS LLP <br> 1299 Pennsylvania Ave., NW <br> Washington, D.C. 20004 <br> Telephone: 202.639.7700 <br> Facsimile: 202.639.7890 <br><br> Stuart C. Plunkett (State Bar No. 187971) <br> stuart.plunkett@bakerbotts.com <br> Peter Huston (State Bar No. 150058) <br> peter.huston@bakerbotts.com <br> BAKER BOTTS LLP <br> 101 California Street, Suite 3070 |

San Francisco, California 94111
Telephone: (415) 291-6200
Facsimile: (415) 291-6300

*Attorneys for Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: March 22, 2019    By: _____
Jon S. Tigar
United States District Judge