Guido Saveri (22349)
 *guido@saveri.com*
R. Alexander Saveri (173102)
 *rick@saveri.com*
Geoffrey C. Rushing (126910)
 *grushing@saveri.com*
Matthew D. Heaphy (227224)
 *mheaphy@saveri.com*
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Lead Counsel for Direct Purchaser Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-CV-5944-JST |
| | MDL No. 1917 |
| This Document Relates to: *ALL DIRECT PURCHASER ACTIONS* | **DECLARATION OF R. ALEXANDER SAVERI IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |

I, R. Alexander Saveri, declare:

1. I am the Managing Partner of Saveri & Saveri, Inc., Lead Counsel for Direct Purchaser Plaintiffs ("DPPs" or "Plaintiffs") in this action. I am a member of the Bar of the State of California and admitted to practice in the Northern District of California. Except as otherwise stated, I have personal knowledge of the facts stated below.

2. I make this Declaration in Support of Plaintiffs' Administrative Motion to Seal Documents Pursuant to Civil Local Rules 7-11 and 79-5(d) whereby Plaintiffs move the Court for leave to file the following documents, or portions thereof, under seal:

   a. Gray highlighted portions of the Direct Purchaser Plaintiffs' Opposition to the Irico Defendants' Amended Motions to Dismiss Claims of Direct Purchaser Plaintiffs for Lack of Subject Matter Jurisdiction;

   b. Exhibits 1-2, 4, 12-13, 15-22, and 26-31 to the Declaration of R. Alexander Saveri in Support of Direct Purchaser Plaintiffs' Opposition to the Irico Defendants' Amended Motions to Dismiss Claims of Direct Purchaser Plaintiffs for Lack of Subject Matter Jurisdiction;"

   c. Gray highlighted portions of the Declaration of David Y. Hwu in Support of Direct Purchaser Plaintiffs' Opposition to the Irico Defendants' Amended Motions to Dismiss Claims of Direct Purchaser Plaintiffs for Lack of Subject Matter Jurisdiction; and

   d. Exhibit 3 to the Declaration of David Y. Hwu in Support of Direct Purchaser Plaintiffs' Opposition to the Irico Defendants' Amended Motions to Dismiss Claims of Direct Purchaser Plaintiffs for Lack of Subject Matter Jurisdiction.

3. On June 18, 2008, the Court approved a Stipulated Protective Order in this matter. ECF No. 306 ("Protective Order").

4. Section 10 of the Protective Order requires that "a Party may not file in the public record in this action any Protected Material. A Party that seeks to file under seal any Protected Material must comply with Civil Local Rule 79-5."

5. Plaintiffs seek to file the documents (or portions thereof) listed above in Paragraph 2 under seal pursuant to certain orders regarding the sealing of documents issued by this Court.

6. The documents (or portions thereof) identified in Paragraph 2 have been designated as confidential by the Irico Defendants.

| Document | Designating Entity |
|---|---|
| Gray highlighted portions of the Direct Purchaser Plaintiffs' Opposition to the Irico Defendants' Amended Motions to Dismiss Claims of Direct Purchaser Plaintiffs for Lack of Subject Matter Jurisdiction | Irico Defendants |
| Exhibit 1 to the Saveri Declaration: IRI-CRT-00002041–105 | Irico Defendants |
| Exhibit 2 to the Saveri Declaration: IRI-CRT-00000779–85 | Irico Defendants |
| Exhibit 4 to the Saveri Declaration: Irico Defendants' Objections and Responses to Direct Purchaser Plaintiff Studio Spectrum, Inc.'s First Set of Interrogatories, dated May 4, 2018 | Irico Defendants |
| Exhibit 12 to the Saveri Declaration: IRI-CRT-00003578–79 | Irico Defendants |
| Exhibit 13 to the Saveri Declaration: IRI-CRT-00003732 | Irico Defendants |
| Exhibit 15 to the Saveri Declaration: IRI-CRT-00003546 | Irico Defendants |
| Exhibit 16 to the Saveri Declaration: IRI-CRT-00003568–69 | Irico Defendants |
| Exhibit 17 to the Saveri Declaration: IRI-CRT-00003576–77 | Irico Defendants |
| Exhibit 18 to the Saveri Declaration: IRI-CRT-00003574 | Irico Defendants |
| Exhibit 19 to the Saveri Declaration: IRI-CRT-00003513 | Irico Defendants |
| Exhibit 20 to the Saveri Declaration: IRI-CRT-00003490–97 | Irico Defendants |
| Exhibit 21 to the Saveri Declaration: IRI-CRT-00003498-99 | Irico Defendants |
| Exhibit 22 to the Saveri Declaration: IRI-CRT-00003566-67 | Irico Defendants |
| Exhibit 26 to the Saveri Declaration: Excerpts of the transcript of the first day of the deposition of Zhang Wenkai on March 4, 2019 | Irico Defendants |
| Exhibit 27 to the Saveri Declaration: Excerpts of the transcript of the second day of the deposition of Zhang Wenkai on March 5, 2019 | Irico Defendants |
| Exhibit 28 to the Saveri Declaration: Excerpts of the transcript of the first day of the deposition of Wang Zhaojie on March 6, 2019 | Irico Defendants |

| | |
|---|---|
| Exhibit 29 to the Saveri Declaration: Excerpts of the transcript of the second day of the deposition of Wang Zhaojie on March 7, 2019 | Irico Defendants |
| Exhibit 30 to the Saveri Declaration: Excerpts of the transcript of the third day of the deposition of Wang Zhaojie on March 8, 2019 | Irico Defendants |
| Exhibit 31 to the Saveri Declaration: Excerpts of the transcript of the deposition of Donald Clarke on March 26, 2019 | Irico Defendants[1] |
| Gray highlighted portions of the Declaration of David Y. Hwu in Support of Direct Purchaser Plaintiffs' Opposition to the Irico Defendants' Amended Motions to Dismiss Claims of Direct Purchaser Plaintiffs for Lack of Subject Matter Jurisdiction | Irico Defendants |
| Exhibit 3 to the Hwu Declaration | Irico Defendants |

      7.    A stipulation by the parties could not be obtained because under Civil Local Rule 79-5, parties may not stipulate to the filing of any document under seal. *See* Civil L.R. 7-11(a), 79-5(b).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 1st day of April, 2019 in San Francisco, California.

                                    */s/ R. Alexander Saveri*
                                    R. Alexander Saveri

---

[1] Irico has thirty (30) days to designate the deposition transcript as "Confidential" or "Highly Confidential" under the terms of the protective order [ECF No. 306]. In an abundance of caution, Plaintiffs have included this transcript in the sealing motion although Irico has not yet designated it "Confidential" or "Highly Confidential." The thirty (30) day period has not yet expired.