UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: April 9, 2019                                                                  Judge:  Jon S. Tigar

Time: 44 minutes

Case No.     **3:07-cv-05944-JST**
Case Name    **MDL No. 1917 In Re: Cathode Ray Tube (CRT) Antitrust Litigation**

Appearances:    *Indirect Purchaser Plaintiffs*
Mario N. Alioto
Daniel E. Birkhaeuser
Lauren C. Capurro
Joseph Goldberg
Robert J. Gralewski, Jr.
Christopher T. Micheletti

*Steven Ganz and Objector/Class Member Eleanor Lewis*
Tracy R. Kirkham
John D. Bogdanov

*Objector Financial Recovery Services, Inc. d/b/a Financial Recovery Strategies*
Jeffrey L. Bornstein

*Objector Dan L. Williams & Co.*
Patrick B. Clayton
John G. Crabtree
Brian Torres
Francis O. Scarpulla

*Objectors Rockhurst University, Harry Garavanian, and Gary Talewsky*
Theresa D. Moore

*Appellants Gianasca, Comeaux, Ashkannejhad, Speaect, Ciccone, and Craig*
Robert J. Bonsignore

*Spectrum Settlement Recovery, LLC*
Eileen B. Goldsmith

Case No.      3:07-cv-05944-JST
Case Name     MDL No. 1917 In Re: Cathode Ray Tube (CRT) Antitrust Litigation

*Class Members and Proposed Intervenors, Douglas King and George Feldman*
Joseph Saveri
James G.B. Dallal
Melissa H. Maxman
Andrew J. McGuinness

*Defendant Mitsubishi Electric Corporation*
Michael T. Brody

*Defendant-Appellees Koninklijke Philips N.V. and Philips Electronics North America Corporation*
John M. Taladay
Erik T. Koons

*Defendants-Appellees Hitachi Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display, Inc.), Hitachi Asia, Ltd., Hitachi America, Ltd., and Hitachi Electronic Devices (USA), Inc.*
Eliot A. Adelson

*Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co. Ltd.); Panasonic Corporation of North America; and MT Picture Display Co., Ltd.*
Kevin B. Goldstein

*Defendants Samsung SDI America, Inc.; Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) SDN. BHD.; Samsung SDI Mexico S.A. DE C.V.; Samsung SDI Brasil Ltda.; Shenzen Samsung SDI Co., Ltd.; and Tianjin Samsung SDI Co., Ltd.*
Andrew R. Davies

*Thomson SA and Thomson Consumer Electronics, Inc.*
Kathy L. Osborn
Donald A. Wall

*Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*
Christopher M. Curran
Matthew Frutig

Deputy Clerk: William Noble                    Court Reporter: Katherine Sullivan

Case No.        3:07-cv-05944-JST
Case Name       MDL No. 1917 In Re: Cathode Ray Tube (CRT) Antitrust Litigation

## PROCEEDINGS

Further case management conference.

## RESULT OF HEARING

1. The Court set the following briefing and hearing schedule for the anticipated motions to appoint subclass representatives and counsel. The motion by Steven Ganz and Objector/Class Member Eleanor Lewis will need to set out the need for appointment of separate counsel and separation of a non-repealer state subclass. The motion for the omitted repealer states does not need to make those arguments.

| Opening brief due | April 19, 2019 |
| --- | --- |
| Responses due | May 3, 2019 (as set by Civil Local Rules) |
| Replies due | May 10, 2019 (as set by Civil Local Rules) |
| Hearing | June 6, 2019 at 2:00 p.m. |

2. No party objected to the Court referring this matter to Magistrate Judge Corley for settlement.

3. The Court set a deadline of June 14, 2019 for the filing of a motion by Mitsubishi Electric and the Indirect Purchaser Plaintiffs for preliminary approval of settlement.

4. Any party wishing to vacate the October 26, 2010 order by the Special Master (Dkt. No. 797) shall file a motion with that request. Motions are due by May 3, 2019.

5. The Court set a deadline of April 19, 2019 for the filing of a joint proposed or competing schedules for class certification and a trial date. If competing schedules are submitted, the Court will endeavor to choose one in its entirety.