IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 |
| | Case No. 07-cv-5944 JST |
| This Order Relates To: | **ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR SETTLEMENT** |
| ALL INDIRECT PURCHASER ACTIONS | |

Pursuant to Local Rule 72-1, and at the request of the parties, this matter is referred to Magistrate Judge Jacqueline Corley for settlement.

The parties will be advised of the date, time and place of the next appearance by notice from Judge Corley.

**IT IS SO ORDERED.**

Dated: April 9, 2019

_____
JON S. TIGAR
United States District Judge