Mario N. Alioto (56433)
Lauren C. Capurro (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: malioto@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-CV-5944-JST |
| | MDL No. 1917 |
| This Document Relates to: *ALL ACTIONS* | **STIPULATION AND [PROPOSED] ORDER RE PAGE LIMITS FOR INDIRECT PURCHASER PLAINTIFFS' OPPOSITION TO THE IRICO DEFENDANTS' AMENDED MOTIONS TO DISMISS CLAIMS OF INDIRECT PURCHASER PLAINTIFFS FOR LACK OF SUBJECT MATTER JURISDICTION (FED. R. CIV. P. 12(b)(1)) (ECF Nos. 5409, 5411)** |
| | Judge: Honorable Jon S. Tigar |

|   |   |
|---|---|
| 1 | Indirect Purchaser Plaintiffs ("IPPs") and Defendants Irico Group Corporation and Irico |
| 2 | Display Devices Co., Ltd. (together, the "Irico Defendants" or "Irico"), by and through the |
| 3 | undersigned counsel, hereby stipulate as follows: |
| 4 | WHEREAS, on March 19, 2019, the Irico Defendants filed Irico Group Corporation's |
| 5 | Amended Motion to Dismiss Claims of Indirect Purchaser Plaintiffs for Lack of Subject Matter |
| 6 | Jurisdiction (Fed. R. Civ. P. 12(b)(1)), ECF No. 5409, and Irico Display Devices Co., Ltd.'s |
| 7 | Amended Motion to Dismiss Claims of Indirect Purchaser Plaintiffs for Lack of Subject Matter |
| 8 | Jurisdiction (Fed. R. Civ. P. 12(b)(1)), ECF No. 5411; |
| 9 | WHEREAS, pursuant to stipulation and order entered by the Court on January 30, 2019, |
| 10 | IPPs' oppositions to Irico's amended motions to dismiss shall be due on or before April 12, 2019, |
| 11 | ECF No. 5381; |
| 12 | WHEREAS, under Civil Local Rule 7-4(b), "[u]nless the Court expressly orders otherwise |
| 13 | pursuant to a party's request made prior to the due date, briefs or memoranda filed with opposition |
| 14 | papers may not exceed 25 pages of text"; |
| 15 | WHEREAS, IPPs wish to file a single opposition brief not to exceed 40 pages of text; |
| 16 | WHEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between counsel |
| 17 | for Plaintiffs and the Irico Defendants: |
| 18 | 1. IPPs may file a single opposition brief not to exceed 40 pages of text; and |
| 19 | 2. The Irico Defendants may file a single reply brief not to exceed 30 pages of text. |
| 21 | // |
| 22 | // |
| 23 | // |

1

STIPULATION AND [PROPOSED] ORDER RE PAGE LIMITS FOR INDIRECT PURCHASER PLAINTIFFS' OPPOSITION TO IRICO DEFENDANTS' AMENDED MOTIONS TO DISMISS; Master File No. 07-CV-5944-JST

1    Dated: April 9, 2019

2
| | |
|---|---|
| */s/ Mario N. Alioto* | /s/ *Stuart C. Plunkett* |
| Mario N. Alioto (56433) | John Taladay (*pro hac vice*) |
| Lauren C. Capurro (241151) | john.taladay@bakerbotts.com |
| TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP | BAKER BOTTS LLP |
| 2280 Union Street | 1299 Pennsylvania Ave., NW |
| San Francisco, CA 94123 | Washington, D.C. 20004 |
| Telephone: (415) 563-7200 | Telephone: 202.639.7700 |
| Facsimile: (415) 346-0679 | Facsimile: 202.639.7890 |
| E-mail: malioto@tatp.com | |
| laurenrussell@tatp.com | Stuart C. Plunkett (State Bar No. 187971) |
| | stuart.plunkett@bakerbotts.com |
| *Lead Counsel for Indirect Purchaser Plaintiffs* | BAKER BOTTS LLP |
| | 101 California Street, Suite 3070 |
| | San Francisco, California 94111 |
| | Telephone: (415) 291-6200 |
| | Facsimile: (415) 291-6300 |
| | |
| | *Attorneys for Defendants Irico Group Corp.* |
| | *and Irico Display Devices Co., Ltd.* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: April 10, 2019      By: _____
                                                    Jon S. Tigar
                                                    United States District Judge