Mario N. Alioto (56433)
Lauren C. Capurro (241151)
**TRUMP, ALIOTO, TRUMP & PRESCOTT LLP**
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
malioto@tatp.com
laurenrussell@tatp.com

*Lead Counsel for Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master No.: 3:07-cv-05944-JST<br><br>MDL No. 1917 |
| This Document Relates to:<br><br>ALL INDIRECT-PURCHASER ACTIONS | **INDIRECT-PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |

Pursuant to Civil Local Rules 7-11 and 79-5(d), the Indirect-Purchaser Plaintiffs ("IPPs") hereby move for administrative relief regarding IPPs' Opposition to the Irico Defendants' Amended Motions to Dismiss Claims of IPPs for Lack of Subject Matter Jurisdiction, ECF Nos. 5409, 5411. IPPs respectfully request an order permitting them to file the following documents, or portions thereof, under seal:

1. Gray highlighted portions of IPPs' Opposition to the Irico Defendants' Amended Motions to Dismiss Claims of IPPs for Lack of Subject Matter Jurisdiction;

2. Gray highlighted portions of the Declaration of Mario N. Alioto in Support of IPPs' Opposition to the Irico Defendants' Amended Motions to Dismiss Claims of IPPs for Lack of Subject Matter Jurisdiction (the "Alioto Declaration"); and

3. Exhibits 2, 5-11, 13-17, 19-25, 27-36, and 39 to the Alioto Declaration.

The table below identifies the designating entity for the materials to be sealed:

| No | Document | Designating Entity |
|---|---|---|
| 1 | Gray highlighted portions of IPPs' Opposition to the Irico Defendants' Amended Motions to Dismiss Claims of IPPs for Lack of Subject Matter Jurisdiction | Irico Defendants; Defendants Beijing Matsushita Color CRT Co. Ltd., Chunghwa Picture Tubes, Ltd., Samsung SDI, MT Picture Display Co., Ltd., and Koninklijke Philips Electronics N.V.; and BestBuy |
| 2 | Gray highlighted portions of the Alioto Declaration | Irico Defendants; Defendants Beijing Matsushita Color CRT Co. Ltd., Chunghwa Picture Tubes, Ltd., Samsung SDI, MT Picture Display Co., Ltd., and Koninklijke Philips Electronics N.V.; and BestBuy |
| 3 | Exhibit 2 to the Alioto Declaration bearing the Bates stamp BMCC-CRT-000105538- | Defendant Beijing Matsushita Color CRT |

| | | |
|---|---|---|
| | 57 and a translation of an excerpt thereof | Co. Ltd. |
| 4 | Exhibit 5 to the Alioto Declaration: excerpts of the transcript of the deposition of Zhang Wenkai on March 4, 2019 | Irico Defendants |
| 5 | Exhibit 6 to the Alioto Declaration: excerpts of the transcript of the deposition of Zhang Wenkai on March 5, 2019 | Irico Defendants |
| 6 | Exhibit 7 to the Alioto Declaration: experts of the transcript of the deposition of Wang Zhaojie on March 6, 2019 | Irico Defendants |
| 7 | Exhibit 8 to the Alioto Declaration: experts of the transcript of the deposition of Wang Zhaojie on March 7, 2019 | Irico Defendants |
| 8 | Exhibit 9 to the Alioto Declaration: experts of the transcript of the deposition of Wang Zhaojie on March 8, 2019 | Irico Defendants |
| 9 | Exhibit 10 to the Alioto Declaration: Irico Defendants' Supplemental Objections and Responses to IPPs' Second Set of Interrogatories, dated November 2, 2018 | Irico Defendants |
| 10 | Exhibit 11 to the Alioto Declaration: Irico Defendants' Corrected Supplemental Objections and Responses to IPPs' Second Set of Interrogatories, dated April 11, 2019 | Irico Defendants |
| 11 | Exhibit 13 to the Alioto Declaration bearing the Bates stamp IRI-CRT-00003570-71 and a translation of IRI-CRT-00003570 | Irico Defendants |
| 12 | Exhibit 14 to the Alioto Declaration bearing the Bates stamp IRI-CRT-00003584-85 and a translation of IRI-CRT-00003584 | Irico Defendants |
| 13 | Exhibit 15 to the Alioto Declaration bearing the Bates stamp IRI-CRT-00003586-87 and a translation of IRI-CRT-00003586 | Irico Defendants |
| 14 | Exhibit 16 to the Alioto Declaration bearing the Bates stamp IRI-CRT-00003588-89 and a translation of IRI-CRT-00003588 | Irico Defendants |
| 15 | Exhibit 17 to the Alioto Declaration bearing the Bates stamp IRI-CRT-00003594-95 and a translation of IRI-CRT-00003594 | Irico Defendants |
| 16 | Exhibit 19 to the Alioto Declaration bearing the Bates stamp CHU00690421 and a translation thereof | Defendant Chunghwa Picture Tubes, Ltd. |
| 17 | Exhibit 20 to the Alioto Declaration | Defendant Samsung |

| | | |
|---|---|---|
| | bearing the Bates stamp SDCRT-0202827 and a translation thereof | SDI |
| 18 | Exhibit 21 to the Alioto Declaration bearing the Bates stamp MTPD-0573273 and a translation thereof | Defendant MT Picture Display Co., Ltd. |
| 19 | Exhibit 22 to the Alioto Declaration bearing the Bates stamp PHLP-CRT-010948 | Defendant Koninklijke Philips Electronics N.V. ("Philips") |
| 20 | Exhibit 23 to the Alioto Declaration bearing the Bates stamp CHU00029191-94 and a translation thereof | Defendant Chunghwa Picture Tubes, Ltd |
| 21 | Exhibit 24 to the Alioto Declaration bearing the Bates stamp PHLP-CRT-154896-898 | Philips |
| 22 | Exhibit 25 to the Alioto Declaration bearing the Bates stamp PHLP-CRT-155234-36 | Philips |
| 23 | Exhibit 27 to the Alioto Declaration bearing the Bates stamp BBYCRT053101 | BestBuy |
| 24 | Exhibit 28 to the Alioto Declaration bearing the Bates stamp CHU00124396-99 and CHU00124400-02 and a translation thereof | Defendant Chunghwa Picture Tubes, Ltd. |
| 25 | Exhibit 29 to the Alioto Declaration bearing the Bates stamp MTPD-0523073-79 and a translation thereof | Defendant MT Picture Display Co., Ltd. |
| 26 | Exhibit 30 to the Alioto Declaration bearing the Bates stamp CHU00572096 and 2098 and a translation thereof; and CHU00572996, 2998, 3026 and 3034 and a translation thereof | Defendant Chunghwa Picture Tubes, Ltd. |
| 27 | Exhibit 31 to the Alioto Declaration bearing the Bates stamp PHLP-CRT-172663-67 | Philips |
| 28 | Exhibit 32 to the Alioto Declaration bearing the Bates stamp CHU00124417-19, and a translation thereof | Defendant Chunghwa Picture Tubes, Ltd. |
| 29 | Exhibit 33 to the Alioto Declaration bearing the Bates stamp CHU00689067-69, and a translation thereof | Defendant Chunghwa Picture Tubes, Ltd. |
| 30 | Exhibit 34 to the Alioto Declaration: excerpts of the Deposition of Chunghwa's Chih Chun (C.C.) Liu | Defendant Chunghwa Picture Tubes, Ltd. |
| 31 | Exhibit 35 to the Alioto Declaration bearing the Bates stamp IRI-CRT-00000487 and a translation thereof | Irico Defendants |
| 32 | Exhibit 36 to the Alioto Declaration: excerpts of the transcript of the deposition | Irico Defendants |

| | | |
|---|---|---|
| | of Donald Clarke on March 26, 2019[1] | |
| 33 | Exhibit 39 to the Alioto Declaration: Irico Defendants' Third Supplemental Objections and Responses to IPPs' First Set of Requests for Production of Documents, dated January 18, 2019 | Irico Defendants |

This motion is supported by the Declaration of Lauren C. Capurro in Support of the IPPs' Administrative Motion to File Documents Under Seal Pursuant to Civil Local Rules 7-11 and 79-5(d) ("Capurro Declaration"), dated April 12, 2019.  *See* Civ. L. R. 79-5(d)(1)(A) (stating that an administrative motion to seal must be accompanied by a declaration "establishing that the document sought to be filed under seal . . . [is] sealable").

As set forth in the Capurro Declaration, the documents that IPPs seek to file under seal contain either (a) material designated by the Irico Defendants or other parties to this litigation pursuant to the Stipulated Protective Order (ECF No. 306, amended at ECF No. 1142, June 18, 2008) as "Confidential" or "Highly Confidential" or (b) analysis of, references to, or information taken directly from material designated by the Irico Defendants or other parties to this litigation pursuant to the Stipulated Protective Order as "Confidential" or "Highly Confidential."  *See* Capurro Decl., ¶¶ 8, 9.

IPPs take no position whether the designated documents satisfy the requirements for sealing.  Although IPPs' request is narrowly tailored to include only the information that may require confidentiality, it is the Designating Party's burden to show good cause for sealing the designated documents by submitting a declaration within four days of the lodging of the designated documents.  *See* Civil Local Rule 79-5(e).

Because Civil Local Rule 79-5(b) prohibits the sealing of documents by agreement

---

[1] The Irico Defendants have thirty (30) days to designate the deposition transcript as "Confidential" or "Highly Confidential" under the terms of the protective order [ECF No. 306]. In an abundance of caution, IPPs have included this transcript in the sealing motion although the Irico Defendants have not yet designated it "Confidential" or "Highly Confidential." The thirty (30) day period has not yet expired.

of the parties, the parties are unable to enter into such a stipulation.  *See* Civil Local Rules 7-11(a) (requiring explanation of lack of stipulation).

Dated: April 12, 2019                                   Respectfully submitted,

                                                        */s/ Lauren C. Capurro*

                                                        Mario N. Alioto
                                                        Lauren C. Capurro
                                                        TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
                                                        2280 Union Street
                                                        San Francisco, CA 94123
                                                        Telephone: (415) 563-7200
                                                        Facsimile: (415) 346-0679
                                                        Email: malioto@tatp.com
                                                        laurenrussell@tatp.com

                                                        *Lead Counsel for the Indirect-Purchaser Plaintiffs*