Mario N. Alioto (56433)
Lauren C. Capurro (241151)
**TRUMP, ALIOTO, TRUMP & PRESCOTT LLP**
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
malioto@tatp.com
laurenrussell@tatp.com

*Lead Counsel for Indirect Purchaser Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master No.: 3:07-CV-05944-JST<br>MDL No. 1917 |
| This Document Relates to:<br>ALL INDIRECT-PURCHASER ACTIONS | **DECLARATION OF LAUREN C. CAPURRO IN SUPPORT OF INDIRECT-PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |

I, Lauren C. Capurro, declare:

1. I am an attorney duly licensed by the State of California and am admitted to practice before this Court. I am a partner at the law firm Trump, Alioto, Trump & Prescott, LLP and my firm serves as Lead Counsel for the Indirect Purchaser Plaintiffs ("IPPs") in the above-captioned action.

2. I make this declaration in support of the IPPs' Administrative Motion to File Under Seal Pursuant to Civ. L. R. 7-11 and 79-5(d). The matters set forth herein are within my personal knowledge and if called upon and sworn as a witness I could competently testify regarding them.

3. I have reviewed and complied with this Court's Standing Order Governing Administrative Motions to File Materials Under Seal Before District Judge Jon S. Tigar, dated March 19, 2019.

4. I have reviewed and complied with Civil Local Rule 79-5.

5. On June 18, 2008, the Court approved a "Stipulated Protective Order" in this matter (ECF. No. 306, amended at ECF No. 1142) (the "Protective Order").

6. Section 10 of the Protective Order requires that "a Party may not file in the public record in this action any Protected Material. A Party that seeks to file under seal any Protected Material must comply with Civil Local Rule 79-5."

7. Pursuant to the Protective Order and Local Civil Rules 7-11 and 79-5(d), IPPs seek to file the following documents, or portions thereof, under seal:

    a. Gray highlighted portions of IPPs' Opposition to the Irico Defendants' Amended Motions to Dismiss Claims of IPPs for Lack of Subject Matter Jurisdiction;

    b. Gray highlighted portions of the Declaration of Mario N. Alioto In Support of IPPs' Opposition to the Irico Defendants' Amended Motions to Dismiss Claims of IPPs for Lack of Subject Matter Jurisdiction (the "Alioto Declaration"); and

      c.  Exhibits 2, 5-11, 13-17, 19-25, 27-36, and 39 to the Alioto Declaration.

8.     The documents or portions of documents that IPPs seek to file under seal contain either (a) material designated by the Irico Defendants or other parties to this litigation pursuant to the Stipulated Protective Order as "Confidential" or "Highly Confidential" or (b) analysis of, references to, or information taken directly from material designated by the Irico Defendants or other parties to this litigation pursuant to the Stipulated Protective Order as "Confidential" or "Highly Confidential."

9.     The documents or portions thereof identified in Paragraph 3 have been designated as confidential or highly confidential by the entities identified in the table below.

| No | Document | Designating Entity |
|---|---|---|
| 1 | Gray highlighted portions of IPPs' Opposition to the Irico Defendants' Amended Motions to Dismiss Claims of IPPs for Lack of Subject Matter Jurisdiction | Irico Defendants; Defendants Beijing Matsushita Color CRT Co. Ltd., Chunghwa Picture Tubes, Ltd., Samsung SDI, MT Picture Display Co., Ltd., and Koninklijke Philips Electronics N.V.; and BestBuy |
| 2 | Gray highlighted portions of the Alioto Declaration | Irico Defendants; Defendants Beijing Matsushita Color CRT Co. Ltd., Chunghwa Picture Tubes, Ltd., Samsung SDI, MT Picture Display Co., Ltd., and Koninklijke Philips Electronics N.V.; and BestBuy |
| 3 | Exhibit 2 to the Alioto Declaration bearing the Bates stamp BMCC-CRT-000105538-57 and a translation of an excerpt thereof | Defendant Beijing Matsushita Color CRT Co. Ltd. |
| 4 | Exhibit 5 to the Alioto Declaration: excerpts of the transcript of the deposition of Zhang Wenkai on March 4, 2019 | Irico Defendants |
| 5 | Exhibit 6 to the Alioto Declaration: excerpts of the transcript of the deposition of Zhang Wenkai on March 5, 2019 | Irico Defendants |

| | | |
|---|---|---|
| 6 | Exhibit 7 to the Alioto Declaration: experts of the transcript of the deposition of Wang Zhaojie on March 6, 2019 | Irico Defendants |
| 7 | Exhibit 8 to the Alioto Declaration: experts of the transcript of the deposition of Wang Zhaojie on March 7, 2019 | Irico Defendants |
| 8 | Exhibit 9 to the Alioto Declaration: experts of the transcript of the deposition of Wang Zhaojie on March 8, 2019 | Irico Defendants |
| 9 | Exhibit 10 to the Alioto Declaration: Irico Defendants' Supplemental Objections and Responses to IPPs' Second Set of Interrogatories, dated November 2, 2018 | Irico Defendants |
| 10 | Exhibit 11 to the Alioto Declaration: Irico Defendants' Corrected Supplemental Objections and Responses to IPPs' Second Set of Interrogatories, dated April 11, 2019 | Irico Defendants |
| 11 | Exhibit 13 to the Alioto Declaration bearing the Bates stamp IRI-CRT-00003570-71 and a translation of IRI-CRT-00003570 | Irico Defendants |
| 12 | Exhibit 14 to the Alioto Declaration bearing the Bates stamp IRI-CRT-00003584-85 and a translation of IRI-CRT-00003584 | Irico Defendants |
| 13 | Exhibit 15 to the Alioto Declaration bearing the Bates stamp IRI-CRT-00003586-87 and a translation of IRI-CRT-00003586 | Irico Defendants |
| 14 | Exhibit 16 to the Alioto Declaration bearing the Bates stamp IRI-CRT-00003588-89 and a translation of IRI-CRT-00003588 | Irico Defendants |
| 15 | Exhibit 17 to the Alioto Declaration bearing the Bates stamp IRI-CRT-00003594-95 and a translation of IRI-CRT-00003594 | Irico Defendants |
| 16 | Exhibit 19 to the Alioto Declaration bearing the Bates stamp CHU00690421 and a translation thereof | Defendant Chunghwa Picture Tubes, Ltd. |
| 17 | Exhibit 20 to the Alioto Declaration bearing the Bates stamp SDCRT-0202827 and a translation thereof | Defendant Samsung SDI |
| 18 | Exhibit 21 to the Alioto Declaration bearing the Bates stamp MTPD-0573273 and a translation thereof | Defendant MT Picture Display Co., Ltd. |
| 19 | Exhibit 22 to the Alioto Declaration bearing the Bates stamp PHLP-CRT- | Defendant Koninklijke Philips Electronics |

|    |                                                                                                                                                 |                                        |
|----|-------------------------------------------------------------------------------------------------------------------------------------------------|----------------------------------------|
|    | 010948                                                                                                                                          | N.V. ("Philips")                       |
| 20 | Exhibit 23 to the Alioto Declaration bearing the Bates stamp CHU00029191-94 and a translation thereof                                           | Defendant Chunghwa Picture Tubes, Ltd  |
| 21 | Exhibit 24 to the Alioto Declaration bearing the Bates stamp PHLP-CRT-154896-898                                                                | Philips                                |
| 22 | Exhibit 25 to the Alioto Declaration bearing the Bates stamp PHLP-CRT-155234-36                                                                 | Philips                                |
| 23 | Exhibit 27 to the Alioto Declaration bearing the Bates stamp BBYCRT053101                                                                       | BestBuy                                |
| 24 | Exhibit 28 to the Alioto Declaration bearing the Bates stamp CHU00124396-99 and CHU00124400-02 and a translation thereof                        | Defendant Chunghwa Picture Tubes, Ltd. |
| 25 | Exhibit 29 to the Alioto Declaration bearing the Bates stamp MTPD-0523073-79 and a translation thereof                                          | Defendant MT Picture Display Co., Ltd. |
| 26 | Exhibit 30 to the Alioto Declaration bearing the Bates stamp CHU00572096 and 2098 and a translation thereof; and CHU00572996, 2998, 3026 and 3034 and a translation thereof | Defendant Chunghwa Picture Tubes, Ltd. |
| 27 | Exhibit 31 to the Alioto Declaration bearing the Bates stamp PHLP-CRT-172663-67                                                                 | Philips                                |
| 28 | Exhibit 32 to the Alioto Declaration bearing the Bates stamp CHU00124417-19, and a translation thereof                                          | Defendant Chunghwa Picture Tubes, Ltd. |
| 29 | Exhibit 33 to the Alioto Declaration bearing the Bates stamp CHU00689067-69, and a translation thereof                                          | Defendant Chunghwa Picture Tubes, Ltd. |
| 30 | Exhibit 34 to the Alioto Declaration: excerpts of the Deposition of Chunghwa's Chih Chun (C.C.) Liu                                             | Defendant Chunghwa Picture Tubes, Ltd. |
| 31 | Exhibit 35 to the Alioto Declaration bearing Bates stamp IRI-CRT-00000487 and a translation thereof                                             | Irico Defendants                       |
| 32 | Exhibit 36 to the Alioto Declaration: excerpts of the transcript of the deposition of Donald Clarke on March 26, 2019[1]                        | Irico Defendants                       |

---

[1] The Irico Defendants have thirty (30) days to designate the deposition transcript as "Confidential" or "Highly Confidential" under the terms of the protective order [ECF No. 306]. In an abundance of caution, IPPs have included this transcript in the sealing motion although the Irico Defendants have not yet designated it "Confidential" or "Highly Confidential." The thirty (30) day period has not yet expired.

| | | |
|---|---|---|
| 33 | Exhibit 39 to the Alioto Declaration: Irico Defendants' Third Supplemental Objections and Responses to IPPs' First Set of Requests for Production of Documents, dated January 18, 2019 | Irico Defendants |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 12th day of April, 2019 at San Francisco, California.

                                    /s/ Lauren C. Capurro
                                    Lauren C. Capurro