# Exhibit 2

## [Document Submitted Under Seal]