# Exhibits 5-11

[Documents Submitted Under Seal]