# Exhibits 13-17

## [Documents Submitted Under Seal]