# Exhibits 19-25

## [Documents Submitted Under Seal]