# Exhibits 27-36

## [Documents Submitted Under Seal]