# Exhibit 39

**[Document Submitted Under Seal]**