# Exhibit 12



CONFIDENTIAL
IRI-CRT-00003566

# CHINA NATIONAL ELECTRONICS IMP&EXP
# CAIHONG COMPANY
## INVOICE

**CEIEC**

Cable:1752 XIANYA
Fax:(0910)3313901
Tel:(0910)3313856
Postcode:712021

MESSRS. IRICO (USA) INC.
39658 MISSION BLVD.,FREMONT,CA94539

| Invoice No. | Name Of Vessel | Loading Port | Discharging Port | On or About |
|---|---|---|---|---|
| 8TS080 | | SHANGHAI PORT,CHINA | ALEXANDRIA PORT | |
| Date | B/L No. | L/C No. | Contract No. | Licence No. |
| MAY.25,1998 | | | 98EMUSCHCT01054 | |

| Marks & Nos | Description & Quantity | Unit Price | Amount |
|---|---|---|---|
| | | FOB ANY CHINESE PORT | |
| N/M 240PALLETS | 14" COLOR PICTURE TUBE, QTY 10080 AS PER PROFORMA INVOICE NO. USZ-98429T DATED 30/04/98 COVERING F.O.B. ANY CHINESE PORT. | USD30.00 | USD302,400.00 |

(SAY,UNITED STATES DOLLARS THREE HUNDRED AND TWO THOUSAND FOUR HUNDRED ONLY.)

CHINA NATIONAL ELECTRONICS IMP&EXP
CAIHONG COMPANY

E. & O.E.
MANAGER


由 扫描全能王 扫描创建

CONFIDENTIAL                                                    IRI-CRT-00003567

中国电子进出口彩虹公司

# 出口货物转帐凭证

98 年 4 月 日    转 62 号

| 牌号 8TS086 | | | | |
|---|---|---|---|---|
| 国外客户 | 货物名称及规格型号 | 数量 | 单价 | 总价 |
| 〔手写〕 | 14″彩管 375×110½2-D005 | 2016 | USD 32.- | USD 64,512.- |
| 业务员 〔签名〕 | | | | |
| 收购发票号 00014959 | | | | |

| 借方 | | 贷方 | | 摘要 | 金额 |
|---|---|---|---|---|---|
| 一级科目 | 明细科目 | 一级科目 | 明细科目 | | 千百十万千百十元角分 |
| 123应收外汇账款 | 004 | 504自营出口销售收入 | 999 | 发美国联运214″彩管2016只 (8TS086) | ¥ 64512 00 |
|  |  |  |  |  | 折￥ 534159 36 |
| 合计 | 伍拾叁万肆仟壹佰伍拾玖元叁角陆分 | | | | |

主管　　记帐　　审核　　制表 董联峰

CONFIDENTIAL　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　IRI-CRT-00003568

# CEIEC CHINA NATIONAL ELECTRONICS IMP&EXP CAIHONG COMPANY

中国电子进出口彩虹公司

## INVOICE

Cable:1752 XIANYANG
Fax:(0910)3313101
Tel:(0910)3313856
Postcode:712021

MESSRS. IRICO (USA) INC.
39658 MISSION BLVD FREMONT, CA 94539

| Invoice No. | Name Of Vessel | Loading Port | Discharging Port | On or About |
|---|---|---|---|---|
| 8TS086 | | SHANGHAI CHINA | DURBAN R.S.A. | JUN. 20, 1998 |
| Date | B/L No. | L/C No. | Contract No. | Licence No. |
| JUN. 8, 1998 | | T/T | 98EMUSCHCT01055 | |

| Marks & Nos | Description & Quantity | Unit Price | Amount |
|---|---|---|---|
| | | CFR DURBAN R.S.A. | |
| N/M | 2016 PCS 14 INCHES (37CM) COLOR PICTURE TUBE IRICO BRAND SPEC 37SX110Y22-DC05 CFR DURBAN R.S.A. | USD32.00 | USD64,512.00 |

(SAY, UNITED STATES DOLLARS SIXTY FOUR THOUSAND FIVE HUNDRED AND TWELVE ONLY.)

CHINA NATIONAL ELECTRONICS IMP&EXP
CAIHONG COMPANY

E. & O.E. _____
MANAGER



CONFIDENTIAL

IRI-CRT-00003569



## certifiedtranslate
A LANGUAGE FISH LLC COMPANY

info@certifiedtranslate.com | 2425 Olympic Blvd., Suite 4000W | usa 1-888-856-2228
www.certifiedtranslate.com | Santa Monica, CA 90404 | int +1-310-684-3153
fax +1-310-564-1944



A member of the American Translators Association
ATA Member Number: 248719

# CERTIFIED TRANSLATION

**Documents Translated For:**

| Name: | **David Y. Hwu** | Street Address: | **706 Sansome Street** |
|---|---|---|---|
| Firm: | **Saveri & Saveri, Inc.** | City/State/Zip: | **San Francisco / CA / 94111** |

**Description of Document(s):**

|  |
|---|
|  |
|  |
| IRI-CRT-00003566E |
|  |
|  |

| Source Language: | **SIMPLIFIED CHINESE** | Target Language: | **ENGLISH** |
|---|---|---|---|

WITH REFERENCE TO THE ABOVE MENTIONED MATERIALS/DOCUMENTS, we at Language Fish LLC (doing business as www.certifiedtranslate.com), a professional document translation company, attest that the language translation completed by Language Fish's certified professional translators, represents, to the best of our judgment, an accurate and correct interpretation of the terminology/content of the source document(s). **This is to certify the correctness of the translation only.** We do not guarantee that the original is a genuine document or that the statements contained in the original document(s) are true.

IN WITNESS WHEREOF, Language Fish LLC has caused the Certificate to be signed by its duly authorized officer(s).

By: Sean Kirschenstein, Director            Date: February 21, 2019

A copy of the translated version(s) is attached to this statement of certification.

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

On __Feb. 21, 2019__ before me, __Kristin Gail Chamberlain__, Notary Public, appeared __Sean Kirschenstein__, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.
Signature _____



KRISTIN GAIL CHAMBERLAIN
Notary Public - California
Los Angeles County
Commission # 2141880
My Comm. Expires Feb 7, 2020

Scanned and created by Camscanner [QR Code]

1 Attachment

**China National Electronics Import and Export Caihong Co.**

**Certificate of Account Transfer for Exported Goods**

Card No. _____                                            Transfer No. **31**

| Overseas Customer | *Irico (USA)* | June 8, 1998 | | | |
|---|---|---|---|---|---|
| | | Product Name and Model | Quantity | Unit Price | Total Price |
| Clerk | *Xi Jiansheng* | *37SX110Y22-DC05* | *10,080* | *USD 30* | *USD 302,400* |
| Purchase Receipt No. | *00014916* | | | | |

| Debits | | Credits | | Summary | Amount | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| General | Subsidiary | General | Subsidiary | | | Ten Millions | Millions | Hundred Thousands | Ten Thousands | Thousands | Hundreds | Tens | Ones | Cents |
| | | √ | √ | | $ | | **2** | **3** | **0** | **2** | **4** | **0** | **0** | **00** |
| *[illegible]* | *004* | √ *[illegible]* | *999* | √ *10,080 14" CPTs to Irico (USA) (8TS080)* | In ¥ | | | **5** | **0** | **3** | **8** | **7** | **2** | **00** |
| Total | | | | Two million five hundred and three thousand eight hundred and seventy-two yuan and zero cents | | | | | | | | | | |

Supervisor _____    Recorded by _____    Verified by *Geng Jun*    Form completed by *Dong Congfeng*

CONFIDENTIAL                                                     IRI-CRT-00003566E_Translation