# Exhibit 26

## PHILIPS CONSUMER ELECTRONICS
## COMMERCIAL INVOICE

Page 1

Philips Consumer Electronics Co.
64 Perimeter Center East
Atlanta, GA 30346
Vendor No. 041600

**Invoice No**
TS050110
**Shipped Per**
COSCO VANCOUVER V.003E

**Date**
01/21/2005
**Sailing On/or About**
01/24/2005
**Manufacturer Address:**
TCL King Elec. App. Co., Ltd.
Sec. 19, Zhongkai Dev. Zone, New & High-level
Tech Indus., Huizhou, Guangdong, PR China

| From | Country of Origin |
|---|---|
| YANTIAN | CHINA |
| **To** | |
| LONG BEACH | |
| **Payment Terms** | Within 45 days after inv. date |
| **Consignee:** | |
| Circuit City Stores, Inc. | |
| 9954 Mayland Drive | |
| Richmond, VA 23233 | |

**P.O. No:**
1232532
**Shipment Terms:** FOB   Yantian
**Ship to:**
Circuity City DC 717
501 South Cheryl Lane
Walnut, CA 91789

| Cartons | Quantity | Description of Goods | | Unit Price-USD | Amount-USD |
|---|---|---|---|---|---|
| 870 | 870 | Magnavox 13" Color TV | | $58.30 | $ 49,068.00 |
| | | Vendor Model No: 13MT143S | | | |
| | | Accession No: | 0020335-01 | | |
| | | Holder: | Philips Consumer Electronics, Knoxville, TN | | |
| | **Container No:** | TTNU9860953 | Seal No: | U67314 | |
| | | N.W. (KGS) | G.W. (KGS) | Measurement (CBM) | |
| | | 8,700 | 10,962 | 69.025 | |
| 870 | 870 | Magnavox 13" Color TV | | $58.30 | $ 49,068.00 |
| | | Vendor Model No: 13MT143S | | | |
| | | Accession No: | 0020335-01 | | |
| | | Holder: | Philips Consumer Electronics, Knoxville, TN | | |
| | **Container No:** | GVCU5149519 | Seal No: | U67311 | |
| | | N.W. (KGS) | G.W. (KGS) | Measurement (CBM) | |
| | | 8,700 | 10,962 | 69.025 | |
| **TOTAL CTNS.** | **TOTAL QTY.** | | | | |
| 1740 | 1740 | | | | |
| **TOTAL WEIGHTS & MEASUREMENTS** | | N.W. (KGS) | G.W. (KGS) | Measurement (CBM) | |
| | | 17,400 | 21,924 | 138.05 | |
| | | **TOTAL AMOUNT** | | | $98,136.00 |
| 865 | 865 | Magnavox 14" Real Flat Stereo TV | | $82.85 | $ 71,665.25 |
| | | Vendor Model No: 14MS2331/17 | | | |
| | | Accession No: | 0420108-00 | | |
| | | Holder: | TCL King Elec. Appl. Co. Ltd. Guangdong, China | | |
| | **Container No:** | CBHU1438781 | Seal No: | U67316 | |
| | | N.W. (KGS) | G.W. (KGS) | Measurement (CBM) | |
| **TOTAL CTNS.** | **TOTAL QTY.** | 8,650 | 10,899 | 65.256 | |
| 865 | 865 | | | | |
| **TOTAL WEIGHTS & MEASUREMENTS** | | N.W. (KGS) | G.W. (KGS) | Measurement (CBM) | |
| | | 8,650 | 10,899 | 65.256 | |
| | | **TOTAL AMOUNT** | | | $ 71,665.25 |

CC0118601

## PHILIPS CONSUMER ELECTRONICS
## COMMERCIAL INVOICE       Page 2

Philips Consumer Electronics Co.
64 Perimeter Center East
Atlanta, GA 30346
Vendor No. 041600

| | | | |
|---|---|---|---|
| **Invoice No.** TS050110 | | **Date:** | 01/21/2005 |
| **Shipped Per:** COSCO VANCOUVER V.003E | | **Sailing On/or About** 01/24/2005 | |
| **PO Number** 1232532 | | **Manufacturer Address:** TCL King Elec. App. Co., Ltd. Sec. 19, Zhongkai Dev. Zone, New & High-level Tech Indus., Huizhou, Guangdong, PR China | |

**Shipment Terms**
FOB   Yantian

**Consignee:**                              **Ship to:**
Circuit City Stores, Inc.                    Circuity City DC 717
9954 Mayland Drive                           501 South Cheryl Lane
Richmond, VA 23233                           Walnut, CA 91789

**From**          **Country of Origin**
YANTIAN           CHINA
**To**
LOS ANGELES
**Payment Terms**  Within 45 days after inv. date

| Cartons | Quantity | Description of Goods | Unit Price-USD | Amount-USD |
|---|---|---|---|---|
| Cartons 440 | Quantity 440 | Description of Goods Maganvox 20" Mono TV Vendor Model No: 20MT133S Accession No: 0320072-00 Holder: Philips Consumer Electronics, Knoxville, TN | Unit Price-USD 76.25 | Amount-USD $33,550.00 |
| | **Container No:** | CBHU9948272   Seal No: U67319 | | |
| | | N.W. (KGS) 8,380   G.W. (KGS) 9,637   Measurement (CBM) 73.489 | | |
| **TOTAL CTNS.** 440 | **TOTAL QTY.** 440 | | | |
| **TOTAL WEIGHTS & MEASUREMENTS** | | N.W. (KGS) 8,380   G.W. (KGS) 9,637   Measurement (CBM) 73.489 | | |
| | | **TOTAL AMOUNT** | | $33,550.00 |
| **GRAND TOTAL CTNS.** 3045 | **GRAND TOTAL QTY.** 3045 | | | |
| **GRAND TOTAL WEIGHTS & MEASUREMENTS** | | N.W. (KGS) 34,430.00   G.W. (KGS) 42,460.00   Measurement (CBM) 276.795 | | |
| | | **GRAND TOTAL AMOUNT** | | $203,351.25 |

We Hereby Certify that:

A) All merchandise sold to Circuit City Stores did not employ forced labor, convict labor
or indentured child labor in any stage of its mining, production or manufacture.
B) Products From Vendors/Factories does not involve transhipment of merchandise
for the purpose of Mislabeling, Evading Quota, or Country of Origin Restrictions or
Avoiding Labor as defined by respective laws of that country.
C) Goods have been marked in accordance with U.S. Custom's regulations.
D) The shipment contains no solid wood packing materials.

*Charisse Matthews*
Charisse Matthews
Credit Associate

CC0118602

## PHILIPS CONSUMER ELECTRONICS
## PACKING LIST                      Page 1

Philips Consumer Electronics Co.
64 Perimeter Center East
Atlanta, GA 30346
Vendor No. 041600

| | | | |
|---|---|---|---|
| Invoice No. | TS050110 | Date: | 01/21/2005 |

Shipped Per:                                           Sailing On/or About
COSCO VANCOUVER V.003E                                 01/24/2005

PO Number                    Manufacturer Address:
  1232532                    TCL King Elec. App. Co., Ltd.
                             Sec. 19, Zhongkai Dev. Zone, New & High-level
Shipment Terms               Tech Indus., Huizhou, Guangdong, PR China
FOB   Yantian

Consignee:                                  Ship to:
Circuit City Stores, Inc.                   Circuity City DC 717
9954 Mayland Drive                          501 South Cheryl Lane
Richmond, VA 23233                          Walnut, CA 91789

From            Country of Origin
YANTIAN         CHINA
To
LOS ANGELES

Payment Terms   Within 45 days after inv. date

| Cartons | Quantity | Description of Goods | | |
|---|---|---|---|---|
| 870 | 870 | Magnavox 13" Color TV | | |
| | | Vendor Model No: | 13MT143S | |
| | Container No: | TTNU9860953 | Seal No: | U67314 |
| | | N.W. (KGS) | G.W. (KGS) | Measurement (CBM) |
| | | 8,700 | 10,962 | 69.025 |
| 870 | 870 | Magnavox 13" Color TV | | |
| | | Vendor Model No: | 13MT143S | |
| | Container No: | GVCU5149519 | Seal No: | U67311 |
| | | N.W. (KGS) | G.W. (KGS) | Measurement (CBM) |
| TOTAL CTNS. | TOTAL QTY. | 8,700 | 10,962 | 69.025 |
| 1740 | 1740 | | | |
| TOTAL WEIGHTS & MEASUREMENTS | | N.W. (KGS) | G.W. (KGS) | Measurement (CBM) |
| | | 17,400 | 21,924 | 138.05 |
| 865 | 865 | Magnavox 14" Real Flat Stereo TV | | |
| | | Vendor Model No: | 14MS2331/17 | |
| | Container No: | CBHU1436781 | Seal No: | U67316 |
| | | N.W. (KGS) | G.W. (KGS) | Measurement (CBM) |
| TOTAL CTNS. | TOTAL QTY. | 8,650 | 10,899 | 65.256 |
| 865 | 865 | | | |
| TOTAL WEIGHTS & MEASUREMENTS | | N.W. (KGS) | G.W. (KGS) | Measurement (CBM) |
| | | 8,650 | 10,899 | 65.256 |
| Cartons | Quantity | Description of Goods | | |
| 440 | 440 | Maganvox 20" Mono TV | | |
| | | Vendor Model No: | 20MT133S | |
| | Container No: | CBHU9948272 | Seal No: | U67319 |
| | | N.W. (KGS) | G.W. (KGS) | Measurement (CBM) |
| TOTAL CTNS. | TOTAL QTY. | 8,901 | 10,062 | 73.363 |
| 440 | 440 | | | |
| TOTAL WEIGHTS & MEASUREMENTS | | N.W. (KGS) | G.W. (KGS) | Measurement (CBM) |
| | | 8,901 | 10,062 | 73.363 |

CC0118603

## PHILIPS CONSUMER ELECTRONICS
## PACKING LIST        Page 2

Philips Consumer Electronics Co.
64 Perimeter Center East
Atlanta, GA 30346
Vendor No. 041600

**Invoice No.**    TS050110                          **Date:**    01/21/2005

**Shipped Per:**                                                  **Sailing On/or About**
COSCO VANCOUVER V.003E                                            01/24/2005

**PO Number**                      **Manufacturer Address:**
         1232532                   TCL King Elec. App. Co., Ltd.
                                   Sec. 19, Zhongkai Dev. Zone, New & High-level
                                   Tech Indus., Huizhou, Guangdong, PR China

**Shipment Terms**
FOB    Yantian

**Consignee:**                                 **Ship to:**
Circuit City Stores, Inc.                      Circuity City DC 717
9954 Mayland Drive                             501 South Cheryl Lane
Richmond, VA 23233                             Walnut, CA 91789

**From**              **Country of Origin**
YANTIAN               CHINA
**To**
LOS ANGELES

**Payment Terms**    Within 45 days after inv. date

GRAND TOTAL CTNS.   GRAND TOTAL QTY.
3045                3045
GRAND TOTAL WEIGHTS & MEASUREMENTS  N.W. (KGS)    G.W. (KGS)    Measurement (CBM)
                                    34,430.00     42,460.00     276.795

**Shipping Marks:  Circuit City P.O.# 1232532**

CCY Model (SKU)# 13MT143S                      CCY Model (Sku)# 14MS2331/17
Unit Count per Carton 1 piece                  Unit Count per Carton 1 piece
Carton #1-870 of 870                           Carton# 1-865 of 865
Gross Weight 22.5 pounds                       Gross Weight 26.4 pounds
Ctn. Dimensions (inches): 17.1L x 16.2W x 17.8H   Ctn. Dimensions (inches): 17.5L x 15.0W x 16.2H

CCY Model (SKU)# 20MT133S
Unit Count per Carton 1 piece
Carton #1-440 of 440
Gross Weight 50.7 pounds
Ctn. Dimensions (inches): 22.2L x 21.0W x 22.9H

**Made in China**
**Retail Boxes—No Mark on Cartons**

We Hereby Certify that:

A) The shipment contains no solid wood packing materials.

*Charisse Matthews*
Charisse Matthews
Credit Associate

CC0118604

FEDERAL COMMUNICATIONS COMMISSION  
Washington, D.C.

Approved OMB  
3060-0059  
Expires 08-31-2003

## STATEMENT REGARDING THE IMPORTATION OF RADIO FREQUENCY DEVICES CAPABLE OF CAUSING HARMFUL INTERFERENCE
*(Read instructions before completing from. Please type or print clearly in ink.)*

### Part I

| Date of Entry | Entry Number | Port of Entry 1 | Harmonized Tariff Number 2 | Quantity of Item (Not number of containers)3 |
|---|---|---|---|---|
|  |  |  | 8528.12.2025 | 870 |

| Device Model/Type Name or # | Trade Name | FCC ID | Description of Equipment |
|---|---|---|---|
| 13MT143S | Magnavox | N/R | 13" Color TV |

| Manufacturer's Name and Address | Consignee's Name and Address | Importer's Name and Address |
|---|---|---|
| TCL King Elec. App. Co., Ltd. Sec. 19, Zhongkai Dev. Zone, New & High-level Tech Indus., Huizhou, Guangdong, PR China | Circuit City Stores, Inc. 9954 Mayland Drive Richmond, VA 23233 | Circuit City Stores, Inc. 9954 Mayland Drive Richmond, VA 23233 |

| Printed or Typed Name of Importer or Consignee | Signature of Importer or Consignee | Date (Month/Day/Year) |
|---|---|---|
| Circuit City Stores, Inc. |  |  |

**Warning:** Any person who knowingly makes a false declaration may be fined not more than $250,000 or imprisoned not more than 5 years, or both, pursuant to U.S.C. S 1001

### Part II

| | |
|---|---|
| ☐ | 1. The FCC has issued a grant of equipment authorization for the FCC ID listed above |
| ☒ | 2. AN FCC grant of equipment authorization and an FCC ID are not required, but the equipment complies with FCC technical requirements. |
| ☐ | 3. The described equipment is being imported in limited quantities for testing and evaluation for compliance with technical requirements or marketing suitability. The equipment will not be offered for sale or otherwise marketed. (See instructions) |
| ☐ | 4. The described equipment is being imported in limited quantities for demonstration at industry trade shows and will not be offered for sale or otherwise marketed. (See instructions) |
| ☐ | 5. The described equipment is being imported solely for export. It will not be offered for sale or otherwise marketed in the U.S. |
| ☐ | 5(a). The described equipment is a non-U.S. standard cellular phone that can only function outside the U.S. (See instructions) |
| ☐ | 6. The described equipment is being imported for use exclusively by the U.S. Government |
| ☐ | 7. Three or fewer radio receivers, computers, or other unintentional radiators as defined in Part 15 of the FCC Rules are being imported for an individual's personal use and are not intended for sale. |
| ☐ | 8. The described equipment is being imported for repair and will not be offered for sale or otherwise marketed. |

1. Port of Entry Use Schedule D – Classification of U.S. Customs Districts and Ports for U.S. Foreign Trade Statistics – a four digit code i.e. New York City, NY 1001.
2. Harmonized Tariff Number – Harmonized Tariff Schedule of the United States
3. This quantity must be total number of items, not number of cartons.

CC0118605

DEPARTMENT OF HEALTH AND HUMAN SERVICES
PUBLIC HEALTH SERVICE
FOOD AND DRUG ADMINISTRATION

## DECLARATION FOR IMPORTED ELECTRONIC PRODUCTS SUBJECT TO RADIATION CONTROL STANDARDS

*Form Approved OMB No. 00910-0025*
*Expiration Date: 10/31/2003*

**INSTRUCTIONS**
1. If submitting entries electronically through ACS/ABI, hold FDA-2877 in entry file. Do not submit to FDA unless requested
2. If submitting paper entry documents, submit the following to FDA:
   a. 2 copies of Customs Entry Form (e.g. CF 3461, CF 3461 Alt, CF 7501, etc.)
   b. 1 copy of FDA 2877
   c. Commercial Invoice(s) in English.

| U.S. CUSTOMS PORT OF ENTRY | ENTRY NUMBER | DATE OF ENTRY |
|---|---|---|
|  |  |  |

| NAME & ADDRESS OF MANUFACTURING SITE; COUNTRY OF ORIGIN | NAME & ADDRESS OF IMPORTER & ULTIMATE CONSIGNEE *(if not importer)* |
|---|---|
| TCL King Elec. App. Co., Ltd. Sec. 19, Zhongkai Dev. Zone, New & High-level Tech Indus., Huizhou, Guangdong, PR China | Circuit City Stores, Inc. 9954 Mayland Drive Richmond, VA 23233 |

| PRODUCT DESCRIPTION | QUANTITY *(Items/Containers)* | MODEL NUMBER(S) & BRAND NAME(S) |
|---|---|---|
| 13" Color TV | 1740/ 2 containers | 13MT143S       Magnavox |

**DECLARATION: I / WE DECLARE THAT THE PRODUCTS IDENTIFIED ABOVE:** *(Mark X applicable statements, fill in blanks, & sign)*

☐ **A. ARE NOT SUBJECT TO RADIATION PERFORMANCE STANDARDS BECAUSE THEY:**
  ☐ 1. Were manufactured prior to the effective date of any applicable standard; Date of Manufacture _____
  ☐ 2. Are excluded by the applicability clause or definition in the standard or by FDA written guidance.
      Specify reason for exclusion _____
  ☐ 3. Are personal household goods of an individual entering the U.S. or being returned to a U.S. resident. (Limit: 3 of each product type).
  ☐ 4. Are property of a party residing outside the U.S. and will be returned to the owner after repair or servicing.
  ☐ 5. Are components or subassemblies to be used in manufacturing or as replacement parts (NOT APPLICABLE to diagnostic x-ray parts).
  ☐ 6. Are prototypes intended for on going product development by the importing firm, are labeled "FOR TEST/EVALUATION ONLY," and will be exported, destroyed, or held for future testing (i.e., not distributed). (Quantities Limited - see reverse).
  ☐ 7. Are being reprocessed in accordance with P.L. 104-1 34 or other FDA guidance, are labeled "FOR EXPORT ONLY," and will not be sold, distributed, or transferred without FDA approval.

☒ **B. COMPLY WITH THE PERFORMANCE STANDARDS** WHICH ARE APPLICABLE AT DATE OF MANUFACTURE AND THAT A CERTIFICATION LABEL OR TAG TO THIS EFFECT IS AFFIXED TO EACH PRODUCT. COMPLIANCE DOCUMENTED IN:
  ☒ 1. Last annual report or Product/Initial report
    0020335-01                           **Philips Consumer Electronics, One Philips Drive, Knoxville, TN**
    ACCESSION NUMBER of Report           Name of MANUFACTURER OF RECORD *(Filed report with FDA/CDRH)*
  ☐ 2. Unknown manufacturer or report number; State reason: _____

☐ **C. DO NOT COMPLY WITH PERFORMANCE STANDARDS**; ARE BEING HELD UNDER A TEMPORARY IMPORT BOND; WILL NOT BE INTRODUCED INTO COMMERCE; WILL BE USED UNDER A RADIATION PROTECTION PLAN; AND WILL BE DESTROYED OR EXPORTED UNDER U.S. CUSTOMS SUPERVISION WHEN THE FOLLOWING MISSION IS COMPLETE:
  ☐ 1. Research, Investigations/Studies, or Training (attach Form FDA 766)
  ☐ 2. Trade Show/Demonstration; List dates & use restrictions _____

☐ **D. DO NOT COMPLY WITH PERFORMANCE STANDARDS**; ARE HELD AND WILL REMAIN UNDER BOND; AND WILL NOT BE INTRODUCED INTO COMMERCE UNTIL NOTIFICATION IS RECEIVED FROM FDA THAT PRODUCTS HAVE BEEN BROUGHT INTO COMPLIANCE IN ACCORDANCE WITH AN FDA APPROVED PETITION. *(See Form FDA 766.)*
  ☐ 1. Approved Petition is attached.   ☐ 2. Petition Request is attached.   ☐ 3. Request will be submitted within 60 days.

| WARNING: Any person who knowingly makes a false declaration may be fined not more than $10,000 or imprisoned not more than 5 years or both, pursuant to compliant electronic product may also be subject to civil Title is U.S.C. 1001. Any person importing a non-penalties of $1000 per violation, up to a maximum $300,000 for related violations pursuant to Title 21 U.S.C. | SIGNATURE OF IMPORTER OF RECORD |
|---|---|
| | NAME AND TITLE OF RESPONSIBLE PERSON |

Public reporting burden for this collection of information is estimated to average 0.2 hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to:
  Food and Drug Administration
  CDRH (HFZ-342)
  2094 Gaither Road
  Rockville, MD 20850
*An agency may not conduct or sponsor, and a person is not required to respond to a collection of information unless it displays a currently valid OMB control number.*

FORM FDA 2877 (10/03)          PREVIOUS EDITION IS OBSOLETE

CC0118606

FEDERAL COMMUNICATIONS COMMISSION
Washington, D.C.

Approved OMB
3060-0059
Expires 08-31-2003

## STATEMENT REGARDING THE IMPORTATION OF RADIO FREQUENCY DEVICES CAPABLE OF CAUSING HARMFUL INTERFERENCE

*(Read instructions before completing from. Please type or print clearly in ink.)*

| Part I | | | | |
|---|---|---|---|---|
| Date of Entry | Entry Number | Port of Entry 1 | Harmonized Tariff Number 2 | Quantity of Item (Not number of containers)3 |
| | | | 8528.12.24.80 | 865 |

| Device Model/Type Name or # | Trade Name | FCC ID | Description of Equipment |
|---|---|---|---|
| 14MS2331/17 | Magnavox | N/R | 14" Real Flat Stereo TV |

| Manufacturer's Name and Address | Consignee's Name and Address | Importer's Name and Address |
|---|---|---|
| TCL King Elec. App. Co., Ltd. Sec. 19, Zhongkai Dev. Zone, New & High Level Tech Indus., Huizhou, Guangdong, PR China | Circuit City Stores, Inc. 9954 Mayland Drive Richmond, VA 23233 | Circuit City Stores, Inc. 9954 Mayland Drive Richmond, VA 23233 |

| Printed or Typed Name of Importer or Consignee | Signature of Importer or Consignee | Date (Month/Day/Year) |
|---|---|---|
| Circuit City Stores, Inc. | | |

Warning: Any person who knowingly makes a false declaration may be fined not more than $250,000 or imprisoned not more than 5 years, or both, pursuant to U.S.C. S 1001

| Part II | |
|---|---|
| ☐ | 1. The FCC has issued a grant of equipment authorization for the FCC ID listed above |
| ☒ | 2. AN FCC grant of equipment authorization and an FCC ID are not required, but the equipment complies with FCC technical requirements. |
| ☐ | 3. The described equipment is being imported in limited quantities for testing and evaluation for compliance with technical requirements or marketing suitability. The equipment will not be offered for sale or otherwise marketed. (See instructions) |
| ☐ | 4. The described equipment is being imported in limited quantities for demonstration at industry trade shows and will not be offered for sale or otherwise marketed. (See instructions) |
| ☐ | 5. The described equipment is being imported solely for export. It will not be offered for sale or otherwise marketed in the U.S. |
| ☐ | 5(a). The described equipment is a non-U.S. standard cellular phone that can only function outside the U.S. (See instructions) |
| ☐ | 6. The described equipment is being imported for use exclusively by the U.S. Government |
| ☐ | 7. Three or fewer radio receivers, computers, or other unintentional radiators as defined in Part 15 of the FCC Rules are being imported for an individual's personal use and are not intended for sale. |
| ☐ | 8. The described equipment is being imported for repair and will not be offered for sale or otherwise marketed. |

1. Port of Entry Use Schedule D – Classification of U.S. Customs Districts and Ports for U.S. Foreign Trade Statistics – a four digit code i.e. New York City, NY 1001.
2. Harmonized Tariff Number – Harmonized Tariff Schedule of the United States
3. This quantity must be total number of items, not number of cartons.

CC0118607

| DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>PUBLIC HEALTH SERVICE<br>FOOD AND DRUG ADMINISTRATION<br><br>**DECLARATION FOR IMPORTED<br>ELECTRONIC PRODUCTS SUBJECT TO<br>RADIATION CONTROL STANDARDS** | Form Approved OMB No. 00910-0025<br>Expiration Date: 10/31/2003<br><br>**INSTRUCTIONS**<br>1. If submitting entries electronically through ACS/ABI, hold FDA-2877 in entry file. Do not submit to FDA unless requested<br>2. If submitting paper entry documents, submit the following to FDA:<br>   a. 2 copies of Customs Entry Form (e.g. CF 3461, CF 3461 Alt, CF 7501, etc.)<br>   b. 1 copy of FDA 2877<br>   c. Commercial Invoice(s) in English. |
|---|---|

| U.S. CUSTOMS PORT OF ENTRY | ENTRY NUMBER | DATE OF ENTRY |
|---|---|---|
| | | |

| NAME & ADDRESS OF MANUFACTURING SITE; COUNTRY OF ORIGIN | NAME & ADDRESS OF IMPORTER & ULTIMATE CONSIGNEE (if not importer) |
|---|---|
| TCL King Elec. App. Co., Ltd.<br>Sec. 19, Zhongkai Dev. Zone, New & High-level<br>Tech Indus., Huizhou, Guangdong, PR China | Circuit City Stores, Inc.<br>9954 Mayland Drive<br>Richmond, VA 23233 |

| PRODUCT DESCRIPTION | QUANTITY (Items/Containers) | MODEL NUMBER(S) & BRAND NAME(S) |
|---|---|---|
| 14" Real Flat Stereo TV | 865/1 container | 14MS2331/17      Magnavox |

**DECLARATION: I / WE DECLARE THAT THE PRODUCTS IDENTIFIED ABOVE:** (Mark X applicable statements, fill in blanks, & sign)

☐ A. ARE NOT SUBJECT TO RADIATION PERFORMANCE STANDARDS BECAUSE THEY:
  ☐ 1. Were manufactured prior to the effective date of any applicable standard; Date of Manufacture _____
  ☐ 2. Are excluded by the applicability clause or definition in the standard or by FDA written guidance.
      Specify reason for exclusion _____
  ☐ 3. Are personal household goods of an individual entering the U.S. or being returned to a U.S. resident. (Limit: 3 of each product type).
  ☐ 4. Are property of a party residing outside the U.S. and will be returned to the owner after repair or servicing.
  ☐ 5. Are components or subassemblies to be used in manufacturing or as replacement parts (NOT APPLICABLE to diagnostic x-ray parts).
  ☐ 6. Are prototypes intended for on going product development by the importing firm, are labeled "FOR TEST/EVALUATION ONLY," and will be exported, destroyed, or held for future testing (i.e., not distributed). (Quantities Limited - see reverse.)
  ☐ 7. Are being reprocessed in accordance with P.L. 104-134 or other FDA guidance, are labeled "FOR EXPORT ONLY," and will not be sold, distributed, or transferred without FDA approval.

☒ B. COMPLY WITH THE PERFORMANCE STANDARDS WHICH ARE APPLICABLE AT DATE OF MANUFACTURE AND THAT A CERTIFICATION LABEL OR TAG TO THIS EFFECT IS AFFIXED TO EACH PRODUCT. COMPLIANCE DOCUMENTED IN:
  ☒ 1. Last annual report or Product/Initial report
      0420108-00                      **TCL King Elec. Appl. Co., Ltd. Guangdong, China**
      ACCESSION NUMBER of Report       Name of MANUFACTURER OF RECORD (Filed report with FDA/CDRH)
  ☐ 2. Unknown manufacturer or report number; State reason: _____

☐ C. DO NOT COMPLY WITH PERFORMANCE STANDARDS; ARE BEING HELD UNDER A TEMPORARY IMPORT BOND; WILL NOT BE INTRODUCED INTO COMMERCE; WILL BE USED UNDER A RADIATION PROTECTION PLAN; AND WILL BE DESTROYED OR EXPORTED UNDER U.S. CUSTOMS SUPERVISION WHEN THE FOLLOWING MISSION IS COMPLETE:
  ☐ 1. Research, Investigations/Studies, or Training (attach Form FDA 766)
  ☐ 2. Trade Show/Demonstration; List dates & use restrictions _____

☐ D. DO NOT COMPLY WITH PERFORMANCE STANDARDS; ARE HELD AND WILL REMAIN UNDER BOND; AND WILL NOT BE INTRODUCED INTO COMMERCE UNTIL NOTIFICATION IS RECEIVED FROM FDA THAT PRODUCTS HAVE BEEN BROUGHT INTO COMPLIANCE IN ACCORDANCE WITH AN FDA APPROVED PETITION. (See Form FDA 766.)
  ☐ 1. Approved Petition is attached.   ☐ 2. Petition Request is attached.   ☐ 3. Request will be submitted within 60 days.

| WARNING: Any person who knowingly makes a false declaration may be fined not more than $10,000 or imprisoned not more than 5 years or both, pursuant to compliant electronic product may also be subject to civil Title is U.S.C. 1001. Any person importing a non-penalties of $1000 per violation, up to a maximum $300,000 for related violations pursuant to Title 21 U.S.C. | SIGNATURE OF IMPORTER OF RECORD |
|---|---|
| | NAME AND TITLE OF RESPONSIBLE PERSON |

Public reporting burden for this collection of information is estimated to average 0.2 hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to:
    Food and Drug Administration
    CDRH (HFZ-342)
    2094 Gaither Road
    Rockville, MD 20850

An agency may not conduct or sponsor, and a person is not required to respond to a collection of information unless it displays a currently valid OMB control number.

FORM FDA 2877 (10/03)           PREVIOUS EDITION IS OBSOLETE

CC0118608

FEDERAL COMMUNICATIONS COMMISSION  
Washington, D.C.

Approved OMB  
3060-0059  
Expires 08-31-2003

## STATEMENT REGARDING THE IMPORTATION OF RADIO FREQUENCY DEVICES CAPABLE OF CAUSING HARMFUL INTERFERENCE

*(Read instructions before completing from. Please type or print clearly in ink.)*

### Part I

| Date of Entry | Entry Number | Port of Entry 1 | Harmonized Tariff Number 2 | Quantity of Item (Not number of containers)3 |
|---|---|---|---|---|
| | | | 8528.12.3238 | 440 |

| Device Model/Type Name or # | Trade Name | FCC ID | Description of Equipment |
|---|---|---|---|
| 20MT133S | Magnavox | N/R | 20" MONO TV |

| Manufacturer's Name and Address | Consignee's Name and Address | Importer's Name and Address |
|---|---|---|
| TCL King Elec. App. Co., Ltd. Sec. 19, Zhongkai Dev. Zone, New & High-level, Tech Indus., Huizhou, Guangdong, PR China | Circuit City Stores, Inc.9954 Mayland DriveRichmond, VA 23233 | Circuit City Stores, Inc.9954 Mayland DriveRichmond, VA 23233 |

| Printed or Typed Name of Importer or Consignee | Signature of Importer or Consignee | Date (Month/Day/Year) |
|---|---|---|
| | | |

**Warning:** Any person who knowingly makes a false declaration may be fined not more than $250,000 or imprisoned not more than 5 years, or both, pursuant to U.S.C. S 1001

### Part II

| | |
|---|---|
| ☐ | 1. The FCC has issued a grant of equipment authorization for the FCC ID listed above |
| ☒ | 2. AN FCC grant of equipment authorization and an FCC ID are not required, but the equipment complies with FCC technical requirements. |
| ☐ | 3. The described equipment is being imported in limited quantities for testing and evaluation for compliance with technical requirements or marketing suitability. The equipment will not be offered for sale or otherwise marketed. (See instructions) |
| ☐ | 4. The described equipment is being imported in limited quantities for demonstration at industry trade shows and will not be offered for sale or otherwise marketed. (See instructions) |
| ☐ | 5. The described equipment is being imported solely for export. It will not be offered for sale or otherwise marketed in the U.S. |
| ☐ | 5(a). The described equipment is a non-U.S. standard cellular phone that can only function outside the U.S. (See instructions) |
| ☐ | 6. The described equipment is being imported for use exclusively by the U.S. Government |
| ☐ | 7. Three or fewer radio receivers, computers, or other unintentional radiators as defined in Part 15 of the FCC Rules are being imported for an individual's personal use and are not intended for sale. |
| ☐ | 8. The described equipment is being imported for repair and will not be offered for sale or otherwise marketed. |

1. Port of Entry Use Schedule D – Classification of U.S. Customs Districts and Ports for U.S. Foreign Trade Statistics – a four digit code i.e. New York City, NY 1001.
2. Harmonized Tariff Number – Harmonized Tariff Schedule of the United States
3. This quantity must be total number of items, not number of cartons.

CC0118609

| DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>PUBLIC HEALTH SERVICE<br>FOOD AND DRUG ADMINISTRATION<br><br>**DECLARATION FOR IMPORTED ELECTRONIC PRODUCTS SUBJECT TO RADIATION CONTROL STANDARDS** | *Form Approved OMB No. 00910-0025*<br>*Expiration Date: 10/31/2003*<br>**INSTRUCTIONS**<br>1. If submitting entries electronically through ACS/ABI, hold FDA-2877 in entry file. Do not submit to FDA unless requested<br>2. If submitting paper entry documents, submit the following to FDA:<br>  a. 2 copies of Customs Entry Form (e.g. CF 3461, CF 3461 Alt, CF 7501, etc.)<br>  b. 1 copy of FDA 2877<br>  c. Commercial Invoice(s) in English. |
|---|---|
| U.S. CUSTOMS PORT OF ENTRY | ENTRY NUMBER / DATE OF ENTRY |

| NAME & ADDRESS OF MANUFACTURING SITE; COUNTRY OF ORIGIN | NAME & ADDRESS OF IMPORTER & ULTIMATE CONSIGNEE *(if not importer)* |
|---|---|
| TCL King Elec. App. Co., Ltd.<br>Sec. 19, Zhongkai Dev. Zone, New & High-level<br>Tech Indus., Huizhou, Guangdong, PR China | Circuit City Stores, Inc.<br>9954 Mayland Drive<br>Richmond, VA 23233 |

| PRODUCT DESCRIPTION | QUANTITY *(Items/Containers)* | MODEL NUMBER(S) & BRAND NAME(S) |
|---|---|---|
| 20" Mono TV | 440 pcs/1 container | 20MT133S   Magnavox |

Mt133s

☐ **A. ARE NOT SUBJECT TO RADIATION PERFORMANCE STANDARDS BECAUSE THEY:**
  ☐ 1. Were manufactured prior to the effective date of any applicable standard; Date of Manufacture _____
  ☐ 2. Are excluded by the applicability clause or definition in the standard or by FDA written guidance. Specify reason for exclusion _____
  ☐ 3. Are personal household goods of an individual entering the U.S. or being returned to a U.S. resident. (Limit: 3 of each product type).
  ☐ 4. Are property of a party residing outside the U.S. and will be returned to the owner after repair or servicing.
  ☐ 5. Are components or subassemblies to be used in manufacturing or as replacement parts (NOT APPLICABLE to diagnostic x-ray parts).
  ☐ 6. Are prototypes intended for on going product development by the importing firm, are labeled "FOR TEST/EVALUATION ONLY," and will be exported, destroyed, or held for future testing (i.e., not distributed). (Quantities Limited - see reverse.)
  ☐ 7. Are being reprocessed in accordance with P.L. 104-134 or other FDA guidance, are labeled "FOR EXPORT ONLY," and will not be sold, distributed, or transferred without FDA approval.

☒ **B. COMPLY WITH THE PERFORMANCE STANDARDS WHICH ARE APPLICABLE AT DATE OF MANUFACTURE AND THAT A CERTIFICATION LABEL OR TAG TO THIS EFFECT IS AFFIXED TO EACH PRODUCT. COMPLIANCE DOCUMENTED IN:**
  ☒ 1. Last annual report or Product/Initial report
     0320072-00                          **Philips Consumer Electronics, One Philips Drive, Knoxville, TN**
     ACCESSION NUMBER of Report     Name of MANUFACTURER OF RECORD *(Filed report with FDA/CDRH*
  ☐ 2. Unknown manufacturer or report number; State reason: _____

☐ **C. DO NOT COMPLY WITH PERFORMANCE STANDARDS;** ARE BEING HELD UNDER A TEMPORARY IMPORT BOND; WILL NOT BE INTRODUCED INTO COMMERCE; WILL BE USED UNDER A RADIATION PROTECTION PLAN; AND WILL BE DESTROYED OR EXPORTED UNDER U.S. CUSTOMS SUPERVISION WHEN THE FOLLOWING MISSION IS COMPLETE:
  ☐ 1. Research, Investigations/Studies, or Training (attach Form FDA 766)
  ☐ 2. Trade Show/Demonstration; List dates & use restrictions _____

☐ **D. DO NOT COMPLY WITH PERFORMANCE STANDARDS;** ARE HELD AND WILL REMAIN UNDER BOND; AND WILL NOT BE INTRODUCED INTO COMMERCE UNTIL NOTIFICATION IS RECEIVED FROM FDA THAT PRODUCTS HAVE BEEN BROUGHT INTO COMPLIANCE IN ACCORDANCE WITH AN FDA APPROVED PETITION. *(See Form FDA 766.)*
  ☐ 1. Approved Petition is attached.   ☐ 2. Petition Request is attached.   ☐ 3. Request will be submitted within 60 days.

| WARNING: Any person who knowingly makes a false declaration may be fined not more than $10,000 or imprisoned not more than 5 years or both, pursuant to compliant electronic product may also be subject to civil Title is U.S.C. 1001. Any person importing a non-penalties of $1000 per violation, up to a maximum $300,000 for related violations pursuant to Title 21 U.S.C. | SIGNATURE OF IMPORTER OF RECORD |
|---|---|
| | NAME AND TITLE OF RESPONSIBLE PERSON |

Public reporting burden for this collection of information is estimated to average 0.2 hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to:
  Food and Drug Administration
  CDRH (HFZ-342)
  2094 Gaither Road
  Rockville, MD 20850
*An agency may not conduct or sponsor, and a person is not required to respond to a collection of information unless it displays a currently valid OMB control number.*

FORM FDA 2877 (10/03)            PREVIOUS EDITION IS OBSOLETE

CC0118610



*Let's make things better*

**Philips Consumer Electronics Co.**

January 21, 2005

## BENEFICIARY CERTIFICATE

Invoice No:        TS050110
PO No.             1232532
Vendor Model No:   13MT143S
Container No(s).

        TTNU9860953
        GVCU5149519

We hereby certify that:

    Shipment complies with Circuity City request to attach a container manifest inside container.

FOR AND BEHALF OF PHILIPS CONSUMER ELECTRONICS CO.

*Charisse Matthews*
Charisse Matthews
Credit Associate
Credit Department

A Division of Philips Electronics
North America Corporation
64 Perimeter Center East
Atlanta, GA 30346-6400
TEL: (770) 821-2400

CC0118611



## Philips Consumer Electronics Co.

January 21, 2005

**COUNTRY OF ORIGIN CERTIFICATE**

Invoice No: TS050110
PO No. 1232532
Vendor Model No: 13MT143S
Country of Origin: China

We hereby certify that:

The goods shipped do unequivocally conform to the United States Customs Services laws regarding Country of Origin and are marked with the country of origin.

FOR AND BEHALF OF PHILIPS CONSUMER ELECTRONICS CO.

*Charisse Matthews*
Charisse Matthews
Credit Associate
Credit Department

A Division of Philips Electronics
North America Corporation
64 Perimeter Center East
Atlanta, GA 30346-6400
TEL: (770) 821-2400



## Philips Consumer Electronics Co.

January 21, 2005

### BENEFICIARY CERTIFICATE

Invoice No: TS050110
PO No.  1232532
Vendor Model No: 14MS2331/17
Container No(s).

CBHU1438781

We hereby certify that:

Shipment complies with Circuity City request to attach a container manifest inside container.

FOR AND BEHALF OF PHILIPS CONSUMER ELECTRONICS CO.

*Charisse Matthews*
Charisse Matthews
Credit Associate
Credit Department

A Division of Philips Electronics
North America Corporation
64 Perimeter Center East
Atlanta, GA 30346-6400
TEL: (770) 821-2400

CC0118613



**Philips Consumer Electronics Co.**

January 21, 2005

## COUNTRY OF ORIGIN CERTIFICATE

Invoice No: TS050110
PO No. 1232532
Vendor Model No: 14MS2331/17
Country of Origin: China

We hereby certify that:

The goods shipped do unequivocally conform to the United States Customs Services laws regarding Country of Origin and are marked with the country of origin.

FOR AND BEHALF OF PHILIPS CONSUMER ELECTRONICS CO.

*Charisse Matthews*
Charisse Matthews
Credit Associate
Credit Department

A Division of Philips Electronics
North America Corporation
64 Perimeter Center East
Atlanta, GA 30346-6400
TEL: (770) 821-2400

CC0118614



Philips Consumer Electronics Co.

January 21, 2005

**BENEFICIARY CERTIFICATE**

Invoice No:     TS050110
PO No.            1232532
Vendor Model No:  20MT133S
Container No(s).

CBHU9948272

We hereby certify that:

    Shipment complies with Circuity City request to attach a container manifest inside container.

FOR AND BEHALF OF PHILIPS CONSUMER ELECTRONICS CO.

*Charisse Matthews*
Charisse Matthews
Credit Associate
Credit Department

A Division of Philips Electronics
North America Corporation
64 Perimeter Center East
Atlanta, GA 30346-6400
(770) 821-2400

CC0118615



**Philips Consumer Electronics Co.**

January 21, 2005

## COUNTRY OF ORIGIN CERTIFICATE

Invoice No: TS050110
PO No. 1232532
Vendor Model No: 20MT133S
Country of Origin: China

We hereby certify that:

The goods shipped do unequivocally conform to the United States Customs Services laws regarding Country of Origin and are marked with the country of origin.

FOR AND BEHALF OF PHILIPS CONSUMER ELECTRONICS CO.

*Charisse Matthews*
Charisse Matthews
Credit Associate
Credit Department

A Division of Philips Electronics
North America Corporation
64 Perimeter Center East
Atlanta, GA 30346-6400
TEL: (770) 821-2400

CC0118616



## Circuit City Stores, Inc. SDR Waiver

Comments:

Date Issued:         09/10/2004

Vendor Name:         Philips
Vendor Number:       41600

Item Number:         13MT143S
Item Description:    13" CRT color TV
Factory Name:        TCL King Elec. App. Co., Ltd.
Factory Address:     Sec. 19, Zhongkai Dev. Zone, New & High-Level Tech
                     Indus., Huizhou, Guangdong, PR China

As of the date of this document, an SDR waiver has been issued by Circuit City Stores, Inc. for the item listed. This waiver may be revoked by Circuit City at any time for failure to comply with the Direct Imports Vendor Guide. This includes late submission of documents, incomplete or incorrect documents, and change of factory. Once the waiver is revoked, the vendor must again submit shipping documents for an SDR, submitted with the packet of documents for the original FCR. Upon 5 successful SDRs issued (with no revisions required on the part of the vendor) another waiver may be issued at the discretion of Circuit City's Direct Imports team.

_____        09/10/2004
Circuit City Stores, Inc.         Date

CC0118617

# Circuit City Stores, Inc. SDR Waiver



**Comments:**

| | |
|---|---|
| Date Issued: | 09/10/2004 |
| Vendor Name: | Philips |
| Vendor Number: | 41600 |
| Item Number: | 14MS2331 |
| Item Description: | 14" CRT color TV |
| Factory Name: | TCL King Elec. App. Co., Ltd. |
| Factory Address: | Sec. 19, Zhongkai Dev. Zone, New & High-Level Tech Indus., Huizhou, Guangdong, PR China |

As of the date of this document, an SDR waiver has been issued by Circuit City Stores, Inc. for the item listed. This waiver may be revoked by Circuit City at any time for failure to comply with the Direct Imports Vendor Guide. This includes late submission of documents, incomplete or incorrect documents, and change of factory. Once the waiver is revoked, the vendor must again submit shipping documents for an SDR, submitted with the packet of documents for the original FCR. Upon 5 successful SDRs issued (with no revisions required on the part of the vendor) another waiver may be issued at the discretion of Circuit City's Direct Imports team.

_[signature]_  09/10/2004

Circuit City Stores, Inc.     Date

CC0118618



# Circuit City Stores, Inc. SDR Waiver

Comments:

Date Issued: 09/10/2004

Vendor Name: Philips
Vendor Number: 41600

Item Number: 20MT133S
Item Description: 20" CRT color TV
Factory Name: TCL King Elec. App. Co., Ltd.
Factory Address: Sec. 19, Zhongkai Dev. Zone, New & High-Level Tech Indus., Huizhou, Guangdong, PR China

As of the date of this document, an SDR waiver has been issued by Circuit City Stores, Inc. for the item listed. This waiver may be revoked by Circuit City at any time for failure to comply with the Direct Imports Vendor Guide. This includes late submission of documents, incomplete or incorrect documents, and change of factory. Once the waiver is revoked, the vendor must again submit shipping documents for an SDR, submitted with the packet of documents for the original FCR. Upon 5 successful SDRs issued (with no revisions required on the part of the vendor) another waiver may be issued at the discretion of Circuit City's Direct Imports team.

_____
Circuit City Stores, Inc.

09/10/2004
Date

CC0118619