Guido Saveri (22349)
  *guido@saveri.com*
R. Alexander Saveri (173102)
  *rick@saveri.com*
Geoffrey C. Rushing (126910)
  *grushing@saveri.com*
Cadio Zirpoli (179108)
  *cadio@saveri.com*
Matthew D. Heaphy (227224)
  *mheaphy@saveri.com*
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Lead Counsel for Direct Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-CV-5944-JST |
| | MDL No. 1917 |
| This Document Relates to: | **CERTIFICATE OF SERVICE** |
| *ALL DIRECT PURCHASER ACTIONS* | |

# CERTIFICATE OF SERVICE

I am employed in San Francisco County, which is where service of the documents referred to below occurred. I am over the age of 18 and not a party to this action. My business address is Saveri & Saveri, Inc., 706 Sansome Street, San Francisco, California 94111. I declare under the penalty of perjury that on the date stated below, I served or caused to be served true and correct copies of the following document:

Corrected Exhibit 18 to the Declaration of R. Alexander Saveri in Support of Direct Purchaser Plaintiffs' Opposition to the Irico Defendants' Amended Motions to Dismiss Claims of Direct Purchaser Plaintiffs for Lack of Subject Matter Jurisdiction [Submitted Under Seal].

VIA ELECTRONIC MAIL to the addressees specified below:

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed on April 17, 2019 in San Francisco, California.

                                                */s/ Anjalee M. Behti*
                                                Anjalee M. Behti

*In re: Cathode Ray Tube (CRT) Antitrust Litigation* – **MDL No. 1917**

# SERVICE LIST

John Taladay
john.taladay@bakerbotts.com
Thomas E. Carter
tom.carter@bakerbotts.com
Ashley Eickhof
ashley.eickhof@bakerbotts.com
BAKER BOTTS LLP
The Warner
1299 Pennsylvania Ave., NW
Washington, D.C. 20004
Telephone: (202) 639-7700
Facsimile: (202) 639-7890

Stuart C. Plunkett
stuart.plunkett@bakerbotts.com
Peter Huston
peter.huston@bakerbotts.com
BAKER BOTTS LLP
101 California Street, Suite 3600
San Francisco, California 94111
Telephone: (415) 291-6200
Facsimile: (415) 291-6300

Kaylee Yang
kaylee.yang@bakerbotts.com
Brian Jacobsmeyer
brian.jacobsmeyer@bakerbotts.com
BAKER BOTTS LLP
1001 Page Mill Road
Building One, Suite 200
Palo Alto, California  94304-1007
Telephone: (650) 739-7500
Facsimile: (650) 739-7699

*Counsel for Defendants IRICO Display Devices Co., Ltd. and IRICO Group Corporation*

Mario N. Alioto
malioto@tatp.com
Lauren C. Capurro
LaurenRussell@tatp.com
Joseph M. Patane
jpatane@tatp.com
TRUMP ALIOTO TRUMP & PRESCOTT LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679

*Lead Counsel for the Indirect Purchaser Plaintiffs*

Christopher T. Micheletti
cmicheletti@zelle.com
Qianwei Fu
qfu@zelle.com
ZELLE LLP
44  Montgomery Street, Suite 3400
San Francisco, CA 94104-4807
Telephone: (415) 693-0700
Facsimile: (415) 693-0770

*Attorneys for Indirect Purchaser Plaintiffs*