John D. O'Connor (SBN 54238)
Jessica C. Shafer (SBN 297856)
O'CONNOR & ASSOCIATES
201 Mission Street, Suite 710
San Francisco, California 94105
Telephone: (415) 693-9960
Email:   john@joclaw.com
            jessica@joclaw.com

Counsel for Indirect-Purchaser Plaintiffs
and Eleanor Lewis

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 3:07-cv-5944-JST<br><br>MDL No. 1917<br><br>**NOTICE OF CHANGE OF COUNSEL**<br><br>Judge:    Hon. Jon S. Tigar |

PLEASE TAKE NOTICE that JOHN D. O'CONNOR of O'Connor and Associates hereby withdraws as counsel associating with and representing Mr. Francis O. Scarpulla, counsel for Plaintiff Eleanor Lewis and the Indirect-Purchaser Plaintiffs, regarding attorneys' fees in this action. Counsel of record for Plaintiff and Indirect-Purchaser Plaintiffs otherwise remains the same. Please remove John D.

/ / /

1  O'Connor and his firm from the ECF/PACER service list for this case.

2

3

4  Dated: April 17, 2019                    /s/ John D. O'Connor
                                            John D. O'Connor
5                                           O'CONNOR AND ASSOCIATES

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

<u>CERTIFICATE OF SERVICE</u>

I, Melanie Enciso, declare:

I am a resident of the state of California and over the age of eighteen years, and not a party to the within action; my business address is 201 Mission Street, Suite 710, San Francisco, California 94105. On April 17, 2019, I served the forgoing document(s) described as:

**NOTICE OF CHANGE OF COUNSEL**

_X_   I caused the documents to be electronically filed and/or served via ECF on all interested parties in this action. The transmission receipt will be maintained with the original document(s) in our office.

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on April 17, 2019.

_____
Melanie Enciso