# EXHIBIT 2

CHARLES B. RENFREW

633 BATTERY STREET
SAN FRANCISCO, CA 94111-1809
TELEPHONE (415) 397-3933
FAX (415) 397-7188

July 10, 2014



Tracy R. Kirkham
Cooper & Kirkham, PC
357 Tehama Street, Suite 2
San Francisco, CA  94103-4192

Dear Tracy,

    It has been almost two weeks since the hearing on the settlement of the DRAM case.  The time has given me perspective on your presentation to the Court.  It was masterful.  You had an encyclopedic knowledge of the facts and the law and put them together in a persuasive matter which enabled the Judge to approve the settlement.  No one else could have done the job you did.  We were all fortunate that you were able to present the settlement in such an understandable manner.  Your presentation was logical and enabled the court to render her approval.

    You were a credit to your firm and to the profession.  It was a pleasure working with you.

    A really great job, well done.

Sincerely,

*charlie*

CHARLES B. RENFREW

CBR:nsn

843317.01