# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 3:07-cv-5944-JST |
| | MDL No. 1917 |
| This Document Relates to: All Indirect Purchaser Actions | **[PROPOSED] ORDER GRANTING MOTION OF COOPER & KIRKHAM, P.C., FOR APPOINTMENT AS LEAD COUNSEL FOR INDIRECT-PURCHASER PLAINTIFFS WITH CLAIMS IN NON-REPEALER STATES** |
| | Judge:   Honorable Jon S. Tigar |

The Motion of Cooper & Kirkham, P.C., for Appointment as Lead Counsel for Indirect-Purchaser Plaintiffs with Claims in Non-Repealer States, filed by Tracy R. Kirkham of Cooper & Kirkham, P.C., came on regularly for hearing on June 6, 2019. The Court, having carefully considered the papers and pleadings on file and oral arguments of counsel, hereby GRANTS the motion. It is hereby ORDERED that:

1. Pursuant to Federal Rule of Civil Procedure 23(g)(2)(A), Cooper & Kirkham, P.C. is appointed as Lead Counsel for the Indirect-Purchaser Plaintiffs with Claims in Non-Repealer States.

2. Lead Counsel for the Indirect-Purchaser Plaintiffs with Claims in Non-Repealer States shall have the following responsibilities in this proceeding:

   a. To promote the orderly and efficient conduct of this litigation and to avoid unnecessary duplication and unproductive efforts;

   b. To the extent necessary and allowed by the Court, to initiate and conduct all discovery proceedings and communicate with defense counsel with respect to same on all issues;

   c. To initiate all motions, requests for discovery, retention of experts, and other pretrial proceedings regarding the position of all Indirect-Purchaser Plaintiffs with claims in Non-Repealer States;

   d. To meet and negotiate with defense counsel with respect to settlement and other matters after adequate due diligence; and

   e. To advance and protect the interests of putative class members with claims in Non-Repealer States in all respects and to honor all of its responsibilities, including making sure that all representations and commitments made on their behalf are honored.

**IT IS SO ORDERED.**

Dated: _____, 2019        _____
                                             Honorable Jon S. Tigar
                                             United States District Judge