Francis O. Scarpulla (41059)
Patrick B. Clayton (240191)
Law Offices of Francis O. Scarpulla
456 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 788-7210
Facsimile: (415) 788-0706
Email: fos@scarpullalaw.com
       pbc@scarpullalaw.com

*Co-Counsel for Objector Dan L. Williams & Co.*

Robert Bonsignore appearing *pro hac vice*
Bonsignore Trial Lawyers, PLLC
23 Forest Street
Medford, MA 02155
Office Phone: (781) 350-0000
Cell Phone: (781) 856-7650
Facsimile: (702) 852-5726
Email: rbonsignore@classactions.us

*Counsel for Appellants Gianasca, Comeaux, Ashkannejhad, Speaect, Ciccone, and Craig*

Theresa D. Moore (99978)
Law Offices Of Theresa D. Moore
One Sansome Street, 35th Floor
San Francisco, CA 94104
Telephone: (415) 613-1414
tmoore@aliotolaw.com

*Counsel for Objectors Rockhurst University, Harry Garavanian, and Gary Talewsky*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**<br><br>This Document Relates to:<br><br>All Indirect-Purchaser Actions | Master File No. 3:07-cv-5944-JST<br><br>MDL No. 1917<br><br>**NOTICE OF MOTION AND MOTION RE: APPOINTMENT OF INTERIM CO-LEAD CLASS COUNSEL FOR INDIRECT-PURCHASER OMITTED REPEALER STATE CLASSES**<br><br>Hearing Date:  June 6, 2019<br>Time:          2:00 p.m.<br>Judge:         The Honorable Jon S. Tigar<br>Courtroom:     9, 19th Floor |

MOTION RE: APPOINTMENT OF ORS CO-LEAD CLASS COUNSEL

Case No. 3:07-cv-5944, MDL No. 1917

# NOTICE OF MOTION AND MOTION

PLEASE TAKE NOTICE that on June 6, 2019, at 2:00 p.m. or as soon thereafter as the matter can be heard before The Honorable Jon S. Tigar, United States District Court for the Northern District of California, located at 450 Golden Gate Avenue, San Francisco, California, 94102, the undersigned counsel will, and hereby do, move the Court pursuant to Rule 23(g) of the Federal Rules of Civil Procedure for an order appointing them as Interim Co-Lead Class Counsel ("Co-Lead Counsel") for the currently unrepresented members of the putative Indirect-Purchaser Omitted Repealer State Classes.

This motion is based on this Notice, the accompanying Declarations of Francis O. Scarpulla, Theresa D. Moore, Robert Bonsignore, and John G. Crabtree, the accompanying Memorandum of Points and Authorities, any arguments and evidence that may be presented at any hearing before the Court on this motion, all transcripts of prior proceedings before this Court, and on all other pleadings and papers on file in this action.

Dated: April 19, 2019                    Respectfully submitted,

      /s/  Francis O. Scarpulla
          Francis O. Scarpulla

Francis O. Scarpulla (41059)
Patrick B. Clayton (240191)
LAW OFFICES OF FRANCIS O. SCARPULLA
456 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: 415-788-7210
Facsimile:  415-788-0706
fos@scarpullalaw.com
pbc@scarpullalaw.com

Co-Counsel for Objector Dan L. Williams & Co.

   /s/  Theresa D. Moore
      Theresa D. Moore

Theresa D. Moore (99978)
Law Offices Of Theresa D. Moore
One Sansome Street, 35th Floor
San Francisco, CA 94104
Telephone: (415) 613-1414
tmoore@aliotolaw.com

| | |
|---|---|
| 1 | |
| 2 | Counsel for Objectors Rockhurst University, Harry Garavanian, and Gary Talewsky |
| 3 | /s/ Robert J. Bonsignore |
| | Robert Bonsignore |
| 4 | |
| 5 | Robert Bonsignore appearing *pro hac vice* |
| | Lisa A. Sleboda appearing *pro hac vice* |
| 6 | Kelley Fahy |
| | Bonsignore Trial Lawyers, PLLC |
| 7 | 23 Forest Street |
| | Medford, MA  02155 |
| 8 | Office Phone: (781) 350-0000 |
| | Cell Phone: (781) 856-7650 |
| 9 | Facsimile: (702) 852-5726 |
| | Email: rbonsignore@classactions.us |
| 10 | Email: lsleboda@class-actions.us |
| | Email: kfahy@classactions.us |
| 11 | Counsel for Appellants Gianasca, Comeaux, Ashkannejhad, Speaect, Ciccone, and Craig |

2

MOTION RE: APPOINTMENT OF CO-LEAD CLASS COUNSEL; MPA iso
Case No. 3:07-cv-5944, MDL No. 1917

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing NOTICE OF MOTION AND MOTION RE: APPOINTMENT OF INTERIM CO-LEAD CLASS COUNSEL FOR INDIRECT-PURCHASER OMITTED REPEALER STATE CLASSES was filed *via* CM/ECF on April 19, 2019, and as a result has been served on all counsel of record *via* transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Francis O. Scarpulla
Francis O. Scarpulla