Theresa D. Moore (99978)
LAW OFFICES OF THERESA D. MOORE
One Sansome Street, 35th Floor
San Francisco, CA 94104
Telephone: (415) 613-1414
Facsimile: (415) 434-9200
tmoore@aliotolaw.com

*Counsel for Objector Appellants*
*Rockhurst University, Harry Garavanian*
*And Gary Talewsky*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Case No. 3:07-cv-5944 JST<br>MDL No. 1917 |
| | **CLASS ACTION** |
| This Document Relates to:<br><br>All Indirect Purchaser Actions | **DECLARATION OF THERESA D. MOORE IN SUPPORT OF MOTION FOR APPOINTMENT OF INTERIM CO-LEAD COUNSEL FOR NEW STATE CLASSES**<br><br>Judge: Honorable Jon S. Tigar<br>Courtroom: Nine, 19th Floor |

1    I, Theresa Driscoll Moore, declare as follows:

2    1.    I am an attorney duly licensed to practice before the courts of the State of California

3    as well as the United States District Courts for the Northern, Eastern and Central Districts of

4    California, as well as the U.S. Court of Appeals for the Ninth Circuit, and am admitted Pro Hac

5    Vice in Federal Courts throughout the nation. I make this Declaration In Support of the Notice of

6    Motion and Motion for Appointment of Interim Co-Lead Counsel For New State Classes.  I have

7    personal knowledge of the facts stated in this declaration and, if called as a witness, I could and

8    would testify competently to them.

9    2.    I am the owner of the Law Offices of Theresa D. Moore and my firm serves as

10    counsel of record for Objector and Appellant class members, Rockhurst University, Harry

11    Garavanian and Gary Talewsky, members of the Omitted or New States classes.

12    3.    I am an attorney of record in the CRT Antitrust Litigation and filed an Objection to

13    the settlement in October 2015 on behalf of Nationwide class members of Omitted or New State

14    classes.  That objection brought to light multiple issues with the settlement and the settlement

15    terms and notice.  It ascertained clear legal paths upon which class members who are not included

16    in the 22 state damages classes may assert claims for monetary relief.  The objection was fiercely

17    opposed by IPPs, which entailed discovery and multiple depositions across the country requiring

18    travel, and which engendered multiple rounds of further research, briefing and filings.  The case

19    moved to the Court of Appeals, where again the research and briefing were vigorous and

20    challenging.  Relevant new case law came out on multiple occasions during this period which

21    required my continued scrutiny, research and intellectual analysis.  The legal research and analysis

22    required for the Objection, Reply, Appellate Opening and Appellate Response briefs, as well as for

23    several rounds of sometimes multi-day mediation, involves multiple overlapping class action and

24    antitrust areas.  The briefing included various issues of first impression in the Court of Appeals

25    and detailed factual analysis.  This experience demonstrates that a savvy and experienced litigator

26    is required to expertly move forward in this litigation.  This experience also demonstrates that I

27

28

DECLARATION OF THERESA D. MOORE ISO MOTION FOR APPOINTMENT OF INTERIM CO-LEAD
COUNSEL FOR NEW STATE CLASSES

MDL 3:07-md-1827 SI

1    have worked tirelessly on behalf of the new or omitted states since 2015 and can readily fill that

2    role.

3          4.     My firm has sufficient resources and liquid assets to finance the representation of

4    the omitted state class members.

5          5.     I am able to, and have at all times, worked cooperatively and professionally with all

6    parties. I am prepared to devote the necessary time to the vigorous representation of the omitted

7    state class members. I possess the requisite experience, background and skill needed to effectively

8    prosecute and try this litigation, and it is that extensive antitrust experience that enables me to

9    maximize the potential recovery for the omitted state subclass by either trial or settlement.

10         6.     As relates to this CRT case at bar, as part of the Alioto Law Firm (Joseph Alioto) I

11   was Co-Lead counsel in the related TFT-LCD Flat Panel Litigation case, where I actively managed

12   relevant people and projects in the litigation and was intimately involved in strategy and tactics

13   which produced the largest consumer class action price fixing settlement in the history of the

14   antitrust law up to that date. I am familiar with the evidence, witnesses, issues, documents and

15   theories in the CRT and LCD overlapping conspiracies, including as the conspiracy transmuted

16   from CRTs to LCDs.

17         7.     I have been a trial lawyer for 38 years. To date I have been lead and/or co lead

18   counsel in approximately 130 trials to verdict, having practiced both criminal and civil litigation.

19   My substantive legal focus includes antitrust, unfair competition, business, consumer and complex

20   litigation in both private and class actions.

21         8.     Immediately after my 1981 law school graduation from Hastings College of the

22   Law, after having already worked in a large nationally reputable law firm, I began my antitrust

23   career with the Alioto Law Firm (Joseph Alioto) where I promptly participated in my first antitrust

24   trial.

25         9.     I subsequently practiced as a Deputy District Attorney in San Francisco for close to

26   eight years prosecuting cases on behalf of the State of California. I was personally responsible for

27   criminal prosecution of cases of all manner, including fraud, economic and otherwise, and where I

28

2

DECLARATION OF THERESA D. MOORE ISO MOTION FOR APPOINTMENT OF INTERIM CO-LEAD
COUNSEL FOR NEW STATE CLASSES
Case No. 3:07-cv-5944 SC, MDL No. 1917

became the head prosecutor of an economic fraud unit. After practicing at the Office of the District Attorney I formed my own firm and worked in civil litigation, including complex civil litigation and both private and class actions.

10.     In 1995 I re-joined the Alioto Law Firm (Joseph Alioto) where I practiced antitrust law for over 25 years until recently when I returned to my original firm where I continue to practice antitrust law. I remain Of Counsel for the Alioto Law Firm (Joseph Alioto) in other actions to complete prior litigation commitments.

11.     While at the Alioto Law Firm (Joseph Alioto), a nationally acclaimed litigation firm that has twice set the record for the largest judgment in the history of the antitrust laws, we achieved seminal decisions in antitrust law, and achieved historic settlements as well.  In addition, we were named Lead Counsel in multiple actions, and I have served on Executive and Trial Committees, as well as many other committees in multiple class actions. Most recently, I served as Co-Lead Counsel for consumers in the related TFT-LCD Antitrust Flat Panel Litigation; and act for end users in the consumer Foreign Exchange Currency Litigation.  I have represented, in private matters as well as class action matters, independent companies and corporations of all sizes in large monetary recoveries in antitrust law. Litigated issues include monopolization, attempts to monopolize, conspiracies to monopolize, price fixing, group boycotts, market and customer allocation, tie-in arrangements, exclusive dealing, commercial bribery, unlawful acquisitions and mergers, discriminatory pricing, predatory pricing, interlocking directories and other anti-competitive conduct.

12.     I am a Judge Pro Tem for the State of California San Francisco Superior Court, since 1996.

13.     I am a distinguished Professor Adjunct in Trial/Evidence Practice at University of California Hastings College of the Law where I have been teaching trial advocacy since the 1995-1996 academic year. I also regularly participate in and teach trial practice at the two-week annual Intensive Advocacy Program at the University of San Francisco School of Law.

14.     I have served on multiple occasions as Co-chair, Keynote Speaker, and Instructor at

1   the National College of Advocacy, Intensive Advocacy Program and multiple other associations.

2        15.    I have authored books and articles, with the most recent new edition published this

3   year by Lexis Nexis and the National Institute of Trial Advocacy, as part of a series of three

4   separate Trial Advocacy and Practice books, authored and trademarked by me under the name

5   "Trial By Fire."

6        16.    I am a Certified Mediator and a Special Master.  In my capacity as a negotiator and

7   mediator I have successfully mediated approximately 150 cases for many private and government

8   organizations, including the Federal Equal Employment Opportunity Commission, Multi-Option

9   ADR Project, State of California First District Court of Appeal, Conflicts Resolution Center, San

10  Francisco Superior Court and San Mateo County Courts, Bar and Community as a partial list.

11       17.    I studied at the Sorbonne and Institut d'Études Politiques de Paris in Paris, France

12  (Sciences Po), received my Bachelor of Arts from Santa Clara University, and my Juris Doctorate

13  from University of California Hastings College of the Law.

14       18.    Attached hereto as Exhibit A is a true and correct copy of my Biography, as well as

15  an excerpt from a previous filing in this CRT matter regarding my recent prior firm of 25 years,

16  Alioto Law Firm (Joseph Alioto), which includes the biography of Joseph Alioto. It is my

17  intention to also associate Mr. Joseph Alioto as trial counsel if this matter proceeds to trial.

18       19.    Attached hereto as Exhibit B is a true and correct copy of the Curriculum Vitae of

19  Christopher Nedeau who also is counsel of record for Objector and Appellant class members Harry

20  Garavanian, Gary Talewsky and Rockhurst University, members of the New or Omitted States

21  class.  Mr. Nedeau is a seasoned antitrust and trial attorney and served as Lead Counsel for a

22  defendant who in 2012 went to trial in the related TFT-LCD Flat Panel Litigation, in the largest

23  antitrust criminal trial in history.  Mr. Nedeau works with me in the case at bar on behalf of the

24  New or Omitted States.

25       20.    By appointing me as Class Counsel for the Omitted States this court will be

26  providing the newly created subclass with representation with the experiences, skill and resources

27  to provide the leadership necessary to efficiently and expertly litigate this case to maximize any

28

DECLARATION OF THERESA D. MOORE ISO MOTION FOR APPOINTMENT OF INTERIM CO-LEAD
COUNSEL FOR NEW STATE CLASSES
Case No. 3:07-cv-5944 SC, MDL No. 1917

1    recovery.

2        21.        A representative sample of my antitrust and class action cases includes:

3

4        • *AD/SAT v. Associated Press, et al.,* USDC SDNY, Case No. 94-civ-6655 (PKL):

5    antitrust litigation alleging illegal pricing.

6        • *In Re: Airline Ticket Commission Antitrust Litigation*, USDC Minn. Fourth

7    Division, MDL No. 1058, Master File No. 4-95 107:  represented multiple opt out plaintiffs in

8    antitrust class action alleging that airlines conspired to fix travel agents' commission rates.

9        • *AD/SAT v. McClatchy Newspapers, Inc*., USDC E.D. Cal., Case No. CIV-S-95-

10   1387 (DFL) (PAN):  antitrust litigation alleging an illegal pricing conspiracy.

11       • *Neve Brothers, et al. v. Potash Corporation of Saskatchewan, et al.,* Sup. Ct. CA

12   S.F., Case No. 959-767; Ct. App. CA, 1st Dist.:  antitrust class action of indirect purchasers of

13   potash.

14       • *Mark Notz, et al. v. Ticketmaster-Southern California, Inc. et al.*, Sup. Ct. CA

15   S.F., Case No. 943-327:  antitrust consumer class action alleging a territorial allocation in violation

16   of the Cartwright Act.

17       • *Cosmetics Antitrust Litigation*, Sup. Ct. CA Marin J.C.C.P. 4056; USDC NDCA,

18   Case No. 3:03 cv-03359 SBA:  antitrust consumer class action alleging that manufacturers of

19   prestige cosmetics and retail department stores conspired to prevent discounting of cosmetics.

20       • *Automobile Antitrust Litigation* I, II, Sup. Ct. CA S.F. J.C.C.P. 4298 and 4303;

21   USDC Maine, MDL No. 03-md-1532:  antitrust statewide class action by indirect purchasers

22   alleging a price fixing conspiracy.

23       • *Chimes Pharmacy, Inc. et al. v. Pfizer, Inc. et al.*, USDC N.D. Cal., Case No. 11-

24   cv-5375:  antitrust action by pharmacists alleging a conspiracy and combination in the

25   pharmaceutical industry to eliminate competition and fix the prices of pharmaceuticals.

---

5

DECLARATION OF THERESA D. MOORE ISO MOTION FOR APPOINTMENT OF INTERIM CO-LEAD
COUNSEL FOR NEW STATE CLASSES
Case No. 3:07-cv-5944 SC, MDL No. 1917

- *Clayworth, et al. v. Pfizer, Inc., et al*., Sup. Ct. CA Alameda, Case No. 04 172428:  antitrust action by indirect purchaser retail pharmacists alleging a price fixing conspiracy against major drug manufacturers. Achieved CA Supreme Court seminal precedent in the area of antitrust law. 49 Cal. 4th 758 *; 233 P.3d 1066 **; 111 Cal. Rptr. 3d 666 ***; 2010.

- *In Re Nasdaq Market Makers Antitrust Litigation*, USDC SDNY, MDL No. 1023, Case No. 94 Civ. 3996 (RWS):  antitrust nationwide class action alleging a price fixing conspiracy.

- *Breaux v Agency Rent-a-Car*, USDC N.D. Cal., Case No. 03-cv-02717:  class action of employees of rental car company.

- *In Re Tableware Litigation*, USDC N.D. Cal., Case No. 04-3514 VRW:  antitrust action alleging illegal pricing and boycott.

- *In Re: Airline Ticket Commission Antitrust Litigation*, USDC Minn., MDL 1058; *Tam Travel et al. v. Delta Airlines et al.*:  antitrust action of opt outs from a class action alleging that the airlines conspired to fix travel agents' commission rates.

- *In Re Verizon Wireless Data Charges Litigation*, USDC NJ, Case No. 3:10-cv-01749:  antitrust action alleging an illegal scheme of charging for data on mobile devices.

- *In Re Optical Disc Drive Antitrust Litigation (ODD)*, USDC N.D. Cal., Case No. MDL 02143:  antitrust action alleging illegal conspiracy to fix the prices of optical disc drives used in electronic devices such as monitors and computers and other devices.

- *In re TFT-LCD (Flat Panel) Antitrust Litigation (TFT-LCD)*, USDC N.D. Cal., Case No. MDL 1827:  Co-lead counsel; antitrust action alleging illegal conspiracy to fix the prices of LCDs used in TVs, tablets, and computer monitors.  Reputed to be the largest indirect purchaser settlement ever achieved at that time.

- *In Re Cathode Ray Tube Antitrust Litigation (CRT)*, USDC N.D. Cal., Case No. MDL 1917:  antitrust action alleging illegal conspiracy to fix the prices of CRTs used in

DECLARATION OF THERESA D. MOORE ISO MOTION FOR APPOINTMENT OF INTERIM CO-LEAD COUNSEL FOR NEW STATE CLASSES
Case No. 3:07-cv-5944 SC, MDL No. 1917

televisions.  Appeared on behalf of a class member during litigation, and class member objectors

for omitted states in the district court and on appeal.

- *D' Augusta v. Northwest Airlines, Inc. and Delta Air Lines, Inc.*, USDC N.D. Cal., Case No. 3:08-cv-3007:  action under the Clayton Act alleging an illegal combination and merger of airlines.

- *In Re Optical Disc Drive Antitrust Litigation (ODD)*, USDC N.D. Cal., Case No. MDL 02143:  antitrust action alleging illegal conspiracy to fix the prices of optical disc drives used in electronic devices such as monitors and computers and other devices.

- *Malaney v. United Airlines, Inc.*, USDC N.D. Cal., Case No. 3:10-cv-02858: action under the Clayton Act alleging an illegal combination and merger of airlines.

- *In re Aftermarket Filters Antitrust Litigation*, USDC ND Ill., Case No. 1:08-cv-04883:  antitrust action alleging illegal conspiracy of price fixing for replacement motor vehicle oil, fuel and engine air filters.

- *Wayne Taleff, et al. v. Southwest Airlines Co., et al.*, USDC N.D. Cal., Case No. 11-16173:  action under the Clayton Act alleging an illegal combination and merger of major airlines.

- *Credit/Debit Card Tying Cases* -- Sup. Ct. CA, SF; J.C.C.P. 4335:  represented the inventor of the credit card system as an objector to a class action settlement through a successful appeal in California.

- *RP Healthcare, Inc., et al. v. Pfizer, Inc., et al., In Re Lipitor Antitrust Litigation*, USDC NJ, Case No. 3:12-cv-05129, MDL No. 2332:  antitrust action of horizontal market allocations in the form of reverse payments to generics and alleging an illegal scheme to pay generics to not produce a drug in order to illegally keep the price at supracompetitive levels.

- *California Crane School Inc., et al., v.  National Commission for The*

*Certification of Crane Operators, Inc., et al.,* Sup. Ct. CA, Tulane County, 53859 California
Unfair Practices:  represented a statewide business victim of unfair business practices through trial
and appeal.

- *D. Grace, et al., v. Alaska Air Group, Inc., et al., and Virgin America Inc.,* USDC
N.D. Cal., Case No. 3:16-cv-05165:  represented consumers in a § 7 of The Clayton Antitrust Act,
15 U.S.C. § 18, And Section §1 of The Sherman Act, 15 U.S.C. § 1.

- *John Nypl et al. v JP Morgan Chase & Co, et al.*, USDC SDNY, Case No: 1:15-
cv-09300; *In re Foreign Exchange Benchmark Rates Antitrust Litigation*; USDC SDNY, Case No.
1:13 07789: acting Class Counsel for consumers and businesses who purchased price-fixed foreign
currency from Defendant banks for their own use.

- *In Re: AMR Corporation, et al*, USBC SDNY, Case No. 11-15463; *Fjord et al. v.
AMR Corporation*, USBC SDNY, Case No. 13-01392:  representing nationwide consumers in an
action under § 7 of the Clayton Antitrust Act and Section § 1 of the Sherman Act alleging an
illegal combination and merger and seeking divestiture. Currently in trial in SDNY through April
2019.


     I declare under penalty of perjury that the foregoing is true and correct.  Executed this 19th
day of April 2019 in San Francisco, CA.

                          */s/  Theresa Driscoll Moore*
                          Theresa Driscoll Moore, Esq.

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing DECLARATION OF THERESA D. MOORE IN SUPPORT OF MOTION FOR APPOINTMENT OF INTERIM CO-LEAD COUNSEL FOR NEW STATE CLASSES was filed *via* CM/ECF on April 19, 2019, and as a result has been served on all counsel of record *via* transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Francis O. Scarpulla
Francis O. Scarpulla

MOTION RE: APPOINTMENT OF CO-LEAD CLASS COUNSEL; Case No. 3:07-cv-5944, MDL No. 1917

# EXHIBIT A

## Contact

tmoore@aliotolaw.com

www.linkedin.com/in/
theresadriscollmoore (LinkedIn)

## Honors-Awards

CA Superior Court Appreciation
Award Judge Pro Tem

Champion of the People Award

## Publications

Trial By Fire® Case Series Vol II;
Kemper v. Nita City Cubs Holdings,
Inc.

Trial By Fire® Case Series Vol III;
McNamara v. Energy Dynamics, Inc.

Trial By Fire® Case Series Vol I;
Watson v. Century Technologies,
Inc.

# Theresa Moore

Law Offices | Antitrust & Business
San Francisco, California

## Summary

I represent businesses and emerging companies on national and
global competition issues in high stress and volatile arenas where
the client's business is at stake.  I work closely with founders and
executive leaders, and help guide their businesses to success in
the face of unfair and illegal business competition practices by third
parties.

My work is renowned for its successes, and for being nimble,
creative and strategic.  Even achieving with my team at the time the
largest antitrust settlement of its kind in the history of the antitrust
laws. As a result I have a unique ability to manage multi disciplinary
projects, govern a myriad of attorneys and law firms, and navigate
very complex challenges. Giving counsel as a legal advisor is part
and parcel of this process.

My work in the contingency fee arena amply demonstrates my
operational, leadership, management, business law, and planning
skills in dynamic, changing environments common to emerging
companies and technologies.

I bring focus, vision and judgment gained during a successful career,
am committed to leadership of growing companies and contribute to
help company leaders set direction and lead in turbulent, and often
regulated, environments.

I am also a Law Professor, a Judge Pro Tem of CA Superior Court, a
Certified Mediator, and legal author.

I have gained exceptional insight into business, people and their
actions. I value getting it done, and communicating well with people
from all sides of the table and all walks of life.

# Experience

### Law Offices of Theresa D. Moore
Owner
2018 - Present

I continue my previous work in antitrust and business litigation where I represent businesses and emerging companies on national and global competition issues in high stress and volatile arenas where the client's business is at stake. Trial advocacy remains a stronghold in the firm, and my work continues in the same arena as in the past 25 years.

### Alioto Law Firm
Of Counsel
1996 - Present

Of Counsel as legal and trial counsel with Alioto Law Firm, a premier national antitrust law firm, where I investigate, litigate, and try some of the most important antitrust cases ever prosecuted. I specialize in local, national and global competition issues in antitrust, unfair business practices and general business. I have successfully represented clients at multiple levels of industry from inventors, retailers, and service providers to consumers. These cases involved major industries in the United States, such as telecommunication, satellite, wireless data, electronic payment systems, education, finance, pharmaceutical, automobile, airlines, travel, beer, broadcasting, cosmetics, cranes, schools, optical disc drives, and others.

I have been lead or co-lead counsel in 130 trials to jury verdict in my career, have managed multiple projects and attorneys simultaneously, from a handful of attorneys to well over a hundred law firms. I play an integral role in all aspects of a case or project, from investigation & analysis to final negotiation & agreement on record breaking global settlements, and verdicts.

On multiple occasions the U.S. District Court has named us as lead counsel. Lead Counsel is tasked with executing all strategy and tactics, legal and otherwise, as well as organizing, assigning, and supervising law firms throughout the nation. We have reached milestones on multiple occasions, most recently breaking the mold in the TFT-LCD multi-national price fixing litigation where we negotiated a $1.1 billion settlement on the eve of trial from global electronics makers.

### UC Hastings College of the Law

## Adjunct Professor
1995 - Present

At Hastings I teach Trial Advocacy which includes law, strategy, tactics, evidence, communication and public speaking skills.

## Advokids
### Board Of Directors
January 2014 - Present

President Board of Directors

## Superior Court of California
### Judge Pro Tem
1996 - Present

Judicial Appointment

## Independant
### Certified Mediator and Special Master
1995 - Present

I have mediated approximately 150 cases on behalf of private and governmental entities, including the Federal Equal Employment Opportunity Commission, Multi-Option ADR Project, State of California First District Court of Appeal, Conflicts Resolution Center, San Francisco Superior Court, and the San Mateo County Courts, as well as numerous private parties.

## San Francisco District Attorneys Office
### Deputy District Attorney
1982 - 1989 (8 years)

## Alioto Law Firm
### Trial Attorney
1981 - 1982 (2 years)

---

# Education

## University of California, Hastings College of the Law
Juris Doctor, Law

## Santa Clara University
Bachelor of Arts (B.A.), French Language and Literature

Université Paris-Sorbonne
Political Science--Study Year Abroad

L'Ecole de Science Politique
Political Science--Study Year Abroad

University of California, Los Angeles
Communication and Media Studies

**Theresa D. Moore**

A representative sample of Ms. Moore's antitrust and class action cases includes:

- *AD/SAT v. Associated Press, et al.,* USDC SDNY.; Case No. 94-civ-6655 (PKL)-- antitrust litigation alleging illegal pricing.

- *In Re: Airline Ticket Commission Antitrust Litigation* USDC Minn Fourth Division; MDL Docket No. 1058 Master File No. 4-95 107-represented multiple opt out plaintiffs in antitrust class action alleging that the airlines conspired to fix travel agents' commission rates;

- *AD/SAT v. McClatchy Newspapers, Inc.*- USDC EDCA, No. CIV-S-95-1387 (DFL) (PAN)- antitrust litigation alleging an illegal pricing conspiracy.

- *Neve Brothers, et al. v. Potash Corporation of Saskatchewan, et al.* Sup. Ct. CA S.F. Case No. 959767; Ct. App. CA, 1st Dist. -- antitrust class action of indirect purchasers of potash.

- *Mark Notz et al v Ticketmaster-Southern California, Inc. et al.* Sup. Ct. CA S.F. Case No. 943-327 --antitrust consumer class action alleging a territorial allocation in violation of the Cartwright Act

- *Cosmetics Antitrust Litigation*-- Sup. Ct CA Marin J.C.C.P. 4056; USDC NDCA No. 3:03 cv-03359 SBA; -antitrust consumer class action alleging that manufacturers of prestige cosmetics and retail department stores conspired to prevent discounting of cosmetics

- *Automobile Antitrust Litigation* I, II; JCCP 4298 and 4303; Sup.Ct. CA S.F; U.S.D.C. for the District of Maine; MDL 03-md-1532—antitrust statewide class action by indirect purchasers alleging a price fixing conspiracy.

1

- *Chimes Pharmacy, Inc. et al v Pfizer, Inc. et al USDC NDCA; 11-cv-5375; Antitrust action* –action by pharmacists alleging a conspiracy and combination in the pharmaceutical industry to eliminate competition and fix the prices of pharmaceuticals.

- *Clayworth, et al. v. Pfizer, Inc., et al*. Sup. Ct. CA Alameda Case No. 04 172428; --antitrust action by indirect purchaser retail pharmacists alleging a price fixing conspiracy against major drug manufacturers. Achieved CA Supreme Court seminal precedent in the area of antitrust law. 49 Cal. 4th 758 *; 233 P.3d 1066 **; 111 Cal. Rptr. 3d 666 ***; 2010

- *In Re Nasdaq Market Makers Antitrust Litigation* - MDL 1023 94 Civ. 3996 (RWS)-antitrust nationwide class action alleging a price fixing conspiracy

- *Breaux v Agency Rent-a-Car; USDC N.D. CA 3-cv-02717*---class action of employees of rental car company.

- *In Re Tableware Litigation—USDC NDCA* -04-3514 VRW-- antitrust action alleging illegal pricing and boycott

- *In Re: Airline Ticket Commission Antitrust Litigation, MDL 1058; Tam Travel et al. v. Delta Airlines et al*-- antitrust action of opt outs from a class action alleging that the airlines conspired to fix travel agents' commission rates

- *In Re Verizon Wireless Data Charges Litigation; USDC 3:10-cv-01749*-- antitrust action alleging an illegal scheme of charging for data on mobile devices.

- *In Re Optical Disc Drive Antitrust Litigation (ODD USDC NDCA; Case No. MDL 02143)* -- antitrust action alleging illegal conspiracy to fix the prices of optical disc drives used in electronic devices such as monitors and computers and other devices.

- *In re TFT-LCD (Flat Panel) Antitrust Litigation (TFT-LCD); USDC ND CA Case No.  MDL 1827* – Co-lead counsel; antitrust action alleging illegal conspiracy to fix the prices of LCDs used in TVs, tablets, and computer monitors.  Reputed to be the largest indirect

purchaser settlement ever achieved at that time.

- *In Re Cathode Ray Tube Antitrust Litigation (CRT); USDC ND CA Case No. MDL 1917* Antitrust action alleging illegal conspiracy to fix the prices of CRTs used in televisions. Appeared on behalf of a class members during litigation, and class member objectors for omitted states in the district court and on appeal.

- *D' Augusta v. Northwest Airlines, Inc. and Delta Air Lines, Inc. USDC ND CA 3:08-cv-3007* --action under the Clayton Act alleging an illegal combination and merger of airlines

- *In Re Optical Disc Drive Antitrust Litigation (ODD) USDC ND CA Case No. MDL 02143;* antitrust action alleging illegal conspiracy to fix the prices of optical disc drives used in electronic devices such as monitors and computers and other devices.

- *Malaney v. United Airlines, Inc.; USDC ND CA*  3:10-cv-02858 -- action under the Clayton Act alleging an illegal combination and merger of airlines.

- *In re Aftermarket Filters Antitrust Litigation; USDC ND ILL 1:08-cv-04883*-- antitrust action alleging illegal conspiracy of price fixing for replacement motor vehicle oil, fuel and engine air filters.

- *Wayne Taleff, et al v. Southwest Airlines Co., et al., USDC NDCA 11-16173*-- action under the Clayton Act alleging an illegal combination and merger of major airlines

- *Credit/Debit Card Tying Cases*-- Sup. Ct. CA, SF; J.C.C.P. 4335; represented the inventor of the credit card system as an objector to a class action settlement through a successful appeal California.

- *RP Healthcare, Inc., et al. v. Pfizer, Inc., et al., In Re Lipitor Antitrust Litigation, (USDC NJ) MDL No. 3:12-cv-05129;* (USDC) *MDL No. 2332* --antitrust action of horizontal market allocations in the form of reverse payments to generics and alleging an illegal

3

scheme to pay generics to not produce a drug in order to illegally keep the price at supracompetitive levels.

- *California Crane School Inc., et al., v.  National Commission for The Certification of Crane Operators, Inc., et al.,* Sup. Ct. CA, Tulane County; 53859 California Unfair Practices. Represented a statewide business victim of unfair business practices through trial and appeal.

- *D. Grace, et al., v. Alaska Air Group, Inc., et al., and Virgin America Inc.,* Case 3:16-cv-05165 USDC NDCA Represented consumers in a § 7 of The Clayton Antitrust Act, 15 U.S.C. § 18, And Section §1 of The Sherman Act, 15 U.S.C. § 1.

- *John Nypl et al, v JP Morgan Chase & Co; et al. Case No: 1:15-cv-09300; In re Foreign Exchange Benchmark Rates Antitrust Litigaion; 1:13 07789 USDC* SDNY; Acting Class Counsel for consumers and businesses who purchased price-fixed foreign currency from Defendant banks for their own use.

- *In Re: AMR Corporation, et al.;* No:11-15463: ;  *Fjord et. al v AMR Corporation,* Case 13-01392; USBC SDNY.  Representing nationwide consumers in an action under § 7 of the Clayton Antitrust Act, and Section §1 of the Sherman Act alleging an illegal combination and merger and seeking divestiture. Currently in trial in SDNY through April 2019.



# Theresa Driscoll Moore, Adjunct Faculty

Adjunct Professor Theresa Moore was born and raised in San Francisco, California. She received her Bachelor of Arts from the University of Santa Clara in 1978 and her Juris Doctor from the University of California, Hastings College of the Law in 1981. She attended and studied political science/communications and language at UCLA and at the Sorbonne in Paris, France.

Professor Moore has been practicing law since 1981 and has been lead trial attorney in over 100 trials, both jury and court trials. She has practiced civil litigation in private practice and criminal litigation as a San Francisco District Attorney. Her present practice includes complex litigation, antitrust, consumer, employment, business, and juvenile. Having tried so many cases, both criminal and civil, she is intimately familiar with the court and litigation process. In addition to practicing civil litigation, Professor Moore is a Judge Pro Tem and a California Certified Mediator, as well as being a member of several Continuing Legal Education faculties. She has developed a special insight and unique ability in litigation by having participated in cases from all perspectives in her legal litigation career.

In addition, Professor Moore is very active as a volunteer in the San Francisco community, for both legal and charitable organizations. She lives with her husband, who is also a San Francisco native, and their three children in San Francisco. Her offices are located in the San Francisco financial district.



**Alioto Law Firm**
555 California Street, Thirty-First Floor, San Francisco, California 94104
*Tel* (415) 434-8900  *Fax* (415) 434-9200  info@aliotolaw.com

| MISSION | HISTORY | CASES | INDUSTRIES | CONSULTING | CONTACT |



Antitrust - Unfair Competition - Complex Litigation

*United States and Foreign Markets*

SITE DESIGN BY CREATIVE:MINT



**Alioto Law Firm**
555 California Street, Thirty-First Floor, San Francisco, California 94104
*Tel* (415) 434-8900  *Fax* (415) 434-9200  info@aliotolaw.com

| MISSION | HISTORY | CASES | INDUSTRIES | CONSULTING | CONTACT |

## - M i s s i o n -

**The Alioto Law Firm** is a true architect in the Antitrust arena. Its founder *Joseph M. Alioto* is a pioneer in prosecuting private plaintiff's antitrust actions. The Firm was founded upon a vision that competition is not a privilege, but rather a right of all businesses and individuals, great and small; and the right of all consumers to have the benefits of free competition. The Alioto Law Firm is steeped in a legacy of innovation, excellence, and ultimately, success and is committed to pursuing this proud tradition of equality and opportunity in the marketplace.

SITE DESIGN BY CREATIVE:MINT



**Alioto Law Firm**
555 California Street, Thirty-First Floor, San Francisco, California 94104
*Tel* (415) 434-8900  *Fax* (415) 434-9200  info@aliotolaw.com

| MISSION | HISTORY | CASES | INDUSTRIES | CONSULTING | CONTACT |

## - H i s t o r y -



*Joseph M. Alioto* is an experienced trial attorney with an unprecedented successful legacy of antitrust actions in the United States. Joseph M. Alioto has represented plaintiffs in some of the largest monetary judgments in the history of the Antitrust Laws and has argued before the United States Supreme Court.

Mr. Alioto received his Juris Doctorate from the University of San Francisco School of Law in 1968, was admitted to practice before the Supreme Court of California in January 1969 and since that time has become a nationally acclaimed litigator. He has argued antitrust cases and is a member of or was admitted pro hac vice to the following United States Courts of Appeal for the following circuits: the First Circuit in Boston, Massachusetts; the Second Circuit in New York, New York; the Third Circuit in Philadelphia, Pennsylvania; the Fourth Circuit in Richmond, Virginia; the Fifth Circuit in New Orleans, Louisiana; the Sixth

SITE DESIGN BY CREATIVE:MINT



**Alioto Law Firm**
555 California Street, Thirty-First Floor, San Francisco, California 94104
*Tel* (415) 434-8900   *Fax* (415) 434-9200   info@aliotolaw.com

| MISSION | HISTORY | CASES | INDUSTRIES | CONSULTING | CONTACT |

## - H i s t o r y -



Circuit in New York, New York; the Third Circuit in Philadelphia, Pennsylvania; the Fourth Circuit in Richmond, Virginia; the Fifth Circuit in New Orleans, Louisiana; the Sixth Circuit in Cincinnati, Ohio; the Eighth Circuit in St. Louis, Missouri; the Ninth Circuit in San Francisco, Los Angeles and Pasadena, California; the Tenth Circuit in Denver, Colorado and Oklahoma City and appeals in antitrust decisions from Georgia before it split into the Eleventh Circuit.  He has prosecuted private antitrust actions in which he is either a member or was admitted pro hac vice in the following United States District Courts:  San Francisco, Sacramento, Los Angeles and San Diego, California, Boston, Massachusetts; New York, New York; Philadelphia, Pennsylvania; Newark and Trenton, New Jersey; Wilmington, Delaware; Alexandria, Virginia; Washington, D.C.; Lexington, Kentucky; Atlanta, Georgia; New Orleans, Louisiana; Dallas, Fort Worth, Amarillo, Sherman, Austin, San Antonio and Laredo, Texas; St. Louis, Missouri; Minneapolis, Minnesota; Chicago, Illinois; Detroit, Michigan; Cleveland/Youngstown, Ohio; Oklahoma City and Tulsa, Oklahoma; Wichita,

SITE DESIGN BY CREATIVE:MINT



**Alioto Law Firm**
555 California Street, Thirty-First Floor, San Francisco, California 94104
*Tel* (415) 434-8900 *Fax* (415) 434-9200 info@aliotolaw.com

| MISSION | HISTORY | CASES | INDUSTRIES | CONSULTING | CONTACT |

## - H i s t o r y -

New Orleans, Louisiana; Dallas, Fort Worth, Amarillo, Sherman, Austin, San Antonio and Laredo, Texas; St. Louis, Missouri; Minneapolis, Minnesota; Chicago, Illinois; Detroit, Michigan; Cleveland/Youngstown, Ohio; Oklahoma City and Tulsa, Oklahoma; Wichita, Kansas; Albuquerque, New Mexico; Denver, Colorado; Salt Lake City, Utah; Boise, Idaho; Seattle/Tacoma, Washington; Portland, Oregon; Phoenix, Arizona; Las Vegas and Reno, Nevada; and Honolulu, Hawaii. He has also prosecuted antitrust cases in the state courts.



In his distinguished career Joseph M. Alioto has represented independent companies and corporations of all sizes, farmers, inventors, patent holders, manufacturers, suppliers, wholesalers, retailers, distributors, unions, consumers, and entrepreneurs against foreign as well as domestic corporations. The cases the Alioto Law Firm has tried have involved every major industry from manufacturing to service, trading to finance, supply to retail, transportation to mining, foreign and domestic

SITE DESIGN BY CREATIVE:MINT



**Alioto Law Firm**
555 California Street, Thirty-First Floor, San Francisco, California 94104
*Tel* (415) 434-8900   *Fax* (415) 434-9200   info@aliotolaw.com

| MISSION | HISTORY | CASES | INDUSTRIES | CONSULTING | CONTACT |

## - C a s e s -

The Alioto Law Firm has engaged over 350 antitrust cases, and has tried approximately one hundred antitrust trials in federal and state court involving issues relating to monopolization, attempts to monopolize, conspiracies to monopolize, price fixing, group boycotts, market and customer allocations, tie-in arrangements, exclusive dealing, commercial bribery, unlawful acquisitions and mergers, discriminatory pricing, predatory pricing, interlocking directorates, and other anti-competitive conduct.

These trials averaged between three weeks and seven months.

SITE DESIGN BY CREATIVE:MINT



**Alioto Law Firm**
555 California Street, Thirty-First Floor, San Francisco, California 94104
*Tel* (415) 434-8900  *Fax* (415) 434-9200  info@aliotolaw.com

| MISSION | HISTORY | CASES | INDUSTRIES | CONSULTING | CONTACT |

## - I n d u s t r i e s -



The Alioto Law Firm's more than 350 antitrust cases have involved a number of industries including accounting, advertising, agricultural seeds and products, airlines, aluminum, appraisals, asphalt, automobiles, banking, barges, beef, beer, beets, brokerage, cable, casino advertising, cement, compact discs, computer batching, computers, construction, consumer electronic products, copyrights, corn wetmilling, cosmetics, crude oil, custom manufacturing, distilled spirits, distribution, electronic thermometers, electronics, entertainment, farm equipment, football, fructose, glass, golf and other sports restrictions, hardware and software, healthcare, heavy piping, hogs, hospitals, ice cream, insurance, intellectual property, international trading in commodities, iron production and distribution, lamb, livestock, medical equipment, medical insurance, medical supplies, minerals, milk, mining, mortgage banking, movie production, distribution and exhibition, moving and storage, network electronics, newspapers, oil, optic fibers, overhead doors, pacemakers, patents, peripheral manufacturers,

SITE DESIGN BY CREATIVE:MINT



**Alioto Law Firm**
555 California Street, Thirty-First Floor, San Francisco, California 94104
*Tel* (415) 434-8900   *Fax* (415) 434-9200   info@aliotolaw.com

| MISSION | HISTORY | CASES | INDUSTRIES | CONSULTING | CONTACT |

## - I n d u s t r i e s -

newspapers, oil, optic fibers, overhead doors, pacemakers, patents, peripheral manufacturers, pharmaceuticals, photo-finishing, physicians, plastics, potatoes, potash, potato chips, processing, professionals and professional services, publishing, railroads, real estate, rental cars, retailing, refined oil, rendering, satellites manufacturing, services and equipment, securities, shipping, ship-to-shore telecommunication and satellites, soda ash, soft drinks, software, steam shipping, steel production and distribution, sugar, sugar beets, tax preparation, telephone, telecommunication, theaters, thoroughbred horses, tickets, tobacco, trademarks, trading, transcutaneous electronic nerve stimulator, travel industries, trucking, VCR's, veterinarians, wheat, wine, wool, and others.

Of these cases approximately 100 to 150 were published (mostly appeals).

SITE DESIGN BY CREATIVE:MINT



**Alioto Law Firm**
555 California Street, Thirty-First Floor, San Francisco, California 94104
*Tel* (415) 434-8900  *Fax* (415) 434-9200  info@aliotolaw.com

| MISSION | HISTORY | CASES | INDUSTRIES | CONSULTING | CONTACT |

## - C o n s u l t i n g   &   T e s t i m o n y -



### CONSULTING

With its great depth and diverse experience in the antitrust arena, The Alioto Law Firm provides knowledgeable and practical advise on complex antitrust and unfair competition matters to both domestic and international clients. Joseph M. Alioto frequently consults on strategy and tactics for both plaintiffs as well as defendants and serves as a member on a number of boards.

### TESTIMONY

Due to Joseph M. Alioto's national recognition as one of the leading antitrust attorneys in the United States, he is frequently asked to give testimony related to pending antitrust legislation.  He has done so before the Judiciary Committee of the United States Senate, the Judiciary and Maritime Committees of the United States House of Representatives, the Judiciary Committee of the Senate and Assembly of the State of California.

SITE DESIGN BY CREATIVE:MINT



**Alioto Law Firm**
555 California Street, Thirty-First Floor, San Francisco, California 94104
*Tel* (415) 434-8900   *Fax* (415) 434-9200   info@aliotolaw.com

| MISSION | HISTORY | CASES | INDUSTRIES | CONSULTING | CONTACT |

## - C o n s u l t i n g  &  T e s t i m o n y -



Mr. Alioto has also had national televised debates with United States Antitrust Division Chiefs, including William Baxter, Assistant Attorney General, Antitrust Division, on CNN, and Charles Rule, Assistant Attorney General, Antitrust Division on FNN, as well as being a guest on national programs such as "Hard Ball" with Christopher Matthews, the McNeil Lehrer Report and others.

Mr. Alioto has given dozens of lectures at American Bar Associations, State Bar Associations, law schools, universities and symposiums on the antitrust laws. His topics have varied from practical instruction, "How to Try an International Antitrust Case," to philosophical underpinnings of the antitrust laws, "Adam Smith Antitrust and the United States."

Mr. Alioto is frequently interviewed on radio and television and quoted in the written media, including national magazines and major national newspapers (*USA Today and Wall*

SITE DESIGN BY CREATIVE:MINT



**Alioto Law Firm**
555 California Street, Thirty-First Floor, San Francisco, California 94104
*Tel* (415) 434-8900  *Fax* (415) 434-9200  info@aliotolaw.com

| MISSION | HISTORY | CASES | INDUSTRIES | CONSULTING | CONTACT |

## - C o n s u l t i n g  &  T e s t i m o n y -



Mr. Alioto has given dozens of lectures at American Bar Associations, State Bar Associations, law schools, universities and symposiums on the antitrust laws.  His topics have varied from practical instruction, "How to Try an International Antitrust Case," to philosophical underpinnings of the antitrust laws, "Adam Smith Antitrust and the United States."

Mr. Alioto is frequently interviewed on radio and television and quoted in the written media, including national magazines and major national newspapers *(USA Today and Wall Street Journal)* and major metropolitan newspapers throughout the country *(i.e., New York Times, Chicago Sun Times, Los Angeles Times, San Francisco Chronicle and Examiner, Washington Post, Dallas Morning News, Atlanta Constitution, Miami Herald, Denver Post, Boston Globe)*

**TOP OF PAGE**

SITE DESIGN BY CREATIVE:MINT

# ALIOTO LAW FIRM

1 SANSOME STREET, 35th FL
SAN FRANCISCO, CALIFORNIA 94104
(415) 434-8900 • FAX (415) 434-9200

**Joseph M. Alioto**

Joseph M. Alioto has prosecuted private antitrust cases for the last forty-six years. He has tried and won more or as many antitrust cases as any other attorney in the country. He has represented farmers, independent companies, inventors, patent holders, manufacturers, suppliers, wholesalers, retailers, distributors, unions, consumers, and entrepreneurs against foreign as well as domestic corporations. Mr. Alioto's cases involve every major industry from manufacturing to service, trading to finance, supply to retail, transportation to mining, foreign and domestic.

## COURT MEMBERSHIP

Mr. Alioto has argued antitrust appeals on behalf of plaintiffs in the United States Supreme Court and all twelve Circuit Courts of Appeals. He has represented antitrust plaintiffs in federal court in almost every state in the country. He has appeared before the California Supreme Court, every California appellate district, and has tried cases in every major California city.

- United States Supreme Court

- United States Court of Appeals for the First Circuit
- United States Court of Appeals for the Second Circuit
- United States Court of Appeals for the Third Circuit
- United States Court of Appeals for the Fourth Circuit
- United States Court of Appeals for the Fifth Circuit
- United States Court of Appeals for the Sixth Circuit
- United States Court of Appeals for the Seventh Circuit
- United States Court of Appeals for the Eighth Circuit
- United States Court of Appeals for the Ninth Circuit
- United States Court of Appeals for the Tenth Circuit
- United States Court of Appeals for the Eleventh Circuit
- United States Court of Appeals for the District of Columbia Circuit

- United States District Courts, Pro Hac Vice:  Mr. Alioto has tried antitrust cases in the federal District Courts in some forty states including courts in New York, New York

Boston, Massachusetts; Atlanta, Georgia; Minneapolis, Minnesota; Wichita Kansas; Fort Worth, Dallas, and Amarillo, Texas; Las Vegas and Reno, Nevada; Boise, Idaho; Seattle/Tacoma, Washington; Salt Lake City, Utah; Honolulu, Hawaii; Phoenix, Arizona; Albuquerque, New Mexico; Philadelphia, Pennsylvania; and others.

## ANTITRUST CASES SINCE 1969

Since 1969, Mr. Alioto has represented antitrust plaintiffs in more than 300 cases involving various industries, including:

| | | | |
|---|---|---|---|
| Accounting | Computers | Mining | Satellites Services |
| Advertising | Construction | Mortgage Banking | and Equipment |
| Agriculture | Consumer | N.F.L. Football | Shipping |
| Air Transportation | Electronics | Newspapers | Soda Ash |
| Aluminum | Corn Wet Milling | Oil | Soft Drinks |
| Appraising | Cosmetics | Optic Fibers | Steam Shipping |
| Automobiles | Distilled Spirits | Overhead Doors | Telecomm. |
| Barges | Distribution | Pacemakers | Tickets |
| Cable Television | Farm Equipment | Peripheral Mftring | Trading |
| Cattle Ranching | Glass | Photo-Finishing | Travel Industries |
| Compact Discs | Health Care | Potash | Trucking |
| Computer | Hospitals | Potatoes | Wheat |
| Hardware | Ice Cream | Processing | Wool Mftring |
| Computer | Insurance | Professional Svcs. | and others |
| Network | Livestock | Publishing | |
| Computer | Medical Devices | Rendering | |
| Software | Milk | Retailing | |

## ANTITRUST TRIALS

Mr. Alioto has tried and won more or as many antitrust cases as any attorney in the country.  A sampling of his trials, which last anywhere from three weeks to seven months, include the following:

*Gary v. Shell* (Oil)
*Hallmark v. Reynolds* (Alumina)
*Treasure Valley Potato Growers v. Ore-Ida* (Potatoes)
*Fulhurst v. Maytag* (electronic ticketing)

*Joseph M. Alioto*                                                                                    2

*Chisholm v. International Harvester* (farm equipment)
*Kohn v. Maricopa Rendering* (rendering)
*De Voto v. Bankers Mortgage* (mortgage banking)
*Janich v. American Distilling* (distilled spirits)
*Bray v. Safeway Stores* (cattle/beef)
*Cointronics v. Burroughs* (computer processing)
*TwoDoor v. Overhead Door* (electronic doors)
*Kaplan v. Burroughs* (computer processing)
*Aloha Airlines v. Hawaiian Airlines* (passenger air transportation)
*Bubble-Up v. Coca-Cola* (soft drinks)
*Selton v. PT&T* (yellow page publishing)
*Dimmitt v. CPC International* (corn wet milling)
*Broadway v. UPS* (delivery/consolidation service)
*McDonald v. Johnson & Johnson* (TENS/pacemakers)
*Rickards v. CERF* (veterinarians)
*Adams Construction* (construction)
*Ringsby v. Consolidated Freightways* (long haul trucking)
*Lightwave v. Corning* (optic fiber)
*Metropolitan News v. Daily Journal* (newspaper publishing)
*Las Vegas Sun v. Summa Corp.* (advertising/publishing)
*Syufy v. American Theaters* (motion picture production and exhibition)
*Forro v. IBM* (computer/peripheral manufacturers)
*Amec v. Johnson & Johnson* (electronic medical equipment)
*Filco v. Amana* (consumer electronic sales)
*United States v. Rice Growers* (rice)
*Go-Video v. Matsushita* (VCRs)
*Blue Cross v. HCA* (hospitals/insurance)
*Southern Publishing v. Lesher Publishing* (newspapers)
*Rao v. S/T Hospitals* (physicians)
*Los Angeles Raiders v. NFL* (professional football)
*Baldareli v. H&R Block* (tax preparation)
*Latian v. Banco do Brasil* (foreign finance)
*Anderson v. Deloitte, Touche & Ross* (accounting)
*Montreal Trading v. MIC* (international potash trading)
*King v. National Benevolent Association* (real estate)
*Reilly v. Hearst Newspaper Corporation* (newspapers)
*Raiders v. National Football League* (football)
*IREF v. Arthur Andersen* (accounting)

## TRIALS OF SPECIAL NOTE

Mr. Alioto has twice set the record for the largest judgments in the history of the Antitrust Laws:

- *Bray v. Safeway*, largest judgment in the history of the antitrust laws up to that date (1974, $32 million).

- *McDonald v. Johnson & Johnson*, largest judgment for individuals in the history of the antitrust laws up to that date (1981, $170 million).

## LECTURES ON ANTITRUST

Approximately 10-20 at American Bar Association, State Bar Associations, Law Schools, Symposia, etc.  Topics have varied from practical instruction (*e.g.* "How To Try An International Antitrust Case") to philosophical underpinning of the antitrust laws (*e.g.* "Adam Smith, Antitrust, and the United States.")

## CONGRESSIONAL TESTIMONY

- United States Senate, Judiciary Committee; United States Congress, Judiciary, Maritime Committees; California Senate

- United States Senate Judiciary Committee hearing regarding "Consolidation in the Oil and Gas Industry:  Raising Prices?"

## TELEVISED DEBATES WITH REAGAN/BUSH ADMINISTRATION DEPARTMENT OF JUSTICE CHIEFS

- William Baxter, Assistant Attorney General, Antitrust Division; CNN

- Charles Rule, Assistant Attorney General, Antitrust         Division; FNN

## ANTITRUST CASES REPORTED

The following is a list of Mr. Alioto's cases that have been published in official reporters, and it therefore represents only a small fraction of his historical case file.

*Joseph M. Alioto*                                                                                              4

1. *Texaco Inc. v. Dagher*, Nos. 04-805 & 04-814, SUPREME COURT OF THE UNITED STATES, 547 U.S. 1 (2006).

2. *AD/SAT v. AP*, Docket No. 96-7304, UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT, 181 F.3d 216 (1999)

3. *Alpha Lyracom Space Communs. v. COMSAT Corp.*, Docket No. 96-9283, UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT, 113 F.3d 372 (1997).

4. *Am. Channel, LLC v. Time Warner Cable, Inc.* , Civil No. 06-2175 (DWF/SRN) , UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA , 2007 U.S. Dist. LEXIS 3484 (2007).

5. *Assigned Container Ship Claims, Inc. v. American President Lines, Ltd.*, No. 85-1978, UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT, 784 F.2d 1420 (1986).

6. *AT&T Corp. v. JMC Telecom, LLC*, No. 05-1304 , UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT , 470 F.3d 525 (2006).

7. *Azizian v. Federated Dep't Stores, Inc.*, No. C 03-3359 SBA , UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA (2006).

8. *Betz v. Trainer Wortham & Co.,* No. 05-15704, UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT (2007).

9. *Black v. Acme Markets, Inc.*, No. 76-3040, UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT, 564 F.2d 681 (1977).

10. *Cinema Service Corp. v. Twentieth Century-Fox Film Corp.*, Civ. A. No.  77-265 B, UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA, 477 F. Supp. 174 (1979).

11. *CSY Liquidating Corp. v. Harris Trust & Sav. Bank*, No. 96 C 1216, UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION (1998).

12.  *Dollar Rent A Car Systems, Inc. v. Hertz Corp.*, No. C-75-2650-CBR, UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, 434 F. Supp. 513 (1977).

13. *EEOC v. Local Union No. 38*, Civil Action No. C 73-0645 SC., United States District Court for the Northern District of California. (1981).

14. *Enron Corp. Secs. v. Enron Corp*., MDL-1446, CIVIL ACTION NO. H-01-3624, CONSOLIDATED CASES , UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION , 439 F. Supp. 2d 692 (2006).

15. *Feinstein v. Nettleship Co. of Los Angeles*, Nos. 77-3998, 82-5698, UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT, 714 F.2d 928 (1983).

16. *Gibson v. Greater Park City Co.*, Civil No. C-81-0823W., United States District Court for the District of Utah, Central Division. (1984).

17. *Golden State Transit Corp. v. Los Angeles*, CA No. 83-5903, UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT, 726 F.2d 1430 (1984).

18. *Go-Video v. Motion Picture Ass'n of Am.* (In re Dual-Deck Video Cassette Recorder Antitrust Litig.), No. 92-15967, UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT, 10 F.3d 693 (1993).

19. *Go-Video, Inc. v. Akai Electric Co.*, No. 88-2900, UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT, 885 F.2d 1406 (1989).

20. *High Tech. Careers v. San Jose Mercury News*, CIVIL NO. 90-20579 SW, UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA (1994).

21. *Hilo v. BP Exploration & Oil*, No. 95-56545, UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT (1997).

22. *Hilo v. Exxon Corp.*, No. 92-56496, UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT, 997 F.2d 641 (1993).

23. *Horizons International, Inc. v. Baldrige*, Nos. 86-1135, 86-1144, UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT, 811 F.2d 154 (1987).

24. *In re Airport Car Rental Antitrust Litigation*, No. 81-4399, UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT, 693 F.2d 84 (1982).

25. *In re Beef Industry Antitrust Litigation*, MDL No. 248, UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION, 542 F. Supp. 1122 (1982).

26. *In re Municipal Bond Reporting Antitrust Litigation*, No. 80-2012, UNITED STATES COURT OF APPEALS, FIFTH CIRCUIT, 672 F.2d 433 (1982).

27. *In re Tableware Antitrust Litig.*, No C-04-3514 VRW , UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA  (2007).

28. *J.T. Gibbons, Inc. v. Crawford Fitting Co.*, Civ. A. No. 79-1127, UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA, 565 F. Supp. 167 (1981).

29. *Jacobs v. G. Heileman Brewing Co.*, Civil Action No. 82-736, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE, 551 F. Supp. 639 (1982).

30. *Johnston v. IVAC Corp.*, No. 88-1639, UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT, 885 F.2d 1574 (1989).

31. *Kalmanovitz v. G. Heileman Brewing Co.*, No. 84-5682, UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT, 769 F.2d 152 (1985).

32. *Lec Tec Corp. v. Johnson & Johnson*, Civil No. 3-81-644; Civil No. 4-79-189., United States District Court for the District of Minnesota, Fourth Division (1982).

33. *Los Angeles Memorial Coliseum Comm'n v. National Football League*, Nos. 83-5907, 83-5908, 83-5909, UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT, 791 F.2d 1356 (1986).

34. *McDonald v. Johnson & Johnson*, Civ. No. 4-79-189, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA, FOURTH DIVISION, 537 F. Supp. 1282 (1982)

35. *Montreal Trading, Ltd. v. Amax, Inc.*, No. 79-1999, UNITED STATES COURT OF APPEALS, TENTH CIRCUIT, 661 F.2d 864 (1981).

36. *National Ass'n of Review Appraisers & Mortgage Underwriters v. Appraisal Found.*, No. 94-2689, No. 94-3074, UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT, 64 F.3d 1130 (1995).

37. *Newby v. Enron Corp. (In re Enron Corp. Secs., Derivative & ERISA Litig.)*, MDL-1446, CIVIL ACTION NO. H-01-3624 CONSOLIDATED CASES , UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION (2007).

38. *Omni Resource Dev. Corp. v. Conoco, Inc.*, No. 82-4615, UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT, 739 F.2d 1412 (1984).

39. *Ostrofe v. H. S. Crocker Co.*, No. 77-3985, UNITED STATES COURT OF APPEALS, NINTH CIRCUIT, 670 F.2d 1378 (1982).

40. *Overhead Door Corp. v. Nordpal Corp.*, No. 4-75-Civ. 523., United States District Court for the District of Minnesota, Fourth Division. (1978).

41. *Pabst Brewing Co. v. Kalmanovitz*, Civil Action No. 82-711, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE, 551 F. Supp. 882 (1982).

42. *Paramount Film Distributing Corp. v. Civic Center Theatre, Inc.*, Nos. 7565, 7566, 7573, 7585, UNITED STATES COURT OF APPEALS TENTH CIRCUIT, 333 F.2d 358 (1964).

43. *Phototron Corp. v. Eastman Kodak Co.*, No. 88-1128, UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT, 842 F.2d 95 (1988).

44. *Reazin v. Blue Cross & Blue Shield, Inc.*, No. 85-6027-K, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS, 663 F. Supp. 1360 (1987).

45. *Reilly v. Medianews Group, Inc.*, No. C 06-04332 SI , UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA (2007).

46. *Spanish International Communications Corp., SIN, Inc. v. Leibowitz*, Case No. 84-0655-Civ-Aronovitz, UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA, 608 F. Supp. 178 (1985).

47. *Stratmore v. Goodbody*, No. 88-5130, UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT, 866 F.2d 189; 1989 U.S. App. LEXIS 492 (1989).

48. *Syufy Enterprises v. National General Theatres, Inc.*, No. 76-2003, UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT, 575 F.2d 233 (1978).

49. *Thornhill Pub. Co. v. General Tel. & Electronics Corp.*, No. 76-3428, UNITED STATES COURT OF APPEALS, NINTH CIRCUIT, 594 F.2d 730 (1979).

50. *Transeuro Amertrans Worldwide Moving & Relocations, Ltd. v. Conoco, Inc.*, No. 02-5174 , UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT , 95 Fed. Appx. 288 (2004).

51. *Traweek v. San Francisco*, No. C 83-5640 TEH, UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, 659 F. Supp. 1012 (1985).

52. *Turner v. Johnson & Johnson*, Civil Action No. 79-2259-MC, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS, 549 F. Supp. 807 (1982).

53. *Turner v. Johnson & Johnson*, Nos. 86-1211, 86-1212, UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT, 809 F.2d 90 (1986).

54. *Unioil, Inc. v. E.F. Hutton & Co.*, No. 85-6024, UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT, 809 F.2d 548 (1986).

55. *United Ass'n Local 38 Pension Trust Fund v. Aetna Cas. & Sur. Co.*, No. 84-2667, UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT, 790 F.2d 1428 (1986).

56. *United States v. G. Heileman Brewing Co.*, Civil Action No. 82-750, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE, 563 F. Supp. 642 (1983).

57. *Unocal Corp. v. Kaabipour*, No. 97-56324, No. 98-56216, No. 98-56631, No. 98-56365, UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT, 177 F.3d 755 (1999).

58. *Wang & Wang, LLP v. Banco Do Brasil, S.A.*, No. Civ. S-06-00761 DFL KJM , UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA  (2007).

59. *Zinser v. Continental Grain Co.*, Nos. 79-2296, 79-2310, UNITED STATES COURT OF APPEALS, TENTH CIRCUIT, 660 F.2d 754 (1981).

# EXHIBIT B

# *NEDEAU LAW FIRM*



154 Baker Street
San Francisco, CA 94117
T 415.516.4010
F 415.861.1340
cnedeau@nedeaulaw.net

**Practice Areas**
- Antitrust
- Employment
- Toxic Torts
- Criminal Defense

## Christopher A. Nedeau | Owner

Christopher Nedeau represents individuals and companies, in antitrust, employment toxic tort and criminal cases. An experienced trial lawyer with more than three decades of courtroom experience, Mr. Nedeau has been lead counsel in complex class action litigation in federal and state courts.

From 2006 to 2015, he represented AU Optronics Corporation, a global manufacturer of TFT- LCD products in civil antitrust class action litigation and against the United States Department of Justice on felony price-fixing charges. In 2012, he was in charge of a team of twenty-five lawyers defending the client, its American subsidiary and five executives in the largest criminal antitrust trial in history.

Throughout his career, Mr. Nedeau has tried approximately 100 criminal and civil cases to verdict. He has obtained summary judgments, class action dismissals and defense verdicts in toxic tort, fraud and unfair competition, products liability, premises liability and bad faith cases.

Mr. Nedeau is a member of the American Board of Trial Advocates, and a Fellow of the Litigation Counsel of America. He is ranked among the highest class of attorneys for professional ethics and legal skills with an AV-Preeminent rating by Martindale Hubbell.

Prior to founding his own law firm, Mr. Nedeau was a partner of Nossaman LLP from 2009 to 2016. He practiced at Sedgwick, Detert, Moran & Arnold LLP from 1987 to 2008. In 1978, Mr. Nedeau was appointed an Assistant District Attorney for the City and County of San Francisco where he tried criminal cases in Municipal and Superior Court. In 1985 he was cross-designated as a Special Assistant United States Attorney for the Department of Justice in the Organized Crime and Labor Racketeering Strike Force to prosecute Asian Organized Crime.

### Representative Work

- Lead counsel defending a global manufacturer of LCD products in a seven-defendant, three and a half month criminal antitrust trial in the United States District Court for the Northern District of California.
- Lead counsel in international antitrust actions against a global manufacturer of LCD products in the European Union, Japan, Korea, Taiwan, and Canada. The civil antitrust litigation in the United States included 143 consolidated class actions, and civil cases filed by the States of California, Washington, Illinois, Missouri, and Florida.
- Obtained a defense verdict on behalf of an automotive manufacturer on claims of product liability after trial in Shasta Superior Court.
- Obtained a defense verdict on behalf of a national insurance carrier after trial in United States District Court for the Eastern District in Sacramento on claims of bad faith denial of disability benefits.
- Obtained a defense verdict on behalf of a California utility after trial in San Francisco Superior Court on claims of product liability and negligence.
- Obtained a defense verdict after trial in San Francisco Superior Court on behalf of a Mississippi-based shipyard on claims of product liability in a mesothelioma asbestos case.
- Obtained a defense verdict on claims of premises liability, false imprisonment and assault on behalf of a regional California supermarket chain after trial in Sonoma Superior Court.
- Obtained a defense verdict on behalf of a national property management company on claims of premises liability after trial in San Francisco Superior Court.
- Plaintiff's counsel suing a Wall Street Securities firm for theft of trade secrets in connection with venture capital financing in a five-month trial in Sacramento Superior Court.

cnedeau@nedeaulaw.net

- Obtained dismissal of a class action against national healthcare provider alleging Medicare fraud and unfair competition.
- Defended against civil claims of conspiracy to breach contract, fraud and tortuous interference with prospective economic advantage on behalf of a national insurance carrier.
- Represented manufacturer of potassium sorbates in an antitrust price-fixing investigation.
- Lead counsel in defense of a registered investment advisor before the NASD in an SEC civil securities fraud case in United States District Court, District of Rhode Island.
- Obtained summary judgment dismissal of an aircraft manufacturer, in an asbestos case.

## Awards & Honors

AV Preeminent® Peer Review Rated by Martindale-Hubbell.
Named a Northern California "Super Lawyer" in the area of Antitrust Litigation by
    *San Francisco* magazine, 2012-2016.
Selected as a Fellow of the Litigation Counsel of America.

## Professional Affiliations

American Board of Trial Advocates (ABOTA), Elected to San Francisco Chapter
American Bar Association, Antitrust Section; Criminal Justice Section; Cartel and
    Criminal Practice Committee

## Presentations

Mock Trial Judge for the San Francisco District Attorney's Office Mid-Career Training
    Seminar, San Francisco, CA.  2014
Featured Speaker, "Litigation Counsel of America Renaissance Symposium VIII (2013),"
    Harvard Club of New York City, New York, December 6, 2013
Speaker, "American Bar Association - Antitrust Law 2013 Spring Meeting,"
    Washington, DC, April 2013
Speaker, "Surviving a Government Investigation. Know Your Rights!" Acer Companies,
    Santa Clara, CA, April 6, 2001
Speaker, "Securing the Benefits of Compliance for Your Institution: Doing It Right the
    First Time," Annenberg Center for Health Sciences, Rancho Mirage, CA, October 1999
Speaker, "Evaluating Compliance Effectiveness: 'De-Bugging,' Auditing and Validating,"
    Summit for the Western Region, Healthcare Compliance, San Francisco, CA,
    September 20-21, 1999
Speaker, "How to Start a Compliance Program," Practicing Law Institute-Corporate
    Compliance, San Francisco, CA, July 27, 1999
Speaker, "Criminal Charges: A Risk Manager's Road Map," California Society for Health
    Care Risk Management, Oakland, CA, March 12, 1999
Speaker and judge at the Trial Advocacy Program for enforcement attorneys at the United
    States Securities and Exchange Commission, 1996

## Education

J.D., Notre Dame School of Law, 1977
B.B.A, University of Notre Dame, 1974, *with honors*

## Admitted

California
Michigan
Ninth Circuit Court of Appeals
United States District Courts in California