1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## NORTHERN DISTRICT OF CALIFORNIA

10

### SAN FRANCISCO DIVISION

11

12

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 3:07-cv-5944-JST |
| | MDL No. 1917 |
| This Document Relates to: | **[PROPOSED] ORDER ON MOTION FOR APPOINTMENT OF INTERIM CO-LEAD CLASS COUNSEL FOR INDIRECT-PURCHASER OMITTED REPEALER STATE CLASSES** |
| All Indirect-Purchaser Actions | |
| | Hearing Date:  June 6, 2019 |
| | Time:  2:00 p.m. |
| | Judge:  The Honorable Jon S. Tigar |
| | Courtroom:  9, 19th Floor |

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1    The Motion to Appoint Interim Co-Lead Class Counsel for the Indirect-Purchaser Omitted

2  Repealer States Classes came on regularly for hearing on June 6, 2019.  The Court, having

3  carefully considered the papers and pleadings on file and oral arguments of counsel, hereby

4    GRANTS the motion and ORDERS that:

5    1.    Pursuant to Federal Rule of Civil Procedure 23(g)(2)(A), the following firms

6  are appointed as Interim Co-Lead Class Counsel for the Plaintiffs' Indirect Purchaser Omitted

7  Repealer State putative classes:

8    a.    Law Offices of Francis O. Scarpulla; and

9    b.    Law Offices of Theresa D. Moore; and

10    c.    Bonsignore Trial Lawyers, PLLC;

11    2.    Interim Co-Lead Class Counsel shall be responsible for the overall conduct of the

12  litigation on behalf of the Plaintiffs' Indirect Purchaser Omitted Repealer States putative classes as

13  follows:

14    a.    To promote the orderly and efficient conduct of this litigation and to avoid

15  unnecessary duplication and unproductive efforts for all parties;

16    b.    To conduct all pretrial, trial and post-trial proceedings on behalf of the

17  Plaintiff Indirect Purchaser Omitted Repealer States putative classes;

18    c.    To sign any pleadings, motions, briefs, discovery requests or objections,

19  subpoenas or notices on behalf of Plaintiff Indirect Purchaser Omitted Repealer Statesputative classes;

20    d.    To determine and present in motions, briefs, oral argument or such other

21  fashion as may be appropriate, the position of the Plaintiff Indirect Purchaser Omitted Repealer States

22  putative classes as to all matters arising during pretrial and trial proceedings;

23    e.    To designate attorneys to act as spokespersons at pretrial conferences and

24  hearings;

25    f.    To designate trial counsel for the Plaintiff Indirect Purchaser Omitted

26  Repealer States putative classes, and upon doing so, to promptly notify the Court of their selection;

27    g.    To determine, conduct or coordinate what, if any, limited additional discovery

28    1

1  on behalf of plaintiffs consistent with the requirements of the Federal Rules of Civil Procedure,

2  including the preparation of joint interrogatories, requests for production of documents, admissions,

3  and depositions are needed to supplement what has already been carried out; and

4       h.    To act as settlement counsel for the Plaintiff Indirect Purchaser Omitted

5  Repealer States putative classes.

6       4.    The Interim Co-Lead Class Counsel are hereby designated as the counsel for the

7  Plaintiff Indirect-Purchaser Omitted Repealer States putative classes in the consolidated actions upon

8  whom all notices, orders, pleadings, motions, discovery, and memoranda relating to the

9  consolidated actions shall be served, and defendants shall effect service of papers on the Plaintiff

10  Indirect-Purchaser Omitted Repealer States putative classes in the consolidated actions by serving

11  each of the Interim Co-Lead Class Counsel above.   An agreement reached between defendant(s)

12  and Interim Co-Lead Class Counsel or their designee(s), shall be binding on all other plaintiffs'

13  counsel in the Plaintiff Indirect Purchaser Omitted Repealer States putative classes.

14       5.    All counsel shall keep a daily record of their time spent and expenses incurred in

15  connection with this litigation, indicating with specificity the hours and time increments, location,

16  and particular activity.  All time entries shall be in tenths of an hour, by specifically-identified

17  tasks.  There shall be no block-billing of unrelated tasks.  Further, all counsel shall endeavor to

18  keep attorneys' fees reasonable and to choose the most appropriate level of staffing for the tasks

19  required in this litigation.  All counsel shall report time and expenses on a monthly basis.

20  Dated_____

21  Honorable Jon S. Tigar
UNITED STATES DISTRICT COURT JUDGE

2

[PROPOSED] ORDER RE: APPOINTMENT OF ORS CO-LEAD CLASS COUNSEL
Case No. 3:07-cv-5944, MDL No. 1917

1

CERTIFICATE OF SERVICE

2

    I hereby certify that a true copy of the foregoing [PROPOSED] ORDER ON MOTION

3

FOR APPOINTMENT OF INTERIM CO-LEAD CLASS COUNSEL FOR INDIRECT-

4

PURCHASER OMITTED REPEALER STATE CLASSES  was filed *via* CM/ECF on April 19,

5

2019, and as a result has been served on all counsel of record *via* transmission of Notices of

6

Electronic Filing generated by CM/ECF.

7

8

                    /s/ Francis O. Scarpulla
                    Francis O. Scarpulla

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER RE: APPOINTMENT OF ORS CO-LEAD CLASS COUNSEL

Case No. 3:07-cv-5944, MDL No. 1917