Mario N. Alioto (56433)
Joseph M. Patane (72202)
Lauren C. Capurro (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2280 Union Street
San Francisco, CA 94123
Telephone: 415-563-7200
Facsimile: 415- 346-0679
Email: malioto@tatp.com
jpatane@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the
Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MASTER FILE NO. 07-cv-5944 JST |
| | MDL NO. 1917 |
| This Document Relates to: ALL INDIRECT PURCHASER ACTIONS | **[PROPOSED] SCHEDULING ORDER SUBMITTED BY LEAD COUNSEL ON BEHALF OF IPPs AND DEFENDANTS** |

Pursuant to this Court's Order at the April 9, 2019 Case Management Conference ("CMC"), the Indirect Purchaser Plaintiffs ("IPPs") submit the following proposed pretrial schedule for this case on behalf of IPPs and Defendants. IPPs have met and conferred with the Objectors and were unable to reach agreement on a proposed schedule.

| | |
|---|---|
| April 19, 2019 | Last day for counsel to file motion(s) for appointment as interim class counsel for certain state classes ("New States"). |
| May 3, 2019 | Last day for responses to motion(s) for appointment as interim class counsel for New States. |
| May 3, 2019 | Last day for Objectors to file motion to vacate Stipulation and Order Modifying and Adopting Special Master's Report, Recommendations and Tentative Rulings Regarding Defendants' Joint Motion to Dismiss the Second Consolidated Amended Complaint of the Indirect Purchaser Plaintiffs, ECF No. 799 ("2010 Stipulated Order"). |
| May 10, 2019 | Last day for replies in support of motion(s) for appointment as interim class counsel for New States. |
| May 17, 2019 | Last day for responses to motion to vacate 2010 Stipulated Order. |
| May 24, 2019 | Last day for replies in support of motion to vacate 2010 Stipulated Order. |
| June 6, 2019 at 2:00 p.m. | Hearing on interim class counsel motions and motion to vacate 2010 Stipulated Order. |
| TBD[1] | Mediation before Magistrate Judge Jacqueline Scott Corley. |

---

[1] Pursuant to Court Order, Judge Corley will notify the parties of the date, time and place they are to appear. ECF No. 5427.

| July 1, 2019 | Last day to file and serve complaint(s) on behalf of New States. |
|---|---|
| Within twenty-one (21) days of service of new complaint(s). | Defendants respond to new complaint(s). |
| Within fourteen (14) days of any motion to dismiss the new complaint(s) pursuant to Fed. R. Civ. P. 12. | Last day for opposition to motion(s) to dismiss new complaint(s). |
| Within seven (7) days of opposition to motion to dismiss. | Last day for replies in support of motion(s) to dismiss new complaint(s). |
| October 14, 2019 | Last day for New States to move for class certification. |
| December 2, 2019 | Close of class certification discovery as to the New States. |
| December 6, 2019 | Last day for opposition to class certification for New States. |
| January 3, 2020 | Last day for reply in support of class certification for New States. |
| January 16, 2020 | Hearing on New States' Class Certification |
| January 20, 2020 | Last day for New States to serve opening expert reports on the merits; last day for Defendants to serve opening expert reports on affirmative defenses. |
| March 20, 2020 | Last day for Defendants and IPPs to serve opposition expert reports as to New States; last day for the New States to serve opposition reports on affirmative defenses. |
| April 20, 2020 | Last day for the New States to serve rebuttal expert reports on the merits; last day for Defendants to serve rebuttal expert reports on affirmative defenses and to any opposition reports served by IPPs as to the New States. |
| April 24, 2020 | Close of merits expert discovery as to New States. |
| May 1, 2020 | Last day to renew (as to the 22 Certified |

| | |
|---|---|
| | Classes)/file (as to New States) dispositive motions. |
| May 11, 2020 | Plaintiffs serve list of exhibits, deposition designations, and witnesses. |
| June 1, 2020 | Last day to file oppositions to dispositive motions. |
| June 2, 2020 | Defendants serve list of exhibits, deposition designations, and witnesses; and counter-designations and objections to Plaintiffs' list of exhibits, deposition designations, and witnesses. |
| June 15, 2020 | Last day to file replies in support of dispositive motions. |
| June 23, 2020 | Plaintiffs serve counter-designations and objections to Defendants' list of exhibits, deposition designations, and witnesses. |
| June 30, 2020 | Last day to renew (as to 22 Certified Classes)/file (as to New States) motions in limine and other non-dispositive pre-trial motions. |
| July 14, 2020 | Defendants serve objections to Plaintiffs' counter-designations; Last day to file oppositions to motions in limine and other non-dispositive pretrial motions. |
| July 21, 2020 | Last day to meet and confer re pre-trial order. |
| July 24, 2020 | Last day for parties to file replies in support of motions in limine and other non-dispositive motions. |
| July 28, 2020 | Last day for parties to exchange final proposed exhibits and witness lists; file pre-trial order, agreed set of jury instructions, and verdict forms. |
| August 6, 2020 | Hearing on motions in limine and other non-dispositive pre-trial motions, and final pre-trial conference. |

| August 24, 2020 | Trial |
|---|---|

Dated: April 19, 2019          Respectfully submitted,

By:  /s/ Mario N. Alioto
MARIO N. ALIOTO (56433)
LAUREN C. CAPURRO (241151)
**TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP**
2280 Union Street
San Francisco, California 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679

*Lead Counsel for the Indirect Purchaser Plaintiffs*

**IT IS SO ORDERED.**

DATED:_____          _____
Hon. Jon S. Tigar
United States District Judge