[ALL COUNSEL LISTED ON SIGNATURE PAGES]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>All Indirect Purchaser Actions | Case No. 3:07-cv-5944-JST<br>MDL No. 1917<br><br>**CLASS ACTION**<br><br>**CLASS PLAINTIFFS'<br>PROPOSED SCHEDULE FOR<br>CLASS CERTIFICATION<br>AND TRIAL DATE**<br><br>Judge: Honorable Jon S. Tigar |

On April 9, 2019, this Court ordered the parties to file a joint proposed schedule or competing schedules for class certification and for a trial date only. Dkt. 5426 ¶ 5. Pursuant to that Order, Class Plaintiffs Rockhurst University, Harry Garavanian, and Gary Talewsky and Class Plaintiff Dan L. Williams & Co. (collectively, "Class Plaintiffs") together submit the following proposed schedule:

**Motion for Class Certification.** Class Plaintiffs agree with IPPs and Defendants' proposed hearing date for Omitted Repealer States' motion for class certification of **January 16, 2020**.

**Trial Date.** Class Plaintiffs agree with IPPs and Defendants' proposed trial start date of **August 24, 2020**.

While Class Plaintiffs agree with the two dates proposed by IPPs and Defendants pursuant to the Court's order, they respectfully propose that briefing schedules and other deadlines should be set according to the applicable local rules and Federal Rules of Civil Procedure, rather than on the schedule proposed by IPPs and Defendants. Additionally, Class Plaintiffs believe the proposed October 14, 2019 filing date for the motion to certify the Omitted Repealer State classes is too early. Because Class Plaintiffs would not agree to every date proposed by IPPs and Defendants, IPPs and Defendants chose to make their filing independent of Class Plaintiffs.

Class Plaintiffs further disagree with IPPs and Defendants that "new complaints" need to be filed; rather, amended consolidated complaints that include Omitted Repealer State Classes will need to be filed. This difference has significance for statute-of-limitations tolling purposes, which Class Plaintiffs expect to be addressed on the merits after the amended pleadings are filed (and thus it is not an issue the Court must address in this context). The deadline for such complaints should be no less than 30 days after appointment of Co-Lead Class Counsel for the Omitted Repealer States to enable counsel to meet notice requirements under state law.

Dated: April 19, 2019                                     Respectfully submitted,

 /s/  Francis O. Scarpulla                                /s/  Theresa D. Moore
     Francis O. Scarpulla                                    Theresa D. Moore

Francis O. Scarpulla (41059)                     Theresa D. Moore (99978)
Patrick B. Clayton (240191)                       Law Offices Of Theresa D. Moore
Law Offices of Francis O. Scarpulla           One Sansome Street, 35th Floor
456 Montgomery Street, 17th Floor            San Francisco, CA 94104
San Francisco, CA 94104                              Telephone: (415) 613-1414
Telephone: 415-788-7210                            tmoore@aliotolaw.com
Facsimile:  415-788-0706
fos@scarpullalaw.com                                Christopher A. Nedeau (81297)
pbc@scarpullalaw.com                              Nedeau Law Firm
                                                                     154 Baker Street
John G. Crabtree, *appearing pro hac vice*    San Francisco, CA 94117
Brian Tackenberg, *appearing pro hac vice*  Telephone: (415) 516-4010
Crabtree & Auslander                                cnedeau@nedeaulaw.net
240 Crandon Boulevard, Suite 101

| | |
|---|---|
| Key Biscayne, FL 33149<br>Telephone: (305) 361-3770<br>Facsimile: (305) 437-8188<br>Email: jcrabtree@crabtreelaw.com | *Counsel for Class Plaintiffs Rockhurst University, Harry Garavanian, and Gary Talewsky* |

Brian M. Torres, *appearing pro hac vice*
Brian M. Torres, P.A.
One S.E. Third Avenue, Suite 3000
Miami, FL 33131
Telephone: (305) 901-5858
Facsimile: (303) 901-5874
Email: btorres@briantorres.legal

*Counsel for Class Plaintiff
Dan L. Williams & Co.*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true copy of the foregoing was filed via CM/ECF on April 19, 2019, and as a result was served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

Dated: April 19, 2019  　　　　　　　　　　　　　　　*/s/ Theresa D. Moore*
　　　　　　　　　　　　　　　　　　　　　　　　　　　Theresa D. Moore