Robert Bonsignore, Esq. (*pro hac vice*)
Lisa Sleboda, Esq. (*pro hac vice*)
Kelley Fahy, Esq. (*pro hac vice pending*)
Bonsignore Trial Lawyers, PLLC
23 Forest Street
Medford, MA 02155
Telephone: 781-350-0000
Facsimile: 702-852-5726
Cell: 781-856-7650
Email: rbonsignore@classactions.us
        lsleboda@classactions.us
        kfahy@classactions.us

*Counsel for the Gianasca Appellants
Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MASTER FILE NO. 07-cv-5944 JST |
| | MDL NO. 1917 |
| This Document Relates to: | **[PROPOSED] SCHEDULING ORDER SUBMITTED BY COUNSEL ON BEHALF OF THE GIANASCA IPPs** |
| ALL INDIRECT PURCHASER ACTIONS | |

Pursuant to this Court's Order at the April 9, 2019 Case Management Conference ("CMC"), the so-called Gianasca Indirect Purchaser Plaintiffs ("Gianasca IPPs")[1] submit the following proposed pretrial schedule for this case. The Gianasca IPPs have met and conferred with all other parties and were unable to reach agreement on a proposed schedule.

| Date | Event |
|---|---|
| April 19, 2019 | Last day for counsel to file motion(s) for appointment as interim class counsel for certain state classes ("New States"). |
| May 3, 2019 | Last day for responses to motion(s) for appointment as interim class counsel for New States. |
| May 3, 2019 | Last day for Objectors to file motion to vacate Stipulation and Order Modifying and Adopting Special Master's Report, Recommendations and Tentative Rulings Regarding Defendants' Joint Motion to Dismiss the Second Consolidated Amended Complaint of the Indirect Purchaser Plaintiffs, ECF No. 799 ("2010 Stipulated Order"). |
| May 10, 2019 | Last day for replies in support of motion(s) for appointment as interim class counsel for New States. |
| May 17, 2019 | Last day for responses to motion to vacate 2010 Stipulated Order. |
| May 24, 2019 | Last day for replies in support of motion to vacate 2010 Stipulated Order. |
| June 6, 2019 at 2:00 p.m. | Hearing on interim class counsel motions and motion to vacate 2010 Stipulated Order. |

---

[1] The Gianasca Plaintiffs are well documented in the record. They include Anthony Gianasca (Massachusetts), Jeff Craig (New Hampshire), Counsel for Objectors Gianasca, Comeaux, Ashkannejhad individually and/or as Administrator of the Estate of the Late R. Deryl Edwards, Jr. (Missouri), Rosemary Ciccone (Rhode Island) and Gloria Comeaux (Nevada)

(footnote continued)

| | |
|---|---|
| TBD[2] | Mediation before Magistrate Judge Jacqueline Scott Corley. |
| Within 7 days of order appointing Lead Counsel | Last day to file and serve amended complaint(s) on behalf of New States.<br><br>Motion to Compel IPP Lead Counsel to produce work product and other documents for the benefit of the Omitted Repealer/New States and to promote the efficient and cost-effective resolution to the litigation. See, e.g. Attachment A |
| Within twenty-one (21) days of service of new complaint(s). | Defendants respond to new complaint(s). |
| Within 3 months of the trial date | Last day for New States to move for class certification |
| Within 4 months of the trial date | Close of class certification discovery as to the New States. |
| Within 3 months of the trial date | Last day for opposition to class certification for New States. |
| Within 2.5 months of the trial date | Last day for reply in support of class certification for New States. |
| Within one month before trial | Hearing on New States' Class Certification |
| August 1, 2019 | Last day for New States to serve opening expert reports on the merits; last day for Defendants to serve opening expert reports on affirmative defenses. |
| September 1, 2019 | Last day for Defendants and IPPs to serve opposition expert reports as to New States; last day for the New States to serve opposition reports on affirmative defenses. |
| September 15, 2019 | Last day for the New States to serve rebuttal expert reports on the merits; last day for Defendants to serve rebuttal expert reports on affirmative defenses and to any opposition reports served by IPPs as to the New States. |

---

[2] Pursuant to Court Order, Judge Corley will notify the parties of the date, time and place they are to appear. ECF No. 5427.

| | |
|---|---|
| October 15, 2019 | Close of merits expert discovery as to New States. |
| Two Weeks before the trial date | Plaintiffs serve list of exhibits, deposition designations, and witnesses. |
| Two weeks before trial | Defendants serve list of exhibits, deposition designations, and witnesses; and counter-designations and objections to Plaintiffs' list of exhibits, deposition designations, and witnesses. |
| One week before trial | Plaintiffs serve counter-designations and objections to Defendants' list of exhibits, deposition designations, and witnesses. |
| During Trial as submitted | Defendants serve objections to Plaintiffs' counter-designations; |
| Two weeks before trial | Last day to meet and confer re pre-trial order. |
| One week before trial | Last day for parties to exchange final proposed exhibits and witness lists; file pre-trial order, agreed set of jury instructions, and verdict forms. |
| December 2, 2019 | Trial |

Dated: April 19, 2019

Respectfully submitted,

By:    */s/ Robert J Bonsignore*
ROBERT J. BONSIGNORE (NH 21241)
Bonsignore Trial Lawyers, PLLC
23 Forest Street
Medford, MA 02155
Telephone: (781) 350-0000
Cell: (781) 856-7650
Facsimile: (702) 852-5726
Email: rbonsignore@classactions.us

***Lead Counsel for the Gianasca Indirect Purchaser Plaintiffs***

1

2  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3

4  DATED:_____    _____
                                    Hon. Jon S. Tigar
5                                   United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4                                              MDL NO. 1917
[PROPOSED] SCHEDULING ORDER SUBMITTED BY COUNSEL ON BEHALF OF THE GIANASCA IPP'S

**CERTIFICATE OF SERVICE**

I Robert J. Bonsignore, hereby certify that on this 19th of April, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court by using the Case Management/Electronic Case Filing (CM/ECF) system, which will send a notice of electronic filing to all parties registered with the CM/ECF system in the above-captioned matter. A copy will be forwarded via first class mail, postage prepaid, to those parties not electronically registered.

/s/ Robert J. Bonsignore
Robert J. Bonsignore