Guido Saveri (22349)
  *guido@saveri.com*
R. Alexander Saveri (173102)
  *rick@saveri.com*
Geoffrey C. Rushing (126910)
  *grushing@saveri.com*
Cadio Zirpoli (179108)
  *cadio@saveri.com*
Matthew D. Heaphy (227224)
  *mheaphy@saveri.com*
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone:  (415) 217-6810
Facsimile:  (415) 217-6813

*Lead Counsel for Direct Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-CV-5944-JST |
| | MDL No. 1917 |
| This Document Relates to:<br><br>*ALL DIRECT PURCHASER ACTIONS* | **NOTICE OF ERRATA IN DIRECT PURCHASER PLAINTIFFS' OPPOSITION TO THE IRICO DEFENDANTS' AMENDED MOTIONS TO DISMISS CLAIMS OF DIRECT PURCHASER PLAINTIFFS FOR LACK OF SUBJECT MATTER JURISDICTION (FED R. CIV. P. 12(b)(1))** |
| | Date:    May 30, 2019<br>Time:    2:00 p.m.<br>Judge:   Honorable Jon S. Tigar<br>Courtroom:  9 |

TO THE COURT, DEFENDANTS, AND THEIR ATTORNEYS OF RECORD IN THIS ACTION:

PLEASE TAKE NOTICE THAT the Direct Purchaser Plaintiffs' Opposition to the Irico Defendants' Amended Motions to Dismiss Claims of Direct Purchaser Plaintiffs for Lack of Subject Matter Jurisdiction, filed on April 1, 2019, ECF No. 5419, contains the following errors:

- At p. 3, line 7-8 should read "Saveri Decl. Ex. 1, at **105**
- At p. 4, line 1 should read: "Saveri Decl. Ex. 2**7** ("Zhang Dep. (Day **2**)"), at 47:18-20.
- At p. 4, line 7 should read: . . . 783.02E-**784.01**
- At p. 4, Footnote 2 should read: Zhang Dep. (Day **2**) 47:12-14
- At p. 7, Footnote 4 should read: *See* Saveri Decl. Ex. 8, at **6:1-3**
- At p. 8, line 4 should read: *id.* at 32:2, **22-25**.
- At p. 8, line 13 should read: *id.* at **2E-**3E, **at** 23E
- At p. 8, line 20 should read: improvement[s to its**]** corporate governance structure,"
- At p. 9, line 25 (footnote 6) should read: *id.* at 54:**9**-24
- At p. 10, line 6 should read: *See* ECF No. **5191, at 8-9**
- At p. 10, line 12 should read: *see also* **Ex. 12** at 686.02E
- At p. 10, line 15 should read: Am. Wang Decl. ¶ **4**
- At p. 10, line 28 should read: 2017 Saveri Decl. Ex. 20 at 672**.**
- At p. 11, line 10 should read: market: **17.2%** of Display's annual sales
- At p. 12, line 27 (footnote 8) should read: *See* Saveri Decl. Ex. 8, at **14:21-15:10** (Topic 16)
- At p. 13, line 9 should read: office, **Saveri Decl. Ex. 26 ("Zhang Dep. (Day 1)")** 47:16-18
- At p. 14, line 14 should read: February **26**, 1998.
- At p. 18, lines 5-6 should read: *see also* Wang Dep. (Day 2) 54:**9**-24
- At p. 22, line 23 (footnote 17) should read: Display Mot. **3** & n.**2**.
- At p. 28, line 5 should read: Clarke Dep. 146:14-1**8**
- At p. 28, line 23 should read: Milhaupt Decl. **n.** 8
- At p. 37, line 4 should read: Display Mot. 21-**22**
- At p. 38, line 6 should read: *See* **2017** Saveri Decl. Exs. 19, 26, 30.

1  Direct Purchaser Plaintiffs intend to correct these errors in the version of their Opposition to the Irico Defendants' Amended Motions to Dismiss Claims of Direct Purchaser Plaintiffs for Lack of Subject Matter Jurisdiction that will be refiled following the Court's order on Direct Purchaser Plaintiffs' Administrative Motion to Seal Documents Pursuant to Civil Local Rules 7-11 and 79-5(d) (ECF No. 5418).

Dated: April 22, 2019

Respectfully submitted,

/s/ *R. Alexander Saveri*
Guido Saveri (22349)
R. Alexander Saveri (173102)
Geoffrey C. Rushing (126910)
Cadio Zirpoli (179108)
Matthew D. Heaphy (227224)
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Lead Counsel for Direct Purchaser Plaintiffs*