NICKOLAI G. LEVIN (DCBN 490881)
Attorney, Antitrust Division, Appellate Section
950 Pennsylvania Ave. NW
Office 3224
Washington, DC 20530
Telephone: (202) 514-2886
Facsimile: (202) 514-0536
E-mail: nickolai.levin@usdoj.gov

Attorney for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. 3:07-CV-05944-JST<br>MDL No.: 1917<br>**NOTICE OF ATTORNEY APPEARANCE** |

Please add NICKOLAI G. LEVIN on behalf of the United States in the above-noted case, with an address of:

> U.S. Department of Justice
> Antitrust Division, Appellate Section
> 950 Pennsylvania Ave. NW
> Office 3224
> Washington, DC 20530

Dated:  April 23, 2019          /s/ Nickolai G. Levin
                                NICKOLAI G. LEVIN
                                Attorney, Antitrust Division, Appellate Section

NOTICE OF ATTORNEY APPEARANCE
Case No. 3:07-cv-05944-JST                    1