Freshfields Bruckhaus Deringer US LLP
Terry Calvani
Terry.calvani@freshfields.com
700 13th Street NW
10th Floor
Washington, DC
Telephone:    202 777 4500
Facsimile:    202 777 4555

Attorneys for Defendant Beijing-Matsushita Color
CRT Company, Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 3:07-MD-05944 JST (N.D. Cal.) |
|---|---|
|  | MDL No. 1917 |
| This Document Relates to<br><br>ALL ACTIONS | NOTICE OF WITHDRAWAL OF COUNSEL<br><br>Judge:  The Honorable Jon Tigar |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that as of May 1, 2019, Terry Calvani will no longer be associated with the firm of Freshfields Bruckhaus Deringer US LLP, and is hereby withdrawing as counsel for Defendant Beijing-Matsushita Color CRT Company, Ltd. ("BMCC") in the above-referenced matter. We respectfully request that his name be removed from all applicable service lists, including Notices of Electronic Filing. The law firm of Freshfields Bruckhaus Deringer US LLP will continue to serve as counsel for BMCC.

Dated:  April 23, 2019

FRESHFIELDS BRUCKHAUS DERINGER US LLP

By: /s/ Terry Calvani
    Terry Calvani

Attorneys for Defendant Beijing-Matsushita Color CRT Company, Ltd.