IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 |
| | Case No. 07-cv-5944 JST |
| This Order Relates To: | **FURTHER SCHEDULING ORDER** |
| ALL INDIRECT PURCHASER ACTIONS | |

Having considered the parties' various proposals, ECF Nos. 5452, 5453, 5454, the Court now sets the following deadlines:

| Event | Deadline |
|---|---|
| Motion(s) for appointment as interim class counsel for certain state classes ("New States") due | April 19, 2019 |
| Responses to motion(s) for appointment as interim class counsel for New States due | May 3, 2019 |
| Last day for objectors to file motion to vacate Stipulation and Order Modifying and Adopting Special Master's Report, Recommendations and Tentative Rulings Regarding Defendants' Joint Motion to Dismiss the Second Consolidated Amended Complaint of the Indirect Purchaser Plaintiffs, ECF No. 799 ("2010 Stipulated Order") | May 3, 2019 |
| Replies in support of motion(s) for appointment as interim class counsel for New States due | May 10, 2019 |
| Responses to motion to vacate 2010 Stipulated Order due | May 17, 2019 |

| Event | Deadline |
| --- | --- |
| Replies in support of motion to vacate 2010 Stipulated Order due | May 24, 2019 |
| Hearing on interim class counsel motions and motion to vacate 2010 Stipulated Order | June 11, 2019 at 2:00 p.m. |

Notwithstanding the Court's comments at the April 9, 2019 case management conference, the Court will not set a class certification motion deadline or a trial date at this time. The Court must first determine who will represent the New States and a pleading must be filed on behalf of those plaintiffs. The Court takes no position yet on whether that pleading will be an amended consolidated complaint or a "new" complaint. *See* ECF No. 5453 at 2 (identifying this dispute). The Court will resolve that dispute when and if it actually arises.

**IT IS SO ORDERED.**

Dated: April 25, 2019



JON S. TIGAR
United States District Judge