Robert J. Gralewski, Jr. (CSB # 196410)
600 B Street Suite 2110
San Diego, CA 92101
Tel: (619) 784-1442
bgralewski@kmllp.com

Daniel Hume
250 Park Avenue, Suite 820
New York, NY 10177
Tel: (212) 371-6600
Fax: (212) 699-1194
dhume@kmllp.com
*Attorney for Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-CV-05944 JST<br>MDL No. 1917 |
|---|---|
| This Document Relates To:<br><br>ALL INDIRECT PURCHASER ACTIONS | **NOTICE OF CHANGE OF ADDRESS** |

TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that effective April 19, 2019, the New York office of Kirby McInerney LLP, one of the firms of the attorneys of record for Indirect Purchaser Plaintiffs in the above-captioned action, has relocated its office to the following address:

KIRBY MCINERNEY LLP
250 Park Avenue, Suite 820
New York, NY 10177

1

Notice of Change of Address - Case No. 07-CV-05944-JST

1  Additionally, the firm's fax number has changed to (212) 699-1194. The
2  telephone numbers and email addresses remain the same.

3

4  Dated: New York, New York
5       April 30, 2019

                                            By: /s/ *Robert J. Gralewski, Jr.*
Robert J. Gralewski, Jr.
600 B Street Suite 2110
San Diego, CA 92101
Tel: (619) 784-1442
bgralewski@kmllp.com

Daniel Hume
250 Park Avenue, Suite 820
New York, NY 10177
Tel: (212) 371-6600
Fax: (212) 699-1194
dhume@kmllp.com

2