John Taladay (*pro hac vice*)
john.taladay@bakerbotts.com
BAKER BOTTS LLP
1299 Pennsylvania Ave., NW
Washington, D.C. 20004
Telephone: (202)-639-7700
Facsimile: (202)-639-7890

Stuart C. Plunkett (State Bar No. 187971)
stuart.plunkett@bakerbotts.com
Peter Huston (State Bar No. 150058)
peter.huston@bakerbotts.com
BAKER BOTTS LLP
101 California Street, Suite 3600
San Francisco, California 94111
Telephone: (415) 291-6200
Facsimile: (415) 291-6300

*Attorneys for Defendants*
*Irico GROUP CORP. and*
*Irico DISPLAY DEVICES CO., LTD.*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | Case No. 3:07-cv-05944-JST <br><br> MDL No.: 1917 <br><br> **DECLARATION OF STUART C. PLUNKETT IN SUPPORT OF IRICO DEFENDANTS' REPLY IN SUPPORT OF IRICO DEFENDANTS' MOTIONS TO DISMISS CLAIMS OF DIRECT PURCHASER PLAINTIFFS FOR LACK OF SUBJECT MATTER JURISDICTION (ECF Nos. 5410 and 5412)** <br><br> Date: May 30, 2019 <br> Time: 2:00 pm <br> Judge: Hon. Jon S. Tigar <br> Courtroom: 9 |
| THIS DOCUMENT RELATES TO: <br><br> *ALL DIRECT PURCHASER ACTIONS* | |

I, Stuart C. Plunkett, declare as follows:

1. I am an attorney admitted to practice law in this Court and in the State of California and am a partner with the law firm of Baker Botts L.L.P., which represents Defendants Irico Group Corporation ("Irico Group") and Irico Display Devices Co., Ltd. ("Irico Display") (collectively, "Irico Defendants"). I make this Declaration based on my personal knowledge and in support of the Irico Defendants' Amended Motions to Dismiss for Lack of Subject Matter Jurisdiction.

2. Attached hereto as Exhibit A is a true and correct copy of a Reply on Approval of CEIEC Accepting Irico Electronics Import & Export Company as Its Subsidiary issued by Shaanxi Provincial Commission for Foreign Economic Relations and Trade on February 10, 1987, and a translation thereof.

3. Attached hereto as Exhibit B is a true and correct copy of an online printout of the China National Enterprise Credit Information Publicity Record for China National Electronics Import & Export Caihong Co. Ltd. retrieved on September 17, 2018, from http://www.gsxt.gov.cn, and a translation thereof.

4. Attached hereto as Exhibit C is a true and correct copy of a Certificate of Dissolution for Irico (USA) Inc. filed by Liu Feng on February 28, 2003, with the State of California's Office of the Secretary of State.

5. Attached hereto as Exhibit D is a true and correct copy of excerpts of the transcript of the second day of the deposition of Wang Zhaojie on March 7, 2019 ("Wang Dep. (Day Two)").

6. Attached hereto as Exhibit E is a true and correct copy of excerpts of the transcript of the second day of the deposition of Zhang Wenkai on March 5, 2019 ("Zhang Dep. (Day Two)").

7. Attached hereto as Exhibit F is a true and correct copy of excerpts of the transcript of Curtis Milhaupt on April 24, 2019 ("Milhaupt Dep.").

8. Attached hereto as Exhibit G is a true and correct copy of excerpts of the transcript of Donald C. Clarke on March 26, 2019 ("Clarke Dep.").

9. Attached hereto as Exhibit H is a true and correct copy of an article written by Li-Wen Lin and Curtis Milhaupt titled "We Are the (National) Champions: Understanding the Mechanisms of State Capitalism in China" and published in the April 2013 volume of the Stanford Law Review.

10. Attached hereto as Exhibit I is a true and correct copy of an article written by Curtis Milhaupt and Mariana Pargendler titled "Governance Challenges of Listed State-Owned Enterprises Around the World: National Experiences and a Framework for Reform" and published in the Fall 2017 volume of the Cornell International Law Journal.

11. Attached hereto as Exhibit J is a true and correct copy of an article written by Daniel H. Rosen, Wendy Leutert, and Shan Guo titled "Missing Link: Corporate Governance in China's State Sector" published as a special report for the Asia Law Society in November, 2018.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 2nd day of May, 2019, in San Francisco, California.

*/s/ Stuart C. Plunkett*
Stuart C. Plunkett (State Bar No. 187971)
stuart.plunkett@bakerbotts.com
BAKER BOTTS LLP
101 California Street, Suite 3600
San Francisco, California 94111
Telephone: (415) 291-6200
Facsimile: (415) 291-6300

*Attorneys for Defendants*
*IRICO GROUP CORP. and*
*IRICO DISPLAY DEVICES CO., LTD.*