# Exhibit E

```
 1              IN THE UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
 2                    San Francisco Division

 3   - - - - - - - - - - - - - - - - - - -
     IN RE:                              )
 4                                       )
     CATHODE RAY TUBE (CRT)              )Master File No.
 5   ANTITRUST LITIGATION                )07-CV-5944-JST
                                         )
 6                                       )MDL No. 1917
                                         )
 7                                       )
                                         )
 8   - - - - - - - - - - - - - - - - - - -

 9              DEPOSITION OF ZHANG WENKAI

10                 HIGHLY CONFIDENTIAL

11                      VOLUME II

12            Tuesday, March 5th, 2019

13                  AT:   9.05 am

14                  Taken at:

15              Kobre & Kim
                6/F ICBC Tower
16              3 Garden Road
                  Central
17              Hong Kong

18

19

20

21

22

23   Court Reporter:

24   Bron Williams
     Accredited Real-time Reporter
25
```

```
 1                    A P P E A R A N C E S

 2   Appearing for the Direct Plaintiffs:

 3
             STEVEN BENZ
 4           BENJAMIN MARGO
             KELLOGG, HANSEN, TODD, FIGEL & FREDERICK
 5           Sumner Square
             1615 M Street, NW, Suite 400
 6           Washington, DC 20046
             Telephone:  202.326.7929
 7
             DAVID HWU
 8           SAVERI & SAVERI
             706 Sansome Street
 9           San Francisco, CA 94111
             Telephone:  415.217.6810
10
             MICHAEL MONTAÑO
11           COTCHETT, PITRE & MCCARTHY
             San Francisco Airport Office Centre
12           840 Malcolm Road
             Burlingame, CA 94010
13           Telephone:  650.697.6000

14


15
     Appearing for the Indirect Plaintiffs:
16
             MS QIANWEI FU
17           ZELLE LLP
             44 Montgomery Street
18           Suite 3400
             San Francisco CA 94104
19           Telephone:  415.633.1906

20           MS LAUREN CAPURRO
             TRUMP, ALIOTO, TRUMP AND PRESCOTT
21           2280 Union Street
             San Francisco
22           CA 94123
             Telephone:  415.563.7200
23

24

25
```

```
 1
     Appearing for the Defendant:
 2
             ANDREW LUCARELLI
 3           KAYLEE YANG
             YAN ZHANG
 4           BAKER BOTTS LLP
             The Warner
 5           1299 Pennyslyvania Avenue, NW
             Washington DC 20004-2400
 6           Telephone:  +202.639.1108

 7
             Also present:  Inga Kornev
 8                          Videographer

 9                          Mr Wu Xiao Juen

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                W I T N E S S   I N D E X
 2

 3   Witness                                          Page

 4   MR ZHANG WENKAI (affirmed) ...........................7

 5          Examination by MS. FU (continued)  ........7

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

E X H I B I T   I N D E X

No.            Description                                    Page

Exhibit 8394 Bates number ...........................31
    IRI-CRT00000956 -

Exhibit 8395  Bates number ..........................47
    IRI-CRT-0000079 - Articles of
    association for Irico Group

Exhibit 8396  People's Daily ........................51
    article

Exhibit 8397 Bates number ...........................57
    IRI-CRT-00003669 - Purchase
    contract

1        VIDEOGRAPHER: Here begins volume II, disk
2   number 1 -- excuse me, media number 1 in the deposition of
3   Zhang Wenkai in the matter of In Re Cathode Ray Tube (CRT)
4   Antitrust Litigation in the United States District Court,
5   Northern district of California, San Francisco Division,
6   Master File No. 07-CV-5944-JST, MDL No. 1917.
7        Today's date is March 5th, 2019, and the time on
8   the video monitor is 9.05 a.m.
9        The certified video operator today is Inga Kornev,
10  contracted by US Legal Support.  This video deposition is
11  taking place at Kobre & Kim, located in ICBC Tower, 3
12  Garden Road, Central, Hong Kong.
13       Counsel please voice identify yourselves and state
14  whom you represent.  And if you are sitting at the table
15  down the end, please speak up because we don't have
16  microphones for you.
17       MS. FU: Qianwei Fu from Zelle LLP on behalf of
18  the indirect purchaser plaintiffs.
19       MR. HWU: David Hwu, from Saveri & Saveri, on
20  behalf of direct purchaser plaintiffs.
21       MR. BENZ: Stephen Benz from the Kellogg, Hansen
22  firm in Washington DC for the direct purchaser plaintiffs.
23       MS. CAPURRO: Lauren Capurro, Trump, Alioto, Trump
24  & Prescott, for the indirect purchaser plaintiffs.
25       MR. MARGO: Benjamin Margo, from the Kellogg,

1  Hansen firm, for the direct purchaser plaintiffs.
2           MR MONTAÑO:  Michael Montaño, Cotchett, Pitre &
3  McCarthy in Burlingame, California, on behalf of the direct
4  purchaser plaintiffs.
5           MR. LUCARELLI:  Andrew Lucarelli, Baker Botts, on
6  behalf of the Irico defendants and the witness.
7           MS YANG:  Kaylee Yang from Baker Botts, for
8  defendant.
9           MR. WU:  Wu Xiao Juen.
10          VIDEOGRAPHER:  Would all others please state your
11 name for the record.
12          INTERPRETER:  Kuang-Shai Chao, I'm the
13 interpreter.
14          VIDEOGRAPHER:  The court reporter today is Bron
15 Williams on behalf of US Legal Support.  Would the reporter
16 please swear in the interpreters and the witness.
17          INTERPRETER - Mr Kuang-Shai Chao (affirmed)
18  MR DAVID HWU - (affirmed) - acting as a check interpreter
19                    MR ZHANG WENKAI
20 having been duly affirmed, testified as follows:
21   (All answers were given through the interpreter unless
22                   otherwise indicated)
23  BY MS. FU:
24      Q.  Good morning, and welcome back, Mr. Zhang.
25 You testified yesterday morning that with regard to this

```
 1            Q.   Are you implying that Irico made a human error
 2   or typo when it submitted this report to the Ministry of
 3   Finance in 2004?
 4            MR. LUCARELLI:   Object to form.
 5            A.   I cannot verify how those errors were made.
 6            However, with regard to the shareholders'
 7   information, between two different companies, we should
 8   refer to the commerce registration information.
 9    BY MS. FU:
10            Q.   This exhibit shows, at this time, around 2004,
11   Group informed the Government, meaning the Ministry of
12   Finance, it owned CNEICC, correct?
13            MR. LUCARELLI:   Object to form.
14            A.   No.   As I stated earlier, it is a common
15   standard that when you verify the relationship between two
16   companies, the fact should be based on the commerce
17   registration file.
18    BY MS. FU:
19            Q.   So when Irico Group created this document,
20   including the organization chart in attachment 2, are you
21   saying it did not base its information on the commerce of
22   registration?
23            MR. LUCARELLI:   Object to form.
24            A.   I don't know, because I didn't create this
25   document.   Neither do I know who created this document back
```

```
 1   then.
 2    BY MS. FU:
 3           Q.   So you just said you did not create this
 4   document, you were not the author of this document.  So you
 5   are not qualified to say if this is a typo or human error,
 6   correct?
 7               MR. LUCARELLI:  Object to form.
 8           A.   That is not correct.
 9                If the statement is inconsistent, or it does not
10   reflect the commerce registration file, then it is
11   incorrect.
12    BY MS. FU:
13           Q.   What does the commerce registration say about
14   the relationship between Irico Group and CNEICC around 2004?
15           A.   They are two individual or separate companies.
16               INTERPRETER:  Let me correct.  "It is two
17   independent companies."
18    BY MS. FU:
19           Q.   So are you saying in 2004 Group submitted
20   false information to the Ministry of Finance?
21               MR. LUCARELLI:  Objection, misstates testimony.
22           A.   I didn't understand your question.  Could you
23   repeat your question?
24    BY MS. FU:
25           Q.   Are you saying in 2004 Group submitted false
```