# Exhibit G

```
 1                UNITED STATES DISTRICT COURT

 2              NORTHERN DISTRICT OF CALIFORNIA

 3                   SAN FRANCISCO DIVISION

 4   - - - - - - - - - - - - - - - - -x

 5   IN RE:  CATHODE RAY TUBE (CRT)   :  MASTER FILE NO.:
     ANTITRUST LITIGATION                07-CV-5944-JST
 6                                    :  MDL NO.: 1917

 7   - - - - - - - - - - - - - - - - -x

 8

 9

10              VIDEOTAPED DEPOSITION OF:

11               DONALD C. CLARK, PH.D.

12                  Washington, D.C.

13                  March 26, 2019

14

15

16

17

18   Reported by:
     Misty Klapper, CRR, RMR
19   Job No.: 265384

20

21

22

23

24

25
```

1

2
                            March 26, 2019
3                              9:36 a.m.

4

5

6   Held at the offices of:

7        BAKER BOTTS, LLP
         1299 Pennsylvania Avenue, N.W.
8        Suite 1000
         Washington, D.C.  20006-6801
9

10

11

12

13

14

15

16

17

18

19          Taken pursuant to notice, before Misty

20   Klapper, Registered Professional Reporter, Certified

21   Realtime Reporter, and Notary Public in and for the

22   District of Columbia.

23

24

25

```
 1    APPEARANCES:

 2              GEOFFREY C. RUSHING, ESQ.
                SAVERI & SAVERI
 3              706 Sansome Street
                San Francisco, California  94111
 4              (415) 217-6810
                E-mail:  grushing@saveri.com
 5                   AND
                ROBERT KLIPPER, ESQ.
 6              KELLOGG, HANSEN
                1615 M Street, N.W.
 7              Suite 400
                Washington, D.C.  20036
 8              (202) 326-7936
                E-mail:  rklipper@kellogghansen.com
 9              COUNSEL FOR THE DIRECT PURCHASER
                PLAINTIFFS
10


11              MARK SCHIRMER, ESQ.
                STRAUS & BOIES, LLP
12              4041 University Drive
                Fifth Floor
13              Fairfax, Virginia  22030
                (901) 230-4697
14              E-mail:  mschirmer@straus-boies.com
                COUNSEL FOR THE INDIRECT PURCHASER
15              PLAINTIFFS

16


17              PETER HUSTON, ESQ.
                BAKER BOTTS, LLP
18              101 California Street
                Suite 3600
19              San Francisco, California  94111
                (415) 291-6211
20              E-mail:  peter.huston@bakerbotts.com
                COUNSEL FOR THE DEFENDANT
21    ALSO PRESENT:

22              CHARLIE WIDNER, VIDEO OPERATOR


23


24


25
```

C O N T E N T S

| WITNESS: | EXAMINATION BY: | PAGE: |
|---|---|---|
| Donald C. Clarke | Mr. Rushing | 6 |
| | Mr. Schirmer | 158 |

E X H I B I T S

| NO.: | DESCRIPTION: | PAGE: |
|---|---|---|
| 8426 | Declaration of Donald Clarke | 9 |
| 8427 | Plunkett Ex. 32 | 37 |
| 8428 | Accounting Standards for Enterprise No. 33 | 61 |
| 8429 | Plunkett E. 11 | 65 |
| 8430 | Plunkett Ex. 3 | 85 |
| 8431 | Plunkett Ex. 55 | 91 |
| 8432 | Plunkett Ex. 33 | 118 |
| 8433 | Plunkett Ex. 1 | 133 |
| 8434 | Ministry of Finance Letter | 136 |

*Exhibits marked and attached.

1                P-R-O-C-E-E-D-I-N-G-S

2                     VIDEO OPERATOR:  This is the

3        videotaped deposition of Donald Clarke, taken

4        in the matter of in re: Cathode Ray Tube, CRT

5        Antitrust Litigation, MDL Number 1917, filed

6        in the United States District Court for the

7        Northern District of California, San Francisco

8        Division, Case Number 3:07-CV-05944-JST.

9                     This deposition is being held at

10       Baker Botts on March 26th 2019.  My name is

11       Charlie Widner from U.S. Legal Support and I'm

12       the video specialist.  The Court Reporter

13       today is Misty Klapper, also from U.S. Legal

14       Support.

15                    We're going on the record at

16       9:36 a.m.  Counsel has been previously noted

17       on stenographic record.  The Court Reporter

18       may now swear in the witness.

19                        DONALD CLARKE,

20            The Witness herein, called for

21   examination by counsel for the Direct Purchaser

22   Plaintiffs, having been duly sworn, was examined and

23   testified as follows:

1              EXAMINATION BY COUNSEL FOR THE DIRECT
2              PURCHASER PLAINTIFFS
3              BY MR. RUSHING:
4                  Q.    Good morning, Professor Clarke.
5                  A.    Good morning.
6                  Q.    Is that the way you like to be
7          addressed?
8                  A.    I don't care.
9                  Q.    Okay.  My name is Geoff Rushing.
10         I'm with the law firm of Saveri & Saveri, Inc.
11         I represent, along with others, the Direct
12         Purchaser Plaintiffs class in this case.
13                  Robert Klipper is here with me
14         from the firm -- from the Kellogg Hansen firm
15         and Mark Schirmer is here representing the
16         Indirect Purchaser Plaintiffs class.
17                  Can you please state your full
18         name and spell it?
19                 A.    Donald Clary Clarke,
20         D-O-N-A-L-D, middle name C-L-A-R-Y, last name
21         C-L-A-R-K-E.
22                 Q.    Thank you.
23                  I believe you've had your
24         deposition taken before, so I'm going to run
25         through the rules of the road quickly here.

1       the top of another document, for example, an

2       audited financial report?

3               A.      I could not say.

4               Q.      In paragraph 30 of your

5       declaration you're referring to this exhibit

6       and you say, The document itself is labeled

7       printed by the State-owned Asset Supervision

8       and Administration Commission, indicating

9       SASAC's close connection with Irico Display,

10      not just its grandparent, Irico Group.

11                      Do you see that?

12              A.      Yes.

13              Q.      How -- how does that indicate a

14      close -- a close connection between SASAC and

15      Irico Display?

16              A.      Well, to me, I drew that -- I

17      guess I characterized it as indicating a close

18      connection simply because, you know, for --

19      for the fact that I stated that SASAC is, you

20      know, printing up the form for Irico Display

21      to be using.

22                      And, you know, SASAC does not,

23      to the best of my knowledge, you know, print

24      up the forms for audit reports for enterprises

25      that have nothing to do with the state.

1       documents from the late '90s to show, at least

2       not enough documents that I saw.

3               Q.      Okay.  But my question is, did

4       you in -- in -- if you look at subparagraph

5       D --

6               A.      Yes.

7               Q.      -- the two thousand -- the

8       November 2007 recommendation, which is

9       Irico -- it's the last page of the exhibit --

10              A.      Yes.

11              Q.      -- the document refers to -- I

12      mean, the language in the translation it uses

13      anyway is that the individuals are recommended

14      to be candidates for the various offices.

15                      Do you see that?

16              A.      Yes.

17              Q.      But then later in that paragraph

18      you characterize the recommendations as, in

19      fact, instructions.

20                      Do you see that?

21              A.      Yes.

22              Q.      And the inference -- you -- you

23      infer that they were, in fact, instructions

24      based on the fact that -- that they were

25      all -- they all assumed the positions to which

1       they had been nominated, correct?
2              A.    Yeah, that that, you know, kind
3       of makes it evident that they were
4       instructions.
5              Q.    Right.  And that's -- and -- and
6       that opinion is based solely on the fact that
7       they eventually were listed as having those
8       jobs in the annual report you referred to?
9              A.    I wouldn't say based solely,
10      because, I mean, you're -- you're correct that
11      for the '90s I don't have a piece of evidence
12      that shows these instructions or these
13      nominations were ever, you know, actually
14      effectuated.
15                   But I would be extremely
16      surprised if they had not been because, you
17      know, just from, you know, what we know about
18      Irico Group's relationship with -- sorry,
19      Irico Display's relationship with -- with
20      Irico Group and just, you know, frankly, you
21      know, what -- what I know about corporate
22      governance in general.
23                   So for -- let me give you an
24      example.  Probably maybe about ten years ago
25      there were -- the -- the state decided to do

1       some reorganizing of China's mobile telephone
2       industry.  And I think there were about three
3       companies in that industry, all of which were
4       publicly listed companies.
5                   And they did a -- a kind of a
6       musical chairs where the head of company A
7       went to B and B went to C and I think C went
8       over to A.  And, you know, that was all done
9       very clearly pursuant to a state policy.
10                  You know, relevant instructions
11      were given.  I'm sorry to use the passive
12      rather than the active, because I don't know
13      who actually gave them, but, you know,
14      instructions were given that this is going to
15      happen.  Board of directors votes were made to
16      make these appointments happen.
17                  You know, and everybody kind of
18      understands that in a state, you know,
19      controlled corporation like that, even if it's
20      publicly listed, you know, when you get
21      instructions from -- you know, that have been
22      clearly -- you know, by senior management that
23      come from the party personnel department, that
24      this is what you do.
25            Q.    Okay.

1          A.    So that's just kind of the
2    background from which I'm working when I look
3    at these documents and see these things.  And
4    that's kind of the background, you know,
5    knowledge that I'm bringing to it.
6          Q.    But you have no -- there's no
7    evidence to suggest that these people were not
8    qualified for the jobs they were nominated to,
9    correct?
10         A.    Correct.
11         Q.    And did you inquire -- did you
12   make -- and -- and -- strike that.
13               And did you inquire as to
14   whether the proper corporate procedures were
15   followed as specified, for example, in the
16   Articles of Association as to this appointment
17   in November of 2007?
18         A.    November 2007.  No, I assume
19   that the proper procedures were followed and
20   the shareholders voted as they were supposed
21   to vote or the directors voted as they were
22   supposed to vote.
23               You know, people not following
24   instructions is very rare.  I mean, everybody
25   kind of understands what you're supposed to

```
 1        do.
 2                 Q.    Okay.  All right.  I understand
 3        that, but -- but in terms of these specific
 4        appointments to Display --
 5                 A.    Right.
 6                 Q.    -- the people nominated were --
 7        strike that.
 8                       Do you have any evidence that as
 9        to these specific people appointed or --
10        strike that.
11                       As to these individuals
12        nominated in November 2007, do you have any
13        specific evidence that they were not legally
14        appointed to their positions pursuant to the
15        company law and the Articles of Association of
16        Display?
17                 A.    No, I -- I don't think so.
18        That's not my kind of claim at all, that there
19        was something illegal about it.
20                       So, for example, if we look at
21        paragraph D, we see Irico Group, which is at
22        that time, I think, the grandfather in a
23        sense, not the direct parent, but the parent's
24        parent, of Irico Display saying here's the
25        person we think should be general manager,
```

1          here's the person we think should be deputy

2          general manager.  Those are board

3          appointments.

4                    So, you know, who -- who is

5          reading this document?  The person that's

6          reading this document are the members of the

7          board of Irico Display, you know, who are

8          basically appointed, again, by Irico Group.

9          And they see these instructions and these are

10         what their superiors are telling them to do

11         and -- and then they do it.

12                   And the way they obey the

13         instruction is to cast the necessary vote.

14         You know, they have a board meeting and they

15         say okay, so we've been told to appoint this

16         guy as general manager, this guy as deputy

17         general manager, this person as chief

18         financial officer, you know, everybody in

19         favor, raise their hand.  And they'll all

20         raise their hand.  That is how I picture the

21         process going.

22                   Irico Group cannot, you know,

23         simply by issuing a document, you know, put

24         this manager on the payroll, you know.  That

25         has to be -- you know, there has to be the

1       formal board resolution, especially because

2       it's a listed company.

3              Q.    Right.  And so it's your

4       expectation that the proper procedures were

5       followed in this case?

6                    MR. HUSTON:  Objection, asked

7       and answered.

8                    THE WITNESS:  Yes, I -- I think

9       it's very likely the proper procedures, you

10      know, the formal procedures were followed.

11          BY MR. RUSHING:

12             Q.    Okay.  Did you review the

13      Articles of -- strike that.

14                   Have you reviewed -- strike

15      that.

16                   Did you review the Display

17      Articles of Association as part of your work

18      in preparing this declaration?

19             A.    Yeah, my recollection is that

20      I -- I looked at some of it, some of the

21      Articles.  I believe I had that document

22      available to me in Chinese in any case.

23      That's my recollection.  I -- I don't think I

24      cite it in my declaration, so that's why I

25      can't recall for sure.