1  Brent Caslin (Cal. Bar. No. 198682)
   Jenner & Block LLP
2  633 West Fifth Street
   Suite 3600
3  Los Angeles, California 90071
   Telephone:   213 239-5100
4  Facsimile:   213 239-5199
   bcaslin@jenner.com
5
   Terrence J. Truax (*pro hac vice*)
6  Michael T. Brody (*pro hac vice*)
   Gabriel A. Fuentes (*pro hac vice*)
7  Jenner & Block LLP
   353 N. Clark Street
8  Chicago, Illinois 60654-3456
   Telephone:   312 222-9350
9  Facsimile:   312 527-0484
   ttruax@jenner.com
10 mbrody@jenner.com
   gfuentes@jenner.com
11
   *Attorneys for Mitsubishi Electric Corporation*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-cv-05944-JST<br>Case No. 17-cv-04067-JST<br><br>MDL No. 1917<br><br>**STATEMENT OF MITSUBISHI ELECTRIC REGARDING MOTION OF COOPER & KIRKHAM, PC FOR APPOINTMENT AS LEAD COUNSEL REGARDING NON-REPEALER STATES** |
| This Document Relates to:<br><br>Master File No. 07-cv-05944-JST | |

On April 18, 2019, Cooper & Kirkham, PC ("C&K"), as counsel for class representative Steven Ganz (of California) and proposed class representative Eleanor Lewis (of Ohio) moved to intervene as lead counsel for indirect purchaser plaintiffs in the non-repealer states. Dkt. 5449 ("Mot."). (C&K lists the non-repealer states at page 2, footnote 1, of the Motion.) C&K recite that they wish to intervene so that residents of the non-repealer states will be represented in any mediation before Magistrate Judge Corley. Mot. 2. Mitsubishi Electric Corporation ("Mitsubishi Electric") takes no position as to whether C&K should be permitted to intervene as counsel for residents of the non-repealer states in the cases that were at issue in the Ninth Circuit appeal and that have been referred to mediation ("Original IPP Cases"). Mitsubishi Electric is not a party to those cases. In this statement, Mitsubishi Electric addresses whether C&K should be permitted to intervene in the indirect purchaser case against Mitsubishi Electric.

It is unclear if C&K also seeks to intervene in the separate case of *Luscher v. Mitsubishi Electric Corporation*, Case No. 3:17-cv-04067-JST. C&K's Motion is captioned as being filed in "all Indirect Purchaser actions," it recites that C&K is not counsel of record for Mr. Ganz in *Luscher*, where he is separately represented, Mot. 10, n. 4, but it does not state whether C&K seeks to intervene in *Luscher* on behalf of Ms. Lewis.

There is no need for C&K to participate in the *Luscher* case. The residents of the non-repealer states are not members of the classes alleged in the *Luscher* complaint, No. 3:17-cv-04067-JST, Dkt.1 at ¶ 245, nor are they included in the settlement classes proposed to be certified pursuant to the settlement reached between the *Luscher* class and Mitsubishi Electric. Dkt. 5245 at 5-7. The *Luscher* case will not be involved in any mediation before Magistrate Judge Corley, as the *Luscher* case already has been settled. In addition, the Motion fails to set forth any need for intervention in the *Luscher* case sufficient to satisfy the requirements of Federal Rule of Civil Procedure 24.

Wherefore, Mitsubishi Electric requests that if the Court grant C&K's motion, the Court's order should state that it does not relate to the *Luscher* case.

2
STATEMENT OF MITSUBISHI ELECTRIC REGARDING MOTION OF COOPER & KIRKHAM, PC FOR APPOINTMENT AS LEAD COUNSEL REGARDING NON-REPEALER STATES

Case No. 17-cv-04067-JST; Master File No. 07-cv-05944-JST

| | |
|---|---|
| 1  Dated: May 3, 2019 | JENNER & BLOCK LLP |

By:   */s/ Michael T. Brody*
JENNER & BLOCK LLP
Terrence J. Truax (*pro hac vice*)
Michael T. Brody (*pro hac vice*)
Gabriel A. Fuentes (*pro hac vice*)
353 N. Clark Street
Chicago, Illinois 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484
ttruax@jenner.com
mbrody@jenner.com
gfuentes@jenner.com

Brent Caslin (Cal. Bar. No. 198682)
JENNER & BLOCK LLP
633 West Fifth Street, Suite 3600
Los Angeles, California 90071
Telephone: (213) 239-5100
Facsimile: (213) 239-5199
bcaslin@jenner.com

*Attorneys for Defendant Mitsubishi Electric Corporation*

3
STATEMENT OF MITSUBISHI ELECTRIC REGARDING MOTION OF COOPER & KIRKHAM, PC FOR APPOINTMENT AS LEAD COUNSEL REGARDING NON-REPEALER STATES

Case No. 17-cv-04067-JST; Master File No. 07-cv-05944-JST