Brent Caslin (Cal. Bar. No. 198682)
Jenner & Block LLP
633 West Fifth Street
Suite 3600
Los Angeles, California 90071
Telephone:    213 239-5100
Facsimile:     213 239-5199
bcaslin@jenner.com

Terrence J. Truax (*pro hac vice*)
Michael T. Brody (*pro hac vice*)
Gabriel A. Fuentes (*pro hac vice*)
Jenner & Block LLP
353 N. Clark Street
Chicago, Illinois 60654-3456
Telephone:    312 222-9350
Facsimile:     312 527-0484
ttruax@jenner.com
mbrody@jenner.com
gfuentes@jenner.com

*Attorneys for Mitsubishi Electric Corporation*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>Master File No. 07-cv-05944-JST | Master File No. 07-cv-05944-JST<br>Case No. 17-cv-04067-JST<br><br>MDL No. 1917<br><br>**STATEMENT OF MITSUBISHI ELECTRIC REGARDING MOTION SEEKING APPOINTMENT OF COUNSEL FOR INDIRECT PURCHASER OMITTED REPEALER STATES** |

On April 19, 2019, three lawyers sought appointment as counsel for the residents of the so-called "omitted repealer states" of Arkansas, Massachusetts, Missouri, Montana, New Hampshire, Oregon, Rhode Island, South Carolina, and Utah. Dkt. 5451. Mitsubishi Electric Corporation ("Mitsubishi Electric") takes no position as to whether the motion should be granted as to the cases that were at issue in the Ninth Circuit appeal and that have been referred to mediation ("Original IPP Cases"). Mitsubishi Electric is not a party to those cases. In this statement, Mitsubishi Electric addresses whether these lawyers should be permitted to intervene in the indirect purchaser case against Mitsubishi Electric.

It is unclear whether the motion seeks leave to intervene in the separate case of *Luscher v. Mitsubishi Electric Corporation*, Case No. 3:17-cv-04067-JST. The Motion is captioned as being filed in "all Indirect Purchaser actions." There is no need for additional counsel for the residents of the so-called omitted repealer states in the *Luscher* case. The residents of all repealer states are currently represented by lead counsel for the IPPs in the *Luscher* case. IPP lead counsel have negotiated a settlement with Mitsubishi Electric under which residents of the nine states at issue in the motion may claim benefits along with the residents of the other repealer states. Simply put, the residents of these states are not "omitted" from the *Luscher* case or its proposed settlement.

Moreover, there is no suggestion in the Motion that additional counsel is needed in the *Luscher* case. The facts refute any suggestion of a conflict by IPPs counsel in the *Luscher* case, in which the IPP counsel negotiated a settlement under which every member of the class being asked to release a claim may assert a claim under the settlement, including the residents of the nine states at issue in the Motion. There is no suggestion that class members in any repealer state were omitted or treated unfairly. The *Luscher* case will not be involved in any mediation before Magistrate Judge Corley, as the *Luscher* case already has been settled with Magistrate Judge Corley's assistance. Thus, there is no basis under Federal Rule of Civil Procedure 24 to involve additional counsel for certain of the states at issue in the *Luscher* case.

Wherefore, Mitsubishi Electric requests that if the Court grants the motion, the Court's order should state that it does not relate to the *Luscher* case.

1 | Dated: May 3, 2019
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JENNER & BLOCK LLP

By: */s/ Michael T. Brody*
JENNER & BLOCK LLP
Terrence J. Truax (*pro hac vice*)
Michael T. Brody (*pro hac vice*)
Gabriel A. Fuentes (*pro hac vice*)
353 N. Clark Street
Chicago, Illinois 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484
ttruax@jenner.com
mbrody@jenner.com
gfuentes@jenner.com

Brent Caslin (Cal. Bar. No. 198682)
JENNER & BLOCK LLP
633 West Fifth Street, Suite 3600
Los Angeles, California 90071
Telephone: (213) 239-5100
Facsimile: (213) 239-5199
bcaslin@jenner.com

*Attorneys for Defendant Mitsubishi Electric Corporation*

---

3
STATEMENT OF MITSUBISHI ELECTRIC REGARDING MOTION SEEKING APPOINTMENT OF
COUNSEL FOR INDIRECT PURSHASER OMITTED REPEALER STATES
Case No. 17-cv-04067-JST; Master File No. 07-cv-05944-JST