Mario N. Alioto (56433)
Joseph M. Patane (72202)
Lauren C. Capurro (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2280 Union Street
San Francisco, CA 94123
Telephone: 415-563-7200
Facsimile: 415- 346-0679
Email: malioto@tatp.com
jpatane@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the
Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MASTER FILE NO. 07-cv-5944 JST<br><br>MDL NO. 1917 |
| This Document Relates to:<br><br>INDIRECT PURCHASER ACTIONS | **INDIRECT PURCHASER PLAINTIFFS' RESPONSE TO MOTION RE: APPOINTMENT OF INTERIM CO-LEAD CLASS COUNSEL FOR INDIRECT PURCHASER OMITTED REPEALER STATE CLASSES AND MOTION OF COOPER & KIRKHAM, P.C. FOR APPOINTMENT AS LEAD COUNSEL FOR INDIRECT PURCHASER PLAINTIFFS WITH CLAIMS IN NON-REPEALER STATES** |

The Indirect Purchaser Plaintiffs ("IPPs") hereby respond to the Motion Re: Appointment of Interim Co-Lead Class Counsel for Indirect Purchaser Omitted Repealer State Classes, ECF No. 5451, and Motion of Cooper & Kirkham, P.C. For Appointment As Lead Counsel For Indirect Purchaser Plaintiffs With Claims In Non-Repealer States, ECF No. 5449 (together "Motions").

At the April 9, 2019 Case Management Conference ("CMC"), this Court solicited counsel's views on a mechanism for "the appointment of a subclass representative and counsel for the omitted repealer states plaintiffs."  CMC Transcript, 13:9-11.  After hearing from objectors' counsel and Lead Counsel for the IPPs, and IPPs having consented to the appointment of separate counsel for Massachusetts, Missouri and New Hampshire (the "Three States"), the Court set a briefing schedule for the motion. *Id*. at 16:21 – 17:1 ("The parties having all agreed and the Court having indicated that separate counsel for the subclass needed to be appointed, and everybody agreeing on what the contours of the subclass are, lawyers who are in the courtroom want to file a motion to be those lawyers, and then we'll just set a briefing schedule.").  In addition, Tracy Kirkham of Cooper & Kirkham, P.C. ("C&K") requested that the Court permit her to file a motion to be appointed as counsel for "non-repealer" states. *Id*. at 10:12-23. The Court set a briefing schedule for that motion as well.

Three firms have now moved for appointment as interim class counsel for nine states (Arkansas, Massachusetts, Missouri, Montana, New Hampshire, Oregon, Rhode Island, South Carolina and Utah), all of which they refer to as "omitted repealer states."  Motion at 1.  The three firms are the Law Office of Francis O. Scarpulla, the Law Office of Theresa D. Moore, and Bonsignore Trial Lawyers PLC. *Id.* at 3-11.  In addition, C&K has moved for appointment as lead counsel for "non-repealer" states.  All firms seeking appointment are referred to herein as "Movants."

IPPs do not oppose the appointment of Movants as interim class counsel for the nine states or the non-repealer states subject to two caveats: (1) the appointment should only be for purposes of representing those states with respect to the settlements that were appealed (the "Settlements"), and any future claims on behalf of those states against the defendants that are parties to the

1
MDL NO. 1917
INDIRECT PURCHASER PLAINTIFFS' RESPONSE TO MOTION RE: APPOINTMENT OF INTERIM CO-LEAD CLASS COUNSEL FOR INDIRECT PURCHASER OMITTED REPEALER STATE CLASSES AND MOTION OF COOPER & KIRKHAM, P.C. FOR APPOINTMENT AS LEAD COUNSEL FOR INDIRECT PURCHASER PLAINTIFFS WITH CLAIMS IN NON-REPEALER STATES

Settlements[1]; and (2) adequate subclass representatives for each state should be appointed, as ordered by the Court.

In not opposing the Motions, IPPs express no opinion as to whether any CRT purchasers in the nine states or the non-repealer states have valid claims against the defendants or should participate in any recovery from these Settlements.  IPPs understand these issues will be addressed in the settlement negotiations before Magistrate Judge Corley.  IPPs reject any suggestion by Movants that IPP Class Counsel intentionally abandoned class members in the nine states or the non-repealer states, or prevented them from prosecuting their claims.  IPPs note that no class member from any of the six additional states or the non-repealer states has objected to the Settlements.

Dated: May 3, 2019                                         Respectfully submitted,

By:   */s/ Mario N. Alioto*
MARIO N. ALIOTO (56433)
LAUREN C. CAPURRO (241151)
**TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP**
2280 Union Street
San Francisco, California 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679

*Lead Counsel for the Indirect Purchaser Plaintiffs*

---

[1] IPPs have alleged claims on behalf of class members in the nine states in their case against Mitsubishi Electric Corp. ("Mitsubishi Electric").  *See Luscher v. Mitsubishi Electric Corp.*, Case No. 3:17-cv-04067-JST, ECF No. 1.  In that action, all nine states are represented by putative settlement class representatives from each of those states, the states are included in the Mitsubishi Electric Settlement Class, and there are no releases of non-repealer state class claims.  *See* ECF No. 5245 at 1 (IPPs' motion for preliminary approval of Mitsubishi Electric Settlement).