UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 3:07-cv-5944-JST |
| | MDL No. 1917 |
| This Document Relates to: All Indirect-Purchaser Actions | **[PROPOSED] ORDER VACATING 2010 STIPULATION AND ORDER (DKT. 799)** |

1   Having reviewed the Motion To Vacate or Clarify the 2010 Stipulation and Order
2  Modifying and Adopting Special Master's Report, Recommendations and Tentative Rulings
3  Regarding Defendants' Joint Motion to Dismiss the Second Consolidated Amended Complaint of
4  the Indirect Purchaser Plaintiffs (the "2010 Stipulation and Order") (Dkt. 799), and papers filed in
5  connection therewith, and finding good cause, the Court hereby vacates the 2010 Stipulation and
6  Order (Dkt. 799).

8   IT IS SO ORDERED

9  Dated: June __, 2019                              _____
10                                                    Hon. Jon S. Tigar
                                                      United States District Judge