NICKOLAI G. LEVIN (DCBN 490881)
Attorney, Antitrust Division
950 Pennsylvania Ave. NW
Office 3224
Washington, DC 20530
Telephone: (202) 514-2886
Facsimile: (202) 514-0536
E-mail: nickolai.levin@usdoj.gov

Attorney for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL DIRECT PURCHASER ACTIONS | No. 3:07-CV-05944-JST<br>MDL No.: 1917<br><br>**MOTION OF THE UNITED STATES FOR LEAVE TO PARTICIPATE AT THE MAY 30 HEARING; [PROPOSED] ORDER** |

MOTION OF THE UNITED STATES FOR LEAVE TO PARTICIPATE AT THE MAY 30 HEARING;
[PROPOSED] ORDER
Case No. 3:07-cv-05944-JST

On March 15, 2019, this Court set a hearing on May 30, 2019, for the motions to dismiss the direct purchaser actions for lack of subject matter jurisdiction under the Foreign Sovereign Immunities Act, 28 U.S.C. § 1602 *et seq.* (FSIA), filed by Irico Group Corporation and Irico Display Devices Co.  On March 19, 2019, the Irico Defendants filed amended motions to dismiss to be heard at the May 30 hearing.  On April 23, 2019, the United States filed a Statement of Interest pursuant to 28 U.S.C. § 517.

The United States now respectfully moves for leave to participate in the May 30 hearing. The United States has a significant interest in two legal issues involving the FSIA raised by this case: (i) the determination of an "organ of a foreign state" under 28 U.S.C. § 1603(b)(2) and (ii) the application of the "direct effect" requirement in the third prong of the commercial-activity exception in 28 U.S.C. § 1605(a)(2).[1]  An overly broad interpretation of "organ of a foreign state" combined with an overly narrow reading of the commercial-activity exception's "direct effect" requirement could harm American interests by immunizing defendants whose anticompetitive conduct has caused substantial harm to U.S. consumers.

In its Statement of Interest, the United States took no position on how the FSIA applies to the particular facts of this case, but set forth the proper legal framework for analyzing the two legal issues identified above.  The United States further urged the court to reject the Irico Defendants' broad proposed legal rule that proving a direct effect in the United States under the third-prong of the commercial-activity exception requires proof that the foreign state made direct sales in the United States.  The Statement explained that this rule lacks support in the case law and violates standard canons of statutory construction.

The United States believes that its participation at the May 30 hearing would be of substantial assistance to the Court.  Counsel for the Direct Purchaser Plaintiffs have informed the

---

[1] This case is a large multidistrict litigation following from the United States' criminal investigation and prosecution of foreign corporations that, from 1995 to 2007, conspired to fix the prices of cathode ray tubes (CRTs) used in the manufacture of televisions and computer monitors sold in the United States and elsewhere in violation of Section 1 of the Sherman Act, 15 U.S.C. § 1.  The United States previously intervened in this case for the purpose of limiting discovery, *see* Doc. 80, at 2, but that is not the basis of its participation at the hearing.

MOTION OF THE UNITED STATES FOR LEAVE TO PARTICIPATE AT THE MAY 30 HEARING; [PROPOSED] ORDER
Case No. 3:07-cv-05944-JST                    1

United States that they do not oppose the request. Counsel for the Irico Defendants have informed the United States that they oppose the motion.

Respectfully submitted,

Dated:  May 9, 2019  /s/ Nickolai G. Levin
NICKOLAI G. LEVIN
Attorney, Appellate Section

Attorney for the United States of America

## [PROPOSED] ORDER

The Motion of the United States for Leave to Participate in the May 30 Hearing is hereby granted. Counsel for the United States is permitted to appear and argue at the hearing scheduled for May 30, 2019.

SO ORDERED:

Dated:  May ___, 2019

THE HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE