1  Guido Saveri (22349)
       *guido@saveri.com*
2  R. Alexander Saveri (173102)
       *rick@saveri.com*
3  Geoffrey C. Rushing (126910)
       *grushing@saveri.com*
4  Cadio Zirpoli (179108)
       *cadio@saveri.com*
5  Matthew D. Heaphy (227224)
       *mheaphy@saveri.com*
6  SAVERI & SAVERI, INC.
   706 Sansome Street
7  San Francisco, CA 94111
   Telephone:  (415) 217-6810
8  Facsimile:  (415) 217-6813

9  *Lead Counsel for Direct Purchaser Plaintiffs*

10

11                **UNITED STATES DISTRICT COURT**

12              **NORTHERN DISTRICT OF CALIFORNIA**

13                 **SAN FRANCISCO DIVISION**

14  | IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-CV-5944-JST |
15  | | MDL No. 1917 |

16  This Document Relates to:

17  *ALL DIRECT PURCHASER ACTIONS*

**DECLARATION OF DAVID Y. HWU IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS' OBJECTIONS TO NEW EVIDENCE IN THE IRICO DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTIONS TO DISMISS CLAIMS OF DIRECT PURCHASER PLAINTIFFS FOR LACK OF SUBJECT MATTER JURISDICTION** (ECF No. 5463)

18

19

20

21  Date:         May 30, 2019
22  Time:         2:00 p.m.
    Judge:        Honorable Jon S. Tigar
23  Courtroom:  9

24

25

26

27

28

I, David Y. Hwu, declare:

1.    I am an attorney at Saveri & Saveri, Inc., Lead Counsel for Direct Purchaser Plaintiffs ("DPPs") in this action. I am a member of the Bar of the State of California and admitted to practice in the Northern District of California. I am fluent in Mandarin Chinese. I have been involved in many aspects of this case since 2011. I make this Declaration in Support of DPPs' Objections to New Evidence in the Irico Defendants' Reply in Support of Their Motions to Dismiss Claims of Direct Purchaser Plaintiffs for Lack of Subject Matter Jurisdiction (ECF No. 5463). Except as otherwise stated, I have personal knowledge of the facts stated below.

2.    I reviewed Exhibit B to the Declaration of Stuart C. Plunkett in Support of Irico Defendants' Reply in Support of Irico Defendants' Motions to Dismiss Claims of Direct Purchaser Plaintiffs for Lack of Subject Matter Jurisdiction (ECF No. 5463-3), and thereafter visited the website from which it was purportedly printed. During my examination of the website, I clicked the hyperlink corresponding to the "2013 annual report" and printed the resultant page. Attached hereto as Exhibit A is a true and correct copy of a document entitled 2013 Annual Report that I printed from http://www.gsxt.gov.cn/ on May 6, 2019, and a certified translation thereof.

3.    Attached hereto as Exhibit B is a true and correct copy of excerpts of the transcript of the first day of the deposition of Wang Zhaojie on March 6, 2019 ("Wang Dep. Day 1)").

4.    Attached hereto as Exhibit C is a true and correct copy of excerpts of the transcript of the third day of the deposition of Wang Zhaojie on March 8, 2019 ("Wang Dep. (Day 3)").

5.    Attached hereto as Exhibit D is a true and correct copy of excerpts of the transcript of the second day of the deposition of Wang Zhaojie on March 7, 2019 ("Wang Dep. (Day 2)").

6.    Attached hereto as Exhibit E is a true and correct copy of excerpts of the transcript of the deposition of Curtis Milhaupt on April 24, 2019.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 9th day of May, 2019 in San Francisco, California.

*/s/ David Y. Hwu*
David Y. Hwu

1

# EXHIBIT A

企业信用信息公示系统

首页　　　　企业信息填报　　　　信息公告　　　　使用帮助　　　　导航　　　　登录 注册

企业信用信息 ｜ 经营异常名录 ｜ 严重违法失信企业名单

请输入企业名称、统一社会信用代码或注册号

## 2013年度报告
9条修改记录

企业年报信息由该企业提供，企业对其年报信息的真实性、合法性负责

填报时间:2015年09月30日

### 基本信息

- **统一社会信用代码/注册号：** 9161000220532754N
- **企业名称：** 中国电子进出口彩虹公司
- **企业通信地址：** 陕西省咸阳市彩虹路一号
- **邮政编码：** 712020
- **企业联系电话：** 029-33332851
- **企业电子邮箱：** jszxzn@ch.com.cn
- **从业人数：** 企业选择不公示
- **企业经营状态：** 开业
- **是否有网站或网店：** 否
- **有限责任公司本年度是否发生股东股权转让：** 否
- **是否有投资信息或购买其他公司股权：** 否
- **是否有对外提供担保信息：** 否

### 网站或网店信息

暂无网站或网店信息

### 股东及出资信息

| 序号 | 股东 | 认缴出资额（万元） | 认缴出资时间 | 认缴出资方式 | 实缴出资额（万元） | 实缴出资时间 | 实缴出资方式 |
|---|---|---|---|---|---|---|---|
| 1 | 彩虹集团公司 | | | | | | |

共 查询到 1 条记录 共 1 页　　　[首页] [上一页] [1] [下一页] [末页]

### 对外投资信息

### 企业资产状况信息

| | | | |
|---|---|---|---|
| **资产总额** | 企业选择不公示 | **所有者权益合计** | 企业选择不公示 |
| **营业总收入** | 企业选择不公示 | **利润总额** | 企业选择不公示 |
| **营业总收入中主营业务收入** | 企业选择不公示 | **净利润** | 企业选择不公示 |
| **纳税总额** | 企业选择不公示 | **负债总额** | 企业选择不公示 |

### 对外提供保证担保信息

| 序号 | 债权人 | 债务人 | 主债权种类 | 主债权数额 | 履行债务的期限 | 保证的期间 | 保证的方式 |
|---|---|---|---|---|---|---|---|
| | | | | 暂无对外提供保证担保信息 | | | |

共 查询到 0 条记录 共 0 页　　　[首页] [上一页] [下一页] [末页]



### 股权变更信息

| 序号 | 股东 | 变更前股权比例 | 变更后股权比例 | 股权变更日期 |
|------|------|----------------|----------------|--------------|
| 暂无股权变更信息 | | | | |

共 查询到 0 条记录 共 0 页　　　首页　上一页　下一页　末页

### 修改信息

| 序号 | 修改事项 | 修改前 | 修改后 | 修改日期 |
|------|----------|--------|--------|----------|
| 1 | 402 | 15593183600 | 155.93 | 2015年9月29日 |
| 2 | 405 | -5798219600 | -57.98 | 2015年9月29日 |
| 3 | 408 | 0 | 233.78 | 2015年9月29日 |
| 4 | 407 | 0 | 1.72 | 2015年9月29日 |
| 5 | 406 | -5798219600 | -57.98 | 2015年9月29日 |

共 查询到 9 条记录 共 2 页　　　首页　上一页　1　2　下一页　末页

主办单位：国家市场监督管理总局
地址：北京市西城区三里河东路八号　邮政编码：100820　备案号：京ICP备16053442号-1
业务咨询与技术支持联系方式



info@certifiedtranslate.com
www.certifiedtranslate.com

2425 Olympic Blvd., Suite 4000W
Santa Monica, CA 90404

usa 1-888-856-2228
int +1-310-684-3153
fax +1-310-564-1944

**certified**translate
A LANGUAGE FISH LLC COMPANY

## CERTIFIED TRANSLATION



A member of the American
Translators Association
ATA Member Number: 248719

*Documents Translated For:*

| Name: **David Y. Hwu** | Street Address: **706 Sansome Street** |
|---|---|
| Firm: **Saveri & Saveri, Inc.** | City/State/Zip: **San Francisco / CA / 94111** |

*Description of Document(s):*

| |
|---|
| **NATIONAL ENTERPRISE CREDIT INFORMATION PUBLICITY RECORD** |
| **CNEIECC 2013 ANNUAL REPORT** |
| |
| |

| Source Language: **SIMPLIFIED CHINESE** | Target Language: **ENGLISH** |
|---|---|

WITH REFERENCE TO THE ABOVE MENTIONED MATERIALS/DOCUMENTS, we at Language Fish LLC (doing business as www.certifiedtranslate.com), a professional document translation company, attest that the language translation completed by Language Fish's certified professional translators, represents, to the best of our judgment, an accurate and correct interpretation of the terminology/content of the source document(s). **This is to certify the correctness of the translation only.** We do not guarantee that the original is a genuine document or that the statements contained in the original document(s) are true.

IN WITNESS WHEREOF, Language Fish LLC has caused the Certificate to be signed by its duly authorized officer(s).

**By:** Sean Kirschenstein, Director

**Date:** May 9, 2019

A copy of the translated version(s) is attached to this statement of certification.

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

On _May 9 2019_ before me, _____Kristin Gail Chamberlain_____, Notary Public, appeared _Sean Kirschenstein_, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Kristin Chm_



KRISTIN GAIL CHAMBERLAIN
Notary Public - California
Los Angeles County
Commission # 2141880
My Comm. Expires Feb 7, 2020

5/6/2019                    National Enterprise Credit Information Publicity System

Home    |    Completion of Enterprise Information    |    Information Disclosure    |    Help    |    Navigation    |    Login  Register

Enterprise Credit Information | List of Enterprises with Operational Abnormalities | List of Enterprises with Serious Illegal and Dishonest Acts

Enter enterprise name and unified social credit code or registration number

## 2013 Annual Report  9 revision records            Completed September 30, 2015

The information in an enterprise's annual report is provided by that enterprise. The enterprise is responsible for the truthfulness and legality of the information in its annual report.

### Basic Information

- **Unified social credit code / Registration number:** 91610000220532754N
- **Enterprise's mailing address:** 1 Caihong Road, Xianyang, Shaanxi
- **Enterprise's phone number:** 029-33332851
- **Number of employees:** Enterprise chose not to disclose
- **Has a website or online store?** No
- **Has investment information or has purchased equity in other companies?** No

- **Enterprise name:** China National Electronics Import and Export Caihong Co.
- **Postal code:** 712020
- **Enterprise's email address:** jszxzn@ch.com.cn
- **Enterprise's operational status:** In operation
- **If a limited liability company, did the company experience any shareholder equity transfers this year?** No
- **Has information on external guarantees provided?** No

### Website or Online Store Information

| No information currently on websites or online stores |
|---|

### Shareholder and Contribution Information

| No. | Shareholder | Subscribed Contribution (10,000 yuan) | Date of Contribution Subscription | Method of Contribution Subscription | Paid-in Contribution (10,000 yuan) | Date of Contribution Pay-in | Method of Contribution Pay-in |
|---|---|---|---|---|---|---|---|
| 1 | IRICO Group Corporation | | | | | | |

1 record found in total   1 page in total   Home   Previous page   1   Next page   Last page

### Foreign Investment Information

### Information on Enterprise's Asset Status

| Total Assets | Enterprise chose not to disclose | Owner's Total Equity | Enterprise chose not to disclose |
|---|---|---|---|
| Total Operating Revenue | Enterprise chose not to disclose | Total Profit | Enterprise chose not to disclose |

National Enterprise Credit Information Publicity Record - CNEIECC 2013 annual report.01E_Translation

5/6/2019                              National Enterprise Credit Information Publicity System

| Primary Operating Revenue Within Total Operating Revenue | Enterprise chose not to disclose | Net Profit | Enterprise chose not to disclose |
|---|---|---|---|
| Total Tax | Enterprise chose not to disclose | Total Liabilities | Enterprise chose not to disclose |

## Information on External Sureties and Guarantees Provided

| No. | Creditor | Debtor | Principal Debt Obligation Type | Principal Debt Obligation Amount | Term of Performance of Debt Obligation | Term of Guarantee | Method of Guarantee |
|---|---|---|---|---|---|---|---|
| | | | No information currently on external sureties and guarantees provided | | | | |

0 record found in total   0 page in total   [Home] [Previous page] [Next page] [Last page]

## Information on Equity Changes

| No. | Shareholder | Equity Ratio Before Change | Equity Ratio After Change | Date of Equity Change |
|---|---|---|---|---|
| | | No information currently on equity changes | | |

0 record found in total   0 page in total   [Home] [Previous page] [Next page] [Last page]

## Revision Information

| No. | Item Revised | Before Revision | After Revision | Revision Date |
|---|---|---|---|---|
| 1 | 402 | 15593183600 | 155.93 | September 29, 2015 |
| 2 | 405 | -5798219600 | -57.98 | September 29, 2015 |
| 3 | 408 | 0 | 233.78 | September 29, 2015 |
| 4 | 407 | 0 | 1.72 | September 29, 2015 |
| 5 | 406 | -5798219600 | -57.98 | September 29, 2015 |

9 records found in total   2 pages in total   [Home] [Previous page] [1] [2] [Next page] [Last page]

Sponsored by: State Administration for Market Regulation
Address: 8 Sanlihe Donglu, Xicheng District, Beijing   Postal code: 100820   Recordation number: Jing ICP Bei Number 16053442-1
Contact information for business consulting and technical support

National Enterprise Credit Information Publicity Record - CNEIECC 2013 annual report.02E_Translation

# EXHIBIT B

Wang Zhaojie - Highly Confidential

1              IN THE UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF CALIFORNIA
2                    San Francisco Division

3    - - - - - - - - - - - - - - - - - -
     IN RE:                          )
4                                     )
     CATHODE RAY TUBE (CRT)           )Master File No.
5    ANTITRUST LITIGATION             )07-CV-5944-JST
                                      )
6                                     )MDL No. 1917
                                      )
7                                     )
                                      )
8    - - - - - - - - - - - - - - - - - -

9              DEPOSITION OF WANG ZHAOJIE

10                 HIGHLY CONFIDENTIAL

11                      VOLUME I

12              Wednesday, March 6th, 2019

13                   AT:  9.08 am

14                    Taken at:

15                 Kobre & Kim
                   6/F ICBC Tower
16                 3 Garden Road
                     Central
17                 Hong Kong

18

19

20

21

22

23   Court Reporter:

24   Bron Williams
     Accredited Real-time Reporter

25

1           VIDEOGRAPHER:  We are back on the record.  Here

2     begins media number 3 in the deposition of Wang Zhaojie.

3     The time is 10.25.

4      BY MR. BENZ:

5           Q.  Mr. Wang, when did you begin to prepare for

6     your deposition here today?

7           A.  A couple of days ago.

8           Q.  Did you look at any documents prior to

9     testifying today to prepare for your deposition?

10          A.  I have read all the documents provided by my

11    counsel.

12          Q.  Which documents -- can you describe the

13    documents you reviewed?

14          A.  It is difficult for me to describe.  Can you

15    show me the documents?

16          Q.  I cannot show you any documents.  I'm just

17    asking to you describe the documents that you reviewed.

18          A.  The documents provided by my counsel.

19          Q.  Mr. Wang, when were you notified that you

20    would be testifying on behalf of Irico Group and Irico

21    Display?

22          A.  A while ago.

23          Q.  Can you be more specific?

24          A.  I cannot remember exact date.

25          Q.  Can you tell me how many days you spent

1    preparing for this deposition?

2              A.   Three days.

3              Q.   I know you said you can't remember the exact

4    date, but can you approximate how many weeks or months you

5    had been informed that you would be testifying for Irico

6    Group and Irico Display?

7              A.   Could you repeat your question one more time?

8              MS. FU:   I would like the interpreter to just

9    translate the question.

10             INTERPRETER:   Okay, so I just repeat the question.

11             (Chinese spoken).

12             A.   Roughly at several weeks ago.

13    BY MR. BENZ:

14             Q.   Have you spoken to Zhang Wenkai about his

15    deposition?

16             A.   (Chinese spoken).

17             INTERPRETER:   The witness is asking the

18    interpreter to repeat the question.

19             (Chinese spoken).

20             A.   I don't understand this question.

21    BY MR. BENZ:

22             Q.   Have you spoken to Mr. Zhang recently?

23             A.   (Chinese spoken).

24             INTERPRETER:   (Chinese spoken).

25             A.   Yes.  Yes.

```
 1    BY MR. BENZ:

 2            Q.  When did you speak with Mr. Zhang?

 3            A.  A couple of days ago.

 4            Q.  Did you discuss Mr. Zhang's deposition with

 5    him?

 6            A.  No.

 7            Q.  What did you discuss with Mr. Zhang?

 8            MR. PLUNKETT:  Objection, this potentially calls

 9    for privileged information.  I would ask the witness not to

10    divulge communications with Mr. Zhang in the presence of

11    counsel -- that occurred in the presence of counsel.

12            A.  We talk about the food we eat every day.

13    BY MR. BENZ:

14            Q.  Anything else?

15            A.  No.

16            Q.  Did you review Mr. Zhang's -- sorry, strike

17    that.

18            Did you have any discussions with Mr. Guo

19    recently?

20            A.  No.

21            Q.  You understand that you are covering several

22    deposition topics that were originally assigned to Mr. Guo,

23    correct?

24            A.  Yes, I do understand.

25            Q.  You understand that Mr. Guo is ill?
```

1                    CERTIFICATE OF COURT REPORTER

2

3    I, Bron Williams, an Accredited Real-time Reporter, hereby

4    certify that the testimony of the witness Wang Zhaojie in

5    the foregoing transcript, numbered pages 1 through 115,

6    taken on this 6th day of March, 2019 was recorded by me in

7    machine shorthand and was thereafter transcribed by me; and

8    that the foregoing transcript is a true and accurate

9    verbatim record of the said testimony.

10

11

12   I further certify that I am not a relative, employee,

13   counsel or financially involved with any of the parties to

14   the within cause, nor am I an employee or relative of any

15   counsel for the parties, nor am I in any way interested in

16   the outcome of the within cause.

17

18

19   Signed: *Bron Williams*

20   Name:   Bron Williams

21   Date:   ........................

22

23

24

25

# EXHIBIT C

```
 1              IN THE UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
 2                    San Francisco Division

 3    - - - - - - - - - - - - - - - - - - -
      IN RE:                            )
 4                                      )
      CATHODE RAY TUBE (CRT)            )Master File No.
 5    ANTITRUST LITIGATION              )07-CV-5944-JST
                                        )
 6                                      )MDL No. 1917
                                        )
 7                                      )
                                        )
 8    - - - - - - - - - - - - - - - - - - -

 9               DEPOSITION OF WANG ZHAOJIE

10                  HIGHLY CONFIDENTIAL

11                     VOLUME III

12              Friday, March 8th, 2019

13                 AT:  9.05 am

14                   Taken at:

15                 Kobre & Kim
                   6/F ICBC Tower
16                 3 Garden Road
                     Central
17                 Hong Kong

18

19

20

21

22

23    Court Reporter:

24    Bron Williams
      Accredited Real-time Reporter
25
```

1        MS. CAPURRO:  Let's go off the record for

2    a minute.

3        VIDEOGRAPHER:  This marks the end of media 1 in

4    the deposition of Wang Zhaojie, volume III.  The time

5    is 9.17.

6                    (Break taken.)

7        VIDEOGRAPHER:  We are back on the record.  Here

8    marks the beginning of media number 2 in the deposition of

9    Wang Zhaojie, volume III.  The time is 9.28.

10    BY MS. CAPURRO:

11        Q.  Mr. Wang, are you prepared to testify

12    regarding topic number 14?

13        A.  Yes.

14        Q.  What did you do to prepare for topics number

15    11 and 14?

16        MR. PLUNKETT:  Object to the form.

17        A.  First of all, I work in the sales department

18    for many, many long times.  Secondly, we try very hard to

19    identify relevant evidence and informations.

20    BY MS. CAPURRO:

21        Q.  Did you review any documents to prepare for

22    these deposition topics?

23        MR. PLUNKETT:  Object to the form.

24        A.  To prepare those topics, I reviewed the

25    relevant documents provided by our counsel.

1   BY MS. CAPURRO:

2          Q.  So you didn't go and review any of Irico's

3   files yourself to see if you could find relevant documents?

4          MR. PLUNKETT:  Object to the form.  Argumentative.

5   Object on the basis of vagueness as to time.

6   BY MS. CAPURRO:

7          Q.  Let me rephrase.

8          Mr. Wang, in preparing --

9          A.  (Chinese spoken).

10         Q.  -- to testify at this deposition, did you only

11  review documents provided by your counsel?

12         A.  Basically those are the documents I have

13  reviewed.  I also reviewed other relevant information.

14         Q.  What other relevant information did you

15  review?

16         A.  There is too much of it, I don't remember.

17         Q.  You can't give me any examples of the relevant

18  information that you reviewed?

19         A.  I don't remember clearly.

20         Q.  Throughout your career at Irico have you ever

21  reviewed any annual reports produced by Irico Group, or

22  Irico Display or Irico Electronics?

23         A.  I don't remember clearly.

24         Q.  In May 2010, you were transferred to work for

25  Irico Electronics, correct?

```
 1              A.  (Chinese spoken).

 2              INTERPRETER:  The witness is asking to repeat the

 3  question.

 4              (Chinese spoken).

 5              MS. FU:  Correction.  (Chinese spoken).

 6              INTERPRETER:  Yes.

 7              A.  Yes.

 8   BY MS. CAPURRO:

 9              Q.  First, as deputy general manager, and then as

10  general manager of sales, correct?

11              MS. FU:  I would like to make a correction.

12  (Chinese spoken).

13              A.  (Chinese spoken).

14              INTERPRETER:  (Chinese spoken).

15   BY MS. CAPURRO:

16              Q.  Mr. Wang, response please?

17              A.  Your question is not very clear.

18              Q.  What was your position at Irico Electronics in

19  May 2010?

20              A.  Deputy general manager at the sales

21  department, Irico Group Electronics.

22              Q.  And then you were promoted to general manager

23  of sales, correct?

24              A.  That's correct.

25              Q.  Are you familiar with Irico Electronics annual
```

1    BY MS. CAPURRO:

2         Q.  So in 2004, Irico knew that various CRT

3    manufacturers and television manufacturers had closed or

4    were about to close their facilities in America, correct?

5         MR. PLUNKETT:  Object to the form.  That question

6    is vague because you are using the term -- your question is

7    inherently confusing because you are using the term "Irico"

8    and referring to a document that is from Electronics --

9    I assume you don't intend to be confusing in this way.

10        But that's the problem when you are asking

11   questions that are beyond the scope and mischaracterizing

12   the document.

13        MS. CAPURRO:  Can we go off the record for

14   a second.

15        VIDEOGRAPHER:  This marks the end of media number

16   2 in the deposition of Wang Zhaojie, volume III.  Going off

17   the record.  The time is 10.15.

18                    (Break taken.)

19        VIDEOGRAPHER:  We are back on the record.  Here

20   begins media number 3 in the deposition of Wang Zhaojie,

21   volume III.  The time is 10.34.

22   BY MS. CAPURRO:

23        Q.  Mr. Wang, we are going to switch topics.  I'm

24   going to ask you some questions about topic 3 in the

25   deposition notice.

1              I'll read topic 3 to you and the translator will

2    translate.

3              "The inter-defendant Communications identified in

4    Exhibit 11 to the Saveri Declaration or in the Leitzinger

5    Report involving Irico, including any internal

6    Communications on or about the same dates."

7              Do you understand that topic 3 is about

8    communications between different defendants in this lawsuit?

9              A.  I know.

10             Q.  Are you prepared to testify about topic 3 on

11   behalf of Irico Group and Irico Display?

12             A.  Yes, I know.

13             Q.  What did you do to prepare to testify about

14   this topic?

15             A.  I worked for Irico for many years.  I also

16   reviewed relevant information.  Relevant documents.

17             Q.  What documents did you review?

18             A.  The document provided by the counsel.

19             Q.  Did you provide any -- strike that.  Did you

20   review any other documents other than the documents that

21   were provided by your counsel?

22             A.  I don't remember.

23             Q.  When did you begin preparing for -- to testify

24   regarding topic 3?

25             MR. PLUNKETT:  Object to the form.

```
 1              A.  A while ago.

 2    BY MS. CAPURRO:

 3              Q.  Can you be more precise, please?

 4              A.  I don't remember exact time.

 5              Q.  Would you say within the last 30 days?

 6              A.  That's about it.  Around that date.  I don't

 7    remember the exact date.

 8              Q.  Can you please give me your best recollection

 9    of what other documents you reviewed, other than the ones

10    provided by your counsel?

11              A.  I don't remember exactly.

12              Q.  Can you remember one?

13              A.  I don't remember clearly.

14              Q.  Have these documents been produced in this

15    litigation?  To plaintiffs?

16              MR. PLUNKETT:  Object to the form.

17              A.  I don't remember exactly.

18    BY MS. CAPURRO:

19              Q.  During your time working in the sales

20    department of Irico Group, did you ever travel for work?

21              A.  Yes.

22              Q.  Did Irico employees need permission to travel

23    for work?

24              MR. PLUNKETT:  Object to the form.

25
```

```
 1                    CERTIFICATE OF COURT REPORTER

 2

 3   I, Bron Williams, an Accredited Real-time Reporter, hereby

 4   certify that the testimony of the witness Wang Zhaojie in

 5   the foregoing transcript, numbered pages 1 through 115,

 6   taken on this 8th day of March, 2018 was recorded by me in

 7   machine shorthand and was thereafter transcribed by me; and

 8   that the foregoing transcript is a true and accurate

 9   verbatim record of the said testimony.

10

11

12   I further certify that I am not a relative, employee,

13   counsel or financially involved with any of the parties to

14   the within cause, nor am I an employee or relative of any

15   counsel for the parties, nor am I in any way interested in

16   the outcome of the within cause.

17

18

19   Signed:   *Bron Williams*

20   Name:    Bron Williams

21   Date:    ........................

22

23

24

25
```

# EXHIBIT D

1                  IN THE UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
2                        San Francisco Division

3    - - - - - - - - - - - - - - - - - -
     IN RE:                              )
4                                        )
     CATHODE RAY TUBE (CRT)              )Master File No.
5    ANTITRUST LITIGATION                )07-CV-5944-JST
                                         )
6                                        )MDL No. 1917
                                         )
7                                        )
                                         )
8    - - - - - - - - - - - - - - - - - -

9                    DEPOSITION OF WANG ZHAOJIE

10                      HIGHLY CONFIDENTIAL

11                         VOLUME II

12                  Thursday, March 7th, 2019

13                     AT:  9.02 am

14                       Taken at:

15                    Kobre & Kim
                     6/F ICBC Tower
16                   3 Garden Road
                       Central
17                    Hong Kong

18

19

20

21

22

23   Court Reporter:

24   Bron Williams
     Accredited Real-time Reporter

25

```
 1              A.  About a couple of weeks ago.

 2              Q.  Did you speak with Mr. Guo to prepare for your

 3   testimony here today?  At any time?

 4              MR. PLUNKETT:  Object to the form.

 5    BY MR. BENZ:

 6              Q.  Mr. Wang, there is a question pending, unless

 7   your counsel --

 8              A.  First of all, I worked for this company for

 9   many, many years, and in the sales department, where Mr. Guo

10   was my supervisor.  I also reviewed his declaration.

11    BY MR. BENZ:

12              Q.  You did not answer my question, Mr. Wang.  My

13   question was:  Did you speak with Mr. Guo to prepare for

14   your deposition here today?

15              MR. PLUNKETT:  Object to the form.

16              A.  Would you please repeat your question?

17    BY MR. BENZ:

18              Q.  Did you speak with Mr. Guo to prepare for your

19   deposition?

20              MR. PLUNKETT:  Object to the form.

21              MR. BENZ:  What is the basis for your objection?

22   It is a simple fact.

23              MR. PLUNKETT:  No.  The basis for the objection is

24   the confusion you have confusion in asking him whether he

25   spoke to Mr. Guo -- you know, a few days to prepare for
```

 1   this, or if part of his preparation was all the

 2   conversations he had with Mr. Guo over the years that he

 3   worked with him, which he what he just testified about.

 4   I think that's where he is getting confused, that's why I'm

 5   objecting to form.  I see why you are frustrated, but

 6   I think the problem is with your question.

 7            MR. BENZ:  I think you are also --

 8            MR. PLUNKETT:  You just asked me to give

 9   a narrative.  I've been objecting to form.  So your

10   frustration is your own.

11            MR. BENZ:  My frustration is signaling to the

12   witness that there may be something wrong with the question,

13   therefore he should obstruct his testimony.  But anyway, I

14   will move on, I appreciate the explanation.

15            MR. PLUNKETT:  That needs to be translated.

16            INTERPRETER:  (Chinese spoken).

17            MR. BENZ:  Did you also translate my portion of

18   the exchange?

19            INTERPRETER:  (Chinese spoken).

20            A.  I don't think your question is very specific

21   or very clear.

22    BY MR. BENZ:

23            Q.  I'll ask it again.  I'll rephrase it.  After

24   you learned about this deposition, Mr. Wang, did you speak

25   to Mr. Guo?

```
 1              MR. PLUNKETT:  Object to the form.

 2              A.  I'm not very clear about your questions.  As

 3   I said, Mr. Guo was my supervisor long time ago.  We have

 4   regular contact and communication.  In the past.

 5    BY MR. BENZ:

 6              Q.  In the past month have you spoken with

 7   Mr. Guo?

 8              A.  Please be more specific.

 9              Q.  In the past 30 days have you spoken with

10   Mr. Guo?

11              A.  Please be specific about the date.

12              MR. PLUNKETT:  So I would like to advise the

13   witness that to the extent he is able to understand that

14   counsel is asking him if in the past 30 days he has ever

15   spoken to Mr. Guo for any reason, he should provide that

16   information to counsel.

17              A.  I don't remember exactly.

18              MS. FU:  I would like to correct that translation.

19   It should be "I don't recall."  (Chinese spoken).  It is not

20   (Chinese spoken).  (Chinese spoken).

21              A.  (Chinese spoken).

22              INTERPRETER:  The witness said "I don't agree."

23              To clarify, I agree with the check interpreter's

24   comment.

25
```

1    BY MR. BENZ:

2           Q.  So as you sit here today, Mr. Wang, you don't

3    remember one way or the other whether you spoke to Mr. Guo

4    in the last 30 days, correct?

5           A.  What I mean is 30 days from today, within this

6    period, I'm not quite sure whether I have conversation with

7    Mr. Guo or not.

8           Q.  I want to ask you some questions in your

9    capacity as a representative of Irico Group and Irico

10   Display.  I want to start with topic 8.

11          I will read you topic 8 if you could translate.

12          "Any status, obligations, or privileges that Group

13   or Display had under the law of the People's Republic of

14   China during the period from 2006 to 2008."

15          Did you prepare to testify on behalf of Irico

16   Group and Irico Display on this topic?

17          A.  Yes, I'm ready.

18          Q.  What did you do to prepare for your testimony

19   on topic 8?

20          A.  I work for Irico for many years.

21          I also read relevant information and documents.

22   I also try my best to read through the declaration in

23   Mr. Guo.

24          Q.  To prepare to testify about this topic did you

25   review any Chinese laws?

```
 1              A.  I'm not quite sure you are pointing to.

 2              Q.  I'm just asking if you reviewed any legal

 3   documents.

 4              MR. PLUNKETT:  Object to the form.

 5              MR. BENZ:  Okay --

 6              A.  Please be more specific.

 7    BY MR. BENZ:

 8              Q.  Yes.  Did you review any laws promulgated by

 9   the People's Congress?

10              A.  I'm not clear about your question.

11              Q.  Did you review any laws that were issued by

12   the Standing Committee of the People's Congress?

13              INTERPRETER:  I would like to clarify the term

14   "People's Congress."

15              (Chinese spoken).

16              A.  Your question is not very clear.

17    BY MR. BENZ:

18              Q.  Did you review any documents issued by the

19   Chinese government?

20              MR. PLUNKETT:  Object to the form.

21              A.  Your question is too vague.

22    BY MR. BENZ:

23              Q.  Did you review any rules issued by a Chinese

24   government regulator?

25              A.  Your question is still very vague.
```

1           Q.  Did you view any laws issued by the Chinese

2    government?

3           A.  The question is too vague.

4           Q.  Did you review any statutes from the People's

5    Republic of China?

6           A.  (Chinese spoken).

7           MS. FU:  Correction.  (Chinese spoken).

8           A.  There are many, many rules issued by the

9    government.  So this question is too vague.

10    BY MR. BENZ:

11           Q.  Well, Mr. Wang, you testified that you

12    reviewed documents to prepare.  Which documents did you

13    review?

14           A.  The information in our document.

15           Q.  What do you mean by that?

16           A.  The document prepared by our counsel.

17           Q.  Can you be more specific?

18           A.  Would you repeat your question one more time?

19           Q.  I will ask a new question.  What categories of

20    documents did you review?

21           INTERPRETER:

22           A.  (Chinese spoken).

23           INTERPRETER:  I want to clarify one term.

24    (Chinese spoken).

25           A.  (Chinese spoken).

```
1              CERTIFICATE OF COURT REPORTER

2

3    I, Bron Williams, an Accredited Real-time Reporter, hereby

4    certify that the testimony of the witness WANG ZHAOJIE in

5    the foregoing transcript, numbered pages 1 through 111,

6    taken on this 7th day of March, 2019 was recorded by me in

7    machine shorthand and was thereafter transcribed by me; and

8    that the foregoing transcript is a true and accurate

9    verbatim record of the said testimony.

10

11

12   I further certify that I am not a relative, employee,

13   counsel or financially involved with any of the parties to

14   the within cause, nor am I an employee or relative of any

15   counsel for the parties, nor am I in any way interested in

16   the outcome of the within cause.

17

18

19   Signed:   Bron Williams

20   Name:    Bron Williams

21   Date:    .......................

22

23

24

25
```

# EXHIBIT E

1              UNITED STATES DISTRICT COURT

2          FOR THE NORTHERN DISTRICT OF CALIFORNIA

3                 SAN FRANCISCO DIVISION

4

5

6    IN RE: CATHODE RAY TUBE (CRT)
     ANTITRUST LITIGATION,
7                           CASE NO. 3:07-CV-05944-JST
     _____
8

9

10          DEPOSITION OF CURTIS MILHAUPT

11              San Francisco, California

12             Wednesday, April 24, 2019

13

14

15

16

17

18

19

20

21

22

23   Reported by:  Ashley Soevyn, CSR No. 12019

24   Job No. 796715

25   Pages 1 - 148

 1        A    That's correct.

 2        Q    In both Tokyo and New York?

 3        A    Correct.

 4        Q    And during that time, you also worked at

 5   the University of Tokyo?

 6        A    I took a leave of absence from Shearman &

 7   Sterling to do an academic fellowship at the

 8   University of Tokyo.

 9        Q    Then following your stint at Shearman

10   Sterling, you became an associated professor at

11   Washington University School of Law?

12        A    That's correct.

13        Q    And following that, and I'm not going to

14   get into all the details that are on your CV, but

15   just getting the outline, if you will.  Following

16   that, you became a professor of law at Columbia; do

17   I have that right?

18        A    That's correct.

19        Q    And at Columbia, you became the director

20   of the Center of Japanese Legal Studies?

21        A    That is correct.

22        Q    And when was that?

23        A    That was the same time as my appointment

24   to the faculty, so it would have been 1999.

25        Q    And you've remained the director until?

 1          A      Until I left Columbia, which was

 2     December 31st, 2017.

 3          Q      Okay.   Looking at your CV, there is a

 4     section on page 2 that says, "Research Interests."

 5          A      Yes.

 6          Q      Do you see that?

 7          A      Yes.

 8          Q      And it says, "East Asian Legal

 9     Systems," --

10          A      Yes.

11          Q      -- "Particularly Japanese and Chinese

12     Law; Comparative Corporate Governance; Corporate

13     Law; State-Owned Enterprises; State Capitalism; Law

14     and Economic Development."

15              Has that been your area of -- of research

16     for your entire career?

17          A      No.   I would say, initially, about

18     approximately for the first ten years of my academic

19     career, my focus was on Japanese law and comparative

20     corporate governance with a particular focus on

21     Japanese corporate governance, and I became

22     interested in China, approximately 2006.   And then

23     developed research interests along the lines -- the

24     additional lines that are stated here, subsequent to

25     that, so over the past approximately decade or so.

1        Q    Is it fair to say that taking the entire

2   expanse of your career that the lion's share has

3   been focused on Japan?

4        A    I'm not sure I would phrase it that way.

5   As I said early on, certainly that was true.  I

6   think that that's not the case over the second half

7   of my career, so I would have a hard time parsing it

8   out into percentages, but I wouldn't say that over

9   the course of my entire career the focus has been on

10   Japan predominantly.

11        Q    Turning to China, what subjects would you

12   consider yourself an expert on vis-à-vis China?

13        A    Chinese corporate governance in

14   comparative perspective.

15        Q    And how did you gain that expertise?

16        A    I began with a sabbatical at Tsinghua

17   University in Beijing in the fall of 2006.  I began

18   studying Mandarin at that time as well.  I began

19   doing research, doing reading, as any academic would

20   to build one's knowledge based interviewing people,

21   knowledgeable people.  And then I began serious

22   attempts at scholarship co-authoring my first

23   article with Li-Wen Lin in 2000 -- it was published

24   in 2013, and then subsequent to that, I've had a

25   number of other publications listed in my CV.  So

```
 1    it's been an ongoing learning process of research,

 2    collaboration, interviews, and study.

 3         Q    How long did that sabbatical last?

 4         A    It was the fall of 20 -- fall of 2006.

 5         Q    So a few months?

 6         A    Yes.

 7         Q    Can you spell the name of the university

 8    for our court reporter and for myself?

 9         A    Certainly.  Tsinghua.  I believe the

10    English spelling is T-S-I-N-G-H-U-A.

11         Q    And so your first published scholarship

12    on the subject was in 2013; is that right?

13         A    Correct.

14         Q    Would you consider yourself an expert on

15    Chinese law?

16         A    In general, no.

17         Q    And probably the answer to that question

18    presumes the answer to the next, but would you

19    consider yourself an expert on Chinese Criminal Law?

20         A    No.

21         Q    And you mentioned that you took up

22    Mandarin.  Do you speak Chinese?

23         A    No.  I have some familiarity with the

24    language from my period of study, and I also have

25    some familiarity with Chinese characters because of
```

1   my study of the Japanese language.  The characters

2   are not identical.  They have been simplified in

3   Mandarin, but let's say that Chinese is not a

4   completely foreign language to me.

5          Q    Right.  You had a head start, if you

6   will?

7          A    Right.  Sadly, I did not pursue it

8   through the fluency.

9          Q    Have -- so you don't write Chinese or

10  read written Chinese?

11         A    I certainly do not write Chinese.  I can

12  make out the subject matter of certain Chinese

13  headlines and the like, but I don't quote/unquote

14  read Chinese, no.

15         Q    Have you ever taught a course devoted to

16  Chinese governance or Chinese legal issues?

17         A    I teach, as part of my comparative

18  corporate governance course, I do teach a unit on

19  Chinese state-owned enterprises, and state-owned

20  enterprises writ large of which, of course, China is

21  a very important part.

22         Q    That's in your course that you teach now

23  that you're a professor at Stanford?

24         A    That's correct.

25         Q    Okay.  And that course, you mentioned is

Case 4:07-cv-05944-JST   Document 5434-1   Filed 05/09/19   Page 40 of 95
Court of the United
April 24, 2019                                    17

 1   comparative law?

 2        A    Yes.  Let me just supplement what I said.

 3   I teach it at Stanford.  I also taught a similar

 4   section of a course at Columbia when I was still on

 5   the faculty there.

 6        Q    Does is -- what is the title of the

 7   class?

 8        A    Comparative Corporate Law and Governance.

 9        Q    What countries do you typically cover in

10   that course?

11        A    There's some thematic material, so we

12   talk about ownership structures around the world.

13   We talk about investor activism without a particular

14   geographic focus.  We talk about, as I said, state

15   on enterprises writ large including Singapore, for

16   example.  We also have a country-specific focus on

17   Japan and another on China.

18        Q    Have you ever been qualified by a court

19   as an expert witness?

20        A    I think I would like clarifying on that

21   because I'm not entirely sure what that means.

22        Q    Yeah.  What I mean by that is in some

23   sort of court proceeding you've been tendered to the

24   court as an expert in a subject, your

25   qualification's vetted, and the court said, "I

```
 1   accept this person as an expert witness."

 2              MR. RUSHING:  Objection.  Object to the

 3   form.

 4              MR. HUSTON:  You can go ahead and answer.

 5              THE WITNESS:  Okay.  Thank you.  To my

 6   knowledge, no.  I never have received word from a

 7   court that that has been the case.  I've only been

 8   deposed once, and I've received notification from

 9   the court to that effect.

10   BY MR. HUSTON:

11        Q    And so then my next question is a little

12   broader than that last one.  The last one I asked

13   about, you know, whether you've been qualified or

14   accepted by a court as an expert witness.  This one

15   is how many times have you been retained to be an

16   expert witness or to be an expert -- let me strike

17   that word "witness."

18              How many times have you been retained to

19   be an expert?

20        A    Clarification, in the course of my

21   academic career?

22        Q    Yes.

23        A    I would estimate about eight times.

24   That's an estimate obviously.  In recent years, this

25   case and the drywall case.
```

 1   November 2013, the reforms that were launched by Xi

 2   Jinping subsequent to his taking power.  So we're

 3   talking about a current reform.

 4   BY MR. HUSTON:

 5        Q    If that's what you were talking about,

 6   yes.

 7        A    Yes.

 8        Q    Okay.  The concept of mixed ownership

 9   goes back prior to that, correct?

10        A    I'm not sure it had that term.  I'm not

11   sure the Chinese government used that term, but

12   drawing in private capital into otherwise

13   state-owned enterprises has been a long-standing

14   policy of China, yes.

15              THE REPORTER:  8537.

16   (Exhibit 8537 marked for identification.)

17   BY MR. HUSTON:

18        Q    Professor Milhaupt, the court reporter

19   has just handed you what we marked as Exhibit 8537

20   titled, "Governance Challenges of Listed State-Owned

21   Enterprises Around the World: National Experiences

22   and a Framework for Reform."

23              Do you recognize this?

24        A    I do.

25        Q    This is an article that you co-wrote,

1    correct?

2          A    Correct.

3          Q    If you look at page 528, please.  It's

4    not highlighted, but I will direct your attention to

5    the bottom of the page, and the last paragraph

6    there, there is a sentence towards the end of the

7    page there.  It says:

8                    "A mixed ownership strategy, bringing

9                    more private capital into the state

10                   sector, will not transform the role of

11                   the state from major participant in the

12                   market to an impartial arbiter of

13                   market competition.  On the contrary,

14                   the reforms to date seem primarily

15                   intended to create larger SOEs on the

16                   theory that global competition requires

17                   scale."

18               Can I assume that you agree with that

19    statement?

20          A    Yes.

21          Q    And does that statement hold true for

22    the -- not just for the most recent changes, but

23    also prior changes to the corporate structure in

24    Japan when private money came into the corporations?

25               MR. RUSHING:  Object to the form.  I

```
 1   think you made a mistake.

 2              THE WITNESS:  You said Japan.

 3   BY MR. HUSTON:

 4        Q    Oh, sorry, China.

 5        A    Would you mind repeating the question?

 6        Q    Sure.  That statement that I just read,

 7   does it hold for not just the most recent changes by

 8   Xi Jinping, but also prior changes that brought

 9   private companies into state-owned enterprises?

10              MR. RUSHING:  Object to the form.

11              THE WITNESS:  I think it's hard to

12   attribute a single motivation to a reform

13   particularly given the scale of the Chinese economy.

14   As I said earlier, there is no question that drawing

15   in private capital will increase the assets of the

16   SOEs, but there is another motivation which is to

17   subject these firms to greater market discipline and

18   thereby improve their governance.  I mean, that

19   would also have the effect of making them better

20   global competitors, I would assume.

21   BY MR. HUSTON:

22        Q    If you look at the -- on page 529, the

23   portion that is highlighted there.

24        A    Yes.

25        Q    It reads:
```

1              "A Temasek-style structure creating a

2              firewall between the state in its role

3              as investor and the management of its

4              portfolio companies would require the

5              CCP to withdraw from its role in

6              personnel appointments and elimination

7              of the firm-level party committees in

8              favor of depoliticized internal control

9              and reporting structures used in major

10             western firms.  Thus far, there is no

11             sign that the party is withdrawing from

12             state-invested firms; to the contrary,

13             the grip of the party seems to be

14             tightening."

15        I assume you agree with that?

16        MR. RUSHING:  Object to the form.

17             THE WITNESS:  I would want to make

18   certain, though, that we're talking about the

19   present day and the present-day reforms, and the

20   reference to the grip of the party tightening is a

21   reference to the current period under Xi Jinping.

22   BY MR. HUSTON:

23        Q    Has -- in the period prior to that -- the

24   current tightening, would you say that the state had

25   significantly less power over state-owned

 1    enterprises?

 2                    MR. RUSHING:   Object to the form.   Vague

 3    as to time.

 4                    THE WITNESS:   There was a period in the

 5    Hu Jintao era in which the state was actually more

 6    proactively withdrawing from its involvement in the

 7    economy, and that seems to have been reversed by

 8    Xi Jinping.

 9    BY MR. HUSTON:

10        Q    In that era that you just mentioned, what

11    years does that correspond with?

12        A    Approximately 2002 to 2012.   I may be off

13    by a couple years there, but that's the approximate

14    period we're talking about.   If I could make --

15    could I make one additional comment?

16        Q    Of course, please.

17        A    I think it's important to clarify that

18    we're talking here about the communist party, which

19    is not coterminous with the government.   I think

20    that's just an important distinction to make because

21    given the nature of the question that we're here to

22    ultimately -- or that the court is ultimately

23    addressing.

24        Q    That's a good point.   Is it your

25    understanding that the Chinese government is a

1    one-party system?

2             MR. RUSHING:  Object to the form.

3             THE WITNESS:  Well, the -- I think -- I'm

4    not sure I would use exactly that language.  I mean,

5    the government stands apart from the party.  There

6    is no question that the Chinese Communist Party has

7    a monopoly on power, but the party is separate from

8    the government.

9    BY MR. HUSTON:

10        Q    And in your scholarship, you have used

11   the term "party-state," correct?

12        A    Correct.

13        Q    And what do you mean by that term?

14        A    It's a reference to the fact that the

15   party shadows the state in Leninist fashion.

16        Q    And what does that mean?

17        A    Well, you have government organizations

18   and then you have parallel party organizations.

19        Q    And are those -- tell me how those two

20   things -- strike that.

21             I understand that there is a distinction

22   that can be drawn between the Chinese Communist

23   Party and the government.  In reality, however,

24   those two things are very closely intertwined.

25   Would you agree with that?

1              MR. RUSHING:  Object to the form.

2              THE WITNESS:  I would hesitate to give my

3    own characterization.  I'm not a political

4    scientist.  The term "party-state" is commonly used

5    as a kind of shorthand for this parallel structure,

6    but I would not hold myself out as having particular

7    expertise in describing or explaining Chinese

8    governments or organizations.

9    BY MR. HUSTON:

10        Q    What, in your mind, what is the role of

11   the communist party in China?

12             MR. RUSHING:  Object to the form.

13             THE WITNESS:  It is a -- I think as I

14   stated earlier, it is a political party with a

15   monopoly on political power in China.

16   BY MR. HUSTON:

17        Q    Turn to page 525 of Exhibit 8537.  And

18   down at the bottom of the page, there is a sentence

19   that maybe gets at what you're talking about.  It

20   says:

21                  "SASAC shares decision right on senior

22                  management appointments with the

23                  Chinese Communist Party (CCP) in a

24                  highly institutionalized arrangement

25                  whereby the top positions in the most

```
 1    other shareholders held relatively small percentages

 2    of the company on an individual basis, yes.

 3    BY MR. HUSTON:

 4         Q    Turn to paragraph 15 of your declaration.

 5    It reads:

 6                   "Irico Display's ownership structure as

 7                   of 2007 illustrates its status as a

 8                   mixed-ownership enterprise.  As of that

 9                   year, Irico Group owned 75% of its

10                   subsidiary Irico Electronics Group

11                   Corporation, a Hong Kong Stock Exchange

12                   listed mixed-ownership enterprise.

13                   Irico Electronics, in turn, owned

14                   41.36% of the shares of Irico Display."

15              Do you see that?

16         A    Yes, I do.

17         Q    And based on that and based on the

18    testimony that you just gave about no one else

19    having anything close to that 41.36 percent, would

20    you say that if you were to use shareholdings as an

21    indication of control that Irico Electronics

22    controlled Irico Display?

23              MR. RUSHING:  Object to the form.

24    Mischaracterizes testimony.

25              THE WITNESS:  Well, I think that Irico
```

1    Electronics would have the ability to elect the

2    board of directors of Irico Display.  I hope I said

3    that correctly -- that Irico Electronics with its

4    share ownership would have ability under corporate

5    law principles to elect the board of Irico Display.

6    BY MR. HUSTON:

7        Q    So having read some of your articles and

8    other articles -- strike that.

9             Is it fair to say that the concept of

10   control in state-owned and state-controlled

11   enterprises in China works very differently than it

12   works in the United States?

13             MR. RUSHING:  Object to the form.

14             THE WITNESS:  I think I would appreciate

15   you rephrasing the question.  I'm not entirely sure

16   what you're asking me.

17   BY MR. HUSTON:

18       Q    So let me get at it this way.

19             We've just been talking about percentage

20   of share ownership, which you and I and everyone

21   around this table kind of understands how that works

22   in the United States, and I guess the gist of my

23   question is how is it different in China as far as

24   the concept of control vis-à-vis share ownership?

25             MR. RUSHING:  Object to the form.

```
 1              THE WITNESS:  Well, if we can stick to

 2    this example.  There is nothing unusual in a

 3    41 percent shareholder being able to essentially

 4    dominate -- dictate the board of directors of its

 5    subsidiary.  So that's a form -- obviously, a form

 6    of corporate control.  I don't see that as being

 7    different in the United States and in China or

 8    anywhere else.  Those are standard corporate law

 9    principles obviously.

10    BY MR. HUSTON:

11         Q    Is it your -- let me ask it this way.

12              Is it fair to say that in China the

13    concept of control of a state-owned enterprise or a

14    state-controlled enterprise has a political

15    component to it?

16              MR. RUSHING:  Object to the form.

17              THE WITNESS:  In the way that you've

18    asked it, I would have to answer no.  Because we're

19    talking about corporations here, and, again, as a

20    comparative corporate law scholar, when one talks

21    about control in terms of share ownership, we're

22    talking about kind of standard corporate control.  I

23    mean, these are state-owned enterprises, so yes, you

24    would -- you may think of the government in

25    connection with this, but the concept of control
```

1    here is very straightforward and it's universal

2    under corporate law principles.

3    BY MR. HUSTON:

4         Q    And how does the Chinese Communist Party

5    fit into that system, if at all?

6              MR. RUSHING:  Object to the form.

7              THE WITNESS:  Well, the party has --

8    well, let me back up.  Let me start with the company

9    law.  So the company law recognizes communist party

10   organs, and it appears, anyway, to require

11   corporations to establish communist party organs

12   within the firm.  So that's a distinctive feature of

13   Chinese corporate governance, to be sure.

14   BY MR. HUSTON:

15        Q    And in reality not just how it's written

16   in the company law, how does the, if you know, how

17   does the Chinese Communist Party exert its will when

18   it comes to corporate governance?

19             MR. RUSHING:  Object to the form.  And

20   for the record, I'm just saying object to form.  I'm

21   happy to explain my objections in greater detail if

22   you'd want them.  Because I --

23             MR. HUSTON:  I'll certainly ask you.

24             MR. RUSHING:  I have a number of problems

25   with that question, but if you want me to, I'm happy

 1    to, but I just want to --

 2                MR. HUSTON:  I appreciate it.

 3                MR. RUSHING:  I'm not saying vague, I'm

 4    not saying compound, I'm not saying argumentative,

 5    et cetera.  Okay?

 6                MR. HUSTON:  Yeah, I understand.

 7                THE WITNESS:  Sorry, would you mind

 8    repeating the question?

 9    BY MR. HUSTON:

10        Q    Sure.  The question was in reality and

11    not just how it's written in the company law, how

12    does the Chinese Communist Party exert its will when

13    it comes to corporate governance in state-owned

14    enterprises or state-controlled enterprises?

15                MR. RUSHING:  Object to the form.

16                MR. HUSTON:  And if you don't know, by

17    all means, you can say that.

18                THE WITNESS:  Well, I would say, first of

19    all, this is a subject about which it is difficult

20    to get a lot of information.  But the general

21    understanding and my general understanding is that

22    the party participates in personnel decision-making

23    particularly at the level of SASAC.  Whether the

24    committees, whether the party performs a role, other

25    than that, even downstream subsidiaries, really, I

 1   think depends on the particular company that we're

 2   talking about.  I've heard a range of things from

 3   involved to not involved at all.

 4   BY MR. HUSTON:

 5        Q    And do you have a sense of how involved

 6   they are in the Irico Group?

 7        A    I can only go by what is in the record.

 8   I was struck by the absence of, really, much

 9   discussion at all of the party in the Irico Group.

10        Q    And did you -- you indicated in your

11   declaration that you reviewed the declaration of

12   Mr. Wong?

13        A    I did.

14        Q    And did you credit it or do you discount

15   it with respect to his comments about the party's

16   influence on corporate governance in the Irico

17   Group?

18             MR. RUSHING:  Object to the form.

19             THE WITNESS:  That's not how I read his

20   statement.  I didn't read his statement as really

21   making any comments on the role of the communist

22   party in corporate governance.  I mean, it would be

23   helpful if I could refer to his statement.  But I

24   did not read his statement as indicating involvement

25   in corporate governance.  At least, it's a flat

```
 1   statement.  He offered no examples of any kind of

 2   what he's talking about, so it's very hard to

 3   evaluate.

 4   BY MR. HUSTON:

 5        Q    I can show you that declaration, and I

 6   will in a moment, but let me switch gears and ask.

 7   I was just asking you some questions about the

 8   communist party.  I would like to ask you about

 9   SASAC.  What is SASAC?

10        A    SASAC is an agency directly under the

11   state counsel that acts formally as an investor in

12   the state-owned assets.

13        Q    And what influence -- or, strike that.

14             Generally, what is SASAC's role in

15   corporate governance of state-owned enterprises or

16   state-controlled enterprises?

17             MR. RUSHING:  Object to the form.

18             THE WITNESS:  With respect to the company

19   under its supervision, it acts, as I just said, it's

20   main role, formal role, is to act as an investor, as

21   a shareholder in those enterprises.  It also has

22   certain supervisory functions.  One might think of

23   it as a kind of corporate governance regulator with

24   respect to the firms under its supervision.  Those

25   are its main roles.
```

```
 1    BY MR. HUSTON:

 2         Q    All right.  Professor, I have marked and

 3    had the court reporter hand you Exhibit 8539 titled,

 4    "Irico Display Devices Co. Limited 2007 Annual

 5    Report."  I believe this is a translation, English

 6    translation.  Have you seen this document?

 7         A    Yes, I have.

 8              MR. RUSHING:  For the record, is this the

 9    same document that's attached as Exhibit 2 to the

10    Plunkett declarations?

11              MR. HUSTON:  I believe so.

12    BY MR. HUSTON:

13         Q    And turning to page 6, this is a table of

14    the top ten shareholders of Irico Display, correct?

15         A    Yes, it is.

16         Q    And it shows Irico Group Electronics, a

17    state-owned legal person, owning 41.36 percent,

18    correct?

19         A    Correct.

20              MR. RUSHING:  Sorry, where does it say

21    that?  Oh, there it is.

22    BY MR. HUSTON:

23         Q    And as we've already discussed, it also

24    shows that no one else has anywhere near that

25    percentage, correct?
```

```
1            MR. RUSHING:  Object to the form.

2            THE WITNESS:  The next highest percentage

3    that I see on the table is 1.71 percent.

4    BY MR. HUSTON:

5        Q    And then after that, it dropped off to

6    below 1 percent, correct?

7        A    That's correct.

8        Q    And based on that, if you're going by

9    shareholdings, would you say that Irico Electronics

10   controls Irico Display?

11           MR. RUSHING:  Object to the form.

12           THE WITNESS:  Under standard corporate

13   law governance principles in any country -- unless

14   given this shareholding pattern, Irico Group would

15   be able to elect the entire board of Irico Display.

16   BY MR. HUSTON:

17       Q    And based on how it actually happens in

18   reality in China, do you believe that's how it

19   works?

20           MR. RUSHING:  Object to the form.

21           THE WITNESS:  Yes.  These are -- I mean,

22   particularly because these are publically traded

23   companies, as I said earlier, a share carries

24   essentially the same governance characteristics in

25   China as it does in the United States or elsewhere.
```

 1    So yes, I think it would be the same.

 2    BY MR. HUSTON:

 3         Q    And we talked earlier about the Chinese

 4    Communist Party and we also talked about SASAC.  To

 5    what extent do you believe either of those two

 6    entities influence voting of shares?

 7              MR. RUSHING:  Object to the form.

 8              THE WITNESS:  Could you clarify at what

 9    level you're talking about?

10    BY MR. HUSTON:

11         Q    At any level.

12         A    Well, I think -- okay, I think I have to

13    give you a several part answer.  So SASAC is the

14    shareholder, yet in the group-level companies, it's

15    the sole shareholders.  So obviously it controls the

16    group-level companies.  Beyond that, I have seen no

17    scholarship or evidence that SASAC is directly, or

18    really even indirectly, influencing the voting

19    behavior of shareholders in these enterprises, and I

20    would say the same thing for the communist party.

21         Q    How confident are you in your research on

22    that subject?

23              MR. RUSHING:  Object to the form.

24              THE WITNESS:  Well, what I can say is

25    what I said which is I've seen no scholarship that

```
 1    suggests that SASAC or communist party are

 2    influencing the voting behavior of shareholders in

 3    China.

 4    BY MR. HUSTON:

 5         Q    Right.  No, I understand that.  So I

 6    guess my question is, you've seen no evidence of it,

 7    have you looked, to what extent do you feel

 8    comfortable that you've got a firm fix on that

 9    topic?

10              MR. RUSHING:  Object to the form.

11              THE WITNESS:  Well, I think -- let me

12    answer the question this way.  All of the research

13    that I've done, all of the scholarship that I've

14    seen, reports SASAC's principle influence over the

15    company's, under its supervision, under its

16    supervision as being its appointments power with

17    respect to the group-level executives.

18    BY MR. HUSTON:

19         Q    What is its influence on the

20    appointments?

21              MR. RUSHING:  Object to the form.

22              THE WITNESS:  Well, SASAC has the

23    authority to appoint senior executives at the

24    group-level companies.

25
```

```
 1    BY MR. HUSTON:

 2         Q    If you could turn back to Exhibit 8536.

 3    If you turn to page 635 and -- not sure you're on

 4    the --

 5         A    635.

 6         Q    You've got it, okay.

 7              And you see down at the bottom there in

 8    the highlighted portion, it reads:

 9                    "Third, although Chinese SOEs are

10                    legally organized in the corporate form

11                    featuring all or most attribute of the

12                    separation of ownership and control

13                    model, the real control comes from the

14                    CCP, or the Party-state."

15         Do you agree with that?

16              MR. RUSHING:  Object to the form.

17              THE WITNESS:  I would disagree with this

18    characterization.  I do agree certainly that Chinese

19    SOEs are legally organized in the corporate form,

20    and I certainly agree that they feature all or most

21    of the attributes of separation of ownership and

22    control and model.  I think the statement, the next

23    part of the statement, the real control comes from

24    the CCP or party-state.  Is -- it's potentially over

25    broad.  You could say that of many organizations in
```

 1    China.  The communist party is, I don't think it's a

 2    controversial statement to say that the party itself

 3    is kind of above the law.  And so at some level, all

 4    organizations in China are subject to the authority

 5    of the communist party.  But I think this is -- so I

 6    would say that I think this is a little bit

 7    overbroad and also I would not equate the communist

 8    party necessarily with the party-state as we

 9    discussed earlier.

10    BY MR. HUSTON:

11         Q     The next sentence reads:

12                    "The Party-state controls SOEs through

13                    both general requirements on policy

14                    compliance and specific powers such as

15                    appointing senior executives of SOEs."

16               Do you agree or disagree with that?

17         A     Again, I think this is conflating several

18    different things here.  I would be more specific.

19    SASAC as a matter of government, as a matter of law

20    and a matter of government organization, it is SASAC

21    that has the appointments power.  Now, SASAC does

22    have within it a party committee.  The extent to

23    which that committee is actually calling the shots,

24    I could not tell you, but I think that this is

25    improperly eliminating SASAC from the picture.  And

 1    I would say further, both the general requirements

 2    on policy compliance, that's a very general

 3    statement -- pardon me.  That's a very general

 4    statement.  I really don't know what that would be

 5    referring to.

 6         Q     So the next highlighted section says:

 7                    "State and business maybe very close in

 8                    some other economies with state-owned

 9                    enterprises, such as Korea, Japan,

10                    Singapore or Brazil, but a degree of

11                    direct control over state-owned

12                    enterprises by an economy's ruling

13                    parties is rarely seen in other open

14                    economies."

15              You've mentioned that you are a professor

16    of comparative law and that you've looked at some of

17    these other countries.  Do you see a difference in

18    how state-owned enterprises run in China versus

19    these other countries mentioned?

20         A     The most relevant would be Singapore.

21    Korea and Japan have relatively few SOEs.  Singapore

22    uses a holding company model, Temasek -- excuse me.

23    In terms of the size of the capital market under a,

24    at least a sensible government control, Singapore

25    would be similar to China.  Singapore has a

 1   different governmental structure for -- different

 2   ownership structure for its SOES.  That's certainly

 3   true.

 4           Q    The next highlighted sentence reads:

 5                   "... the Party-state in China directly

 6                   controls not only the personnel but

 7                   also sometimes the operation of

 8                   state-owned enterprises, bypassing the

 9                   legal governance structure consisting

10                   of the bored of directors and

11                   management."

12           Do you agree with that or disagree?

13           MR. RUSHING:  Object to the form.

14           THE WITNESS:  Again, I -- the party-state

15   directly controls not only the personnel but also

16   sometimes the operation of SOEs.  I mean, I can only

17   restate what I've said, which is that SASAC has the

18   authority to appoint personnel in the -- at the

19   group level, not formally the party.  The party may

20   be involved in that.  I don't know.  There is, as I

21   said, a party committee within SASAC.  And the party

22   generally is involved in personnel matters.  As to

23   the next part of this sentence, also sometimes the

24   operation of SOEs bypassing the governance

25   structure, if this is a statement about what may

1    happen at times, it could be true.  It is certainly

2    not the way the system is -- is structured or meant

3    to be operated.  Again, I would say if he's

4    referring to the communist party of China, the

5    communist party of China has the ability to go

6    outside the law in any number of areas.  The Chinese

7    constitution, for example, provides for freedom of

8    speech.  We all know that's not in existence, so to

9    the extent that the communist party has a monopoly

10   on power, does it have the capacity to go outside

11   the corporate law, yes.  But I'm not aware that that

12   is kind of -- it's certainly not its formal role,

13   and bringing it to our case in front of us, I did

14   not see evidence of that.

15   BY MR. HUSTON:

16        Q    If you can flip over to page 648, the

17   highlighted paragraph starts:

18                  "Mechanisms and controls in the legal

19                  governance structures stem from the

20                  corporate form based on Gongsi Fa and

21                  other relevant state laws, and resemble

22                  those implemented in other

23                  jurisdictions."

24             Gongsi Fa is the company law, correct?

25        A    That's correct.

1        Q    And then the next sentence reads:

2                  "Political governance is a

3                  CCP-dominated process that actually

4                  controls personnel appointments and

5                  decision-making in SOEs."

6             CCP refers to the Communist -- the

7    Chinese Communist Party, correct?

8        A    Correct.

9        Q    And, you know, we've discussed this

10   already, but I take it, you take issue with that

11   sentence?

12       A    In the same way that I did before.  It's

13   conceivable that the party is -- can operate through

14   SASAC, but that is certainly not the way the system

15   is structured.

16       Q    And then the next sentence says:

17                  "The two structures run separately,

18                  although the same group of players

19                  participates in the decision-making

20                  processes of both structures."

21       A    Well, I think what this is in reference

22   to is the fact that, as I've explained in some of my

23   scholarship as well and as we alluded to earlier,

24   there is a corporate structure and there is a

25   parallel party committee structure internal to the

 1   firm, which stands outside the corporate law.  And

 2   it is common for senior executives in the company's

 3   under SASAC's supervision to wear two hats, a

 4   corporate hat and a party hat.  I think that's what

 5   he's referring to.

 6        Q    And then the last sentence in this

 7   highlighted portion says:

 8                  "In most cases, the informal, nonlegal,

 9                  rules in political governance, which

10                  run in the shadows, prevail over the

11                  legal rules in China's corporate and

12                  securities laws."

13             What is your reaction to that answer?

14             MR. RUSHING:  Object to the form.

15             MR. HUSTON:  Do you agree with that

16   statement?

17             MR. RUSHING:  Object to the form.

18             THE WITNESS:  Well, you know, scholarship

19   has to be pitched at a certain level of generality,

20   and so as a very general statement, I would say that

21   he's certainly correct that there are these parallel

22   structures.  Where he says, "In most cases, the

23   informal, non-legal rules" et cetera "prevail over

24   the legal rules," again, I guess I would take issue

25   to that particularly with respect to publicly these

1   mixed-ownership publicly traded corporations.  I

2   don't think that the party has the capacity to just

3   ride rough shot over the formal governance

4   structures, at least not in the ordinary case.  I

5   would see no reason why it would do that.

6              And I also, and this is a point I meant

7   to make earlier, these are huge enterprises,

8   publicly listed companies, and it takes obvious

9   skill to manage these companies.  How much

10  information does SASAC, sitting in Beijing, or

11  communist party authorities in Beijing, how much

12  capacity do they really have to operate these

13  companies.  So again, might it happen from time to

14  time, it's conceivable.  Is that the way it

15  routinely operates, I'm skeptical of that.

16  BY MR. HUSTON:

17       Q    You mentioned the committee structure or

18  the communist party committee structure within

19  firms.  Can you describe what their purpose is?

20            MR. RUSHING:  Object to the form.

21            THE WITNESS:  I would say their main --

22  well, first, I would say that my scholarship and

23  discussions with people who have direct experience

24  in this suggest that the degree to which these

25  parties are actually functional, varies tremendously

```
 1    really answer that question.  I understand what

 2    corporate expertise is.  I'm not sure I understand

 3    what communist party expertise really would mean.

 4    And I'm not an expert in, kind of, party ideology

 5    and all the rest of that.

 6    BY MR. HUSTON:

 7         Q    Yeah, no.  I think you misunderstood my

 8    question.  My question was, if they've got corporate

 9    expertise on the corporate side and they happen to

10    be communist party members, they would still have

11    that corporate expertise as communist party members,

12    correct?

13              MR. RUSHING:  Object to the form.

14              THE WITNESS:  That seems fair enough.

15    BY MR. HUSTON:

16         Q    Looking at this page 652, the paragraph

17    that's highlighted in the middle of the page.  It

18    says:

19                   "Insofar as corporate governance and

20                   control of state-owned enterprises is

21                   concerned, a state-owned enterprise is

22                   controlled by the Party-state through

23                   the following four mechanisms: (1) the

24                   fundamental discipline of the Communist

25                   Chinese Party requires all Party
```

 1                    members to comply with the Party line;

 2                    (2) the Chinese Communist Party decides

 3                    the appointment and promotion of the

 4                    top executives of state-owned

 5                    enterprises; (3) Party cells within the

 6                    state-owned enterprises convene

 7                    meetings to make important decisions

 8                    for the company and to ensure the

 9                    operation of the company is consistent

10                    with the Party line; and (4)

11                    state-owned enterprise executives

12                    accused of wrongdoing are investigated

13                    by the Chinese Communist Party and

14                    punished under Party discipline."

15            Based on what you've testified before, I

16    assume you disagree to some extent with that

17    paragraph?

18        A    I would have to take these one by one.

19    As to the first one:

20                    "The fundamental discipline of the CCP

21                    requires all Party members to comply

22                    with the Party line."

23            I mean, I don't really know what that --

24    I'm not sure exactly what that means specifically.

25                    Second one:

1                    "The CCP decides of the appointment and

2                    promotion of the top executives of

3                    SOEs."

4             I mean, we discussed this before.  That's

5     certainly not the way the formal process functions.

6     It is SASAC who makes those calls.

7             Third one:

8                    "Party cells within the SOEs convene

9                    meetings to make important decision for

10                    the company and to ensure the operation

11                    of the company is consistent with the

12                    Party line."

13             I frankly disagree with this.  What he

14     may be referring to is the current movement under

15     Xi Jinping, which we have already discussed, to

16     tighten in essence the role of the party to lift up,

17     to elevate the role of the party in SOEs.

18             But I would not agree with this statement

19     based particularly with respect to the relevant time

20     period for our case.

21             And the fourth one:

22                    "SOE executives accused of wrongdoing

23                    are investigated by the CCP and

24                    punished under Party discipline."

25             That certainly could be true.

```
 1        Q    Let's drill down on number three, which

 2   is the party cells within the state-owned

 3   enterprises themselves.  What do you know about

 4   party committees within state-owned enterprises in

 5   the 2007 time period?  What research have you done

 6   or scholarship that would make you knowledgeable on

 7   that subject?

 8        A    I could not speak specifically to the

 9   party cells in a given time period -- in the time

10   period of 2007.

11        Q    Is it your understanding that in that

12   time period those party committees were responsible

13   for reviewing major corporate decisions within

14   state-owned enterprises?

15             MR. RUSHING:  Object to the form.

16             THE WITNESS:  There was a doctrine called

17   something like the three majors and one large

18   policy, in which I guess it was sort of a party -- a

19   policy to -- to be involved in certain major

20   decisions of the SOEs.

21   BY MR. HUSTON:

22        Q    Where did that three majors and one large

23   policy come from?

24             MR. RUSHING:  Object to the form.

25
```

1    BY MR. HUSTON:

2          Q    If you know.

3          A    I don't know.  I couldn't identify the

4    specific act within the government, or the party for

5    that matter.

6          Q    As far as you know, that policy was in

7    place in the 2007 time period, correct?

8          A    I don't know that.  I'm not confident of

9    that.

10         Q    If you can go to page 654 and that first

11   highlighted sentence says that:

12                    "The Constitution of the Communist

13                    Party of China requires all CCP members

14                    to comply with the Party's political

15                    line."

16         I think we've discussed this already, but

17   is it fair to say that you don't feel confident

18   opining on that, the truth of that?

19         A    That's correct.

20         Q    And then the next highlighted portion

21   says:

22                    "Given that all or most of the top

23                    executives and many other employees at

24                    SOEs are CCP members, the obligations

25                    imposed upon the Party members listed

```
 1                    in the previous paragraph have profound

 2                    implications in the corporate

 3                    governance practices of SOEs.  The

 4                    obligations form a general and

 5                    ideological control on the minds and

 6                    behaviors of CCP members, who, from CEO

 7                    to the factory workers, must, at least

 8                    in theory, implement Party policies and

 9                    execute Party orders faithfully when

10                    performing their duties in a

11                    state-owned enterprise."

12              Is it fair to say that you don't feel

13    confident opining on that paragraph as well?

14              MR. RUSHING:  Object to the form.

15              THE WITNESS:  I feel more confident in

16    saying that this is both a very, very broad

17    generalization, and also if you read the next

18    paragraph, he is referring to the current Xi Jinping

19    administration in which there is no question that

20    there has been an emphasis on tightening party

21    control.  So I think this paragraph has to be read

22    in context of the time period, and it is pretty

23    sweeping in its generalization, and it does not

24    comport with my discussions with people about the

25    degree to which communist party ideology is taken
```

```
 1   seriously in China.

 2   BY MR. HUSTON:

 3        Q    Turn to page 656.  The start of the

 4   highlighted section reads:

 5                    "The responsibilities and powers of the

 6                    Party organization in a state-owned

 7                    enterprise are more explicitly stated

 8                    in the 1997 CCP Notice on Party

 9                    Building in SOEs, which requires the

10                    Party organization to supervise the

11                    enterprise in order to ensure that the

12                    CCP line is faithfully implemented, and

13                    authorizes it to 'participate in the

14                    decision-making on material and

15                    important matters of the SOE and

16                    provide support to the factory

17                    leader/general manager, shareholders'

18                    general meeting, board of directors and

19                    supervisory board to perform their

20                    duties according to law.'"

21                    Is that 1997 Communist Party Notice

22   something that you're familiar with?

23        A    No, it's not.

24        Q    Next sentence reads:

25                    "Accordingly, the board of directors or
```

```
 1              MR. RUSHING:  Objection to the form.

 2              THE WITNESS:  Well, I would say "yes" to

 3    the extent that, again, just thinking about what

 4    corporate groups work in any system of corporate

 5    governance, I don't think controlling shareholders

 6    typically are involved in day-to-day control of

 7    their downstream subsidiaries.  And I also take

 8    issue with the fact that controlled by Irico Group

 9    necessarily means -- assuming day-to-day control of

10    Irico Group, which I find hard to believe, I don't

11    see them as step-to day-to-day control by the

12    Chinese government in all these different

13    dimensions.  Seems like an extraordinarily broad

14    statement.

15              THE REPORTER:  It's going to be 8540.

16    (Exhibit 8540 marked for identification.)

17              THE WITNESS:  Thank you.

18    BY MR. HUSTON:

19         Q    Professor, the court reporter has handed

20    you what we marked as Exhibit 8540 entitled,

21    "Missing Link:  Corporate Governance in China's

22    State Sector."  Do you recognize this document?

23         A    I do.

24         Q    How do you recognize it?

25         A    I have read it and I cited it in my
```

```
 1    report.

 2         Q     What is it?

 3         A     It's a report that was commissioned by

 4    the Asia Society.  Dan Rosen, the Rhodium Group, is

 5    an organization that collects data on Chinese

 6    investment, primarily.

 7         Q     And you mentioned that you cited it in

 8    your articles?

 9         A     I cited it in the declaration itself.

10         Q     Oh, I see.

11               What did you rely on this for?

12         A     If you look at footnote 4, it's cited

13    simply for the statistic that 36 percent of market

14    capitalization of the Asia market is comprised of

15    companies whose ultimate controller is SASAC.

16         Q     How reliable is this entity, the Asia

17    Society?

18         A     Well, the Asia Society is not responsible

19    for the content of the report.  I would assume that

20    Dan Rosen, whom I know who is the head, the

21    principal of the Rhodium Group, did most of the work

22    on this, at least with respect to the data in this

23    report, which is how I'm using it.  Rhodium Group is

24    a very well-known organization that collects data on

25    Chinese investment in the United States.
```

1          Q     And is Dan Rosen well-respected?

2          A     I believe so.

3          Q     Turn to page 29 of this report.  The

4    highlighted section reads:

5                     "For state-owned enterprises' listed

6                     subsidiaries, on paper the general

7                     shareholder meeting appoints all

8                     directors.  In practice, however,

9                     appointments of executive directors are

10                    usually pre-determined by the largest

11                    shareholders--the Party state (SASAC

12                    and Central Organization Department).

13                    There is significant overlap between

14                    listed subsidiaries' executive

15                    directors and other managers and those

16                    of the group company, thereby

17                    constituting a potential channel for

18                    Party state influence on

19                    decision-making in listed subsidiaries.

20                    Even formally 'independent' directors

21                    typically have ties to executive

22                    directors or the government, limiting

23                    actual independence and leaving

24                    minority shareholders vulnerable to

25                    decisions that may jeopardize their

1                    interests."

2               Do you agree with that paragraph?

3               MR. RUSHING:  Object to the form.

4               THE WITNESS:  Again, I would need to take

5    this apart.  It's hard to say agree or disagree with

6    several sentences that are saying a variety of

7    different things.

8               As we've already gone over, it is

9    certainly true that SASAC has appointments power

10   with respect to the senior executives in the

11   group-level firms.  It's certainly true that there

12   is "overlap between listed subsidiaries' executive

13   directors" and those in the group company.  That's

14   standard practice in any corporate group anywhere in

15   the world.

16               "Constituting a potential channel for

17   Party state influence on decision-making in listed

18   subsidiaries," well, is there potential for party

19   influence here, that would be true regardless of

20   this appointments power.

21               "Even formally 'independent' directors

22   typically have ties to executive directors or the

23   government," I have no basis for evaluating that --

24   the accuracy of that statement.

25               "Leaving minority shareholders vulnerable

 1   to decisions that may jeopardize their interests,"

 2   well, again, in any corporate governance system,

 3   minority shareholders are vulnerable to decisions

 4   that may jeopardize their interests by the

 5   controller.  That is absolutely not unique to China,

 6   and I don't see how party or SASAC or government

 7   even really factors into that.  It's a fact of life

 8   as a minority shareholder in a controlled corporate

 9   group, certainly true of Korean shareholders, U.S.

10   shareholders as well.

11   BY MR. HUSTON:

12        Q    And the beginning part of this passage

13   indicates that there is a difference between what

14   powers on paper and how they are -- how they play

15   out in practice.  Do you have any understanding of

16   what he's getting at in that passage?

17             MR. RUSHING:  Object to the form.

18             THE WITNESS:  Could you rephrase the

19   question?  I'm not sure exactly what you're pointing

20   to.

21   BY MR. HUSTON:

22        Q    The first sentence says:

23             "For SOEs' listed subsidiaries, on

24             paper the general shareholder meeting

25             appoints all directors, but in

1            practice, appointments of executive

2            directors are usually pre-determined by

3            the largest shareholder--the Party

4            state (SASAC and the Central

5            Organization Department)."

6        A    Well, the phrasing of this --

7            MR. RUSHING:  Object to the form.

8            THE WITNESS:  I'm sorry.  I mean, the

9    phrasing of this, sure, this is put in the context

10   of Chinese organizations, but you could say the same

11   statement about any listed subsidiary of a

12   controlled group anywhere in the world.  I mean, the

13   shareholders formally have the power to elect the

14   board.  Even in the United States, I mean, the

15   average shareholder has no power to elect a board

16   member.  So if you were to say that they're

17   predetermined, well that's true -- you can say

18   that's true of boards in the United States as well.

19   So as a very general statement about how corporate

20   governance systems work everywhere in the world,

21   this seems basically unobjectionable.

22   BY MR. HUSTON:

23       Q    So you don't object to the notion that

24   SASAC and the Central Organization Department

25   generally have the power to appoint executive

 1   directors at state-owned enterprises' listed

 2   subsidiaries?

 3            MR. RUSHING:  Object to the form.

 4            THE WITNESS:  Operating through corporate

 5   channels, yes.  And that's what we see in this very

 6   case.  I saw no evidence that SASAC or the party

 7   were leap-frogging over multiple layers of

 8   enterprises and dictating who would serve on the

 9   board.  This seemed all very routine to me in terms

10   of how a corporate group would operate.

11   BY MR. HUSTON:

12        Q    So they are operating within the

13   channels, the normal channels?

14        A    Yes.

15        Q    If you turn to the next page, page 30.

16   Under the heading, "Party Committee," it says:

17              "In practice, the work of the

18              State-Owned Enterprise Party committees

19              primarily involves personnel and

20              political affairs.  Party committees

21              nominate, approve, and assess senior

22              personnel within the firm, assist

23              selected employees to join the CCP,

24              disseminate political propaganda, and

25              organize study sessions for Party

 1                   members about central-level policies,

 2                   key campaigns, and speeches by top

 3                   leaders like Xi Jinping."

 4           Do you have any quarrel with anything in

 5    that passage?

 6                   MR. RUSHING:  Object to the form.

 7                   THE WITNESS:  Again, I would like to take

 8    it sentence by sentence.

 9    BY MR. HUSTON:

10         Q    Sure.

11         A    "In practice, the work of SOE Party

12    committees primarily involves personnel and

13    political affairs."  That seems accurate to me.

14                   "Party committees nominate, approve, and

15    assess senior personnel within the firm."  Here, I

16    think I would disagree a little bit.  I mean, again,

17    people wear two hats.  They wear a corporate hat and

18    a party hat.  If you're wearing two hats, it's hard

19    to separate out how nominations -- you know, to say

20    the party is doing the nomination, approving, and

21    assessing, et cetera, as opposed -- it's in many

22    cases the same people that we're talking about.

23    They are wearing two hats.  So I think that's a

24    better way to understand what is happening here.

25    It's not as if the party is somehow dictating who is

 1    going to be serving in a corporate capacity.

 2              Do they disseminate political propaganda?

 3    I didn't see that in this case.  I saw it in the

 4    drywall case.  So beyond that, I wouldn't be able to

 5    comment.

 6         Q    And obviously, this passage refers to

 7    present day because it's talking about Xi Jinping.

 8    Is it your understanding that what is described

 9    here, as you just redescribed it, was the case back

10    in the 2007 time period?

11              MR. RUSHING:  Object to the form.

12              THE WITNESS:  I couldn't speak definitely

13    to that time period.  It predates my study.

14    BY MR. HUSTON:

15         Q    Okay.  Thanks.  And then the next

16    highlighted section says:

17              "While the Party committee cannot

18              supercede the board of directors, it

19              can nevertheless influence the board's

20              work through its agenda-setting power.

21              This agenda-setting power derives from

22              the Party committee's authority to

23              discuss major decisions of the firm

24              before they go to the board of

25              directors for final determination."

1              Does that square with your understanding

2   of how the internal party committees work at

3   state-owned enterprises?

4              MR. RUSHING:  Object to the form.

5              THE WITNESS:  Again, I think we have to

6   be very careful about the time period here because

7   he's talking about the present day.  And again, as

8   we've discussed repeatedly, the formal role of the

9   party has been elevated under Xi Jinping.  So I know

10  it goes onto say this is the informal practice,

11  but...

12  BY MR. HUSTON:

13      Q    It actually goes on to say, "This has

14  long been the informal practice."

15      A    The informal practice, but I have no

16  basis for determining how widespread this practice

17  was, et cetera.

18      Q    No basis to determine that one way or the

19  other, correct?

20              MR. RUSHING:  Object to the form.

21              THE WITNESS:  Could you restate the

22  question?

23  BY MR. HUSTON:

24      Q    Yes, yes.  So let's just get that

25  sentence out on the table because we both referred

```
 1    to it.  The next sentence says:

 2                     "This has long been the informal

 3                     practice within state-owned enterprises

 4                     and originated in the 'three majors,

 5                     one large' concept first proposed

 6                     during the Jiang Zemin administration."

 7               And we've already referred to the three

 8    majors, one large concept.

 9               And my question is, you don't have a

10    basis one way or the other to determine what was

11    going on with party committees within state-owned

12    enterprises during that time period, correct?

13               MR. RUSHING:  Object to the form.

14               MR. HUSTON:  With respect to their

15    involvement in these major decisions, I have no

16    basis for affirming or disputing that.

17    BY MR. HUSTON:

18          Q    Okay.  As far as you know, though,

19    this -- actually, strike that.

20               So the next sentence -- or yeah, the next

21    sentence kind of describes the three majors, one

22    large concept.  And does that description look

23    accurate to you?

24               MR. RUSHING:  Object to the form.

25
```

1    BY MR. HUSTON:

2         Q    And just to make it clear, it says:

3                   "This concept calls for the Party

4                   committee to play a role in state-owned

5                   enterprise decision-making when it

6                   touches on macro-level controls,

7                   national strategy, or national security

8                   ('three majors')--or if it involves any

9                   operational and managerial affairs that

10                  are large or important in scope ('one

11                  large')."

12                  MR. RUSHING:  Object to the form.

13                  THE WITNESS:  And the question is?

14   BY MR. HUSTON:

15        Q    The question is, is that description of

16   the three majors, one large concept square with your

17   understanding of that concept?

18        A    I have seen it described elsewhere in

19   similar fashion.

20        Q    And as far as you know, that concept was

21   in place in 2007?

22                  MR. RUSHING:  Object to the form of the

23   question.

24                  THE WITNESS:  Well, as it says here, it

25   may have been an informal practice.  Several lines

```
 1    up, it refers to this as an informal practice.

 2    BY MR. HUSTON:

 3         Q    And then it says:

 4              "While state-owned entity Party

 5              committees themselves have some

 6              discretion to determine specifically

 7              what qualifies as 'major decisions,' a

 8              2004 Party notice provides examples

 9              including enterprise strategy, medium-

10              and long-term development plans, annual

11              budgets, major decisions concerning

12              enterprise asset restructuring and

13              capital management, major personnel

14              affairs, and the creation or adjustment

15              of internal departments."

16              Did you have an understanding -- do you

17    have an understanding of what constituted a major

18    decision under this three majors, one large concept

19    back in 2007?

20              MR. RUSHING:  Object to the form.

21              THE WITNESS:  No.  As I mentioned

22    earlier, I'm not familiar with this 2004 party

23    notice, so I couldn't speak specifically to that.

24    BY MR. HUSTON:

25         Q    What is the function of party notices, if
```

```
 1   you know?

 2        A    I mean, I could only go by the formal

 3   title of Notice.  It doesn't sound particularly

 4   authoritative to me, but I can't speak further to

 5   that.

 6        Q    Just a couple more questions, and I think

 7   we will break for lunch.

 8             Go to page 41, the highlighted section.

 9   The first sentence says:

10             "A common theme throughout the past

11             four decades of corporate governance

12             development in China's state sector is

13             the discrepancy between form and

14             function."

15             I'm not going to read the rest of the

16   paragraph.  Take whatever time if you want to read

17   it, but my only question is, really, whether in your

18   studies of Chinese governance, whether you see a

19   discrepancy between form and function?

20             MR. RUSHING:  Object to the form of the

21   question.

22             THE WITNESS:  Let me take a moment to

23   read that.

24             MR. HUSTON:  Yeah.

25             THE WITNESS:  Okay.  I'm sorry, I forgot
```

1    your question.

2    BY MR. HUSTON:

3        Q    Yeah, the question was, based on your

4    scholarship to the extent it touches on this at all,

5    and you can tell me if it doesn't, whether you see

6    any discrepancy between form and function as a theme

7    when looking at corporate governance in China.

8              MR. RUSHING:  Objection to the form.

9              THE WITNESS:  Well, I'm not sure.  I

10   think I understand what form means and function.

11   I'm a little unclear on what she means by function

12   here.  I would say as a general matter in corporate

13   governance studies, generally, is a gap between what

14   is typically referred to as "law in the books"

15   versus "what happens in practice" is very prevalent;

16   it's very common everywhere.  So if that's what is

17   being referred to here, then I would say it's not

18   surprising that there is some daylight between that.

19   You know, it goes on to talk about how China

20   developed very rapidly and so on -- so a lack of

21   appetite.  I don't really have a basis for

22   evaluating the rest of this sentence -- or the rest

23   of this paragraph honestly.

24   BY MR. HUSTON:

25       Q    Fair enough.  Flipping over to the next

1    page, which is page 22.  The highlighted section

2    says:

3                      "Although analysts often focus on

4                      listed subsidiaries' corporate

5                      governance" --

6         A    I'm sorry, I think --

7         Q    It's -- yeah, it's the second --

8         A    Oh, I see it.  It's not a highlighted

9    passage.

10        Q    Oh, I'm sorry.  I apologize.

11        A    I got it.

12        Q    So the second sentence, top of the page

13   says:

14                     "Although analysts often focus on

15                     listed subsidiaries' corporate

16                     governance, due to immediate commercial

17                     interests and better data availability,

18                     the locus decision-making in Chinese

19                     state-owned enterprises ultimately

20                     resides at the group company level."

21                Do you agree or disagree with that?

22                MR. RUSHING:  Object to the form.

23                THE WITNESS:  I would say, again, this

24   is -- what they're describing seems to me to be a

25   fact in virtually any group structure, corporate

 1   governance structure around the world.  I don't see

 2   anything unique to China with respect to this.

 3   BY MR. HUSTON:

 4        Q    Okay.  So in a U.S. corporation, major

 5   corporation, that's got multiple subsidiaries, would

 6   it be your view that the locus of power would be at

 7   the parent company necessarily or at the subsidiary

 8   level?

 9             MR. RUSHING:  Object to the form.

10             THE WITNESS:  In the United States, it

11   would typically be at the parent company level.

12   BY MR. HUSTON:

13        Q    Okay.  And you don't see any difference

14   between China in that regard and the United States?

15             MR. RUSHING:  Object to the form.

16             THE WITNESS:  Well, of course, there are

17   differences.  Every corporate governance system has

18   its distinctive characteristics.  The locus of power

19   being at the group level or the holding company

20   level, the parent company level, is common to all

21   corporate governance systems.

22   BY MR. HUSTON:

23        Q    Okay.  Any notion why that sentence would

24   be included in here if it's just common, regardless

25   of which jurisdiction you're in?

1              MR. RUSHING:  Object to the form.

2              THE WITNESS:  Well, actually, I'm glad

3    you asked the question because I think that in

4    any -- in describing any system of corporate

5    governance that is foreign to the reader, there is a

6    balance between describing things in a way that is

7    understandable and recognizable to readers and also

8    introducing distinctive elements.  So a lot of this

9    is standard, as I've been emphasizing, kind of

10   standard behavior anywhere, and at the same, the

11   author sprinkles in, you know, those distinctive

12   characteristics.  And it isn't always clear when the

13   author is sprinkling in distinctive characteristics

14   and when they're describing kind of corporate

15   governance norms anywhere.

16   BY MR. HUSTON:

17        Q    From your perspective, this is just a

18   normal corporate governance concept?

19             MR. RUSHING:  Object to the form.

20             THE WITNESS:  Well, I think what they're

21   saying -- specifically saying, although analysts

22   often focus on listed subsidiaries' corporate

23   governance and better data availability, that's

24   really true anywhere.  Listed subsidiaries or listed

25   firms tend to be the focus of corporate governance

1    scholarship because that's where you can get the

2    information.  I think all they're saying here is the

3    group company is -- has the senior executives that

4    are, to some extent, populating these downstream

5    subsidiaries.  Those are the key decision-makers in

6    the firm.  I mean, with respect to these downstream

7    companies.

8    BY MR. HUSTON:

9         Q    And then the next highlighted section

10   says:

11                   "Finally, this historical overview

12                   reveals that greater SOE autonomy from

13                   the state has always come with some

14                   degree of Party participation in SOE

15                   governance.  As SOEs have transformed

16                   from production units in the planned

17                   economy to partially privatized

18                   multinationals today, the Party has

19                   always been present."

20              Do you have any quarrel with that

21   passage?

22              MR. RUSHING:  Object to the form of the

23   question.

24              THE WITNESS:  I mean, the party -- the

25   party has always been present, I mean, it's hard to

 1   argue with that characterization.  These are

 2   partially privatized entities.  No quarrel with

 3   that.

 4                MR. HUSTON:  Why don't we break for

 5   lunch.

 6                (Lunch recess taken.)

 7   BY MR. HUSTON:

 8        Q    All right.  We're back on the record

 9   after lunch.  Professor Milhaupt, you're still under

10   oath.  Do you understand that?

11        A    I do.

12                MR. HUSTON:  Let's mark the next one.

13                THE REPORTER:  It's going to be 8541.

14        (Exhibit 8541 marked for identification.)

15   BY MR. RUSHING:

16        Q    All right, Professor, I have had the

17   court reporter mark as the Exhibit 8541 an article

18   entitled, "We are the (National) Champions:

19   Understanding the Mechanisms of State Capitalism in

20   China."

21                Do you recognize this?

22        A    I certainly do.

23        Q    This is an article that you co-wrote with

24   Li-Wen Lin, correct?

25        A    Correct.

1           I, the undersigned, a Certified Shorthand

2   Reporter of the State of California, do hereby

3   certify:

4           That the foregoing proceedings were taken

5   before me at the time and place herein set forth;

6   that any witnesses in the foregoing proceedings,

7   prior to testifying, were duly sworn; that a record

8   of the proceedings was made by me using machine

9   shorthand, which was thereafter transcribed under my

10  direction; further, that the foregoing is a true

11  record of the testimony given.

12          I further certify I am neither financially

13  interested in the action nor a relative or employee

14  of any attorney or party to this action.

15          IN WITNESS WHEREOF, I have this April 29,

16  2019 subscribed my name.

17

18

19

20  _____

21  ASHLEY SOEVYN
    CSR No. 12019

22

23

24

25