# FRANK C. WARNER
1039 Lake Rest Road
Proctor AR  72376
870-732-4072 / 901-490-6773 (Cell)
fcwmjw@msn.com

---

May 6, 2019



Honorable Judge Jon Tigar
U.S. District Court – Northern District of California
450 Golden Gate Avenue
San Francisco, CA  94102

RE: Cathode Ray Tube (CRT) Antitrust Litigation, Indirect Purchaser, MDL #: 1917, C-07-5944.

Dear Judge Tigar:

Many years ago I was asked to be one of the plaintiff representatives in the above cited legal action. I was asked as it was known that I had purchased a number of computer CRT's for both personal and business use, not for re-sale. I accepted the invitation and became one of the class representatives.

I am also one of the plaintiffs that earlier filed a letter with the court objecting to what I considered to be an extremely low compensation value. My position was that class representatives should share in a minimum of 1% of the value of the settlements as fair and just compensation for representing the entire class.

Now I am writing to specifically ask 'Why is this case being reopened?' I have a PACER account for business use even though I am not a lawyer.

When, about 2 months ago, I checked PACER to see when the funds to class representatives would be disbursed I was stunned to read the many filings that are, to my mind, reopening this case. I have to question not just the legality of reopening a case after settlement, but more importantly, the justification for doing so.

What I have read is that three states, Massachusettes, New Hampshire, and Missouri, are now seeking a cut of the settlement dollars. This must not be allowed! Doing so is a thumb-in-the-eye of every member of the original class.

My participation included being deposed and providing documentation by way of pictures and model numbers of items purchased in addition to providing copies proving actual purchases of the CRT's that are the subject of this lawsuit.

Should this case be reopened the result will be at least 10 – 15 more years many of which will include repeated appeals to the 9th Circuit. The oceans will have covered the earth before this matter is settled.

While I generally have little love for lawyers it is my understanding that they have yet to be reimbursed for their expenses and time from their share of the settlement fund.

## Warner Letter Objecting to Reopening 3:07-cv-05944

Now we have individuals who never participated during the heavy lifting phase of this never-ending litigation seeking to grab pieces of this very large pie who never participated during the real-work phase. Did these Johnny-come-lately's contribute anything in the way of expense advances, documents, depositions, etc?

While tracking action in this case during the time preceeding settlement I noted that deadlines for submissions had regularly been imposed. Where is the justification and legal authorization to reopen an already settled case and create not just unnecessary burdens, both financial and time, to be imposed on original class counsel and, by extension class representatives.

Then there are the thousands of claimants who have been waiting years for their share of the settlement. Granted each share will likely be small but most likely be not greater that $1.00. And the second and third generations succeeding them in death will have no idea why they received a check for $1.00. Indeed, I will be 80 years old this coming July.

I suggest that unless this reopen action is stopped now that every class representative and class members will receive, at most, is $1.00. The lawyers will likely receive a lot more as is the case in most if not all class action settlements.

Should this case be re-opened with the intent of squeezing more money from class defendants, they will take aggressive stances in opposing such a re-opening as well they should.

Those who seek to re-open this once-closed-case should learn that the original case was not filed in secret or under seal. It was public knowledge especially when the total amount of the agreed settlement exceede $500 million dollars.

I'm contemplating sending a copy of this letter to the two Supreme Court Justices with jurisdiction over the 9th Circuit, Justice Elena Kagan and Justice Gorsuch who has jurisdiction over the 8th Circuit in which I live. I will be asking them to look into intervening so as to bring this case to a final close.

While doing so may result in nothing what it will do is provide another window into how the 9th Circuit operates as evidenced by their remanding this eternity long matter back to the District Court for the Northern District of California.

In closing I submit that allowing this case to be re-opened will be a grave injustice to all original parties. Send a message that once a case as been settled it is settled!

Respectfully Submitted,

*[signature]*

/Frank C. Warner  MS, MA
Class Representative for Plaintiffs



Frank Warner
1039 Lake Rest Rd
Proctor, AR  72376-9510

Honorable Jon Tigar
U.S. District Court - Northern Dist
450 Golden Gate Avenue
San Francisco, CA 94102

94102-343206

RECEIVED

MAY 09 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



MEMPHIS TN 380
06 MAY 2019 PM 4

Justice FOREVER 2012