Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, L.L.C., Toshiba America Information Systems, Inc., and Toshiba America Electronic Components, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 07-5944 JST<br>MDL No. 1917<br><br>**NOTICE OF APPEARANCE** |

1  PLEASE TAKE NOTICE that Heather Burke hereby appears in this action as counsel
2 on behalf of defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America
3 Consumer Products, L.L.C., Toshiba America Information Systems, Inc., and Toshiba
4 America Electronic Components, Inc., and requests that all pleadings and other documents be
5 served upon her as follows:

Heather Burke
White & Case LLP
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA 94306
Telephone: (650) 213-0353
Fax: (650) 213-8158
hburke@whitecase.com

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

1   Respectfully submitted,

2   Dated:  May 13, 2019

**WHITE & CASE** LLP

By: */s/ Lucius B. Lau*
Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
701 Thirteenth Street, N.W.
Washington, DC  20005
tel.: (202) 626-3600
fax: (202) 639-9355

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, L.L.C., Toshiba America Information Systems, Inc., and Toshiba America Electronic Components, Inc.*

## **CERTIFICATE OF SERVICE**

On May 13, 2019, I caused a copy of "Notice of Appearance" to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

                                                 */s/ Lucius B. Lau*
                                                 Lucius B. Lau

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005