# Exhibit A

# 陕西省对外经济贸易委员会文件

陕经贸管发〔1987〕006号

★

## 关于接纳彩虹电子进出口公司
## 为你公司分公司的批复

中国电子进出口总公司：

你公司（87）进出综字015号函悉，同意你公司接纳彩虹电子进出口公司为分公司，更名为中国电子进出口总公司彩虹分公司及分公司的章程和商品目录。该公司为中电总公司直属的专业化分公司，其经营范围是：四四〇〇厂及各彩管厂生产所需的进口和产品的出口业务。

彩虹分公司应承担国家进出口计划，计划实行双轨制，按规定向我委报送统计类报，接受对外经济贸易管理部门的归口管理，独立对外，自主经营，直接为四四〇〇厂及各彩管厂服务。财务核算隶属你公司，为便于工作党政关系挂靠四四〇〇厂管理，公司领导的考核、调整、任命由总公司与四四〇〇厂商定，请即办理有关手续。

— 1 —



附：公司章程一份
　　商品目录一份



一九八七年二月九日

抄报：经贸部。
抄送：省政府办公厅、省经委、计委、电子厅、工商行政管理局、外汇管理局、中行西安分行，北京、天津、上海、广州、深圳、西安海关，咸阳市工商行政管理局、四四〇〇厂、彩虹电子进出口公司。

陕西省对外经济贸易委员会办公室    一九八七年二月十日印发
　打　印：程惹梅　　　校　对：郑勤元
                                            - 2 -



# 中国电子进出口总公司

关于接纳彩虹电子进出口公司为我分公司的函

(87)进出综字015号

陕西省经贸委：

你委（87）陕经贸管字第012号文，致函四四○○厂建议将其彩虹电子进出口公司纳为我总公司的一个分公司。此后我们收到了四四○○厂和彩虹电子进出口公司的来函，正式提出要求把彩虹电子进出口公司归属为我总公司的分公司，更名为中国电子进出口总公司彩虹分公司。经请示电子工业部，我总公司欣同意接纳彩虹公司为我分公司。现将有关问题明确如下：

一、彩虹分公司是中国电子进出口总公司下属的一个专业化分公司，是独立对外的经济法人，行政归属我总公司管理，是责、权、利统一的经济实体。对外贸易业务接受经贸部、贵委和我总公司双重领导和管理，承担国家计划，直接为四四○○厂及全国各彩管厂服务。

二、彩虹分公司的人员编制，一九九○年前控制在50人左右为宜。人员组成以现有人员为基础，经我总公司审查后在四四○○厂范

围内做适当的少量调整，以建立起一支政治素质好、有专业知识，懂外贸、会讲外语的外贸专业化队伍。今后分公司的领导考核、调整、任命将以总公司为主，征求有关方面的意见。党政关系挂靠党委管理。

三、分公司的注册资本不变。以85年底公司实有资金2500万元为基数做为流动资金。分公司实行独立经营、进出口统一核算、统负盈亏，由总公司归口统一对财政部核算。彩虹公司现有固定资产不变。

四、分公司法定地址：仍设在四四〇〇厂内。

五、彩虹分公司的经营范围：

主营：1. 彩管生产用的原材料及关键零部件。

2. 彩管生产用的设备、工模具、仪器仪表及其备品备件。

3. 彩管技术开发及技术人才的引进。

4. 彩管及彩管散件进出口业务。

5. 四四〇〇厂的所有进出口业务。

特此函告，请贵委按经贸部的有关规定予以办理。

一九八七年

抄送：电子部计划司、四四〇〇厂、彩虹电子进出口公司、本公司领导、经理办公室、综合处、财务处、人事处、调研室



September 17, 2018

**Certification**

**Park IP Translations**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Simplified Chinese into English of 中国电子进出口彩虹公司-工商档案-1987_ CEIECC registration record 1987.

*Tratcevskaia*

Taisiia Tratcevskaia

Project Manager

Project Number: BBLLP_1809_019

# Document issued by Shaanxi Provincial Commission for Foreign Economic Relations and Trade

**S.J.M.G.F. [1987] No. 000**



Reply on Approval of CEIEC Accepting IRICO Electronics Import & Export Company as Its Subsidiary

To China National Electronics Import & Export Corporation:

    We have received your letter (*(87) J.C.Z.Z. No.015)* and approved of your company accepting IRICO Electronics Import & Export Company as your subsidiary, with its name changed to China National Electronics Import & Export Caihong Co.. Appendixes include the Articles of Association and product catalogue of the subsidiary. Caihong Co. is a professional subsidiary directly under CEIEC and engages in imports of products necessary for the production by the No. 4400 factory (Shaanxi Color Picture Tube General Factory) and various color picture tube manufacturers and exports of relevant products.

    Caihong Co. should operate under the national import and export plan. The double-track system is to be adopted. Caihong Co. should report statistical reports to the Commission as required and is put under the centralized management of the administrative department of foreign economic relations and trade. The company carries out operations on its own as an independent entity and provides direct services for the No. 4400 factory and various color picture tube manufacturers. Financial accounting of Caihong Co. is under your management. For the convenience of work, its party-government relationship is affiliated with the No. 4400 factory, and appraisal, transfer and appointment of company leaders are subject to negotiations between CEIEC and the No. 4400 factory. Please handle relevant procedures immediately.

- 2 -

Appendixes: One Copy of Articles of Association
One Copy of product catalogue



February 9, 1987

| Copy to: | Ministry of Foreign Economic Relations and Trade. |
|---|---|
| Copy to: | General Office of the Shaanxi Provincial People's Government, the Economic & Information Commission of Shaanxi Province, the Planning Committee of Shaanxi Province, Electronics Industry General Office of Shaanxi Province, Shaanxi Provincial Administration of Industry and Commerce, Shaanxi branch of the State Administration of Foreign Exchange, Xi'an Branch of Bank of China, customs authorities in Beijing, Tianjin, Shanghai, Guangzhou, Shenzhen and Xi'an, Xianyang Municipal Administration of Industry and Commerce, the No. 4400 factory, and IRICO Electronics Import & Export Company. |

| Office of Shaanxi Provincial Commission for Foreign Economic Relations and Trade | Issued on February 10, 1987 |
|---|---|
| Printed by: Cheng Huimei | Verified by: Guo Qinyuan |



# China National Electronics Import & Export Corporation

Letter on Accepting IRICO Electronics Import & Export Company as a Subsidiary of CEIEC

**(87) J.C.Z.Z. No.015**

To Shaanxi Provincial Commission for Foreign Economic Relations and Trade:

In the document (*S.J.M.G.Z. No.012*) issued by the Commission and sent to the No. 4400 factory, it is suggested to take IRICO Electronics Import & Export Company as a subsidiary of CEIEC. Thereafter, we received a letter from the No. 4400 factory and IRICO Electronics Import & Export Company with the formal request to take it as a subsidiary of CEIEC and change its name to China National Electronics Import & Export Caihong Co.. Upon asking for the Ministry of Electronics Industry for instructions, we have planned to agree to take IRICO Electronics Import & Export Company as our subsidiary. Relevant issues are hereby set out as below:

I. As a professional subsidiary subordinate to CEIEC, Caihong Co. is an independently-operated economic legal person in which the administrative affairs are in the charge of CEIEC. Caihong Co. comes as an economic entity based on the unity of responsibilities, authority and interests. Its foreign trade businesses are put under the management of the Ministry of Foreign Economic Relations and Trade, the Commission and CEIEC jointly. The company serves the national plan and provides direct services for the No. 4400 factory and color picture tube manufacturers across China.

II. It is advisable that the staff of Caihong Co. is controlled to a number around 50 prior to 1990. Based on the status quo, the personnel composition is subject to a proper and slight adjustment within the No. 4400 factory upon review by CEIEC, in a move to set up a professional foreign trade team equipped with outstanding political caliber, professional knowledge, foreign trade expertise, and foreign language proficiency. From now on, appraisal, transfer and appointment of leaders of the subsidiary will be led by CEIEC, accompanied by solicitation of opinions from

relevant parties. Its party-government relationship is affiliated with the Commission.

III. The registered capital of Caihong Co. will remain unchanged. The paid-up capital of RMB25 million owned by the company at the end of 1985 will serve as the basis of working funds. Caihong Co. engages in independent operation with a unified accounting of imports and exports. Caihong Co. is responsible for both profits and losses. CEIEC conducts centralized accounting under the management of the Ministry of Finance. The existing fixed assets of Caihong Co. will remain unchanged.

IV. Legal address of Caihong Co.: Still in the No. 4400 factory.

V. Scope of business for Caihong Co.:

Main products:
1. Raw materials and key parts and components used for producing color picture tubes.

2. Equipment, tools and molds, instruments and apparatus, and [illegible] used for producing color picture tubes.

3. Development of color picture tube technologies and introduction of technical talents.

4. Import and export businesses relating to the [illegible] of sample tubes and color picture tubes.
5. All import and export businesses of the No. 4400 factory.

The letter is hereby given. Please handle the transfer [illegible] by the Commission in accordance with relevant regulations of the Ministry of Foreign Economic Relations and Trade.

> China National Electronics Import & Export Corporation (Seal)
> January 7, 1987

Copy to: Planning Department of the Ministry of Electronics Industry, the No. 4400 factory, leaders of IRICO Electronics Import & Export Company [illegible], manager's office, general office, finance office, personnel division, and research office.