# Exhibit D

```
 1              IN THE UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF CALIFORNIA
 2                    San Francisco Division

 3     - - - - - - - - - - - - - - - - - -
       IN RE:                             )
 4                                        )
       CATHODE RAY TUBE (CRT)             )Master File No.
 5     ANTITRUST LITIGATION               )07-CV-5944-JST
                                          )
 6                                        )MDL No. 1917
                                          )
 7                                        )
                                          )
 8     - - - - - - - - - - - - - - - - - -

 9                DEPOSITION OF WANG ZHAOJIE

10                   HIGHLY CONFIDENTIAL

11                        VOLUME II

12                Thursday, March 7th, 2019

13                     AT:  9.02 am

14                       Taken at:

15                    Kobre & Kim
                     6/F ICBC Tower
16                   3 Garden Road
                         Central
17                      Hong Kong

18

19

20

21

22

23    Court Reporter:

24    Bron Williams
      Accredited Real-time Reporter
25
```

```
 1                 A P P E A R A N C E S

 2    Appearing for the Direct Plaintiffs:

 3
             STEVEN BENZ
 4           BENJAMIN MARGO
             KELLOGG, HANSEN, TODD, FIGEL & FREDERICK
 5           Sumner Square
             1615 M Street, NW, Suite 400
 6           Washington, DC 20046
             Telephone:  202.326.7929
 7
             DAVID HWU
 8           SAVERI & SAVERI
             706 Sansome Street
 9           San Francisco, CA 94111
             Telephone:  415.217.6810
10

11    Appearing for the Indirect Plaintiffs:

12

13           MS QIANWEI FU
             ZELLE LLP
14           44 Montgomery Street
             Suite 3400
15           San Francisco CA 94104
             Telephone:  415.633.1906
16
             MS LAUREN CAPURRO
17           TRUMP, ALIOTO, TRUMP AND PRESCOTT
             2280 Union Street
18           San Francisco
             CA 94123
19           Telephone:  415.563.7200

20

21

22

23

24

25
```

```
 1
 2
        Appearing for the Defendant:
 3
              STUART PLUNKETT
 4            BRIAN JACOBSMEYER
              KAYLEE YANG
 5            YAN ZHANG
              BAKER BOTTS LLP
 6            101 California Street
              Suite 3600
 7            San Francisco, CA 94111
              Telephone:  415.291.6203
 8

 9            Also present:  Inga Kornev

10                              Videographer

11                              Ms Shing Tang (Irico rep)

12                              Ms Guo Xiao Yan (Irico rep)

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                W I T N E S S   I N D E X
2
3   Witness                                              Page
4   WANG ZHAOJIE (affirmed) .............................7
5        Examination by MR. BENZ (continued)  .......7
6           Examination by MS. CAPURRO  ...........55
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1                      E X H I B I T   I N D E X

2

3  No.              Description                              Page

4  Exhibit 8414 Extract from Chinese ...................17
              Government website
5
   Exhibit 8415  Extract from Chinese ..................23
6             government website

7  Exhibit 8416  Bates number .........................28
              IRI-CRT-00001026 - Articles of
8             association

9  Exhibit 8417 Announcement of ......................37
              self-inspection report
10
   Exhibit 8418 Bates number ..........................43
11            IRI-CRT-0000232 - 2007 annual
              report
12

13

14

15

16

17

18

19

20

21

22

23

24

25

1        VIDEOGRAPHER:  Good morning.  Here begins
2   volume II, media number 1 in the deposition of Wang Zhaojie,
3   in the matter of In Re Cathode Ray Tube (CRT) Antitrust
4   Litigation in the United States District Court, Northern
5   District of California, San Francisco Division, Master File
6   Number 07-CV-5944-JST MDL number 1917.
7        Today's date is  March 7, 2019.  The time on the
8   video monitor is 9.02 a.m.  The certified video operator
9   today is Inga Kornev contracted by US Legal Support.  This
10  video deposition is taking place at Kobre & Kim, ICBC Tower,
11  3 Garden Road, Central, Hong Kong.  Counsel please voice
12  identify yourselves and state whom you represent.
13        MR. BENZ:  Steven Benz from the law firm of
14  Kellogg, Hansen PLLC in Washington DC for the direct
15  purchaser plaintiffs.
16        MR. MARGO:  Benjamin Margo from the Kellogg,
17  Hansen law firm for the direct purchaser plaintiffs.
18        MS. FU:  Qianwei Fu from Zelle LLP in San
19  Francisco for the indirect purchaser plaintiffs.
20        MS. CAPURRO:  Lauren Capurro, Trump, Alioto, Trump
21  & Prescott for the indirect purchaser plaintiffs.
22        MR. HWU:  David Hwu from Saveri & Saveri in San
23  Francisco on behalf of the direct purchaser plaintiffs.
24        MR. PLUNKETT:  Stuart Plunkett of Baker Botts on
25  behalf of the Irico defendants and the witness.

1           MS. YANG:  Kaylee Yang from Baker Botts LLP on
2    behalf of the defendant, Irico defendant.
3           MR. JACOBSMEYER:  Brian Jacobsmeyer from Baker
4    Botts LLP on behalf of the Irico defendants and the witness.
5           MS. SHANG:  Shang Ting.
6           MS. GUO:  Xiaoyan Guo.
7           INTERPRETER:  Kuang-Shai Chao.  I am the
8    interpreter.
9           VIDEOGRAPHER:  The court reporter today is Bron
10   Williams, on behalf of US Legal Support.
11          Would the reporter please swear in the
12   interpreters and the witness.
13          INTERPRETER - Mr Kuang-Shai Chao (sworn)
14     MS QIANWEI FU - (affirmed) - acting as check interpreter
15                        WANG ZHAOJIE
16   having been duly affirmed testified as follows:
17      (All answers were given through the interpreter unless
18                       otherwise indicated)
19    BY MR. BENZ:
20          Q.  Good morning, Mr. Wang.
21          A.  Good morning.
22          Q.  If you could pick up Exhibit 8390, the
23   30(b)(6) deposition notice.
24       (Previously marked exhibit 8390 shown to the witness)
25          A.  Yes.

| | |
|---|---|
| 1 | A. About a couple of weeks ago. |
| 2 | Q. Did you speak with Mr. Guo to prepare for your |
| 3 | testimony here today? At any time? |
| 4 | MR. PLUNKETT: Object to the form. |
| 5 | BY MR. BENZ: |
| 6 | Q. Mr. Wang, there is a question pending, unless |
| 7 | your counsel -- |
| 8 | A. First of all, I worked for this company for |
| 9 | many, many years, and in the sales department, where Mr. Guo |
| 10 | was my supervisor. I also reviewed his declaration. |
| 11 | BY MR. BENZ: |
| 12 | Q. You did not answer my question, Mr. Wang. My |
| 13 | question was: Did you speak with Mr. Guo to prepare for |
| 14 | your deposition here today? |
| 15 | MR. PLUNKETT: Object to the form. |
| 16 | A. Would you please repeat your question? |
| 17 | BY MR. BENZ: |
| 18 | Q. Did you speak with Mr. Guo to prepare for your |
| 19 | deposition? |
| 20 | MR. PLUNKETT: Object to the form. |
| 21 | MR. BENZ: What is the basis for your objection? |
| 22 | It is a simple fact. |
| 23 | MR. PLUNKETT: No. The basis for the objection is |
| 24 | the confusion you have confusion in asking him whether he |
| 25 | spoke to Mr. Guo -- you know, a few days to prepare for |

```
 1              MR. PLUNKETT:  Object to the form.
 2         A.   I'm not very clear about your questions.  As
 3   I said, Mr. Guo was my supervisor long time ago.  We have
 4   regular contact and communication.  In the past.
 5    BY MR. BENZ:
 6         Q.   In the past month have you spoken with
 7   Mr. Guo?
 8         A.   Please be more specific.
 9         Q.   In the past 30 days have you spoken with
10   Mr. Guo?
11         A.   Please be specific about the date.
12              MR. PLUNKETT:  So I would like to advise the
13   witness that to the extent he is able to understand that
14   counsel is asking him if in the past 30 days he has ever
15   spoken to Mr. Guo for any reason, he should provide that
16   information to counsel.
17         A.   I don't remember exactly.
18              MS. FU:  I would like to correct that translation.
19   It should be "I don't recall."  (Chinese spoken).  It is not
20   (Chinese spoken).  (Chinese spoken).
21         A.   (Chinese spoken).
22              INTERPRETER:  The witness said "I don't agree."
23              To clarify, I agree with the check interpreter's
24   comment.
25
```

```
1              INTERPRETER:  (Chinese spoken).
2         A.   I have reviewed 50 documents.  And the
3    relevant informations.
4              (Exhibit 8414 marked for identification)
5         Q.   Mr. Wang, I've handed you what has been marked
6    as Exhibit 8414.
7         A.   Okay.
8         Q.   I will represent to you that it is from
9    a Chinese government website.  The exhibit has the official
10   English version on top, and the official Chinese version
11   underneath.
12             Please take a moment to familiarize yourself with
13   this document.
14        A.   Okay.  It will take a while.
15    BY MR. BENZ:
16        Q.   Mr. Guo(sic), it has been 13 minutes.  You can
17   have as much time as you want to review the document, but
18   I only have a few questions about the document.
19             Sorry:  Mr. Wang.
20        A.   Just take a while, I'm about to finish it.
21        Q.   That's fine.  Thank you.
22        A.   Okay, I'm done.
23        Q.   Mr. Wang, do you know what this document is?
24        A.   This is a company law of the People's Republic
25   of China.
```

1  During that time were you a member of the Chinese Communist

2  Party?

3           A.  Yes.

4           Q.  When you were at Group, your supervisor was

5  Mr. Guo, correct?

6           Was Mr. Guo a member of the Chinese Communist

7  Party?

8           MR. JACOBSMEYER:  Object to the form.

9           A.  Your question is not very precise, because the

10 fact is that I worked for Irico for many, many years, so

11 there is Mr. Guo who worked for many, many years.  There are

12 quite a lot of change in between.  So I'm not quite when you

13 refer to supervisor, I'm not quite sure regarding that

14 point.

15 BY MR. BENZ:

16          Q.  I'm talking about Mr. Guo who authored the

17 declaration that you reviewed.

18          Was Mr. Guo a member of the Chinese Communist

19 Party when he was your supervisor?

20          A.  I don't know.

21          However, there is a requirement, for people who

22 serve as a senior manager in Irico Group, this person

23 supposed to be a member of Chinese Communist Party member.

24          Okay.  The reason I say your question is very

25 vague, is the fact that Mr. Guo joined Irico many, many

1  years ago, and even earlier than me.  He started from
2  a technician at the factory, and become a deputy manager at
3  the glass factory, and then later on he was promoted to the
4  senior management.  As a state-owned corporation, all the
5  senior managers supposed to be the member of the communist
6  party.  This is an amendment by the SASAC, the State-owned
7  Assets Supervision Administration Commission of the State
8  Council.
9              MS. FU:  I would like to make a correction to the
10 last sentence.  "This is a requirement by the SASAC."  Not
11 an amendment.  It is a requirement.
12             INTERPRETER:  Thank you.
13  BY MR. BENZ:
14       Q.  Okay.
15           (Exhibit 8416  marked for identification)
16       Q.  Mr. Wang, I've handed you the exhibit that's
17 been marked 8416.  It was produced by Irico in this
18 litigation with Bates numbers IRI-CRT-00001026 through 27.
19           We have the original Chinese document as well as
20 a certified English translation on top.
21           Please take as long as you would like to review
22 this document.
23       A.  I have reviewed it.
24       Q.  What is this document?
25       A.  This is an articles of association for Irico

```
 1   3.25 billion yuan."
 2             Do you see that?
 3        A.   Yes.
 4        Q.   As Irico Display's corporate designee for
 5   topic 1, is that a correct description of Irico display's
 6   main business goal for 2008 as it was written in 2007?
 7        A.   The question is not very clear.
 8             MS. FU:  I would like the interpreter to try that
 9   one more time.
10             MR. JACOBSMEYER:  I also object to the form of the
11   question.
12             MR. BENZ:  What is the basis for your objection?
13             MR. JACOBSMEYER:  Mischaracterizes when the
14   document was written.
15        A.   Would you mind repeating your question.
16    BY MR. BENZ:
17        Q.   Before I do, Mr. Wang, can you turn back to
18   page 89.
19             Do you see on that page the date, April 23rd,
20   2008?
21        A.   Yes, I saw it.
22        Q.   And the signature shows this report was issued
23   by Irico Display Component Co Ltd board of directors?  Do
24   you see that?
25        A.   Yes.
```

```
1          Q.   This report appears to have been signed by
2    chairman of the board of directors Xing Daoqin, do you see
3    that?
4          A.   Yes.
5          Q.   Please turn back to page 19.
6          A.   Yes.  Go ahead.
7          Q.   You see this sentence under business plan for
8    the new year:
9               "The company's main business goals for 2008:
10   Color tube sales of 15,380,000 and sales revenue of
11   3.25 billion yuan."
12         A.   Yes, I saw it.
13         Q.   As Irico Display's corporate designee for
14   topic 1, is that a correct description of Irico Display's
15   main business goals for 2008 as reported by the board of
16   directors on April 23, 2008?
17         A.   (Chinese spoken) --
18              MS. FU:  I would like the interpreter to try that
19   one more time.  (Chinese spoken) --
20              INTERPRETER:  (Chinese spoken).
21         A.   (Chinese spoken) (Indicates).
22              MS. FU:  Go ahead.
23         A.   What has been written is how it is.  Because
24   it is written as the business plan for the New Year 2008.
25              MR. BENZ:  Thank you Mr. Wang, I'm going to turn
```

1  Shenyang for a while, then I was transferred to Shenzhen for
2  a while before I was relocated back to Shenyang.
3       Q.  That was not my question, Mr. Wang.
4       What I was trying to get at is what were your job
5  responsibilities.  Not what your job history is.
6       A.  When I started to join the company, I work as
7  a sales rep, and I do mainly do sales work.  I remember
8  I also covered the territory in north east area of China.
9  There is a TV factory called Chiamu Shih --
10      INTERPRETER:  C-H-I-A-M-U S-H-I-H.
11      A.  So I was sales rep, and to sell the color
12 tubes.  Then I was transferred to advertisement company.
13 That responsibility probably is not relevant to this
14 litigation case.  Then I went to the Beijing office, or
15 branch office in Beijing.  Also served as a sales rep.  My
16 customer is Beijing TV factory, the brand name is called
17 Mudan.
18      Then I was relocated back to Shenyang.  By that
19 time I went to Shenzhen, I work in one of the offices there,
20 and at that time Mr. Kao Wei was my colleague at Shenzhen.
21 At Shenzhen office my main responsibility is for TCL.  And
22 cover some of the customers in Guangdong province.  Later on
23 I took the responsibility as the director in the department,
24 then I kind of doing administrative or management work.
25 Also covers certain sales work.  For a while I was also

```
 1   responsible for the sales of TCL.  These are the background
 2   that I can recollect.
 3             So then I was transferred to the marketing, and
 4   then supervised the entire sales team.  Then for a while
 5   I was not responsible for the sales issues.  I kind of in
 6   charge of the aftersales service.  That's so much about it.
 7        Q.   Thank you, Mr. Guo (sic), you have given me
 8   a lot to work with.
 9        A.   I try my best.
10        Q.   I appreciate it, thank you.
11        A.   (Chinese spoken).
12        Q.   So you mentioned several specific customers
13   there.  One of them was Chia -- I don't, I'm trying to read
14   off the -- the first customer was Chiamu Shih.  The second
15   customer was Beijing TV factory Mudan, is that correct?
16             Did I state that accurately?
17        A.   Yes, that's correct.
18        Q.   And then when you moved to Shenzhen, you were
19   responsible for customer TCL, is that correct?
20        A.   Yes, for a certain period.  It is just for
21   a certain period.
22        Q.   Do you remember generally what time period
23   that was?
24        A.   I don't quite remember.  In the beginning
25   I was in charge of TCL.  By the time I was transferred to
```