# Exhibit E

```
1            IN THE UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
2                  San Francisco Division

3   - - - - - - - - - - - - - - - - - - -
    IN RE:                              )
4                                       )
    CATHODE RAY TUBE (CRT)              )Master File No.
5   ANTITRUST LITIGATION                )07-CV-5944-JST
                                        )
6                                       )MDL No. 1917
                                        )
7                                       )
                                        )
8   - - - - - - - - - - - - - - - - - - -

9              DEPOSITION OF ZHANG WENKAI

10                HIGHLY CONFIDENTIAL

11                     VOLUME II

12            Tuesday, March 5th, 2019

13                  AT:  9.05 am

14                   Taken at:

15               Kobre & Kim
                 6/F ICBC Tower
16               3 Garden Road
                    Central
17                 Hong Kong

18

19

20

21

22

23  Court Reporter:

24  Bron Williams
    Accredited Real-time Reporter
25
```

```
 1                  A P P E A R A N C E S

 2   Appearing for the Direct Plaintiffs:

 3
              STEVEN BENZ
 4            BENJAMIN MARGO
              KELLOGG, HANSEN, TODD, FIGEL & FREDERICK
 5            Sumner Square
              1615 M Street, NW, Suite 400
 6            Washington, DC 20046
              Telephone:  202.326.7929
 7
              DAVID HWU
 8            SAVERI & SAVERI
              706 Sansome Street
 9            San Francisco, CA 94111
              Telephone:  415.217.6810
10
              MICHAEL MONTAÑO
11            COTCHETT, PITRE & MCCARTHY
              San Francisco Airport Office Centre
12            840 Malcolm Road
              Burlingame, CA 94010
13            Telephone:  650.697.6000

14

15
     Appearing for the Indirect Plaintiffs:
16
              MS QIANWEI FU
17            ZELLE LLP
              44 Montgomery Street
18            Suite 3400
              San Francisco CA 94104
19            Telephone:  415.633.1906

20            MS LAUREN CAPURRO
              TRUMP, ALIOTO, TRUMP AND PRESCOTT
21            2280 Union Street
              San Francisco
22            CA 94123
              Telephone:  415.563.7200
23

24

25
```

```
 1
     Appearing for the Defendant:
 2
             ANDREW LUCARELLI
 3           KAYLEE YANG
             YAN ZHANG
 4           BAKER BOTTS LLP
             The Warner
 5           1299 Pennyslyvania Avenue, NW
             Washington DC 20004-2400
 6           Telephone:  +202.639.1108

 7
             Also present:  Inga Kornev
 8                          Videographer

 9                          Mr Wu Xiao Juen

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
1                    W I T N E S S   I N D E X
2

3    Witness                                              Page

4    MR ZHANG WENKAI (affirmed) ...........................7

5           Examination by MS. FU (continued)   ........7
```

```
 1                  E X H I B I T   I N D E X

 2

 3   No.             Description                           Page

 4   Exhibit 8394 Bates number ...........................31
             IRI-CRT00000956 -
 5
     Exhibit 8395  Bates number ..........................47
 6           IRI-CRT-0000079 - Articles of
             association for Irico Group
 7
     Exhibit 8396  People's Daily .......................51
 8           article

 9   Exhibit 8397 Bates number ...........................57
             IRI-CRT-00003669 - Purchase
10           contract

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1      VIDEOGRAPHER:  Here begins volume II, disk
2   number 1 -- excuse me, media number 1 in the deposition of
3   Zhang Wenkai in the matter of In Re Cathode Ray Tube (CRT)
4   Antitrust Litigation in the United States District Court,
5   Northern district of California, San Francisco Division,
6   Master File No. 07-CV-5944-JST, MDL No. 1917.
7       Today's date is March 5th, 2019, and the time on
8   the video monitor is 9.05 a.m.
9       The certified video operator today is Inga Kornev,
10  contracted by US Legal Support.  This video deposition is
11  taking place at Kobre & Kim, located in ICBC Tower, 3
12  Garden Road, Central, Hong Kong.
13      Counsel please voice identify yourselves and state
14  whom you represent.  And if you are sitting at the table
15  down the end, please speak up because we don't have
16  microphones for you.
17      MS. FU:  Qianwei Fu from Zelle LLP on behalf of
18  the indirect purchaser plaintiffs.
19      MR. HWU:  David Hwu, from Saveri & Saveri, on
20  behalf of direct purchaser plaintiffs.
21      MR. BENZ:  Stephen Benz from the Kellogg, Hansen
22  firm in Washington DC for the direct purchaser plaintiffs.
23      MS. CAPURRO:  Lauren Capurro, Trump, Alioto, Trump
24  & Prescott, for the indirect purchaser plaintiffs.
25      MR. MARGO:  Benjamin Margo, from the Kellogg,

```
 1   Hansen firm, for the direct purchaser plaintiffs.
 2            MR MONTAÑO:  Michael Montaño, Cotchett, Pitre &
 3   McCarthy in Burlingame, California, on behalf of the direct
 4   purchaser plaintiffs.
 5            MR. LUCARELLI:  Andrew Lucarelli, Baker Botts, on
 6   behalf of the Irico defendants and the witness.
 7            MS YANG:  Kaylee Yang from Baker Botts, for
 8   defendant.
 9            MR. WU:  Wu Xiao Juen.
10            VIDEOGRAPHER:  Would all others please state your
11   name for the record.
12            INTERPRETER:  Kuang-Shai Chao, I'm the
13   interpreter.
14            VIDEOGRAPHER:  The court reporter today is Bron
15   Williams on behalf of US Legal Support.  Would the reporter
16   please swear in the interpreters and the witness.
17            INTERPRETER - Mr Kuang-Shai Chao (affirmed)
18    MR DAVID HWU - (affirmed) - acting as a check interpreter
19                      MR ZHANG WENKAI
20   having been duly affirmed, testified as follows:
21     (All answers were given through the interpreter unless
22                     otherwise indicated)
23    BY MS. FU:
24        Q.  Good morning, and welcome back, Mr. Zhang.
25   You testified yesterday morning that with regard to this
```

1      Q.  Are you implying that Irico made a human error
2   or typo when it submitted this report to the Ministry of
3   Finance in 2004?
4            MR. LUCARELLI:  Object to form.
5        A.  I cannot verify how those errors were made.
6            However, with regard to the shareholders'
7   information, between two different companies, we should
8   refer to the commerce registration information.
9    BY MS. FU:
10       Q.  This exhibit shows, at this time, around 2004,
11  Group informed the Government, meaning the Ministry of
12  Finance, it owned CNEICC, correct?
13           MR. LUCARELLI:  Object to form.
14       A.  No.  As I stated earlier, it is a common
15  standard that when you verify the relationship between two
16  companies, the fact should be based on the commerce
17  registration file.
18   BY MS. FU:
19       Q.  So when Irico Group created this document,
20  including the organization chart in attachment 2, are you
21  saying it did not base its information on the commerce of
22  registration?
23           MR. LUCARELLI:  Object to form.
24       A.  I don't know, because I didn't create this
25  document.  Neither do I know who created this document back

```
 1   then.
 2    BY MS. FU:
 3         Q.   So you just said you did not create this
 4   document, you were not the author of this document.  So you
 5   are not qualified to say if this is a typo or human error,
 6   correct?
 7              MR. LUCARELLI:  Object to form.
 8         A.   That is not correct.
 9              If the statement is inconsistent, or it does not
10   reflect the commerce registration file, then it is
11   incorrect.
12    BY MS. FU:
13         Q.   What does the commerce registration say about
14   the relationship between Irico Group and CNEICC around 2004?
15         A.   They are two individual or separate companies.
16              INTERPRETER:  Let me correct.  "It is two
17   independent companies."
18    BY MS. FU:
19         Q.   So are you saying in 2004 Group submitted
20   false information to the Ministry of Finance?
21              MR. LUCARELLI:  Objection, misstates testimony.
22         A.   I didn't understand your question.  Could you
23   repeat your question?
24    BY MS. FU:
25         Q.   Are you saying in 2004 Group submitted false
```