# Exhibit K

总局微信 | 总局微博 | 分享

 **国家市场监督管理总局信用监督管理司**

请输入要查询的内容

首页　　　司局介绍　　　工作动态　　　政策法规　　　理论研究　　　互动

你的位置：首页 > 司局介绍

# 信用监督管理司



　　信用监督管理司，拟订信用监督管理的制度措施；组织指导对市场主体登记注册行为的监督检查工作；组织指导信用分类管理和信息公示工作，承担国家企业信用信息公示系统的建设和管理工作；建立经营异常名录和"黑名单"，承担市场主体监督管理信息和公示信息归集共享、联合惩戒的协调联系工作。

 联系方式　　　 网站地图　　　网站声明

 版权所有：国家市场监督管理总局
网站标识码bm30000012　京ICP备18022388号　京公网安备 11010202008101号
地址：北京市西城区三里河东路八号　邮政编码：100820

 政府网站找错



May 13, 2019

**Certification**

### Park IP Translations

**TRANSLATOR'S DECLARATION:**

I, Bret Newman, hereby declare:

That I possess advanced knowledge of the Chinese and English languages. The attached Chinese into English translation has been translated by me and to the best of my knowledge and belief, it is a true and accurate translation of: Webpage_English

_____

Bret Newman

Project Number: BBLLP_1905_006

Department Introduction

 Monday, May 13, 2019                 SAMR WeChat  SAMR Weibo  Share

 **Department of Credit Supervision and Administration of the State Administration for Market Regulation**

Please enter keywords 🔍

Homepage    Department Introduction    Work News    Policies, Laws and Regulations    Theoretical Research    Interaction

Your location: Homepage > Department Introduction

## Department of Credit Supervision and Administration



The Department of Credit Supervision and Administration formulates institutional measures for credit supervision and management; organizes and guides the supervision and inspection on the registration of market entities; organizes and guides credit classification management and information disclosure, and undertakes the construction and management of the National Enterprise Credit Information Publicity System; and establishes the lists of enterprises with abnormal operations and "blacklists," and undertakes the coordination and communication work for the supervision and management information and public information collection and sharing and joint punishment of market entities.

Contact information    Website map    Website statements

All rights reserved: State Administration for Market Regulation

 Website identification code: bm30000012 Jing ICP Bei No. 18022388

 JingGongWangAnBei No. 11010202008101

Address: No. 8 San Li He Dong Lu, Xicheng District, Beijing

Postal code: 100820

http://www.samr.gov.cn/xyjgs/sjjs/