Mario N. Alioto (56433)
Joseph M. Patane (72202)
Lauren C. Capurro (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2280 Union Street
San Francisco, CA 94123
Telephone: 415-563-7200
Facsimile: 415- 346-0679
Email: malioto@tatp.com
jpatane@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the Indirect Purchaser Plaintiffs*

QIANWEI FU (242669)
ZELLE LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0770
qfu@zelle.com

*Counsel for Indirect Purchaser Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-cv-05944-JST<br><br>MDL No. 1917 |
| This Document Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS | **DECLARATION OF QIANWEI FU IN SUPPORT OF INDIRECT PURCHASER PLAINTIFFS' RESPONSE TO MOTION TO VACATE OR CLARIFY 2010 STIPULATION AND ORDER (DKT. 799)**<br><br>Hearing Date: June 6, 2019<br>Time: 2:00 p.m.<br>Courtroom: 9, 19th Floor<br>Judge: Honorable Jon S. Tigar |

1

I, Qianwei Fu, declare:

1. I am an attorney duly licensed by the State of California and am admitted to practice before this Court. I am a partner with the law firm Zelle, LLP (formerly Zelle, Hofmann, Voelbel & Mason, LLP) ("Zelle") and my firm serves as counsel for the Indirect Purchaser Plaintiffs ("IPPs") in the above-captioned action. I submit this Declaration in support of the IPPs' Response to Motion to Vacate or Clarify 2010 Stipulation and Order, filed herewith. The matters set forth herein are within my personal knowledge and if called upon and sworn as a witness I could competently testify regarding them.

2. Barbara Caldwell, the named plaintiff for Massachusetts at the inception of this litigation, was initially represented by Henry Cirillo of The Furth Firm, LLP.

3. In or around May 2008, The Furth Firm combined certain of its personnel and resources with Zelle. As part of this agreement, Mr. Cirillo and several other attorneys from The Furth Firm joined Zelle in May 2008.

4. This agreement also provided that Zelle would take over responsibility for certain of The Furth Firm's cases and clients. These cases and clients included the CRT case and Barbara Caldwell. Mr. Cirillo remained as the attorney contact for Ms. Caldwell, however.

5. After the transition of The Furth Firm to Zelle, Zelle requested that Ms. Caldwell sign a retention agreement. But Ms. Caldwell never signed the retention agreement.

6. Mr. Cirillo left Zelle and joined another firm in March 2010. Mr. Cirillo then filed a Notice of Appearance on behalf of the "direct purchaser plaintiffs." ECF No. 653.

7. I made several attempts to contact Ms. Caldwell over the course of several months in 2010 but she did not respond. I therefore concluded that Ms. Caldwell no longer wished to pursue her claim.

8. I informed Lead Counsel of my efforts to contact Ms. Caldwell and my conclusion that Ms. Caldwell did not wish to pursue her claim.

//

//

1  I declare under penalty of perjury under the laws of the United States that the foregoing is
2  true and correct.  Executed this 17th day of May 2019 at San Francisco, California.
3
4                                  */s/ Qianwei Fu*
                                    Qianwei Fu
5
6                            ***Counsel for the Indirect Purchaser Plaintiffs***
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

DECLARATION OF QIANWEI FU IN SUPPORT OF INDIRECT PURCHASER PLAINTIFFS' RESPONSE TO MOTION TO VACATE OR CLARIFY THE 2010 STIPULATION AND ORDER,
Master File No. 07-cv-05944-JST; MDL No. 1917