1  BRAD D. BRIAN (State Bar No. 079001)
   brad.brian@mto.com
2  WILLIAM D. TEMKO (State Bar No. 98858)
   william.temko@mto.com
3  E. MARTIN ESTRADA (State Bar No. 223802)
   martin.estrada@mto.com
4  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue
5  Thirty-Fifth Floor
   Los Angeles, CA 90071-1560
6  Telephone:     (213) 683-9100
   Facsimile:     (213) 687-3702
7
   MIRIAM KIM (State Bar No. 238230)
8  miriam.kim@mto.com
   MUNGER, TOLLES & OLSON LLP
9  560 Mission Street
   Twenty-Seventh Floor
10 San Francisco, California 94105-2907
   Telephone:     (415) 512-4000
11 Facsimile:     (415) 512-4077

12 *Attorneys for Defendants LG Electronics, Inc.,
   LG Electronics USA, Inc., and LG Electronics
13 Taiwan Taipei Co., Ltd.*

14

15                     UNITED STATES DISTRICT COURT

16           NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

17 | In re: CATHODE RAY TUBE (CRT) | Case No. Master File No. 3:07-cv-05944-JST
   | ANTITRUST LITIGATION |
18 | | MDL NO. 1917
   | This Document Relates to: |
19 | | **LG ELECTRONICS, INC., LG
   | *All Indirect Purchaser Actions*; | ELECTRONICS USA, INC., AND LG
20 | | ELECTRONICS TAIWAN TAIPEI CO.,
   | | LTD.'S JOINDER IN CHUNGHWA'S
21 | | OPPOSITION TO MOTION TO VACATE
   | | OR CLARIFY 2010 STIPULATION AND
22 | | ORDER**

23 | | Hearing Date:   June 6, 2019
   | | Time:           2:00 p.m.
24 | | Courtroom:      9, 19th Floor
   | | Judge:          Hon. Jon S. Tigar
25

26

27

28

LG Electronics, Inc., LG Electronics USA, Inc., and LG Electronics Taiwan Taipei Co., Ltd. (collectively "LGE") hereby join in the Opposition filed by Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhds. to the Motion to Vacate or Clarify 2010 Stipulation and Order ("CPT Opposition"). *See* Dkt. No. 5483.

Six years ago, LGE and lead counsel for the Indirect Purchaser Plaintiffs ("IPPs") agreed to a class-wide settlement. *See* Dkt. No. 2618. The Court granted final approval of the LGE settlement and entered judgment on April 18, 2014. *See* Dkt. Nos. 2542, 2543. The final judgment was not appealed, and no motion was timely made for relief from the judgment under Rule 60. On June 12, 2014, the Court approved the withdrawal of $500,000 by lead counsel for the IPPs from the LGE settlement fund escrow account to pay expenses incurred or to be incurred in the litigation. *See* Dkt. No. 2618.

Given that the LGE settlement was finally approved by the Court over five years ago, the Ninth Circuit's recent order with respect to certain other settlements between the IPPs and certain defendants (Dkt. No. 5404) has no bearing on the LGE settlement. To the extent the pending motion seeks to alter any prior orders of this Court with respect to LGE, it should be denied for the reasons stated in the CPT Opposition.

Dated: May 23, 2019

Respectfully submitted,

By: ___*s/Miriam Kim*___
MIRIAM KIM (SBN 238230)
miriam.kim@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

*Attorneys for Defendants LG Electronics, Inc., LG Electronics USA, Inc., and LG Electronics Taiwan Taipei Co., Ltd.*