*Gabriel A. Fuentes (pro hac vice)*
JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, IL 60654-3456
Telephone:   +1 312 222 9350
Facsimile:    +1 312 527 0484

*Counsel for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br>ALL ACTIONS | Master File No. 07-cv-05944-JST<br>Case No. 17-cv-04067-JST<br><br>MDL No. 1917<br><br>**NOTICE OF MOTION AND MOTION TO WITHDRAW**<br><br>Judge:   Honorable Jon S. Tigar |

# NOTICE OF MOTION

TO THE CLERK OF COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the following attorney, who has previously entered an appearance as counsel for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US Holdings, Inc., Mitsubishi Electric Visual Solutions America, Inc., (collectively "the Mitsubishi Electric Defendants), hereby withdraws his appearance and requests to be removed from the service list in the above-captioned matter.

Gabriel A. Fuentes
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Telephone: (312) 222 9350
Facsimile: (312) 527 0484
GFuentes@Jenner.com

## MOTION TO WITHDRAW AS COUNSEL

GABRIEL A. FUENTES, counsel for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US Holdings, Inc., Mitsubishi Electric Visual Solutions America, Inc., (collectively "the Mitsubishi Electric Defendants), from the law firm of JENNER & BLOCK LLP, respectfully requests that the Court enter an order allowing Mr. Fuentes to withdraw as counsel for the Mitsubishi Electric Defendants, as Mr. Fuentes is withdrawing from Jenner & Block as of May 31, 2019. The Mitsubishi Electric Defendants will continue to be represented by Jenner & Block in the above-captioned matters.

Respectfully submitted,

Dated: May 23, 2019

JENNER & BLOCK LLP

By: */s/ Gabriel A. Fuentes*
Gabriel A. Fuentes
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
gfuentes@jenner.com

*Counsel for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc.*

**CERTIFICATE OF SERVICE**

On May 23, 2019, I, Gabriel A. Fuentes, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: May 23, 2019             /s/ Gabriel A. Fuentes
                                Gabriel A. Fuentes