1  [ALL COUNSEL LISTED ON SIGNATURE PAGE]
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **NORTHERN DISTRICT OF CALIFORNIA**
10                    **SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-CV-5944-JST |
| | MDL No. 1917 |
| This Document Relates to:<br><br>*ALL ACTIONS* | **JOINT NOTICE OF RESOLUTION OF TRANSLATION OBJECTIONS PURSUANT TO STIPULATION AND ORDER RE TRANSLATION PROTOCOL [ECF NO. 5341]** |
| | Date:      May 30, 2019<br>Time:      2:00 p.m.<br>Judge:     Honorable Jon S. Tigar<br>Courtroom: 9 |

1    Pursuant to the Stipulation and Order re Translation Protocol (ECF No. 5341), Direct
2    Purchaser Plaintiffs, Indirect Purchaser Plaintiffs, and Defendants Irico Group Corporation and Irico
3    Display Devices Co., Ltd. (together "Irico Defendants"), by and through the undersigned counsel,
4    hereby submit this joint notice on the resolution of translation objections in connection with Irico
5    Defendants' motions to dismiss. The parties met and conferred regarding the translation objections
6    and resolved all outstanding translation disputes between the parties on May 17, 2019.

7    **PLEASE TAKE NOTICE THAT**:

8    (1)  Irico Group's Amended Motion to Dismiss IPPs, filed on March 19, 2019, ECF No.
9    5409, is corrected as follows:

10   - At p. 7, lines 1-3 (second bullet point) should read: "'supervise' and perform regular **reviews**
11   to ensure the 'preservation of and increase in the value of State-owned assets' held by Group,
12   SASAC Regs. at Art. 13(5) (*see* Amended Wang Decl. ¶ 33; Amended Plunkett Decl. Ex.
13   22-24 (2005, 2006, and 2007 SASAC notices to Irico Group regarding **review** and evaluation
14   of Group's prior year financial accounts, which included 'level-three or above subsidiaries'
15   of Group));

16   - At p. 8, line 18 should read: "'**State-own[ed] holding enterprise[s]**', and other 'State-owned
17   capital' proceeds); 16 at -588…."

18   (2)  Irico Group's Amended Motion to Dismiss DPPs, filed on March 19, 2019, ECF No.
19   5410, is corrected as follows:

20   - At p. 7, lines 3-5 (second bullet point) should read: "'supervise' and perform regular **reviews**
21   to ensure the 'preservation of and increase in the value of State-owned assets' held by Group,
22   SASAC Regs. at Art. 13(5) (*see* Amended Wang Decl. ¶ 33; Amended Plunkett Decl. Ex. 22-24
23   (2005, 2006, and 2007 SASAC notices to Irico Group regarding **review** and evaluation of
24   Group's prior year financial accounts, which included "level-three or above subsidiaries" of
25   Group));

26   - At p. 8, line 20 should read "'**State-own[ed] holding enterprise[s]**', and other 'State-owned
27   capital' proceeds); 16 at -588…."

28   (3)  Irico Display's Amended Motion to Dismiss IPPs, filed on March 19, 2019 (ECF No.

5411), is corrected as follows:

- At p. 11, lines 12 to 14 should read: "consolidated into Group's financials for purposes of Group's financial **review** and determination of its mandatory capital gains contribution to the state. (Amended Wang Decl. ¶ 62; Amended Plunkett Decl., Ex. 24 at -618 (2007 SASAC letter regarding **review** of Irico Group's consolidated…."
- At p. 16, line 1 should read: "to six years imprisonment for 'accepting bribes as a non-State **functionary**,' and instead imposing a…."

(4)   Irico Display's Amended Motion to Dismiss DPPs, filed on March 19, 2019, ECF No. 5412, is corrected as follows:

- At p. 11, lines 14 to 17 should read: "These reports were fully consolidated into Group's financials for purposes of Group's financial **review** and determination of its mandatory capital gains contribution to the state. (Amended Wang Decl. ¶ 62; Amended Plunkett Decl., Ex. 24 at -618 (2007 SASAC letter regarding **review** of Irico Group's consolidated…."
- At p. 16, line 1 should read: "to six years imprisonment for 'accepting bribes as a non-State **functionary**,' and instead imposing a…."

(5)   The Amended Plunkett Declaration in Support of the Irico Defendants' Amended Motions to Dismiss, filed on March 19, 2019, ECF No. 5413, is corrected as follows:

- Exhibit 1 (ECF No. 5413-1), instances of "state workers" should read "state **functionaries**."
- Exhibit 1, at IRI-CRT-00000018, "Personnel who engage in public business in a State-controlled company" should read: "Personnel who engage in **public service** in a State-controlled company . . . ."
- Exhibit 2 (ECF No. 5413-1), instances of "actual controlling shareholder" should read: "actual controller."
- Exhibit 4 (ECF No. 5413-1), at IRI-CRT-00000512, "Legal representative (signature): [seal: Wei Weiren]" should read: "Legal representative (signature): [seal: **Wu** Weiren]."
- Exhibit 4, at IRI-CRT-00000512, "Prepared by the Ministry of Findings" should read: "Prepared by the Ministry of **Finance** . . . ."
- Exhibit 5 (ECF No. 5413-1), at IRI-CRT-00000527, "consent is hereby given to the company

2

1   bylaws" should read: "consent is hereby given to the company **articles of association**."

2   • Exhibit 8 (ECF No. 5413-2), at IRI-CRT-00000537, "IRICO Group Electronics Company Limited (a State-controlled company) was launched and set up exclusively by IRICO Group[,]" should read: "IRICO Group Electronics Company Limited **was launched and set up exclusively by IRICO Group (a State-owned company)**."

• Exhibit 8 (ECF No. 5413-2), at IRI-CRT-00000537, "IRICO (Hefei) Photovoltaic Company Limited was set up exclusively with an investment from IRICO Group Corporation" should read: "IRICO (Hefei) Photovoltaic Company Limited was set up exclusively with an investment from **IRICO Group Electronics Company Limited**."

• Exhibit 12 (ECF No. 5413-2), at IRI-CRT-00000581, "IRICO Group Electronics Co., Ltd." should read: "IRICO **Electronics Group Company**."

• Exhibit 13 (ECF No. 5413-2), at IRI-CRT-00000583, "IRICO Group Electronics Co., Ltd." should read: "IRICO **Electronics Group Company**."

• Exhibit 22 (ECF No. 5413-3), at IRI-CRT-00000606, "we conducted an audit of your company's 2004 final accounts" should read: "we conducted **a review** of your company's 2004 final accounts."

• Exhibit 22, at IRI-CRT-00000607, "III. Following the audit…" should read: "III. Following the **review**…."

• Exhibit 23 (ECF No. 5413-3), at IRI-CRT-00000613, "We conducted an audit of your company's 2005 final accounts… II. Following the audit…[,]" should read: "We conducted **a review** of your company's 2005 final accounts… II. Following the **review**…."

• Exhibit 23, at IRI-CRT-00000615, "III. Following the audit…[,]" should read: "III. Following the **review**…."

• Exhibit 24 (ECF No. 5413-3), at IRI-CRT-00000619, "The audit has found…[,]" should read "The **review** has found…."

• Exhibit 29 (ECF No. 5413-)], at IRI-CRT-00000634, "It is required that enterprises in the list must be under the direct supervision and management of SASAC[,]" should read: "It is required that **the** enterprises in the list must be **enterprises which the SASAC directly**

3

**supervises and manages**."

- Exhibit 31 (ECF No. 5413-4), at IRI-CRT-00000666, instances of "IRICO Group Electronics Co., Ltd.[,]" should read: "IRICO Electronics Group Company Shaanxi Color Picture Tube General Plant."
- Exhibit 31, at IRI-CRT-00000667 to 668, instances of "Shaanxi Color Picture Tube Factory[,]" should read: "Shaanxi Color Picture Tube General Plant."
- Exhibit 31, at IRI-CRT-00000667 to 668, "social legal entities" should read "legal persons in the society."
- Exhibit 33 (ECF No. 5413-5), at IRI-CRT-00000672, 673, 674, 676, instances of "audit" should read: "deliberate."
- Exhibit 33, at IRI-CRT-00000677, "Please confirm this following the legal schedule." should read: "Please confirm this following the **statutory procedures**."
- Exhibit 36 (ECF No. 5413-5), at IRI-CRT-00000717, the two instances of "LED" in the paragraph under the header (5) Main Problems in Enterprise Investment Activities & Suggestions should read "CRT." The two instances of LED in the chart shown under the header (4) Table: Plan for Acquisitions of Property Rights & Equity Investment Projects in 2007 (in RMB millions) should stay as "LED."
- Exhibit 40 (ECF 5413-6), at IRI-CRT-00000744, "Shaanxi Color Picture Tube Factory" should read: "Shaanxi Color Picture Tube **General Plant**."
- Exhibit 43 (ECF 5413-7), at IRI-CRT-00000787, "a State-controlling enterprise or a State-owned holding enterprise" should read: "a State**-owned holding enterprise or an enterprise with State-owned equity**."
- Exhibit 44 (ECF 5413-7), at IRI-CRT-00000853, "The company is a stock enterprise." should read: "The company is a stock **company**."
- Exhibit 46 (ECF 5413-8), at IRI-CRT-00000907, "Shaanxi Color Picture Tube Plant" should read: "Shaanxi Color Picture Tube **General** Plant."
- Exhibit 49 (ECF 5413-8), at IRI-CRT-00000999, "China Electronics Import and Export IRICO Company" should read: "China **National** Electronics Import and Export IRICO

1  Company."

2  - Exhibit 50 (ECF 5413-8), at IRI-CRT-00001012, "Zhong Qi Ji" should read: "Central Enterprise Disciplinary Committee." "Zhong Ji" should read "CCDI."

(6) Irico Defendants' Reply in Support of their Motions to Dismiss DPPs, filed on May 2, 2019 (ECF No. 5463), is corrected as follows:

- At p. 26, line 3 should read: "CNEIECC was 'a professional **branch**….'"
- At p. 26, line 16 should read: "As a professional **branch** *subordinate to CEIEC*, [CNEIECC] is an…."

(7) Plunkett Declaration in Support of the Irico Defendants' Reply, filed on May 2, 2019, ECF Nos. 5463-1 to 5463-11, is corrected as follows:

- Exhibit A (ECF No. 5463-2), instances of "subsidiary" should read "branch."
- Exhibit A, at p. 7, "For the convenience of work, its party-government relationship is affiliated with the No. 4400 factory, and" should read: "For the convenience of work, its party-government relationship is **affiliated with and managed by** the No. 4400 factory, and . . . ."
- Exhibit A, at p. 10, "Its party-government relationship is affiliated with the Commission." should read: "Its party-government relationship is affiliated with **and managed by** the Commission."
- Exhibit B (ECF No. 5463-3), instances of "China National Enterprise Credit Information Publicity Record" should read: "National Enterprise Credit Information Publicity System."

(8) Irico Defendants' Reply in Support of their Motions to Dismiss IPPs, filed on May 13, 2019 (ECF No. 5480), is corrected as follows:

- At p. 23, line 3 should read: "CNEIECC was 'a professional **branch directly under CEIEC [that] engage[d] in**….'"
- At p. 23, line 15 should read "As a professional **branch** *subordinate to CEIEC*, [CNEIECC] is an…."

(9) The Plunkett Declaration in Support of the Irico Defendants' Reply, filed on May 13, 2019, ECF Nos. 5480-1 to 5480-12, is corrected as follows:

- The Plunkett Declaration (ECF 5480-1) at p. 1, line 9 should read "CEIEC Accepting Irico Electronics Import & Export Company as Its Branch issued by. . ."
- Exhibit A (ECF No. 5480-2), instances of "subsidiary" should read "branch."
- Exhibit A, at p. 7, "For the convenience of work, its party-government relationship is affiliated with the No. 4400 factory, and" should read: "For the convenience of work, its party-government relationship is **affiliated with and managed by** the No. 4400 factory, and . . . ."
- Exhibit A, at p. 10, "Its party-government relationship is affiliated with the Commission[,]" should read: "Its party-government relationship is affiliated with **and managed by** the Commission."
- Exhibit B (ECF No. 5480-3), instances of "China National Enterprise Credit Information Publicity Record[,]" should read: "National Enterprise Credit Information Publicity System."

The Irico Defendants are prepared to refile a corrected version of these documents at the Court's direction.

**PLEASE TAKE FURTHER NOTICE THAT**:

(1)   Indirect Purchaser Plaintiffs' Opposition to the Irico Defendants' Amended Motions to Dismiss, filed on April 12, 2019, ECF No. 5439-4, is corrected as follows:

- Footnote 45 at p. 10 should read: "Ex. 28, CHU00124400 ("Irico 21" PF has been recognized by American customers and **supply can be commenced**.").

(2)   Alioto Declaration in Support of Indirect Purchaser Plaintiffs' Opposition, filed on April 12, 2019, ECF Nos. 5439-6, 8, 10, 12, 14, 16 and 18, is corrected as follows:

- At p. 8, lines 1-2 of Alioto Declaration (ECF No. 5439-6) should read: "Irico 21" PF has been recognized by American customers and **supply can be commenced**."
- Exhibit 28 (ECF No. 5439-16), at CHU00124396_T, "Wang Dianfu only served" should read: "Wang Dianfu will only serve."
- Exhibit 28, at CHU00124396_T, "Yolo" should read: "Yongle."
- Exhibit 28, at CHU00124397_T, "little customers, and it's unsmooth to sell CTV color TV and flat panel television" should read: "limited customers, with poor sales of CTV and flat

1    screen TV."

2  - Exhibit 28, at CHU00124398_T, "about 14"21" export machines" should read: "for 14" and
3    21" export TV sets."

4  - Exhibit 28, at CHU00124398_T, "If it's planned to be manufactured" should read: "If
5    production is planned."

6  - Exhibit 28, at CHU00124398_T, "Those with large screens are sold internally poor" should
7    read: "Domestic sales of large screen TV are relatively low."

8  - Exhibit 28, at CHU00124398_T, "delivered in dollars" should read: "delivered in USD."

9  - Exhibit 28, at CHU00124398_T, "stored and. . ." should read "stocked and. . . ."

10 - Exhibit 28, at CHU00124398_T, "increased for 1.56 times on a year-on-year basis. Its
11   occupancy rate has been increased to about 25%, which was risen from the fourth to parallel
12   top 1 (LG)" should read: "increased by 1.56 times on a year-on-year basis and its occupation
13   rate has reached about 25%, raising its rank from the 4th to the 1st together with LG."

14 - Exhibit 28, at CHU00124398_T, "It's required that a favorable price" should read: "It's
15   requested that a favorable price."

16 - Exhibit 28, at CHU00124401_T and CHU00124403_T, "and can be supplied[,]" should read:
17   "and supply can be commenced."

18    The certified translations of the two Chunghwa documents mentioned above (CHU00124396
19 and CHU00124400) were provided by the Irico Defendants. According to Chunghwa's counsel,
20 these two documents and any references thereto need not be sealed (Declaration of Rachel S. Brass
21 in Support of Indirect-Purchaser Plaintiffs' Administrative Motion to File Documents Under Seal,
22 ECF No. 5477). Indirect Purchaser Plaintiffs are prepared to refile corrected versions of these
23 documents at the Court's direction upon receipt of Irico Defendants' corrected certified translations
24 and after this Court rules on the Indirect Purchaser Plaintiffs' Motion to File Documents Under Seal.

| | |
|---|---|
| Dated: May 24, 2019 | */s/ Stuart C. Plunkett* |
| | John Taladay (*pro hac vice*) |
| | john.taladay@bakerbotts.com |
| | BAKER BOTTS LLP |
| | 1299 Pennsylvania Ave., NW |
| | Washington, D.C. 20004 |
| | Telephone: (202) 639-7700 |
| | Facsimile: (202) 639-7890 |
| | |
| | Stuart C. Plunkett (State Bar No. 187971) |
| | stuart.plunkett@bakerbotts.com |
| | Peter Huston (State Bar No. 150058) |
| | peter.huston@bakerbotts.com |
| | BAKER BOTTS LLP |
| | 101 California Street, Suite 3600 |
| | San Francisco, California 94111 |
| | Telephone: (415) 291-6200 |
| | Facsimile: (415) 291-6300 |
| | |
| | *Attorneys for* |
| | *IRICO GROUP CORP. and* |
| | *IRICO DISPLAY DEVICES CO., LTD.* |
| | |
| | */s/ Mario N. Alioto* |
| | Mario N. Alioto (SBN 56433) |
| | Joseph M. Patane (SBN 72202) |
| | Lauren C. Capurro (SBN 241151) |
| | TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP |
| | 2280 Union Street |
| | San Francisco, CA 94123 |
| | Telephone: (415) 563-7200 |
| | Facsimile: (415) 346-0679 |
| | malioto@tatp.com |
| | jpatane@tatp.com |
| | laurenrussell@tatp.com |
| | |
| | *Lead Counsel for the Indirect Purchaser Plaintiffs* |
| | |
| | /s/ *R. Alexander Saveri* |
| | Guido Saveri (22349) |
| | R. Alexander Saveri (173102) |
| | Geoffrey C. Rushing (126910) |
| | Cadio Zirpoli (179108) |
| | Matthew D. Heaphy (227224) |
| | SAVERI & SAVERI, INC. |
| | 706 Sansome Street |
| | San Francisco, CA 94111 |
| | Telephone: (415) 217-6810 |
| | Facsimile: (415) 217-6813 |
| | |
| | *Lead Counsel for Direct Purchaser Plaintiffs* |