Guido Saveri (22349)
   guido@saveri.com
R. Alexander Saveri (173102)
   rick@saveri.com
Geoffrey C. Rushing (126910)
   grushing@saveri.com
Cadio Zirpoli (179108)
   cadio@saveri.com
Matthew D. Heaphy (227224)
   mheaphy@saveri.com
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Lead Counsel for Direct Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-CV-5944-JST<br><br>MDL No. 1917 |
| This Document Relates to:<br><br>*ALL DIRECT PURCHASER ACTIONS* | **NOTICE OF CORRECTIONS TO DEPOSITION TRANSCRIPT OF CURTIS J. MILHAUPT**<br><br>Date:         May 30, 2019<br>Time:        2:00 p.m.<br>Judge:       Honorable Jon S. Tigar<br>Courtroom:  9 |

1  TO THE COURT, DEFENDANTS, AND THEIR ATTORNEYS OF RECORD IN THIS
2  ACTION:
3      PLEASE TAKE NOTICE that pursuant to the Federal Rules of Civil Procedure Rule 30(e),
4  Direct Purchaser Plaintiffs' expert witness Professor Curtis J. Milhaupt made corrections to the
5  transcript of his April 24, 2019 deposition. On May 28, 2019, Direct Purchaser Plaintiffs served the
6  errata to the deposition transcript of Professor Milhaupt on counsel for Defendants Irico Group
7  Corporation and Irico Display Devices Co., Ltd. (the "Irico Defendants"), and the Indirect
8  Purchaser Plaintiffs. Attached hereto as Exhibit A is a true and correct copy of the errata.
9      The parties have submitted briefing on the Irico Defendants' amended motions to dismiss,
10 wherein Professor Milhaupt's deposition transcript was cited or excerpted: Exhibit F to the
11 Declaration of Stuart C. Plunkett in Support of Irico Defendants' Reply in Support of Irico
12 Defendants' Motions to Dismiss Claims of Direct Purchaser Plaintiffs for Lack of Subject Matter
13 Jurisdiction (ECF No. 5463-7); Direct Purchaser Plaintiffs' Objections to New Evidence in the
14 Irico Defendants' Reply in Support of Their Motions to Dismiss Claims of Direct Purchaser
15 Plaintiffs for Lack of Subject Matter Jurisdiction (ECF No. 5474); and Exhibit E to the Declaration
16 of David Y. Hwu in Support of Direct Purchaser Plaintiffs' Objections to New Evidence (ECF No.
17 5474-1). Attached hereto as Exhibit B is an index with cross-references to the briefing previously
18 submitted.

20 Dated: May 29, 2019

Respectfully submitted,

/s/ *R. Alexander Saveri*
Guido Saveri (22349)
R. Alexander Saveri (173102)
Geoffrey C. Rushing (126910)
Cadio Zirpoli (179108)
Matthew D. Heaphy (227224)
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Lead Counsel for Direct Purchaser Plaintiffs*

# EXHIBIT A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

IN RE: CATHODE RAY TUBE (CRT)
ANTITRUST LITIGATION,

CASE NO. 3:07-CV-5944-JST

Curtis J. Milhaupt

ERRATA

Deposition Date: April 24, 2019

| PAGE | LINE | ORIGINAL | CORRECTION | Reason |
|---|---|---|---|---|
| 12 | 10 | associated | associate | Misspelling. |
| 14 | 20 | based | base, | Incorrect. |
| 14 | 23 | 2000 | 2013 | Incorrect. |
| 17 | 14-15 | state - on | state-owned | Misspelling. |
| 17 | 20 | clarifying | clarification | Misspelling. |
| 18 | 8 | received notification | received no notification | Incorrect |
| 20 | 8 | whether | whether an | Incorrect. |
| 28 | 16 | accepted of | accepted | Incorrect. |
| 50 | 25 | even downstream | even in downstream | Incorrect |
| 59 | 13-14 | in any country – unless given | in any country – given | Incorrect. |
| 60 | 15 | shareholders | shareholder | Misspelling. |
| 61 | 14 | principle | principal | Misspelling. |
| 61 | 15 | company's | companies | Misspelling. |
| 62 | 22 | control and model. | control model. | Incorrect. |
| 64 | 24 | at least a sensible government | at least a level of government | Incorrect. |

| PAGE | LINE | ORIGINAL | CORRECTION | Reason |
|---|---|---|---|---|
| 65 | 14-16 | Again, I – the party-state directly controls not only the personnel but also sometimes the operation of SOEs. | Again, I – "the party-state directly controls not only the personnel but also sometimes the operation of SOEs." | Punctuation. |
| 68 | 2 | company's | companies | Misspelling. |
| 68 | 25 | to that | with that | Incorrect. |
| 69 | 3 | shot | shod | Misspelling. |
| 69 | 13 | companies. | companies? | Punctuation. |
| 70 | 1 | kind of | kind of a | Incorrect. |
| 70 | 5 | sector as | sector is as | Incorrect. |
| 70 | 8 | university elsewhere | universities and elsewhere | Incorrect. |
| 70 | 10 | dovetails with | dovetails with the | Incorrect. |
| 71 | 25 | referring to the | referring to as the | Incorrect. |
| 72 | 9 | Sinopac | Sinopec | Misspelling. |
| 72 | 10 | So I doubt that they are instrumental | So I doubt that they are as instrumental | Incorrect. |
| 81 | 6 | that | what | Incorrect. |
| 92 | 3 | what | how | Incorrect. |
| 92 | 8 | controlled | control | Misspelling. |
| 92 | 11 | see them as step to day-to-day | see this as day-to-day | Incorrect. |
| 93 | 14 | Asia | A share | Incorrect. |
| 96 | 2 | well | Well | Incorrect. |
| 97 | 17 | predetermined | "predetermined," | Punctuation. |
| 101 | 10 | onto | on to | Incorrect. |
| 106 | 11 | she | he | Incorrect. |
| 106 | 13 | generally, is a gap | generally, a gap | Incorrect. |
| 106 | 18 | between that. | between form and function. | Clarification of the record. |
| 106 | 21 | appetite. | appetite for introducing reforms that would curtail SOE leader authority. | Clarification of the record. |
| 114 | 4 | parallel party corporate | parallel party and corporate | Incorrect. |

| PAGE | LINE | ORIGINAL | CORRECTION | Reason |
|---|---|---|---|---|
| 117 | 16 | high-level generality | high level of generality | Incorrect. |
| 123 | 6-7 | And so SASAC, as you formerly remember, | And so SASAC, as a formal matter, | Incorrect. |
| 125 | 13 | irrespective whether | irrespective of whether | Incorrect. |
| 128 | 4-5 | were directed – were directed by SASAC-appointed management of Irico Group. | "were directed – were directed by SASAC-appointed management of Irico Group." | Punctuation. |
| 128 | 6 | is | what | Incorrect. |
| 130 | 9 | irrelevant | relevant | Incorrect. |
| 130 | 18 | company law | Company Law | Incorrect. |
| 133 | 14 | SCC | SEC | Misspelling. |
| 134 | 3 | it's | it | Incorrect. |

ACKNOWLEDGMENT OF DEPONENT

I, _Curtis J. Milhaupt_, do hereby certify that I have read the foregoing pages and that the same is a correct transcription of the answers given by me to the questions therein propounded, except for the corrections or changes in form or substance, if any, noted in the attached Errata Sheet.

May 27, 2019         _[signature]_
DATE                 SIGNATURE

# EXHIBIT B

| PAGE | LINE | ORIGINAL | CORRECTION | REASON | CROSS-REFERENCE |
|---|---|---|---|---|---|
| 12 | 10 | associated | associate | Misspelling. | Exhibit E to the Declaration of David Y. Hwu in Support of Direct Purchaser Plaintiffs' Objections to New Evidence in the Irico Defendants' Reply in Support of Their Motions to Dismiss Claims of Direct Purchaser Plaintiffs for Lack of Subject Matter Jurisdiction ("Hwu Decl. ISO DPPs' Objections to Reply Evidence"), at 12 (ECF No. 5474-1). |
| 14 | 20 | based | base, | Incorrect. | Exhibit E to Hwu Decl. ISO DPPs' Objections to Reply Evidence, at 14 (ECF No. 5474-1). |
| 14 | 23 | 2000 | 2013 | Incorrect. | Exhibit E to Hwu Decl. ISO DPPs' Objections to Reply Evidence, at 14 (ECF No. 5474-1). |
| 17 | 14-15 | state - on | state-owned | Misspelling. | Exhibit E to Hwu Decl. ISO DPPs' Objections to Reply Evidence, at 17 (ECF No. 5474-1). |
| 17 | 20 | clarifying | clarification | Misspelling. | Exhibit E to Hwu Decl. ISO DPPs' Objections to Reply Evidence, at 17 (ECF No. 5474-1). |
| 18 | 8 | received notification | received no notification | Incorrect | Exhibit E to Hwu Decl. ISO DPPs' Objections to Reply Evidence, at 18 (ECF No. 5474-1). |

| PAGE | LINE | ORIGINAL | CORRECTION | REASON | CROSS-REFERENCE |
|---|---|---|---|---|---|
| 20 | 8 | whether | whether an | Incorrect. | Exhibit F to the Declaration of Stuart C. Plunkett in Support of Irico Defendants' Reply in Support of Irico Defendants' Motions to Dismiss Claims of Direct Purchaser Plaintiffs for Lack of Subject Matter Jurisdiction ("Plunkett Decl. ISO Irico's Reply ISO Mots. to Dismiss DPPs for Lack of Jurisdiction"), at 20 (ECF No. 5463-7). |
| 50 | 25 | even downstream | even in downstream | Incorrect | Quoted in Direct Purchaser Plaintiffs' Objections to New Evidence in the Irico Defendants' Reply in Support of Their Motions to Dismiss Claims of Direct Purchaser Plaintiffs for Lack of Subject Matter Jurisdiction ("DPPs' Objections to Reply Evidence"), at 3 (ECF No. 5474). <br><br> "Whether the committees, whether the party performs a role, other than that, **even in downstream** subsidiaries, really, I think depends on the particular company that we're talking about." <br><br> Exhibit E to Hwu Decl. ISO DPPs' Objections to Reply Evidence, at 50 (ECF No. 5474-1). |
| 59 | 13-14 | in any country – unless given | in any country – given | Incorrect. | Exhibit E to Hwu Decl. ISO DPPs' Objections to Reply Evidence, at 59 (ECF No. 5474-1). |

| PAGE | LINE | ORIGINAL | CORRECTION | REASON | CROSS-REFERENCE |
|---|---|---|---|---|---|
| 60 | 15 | shareholders | shareholder | Misspelling. | Quoted in DPPs' Objections to Reply Evidence, at 3-4 (ECF No. 5474).<br><br>"So SASAC is the shareholder, yet in the group-level companies, it's the sole shareholder[]. So obviously it controls the group-level companies."<br><br>Exhibit E to Hwu Decl. ISO DPPs' Objections to Reply Evidence, at 60 (ECF No. 5474-1). |
| 61 | 14 | principle | principal | Misspelling. | Exhibit E to Hwu Decl. ISO DPPs' Objections to Reply Evidence, at 61 (ECF No. 5474-1). |
| 61 | 15 | company's | companies | Misspelling. | Exhibit E to Hwu Decl. ISO DPPs' Objections to Reply Evidence, at 61 (ECF No. 5474-1). |
| 62 | 22 | control and model. | control model. | Incorrect. | Exhibit E to Hwu Decl. ISO DPPs' Objections to Reply Evidence, at 62 (ECF No. 5474-1). |
| 64 | 24 | at least a sensible government | at least a level of government | Incorrect. | Exhibit F to Plunkett Decl. ISO Irico's Reply ISO Mots. to Dismiss DPPs for Lack of Jurisdiction, at 64 (ECF No. 5463-7).<br><br>Exhibit E to Hwu Decl. ISO DPPs' Objections to Reply Evidence, at 64 (ECF No. 5474-1). |

| PAGE | LINE | ORIGINAL | CORRECTION | REASON | CROSS-REFERENCE |
|---|---|---|---|---|---|
| 65 | 14-16 | Again, I – the party-state directly controls not only the personnel but also sometimes the operation of SOEs. | Again, I – "the party-state directly controls not only the personnel but also sometimes the operation of SOEs." | Punctuation. | Exhibit F to Plunkett Decl. ISO Irico's Reply ISO Mots. to Dismiss DPPs for Lack of Jurisdiction, at 65 (ECF No. 5463-7).<br><br>Exhibit E to Hwu Decl. ISO DPPs' Objections to Reply Evidence, at 65 (ECF No. 5474-1). |
| 68 | 2 | company's | companies | Misspelling. | Exhibit F to Plunkett Decl. ISO Irico's Reply ISO Mots. to Dismiss DPPs for Lack of Jurisdiction, at 68 (ECF No. 5463-7). |
| 68 | 25 | to that | with that | Incorrect. | Exhibit F to Plunkett Decl. ISO Irico's Reply ISO Mots. to Dismiss DPPs for Lack of Jurisdiction, at 68 (ECF No. 5463-7).<br><br>Exhibit E to Hwu Decl. ISO DPPs' Objections to Reply Evidence, at 68 (ECF No. 5474-1). |
| 69 | 3 | shot | shod | Misspelling. | Exhibit E to Hwu Decl. ISO DPPs' Objections to Reply Evidence, at 69 (ECF No. 5474-1). |
| 69 | 13 | companies. | companies? | Punctuation. | Quoted in DPPs' Objections to Reply Evidence, at 4 (ECF No. 5474).<br><br>"How much information does SASAC, sitting in Beijing, or communist party authorities in Beijing, how much capacity do they really have to operate these companies**?**"<br><br>Exhibit E to Hwu Decl. ISO DPPs' Objections to Reply Evidence, at 69 (ECF No. 5474-1). |

| PAGE | LINE | ORIGINAL | CORRECTION | REASON | CROSS-REFERENCE |
|---|---|---|---|---|---|
| 92 | 3 | what | how | Incorrect. | Exhibit E to Hwu Decl. ISO DPPs' Objections to Reply Evidence, at 92 (ECF No. 5474-1). |
| 92 | 8 | controlled | control | Misspelling. | Exhibit E to Hwu Decl. ISO DPPs' Objections to Reply Evidence, at 92 (ECF No. 5474-1). |
| 92 | 11 | see them as step to day-to-day | see this as day-to-day | Incorrect. | Exhibit E to Hwu Decl. ISO DPPs' Objections to Reply Evidence, at 92 (ECF No. 5474-1). |
| 93 | 14 | Asia | A share | Incorrect. | Exhibit E to Hwu Decl. ISO DPPs' Objections to Reply Evidence, at 93 (ECF No. 5474-1). |
| 96 | 2 | well | Well | Incorrect. | Exhibit E to Hwu Decl. ISO DPPs' Objections to Reply Evidence, at 96 (ECF No. 5474-1). |
| 97 | 17 | predetermined | "predetermined," | Punctuation. | Quoted in DPPs' Objections to Reply Evidence, at 5 (ECF No. 5474). "So if you were to say that they're **"predetermined,"** well that's true -- you can say that's true of boards in the United States as well." Exhibit E to Hwu Decl. ISO DPPs' Objections to Reply Evidence, at 97 (ECF No. 5474-1). |
| 101 | 10 | onto | on to | Incorrect. | Exhibit E to Hwu Decl. ISO DPPs' Objections to Reply Evidence, at 101 (ECF No. 5474-1). |
| 106 | 11 | she | he | Incorrect. | Exhibit E to Hwu Decl. ISO DPPs' Objections to Reply Evidence, at 106 (ECF No. 5474-1). |

| PAGE | LINE | ORIGINAL | CORRECTION | REASON | CROSS-REFERENCE |
|---|---|---|---|---|---|
| 106 | 13 | generally, is a gap | generally, a gap | Incorrect. | Exhibit E to Hwu Decl. ISO DPPs' Objections to Reply Evidence, at 106 (ECF No. 5474-1). |
| 106 | 18 | between that. | between form and function. | Clarification of the record. | Exhibit E to Hwu Decl. ISO DPPs' Objections to Reply Evidence, at 106 (ECF No. 5474-1). |
| 106 | 21 | appetite. | appetite for introducing reforms that would curtail SOE leader authority. | Clarification of the record. | Exhibit E to Hwu Decl. ISO DPPs' Objections to Reply Evidence, at 106 (ECF No. 5474-1). |