UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: June 6, 2019                                                                                          Judge: Jon S. Tigar

Time: 2:02 – 3:12

Case No.         3:07-cv-05944-JST
Case Name     MDL No. 1917 In Re: Cathode Ray Tube (CRT) Antitrust Litigation

Attorney(s) for Plaintiff(s):        Class Plaintiffs: Joseph Goldberg, John Bogdanov, Tracy Kirkham, Robert Gralewski
Indirect Purchasers: Francis Scarpulla, Christopher Nedeau, Brian Torres, John Crabtree, Patrick Clayton, Mario Alioto, Joseph Pantone, Daniel Birkhaeuser
Omitted Indirect Purchasers: Robert Bonsignore

Attorney(s) for Defendant(s):   Mitsubish Electric: Michael Brody
Toshiba: Christopher Curran, Matthew Frutig
Hitachi: Eliot Adelson
Philips: Erik Koons, Andrew Davies, Kathy Osborn
Technologies Displays Americas, LLC: Donald Wall
Panasonic: Kevin Goldstein

Deputy Clerk: Mauriona Lee                                                     Court Reporter: Katherine Sullivan

PROCEEDINGS

Motions hearing.

RESULT OF HEARING

Arguments heard from parties. Motions taken under submission.