**COUNSEL LISTED ON SIGNATURE PAGE**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 3:07-cv-5944 SC<br>Case No. 17-cv-04067-JST<br><br>MDL No. 1917<br><br>**STIPULATION AND [PROPOSED] ORDER RE MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT** |
| **This document relates to:**<br><br>*Luscher et al. v. Mitsubishi Electric Corp.,* Case No. 17-cv-04067-JST | The Honorable Jon S. Tigar |

1    WHEREAS, at the Case Management Conference on April 9, 2019, Mitsubishi Electric Corporation ("Mitsubishi Electric") and the Indirect Purchaser Plaintiffs ("IPPs") proposed that the Court set a schedule for IPPs to file the motion for preliminary approval of their proposed class action settlement with Mitsubishi Electric, and proposed June 14, 2019 as the date for the opening brief;

WHEREAS, by Order dated April 9, 2019 (ECF No. 5426), this Court set a deadline of June 14, 2019 for the IPPs to file the motion for preliminary approval of the Mitsubishi Electric settlement;

WHEREAS, the proposed plan of allocation for the IPPs' settlement with Mitsubishi Electric is impacted by the IPPs' settlements with the other defendants and will be impacted by any further settlements or agreements reached with the other defendants;

WHEREAS, the Court has referred the parties to the other settlements and the objectors to those settlements to mediation before Magistrate Judge Corley, ECF No. 5427, and has before it motions for appointment of new interim class counsel relating to the settlements;

WHEREAS, the Northern District of California's Procedural Guidance for Class Action Settlements (as amended December 5, 2018) requires that the motion for preliminary approval include a proposed plan of allocation;

WHEREAS, the parties to the Mitsubishi Electric settlement agree that it is necessary to wait until the issues relating to the IPPs' settlements with the other defendants are resolved in the Judge Corley mediation before presenting a proposed plan of allocation for the Mitsubishi Electric settlement; and

WHEREAS, in light of the foregoing, the parties respectfully request that the Court take the motion for preliminary approval of the Mitsubishi Electric settlement off calendar pending resolution of the Judge Corley mediation involving the IPPs and the other defendants.

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE THAT: The date for IPPs to file their motion for preliminary approval of the IPPs' settlement with Mitsubishi Electric set for June 14, 2019 is taken off calendar.

IT IS SO STIPULATED.

Dated: June 7, 2019                                   TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP

                                        By:    */s/ Mario N. Alioto*
                                                MARIO N. ALIOTO, ESQ. (56433)
                                                LAUREN C. CAPURRO, ESQ. (241151)
                                                TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
                                                2280 Union Street
                                                San Francisco, CA  94123
                                                Telephone:  (415) 563-7200
                                                Facsimile: (415) 346-0679
                                                E-mail: malioto@tatp.com
                                                laurenrussell@tatp.com

                                                ***Lead Counsel for Indirect Purchaser Plaintiffs***


Dated: June 7, 2019               By:    */s/ Michael T. Brody*

                                         Terrence J. Truax
                                         ttruax@jenner.com
                                         Michael T. Brody
                                         mbrody@jenner.com
                                         JENNER & BLOCK LLP
                                         353 N. Clark Street
                                         Chicago, IL  60654
                                         Telephone:  (312) 222-9350

                                         **Attorneys for Mitsubishi Electric Corporation**


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


DATED:_____        _____
                                              Hon. Jon S. Tigar
                                              United States District Judge

**STIPULATION AND [PROPOSED] ORDER RE: MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT, Case No. 17-cv-4067-JST, Master File No. 07-cv-05944-JST, MDL No. 1917**