**COUNSEL LISTED ON SIGNATURE PAGE**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 3:07-cv-5944 SC |
| | Case No. 17-cv-04067-JST |
| | MDL No. 1917 |
| | **STIPULATION AND [PROPOSED] ORDER RE MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT** |
| **This document relates to:** | |
| *Luscher et al. v. Mitsubishi Electric Corp.,* Case No. 17-cv-04067-JST | The Honorable Jon S. Tigar |

1

**STIPULATION AND [PROPOSED] ORDER RE: MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT, Case No. 17-cv-4067-JST, Master File No. 07-cv-05944-JST, MDL No. 1917**

1   WHEREAS, at the Case Management Conference on April 9, 2019, Mitsubishi Electric Corporation ("Mitsubishi Electric") and the Indirect Purchaser Plaintiffs ("IPPs") proposed that the Court set a schedule for IPPs to file the motion for preliminary approval of their proposed class action settlement with Mitsubishi Electric, and proposed June 14, 2019 as the date for the opening brief;

WHEREAS, by Order dated April 9, 2019 (ECF No. 5426), this Court set a deadline of June 14, 2019 for the IPPs to file the motion for preliminary approval of the Mitsubishi Electric settlement;

WHEREAS, the proposed plan of allocation for the IPPs' settlement with Mitsubishi Electric is impacted by the IPPs' settlements with the other defendants and will be impacted by any further settlements or agreements reached with the other defendants;

WHEREAS, the Court has referred the parties to the other settlements and the objectors to those settlements to mediation before Magistrate Judge Corley, ECF No. 5427, and has before it motions for appointment of new interim class counsel relating to the settlements;

WHEREAS, the Northern District of California's Procedural Guidance for Class Action Settlements (as amended December 5, 2018) requires that the motion for preliminary approval include a proposed plan of allocation;

WHEREAS, the parties to the Mitsubishi Electric settlement agree that it is necessary to wait until the issues relating to the IPPs' settlements with the other defendants are resolved in the Judge Corley mediation before presenting a proposed plan of allocation for the Mitsubishi Electric settlement; and

WHEREAS, in light of the foregoing, the parties respectfully request that the Court take the motion for preliminary approval of the Mitsubishi Electric settlement off calendar pending resolution of the Judge Corley mediation involving the IPPs and the other defendants.

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE THAT: The date for IPPs to file their motion for preliminary approval of the IPPs' settlement with Mitsubishi Electric set for June 14, 2019 is taken off calendar.

2

**STIPULATION AND [PROPOSED] ORDER RE: MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT, Case No. 17-cv-4067-JST, Master File No. 07-cv-05944-JST, MDL No. 1917**

1  IT IS SO STIPULATED.

2  Dated: June 7, 2019                    TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP

4                               By:   */s/ Mario N. Alioto*
                                      MARIO N. ALIOTO, ESQ. (56433)
5                                     LAUREN C. CAPURRO, ESQ. (241151)
                                      TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
6                                     2280 Union Street
                                      San Francisco, CA  94123
7                                     Telephone:  (415) 563-7200
                                      Facsimile: (415) 346-0679
8                                     E-mail: malioto@tatp.com
9                                     laurenrussell@tatp.com

10                                    *Lead Counsel for Indirect Purchaser Plaintiffs*

13  Dated: June 7, 2019           By:  */s/ Michael T. Brody*

14                                     Terrence J. Truax
                                       ttruax@jenner.com
15                                     Michael T. Brody
                                       mbrody@jenner.com
16                                     JENNER & BLOCK LLP
                                       353 N. Clark Street
17                                     Chicago, IL  60654
                                       Telephone:  (312) 222-9350
18

19                                     **Attorneys for Mitsubishi Electric Corporation**

22       **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

25  DATED:  June 11, 2019                  _____
                                            Hon. Jon S. Tigar
26                                          United States District Judge

---

3

**STIPULATION AND [PROPOSED] ORDER RE: MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT, Case No. 17-cv-4067-JST, Master File No. 07-cv-05944-JST, MDL No. 1917**