Terry Gross (103878)
GROSS & BELSKY P.C.
201 Spear Street, Suite 1100
San Francisco, CA 94105
Telephone: (415) 544-0200
Facsimile: (415) 544-0201
Email: terry@grossbelsky.com

*Counsel for Class Representative Steven Ganz*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 3:07-cv-5944-JST |
| | MDL No. 1917 |
| This Document Relates to: | **NOTICE OF SUBSTITUTION OF COUNSEL; [PROPOSED] ORDER** |
| *Ganz v. Chunghwa Picture Tubes, Ltd., et al.,* Case No. 3:08-cv-01721 | Honorable Jon S. Tigar |
| ALL INDIRECT PURCHASER ACTIONS | |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE THAT Plaintiff Steven Ganz hereby substitutes Gross & Belsky P.C. in place of Cooper & Kirkham, P.C. as counsel of record in this action. The contact information for new counsel is as follows:

> Terry Gross (103878)
> GROSS & BELSKY P.C.
> 201 Spear Street, Suite 1100
> San Francisco, CA 94105
> Telephone: (415) 544-0200
> Facsimile: (415) 544-0201
> Email: terry@grossbelsky.com

DATED: June 11, 2019          By: _____
                                  Steven Ganz
                                  Plaintiff

Gross & Belsky P.C. hereby accepts this substitution.

DATED: June 11, 2019          GROSS & BELSKY P.C.

                              By: _____/s/_____
                                  Terry Gross

Cooper & Kirkham, P.C. hereby consents to the above substitution of counsel.

DATED: June 11, 2019          COOPER & KIRKHAM, P.C.

                              By: _____/s/_____
                                  John D. Bogdanov

The above substitution of counsel is approved and IT IS SO ORDERED.

DATED: _____, 2019     _____
                              HONORABLE JON S. TIGAR
                              UNITED STATES DISTRICT JUDGE

**ATTESTATION**

Pursuant to Civil L.R. 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from the other signatories hereto.

DATED: June 11, 2019                    GROSS & BELSKY P.C.


                                        By:_____/s/_____
                                                Terry Gross

# CERTIFICATE OF SERVICE

On June 13, 2019, I caused a copy of "Notice of Substitution of Counse; [Proposed] Order" to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

*/s/ Mary B. Parker*
Mary B. Parker