

One Sansome Street, 35th Floor  
San Francisco, CA 94104

Direct: 415.613.1414  
tmoore@aliotolaw.com

*<u>Via CM/ECF</u>*

The Honorable Jon S. Tigar  
U.S. District Court for the  
Northern District of California  
450 Golden Gate Avenue  
San Francisco, CA 94102

Re**:**   *In re: Cathode Ray Tube (CRT) Antitrust Litigation*, MDL No. 1917

Dear Judge Tigar:

All parties have been unable to reach agreement on a proposed order for Omitted Class Plaintiffs' Motion to Vacate or Clarify 2010 Stipulation and Order (Dkt. 799), filed as Dkt. 5469. In accordance with the Court's statements made at the hearing on June 6, 2019, we therefore will not be filing a joint proposed order agreed upon by the parties.

Respectfully,

*/s/ Theresa D. Moore*  
Theresa D. Moore

cc:   All counsel of record (by CM/ECF)