ALLEN & OVERY LLP
Michael S. Feldberg (*pro hac vice*)
John Roberti (*pro hac vice*)
Andrew Rhys Davies (*pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 610-6300
Facsimile: (212) 610-6399
Email: michael.feldberg@allenovery.com
       john.roberti@allenovery.com
       andrewrhys.davies@allenovery.com

*Attorneys for Defendants Samsung SDI Co., Ltd.; Samsung SDI America, Inc.; Samsung SDI Mexico S.A. De C.V.; Samsung SDI Brasil Ltda.; Shenzhen Samsung SDI Co., Ltd.; Tianjin Samsung SDI Co., Ltd.; and Samsung SDI (Malaysia) Sdn. Bhd.*

[Additional Responding Parties and Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No.: 07-cv-05944 JST<br><br>MDL No. 1917 |
| This document relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS | **DEFENDANTS' NOTICE OF FILING PROPOSED ORDER ON MOTION TO VACATE OR CLARIFY 2010 STIPULATION AND ORDER** |

Further to the argument on June 6, 2019, Defendants hereby file their proposed order on the Motion to Vacate or Clarify 2010 Stipulation and Order (ECF No. 5469). Defendants and movants have met and conferred, and have been unable to agree on a form of order to propose jointly to the Court.

Defendants submit this proposed order recognizing that the Court has rejected their arguments in opposition to the motion to vacate or clarify, as set forth in Defendants' opposition (ECF No. 5484) and at argument on June 6, 2019. The proposed order is respectfully submitted subject to those arguments.

Defendants also respectfully request that the Court consider the Defendants' request made at argument on June 6, 2019 to deny the motion without prejudice to renewal if and when an actual, concrete dispute arises between the parties as to whether the 2010 Stipulation and Order prevents the assertion of any claim.

If, consistent with the Court's tentative ruling, the Court enters an order granting the motion at this stage, Defendants' proposal to vacate Paragraph 5 of the 2010 Stipulation and Order prospectively achieves the objective that movants have articulated, *i.e.* to ensure that it does not prevent the future assertion of claims.

Unlike movants' proposed order (ECF No. 5469-1), Defendants' proposal avoids the confusion that was evident at argument on June 6, 2019 about the potential effect of vacating the 2010 Stipulation and Order in its entirety. In particular, Defendants' proposed order avoids any argument that the Court is vacating the dismissal of state-law damages claims that certain putative class representatives asserted in the Second Amended Complaint, and that were dismissed by the Special Master's September 2010 report and recommendation (ECF No. 768) as adopted in the 2010 Stipulation (ECF No. 799, ¶¶ 1-4). Those dismissed claims include the

individual state-law damages claims asserted by the former putative representative from Arkansas (Jerry Cook), *see* ECF No. 768, at 3-4, and from Massachusetts (Barbara Caldwell), *see id.* at 8, 12-14, and the damages claims asserted under Montana law in the absence of any putative class representative from that State, *see id.* at 4-5.

Although Defendants recognize that the Court has rejected their rule-of-mandate argument as a general matter, the "good cause" standard that governs a district court's inherent power to vacate its own interlocutory order does not authorize the Court to vacate its prior dismissal of claims.[1] Insofar as the 2010 Stipulation and Order dismissed claims, it is not interlocutory because it merged into the July 2016 final judgment. *See Indep. Living Ctr. of S. California, Inc. v. Kent*, 909 F.3d 272, 285 (9th Cir. 2018) (citing *Am. Ironworks & Erectors, Inc. v. N. Am. Constr. Corp.*, 248 F.3d 892, 897 (9th Cir. 2001)). And because this matter is before the Court on remand, this Court cannot "revisit its already final determinations unless the mandate allowed it." *United States v. Thrasher*, 483 F.3d 977, 981-82 (9th Cir. 2007) (quotation marks omitted). The mandate does not authorize this Court to revisit the dismissals effected by the 2010 Stipulation and Order. To the contrary, as none of the plaintiffs whose claims were dismissed by the 2010 Stipulation and Order filed appeals, the Ninth Circuit could not have reversed those dismissals. *See Le v. Astrue*, 558 F.3d 1019, 1022 (9th Cir. 2009) (party's failure to file a notice of appeal "creates a jurisdictional bar").

Defendants respectfully request the opportunity to be heard before the Court enters any order differing from Defendants' proposal.

---

[1] In *City of Los Angeles, Harbor Division v. Santa Monica Baykeeper*, 254 F.3d 882 (9th Cir. 2001), the district court was permitted to rescind its order certifying an appeal under 28 U.S.C. § 1292(b) for "good cause" precisely because that order remained interlocutory, as the district court acted before the Ninth Circuit accepted the certified interlocutory appeal. *See id.* at 885-86.

2

NOTICE OF FILING PROPOSED ORDER ON MOTION TO VACATE OR CLARIFY 2010 STIPULATION & ORDER

CASE NO. 3:07-CV-05944-JST

| | | |
|---|---|---|
| 1 | Dated: June 14, 2019 | Respectfully submitted, |
| 2 | | |
| 3 | | /s/ *Andrew Rhys Davies* |
| | | ALLEN & OVERY LLP |
| 4 | | MICHAEL S. FELDBERG |
| 5 | | michael.feldberg@allenovery.com |
| | | ANDREW RHYS DAVIES |
| 6 | | andrewrhys.davies@allenovery.com |
| | | 1221 Avenue of the Americas |
| 7 | | New York, NY 10020 |
| 8 | | Telephone:  (212) 610-6300 |
| | | Facsimile:   (212) 610-6399 |
| 9 | | JOHN ROBERTI |
| 10 | | john.roberti@allenovery.com |
| | | ALLEN & OVERY LLP |
| 11 | | 1101 New York Avenue NW |
| 12 | | Washington, DC 20005 |
| | | Telephone:  (202) 683-3800 |
| 13 | | Facsimile:   (212) 610-6399 |

*Attorneys for Defendants Samsung SDI Co., Ltd.; Samsung SDI America, Inc.; Samsung SDI Mexico S.A. De C.V.; Samsung SDI Brasil Ltda.; Shenzhen Samsung SDI Co., Ltd.; Tianjin Samsung SDI Co., Ltd.; and Samsung SDI (Malaysia) Sdn. Bhd.*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

*/s/ Jeffrey L. Kessler*
WINSTON & STRAWN LLP
JEFFREY L. KESSLER
jkessler@winston.com
EVA W. COLE
ewcole@winston.com
200 Park Avenue
New York, NY 10166
Telephone:     (212) 294-6700
Facsimile:      (212) 294-4700

KEVIN B. GOLDSTEIN
kbgoldstein@winston.com
35 W. Wacker Drive
Chicago, IL 60622
Telephone:     (312) 558-5600
Facsimile:      (312) 558-5700

WEIL, GOTSHAL & MANGES LLP
DAVID L. YOHAI
david.yohai@weil.com
ADAM C. HEMLOCK
adam.hemlock@weil.com
DAVID YOLKUT
david.yolkut@weil.com
767 Fifth Avenue
New York, NY 10153-0119
Telephone:     (212) 310-8000
Facsimile:      (212) 310-8007

*Attorneys for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), and MT Picture Display Co., Ltd.*

|   |   |
|---|---|
| 1 | /s/ *John M. Taladay* |
| 2 | BAKER BOTTS LLP<br>JOHN M. TALADAY |
| 3 | ERIK T. KOONS<br>1299 Pennsylvania Avenue, NW |
| 4 | Washington, DC 20004-2400<br>202.639.7700 |
| 5 | 202.639.7890 (fax)<br>Email: john.taladay@bakerbotts.com |
| 6 | Email: erik.koons@bakerbotts.com |

*Attorneys for Defendants Koninklijke Philips, N.V., Philips North America Corporation, Philips Taiwan Limited, and Philips do Brasil, Ltda*

/s/ *Kathy L. Osborn*
FAEGRE BAKER DANIELS LLP
KATHY L. OSBORN
Email: kathy.osborn@FaegreBD.com
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000

JEFFREY S. ROBERTS
Email: jeff.roberts@FaegreBD.com
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203
Telephone: (303) 607-3500
Facsimile: (303) 607-3600

*Attorneys for Defendants Thomson SA and Thomson Consumer Electronics, Inc.*

|   |   |
|---|---|
| 1 | /s/ *Donald A. Wall* |
| 2 | SQUIRE PATTON BOGGS (US) LLC<br>DONALD A. WALL |
| 3 | Email: donald.wall@squirepb.com<br>1 East Washington Street, Suite 2700 |
| 4 | Phoenix, AZ 85004<br>Telephone: (602) 528-4005 |
| 5 | Facsimile: (602) 253-8129 |

*Attorneys for Defendants Technologies Display Americas LLC*

/s/ *Eliot A. Adelson*
KIRKLAND & ELLIS LLP
ELIOT A. ADELSON
Email: eadelson@kirkland.com
555 California Street, 27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1413
Facsimile: (415) 439-1500

*Attorneys for Defendants Hitachi Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display, Inc.), Hitachi Asia, Ltd., Hitachi America, Ltd., and Hitachi Electronic Devices (USA), Inc.*

/s/ *Christopher M. Curran*
WHITE & CASE LLP
CHRISTOPHER M. CURRAN
ccurran@whitecase.com
LUCIUS B. LAU
alau@whitecase.com
DANA E. FOSTER
defoster@whitecase.com
701 Thirteenth Street, N.W.
Washington, DC  20005
tel.: (202) 626-3600
fax: (202) 639-9355

*Attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No.: 07-cv-05944 JST<br><br>MDL No. 1917<br><br>**[PROPOSED] ORDER VACATING 2010 STIPULATION AND ORDER** |
| This document relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS | |

Having reviewed the Motion to Vacate or Clarify the 2010 Stipulation and Order Modifying and Adopting Special Master's Report, Recommendations and Tentative Rulings Regarding Defendants' Joint Motion to Dismiss the Second Amended Complaint of the Indirect Purchaser Plaintiffs (the "2010 Stipulation and Order") (ECF No. 799), and papers filed in connection therewith, and having heard argument, and finding good cause, the Court hereby **GRANTS** the Motion as follows:

1. Paragraph 5 of the 2010 Stipulation and Order is vacated prospectively.

2. Except as provided in Paragraph 1 above, the 2010 Stipulation and Order is undisturbed. Without prejudice to the generality of the foregoing sentence, the Court does not vacate (a) Paragraphs 1-4 of the 2010 Stipulation and Order, or (b) Paragraph 5 of the 2010 Stipulation and Order to the extent it authorized the filing of a Third Amended Complaint.

_____
Honorable Jon S. Tigar
United States District Judge

Dated: