Mario N. Alioto (56433)
Joseph M. Patane (72202)
Lauren C. Capurro (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2280 Union Street
San Francisco, CA 94123
Telephone: 415-563-7200
Facsimile: 415- 346-0679
Email: malioto@tatp.com
jpatane@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the*
*Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MASTER FILE NO. 07-cv-5944 JST |
| | MDL NO. 1917 |
| This Document Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS | **INDIRECT PURCHASER PLAINTIFFS' OBJECTION TO OBJECTORS' PROPOSED FORM OF ORDER GRANTING MOTION TO VACATE 2010 STIPULATION AND ORDER** |

At the hearing on this matter on June 6, 2019, the Court's tentative ruling was to vacate the 2010 Stipulation and Order.  However, after oral argument, the Court afforded the parties the opportunity to try to reach a stipulation on this matter.  The parties have met and conferred on this stipulation, but not all parties were able to agree.

The Indirect Purchaser Plaintiffs ("IPPs") continue to believe that it is not necessary to vacate the 2010 Stipulation and Order, for the reasons set forth in their opposition papers and at the hearing.  At most, the Court need only clarify—as Objectors' alternative motion to clarify requested, and as all parties agreed—that the 2010 Stipulation and Order does not prohibit the addition of new state law claims or named plaintiffs through amendment of the complaint.  *See* ECF No. 5469 at 11-12 (Objectors' opening motion requesting that, as an alternative to vacating the Stipulation and Order, the Court clarify that it "shall not prohibit the addition of new state law claims or named plaintiffs through amendment of the complaint.").

However, if the Court is still inclined to vacate the Stipulation and Order, it should vacate only those provisions that the Court believes could be read to prejudice the rights of absent class members (such as Objectors).  There is no need for the Court to vacate the Stipulation and Order *in toto*, as set forth in the proposed form of Order submitted by the Objectors.

Dated: June 14, 2019                    Respectfully submitted,

By:   */s/ Mario N. Alioto*
        MARIO N. ALIOTO (56433)
        LAUREN C. CAPURRO (241151)
        **TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP**
        2280 Union Street
        San Francisco, California 94123
        Telephone: (415) 563-7200
        Facsimile: (415) 346-0679

        *Lead Counsel for the Indirect Purchaser Plaintiffs*