

One Sansome Street, 35th Floor	Direct: 415.613.1414
San Francisco, CA 94104	tmoore@aliotolaw.com

<u>*Via CM/ECF*</u>	June 15, 2019

The Honorable Jon S. Tigar
U.S. District Court for the
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

      Re**:**   *In re: Cathode Ray Tube (CRT) Antitrust Litigation*, MDL No. 1917

Dear Judge Tigar:

      Because both the Defendants and the Indirect Purchaser Plaintiffs ("IPP") chose to disregard Your Honor's admonition at the June 6th hearing regarding any stipulation reserving the Maine claims contained in the 2010 Stipulation and Order, and out of an abundance of caution, the undersigned proposed co-lead counsel for the nine Omitted Repealer States ("ORS"), for whom we filed an appearance on June 12th, are sending Your Honor their proposed stipulation protecting the Maine claims only, just as Your Honor requested be done. A copy of our proposed stipulation is attached hereto as Exhibit A.

      We respectfully suggest that neither the Defendants' nor the IPPs' proposals comply with Your Honor's request for a simple stipulation, but rather contain further arguments on issues on which Your Honor has already ruled against them, and is essentially a motion for reconsideration without complying with the procedural requirements of such a motion.

      Respectfully yours,

| Robert J. Bonsignore | /s/ *Francis O. Scarpulla* | /s/ *Theresa D. Moore* |
|---|---|---|
|  | Francis O. Scarpulla | Theresa D. Moore |
| /s/ *Brian M. Torres* |  |  |
| Brian M. Torres | /s/ *John G. Crabtree* | /s/ *Christopher A. Nedeau* |
|  | John G. Crabtree | Christopher A. Nedeau |

*Proposed Co-Lead Counsel for Omitted Repealer States*

cc:	All counsel of record (by CM/ECF)