**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 3:07-cv-5944-JST |
| | MDL No. 1917 |
| This Document Relates to:<br><br>All Indirect-Purchaser Actions. | **[PROPOSED] ORDER VACATING STIPULATION AND ORDER MODIFYING AND ADOPTING SPECIAL MASTER'S REPORT, RECOMMENDATIONS AND TENTATIVE RULINGS REGARDING DEFENDANTS' JOINT MOTION TO DISMISS THE SECOND AMENDED COMPLAINT OF THE INDIRECT PURCHASER PLAINTIFFS (ECF No. 799)** |

1  WHEREAS, now before the Court is Omitted Class Plaintiff Repealer States' Motion to Vacate or Clarify the 2010 Stipulation and Order Modifying and Adopting Special Master's Report, Recommendations and Tentative Rulings Regarding Defendants' Joint Motion to Dismiss the Second Consolidated Amended Complaint of the Indirect Purchaser Plaintiffs ("Stipulated Order") (ECF No. 799) ("Motion"), ECF No. 5469; and

WHEREAS, at the June 6, 2019 hearing on the Motion, the Court noted that all parties agree that the Stipulated Order could not bind absent class members; and

WHEREAS, the Court stated at the hearing in its oral tentative ruling on the Motion: "… the Court grants the motion to vacate … and … vacates the 2010 order except the following provisions of that order …". (Reporters' Transcript, ECF No. 5499, p. 52:9-13).

NOW, THEREFORE, for good cause and for the reasons stated on the record at the hearing on June 6, 2019, the 2010 Stipulated Order shall be vacated except with respect to Paragraph 5.a. as it relates to the provisions allowing Indirect-Purchaser Plaintiffs to file a Third Consolidated Amended Complaint naming "plaintiffs in … Maine claiming injury under … Maine law." (ECF No. 799.)

**IT IS SO ORDERED.**

Dated: June 15, 2019

_____
Hon. Jon S. Tigar
United States District Judge

Approved as to Form:

*/s/ Theresa D. Moore*_____
Theresa D. Moore
LAW OFFICES OF THERESA D. MOORE PC
One Sansome Street, 35th Floor
San Francisco, CA 94104
Telephone: (415) 613-1414
tmoore@aliotolaw.com

Counsel for the Omitted Repealer States

///