Terry Gross (103878)
GROSS & BELSKY P.C.
201 Spear Street, Suite 1100
San Francisco, CA 94105
Telephone: (415) 544-0200
Facsimile: (415) 544-0201
Email: terry@grossbelsky.com

*Counsel for Class Representative Steven Ganz*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 3:07-cv-5944-JST |
| | MDL No. 1917 |
| This Document Relates to: | **NOTICE OF SUBSTITUTION OF COUNSEL; [PROPOSED] ORDER** |
| *Ganz v. Chunghwa Picture Tubes, Ltd., et al.,* Case No. 3:08-cv-01721 | Honorable Jon S. Tigar |
| ALL INDIRECT PURCHASER ACTIONS | |

1  **TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

2  PLEASE TAKE NOTICE THAT Plaintiff Steven Ganz hereby substitutes Gross & Belsky

3  P.C. in place of Cooper & Kirkham, P.C. as counsel of record in this action.  The contact

4  information for new counsel is as follows:

5  Terry Gross (103878)
   GROSS & BELSKY P.C.
6  201 Spear Street, Suite 1100
   San Francisco, CA 94105
7  Telephone: (415) 544-0200
   Facsimile: (415) 544-0201
8  Email: terry@grossbelsky.com

10  DATED: June 11, 2019        By: _____
                                     Steven Ganz
11                                   Plaintiff

13  Gross & Belsky P.C. hereby accepts this substitution.

14  DATED: June 11, 2019        GROSS & BELSKY P.C.

16                              By: _____/s/_____
                                     Terry Gross

19  Cooper & Kirkham, P.C. hereby consents to the above substitution of counsel.

20  DATED: June 11, 2019        COOPER & KIRKHAM, P.C.

22                              By: _____/s/_____
                                     John D. Bogdanov

23  The above substitution of counsel is approved and IT IS SO ORDERED.

26  DATED:   __June 17__, 2019    _____
                                   HONORABLE JON S. TIGAR
27                                 UNITED STATES DISTRICT JUDGE

NOTICE OF SUBSTITUTION OF COUNSEL
Case No. 3:07-cv-5944, MDL No. 1917