UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Case No. 3:07-cv-5944<br>MDL No. 1917<br><br>**CLASS ACTION**<br><br>Judge: Honorable Jon S. Tigar<br>Courtroom Nine, 19th Floor |

## NOTICE OF CHANGE OF FIRM NAME AND ADDRESS

PLEASE TAKE NOTICE that, as of June 26, 2019, the firm's name for this matter will be Milberg Phillips Grossman LLP. The firm's phone number and address remain the same:

Milberg Phillips Grossman LLP<br>
One Pennsylvania Plaza<br>
Suite 1920<br>
New York, NY 10119

**MILBERG PHILLIPS GROSSMAN LLP**

*/s/ Peggy Wedgworth*
Peggy Wedgworth
pwedgworth@milberg.com
One Pennsylvania Plaza
Suite 1920
New York, New York 10119
Telephone: (212) 594-5300
Facsimile: (212) 868-1229