Calvin L. Litsey (SBN 289659)
Faegre Baker Daniels LLP
1950 University Avenue, Suite 450
East Palo Alto, CA 94303-2279
Telephone: +1 650-324-6700
Facsimile: +1 650-324-6701
calvin.litsey@FaegreBD.com

Jeffrey S. Roberts (*pro hac vice*)
Faegre Baker Daniels LLP
1144 15th Street, Suite 3400
Denver, CO 80202
Telephone: +1 303-607-3500
Facsimile: +1 303-607-3600
jeff.roberts@FaegreBD.com

Kathy L. Osborn (*pro hac vice*)
Ryan M. Hurley (*pro hac vice*)
Faegre Baker Daniels LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone: +1 317-237-0300
Facsimile: +1 317-237-1000
kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com

*Attorneys for Defendants Thomson
Consumer Electronics, Inc. and Thomson SA*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | No. 07-cv-5944-SC<br><br>MDL No. 1917<br><br>**NOTICE OF CHANGE OF ADDRESS** |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

Please be advised that effective June 24, 2019, Faegre Baker Daniels LLP's Denver office has moved to a new location. The address is as follows:

> Faegre Baker Daniels LLP
>
> 1144 Fifteenth Street, Suite 3400
>
> Denver, Colorado 80202

Counsel for Defendants respectfully requests that the Clerk and all counsel update this firm's Denver address of record.

Respectfully submitted this 27th day of June, 2019.

*s/ Jeffrey S. Roberts*
Kathy L. Osborn (*pro hac vice*)
Ryan M. Hurley (*pro hac vice*)
Faegre Baker Daniels LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN  46204
Telephone: +1 317-237-0300
Facsimile: +1 317-237-1000
kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com

Jeffrey S. Roberts (*pro hac vice*)
Faegre Baker Daniels LLP
1144 Fifteenth Street, Suite 3400
Denver, Colorado 80202
Telephone: +1 303-607-3500
Facsimile:  +1 303-607-3600
jeff.roberts@FaegreBD.com

Calvin L. Litsey (SBN 289659)
Faegre Baker Daniels LLP
1950 University Avenue, Suite 450
East Palo Alto, CA  94303-2279
Telephone: +1 650-324-6700
Facsimile: +1 650-324-6701
calvin.litsey@FaegreBD.com

***Attorneys for Defendants Thomson Consumer Electronics, Inc. and Thomson SA***