1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-5944-JST |
|---|---|
| | MDL No. 1917 |
| This Document Relates to: *ALL INDIRECT PURCHASER ACTIONS* | **[PROPOSED] ORDER GRANTING INDIRECT PURCHASER PLAINTIFFS' MOTION TO SET TRIAL DATE** |
| | Date:       August 8, 2019<br>Time:       2:00 p.m.<br>Judge:     Honorable Jon S. Tigar<br>Courtroom: 9 |

1  Upon consideration of Indirect Purchaser Plaintiffs' Motion to Set Trial Date, the
2  argument of counsel, all papers submitted regarding the motion, and good cause appearing for
3  the entry thereof, it is hereby ordered:
4     1.   The motion is granted, and the Court adopts the pretrial schedule set forth in the
5  motion;
6     2.   This case is set for trial on _____, 2020.
7  **IT IS SO ORDERED.**

9  Dated: _____, 2019     _____
10                                                        HON. JON S. TIGAR
                                                       UNITED STATES DISTRICT JUDGE