Dennis Stewart (SBN: 99152)
**GUSTAFSON GLUEK PLLC**
600 B Street
17th Floor
San Diego, CA 92101
Telephone: (619) 595-3299
dstewart@gustafsongluek.com

*Counsel for Plaintiff Jeffrey Figone and Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 3:07-cv-05944-JST<br>MDL No. 1917<br><br>Judge: Hon. Jon S. Tigar |
| **This document relates to:**<br>**ALL ACTIONS** | **NOTICE OF CHANGE OF FIRM AFFILIATION** |

Notice is hereby given that the undersigned counsel, Dennis Stewart, is now affiliated with the law firm of Gustafson Gluek PLLC, effective July 01, 2019, and the undersigned states the following:

1. The undersigned counsel was previously associated with the firm known as Hulett Harper Stewart LLP.

2. The undersigned counsel formerly affiliated with Hulett Harper Stewart LLP, has now become affiliated with Gustafson Gluek PLLC.

3. New contact information for the undersigned counsel is:

**GUSTAFSON GLUEK PLLC**

600 B Street

17th Floor

San Diego, CA 92101

Tel: (619) 595-3299

dstewart@gustafsongluek.com

Dated:   July 18, 2019                 Respectfully submitted,

By: */s/ Dennis Stewart*

Dennis Stewart (SBN: 99152)
**GUSTAFSON GLUEK PLLC**
600 B Street
17th Floor
San Diego, CA 92101
Telephone: (619) 595-3299
dstewart@gustafsongluek.com

**CERTIFICATE OF SERVICE**

On July 18, 2019, I filed a copy of the foregoing document with the Clerk of the Court for the United States District Court for the Southern District of California, via the Court's CM/ECF system, which sends notification of filing to all counsel of record.

By: */s/ Dennis Stewart*
Dennis Stewart