# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 3:07-cv-5944-JST |
| | MDL No. 1917 |
| This Document Relates to:<br><br>All Indirect-Purchaser Actions | **[PROPOSED] ORDER VACATING ORDERS AND JUDGMENT CERTIFYING SETTLEMENT CLASS, APPROVING SETTLEMENT AND AWARDING ATTORNEYS' FEES (DKT. 4712, 4717, 4740)** |

Having reviewed the Motion To Vacate Orders and Judgment Certifying Settlement Class, Approving Settlements, and Awarding Attorneys' Fees (Dkt. 4712, 4717, 4740) (collectively, the "Orders and Judgment"), and papers filed in connection therewith, and finding good cause, the Court hereby vacates the Orders and Judgment.

IT IS SO ORDERED

Dated: July __, 2019

_____
Hon. Jon S. Tigar
United States District Judge

1

NOTICE OF MOTION, MOTION AND MEMORANDUM OF LAW IN SUPPORT OF MOTION TO VACATE ORDERS AND JUDGMENT CERTIFYING SETTLEMENT CLASS, APPROVING SETTLEMENTS, AND AWARDING ATTORNEYS' FEES (DKT. 4712, 4717, 4740)
Case No. 3:07-cv-5944, MDL No. 1917