# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** July 26, 2019       **Time:** 9:00-7:00       **Judge:** JACQUELINE SCOTT CORLEY

**Case No.**: 07-cv-05944-JST       **Case Name:** In Re: Cathode Ray Tube (CRT) Antitrust Litigation (MDL No. 1917)

**Attorneys for Plaintiff:** Mario Alioto; Lauren Russell; Joseph Goldberg; Sylvie Kern; Christopher Micheletti; Timothy Battin.
**Attorneys for Defendants:** Jeffrey Kessler; Andrew Davies; John Roberti; Christopher Curran; Eliot Adelson; Kevin Goldstein; Donald Wald; Kathy Osborn.

**Deputy Clerk:** Ada Means       **Court Reporter:** Not reported

## PROCEEDINGS

Settlement conference held.

## ORDERED AFTER HEARING

**Order to be prepared by:**
[ ]   Plaintiff        [ ]   Defendant        [ ]   Court