Mario N. Alioto (56433)
Joseph M. Patane (72202)
Lauren C. Capurro (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2280 Union Street
San Francisco, CA 94123
Telephone: 415-563-7200
Facsimile: 415- 346-0679
Email: malioto@tatp.com
jpatane@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the*
*Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MASTER FILE NO. 07-cv-5944 JST |
| | MDL NO. 1917 |
| This Document Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS | **INDIRECT PURCHASER PLAINTIFFS' NOTICE OF WITHDRAWAL OF MOTION TO SET TRIAL DATE, ECF NO. 5519** |

**1**   The Indirect Purchaser Plaintiffs ("IPPs") and the Defendants reached a settlement in
**2** principle at the mediation before Magistrate Judge Corley on July 26, 2019, which settlement will
**3** resolve the claims of the class members in the 22 repealer states.  IPPs believe the settlement
**4** addresses the Court's concerns regarding the IPP settlements.  IPPs informed the Court's Clerk
**5** yesterday that they would be withdrawing the Motion to Set Trial Date, ECF No. 5519, and
**6** requested the Court's procedure for doing so.

**7**   Accordingly, IPPs hereby withdraw their Motion to Set Trial Date, ECF No. 5519, and
**8** respectfully request that the Court take the hearing on the Motion currently set for August 8, 2019
**9** at 2:00 p.m. off calendar.

**10**

**11** Dated: July 30, 2019                                     Respectfully submitted,

**12**

**13**                                            By:   */s/ Mario N. Alioto*
                                                 MARIO N. ALIOTO (56433)
**14**                                            LAUREN C. CAPURRO (241151)
                                                 **TRUMP, ALIOTO, TRUMP &**
**15**                                            **PRESCOTT, LLP**
                                                 2280 Union Street
**16**                                            San Francisco, California 94123
                                                 Telephone: (415) 563-7200
**17**                                            Facsimile: (415) 346-0679

**18**
                                                 *Lead Counsel for the Indirect*
**19**                                            *Purchaser Plaintiffs*

**20**

**21**

**22**

**23**

**24**

**25**

**26**

**27**

**28**