UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Order Relates To:<br><br>ALL INDIRECT PURCHASER ACTIONS | MDL No. 1917<br><br>Case No. 07-cv-5944 JST<br><br>**ORDER DENYING IPPS' REQUEST TO VACATE CASE MANAGEMENT CONFERENCE**<br><br>Re: ECF No. 5532 |

The Court has received the IPPs' notice of withdrawal of their motion to set trial date at ECF No. 5519. ECF No. 5532. In it, IPPs represent that they have reached a settlement in principle with Defendants and ask the Court to vacate the case management conference set for August 8, 2019. *Id.* The Court denies the request.

On its own motion, the Court converted the August 8, 2019 hearing on the IPPs' motion to a case management conference and ordered the parties to file statements no later than August 6, 2019 indicating their positions on several questions raised by the IPPs' motion. ECF No. 5530. Most of the issues described in the Court's order will continue to require resolution even if the IPP settlement becomes final, and all of them will require resolution if it does not. The Court needs to set a schedule. Accordingly, the case management conference will continue as scheduled.

**IT IS SO ORDERED.**

Dated: July 31, 2019



JON S. TIGAR
United States District Judge