William P. Klein  (State Bar No. 148867)
Alexei Kuchinsky  (State Bar No. 279405)
KLEIN LAW GROUP LLP
50 California Street, Suite 1500
San Francisco, CA 94111
Tel.:(415) 693-9107
Fax.:(415) 693-9222
Government of Puerto Rico

## BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **IN RE:** Cathode Ray Tube (CRT) Antitrust Litigation | MDL No.  1917 |

### NOTICE OF POTENTIAL TAG-ALONG ACTIONS

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation Plaintiff Government of Puerto Rico, through its Attorney General and Justice of Puerto Rico Wanda Vázquez writes to notify you of the potential tag along actions listed on the attached Schedule of Actions.

Docket sheet and complaint are attached.

This 5th day of August 2019.

I hereby certify that the defendants

WANDA VÁZQUEZ GARCED
ATTORNEY GENERAL OF PUERTO RICO

*/s/Jane Becker Whitaker*
Johan Rosa
PR Bar No. 16819
Assistant Attorney General
P.O. Box 9020192
San Juan, Puerto Rico 00902-0192
Tel: (787) 729-2002
Fax: (787) 721-3223
dmaldonado@justicia.pr.gov

Becker & Vissepó, PSC

*/s/Jane Becker Whitaker*
Jane A. Becker Whitaker
U.S.D.C. 2055110

        P.O. Box 9023914
        San Juan, Puerto Rico 00902-3914
        Tel: (787) 945-2406
        Email: jbw@beckervissepo.com

        */s/Jean Paul Vissepó Garriga*
        Jean Paul Vissepó Garriga
        U.S.D.C. No. 221504
        Tel.  (787) 945-2406
        E-mail: jpv@beckervissepo.com

        J. Barton Goplerud
        Andrew B. Howie
        Brandon Bohlman
        SHINDLER ANDERSON & GOPLERUD, P.C.
        5015 Grand Ridge Drive
        Suite 100
        West Des Moines, IA 50265-5749
        Tel. (515) 223-4567
        Email: goplerud@sagwlaw.com
        howie@sagwlaw.com
        bohlman@sagwlaw.com

        *Counsel for Government of Puerto Rico, through its Attorney General, Wanda Vazquez Garced*

**Plaintiff**
Government of Puerto Rico,
through its Attorney General,
Wanda Vázquez Garced

**Defendants**
LG ELECTRONICS, INC.;
LG ELECTRONICS USA, INC.;
LG ELECTRONICS TAIWAN TAIPEI CO., LTD.;
KONINKLIJKE PHILIPS ELECTRONICS NV;
LG PHILIPS DISPLAYS, LTD.;
PHILIPS ELECTRONICS NORTH AMERICA CORPORATION;
PHILIPS ELECTRONICS INDUSTRIES (TAIWAN), LTD.;
PHILIPS DA AMAZONIA INDUSTRIA ELECTRONICA LTDA;
LP DISPLAYS INTERNATIONAL, LTD;
SAMSUNG ELECTRONICS CO., LTD;
SAMSUNG ELECTRONICS AMERICA, INC.;
SAMSUNG SDI AMERICA, INC.;
SAMSUNG SDI MEXICO SA DE CV;
SHENZHEN SAMSUNG SDI CO., LTD.;

.   TIANJIN SAMSUNG SDI CO., LTD.;
SAMSUNG SDI (MALAYSIA) SDN. BHD.;
TOSHIBA CORPORATION; TOSHIBA AMERICA CONSUMER PRODUCTS, LLC;
TOSHIBA AMERICA INFORMATION SYSTEMS, INC.;
TOSHIBA AMERICA ELECTRONICS COMPONENTS, INC.;
TOSHIBA DISPLAY DEVICES (THAILAND) COMPANY, LTD.;
PT TOSUMMIT ELECTRONIC DEVICES INDONESIA;
PANASONIC CORPORATION;
PANASONIC CORPORATION OF NORTH AMERICA;
MATSUSHITA ELECTRONIC
CORPORATION (MALAYSIA) SDN BHD.;
MT PICTURE DISPLAY CO., LTD.;

**Civil Action Number**

19-1246

**Judge**

Aida M. Delgado Colón