## United States District Court
## District of Puerto Rico (San Juan)
## CIVIL DOCKET FOR CASE #: 3:19-cv-01246-ADC

Government of Puerto Rico et al v. Panasonic Corporation of North America et al
Assigned to: Judge Aida M. Delgado-Colon
Demand: $9,999,000
Cause: 28:1332 Diversity-Notice of Removal

Date Filed: 03/18/2019
Jury Demand: None
Nature of Suit: 370 Other Fraud
Jurisdiction: Diversity

| Date Filed | # | Docket Text |
|---|---|---|
| 03/18/2019 | 1 | NOTICE OF REMOVAL from First Instance Court San Juan Part, case number SJ18-cv-010831. (Filing fee $ 400 receipt number 0104-6320499), filed by Panasonic Corporation of North America, Philips North America Corporation, Hitachi America, LTD.. (Attachments: # 1 Category Sheet, # 2 Civil Cover Sheet, # 3 Exhibit Summons- PNA, # 4 Exhibit Summons - Ph NA, # 5 Exhibit Summons-HNA, # 6 Exhibit 1-Complaint, # 7 Exhibit Notice State Court, # 8 Exhibit Order State Court, # 9 Exhibit Motion for Extension)(Alfonso-Rodriguez, Carmen) (Entered: 03/18/2019) |
| 03/18/2019 | 2 | NOTICE *of Compliance with 28 USC 1446(d)* by Hitachi America, LTD., Panasonic Corporation of North America, Philips North America Corporation re 1 Notice of Removal,, (Attachments: # 1 Exhibit 1- Notice to Plaintiff, # 2 Exhibit 2- Informative Motion filed before State Court) (Alfonso-Rodriguez, Carmen) (Entered: 03/18/2019) |
| 03/18/2019 | 3 | MOTION for Leave to File Spanish language documents filed by Carmen M. Alfonso-Rodriguez on behalf of Hitachi America, LTD., Panasonic Corporation of North America, Philips North America Corporation Responses due by 4/1/2019. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Alfonso-Rodriguez, Carmen) (Entered: 03/18/2019) |
| 03/19/2019 | 4 | NOTICE OF JUDGE ASSIGNMENT Case has been assigned to Judge Aida M. Delgado-Colon (arg) (Entered: 03/19/2019) |
| 03/19/2019 | 5 | MOTION for extension of time until 60 days after last Defendant is served to plead or otherwise defend, MOTION for Extension of Time until 60 days after last Defendant is served to File Answer filed by Carmen M. Alfonso-Rodriguez on behalf of Hitachi America, LTD., Panasonic Corporation of North America, Philips North America Corporation Responses due by 4/2/2019. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Attachments: # 1 Exhibit Assented-To Motion)(Alfonso-Rodriguez, Carmen) (Entered: 03/19/2019) |
| 03/21/2019 | 6 | MOTION for Joinder *in Removal* Re: 1 Notice of Removal,, filed by Philips North America Corporation, Hitachi America, LTD., Panasonic Corporation of North America filed by Jose L. Ramirez-Coll on behalf of Tatung Company of |

| | | |
|---|---|---|
| | | America, Inc. Responses due by 4/4/2019. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Related document(s) 1 ) (Ramirez-Coll, Jose) (Entered: 03/21/2019) |
| 03/22/2019 | 7 | MOTION for Joinder Re: 1 Notice of Removal,, filed by Philips North America Corporation, Hitachi America, LTD., Panasonic Corporation of North America filed by Alejandro J. Cepeda-Diaz on behalf of LG Electronics USA, Inc. Responses due by 4/5/2019. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Related document(s) 1 ) (Cepeda-Diaz, Alejandro) (Entered: 03/22/2019) |
| 03/22/2019 | 8 | NOTICE of Appearance *of Counsel* by Leany Prieto-Rodriguez on behalf of Panasonic Corporation of North America (Prieto-Rodriguez, Leany) (Entered: 03/22/2019) |
| 03/25/2019 | 9 | NOTICE of Appearance by Roberto C. Quinones-Rivera on behalf of Panasonic Corporation of North America (Quinones-Rivera, Roberto) (Entered: 03/25/2019) |
| 03/25/2019 | 10 | Motion to allow Rachel S. Brass to appear pro hac vice (Pro Hac fee $300 receipt number 0104-6331110) filed by Jose L. Ramirez-Coll on behalf of Tatung Company of America, Inc. Responses due by 4/8/2019. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Ramirez-Coll, Jose) (Entered: 03/25/2019) |
| 03/26/2019 | 11 | Corporate Disclosure Statement byLG Electronics USA, Inc. identifying Corporate Parent LG Electronics, Inc. for LG Electronics USA, Inc... (Cepeda-Diaz, Alejandro) (Entered: 03/26/2019) |
| 03/26/2019 | 12 | Corporate Disclosure Statement byPanasonic Corporation of North America identifying Corporate Parent Panasonic Corporation for Panasonic Corporation of North America.. (Alfonso-Rodriguez, Carmen) (Entered: 03/26/2019) |
| 03/27/2019 | 13 | NOTICE of Appearance by Luis A. Oliver-Fraticelli on behalf of Samsung Electronics America, Inc., Samsung Electronics Co., Ltd. (Oliver-Fraticelli, Luis) (Entered: 03/27/2019) |
| 03/27/2019 | 14 | NOTICE *of Consent to Removal* by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd. re 1 Notice of Removal,, (Oliver-Fraticelli, Luis) (Entered: 03/27/2019) |
| 03/27/2019 | 15 | MOTION for Joinder *of Motion for Extension of Time For All Defendants to Plead or Otherwise Defend* Re: 5 MOTION for extension of time until 60 days after last Defendant is served to plead or otherwise defend MOTION for Extension of Time until 60 days after last Defendant is served to File Answer filed by Philips North America Corporation, Hitachi America, LTD., Panasonic Corporation of North America filed by Luis A. Oliver-Fraticelli on behalf of Samsung Electronics America, Inc., Samsung Electronics Co., Ltd. Responses due by 4/10/2019. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Related document(s) 5 ) (Oliver-Fraticelli, Luis) (Entered: 03/27/2019) |
| 03/27/2019 | 16 | |

| | | |
|---|---|---|
| | | Corporate Disclosure Statement byTatung Company of America, Inc. identifying Corporate Parent Tatung Company for Tatung Company of America, Inc... (Ramirez-Coll, Jose) (Entered: 03/27/2019) |
| 03/28/2019 | 17 | Motion to allow Avery Masters to appear pro hac vice (Pro Hac fee $300 receipt number 0104-6337924) filed by Jose L. Ramirez-Coll on behalf of Tatung Company of America, Inc. Responses due by 4/11/2019. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Ramirez-Coll, Jose) (Entered: 03/28/2019) |
| 04/01/2019 | 18 | ORDER re 5 Motion for extension of time. Granted as requested. No further extensions will be granted absent exigent circumstances. Dispositive motions will not be entertained in lieu of answer. Signed by Judge Aida M. Delgado-Colon on 4/1/2019. (wm) (Entered: 04/01/2019) |
| 04/01/2019 | 19 | ORDER re 3 Motion for Leave to File Spanish language documents. Granted as requested. Signed by Judge Aida M. Delgado-Colon on 4/1/2019. (wm) (Entered: 04/01/2019) |
| 04/01/2019 | 20 | ORDER noted 6 Motion for Joinder. Signed by Judge Aida M. Delgado-Colon on 4/1/2019. (wm) (Entered: 04/01/2019) |
| 04/01/2019 | 21 | ORDER noted 7 Motion for Joinder. Signed by Judge Aida M. Delgado-Colon on 4/1/2019. (wm) (Entered: 04/01/2019) |
| 04/08/2019 | 22 | ORDER re 15 Motion for Joinder. Granted as requested. No further extensions will be granted absent exigent circumstances. Dispositive motions will not be entertained in lieu of an answer. Signed by Judge Aida M. Delgado-Colon on 4/8/2019. (wm) (Entered: 04/08/2019) |
| 04/08/2019 | 23 | MOTION for Extension of Time until April 22, 2019 to file certified translations filed by Carmen M. Alfonso-Rodriguez on behalf of Panasonic Corporation of North America Responses due by 4/22/2019. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Alfonso-Rodriguez, Carmen) (Entered: 04/08/2019) |
| 04/11/2019 | 24 | ORDER granting 23 Motion for Extension of Time to File. No further extensions shall be granted. Non-compliance may result in sanctions. Signed by Judge Aida M. Delgado-Colon on 4/11/2019. (wm) (Entered: 04/11/2019) |
| 04/17/2019 | 25 | MOTION to Remand to State Court filed by Jane A. Becker-Whitaker on behalf of Government of Puerto Rico Responses due by 5/1/2019. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Attachments: # 1 Exhibit)(Becker-Whitaker, Jane) (Entered: 04/17/2019) |
| 04/22/2019 | 26 | Motion to allow David L. Yohai to appear pro hac vice (Pro Hac fee $300 receipt number PRX100063377) filed by Leany Prieto-Rodriguez on behalf of Panasonic Corporation of North America Responses due by 5/6/2019. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Prieto-Rodriguez, Leany) (Entered: 04/22/2019) |
| 04/22/2019 | 27 | |

| | | |
|---|---|---|
| | | Motion to allow Jeffrey L. Kessler to appear pro hac vice (Pro Hac fee $300 receipt number PRX100063377) filed by Leany Prieto-Rodriguez on behalf of Panasonic Corporation of North America Responses due by 5/6/2019. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Prieto-Rodriguez, Leany) (Entered: 04/22/2019) |
| 04/22/2019 | 28 | Motion to allow Sofia R. Arguello to appear pro hac vice (Pro Hac fee $300 receipt number PRX100063377) filed by Leany Prieto-Rodriguez on behalf of Panasonic Corporation of North America Responses due by 5/6/2019. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Prieto-Rodriguez, Leany) (Entered: 04/22/2019) |
| 04/22/2019 | 29 | Motion to allow David Yolkut to appear pro hac vice (Pro Hac fee $300 receipt number PRX100063377) filed by Leany Prieto-Rodriguez on behalf of Panasonic Corporation of North America Responses due by 5/6/2019. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Prieto-Rodriguez, Leany) (Entered: 04/22/2019) |
| 04/22/2019 | 30 | MOTION Submitting Certified Translations re: 3 MOTION for Leave to File Spanish language documents filed by Philips North America Corporation, Hitachi America, LTD., Panasonic Corporation of North America, 1 Notice of Removal,, filed by Philips North America Corporation, Hitachi America, LTD., Panasonic Corporation of North America filed by Carmen M. Alfonso-Rodriguez on behalf of Panasonic Corporation of North America Responses due by 5/6/2019. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Attachments: # 1 Exhibit Certified Translation to Dkt. 1-6, # 2 Exhibit Certified Translation to Dkt. 1-7, # 3 Exhibit Certified Translation to Dkt. 1-8, # 4 Exhibit Certified Translation to Dkt. 1-9) (Related document(s) 3 , 1 ) (Alfonso-Rodriguez, Carmen) (Entered: 04/22/2019) |
| 04/24/2019 | 31 | ORDER noted 30 Motion submitting. Signed by Judge Aida M. Delgado-Colon on 4/24/2019. (wm) (Entered: 04/24/2019) |
| 04/26/2019 | 32 | MOTION for Extension of Time until May 10, 2019 to File Response/Reply as to 25 MOTION to Remand to State Court filed by Government of Puerto Rico filed by Carmen M. Alfonso-Rodriguez on behalf of Hitachi America, LTD., LG Electronics USA, Inc., Panasonic Corporation of North America, Philips North America Corporation, Tatung Company of America, Inc. Responses due by 5/10/2019. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Related document(s) 25 ) (Alfonso-Rodriguez, Carmen) (Entered: 04/26/2019) |
| 04/30/2019 | 33 | NOTICE of Appearance by Roberto A. Camara-Fuertes on behalf of Philips North America Corporation (Camara-Fuertes, Roberto) (Entered: 04/30/2019) |
| 04/30/2019 | 34 | Corporate Disclosure Statement byPhilips North America Corporation identifying Corporate Parent Koninklijke Philips N.V. for Philips North America Corporation.. (Camara-Fuertes, Roberto) (Entered: 04/30/2019) |
| 04/30/2019 | 35 | Motion to allow Erik Koons to appear pro hac vice (Pro Hac fee $300 receipt number 0104-6382712) filed by Roberto A. Camara-Fuertes on behalf of Philips |

| | | |
|---|---|---|
| | | North America Corporation Responses due by 5/14/2019. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Camara-Fuertes, Roberto) (Entered: 04/30/2019) |
| 04/30/2019 | 36 | Motion to allow Aaron Rabinowitz to appear pro hac vice (Pro Hac fee $300 receipt number 0104-6382737) filed by Roberto A. Camara-Fuertes on behalf of Philips North America Corporation Responses due by 5/14/2019. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Camara-Fuertes, Roberto) (Entered: 04/30/2019) |
| 04/30/2019 | 37 | NOTICE of Appearance by Suleicka Tulier-Vazquez on behalf of Philips North America Corporation (Tulier-Vazquez, Suleicka) (Entered: 04/30/2019) |
| 05/02/2019 | 38 | MOTION for extension of time to file response to Plaintiff's Motion to Remand (Dkt. No. 25) filed by Sarika J. Angulo-Velazquez on behalf of Samsung Electronics America, Inc., Samsung Electronics Co., Ltd. Responses due by 5/16/2019. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Angulo-Velazquez, Sarika) (Entered: 05/02/2019) |
| 05/03/2019 | 39 | ORDER granting 32 Motion for Extension of Time to File Response/Reply. Response due by 5/10/2019. Signed by Judge Aida M. Delgado-Colon on 5/3/2019. (wm) (Entered: 05/03/2019) |
| 05/07/2019 | 40 | ORDER re 38 Motion for extension of time. Granted as requested. No further extensions will be granted absent exigent circumstances. Dispositive motions will not be entertained in lieu of answer. Signed by Judge Aida M. Delgado-Colon on 5/7/2019. (wm) (Entered: 05/07/2019) |
| 05/10/2019 | 41 | RESPONSE in Opposition to Motion *for Remand* filed by Hitachi America, LTD., LG Electronics USA, Inc., Panasonic Corporation of North America, Philips North America Corporation, Samsung Electronics America, Inc., Samsung Electronics Co., Ltd., Tatung Company of America, Inc. Re: 25 MOTION to Remand to State Court filed by Government of Puerto Rico filed by Hitachi America, LTD., LG Electronics USA, Inc., Panasonic Corporation of North America, Philips North America Corporation, Samsung Electronics America, Inc., Samsung Electronics Co., Ltd., Tatung Company of America, Inc.. (Alfonso-Rodriguez, Carmen) (Entered: 05/10/2019) |
| 05/24/2019 | 42 | ORDER granting 35 Motion to Appear PHV. Signed by Judge Aida M. Delgado-Colon on 5/24/2019. (wm) (Entered: 05/24/2019) |
| 05/24/2019 | 43 | ORDER granting 36 Motion to Appear PHV. Signed by Judge Aida M. Delgado-Colon on 5/24/2019. (wm) (Entered: 05/24/2019) |
| 06/06/2019 | 44 | ORDER granting 10 Motion to Appear PHV. Signed by Judge Aida M. Delgado-Colon on 6/6/2019. (rom) (Entered: 06/06/2019) |
| 06/06/2019 | 45 | ORDER granting 17 Motion to Appear PHV. Signed by Judge Aida M. Delgado-Colon on 6/6/2019. (rom) (Entered: 06/06/2019) |
| 06/06/2019 | 46 | ORDER granting 26 Motion to Appear PHV. Signed by Judge Aida M. Delgado-Colon on 6/6/2019. (rom) (Entered: 06/06/2019) |

| | | |
|---|---|---|
| 06/06/2019 | 47 | ORDER granting 27 Motion to Appear PHV. Signed by Judge Aida M. Delgado-Colon on 6/6/2019. (rom) (Entered: 06/06/2019) |
| 06/06/2019 | 48 | ORDER granting 28 Motion to Appear PHV. Signed by Judge Aida M. Delgado-Colon on 6/6/2019. (rom) (Entered: 06/06/2019) |
| 06/06/2019 | 49 | ORDER granting 29 Motion to Appear PHV. Signed by Judge Aida M. Delgado-Colon on 6/6/2019. (rom) (Entered: 06/06/2019) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/03/2019 09:35:58 | | | |
| **PACER Login:** | JaneABecker:3692505:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:19-cv-01246-ADC Start date: 1/1/2019 End date: 8/3/2019 |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |