AO 136 (Rev.9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF PUERTO RICO

### CERTIFICATE OF GOOD STANDING

I, **Frances Ríos de Morán, Esq.**, Clerk of this Court, certify that **Jane A. Becker-Whitaker**, bar number **205110**, was duly admitted to practice in this Court on **February 16th 1990**, and is in good standing as a member of the Bar of this Court.

Dated at  San Juan, PR           On  08/06/2019
              *City*                    *Date*

*Frances Ríos de Morán, Esq.*
Clerk of the Court

Antonio Rodriguez
Deputy Clerk