Ian L. Papendick (SBN: 275648)
IPapendick@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5840
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

*Attorney for Defendants Panasonic Corporation and Panasonic Corporation of North America*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Case No. 3:07-cv-05944-JST<br>MDL No. 1917<br><br>**NOTICE OF APPEARANCE OF IAN L. PAPENDICK** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD**:

PLEASE TAKE NOTICE that Ian L. Papendick of the law firm of Winston & Strawn LLP, who is a member of the bar of this Court, hereby enters his appearance in this action on behalf of Defendants Panasonic Corporation and Panasonic Corporation of North America. Mr. Papendick's information is as follows:

> Ian L. Papendick
> WINSTON & STRAWN LLP
> 101 California Street
> San Francisco, CA 94111-5840
> Telephone: (415) 591-1000
> Facsimile: (415) 591-1400
> Email: IPapendick@winston.com

Dated: August 7, 2019

Respectfully submitted,

By: /s/ Ian L. Papendick
Ian L. Papendick (SBN: 275648)

*Attorney for Defendants Panasonic Corporation and Panasonic Corporation of North America*

1

NOTICE OF APPEARANCE OF IAN L. PAPENDICK FOR DEFENDANTS PANASONIC CORPORATION AND PANASONIC CORPORATION OF NORTH AMERICA
MDL NO. 1917 – CASE NO. 3:07-CV-05944-JST