UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Order Relates To:<br><br>ALL INDIRECT PURCHASER ACTIONS | MDL No. 1917<br><br>Case No. 07-cv-5944 JST<br><br>**CASE MANAGEMENT ORDER** |

Pursuant to the proceedings conducted on August 8, 2019, the Court now orders as follows:

1. <u>Omitted Repealer States ("ORS") and Non-Repealer States ("NRS") Motions.</u> Briefing on the anticipated motions to amend and intervene by the ORS and NRS plaintiffs shall proceed as follows:

>Opening brief(s) due August 23, 2019;
>
>Opposition brief(s) due September 20, 2019;
>
>Reply brief(s) due October 4, 2019; and
>
>Hearing October 23, 2019.

The Court will set a further schedule for the NRS and ORS actions following resolution of these motions.

2. <u>Liaison Counsel.</u> Without objection from any party, Francis Scarpulla is appointed liaison counsel for the ORS Plaintiffs and Tracy Kirkham is appointed liaison counsel for the NRS Plaintiffs. Their first responsibility shall be to circulate to all parties by August 15, 2019 a proposed order setting forth the functions of liaison counsel, "inform[ing] other counsel and parties of the scope of designated counsel's authority and . . . responsibilities." Manual for

Complex Litigation (Fourth) § 10.222 (2004). Any objections must be served on Mr. Scarpulla and Ms. Kirkham by August 22, 2019 and must be accompanied by a competing proposed order. By September 4, 2019, either Mr. Scarpulla and Ms. Kirkham will file a stipulated proposed order of appointment, or they will file a proposed order of appointment and any objecting party will file a competing proposed order. In the latter case, any party filing a proposed order may file a brief of no more than 3 pages arguing in favor of its proposal.

3. <u>Transfer of Discovery Materials.</u> The IPP Plaintiffs shall immediately meet and confer with the ORS and NRS plaintiffs regarding the transfer or sharing of discovery materials. Meet and confer discussions shall be facilitated by Magistrate Judge Jacqueline Corley, who has agreed to serve in that role. If these discussions do not succeed in resolving all disputes between the parties, the ORS and/or NRS Plaintiffs shall file a motion seeking relief by September 27, 2019. Any opposition shall be due October 8, 2019. Any reply shall be due October 15, 2019. The motion and opposition shall be not longer than 12 pages in length; the reply shall be limited to 6 pages.

4. <u>Motion to Vacate Settlement.</u> The Motion to Vacate Orders and Judgment Certifying Settlement Class, Approving Settlement and Awarding Attorneys' Fees, ECF No. 5527, is administratively terminated. The moving parties may revive that motion, if necessary, by filing a notice of motion incorporating their memorandum of points and authorities.

5. <u>Amended IPP Settlement.</u> The IPPs having indicated that they have reached a settlement in principal on behalf of the 22 repeater states that were not omitted from the prior settlement, their motion for preliminary approval of an amended settlement, or an equivalent motion, is due by August 30, 2019.

**IT IS SO ORDERED.**

Dated: August 9, 2019

_____
JON S. TIGAR
United States District Judge

2