Francis O. Scarpulla (41059)
Patrick B. Clayton (240191)
Law Offices of Francis O. Scarpulla
456 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 788-7210
Facsimile: (415) 788-0706
Email: fos@scarpullalaw.com
       pbc@scarpullalaw.com

John G. Crabtree, *appearing pro hac vice*
Brian Tackenberg, *appearing pro hac vice*
Crabtree & Auslander
240 Crandon Boulevard, Suite 101
Key Biscayne, FL 33149
Telephone: (305) 361-3770
Facsimile: (305) 437-8188
jcrabtree@crabtreelaw.com
btackenberg@crabtreelaw.com

Brian M. Torres, *appearing pro hac vice*
Brian M. Torres, P.A.
One S.E. Third Avenue, Suite 3000
Miami, FL 33131
Telephone: (305) 901-5858
Facsimile: (303) 901-5874
btorres@briantorres.legal

Mark A. Morrison (152561)
Morrison + Associates
548 Market Street, Unit 34835
San Fransciso, CA 94914
Telephone: (360) 440-0734
Email: mark@mpaclassaction.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 3:07-cv-5944-JST<br><br>MDL No. 1917<br><br>**SUPPLEMENTAL NOTICE OF APPEARANCE ON BEHALF OF CLASS MEMBERS FOR THE NINE OMITTED REPEALER STATES: ARKANSAS, MASSACHUSETTS, MISSOURI, MONTANA, NEW HAMPSHIRE, OREGON, RHODE ISLAND, SOUTH CAROLINA, AND UTAH** |
| This Document Relates to:<br><br>All Indirect-Purchaser Actions | |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that the undersigned counsel enter their appearance for the following indirect purchaser plaintiff who, by further pleading, seeks to represent a state damages classe in the following omitted repealer state:

1. Montana – John Heenan.

Dated:  August 12, 2019                                         Respectfully submitted,

 /s/  Francis. O. Scarpulla
        Francis O. Scarpulla

Francis O. Scarpulla (41059)
Patrick B. Clayton (240191)
Law Offices of Francis O. Scarpulla
456 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: 415-788-7210
Facsimile:  415-788-0706
fos@scarpullalaw.com
pbc@scarpullalaw.com


 /s/  John G. Crabtree
        John G. Crabtree

John G. Crabtree, *appearing pro hac vice*
Brian Tackenberg, *appearing pro hac vice*
Crabtree & Auslander
240 Crandon Boulevard, Suite 101
Key Biscayne, FL 33149
Telephone:  (305) 361-3770
Facsimile:  (305) 437-8188
Email:  jcrabtree@crabtreelaw.com

 /s/  Brian M. Torres
        Brian M. Torres

Brian M. Torres, *appearing pro hac vice*
Brian M. Torres, P.A.
One S.E. Third Avenue, Suite 3000
Miami, FL  33131
Telephone:  (305) 901-5858
Facsimile:   (303) 901-5874
Email: btorres@briantorres.legal

 /s/  Mark A. Morrison
        Mark A. Morrison

Mark A. Morrison (152561)
Morrison + Associates
548 Market Street, Unit 34835
San Franscico, CA 94914
Telephone: (360) 440-0734
Email: mark@mpaclassaction.com

*Counsel for Class Members for the Nine Omitted Repealer States: Arkansas, Massachusetts, Missouri, Montana, New Hampshire, Oregon, Rhode Island, South Carolina and Utah*

1

SUPPLEMENTAL NOTICE OF APPEARANCE FOR CLASS MEMBERS FOR THE NINE OMITTED REPEALER STATES: ARKANSAS, MASSACHUSETTS, MISSOURI, MONTANA, NEW HAMPSHIRE, OREGON, RHODE ISLAND, SOUTH CAROLINA, AND UTAH
Case No. 3:07-cv-5944, MDL No. 1917

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing was filed *via* CM/ECF on August 12, 2019 and as a result has been served on all counsel of record *via* transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ John G. Crabtree
John G. Crabtree