# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date: August 8, 2019            Judge: Jon S. Tigar

Time: 54 minutes

Case No.     **3:07-cv-05944-JST**
Case Name     **MDL No. 1917 In Re: Cathode Ray Tube (CRT) Antitrust Litigation**

Attorney(s) for Plaintiff(s):     *Class Plaintiffs:*
Joseph Goldberg
John Bogdanov
Tracy Kirkham
Robert Gralewski
John Crabtree

*Indirect Purchasers:*
Lauren Capurro
Mario Alioto
Francis Scarpulla,
Patrick Clayton
Joseph Pantane

*Omitted Repealer States:*
Theresa Moore
Christopher Nedeau
Robert Bonsignore

*Government of Puerto Rico:*
Jane Becker Whitaker

*EPPS:*
Christopher Micheletti

Attorney(s) for Defendant(s):     *Mitsubish Electric*:
Michael Brody

*Toshiba*:
Christopher Curran
Matthew Frutig

*Hitachi:*

1

Eliot Adelson

*Philips:*
John Taladay

*Panasonic:*
Kevin Goldstein
Jeffrey Kessler

*Thompson/Technicolor:*
Jeff Roberts

*Samsung SDI*
Andrew Rhys Davies

*Financial Recoveries:*
Van Swearingen

Deputy Clerk: Mauriona Lee                                    Court Reporter: Debra Pas

## PROCEEDINGS

Further case management conference.

## RESULT OF HEARING

1. Tracy Kirkham designated as lead counsel for Non-Repealer States.
2. Francis Scarpulla designated as liaison counsel for Omitted Repealer States.
3. Theresa Moore designated as lead counsel for Omitted Repealer States.
4. Motion to Amend, Motion to Intervene, and Motion for preliminary approval discussed. Written order to issue.