Jane Becker Whitaker, PR-Bar Num. 9352
Becker Vissepo, PSC
1225 Ponce de Leon, Suite 1102
San Juan, PR 00907
Tel. 787 945.2406
jbw@beckervissepo.com
janebeckerwhitaker@gmail.com

J. Barton Goplerud
Shindler, Anderson, Goplerud & Weese, P.C.
5015 GRAND RIDGE DRIVE, SUITE 100
WEST DES MOINES
IA 50265
Tel. (515) 223-4567
Email: goplerud@sagwlaw.com

John A. Girardi
Girardi/Keese
1126 Wilshire Blvd.
Los Angeles, CA 90017
Tel. (213) 262-6777
Email: jgirardi@girardikeese.com

*Counsel for Intervenor Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 |
| | Case No. 07-cv-5944 JST |
| This Document Relates To: | **[PROPOSED] ORDER GRANTING MOTION AND MOTION TO INTERVENE** |
| ALL INDIRECT PURCHASER ACTIONS | Hearing Date: October 23, 2019<br>Time: 2:00 P.M.<br>Courtroom: 6, 2nd Floor<br>Judge: Honorable Jon S. Tigar |

**[PROPOSED] ORDER**

For the reasons set forth in the Motion to Intervene filed by the Government of Puerto Rico, the Court grants that motion and approves the filing of the Complaint submitted by the Government of Puerto Rico.

_____
United States District Court Judge
Jon S. Tigar

This ___ day of _____, 2019

MDL No. 1917
Case No. 07-cv-5944-JST
[PROPOSED] ORDER GRANTING MOTION AND MOTION TO INTERVENE

2