UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**<br><br>This Document Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS | Master File No. 3:07-cv-5944-JST<br><br>MDL No. 1917<br><br>**[PROPOSED] ORDER GRANTING MOTION OF NON-REPEALER STATE SUBCLASS MEMBER ELEANOR LEWIS FOR LEAVE TO FILE AMENDED COMPLAINT TO ADD AN ADDITIONAL PARTY, OR IN THE ALTERNATIVE, TO INTERVENE AND AMEND**<br><br>Judge:   Honorable Jon S. Tigar |

1    The Motion of Non-Repealer State Subclass Member Eleanor Lewis for Leave to File
2 Amended Complaint to Add an Additional Party, or in the Alternative, to Intervene and Amend,
3 which proposes to add Eleanor Lewis as a named plaintiff, came on regularly for hearing on
4 October 23, 2019.  The Court, having carefully considered the papers and pleadings on file and
5 oral arguments of counsel, hereby GRANTS the motion.
6    It is hereby ORDERED that Non-Repealer State Subclass Member Eleanor Lewis may file
7 an amended complaint for the purpose of adding herself as a named plaintiff.
8    **IT IS SO ORDERED.**

10 Dated: _____, 2019          _____
                                                Honorable Jon S. Tigar
11                                              United States District Judge

1
[PROPOSED] ORDER GRANTING MOTION OF NON-REPEALER STATE SUBCLASS MEMBER ELEANOR
LEWIS FOR LEAVE TO FILE AMENDED COMPLAINT OR TO INTERVENE
Case No. 3:07-cv-5944, MDL No. 1917