Tracy R. Kirkham (69912)
John D. Bogdanov (215830)
COOPER & KIRKHAM, P.C.
357 Tehama Street, Second Floor
San Francisco, CA 94103
Telephone: (415) 788-3030
Facsimile: (415) 882-7040
Email: trk@coopkirk.com
        jdb@coopkirk.com

*Counsel for Class Member Eleanor Lewis*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 3:07-cv-5944-JST |
| | MDL No. 1917 |
| This Document Relates to: | **NOTICE OF CHANGE IN COUNSEL** |
| ALL INDIRECT PURCHASER ACTIONS | Honorable Jon S. Tigar |

1  **TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

2     PLEASE TAKE NOTICE THAT, pursuant to Civil L.R. 5-1(c)(2)(C), the Law Offices of

3  Francis O. Scarpulla, Francis O. Scarpulla and Patrick B. Clayton, are no longer counsel of record

4  for class member Eleanor Lewis in this action.  Current counsel of record, Cooper & Kirkham,

5  P.C. and attorneys Tracy R. Kirkham and John D. Bogdanov, will continue to represent class

6  member Eleanor Lewis going forward.  Accordingly, all correspondence, notices of electronic

7  filings, pleadings and/or other court documents should be sent to the following attorneys at the

8  following addresses:

        Tracy R. Kirkham (69912)
        John D. Bogdanov (215830)
        COOPER & KIRKHAM, P.C.
        357 Tehama Street, Second Floor
        San Francisco, CA 94103
        Telephone: (415) 788-3030
        Facsimile: (415) 882-7040
        Email: trk@coopkirk.com
               jdb@coopkirk.com

DATED:  August 23, 2019                    Respectfully submitted,

                                          COOPER & KIRKHAM, P.C.

                                          By:  /s/ *Tracy R. Kirkham*
                                                 Tracy R. Kirkham

                                          *Attorneys for Class Member*
                                          *Eleanor Lewis*