Kassra P. Nassiri (215405)
kass@njfirm.com
NASSIRI & JUNG LLP
1700 Montgomery Street, Suite 207
San Francisco, CA 94111
Telephone: (415) 762-3100
Facsimile: (415) 534-3200

Attorney for Interested Party
Spectrum Settlement Recovery, LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Case No. 3:07-CV-05944-JST<br>MDL No. 1917<br><br>**NOTICE OF APPEARANCE OF KASSRA P. NASSIRI** |

-1-
NOTICE OF APPEARANCE OF KASSRA P. NASSIRI FOR INTERESTED PARTY SPECTRUM SETTLEMENT RECOVERY, LLC -- MDL No. 1917 - Case No. 3:07-CV-05944-JST

-2-

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Kassra P. Nassiri of the law firm Nassiri & Jung LLP, who is a member of the bar of this Court, hereby enters his appearance in this action on behalf of Interested Party Spectrum Settlement Recovery, LLC.  Mr. Nassiri's information is as follows:

> Kassra P. Nassiri (215405)
> NASSIRI & JUNG LLP
> 1700 Montgomery Street, Suite 207
> San Francisco, CA 94111
> Telephone:  (415) 762-3100
> Facsimile:  (415) 534-3200
> Email:  kass@njfirm.com

DATED: August 30, 2019            NASSIRI & JUNG LLP


                                  By: /s/ *Kassra P. Nassiri*
                                       Kassra P. Nassiri

                                  *Attorney for Interested Party*
                                  *Spectrum Settlement Recovery, LLC*