(*Stipulating Parties on Signature Page*)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br><br>This Document Relates to:<br><br>Indirect Purchaser Actions for the 22 States | **MDL No. 1917**<br><br>**Case No. 4:07-cv-5944 JST**<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO FILE MOTION TO APPROVE AMENDMENTS TO SETTLEMENTS**<br><br>Judge: Hon. Jon S. Tigar |

1    WHEREAS, the Court issued a Case Management Order on August 9, 2019, which

2  ordered the Indirect Purchaser Plaintiffs ("IPPs") to file "their motion for preliminary approval of

3  [their] amended settlement, or an equivalent motion," by August 30, 2019 (ECF No. 5551);

4    WHEREAS, the IPPs and the Settling Defendants[1] have been working diligently to

5  negotiate and finalize the terms of the amendments to the settlements, and prepare the motion;

6    WHEREAS, an issue has arisen that must be resolved before IPPs and Settling Defendants

7  can execute the amendments to the settlements and file the motion;

8    WHEREAS, IPPs and Settling Defendants have agreed to extend the deadline for filing

9  the motion by approximately two weeks to allow time to resolve this issue.

10    NOW THEREFORE, it is hereby stipulated and agreed by and between the undersigned

11  that the August 30, 2019 deadline for filing the motion to approve the amendments to the

12  settlements be continued to September 16, 2019.

13    The undersigned parties jointly and respectfully request that the Court enter this

14  stipulation as an order.

15    PURSUANT TO STIPULATION, IT IS SO ORDERED.

16

17  Dated:_____          _____

18                                                           Hon. Jon S. Tigar
                                                             United States District Judge

19

20   Dated:  August 30, 2019          **TRUMP, ALIOTO, TRUMP & PRESCOTT LLP**

21                                     By: /s/ Mario N. Alioto_____

22                                     Mario N. Alioto (56433)
                                       Lauren C. Capurro (241151)
23                                     2280 Union Street
                                       San Francisco, CA 94123
24                                     Telephone: (415) 563-7200
                                       Facsimile: (415) 346-0679
25                                     malioto@tatp.com
                                       laurenrussell@tatp.com
26
27                                     *Lead Counsel for Indirect Purchaser Plaintiffs On*

28  [1] The Panasonic, Philips, Hitachi, Toshiba, Samsung SDI, Thomson and TDA Defendants.

1        Behalf of the 22 Indirect Purchaser State Classes

2   Dated: August 30, 2019        **WHITE & CASE**LLP

3                                 By: _/s/ Christopher M. Curran_
                                  Christopher M. Curran (*pro hac vice*)
4                                 ccurran@whitecase.com
                                  Lucius B. Lau (*pro hac vice*)
5                                 alau@whitecase.com
                                  Dana E. Foster (*pro hac vice*)
6                                 defoster@whitecase.com
                                  701 Thirteenth Street, N.W.
7                                 Washington, DC  20005
                                  tel.: (202) 626-3600
8                                 fax: (202) 639-9355

9
                                  *Counsel to Defendants Toshiba Corporation,*
10                                *Toshiba America, Inc., Toshiba America Information*
                                  *Systems, Inc., Toshiba America Consumer Products,*
11                                *L.L.C., and Toshiba America Electronic*
                                  *Components, Inc.*
12

13  Dated: August 30, 2019        **ALLEN & OVERY LLP**

14                                By: _/s/ Andrew Rhys Davies_
15                                MICHAEL S. FELDBERG (*pro hac vice*)
                                  ANDREW RHYS DAVIES (*pro hac vice*)
16                                ALLEN & OVERY LLP
                                  1221 Avenue of the Americas
17                                New York, NY 10020
                                  (212) 610-6300
18                                michael.feldberg@allenovery.com
19                                andrewrhys.davies@allenovery.com

20                                JOHN ROBERTI (*pro hac vice*)
21                                ALLEN & OVERY LLP
                                  1101 New York Avenue, NW
22                                Washington, DC 20005
                                  (202) 683-3800
23                                john.roberti@allenovery.com

24                                *Attorneys for Defendants Samsung SDI America,*
25                                *Inc.; Samsung SDI Co., Ltd.; Samsung SDI*
                                  *(Malaysia) SDN. BHD.; Samsung SDI Mexico S.A.*
26                                *DE C.V.; Samsung SDI Brasil Ltda.; Shenzen*
                                  *Samsung SDI Co., Ltd.; and Tianjin Samsung SDI*
27                                *Co., Ltd.*

28

                                        3

1

Dated: August 30, 2019

2

**KIRKLAND & ELLIS LLP**

3

By: */s/ Eliot A. Adelson*

Eliot A. Adelson

4

**KIRKLAND & ELLIS LLP**

555 California Street, 27th Floor

5

San Francisco, CA 94104

Telephone: (415) 439-1400

6

Facsimile: (415) 439-1500

Email: eadelson@kirkland.com

7

8

James H.  Mutchnik, P.C. *(pro hac vice)*

Barack S. Echols *(pro hac vice)*

9

**KIRKLAND & ELLIS LLP**

300 North LaSalle

10

Chicago,  Illinois 60654

Tel: (312) 862-2000

Facsimile: (312) 862-2200

11

12

*Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display Inc.), Hitachi America, Ltd., Hitachi Asia, Ltd., and Hitachi Electronic Devices (USA), Inc.*

13

14

**WINSTON & STRAWN LLP**

Dated:  August 30, 2019

15

16

By:  */s/ Jeffrey L. Kessler*

17

JEFFREY L. KESSLER (*pro hac vice*)

A. PAUL VICTOR (*pro hac vice*)

18

ALDO A. BADINI (257086)

EVA W. COLE (*pro hac vice*)

19

MOLLY M. DONOVAN (*pro hac vice*)

WINSTON & STRAWN LLP

20

200 Park Avenue

New York, NY 10166-4193

21

Telephone: (212) 294-6700

Facsimile: (212) 294-4700

22

E-mail: jkessler@winston.com

23

KEVIN B. GOLDSTEIN (*pro hac vice*)

WINSTON & STRAWN LLP

24

35 W. Wacker Dr.

Chicago, IL 60601-1644

25

Telephone: (312) 558-5600

Facsimile: (312) 558-5700

26

kbgoldstein@winston.com

27

DAVID L. YOHAI (*pro hac vice*)

ADAM C. HEMLOCK (*pro hac vice*)

28

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153-0119
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
E-mail: david.yohai@weil.com

*Attorneys for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, and MT Picture Display Co., Ltd.*

**BAKER BOTTS LLP**

Dated: August 30, 2019

By: */s/ Erik T. Koons*
John M. Taladay
Erik T. Koons
BAKER BOTTS LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Telephone: (202) 639-7909
Facsimile: (202) 585-1086

*Attorneys for Defendants Koninklijke Philips N.V., Philips North America LLC, Philips Taiwan Limited, and Philips do Brasil, Ltda.*

Dated: August 30, 2019

**FAEGRE BAKER DANIELS LLP**

By: */s/ Kathy L. Osborn*

Kathy L. Osborn (pro hac vice)
Faegre Baker Daniels LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone: +1 317-237-0300
Facsimile: +1 317-237-1000
kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com

*Attorneys for Defendants Thomson Consumer Electronics, Inc. and Thomson SA*

//

//

Dated: August 30, 2019

By: */s/ Donald Wall*
Donald Wall
SQUIRE PATTON BOGGS (US) LLP
1 E. Washington Street, Suite 2700
Phoenix, AZ 85004
Telephone: (602) 528-4000
Facsimile: (602) 253-8129
Email: donald.wall@squirepb.com

*Attorneys for Defendant Technologies Displays Americas, LLC*