FRANCIS O. SCARPULLA (CA SB No. 41059)
PATRICK B. CLAYTON (CA SB No. 240191)
LAW OFFICES OF FRANCIS O. SCARPULLA
456 Montgomery Street, 17th Floor
San Francisco, CA  94111
Telephone:  (415) 788-7210
Facsimile:   (415) 788-0706
fos@scarpullalaw.com
pbc@scarpullalaw.com

*Liaison and Co-Lead Counsel for Other Repealer States*

TRACY R. KIRKHAM (CA SB No. 69912)
JOHN BOGDANOV (CA SB No. 215830)
Cooper & Kirkham, P.C.
357 Tehama Street, Second Floor
San Francisco, CA  94103
Telephone:  (415) 788-3030
Facsimile:  (415) 882-7040
trk@coopkirk.com
jdb@coopkirk.com

*Lead Counsel for Non-Repealer States*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION. | **Master File No. 4:07-cv-5944 SC**<br><br>**MDL No. 1917** |
| This Document Relates to:<br><br>All Indirect-Purchaser Actions. | **STATEMENT OF ORS AND NRS RE STIPULATION EXTENDING DEADLINE TO FILE MOTION TO APPROVE AMENDMENTS TO SETTLEMENTS** |

Although the states of Arkansas, Massachusetts, Missouri, Montana, New Hampshire, Oregon, Rhode Island, South Carolina, and Utah ("ORS"), along with the Non-Repealer States ("NRS"), do not oppose an extension of the deadline for the Indirect Purchaser Plaintiffs ("IPP") to file a motion to approve any amendments to the settlement, which both the Ninth Circuit and this Court found wanting (Dkt. 5572), they respectfully suggest that any hearing on any preliminary approval motion (which IPPs seem to be trying to circumvent by calling it an amended settlement) be postponed until after the ORS/NRS mediation, so that if any overall settlement is reached, all settlements can be wrapped into one unitary settlement, notice given to members of the expanded class for whom notice is required, and no loose ends left.  ORS/NRS respectfully suggest that there is no good reason for any settlements to proceed independent of each other, as this MDL is based on a single conspiracy and a single claim for nationwide class relief.

A second reason to postpone any settlement approval at this time is the pendency of a ruling from the Ninth Circuit on the objections raised to the indirect-purchaser settlement in the Lithium Ion Battery MDL, *Indirect Purchaser Plaintiffs v. Michael Bednarz*, No. 17-17367 (9th Cir.).  At the oral argument last week, the appellate panel raised issues about indirect-purchaser, multi-state, antitrust class-action settlements.  To the extent any formal opinion could affect a settlement here, this Court might consider putting off such hearing until the Ninth Circuit rules.

///
///
///

STATEMENT OF ORS AND NRS RE STIPULATION EXTENDING DEADLINE TO FILE MOTION TO APPROVE AMENDMENTS TO SETTLEMENTS -1- Master File No. 4:07-cv5944 SC MDL 1917

Therefore, ORS/NRS class members respectfully suggest that this Court continue any hearing on the IPP's motion for preliminary approval of the revised settlement (including any renewed fee petition).

Respectfully submitted,

Dated: September 3, 2019

| /s/ Francis O. Scarpulla | /s/ Tracy R. Kirkham |
|---|---|
| Francis O. Scarpulla | Tracy R. Kirkham |
| Francis O. Scarpulla (CA SB No. 41059)<br>Patrick B. Clayton (CA SB No. 240191)<br>Law Offices of Francis O. Scarpulla<br>456 Montgomery Street, 17th Floor<br>San Francisco, CA 94104<br>Telephone: 415-788-7210<br>Facsimile:  415-788-0706<br>fos@scarpullalaw.com<br>pbc@scarpullalaw.com | Tracy R. Kirkham (CA SB No. 69912)<br>John D. Bogdanov (CA SB No. 215830)<br>Cooper & Kirkham, P.C.<br>357 Tehama Street, Second Floor,<br>San Francisco, CA 94103<br>Telephone: (415) 788-3030<br>Facsimile: (415) 882-7040<br>trk@coopkirk.com<br>jdb@coopkirk.com |
| Liaison and Co-Lead Counsel for Other Repealer States | Lead Counsel for Non-Repealer States |

---

STATEMENT OF ORS AND NRS RE STIPULATION EXTENDING DEADLINE TO FILE MOTION TO APPROVE AMENDMENTS TO SETTLEMENTS
- 2 -
Master File No. 4:07-cv5944 SC
MDL 1917