*(Stipulating Parties on Signature Page)*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | **MDL No. 1917** |
| | **Case No. 4:07-cv-5944 JST** |
| This Document Relates to: | **STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO FILE MOTION TO APPROVE AMENDMENTS TO SETTLEMENTS** |
| Indirect Purchaser Actions for the 22 States | |
| | Judge: Hon. Jon S. Tigar |

1  WHEREAS, the Court issued a Case Management Order on August 9, 2019, which ordered the Indirect Purchaser Plaintiffs ("IPPs") to file "their motion for preliminary approval of [their] amended settlement, or an equivalent motion," by August 30, 2019 (ECF No. 5551);

WHEREAS, the IPPs and the Settling Defendants[1] have been working diligently to negotiate and finalize the terms of the amendments to the settlements, and prepare the motion;

WHEREAS, an issue has arisen that must be resolved before IPPs and Settling Defendants can execute the amendments to the settlements and file the motion;

WHEREAS, IPPs and Settling Defendants have agreed to extend the deadline for filing the motion by approximately two weeks to allow time to resolve this issue.

NOW THEREFORE, it is hereby stipulated and agreed by and between the undersigned that the August 30, 2019 deadline for filing the motion to approve the amendments to the settlements be continued to September 16, 2019.

The undersigned parties jointly and respectfully request that the Court enter this stipulation as an order.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 3, 2019

_____
Hon. Jon S. Tigar
United States District Judge

Dated:  August 30, 2019

**TRUMP, ALIOTO, TRUMP & PRESCOTT LLP**

By: /s/ Mario N. Alioto
Mario N. Alioto (56433)
Lauren C. Capurro (241151)
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
malioto@tatp.com
laurenrussell@tatp.com

*Lead Counsel for Indirect Purchaser Plaintiffs On*

---

[1] The Panasonic, Philips, Hitachi, Toshiba, Samsung SDI, Thomson and TDA Defendants.

|   |   |   |
|---|---|---|
| 1 |   | *Behalf of the 22 Indirect Purchaser State Classes* |
| 2 | Dated: August 30, 2019 | **WHITE & CASE** LLP |
| 3 |   | By:   /s/ *Christopher M. Curran* |
|   |   | Christopher M. Curran (*pro hac vice*) |
| 4 |   | ccurran@whitecase.com |
|   |   | Lucius B. Lau (*pro hac vice*) |
| 5 |   | alau@whitecase.com |
|   |   | Dana E. Foster (*pro hac vice*) |
| 6 |   | defoster@whitecase.com |
|   |   | 701 Thirteenth Street, N.W. |
| 7 |   | Washington, DC  20005 |
|   |   | tel.: (202) 626-3600 |
| 8 |   | fax: (202) 639-9355 |
| 9 |   |   |
| 10 |   | *Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products,* |
| 11 |   | *L.L.C., and Toshiba America Electronic Components, Inc.* |
| 12 |   |   |
| 13 | Dated: August 30, 2019 | **ALLEN & OVERY LLP** |
| 14 |   |   |
| 15 |   | By: /s/ *Andrew Rhys Davies* |
|   |   | MICHAEL S. FELDBERG (*pro hac vice*) |
| 16 |   | ANDREW RHYS DAVIES (*pro hac vice*) |
|   |   | ALLEN & OVERY LLP |
| 17 |   | 1221 Avenue of the Americas |
|   |   | New York, NY 10020 |
| 18 |   | (212) 610-6300 |
|   |   | michael.feldberg@allenovery.com |
| 19 |   | andrewrhys.davies@allenovery.com |
| 20 |   | JOHN ROBERTI (*pro hac vice*) |
|   |   | ALLEN & OVERY LLP |
| 21 |   | 1101 New York Avenue, NW |
|   |   | Washington, DC 20005 |
| 22 |   | (202) 683-3800 |
| 23 |   | john.roberti@allenovery.com |
| 24 |   | *Attorneys for Defendants Samsung SDI America, Inc.; Samsung SDI Co., Ltd.; Samsung SDI* |
| 25 |   | *(Malaysia) SDN. BHD.; Samsung SDI Mexico S.A. DE C.V.; Samsung SDI Brasil Ltda.; Shenzen* |
| 26 |   | *Samsung SDI Co., Ltd.; and Tianjin Samsung SDI* |
| 27 |   | *Co., Ltd.* |
| 28 |   |   |

Dated: August 30, 2019

**KIRKLAND & ELLIS LLP**

By: */s/ Eliot A. Adelson*

Eliot A. Adelson
**KIRKLAND & ELLIS LLP**
555 California Street, 27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: eadelson@kirkland.com

James H. Mutchnik, P.C. *(pro hac vice)*
Barack S. Echols *(pro hac vice)*
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, Illinois 60654
Tel: (312) 862-2000
Facsimile: (312) 862-2200

*Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display Inc.), Hitachi America, Ltd., Hitachi Asia, Ltd., and Hitachi Electronic Devices (USA), Inc.*

Dated: August 30, 2019

**WINSTON & STRAWN LLP**

By:   */s/ Jeffrey L. Kessler*

JEFFREY L. KESSLER (*pro hac vice*)
A. PAUL VICTOR (*pro hac vice*)
ALDO A. BADINI (257086)
EVA W. COLE (*pro hac vice*)
MOLLY M. DONOVAN (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
E-mail: jkessler@winston.com

KEVIN B. GOLDSTEIN (*pro hac vice*)
WINSTON & STRAWN LLP
35 W. Wacker Dr.
Chicago, IL 60601-1644
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
kbgoldstein@winston.com

DAVID L. YOHAI (*pro hac vice*)
ADAM C. HEMLOCK (*pro hac vice*)

|   |   |   |
|---|---|---|
| 1 |  | WEIL, GOTSHAL & MANGES LLP |
| 2 |  | 767 Fifth Avenue |
|   |  | New York, NY 10153-0119 |
| 3 |  | Telephone: (212) 310-8000 |
|   |  | Facsimile: (212) 310-8007 |
|   |  | E-mail: david.yohai@weil.com |

*Attorneys for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, and MT Picture Display Co., Ltd.*

**BAKER BOTTS LLP**

Dated: August 30, 2019       By: */s/ Erik T. Koons*

John M. Taladay
Erik T. Koons
BAKER BOTTS LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Telephone: (202) 639-7909
Facsimile: (202) 585-1086

*Attorneys for Defendants Koninklijke Philips N.V., Philips North America LLC, Philips Taiwan Limited, and Philips do Brasil, Ltda.*

Dated: August 30, 2019       **FAEGRE BAKER DANIELS LLP**

By: */s/ Kathy L. Osborn*

Kathy L. Osborn (pro hac vice)
Faegre Baker Daniels LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone: +1 317-237-0300
Facsimile: +1 317-237-1000
kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com

*Attorneys for Defendants Thomson Consumer Electronics, Inc. and Thomson SA*

//

//

| | |
|---|---|
| Dated: August 30, 2019 | By: */s/ Donald Wall*<br>Donald Wall<br>SQUIRE PATTON BOGGS (US) LLP<br>1 E. Washington Street, Suite 2700<br>Phoenix, AZ 85004<br>Telephone: (602) 528-4000<br>Facsimile: (602) 253-8129<br>Email: donald.wall@squirepb.com<br><br>*Attorneys for Defendant Technologies Displays Americas, LLC* |