FRANCIS O. SCARPULLA (CA SB No. 41059)
PATRICK B. CLAYTON (CA SB No. 240191)
LAW OFFICES OF FRANCIS O. SCARPULLA
456 Montgomery Street, 17th Floor
San Francisco, CA  94111
Telephone:  (415) 788-7210
Facsimile:   (415) 788-0706
fos@scarpullalaw.com
pbc@scarpullalaw.com

*Liaison and Co-Lead Counsel for Other Repealer States*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION. | **Master File No. 4:07-cv-5944 SC**<br><br>**MDL No. 1917** |
| This Document Relates to:<br><br>All Indirect-Purchaser Actions. | **NOTICE OF FILING OF [PROPOSED] ORDER OF APPOINTMENT; BRIEF IN SUPPORT THEREOF** |

1   Pursuant to the Court's August 9, 2019 Order (Dkt. 5551), the undersigned respectfully

2   submits the attached Exhibit 1, proposed order appointing Francis O. Scarpulla as liaison counsel

3   for the states of Arkansas, Massachusetts, Missouri, Montana, New Hampshire, Oregon, Rhode

4   Island, South Carolina, and Utah (the "Other Repealer States" or "ORS"), and setting forth the

5   functions of liaison counsel.

6   The undersigned has circulated the attached proposed order to all parties consistent with

7   the Court's August 9th Order.  Lead Counsel for the Indirect-Purchaser Plaintiffs declined to

8   stipulate to entry of the proposed order due to an objection to the term "ORS" as a designation for

9   the nine jurisdictions for which the undersigned is to serve as liaison counsel.  However, as noted

10  in a recent filing, the term "ORS" has become a part of the nomenclature of this MDL.  *See* Notice

11  of Mot., Mot., and Mem. In Support of Mot. To Intervene (Dkt. 5567), n. 1.

12  IPP Lead Counsel's objection appears to be aesthetic, not substantive, and IPP Lead

13  Counsel has not provided a competing proposed order.  No other party objected to the proposed

14  order.  Accordingly, the undersigned respectfully requests the Court to enter the proposed order

15  attached hereto as Exhibit 1.

16  Respectfully submitted,

17  Dated: September 4, 2019                    /s/ Francis O. Scarpulla
                                              Francis O. Scarpulla

18

19                                       Francis O. Scarpulla (CA SB No. 41059)
                                         Patrick B. Clayton (CA SB No. 240191)
20                                       Law Offices of Francis O. Scarpulla
                                         456 Montgomery Street, 17th Floor
21                                       San Francisco, CA 94104
                                         Telephone: 415-788-7210
22                                       Facsimile:  415-788-0706
                                         fos@scarpullalaw.com
23                                       pbc@scarpullalaw.com

24                                       Liaison and Co-Lead Counsel for Other Repealer
                                         States

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true copy of the foregoing **NOTICE OF FILING OF [PROPOSED] ORDER OF APPOINTMENT; BRIEF IN SUPPORT THEREOF** was filed *via* CM/ECF on September 4, 2019, and as a result has been served on all counsel of record *via* transmission of Notices of Electronic Filing generated by CM/ECF.

<u>/s/ Francis O. Scarpulla</u>
Francis O. Scarpulla