Tracy R. Kirkham (69912)
John D. Bogdanov (215830)
COOPER & KIRKHAM, P.C.
357 Tehama Street, Second Floor
San Francisco, CA 94103
Telephone: (415) 788-3030
Facsimile: (415) 882-7040
Email: trk@coopkirk.com
       jdb@coopkirk.com

*Liaison and Interim Lead Counsel for Non-Repealer States*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 4:07-cv-5944-JST |
| | MDL No. 1917 |
| This Document Relates to: <br><br> ALL INDIRECT PURCHASER ACTIONS | **NOTICE OF FILING OF [PROPOSED] ORDER RE APPOINTMENT OF LIAISON COUNSEL FOR NON-REPEALER STATES; BRIEF IN SUPPORT THEREOF** |
| | Judge: Honorable Jon S. Tigar |

Pursuant to the Court's Case Management Order dated August 9, 2019 (ECF No. 5551), the undersigned submits the [Proposed] Order re Appointment of Liaison Counsel for Non-Repealer States, attached hereto as Exhibit 1, appointing Tracy R. Kirkham as liaison counsel for the Non-Repealer States, and setting forth the functions of liaison counsel.

The undersigned circulated the attached proposed order to all parties pursuant to this Order on August 20, 2019. Lead Counsel for the Indirect-Purchaser Plaintiffs requested a single change to the originally circulated proposed order, to which the undersigned agreed, and which is reflected in the [Proposed] Order at Exhibit 1. No other party has objected to the proposed order. Accordingly, the undersigned respectfully requests the Court to enter the proposed order attached hereto as Exhibit 1.

Dated: September 4, 2019   Respectfully submitted,

   /s/ *Tracy R. Kirkham*
   Tracy R. Kirkham

Tracy R. Kirkham (69912)
John D. Bogdanov (215830)
COOPER & KIRKHAM, P.C.
357 Tehama Street, Second Floor
San Francisco, CA 94103
Telephone: (415) 788-3030
Facsimile: (415) 882-7040
Email:  trk@coopkirk.com
        jdb@coopkirk.com

*Liaison and Interim Lead Counsel for Non-Repealer States*