# EXHIBIT 1

1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 4:07-cv-5944-JST |
| | MDL No. 1917 |
| This Document Relates to: ALL INDIRECT PURCHASER ACTIONS | **[PROPOSED] ORDER RE APPOINTMENT OF LIAISON COUNSEL FOR NON-REPEALER STATES** |

WHEREAS, the Court by order dated August 9, 2019, appointed Tracy R. Kirkham Liaison Counsel for the Non-Repealer States ("NRS") and required said Liaison Counsel to circulate a proposed order setting forth the function of Liaison Counsel;

NOW, THEREFORE, it is hereby **ORDERED** that:

1. Liaison Counsel for the NRS shall have the following duties and responsibilities:

    a. to be the contact between NRS' Counsel and the Court as well as with any judicial officer or Special Master appointed by the Court; and

    b. to forward any notices from the Court, judicial officer, or Special Master and report upon any communications from the Court to NRS' Counsel, in the event this becomes necessary; and

    c. to communicate on behalf of the NRS with the Court, any judicial officer, or Special Master and other counsel (including receiving and distributing notices, orders, motions, and briefs on behalf of the NRS); and

    d. to convene and attend meetings of counsel on behalf of the NRS, advise parties of developments, and otherwise assist in the coordination of activities and positions; and

    e. to act for the NRS in establishing and managing document depositories and in resolving scheduling conflicts.

Dated: September ___, 2019

                                                   _____
                                                   JON S. TIGAR
                                                   United States District Judge

[PROPOSED] ORDER RE APPOINTMENT OF LIAISON COUNSEL FOR NON-REPEALER STATES
Case No. 4:07-cv-5944, MDL No. 1917