# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 4:07-cv-5944-JST |
| | MDL No. 1917 |
| This Document Relates to:<br><br>All Indirect-Purchaser Actions | [PROPOSED] ORDER RE APPOINTMENT OF LIAISON COUNSEL FOR STATES OF ARKANSAS, MASSACHUSETTS, MISSOURI, MONTANA, NEW HAMPSHIRE, OREGON, RHODE ISLAND, SOUTH CAROLINA, AND UTAH |

1  WHEREAS, the Court by order dated August 9, 2019, appointed Francis O. Scarpulla Liaison Counsel for the states of Arkansas, Massachusetts, Missouri, Montana, New Hampshire, Oregon, Rhode Island, South Carolina, and Utah (the "Other Repealer States" or "ORS") and required said Liaison Counsel to circulate a proposed order setting forth the functions of Liaison Counsel;

NOW, THEREFORE, it is hereby **ORDERED** that:

1. Liaison Counsel for the ORS shall have the following duties and responsibilities:

    a. to promote the orderly and efficient conduct of this litigation and to avoid unnecessary duplication and unproductive efforts;

    b. to be the principal spokesperson for the ORS' Counsel in dealings with the Court and in communications with other parties in the case; and

    c. to be the contact between ORS' Counsel and the Court as well as with any judicial officer or Special Master appointed by the Court and with other parties; and

    d. to communicate between the Court, judicial officer, or Special Master and other counsel (including receiving and distributing notices, orders, motions, and briefs on behalf of the ORS); and

    e. to convene meetings of counsel, advise parties of developments, and otherwise assist in the coordination of activities and positions; and

    f. to act for the ORS in managing document depositories and in resolving scheduling conflicts.

Dated: September  6 , 2019

_____
JON S. TIGAR
United States District Judge

///

///

///

[PROPOSED] ORDER RE APPOINTMENT OF LIAISON COUNSEL FOR STATES OF AR, MA, MO, MT, NH, OR, RI, SC AND UT

Case No. 4:07-cv-5944, MDL No. 1917