| | |
|---|---|
| 1 | Jeffrey L. Kessler (*pro hac vice*) |
| 2 | jkessler@winston.com<br>Eva Cole (*pro hac vice*) |
| 3 | ewcole@winston.com<br>WINSTON & STRAWN LLP |
| 4 | 200 Park Avenue<br>New York, NY 10166-4193 |
| 5 | Telephone: (212) 294-6700<br>Facsimile: (212) 294-4700 |

David L. Yohai (*pro hac vice*)
david.yohai@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Defendant Panasonic Corporation of North America*

Additional Parties and Counsel Listed on Signature Pages

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| *IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION*<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 4:07-cv-5944-JST<br><br>MDL No. 1917<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING TRANSFER OF TAG-ALONG ACTION AND THE GOVERNMENT OF PUERTO RICO'S MOTION TO INTERVENE** |

The undersigned Defendants and the Government of Puerto Rico, by their respective counsel, hereby stipulate as follows and jointly request that the Court so order the stipulated terms:

**WHEREAS**, on December 18, 2018, the Government of Puerto Rico, through its Attorney General of Justice (the "Attorney General") commenced a civil action in the Commonwealth of Puerto Rico's Court of First Instance, Superior Court of San Juan, styled *Government of Puerto Rico v. LG Electronics, et al.*, Case No. SJ2018CV10831 (the "Commonwealth Court Action"), asserting a claim of unjust enrichment on behalf of Puerto Rican consumers and government agencies, relating to an alleged conspiracy to fix the prices for cathode ray tubes;

**WHEREAS**, on March 18, 2019, defendants Panasonic Corporation of North America, Philips North America Corporation, and Hitachi America, Ltd. removed the Commonwealth Court Action to United States District Court for the District of Puerto Rico, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, where it was assigned Case No. 2018-CV-10381 (the "District of Puerto Rico Action");

**WHEREAS**, defendant Tatung Company of America, Inc. filed its joinder in removal on March 21, 2019; defendant LG Electronics USA, Inc. filed its joinder in removal on March 22, 2019; and defendants Samsung Electronics America, Inc. and Samsung Electronics Co., Ltd. filed their joinder in and consent to removal on March 27, 2019;

**WHEREAS**, on April 17, 2019, the Attorney General moved in the District of Puerto Rico Action for remand from the District of Puerto Rico back to the Commonwealth Court, but withdrew that motion for remand on August 5, 2019;

**WHEREAS**, on August 5, 2019, the Attorney General filed a Notice of Potential Tag-Along Action in the instant multidistrict litigation, *In re Cathode Ray Tube (CRT) Antitrust Litigation*, MDL No. 1917 (N.D. Cal.) (the "MDL"), attaching the docket sheet and complaint from the District of Puerto Rico Action (ECF No. 5539), but has not yet filed the same before the United States Judicial Panel on Multidistrict Litigation (the "JPML");

**WHEREAS**, on August 23, 2019, the Attorney General filed in the MDL a Notice of Motion and Motion to Intervene, seeking an order from the MDL Court permitting intervention in the Indirect Purchaser Plaintiff Action currently being litigated in that court (the "IPP Action"), pursuant to Fed. R. Civ. P. 24 (ECF No. 5564);

**WHEREAS**, Defendants anticipate opposing the Attorney General's Motion to Intervene in the IPP Action; and

**WHEREAS**, the undersigned parties have reached an agreement to address the Attorney General's Notice of Potential Tag-Along and its Motion to Intervene;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned parties that:

1. The Defendants will not oppose transfer of the District of Puerto Rico Action to the MDL for coordinated pretrial proceedings, pursuant to 28 U.S.C. § 1407;

2. The undersigned parties agree that the District of Puerto Rico Action involves questions of fact that are common to the actions previously transferred to the MDL, and therefore satisfies the requirements for transfer to the MDL for coordinated pretrial proceedings as a tag-along action, pursuant to 28 U.S.C. § 1407; and

3. The Attorney General's Motion to Intervene in the IPP Action is hereby withdrawn.

Dated: _September 5, 2019                   Respectfully submitted,

                                               _/s/ Jeffrey L. Kessler_
WINSTON & STRAWN LLP
JEFFREY L. KESSLER
jkessler@winston.com
EVA W. COLE
ewcole@winston.com
SOFIA ARGUELLO
sarguello@winston.com
200 Park Avenue
New York, NY 10166-4193
Telephone:     (212) 294-6700
Facsimile:      (212) 294-4700

KEVIN B. GOLDSTEIN
kbgoldstein@winston.com
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone:     (312) 558-5600
Facsimile:      (312) 558-5700

WEIL, GOTSHAL & MANGES LLP
DAVID L. YOHAI
david.yohai@weil.com
ADAM C. HEMLOCK

adam.hemlock@weil.com
DAVID YOLKUT
david.yolkut@weil.com
767 Fifth Avenue
New York, NY 10153-0119
Telephone:     (212) 310-8000
Facsimile:     (212) 310-8007

*Attorneys for Defendant Panasonic Corporation of North America*

*/s/ Erik T. Koons* _____
BAKER BOTTS LLP
JOHN M. TALADAY
john.taladay@bakerbotts.com
ERIK T. KOONS
erik.koons@bakerbotts.com
1299 Pennsylvania Avenue, NW
Washington, DC 20004-2400
Telephone:     (202) 639-7700
Facsimile:     (202) 639-7890

*Attorneys for Defendant Philips North America LLC*

*/s/ Eliot A. Adelson* ____
KIRKLAND & ELLIS LLP
ELIOT A. ADELSON
Email: eadelson@kirkland.com
555 California Street, 27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1413
Facsimile: (415) 439-1500

*Attorneys for Defendant Hitachi America, Ltd.*

*/s/ John A. Girardi* ____
GIRARDI/KEESE
JOHN A. GIRARDI
1126 Wilshire Blvd.
Los Angeles, CA 90017
Tel: (213) 262-6777
Email: jgirardi@girardikeese.com

BECKER VISSEPO, PSC
JANE BECKER WHITAKER, PR-Bar Num. 9352
1225 Ponce de Leon, Suite 1102
San Juan, PR 00907
Tel: 787 945.2406
Email: jbw@beckervissepo.com
Email: janebeckerwhitaker@gmail.com

SHINDLER ANDERSON GOPLERUD & WEESE PC
J. BARTON GOPLERUD

5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
Tel: (515) 223-4567
Email: goplerud@sagwlaw.com

*Attorneys for the Government of Puerto Rico, through its Attorney General*

Pursuant to Civil L.R. 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the other signatories.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

DATED: _____    _____
                                                        Hon. Jon S. Tigar
                                                        United States District Judge