1  GIBSON, DUNN & CRUTCHER LLP
   RACHEL S. BRASS, SBN 219301
2  RBrass@gibsondunn.com
   555 Mission Street, Suite 3000
3  San Francisco, California 94105-2933
   Telephone: 415.393.8200
4  Facsimile: 415.393.8306

5  Attorneys for Defendant
   Tatung Company of America, Inc.
6

7                    UNITED STATES DISTRICT COURT

8                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                           SAN FRANCISCO DIVISION

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 4:07-CV-05944-JST<br>MDL No. 1917 |
|---|---|
| This Document Relates to:<br><br>*Government of Puerto Rico Action*; | **TATUNG COMPANY OF AMERICA, INC.'S NOTICE OF JOINDER IN STIPULATION AND [PROPOSED] ORDER RE [5564] MOTION TO INTERVENE, REGARDING TRANSFER OF TAG-ALONG ACTION AND THE GOVERNMENT OF PUERTO RICO'S MOTION TO INTERVENE** |

Gibson, Dunn & Crutcher LLP

TATUNG COMPANY OF AMERICA, INC'S NOTICE OF JOINDER IN STIPULATION AND [PROPOSED] ORDER REGARDING TRANSFER OF TAG-ALONG ACTION AND THE GOVERNMENT OF PUERTO RICO'S MOTION TO INTERVENE - CASE NO. 4:07-CV-05944-JST, MDL No. 1917

Defendant Tatung Company of America, Inc. ("TUS"), by counsel, hereby joins in the Stipulation with Proposed Order relating to Motion to Intervene, Regarding Transfer of Tag-Along Action and the Government of Puerto Rico's Motion to Intervene, filed by Defendants Panasonic Corporation of North America, Philips North America Corporation, and Hitachi America, LTD. and the Government of Puerto Rico and the Government of Puerto Rico on September 6, 2019. (ECF 5579).

DATE: September 6, 2019                    GIBSON, DUNN & CRUTCHER LLP


By:   /s/ Rachel S. Brass
        Rachel S. Brass

Attorneys for Defendant
Tatung Company of America, Inc.

Gibson, Dunn & Crutcher LLP

1

TATUNG COMPANY OF AMERICA, INC.'S NOTICE OF JOINDER IN STIPULATION AND [PROPOSED] ORDER REGARDING TRANSFER OF TAG-ALONG ACTION AND THE GOVERNMENT OF PUERTO RICO'S MOTION TO INTERVENE - CASE NO. 4:07-CV-05944-JST, MDL No. 1917