UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-05944-JST<br><br>**ORDER TERMINATING MOTION TO INTERVENE**<br><br>Re: ECF Nos. 5579, 5580 |

The Court acknowledges the parties' "Stipulation and Proposed Order Regarding Transfer of Tag-Along Action and the Government of Puerto Rico's Motion to Intervene." ECF Nos. 5579, 5580. The parties now agree that the action filed by the Attorney General of Puerto Rico, *Government of Puerto Rico v. LG Electronics*, Case No. SJ2018CV10831, should be transferred to this district and consolidated for pretrial proceedings with the other actions in this multidistrict litigation. The parties' appear to further request that this court order that relief, but only the Judicial Panel on Multidistrict Litigation has the authority to order such a transfer. 28 U.S.C. § 1407(a). Accordingly, the Court will take no further action on the parties' stipulation. The Government of Puerto Rico's motion to intervene, ECF No. 5564, is terminated.

**IT IS SO ORDERED.**

Dated: September 9, 2019



JON S. TIGAR
United States District Judge