Calvin L. Litsey (SBN 289659)
Faegre Baker Daniels LLP
1950 University Avenue, Suite 450
East Palo Alto, CA  94303-2279
Telephone: +1 650-324-6700
Facsimile: +1 650-324-6701
calvin.litsey@FaegreBD.com

Jeffrey S. Roberts (*pro hac vice*)
Faegre Baker Daniels LLP
1144 15th Street, Suite 3400
Denver, CO  80202
Telephone: +1 303-607-3500
Facsimile:  +1 303-607-3600
jeff.roberts@FaegreBD.com

Kathy L. Osborn (*pro hac vice*)
Ryan M. Hurley (*pro hac vice*)
Anna Konradi Behrmann (*pro hac vice)*
Faegre Baker Daniels LLP
300 N. Meridian Street, Suite 2500
Indianapolis, IN  46204
Telephone: +1 317-237-0300
Facsimile: +1 317-237-1000
kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com
anna.behrmann@FaegreBD.com

Emily E. Chow (*pro hac vice*)
Faegre Baker Daniels LLP
2200 Wells Fargo
90 S. Seventh Street
Minneapolis, MN  55402
Telephone: +1 612-766-7000
Facsimile:  +1 612-766-1600
emily.chow@FaegreBD.com

*Attorneys for Defendants Thomson*
*Consumer Electronics, Inc. and Thomson SA*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | No. 07-cv-5944-SC<br><br>MDL No. 1917<br><br>**NOTICE OF CHANGE OF ADDRESS** |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

Please be advised that Faegre Baker Daniels LLP's Indianapolis office address has changed. The address is as follows:

>Faegre Baker Daniels LLP
>
>300 North Meridian Street, Suite 2500
>
>Indianapolis, IN  46204

Counsel for Defendants Thomson Consumer Electronics, Inc. and Thomson SA respectfully request that the Clerk and all counsel update this firm's Indianapolis address of record.

Respectfully submitted this 12th day of September, 2019.

*s/ Anna Konradi Behrmann*
Kathy L. Osborn (*pro hac vice*)
Ryan M. Hurley (*pro hac vice*)
Anna Konradi Behrmann (*pro hac vice*)
Faegre Baker Daniels LLP
300 N. Meridian Street, Suite 2500
Indianapolis, IN  46204
Telephone: +1 317-237-0300
Facsimile: +1 317-237-1000
kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com
anna.behrman@FaegreBD.com

Jeffrey S. Roberts (*pro hac vice*)
Faegre Baker Daniels LLP
1144 Fifteenth Street, Suite 3400
Denver, Colorado 80202
Telephone: +1 303-607-3500
Facsimile:  +1 303-607-3600
jeff.roberts@FaegreBD.com

Emily E. Chow (*pro hac vice*)
Faegre Baker Daniels LLP
2200 Wells Fargo
90 S. Seventh Street
Minneapolis, MN  55402
Telephone: +1 612-766-7000
Facsimile:  +1 612-766-1600
emily.chow@FaegreBD.com

Calvin L. Litsey (SBN 289659)
Faegre Baker Daniels LLP
1950 University Avenue, Suite 450
East Palo Alto, CA  94303-2279
Telephone: +1 650-324-6700
Facsimile: +1 650-324-6701
calvin.litsey@FaegreBD.com

***Attorneys for Defendants Thomson Consumer Electronics, Inc. and Thomson SA***
