Mario N. Alioto (56433)
Lauren C. Capurro (241151)
**TRUMP, ALIOTO, TRUMP & PRESCOTT LLP**
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
malioto@tatp.com
laurenrussell@tatp.com

*Lead Counsel for Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master No.:  4:07-cv-05944-JST<br>Case No. 4:13-cv-03234-JST<br><br>MDL No. 1917 |
| This Document Relates to:<br><br>All Indirect Purchaser Actions | **INDIRECT-PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |

1    Pursuant to Civil Local Rules 7-11 and 79-5(d), the Indirect Purchaser Plaintiffs

2    ("IPPs") hereby move for administrative relief regarding IPPs' proposed Second Amended

3    Class Action Complaint Against Thomson and TDA Defendants, filed herewith as Exhibit

4    B to the Joint Stipulation and [Proposed] Order to Amend Complaints for Settlement

5    Purposes.  IPPs respectfully request an order permitting them to file the gray highlighted

6    portions of IPPs' proposed Second Amended Class Action Complaint Against Thomson

7    and TDA Defendants under seal.

8    This motion is supported by the Declaration of Lauren C. Capurro in Support of the

9    IPPs' Administrative Motion to File Documents Under Seal Pursuant to Civil Local Rules

10    7-11 and 79-5(d) ("Capurro Declaration"), dated September 13, 2019.  *See* Civ. L. R. 79-

11    5(d)(1)(A) (stating that an administrative motion to seal must be accompanied by a

12    declaration "establishing that the document sought to be filed under seal . . . [is] sealable").

13    As set forth in the Capurro Declaration, the documents that IPPs seek to file under

14    seal contain either (a) material designated by certain Defendants to this litigation pursuant

15    to the Stipulated Protective Order (ECF No. 306, amended at ECF No. 1142, June 18,

16    2008) as "Confidential" or "Highly Confidential" or (b) analysis of, references to, or

17    information taken directly from material designated by certain Defendants pursuant to the

18    Stipulated Protective Order as "Confidential" or "Highly Confidential."  *See* Capurro

19    Decl., ¶¶ 8-9.

20    The entities that have designated the materials referred to in the gray highlighted

21    portions of the proposed Second Amended Class Action Complaint as confidential or

22    highly confidential are: MT Picture Display Co., Ltd., Thomson SA (now known as

23    Technicolor SA), Thomson Consumer Electronics, Inc. (now known as Technicolor USA,

24    Inc.), Technologies Displays Americas, LLC, Chunghwa Picture Tubes, Ltd., Samsung

25    SDI Co., Ltd., Koninklijke Philips Electronics B.V., and Toshiba Corporation.  *Id.* ¶ 9.

26    The designated portions of Exhibit B are identical to the allegations in the First

27    Amended Class Action Complaint (ECF No. 3871-4) that were filed under seal in

28    accordance with the Court's previous order (ECF No. 3882), and IPPs have complied with

1

INDIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS
UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)
MASTER FILE NO. 4:07-CV-05944-JST, MDL NO. 1917

1    their obligation to treat such information as confidential since that time.  Capurro Decl. ¶ 7.

2          IPPs take no position whether the designated documents satisfy the requirements

3    for sealing.  Although IPPs' request is narrowly tailored to include only the information

4    that may require confidentiality, it is the Designating Party's burden to show good cause

5    for sealing the designated documents by submitting a declaration within four days of the

6    lodging of the designated documents.  *See* Civil Local Rule 79-5(e).

7          Because Civil Local Rule 79-5(b) prohibits the sealing of documents by agreement

8    of the parties, the parties are unable to enter into such a stipulation.  *See* Civil Local Rules

9    7-11(a) (requiring explanation of lack of stipulation).

10

11   Dated: September 13, 2019              Respectfully submitted,

12                                          */s/ Lauren C. Capurro*

13                                          Mario N. Alioto
                                            Lauren C. Capurro
14                                          TRUMP, ALIOTO, TRUMP & PRESCOTT,
                                            LLP
15                                          2280 Union Street
                                            San Francisco, CA 94123
16                                          Telephone: (415) 563-7200
                                            Facsimile: (415) 346-0679
17                                          Email: malioto@tatp.com
                                            laurenrussell@tatp.com
18
                                            *Lead Counsel for the Indirect Purchaser*
19                                          *Plaintiffs*

20

21

22

23

24

25

26

27

28

INDIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS
UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)
MASTER FILE NO. 4:07-CV-05944-JST, MDL NO. 1917