Mario N. Alioto (56433)
Lauren C. Capurro (241151)
**TRUMP, ALIOTO, TRUMP & PRESCOTT LLP**
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
malioto@tatp.com
laurenrussell@tatp.com

*Lead Counsel for Indirect Purchaser Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>All Indirect Purchaser Actions | Master File No.: 4:07-cv-05944-JST<br>Case No. 4:13-cv-03234-JST<br><br>MDL No. 1917<br><br>**[PROPOSED] ORDER GRANTING INDIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES<br>7-11 AND 79-5(d)** |

[PROPOSED] ORDER GRANTING INDIRECT PURCHASER PLAINTIFFS'
ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
MASTER FILE NO. 4:07-CV-05944-JST, MDL NO. 1917

GOOD CAUSE APPEARING THEREFOR, Indirect Purchaser Plaintiffs' Administrative Motion to Seal Documents Pursuant to Civil Local Rules 7-11 and 79-5(d) is hereby GRANTED.

**IT IS SO ORDERED.**

DATED: _____          _____
                                        HONORABLE JON S. TIGAR
                                        UNITED STATES DISTRICT JUDGE