(*Stipulating Parties on Signature Page*)

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917<br>Master File No. 4:07-cv-5944 JST<br>No. 13-cv-03234-JST |
| This Document Relates to:<br>All Indirect Purchaser Actions | **JOINT STIPULATION AND [PROPOSED] ORDER TO CONDITIONALLY AMEND COMPLAINTS FOR SETTLEMENT PURPOSES**<br><br>Judge: Hon. Jon S. Tigar |

IT IS HEREBY STIPULATED, pursuant to the Federal Rules of Civil Procedure, Rule 15 (a)(2) and Rule 24, and Civil L.R. 7-1(a)(5) and 7-12, by and between the parties hereto, through their respective attorneys of record, that Indirect Purchaser Plaintiffs ("IPPs") may file their Fifth Consolidated Amended Complaint (a copy of which is attached hereto as Exhibit A) and their Second Amended Class Action Complaint (a copy of which is attached hereto as Exhibit B)[1] to substitute the current named plaintiffs for the States of Hawaii, Nevada, New Mexico, and South Dakota for new plaintiffs for those states, which will facilitate the settlement process.

IT IS FURTHER STIPULATED that Defendants waive notice and service of the Fifth

---

[1] IPPs filed suit against defendant Technologies Displays Americas, LLC in a separate complaint entitled *Luscher, et al. v. Videocon Industries Limited, et al.*, Case No. 4:13-cv-03234 JST, ECF No. 1, which was added to MDL No. 1917 as a related case. IPPs later amended the complaint to add Thomson S.A. as a defendant. *See* ECF No. 3871-4 (First Amended Class Action Complaint).

Consolidated Amended Complaint and the Second Amended Class Action Complaint, and shall not be required to answer the Fifth Consolidated Amended Complaint or the Second Amended Class Action Complaint, and that all denials, responses and affirmative defenses contained in the answers filed by Defendants to the Fourth Consolidated Amended Complaint, ECF No. 1526, or that could have been asserted by the Thomson or TDA Defendants in answers to the First Amended Class Action Complaint, ECF No. 3871-4, shall be responsive to the Fifth Consolidated Amended Complaint and the Second Amended Class Action Complaint, as applicable. These amended complaints are not intended to re-assert claims against defendants that have previously been dismissed from this IPP action.

IT IS FURTHER STIPULATED that this stipulation shall remain in effect only if the Amended IPP Settlements (ECF No. 5551 ¶5, ECF No. 5574) become final, as that term is used in the settlement agreements (*e.g.*, ECF No. 3862-1 ¶11). If, for some reason, the Amended IPP Settlements do not become final, then this stipulation shall be deemed null and void, the operative complaints in this action shall be the Fourth Consolidated Amended Complaint (ECF No. 1526) and the First Amended Class Action Complaint as to the Thomson and TDA Defendants (ECF No. 3871-4), and Defendants shall not be deemed to have waived any defenses by entering into this stipulation, including defenses pertaining to the limitations period. *See McCabe v. Six Continents Hotels, Inc.*, No. 12-cv-04818 NC, 2015 U.S. Dist. LEXIS 85084, at *12 (N.D. Cal. June 30, 2015) ("Where the parties have agreed to file an amended complaint as part of the class settlement, judges in this district have granted leave to amend, subject to the terms of settlement."); *Miller v. Ghirardelli Chocolate Co.*, 12-cv-04936 LB, 2014 WL 4978433, at *7 (N.D. Cal. Oct. 2, 2014) (granting leave to amend for settlement purposes, but voiding the amendment if no final settlement occurs).

The undersigned parties jointly and respectfully request that the Court enter this stipulation as an order.

//

//

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 16, 2019

_____
Hon. Jon S. Tigar
United States District Judge

DATED: September 13, 2019

**TRUMP, ALIOTO, TRUMP & PRESCOTT LLP**

By: /s/ *Mario N. Alioto*
Mario N. Alioto (56433)
Lauren C. Capurro (241151)
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
malioto@tatp.com
laurenrussell@tatp.com

*Lead Counsel for Indirect Purchaser Plaintiffs for the 22 States*

DATED: September 13, 2019

**WHITE & CASE LLP**

By: /s/ *Christopher M. Curran*
Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
Matthew N. Frutig (*pro hac vice*)
mfrutig@whitecase.com
701 Thirteenth Street, N.W.
Washington, DC 20005
tel.: (202) 626-3600
fax: (202) 639-9355

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

| | | |
|---|---|---|
| 1 | DATED: September 13, 2019 | By: /s/ *Andrew Rhys Davies* |
| 2 | | Michael S. Feldberg (pro hac vice) |
| | | michael.feldberg@allenovery.com |
| 3 | | Andrew Rhys Davies (pro hac vice) |
| | | andrewrhys.davies@allenovery.com |
| 4 | | Allen & Overy LLP |
| | | 1221 Avenue of the Americas |
| 5 | | New York, NY 10020 |
| | | (212) 610-6300 |

John Roberti (pro hac vice)
Allen & Overy LLP
1101 New York Avenue, NW
Washington, DC 20005
(202) 683-3800
john.roberti@allenovery.com

*Counsel for Defendants Samsung SDI Co., Ltd., Samsung SDI America, Inc., Samsung SDI (Malaysia) SDN. BHD., Samsung SDI Mexico S.A. de C.V., Samsung SDI Brasil Ltda., Shenzen Samsung SDI Co., Ltd., and Tianjin Samsung SDI Co., Ltd.*

Dated: September 13, 2019                KIRKLAND & ELLIS LLP

By: /s/ *Eliot A. Adelson*

Eliot A. Adelson
**KIRKLAND & ELLIS LLP**
555 California Street, 27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: eadelson@kirkland.com

James H. Mutchnik, P.C. *(pro hac vice)*
Barack S. Echols *(pro hac vice)*
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, Illinois 60654
Tel: (312) 862-2000
Facsimile: (312) 862-2200

*Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display Inc.), Hitachi America, Ltd., Hitachi Asia, Ltd., and Hitachi Electronic Devices (USA), Inc.*

Dated: September _13, 2019

WINSTON & STRAWN LLP

By: /s/ Jeffrey L. Kessler

WINSTON & STRAWN LLP
JEFFREY L. KESSLER
jkessler@winston.com
EVA W. COLE
ewcole@winston.com
SOFIA ARGUELLO
sarguello@winston.com
200 Park Avenue
New York, NY 10166-4193
Telephone:    (212) 294-6700
Facsimile:    (212) 294-4700

KEVIN B. GOLDSTEIN
kbgoldstein@winston.com
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone:    (312) 558-5600
Facsimile:    (312) 558-5700

WEIL, GOTSHAL & MANGES LLP
DAVID L. YOHAI
david.yohai@weil.com
ADAM C. HEMLOCK
adam.hemlock@weil.com
DAVID YOLKUT
david.yolkut@weil.com
767 Fifth Avenue
New York, NY 10153-0119
Telephone:    (212) 310-8000
Facsimile:    (212) 310-8007

*Attorneys for Defendants Panasonic Corporation, Panasonic Corporation of North America, and MT Picture Display Co., Ltd.[2]*

BAKER BOTTS LLP

Dated: September 13, 2019

By: /s/ Erik T. Koons

John M. Taladay
Erik T. Koons
BAKER BOTTS LLP
1299 Pennsylvania Ave., N.W.

---

[2] MT Picture Display Co., Ltd. has been dissolved and completed final liquidation proceedings in Japan on May 23, 2019.

Washington, D.C. 20004
Telephone: (202) 639-7909
Facsimile: (202) 585-1086

*Attorneys for Defendants Koninklijke Philips N.V., Philips North America LLC, Philips Taiwan Limited, and Philips do Brasil Ltda.*

Dated: September 13, 2019         By: */s/ Kathy L. Osborn*

Kathy L. Osborn (pro hac vice)
Ryan M. Hurley (pro hac vice)
Faegre Baker Daniels LLP
300 N. Meridian Street, Suite 2500
Indianapolis, IN 46204
Telephone: +1 317-237-0300
Facsimile: +1 317-237-1000
kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com

*Attorneys for Defendants Thomson Consumer Electronics, Inc. and Thomson SA*

Dated: September 13, 2019         By: */s/ Donald Wall*
Donald Wall
SQUIRE PATTON BOGGS (US) LLP
1 E. Washington Street, Suite 2700
Phoenix, AZ 85004
Telephone: (602) 528-4000
Facsimile: (602) 253-8129
Email: donald.wall@squirepb.com

*Attorneys for Defendant Technologies Displays Americas, LLC*