MARIO N. ALIOTO, ESQ. (56433)
JOSEPH M. PATANE, ESQ. (72202)
LAUREN C. RUSSELL, ESQ. (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA  94123
Telephone:  (415) 563-7200
Facsimile: (415) 346-0679
E-mail: malioto@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the Indirect Purchaser
Plaintiffs for the 22 States*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| In re:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*Indirect Purchaser Actions for the 22 States* | Master File No. 4:07-cv-05944-JST<br>Case No. 4:13-cv-03234-JST<br><br>MDL No. 1917<br><br>**[PROPOSED] ORDER GRANTING IPPS' ADMINISTRATIVE MOTION PURSUANT TO L.R. 7-11 FOR LEAVE TO EXCEED PAGE LIMIT**<br><br>Judge: Hon. Jon S. Tigar |

# [PROPOSED] ORDER

Upon consideration of the IPPs' Administrative Motion Pursuant to L.R. 7-11 for Leave to Exceed Page Limit ("Administrative Motion"), it is hereby:

ORDERED that the Administrative Motion is GRANTED; and it is further ORDERED that IPPs may file their Motion Pursuant to Ninth Circuit's Mandate to Reconsider and Amend Final Approval Order, Final Judgment and Fee Order (ECF Nos. 4712, 4717, 4740) of thirty-two (32) pages.

IT IS SO ORDERED

Dated: _____, 2019

**The Honorable Jon S. Tigar**
**Northern District of California**