Francis O. Scarpulla (41059)
Law Offices of Francis O. Scarpulla
456 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 788-7210
Facsimile: (415) 788-0706
Email: fos@scarpullalaw.com

Robert Bonsignore
Bonsignore Trial Lawyers, PLLC
23 Forest Street
Medford, MA 02155
Telephone: (781) 350-0000
Facsimile: (702) 852-5726
Email: rbonsignore@classactions.us

Theresa D. Moore (99978)
Law Offices of Theresa D. Moore
One Sansome Street, 35th Floor
San Francisco, CA 94104
Telephone: (415) 613-1414
tmoore@aliotolaw.com

[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]

*Interim Co-Lead Counsel for Indirect Purchaser Plaintiffs ORS Subclass*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Case No. 3:07-cv-5944 JST<br>MDL No. 1917<br><br>**CLASS ACTION**<br><br>**NOTICE OF SUBSTITUTION OF EXHIBITS** |
| This Document Relates to:<br><br>All Indirect Purchaser Actions | |

PLEASE TAKE NOTICE that Indirect Purchaser Plaintiffs for Other Repealer States, by and through undersigned counsel, (collectively, "ORS Plaintiffs") respectfully submit the attached Exhibits A and B (the "Substituted Exhibits") to replace Exhibits A and B filed as Dkts. 5570-1 and 5570-2, in connection with their Motion to Intervene and to Amend Complaint to Allege State Law Claims for the Other Repealer States (Dkt. 5567). Substituted Exhibits A and B are, respectively, clean and redline versions of the proposed amended complaint that ORS Plaintiffs seek leave to file.

ORS Plaintiffs now file these Substituted Exhibits to recognize that the Court entered a stipulated order allowing Indirect Purchaser Plaintiffs to file a Fifth Consolidated Amended Complaint and Second Class Action Complaint. Dkt. 5585. To avoid confusion over complaint versions, and consistent with ORS Plaintiffs' previous commitment to make such a filing should IPPs seek to amend the complaint as part of their settlement (Dkt. 5567), ORS Plaintiffs submit Substituted Exhibits that are clean and redline versions of a proposed Sixth Consolidated Amended Complaint. In addition, the Substituted Exhibits (i) update the named plaintiffs in accordance with IPPs' Fifth Consolidated Amended Complaint; (ii) change the status of the LG Entities and Chunghwa Entities from defendants to co-conspirators; and (iii) add Technologies Displays Americas LLC as a defendant, consistent with its status as a defendant in IPPs' Second Amended Class Action Complaint. *See* Dkt. 5583-3.

Dated:  September 19, 2019                            Respectfully submitted,

/s/  Theresa D. Moore                                       /s/  Francis. O. Scarpulla
    Theresa D. Moore                                    Francis O. Scarpulla
Theresa D. Moore (99978)                            Francis O. Scarpulla (41059)
Law Offices Of Theresa D. Moore              Patrick B. Clayton (240191)
One Sansome Street, 35th Floor                  Law Offices of Francis O. Scarpulla
San Francisco, CA 94104                              456 Montgomery Street, 17th Floor
Telephone: (415) 613-1414                          San Francisco, CA 94104
tmoore@aliotolaw.com                                Telephone: 415-788-7210
**Interim Co-Lead Counsel**                        fos@scarpullalaw.com
**for the ORS**                                                  pbc@scarpullalaw.com
                                                                                     **Interim Co-Lead Counsel**
                                                                                      **for the ORS**

| | | |
|---|---|---|
| 1 | /s/   Robert J. Bonsignore | |
| | Robert J. Bonsignore | John G. Crabtree, *appearing pro hac vice* |
| 2 | Robert J. Bonsignore | Brian Tackenberg, *appearing pro hac vice* |
| | Bonsignore Trial Lawyers, PLLC | Crabtree & Auslander |
| 3 | 3771 Meadowcrest Drive | 240 Crandon Boulevard, Suite 101 |
| | Las Vegas, NV  89121 | Key Biscayne, FL 33149 |
| 4 | Tel:  (781) 845-7650 | Telephone:  (305) 361-3770 |
| | rbonsignore@class-actions.us | jcrabtree@crabtreelaw.com |
| 5 | **Interim Co-Lead Counsel** | btackenberg@crabtreelaw.com |
| | **for the ORS** | **Counsel for the ORS** |
| 6 | | |
| | Christopher A. Nedeau (81297) | |
| 7 | Nedeau Law Firm | Brian M. Torres, *appearing pro hac vice* |
| | 154 Baker Street | Brian M. Torres, P.A. |
| 8 | San Francisco, CA 94117 | One S.E. Third Avenue, Suite 3000 |
| | Telephone: (415) 516-4010 | Miami, FL  33131 |
| 9 | cnedeau@nedeaulaw.net | Telephone:  (305) 901-5858 |
| 10 | **Counsel for the ORS** | btorres@briantorres.legal |
| | | **Counsel for the ORS** |

2
NOTICE OF SUBSTITUTION OF EXHIBITS
Case No. 3:07-cv-5944 SC, MDL No. 1917

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was filed *via* CM/ECF on September 19, 2019 and as a result has been served on all counsel of record *via* transmission of Notices of Electronic Filing generated by CM/ECF.

<u>/s/ Brian Tackenberg</u>
Brian Tackenberg