
Kathy L. Osborn (*pro hac vice*)
Ryan M. Hurley (*pro hac vice*)
Faegre Baker Daniels LLP
300 N. Meridian Street, Suite 2500
Indianapolis, IN 46204
Telephone: +1-317-237-0300
Facsimile: +1-317-237-1000
kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com

Jeffrey S. Roberts (*pro hac vice*)
Faegre Baker Daniels LLP
1144 15th Street, Suite 3400
Denver, CO 80203
Telephone: +1-303-607-3500
Facsimile: +1-303-607-3600
jeff.roberts@FaegreBD.com

***Attorneys for Defendants Thomson SA and Thomson Consumer Electronics, Inc.***

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | Case No. 07-cv-5944-SC<br><br>MDL No. 1917 |
| This Document Relates to:<br><br>All Indirect-Purchaser Actions | **EXHIBIT 1**<br>**THOMSON DEFENDANTS' OPPOSITION TO (1) MOTION TO INTERVENE AND AMEND COMPLAINT TO ALLEGE STATE LAW CLAIMS FOR THE OTHER REPEALER STATES (EFF No. 5567); AND (2) MOTION OF NON-REPEALER SUBCLASS MEMBER ELEANOR LEWIS FOR LEAVE TO FILE AMENDED COMPLAINT TO ADD ADDITIONAL, OR IN THE ALTERNATIVE, TO INTERVENE AND AMEND (ECF No. 5565)**<br><br>Date: Oct. 23, 2019<br>Time: 2:00 pm<br>Courtroom: 6, 2nd Floor<br>Judge: Honorable Jon S. Tigar |

FaegreBD.com

# FAEGRE BAKER DANIELS

USA ▼ UK ▼ CHINA

**Kathy L. Osborn**
*Partner*
kathy.osborn@FaegreBD.com
Direct **+1 317 237 8261**

**Faegre Baker Daniels LLP**
300 North Meridian Street ▼ Suite 2700
Indianapolis ▼ Indiana 46204-1750
Phone **+1 317 237 0300**
Fax **+1 317 237 1000**

May 27, 2015

**VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED**
**VIA E-MAIL (MALIOTO@TATP.COM)**

Mario Alioto
Trump, Alioto, Trump & Prescott, LLP
2280 Union Street
San Francisco, CA 94123

Re:  In re Cathode Ray Tube (CRT) Litigation, Case No. 3:07-cv-5944 SC, MDL No. 1917
     Notice of Termination of Tolling Agreement

Dear Mr. Alioto:

Please take note that effective the date of this letter, Technicolor SA (f/k/a Thomson SA) and Technicolor USA, Inc., (f/k/a Thomson Consumer Electronics, Inc.) (together "Technicolor" or "Thomson") elect to terminate: the Tolling Agreement between the Indirect Purchaser Plaintiffs in *In re: Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 3:07-cv-5944 SC, MDL No. 1917 ("IPPs") and Technicolor, dated November 6, 2011 (the "Tolling Agreement"); and any tolling provisions contained in the Agreement Concerning Proposed Amendment to Complaint between the IPPs and Thomson dated October 30, 2012. Accordingly, the "Termination Date," as that term is employed in the Tolling Agreement, shall be ten days from the date of this letter.

Sincerely,

*Kathy L. Osborn*

Kathy L. Osborn