Mario N. Alioto (56433)
Joseph M. Patane (72202)
Lauren C. Capurro (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2280 Union Street
San Francisco, CA 94123
Telephone: 415-563-7200
Facsimile: 415- 346-0679
Email: malioto@tatp.com
jpatane@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the Indirect Purchaser Plaintiffs for the 22 States*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION <br><br> This Document Relates to: <br><br> ALL INDIRECT PURCHASER ACTIONS | Master File No. 4:07-cv-05944-JST <br><br> MDL No. 1917 <br><br> **DECLARATION OF MARIO N. ALIOTO IN SUPPORT OF INDIRECT PURCHASER PLAINTIFFS' RESPONSE TO MOTIONS TO INTERVENE AND AMEND COMPLAINT** <br><br> Hearing Date: October 23, 2019 <br> Time: 2:00 p.m. <br> Courtroom: 6, 2nd Floor (Oakland) <br> Judge: Honorable Jon S. Tigar |

I, Mario N. Alioto, declare:

1. I am an attorney duly licensed by the State of California and am admitted to practice before this Court. I am a partner with the law firm Trump, Alioto, Trump & Prescott, LLP and my firm serves as the Court-appointed Lead Counsel for the Indirect Purchaser Plaintiffs ("IPPs") for the 22 States in the above-captioned action. I submit this Declaration in support of the IPPs' Response to Motions to Intervene and Amend Complaint, filed herewith. The matters set forth herein are within my personal knowledge and if called upon and sworn as a witness I could competently testify regarding them.

2. Counsel for the ORS/NRS Plaintiffs never contacted me prior to filing any of their proposed amended complaints to discuss their proposed amendments to IPPs' complaint. Nor did they ever send me a copy of the proposed amended complaints prior to filing, or otherwise consult with me or get my consent to their proposed amendments to IPPs' operative complaint.

3. Counsel for the ORS/NRS Plaintiffs never obtained the consent of the named IPPs to propose amendments to IPPs' complaint.

4. I do not concur in the ORS/NRS Plaintiffs' proposed amendments of the IPPs' complaint.

5. I believe that the ORS/NRS Plaintiffs purport to voluntarily dismiss Panasonic North America because the Court granted summary judgment in favor of Panasonic North America in certain Direct Action Plaintiff cases. *See* ECF No. 5119.

6. IPPs settled with the Panasonic defendants, including Panasonic NA, shortly after the filing of their summary judgment motion, and the motion was withdrawn pending final approval of their settlement.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 20th day of September 2019 at San Francisco, California.

/s/ Mario N. Alioto
Mario N. Alioto

*Lead Counsel for the Indirect Purchaser Plaintiffs for the 22 States*