1  MARIO N. ALIOTO, ESQ. (56433)
2  JOSEPH M. PATANE, ESQ. (72202)
   LAUREN C. RUSSELL, ESQ. (241151)
3  TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
   2280 Union Street
4  San Francisco, CA  94123
   Telephone:  (415) 563-7200
5  Facsimile: (415) 346-0679
   E-mail: malioto@tatp.com
6  laurenrussell@tatp.com

7
   *Lead Counsel for the Indirect Purchaser*
8  *Plaintiffs for the 22 States*

9              **UNITED STATES DISTRICT COURT**
              **NORTHERN DISTRICT OF CALIFORNIA**
10                   **OAKLAND DIVISION**

11

12  In re:  CATHODE RAY TUBE (CRT)        Master File No. 4:07-cv-05944-JST
    ANTITRUST LITIGATION                  Case No. 4:13-cv-03234-JST

13  ─────────────────────────────────     MDL No. 1917

14  This Document Relates to:             **[PROPOSED] ORDER GRANTING
                                          IPPS' ADMINISTRATIVE MOTION**
15  *Indirect Purchaser Actions for the 22 States*  **PURSUANT TO L.R. 7-11 FOR
                                          LEAVE TO EXCEED PAGE LIMIT**
16

17                                        Judge: Hon. Jon S. Tigar

18

19
20
21
22
23
24
25
26
27
28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

Upon consideration of the IPPs' Administrative Motion Pursuant to L.R. 7-11 for Leave to Exceed Page Limit ("Administrative Motion"), it is hereby:

ORDERED that the Administrative Motion is GRANTED; and it is further ORDERED that IPPs may file their Motion Pursuant to Ninth Circuit's Mandate to Reconsider and Amend Final Approval Order, Final Judgment and Fee Order (ECF Nos. 4712, 4717, 4740) of thirty-two (32) pages.

IT IS SO ORDERED

Dated: __September 24__, 2019

_____
The Honorable Jon S. Tigar
**Northern District of California**

1