MICHAEL W. BIEN – 096891
JEFFREY L. BORNSTEIN – 099358
JENNY S. YELIN – 273601
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone:  (415) 433-6830
Facsimile:  (415) 433-7104
Email:  mbien@rbgg.com
        jbornstein@rbgg.com
        jyelin@rbgg.com

Attorneys for Non-Party Objectors
FINANCIAL RECOVERY SERVICES.
INC., d/b/a FINANCIAL RECOVERY
STRATEGIES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | Master File No. CV-07-5944-JST<br>MDL No. 1917<br><br>**CLASS ACTION**<br><br>**ADMINISTRATIVE MOTION TO EXTEND TIME TO FILE RESPONSE TO IPPS' MOTION FOR RECONSIDERATION AND SPECTRUM'S LETTER RE LATE CLAIMS**<br><br>Judge: Hon. Jon S. Tigar<br>Date: October 23, 2019<br>Time: 2:00 p.m. |
|---|---|
| This Document Relates to:<br>All Indirect Purchaser Actions | |

[3440706.1]

Case No. CV-07-5944-JST
ADMINISTRATIVE MOTION TO EXTEND TIME TO FILE RESPONSE TO IPPS' MOTION FOR RECONSIDERATION AND SPECTRUM'S LETTER RE LATE CLAIMS

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Non-Party Financial Recovery Services. Inc., d/b/a Financial Recovery Strategies ("FRS") hereby moves this Court under Northern District of California 6-3 for an Order granting an extension of time to October 3, 2019 at 1:00 p.m. to file a response to Indirect Purchaser Plaintiffs ("IPPs")' September 16, 2019 Motion Pursuant to Ninth Circuit Mandate to Reconsider and Amend Final Approval Order, Final Judgment and Fee Order ("Reconsideration Motion"), *see* ECF No. 5587, and Non-Party Spectrum Recovery, LLC's September 17, 2019 letter brief ("Spectrum Letter"), *see* ECF No. 5588. Such an order is necessary to give FRS sufficient time to respond to the Reconsideration Motion and the Spectrum Letter, in light of upcoming Jewish Holidays.

Pursuant to Northern District of California Local Rule 7-3(a), FRS's response to the Reconsideration Motion would be due on September 30, 2019. September 30, 2019 and October 1, 2019 are Jewish Holidays and FRS's counsel and primary contact will be unavailable. Declaration of Jenny S. Yelin in Support of Administrative Motion to Extend Time to File Response to IPPs' Motion For Reconsideration and Spectrum's Letter Re Late Claims at ¶ 2. FRS seeks a short extension of time until October 3, 2019 at 1:00 p.m. to respond to the Reconsideration Motion and the Spectrum Letter. FRS's counsel communicated separately with IPPs' counsel and Spectrum's counsel on September 24, 2019 regarding the requested extension of time. *Id.* at ¶ 3. Spectrum's counsel was prepared to sign a Stipulation and Proposed Order requesting the short extension, and does not oppose FRS's request. *Id.* IPPs' counsel declined to sign a Stipulation, but represented that they did not oppose FRS's request. *Id.* If the Court declines to grant the request, FRS may not be able to prepare an adequate response to the issues in the Reconsideration Motion and the Spectrum Letter, given the upcoming Jewish Holidays. *Id.* at ¶ 4. FRS has not previously sought any time modifications from the Court in this case. *Id.* The requested extension would have no impact on the schedule for the case, because IPPs have represented that they intend to include any response to FRS's papers in the Reply in support of their Reconsideration Motion, which they will file on October 7,

1   Case No. CV-07-5944-JST
ADMINISTRATIVE MOTION TO EXTEND TIME TO FILE RESPONSE TO IPPS' MOTION FOR RECONSIDERATION AND SPECTRUM'S LETTER RE LATE CLAIMS

[3440706.1]

2019. *Id.* To the extent IPPs are not able to prepare a response to FRS's filing prior to their Reply date, FRS will not oppose an extension of time for IPPs to file a Supplemental Reply prior to the hearing date. *Id.*

     FRS therefore respectfully requests that the Court enter the Proposed Order Granting FRS's Motion to Extend the Time to File a Response to IPPs' Motion for Reconsideration and Spectrum's Letter re Late Claims.

DATED: September 24, 2019     Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By:    */s/ Jenny S. Yelin*
      Jeffrey L. Bornstein
      Jenny S. Yelin

Attorneys for Non-Party Objectors
FINANCIAL RECOVERY SERVICES. INC., d/b/a
FINANCIAL RECOVERY STRATEGIES

[3440706.1]

2

Case No.

ADMINISTRATIVE MOTION TO EXTEND TIME TO FILE RESPONSE TO IPPS' MOTION FOR RECONSIDERATION AND SPECTRUM'S LETTER RE LATE CLAIMS