MICHAEL W. BIEN – 096891
JEFFREY L. BORNSTEIN – 099358
JENNY S. YELIN – 273601
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone:  (415) 433-6830
Facsimile:  (415) 433-7104
Email:  mbien@rbgg.com
        jbornstein@rbgg.com
        jyelin@rbgg.com

Attorneys for Non-Party Objectors
FINANCIAL RECOVERY SERVICES.
INC., d/b/a FINANCIAL RECOVERY
STRATEGIES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | Master File No. CV-07-5944-JST<br>MDL No. 1917<br>**CLASS ACTION**<br>**DECLARATION OF JENNY S. YELIN IN SUPPORT OF ADMINISTRATIVE MOTION TO EXTEND TIME TO FILE RESPONSE TO IPPS' MOTION FOR RECONSIDERATION AND SPECTRUM'S LETTER RE LATE CLAIMS**<br>Judge:  Hon. Jon S. Tigar<br>Date:  October 23, 2019<br>Time:  2:00 p.m. |
| This Document Relates to:<br>All Indirect Purchaser Actions | |

[3440716.1]

Case No. CV-07-5944-JST
DECL OF JENNY S. YELIN ISO ADMINISTRATIVE MOTION TO EXTEND TIME TO FILE RESPONSE TO IPPS' MOTION FOR RECONSIDERATION AND SPECTRUM'S LETTER RE LATE CLAIMS

I, Jenny S. Yelin, declare:

1. I am an attorney duly admitted to practice before this Court. I am an associate in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs. I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify. I make this declaration in support of FINANCIAL RECOVERY SERVICES. INC., d/b/a FINANCIAL RECOVERY STRATEGIES' ("FRS") Administrative Motion to Extend Time to File Response to IPPs' Motion for Reconsideration and Spectrum's Letter re Late Claims.

2. September 30, 2019 and October 1, 2019 are Jewish Holidays and FRS's primary contact and primary attorneys in our firm will be unavailable.

3. On September 24, 2019, my colleague Jeffrey Bornstein and I communicated separately with Kassra Nassiri, the attorney for Spectrum Recovery, LLC, and with Mario Alioto and Lauren Capurro, the attorneys for IPPs, regarding our requested extension of time to October 3, 2019 at 1:00 p.m. to file a response to IPPs' Motion for Reconsideration (ECF No. 5587) and Spectrum's letter brief regarding late claims (ECF No. 5588). Mr. Nassiri informed us that Spectrum was willing to sign a Stipulation and Proposed Order requesting the short extension of time, and informed us that we could represent to the Court via this Administrative Motion that Spectrum does not oppose the extension of time. Mr. Alioto and Ms. Capurro declined to sign a Stipulation and Proposed Order, but informed us that they did not oppose our request for an extension.

4. If the Court declines to grant the requested extension, FRS may not be able to prepare an adequate response to the issues in the Reconsideration Motion and the Spectrum Letter, given the upcoming Jewish Holidays. FRS has not previously sought any time modifications from the Court in this case. The requested extension would have no impact on the schedule for the case, because IPPs have represented that they intend to include any response to FRS's papers in the Reply in support of their Reconsideration Motion, which they will file on October 7, 2019. To the extent IPPs are not able to prepare a response to FRS's filing prior to their Reply date, FRS will not oppose an extension of

[3440716.1]

Case No. CV-07-5944-JST

DECL OF JENNY S. YELIN ISO ADMINISTRATIVE MOTION TO EXTEND TIME TO FILE RESPONSE TO IPPS' MOTION FOR RECONSIDERATION AND SPECTRUM'S LETTER RE LATE CLAIMS

time for IPPs to file a Supplemental Reply prior to the hearing date.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at San Francisco, California this 24th day of September, 2019.

*/s/ Jenny S. Yelin*
Jenny S. Yelin

[3440716.1]

2   Case No. CV-07-5944-JST
DECL OF JENNY S. YELIN ISO ADMINISTRATIVE MOTION TO EXTEND TIME TO FILE RESPONSE TO IPPS' MOTION FOR RECONSIDERATION AND SPECTRUM'S LETTER RE LATE CLAIMS