UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-05944-JST<br><br>**ORDER DENYING INDIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Re: ECF No. 5583 |

Given the passage of time, the business dealings of the cathode ray tube market are not confidential. Accordingly, the Court denies Indirect Purchaser Plaintiffs' motion to seal portions if its proposed Second Amended Class Action Complaint Against Thomson and TDA Defendants.

**IT IS SO ORDERED.**

Dated: September 24, 2019



JON S. TIGAR
United States District Judge