1  Christopher M. Curran (*pro hac vice*)
   ccurran@whitecase.com
2  Lucius B. Lau (*pro hac vice*)
3  alau@whitecase.com
   Dana E. Foster (*pro hac vice*)
4  defoster@whitecase.com
5  Matthew N. Frutig (*pro hac vice*)
   mfrutig@whitecase.com
6  WHITE & CASE LLP
7  701 Thirteenth Street, N.W.
   Washington, DC 20005
8  Telephone:  (202) 626-3600
9  Facsimile:  (202) 639-9355

10
   *Attorneys for Defendants Toshiba Corporation,*
11 *Toshiba America, Inc., Toshiba America*
   *Information Systems, Inc., Toshiba America*
12 *Consumer Products, L.L.C., and Toshiba America*
13 *Electronic Components, Inc.*

14
                UNITED STATES DISTRICT COURT
15              NORTHERN DISTRICT OF CALIFORNIA
                        (OAKLAND DIVISION)
16

17

18 | IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 4:07-cv-05944-JST |
   |---|---|
   | | MDL No. 1917 |
19

20                                                    **TOSHIBA DEFENDANTS' NOTICE**
21 This Document Relates to:                         **OF COMPLIANCE WITH**
                                                     **28 U.S.C. § 1715**
22 ALL INDIRECT PURCHASER ACTIONS

23

24

25

26

27

28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

1  On September 26, 2019, Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, L.L.C., Toshiba America Electronic Components, Inc., and Toshiba America Information Systems, Inc. served notice under 28 U.S.C. § 1715 of the proposed amended settlement of this action (the "Notice") (*see, e.g.*, Exhibit 1) on the United States Attorney General and the Attorneys General of all fifty states, the District of Columbia, American Samoa, Guam, North Mariana Islands, the Virgin Islands, and Puerto Rico.  Proof of Service is attached hereto as Exhibit 2.  The Notice, together with a compact disk containing accompanying enclosures, was served within ten days of the filing of the Indirect Purchaser Plaintiffs' Motion Pursuant to Ninth Circuit Mandate to Reconsider and Amend Final Approval Order, Final Judgment and Fee Order (ECF Nos. 4712, 4717, 4740), filed on September 16, 2019.

Dated:  September 26, 2019

Respectfully submitted,

**WHITE & CASE** LLP

By: */s/ Dana E. Foster*
Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
Matthew N. Frutig (*pro hac vice*)
mfrutig@whitecase.com
WHITE & CASE LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

TOSHIBA DEFENDANTS' NOTICE OF COMPLIANCE WITH 28 U.S.C. § 1715
Case No. 4:07-cv-05944-JST, MDL No. 1917