# EXHIBIT 2

Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
Matthew N. Frutig (*pro hac vice*)
mfrutig@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, L.L.C., Toshiba America Electronic Components, Inc., and Toshiba America Information Systems, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(OAKLAND DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 4:07-cv-05944-JST<br>MDL No. 1917 |
| This Document Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS | **PROOF OF SERVICE RE: TOSHIBA DEFENDANTS' NOTICE OF COMPLIANCE WITH 28 U.S.C. § 1715** |

**PROOF OF SERVICE BY U.S. MAIL OR OVERNIGHT DELIVERY**

I, Jonathan C. Black II, hereby declare as follows:

1. I am over 18 years of age and I am not a party to the above-captioned action. I am employed by White & Case LLP in Washington, D.C.

2. My e-mail and business addresses are jonathanc.black@whitecase.com and White & Case LLP, 701 Thirteenth St. N.W., Washington, D.C. 20005.

3. On September 26, 2019, pursuant to 28 U.S.C. § 1715, I served a true and correct copy of the Toshiba Defendants' notice of their proposed amended settlement of this action by sending it via overnight delivery or U.S. mail to the addresses set forth in Attachment A.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 26th day of September, 2019, in Washington, D.C.

_____
Jonathan C. Black II

PROOF OF SERVICE RE: TOSHIBA DEFENDANTS' NOTICE OF COMPLIANCE WITH 28 U.S.C. § 1715
Case No. 4:07-cv-05944-JST, MDL No. 1917

# ATTACHMENT A

Service List of Notice Under 28 U.S.C. § 1715
*In re: Cathode Ray Tube (CRT) Antitrust Litigation*
No. 4:07-cv-05944; MDL No. 1917

| | |
|---|---|
| The Honorable William P. Barr<br>Attorney General of the United States<br>United States Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530 | The Honorable Steve Marshall<br>Attorney General of Alabama<br>Office of the Attorney General<br>P.O. Box 300152<br>Montgomery, AL 36130 |
| The Honorable Kevin G. Clarkson<br>Attorney General of Alaska<br>Alaska Department of Law<br>1031 W. 4th Avenue, Suite 200<br>Anchorage, AK 99501 | The Honorable Talauega Eleasalo V. Ale<br>Attorney General of American Samoa<br>Department of Legal Affairs<br>Executive Office Building, 3rd Floor<br>P.O. Box 7<br>Utulei, American Samoa 96799 |
| The Honorable Mark Brnovich<br>Attorney General of Arizona<br>Office of the Attorney General<br>2005 N. Central Ave.<br>Phoenix, AZ 85004 | The Honorable Leslie Rutledge<br>Attorney General of Arkansas<br>Office of the Attorney General<br>323 Center St., Suite 200<br>Little Rock, AR 72201 |
| The Honorable Xavier Becerra<br>c/o CAFA Coordinator<br>Office of the Attorney General<br>Consumer Law Section<br>455 Golden Gate Ave., Suite 11000<br>San Francisco, CA 94102 | The Honorable Phil Weiser<br>Attorney General of Colorado<br>Office of the Attorney General<br>Ralph L. Carr Colorado Judicial Center<br>1300 Broadway, 10th Floor<br>Denver, CO 80203 |
| The Honorable William Tong<br>Attorney General of Connecticut<br>Office of the Attorney General<br>55 Elm Street<br>Hartford, CT 06106 | The Honorable Kathy Jennings<br>Attorney General of Delaware<br>Delaware Department of Justice<br>Carvel State Building<br>820 N. French St.<br>Wilmington, DE 19801 |
| The Honorable Karl A. Racine<br>Attorney General of the District of Columbia<br>Office of the Attorney General<br>441 4th Street NW, Suite 1100 South<br>Washington, DC 20001 | The Honorable Ashley Moody<br>Attorney General of Florida<br>Office of the Attorney General<br>The Capitol PL-01<br>Tallahassee, FL 32399-1050 |
| The Honorable Christopher M. Carr<br>Attorney General of Georgia<br>Office of the Attorney General<br>40 Capitol Square, SW<br>Atlanta, GA 30334 | The Honorable Leevin Taitano Camacho<br>Attorney General of Guam<br>Office of the Attorney General<br>590 S. Marine Corps Drive, Suite 901<br>Tamuning, Guam 96913 |

| | |
|---|---|
| The Honorable Clare E. Connors<br>Attorney General of Hawaii<br>Department of the Attorney General<br>425 Queen St.<br>Honolulu, HI 96813 | The Honorable Lawrence Wasden<br>Attorney General of Idaho<br>Office of the Attorney General<br>700 W. Jefferson Street, Suite 210<br>P.O. Box 83720<br>Boise, ID 83720-0010 |
| The Honorable Kwame Raoul<br>Attorney General of Illinois<br>Office of the Attorney General<br>James R. Thompson Ctr.<br>100 W. Randolph St.<br>Chicago, IL 60601 | The Honorable Curtis T. Hill, Jr.<br>Attorney General of Indiana<br>Office of the Indiana Attorney General<br>Indiana Government Center South<br>302 West Washington Street, 5th Floor<br>Indianapolis, IN 46204 |
| The Honorable Tom Miller<br>Attorney General of Iowa<br>Office of the Attorney General<br>Hoover State Office Building<br>1305 E. Walnut St.<br>Des Moines, IA 50319 | The Honorable Derek Schmidt<br>Attorney General of Kansas<br>Office of the Attorney General<br>120 S.W. 10th Ave., 2nd Floor<br>Topeka, KS 66612 |
| The Honorable Andy Beshear<br>Attorney General of Kentucky<br>Office of the Attorney General<br>700 Capitol Avenue, Suite 118<br>Frankfort, KY 40601-3449 | The Honorable Jeff Landry<br>Attorney General of Louisiana<br>Office of the Attorney General<br>P.O. Box 94005<br>Baton Rouge, LA 70804 |
| The Honorable Aaron Frey<br>Attorney General of Maine<br>Office of the Attorney General<br>6 State House Station<br>Augusta, ME 04333 | The Honorable Brian E. Frosh<br>Attorney General of Maryland<br>Office of the Attorney General<br>200 St. Paul Place<br>Baltimore, MD 21202 |
| The Honorable Maura Healey<br>Office of Massachusetts Attorney General<br>ATTN: CAFA Coordinator/General Counsel's Office<br>One Ashburton Place<br>Boston, MA 02108 | The Honorable Dana Nessel<br>Attorney General of Michigan<br>Department of Attorney General<br>G. Mennen Williams Building<br>525 W. Ottawa Street, P.O. Box 30212<br>Lansing, MI 48933 |
| The Honorable Keith Ellison<br>Attorney General of Minnesota<br>Office of Minnesota Attorney General<br>445 Minnesota Street<br>Suite 1400<br>Saint Paul, MN 55101-2131 | The Honorable Jim Hood<br>Attorney General of Mississippi<br>Mississippi Attorney General's Office<br>P.O. Box 220<br>Jackson, MS 39205 |

| | |
|---|---|
| The Honorable Eric Schmitt<br>Attorney General of Missouri<br>Missouri Attorney General's Office<br>Supreme Court Building<br>207 W. High St.<br>P.O. Box 899<br>Jefferson City, MO 65101 | The Honorable Tim Fox<br>Attorney General of Montana<br>Office of the Attorney General<br>Justice Building, Third Floor<br>215 N. Sanders St., P.O. Box 201401<br>Helena, MT 59601 |
| The Honorable Doug Peterson<br>Attorney General of Nebraska<br>Office of the Attorney General<br>345 State Capitol<br>Lincoln, NE 68509 | The Honorable Aaron Ford<br>Attorney General of Nevada<br>Office of the Attorney General<br>100 N. Carson St.<br>Carson City, NV 89701 |
| The Honorable Gordon MacDonald<br>Attorney General of New Hampshire<br>NH Department of Justice<br>33 Capitol Street<br>Concord, NH 03301 | The Honorable Gurbir S. Grewal<br>Attorney General of New Jersey<br>Office of the Attorney General<br>Richard J. Hughes Justice Complex<br>25 Market Street, P.O. Box 080<br>Trenton, NJ 08611 |
| The Honorable Hector Balderas<br>Attorney General of New Mexico<br>Office of the Attorney General<br>408 Galisteo St.<br>Villagra Building<br>Santa Fe, NM 87501 | The Honorable Letitia James<br>c/o CAFA Coordinator<br>Office of the Attorney General<br>28 Liberty St., 15th Floor<br>New York, NY 10005 |
| The Honorable Josh Stein<br>Attorney General of North Carolina<br>Office of the Attorney General<br>9001 Mail Service Center<br>Raleigh, NC 27699 | The Honorable Wayne Stenehjem<br>Attorney General of North Dakota<br>Office of Attorney General<br>600 E. Boulevard Ave., Dept. 125<br>Bismarck, ND 58505 |
| The Honorable Edward E. Manibusan<br>Attorney General of Northern Mariana Islands<br>Office of the Attorney General<br>Administration Building<br>P.O. Box 10007<br>Saipan, MP 96950 | The Honorable Dave Yost<br>Attorney General of Ohio<br>Office of the Attorney General<br>30 E. Broad St., 14th Floor<br>Columbus, OH 43215 |
| The Honorable Mike Hunter<br>Attorney General of Oklahoma<br>Office of the Oklahoma Attorney General<br>313 NE 21st Street<br>Oklahoma City, OK 73105 | The Honorable Ellen F. Rosenblum<br>Attorney General of Oregon<br>Oregon Department of Justice<br>1162 Court St. NE<br>Salem, OR 97301 |
| The Honorable Josh Shapiro<br>Attorney General of Pennsylvania<br>Pennsylvania Office of Attorney General<br>16th Floor, Strawberry Square<br>Harrisburg, PA 17120 | The Honorable Dennise N. Longo Quinones<br>Attorney General of Puerto Rico<br>Office of the Attorney General<br>P.O. Box 9020192<br>San Juan, Puerto Rico 00902-0192 |

| | |
|---|---|
| The Honorable Peter F. Neronha<br>Attorney General of Rhode Island<br>Office of the Attorney General<br>150 South Main St.<br>Providence, RI 02903 | The Honorable Alan Wilson<br>Attorney General of South Carolina<br>P.O. Box 11549<br>Columbia, SC 29211 |
| The Honorable Jason Ravnsborg<br>Attorney General of South Dakota<br>Office of the Attorney General<br>1302 E Hwy 14<br>Suite 1<br>Pierre, SD 57501 | The Honorable Herbert H. Slatery III<br>Attorney General of Tennessee<br>Office of the Attorney General and Reporter<br>301 6th Avenue North<br>War Memorial Building<br>Nashville, Tennessee 37243 |
| The Honorable Ken Paxton<br>Attorney General of Texas<br>Office of the Attorney General<br>P.O. Box 12548<br>Austin, TX 78711-2548 | The Honorable Sean D. Reyes<br>Attorney General of Utah<br>Office of the Attorney General<br>P.O. Box 142320<br>Salt Lake City, UT 84114 |
| The Honorable T.J. Donovan<br>Attorney General of Vermont<br>Vermont Attorney General's Office<br>109 State St.<br>Montpelier, VT 05609 | The Honorable Denise N. George<br>Attorney General of Virgin Islands<br>Department of Justice<br>Office of the Attorney General<br>34-38 Kronprindsens Gade<br>GERS Building, 2nd Floor<br>St. Thomas, Virgin Islands 00802 |
| The Honorable Mark R. Herring<br>Attorney General of Virginia<br>Office of the Attorney General<br>202 North Ninth St.<br>Richmond, VA 23219 | The Honorable Bob Ferguson<br>Attorney General of Washington<br>Office of the Attorney General<br>1125 Washington St. SE<br>P.O. Box 40100<br>Olympia, WA 98501 |
| The Honorable Patrick Morrisey<br>Attorney General of West Virginia<br>Office of the Attorney General<br>State Capitol Complex Bldg. 1<br>Room E-26<br>Charleston, WV 25305 | The Honorable Josh Kaul<br>Attorney General of Wisconsin<br>Wisconsin Department of Justice<br>P.O. Box 7857<br>Madison, WI 53707 |
| The Honorable Bridget Hill<br>Attorney General of Wyoming<br>Wyoming Attorney General's Office<br>Kendrick Building<br>2320 Capitol Avenue<br>Cheyenne, WY 82001 | |