MICHAEL W. BIEN – 096891
JEFFREY L. BORNSTEIN – 099358
JENNY S. YELIN – 273601
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone:  (415) 433-6830
Facsimile:   (415) 433-7104
Email:         mbien@rbgg.com
                   jbornstein@rbgg.com
                   jyelin@rbgg.com

Attorneys for Non-Party Objectors
FINANCIAL RECOVERY SERVICES.
INC., d/b/a FINANCIAL RECOVERY
STRATEGIES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION,<br><br>This Document Relates to:<br>All Indirect Purchaser Actions | Master File No. CV-07-5944-JST<br>MDL No. 1917<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO EXTEND TIME TO FILE RESPONSE TO IPP'S MOTION FOR RECONSIDERATION AND SPECTRUM'S LETTER RE LATE CLAIMS**<br><br>Judge:  Hon. Jon S. Tigar<br>Date:    October 23, 2019<br>Time:    2:00 p.m. |

Case No. CV-07-5944-JST
[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO EXTEND TIME TO FILE RESPONSE TO IPP'S MOTION FOR RECONSIDERATION AND SPECTRUM'S LETTER RE LATE CLAIMS

[3440731.1]

1  FINANCIAL RECOVERY SERVICES. INC., d/b/a FINANCIAL RECOVERY
2  STRATEGIES' ("FRS") is hereby granted an extension of time to file a response to
3  Indirect Purchaser Plaintiffs ("IPPs")' September 16, 2019 Motion Pursuant to Ninth
4  Circuit Mandate to Reconsider and Amend Final Approval Order, Final Judgment and Fee
5  Order, *see* ECF No. 5587, and Non-Party Spectrum Recovery, LLC's September 17, 2019
6  letter brief, *see* ECF No. 5588.  FRS's response shall be filed no later than October 3, 2019
7  at 1:00 p.m. Pacific time.

8  IT IS SO ORDERED.

9  DATED:  September 27, 2019

_____
Honorable Jon S. Tigar
United States District Judge

[3440731.1]

Case No. CV-07-5944-JST
[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO EXTEND TIME TO FILE RESPONSE TO IPP'S MOTION FOR RECONSIDERATION AND SPECTRUM'S LETTER RE LATE CLAIMS