JEFFREY L. KESSLER (*pro hac vice*)
jkessler@winston.com
EVA W. COLE (*pro hac vice*)
ewcole@winston.com
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone:   (212) 294-6700
Facsimile:    (212) 294-4700

*Attorneys for Defendants Panasonic Corporation,
Panasonic Corporation of North America, and MT Picture Display Co., Ltd.*

Additional Parties and Counsel Listed on Signature Pages

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION <br><br> This Document Relates to: <br><br> ALL INDIRECT PURCHASER ACTIONS | Case No. 4:07-cv-5944-JST <br><br> MDL No. 1917 <br><br> **PANASONIC, PHILIPS, SAMSUNG SDI, AND HITACHI DEFENDANTS' NOTICE OF COMPLIANCE WITH 28 U.S.C. § 1715** |

On September 26, 2019, Defendants Panasonic Corporation, Panasonic Corporation of North America, and MT Picture Display Co., Ltd. (together, "Panasonic Defendants"), Defendants Koninklijke Philips, N.V., Philips North America LLC, Philips Taiwan Limited, and Philips do Brasil, Ltda. (together, "Philips Defendants"), Defendants Samsung SDI Co., Ltd., Samsung SDI America, Inc., Samsung SDI Mexico S.A. De C.V., Samsung SDI Brasil Ltda., Shenzhen Samsung SDI Co., Ltd., Tianjin Samsung SDI Co., Ltd., and Samsung SDI (Malaysia) Sdn. Bhd. (together, "Samsung SDI Defendants"), and Defendants Hitachi Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display Inc.), Hitachi Asia, Ltd., Hitachi America, Ltd., and Hitachi Electronic Devices (USA), Inc. (together, "Hitachi Defendants") jointly served notice under 28 U.S.C. § 1715 of their respective proposed amended settlements in this action (the "Notice") on the United States Attorney General and the Attorneys General of all fifty states, the District of Columbia, American Samoa, Guam,

1

PANASONIC, PHILIPS, SAMSUNG SDI, AND HITACHI DEFENDANTS' NOTICE OF COMPLIANCE WITH 28 U.S.C. § 1715
CASE NO. 4:07-cv-5944-JST, MDL NO. 1917

North Mariana Islands, the Virgin Islands, and Puerto Rico.  A copy of the Notice is attached hereto as Exhibit 1.  Proof of service is attached hereto as Exhibit 2.

The Panasonic Defendants', Philips Defendants', Samsung SDI Defendants', and Hitachi Defendants' joint Notice, together with a compact disc containing accompanying enclosures, was served within ten days of the filing of the "Indirect Purchaser Plaintiffs' Motion Pursuant to Ninth Circuit Mandate to Reconsider and Amend Final Approval Order, Final Judgment and Fee Order (ECF Nos. 4712, 4717, 4740)," ECF No. 5587, on September 16, 2019.

Dated: September 27, 2019

Respectfully submitted,

/s/ Jeffrey L. Kessler
WINSTON & STRAWN LLP
JEFFREY L. KESSLER
jkessler@winston.com
EVA W. COLE
ewcole@winston.com
MOLLY M. DONOVAN
mmdonovan@winston.com
200 Park Avenue
New York, NY 10166-4193
Telephone:	(212) 294-6700
Facsimile:	(212) 294-4700

KEVIN B. GOLDSTEIN
kbgoldstein@winston.com
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone:	(312) 558-5600
Facsimile:	(312) 558-5700

WEIL, GOTSHAL & MANGES LLP
DAVID L. YOHAI
david.yohai@weil.com
ADAM C. HEMLOCK
adam.hemlock@weil.com
DAVID YOLKUT
david.yolkut@weil.com
767 Fifth Avenue
New York, NY 10153-0119
Telephone:	(212) 310-8000
Facsimile:	(212) 310-8007

*Attorneys for Defendants Panasonic Corporation, Panasonic Corporation of North America, and MT Picture Display Co., Ltd.[1]*

---

[1] MT Picture Display Co., Ltd. has been dissolved and completed final liquidation proceedings in Japan on May 23, 2019.

2

PANASONIC, PHILIPS, SAMSUNG SDI, AND HITACHI DEFENDANTS' NOTICE OF COMPLIANCE WITH 28 U.S.C. § 1715
CASE NO. 4:07-CV-5944-JST, MDL NO. 1917

*/s/ Erik T. Koons*
BAKER BOTTS LLP
JOHN M. TALADAY
john.taladay@bakerbotts.com
ERIK T. KOONS
erik.koons@bakerbotts.com
1299 Pennsylvania Avenue, NW
Washington, DC 20004-2400
Telephone:   (202) 639-7700
Facsimile:    (202) 639-7890

*Attorneys for Defendants Koninklijke Philips, N.V., Philips North America LLC, Philips Taiwan Limited, and Philips do Brasil, Ltda.*

*/s/ Andrew Rhys Davies*
ALLEN & OVERY LLP
MICHAEL S. FELDBERG
michael.feldberg@allenovery.com
ANDREW RHYS DAVIES
andrewrhys.davies@allenovery.com
1221 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 610-6300
Facsimile:   (212) 610-6399

JOHN ROBERTI
john.roberti@allenovery.com
1101 New York Avenue NW
Washington, DC 20005
Telephone:  (202) 683-3800
Facsimile:   (212) 610-6399

*Attorneys for Defendants Samsung SDI Co., Ltd.; Samsung SDI America, Inc.; Samsung SDI Mexico S.A. De C.V.; Samsung SDI Brasil Ltda.; Shenzhen Samsung SDI Co., Ltd.; Tianjin Samsung SDI Co., Ltd.; and Samsung SDI (Malaysia) Sdn. Bhd.*

*/s/ Eliot A. Adelson*
KIRKLAND & ELLIS LLP
ELIOT A. ADELSON
Email: eadelson@kirkland.com
555 California Street, 27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1413
Facsimile: (415) 439-1500

*Attorneys for Defendants Hitachi Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display Inc.), Hitachi Asia, Ltd., Hitachi America, Ltd., and Hitachi Electronic Devices (USA), Inc.*

3

PANASONIC, PHILIPS, SAMSUNG SDI, AND HITACHI DEFENDANTS' NOTICE OF COMPLIANCE WITH 28 U.S.C. § 1715
CASE NO. 4:07-CV-5944-JST, MDL NO. 1917

1  Pursuant to Civil L.R. 5-1(i)(3), the filer attests that concurrence in the filing of this document has
2  been obtained from each of the other signatories.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

PANASONIC, PHILIPS, SAMSUNG SDI, AND HITACHI DEFENDANTS' NOTICE OF COMPLIANCE WITH 28 U.S.C. § 1715
CASE NO. 4:07-CV-5944-JST, MDL NO. 1917