# EXHIBIT 2

JEFFREY L. KESSLER
jkessler@winston.com
EVA W. COLE
ewcole@winston.com
MOLLY M. DONOVAN
mddonovan@winston.com
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone:  (212) 294-6700
Facsimile:  (212) 294-4700

KEVIN B. GOLDSTEIN
kbgoldstein@winston.com
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone:  (312) 558-5600
Facsimile:  (312) 558-5700

DAVID L. YOHAI
david.yohai@weil.com
ADAM C. HEMLOCK
adam.hemlock@weil.com
DAVID YOLKUT
david.yolkut@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153-0119
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

*Attorneys for Defendants Panasonic Corporation, Panasonic Corporation of North America, and MT Picture Display Co., Ltd.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS | Case No. 4:07-cv-5944-JST<br><br>MDL No. 1917<br><br>**PROOF OF SERVICE RE: DEFENDANTS' NOTICE OF COMPLIANCE WITH 28 U.S.C. § 1715** |

## PROOF OF SERVICE BY U.S. MAIL OR OVERNIGHT DELIVERY

I, Matthew Olsen, hereby declare as follows:

1. I am over 18 years of age and I am not a party to the above-captioned action. I am employed by Winston & Strawn LLP in New York, New York.

2. My e-mail and business address are molsen@winston.com and Winston & Strawn LLP, 200 Park Avenue, New York, NY 10016.

3. On September 26, 2019, pursuant to 28 U.S.C. § 1715, I served a true and correct copy of the Panasonic Defendants', Philips Defendants', Samsung SDI Defendants', and Hitachi Defendants' joint notice of their proposed amended settlements in this action by sending it via certified U.S. mail to the addresses set forth in Attachment A.

I declare under the penalty of perjury that the foregoing is true and correct. Executed this 27th day of September, 2019, in New York, New York.

*/s/ MO/*

# ATTACHMENT A

Attachment A

William P. Barr
Attorney General of the United States of America
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Kevin G. Clarkson
Attorney General of the State of Alaska
Alaska Department of Law
1031 West 4th Avenue, Suite 200
Anchorage, AK 99501-1994

Leslie Rutledge
Attorney General of the State of Arkansas
323 Center Street, Suite 200
Little Rock, AR 72201

Phil Weiser
Attorney General of the State of Colorado
Office of the Attorney General
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203

Kathy Jennings
Attorney General of the State of Delaware
Delaware Department of Justice
Carvel State Building
820 North French Street
Wilmington, DE 19801

Steve Marshall
Attorney General of the State of Alabama
Office of the Attorney General
P.O. Box 300152
Montgomery, AL 36130-0152

Mark Brnovich
Attorney General of the State of Arizona
Office of the Attorney General
2005 N. Central Ave.
Phoenix, AZ 85004-2926

CAFA Coordinator
Office of the Attorney General
Consumer Law Section
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102

William Tong
Attorney General of the State of Connecticut
Office of the Attorney General
55 Elm Street
Hartford, CT 06106

Karl A. Racine
Attorney General of the District of Columbia
441 4th Street, NW, Suite 1100 South
Washington, DC 20001

Ashley Moody
Attorney General of the State of Florida
Office of the Attorney General
The Capitol PL-01
Tallahassee, FL 32399-1050

Claire E. Connors
Attorney General of the State of Hawaii
Department of the Attorney General
425 Queen Street
Honolulu, HI 96813

Kwame Raoul
Attorney General of the State of Illinois
100 West Randolph Street
Chicago, IL 60601

Tom Miller
Attorney General of the State of Iowa
Office of the Attorney General of Iowa
Hoover State Office Building
1305 E. Walnut Street
Des Moines, IA 50319

2

**Attachment A**

Andy Beshear
Attorney General of the State of Kentucky
Office of the Attorney General
700 Capitol Avenue, Suite 118
Frankfort, KY 40601-3449

Christopher Carr
Attorney General of the State of Georgia
Office of the Attorney General
40 Capitol Square, SW
Atlanta, GA 30334

Lawrence Wasden
Attorney General of the State of Idaho
Office of the Attorney General
700 W. Jefferson Street, Suite 210
P.O. Box 83720
Boise, ID 83720-0010

Curtis T. Hill, Jr.
Attorney General of the State of Indiana
Office of the Indiana Attorney General
Indiana Government Center South
302 W. Washington St., 5th Floor
Indianapolis, IN 46204

Derek Schmidt
Attorney General of the State of Kansas
120 SW 10th Ave., 2nd Floor
Topeka, KS 66612-1597

Jeff Landry
Attorney General of the State of Louisiana
P.O. Box 94005
Baton Rouge, LA 70804

Aaron Frey
Attorney General of the State of Maine
6 State House Station
Augusta, ME 04333

Office of Massachusetts Attorney General
Maura Healey
ATTN: CAFA Coordinator/General Counsel's Office
One Ashburton Place
Boston, MA 02108

Keith Ellison
Attorney General of the State of Minnesota
Office of Minnesota Attorney General
445 Minnesota Street, Suite 1400
St. Paul, MN 55101-2131

Eric Schmitt
Attorney General of the State of Missouri
Missouri Attorney General's Office
207 West High Street
P.O. Box 899
Jefferson City, MO 65102

Doug Peterson
Attorney General of the State of Nebraska
2115 State Capitol
P.O. Box 98920
Lincoln, NE 68509

Brian E. Frosh
Attorney General of the State of Maryland
200 St. Paul Place
Baltimore, MD 21202

Dana Nessel
Attorney General of the State of Michigan
G. Mennen Williams Building
525 W. Ottawa St.
P.O. Box 30212
Lansing, MI 48909

Jim Hood
Attorney General of the State of Mississippi
Mississippi Attorney General's Office
P.O. Box 220
Jackson, MS 39205

Tim Fox
Attorney General of the State of Montana
Office of the Attorney General
215 North Sanders Street
P.O. Box 201401
Helena, MT 59620-1401

**Attachment A**

Aaron Ford
Attorney General of the State of Nevada
Office of the Attorney General
100 North Carson Street
Carson City, NV 89701

Gordon MacDonald
Attorney General of the State of New Hampshire
NH Dept. of Justice - Office of the Attorney General
33 Capitol Street
Concord, NH 03301

Hector Balderas
Attorney General of the State of New Mexico
408 Galisteo Street
Villagra Building
Santa Fe, NM 87501

Josh Stein
Attorney General of the State of North Carolina
Attorney General's Office
9001 Mail Service Center
Raleigh, NC 27699-9001

David Yost
Attorney General of the State of Ohio
30 E. Broad St., 14th Floor
Columbus, OH 43215

Ellen F. Rosenblum
Attorney General of the State of Oregon
Oregon Department of Justice
1162 Court Street NE
Salem, OR 97301-4096

Gurbir S. Grewal
Attorney General of the State of New Jersey
Office of The Attorney General
RJ Hughes Justice Complex
25 Market Street, P.O. Box 080
Trenton, NJ 08625-0080

Letitia James
Attorney General of the State of New York
Office of the Attorney General
The Capitol
Albany, NY 12224-0341

Wayne Stenehjem
Attorney General of the State of North Dakota
State Capitol
600 E. Boulevard Ave., Dept. 125
Bismarck, ND 58505

Mike Hunter
Attorney General of the State of Oklahoma
Oklahoma Attorney General's Office
313 NE 21st Street
Oklahoma City, OK 73105

Josh Shapiro
Attorney General of the Commonwealth of Pennsylvania
Pennsylvania Office of Attorney General
16th Floor, Strawberry Square
Harrisburg, PA 17120

Peter F. Neronha
Attorney General of the State of Rhode Island
Office of the Attorney General
150 South Main Street
Providence, RI 02903

Jason Ravnsborg
Attorney General of the State of South Dakota
Office of the Attorney General
Division of Consumer Protection
1302 E Hwy 14, Suite 3
Pierre, SD 57501-8501

Ken Paxton
Attorney General of the State of Texas
Office of the Attorney General
P.O. Box 12548
Austin, TX 78711-2548

Attachment A

Thomas J. Donovan, Jr.
Attorney General of the State of Vermont
Vermont Attorney General's Office
109 State Street
Montpelier, VT 05609

Bob Ferguson
Attorney General of the State of Washington
1125 Washington Street SE
P.O. Box 40100
Olympia, WA 98504-0100

Alan Wilson
Attorney General of the State of South Carolina
P.O. Box 11549
Columbia, SC 29211

Herbert H. Slatery III
Attorney General of the State of Tennessee
Office of the Attorney General and Reporter
P.O. Box 20207
Nashville, TN 37202-0207

Sean D. Reyes
Attorney General of the State of Utah
Office of the Attorney General
P.O. Box 142320
Salt Lake City, UT 84114-2320

Mark R. Herring
Attorney General of the Commonwealth of Virginia
Office of the Attorney General
202 North Ninth Street
Richmond, VA 23219

Patrick Morrisey
Attorney General of the State of West Virginia
Office of the Attorney General
Consumer Protection & Anti-Trust Division
P.O. Box 1789
Charleston, WV 25326

Josh Kaul
Attorney General of the State of Wisconsin
Wisconsin Department of Justice
P.O. Box 7857
Madison, WI 53707-7857

Denise N. George
Attorney General
Office of the Attorney General
34-38 Kronprindsens Gade
GERS Building – 2nd Floor
St. Thomas, Virgin Islands 00802

Leevin T. Camacho
Attorney General
Office of the Attorney General of Guam
ITC Building
590 S. Marine Corps Dr., Suite 901
Tamuning, Guam 96913

Edward E. Manibusan
North Mariana Islands Attorney General
Administration Building
P.O. Box 10007
Saipan, MP 96950-8907

Bridget Hill
Attorney General of the State of Wyoming
Attorney General's Office - Consumer Protection Unit
Kendrick Building
2320 Capitol Avenue
Cheyenne, WY 82002

Dennise N. Longo Quiñones
Attorney General
Commonwealth of Puerto Rico
Office of the Attorney General
Apartado 9020192
San Juan, Puerto Rico 00902-0192

Talauega Eleasalo V. Ale
American Samoa Attorney General
American Samoa Gov't - Exec. Office
Bldg. 3rd Floor
Utulei, Territory of American Samoa
Pago Pago, AS