SQUIRE PATTON BOGGS (US) LLP
Mark C. Dosker (Cal. Bar No. 114789)
275 Battery Street, Suite 2600
San Francisco, CA  94111
Telephone:    +1 415 954 0200
Facsimile:    +1 415 393 9887
E-mail:        mark.dosker@squirepb.com

SQUIRE PATTON BOGGS (US) LLP
Donald A. Wall (admitted *pro hac vice*)
1 E. Washington Street, Suite 2700
Phoenix, AZ, 85004
Telephone:    +1 602 528 4000
Facsimile:    +1 602 253 8129
E-mail:        donald.wall@squirepb.com

Attorneys for Defendant
TECHNOLOGIES DISPLAYS AMERICAS LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:  CATHODE RAY (CRT) ANTITRUST LITIGATION | Case No. MDL No. 1917 |
| | Case No. 07-cv-5944-JST |
| This document relates to: | **DEFENDANT TECHNOLOGIES DISPLAYS AMERICAS LLC'S NOTICE OF WITHDRAWAL OF NATHAN LANE III AS COUNSEL OF RECORD** |
| ALL INDIRECT PURCHASER ACTIONS | |

SQUIRE PATTON BOGGS (US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111

**TO THE CLERK OF THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT Nathan Lane III, formerly of Squire Patton Boggs (US) LLP, is hereby withdrawn as counsel of record for defendant Technologies Displays Americas LLC, which otherwise continues to be represented in these actions by the counsel as set forth above.

Dated:  September 30, 2019

SQUIRE PATTON BOGGS (US) LLP

By: _____ /s/ Mark C. Dosker
                              Mark C. Dosker

Attorneys for Defendant
TECHNOLOGIES DISPLAYS
AMERICAS LLC

SQUIRE PATTON BOGGS (US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111