Kathy L. Osborn (*pro hac vice*)
Ryan M. Hurley (*pro hac vice*)
Anna Konradi Behrmann (*pro hac vice*)
Faegre Baker Daniels LLP
300 N. Meridian Street, Suite 2500
Indianapolis, IN  46204
Telephone: +1 317-237-0300
Facsimile: +1 317-237-1000
kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com
anna.behrmann@FaegreBD.com

Jeffrey S. Roberts (*pro hac vice*)
Faegre Baker Daniels LLP
1144 15th Street, Suite 3400
Denver, CO  80202
Telephone: +1 303-607-3500
Facsimile:  +1 303-607-3600
jeff.roberts@FaegreBD.com

*Attorneys for Defendants Thomson Consumer Electronics, Inc. and Thomson SA*

Donald Arthur Wall
Squire Patton Boggs (US) LLP
1 E. Washington Street, Suite 2700
Phoenix, AZ  85004
Telephone: +1 602-528-4000
Facsimile: +1 602-253-8129
Donald.wall@squirepb.com

*Attorney for Technologies Displays Americas LLC (formerly known as Thomson Americas LLC)*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS | No. 07-cv-5944-SC<br><br>MDL No. 1917<br><br>**THOMSON DEFENDANTS' AND TDA'S NOTICE OF COMPLIANCE WITH 28 U.S.C. §1715** |

On September 26, 2019, Defendants Thomson SA (n/k/a "Technicolor SA"), Thomson Consumer Electronics, Inc. (n/k/a "Technicolor USA, Inc.") (collectively, the "Thomson Defendants"), and Technologies Displays Americas LLC (f/k/a Thomson Americas LLC) ("TDA") served notice under 28 U.S.C. § 1715 of the proposed amended settlement of this action (the "Notice") (*see* Exhibit 1) on the United States Attorney General and the Attorneys General of all fifty states, the District of Columbia, American Samoa, Guam, North Mariana Islands, the Virgin Islands, and Puerto Rico.  Proof of Service is attached hereto as Exhibit 2.  The Notice, together

with a compact disc containing accompanying enclosures, was served within ten (10) days of the filing of the Indirect Purchaser Plaintiffs' Motion Pursuant to Ninth Circuit Mandate to Reconsider and Amend Final Approval Order, Final Judgment and Fee Order (ECF Nos. 4712, 4717, 4740), filed on September 16, 2019.

Respectfully submitted,

*/s/ Anna Konradi Behrmann*
Kathy L. Osborn (*pro hac vice*)
Ryan M. Hurley (*pro hac vice*)
Anna Konradi Behrmann (*pro hac vice*)
Faegre Baker Daniels LLP
300 N. Meridian Street, Suite 2500
Indianapolis, IN  46204
Telephone: +1 317-237-0300
Facsimile: +1 317-237-1000
kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com
anna.behrman@FaegreBD.com

Jeffrey S. Roberts (*pro hac vice*)
Faegre Baker Daniels LLP
1144 Fifteenth Street, Suite 3400
Denver, Colorado 80202
Telephone: +1 303-607-3500
Facsimile:  +1 303-607-3600
jeff.roberts@FaegreBD.com

***Attorneys for Defendants Thomson Consumer Electronics, Inc. and Thomson SA***

*/s/ Donald Arthur Wall*
Donald Arthur Wall (*pro hac vice*)
Squire Patton Boggs (US) LLP
1 E. Washington Street, Suite 2700
Phoenix, AZ  85004
Telephone: +1 602-528-4000
Facsimile: +1 602-253-8129
donald.wall@squirepb.com

***Attorney for Defendant Technologies Displays Americas LLC (formerly known as Thomson Americas LLC)***