1  CROWELL & MORING LLP
   Daniel A. Sasse (CSB No. 236234)
2    DSasse@crowell.com
   Deborah E. Arbabi (CSB No. 167275)
3    DArbabi@crowell.com
   3 Park Plaza, 20th Floor
4  Irvine, CA 92614-8505
   Telephone: 949.263.8400
5  Facsimile: 949.263.8414

6  Attorneys for 199 Certain Members of the
   Indirect Settlement Class for the 22 States
7

8             **UNITED STATES DISTRICT COURT**

9             **NORTHERN DISTRICT OF CALIFORNIA**

10                    **OAKLAND DIVISION**

11

| 12 | IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | MDL No. 1917 |
|---|---|---|
| 13 |  | Master File No. 4:07-cv-5944-JST<br>Case No. 13-cv-03234-JD |
| 14 | THIS DOCUMENT RELATES TO: | **APPENDIX OF EXHIBITS IN SUPPORT OF STATEMENT OF NON-OPPOSITION TO SETTLEMENT AMENDMENTS FOR THE CLASS OF 22 STATES AND SUPPORT FOR APPROVING LATE-BUT-VALID CLAIMS** |
| 15 | INDIRECT PURCHASER ACTIONS FOR THE 22 STATES |  |
| 16 |  |  |
| 17 |  |  |
| 18 |  | Hon. Jon S. Tigar |

CROWELL & MORING LLP
ATTORNEYS AT LAW

APPX OF EXHS ISO STMT OF NON-OPPN TO SETT AMDS FOR CLASS OF 22 STATES & SUPT FOR APVG LATE BUT VALID CLAIMS; MDL NO. 1917; MASTER FILE NO. 4:07-CV-5944-JTS; CASE NO. 13-CV-03234-JD

Crowell & Moring LLP respectfully submits this Appendix of Exhibits on behalf of 199 members (Claimants) of the Indirect Purchaser Class for the 22 States in support of their "Statement of Non-Opposition to Settlement Amendments for the Class of 22 States and Support for Approving Late-But-Valid Claims."

| Ex. | Description | Date |
|---|---|---|
| 1. | Indirect-Purchaser Plaintiffs' and Settling States' Joint Notice of Motion and Motion to Appoint Fund Administrator and Distribute Settlement Fund[, etc.], ECF No. 9217, *In re TFT-LCD (Flat Panel) Antitrust Litig.*, No. 03-1827 (N.D. Cal. 2014) | 09/12/14 |
| 2. | Order re Indirect Purchaser Plaintiffs' and States Attorneys General's Joint Motion for Interim Reimbursement of Expenses, ECF No. 9273, *In re TFT-LCD (Flat Panel) Antitrust Litig.*, No. 03-1827 (N.D. Cal. 2014) | 10/20/14 |
| 3. | Indirect Purchaser Plaintiffs and Attorneys General's Joint Notice of Motion and Motion to Distribute Settlement Funds, ECF No. 2273, *In re Dynamic Random Access Memory (DRAM) Antitrust Litig.*, No. 02-1486 (N.D. Cal. 2016) | 05/04/16 |
| 4. | Order Granting Motion to Distribute Settlement Funds, ECF No. 2283, *In re Dynamic Random Access Memory (DRAM) Antitrust Litig.*, No. 02-1486 (N.D. Cal. 2016) | 05/19/16 |
| 5. | Direct Purchaser Plaintiffs' Motion for an Order Authorizing Distribution of Settlement Funds for Second Round Settlements with Hitachi Chemical and Soshin, ECF No. 2228, *In re Capacitors Antitrust Litig.*, No. 14-3264 (N.D. Cal. 2018) | 11/08/18 |

| Ex. | Description | Date |
|---|---|---|
| 6. | Declaration of Nicomedes Sy Herrera in Support of Direct Purchaser Plaintiffs' Motion for Order Authorizing Distribution of Settlement Funds for Second Round Settlements with Hitachi Chemical and Soshin, ECF No. 2228-1, *In re Capacitors Antitrust Litig.*, No. 14-3264 (N.D. Cal. 2018) | 11/08/18 |
| 7. | Declaration of Lance P. Blair re Lufthansa Settlement Claim Administration, ECF No. 1526-4, *In re Air Cargo Shipping Servs. Antitrust Litig.*, No. 06-1775 (E.D.N.Y. 2012) | 07/19/11 |
| 8. | Order Authorizing the Distribution of the Air France-KLM, SAS, JAL, American, ANA, Cargolux, Qantas, and Thai Settlement Funds, ECF No. 1673, *In re Air Cargo Shipping Servs. Antitrust Litig.*, No. 06-1775 (E.D.N.Y. 2012) | 05/01/12 |
| 9. | Memorandum of Law in Support of Plaintiff's Motion for an Order Approving the Distribution of the Net Settlement Fund, ECF No. 135, *Axiom Inv. Advisors, L.L.C. v. Barclays Bank PLC*, No. 15-9323 (S.D.N.Y. 2018) | 09/11/18 |
| 10. | Class Distribution Order, ECF No. 138, *Axiom Inv. Advisors, L.L.C. v. Barclays Bank PLC*, No. 15-9323 (S.D.N.Y. 2018) | 09/14/18 |
| 11. | Exhibit 1 to Declaration in Support of Motion to Distribute, ECF No. 607-1, *In re Refrigerant Compressors Antitrust Litig.*, No. 09-2042 (E.D. Mich. 2017) | 03/08/17 |
| 12. | Order Granting Direct Purchaser Plaintiffs' Motion to Authorize Distribution of Settlement Funds, ECF No. 610, *In re Refrigerant Compressors Antitrust Litig.*, No. 09-2042 (E.D. Mich. 2017) | 03/10/17 |
| 13. | Declaration of Steven J. Straub Regarding Distribution, ECF No. 1454-3, *Kleen Prods., L.L.C. v. Int'l Paper Co.*, No. 10-5711 (N.D. Ill. 2019) | 01/25/19 |

CROWELL & MORING LLP
ATTORNEYS AT LAW

APPX OF EXHS ISO STMT OF NON-OPPN TO SETT AMDS FOR CLASS OF 22 STATES & SUPT FOR APVG LATE BUT VALID CLAIMS; MDL NO. 1917; MASTER FILE NO. 4:07-CV-5944-JTS; CASE NO. 13-CV-03234-JD

| Ex. | Description | Date |
|---|---|---|
| 14. | Order Approving: (1) Deadline for Objections to Final Determination of Qualified Claims, Allowed Claims, Allowed Purchases, and Payment Amounts to Qualified Claimants[, etc.], ECF No. 1457, *Kleen Prods., L.L.C. v. Int'l Paper Co.*, No. 10-5711 (N.D. Ill. 2019) | 02/05/19 |
| 15. | Memorandum in Support of Plaintiffs' Motion for Approval of Late Filed Claims, ECF No. 568, *In re Credit Default Swaps Antitrust Litig.*, No. 13-2476 (S.D.N.Y. 2016) | 10/27/16 |
| 16. | Order Approving Late Filed Claims, ECF No. 570, *In re Credit Default Swaps Antitrust Litig.*, No. 13-2476 (S.D.N.Y. 2016) | 10/31/16 |
| 17. | Declaration of Jennifer M. Keough Regarding Distribution of Net Settlement Fund, ECF No. 686-1, *Mylan Pharms., Inc. v. Warner Chilcott Pub. Ltd.*, No. 12-3824 (E.D. Pa. 2015) | 11/20/15 |
| 18. | Order Granting Unopposed Motion for Distribution, ECF No. 687, *Mylan Pharms., Inc. v. Warner Chilcott Pub. Ltd.*, No. 12-3824 (E.D. Pa. 2015) | 11/23/15 |
| 19. | DE 493-2 Supplemental Declaration of Eric Kierkegaard Regarding Final Claim Determination & Distribution, ECF No. 493-2, *In re Ductile Iron Pipe Fittings (DIPF) Direct Purchaser Antitrust Litig.*, No. 12-0711 (D.N.J. 2019) | 01/18/19 |
| 20. | Order Granting Direct Purchaser Plaintiffs' Motion for Distribution of McWane Net Settlement Funds, ECF No. 494, *In re Ductile Iron Pipe Fittings (DIPF) Direct Purchaser Antitrust Litig.*, No. 12-0711 (D.N.J. 2019) | 02/26/19 |
| 21. | Memorandum in Support of Motion for an Order Authorizing Distribution of the Settlement Fund, ECF No. 140-1, *In re Fasteners Antitrust Litig.*, No. 08-1912 (E.D. Pa. 2014) | 11/10/14 |

CROWELL & MORING LLP ATTORNEYS AT LAW

-3-

APPX OF EXHS ISO STMT OF NON-OPPN TO SETT AMDS FOR CLASS OF 22 STATES & SUPT FOR APVG LATE BUT VALID CLAIMS; MDL NO. 1917; MASTER FILE NO. 4:07-CV-5944-JTS; CASE NO. 13-CV-03234-JD

| Ex. | Description | Date |
|---|---|---|
| 22. | Order Authorizing Distribution of the Settlement Fund, ECF No. 142, *In re Fasteners Antitrust Litig.*, No. 08-1912 (E.D. Pa. 2014) | 11/17/14 |
| 23. | Motion of Direct Purchaser Plaintiffs to Authorize Distribution of Net Settlement Fund, ECF No. 1077, *In re Aftermarket Filters Antitrust Litig.*, No. 08-4883 (N.D. Ill. 2014 ) | 03/11/14 |
| 24. | Order Granting Motion of Direct Purchaser Plaintiffs to Authorize Distribution of Net Settlement Fund, ECF No. 1082, *In re Aftermarket Filters Antitrust Litig.*, No. 08-4883 (N.D. Ill. 2014 ) | 03/20/14 |
| 25. | Motion and Memorandum in Support for Order to Approve Distribution of Settlement Funds to Class Members and Payment of Notice Fees for the Direct Purchaser Settlement Classes, ECF No. 2086, *In re Polyurethane Foam Antitrust Litig.*, No. 10-2196 (N.D. Ohio 2016) | 05/09/16 |
| 26. | Order Granting Motion for Order to Approve Distribution, ECF No. 2095, *In re Polyurethane Foam Antitrust Litig.*, No. 10-2196 (N.D. Ohio 2016) | 05/16/16 |
| 27. | Indirect Purchaser Plaintiff Class Motion for an Order Approving Claims, Authorizing Distribution of Net Settlement Funds, ECF No. 2172, *In re Polyurethane Foam Antitrust Litig.*, No. 10-2196 (N.D. Ohio 2016) | 07/10/17 |
| 28. | Court's Distribution Order, ECF No. 2184, *In re Polyurethane Foam Antitrust Litig.*, No. 10-2196 (N.D. Ohio 2016) | 10/30/17 |
| 29. | Declaration of Shannon Casey in Support of Plaintiffs' Motion for Entry of an Order Approving an Initial Distribution of the Settlement Fund, ECF No. 1216, *In re Foreign Exch. Benchmark Rates Antitrust Litig.*, No. 13-7789 (S.D.N.Y. 2019) | 03/01/19 |

CROWELL & MORING LLP
ATTORNEYS AT LAW

-4-

APPX OF EXHS ISO STMT OF NON-OPPN TO SETT AMDS FOR CLASS OF 22 STATES & SUPT FOR APVG LATE BUT VALID CLAIMS; MDL NO. 1917; MASTER FILE NO. 4:07-CV-5944-JTS; CASE NO. 13-CV-03234-JD

| Ex. | Description | Date |
|---|---|---|
| 30. | Order Approving an Initial Distribution of the Settlement Fund, ECF No. 1230, *In re Foreign Exch. Benchmark Rates Antitrust Litig.*, No. 13-7789 (S.D.N.Y. 2019) | 03/08/19 |
| 31. | Memorandum of Law in Support of Plaintiffs' Renewed Motion to Distribute Net Settlement Funds, ECF No. 1517, *Precision Assocs., Inc. v. Panalpina World Transp. (Holding) Ltd.*, No. 08-0042 (E.D.N.Y. 2019) | 01/28/19 |
| 32. | Order Overruling Objections and Granting Motion for Disbursement of Funds, ECF No. 1535, *Precision Assocs., Inc. v. Panalpina World Transp. (Holding) Ltd.*, No. 08-0042 (E.D.N.Y. 2019) | 04/05/19 |
| 33. | Direct Purchaser Plaintiffs' Distribution Motion, ECF No. 786, *Dairy Farmers of Am., Inc. Cheese Antitrust Litig.*, No. 09-3690 (N.D. Ill. 2016) | 12/05/16 |
| 34. | Notification of Docket Entry – Minute Order Granting Distribution Motion, ECF No. 802, *Dairy Farmers of Am., Inc. Cheese Antitrust Litig.*, No. 09-3690 (N.D. Ill. 2016) | 01/10/17 |
| 35. | Declaration of Guy J. Thompson, ECF No. 144, *In re Occupant Safety Sys. Cases*, No. 12-0601 (E.D. Mich. 2017) | 02/14/17 |
| 36. | Order Authorizing Distribution of the Settlement Fund, ECF No. 145, *In re Occupant Safety Sys. Cases*, No. 12-0601 (E.D. Mich. 2017) | 04/18/17 |
| 37. | Plaintiffs' Motion for Distribution of Settlement Funds, ECF No. 682, *In re Steel Antitrust Litig.*, No. 08-5214 (N.D. Ill. 2018) | 02/21/18 |
| 38. | Order Granting Plaintiffs' Motion for Distribution of Settlement Funds, ECF No. 686, *In re Steel Antitrust Litig.*, No. 08-5214 (N.D. Ill. 2018) | 03/12/18 |

CROWELL & MORING LLP
ATTORNEYS AT LAW

-5-

APPX OF EXHS ISO STMT OF NON-OPPN TO SETT AMDS FOR CLASS OF 22 STATES & SUPT FOR APVG LATE BUT VALID CLAIMS; MDL NO. 1917; MASTER FILE NO. 4:07-CV-5944-JTS; CASE NO. 13-CV-03234-JD

| Ex. | Description | Date |
|---|---|---|
| 39. | Class Plaintiffs' Motion to Complete the Distribution of the Dow Settlement Fund, ECF No. 3301, *In re Urethane Antitrust Litig.*, No. 04-1616 (D. Kan. 2016) | 10/19/18 |
| 40. | Order Approving Motion to Complete the Distribution of the Dow Settlement Fund, ECF No. 3302, *In re Urethane Antitrust Litig.*, No. 04-1616 (D. Kan. 2018) | 11/05/18 |
| 41. | Exhibit 1 to Declaration of David Garcia, ECF No. 566-1, *In re Wire Harness Cases*, No. 12-2311, (E.D. Mich. 2018) | 10/22/18 |
| 42. | Order Authorizing Distribution of the Settlement Fund, ECF No. 570, *In re Wire Harness Cases*, No. 12-2311, (E.D. Mich. 2018) | 11/07/18 |

Dated: September 30, 2019

Respectfully submitted,
CROWELL & MORING LLP

*/s/ Deborah E. Arbabi*
Daniel A. Sasse
Deborah E. Arbabi
Attorneys for 199 Certain Members of the
Indirect Settlement Class for the 22 States

**CERTIFICATE OF SERVICE**

I, Deborah E. Arbabi, certify that on September 30, 2019, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of California, by using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

　　　　　　　　　　　　　　　　　　　　　　*/s/ Deborah E. Arbabi*
　　　　　　　　　　　　　　　　　　　　　　Deborah E. Arbabi

CROWELL & MORING LLP
ATTORNEYS AT LAW

-7-

APPX OF EXHS ISO STMT OF NON-OPPN TO SETT AMDS FOR CLASS OF 22 STATES & SUPT FOR APVG LATE BUT VALID CLAIMS; MDL NO. 1917; MASTER FILE NO. 4:07-CV-5944-JTS; CASE NO. 13-CV-03234-JD