# EXHIBIT 12

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re: Refrigerant Compressors　　　　　MDL No. 2:09-MD-2042
Antitrust Litigation

　　　　　　　　　　　　　　　　　　　　Honorable Sean F. Cox
　　　　　　　　　　　　　　　　　　　　United States District Court


_____/

**ORDER GRANTING
DIRECT PURCHASER PLAINTIFFS' MOTION TO
AUTHORIZE DISTRIBUTION OF SETTLEMENT FUNDS**

　　　　Upon the application of Direct Purchaser Plaintiffs' Counsel for an Order to Authorize Distribution of Settlement Funds, and upon review of all papers submitted in support thereof, and the Court being fully apprised of the facts and circumstances hereof,

　　　　**IT IS ORDERED** that:

1.　　The Court approves the distribution of settlement funds in the manner proposed by Direct Purchaser Plaintiffs' ("DP Plaintiffs") Counsel in the Motion to Authorize Distribution of Settlement Funds, and in accordance with the calculations identified in the Declaration of Lori Castaneda and Exhibit A thereto.

2.　　Counsel for the DP Plaintiffs, along with the Garden City Group, shall distribute the settlement funds in the manner proposed by DP Plaintiffs' Counsel in the Motion to Authorize Distribution of Settlement Funds, and in accordance with the calculations identified in the Declaration of Lori Castaneda and Exhibit A thereto.

3.　　After the settlement funds are distributed, DP Plaintiffs' Counsel shall file a notice with the Court so advising.

**Exhibit 12, Pg. 2**

5.      In the event that notice has not been filed by April 30, 2017, then Counsel for the DP Plaintiffs shall appear before the Court on **May 16, 2017 at 2:30 p.m.**

     IT IS SO ORDERED.

                                   S/Sean F. Cox
                                   Sean F. Cox
                                   United States District Judge

Dated: March 10, 2017

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 10, 2017, by electronic and/or ordinary mail.

                                   S/Jennifer McCoy
                                   Case Manager