# EXHIBIT 16

Case 4:07-cv-05944-JST Document 5603-17 Filed 09/30/19 Page 2 of 2
Case 1:13-md-02476-DLC Document 570 Filed 10/31/16 Page 1 of 1
Case 1:13-md-02476-DLC Document 568-1 Filed 10/27/16 Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x

IN RE CREDIT DEFAULT SWAPS ANTITRUST
LITIGATION

This Document Relates To: All Actions

-------------------------------------------------------------- x

13 MD 2476 (DLC)

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 10/31/16

## [PROPOSED] ORDER APPROVING LATE FILED CLAIMS

This matter came before the Court pursuant to Plaintiffs' October 27, 2016 Motion for Approval of Late Filed Claims. *See* Dkt. No 567. The Court has considered all papers filed and proceedings held in connection with the above-captioned Action, and is fully informed of these matters. For good cause shown, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. The Late Claims and Challenges submitted to the Garden City Group on or before October 27, 2016 are hereby approved for inclusion in the settlement;

2. Late Claims and Challenges submitted after October 27, 2016 are hereby excluded from the settlement.

IT IS SO ORDERED.

DATED: New York, New York
October 31, 2016

_____
DENISE COTE
UNITED STATES DISTRICT JUDGE

**Exhibit 16, Pg. 2**