# EXHIBIT 26

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| _____ | ) | |
| In re POLYURETHANE FOAM ANTITRUST | ) | |
| LITIGATION | ) | |
| _____ | ) | MDL Docket No. 2196 |
| | ) | Index No. 10-MD-2196 (JZ) |
| This document relates to: | ) | |
| | ) | |
| ALL DIRECT PURCHASER CLASS ACTIONS | ) | |
| _____ | ) | |

## ORDER

**AND NOW,** this _16th_ day of _____May_____, 2016, upon consideration of Plaintiffs'

Motion and Memorandum in Support for Order to Approve Distribution of Settlement Funds to

Class Members and Payment of Notice Fees for the Direct Purchaser Settlement Classes,  it is

hereby **ORDERED** that the Motion is **GRANTED.**  The Court **APPROVES** Plaintiffs' request

for direct distribution of the Net Settlement Funds, which consists of $1,480,441.56 from the

Vitafoam Settlement; $69,222,808.53 from the Carpenter Settlement; $25,509,468.80 from the

Leggett & Platt Settlement; $12,717,225.59 from the FFP Settlement; $47,704,871.32 from the

FXI Settlement; $25,437,801.56 from the Future Foam Settlement; $9,898,652.51 from the

Hickory Springs Settlement; $77,906,766.92 from the Mohawk Settlement; and $14,146,349.21

from the Woodbridge Settlement.  The Court approves the administrative determinations of the

Claims Administrator, Garden City Group, as set forth in Exhibits C, D, H, J, N, and R to the

May 5, 2016 Declaration of Lori Castaneda, as to the Claims submitted by the various Settlement

Classes and directs that the Net Settlement Funds should be distributed expediently pursuant to

the distribution calculations set forth in Exhibits D, J, and R to the May 5, 2016 Declaration of

Lori Castaneda.

**Exhibit 26, Pg. 2**

The Court also **APPROVES** Plaintiffs' request for payments to the Claims Administrator for fees incurred to date, as set forth in Exhibit Q to the Declaration of Lori Castaneda.  Such fees are as follows: $3,416.85 from the Leggett & Platt settlement fund; $9,271.05 from the Carpenter settlement fund; $11,508.46 from the FXI settlement fund;  $3,741.04 from the Hickory Springs settlement fund;  $18,795.04 from the Mohawk settlement fund; $3,069.98 from the FFP settlement fund;  $6,134.68 from the Future Foam settlement fund; and $9,590.39 from the Woodbridge settlement fund.

SO ORDERED.

Signed this 16th day of __May__, 2016.

BY THE COURT:

s/ Jack Zouhary
_____
JACK ZOUHARY
UNITED STATES DISTRICT JUDGE

**Exhibit 26, Pg. 3**