# EXHIBIT 34

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Dairy Farmers of America, Inc. Cheese Antitrust Litigation, et al.

Plaintiff,

v.

Case No.: 1:09−cv−03690
Honorable Robert M. Dow Jr.

Gerald Bos, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 10, 2017:

MINUTE entry before the Honorable Robert M. Dow, Jr: Motion hearing held. Direct Purchaser Plaintiffs' distribution motion [786] is granted. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

**Exhibit 34, Pg. 2**