# EXHIBIT 42

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | CASE NO. 12-MD-02311<br>HON. MARIANNE O. BATTANI |
| In Re: WIRE HARNESS CASES | |
| THIS RELATES TO:<br>ALL DIRECT PURCHASER ACTIONS | 2:12-cv-00101-MOB-MKM |

**ORDER AUTHORIZING**
**DISTRIBUTION OF THE SETTLEMENT FUND**

AND NOW, this 7th day of November, 2018, upon consideration of the Direct Purchaser Plaintiffs' Motion for an Order Authorizing Distribution of the Settlement Fund, the Brief in Support thereof, and the entire record in this matter, it is hereby ORDERED as follows:

1. Approval is hereby given for the 142 claims (including 21 claims submitted after September 15, 2017), with Allowed Purchases in the aggregate amount of $42,434,573,561.18, to participate in the distribution of the Settlement Fund, as set forth in the Brief in Support of Direct Purchaser Plaintiffs' Motion for an Order Authorizing Distribution of the Settlement Fund (hereinafter "the Brief"), and as set forth in the Declaration of David Garcia regarding claims administration ("Garcia Declaration").

2. Any claims submitted after July 23, 2018, are hereby rejected as untimely and are barred from participating in any distribution of the Settlement Fund.

3. The 828 claims with Disallowed Purchases in the total amount of $18,123,008,334.64 are hereby barred from participation in the distribution of the Settlement Fund to the extent of such disallowed purchases, as set forth in the Garcia Declaration.

**Exhibit 42, Pg. 2**

{00189344 }

4. Settlement Class Counsel are hereby authorized to retain a reserve of $2,000,000.00 from the Settlement Fund for payment of taxes due on interest earned by the Settlement Fund and tax return preparation costs; payments as a result of any unforeseen issues involving previously submitted claims; possible payment of additional late claims; payments for additional services and costs related to settlement and claims administration and bank fees and costs; and payments for any unforeseen contingencies relating to the litigation.

5. Payments to Epiq Class Action & Claims Solutions totaling $599,456.05 for settlement and claims administration services and costs through August 31, 2018, are hereby approved.

6. Distribution of the balance of the Settlement Fund referenced in paragraph 7 of the Brief is authorized to the 142 claimants whose claims were approved in paragraph 1 above, pro rata to the extent of their Allowed Purchases.

7. The distributions authorized and approved herein shall be made as soon as can be reasonably accomplished.

8. The actions of Settlement Class Counsel and Epiq Class Action & Claims Solutions in connection with the administration of the Settlement and the Settlement Fund are approved.

**IT IS SO ORDERED.**

Date: November 7, 2018            s/Marianne O. Battani
                                  MARIANNE O. BATTANI
                                  United States District Judge

**Exhibit 42, Pg. 3**

{00189344 }