| | |
|---|---|
| 1 | Eliot A. Adelson (SBN 205284) |
| 2 | KIRKLAND & ELLIS LLP<br>555 California Street |
| 3 | San Francisco, CA 94104<br>Telephone: (415) 439-1400 |
| 4 | Facsimile: (415) 439-1500<br>Email: eadelson@kirkland.com |
| 5 | James H. Mutchnik, P.C. (*pro hac vice*) |
| 6 | KIRKLAND & ELLIS LLP<br>300 North LaSalle |
| 7 | Chicago, IL 60654<br>Telephone: (312) 862-2000 |
| 8 | Facsimile: (312) 862-2200<br>Email: jmutchnik@kirkland.com |
| 9 | Attorneys for Defendants, |
| 10 | HITACHI, LTD.; HITACHI DISPLAYS, LTD.<br>(n/k/a JAPAN DISPLAY INC.); HITACHI AMERICA, LTD.; |
| 11 | HITACHI ASIA, LTD. AND<br>HITACHI ELECTRONIC DEVICES (USA), INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Master File No. 4:07-cv-05944-JST<br><br>MDL No. 1917<br><br>**NOTICE OF CHANGE OF ADDRESS** |

PLEASE TAKE NOTICE that as of October 7, 2019, Eliot A. Adelson hereby requests to change his contact information as counsel of record for Defendants Hitachi, Ltd.; Hitachi Displays, Ltd. (n/k/a Japan Display Inc.); Hitachi America, Ltd.; Hitachi Asia, Ltd. and Hitachi Electronic Devices (USA), Inc.

Copies of all pleadings, papers, correspondence and electronic filing notices should be directed to:

Eliot A. Adelson
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
Email:   eadelson@mofo.com

DATED:  October 4, 2019                     Respectfully submitted,

KIRKLAND & ELLIS LLP

*/s/ Eliot A. Adelson*
Eliot A. Adelson (SBN 205284)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: eadelson@kirkland.com

Attorneys for Defendants,
HITACHI, LTD.; HITACHI DISPLAYS, LTD. (n/k/a JAPAN DISPLAY INC.); HITACHI AMERICA, LTD.; HITACHI ASIA, LTD. AND HITACHI ELECTRONIC DEVICES (USA), INC.