MARIO N. ALIOTO, ESQ. (56433)
JOSEPH M. PATANE, ESQ. (72202)
LAUREN C. CAPURRO, ESQ. (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA  94123
Telephone:  (415) 563-7200
Facsimile: (415) 346-0679
E-mail: malioto@tatp.com
jpatane@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the Indirect Purchaser Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| In re:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 4:07-cv-05944-JST<br>Case No. 4:13-cv-03234-JST |
| This Document Relates to:<br><br>Indirect Purchaser Actions for the 22 States | MDL No. 1917<br><br>**ADMINISTRATIVE MOTION PURSUANT TO L.R. 7-11 FOR LEAVE TO EXCEED PAGE LIMIT**<br><br>Judge: Hon. Jon S. Tigar |

Pursuant to N.D. Cal. L.R. 7-11, Indirect Purchaser Plaintiffs ("IPPs") respectfully request that the Court grant them leave to file a Reply brief in support of their Motion Pursuant to Ninth Circuit Mandate to Reconsider and Amend Final Approval Order, Final Judgment and Fee Order (ECF Nos. 4712, 4717, 4740) in excess of 15 pages, with a total of 20 pages.  IPPs have attempted to limit the length of their brief without sacrificing clarity and/or their ability to address the factual and legal issues raised in response to the Motion.  However, IPPs are replying to four separate responses to their Motion raising multiple legal and factual issues.  Moreover, the ORS/NRS Plaintiffs' brief does not explain much of their reasoning or their authorities, requiring IPPs to do so in order to properly respond.  Due to this, and the number of factual and legal issues needing to be addressed, IPPs have been unable to reduce the number of pages to 15.

Accordingly, IPPs respectfully request that the Court grant this Administrative Motion and allow IPPs to file a brief of 20 pages.

Dated:  October 7, 2019                                 Respectfully submitted,

                                                        */s/ Mario N. Alioto*
Mario N. Alioto (56433)
malioto@tatp.com
Joseph M. Patane (72202)
jpatane@tatp.com
Lauren C. Capurro (241151)
laurenrussell@tatp.com
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2280 Union Street
San Francisco, CA 94123
Telephone: 415-563-7200
Facsimile: 415-346-0679

*Lead Counsel for Indirect Purchaser*
*Plaintiffs for the 22 States*

1

ADMINISTRATIVE MOTION                                                            Master File No. 4:07-cv-05944-JST
PURSUANT TO L.R. 7-11 FOR LEAVE TO EXCEED PAGE LIMIT                             MDL No. 1917