MARIO N. ALIOTO, ESQ. (56433)
JOSEPH M. PATANE, ESQ. (72202)
LAUREN C. CAPURRO, ESQ. (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: malioto@tatp.com
jpatane@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the Indirect Purchaser
Plaintiffs for the 22 States*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 4:07-cv-05944-JST<br>Case No. 4:13-cv-03234-JST<br><br>MDL No. 1917 |
| This Document Relates to:<br><br>*Indirect Purchaser Actions for the 22 States* | **DECLARATION OF LAUREN C. CAPURRO IN SUPPORT OF INDIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION PURSUANT TO L.R. 7-11 FOR LEAVE TO EXCEED PAGE LIMIT**<br><br>Judge: Hon. Jon S. Tigar |

I, Lauren C. Capurro, declare as follows:

1. I am an attorney duly licensed by the State of California and am admitted to practice before this Court. I am a partner with the law firm Trump, Alioto, Trump & Prescott, LLP and my firm serves as Lead Counsel for the Indirect Purchaser Plaintiffs ("IPPs") in the above-captioned action. I submit this declaration in support of IPPs' Administrative Motion Pursuant to L.R. 7-11 for Leave to Exceed Page Limit ("Administrative Motion"). I have personal knowledge of the facts stated herein, and I could and would competently testify thereto if called as a witness.

2. IPPs are filing their Reply in support of their Motion Pursuant to Ninth Circuit's Mandate to Reconsider and Amend Final Approval Order, Final Judgment and Fee Order (ECF Nos. 4712, 4717, 4740) ("Motion").

3. IPPs are replying to four separate responses to their Motion raising multiple legal and factual issues.

4. The ORS/NRS Plaintiffs' brief does not explain much of their reasoning or authorities, requiring IPPs to do so in order to properly respond.

5. I have attempted to limit the length of the Reply brief without sacrificing clarity and/or our ability to address the factual and legal issues raised in response to the Motion. However, due to the number of briefs and factual and legal issues needing to be addressed, and the fact that the ORS/NRS Plaintiffs' brief does not explain much of their reasoning or authorities, I have been unable to reduce the number of pages to 15.

6. In my opinion, based on the work I have done on the Reply, and my knowledge of this case having worked on it for over twelve years, an additional five pages are necessary to fully reply to the factual and legal issues set forth in the responses to the Motion.

7. Liaison Counsel for the ORS and NRS have informed me that they do not object to this Administrative Motion.

//

//

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 7, 2019, in San Francisco, California.

                                        */s/ Lauren C. Capurro*
                                         Lauren C. Capurro