1  MARIO N. ALIOTO, ESQ. (56433)
   JOSEPH M. PATANE, ESQ. (72202)
2  LAUREN C. RUSSELL, ESQ. (241151)
   TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
3  2280 Union Street
4  San Francisco, CA  94123
   Telephone:  (415) 563-7200
5  Facsimile: (415) 346-0679
   E-mail: malioto@tatp.com
6  laurenrussell@tatp.com

7
   *Lead Counsel for the Indirect Purchaser*
8  *Plaintiffs for the 22 States*

9                         **UNITED STATES DISTRICT COURT**
                          **NORTHERN DISTRICT OF CALIFORNIA**
10                                **OAKLAND DIVISION**

11

| In re:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 4:07-cv-05944-JST<br>Case No. 4:13-cv-03234-JST |
|---|---|
| | MDL No. 1917 |
| This Document Relates to: | **[PROPOSED] ORDER GRANTING IPPS' ADMINISTRATIVE MOTION PURSUANT TO L.R. 7-11 FOR LEAVE TO EXCEED PAGE LIMIT** |
| Indirect Purchaser Actions for the 22 States | |
| | Judge: Hon. Jon S. Tigar |

## [PROPOSED] ORDER

Upon consideration of the IPPs' Administrative Motion Pursuant to L.R. 7-11 for Leave to Exceed Page Limit ("Administrative Motion"), it is hereby:

ORDERED that the Administrative Motion is GRANTED; and it is further ORDERED that IPPs may file their Reply In Support of Motion Pursuant to Ninth Circuit's Mandate to Reconsider and Amend Final Approval Order, Final Judgment and Fee Order (ECF Nos. 4712, 4717, 4740) of twenty (20) pages.

IT IS SO ORDERED

Dated: _____, 2019

**The Honorable Jon S. Tigar**
**Northern District of California**