MICHAEL W. BIEN – 096891
JEFFREY L. BORNSTEIN – 099358
JENNY S. YELIN – 273601
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email: mbien@rbgg.com
 jbornstein@rbgg.com
 jyelin@rbgg.com

Attorneys for Non-Party
FINANCIAL RECOVERY SERVICES. INC.,
d/b/a FINANCIAL RECOVERY STRATEGIES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | Master File No. CV-07-5944-JST<br>MDL No. 1917<br><br>**CLASS ACTION**<br><br>**REQUEST AND [PROPOSED] TO APPEAR AT OCTOBER 23, 2019 HEARING**<br><br>Judge: Hon. Jon S. Tigar<br>Date: October 23, 2019<br>Time: 2:00 p.m.<br>Crtrm.: 6 - 2nd Floor |
|---|---|
| This Document Relates to:<br><br>INDIRECT PURCHASER ACTIONS FOR THE 22 STATES | |

Case No.

REQUEST AND [PROPOSED] TO APPEAR AT OCTOBER 23, 2019 HEARING

[3448945.2]

Undersigned Counsel for Financial Recovery Services, Inc. d/b/a Financial Recovery Strategies ("FRS") respectfully requests to appear and be heard at the October 23, 2019 hearing on Indirect Purchaser Plaintiffs' Motion Pursuant to Ninth Circuit Mandate to Reconsider and Amend Final Approval Order, Final Judgment and Fee Order, ECF No. 5587, to the extent the Court intends to entertain any argument regarding late-filed claims, including but not limited to the issues raised in recent filings by Spectrum Settlement Recovery, LLC, Crowell & Moring, LLP, FRS, and IPPs.  *See* ECF Nos. 5588, 5608, 5609, 5616, and 5618.

DATED:  October 11, 2019        Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By:  */s/ Jeffrey L. Bornstein*
Jeffrey L. Bornstein

Attorneys for Non-Party
FINANCIAL RECOVERY SERVICES. INC., d/b/a
FINANCIAL RECOVERY STRATEGIES

## [PROPOSED] ORDER

FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that

Counsel for Financial Recovery Services, Inc. d/b/a Financial Recovery Strategies ("FRS") be allowed to appear and be heard at the October 23, 2019 hearing on Indirect Purchaser Plaintiffs' Motion Pursuant to Ninth Circuit Mandate to Reconsider and Amend Final Approval Order, Final Judgment and Fee Order, ECF No. 5587, to the extent that the Court intends to entertain any argument regarding late-filed claims, including but not limited to the issues raised in recent filings by Spectrum Settlement Recovery, LLC, Crowell & Moring, LLP, FRS, and IPPs.  *See* ECF Nos. 5588, 5608, 5609, 5616, and 5618.

/ / /

1    IT IS SO ORDERED.

2    DATED:  October ___, 2019

_____
Honorable Jon S. Tigar
United States District Judge