CROWELL & MORING LLP
Daniel A. Sasse (CSB No. 236234)
  DSasse@crowell.com
Deborah E. Arbabi (CSB No. 167275)
  DArbabi@crowell.com
3 Park Plaza, 20th Floor
Irvine, CA  92614-8505
Telephone: 949.263.8400
Facsimile:  949.263.8414

Attorneys for 199 Certain Members of the Indirect Settlement Class for the 22 States

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 |
| | Master File No. 4:07-cv-5944-JST |
| THIS DOCUMENT RELATES TO: | Case No. 13-cv-03234-JD |
| INDIRECT PURCHASER ACTIONS FOR THE 22 STATES | **MOTION FOR LEAVE TO APPEAR AT OCT. 23 HEARING** |
| | Date: October 23, 2019 |
| | Time: 2:00 p.m. |
| | Courtroom: 6, 2nd Fl. (Oakland) |
| | Judge: Hon. Jon S. Tigar |

Crowell & Moring LLP, as counsel for 199 members (Claimants) of the Indirect Purchaser Class for the 22 States (Class) as well as a claimant itself, hereby respectfully moves the Court for leave to appear at the Oct. 23, 2019 hearing for Indirect Purchaser Plaintiffs' Motion Pursuant to Ninth Circuit Mandate to Reconsider and Amend Final Approval Order, Final Judgement and Fee Order, ECF No. 5587.

To the extent the Court intends to address or entertain arguments related to the consideration of late claims, Crowell & Moring respectfully requests leave to address the Court on this limited basis, including addressing issues raised in recent filings by IPPs, Spectrum Settlement Recovery, LLC, and Financial Recovery Services, Inc. regarding late claims. *See* ECF Nos. 5587, 5588, 5609, 5616.

Dated: October 14, 2019

Respectfully submitted,
CROWELL & MORING LLP

*/s/ Deborah E. Arbabi*
Daniel A. Sasse
Deborah E. Arbabi
Attorneys for 199 Certain Members of the
Indirect Settlement Class for the 22 States

## CERTIFICATE OF SERVICE

I, Deborah E. Arbabi, certify that on October 14, 2019, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of California, by using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

                    */s/ Deborah E. Arbabi*
                    Deborah E. Arbabi