1  CROWELL & MORING LLP
   Daniel A. Sasse (CSB No. 236234)
2    DSasse@crowell.com
   Deborah E. Arbabi (CSB No. 167275)
3    DArbabi@crowell.com
   3 Park Plaza, 20th Floor
4  Irvine, CA  92614-8505
   Telephone: 949.263.8400
5  Facsimile:  949.263.8414

6  Attorneys for 199 Certain Members of the
   Indirect Settlement Class for the 22 States
7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10                              **OAKLAND DIVISION**

11

| 12  IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 |
|---|---|
| 13 | Master File No. 4:07-cv-5944-JST |
| 14  THIS DOCUMENT RELATES TO: | Case No. 13-cv-03234-JD |
| 15  INDIRECT PURCHASER ACTIONS FOR THE 22 STATES | **[PROPOSED] ORDER GRANTING CROWELL & MORING LLP'S MOTION FOR LEAVE TO APPEAR AT OCT. 23 HEARING** |
| 16 | |
| 17 | Hon. Jon S. Tigar |
| 18 | Courtroom:  6, 2nd Floor |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

[PROPOSED] ORDER APPROVING CISCO & APTIV'S SECOND
ROUND SETTLEMENT CLAIMS; MASTER FILE NO. 3:17-md-
02801-JD; CASE NO. 3:14-cv-03264-JD

**[PROPOSED] ORDER**

Upon consideration of Crowell & Moring LLP's Motion for Leave to Appear at the Oct. 23 Hearing (Motion) regarding Indirect Purchaser Plaintiffs' Motion Pursuant to Ninth Circuit Mandate to Reconsider and Amend Final Approval Order, Final Judgement and Fee Order, ECF No. 5587, the Motion is GRANTED.

IT IS HEREBY ORDERED THAT to the extent at the Oct. 23 hearing the Court intends to address or entertain arguments related to the consideration of late claims, Crowell & Moring has leave to address the Court regarding these issues, including issues raised in recent filings by IPPs, Spectrum Settlement Recovery, LLC, and Financial Recovery Services, Inc. regarding late claims. *See* ECF Nos. 5587, 5588, 5609, 5616.

IT IS SO ORDERED.

DATED: _____, 2019

Hon. Jon S. Tigar

CROWELL & MORING LLP
ATTORNEYS AT LAW

-1-

PROPOSED ORDER RE: M. FOR LEAVE TO APPEAR AT OCT. 23 H'RG; MDL NO. 1917; MASTER FILE NO. 4:07-CV-5944-JST; CASE NO. 13-CV-03234-JD