UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** <br><br> This Order Relates To: <br><br> ALL INDIRECT PURCHASER ACTIONS | Case No. 07-cv-05944-JST <br><br> **ORDER VACATING HEARING** <br><br> Re: ECF No. 5565 |

Before the Court is Eleanor Lewis's motion to intervene and file an amended complaint. ECF No. 5565. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument. The hearing on this matter, currently scheduled for October 23, 2019, is hereby VACATED.

**IT IS SO ORDERED.**

Dated: October 15, 2019



JON S. TIGAR
United States District Judge