UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>Plaintiff(s),<br><br>v.<br><br>Defendant(s) | Case No: 3:07-cv-05944-JST<br><br>APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE (CML LOCAL RULE 11-3) |

I, Lisa Sleboda, is an active member in good standing of the bar of Pennsylvania, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Anthony Gianasca in the above-entitled action. My local co-counsel in this case is Joseph Alioto, Esq., an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 3771 Meadowcrest Drive<br>Las Vegas, NV 89121 | One Sansome St., 35th Floor<br>San Francisco, CA 94104 |
| Telephone number of record<br>(781) 350-0000 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 434-8900 |
| MY EMAIL ADDRESS OF RECORD:<br>lsleboda@class-actions.us | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>jalioto@aliotolaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 71580.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 10/22/2019                               Lisa Sleboda
                                                APPLICANT

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Lisa Sleboda, is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: October 22, 2019

UNITED STATES DISTRICT/ MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER                                             October 2012