Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

IN RE: CATHODE RAY TUBE
(CRT) ANTITRUST LITIGATION            )   Case No: 4:07-cv-05944-JST
                              )
                    Plaintiff(s),    )   **APPLICATION FOR**
                              )   **ADMISSION OF ATTORNEY**
        v.                       )   **PRO HAC VICE**
                              )
                              )
                    Defendant(s).    )   (CIVIL LOCAL RULE 11-3)

I, D. Michael Noonan                    , an active member in good standing of the bar of
New Hampshire                , hereby respectfully apply for admission to practice *pro hac vice* in the
Northern District of California representing: George Maglaras; Jeffrey Schapira          in the
above-entitled action. My local co-counsel in this case is Joseph Alioto, Esq.                 ⊞, an
attorney who is a member of the bar of this Court in good standing and who maintains an office
within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 353 Central Avenue, P.O. Box 977<br>Dover, NH 03821 | One Sansome St., 35th Floor<br>San Francisco, CA  94104 |
| MY TELEPHONE # OF RECORD:<br>(603) 749-5000 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 434-8900 |
| MY EMAIL ADDRESS OF RECORD:<br>mnoonan@shaheengordon.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>jmalioto@aliotolaw.com |

I am an active member in good standing of a United States Court or of the highest court of
another State or the District of Columbia, as indicated above; my bar number is: 8214           .

A true and correct copy of a certificate of good standing or equivalent official document from said
bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the
Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated:  09/27/19                    D. Michael Noonan
                              APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of D. Michael Noonan          is granted,
subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate
appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel
designated in the application will constitute notice to the party.

Dated:

                              UNITED STATES DISTRICT/MAGISTRATE JUDGE