| | |
|---|---|
| Robert Bonsignore (*Pro Hac Vice*)<br>Lisa Sleboda (*Pro Hac Vice pending*)<br>Bonsignore Trial Lawyers, PLLC<br>23 Forest Street<br>Medford, MA  02155<br>Office Phone: (781) 350-0000<br>Cell Phone: (781) 856-7650<br>Facsimile: (702) 852-5726<br>Email: rbonsignore@classactions.us | Tracy R. Kirkham (69912)<br>John D. Bogdanov (215830)<br>Cooper & Kirkham, P.C.<br>357 Tehama Street, 2nd Floor<br>San Francisco, CA 94103<br>Telephone: (415) 788-3030<br>Facsimile: (415) 882-7040<br>Email: trk@coopkirk.com<br>         jdb@coopkirk.com |
| *Interim Co-Lead Counsel for Indirect Purchaser Plaintiffs ORS* | *Interim Lead Counsel for Indirect-Purchaser Plaintiffs NRS* |
| Theresa D. Moore (99978)<br>Law Offices of Theresa D. Moore<br>One Sansome Street, 35th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 613-1414<br>tmoore@aliotolaw.com | Francis O. Scarpulla (41059)<br>Patrick B. Clayton (240191)<br>Law Offices of Francis O. Scarpulla<br>456 Montgomery Street, 17th Floor<br>San Francisco, CA 94103<br>Telephone:  (415) 788-7210<br>Facsimile:   (415) 788-0706<br>Email: fos@scarpullalaw.com |
| *Interim Co-Lead Counsel for Indirect-Purchaser Plaintiffs ORS* | *Interim Lead Counsel for Indirect-Purchaser Plaintiffs ORS* |
| [ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE] | |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**<br><br>This Document Relates to:<br><br>All Indirect Purchaser Actions | Master File No. 4:07-cv-5944-JST<br><br>MDL No. 1917<br><br>**STIPULATION AND [PROPOSED] ORDER CONCERNING SHARING OF CASE MATERIALS AND COSTS**<br><br>Judge:         Honorable Jon S. Tigar |

Counsel for the IPP Other Repealer State Plaintiffs ("IPP/ORS Plaintiffs"), the IPP Non-Repealer State Plaintiffs ("IPP/NRS Plaintiffs"), and the Indirect Purchaser Plaintiffs for the 22 States ("IPPs") (collectively, "Plaintiffs"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, this Honorable Court has appointed Interim Co-Lead Counsel for the IPP/ORS Plaintiffs and Interim Lead Counsel for the IPP/NRS Plaintiffs; and

WHEREAS, pursuant to California Rules of Professional Responsibility 1.9 and 1.16(e)(1), counsel for the IPP/ORS and the IPP/NRS Plaintiffs requested certain discovery and case materials heretofore obtained and prepared by IPP Counsel in this litigation; and

WHEREAS, on August 9, 2019, the Court entered a Case Management Order directing Plaintiffs to meet and confer, facilitated by Magistrate Judge Corley, regarding the transfer or sharing of such materials, ECF No. 5551; and

WHEREAS, Plaintiffs' counsel have met and conferred with Magistrate Judge Corley;

WHEREAS, IPP Counsel has taken the position that certain of the requested discovery and case materials are privileged and, as to others, because the costs of producing those materials will be paid from settlements entered by the IPPs, and because the IPP/ORS and IPP/NRS Plaintiffs will benefit from receipt of the discovery and case materials, some portion of the costs should be paid from any recoveries obtained by the ORS and NRS Plaintiffs; and

WHEREAS, counsel for the IPPs have taken the position that they have identified $5,787,836.91 in costs associated with the case materials requested by counsel for the IPP/ORS and IPP/NRS Plaintiffs; and,

WHEREAS, to avoid further delay and without waiving any associated rights, Plaintiffs' counsel have reached an agreement on the production of certain case materials and cost sharing as to those materials; and

WHEREAS, this Stipulation should not be construed to waive any rights or arguments as to any other claims or issues.

IT IS HEREBY STPULATED AND AGREED by and between counsel for the, the IPP/ORS Plaintiffs, IPP/NRS Plaintiffs, and the IPPs, that:

1.	As soon as is practicable, Lead Counsel for the IPPs will provide to Liaison Counsel for the IPP/ORS and IPP/NRS Plaintiffs, the 20 categories of case materials listed in Exhibit A hereto, subject to said materials being available and accessible to Lead Counsel for the IPPs, and subject to counsel agreeing to be bound by the Stipulated Protective Order (ECF No. 306);

2.	Counsel for the IPP/ORS and IPP/NRS Plaintiffs agree to accept the production of these 20 categories of case materials without prejudice to further requests for additional materials;

3.	These case materials are being provided for the use of the IPP/ORS and IPP/NRS Plaintiffs only in preparing and prosecuting their claims in this case on behalf of their clients' best interests;

4.	Counsel for the IPP/ORS and IPP/NRS Plaintiffs shall pay, after an opportunity for review, the reasonable out-of-pocket cost, if any, that IPP Counsel is required to pay to recover and/or duplicate the categories of materials listed on Exhibit A; and

5.	At such time as any settlement entered by any of the IPP/ORS Plaintiffs and/or IPP/NRS Plaintiffs obtains final approval and final judgment is entered, with no further right of appeals, the IPP/ORS and/or IPP/NRS Plaintiffs shall each pay to the IPPs the percentage portion of the $5,787,836.91 in costs (plus any interest accrued on that portion) as the IPP/ORS Plaintiffs' or IPP/NRS Plaintiffs' gross monetary recovery represents of the gross monetary recovery achieved by all indirect purchaser plaintiffs in this litigation at the time of the payment (*i.e.,* the sum of (a) the gross monetary recovery achieved by the IPPs (*i.e.*, $547,750,000 in the amended settlements) plus (b) the gross monetary recovery achieved by the IPP/NRS Plaintiffs plus (c) the gross monetary recovery achieved by the IPP/ORS Plaintiffs); and

6.	Counsel for the IPPs may apply to the Court for disbursement of funds from any settlement referred to in paragraph 5, and such funds shall thereafter be distributed, subject to Court approval.

1  IT IS SO STIPULATED.

2

3  Dated:  October 16, 2019                BONSIGNORE TRIAL LAWYERS, PLLC

4                                            /s/ *Robert Bonsignore*
                                          Robert Bonsignore appearing *pro hac vice*
                                          Lisa Sleboda *pro hac vice pending*
5                                         23 Forest Street
                                          Medford, MA  02155
6                                         Office Phone: (781) 350-0000
                                          Cell Phone: (781) 856-7650
7                                         Facsimile: (702) 852-5726
                                          Email: rbonsignore@classactions.us
8
                                          *Interim Lead Counsel for the Other Repealer*
9                                         *States*

10

11 Dated:  October 16, 2019                COOPER & KIRKHAM, P.C.

12                                              /s/ *Tracy R. Kirkham*
                                          Tracy R. Kirkham (69912)
13                                        John D. Bogdanov (215830)
                                          COOPER & KIRKHAM, P.C.
14                                        357 Tehama Street, Second Floor
                                          San Francisco, CA 94103
15                                        Telephone: (415) 788-3030
                                          Facsimile: (415) 882-7040
16                                        Email:  trk@coopkirk.com
                                                     jdb@coopkirk.com
17
                                          *Interim Lead Counsel for the Non-Repealer*
18                                        *States*

19 Dated:  October 16, 2019                LAW OFFICES OF THERESA D. MOORE

20                                              /s/ *Theresa D. Moore*
                                          Theresa D. Moore (99978)
21                                        Law Offices of Theresa D. Moore
                                          One Sansome Street, 35th Floor
22                                        San Francisco, CA 94104
                                          Telephone: (415) 613-1414
23                                        Email: tmoore@aliotolaw.com

24                                        *Interim Lead Counsel for the Other Repealer*
                                          *States*
25

26 Dated:  October 16, 2019                LAW OFFICES OF FRANCIS O. SCARPULLA

27                                              /s/ *Francis O. Scarpulla*
                                          Francis O. Scarpulla (41059)
28                                        Patrick B. Clayton (240191)
                                          Law Offices of Francis O. Scarpulla
                                          456 Montgomery Street, 17th Floor

3

STIPULATION AND [PROPOSED] ORDER - Case No. 4:07-cv-5944, MDL No. 1917

|  |  |
|---|---|
|  | San Francisco, CA 94104<br>Telephone: (415) 788-7210<br>Facsimile: (415) 788-0706<br>Email: fos@scarpullalaw.com<br>            pbc@scarpullalaw.com |
|  | *Interim Lead Counsel for the Other Repealer States* |
| Dated: October 16, 2019 | TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP<br><br>  /s/ *Mario N. Alioto*<br>Mario N. Alioto (56433)<br>Lauren C. Capurro (241151)<br>TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP<br>2280 Union Street<br>San Francisco, CA 94123<br>Telephone: (415) 563-7200<br>Facsimile: (415) 346-0679<br>Email: malioto@tatp.com<br>            laurenrussell@tatp.com |
|  | *Lead Counsel for the Indirect Purchaser Plaintiffs for the 22 States* |

Pursuant to Civil L.R. 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the other signatories.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: October 24, 2019

_____
Hon. Jon S. Tigar
United States District Judge

# EXHIBIT A

1. All documents produced to IPPs;
2. All documents produced pursuant to Cooperation Agreements;
3. All Certified Translations;
4. All discovery responses, including interrogatories and RFAs, as well as any discovery pending at time of 2015 settlements;
5. All unredacted class certification briefing, supporting documents, expert reports, and underlying data;
6. All unredacted summary judgment briefing, supporting documents, expert reports, and underlying data;
7. Any other unredacted expert reports in our files;
8. Third party data, to the extent it is contained in ApplEcon's backup data or to the extent it is reasonable accessible;
9. Master Trial Exhibit List;
10. Objections to Trial Exhibits and Certified Translations;
11. List of all depositions taken of defendants (already provided);
12. All deposition transcripts and exhibits (defendants and experts);
13. All Motions in *Limine* (already provided);
14. Trial Deposition Designations;
15. The "late in game Requests for Admissions";
16. Guilty pleas;
17. Witness lists;
18. Proposed Jury Instructions;
19. Proposed Forms of Verdict; and
20. The Conspiracy Meeting Grid served on Defendants in response to Contention Interrogatories