# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION

Plaintiff(s),

v.

Defendant(s).

Case No: 4:07-cv-05944-JST

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

(CIVIL LOCAL RULE 11-3)

I, D. Michael Noonan, an active member in good standing of the bar of New Hampshire, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: George Maglaras; Jeffrey Schapira in the above-entitled action. My local co-counsel in this case is Joseph Alioto, Esq., an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 353 Central Avenue, P.O. Box 977<br>Dover, NH 03821 | One Sansome St., 35th Floor<br>San Francisco, CA 94104 |
| MY TELEPHONE # OF RECORD:<br>(603) 749-5000 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 434-8900 |
| MY EMAIL ADDRESS OF RECORD:<br>mnoonan@shaheengordon.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>jmalioto@aliotolaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 8214.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 09/27/19

D. Michael Noonan
APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of D. Michael Noonan is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: October 29, 2019

UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER                                October 2012