# Exhibit 13

# 材 料 采 购 付 款 凭 证

付款日期　96 年　12 月　20 日　　　　　凭证　35 卡 58 号

付款编号 GTX322

| 收款单位 | 2000 CRT INC. | | 材 料 名 称 及 规 格 | 单位 | 数量 | 货价 | 运杂价 | 税金 | 实际成本 |
|---|---|---|---|---|---|---|---|---|---|
| 合同编号 | | 拒付金额 | 27SX10Y22-DC05 | 只 | 2016只 | 90,720 | | | |
| 托收金额 | | 承付金额 | | | | | | | |
| 偿 时 | 限额用款 | | No. 0000 4913 | | | | | | |
| 采 购 | 实报金额 | | | | | | | | |
| 开户行: | | 帐号: | | | | | | | |
| 物资主管 | | 经办人 许宝英 | | | | | | | |

| 摘　要 | 借 方 一 级 科 目 及 明 细 | 贷 方 一 级 科 目 | √ | 千百十万千百十元角分 |
|---|---|---|---|---|
| 发美国彩虹 14"CPT 2016只 GTX322 | 003 | 604(自营出口销售款) | | $90,720 00 |
| | | | | $752,975 00 |

合计人民币（大写）柒拾伍万式仟玖佰柒拾陆元整.

财务主管　　　审核　　　制单 闫娟英　　　出纳　　　领款人

中国电子进出口彩虹公司

# CEIEC CHINA NATIONAL ELECTRONICS IMP&EXP CAIHONG COMPANY

P.O.BOX NO. 3 XIANYANG
SHAANXI P.R.CHINA
Telex:70170 XYCEC CN
Cable:1752 XIANYANG
Fax:(0910)3313101
Tel:(0910)3313856
Postcode:712021

# INVOICE

**MESSRS.** IRICO (U.S.A.) INC.
1382 LAKESHORE CIRCLE
SAN JOSE, CA 95131

| Invoice No. | Name Of Vessel | Loading Port | Discharging Port | On or About |
|---|---|---|---|---|
| 6TX322 | HAI TUN V-9671 | SHANGHAI,CHINA | CAPE TOWN, R.S.A. | DEC.12,1996 |
| Date | B/L No. | L/C No. | Contract No. | Licence No. |
| NOV.28,1996 | STSCCHF00170 | T/T | 96EMHKCHCT01048 | |

| Marks & Nos | Description & Quantity | Unit Price | Amount |
|---|---|---|---|
| | FOB SHANGHAI | | |
| SEAFREIGHT UNDE NT TV/962217/J342 C/NO. 1/48-48/48 | F.O.B. INVOICE VALUE OF MERCHANDISE DESCRIBED AS: 2016 PCS COLOUR PICTURE TUBES TYPE 37SX110Y22-DC05 L/C ISSUING BANK; ABSA BANK LTD. L/C NO:IC02350090971411 | USD45.00 | USD90,720.00 |

(SAY,UNITED STATES DOLLARS NINTY THOUSAND SEVEN HUNDRED AND TWENTY ONLY.)

CHINA NATIONAL ELECTRONICS IMP&EXP
CAIHONG COMPANY

E. & O.E. _____

MANAGER


由 扫描全能王 扫描创建

CONFIDENTIAL

IRI-CRT-00003571



info@certifiedtranslate.com | 2425 Olympic Blvd., Suite 4000W | usa  1-888-856-2228
www.certifiedtranslate.com | Santa Monica, CA 90404 | int  +1-310-684-3153
| | fax  +1-310-564-1944

## CERTIFIED TRANSLATION



A member of the American
Translators Association
ATA Member Number: 248719

*Documents Translated For:*

| Name:  **David Y. Hwu** | Street Address: **706 Sansome Street** |
|---|---|
| Firm:   **Saveri & Saveri, Inc.** | City/State/Zip:  **San Francisco / CA / 94111** |

*Description of Document(s):*

| |
|---|
| |
| **IRI-CRT-00003570E** |
| |
| |

| Source Language:   **SIMPLIFIED CHINESE** | Target Language:   **ENGLISH** |
|---|---|

WITH REFERENCE TO THE ABOVE MENTIONED MATERIALS/DOCUMENTS, we at Language Fish LLC (doing business as www.certifiedtranslate.com), a professional document translation company, attest that the language translation completed by Language Fish's certified professional translators, represents, to the best of our judgment, an accurate and correct interpretation of the terminology/content of the source document(s). **This is to certify the correctness of the translation only.** We do not guarantee that the original is a genuine document or that the statements contained in the original document(s) are true.

IN WITNESS WHEREOF, Language Fish LLC has caused the Certificate to be signed by its duly authorized officer(s).

**By:**    Sean Kirschenstein, Director                  **Date:**   February 21, 2019

A copy of the translated version(s) is attached to this statement of certification.

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

On ___Feb. 21, 2015___ before me, ___Kristin Gail Chamberlain___, Notary Public, appeared ___Sean Kirschenstein___, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature ___Kristin Chm___



KRISTIN GAIL CHAMBERLAIN
Notary Public - California
Los Angeles County
Commission # 2141880
My Comm. Expires Feb 7, 2020

Scanned and created by Camscanner [QR Code]

1 Attachment

# Certificate of Payment for Materials Purchase

Card No. **6TX322**

Date Paid: **December 30, 1996**

Certificate No. **Z58**

| [illegible] Party | | IRICO USA INC. | | | Material Name and Specification | Unit | Quantity | Amount for Goods | Shipping | Tax | Actual Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Contract No. | | Refusal Amount | | | 37SX110Y22-DC05 | Ea. | 2016 | USD 90,720 | | | |
| Collection Amount | | Commitment Amount | | | | | | | | | |
| Temporary Purchase | Capped Funds | | | | No. 00004913 | | | | | | |
| | Actual Amount | | | | | | | | | | |

Bank:  Account No.:

Materials Supervisor _____  Handler **Xu Haiyan**

| Summary | General and Subsidiary Debit | | | General Credit | Millions | Hundred Thousands | Ten Thousands | Thousands | Hundreds | Tens | Ones | Cents | Ten Millions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016 14" CPTs to Irico USA 6TX322 | [illegible] | 003 | v | 504 Self-Managed Export Sales Revenue | | $ | 9 | 0 | 7 | 2 | 0 | 00 | v |
| Total RMB (spell out) **Seven hundred and fifty-two thousand nine hundred and seventy-six yuan and zero cents** | | | | | $ | 7 | 5 | 2 | 9 | 7 | 6 | 00 | |

| Finance Supervisor | Verified by | Cashier | Payee |
|---|---|---|---|
| | | Generated by **Min Juanying** | |

CONFIDENTIAL

IRI-CRT-00003570E_Translation

# Exhibit 14



中国电子进出口彩虹公司

# 出口货物转帐凭证

CONFIDENTIAL

IRI-CRT-00003584

中国电子进出口彩虹公司

CEIEC CHINA NATIONAL ELECTRONICS IMP&EXP
CAIHONG COMPANY

NO.1 CA...
XIANYANG SHAAN...
P.R.CHINA
Cable:1752 XIANYAN G
Fax:(0910)3313101
Tel:(0910)3313856
Postcode:712021

# INVOICE

**MESSRS.** IRICO (USA) INC.
39658 MISSION BLVD,FREMONT,CA94...9

| Invoice No. | Name Of Vessel | Loading Port | Discharging Port | On or About |
|---|---|---|---|---|
| 9TS004 | SEA CAPTAIN 036 | TIANJIN PORT,CHINA | ADABIYA PORT,EGYPT | JAN.16 1999 |
| Date | B/L No. | L/C No. | Contract No. | License No. |
| JAN.6,1999 | 023263185 | T/T | 99EMUSCHCT01016 | |

| Marks & Nos | Description & Quantity | Unit Price | Amount |
|---|---|---|---|
| | FOB CHINA PORT | | |
| N/M<br>240PALLETS | 14 INCH COLOR TV PICTURE TUBE,<br>AS PER PROFORMA INVOICE NO:ZJC123 DATED 3.12.1998.<br>TERMS OF DELIVERY: FOB CHINA PORT. | USD27.00 | USD272,160.00 |

(SAY,UNITED STATES DOLLARS TWO HUNDRED AND SEVENTY TWO THOUSAND
ONE HUNDRED AND SIXTY ONLY.)

CHINA NATIONAL ELECTRONICS IMP&EXP
CAIHONG COMPANY

E. & O.E.

**MANAGER**


由 扫描全能王 扫描创建

CONFIDENTIAL                                                                                                    IRI-CRT-00003585



info@certifiedtranslate.com | 2425 Olympic Blvd., Suite 4000W | usa  1-888-856-2228
www.certifiedtranslate.com | Santa Monica, CA 90404 | int  +1-310-684-3153
| | fax  +1-310-564-1944

## CERTIFIED TRANSLATION



A member of the American
Translators Association
ATA Member Number: 248719

*Documents Translated For:*

| Name: **David Y. Hwu** | Street Address: **706 Sansome Street** |
|---|---|
| Firm: **Saveri & Saveri, Inc.** | City/State/Zip: **San Francisco / CA / 94111** |

*Description of Document(s):*

| |
|---|
| |
| **IRI-CRT-00003584E** |
| |
| |

| Source Language: **SIMPLIFIED CHINESE** | Target Language: **ENGLISH** |
|---|---|

WITH REFERENCE TO THE ABOVE MENTIONED MATERIALS/DOCUMENTS, we at Language Fish LLC (doing business as www.certifiedtranslate.com), a professional document translation company, attest that the language translation completed by Language Fish's certified professional translators, represents, to the best of our judgment, an accurate and correct interpretation of the terminology/content of the source document(s). **This is to certify the correctness of the translation only.** We do not guarantee that the original is a genuine document or that the statements contained in the original document(s) are true.

IN WITNESS WHEREOF, Language Fish LLC has caused the Certificate to be signed by its duly authorized officer(s).

**By:**   Sean Kirschenstein, Director                    **Date:**   February 21, 2019

A copy of the translated version(s) is attached to this statement of certification.

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

On ___Feb. 21, 2019___ before me, ___Kristin Gail Chamberlain___, Notary Public, appeared ___Sean Kirschenstein___, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature ___Kristin Chen___



KRISTIN GAIL CHAMBERLAIN
Notary Public - California
Los Angeles County
Commission # 2141880
My Comm. Expires Feb 7, 2020

Scanned and created by Camscanner [QR Code]

1 Attachment

## China National Electronics Import and Export Caihong Co.

## Certificate of Account Transfer for Exported Goods

January 22, 1999

Transfer No. **33**

Card No. _____

| Overseas Customer | [illegible] |
| --- | --- |
| Clerk | [illegible] |
| Purchase Receipt No. | [illegible] |

| Debits | | | Credits | | | Summary | Quantity | Unit Price | Amount | | | | | Total Price | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| General | Subsidiary | ✓ | General | Subsidiary | ✓ | | | | Ten Millions | Millions | Hundred Thousands | Ten Thousands | Thousands | Hundreds | Tens | Ones | Cents |
| | | ✓ | | | ✓ | | [illegible] | [illegible] | | | | | | | | | |
| 123 Foreign Exchange Accounts Receivable | 004 | ✓ | 504 Self-Managed Export Sales Revenue | 999 | ✓ | 10,080 14" CPTs to Irico USA 9TS004 | | $ | | $ | 2 | 7 | 2 | 1 | 6 | 0 | 00 |
| Total | | | | | | Two million two hundred and fifty-three thousand four hundred and eighty-four yuan and 80 cents | | In ¥ | In ¥ | 2 | 2 | 5 | 3 | 4 | 8 | 4 | 80 |

Recorded by _____    Verified by **Geng Jun**    Form completed by Guo Xiangyun

Supervisor _____

IRI-CRT-0000358E_Translation

CONFIDENTIAL

# Exhibit 15



# 材 料 采 购 付 款 凭 证

付款日期 98 年 2 月 8 日         凭证 技字 56 号

| | | 材料名称及规格 | 单位 | 数量 | 货 价 | 运杂费 税 金 | 实际成本 |
|---|---|---|---|---|---|---|---|
| | 拒付金额 | 14" CPT | 只 | 1000 | USD 178,920.— | | |
| | 承付金额 | | | | | | |
| 限额用款 | | | | | | | |
| | 实拨金额 | | | | | | | |
| 开户行 | 账号 0 0001802 | | | | | | |
| | 经办人 | | | | | | |

| 摘 要 | 借方一致科目及明细 | | 贷方一致科目 | ✓ | 千百十万千百十元角分 |
|---|---|---|---|---|---|
| | 1 3 亚采付汇兑损益 005 ✓ | 5 0 出口转国外贷款人 | 573 ✓ | 178 920 00 |
| | ‑1321‑0510‑09" | ‑1321‑ | | 摞 1 485 036 00 |

合计人民币 (大写) 壹佰柒拾捌万玖仟零壹拾元正

财务主管        单位 夏天章      经手 章龙峰     出纳        领款人

IRI-CRT-00003586

中国电子进出口总公司

# CEIEC CHINA NATIONAL ELECTRONICS IMP&EXP
## CAIHONG COMPANY

Telex:70188 XYCEC CN
Cable:1752 XIANYANG
Fax:(0910)3313101
Tel:(0910)3312855
Postcode:712021

# INVOICE

**MESSRS.** IRICO (USA) INC.
39656 MISSION BLVD,FREMONT,CA94539

| Invoice No. | Name Of Vessel | Loading Port | Discharging Port | On or About |
|---|---|---|---|---|
| 8TH004 | | SHANGHAI PORT | ALEXANDRIA PORT | |
| Date | B/L No. | L/C No. | Contract No. | Licence No. |
| JAN.5,1998 | | PSL1314/OVERSEAS | 98EHUSCHCT02002 | |

| Marks & Nos | Description & Quantity | Unit Price | Amount |
|---|---|---|---|
| N/M | 14 INCH COLOR PICTURE TUBE<br>8PBC.375X116Y22-DC05(IRICO BRAND)<br>QTY 5040<br>AS PER PROFORMA INVOICE NO.7TH158<br>DATED NOV.17,1997<br>TERMS OF DELIVERY:CIF ALEXANDRIA | USD35.50 | USD178,920.00 |

(SAY,UNITED STATES DOLLARS ONE HUNDRED AND SEVENTY EIGHT THOUSAND
NINE HUNDRED AND TWENTY ONLY.)

CHINA NATIONAL ELECTRONICS IMP&EXP
CAIHONG COMPANY

E. & O.E.

MANAGER


由 扫描全能王 扫描创建

CONFIDENTIAL                                                              IRI-CRT-00003587



info@certifiedtranslate.com
www.certifiedtranslate.com

2425 Olympic Blvd., Suite 4000W
Santa Monica, CA 90404

usa  1-888-856-2228
int  +1-310-684-3153
fax  +1-310-564-1944

**certified**translate
A LANGUAGE FISH LLC COMPANY

## CERTIFIED TRANSLATION



A member of the American
Translators Association
ATA Member Number: 248719

*Documents Translated For:*

| Name:  **David Y. Hwu** | Street Address: **706 Sansome Street** |
|---|---|
| Firm:  **Saveri & Saveri, Inc.** | City/State/Zip:  **San Francisco / CA / 94111** |

*Description of Document(s):*

|  |
|---|
|  |
| **IRI-CRT-00003586E** |
|  |
|  |

| Source Language:   **SIMPLIFIED CHINESE** | Target Language:   **ENGLISH** |
|---|---|

WITH REFERENCE TO THE ABOVE MENTIONED MATERIALS/DOCUMENTS, we at Language Fish LLC (doing business as www.certifiedtranslate.com), a professional document translation company, attest that the language translation completed by Language Fish's certified professional translators, represents, to the best of our judgment, an accurate and correct interpretation of the terminology/content of the source document(s). **This is to certify the correctness of the translation only.** We do not guarantee that the original is a genuine document or that the statements contained in the original document(s) are true.

IN WITNESS WHEREOF, Language Fish LLC has caused the Certificate to be signed by its duly authorized officer(s).

**By:**   Sean Kirschenstein, Director

**Date:**   February 21, 2019

A copy of the translated version(s) is attached to this statement of certification.

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

On ___Feb.21,2019___ before me, ___Kristin Gail Chamberlain___, Notary Public, appeared ___Sean Kirschenstein___, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.
Signature ___Knoti Chun___



KRISTIN GAIL CHAMBERLAIN
Notary Public - California
Los Angeles County
Commission # 2141880
My Comm. Expires Feb 7, 2020

Scanned and created by Camscanner [QR Code]

1 Attachment

# Certificate of Payment for Materials Purchase

Card No. **8TH004**

Date Paid: **February 8, 1998**

4331491

Certificate No. **Z56**

| [illegible] Party | | | Material Name and Specification | Unit | Quantity | Amount for Goods | Shipping | | Tax | | Actual Cost | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Irico USA** | | | | | | | Thousands | Hundreds | Tens | Ones | Cents | |
| Contract No. | | | **14" CPT** | **Ea.** | **5040** | **USD 178,920** | | | | | | |
| Collection Amount | Refusal Amount | | | | | | | | | | | |
| | Commitment Amount | | | | | | | | | | | |
| Temporary Purchase | Capped Funds | | | | | | | | | | | |
| | Actual Amount | | | | | | | | | | | |
| Bank: | Account No.: **00001802** | | | | | | | | | | | |
| Materials Supervisor _____ | | | | | | | | | | | | |
| Handler Yang Hongda | | | | | | | | | | | | |

Number breakdown grid:

| | Ten Millions | Millions | Hundred Thousands | Ten Thousands | Thousands | Hundreds | Tens | Ones | Cents |
|---|---|---|---|---|---|---|---|---|---|
| | | **$** | **1** | **7** | **8** | **9** | **2** | **0** | **00** |
| | **¥** | **1** | **4** | **8** | **5** | **0** | **3** | **6** | **00** |

| Summary | General and Subsidiary Debit | | General Credit | Unit | Quantity | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | **v** | **999 v** | | | | | | | |
| **5040 14" CPTs to Irico USA 8TH004** | **005** | **v** | 504 Self-Managed Export Sales Revenue | | | | | | | | | |
| | 123 Foreign Exchange Accounts Receivable | | 1321 | | | | | | | | | |
| | -1321-0610-0911 | | | | | | | | | | | |
| Total RMB (spell out) | **One million four hundred and eighty-five thousand thirty-six yuan and zero cents** | | | | | | | | | | | |

Finance Supervisor          Verified by **Geng Jun**          Generated by **Dong Congfeng**          Cashier          Payee

CONFIDENTIAL

IRI-CRT-00003586E_Translation

# Exhibit 16



# 材料采购付款凭证

付款日期 97 年 4 月 25 日　　　　　　凭证 转 字 50 号

| | | 材料名称及规格 | 单位 | 数量 | 货价 | 运杂费 | 税金 | 实际成本 |
|---|---|---|---|---|---|---|---|---|
| ZRICO (USA) INC. | | | | | | | | |
| | 拒付金额 | B7SX110752-0C05 | 只 | 2010 | USD80.140.5 | | | |
| | 承付金额 | | | | | | | |
| | 限额用款 | NO.00007179 | | | | | | |
| | 实报金额 | | | | | | | |

开户行：　　　帐号：

物资主管　　　经办人 许国英

| 摘　　要 | 借方一级科目及明细 | 贷方一级科目 | √ | 千 | 百 | 十 | 万 | 千 | 百 | 十 | 元 | 角 | 分 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 发美国彩虹公司 14"CPT 2016只 | 003 | 501为实现以解现收入 | √ | | ＄ | 8 | 0 | 6 | 4 | 0 | 0 | 0 | |
| | | | | | ￥ | 6 | 6 | 9 | 3 | 1 | 2 | 0 | 0 |

合计人民币（大写）陆拾陆万陆仟玖佰叁佰壹拾武力壹

财务主管　　　审核 黄丽程　　　制单 闫娟英　　　出纳　　　领款人

CONFIDENTIAL　　　　　　　　　　　　　　　　　　　IRI-CRT-00003588

中国电子进出口彩虹

# CEIEC CHINA NATIONAL ELECTRONICS IMP&EXP
## CAIHONG COMPANY

# INVOICE

Tel:(0910)3...
Postcode:712081

**MESSRS.**   IRICO (U.S.A.) INC.
39658 MISSION BLVD. FREMONT, CA 94539

| Invoice No. | Name Of Vessel | Loading Port | Discharging Port | On or About |
|---|---|---|---|---|
| 7TX069 | HAI TUN V.9717 | SHANGHAI,CHINA | CAPE TOWN., R.S.A. | APR.17,1997 |
| **Date** | **B/L  No.** | **L/C No.** | **Contract No.** | **Licence No.** |
| APR.2,1997 | STSCCHF00417 | IC02350093032801 | 97EMUSCHCT01018 | |

| Marks & Nos | Description & Quantity | Unit Price | Amount |
|---|---|---|---|

FOB SHANGHAI

SEAFREIGHT
INDENT
TV/972077/J377
C/NO.
1/48-48/48

F.O.B. INVOICE VALUE OF MERCHANDISE DESCRIBED AS:
1996 PCS CATHODE RAY TUBES TYPE 37SX110Y22-DC05
1 PERCENT FREE OF CHARGE,BEING 20 PCS CRTS TYPE
37SX110Y2-DC05 TO BE INCLUDED WITH SHIPMENT,
I.E. 2016 PCS IN TOTAL TO BE SHIPPED

L/C ISSUING BANK,ABSA BANK LTD.
L/C NO:IC02350093032801

USD40.00          USD80,640.00

(SAY,UNITED STATES DOLLARS EIGHTY THOUSAND SIX HUNDRED AND
FORTY ONLY.)

CHINA NATIONAL ELECTRONICS IMP&EXP
CAIHONG COMPANY

E. & O.E. _____
MANAGER


由 扫描全能王 扫描创建

CONFIDENTIAL                                                                 IRI-CRT-00003589



**certified**translate
A LANGUAGE FISH LLC COMPANY

info@certifiedtranslate.com | 2425 Olympic Blvd., Suite 4000W | usa 1-888-856-2228
www.certifiedtranslate.com | Santa Monica, CA 90404 | int +1-310-684-3153
| | fax +1-310-564-1944

## CERTIFIED TRANSLATION



A member of the American
Translators Association
ATA Member Number: 248719

*Documents Translated For:*

| Name: **David Y. Hwu** | Street Address: **706 Sansome Street** |
|---|---|
| Firm: **Saveri & Saveri, Inc.** | City/State/Zip: **San Francisco / CA / 94111** |

*Description of Document(s):*

| |
|---|
| |
| **IRI-CRT-00003588E** |
| |
| |

| Source Language: **SIMPLIFIED CHINESE** | Target Language: **ENGLISH** |
|---|---|

WITH REFERENCE TO THE ABOVE MENTIONED MATERIALS/DOCUMENTS, we at Language Fish LLC (doing business as www.certifiedtranslate.com), a professional document translation company, attest that the language translation completed by Language Fish's certified professional translators, represents, to the best of our judgment, an accurate and correct interpretation of the terminology/content of the source document(s). **This is to certify the correctness of the translation only.** We do not guarantee that the original is a genuine document or that the statements contained in the original document(s) are true.

IN WITNESS WHEREOF, Language Fish LLC has caused the Certificate to be signed by its duly authorized officer(s).

**By:**   Sean Kirschenstein, Director          **Date:**   February 21, 2019

A copy of the translated version(s) is attached to this statement of certification.

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

On ___Feb. 21, 2019___ before me, ___Kristin Gail Chamberlain___, Notary Public, appeared ___Sean Kirschenstein___, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____



KRISTIN GAIL CHAMBERLAIN
Notary Public - California
Los Angeles County
Commission # 2141880
My Comm. Expires Feb 7, 2020

Scanned and created by Camscanner [QR Code]

1 Attachment

## Certificate of Payment for Materials Purchase

Date Paid: *April 25, 1997*

Certificate No. **250**

[obscured] **069**

| | | Material Name and Specification | Unit | Quantity | Amount for Goods | Shipping | Tax | Actual Cost |
|---|---|---|---|---|---|---|---|---|
| [obscured] | **Irico (USA) Inc.** | **37SX110Y22-DC05** | **Ea.** | **2016** | **USD 80,640** | | | |
| [obscured] | Refusal Amount | | | | | | | |
| [obscured] | Commitment Amount | | | | | | | |
| [obscured] | | *No. 00007179* | | | | | | |
| [obscured] | Capped Funds | | | | | | | |
| | Actual Amount | | | | | | | |
| Bank: | Account No.: | | | | | | | |

Materials Supervisor _____    Handler **Xu Haiyan**

| Summary | General and Subsidiary Debit | | General Credit | Unit | Ten Millions | Millions | Hundred Thousands | Ten Thousands | Thousands | Hundreds | Tens | Ones | Cents |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | [Illegible] | 003 | | √ | | | | | | | | | |
| **2016 14″ CPTs to Irico USA Inc.** | | 003 | 504 Self-Managed Export Sales Revenue | √ | | | $ | 8 | 0 | 6 | 4 | 0 | 00 |
| Total RMB (spell out) **Six hundred and sixty-nine thousand three hundred and twelve yuan and zero cents** | | | | | ¥ | 6 | 6 | 9 | 3 | 1 | 2 | 00 |

Finance Supervisor            Verified by Huang Licheng            Generated by **Min Juanying**            Cashier            Payee

IRI-CRT-0000358E_Translation

CONFIDENTIAL

# Exhibit 17

# 材 料 采 购 付 款 凭 证

付款日期　97 年 3 月 1 日　　　　　　凭证　转字　58 号

| 单位 | IRICO (KA A) | | 材 料 名 称 及 规 格 | 单位 | 数量 | 货 价 | 运杂费 | 税 金 | 实际成本 |
|---|---|---|---|---|---|---|---|---|---|
| 合同号 | | 拒付金额 | 37x1002-0005 | 只 | 206 | 1008,600 | | | |
| 结算金额 | | 承付金额 | | | | | | | |
| 付款时间 | 限额用款 | | | | | | | | |
| 采购 | 实报金额 | | No 00010320 | | | | | | |
| 开户行 | | 帐号: | | | | | | | |
| 劝资主管 | | 经办人 许海艳 | | | | | | | |

| 摘 要 | 借 方 一 级 科 目 及 明 细 | | 贷 方 一 级 科 目 | √ | 千 | 百 | 十 | 万 | 千 | 百 | 十 | 元 | 角 | 分 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 发美国支援店公司心市管 2016只 | 123应收外汇帐款 | 003 | √ 504自营出口销售收入 别 | √ | | | | 出8 | 0 | 6 | 4 | 0 | 0 | 0 |
| | | | | | | | 折算 6 | 6 | 9 | 3 | 1 | 2 | 0 | 0 |

合计人民币（大写）　陆拾陆万玖仟叁佰壹拾贰元查

财务主管　　　审核　　　制单 董聪峰　　　出纳　　　领款人

CONFIDENTIAL　　　　　　　　　　　　　　　　　　　　　　IRI-CRT-00003594

中国电子进出口彩虹公司

# CEIEC CHINA NATIONAL ELECTRONICS IMP&EXP CAIHONG COMPANY

SHAANXI P.R. CHINA
Telex:70170 XYCEC CN
Cable:1753 XIANYANG
Fax:(0910)3313101
Tel:(0910)3313856
Postcode:712021

## INVOICE

MESSRS.   IRICO (U.S.A.) INC.
39658 MISSION BLVD., FREMONT, CA 94539

| Invoice No. | Name Of Vessel | Loading Port | Discharging Port | On or About |
|---|---|---|---|---|
| 7TX151 | | SHANGHAI,CHINA | CAPE TOWN., R.S.A. | JUL.27,1997 |
| Date | B/L No. | L/C No. | Contract No. | Licence No. |
| JUL.4,1997 | | IC02350096941106 | 97EMUSCHCT01018 | |

| Marks & Nos | Description & Quantity | Unit Price | Amount |
|---|---|---|---|

FOB SHANGHAI

SEAFREIGHT
INDENT
TV/972151/J379
C/NO.
1/48-48/48

F.O.B. INVOICE VALUE OF MERCHANDISE DESCRIBED AS:
CATHODE RAY TUBES

L/C ISSUING BANK,ABSA BANK LTD.
L/C NO:IC02350096941106

USD40.00       USD80,640.00

(SAY,UNITED STATES DOLLARS EIGHTY THOUSAND SIX HUNDRED AND
FORTY ONLY.)

CHINA NATIONAL ELECTRONICS IMP&EXP
CAIHONG COMPANY

E. & O.E.

MANAGER


由 扫描全能王 扫描创建

CONFIDENTIAL                    IRI-CRT-00003595



**certified**translate
A LANGUAGE FISH LLC COMPANY

info@certifiedtranslate.com  |  2425 Olympic Blvd., Suite 4000W  |  usa  1-888-856-2228
www.certifiedtranslate.com  |  Santa Monica, CA 90404  |  int  +1-310-684-3153
 |  |  fax  +1-310-564-1944

## CERTIFIED TRANSLATION



A member of the American
Translators Association
ATA Member Number: 248719

*Documents Translated For:*

| Name: **David Y. Hwu** | Street Address: **706 Sansome Street** |
|---|---|
| Firm:   **Saveri & Saveri, Inc.** | City/State/Zip**: San Francisco / CA / 94111** |

*Description of Document(s):*

| |
|---|
| |
| **IRI-CRT-00003594E** |
| |
| |

| Source Language:   **SIMPLIFIED CHINESE** | Target Language:   **ENGLISH** |
|---|---|

WITH REFERENCE TO THE ABOVE MENTIONED MATERIALS/DOCUMENTS, we at Language Fish LLC (doing business as www.certifiedtranslate.com), a professional document translation company, attest that the language translation completed by Language Fish's certified professional translators, represents, to the best of our judgment, an accurate and correct interpretation of the terminology/content of the source document(s). **This is to certify the correctness of the translation only.** We do not guarantee that the original is a genuine document or that the statements contained in the original document(s) are true.

IN WITNESS WHEREOF, Language Fish LLC has caused the Certificate to be signed by its duly authorized officer(s).

**By:**   Sean Kirschenstein, Director

**Date:**   February 21, 2019

A copy of the translated version(s) is attached to this statement of certification.

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

On _____**Feb. 21, 2019**_____ before me, _____Kristin Gail Chamberlain_____, Notary Public, appeared _____Sean Kirschenstein_____, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____



KRISTIN GAIL CHAMBERLAIN
Notary Public - California
Los Angeles County
Commission # 2141880
My Comm. Expires Feb 7, 2020

Scanned and created by Camscanner [QR Code]

# Certificate of Payment for Materials Purchase

[obscured] 77X151

Date Paid: *July 17, 1997*

Certificate No. **Z58**

| [obscured] Party | *Irico (USA)* | | |
|---|---|---|---|
| Contract No. | | Refusal Amount | |
| Collection Amount | | Commitment Amount | |
| Temporary Purchase | Capped Funds | | |
| | Actual Amount | | |
| Bank: | | Account No.: | |

Materials Supervisor _____ Handler **Xu Haiyan**

| Material Name and Specification | Unit | Quantity | Amount for Goods |
|---|---|---|---|
| **37SX110Y22-DC05** | **Ea.** | **2016** | **USD 80,640** |
| **No. 00010320** | | | |

| Summary | General and Subsidiary Debit | General Credit |
|---|---|---|
| **2016 14" CPTs to Irico USA** | 123 Foreign Exchange Accounts Receivable  **003** ✓ | 504 Self-Managed Export Sales Revenue  **999** ✓ |

| | Ten Millions | Millions | Hundred Thousands | Ten Thousands | Thousands | Hundreds | Tens | Ones | Cents |
|---|---|---|---|---|---|---|---|---|---|
| Shipping / Tax / Actual Cost | | | **$** | **8** | **0** | **6** | **4** | **0** | **00** |
| | | **¥** | **6** | **6** | **9** | **3** | **1** | **2** | **00** |

Total RMB (spell out): *Six hundred and sixty-nine thousand three hundred and twelve yuan and zero cents*

| Finance Supervisor | Verified by | Generated by **Dong Congfeng** | Cashier | Payee |
|---|---|---|---|---|

CONFIDENTIAL

IRI-CRT-00003594E_Translation