# Exhibit 24

**To:**     "Stanley Cheung" <stanley@tcl.com>[.]; CN=Eric Yong KY/OU=SGP/OU=CE/O=PHILIPS[.]; CN=Fanqun Xu/OU=SZH/OU=CE/O=PHILIPS@PHILIPS[.]; CN=Jan De Lombaerde/OU=SGP/OU=CE/O=PHILIPS@PHILIPS[.]; lrx@tcl.com[.]; CN=Ng KK/OU=SGP/OU=CE/O=PHILIPS@PHILIPS[.]; "Xiao Jun" <xiaojun@tcl.com>[.]; zss@tcl.com[.]
**Cc:**     []
**Bcc:**     []
**From:**     Alan Tan (alan.tan@philips.com)
**Sent:**     Wed 7/6/2005 5:42:25 AM
**Importance:**     High
**Subject:**     RE: TTE Q3 pricing
**MAIL_RECEIVED:**     Wed 7/6/2005 5:40:43 AM
Release for CRT in OEM TTE update 01072005.xls

Dear all,
FYI,
We made in attached file,  a more comprehensive overview to track the CRT release activities agreed for OEM TTE sets.   We also include in this file,  2 more actions needed (SDI 15RF AK and MTPDM 21RF Iron ARC)  that were not discussed last week's meeting.


Best regards,
Alan Tan
Philips Electronics Singapore Pte Ltd
620A Lorong 1 Toa Payoh
Singapore 319762
Telephone (65) 6882 3692
Fascimile (65) 6250 4593




    "Stanley Cheung" <stanley@tcl.com>
    2005-07-06 11:17 AM
        To: Jan De Lombaerde/SGP/CE/PHILIPS@PHILIPS
        cc: <lrx@tcl.com>
<zss@tcl.com>
Ng KK/SGP/CE/PHILIPS@PHILIPS
Fanqun Xu/SZH/CE/PHILIPS@PHILIPS
Alan Tan/SGP/CE/PHILIPS@PHILIPS
Eric Yong KY/SGP/CE/PHILIPS@PHILIPS
"Xiao Jun" <xiaojun@tcl.com>
        Subject: RE: TTE Q3 pricing
        Classification:




Dear Jan,

Appreciated the discussion with you last week. Please note that Mr. Xiao Jun is our windows for the CRT follow up actions. He will discuss with Mr. Alan Tan and Ms. Xu Fanqun.

By the way, I need the ccc from KK regarding the IRICO tube release.

Best regards,
Stanley Cheung
--------------------------------
TV Key Account BU
Tel: +86 755 2668 0230
Fax: +86 755 2686 4110
HK HP: + 852 9300 8946
China HP: +86 138 2354 1290
E-mail: stanley@tcl.com

CONFIDENTIAL                                                                  PHLP-CRT-154896

-----Original Message-----
From: Jan De Lombaerde [mailto:jan.de.lombaerde@philips.com]
Sent: Tuesday, July 05, 2005 7:35 PM
To: stanley@tcl.com
Cc: lrx@tcl.com; zss@tcl.com; Ng KK; Fanqun Xu; Alan Tan; Eric Yong KY
Subject: TTE Q3 pricing


Stanley,
I appreciated the discussions last week on CRT pricing and hope that you can
agree with me, that in order to remain competitive, we worked out a good
compromise on the CRT pricing. In order to maintain this competitiveness, we
have also agreed to work on a number of new releases. All these action points
have been summarised in the attached file.


I have asked my colleagues Alan Tan and Xu Fanqun to make sure that all the
agreed actions are being followed up closely.  I have also organised that our
key suppliers have been informed separately about the basic allocation agreed.
It is important that the sourcing plan agreed with you is adhered to and that
all the planned releases are being managed properly. I would like to hear from
you who will be coordinating this follow-up within TCL.


kind regards,
Jan


Jan De Lombaerde

General Manager SBMT CRT Displays

Tel :  +65-6882-3161 (direct) or 6882-3509
Mobile : +65-92963662
E-mail:  jan.de.lombaerde@philips.com


The information contained in this message is confidential and may be legally
privileged. The message is intended solely for the addressee(s). If you are not
the intended recipient, you are hereby notified that any use, dissemination, or
reproduction is strictly prohibited and may be unlawful. If you are not the
intended recipient, please contact the sender by return e-mail and destroy all
copies of the original message.

| Chassis | Region | Tube | Supplier | Tube type | Sourcing | CCR status | Chassis# designated | Phase A | Phase B | TR | PS intro | Release status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| L01 2K3SS (OEM TTE GW6 Huizhou) | Russia | 15RF | SDI | A36QDT352X001 | Change from Invar to AK (1USD savings) | CCR to be started (Alan Tan) | 15PT1727/60 15PT2767/60 | | | | | Sampling AK tube is available end June.  To be defined this release plan |
| L03SP (OEM TTE Huizhou) | Nafta | 14" | LPD Bekasi | A34KPU** | 2nd sourcing agreed for allocation in Q4 | | 13MT1431 13MT1532 | | | | | Target to complete this release by Q4 2005. Spec re: CPT type A34AGT13X95 |
| L03SP (OEM TTE Huizhou) | Nafta | 21FS | Irico | | 100K committed allocation in Q3. | CCC to be started (Ng KK) | 20MT1331 20MS2331 | | | | | To check phase B release status (Zhang Bin). Need to complete this release by August 2005. |
| M28A (OEM TTE AP | AP | 21FS | LPD Changsha | LPD to propose similar to released Bekasi tube | 20K planned prefer LPD China CRT source. | | 21PT2110 | | | | | 20K planned, but not yet in MTP.  LPD to propose Changsha tube similar to Bekasi type A51QAE320XA5 |
| L03SS (OEM TTE GW4 Huizhou) | Nafta | 21RF | LPD Changsha | | 240K committed allocation in Q3. Need release Changsha tube for supply flexibility | | 20PT6441 20PT6341 20PT6245 | | | | | LPD Nanjin tube A51ERF135X82 released.  To check LPD Changsha proposal for supply flexibility. |
| L03SS (OEM TTE GW4 Huizhou) | Nafta | 21RF | MTPDM | A51LYZ290X01 | Change from Iron to Iron ARC for better doming | CCR approved PS04-315. | 20PT6441 20PT6341 20PT6245 | done | wk517 pending | | | CLD issue.  In progress actions to resolve for phase B  (Wilson/Zhang Bin) |
| L03SS (OEM TTE GW4 Huizhou) | Nafta | 21RF | CPTM | A51AKL13X10(M) | Change from Invar to Iron mask (2USD savings).  50K committed allocation in Q3 based on AK price | CCR  restarted 01Jul05 (Alan). Awaits regional project (Wilson). | 20PT6441 20PT6341 20PT6245 | | wk531 target complete | | | Need to complete the release by August 2005. |
| L03SS (OEM TTE GW4 Huizhou) | Nafta | 21RF | Irico | | Sourcing agreed for allocation in later quarter | CCC to be started (Ng KK) | 20PT6441 20PT6341 20PT6245 | | | | | To check Irico tube proposal (Must be AK tube). |
| M123A (OEM TTE Huizhou) | Nafta | 21RF | SDI Shenzhen | | 30K committed allocation in Q3. Need release AK tube for supply flexibility. | | 20MS3442 | | | | | Need to complete the release by Q4. |
| L01 2K3 SS (OEM TTE GW2 phase 2) | AP | 21RF | CPTM | A51AKL13X10,N,R(M) | Change from Invar to Iron mask (2USD savings). 43K committed allocation in Q3 based on AK price. | CCR  restarted 01Jul05 (Alan). Awaits regional project (Lim CY). | 21PT3324 21PT2325 21PT4323 21PT2115 | | wk531 target complete | | | Need to complete the release by August 2005. |
| L01 2K3LS (OEM TTE GW2 Thailand) | AP | 29RF | LPD Nanjin | A68QCU770X73 | Alternate sourcing 22K committed allocation in Q3 (curent CRT source is  SDI) | | | | | | | LPD tube is released.  Partlist available at stage-0.  To be upgraded to stage-3 by wk527 (Tee LK), then transfer to TTE (Tan YC). |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

| | Release actions aligned with allocation agreement TTE: wk526. |
|---|---|

CONFIDENTIAL

OEM

PHLP-CRT-154898 (OEM.01)

# Exhibit 25

| To: | CN=Ng KK/OU=SGP/OU=CE/O=PHILIPS@PHILIPS[ng.kk@philips.com]; CN=Eric Yong KY/OU=SGP/OU=CE/O=PHILIPS@PHILIPS[eric.yong.ky@philips.com]; CN=Fanqun Xu/OU=SZH/OU=CE/O=PHILIPS@PHILIPS[fanqun.xu@philips.com] |
|---|---|
| Cc: | CN=Jan De Lombaerde/OU=SGP/OU=CE/O=PHILIPS@PHILIPS[jan.de.lombaerde@philips.com] |
| Bcc: | [] |
| From: | Alan Tan (alan.tan@philips.com) |
| Sent: | Tue 9/13/2005 6:42:34 AM |
| Subject: | CRT Review for discussion with TTE this week |
| MAIL_RECEIVED: | Tue 9/13/2005 6:40:40 AM |

TCL Supply Plan 05-09-2005 vs TTE feedback 06-09-2005.xls

Dear all,
As discussed with Jan, we use the latest TCL supply plan to compare with
feedback by TTE regarding their actual sourcing result.

In  the file, you will 2 sheets :
(1) One sheet comparing Q3 agreement (30-06-2005) against actual (06-09-2005)
(2) Another sheet comparing the same for Q4.  In this case, first proposal by
TTE for Q4 has been put into the agreement part (this has to be revised based
on agreed sourcing defined during this week's discussion with TTE).  Actual
part to be completed later towards end of Q4.


Status update on the actions agreed during 30-06-2005 meeting with TTE :

(1) LPD Bekasi 14" for release in L03SP Nafta (Huizhou)
Two samplings so far not achieving drop in condition.  Third sampling (revise
RV) requested to LPD wk536. Formal release plan to start wk542 until wk547.

(2) Irico 21FSQ for release in L03SP Nafta (Huizhou)
Released.  Started production in Q3.

(3) LPD Changsha 21FSQ for release in TCL M28 AP (Huizhou)
PCE reconsider to remain with released LPD Bekasi tube which is more suitable
for AP (/69) model to avoid tariff.

(4) SDI Shenzhen 21RF AK for release in TCL M123 Nafta (Huizhou)
No progress, but need to start plan this release of AK to avoid later phase out
Invar situation.

(5) LPD Changsha 21RF for release in L03SS Nafta (Huizhou)
No proposal received from LPD.  To discuss again with LPD regarding their
suppliability of current released Nanjin tube.

(6a) CPT Malaysia 21RF AK for release in L03SS Nafta (Huzhou)
Release planned to start wk538 until wk543

(6b) CPT Malaysia 21RF AK for release in L01S AP (Thailand)
Release planned to start wk540 until wk545

(7) Irico 21RF for release in L03SS Nafta (Huizhou)
Release need to be organised.  TTE to update this status.

(8) MTPD Thailand 24vRF for L01 2K3 Nafta (Thailand)
Monthly nego in place.

(9) LPD Nanjin 29RF for L01 2K3 AP (Thailand)
Tube is released (partlist at stage3).  Need to ensure that this tube starts
use in /56 and /79 versions.

New actions to be discussed during this week's discussion with TTE :

(1) MTPD Malaysia 29RF for release in L01 2K3 AP (Thailand)
Release started in Singapore (phase A).  This should apply to /69 and /71
versions only.  Next to organise 21 units for model built in Thailand wk538.
Phase B initial result targetted by end wk539, hence starting to place order
for MP in wk542/3.  India set (based on /69) will also be designated with MTPDM
tube (it can be easily adapted by MTPDT for benefit FTA Thai-India).

CONFIDENTIAL

PHLP-CRT-155234

(2) SDI Malaysia 15RF AK for release in L01S Russia (Huizhou)
Current released SDI Invar tube to be phased out in Q4.  Release of AK plan to start wk542 until wk547.

(3) MTPD Thailand 24vRF AK for release in L01 2K3 Nafta (Thailand)
Samples of AK tube will be available in early Oct.  To be planned this release for starting use in Jan06 (Q1'06)

(4) MTPD Malaysia 21RF Iron ARC for release in L01 Russia (Huizhou)
Release need to planned.

(5) MTPD Malaysia 21RF Iron ARC for release in L03SS Nafta (Huizhou)
Release will be subject to price competitiveness/ sourcing decision.

(6) LPD Changsha 25RF for L01 2K3 AP (Thailand)
Tueb is released (partlist at stage3), also procurement started in small quantities in Q3.  Need to allocate more (100%) towards LPD.  Also, study requested to LPD for local backend in Asean for tariff benefit.  India set (based on /69) will also be designated with LPD Changsha tube.


Best regards,
Alan Tan
Philips Electronics Singapore Pte Ltd
620A Lorong 1 Toa Payoh
Singapore 319762
Telephone (65) 6882 3692
Fascimile (65) 6250 4593

CONFIDENTIAL

**TCL SUPPLY PLAN  (Update 05 Sept. '05)**        **TCL FEEDBACK (Update 06 Sep)**

| Model Number | Platform | Location | Picture | 05Q1 | 05Q2 | 05Q3 | 05Q4 | Year 2005 | Agree | LPD | Irico | SDI | CPT | MTPD | SEG | TCRT | Act | LPD | Irico | SDI | CPT | MTPD | SEG | TCRT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13MT1431/17 | L03SP NA | Huizhou | FSQ | 21240 | 16830 | 12900 | 14760 | 65730 | | | | | 100000 | | | | | | | | 76800 | | | |
| 13MT1432/17 | | | | 5040 | 0 | 0 | 0 | 5040 | | | | | | | | | | | | | | | | |
| 13MT1532/17 | | | | 6720 | 12600 | 0 | 9240 | 28560 | | | | | | | | | | | | | | | | |
| 13MT1533/17 | | | | 0 | 1680 | 5040 | 0 | 6720 | | | | | | | | | | | | | | | | |
| 14PT2110/56R | TCL AP | Huizhou | FSQ | 0 | 0 | 0 | 0 | 0 | 14" | 16500 | 16500 | | | | | | 14" | 0 | 20000 | | | | | |
| 14PT2110/69R | | | | 0 | 1525 | 0 | 0 | 1525 | | | | | | | | | | | | | | | | |
| 14PT2115/56 | | | | 6100 | 21655 | 11590 | 16470 | 55815 | | | | | | | | | | | | | | | | |
| 14PT2115/69 | | | | 6100 | 23180 | 23790 | 10200 | 63270 | | | | | | | | | | | | | | | | |
| 14PT2115/94 | | | | 0 | 0 | 2745 | 9780 | 12525 | | | | | | | | | | | | | | | | |
| 14PT3005/44 | L03 SP LA | | | 0 | 33495 | 30450 | 15225 | 79170 | | | | | | | | | | | | | | | | |
| 14PT3005/55 | | | | 0 | 33640 | 42782 | 14063 | 90485 | | | | | | | | | | | | | | | | |
| **Total 14" FSQ** | | | | **45200** | **144605** | **129297** | **89738** | **408,840** | 133000 | 12.4% | 12.4% | | | | 75.2% | | 96800 | 0.0% | 20.7% | | | | 79.3% | |
| 20MT1331/17 | L03SP NA | Huizhou | FSQ | 142512 | 208320 | 388112 | 282376 | 1021320 | | 220000 | 100000 | 110000 | 0 | | | | | 66000 | 119000 | 76000 | 0 | | 407000 | |
| 20MS2331/17 | | | | 139839 | 97256 | 75044 | 98000 | 410139 | | | | | | | | | | | | | | | | |
| 20PT5441/37 | L03SS NA | | | 0 | 10472 | 1870 | 0 | 12342 | | 4000 | | | | | | | | | | | | | | |
| 21PT2110/56R | TCL AP | | | 2960 | 888 | 5476 | 8880 | 18204 | | 20000 | | | 0 | | | | | | | | | | 11500 | |
| 21PT2110/69R | | | | 3404 | 1220 | 4440 | 10360 | 19424 | | | | | | | | | | | | | | | | |
| 21PT2110/79R | | | | 0 | 0 | 14208 | 5772 | 19980 | | | | | | | | | | | | | | | | |
| 21PT3005/55 | L03SP LA | | | 0 | 25462 | 39144 | 12731 | 77337 | 21FS | | | | | | | | 21FS | | | | | | | |
| 21PT3205/44 | | | | 0 | 22389 | 35559 | 16682 | 74630 | | | | | | | | | | | | | | | | |
| 21PT3205/55 | | | | 0 | 21246 | 41708 | 13407 | 76361 | | | | | | | | | | | | | | | | |
| 21PT2110/56 | | | | 2700 | 7358 | 0 | 0 | 10058 | | | | | | | | | | | | | | | | |
| 21PT2115/56 | L01 2K3 SS AP | TTET | | 0 | 4708 | 3860 | 0 | 8568 | | | | | | 10000 | | | | | | | | | 5000 | |
| 21PT2115/69 | | | | 0 | 23868 | 4104 | 2156 | 30128 | | | | | | | | | | | | | | | | |
| 21PT2115/79 | | | | 0 | 4697 | 6624 | 0 | 11321 | | | | | | | | | | | | | | | | |
| **Total 20" & 21" FSQ** | | | | **291415** | **427884** | **620149** | **450364** | **1,789,812** | 564000 | 43.3% | 17.7% | 19.5% | 19.5% | | | 61% | 684500 | 9.6% | 17.4% | 11.1% | 0.7% | | 61% | |
| **14MS2331/17  RF** | **L03SP NA** | **Huizhou** | **RF** | 16438 | 41954 | 109774 | 53157 | **221,323** | 15RF | 26000 | | | 26000 | | | | 15RF | 104000 | | | 0 | | | |
| 15PT2767/60 | L01 2K3 SS EU | Huizhou | RF | 0 | 0 | 6252 | 7590 | 13842 | | | | | | | | | | | 12700 | | | | | |
| 15PT1727/60 | | | | 0 | 0 | 4506 | 6900 | 11406 | | | | | | | | | | | | | | | | |
| **Total 15" RF** | | | | **16438** | **41954** | **120532** | **67647** | **25,248** | 52000 | 50% | 0% | 50% | | | | | 116700 | 89.1% | 10.9% | 0% | | | | |
| 20MS3442/17 | TCL NA | Huizhou | RF | 48093 | 72716 | 42392 | 48975 | 212176 | | | | | 30000 | 29000 | | | | | | | 50000 | | | |
| 20DV8942/37 | | | | 8032 | 6240 | 4492 | 2576 | 21340 | | | | | | | | | | | | | | | | |
| 20PT6245/37 | L03SS NA | Huizhou | | 0 | 105006 | 125356 | 814 | 231176 | | 240000 | | | 50000 | 30000 | | | | 230000 | | | | | | |
| 20PT6341/37 | | | | 0 | 57387 | 56573 | 19536 | 133496 | | | | | | | | | | | | | | | | |
| 20PT6441/37 | | | | 11517 | 43009 | 28967 | 32457 | 115950 | | | | | | | | | | | | | | | | |
| 21PT4205/44 | L03SS LA | | | 0 | 32912 | 8927 | 9310 | 51189 | | | | | | | | | | | | | | | | |
| 21PT6341/44 | | | | 0 | 25816 | 41846 | 16280 | 83942 | | | | | | | | | | | | | | | | |
| 21PT6441/44 | | | | 0 | 26873 | 20283 | 9772 | 56928 | | | | | | | | | | | | | | | | |
| 21PT2324/69 | | | | 0 | 0 | 0 | 8000 | 8000 | | | | | | | | | | | | | | | | |
| 21PT2324/71 | | | | 0 | 0 | 0 | 5500 | 5500 | | | | | | | | | | | | | | | | |
| 21PT2325/56 | L01 2K3 SS AP | TTET | RF | 0 | 5032 | 4896 | 7888 | 17816 | | | | | | | | | | | | | | | | |
| 21PT2325/69 | | | | 0 | 24208 | 7900 | 18768 | 50876 | | | | | 43000 | | | | | | | | 43000 | | | |
| 21PT2325/71 | | | | 0 | 3808 | 5032 | 5576 | 14416 | | | | | | | | | | | | | | | | |
| 21PT3324/69 | | | | 1360 | 5440 | 3808 | 5440 | 16048 | | | | | | | | | | | | | | | | |
| 21PT3324/71 | | | | 2176 | 7752 | 5168 | 12784 | 27880 | 21RF | | | | | | | | 21RF | | | | | | | |
| 21PT3324/79 | | | | 2176 | 8024 | 6412 | 5168 | 21780 | | | | | | | | | | | | | | | | |
| 21PT3335/93 | L01 2K3 LS CH | Wuxi | | 272 | 5032 | 8160 | 2992 | 16456 | | | | | | | | | | | | | | | | |
| 21PT3355/93 | | | | 0 | 0 | 132 | 14800 | 14932 | | | | | | | | | | | | | | | | |
| 21PT3365/93 | L01S CH | | | 0 | 0 | 0 | 1600 | 1600 | | | | | | | | | | | | | | | | |
| 21PT3375/93 | | | | 0 | 0 | 0 | 0 | 0 | | | | | | | | | | | | | | | | |
| 21PT4323/69 | L2K3 AP | TTET | | 0 | 0 | 1863 | 3240 | 5103 | | | | | | | | | | | | | | | | |
| 21PT5107S/60 | L2K3 EU | Huizhou | | 0 | 0 | 0 | 8800 | 8800 | | | | | | | | | | | | | | | 20100 | |
| 21PT5307S/60 | | | | 0 | 0 | 0 | 11200 | 11200 | | | | | | | | | | | | | | | | |
| 21PT5307/60 | L01 2K3 SS EU | | | 0 | 0 | 3870 | 4085 | 7955 | | | | | | | | | | | | | | | | |
| 21PT5307/60 | | | | 0 | 0 | 7059 | 8027 | 15086 | | | | | | | | | | | | | | | | |
| 21PT1727/60 | | | | 0 | 0 | 4830 | 4188 | 9018 | | | | | | | | | | | | | | | | |
| 21HT3312/69R | iL04 AP | Wuxi | | 0 | 0 | 132 | 924 | 1056 | | | | | | | | | | | | | | | | |
| 21HT3312/79R | | | | 0 | 0 | 0 | 0 | 1056 | | | | | | | | | | | | | | | | |
| **Total 20" & 21" RF** | | | | **73626** | **429255** | **388090** | **271240** | **1,162,219** | 422000 | 56.9% | 0% | 7.1% | 22.0% | 14.0% | | | 343100 | 67.0% | 0% | 14.6% | 12.5% | 5.9% | | |
| **23V FSQ** | | | | | | | | **0** | | | | | | | | | | | | | | | | |
| **24PT6341/37** | **L01 2K3 LS NA** | **TTET** | **RF** | 0 | 20100 | 45292 | 44488 | **109,880** | 60000 | | | | | 60000 | | | 45292 | | | | | | | |
| 25PT3323/56 | L01 2K3 LS AP | TTET | | 0 | 0 | 3447 | 2511 | 5958 | | 19000 | | | | | | | | 2800 | 13900 | | | | | |
| 25PT3323/69 | | | | 0 | 0 | 6913 | 11583 | 18496 | | | | | | | | | | | | | | | | |
| 25PT3323/71 | | | | 0 | 0 | 2538 | 2673 | 5211 | | | | | | | | | | | | | | | | |
| 25PT3323/93 | | Wuxi | | 0 | 0 | 0 | 0 | 0 | | | | | | | | | | | | | | | | |
| 25PT3325/93 | | | | 0 | 0 | 0 | 0 | 0 | | | | | | | | | | | | | | | | |
| 25HT3312/69R | iL04 CH/AP | Wuxi | RF | 0 | 0 | 0 | 1056 | 1056 | | | | | | | | | | | | | | | | |
| 25HT3312/93R | | | | 0 | 0 | 0 | 1200 | 1200 | 25RF | | | | | | | | 25RF | | | | | | | |
| 25HT3317/69Y | | | | 0 | 0 | 0 | 480 | 480 | | | | | | | | | | | | | | | | |
| 25HT3317/79Y | | | | 0 | 0 | 0 | 480 | 480 | | | | | | | | | | | | | | | | |
| 25HT3317/93Y | | | | 0 | 0 | 96 | 384 | 480 | | | | | | | | | | | | | | | | |
| 25PT5207/60S | L01 2K3 LS EU | Huizhou | | 0 | 0 | 3840 | 0 | 3840 | | | | | | | | | | 5800 | | | | | | |
| 25PT5207/60S | | | | 0 | 0 | 0 | 0 | 0 | | | | | | | | | | | | | | | | |

2005 analysis Q3

PHLP-CRT-155236 - CONFIDENTIAL
PHLP-CRT-155236 (Sheet 1) P-0001



| Model Number | Platform | Location | Picture | 05Q1 | 05Q2 | 05Q3 | 05Q4 | Year 2005 | Q3 Agree | LPD | Irico | SDI | CPT | MTPD | SEG | TCRT | Q3 Act | LPD | Irico | SDI | CPT | MTPD | SEG | TCRT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total 25"  RF | | | | 0 | 0 | 16834 | 19887 | 36721 | 19000 | 100% | | | | | | | 22500 | 38.2% | | 61.8% | | | | |
| 27PT5245/37 | TCL NA | Huizhou | RF | 17280 | 2700 | 0 | 0 | 19,980 | 0 | | | | | | | | 0 | | | | | | | |
| 29PT3223/56 | | | | 0 | 0 | 2784 | 2457 | 5241 | | | | | | | | | | | | | | | | |
| 29PT3223/69 | | | | 0 | 0 | 11025 | 9711 | 20736 | | | | | | | | | | | | | | | | |
| 29PT3223/71 | | | | 0 | 0 | 1575 | 819 | 2394 | | | | | | | | | | | | | | | | |
| 29PT3323/69 | | | | 0 | 0 | 1722 | 1311 | 3033 | | | | | | | | | | | | | | | | |
| 29PT3323/56 | | | | 0 | 0 | 6003 | 9108 | 15111 | | | | | | | | | | | | | | | | |
| 29PT3323/71 | L01 2K3 LS AP | TTET | | 0 | 0 | 4352 | 1656 | 6008 | 29RF 50Hz | | | | | | | | 29RF 50Hz | | | | | | | |
| 29PT3323/79 | | | | 0 | 0 | 8967 | 4707 | 13674 | | | | | | | | | | | | | | | | |
| 29PT3425/56 | | | | 0 | 0 | 630 | 1134 | 1764 | | | | | | | | | | | | | | | | |
| 29PT3425/69 | | | | 0 | 0 | 315 | 1008 | 1323 | | | | | | | | | | | | | | | | |
| 29PT3425/71 | | | | 0 | 0 | 441 | 1134 | 1575 | | | | | | | | | | | | | | | | |
| 29PT3425/79 | | | | 0 | 0 | 756 | 1764 | 2520 | | | | | | | | | | | | | | | | |
| 29PT3143/93R | TCL CH | Huizhou | | 1400 | 1720 | 0 | 0 | 3120 | | | | | | | | | | | | | | | | |
| 29PT3225/93 | L04 CH | | | 0 | 4500 | 12050 | 0 | 16550 | | | | | | | | | | | | | | | | |
| 29PT4325/93 | L04 SYRF CH | | | 0 | 0 | 0 | 14500 | 14500 | | | | | | | | | | | | | | | | |
| 29PT5005/56 | | | | 0 | 0 | 0 | 0 | 0 | | | | | | | | | | | | | | | | |
| 29PT5005/69 | | Wuxi | | 0 | 0 | 0 | 0 | 0 | | | | | | | | | | | | | | | | |
| 29PT5005/71 | | | | 0 | 0 | 0 | 0 | 0 | | | | | | | | | | | | | | | | |
| 29PT7322/93G | L04 T CH/AP | | RF | 0 | 1600 | 4427 | 0 | 6027 | | | | | | | | | | | | | | | | |
| 29PT7333/93R | | | | 0 | 5200 | 9818 | 2410 | 17428 | | | | | | | | | | | | | | | | |
| 29PT7325/69 | | | | 0 | 0 | 441 | 1134 | 1575 | | | | | | | | | | | | | | | | |
| 29PT8805/93 | | | | 0 | 0 | 0 | 5818 | 5818 | | | | | | | | | | | | | | | | |
| 29PT8825/93 | | | | 0 | 0 | 0 | 2438 | 2438 | | | | | | | | | | | | | | | | |
| 29PT8845/56 | L04T  SYRFA CH/AP | Wuxi | | 0 | 0 | 0 | 664 | 664 | 29RF 100Hz | | | | | | | | 29RF 100Hz | | | | | | | |
| 29PT8845/69 | | | | 0 | 0 | 0 | 1140 | 1140 | | | | | | | | | | | | | | | | |
| 29PT8845/71 | | | | 0 | 0 | 0 | 744 | 744 | | | | | | | | | | | | | | | | |
| 29PT8845/79 | | | | 0 | 0 | 0 | 696 | 696 | | | | | | | | | | | | | | | | |
| 29PT8865/93 | | | | 0 | 0 | 0 | 14987 | 14987 | | | | | | | | | | | | | | | | |
| 29PT5107 / 60S | | | | 0 | 0 | 5120 | 0 | 5120 | | | | | | | | | | | | | | | | |
| 29PT5307 / 60S | | | | 0 | 1024 | 2048 | 0 | 3072 | | | | | | | | | | | | | | | | |
| 29PT5207 / 60S | L01 2K3 LS EU | Huizhou | | 0 | 0 | 8192 | 4096 | 12288 | | | | | | | | | | | | | | | | |
| 29PT5308 / 60 | | | | 0 | 0 | 1834 | 1572 | 3406 | | | | | | | | | | | | | | | | |
| 29PT5207 / 60 | | | | 0 | 0 | 1965 | 2096 | 4061 | 29RF 50Hz | | | | | | | | 29RF 50Hz | | | | | | | |
| 29HT3312 / 93Y | | | | 0 | 0 | 750 | 2300 | 3050 | | | | | | | | | | | | | | | | |
| 29HT3317 / 69Y | iL04 CH/AP | Wuxi | | 0 | 0 | 750 | 375 | 1125 | | | | | | | | | | | | | | | | |
| 29HT3317 / 79Y | | | | 0 | 0 | 75 | 300 | 375 | | | | | | | | | | | | | | | | |
| 29HT3317 / 93Y | | | | 0 | 0 | 100 | 0 | 100 | | | | | | | | | | | | | | | | |
| Total 29"  RF | | | | 1400 | 14044 | 86140 | 90079 | 191,663 | 66000 | 66.7% | | 33.3% | | | | | 77100 | 11.2% | | 88.8% | | | | |
| 34PT4525/93 | L04 SYRF | | | 0 | 0 | 0 | 1070 | 1070 | 34RF 50Hz | | | | | | | | 34RF 50Hz | | | | | | | |
| 34PT3225/93 | L04T | | | 0 | 500 | 6500 | 2100 | 9100 | | | | | | | | | | | | | | | | |
| 34PT7322/93G | | Wuxi | RF | 0 | 50 | 3708 | 0 | 3758 | | | | | | | | | | | | | | | | |
| 34PT7333/93R | | | | 0 | 50 | 8609 | 0 | 8659 | | | | | | | | | | | | | | | | |
| 34PT8805/93 | | | | 0 | 0 | 0 | 1392 | 1392 | | | | | | | | | | | | | | | | |
| 34PT8825/93 | L04 T  SYRFA | | | 0 | 0 | 0 | 4484 | 4484 | 34RF 100Hz | | | | | | | | 34RF 100Hz | | | | | | | |
| 34PT8845/69 | | | | 0 | 0 | 0 | 790 | 790 | | | | | | | | | | | | | | | | |
| 34PT8865/93 | | | | 0 | 0 | 0 | 8895 | 8895 | | | | | | | | | | | | | | | | |
| Total 34"  RF | | | | 0 | 600 | 18817 | 18731 | 38,148 | 13000 | 100% | | | | | | | 14800 | 100% | | | | | | |
| Grand Total | | | | 461,797 | 1,123,096 | 1,534,933 | 1,105,331 | 4,003,834 | 1,329,000 | 576500 | 142500 | 162000 | 329000 | 119000 | 0 | 0 | 1,400,792 | 328000 | 243000 | 221100 | 124800 | 20100 | 418500 | 0 |
| SHARE PER SUPPLIER | | | | | | | | | | 43% | 11% | 12% | 25% | 9% | 0% | 0% | | 23% | 17% | 16% | 9% | 1% | 30% | 0% |

■ released    ■ need release    ■ idea not formalise

# TCL SUPPLY PLAN  (Update 05 Sept. '05)    TCL FEEDBACK (Update 06 Sep)

| Model No | Platform | Location | Picture | 05Q1 | 05Q2 | 05Q3 | 05Q4 | Year 2005 | TTE | LPD | Irico | SDI | CPT | MTPD | SEG | TCRT | Agree | LPD | Irico | SDI | CPT | MTPD | SEG | TCRT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13MT1431/17 | L03SP NA | Huizhou | FSQ | 21240 | 16830 | 12,900 | 14,760 | 65730 | | | | | 40000 | | | | | | | | | | | |
| 13MT1432/17 | | | | 5040 | | | 0 | 5040 | | | | | | | | | | | | | | | | |
| 13MT1532/17 | | | | 6720 | 12600 | 0 | 9240 | 28560 | | | | | | | | | | | | | | | | |
| 13MT1533/17 | | | | 0 | 1680 | 5040 | 0 | 6720 | | | | | | | | | | | | | | | | |
| 14PT2110/56R | TCL AP | Huizhou | FSQ | | | | | | 14" | | | | | 35000 | | | | 14" | | | | | | | |
| 14PT2110/69R | | | | 0 | 1525 | 0 | 0 | 1525 | | | | | | | | | | | | | | | | |
| 14PT2115/56 | | | | 6100 | 21655 | 11590 | 16470 | 55815 | | | | | | | | | | | | | | | | |
| 14PT2115/69 | | | | 6100 | 23180 | 23790 | 10200 | 63270 | | | | | | | | | | | | | | | | |
| 14PT2115/94 | | | | 0 | 0 | 2745 | 9780 | 12525 | | | | | | | | | | | | | | | | |
| 14PT3005/44 | L03 SP LA | | | 0 | 33495 | 30450 | 15225 | 79170 | | | | | | | | | | | | | | | | |
| 14PT3005/55 | | | | 0 | 33640 | 42782 | 14063 | 90485 | | | | | | | | | | | | | | | | |
| **Total 14" FSQ** | | | | **45200** | **144605** | **129,297** | **89,738** | **408,840** | 75000 | 0.0% | 46.7% | | 53.3% | | | | 0 | #DIV/0! | #DIV/0! | | #DIV/0! | | | |
| 20MT1331/17 | L03SP NA | | | 142512 | 208320 | 388112 | 282376 | 1021320 | | 140000 | 60000 | 50000 | 30000 | | 120000 | | | | | | | | | |
| 20MS2331/17 | | | | 139839 | 97256 | 75044 | 98000 | 410139 | | | | | | | | | | | | | | | | |
| 20PT5441/37 | L03SS NA | | | 0 | 10472 | 1870 | 0 | 12342 | | | | | | | | | | | | | | | | |
| 21PT2110/56R | TCL AP | Huizhou | FSQ | 2960 | 888 | 5476 | 8880 | 18204 | | 0 | | | 0 | | | | | | | | | | | |
| 21PT2110/69R | | | | 3404 | 1220 | 0 | 10360 | 19424 | | | | | | | | | | | | | | | | |
| 21PT2110/79R | | | | 0 | 0 | 14208 | 5772 | 19980 | | | | | | | | | | | | | | | | |
| 21PT3005/55 | | | | 0 | 25462 | 39144 | 12731 | 77337 | 21FS | | | | | | | | 21FS | | | | | | | |
| 21PT3205/44 | L03SP LA | | | 0 | 22389 | 35559 | 16682 | 74630 | | | | | | | | | | | | | | | | |
| 21PT3205/55 | | | | 0 | 21246 | 41708 | 13407 | 76361 | | | | | | | | | | | | | | | | |
| 21PT2115/56 | | | | 2700 | 7358 | 0 | 0 | 10058 | | | | | | | | | | | | | | | | |
| 21PT2115/69 | L01 2K3 SS AP | TTET | | 0 | 4708 | 3860 | 0 | 8568 | | | | | | 0 | | | | | | | | | | |
| 21PT2115/56 | | | | 0 | 23868 | 4104 | 2156 | 30128 | | | | | | | | | | | | | | | | |
| 21PT2115/79 | | | | 0 | 4697 | 6624 | 0 | 11321 | | | | | | | | | | | | | | | | |
| **Total 20" & 21" FSQ** | | | | **291415** | **427884** | **620149** | **450364** | **1,789,812** | 400000 | 35.0% | 15.0% | 12.5% | 7.5% | | 30% | | 0 | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | | #DIV/0! | |
| **14MS2331/17  RF** | **L03SP NA** | **Huizhou** | **RF** | 16438 | 41954 | 109774 | 53157 | **221,323** | | | | | 40000 | | | | | | | | | | | |
| 15PT2767 / 60 | L01 2K3 SS EU | Huizhou | RF | 0 | 0 | 6252 | 7590 | 13842 | 15RF | | | | 5000 | | | | 15RF | | | | | | | |
| 15PT1727 / 60 | | | | 0 | 0 | 4506 | 6900 | 11406 | | | | | | | | | | | | | | | | |
| **Total 15" RF** | | | | **16438** | **41954** | **120532** | **67647** | **246,571** | 45000 | 0% | 11% | 89% | | | | | 0 | #DIV/0! | #DIV/0! | #DIV/0! | | | | |
| 20MS3442/17 | TCL NA | | | 48093 | 727716 | 42392 | 48975 | 212176 | | | | | | 20000 | | | | | | | | | | |
| 20DV6942/37 | | | | 8032 | 6240 | 4492 | 2576 | 21340 | | | | | | | | | | | | | | | | |
| 20PT6245/37 | L03SS NA | Huizhou | | 0 | 105006 | 125356 | 814 | 231176 | | 60000 | | | | | | | | 60000 | | | | | | |
| 20PT6341/37 | | | | 0 | 57387 | 56573 | 19536 | 133496 | | | | | | | | | | | | | | | | |
| 20PT6441/37 | | | | 11517 | 43009 | 28967 | 32457 | 115950 | | | | | | | | | | | | | | | | |
| 21PT4205/44 | L03SS LA | | | 0 | 32912 | 8927 | 5168 | 51189 | | | | | | | | | | | | | | | | |
| 21PT6341/44 | | | | 0 | 25816 | 41846 | 16280 | 83942 | | | | | | | | | | | | | | | | |
| 21PT6441/44 | | | | 0 | 26873 | 20283 | 9772 | 56928 | | | | | | | | | | | | | | | | |
| 21PT2324/69 | | | | 0 | 0 | 0 | 8000 | 8000 | | | | | | | | | | | | | | | | |
| 21PT2324/71 | | | | 0 | 0 | 0 | 5500 | 5500 | | | | | | | | | | | | | | | | |
| 21PT2325/56 | | | | 0 | 5032 | 4896 | 7888 | 17816 | | | | | | 50000 | | | | | | | | | | |
| 21PT2325/69 | | | | 0 | 24208 | 7900 | 18768 | 50876 | | | | | | | | | | | | | | | | |
| 21PT2325/71 | | | | 0 | 3808 | 5032 | 5576 | 14416 | | | | | | | | | | | | | | | | |
| 21PT3324/69 | L01 2K3 SS AP | TTET | RF | 1360 | 5440 | 3808 | 5440 | 16048 | 21RF | | | | | | | | 21RF | | | | | | | |
| 21PT3324/69 | | | | 2176 | 7752 | 5168 | 12784 | 27880 | | | | | | | | | | | | | | | | |
| 21PT3324/71 | | | | 2176 | 8024 | 6412 | 5168 | 21780 | | | | | | | | | | | | | | | | |
| 21PT3324/79 | | | | 272 | 5032 | 8160 | 2992 | 16456 | | | | | | | | | | | | | | | | |
| 21PT3335/93 | L01 2K3 LS CH | Wuxi | | 0 | 0 | 132 | 14800 | 14932 | | | | | | | | | | | | | | | | |
| 21PT3355/93 | | | | 0 | 0 | 0 | 1600 | 1600 | | | | | | | | | | | | | | | | |
| 21PT3365/93 | L01S CH | | | 0 | 0 | 0 | 0 | 0 | | 20000 | | | | | | | | | | | | | | |
| 21PT3375/93 | | | | 0 | 0 | 0 | 2500 | 2500 | | | | | | | | | | | | | | | | |
| 21PT4323/69 | L2K3 AP | TTET | | 0 | 0 | 1863 | 3240 | 5103 | | | | | | | | | | | | | | | | |
| 21PT4323/79 | | | | 0 | 0 | 0 | 0 | 0 | | | | | | | | | | | | | | | | |
| 21PT5107S/60 | L2K3 EU | Huizhou | | 0 | 0 | 0 | 8800 | 8800 | | | | | | | 20000 | | | | | | | | | |
| 21PT5307S/60 | | | | 0 | 0 | 0 | 11200 | 11200 | | | | | | | | | | | | | | | | |
| 21PT5307 / 60 | L01 2K3 SS EU | Huizhou | | 0 | 0 | 3870 | 4085 | 7955 | | | | | | | | | | | | | | | | |
| 21PT5307 / 60 | | | | 0 | 0 | 7059 | 8027 | 15086 | | | | | | | | | | | | | | | | |
| 21PT1727 / 60 | | | | 0 | 0 | 4830 | 4188 | 9018 | | | | | | | | | | | | | | | | |
| 21HT3312/69 | iL04 AP | Wuxi | | 0 | 0 | 0 | 0 | 0 | | | | | | | | | | | | | | | | |
| 21HT3312/79R | | | | 0 | 0 | 132 | 924 | 1056 | | | | | | | | | | | | | | | | |
| **Total 20" & 21" RF** | | | | **73626** | **429255** | **388098** | **271240** | **1,162,219** | 170000 | 47.1% | 0% | 11.8% | 29.4% | 11.8% | | | 0 | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | | |
| **23V FSQ** | | | | | | | | 0 | | | | | | | | | | | | | | | | |
| **24PT6341/37** | **L01 2K3 LS NA** | **TTET** | **RF** | 0 | 20100 | 45292 | 44488 | **109,880** | 44488 | | | | 44488 | | | | 45292 | | | | | | | |
| 25PT3323/56 | | | | 0 | 0 | 3447 | 2511 | 5958 | | 0 | 15000 | | | | | | | | | | | | | |
| 25PT3323/69 | L01 2K3 LS AP | TTET | | 0 | 0 | 6913 | 11583 | 18496 | | | | | | | | | | | | | | | | |
| 25PT3323/93 | | Wuxi | | 0 | 0 | 2538 | 2673 | 5211 | | | | | | | | | | | | | | | | |
| 25PT3323/93 | | | | 0 | 0 | 0 | 0 | 0 | | | | | | | | | | | | | | | | |
| 25PT3325/93 | | | RF | 0 | 0 | 0 | 0 | 0 | | | | | | | | | | | | | | | | |
| 25HT3312/69R | iL04 CH/AP | Wuxi | | 0 | 0 | 0 | 1056 | 1056 | 25RF | 6000 | | | | | | | 25RF | | | | | | | |
| 25HT3312/93R | | | | 0 | 0 | 0 | 1200 | 1200 | | | | | | | | | | | | | | | | |
| 25HT3317/69Y | | | | 0 | 0 | 0 | 480 | 480 | | | | | | | | | | | | | | | | |
| 25HT3317/79Y | | | | 0 | 0 | 0 | 480 | 480 | | | | | | | | | | | | | | | | |
| 25HT3317/93Y | | | | 0 | 0 | 96 | 384 | 384 | | | | | | | | | | | | | | | | |
| 25PT5207/60S | L01 2K3 LS EU | Huizhou | | 0 | 0 | 0 | 3840 | 3840 | | | | | | | | | | | | | | | | |
| 25PT5207 / 60S | | | | 0 | 0 | 0 | 0 | 0 | | | | | | | | | | | | | | | | |

2005 analysis Q4

PHLP-CRT-155236 - CONFIDENTIAL
PHLP-CRT-155236 (Sheet 2) P-0001



| Model Number | Platform | Location | Picture | 05Q1 | 05Q2 | 05Q3 | 05Q4 | Year 2005 | Q4 TTE | LPD | Irico | SDI | CPT | MTPD | SEG | TCRT | Q4 Agree | LPD | Irico | SDI | CPT | MTPD | SEG | TCRT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total 25"  RF | | | | 0 | 0 | 16834 | 19887 | 36721 | 21000 | 28.6% | 71.4% | | | | | | 0 | #DIV/0! | #DIV/0! | | | | | |
| 27PT5245/37 | TCL NA | Huizhou | RF | 17280 | 2700 | 0 | 0 | 19,980 | 0 | | | | | | | | 0 | | | | | | | |
| 29PT3223/56 | | | | 0 | 0 | 2784 | 2457 | 5241 | | | | 40000 | | | | | | | | | | | | |
| 29PT3223/69 | | | | 0 | 0 | 11025 | 9711 | 20736 | | | | | | | | | | | | | | | | |
| 29PT3223/71 | | | | 0 | 0 | 1575 | 819 | 2394 | | | | | | | | | | | | | | | | |
| 29PT3323/56 | | | | 0 | 0 | 1722 | 1311 | 3033 | | | | | | | | | | | | | | | | |
| 29PT3323/69 | | | | 0 | 0 | 6003 | 9108 | 15111 | | | | | | | | | | | | | | | | |
| 29PT3323/71 | L01 2K3 LS AP | TTET | | 0 | 0 | 4352 | 1656 | 6008 | 29RF 50Hz | | | | | | | | 29RF 50Hz | | | | | | | |
| 29PT3323/79 | | | | 0 | 0 | 8967 | 4707 | 13674 | | | | | | | | | | | | | | | | |
| 29PT3425/56 | | | | 0 | 0 | 630 | 1134 | 1764 | | | | | | | | | | | | | | | | |
| 29PT3425/69 | | | | 0 | 0 | 315 | 1008 | 1323 | | | | | | | | | | | | | | | | |
| 29PT3425/71 | | | | 0 | 0 | 441 | 1134 | 1575 | | | | | | | | | | | | | | | | |
| 29PT3425/79 | | | | 0 | 0 | 756 | 1764 | 2520 | | | | | | | | | | | | | | | | |
| 29PT3143/93R | TCL CH | Huizhou | | 1400 | 1720 | 0 | 0 | 3120 | | | | | | | | | | | | | | | | |
| 29PT3225/93 | L04 CH | | | 0 | 4500 | 12050 | 0 | 16550 | | | 20000 | | | | | | | | 20000 | | | | | |
| 29PT4325/93 | L04 SYRF CH | | | 0 | 0 | 0 | 14500 | 14500 | | | | | | | | | | | | | | | | |
| 29PT5005/56 | | | | 0 | 0 | 0 | 0 | 0 | | | | | | | | | | | | | | | | |
| 29PT5005/69 | | Wuxi | | 0 | 0 | 0 | 0 | 0 | | | | | | | | | | | | | | | | |
| 29PT5005/71 | | | | 0 | 0 | 0 | 0 | 0 | | | | | | | | | | | | | | | | |
| 29PT7322/93G | L04 T CH/AP | | RF | 0 | 1600 | 4427 | 0 | 6027 | | | 0 | 5000 | | | | | | | | 5000 | | | | |
| 29PT7333/93R | | | | 0 | 5200 | 9818 | 2410 | 17428 | | | | | | | | | | | | | | | | |
| 29PT7325/69 | | | | 0 | 0 | 441 | 1134 | 1575 | | | | | | | | | | | | | | | | |
| 29PT8805/93 | | | | 0 | 0 | 0 | 5818 | 5818 | | | | | | | | | | | | | | | | |
| 29PT8825/93 | | | | 0 | 0 | 0 | 2438 | 2438 | 29RF 100Hz | | | | | | | | 29RF 100Hz | | | | | | | |
| 29PT8845/56 | L04T  SYRFA CH/AP | Wuxi | | 0 | 0 | 0 | 664 | 664 | | | | | | | | | | | | | | | | |
| 29PT8845/69 | | | | 0 | 0 | 0 | 1140 | 1140 | | | | | | | | | | | | | | | | |
| 29PT8845/71 | | | | 0 | 0 | 0 | 744 | 744 | | | | | | | | | | | | | | | | |
| 29PT8845/79 | | | | 0 | 0 | 0 | 696 | 696 | | | | | | | | | | | | | | | | |
| 29PT8865/93 | | | | 0 | 0 | 0 | 14987 | 14987 | | | | | | | | | | | | | | | | |
| 29PT5107 / 60S | | | | 0 | 0 | 5120 | 0 | 5120 | | | | 10000 | | | | | | | | 10000 | | | | |
| 29PT5307 / 60S | | | | 0 | 1024 | 2048 | 0 | 3072 | | | | | | | | | | | | | | | | |
| 29PT5207 / 60S | L01 2K3 LS EU | Huizhou | | 0 | 0 | 8192 | 4096 | 12288 | | | | | | | | | | | | | | | | |
| 29PT5308 / 60 | | | | 0 | 0 | 1834 | 1572 | 3406 | | | | | | | | | | | | | | | | |
| 29PT5207 / 60 | | | | 0 | 0 | 1965 | 2096 | 4061 | 29RF 50Hz | | | | | | | | 29RF 50Hz | | | | | | | |
| 29HT3312 / 93Y | | | | 0 | 0 | 750 | 2300 | 3050 | | | | | | | | | | | | | | | | |
| 29HT3317 / 69Y | iL04 CH/AP | Wuxi | | 0 | 0 | 750 | 375 | 1125 | | | | | | | | | | | | | | | | |
| 29HT3317 / 79Y | | | | 0 | 0 | 75 | 300 | 375 | | | | | | | | | | | | | | | | |
| 29HT3317 / 93Y | | | | 0 | 0 | 100 | 0 | 100 | | | | | | | | | | | | | | | | |
| Total 29"  RF | | | | 1400 | 14044 | 86140 | 90079 | 191,663 | 75000 | 26.7% | | 73.3% | 0% | | | | 0 | #DIV/0! | | #DIV/0! | | | | |
| 34PT4525/93 | L04 SYRF | | | 0 | 500 | 0 | 1070 | 1070 | 34RF 50Hz | 5000 | | | | | | | 34RF 50Hz | | | | | | | |
| 34PT3225/93 | | | | 0 | 500 | 6500 | 2100 | 9100 | | | | | | | | | | | | | | | | |
| 34PT7322/93G | L04T | | | 0 | 50 | 3708 | 0 | 3758 | | 0 | | | | | | | | | | | | | | |
| 34PT7333/93R | | Wuxi | RF | 0 | 50 | 8609 | 0 | 8659 | | | | | | | | | | | | | | | | |
| 34PT8805/93 | | | | 0 | 0 | 0 | 1392 | 1392 | | | | | | | | | | | | | | | | |
| 34PT8825/93 | L04 T  SYRFA | | | 0 | 0 | 0 | 4484 | 4484 | 34RF 100Hz | | | | | | | | 34RF 100Hz | | | | | | | |
| 34PT8845/69 | | | | 0 | 0 | 0 | 790 | 790 | | | | | | | | | | | | | | | | |
| 34PT8865/93 | | | | 0 | 0 | 0 | 8895 | 8895 | | | | | | | | | | | | | | | | |
| Total 34"  RF | | | | 0 | 600 | 18817 | 18731 | 38,148 | 5000 | 100% | | | | | | | 0 | #DIV/0! | | | | | | |
| Grand Total | | | | 461,797 | 1,123,096 | 1,534,933 | 1,105,331 | 4,225,157 | 835,488 | 251000 | 95000 | 145000 | 160000 | 64488 | 120000 | | 45,292 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| SHARE PER SUPPLIER | | | | | | | | | | 30% | 11% | 17% | 19% | 8% | 14% | 0% | | 0% | 0% | 0% | 0% | 0% | 0% | 0% |

🟩 released   🟧 need release   🟪 idea not formalise

PHLP-CRT-155236 - CONFIDENTIAL
PHLP-CRT-155236 (Sheet 2) P-0002

# Exhibit 27

# 14MS2331
## 14" Real Flat™ Stereo TV

- **Stereo Sound**
- **SmartSound ™**
- **SmartPicture ™**
- **Front AV jacks**
- **Front Headphone jack**
- **Sleeptimer**
- **Remote Control**
- **Bilingual on screen display**
- **Auto programming**
- **181-channel capability**
- **Close Caption**



**Complete Model #: 14MS2331/17**

Available: April 2004

Carton dimensions: 16.25" L x 17.51" W x 15.03" H

Weight: 26.45 lbs.

HC 40 ft. Container Qty: 870

Country of Origin: China

UPC: 0 37849 94586 5

*Updated: 04/16/04*
*Preliminary specifications subject to change*

HIGHLY CONFIDENTIAL

# Exhibit 28



September 13, 2018

**Certification**

**Park IP Translations**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Simplified Chinese into English of: IPP Motion to Compel - Exhibit 15 and  IPP Motion to Compel - Exhibit 16.

Taisiia Tratcevskaia

Project Manager

Project Number: BBLLP_1809_019

**EXHIBIT 15**

# Information Weekly

**Sales Company**
**70th Issue**
**July 8-15, 2005**

| | Operating Conditions | Color TV Market | User Feedback | Industry News |
|---|---|---|---|---|
| **TCL** | 1. In January to June, a total of 4.675 million, 5.2473 million and 1.769 million sets of CTV were produced, sold and exported, with a decrease of 2%, 7% and 10%, respectively, compared with the same period last year;<br>2. Among them, a total of 1.07 million sets of 21"FS were produced, with a relatively large year-on-year decrease of 50%. A total of 0.52 million sets of 25"FS were produced, which was almost the same as that in last year. 0.647 million sets of 29"PF were produced, with a year-on-year increase of 50%;<br>3. A total of 0.595 million sets of 21"FS were exported, with a year-on-year decrease of 53%. A total of 1.769 million sets were sold overseas, accounting for 42% of total output. | 1. On July 14th, TCL Multimedia Group issued an announcement that they incorporated sales and marketing rights of TCL-Thomson Electronics Limited (TTE) in the North America and Europe held by Thomson at a price of 107.1 million Hongkong dollars;<br>2. From July 13 to July 31, a large environmental promotion campaign of "I consume and I am environmental–recycling electronic waste in your home" was brought out in each store of Suning and TCL in Beijing. Consumers who have an old color TV at home can buy any new electrical appliance at Suning at a discount by using the old color TV. Among them, consumers who want to buy a TCL color TV can get a discount of 100 Yuan to 500 Yuan depending on the depreciation condition. Old electrical appliances purchased by Suning and TCL will be sent to a national approved old electrical appliance recycling organization for harmless treatment, for which TCL may pay about one million Yuan, taking its responsibility as the world's largest color TV manufacturer. | 1. The priority is given to strategic partners, Thomson and Huafei, for purchase of color picture tube;<br>2. A great regret is given by OEM department for non-production of Irico 21"FS (thick);<br>3. It's required by "ERP" software system of TTE company that the supplier should deliver the goods according to the specified time and place, which hasn't been satisfied by Irico at present;<br>4. There are frequently unsmooth phenomena for handling of returned tubes;<br>5. Irico is ranked second for market share, which is only second to Thomson. | In July, Shenzhen Samsung transformed 29" compatible line body to produce 29" tubes with a shorter diameter. |
| **Skyworth** | 1. It has been officially announced by Skyworth Digital a few days ago that Zhang Xuebin, executive director and president of color TV division, succeeded Wang Dianfu as CEO and Wang Dianfu only served as the chairman of the board of directors. Zhang Xuebin, new CEO of Skyworth, denied that Skyworth had evaded tax of 0.68 billion Yuan which was quite inconsistent with the facts;<br>2. It has been officially announced by Skyworth that they will commence production in this week. | 1. A discount of 40% was given to Yolo special machines and Konka was withdrawn from Sundan and no improvement was made by Suning; the price of flat panel LCD TV was continuously decreased;<br>2. The price of TCL 32" was decreased from 14 thousand Yuan/set to 10 thousand Yuan/set, and the price of TCL 37" was decreased from 17 thousand Yuan/set to 14 thousand Yuan/set. | 1. Variety and mark of magnetic field of color picture tube for sales overseas should be shown clearly;<br>2. Supplier of color picture tube of most OEM color TV is determined by the customer in advance. | |

| | | | | |
|---|---|---|---|---|
| **Konka** | 1. In January to June, a total of 2.92 million, 3.335 million and 0.91 million sets of color TV were produced, sold and exported respectively, with a year-on-year decrease of 18%, 6% and 5%;<br>2. In the second quarter, a total of 0.61 million sets of color TV were sold overseas, which doubled the amount in the first quarter;<br>3. It showed an increase for flat screen and a decrease of universal screen. For example, the amount of 21"FS were decreased from 1.26 million sets in the same period in 2004 to 0.605 million sets in 2005, with a decrease of 52%. Moreover, in January to June of this year, a total of 0.39 million sets of 21"PF were produced, with a year-on-year increase of 31.7%. | With dull market, sales volume of Konka color TV is decreased by 15%, compared with 600 thousand sets in the same period of last year. | 1. Replenishment or refund for returned tubes should be conducted by Dongguan Konka as soon as possible;<br>2. A special meeting for coordinating supplementation of Irico 14" DC15 tube is hold by Dongguan Konka, which requires speeding up certification of Irico 14". Trial orders in a small batch will be issued quickly. | Changsha LG plans to suspend production in the 21" line for 10 days, 25" line for a week and 29" line for 15 days in July. |
| **Chang hong** | 1. In June, sales volume of CRT color TV of Changhong were continuously decreased, with a year-on-year decrease of 31% (sales volume in the same period of last year was 0.742 million sets); the inventory of complete machines was increased by 6% compared with that in the last month (0.4831 million sets).<br>2. In August, production amount for internal sales was reduced, which meant that only 0.28 million sets were produced. | 1. From July 8 to July 11, large trade-in activities were hold by Skyworth in several large supermarkets in Chengdu urban area, such as Carrefour, Ren Le, Auchan, Trust-Mart and Century Mart;<br>2. In this year, depreciation price of Skyworth is increased to 300-600 Yuan, which lasts for four days. For digital signal television with 16:9 display mode, 16:9 Tianjiao series of televisions are specified by Skyworth to be included in the activity of "exchanging analog television for digital television". What's more, old television, regardless of its size, can be converted to 500Yuan, for buying 16:9 Tianjiao series. | 1. Order number of Changhong should be marked in the delivery notice;<br>2. Partial CRT was affected with damp. At present, they are followed in the line, without large adverse influence. | In this week, salesmen of color picture tube manufacturers, apart from Seg Hitachi, have attended Changhong activity. |
| **Hisense** | Production condition of Huangdao Hisense was basically normally, and workers can normally take a rest on Saturday and Sunday. In the last third of July, about 0.12 million sets were produced. | 1.Recently, Hisense has successfully seized back international famous trademark from Siemens, and defeated Japanese Sharp in the "Contending for Hegemony by Hisense and Sharp", proving that Chinese color TV has a wining cost performance;<br>2. In the Qingdao home appliance stores, customers mainly buy CTV special machines. Among them, 21"FS 699 Yuan, 21"PF 899 Yuan, 29"PF 1,499 Yuan and 29" HD 1,999 Yuan are sold well. | In this week, Irico tubes with good quality are used. Trial flow of 200 21"PF (new AK) is planned to be conducted on July 16. | 1.At present, Samsung 25"PF (AK) is being researched and developed by Hisense for certifying sample tubes;<br>2.Personnel of Samsung have arrived for technical support. |
| **Haier** | 1. In this week, production amount was slightly decreased, which was within normal adjustment. For 21"PF (new AK) produced for exporting to the United States, preparations for the early stage are being | In the Qingdao and Hefei home appliance stores; there are little customers, and it's unsmooth to sell CTV color TV and flat panel television, of which the prices are stable. | 1. Sample tubes of Irico 21" (new AK) have a low luminance and American engineers have arrived at Qingdao Haier by air on 15th day for consultation;<br>2. Irico 21"FS (thick) and | 1. It's reflected by LG and BMCC that color picture tubes are sold poor;<br>2. In Hefei Haier, BMCC, Samsung 21" light tube and its |

| | | | | |
|---|---|---|---|---|
| | intensified;<br>2. In this week, three lines were started by Hefei Haier, which were mainly about 14"21" export machines. | | 21" (new AK) made by Hefei Haier don't match with Haier machine core, as they have different pressure differences. If it's planned to be manufactured, it's necessary to increase voltage of high-voltage package at that time;<br>3. There are also quality problems for 29"PF (100HZ) of Hefei Haier. Machine core of Haier had been taken back yesterday for testing. | export volume have exceeded those of Irico. Those with large screens are sold internally poor. |
| **Prima** | 1. LCD production amount in this month will hit a new high. 0.1 million sets are planned to be produced; production volume of PDP is very low.<br>2. Supply volume of 34"32" is very low or none. | Customers have little interest in CTV and wait to buy flat panel television with cash in hand. | Products specified in the additional order should be delivered on time. | In the recent three to four months, CRT has been delivered in dollars. The price of color picture tube is continuously decreased. |
| **Small and medium-sized enterprises in East China** | In January to June, a total of 643.43 thousand, 0.6295 million, 51.2 thousand and 0.341 million sets of Panda color TV had been produced, sold, stored and exported, with a year-on-year increase of production and marketing of 11% and 4%, respectively. Consumed amount of Irico tube was increased for 1.56 times on a year-on-year basis. Its occupancy rate has been increased to about 25%, which was risen from the fourth to parallel top 1 (LG). | On the one hand, air refrigerators are sold well; on the other hand, color TV is hard to be sold. | 1. It's required that a favorable price should be given to Irico 14" and 21"FS (thick) color picture tubes;<br>2. Jiang Kui started to establish the factory in the last year and several new models were developed by Wuxi Xindong. In January to June, they each manufactured 80,000 sets of color TV, using 100% of Irico tubes, hoping to be equally treated as large factories. | LCD manufacturer, LG Philips Company announced on July 11 that they will increase a capital of 2,410 dollars to the subsidiary in Nanjing, China, so as to further expand its production capacity. |
| **Soyea** | 1. In July, production amount is less than 30 thousand sets. It's predicted to produce 3,000 sets in August;<br>2. At present, as partial color picture tubes are sold at a loss, once the market is initiated, the price of color picture tube will be increased. Therefore, users may hoard small amount of color picture tubes at a low price in August. | In the Hangzhou home appliance market, it's very weak. In each day, only 3-5 sets of color TV can be sold, even none. In the weekend, it can be slightly better. Shipping malls are not confident and can't timely pay to complete machine factory, resulting in out of stock of some machines with small and medium-sized screens. | 1. There are returned tubes for Hangzhou Jinlipu, which should be quickly hauled back by specified trucks as soon as possible;<br>2. Jinlipu has a residual payment of more than 300,000 Yuan in the import and export company. Please assist in investigation and transfer it to the sales company for payment. | Manager Fan of Novel Color Picture Tube visited Manager Sun, so as to discuss about next demand intention for 21"FS with Jinlipu. But Manager Sun expressed that they have good cooperation with Irico at present. We shouldn't be careless and unconcerned and should strengthen tackling and services of Jinlipu. |
| **Summary** | 1. CTV production and marketing and export of complete machine factory in the first half year had the following three characteristics:<br>The first was decreased overall index: In January to June, a total of 17.3618 million, 20.1208 million and 5.1696 million sets of CTV were produced, sold and exported by seven color TV | From July, Changhong, Skyworth and TCL and others strongly promote "old for new service" of color TV, which is recognized and responded by many consumers. The first is to activate sales of color TV in the off-season, improve its market share of the brand, and speed up the update of color TV;<br>The second is to improve | 1. Sample tubes of Irico 21" (new AK) have a low luminance and American engineers have arrived at Qingdao Haier by air on 15th day for consultation;<br>2. It's required by "ERP" software system of TTE company that supplier should deliver the goods according to the specified | 1. It's predicted that Shanghai Novel Color Picture Tube will be completely suspended on the 20th day of this month and try to manufacture 21"PF and 25"PF (AK);<br>2. Manager Fan of Novel Color Picture |

| | manufacturers, respectively, with a year-on-year decrease of 11%, 4% and 14%;<br>The second is that the three giants came a cropper one after another: 1. Output: a relatively large year-on-year decrease of Konka and Changhong was 18% and 51% respectively; 2. Sales volume: a year-on-year decrease of TCL, Konka and Changhong was 7%, 6% and 45% respectively; 3. Export volume: A year-on-year decrease of Changhong was 108%.<br>The third is that a strong phenomenon against the trend was shown by Haier and Panda: in the first half year of 2005, a year-on-year increase of production, sales and export volumes of Haier CTV was 15%, 15% and 55% respectively; a year-on-year increase of production and sales of Panda CTV was 11% and 4% respectively. | cognitive level of consumers for digital television and flat panel television and other high-end products;<br>The third is to facilitate handling purchasing psychology of consumers and provide the first-hand data for further adjustment of product structure by the factory. | time and place, which hasn't been satisfied by Irico at present;<br>3. Variety and mark of magnetic field of color picture tube for sales overseas should be shown clearly;<br>4. Supplier of color picture tube of most OEM color TV is determined by the customer in advance.<br>5. Small and medium-sized consumers hope to be equally treated as large factories in the off season. | Tube visited Manager Sun, so as to discuss about next demand intention for 21"FS with Jinlipu. |

CHU00124399_T

**EXHIBIT 16**

<table>
<tr><td colspan="2" rowspan="2"><h1>Information Weekly</h1></td><td><strong>Sales Company<br>74th Issue<br>August 6-12, 2005</strong></td></tr>
</table>

| | Operating Conditions | Color TV Market | User Feedback | Industry News |
|---|---|---|---|---|
| **TCL** | In the first half year, total sales volume of TCL color TV was decreased by 7%. In order to reverse unfavorable situation, in June to July, they intensified the export of color TV and explored new market, so as to enable overseas sales of color TV in July to be more than million Yuan, and overseas business of TCL has exceeded its domestic business; | 1. An announcement of TCL dated August 11 was given, which mentioned that its subsidiary TCL Multimedia had implemented according to *Equity Swap Agreement* previously signed by them and French Thomson Company; 2. Flat panel LCD TV of TCL has fully landed in Brazil, Mexico and Argentina and other South America districts, and entered local main sales channel of color TV. | 1. For delivery of defective tubes in Thailand by TCL, please confirm that: (1) Whether all costs are assumed by Irico; (2) Whether agency is assigned by Irico and shipment is arranged by Irico; 2. There is spark phenomenon for 14" (domestic sales), which has been respectively fed back to the No. 1 factory and after-sales department for countermeasure analysis. | |
| **Sky wort h** | In the first half year, Skyworth is mainly engaged in production of high-end color TV, with flat screen and large screen TV accounting for about half. However, currently, those with low income account for a large proportion and there are still large demand potentials for color TV with small screen in the remote area. Recently, there is a large effort for promoting 21"FS, which shows an obvious effect. It's predicted that in the later period, there will be large demand for television with low prices in the color TV market in the village. | 1. Recently, Skyworth is aimed at rural market and will host a series of cultural performances "Skyworth Mood • Culture Way" together with CCTV in this week. The activity is aimed at expanding rural three or four-tier cities and township markets. Previously, a series of television for rural consumers were specially launched by Skyworth. | 1. In August, Skyworth prepares to initiate externally assisted production factory to produce color TV, and four factories have been temporarily determined now; 2. Handling problems that production is affected by 21"PF sticking-magnetic blocks which is put forward by Skyworth: It should be solved from two aspects after communication: (1) Skyworth improves the current sucker facilities; (2) Irico appropriately compensates for those affecting production (undetermined). | |
| **Kon ka** | Konka is stocking up color TV for the national day. At present, there is small inventory of color TV. In this week, a full-load production is implemented as planned. As terminal market of color TV has not been started, color TV of Konka is sold not very well. | 1. For flat panel television of Konka, LCD TV and plasma display panel TV with different specifications between 15 inches and 42 inches are developed; 2. After obtaining color TV order of 30,000 sets from Carrefour, recently, they also sign a supply contract of 50,000 sets of LCD TV with American home appliance chain retailer, Best-buy, setting the largest single order record for export of domestic flat panel color TV. | 1. From August, returned tube will be deducted from settlement order and Irico should supplement the returned tubes of Dongguan Konka before the end of the month; 2. Original delivery time of 15" for export sales can be postponed from current 8th day to the 10th day; 3. It's hoped to provide tube type of 15"PF Irico tube in the corresponding magnetic fields. | |

CHU00124400_T

| | | | |
|---|---|---|---|
| | | | |
| **Changhong** | 1. The production is basically normal; limited by bank acceptance scale, future payment should be implemented in spot exchange.<br>2. Export volume of Changhong is as planned and its production is stable. | 1. Changhong is gradually transforming from traditional household electrical appliance enterprises to personal consumer electronics and technology, content and service provider. It's emphasized by world famous laboratory that annual business income, brand value added index and brand strength coefficient of Changhong are largely increased compared with those in the same period of last year.<br>2. General sales of Changhong CRT TV have no obvious changes. But, there is a rising trend for sales of flat panel TV. Three specifications of flat panel televisions have been launched in some secondary and tertiary rural market in Sichuan for sales. | Irico 21"FS has a phenomenon of white image evenness. | Business personnel of all CRT manufacturers have attended Changhong activities in this week. |
| **Hisense** | Production amount in August almost doubled those in July. At present, subsidiaries have resumed normal production. Workers of Huangdao Hisense have a rest on Sunday and work normally at other time. | Sales volume of color TV in this week is basically the same as that in the last week and there is a sign of good in the rural market. At present, sales volume of 21"FS, 21"PF, and 29"PF (HD) is basically the same as those in the last week and there is no large change in the price of CTV. In this week, flat panel TV is sold better than the last week, because Beer Festival will be hold in Qingdao. | 1. It's put forward by Hisense purchasing department that in view of large demand recently, they hope that Irico can arrange shipment well to avoid affecting production;<br>2. Irico tube used in this week has good quality. 200 pieces of Huangdao 21"PF (new AK) have passed through trial flow. On the 12th day, it's necessary to produce 800 pieces in batch. | It's known that quotation of 25"FS provided by Shanghai Novel Color Picture Tube for Hisense is 34.5 dollars. |
| **Haier** | 1. Normal production and stable operation. Output of two varieties of 21" and universal screen of 25" is slightly increased and others are normal.<br>2. Nine lines are used for production at Hefei Haier without rest in one week. The output is increased, and the market situation is slightly improved. More Irico tubes are used and the varieties are increased. | 1. Products are still sold poor in the market, sales volume is basically the same as that in last week, and there is no sudden peak sales. There are few universal screen TV in stores. Flat screen TV and flat panel TV occupy the main position. It can be known from the volume that 21-inch flat screen TV is sold better;<br>2. They are cautiously optimistic about the market and psychologically nervous. At present, they are actively supplementing the inventory. If the market becomes good in the National Day, they are confident for the market at the end of the year. | Irico 21"PF has been recognized by American customers and can be supplied. | Supply volume of Chunghwa Picture Tubes for Haier is obviously decreased. |

| | | | | |
|---|---|---|---|---|
| **Prima** | In this week, Prima CRT and LCD are producing at top speed. Production volume of PDP is still low; At present, there is little inventory of Prima and its capital condition is still difficult; goods for export sales should be completely delivered before September 15. | 1. Prima CRT and LCD are producing at top speed. Production volume of PDP is still low; At present, there is little inventory of Prima and its capital condition is still difficult; goods for export sales should be completely delivered before September 15. 2. Color TV market is still weak, and the price of color TV is basically unchanged; | Orders in September should be determined as soon as possible, so as to handle carry-forward application form as soon as possible. | Samsung has provided Prima with sample tube of 21" with short neck and is actively promoting. |
| **Panda** | As reflected by Nanjing Panda Sales Company, at present, 21"FS TV is sold well. So, its production plan in August is supplemented. | In this week, televisions popular in the Nanjing market mainly include 29"PF HD and 21"FS TV. But, the sales volume has no obvious difference compared with that in the last week and there is also no price change. | It's required by Wuxi Xindong that 832 pieces of 14-inch (export tubes) returned tubes should be delivered back to the factory for refund or exchange. | Nanjing Huafei gave a high-temperature vacation from August 1 to August 5. |
| **Small and medium-sized enterprises in East China** | In order to achieve the objective of 600,000 sets in the whole year, it's necessary for Soyea to increase production volume in the second half year, start to transfer the funds, and produce about 60,000 sets in each month as planned from September. | 1. The market isn't improved. But, distributors have started to use funds for home appliances used in summer to purchase TV; 2. It's believed by Minister Zhang and Section Chief Tian of Soyea that the market is still not optimistic in the second half year. But, considering the achievement of annual production objective, it's necessary to purchase color picture tubes in bulk and increase production volume. | 1. There are returned tubes of Hangzhou Jinlipu, which should be delivered back as soon as possible. 2. It's required by USTARTEK that the freight in RMB should be quickly converted to US dollars and remitted to the specified account. | 1. Shanghai Novel Color Picture Tube has little inventory of 21"; 2. Shanghai Novel Color Picture Tube increases the production plan of 21"PF, but they are substandard; 3. 29"FS line of Shanghai Novel Color Picture Tube can be used to produce 29"PF after transformation. 8,000 pieces of 21"PF are produced in trial. 21"FS and 25"FS have been produced normally. |
| **Summary** | Reason for producing color TV by complete machine factories at top speed in August: The first is that the price of color picture tube has been reduced to a record low; The second is that complete machine factory strives to complete the whole-year production objective; the third is that the price in the color TV market is basically stable in the later period; the fourth is that they need to supplement the inventory for August, a traditional peak season. | 1. Complete machine factory and color TV distributors are quickly supplementing the supply of goods, and adopting various and scaled color TV promotion activities; 2. Although there is a sign of improvement in the color TV market, it's necessary to see inventory dynamics and money collection of complete machine factory in September, so as to research and determine whether the goods are sold well in the after-market; 3. As shown by specific data investigation results of Development Research Center of the State Council, the predicted total demand for TV in the rural color TV market this year is 15.6 million sets, which starts to exceed total demand in the city market. | 1. Irico tube used by Hisense in this week has good quality. **200** pieces of Huangdao **21"PF** (new **AK**) has passed through trial flow. On the **12th** day, it's necessary to produce **800** pieces in batch. **2**. Irico **21"PF** has been recognized by American customers and can be supplied. 3. It's put forward by Hisense purchasing department that in view of large demand recently, they hope that Irico can arrange shipment well to avoid affecting production. | **1**. Supply volume of Chunghwa Picture Tubes for Haier is obviously decreased; 2. Shanghai Novel Color Picture Tube has little inventory of 21"FS and increases the production plan of 21"PF, but they are substandard; 29"FS line can be used to produce 29"PF after transformation. 8,000 pieces of 21"PF are produced in trial. 21"FS and 25"FS have been produced normally. |

CHU00124402_T

<table>
<tr><td colspan="2" rowspan="2"><h1>信 息 周 报</h1></td><td rowspan="2"><b>销售公司<br>第 70 期</b><br><b>05.7.08－7.15.</b></td></tr>
</table>

| | 经营状况 | 彩电市场 | 用户信息反馈 | 行业动态 |
|---|---|---|---|---|
| **TCL** | 1、1–6 月份 CTV 产 467.5 万台，销 524.73 万台、出口 176.9 万台。分别较去年同期减少 2%、7%和 10%；<br>2、其中 21″FS 生产 107 万台同比降幅较大为 50%。25″FS 生产 52 万台同比几乎持平。29″PF 生产 64.7 同比增长了 50%；<br>3、21″FS 出口 59.5 万台同比下降了 53%，外销量 176.9 万台占总产量的 42%。 | 1、7月14日TCL多媒体集团发布公告，该公司以 1.071 亿港元收编汤姆逊在 TCL-汤姆逊电子有限公司(TTE)北美、欧洲的销售和市场经营权；<br>2、7 月 13 日至 7 月 31 日在北京苏宁和 TCL 各门店推出"我消费、我环保——回收您家中的电子垃圾"大型环保促销攻势。凡家中有废旧彩电的消费者，都可以到苏宁折价换购任何一款新电器，其中购买 TCL 彩电可根据新旧程度折合 100 元至 500 元不等。而苏宁和 TCL 收购上来的废旧电器，将送到国家认证的废旧电器回收机构进行无害化处理。TCL 为此可能耗资近百万元，承担自己作为全球最大彩电制造商的一份责任。 | 1、采购彩管优先考虑战略伙伴汤姆逊和华飞；<br>2、OEM 部对彩虹 21″FS（粗）不生产感到遗憾；<br>3、TTE 公司"ERP"软件系统要求供应商按规定时间地点交货，目前彩虹还没有达到要求；<br>4、对退货管的办理，常常出现不顺畅的现象；<br>5、彩虹市场占有率仅次于汤姆逊，位居第二。 | 深圳三星 7 月对29″兼容线体进行改造，将生产29″短径管。 |
| **创维** | 1、创维数码日前正式宣布，公司执行董事兼彩电事业部总裁张学斌接替王殿甫担任首席执行官，王殿甫仅为董事会主席。创维新任 CEO 张学斌否认创维偷漏税 6.8 亿元，与事实严重不符；<br>2、创维公明工厂本周开工生产。 | 1、永乐特价机 6 折，顺电康佳撤柜，苏宁没有起色；平板液晶电视价格继续走低；   2、TCL32″1.4 万/台降至 1 万元/台，37″从 1.7/台万降到 1.4 万/台。 | 1、外销彩管需要将品种和磁场标识显示清楚；<br>2、绝大部分 OEM 彩电都是由客户事先确定彩管供应商。 | |

CHU00124396

| | | | | |
|---|---|---|---|---|
| **康佳** | 1、1~6 月份彩电产量 292 万台较去年下降 18%，销售 333.5 万台同比减少 6%、出口 91 万台同比下降了 5%；<br>2、第二季度外销彩电 61 万台，较一季度增长了一倍；<br>3、纯平增长，普屏下降例如：21″FS 由 04 年同期 126 万台下降到 05 年的 60.5 万台，下降了 52%，而 21″PF 今年 1—6 月份生产 39 万台，同比增长 31.7%。 | 市场平淡，康佳彩电销售与去年同期 60 万台相比下降了 15%。 | 1、莞康请尽快解决退货管的补退问题；<br>2、香康统彩虹 14″DC15 管专门召开增补协调会，会上要求加快彩管 14″的认证。小批量试做订单会很快下来。 | 长沙 LG 计划 7 月份 21″线停产 10 天，25″线停产一星期，29″线停产 15 天。 |
| **长虹** | 1、6 月份长虹 CRT 彩电销售总体继续下滑，与去年同期相比（74.2 万台）下降了 31%；整机库存较上月（48.31 万台）增加 6%；<br>2、8 月份内销部分生产减量，只生产 28 万台。 | 1、7月8日到7月11日创维在成都市区家乐福、人人乐、欧尚、好又多、世纪联华几大超市举行大型的以旧换新活动；<br>2、创维今年的折旧价提升到 300 至 600 元，时间也延长到四天。应对数字信号电视的 16：9 显示格式，创维特推出 16：9 天骄系列参加"模拟电视换数字电视"活动，并且，不论大小，旧电视均按每台 500 元折价换购 16：9 天骄系列。 | 1、要求在发货单上注明长虹的定单号；<br>2、部分 CRT 受潮，目前在跟线，但没有造成太大的不良影响。 | 本周除赛格日立外各彩管厂家业务员均到长虹活动。 |
| **海信** | 黄岛海信生产基本正常，周六、周日正常休息。7 月下旬生产 12 万台左右。 | 1、近日，海信成功地从西门子手中夺回国际知名商标，并在"信誉争霸"中击败日本夏普后就证明了中国彩电性价比制胜的势如破竹；<br>2、青岛家电商场主要购买 CTV 特价机，21″FS 699 元、21″PF 899 元、29″PF 1499 元、29″高清 1999 元。这四个品种销的较好。 | 本周使用彩虹管，质量正常。21″PF（新 AK）200 只试流计划安排在 7 月 16 日。 | 1、三星 25″PF（AK），目前，正在海信研发做样管认证；<br>2、三星已来人进行技术支持。 |
| **海尔** | 1、本周生产量有所下降，属正常调整，生产美国的 21″PF（新 AK）出口机正在加紧前期的准备工作；<br>2、合肥海尔本周开三条线生产，主要 14″21″出口机。 | 在青岛和合肥家电商场，顾客很少，CTV 彩电和平板电视均销售不畅，但其价格较稳定。 | 1、彩虹 21″（新 AK）样管亮度低，美国工程师已于 15 日飞抵青岛海尔协商；<br>2、合肥海尔彩虹 21″FS（粗）和 21″（新 AK）与海尔机芯不配，压差有别，如果有计划生产，到时需 | 1、LG 和 BMCC 反映彩管销售很困难；<br>2、在合肥海尔 BMCC，三星 21″光管及出口量已大于彩管，大屏幕 |

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00124397

| | | | 调高高压包电压；3、合肥海尔 29″PF（100HZ）也出现质量问题，昨天已将海尔机芯带回测试。 | 内销较小。 |
|---|---|---|---|---|
| **厦华** | 1、本月 LCD 生产量将创历史新高，准备生产 10 万台；PDP 产量很少。2、34″32″供货量很少或是没有供货。 | 顾客对 CTV 兴趣不大，对平板电视持币待购。 | 增加订单要按时到货。 | CRT 近三四个月全是美元供货，彩管价格不断下滑。 |
| **华东中小户** | 1-6 月份熊猫彩电产 64.343 万台、销 62.95 万台、存 5.12 万台、出口 34.1 万台，产销同比分别增长 11%、4%，彩虹管目前同比增长了 1.56 倍，其占有率已达 25%左右，由第四位升至为并列第一位（LG）。 | 一边空调凉热，另一边彩电凉。 | 1、要求彩虹 14″和 21″FS（粗）彩管给予较优惠价格；2、江奎去年开始建厂，无锡新东开发了几个新机型，1~6 月份彩电各生产 8 万台，100%用彩虹管，希望享受大厂平等待遇。 | 液晶显示器制造商 LG 飞利浦公司 7 月 11 日发布公告，表示将增资 2410 美元给中国南京的子公司，以进一步扩大产能。 |
| **数源** | 1、7 月份生产不足 3 万台，8 月份预计生产 0.3 万台；2、目前，因彩管部分品种在亏本销售，一旦市场启动，彩管会涨价，所以，用户在 8 月份有低价少量囤积彩管的可能。 | 杭州家电市场非常清淡，每日卖出 3—5 台彩电，有时甚至一天卖不出一台，双休日稍微好一点，商场也没有信心，不论整机厂及时付款，致使有些中小屏幕机子断货。 | 1、杭州金利普有退货管，请尽快指定车拉回；2、金利普在进出口公司有 RMB30 多万余款，请协查并转到销售公司抵货款。 | 永新范经理拜访孙总。与金利普商议下一步 21″FS 需求意向，但孙总表示，与彩虹目前合作良好。我们也不要麻痹大意，加强金利普的攻关和服务。 |
| **综述** | 一、上半年整机厂 CTV 产销出口呈现三大特点：一是总体指标下降：1—6 月彩电 7 大厂家 CTV 产 1736.18 万台，销 2012.08 万台，出口 516.96 万台。同比分别减少 11%、4%和 14%；二是三巨头纷纷落马：1、产量：康佳和长虹同比降幅较大分别为 18%和 51%；2、销量：TCL、 | 7 月份以来，长虹、创维和 TCL 等厂家，纷纷强势出击彩电"以旧换新"，得到了许多消费者的认可和响应：一是激活了彩电淡季的销售，提高其品牌市场占有率，加速彩电的更新速度；二是提高消费者对数字电视和平板电视高端产品的认知水平；三是有利于掌握消费者的购买心理，为厂家下一步调整产品结构提供了第一手资料。 | 1、彩虹 21″（新 AK）样管亮度低，美国工程师已于 15 日抵青岛海尔协商；2、TTE 公司"ERP"软件系统要求供应商按规定时间地点交货，目前彩虹还没有达到要求；3、外销彩管需要参照品种和磁场标识显示清楚；4、绝大部分 OEM 彩电都是 | 1、上海永新预计在本月二十日全线停产，试作 21″PF 和 25″PF（AK）；2、永新范经理拜访孙总。与金利普商议下一步 21″FS 需求意向。 |

CHU00124398

| | | | |
|---|---|---|---|
| | 康佳和长虹同比降幅分别为 7%、6%和 45%；3、出口量：长虹同比降幅108%。<br>三是海尔和熊猫逆势呈强：05年上半年海尔 CTV 产、销和出口分别同比增长 15%、15%和55%；熊猫 CTV 产和销同比分别增长 11%和 4%。 | | 由客户事先确定彩管供应商。<br>5、中小用户希望在淡季享受大厂平等待遇。 | |

CHU00124399

# 信 息 周 报

销售公司
第 74 期
05.8.06．－8.12.

| | 经营状况 | 彩电市场 | 用户信息反馈 | 行业动态 |
|---|---|---|---|---|
| **TCL** | TCL 彩电销售总量上半年下降7%，为了扭转不利局面，6 至 7月份加大了彩电出口的力度，并开辟了新的市场，使得彩电海外销量 7 月份突破了百万大关，TCL 海外业务现已超过国内业务； | 1、TCL 8 月 11 日公告称，子公司 TCL 多媒体已按此前与法国汤姆逊公司达成《换股选择权协议》的实施；<br>2、TCL 的平板液晶电视已全线登陆巴西,墨西哥,阿根廷等南美地区,并进入当地彩电销售的主流渠道。 | 1、TCL 关于泰国不良管的发运请确认：<br>（1）是否所有费用由彩虹承担；<br>（2）是否由彩虹指定代理并安排装运；<br>2、14″（内销）出现打火现象,已分别反馈一厂及售后进行对策分析。 | |
| **创维** | 创维上半年彩电生产主做高端，其中纯平和大屏幕占比近一半，然而，现低收入层占比较大，偏远地区对小屏幕彩电,还有较大的需求潜力。最近对 21″FS 促销力度较大,效果明显,预计后期在农村彩电市场低价位的电视机需求量较大。 | 1、创维最近将目标瞄准农村市场，本周将联手 CCTV 举行数场主题为"创维情·文化行"的系列文艺义演活动。该活动旨在扩大农村三四级城市和乡镇市场。此前，创维还专门推出一系列针对农村消费人群的电视机。 | 1、创维 8 月份准备启动外协加工厂生产彩电,现暂确定 4 家工厂；<br>2、处理创维提出的21″PF 贴磁块影响生产问题：<br>经沟通后从两方面解决：（1）创维对现有吸盘设施进行改进；（2）彩虹对影响生产进行适当补偿（待定）。 | |
| **″康佳** | 康佳彩电正在为国庆节备货，现彩电库存较小，本周按计划满负荷生产，因彩电终端市场还未启动，所以，康佳彩电销售一般。 | 1、康佳平板电视产品完成了从 15 寸到 42 寸各个规格的液晶电视和等离子电视的开发；<br>2、获得家乐福 3 万台彩电 订单之后，近日又与美国家电连锁零售商 Best－buy（百思买）签订了 5 万台液晶电视供货合同,创下了国内平板彩电出口最大单项订单纪录。 | 1、8 月份起，其退货管将从结算单中扣除，要求彩虹在月底前将莞康的退回管补齐；<br>2、外销 15″原交货时间由 8 号可延迟到 10 号；<br>3、希望提供 15″PF 彩虹管相对应磁场的管型情况。 | |

CONFIDENTIAL – GRAND JURY MATERIAL

| | | | | |
|---|---|---|---|---|
| **长虹** | 1、生产基本正常；受银行承兑规模的限制，以后付款仍为现汇。<br><br>2、长虹出口量按计划生产较平稳。 | 1、长虹逐步从传统家电企业向个人消费电子产品与技术、内容和服务供应商转型。世界品牌实验室强调，长虹年业务收益额、品牌附加值指数及品牌强度系数，相比去年同期，均出现较大幅度的增长。<br><br>2、长虹CRT电视销售总体上没有较为明显的变化，但是平板销售有上升势头，并已在四川部分二、三级农村市场投放三种型号的平板电视销售。 | 彩虹21"FS出现白场不均的现象。 | 本周各CRT厂家业务人员均到长虹活动。 |
| **海信** | 8月份生产比7月要增加1倍，目前各个分工司都已恢复正常生产。黄岛海信星期日休息，其他时间正常上班。 | 本周彩电销售与上周持平，农村市场有转好的迹象，目前21"FS、21"PF、29"PF（高清）销售与上周持平，CTV的价格变化不大。本周平板销售比上周要好，原因是青岛要举办啤酒节。 | 1、海信采购部提出，鉴于近期需求量较大，希望彩虹安排好发货，避免影响生产；<br><br>2、本周使用彩虹管，质量正常。黄岛21"PF（新AK）200只试流已合格，12日做800只批量生产。 | 据了解上永给海信25"FS报价34.5美元。 |
| **海尔** | 1、生产正常。经营稳定，21"两个品种，25"普平，产量都有小幅增加，其他正常。<br><br>2、合肥海尔九条线生产，一周不休息.产量加大,市场略显上升.用彩虹管数量加大。品种增多。 | 1、市场销售依然不旺，和上周相比，基本持平，没有出现突然旺销的现象，商场普平电视不多，纯平和平板占主要的位置，从量上来说，21寸纯平销得较好；<br><br>2、对市场谨慎乐观，心里没底。目前积极补库。如果国庆市场好起来，年底就有信心。 | 彩虹21"PF美国客户已经认可，可以供货。 | 中华映管在海尔的供应量明显萎缩。 |

CHU00124401

| | | | | |
|---|---|---|---|---|
| **厦华** | 本周厦华 CRT、LCD 都在开足马力生产，PDP 生产量仍很少；目前厦华的库存很少，资历金状况仍十分困难；9 月 15 日以前外销的货都要出完。 | 1、厦华 CRT、LCD 都在开足马力生产，PDP 生产量仍很少；目前厦华的库存很少，资历金状况仍十分困难；9 月 15 日以前外销的货都要出完。<br>2、彩电市场仍十分清淡，彩电的价格基本未动； | 尽快谈定 9 月份订单，以便尽快办理结转申请表。 | 三星已向厦华提供 21″短管颈样管，正在积极促销。 |
| **熊猫** | 据南京熊猫销售公司反映目前 21″FS 电视机很好销售，8 月份追加了其生产计划。 | 本周南京市场上的电视机好销品种主要是29″PF 高清、21″FS 电视机，但是销量与上周相差不大，价格也没有变化。 | 无锡新东要求把 14 寸 832 只（出口管子）退货管拉回厂退换。 | 南京华飞 8 月 1 日至 8 月 5 日放高温假。 |
| **华东中小户** | 数源为完成全年 60 万目标，下半年加大产量，着手调动资金，从 9 月份起计划每月生产 6 万台左右。 | 1、市场没有好转，但经销商已将资金从夏用电器转向电视机备货采购；<br>2、据数源张部长，田科长认为：下半年市场不容乐观，但考虑到全年生产目标的实现，增量采购彩管，加大生产量，非常必要。 | 1、杭州金利普有退货管请尽快拉回。<br>2、优势达要求速将运费人民币转换成美元后，汇到指定账户。 | 1、上海永新 21″库存不多；<br>2、上海永新加大了 21″PF 生产计划，但其不过关；<br>3、上海永新 29″FS 线，经改造可生产 29″PF、21″PF 试作了 8000 只，21″FS 和 25″FS 已正常生产。 |
| **综述** | 8 月份整机厂开足马力生产彩电的原因：一是彩管价格已降到历史低位；二是整机厂为完成全年生产目标；三是彩电市场价格后期基本稳定；四是为 8 月份传统旺季增补库存。 | 1、整机厂和彩电经销商正在快速批量补充资源，并采取形式多样的，且具规模的彩电促销活动；<br>2、彩电市场虽然有好转迹象，但研判后市是否旺销关键要看 9 月份整机厂的库存动向和资金回款情况；<br>3、据国务院发展研究中心专项据调研结果显示：预计今年农村彩电市场电视机的需求总量为 1560 万台，开始超过城市市场需求总量。 | 1、海信本周使用彩虹管，质量正常。黄岛 21″PF（新 AK）200 只试流已合格，12 日做 800 只批量生产。<br>2、彩虹 21″PF 美国客户已经认可，可以供货。<br>3、海信采购部提出，鉴于近期需求量较大，希望彩虹按排好发货，避免影响生产； | 1、中华映管在海尔的供应量明显萎缩。<br>2、上海永新 21″FS 库存不多；加大了 21″PF 生产计划，但其不过关；29″FS 线，经改造可生产 29″PF，21″PF 试作了 8000 只，21″FS 和 25″FS 已正常生产。 |

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00124402

# Exhibit 29



STATE of NEW YORK          )
                          )              ss:
COUNTY of NEW YORK          )

### *CERTIFICATE OF ACCURACY*

This is to certify that the attached document, *"MTPD-0523073 - MTPD-0523079"* originally written in *Japanese* is to the best of our knowledge and belief, a true, accurate and complete translation into *English*.

Dated: May 28, 2014

*Allison Carey*
Allison Carey
Consortra Translations

Sworn to and signed before ME this
28th day of *May*,
2014.

Notary Public

JAMES G MAMERA
Notary Public. State of New York
No. 01MA6157195
Qualified in New York County
Commission Expires Dec. 4, 2014

Your
legal
translation
partner

Kazutaka Nishimura/tddt/th
05/26/2005      2:06:31 PM

To: Ayumu Kinoshita <kinosita.ayumu@jp.panasonic.com>
Cc:
Bcc:
Subject: Re: (MTPDT15PF) Hisense for USA, etc. 15, 21, 29PF, 32WPF [attachment icon]

Thanks in advance.
Nishimura
*******************************************************
Kazutaka Nishimura
Sales & Marketing Department

MT Picture Display (Thailand) Co., Ltd.
142 Moo 5, Bangkadi Industrial Park,
Tivanon Road, Tumbol Bangkadi,
Amphur Muang, Pathumthani 12000, Thailand
Tel +66-2-963-9600, Ext,. 5910, +66-2-963-9626 (Direct)
Fax +66-2-963-9638
*******************************************************
Ayumu Kinoshita <kinosita.ayumu@jp.panasonic.com>

Ayumu Kinoshita
<kinoshita.ayumu@jp.pan
asonic.com>

05/24/2005      5:22 PM

To: Kazutaka_Nishimura@mtpdt.mei.co.jp
Cc: Mr. Ohmori/MTPDT <masaru_ohmori@mtpdt.mei.co.jp>, Kazutaka Nishimura, Kazutaka Nishimura
       <nishimura.kazutaka@jp.panasonic.com>, Masaki Sanogawaya, Masaki Sanogawaya
       <sanogawaya.masaki@jp.panasonic.com>
Subject: Re: (MTPDT15PF) Hisense for USA, etc. 15, 21, 29PF, 32WPF

Dear Nishimura,

Thanks as always.
As expected, too high! That being said, it seems as though they are negotiating with IRICO and Thai CRT based on their demand price of $28. It looks impossible unless it goes below $30...
I will keep an eye on how it proceeds.

I plan to visit the week of June 6, so I will check on the actual situation then.

Kinoshita

On Monday, May 23, 2005      11:20:26 AM    +0900

Confidential

MTPD-0523073E_Translation

Kazutaka_Nishimura@mtpdt.mei.co.jp wrote:
>
> Dear Kinoshita,
>
> Sorry that the answer is from Shibu Chin, but please see the client's reply.
>
> Nishimura
>
>
>
> Ayumu Kinoshita                       To: Kazutaka_Nishimura@mtpdt.mei.co.jp
> <kinosita.ayumu@jp.pan               Cc: Ohmori/MTPDT <masaru_ohmori@mtpdt.mei.co.jp>, Kazutaka Nishimura, Kazutaka Nishimura
> asonic.com>                              <nishimura.kazutaka@jp.panasonic.com>, Masaki Sanogawaya, Masaki Sanogawaya
>                                          <sanogawaya.masaki@jp.panasonic.com>
> 05/20/2005    2:12 PM                Subject: Re: (MTPDT15PF) Hisense for USA, etc. 15, 21, 29PF, 32WPF
>
>
>
>
> Dear Nishimura,
>
> Sorry for my delay in writing.
> Thank you for replying.
>
> For the time being, I will try replying to the customer one time.
> I will report to you if there is a response.
>
> Kinoshita
> On Thursday, May 19, 2005   7:31:38 PM +0900
> Kazutaka_Nishimura@mtpdt.mei.co.jp wrote:
>
>>
>> Kinoshita
>> Cc: Sanogawaya
>>
>> Sorry to be so late in replying.
>> Upon conferring in house, we could not come up with a satisfactory reply.
>> Sincere apologies.
>>
>> Asking: US $28-29 (ITC, CIF-QDC)


Confidential                                                      MTPD-0523074E_Translation

>> Reply: US $32 (ITC, FOB-BKK)
>>
>> We can only propose a price similar to that of the export model, about which Skyworth had inquired.
>> Please try throwing this out one time to the customer, and see what response you get.
>>
>> I wonder whether they will say that it is unsatisfactory.
>>
>> Nishimura
>>
>>
>>
>>
>
>> Ayumu Kinoshita
>
>> <kinosita.ayumu@jp.pan                To:      "Ohmori
> /MTPDT" <masaru_ohmori@mtpdt.mei.co.jp>, Kazutaka Nishimura, Kazutaka
>>                         asonic.com>                    Nishimura
> <nishimura.kazutaka@jp.panasonic.com>, Masaki Sanogawaya, Masaki Sanogawaya
>
>>
> <sanogawaya.masaki@jp.panasonic.com>
>
>>                              05/12/2005      3:11 PM         Cc:
>
>>                                                 Subject: Urgent (New
> inquiry) Hisense for USA, etc. 15, 21, 29PF, 32WPF
>>
>
>>
>>
>>
>>
>> Nishimura
>> Cc: Ohmori, Sanogawaya
>>
>> Thank you as always.
>>
>> Coming straight to the point: Recently, during the GW period (Chinese workers' holiday) in accordance with the below information from Hisense
>> Import & Export Co., Ltd., an inquiry was received regarding 15PF.
>>
>> Plan summary:
>> · For US Walmart / BB
>> Mass production, starting in August

>> · Planned number of units: 20-30 K/M
>> · Asking price: $28-29/CIF-QDO
>> Order 1) Apparently snatched this one away from Orion.
>> Order 2) At present there is no movement from other companies. This is still being reviewed.
>>
>> In addition to this project, according to the below, it seems there is an order accepted for WM/BB, they are accepting orders for a household electronics air
conditioner.
>> Since our company has been asked for an estimate, please give me your best answer in this regard, after
>> thinking it over.
>>
>> Sanogawaya has told us about the revenue and expenditure situation as to 15PF at your company, as well as the selling prices of other companies,
>> we therefore understand that the above requested price is a bit difficult.

>> I do not yet sufficiently comprehend your company's 15PF production position, but please do your best
>> for us at this time.
>>
>> I image it must be difficult, but I am just tossing this out to see how you respond.
>>
>> Kinoshita
>>
>> Forwarded by Ayumu Kinoshita <kinosita.ayumu@jp.panasonic.com>
>> Subject: (New inquiry) Hisense for USA, etc. 15, 21, 29PF, 32WPF
>> ----
>>
>> Dear Sanogawaya,
>>
>>
>> Thanks as always.
>> Coming straight to the point, new developments have come to light (recent information), so I am providing the following
>> report.
>>
>> 1. US Best Buy project
>> ① 21" PF
>> Concerning the US Best Buy project that has been under review for the past few days, it is surmised that, as
>> previously reported, this business has been successfully snatched away from Orion. As of yet, it looks like the only manufacturer we can confirm is accepting
>> orders is Hisense, but it looks as though multiple companies will receive orders.
>> Summary of the order received by Hisense: Mass production starting in May; planned number of units: 20 K/M
>> For the CRT vendor one IRICO company has been chosen. However, all that has been decided on is that mass production will start in
>> May. The price finally agreed on with IRICO is $37.30 (CIF-Tsingtao). However, since IRICO is a Chinese local
>> manufacturer, it appears that the deal involves shipping, with export details to be handled using the Xian free trade zone.
>> In addition, the competing price proposal was $37.50 from LPD. Incidentally, BMCC is said to have proposed $39. Both
>> were dropped.
>> According to Tonny Yuan (in Purchasing), beginning in June, they will use the vendor who responds with the lowest
>> price. It looks as though they may take delivery from multiple vendors at peak time(s).

>>
>> ② 15" PF
>> An inquiry has been received for the 15" PF. This relates to Best Buy or Walmart. The inquiring party avoided saying
>> clearly who the end user would ultimately be, but it seems to be a major player.
>> Summary of the order received: Mass production, starting in August; planned number of units: 20-30 K/M
>> Our company has received an urgent request for an estimate.
>> An asking price of $28-29 would be very difficult for our company. As always, they are insisting on their asking price,
>> and so, I want to have our company make our best counteroffer to the Hisense Import & Export Co., Ltd. department concerned.
>> When they were making basic arrangements for this project, we received an urgent request for sample(s).
>> I would like to talk with you. Would you call MTPDT?
>>
>> ③ 29: PF/SF
>> For this project, as reported earlier, we are considering shipping from an OEM factory in Malaysia, in order to avoid violating
>> US antidumping regulations. On May 9-11, Hisense executives (Assistant CEO Sung, senior manager of the Sales Department, etc.)
>> will visit OEM factories in Malaysia (around 3-4 companies), and they plan to conclude a final contract. During that time, they
>> plan to visit MTPDM on May 10, in the morning. Our company's employees will also visit MTPDM in the afternoon/evening, including dinner, and
>> plan to respond in conjunction with MTPDM. During the meeting at MTPDM progress will be reviewed, and the aim will be to confirm the plan and obtain the
>> project.
>>
>> 2. Australia-oriented projects
>> ① 21" PF (South ITC)
>> For the 5 K in April, BMCC has responded with $39. It is expected that the May order will be received after
>> the May Day holiday. MTPDM/BMCC will respond in accordance with the quantity to be ordered and the asking price.
>>
>> ② 32" WPF (Southern Hemisphere/Himeji inventories)
>> A copy of the order form was obtained yesterday. It is expected that a copy of the L/C will be received today. The quantity requested will be changed from
>> 424 units → 520 units. Additional order. Based on our company's forecast of 424 units, an ETD of 5/13, after GW, is
>> anticipated, and there is an agreement to respond as to the delivery schedule for the additional quantity ordered after GW.
>> In addition, when we indicated that 1400 units in stock would be disposed of after handling the May shipment, they commented that
>> a purchase was possible within the present year. When we asked whether an order form could be issued, they replied in the
>> negative, saying that internal rules are such that only the end user can issue the order.
>> I would like to discuss our response on this matter with you before the final decision as to disposal is made at Takatsuki on
>> May 20.
>>
>> That's all for now; I know it is longwinded, but it is for your information.
>>
>> In addition, Mr. Pang of MTPDM has obtained information concerning the 21PF for 1-② BB, and since
>> he says it is his responsibility to report to Tomori (top priority), please send an inquiry from MTPD to MTPDM
>> Monday or thereafter.
>>
>> Kinoshita
>>
>> * My e-mail address has changed.
>> Changed my e-mail address!!
>> -------------------------------------------------------------------------------------------------

Confidential

>> Beijing Matsushita Color CRT Co., Ltd. (BMCC)
>> Stationed at BMCC
>>
>> Ayumu Kinoshita / Ayumu Kinoshita
>>
>> Tel +86-10-6436-3168
>> Fax +86-10-6437-6154
>> E-mail: kinoshita.ayumu@jp.panasonic.com
>> -------------------------------------------------------------------------------------------
>>
>> --------------------------- Original Message Ends -----------------------------------

>> * My e-mail address has changed.
>> Changed my e-mail address!!
>> -------------------------------------------------------------------------------------------
>> Beijing Matsushita Color CRT Co., Ltd. (BMCC)
>> Stationed at BMCC Beijing
>>
>> Ayumu Kinoshita / Ayumu Kinoshita
>>
>> Tel +86-10-6436-3168
>> Fax +86-10-6437-6154
>> E-mail: kinoshita.ayumu@jp.panasonic.com
>> -------------------------------------------------------------------------------------------
>>
>>
>>
>>
>
> * My e-mail address has changed.
> Changed my e-mail address!!
> -------------------------------------------------------------------------------------------
> Beijing Matsushita Color CRT Co., Ltd. (BMCC)
> Stationed at BMCC Beijing
>
> Ayumu Kinoshita / Ayumu Kinoshita
>
> Tel +86-10-6436-3168
> Fax +86-10-6437-6154
> E-mail: kinoshita.ayumu@jp.panasonic.com
> -------------------------------------------------------------------------------------------
>
>
>

Confidential

>
* My e-mail address has changed.
Changed my e-mail address!!
-------------------------------------------------------------------------------------------------------------
Beijing Matsushita Color CRT Co., Ltd. (BMCC)
Stationed at BMCC Beijing

Ayumu Kinoshita / Ayumu Kinoshita

Tel +86-10-6436-3168
Fax +86-10-6437-6154
E-mail: kinoshita.ayumu@jp.panasonic.com
-------------------------------------------------------------------------------------------------------------



| | |
|---|---|
| **Kazutaka Nishimura/tddt/th**<br>2005/05/26 14:06 | To 木下 歩 <kinoshita.ayumu@jp.panasonic.com><br><br>cc<br><br>bcc<br><br>Subject   Re:【MTPDT15PF】Hisense米国向他15,21,29PF、32WPF□ |

よろしくお願いします。

西村
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Kazutaka Nishimura
Sales & Marketing Department

MT Picture Display (Thailand) Co.,Ltd.
142 Moo 5, Bangkadi Industrial Park,
Tivanon Road, Tumbol Bangkadi,
Amphur Muang, Pathumthani 12000, Thailand
Tel +66-2-963-9600 Ext 5910, +66-2-963-9626(Direct)
Fax+66-2-963-9638
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
木下 歩 <kinoshita.ayumu@jp.panasonic.com>



| | |
|---|---|
| **木下 歩**<br><kinoshita.ayumu@jp.pan<br>asonic.com><br>2005/05/24 17:22 | To: Kazutaka_Nishimura@mtpdt.mei.co.jp<br>cc: 大森さん/MTPDT <masaru_ohmori@mtpdt.mei.co.jp>、ニシムラ カズタカ、西村 和孝 <nishimura.kazutaka@jp.panasonic.com>、サノガワヤ<br>マサキ、佐野川谷 昌樹 <sanogawaya.masaki@jp.panasonic.com><br>Subject: Re:【MTPDT15PF】Hisense米国向他15,21,29PF、32WPF |

西村さん

お世話になります。
やはり高い！とのことで、彼らの要望価格である$28をベースに、IRICOとタイ
CRTと交渉しているらしいです。$30を切らないと可能性はなさそうです。。。
引き続き、ウオッチします。

6月6日週に訪問予定ですので、その際に現場確認もします。

木下

On Mon, 23 May 2005 11:20:26 +0900

MTPD-0523073

Kazutaka_Nishimura@mtpdt.mei.co.jp wrote:

>
> 木下さん
>
> 渋チンの回答で申し訳ありませんが、得意反応をみてください。
>
> 西村
>
>
>
>                     木下　歩                        To:       Kazutaka_Nishimura@mtpdt.mei.co.jp
>                     <kinoshita.ayumu@jp.pan         cc:       大森さん/MTPDT <masaru_ohmori@mtpdt.mei.co.jp>、ニシムラ カズタカ、西村
> 和孝                 asonic.com>                              <nishimura.kazutaka@jp.panasonic.com>、サノガワヤ マサキ、佐野川谷 昌樹
>                     2005/05/20 14:12                          <sanogawaya.masaki@jp.panasonic.com>
>                                                     Subject:  Re: 【MTPDT１５PF】Hisense米国向他15,21,29PF、32WPF
>
>
>
>
>
> 西村さん
>
> ご無沙汰しております。
> ご回答、有難う御座います。
>
> 取り合えず、本件、一度お客様へ回答をしてみます。
> 反応あり次第、ご報告致します。
>
> 木下
> On Thu, 19 May 2005 19:31:38 +0900
> Kazutaka_Nishimura@mtpdt.mei.co.jp wrote:
>
> >
> > 木下さん
> > CC)佐野川谷さん
> >
> > 回答遅くなり申し訳けございません。
> > 社内で協議しました結果、満足のいく回答ができません。
> > 重ね重ね申し訳なし。
> >
> > 要求　US$28-29(ITC,CIF-QDC)

MTPD-0523074

＞＞ 回答　US$32(ITC,FOB-BKK)
＞＞
＞＞ SKYWORTHから引き合いのあった輸出モデルにも同様な価格提示しかできず。
＞＞ これにて客先に一度投げかけてもらい反応を見てください。
＞＞
＞＞ 不満言われるかなー。
＞＞
＞＞ 西村
＞＞
＞＞
＞＞
＞＞
＞
＞＞　　　　　　　　　　　　　　木下　歩
＞
＞＞　　　　　　　　　　<kinoshita.ayumu@jp.pan　　　　To:　　　"大森さん
＞ /MTPDT" <masaru_ohmori@mtpdt.mei.co.jp>、ニシムラ　カズタカ、西村
＞＞　　　　　　　　　　　asonic.com>　　　　　　　　　　和孝
＞ <nishimura.kazutaka@jp.panasonic.com>、サノガワヤ　マサキ、佐野川谷　昌樹
＞
＞＞
＞ <sanogawaya.masaki@jp.panasonic.com>
＞
＞＞　　　　　　　　　　2005/05/12 15:11　　　　　　　　cc:
＞＞
＞＞　　　　　　　　　　　　　　　　　　　　　　　　Subject:　至急　【新
＞ 規引合】Hisense米国向他15,21,29PF、32WPF
＞＞
＞
＞＞
＞＞
＞＞
＞＞
＞＞ 西村さん
＞＞ cc:大森さん、佐野川谷さん
＞＞
＞＞ お世話になります。
＞＞
＞＞ 早速ですが、先日ＧＷ期間（中国労働節）中に、Hisense　Imp＆Exp社より下記
＞＞ 報告の通り、15PFの引合いを受けております。
＞＞
＞＞ 【企画概要】
＞＞ ・米国Wal　Mart　/　BB向け
＞＞ ・量産　8月〜

MTPD-0523075

＞＞・企画台数　20-30K/M
＞＞・要望価格　$28-29/CIF-QDO
＞＞注１）ORIONから奪取したようす。
＞＞注２）現時点の他社動向はなし。引き続き確認中。
＞＞
＞＞本プロジェクトの他にも、下記の通り、WM/BB向けに受注を得たようで、白物の
＞＞エアコンも受注しているそうです。
＞＞つきましては、当社への見積り要望がありますので、ご検討のうえ、ベスト回答
＞＞頂きたく。
＞＞
＞＞当方、貴社における15PFの収支状態・他社売り価格は、佐野川谷さんから教示し
＞＞てもらっておりますので、上記の要望価格は大変厳しいものと理解もしておりま
＞＞す。
＞＞
＞＞貴社における15PFの生産ポジションも十分に把握しておりませんが、何卒、現時
＞＞点のベストを頂ければと思います。
＞＞
＞＞難しいとは思いますが、それを一度投げかけ、反応を探ります。
＞＞
＞＞木下
＞＞
＞＞Forwarded by 木下　歩 〈kinoshita.ayumu@jp.panasonic.com〉
＞＞　Subject：【新規引合】Hisense米国向他15,21,29PF、32WPF
＞＞----
＞＞
＞＞
＞＞佐野川谷さん
＞＞
＞＞お世話になります。
＞＞早速ですが、首題の件、新たな展開（最新情報）を掴みましたので、ご報告いた
＞＞します。
＞＞
＞＞１．米国Best　Buyプロジェクト
＞＞①21″PF
＞＞先日から確認中の米国Best　Buy向けプロジェクトですが、既報の通り、本件
＞＞ORIONからの奪取に成功したものと推測されます。受注メーカーは、依然Hisense
＞＞社しか確認できておりませんが、複数社受注した様子。
＞＞Hisense社の受注概要は、『5月～量産　企画台数　20K/M』。
＞＞CRTベンダーは、IRICOの1社に決定。但し、決定しているのは、量産初月の5月の
＞＞み。IRICOとの最終決着価格は、$37.30（CIF-青島）です。但し、IRICOは中国地
＞＞場メーカーですので、西安のFTZを利用した輸出扱いの出荷販売のようす。
＞＞他、競合の提示価格ですが、LPDが$37.50。ちなみに、BMCCは$39とのこと。両者
＞＞ともドロップ。
＞＞Tonny　Yuan（購買）曰く、6月以降は、最安値対応したベンダーを採用するとの
＞＞こと。ピーク時には、複数社の納入もありえる様子です。

Confidential

MTPD-0523076

> > ②15″PF
> > 15″PFの引合いが来ました。これも、Best Buyか、Wal Mart系。最終エンドユー
> > ザーは明言をさけておりますが、ビッグネームのようです。
> > 受注概要は、『8月～量産　企画台数　20～30K/M』。
> > 当社への至急見積もり依頼が、来ております。
> > 要望価格は、$28-29と、大変厳しい価格です。いつもながら、あくまでも要望で
> > すので、当社からHisense輸出入部門へ出せるベスト回答を致したく。
> > 大筋で本件まとまれば、至急サンプル対応の要求を受けております。
> > ご相談いたしたく。MTPDTへ繋ぎますか？
> >
> > ③29″PF/SF
> > 本件、既報の通り、米国AntiDumping回避策として、マレーシアOEM工場から出荷
> > 対応を検討。5月9-11日に、Hisense幹部（宋副総経理、営業部長他）が、マレー
> > シアOEM工場（3～4社ほど）訪問し、最終契約を結ぶ予定。その際、5月10日午前
> > に弊員MTPDMを訪問する予定。弊員MTPDM訪問し、前後・夕食も含め、MTPDMと協力し
> > て対応予定。MTPDMでの打合せ時に、本案件の進捗確認と獲得を目指す。
> >
> > ２．オーストラリア向プロジェクト
> > ①21″PF（南ITC）
> > 4月5kは、BMCCより$39で対応。5月注文については、Forecastをメーデー休暇明
> > けに入手する予定。注文数・要望価格に応じて、MTPDM/BMCCで対応する。
> >
> > ②32″WPF（南球/姫路在庫）
> > 昨日、注文書コピーを入手。L/Cコピーも本日入手の予定。要望数が、424本⇒
> > 520本へ。追加受注。当初の424本Forecastベースで、GW明け5/13ETDを予定し
> > ており、追加受注分の対応は、GW明けに納期回答をすることで、合意。
> > 尚、5月出荷対応後の1400本の在庫を廃棄する旨を伝えると、今年中に販売可能
> > とのコメント。注文書を発行出来るかとの問いには、社内ルール上、注文はエン
> > ドユーザーからの注文を以てのみ、発行出来るとのことで、ネガティブ。
> > 本件、高槻での5月20日の廃棄処理最終判断時までに、対応についてご相談いた
> > したく。
> >
> > 以上、長くなりましたが、ご報告まで。
> >
> > 尚、1-②BB向け21PFについては、MTPDM Pang氏が掴んだ情報であり、彼の職責
> > 上、戸森さんへの報告が必要（最優先）とのことで、MTPDからMTPDMへの問い合
> > わせは、月曜日以降でお願いします。
> >
> > 木下
> >
> > ＊ メールアドレスが変更しました。
> >  Changed my email address!!
> > ----------------------------------------------------------------

Confidential

```
> > Beijing  Matsushita  Color  CRT  Co.,  Ltd.   (BMCC)
> > BMCC駐在
> >
> > Ayumu Kinoshita / 木下　歩
> >
> > Tel +86-10-6436-3168
> > Fax +86-10-6437-6154
> > E-mail: kinoshita.ayumu@jp.panasonic.com
> > -------------------------------------------------------------
> >
> > -------------------- Original Message Ends --------------------
> >
> > * メールアドレスが変更しました。
> >   Changed my email address!!
> > -------------------------------------------------------------
> > Beijing  Matsushita  Color  CRT  Co.,  Ltd.   (BMCC)
> > BMCC一北京駐在
> >
> > Ayumu Kinoshita / 木下　歩
> >
> > Tel +86-10-6436-3168
> > Fax +86-10-6437-6154
> > E-mail: kinoshita.ayumu@jp.panasonic.com
> > -------------------------------------------------------------
> >
> >
> >
> >
>
> * メールアドレスが変更しました。
>   Changed my email address!!
> -------------------------------------------------------------
> Beijing  Matsushita  Color  CRT  Co.,  Ltd.   (BMCC)
> BMCC一北京駐在
>
> Ayumu Kinoshita / 木下　歩
>
> Tel +86-10-6436-3168
> Fax +86-10-6437-6154
> E-mail: kinoshita.ayumu@jp.panasonic.com
> -------------------------------------------------------------
>
>
>
```

Confidential

MTPD-0523078

〉

\* メールアドレスが変更しました。
  Changed my email address!!
――――――――――――――――――――――――――――――――――――――
Beijing  Matsushita  Color  CRT  Co.,  Ltd.   (BMCC)
BMCC－北京駐在

Ayumu Kinoshita / 木下　歩

Tel +86-10-6436-3168
Fax +86-10-6437-6154
E-mail: kinoshita.ayumu@jp.panasonic.com
――――――――――――――――――――――――――――――――――――――

Confidential