# Exhibit 31

**To:** CN=Jan De Lombaerde/OU=SGP/OU=CE/O=PHILIPS@PHILIPS[jan.de.lombaerde@philips.com]; CN=Bonnie Zhu/OU=SZH/OU=CE/O=PHILIPS@PHILIPS[.]; CN=Cassio Brigide/OU=SAO/OU=CE/O=PHILIPS@PHILIPS[cassio.brigide@philips.com]; CN=Celso Ligo/OU=SAO/OU=CE/O=PHILIPS@PHILIPS[.]; CN=Chris Ulewicz/OU=KNX/OU=CE/O=PHILIPS@PHILIPS[.]; CN=Eric Yong KY/OU=SGP/OU=CE/O=PHILIPS@PHILIPS[.]; CN=Fanqun Xu/OU=SZH/OU=CE/O=PHILIPS@PHILIPS[.]; CN=Herman Hensen/OU=EHV/OU=CE/O=PHILIPS@PHILIPS[.]; CN=Ng KK/OU=SGP/OU=CE/O=PHILIPS@PHILIPS[.]; CN=Robson Esteves/OU=SAO/OU=CE/O=PHILIPS@PHILIPS[.]; CN=Sujian Ma/OU=SZH/OU=CE/O=PHILIPS@PHILIPS[.]

**Cc:** []
**Bcc:** []
**From:** Alan Tan (alan.tan@philips.com)
**Sent:** Sat 8/26/2006 6:10:03 AM
**Importance:** High
**Subject:** Re: Fw: 21FSQ delivery and increase request
**MAIL_RECEIVED:** Sat 8/26/2006 6:09:42 AM

Dear all,
Please find the following summary on the supply situation for 21FSQ as discussed with most CRT suppliers this week.

CPT
60K was secured in August, but so far TTE did not buy in this stock and we are pushing for their action to do so immediately otherwise we risk losing this allocation.  Allocation in Sept is 70K, but will reduce to  50K in Oct due to factory shutdown one week (Malay holidays).  Current Q3 price at 28USD and we expect increases in Q4.

SEG-Hitachi
Prior to new WoW end June, TTE had normally procure 60-70K/ month tubes for Philips requirement.  At end June, when TTE cut off all communication with SEG-Hitachi pertaining to Philips requirement, we ended up with no allocation in July, and only 10K in August and subsequently 10K/month allocation.  Price with SEG-Hitachi is normally agreed on monthly basis.  August price was 28USD and we expect increases in Sept.   But based on structural discussion, we could not secure enough tubes (only 10K/month).  SEG-Hitachi proposed to supply 3 months quantities at 30USD price not negotiable.  We indicated our intention to consider 70K in Sept, 80K in Oct and 40K in Nov.  We will check by early next week, the detailed split qunatities per model for Sept-Nov. Then we expect to reply SEG-Hitachi our acceptance of the 30USD price  based on those substantiated quantities.

LPD
We have allocation from Huafei 30K (16K to Masa, rest to Huizhou) in Sept and 35K (10-15K to Masa, rest to Huizhou) in Oct. Huafei will consider additional 5K in Sept.   From Changsha, we have 10K in Sept and 15K in Oct.  Changsha will consider additional 5K in Sept.  Bekasi tube being organised for release in L03SP Nafta set.  Target release before end Oct, hence allocation 10K in Oct and 40K in Nov.  Current Q3 prices at 27.7USD. Increases expect in view of LPD factories indication that current prices already higher and expect 1-3USD increases in Q4.

SDI
We are allocated 10K in Sept and 20K in Oct.  But SDI indicated only 5K in Nov due to their production shift towards Slim tube.
Deliveries in recent past (July onwards) was badly compromised due to payment situation. Situation with Shenzhen immproving, but with Tianjin, overdues remain high with TTE.  We need TTE to start LC terms with SDI for all OEM Philips requirement to ensure that we are guaranteed  all allocation agreed. Jan has informed this to TTE for implementation.   TTE had been instructed to issue immediately the PO for 10K in Sept (price 27.8USD).  Q4 price will discussed during BRM with SDI in wk637.

Irico
Although we had Irico tube released in all Nafta/Latam sets, the current tube has now DY design change for cost.  Suggestion to develop new design to be compatible with previous model and type number.  Irico will start organise sampling next week for feasibility study at TTE.  Considering leadtime of 1 month for tube procurement and 1.5month for tube release, at best we can only start planning to use this tube in mid Nov.   Current price indicated at 28.5USD.  Their expectation this goes up to 29-30USD in Q4.

CONFIDENTIAL                                                                    PHLP-CRT-172663

Summing up the above, we have accessible 21FSQ supplies per month as follows :

September:
130K   from CPT  (we risk losing 60K August quantities if TT not out soon)
70K    from SEG-Hitachi  (Sep-Nov package deal)
40K    from LPD   (30K Huafei, 10K Changsha). Additional 5K each from Huafei
and Changsha to be updated next week.
10K    from SDI   (need LC)
250K   Total

October:
50K    from CPT
80K    from SEG-Hitachi  (Sep-Nov package deal)
60K    from LPD   (35K Huafei, 15K Changsha, 10K Bekasi to be released by then)
20K    from SDI   (Need LC)
210K   Total

November:
65K    from CPT
40K    from SEG-Hitachi (Sep-Nov package deal)
90K    from LPD  (35K Huafei, 15K Changsha, 40K Bekasi)
5K     from SDI   (need LC)
200K   Total


Deployment will be executed within next week.  Let me know if any concerns.
Hope to have clarifed.

Best regards,
Alan Tan
Philips Electronics Singapore Pte Ltd
620A Lorong 1 Toa Payoh
Singapore 319762
Telephone (65) 6882 3692
Fascimile (65) 6250 4593




Jan De Lombaerde
2006-08-23 11:47 PM

        To
        Ng KK/SGP/CE/PHILIPS@PHILIPS
        Eric Yong KY/SGP/CE/PHILIPS@PHILIPS
        Fanqun Xu/SZH/CE/PHILIPS@PHILIPS
        Alan Tan/SGP/CE/PHILIPS@PHILIPS
        Chris Ulewicz/KNX/CE/PHILIPS@PHILIPS
        Bonnie Zhu/SZH/CE/PHILIPS@PHILIPS
        Sujian Ma/SZH/CE/PHILIPS@PHILIPS
        Celso Ligo/SAO/CE/PHILIPS@PHILIPS
        Cassio Brigide/SAO/CE/PHILIPS
        Herman Hensen/EHV/CE/PHILIPS@PHILIPS
        Robson Esteves/SAO/CE/PHILIPS@PHILIPS
        cc

        Subject
        Fw: 21FSQ delivery and increase request
        Classification
        Unclassified

CONFIDENTIAL                                              PHLP-CRT-172664

Dear All,
please find a copy of an e-mail just sent out re the critical delivery
situation for 21FSQ in the coming months.
I am sure that somehow you will be contacted to discuss this issue.  Please
support wherever you can to ensure timely feedback.
thanks
Jan

Jan De Lombaerde

Vice President PCE, Mainstream Displays
Purchasing Mgr BL CRT TV / Projection Displays

Tel :  +65-6882-3161 (direct) or 6882-3509, mobile : +65-92963662
E-mail:  jan.de.lombaerde@philips.com
----- Forwarded by Jan De Lombaerde/SGP/CE/PHILIPS on 2006-08-23 11:43 PM -----

Jan De Lombaerde
2006-08-23 11:43 PM

        To
        Andy Mintz/ATL/CE/PHILIPS@PHILIPS
Todd Richardson_2/ATL/CE/PHILIPS@PHILIPS
Alejandro Carullo/SAO/CE/PHILIPS@PHILIPS
Paulo Ferraz/SAO/CE/PHILIPS@PHILIPS
        cc
        Lou Schreurs/SGP/CE/PHILIPS@PHILIPS
Pieter Vervoort/SGP/CE/PHILIPS@PHILIPS
        Subject
        21FSQ delivery and increase request
        Classification
        Unclassified

Dear Andy/Todd/Paolo/Alejandro,

Some of you have been experiencing the critical situation on 21FSQ out of China
already very recently.  Especially Latam has been suffering already as, because
of the start of the 21FSQ in TTE Masa, we only had one tube (from LPD Hua Fei)
released and there is not enough capacity.  Nafta until now has been spared of
any shortages, because basically Chunghwa (out of Malaysia)  has been able to
follow demand.

Situation though is dramatically changing by the day :
1) demand keeps on increasing as everyone, especially in Nafta, seems to be
increasing orders
2) last week Asahi Singapore announced the urgent need for an overhaul of a
glass oven, which means that Chunghwa will be missing an output of about 50-70K
glass panels
3) more rumours that some local Chinese glass suppliers are loosing too much
money and they will not invest in new lines as planned and even reduce current
output
4) we have a particular problem with TTE, as they have been claiming more
capacity from Chinese suppliers based on their higher plans.  They have done
this with suppliers where we normally do not have good access like Irico and
SEG-Hitachi.

As we do not have enough tubes for the demand in September through November and

CONFIDENTIAL

as Nafta has put an extra request of 150K for October-December, I have planned
a number of concrete actions :
1) discussions with all the supply base.  Today I met Hitachi, with whom we
normally do not do very much business
2) tomorrow Wednesday, Pieter and myself are meeting LPD mgt in Hong Kong to
study what Extra they can do.
3) another discussion is planned on Friday in Shenzhen with Samsung.  Here I am
not to hopeful though as SDI focuses very much on RF and Slim and from
experience, we know that their support will be limited, maybe max. 10K/month.
4) an extra negotiation is planned, also for Friday with Irico.

The reason that I am writing to you is quite extraordinary in a sense : today
in the meeting, a scenario developed whereby we see opportunities to secure an
extra number of tubes in the market.  Let me use the opportunity to stress that
everybody seems to realise that this is the last chance for Nafta, before the
mandate starts, to plan and sell extra 21FS sets.  That is why this shortage
is developing now for Q4, after which there will be no issue anymore.

Concrete proposal on the table is the following :
- current pricing for September is on average $28 for a 21FS tube
- current forecast and commitment from Hitachi is 10K/month
- our shortage at this moment is about 40K in September and 60K in October

After quite some negotiations, Hitachi came with the following proposal :
- in stead of 10K for September, October and November, they are prepared to
commit 70K for September, 80K for October and 40K for November on the condition
that we pay $30.  Price is not negotiable but quantity is still.
- they need an answer on the volume commitment that we are prepared to take by
Monday August 28.

Comment from my side at the moment :
- an excellent chance to tackle the shortage problem and avoid big issues with
deliveries for the coming 2/3 months
- good opportunity to take tubes away from competitors
- of course 'some kind of blackmailing' from the side of Hitachi, but
"understandable" in the current market environment where there will be huge
overcapacity from Q1 next year onwards
- this indeed means an extra $2 increase from September onwards, but
a) it secures extra quantities for the whole of Q4
b) it is still unclear what the other suppliers will do but it looks like they
will also come with increases.  So the $2 "premium" will after all probably be
smaller to the average price in the market.

My proposal to all of you is to accept this deal, but I need your commitment to
go for this.  I will keep on negotiating with the other suppliers and update
you at the end of the week.  I can assure that I will do everything possible to
limit the effects of the increases, but please be aware that the overall
pressure remains (plastics, copper, glass) and that there are very few
opportunities to save costs elsewhere.

In case that you would like to talk to me, feel free to give me a ring.  Pieter
and myself (and two of my guys) will be in LPD HK HQ tomorrow Thursday and in
the afternoon in Shenzhen to further negotiate.

thanks for really considering the above issue and feed back to us asap.

kind regards,
Jan

Jan De Lombaerde

Vice President PCE, Mainstream Displays
Purchasing Mgr BL CRT TV / Projection Displays

Tel :  +65-6882-3161 (direct) or 6882-3509, mobile : +65-92963662
E-mail:  jan.de.lombaerde@philips.com

The information contained in this message is confidential and may be legally
privileged. The message is intended solely for the addressee(s). If you are not

the intended recipient, you are hereby notified that any use, dissemination, or reproduction is strictly prohibited and may be unlawful. If you are not the intended recipient, please contact the sender by return e-mail and destroy all copies of the original message.


The information contained in this message is confidential and may be legally privileged. The message is intended solely for the addressee(s). If you are not the intended recipient, you are hereby notified that any use, dissemination, or reproduction is strictly prohibited and may be unlawful. If you are not the intended recipient, please contact the sender by return e-mail and destroy all copies of the original message.

CONFIDENTIAL

# Exhibit 32



info@certifiedtranslate.com   2425 Olympic Blvd., Suite 4000W   usa   1-888-856-2228
www.certifiedtranslate.com   Santa Monica, CA 90404   int   +1-310-684-3153
  fax   +1-310-564-1944

## CERTIFIED TRANSLATION



A member of the American
Translators Association
ATA Member Number: 248719

*Documents Translated For:*

| Name: **David Y. Hwu** | Street Address: **706 Sansome Street** |
|---|---|
| Firm: **Saveri & Saveri, Inc.** | City/State/Zip: **San Francisco / CA / 94111** |

*Description of Document(s):*

| |
|---|
| |
| |
| **CHU00124417E - CHU00124419E** |
| |
| |
| |

| Source Language: **SIMPLIFIED CHINESE** | Target Language: **ENGLISH** |
|---|---|

WITH REFERENCE TO THE ABOVE MENTIONED MATERIALS/DOCUMENTS, we at Language Fish LLC (doing business as www.certifiedtranslate.com), a professional document translation company, attest that the language translation completed by Language Fish's certified professional translators, represents, to the best of our judgment, an accurate and correct interpretation of the terminology/content of the source document(s). **This is to certify the correctness of the translation only.** We do not guarantee that the original is a genuine document or that the statements contained in the original document(s) are true.

IN WITNESS WHEREOF, Language Fish LLC has caused the Certificate to be signed by its duly authorized officer(s).

**By:**   Sean Kirschenstein, Director      **Date:**   February 21, 2019

A copy of the translated version(s) is attached to this statement of certification.

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

On ___Feb. 21, 2019___ before me, ___Kristin Gail Chamberlain___, Notary Public, appeared ___Sean Kirschenstein___, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature ___Kristin Chamberlain___



KRISTIN GAIL CHAMBERLAIN
Notary Public - California
Los Angeles County
Commission # 2141880
My Comm. Expires Feb 7, 2020

Internal Material
Confidential

# Information Weekly

| Marketing Department | Issue 109 | 2006.5.8 - 2006.5.14 |
|---|---|---|

| Factory | User information |
|---|---|
| General information | 1. Suffered a great depression after the "May 1 [Labor Day]" holiday in the color television market, various color television factories decreased volume one after another in their production plans in May; 2. TCL delivered poor sales volume with poor financial returns, IRICO has a high inventory of CRTs, one month production suspension at the Chengdu factory; 3. Quality issues occurred in CRTs from Konka, Hefei Haier and Xoceco ; 4. The 21" small DY is undergoing sample tube certification at TCL and Hisense; 5. Changhong launched a series of "Build a New Countryside, Changhong Joyful Journey" activities, and began to launch and operate the third and fourth tier markets. Changhong plans to gradually increase its volume from July to ensure the planned output for the entire year; 6. Samsung has already accepted Hisense and Haier as its key strategic partners. Last week, He Houmu from Samsung paid a visit to Hisense and discussed the collaboration during the later period. |
| Overseas | 1. An order of 44704 units from SHIVAKI has been processed to arrange inland transportation and shipping. During the past two or three months, SHIVAKI enjoyed the most normal operation, enabling a loan payment and on time shipping as scheduled on a basic basis with a relatively large volume and a complete variety of products.<br>2. During the recent period, the sales volume of SOKOL has been increasing steadily, which is noteworthy. In 2005, SOKOL had purchased CRTs of 21" thickness from IRICO, which was interrupted by poor material resources. Now it has been purchasing CRTs from SEG Hitachi; it plans to mobilize its certification and purchase of IRICO CRT models of 21" thickness.<br>3. 3. A total of 30,000 units of 21" thick and 21" PF from START have been waiting for shipment in Shanghai for many days; it had originally been planned to complete the shipping at the beginning of this month, but the payment is still pending, which is said to be a result of the general election in Ukraine. Therefore, we should |
| TCL | 1. Low sales volume, poor financial returns, with a comparatively high CRT inventory of about 70,000 - 800,000 units;<br>2. One-month suspension of production at the Chengdu factory;<br>3. The sample tubes of the small coil 21" thick have been installed on the prototype on May 12;<br>4. 4. During the "May 1" festival, TCL sold nearly 6000 LCDs, which is better than PDP. TCL believes that the LCD market is in an increasing trend, and the ascending trend of LCDs in Europe is greater than domestically in China. TCL expects LCDs to undergo rapid growth. |
| Konka | 1. A small batch of 32 units of 15" PFAK32 has undergone a pilot run on May 7 in Guankang, which were presented in good condition;<br>2. It is reported from Konka's U. S. customers that the 15" PF has an issue of barrel distortion, and IRICO technical personnel are investigating and negotiating countermeasures with Shenzhen Konka R&D personnel. It plans to borrow a core unit and the signal test disc from Konka R&D, and to confirm whether there is any issue on the sample tube, then send a sample tube directly from Xianyang to Konka's Shanghaifor customer's further confirmation (a sample unit left in the last sample that was provided has not yet been sent to the U. S., and the core unit is still available);<br>3. Hong Kong Konka Customs Group requested that all of the used quantities and retained quantities of the "Application Form for Deep Processing Carry-over for the Goods Export Zone of the Customs Export Processing Zone" which were confirmed to be archived by customs in the countries of both parties should be provided;<br>4. In response to the request by Konka Components for the recall of IRICO 14" north magnetic and 21" FS north magnetic tubes, IRICO will send relevant technical supervisors and leaders from No. 1 Plant and Display management leaders to communicate with Konka's technical department and leaders: (1) IRICO products sold to Konka are still in the introductory period, when the performance of color tubes are still in a running in stage with matching models; (2) IRICO will carry out the experiment according to the requirements on magnetic center and magnetic field of Konka color televisions as soon as possible, and will reply to Konka by May 20; (3) the Guankang 14" and 21" FS inventory tubes will not be cleared and returned to the manufacturer; IRICO should provide a feasible solution to Konka's technical department with regard to the existing issues, and the return process can be closed only after the approval of Konka's management; (4) upon use of the inventory tubes later, IRICO shall send technical engineers to the site to jointly study and resolve problems, and shall ask IRICO to compensate for any impact on the production efficiency of Guankang;<br>5. 5. The sales volume of 29" PF and 29" line by line color televisions were large during the "May 1" Festival; and the sales growth of two models of 25" color televisions was not large, of which the buyers |

AUTO PAGE

CONFIDENTIAL - GRAND JURY MATERIAL

| | |
|---|---|
| | are mainly from cities; and the sales volume of two 21" models was mediocre. The flat panel televisions are selling well in the Shenzhen television market, where the prices of 46 inch and 47-inch LCD televisions were decreased to below 20,000 yuan, and the 42 inch and 37-inch LCD televisions were decreased to 14,000 yuan and 10,000 yuan, respectively; some 32-inch LCD televisions were decreased to below 5000 yuan. In addition, the price of 42-inch plasma televisions was also decreased to below 8000 yuan. In addition, high definition televisions have become a highlight of the color television sales. Among them, Konka's new double high definition LCD products have brought in a profit of nearly 100 million yuan in 7 days. |
| Skyworth | 1.  200 units of 21" FS produced during the pilot run using a new FBT high voltage transformer have turned out to be good in quality. The engineering department has placed an order for trials of another 2000 units, which is expected to be arranged on the 16th;<br><br>2.  With the momentum of the "Spring Thunder Action" before the "May 1" Festival for the second time, Skyworth's sales of color televisions have seen a "blowout" growth during the "May 1" Festival Golden Week. According to the statistics, among them, the sales of LCD televisions during the "May 1" Festival have increased by 184.08% compared with the same period of last year, and the sales amount has increased by 153.57%. On May 2, LCD sales increased by 179%, and the amount increased by 193%.<br><br>3.  Skyworth launched a new recordable LCD television with video and wireless technology during the "May 1" Festival Golden Week. This LCD television can support real time recording, background recording and recording timing, using a special multimedia coder and decoder, which ensures the quality of saved program images to match that of a DVD. Also, a wireless blue wave technology suitable for fans is applied, so that a user can enjoy the high-fidelity sound of the program alone through wireless headphones without disturbing his or her family. This technology is planned to be applied to other series of televisions in the future;<br><br>4.  Recently, Skyworth Group has obtained the registration certificate for scientific and technological achievements from the Shenzhen Science and Technology and Information Bureau for its three independent research and development achievements as follows: Skyworth D/A compatible color television receiver, Skyworth digital optical background projection for health, and recordable television technology based on an embedded Linux operating system;<br><br>4.  The Huang Hongsheng Case has entered the final stage of statements before the case is closed. Huang Hongsheng's attorney, Lin Bingchang, said that he is expecting that the judgment will be declared before May 15. |
| Changhong | 1.  CRT televisions saw the launch of high-end televisions and ultra-thin televisions during the "May 1" Festival and launched the 21" FS television for 599 yuan, but the sales were mediocre, which were the same as the same period in the last year.<br><br>2.  During the "May 1" Festival, Changhong flat panel televisions saw a decrease in prices, enjoying good sales momentum. It is understood that the sales of flat panel televisions during the "May 1" Festival reached 800 million yuan;<br><br>3.  Changhong plans to gradually increase its production beginning in July to ensure the realization of planned production throughout the year;<br><br>4.  Changhong launched the "Build a New Countryside, Changhong Joyful Journey" activity, and began to launch and operate the third and fourth tier markets during this month; meanwhile, it is investing in the storefronts and showcases of the third and fourth tier markets to establish a solid foundation to ensure a stable market share in the rural markets;<br><br>5.  The market in Mianyang City declined greatly after the "May 1" Festival, where the CRT televisions had almost no sales except for some high-end televisions in the Jiafulai supermarket, and the flat panel televisions were stable in sales. Due to the price cut of 32" LCD and 37" LCD, the sales volumes of 34" and 29" IRICO televisions have declined. At present, the sales are in an extremely depressed status in rural markets. Although the price of IRICO televisions has been reduced, there has still not been any increase in sales, and according to the dealers in the third and fourth tier, this situation will continue until August - September.<br><br>6.  We are asking IRICO to send 300 units of 25 PF and 200 units of 25" FS to Urumqi using flexible transportation patterns; the Changhong quality department asked IRICO to reply as soon as possible to the feasibility of "ship back the returned tubes after confirmation from 13 points throughout the country". |
| Hisense | 1.  During the second half of May, the production was planned to be reduced by 13,000 units, and a total of 173,000 units of CRT televisions were produced. In general, it depends on the sales volume in the market. During the "May 1" Festival, the sales of color televisions will be around 250,000 units from May 1 to 7, of which 42% will be high end televisions;<br><br>2.  21" thick small DY has been imported into two models, the sample tube has been installed, and currently prototype testing is ongoing;<br><br>3.  Last week, He Houmu from Samsung paid a visit to Haixin to discuss the collaboration during the later period. Samsung has accepted Hisense and Haier as its key strategic partners.<br><br>4.  4. The market sales returned to the level before the holiday after the spectacular scene during the "May 1" Festival last week. Facing an undesirable market share, CRT televisions have achieved a very low sales volume, compared with a relatively good sales volume for LCD products. According to the market sales staff, during the "May 1" Festival, 29 high definition, and 34 high definition, LCD, and PDP sold well, while some of Hisense's LCD models were even completely sold out, and the market began to enter the offseason after the "May 1" Festival. |

AUTO PAGE

| | |
|---|---|
| Haier | Qingdao: 1. From June to November, there is an export order for 400,000 units of 21" PF, but it is required to use the original type of tube, and we hope that the IRICO leaders will agree on whether to supply the above units as soon as possible;<br>2. At present, many of Haier's orders for products to be exported to Europe have been rejected due to the increasing prices of raw materials, accessories failing to pass ROSH certification, and for other reasons.<br>Hefei: 1. The consistency of the size and positional deviation of the 14" (bonded) tube rings are strictly limited;<br>2. Depressed sales with very low popularity in various supermarkets. |
| Xoceco | 1. In April, the quality of the IRICO tubes was still outside of the required range, reaching 3200 ppm, although on site personnel were handling issues in a timely manner. The quality of 25" FS has improved, but 21" FS reached 3900 ppm, which is still not ideal. Water exists in some units of the 21" FS that were shipped to Xoceco on the May 7 and May 8, causing rust in the explosion-proof belt;<br>2. 2. The models and quantities supplied by Yongxin to Xoceco have been further decreased. |
| Panda | 1. Panda is currently facing an abnormal situation in production and sales, and is also suffering from an extremely difficult dilemma in its funding situation. It has entered a rectification stage, and thus the production volume in May will be very small;<br>2. Huafei pays special attention to avoiding the risks that may be caused by poor management in Panda;<br>3. 3. After the "May 1" Festival, the Nanjing market will go back to a depressed situation; although some promotional activities are still ongoing, nonetheless the market has returned to the pre-holiday situation. |
| Soyea | 1. Production was very busy last week, and the work hours were extended to 9pm every day, with overtime work on Saturdays;<br>2. 2. The color televisions have suffered an extremely depressed market after the "May 1" Festival, with an average of 3 to 5 units being sold for various television brands every day. |
| Jinlipu | 100,000 units of 14" televisions (among which there were 50,000 units of model 110 and 50,000 units of model 139) and 50,000 units of 21" FS were exported in May. |

AUTO PAGE

CONFIDENTIAL - GRAND JURY MATERIAL

内部资料
注意保密



| 营销部 | 第 109 期 | 2006.5.8-2006.5.14 |

| 厂家 | 用户信息 |
|---|---|
| 综述 | 1、"五一"节过后彩电市场非常萧条，整机厂纷纷减少 5 月份生产计划；2、TCL 销售不好，回款较差，彩管库存较高，成都工厂放假一个月；3、彩虹管在康佳、合肥海尔、厦华出现质量问题；4、21″ 粗小 DY 在 TCL、海信正在进行样管认证；5、长虹开展"建设新农村，长虹欢乐行"活动，并在本月开始启动和运作三、四级市场。长虹计划从 7 月份开始逐步上量来保证全年计划产量的实现；6、三星已将海信、海尔作为战略重点合作伙伴，上周三星河侯穆来海信拜访，洽谈后期的合作事宜。 |
| 海外 | 1、SHIVAKI 的 44704 只定单，现已经开始陆续安排内陆运输、船运。近两三个月，SHIVAKI 的运做最为正常，数量相对较大、品种齐备，基本可按计划进行货款支付、实现船运；<br>2、近一段时期，SOKOL 的销量稳步上升，值得注意。SOKOL 在 2005 年曾采购彩虹 21″ 粗，后因资源问题中断、现采购赛格日立的管子；计划动员其对彩虹 21″ 粗新型号进行认证及采购。<br>3、START 的 21″ 粗、21″ PF 共计 3 万只已经在上海等待船运多日，原计划月初完成船运，但目前仍没有落实货款，据说是由于乌克兰国内正在进行大选，此批货物需重点关注。 |
| TCL | 1、销售不好，回款较差，彩管库存处于较高位置，约有 70—80 万；<br>2、成都工厂放假一个月；<br>3、彩虹 21″粗小线圈样管 5 月 12 日装样机；<br>4、TCL "五一" 期间 LCD 销售近 6000 台，比 PDP 情况要好，TCL 认为 LCD 呈上升状态，在欧洲 LCD 上升状态要比国内更高，TCL 预计 LCD 将呈现高速增长状态。 |
| 康佳 | 1、内销 15″ PFAK32 只小批量试流 5 月 7 日已在莞康进行，情况良好；<br>2、康佳美国客户反映 15″ PF 存在桶形失真，彩虹技术人员与深康研发与设计师商谈对策：从康佳研发借机芯和信号测试光盘回咸阳确认样管是否有问题，然后从咸阳直接再发一只样管到康佳上海客户确认（上次送样留下一台样机未送美国，机芯还在）；<br>3、香康报关组要求提供双方海关已确认备案的所有"海关出口加工区货物出区深加工结转申请表"已用数量及留存数量；<br>4、针对康佳部品要求清退彩虹 14″ 北磁和 21″ FS 北磁管事宜，彩虹派一厂和股份技术主管领导与康佳技术部门及领导进行交流和沟通：（1）彩虹产品在康佳外销上尚属导入期，彩管性能与机型的匹配还处于磨合期；（2）彩虹将尽快针对康佳彩电的磁心和磁场区域要求做摸底实验，5 月 20 日给康佳回复；（3）对莞康 14″、21″ FS 库存管不做清退，但目前存在问题彩虹需提供一个可行方案给康佳技术部门，上交康佳领导审批后方可撤销清退通知；（4）库存管再次上线使用时，彩虹要派技术工程师到现场共同研究和解决问题，并要求彩虹对由此影响莞康生产效率作出补偿；<br>5、"五一" 期间 29″ PF 和 29″ 逐行彩电销量较大；25″ 两个品种销量增长不大，主要为城 |

AUTO PAGE

|  | 市消费者；21＂两个品种销售一般。深圳彩电市场平板电视销售较好，46 英寸、47 英寸液晶电视的价格降至 2 万元以内，42 英寸和 37 英寸液晶电视则分别降到 1.4 万元和 1 万元，部分 32 英寸液晶电视甚至跌破 5000 元。此外，42 英寸等离子也跌破 8000 元。另外，高清电视成为彩电销售的一大亮点，其中，康佳双倍高清液晶新品，7 天时间就进账近 1 亿元。 |
|---|---|
| 创维 | 1、21＂FS 使用新的高压包试生产 200 只，效果良好，工程部已下单再试做 2000 只，预计安排在 16 日；<br>2、借助"五一"前再次掀起"春雷行动"，创维在"五一"黄金周期间，彩电销售出现"井喷"式增长。其中表现尤为突出的是液晶电视，据统计 5 月 1 日销量较去年同期增长 184.08%，销售金额增长 153.57%；5 月 2 日液晶销量增长 179%，金额增长 193%；<br>3、创维在"五一"黄金周新上市的带录象和无线技术的可录液晶电视，该液晶电视可支持实时录像、后台录像和定时录像，采用专用多媒体编解码，所保存的节目图像质量媲美 DVD 画质；还具有适合球迷的无线蓝波技术，通过无线耳机即可在不打扰家人的同时单独享受节目的高保真音效。该技术以后将运用到其他系列的电视机上；<br>4、近日创维集团又有三项自主研发的科技成果获深圳市科技和信息局科技成果登记证书，它们是：创维数模兼容彩色电视接收机、创维健康数字光学背投、基于嵌入式 Linux 操作系统的可录电视技术；<br>4、黄宏生案已进入结案陈述阶段，黄宏生代理律师林炳昌称预计 5 月 15 日前将做出判决。 |
| 长虹 | 1、CRT 电视在"五一"期间主推高端电视和超薄电视并推出 21＂FS 电视 599 元，但销售情况一般，和去年同期持平。<br>2、"五一"期间长虹平板电视在价格方面进行了下调，销售势头较好，据了解"五一"期间平板电视销售额达 8 亿元；<br>3、长虹计划从 7 月份开始逐步上量来保证全年计划产量的实现；<br>4、长虹开展"建设新农村，长虹欢乐行"活动，并在本月开始启动和运作三、四级市场，对三、四级市场店面和展台进行投入，为在农村市场有个稳定的占有率打下坚实的基础；<br>5、绵阳"五一"节后市场下滑很大，在家福来 CRT 电视除个别高端电视外几乎没有销量，平板电视走势平稳。由于 32＂LCD、37＂LCD 价格下调，导致 34＂、29＂CRT 电视销量下滑。农村市场目前销售非常淡，虽然 CRT 电视价格下调，但仍没有销量，据三四级市场经销商反映这种状况会持续到 8～9 月份。<br>6、恳请彩虹采取灵活的运输形式将 25＂PF300 只、25＂FS200 只发往乌鲁木齐；长虹质量部要求彩虹尽快回复"关于从全国 13 个点运回确认后的退货管"的可行性。 |
| 海信 | 1、5 月份下半月生产计划调减了 1.3 万台，CRTTV 总量为 17.3 万台。总体上来说，要看市场的销售情况。五一期间销售，5 月 1-7 日销售彩电 25 万台左右，其中 42% 为高端电视；<br>2、21＂粗小 DY 已导入两个机型，样管已装机，目前正在做样机测试；<br>3、上周三星河侯穆来海信拜访，洽谈后期的合作事宜，三星已将海信、海尔作为战略重点合作伙伴。<br>4、上周市场销售经过"五一"市场的火暴后，又恢复到了节前的状态。市场销售不理想，CRTTV 销售很淡，LCD 相对好销一些。据市场销售人员讲五一期间，29 高清、34 高清、LCD、PDP 销的较好，海信的 LCD 部分品种都买断销了，节后市场开始进入淡季。 |

AUTO PAGE

CONFIDENTIAL – GRAND JURY MATERIAL

| 海尔 | 青岛：1、从 6-11 月份，有一个 21″ PF 订单 40 万台的出口订单，但需要原来型号的管子，需彩虹领导尽快商定能否供货；<br>　　2、海尔目前出口欧洲的单子，很多由于原材料涨价，配件没有通过 ROSH 认证等原因而不能接单。<br>合肥：1、对 14″（保税）管耳环的大小，移位的一致性要求严格；<br>　　2、销售平淡，各商场人气很淡。 |
|---|---|
| 厦华 | 1、4 月彩虹管的质量整体还是超标，达到了 3200ppm，由于有跟线人员在线及时处理问题，25 ″FS 质量有所改善，但 21 ″FS 质量达到 3900ppm，还是不理想。5 月 7 日、5 月 8 日两天运到厦华的部分 21 ″FS 存在进水的现象，导致防爆带生锈；<br>2、永新给厦华的供货品种、供货量进一步减少。 |
| 熊猫 | 1、熊猫当前的生产、销售都不正常，资金情况极度困难，处于调整时期，5 月份的生产量会很少；<br>2、华飞特别注重防范由于熊猫经营不善可能带来的风险；<br>3、"五一"节后南京市场又进入低迷状态，一些促销活动仍在继续，但市场又恢复到节前状态。 |
| 数源 | 1、上周生产很忙，每天延班到 9 点，周六不休息；<br>2、"五一"节过后彩电市场非常萧条，每天各品牌电视机平均卖 3 至 5 台。 |
| 金利普 | 5 月份出口订单 14 ″10 万只(110 型 5 万只,139 型 5 万只)，21 ″FS5 万只。 |

AUTO PAGE

CONFIDENTIAL – GRAND JURY MATERIAL

# Exhibit 33



info@certifiedtranslate.com | 2425 Olympic Blvd., Suite 4000W | usa  1-888-856-2228
www.certifiedtranslate.com | Santa Monica, CA 90404 | int  +1-310-684-3153
| | fax  +1-310-564-1944

# certifiedtranslate
A LANGUAGE FISH LLC COMPANY

## CERTIFIED TRANSLATION



A member of the American
Translators Association
ATA Member Number: 248719

*Documents Translated For:*

| Name: | **David Y. Hwu** | Street Address: **706 Sansome Street** |
|---|---|---|
| Firm: | **Saveri & Saveri, Inc.** | City/State/Zip: **San Francisco / CA / 94111** |

*Description of Document(s):*

| |
|---|
| |
| **CHU00689067E - CHU00689068E** |
| |
| |

| Source Language: | **SIMPLIFIED CHINESE** | Target Language: | **ENGLISH** |
|---|---|---|---|

WITH REFERENCE TO THE ABOVE MENTIONED MATERIALS/DOCUMENTS, we at Language Fish LLC (doing business as www.certifiedtranslate.com), a professional document translation company, attest that the language translation completed by Language Fish's certified professional translators, represents, to the best of our judgment, an accurate and correct interpretation of the terminology/content of the source document(s). **This is to certify the correctness of the translation only.** We do not guarantee that the original is a genuine document or that the statements contained in the original document(s) are true.

IN WITNESS WHEREOF, Language Fish LLC has caused the Certificate to be signed by its duly authorized officer(s).

**By:**    Sean Kirschenstein, Director        **Date:**    September 20, 2018

A copy of the translated version(s) is attached to this statement of certification.

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

On _Sept. 20, 2018_ before me, ___Kristin Gail Chamberlain___, Notary Public, appeared ___Sean Kirschenstein___, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____



KRISTIN GAIL CHAMBERLAIN
Commission # 2141880
Notary Public - California
Los Angeles County
My Comm. Expires Feb 7, 2020

**From:** [corrupted characters] [chengqs@cptf.com.cn]
**Sent:** Thursday, May 31, 2007  4:24 AM
**To:** [corrupted characters]/ [corrupted characters]; CBU [corrupted characters]
**Cc:** [corrupted characters]/ [corrupted characters]
**Subject:** [corrupted characters]

**Attachments:** [corrupted characters]5.29-6.8.xls

Dear boss,

1. The Haier Jiaonan factory's production volume during the 19 days from 5/21/07 to 6/8/07 is 57K (including LCDs; production for domestic sales is done mainly in Hefei; we don't have the data to compile specifics).
2. The strategy for the 14" is still to use Irico for the U.S. 2nd generation ATSC and CPT for other customers.
3. As for the volume of the 14", production was low in early May (less than 2K). From 5/E to 6/B, the quantity grew to 20K. In 6/B the quantity for the U.S. ATSC model jumped to 9.2K (it was only 2.5K in April), causing Irico's share to reach 10.4K. CPT's 9.7K share looks like it will also increase, but not as fast as for the ATSC model.

4. Judging from the production volume, the quantity of CPT 14" in inventory through 6/8/07 is only 1K. Add to that the 3 cabinets in transit, and the total is 8K for use through June. Subsequent orders will depend on the demand in July.
5. Throughout our contact with Haier, they've maintained very strong feelings that "CPT's prices are always higher than others'" (from our conversations, it sounds like our May prices are probably 0.2 USD higher than Irico's), that "negotiations about prices are never clean and easy; they're always difficult," and that "this doesn't feel like a strategic partnership."

6. If we determine that Haier is a target that we want to go after, I wonder if we should have a strategy of keeping our prices even with our competitor brands so as to gain ATSC orders and subsequent opportunities to partner on domestic sales. We can deal with them flexibly in other areas as well.

Thank you for reading!


Sincerely,

Chen Qishuang
Business Office, Chunghwa Picture Tubes
Tel: (86) 591-83971357, ext. 2705
Email: HYPERLINK "mailto:chenqs@cptf.com.cn" chenqs@cptf.com.cn

-----Forwarded Message-----

Originally from: linlb@cptf.com.cn HYPERLINK "mailto:linlb@cptf.com.cn" linlb@cptf.com.cn
Originally to: chenqs@cptf.com.cn; liuyn@cptf.com.cn HYPERLINK mailto: "chenqs@cptf.com.cn"
    chenqs@cptf.com.cn; HYPERLINK "mailto: "liuyn@cptf.com.cn" liuyn@cptf.com.cn

Originally cc'd: linlb@cptf.com.cn HYPERLINK "mailto:linlb@cptf.com.cn" linlb@cptf.com.cn


Hi, Manager Chen!

The plan in this round is to use Irico for over 9K of the 14". We also learned from the Irico person in charge of Haier (who was in charge of XOC previously, which is why we're familiar with him) that Haier uses Irico for at least two-thirds of their volume and that Irico's delivered volume for the 14" is at least 10K. For now, we're

CONFIDENTIAL - GRAND JURY MATERIAL

unable to confirm the reliability of this information. He also said that he came to Qingdao for about 20 days and played mahjong twice with Director Sun, losing thousands to him each time.

CPTF Optronics Co., Ltd.
Quality Service Department, General Office for Quality Assurance
Lin Libin
Email: linlb@cptf.com.cn
Tel: 132 102 88130
Address: 1 Xingye Road, Mawei Technology Park District, Fuzhou

==============================



**certified**translate
A LANGUAGE FISH LLC COMPANY

info@certifiedtranslate.com | 2425 Olympic Blvd., Suite 4000W | usa 1-888-856-2228
www.certifiedtranslate.com | Santa Monica, CA 90404 | int +1-310-684-3153
fax +1-310-564-1944

## CERTIFIED TRANSLATION

A member of the American
Translators Association
ATA Member Number: 248719

*Documents Translated For:*

| Name: | **David Y. Hwu** | Street Address: **706 Sansome Street** |
|-------|------------------|----------------------------------------|
| Firm: | **Saveri & Saveri, Inc.** | City/State/Zip: **San Francisco / CA / 94111** |

*Description of Document(s):*

| |
|---|
| |
| |
| **CHU00689069E** |
| |
| |

| Source Language: **SIMPLIFIED CHINESE** | Target Language: **ENGLISH** |
|---|---|

WITH REFERENCE TO THE ABOVE MENTIONED MATERIALS/DOCUMENTS, we at Language Fish LLC (doing business as www.certifiedtranslate.com), a professional document translation company, attest that the language translation completed by Language Fish's certified professional translators, represents, to the best of our judgment, an accurate and correct interpretation of the terminology/content of the source document(s). **This is to certify the correctness of the translation only.** We do not guarantee that the original is a genuine document or that the statements contained in the original document(s) are true.

IN WITNESS WHEREOF, Language Fish LLC has caused the Certificate to be signed by its duly authorized officer(s).

**By:**    Sean Kirschenstein, Director          **Date:**   September 20, 2018

A copy of the translated version(s) is attached to this statement of certification.

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

On _Sep. 20, 2018_ before me, ___Kristin Gail Chamberlain___, Notary Public, appeared ___Sean Kirschenstein___, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____



KRISTIN GAIL CHAMBERLAIN
Commission # 2141880
Notary Public - California
Los Angeles County
My Comm. Expires Feb 7, 2020

CONFIDENTIAL - GRAND JURY MATERIAL

CHU00689069E (Sheet1.01)_Translation

| Date Line | Model | Quantity | Tube | Order No. Total | Special Order No. | Fixed Order No. | Customer Model (Brand) | Shipping Date | Core | Material Problem Point |
|---|---|---|---|---|---|---|---|---|---|---|
| **3.26** | | | | | | | | | | |
| C1 ☐ | 29F9D-PY | 229 | Samsung 100HZ | 40-229-OK | | | | | MSTAR | |
| | D28FA11-A | 89 | Huafei 100HZ | 12－89－OK | | | | | MSTAR | |
| | D29FA11-AM | 73 | Samsung 100HZ | 08-73-OK | | | | | MSTAR | |
| | D32FA11-AM | 94 | Samsung 100HZ | 06-94-OK | | | | | GENESIS | |
| | D21FA11 | 406 | Huafei 100HZ | 11-406-OK | | | | | MSTAR | (30 engineering fixed orders) |
| | 21FA11 Korea | 2 | Samsung 100HZ | 07-100-2A | HTSR061230KO 03 | 11526 | | 3/30/2007 | | |
| | Subtotal | 893 | | | | | | | | |
| C2 | DTA-2198 Ukraine | 2 | Beisong AK | H9-352-2A | DH05SR1227NW 01 | 11252 | TV/DVD -2136FL | 3/31/2007 | 9351 | |
| | DTA-1486 Ukraine | 2 | CPT | 25-698-2A | DH05SR1227NW 02 | 11252 | TV/DVD -1432 | 3/31/2007 | 9351 | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | Subtotal | 4 | | | | | | | | |

CONFIDENTIAL - GRAND JURY MATERIAL

| Group | Part | Qty | Vendor | Code A | Code B | Qty B | Model | Date | G2 | Check |
|---|---|---|---|---|---|---|---|---|---|---|
| C3 ☐ | 21FA1 | 1277 | Saige | 64-1277-OK | | | | | | |
| | 21FA1 Indonesia | 200 | Beisong AK | 63-200-OK | HTSR07013IIN0 2 | 11138 | 21FA1N | 3/29/2007 | | |
| | 21FA12 Indonesia | 175 | Beisong AK | 08-175-OK | HTSR07013IIN0 3 | 11138 | 21SFIN | 3/29/2007 | | |
| | 21TA(1D) Korea | 2 | Beisong | 63-340-2A | HTSR061130KO 01 | 12158 | | 4/2/2007 | 8823T | |
| | 21TA1(BG) Korea | 2 | Beisong | 64-340-2A | HTSR061215KO 02 | 12158 | | 4/2/2007 | 8823T | |
| | 21TA1(B) Korea | 2 | Beisong | 65-680-2A | HTSR061215KO 01 | 12158 | | 4/2/2007 | 8823T | |
| | Subtotal | 1656 | | | | | | | 8823T | |
| C4 ☐ | L1912W-C Canada | 550 | Samsung | 07-550-OK | A006SRI120U50 3 | 10708 | NS-CL19C A | 3/28/2007 | | |
| | L1510A-C France | 2 | SVA | 21-160-2A | LCD15KESA060 205L1510 | 12266 | L15C10 A | 3/31/2007 | | ⊕ |
| | Subtotal | 552 | | | | | | | | |
| Total | Total | #REF! | | | | | | | | |
| | Subtotal | 0 | | | | | | | | |
| Parts | Subtotal | #REF! | | | | | | | | |

CHU00689069E (Sheet1.02)_ Translation

| Model | Quantity | Tube | Order No. Total | Special Order No. | Fixed Order No. | Customer Model (Brand) | Shipping Date | Core | Material Problem Point |
|---|---|---|---|---|---|---|---|---|---|
| | | | | **5.29** | | | | | |
| 1407 Panama | 1250 | CPT | 02-1260-OK | LA07030 81407 | 19091 | HTAR14 | 6/4/2007 | 8377 | |
| DTA-2198 | 330 | Beisong AK | 19-352-330A | DH05SR1 227NW01 | 20683 | TV/DVD-2136FL | 6/8/2007 | 9351 | |
| 25T9D Yemen | 10 | Irico | Development Dept. Prototype | | | | | | |
| 25F9D Yemen | 10 | Samsung | Development Dept. Prototype | | | | | | |
| D29FA11-AM | 10 | Samsung 100HZ | Development Dept. Prototype | | | | | | |
| Subtotal | 1610 | | | | | | | | |
| L1912W-C Canada | 416 | Samsung | 20-416-OK | AT06SR1 120U/S03 | 21065 | NS-CL19C | 6/6/2007 | | |
| L1510B-C Canada | 230 | SVA | 14-230-OK | AT06SR1 120U/S02 | 21055 | NS-CL15C | 6/6/2007 | ☺ | |
| L1912W-C France | 5 | Samsung | 19-336-5A | L1912W-CMARKE | 22078 | L1912W-C | 6/5/2007 | ☺ | |
| L1510A-C | 1 | BOE | 50-1-OK | L1510AC ROHS060 | 19619 | L15C10A | 6/1/2007 | ☺ | Customer |
| L1912W-C | 1 | Samsung | 51-1-OK | L1912W-CMARKE | 20255 | L1912W-C | 6/1/2007 | ☺ | Customer |
| L1912W-C | 1 | Samsung | 52-1-OK | L1912W-CMARKE | 20264 | L1912W-C | 6/1/2007 | ☺ | Customer |
| DTA-2189 | 1 | Beisong AK | 53-1-OK | DH06SR0 7070T01 | 20585 | CGTV51 06 | 6/2/2007 | 8370 | Customer |
| Subtotal | 655 | | | | | | | | |

CHU00689069E (Sheet1.03)_Translation

CONFIDENTIAL - GRAND JURY MATERIAL

| Model | Qty | Company | Part No. | Code | No. | Code 2 | Date | No. | |
|---|---|---|---|---|---|---|---|---|---|
| DTA-2189 | 334 | Beisong | 47-336-2A | DH07SR DTA-2189 | 17302 | 20D200MV | 6/5/2007 | 8377 | © |
| DTA-1496 | 820 | CPT | 33-840-822B | DH07SR DTA- | 17301 | 13D204MR | 6/5/2007 | 8377 | |
| DTA-1496 | 10 | CPT | 35-700-10A | DH05SR1 21SOT02 | 19524 | DVTV34 01 | 6/5/2007 | 8370 | |
| DTA1490 U.S. | 5 | Irico | Development Dept. Prototype | | | NX-537 | | | |
| DTA1496 U.S. | 5 | Irico | Development Dept. Prototype | | | FC-2285 | | | |
| 21T9D U.S. | | | Development Dept. Prototype | | | | | | |
| Yemen | 3 | Beisong | Development Dept. Prototype | | | | | | |
| Subtotal | 1177 | | | | | | | | |
| Subtotal | 0 | | | | | | | | |
| Subtotal | 0 | | | | | | | | |
| Total | 3442 | | | | | | | | |
| Subtotal | 0 | | | | | | | | |
| DTA-2189 Canada | | | | | | | | | |
| Subtotal | 0 | | | | | | | | |

**5.30**

| Model | Quantity | Tube | Order No. Total | Special Order No. | Fixed Order No. | Customer Model (Brand) | Shipping Date | Core | Material Problem Point |
|---|---|---|---|---|---|---|---|---|---|
| DTA-2198 | 22 | Beisong AK | 19-352-OK | DH05SR12 27NW01 | 20683 | TV/DVD-2136FL | 6/8/2007 | 9351 | |
| DTA-1486 | 697 | CPT | 30-699-OK | DH05SR12 27NW02 | 20683 | TV/DVD-1432 | 6/8/2007 | 9351 | |
| | | | | | | | | | |
| D21FA1 1 | 374 | Huafei 100HZ | 17-424-OK | | | HTAF21B | | MSTAR | |
| | | | | | | | | | |
| Subtotal | 1093 | | | | | | | | |
| | | | | | | | | | |
| 21FA-1496 | 1200 | Irico | 34-2520-1210 | DH070314-DTA-1496 | 18676 | FC-2285 | 6/2/2007 | 2nd Gen. | ● |
| 21F07 Latin | 2 | Beisong AK | Development | | | | | | |
| 2IFA11-AM | 5 | Samsung | Development | | | | | | |
| | | | | | | | | | |
| Subtotal | 1207 | | | | | | | | |

CONFIDENTIAL - GRAND JURY MATERIAL

CONFIDENTIAL - GRAND JURY MATERIAL

CHU00689069E (Sheet1.06)_Translation

| | | | | | | | | | | | | | Subtotal | | | Total | Subtotal | | Subtotal | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DTA-1496 Canada / DTA-1496 | 18 / 1310 | CPT / Irico | 33-840-OK / 34-2520-OK | DH07SRDT A-1496 / DH070314-DTA-1496 | 17301 / 18676 | 13D204 MR / FC-2285 | 6/5/2007 / 6/2/2007 | 8377 / 2nd Gen. | ⊕ | | | | 1328 | | | 3628 | 0 | | 0 | | | 0 |

CONFIDENTIAL - GRAND JURY MATERIAL

**5.31**

| Model | Quantity | Tube | Order No. Total | Special Order No. | Fixed Order No. | Customer Model (Brand) | Shipping Date | Core | Material Problem Point |
|---|---|---|---|---|---|---|---|---|---|
| Subtotal | 0 | | | | | | | | |
| | | | | | | | | | |
| L1912W-C | 331 | Samsung | 19-336-OK | L1912W-CMARKET010 | 22078 | L1912W-C | 6/5/2007 | ◉ | ◉ |
| L1510B-C | 380 | SVA | 15-380-OK | AT006SR1120U S02 | 21056 | NS-CL15C | 6/6/2007 | ◉ | ◉ |
| 29FA18-T | 10 | Samsung | Development | | | | | | |
| DTA-1490 | 10 | Irico | 24-1680-10A | DH0704-DTA-1490NX537 | 22941 | NX-537 | 6/9/2007 | 2nd Gen. | |
| 21F9D Germany | 2 | Beisong AK | 49-1088-2A | DH05SR0709O T02 | 21648 | HTV-021TB | 6/8/2007 | 9351 | |
| | | | | | | | | | |
| | | | | | | | | | |
| Subtotal | 733 | | | | | | | | |

CONFIDENTIAL - GRAND JURY MATERIAL

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| DTA-1496 Australia | 690 | CPT | 35-700-OK | DH0SSR12150 T02 | 19524 | DVTV34 01 | 6/5/2007 | 8370 | ☺ |
| DTA-1496 | 450 | CPT | 36-450-OK | DH0SSR12150 T02 | 19525 | DVTV34 01 | 6/5/2007 | 8370 | ☺ |
| DTA-1496 | 250 | CPT | 37-250-OK | DH0SSR12150 T02 | 19526 | DVTV34 01 | 6/5/2007 | 8370 | ☺ |
| DTA-1489 | 10 | Inco | 14-1680-10A | DH070314-DTA-1489 | 18675 | MVD1304 | 6/9/2007 | 2nd Gen. | ☺ |
| Subtotal | 1400 | | | | | | | | |
| | | | | | | | | | |
| Subtotal | 0 | | | | | | | | |
| | | | | | | | | | |
| Subtotal | 0 | | | | | | | | |
| Subtotal Total | 0 2133 | | | | | | | | |
| | | | | | | | | | |
| Subtotal | 0 | | | | | | | | |

CHU00689069E (Sheet1.08)_Translation

CONFIDENTIAL - GRAND JURY MATERIAL

**6.4**

## Jiaonan Electronics T-7 Production Forecast, 5/29 – 6/8

| Model | Quantity | Tube | Order No. Total | Special Order No. | Fixed Order No. | Customer Model (Brand) | Shipping Date | Core | Material Problem Point |
|---|---|---|---|---|---|---|---|---|---|
| 29F9D-T | 795 | Beisong AK OK | 72-795-OK | | | | | 8859B | |
| 29F9D-PY | 713 | Samsung 100HZ | 49-713-OK | | | | | MSTAR | |
| D24FA1 1-A | 10 | Beisong | 01-263-10A | | | | | MSTAR | |
| Subtotal | 1522 | | | | | | | | |
| 21T07 U.S. | 2 | Samsung | 02-878-2A | AT06SR 1115USO 3 | 23549 | HTR20 | 6/13/2007 | ATSC | ◉ |
| DTA218 1 U.S. | 2 | Samsung | 04-336-2A | AT07SR 0105USO 2 | 23549 | TCR20 | 6/13/2007 | ATSC | ◉ |
| Subtotal | | | | | | | | | |
| 21FA1 | 1900 | Huafei 1900A | 73-2238-1900A | | | | 6/13/2007 | 8370 | |
| L1912W-C | 5 | Samsung | 21-548-5A | AT06SR 1120USO | 21062 | NS-CL19C TX- | 6/13/2007 | Customer | ◉ |
| DTA-1490 | 1 | CPT | 54-1-OK | DH06SR 02180T | 22601 | TX-DM142T | 6/8/2007 | Customer | ◉ |
| 21T9D(S) Korea | 1 | Beisong | 55-1-OK | HTSR06 0225KO | 19158 | | 6/8/2007 | | |
| Subtotal | 1907 | | | | | | | | |

CONFIDENTIAL - GRAND JURY MATERIAL

| Label | Value | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 21TA1 | 738 | Samsung | 69-738-OK | 182 Irico Tubes | | | | | 8370 |
| 21FA12-AM | 453 | Huafei | 20-453-OK | | | | | G2 | |
| 21F9D | 218 | Beisong AK | 49-218-OK | | | | | G2 | |
| 21FA11-AM | 164 | Samsung | 16-164-OK | | | | | G2 | |
| 21FA11-AMM | 50 | Samsung | 16-181-50A | | | | | G2 | |
| Subtotal | 1623 | | | | | | | | |
| | | | | | | | | | |
| Subtotal | 0 | | | | | | | | |
| | | | | | | | | | |
| Subtotal / Total | 0 / 5052 | | | | | | | | |
| Subtotal | 0 | | | | | | | | |

CONFIDENTIAL - GRAND JURY MATERIAL

**6.5**

| Model | Quantity | Tube | Order No. Total | Special Order No. | Fixed Order No. | Customer Model (Brand) | Shipping Date | Core | Material Problem Point |
|---|---|---|---|---|---|---|---|---|---|
| 21FA12-T | 124 | Beisong AK OK | 18-124-OK | | | | | G2 | |
| 21F5A-T | 107 | Beisong AK OK | 11-107-OK | | | | | G2 | |
| 21F9D Germany | 1086 | Beisong AK OK | 49-1088-OK | DH05SR07090 T02 | 21648 | HTV-021TB | 6/8/2007 | 9351 | ⊙ |
| 21FA1 Canada | 2 | Beisong AK | 77-144-2A | AT06SR11120U S08 | 18759 | NS-F20C | 6/13/2007 | 8377 | |
| D29FA1 1-AM Pakistan | 2 | Samsung 100HZ | 07-14-2A | HNRD29FA11-AKM | 23263 | D29FA11-AM | 6/12/2007 | | |
| Subtotal | 1321 | | | | | | | | |
| 21FA1 | 338 | Huafei | 73-2238-OK | DH0704-DTA-1490NX537 | 22941 | NX-537 | 6/9/2007 | 8370 | ⊙ |
| DTA-1490 | 800 | Irico | 24-1680-810B | | | | | 2nd Gen. | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| Subtotal | 1138 | | | | | | | | |

CHU00689069E (Sheet1.011)_Translation

CONFIDENTIAL - GRAND JURY MATERIAL

| 21FA11-AMM DTA-1489 | 131 1200 Inco | Samsung | 16-181-OK 14-1680-1210B | 100 Trial Samsung 2nd Gen. CRTs DH070314-DTA-1489 | 18675 | MVD130 4 | 6/9/2007 | G2 2nd Gen. | ⊚ |
|---|---|---|---|---|---|---|---|---|---|
| Subtotal | 1331 | | | | | | | | |
| Subtotal | 0 | | | | | | | | |
| Subtotal Total | 0 3790 | | | | | | | | |
| Subtotal | 0 | | | | | | | | |

CONFIDENTIAL - GRAND JURY MATERIAL

| Model | Quantity | Tube | Order No. Total | Special Order No. | Fixed Order No. | Customer Model (Brand) | Shipping Date | Core | Material Problem Point |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | 6.6 | | | | |
| DTA218 1 U.S. | 334 | Samsung | 04-336-OK | AT07SR0 105US02 | 23549 | TCR20 | 6/13/2007 | ATSC | ◉ |
| 21T07 U.S. | 876 | Samsung | 02-878-OK | AT06SR1 115US03 | 23549 | HTR20 | 6/13/2007 | ATSC | ◉ |
| 21TA1 (BG) Korea | 5 | Beisong | Development Dept. Prototype | DA0SZ0E 0600 | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| Subtotal | 1215 | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| DTA-1490 | 870 | Irico | 24-1680-OK | DH0704-DTA- | 22941 | NX-537 | 6/9/2007 | 2nd Gen. | ◉ |
| DTA-1490 | 100 | Irico | 23-2520-100A | DH0704-DTA- | 18679 | NX-539 | 6/13/2007 | 2nd Gen. | ◉ |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| Subtotal | 970 | | | | | | | | |

CONFIDENTIAL - GRAND JURY MATERIAL

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| DTA-1489 U.S. | 470 | Irico | 14-1680-OK | DHO70314-DTA-1489 | 18675 | MVD1304 | 6/9/2007 | 2nd Gen. ATSC | ⓒ |
| DTA-1490 | 840 | Irico | 25-840-OK | DHO704-DTA- | 23621 | NX-540 | 6/12/2007 | 2nd Gen. | ⓒ |
| Subtotal | 1310 | | | | | | | | |
| Subtotal | 0 | | | | | | | | |
| Subtotal | 0 | | | | | | | | |
| Total | 3495 | | | | | | | | |
| Subtotal | 0 | | | | | | | | |

CONFIDENTIAL - GRAND JURY MATERIAL

| Model | Quantity | Tube | Order No. Total | Special Order No. | Fixed Order No. | Customer Model (Brand) | Shipping Date | Core | Material Problem Point |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | 6.7 | | | | |
| D32FA11-AM | 43 | Samsung 100HZ | 10-43-OK | | | | | GENESIS | |
| D28FA11-A | 60 | Huafei 100HZ | 20-60-OK | | | | | MSTAR | |
| D21FA11 | 487 | Huafei 100HZ | 18-487-OK | | | | | MSTAR | |
| D24FA11-A | 253 | Beisong | 01-263-OK | | | | | MSTAR | |
| D29FA11-AM Pakistan | 12 | Samsung 100HZ | 07-14-OK | HNRD29FA11-AKM | 23263 | D29FA11-AM | 6/12/2007 | | |
| Subtotal | 855 | | | | | | | | |
| L1912W-C Canada | 543 | Samsung | 21-548-OK | AT06SR1120US0 | 21062 | NS-CL19C | 6/13/2007 | | ⊙ |
| L1912W-C Canada | 100 | Samsung | 22-300-100A | AT06SR1120US0 | 21063 | NS-CL19C | 6/13/2007 | | ⊙ |
| Subtotal | 643 | | | | | | | | |

CHU00689069E (Sheet1.015)_Translation

CONFIDENTIAL - GRAND JURY MATERIAL

| | DTA-1490 U.S. | 1200 | Irico | 23-2520-1300B | DT0704-DTA-1490NX-530 | 18679 | NX-539 | 6/13/2007 | 2nd Gen. ATSC | ☺ |
|---|---|---|---|---|---|---|---|---|---|---|
| Subtotal | 0 | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| Subtotal Total | 2698 | | | | | | | | | |
| Subtotal | 0 | | | | | | | | | |
| Subtotal | 0 | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| Subtotal | 1200 | | | | | | | | | |

CONFIDENTIAL - GRAND JURY MATERIAL

| Model | Quantity | Tube | Order No. Total | Special Order No. | Fixed Order No. | Customer Model (Brand) | Shipping Date | Core | Material Problem Point |
|---|---|---|---|---|---|---|---|---|---|
| 6.8 | | | | | | | | | |
| Subtotal | 0 | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| L1912W-C Canada | 200 | Samsung | 22-300-OK | AT06SR1120 US03 | 21063 | NS-CL19C | 6/13/2007 | | 🌀 |
| 2IFA1 Canada | 142 | Beisong AK | 77-144-OK | AT06SR1120 US08 | 18759 | NS-F20C | 6/13/2007 | 8377 | |
| 2IFA1 Canada | 360 | Beisong AK | 78-360-OK | AT06SR1120 US08 | 18760 | NS-F20C | 6/13/2007 | 8377 | |
| 2IFA1 Canada | 288 | Beisong AK | 79-288-OK | AT06SR1120 US08 | 18761 | NS-F20C | 6/13/2007 | 8377 | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| Subtotal | 990 | | | | | | | | |

CONFIDENTIAL - GRAND JURY MATERIAL

| | DTA-1490 U.S. | 1 220 | Inco | 23-2520-OK | DH0704- DTA- 1490NX539 | 18679 | NX-539 | 6/13/2007 | 2nd Gen. ATSC | ⊕ |
|---|---|---|---|---|---|---|---|---|---|---|
| Subtotal | 0 | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| Total | 2210 | | | | | | | | | |
| Subtotal | 0 | | | | | | | | | |
| Subtotal | 0 | | | | | | | | | |
| | | | | | | | | | | |
| Subtotal | 1 220 | | | | | | | | | |

26448

5/29/07 - 6/8/07

| Model | Quantity | Tube | Order No. Total | Special Order No. | Fixed Order No. | Customer Model (Brand) | Shipping Date | Core |
|---|---|---|---|---|---|---|---|---|
| 1407 Panama | 1250 | CPT | 02-1260-OK | LA07030814O7 | 19091 | HTAR14 | 6/4/2007 | 8377 |
| DTA-1486 Ukraine | 697 | CPT | 30-699-OK | DH05SR1227NW02 | 20683 | TV/DVD-1432 | 6/8/2007 | 9351 |
| DTA-1490 Hong Kong 1 | | CPT | 54-1-OK | DH06SR0218OT01 | 22601 | TX-DM142T-NV | 6/8/2007 | Customer Prototype |
| DTA-1496 Canada | 820 | CPT | 33-840-822B | DH07SRDTA-1496 | 17301 | 132004MR | 6/5/2007 | 8377 |
| DTA-1496 Australia | 10 | CPT | 7 | DH05SR1215OT02 | 19524 | DVTV3401 | 6/5/2007 | 8370 |
| DTA-1496 Canada | 18 | CPT | 33-840-OK | DH07SRDTA-1496 | 17301 | 132004MR | 6/5/2007 | 8377 |
| DTA-1496 Australia | 690 | CPT | 35-700-OK | DH05SR1215OT02 | 19524 | DVTV3401 | 6/5/2007 | 8370 |
| DTA-1496 Australia | 450 | CPT | 36-450-OK | DH05SR1215OT02 | 19525 | DVTV3401 | 6/5/2007 | 8370 |
| DTA-1496 Australia | 250 | CPT | 37-250-OK | DH05SR1215OT02 | 19526 | DVTV3401 | 6/5/2007 | 8370 |
| sub-ttl: 4186 | | | | | | | | |
| DTA-1490 U.S. | 1200 | Irico | 34-2520-1210 | DH07D314-DTA-1496 | 18676 | FC-2285 | 6/2/2007 | 2nd Gen. ATSC |
| DTA-1490 U.S. | 10 | Irico | 24-1680-10A | DH07D4-DTA-1490NX537 | 22941 | NX-537 | 6/9/2007 | 2nd Gen. ATSC |
| DTA-1490 U.S. | 800 | Irico | 24-1680-810B | DH07D4-DTA-1490NX537 | 22941 | NX-537 | 6/9/2007 | 2nd Gen. ATSC |
| DTA-1490 U.S. | 870 | Irico | 24-1680-OK | DH07D4-DTA-1490NX537 | 22941 | NX-537 | 6/9/2007 | 2nd Gen. ATSC |
| DTA-1490 U.S. | 100 | Irico | 23-2520-100A | DH07D4-DTA-1490NX539 | 18679 | NX-539 | 6/13/2007 | 2nd Gen. ATSC |
| DTA-1490 U.S. | 5 | Irico | Development Dept. Prototype | | | | | |
| DTA-1496 U.S. | 5 | Irico | Development Dept. Prototype | | | | | |
| DTA-1490 U.S. | 5 | Irico | 34-2520-OK | DH07D314-DTA-1496 | 18676 | FC-2285 | 6/2/2007 | 2nd Gen. ATSC |
| DTA-1496 U.S. | 1310 | Irico | 14-1680-10A | DH07D314-DTA-1489 | 18675 | MVD1304 | 6/9/2007 | 2nd Gen. ATSC |
| DTA-1489 U.S. | 10 | Irico | 14-1680-1210B | DH07D314-DTA-1489 | 18675 | MVD1304 | 6/9/2007 | 2nd Gen. ATSC |
| DTA-1489 U.S. | 1200 | Irico | 14-1680-OK | DH07D314-DTA-1489 | 18675 | MVD1304 | 6/9/2007 | 2nd Gen. ATSC |
| DTA-1489 U.S. | 470 | Irico | 14-1680-OK | DH07D314-DTA-1489 | 18675 | MVD1304 | 6/9/2007 | 2nd Gen. ATSC |
| DTA-1490 U.S. | 840 | Irico | 25-840-OK | DH07D4-DTA-1490NX540 | 23621 | NX-540 | 6/12/2007 | 2nd Gen. ATSC |
| DTA-1490 U.S. | 1200 | Irico | 23-2520-1300B | DH07D4-DTA-1490NX539 | 18679 | NX-539 | 6/13/2007 | 2nd Gen. ATSC |
| DTA-1490 U.S. | 1220 | Irico | 23-2520-OK | DH07D4-DTA-1490NX539 | 18679 | NX-539 | 6/13/2007 | 2nd Gen. ATSC |
| sub-ttl: 9240 | | | | | | | | |

During the 19 days from 5/21/07 - 6/8/07, the Haier Jiaonan factory's production volume is 57K. Within this, the 14" production volume is 20K, 9.7K being CPT's share and 10.4K being Irico's sh

CONFIDENTIAL - GRAND JURY MATERIAL

5/21/07 - 5/28/07

| Model | Quantity | Tube | Order No. Total | Special Order No. | Fixed Order No. | Customer Model (Brand) | Shipping Date | Core |
|---|---|---|---|---|---|---|---|---|
| DTA-1496 Canada | 2 CPT | 33-840-2A | | DII07SRDTA-1496 | 17301 | 13D204MR | 6/5/2007 | 8377 |
| DTA-1496 Canada | 2 CPT | 30-699-2A | | | 20683 | TV/DVD-1432 | 6/8/2007 | 9351 |
| DTA-1486 Ukraine | 1 CPT | 32-2520-10A | | DII05SR1227NW02 | 18048 | MX-TM741.4Mpeg4 | 5/26/2007 | 9351 |
| DTA-1496 Spain | 10 CPT | 32-2520-10A | | DII06SR09230T01 | 18006 | HTVD-130A | 5/27/2007 | 9381 |
| DTA1481 Germany | 10 CPT | 76-700-10A | | DII07031HCT-DTA-1481 | 18006 | HTVD-130A | 5/27/2007 | 9381 |
| DTA-1496 Spain | 1300 CPT | 32-2520-1310B | | DII06SR09230T01 | 18048 | MX-TM741.4Mpeg4 | 5/26/2007 | 9351 |
| DTA-1496 Spain | 1210 CPT | 32-2520-OK | | DII06SR09230T01 | 18048 | MX-TM741.4Mpeg4 | 5/26/2007 | 9351 |
| DTA-1496 Spain | 22 CPT | Spare Parts for Motherboard Only | | | | | | |
| DTA1481 Germany | 690 CPT | 76-700-OK | | DII07031HCT-DTA-1481 | 18006 | HTVD-130A | 5/27/2007 | 9381 |
| DTA1481 Germany | 50 CPT | 77-50-OK | | DII07031HCT-DTA-1481 | 18018 | HTVD-130A | 5/27/2007 | 9381 |
| DTA-1496 Canada | 820 CPT | 33-840-822B | | DII07SRDTA-1496 | 17301 | 13D204MR | 6/5/2007 | 8377 |
| DTA-1496 Australia | 10 CPT | 35-700-10A | | DII05SR1215OT02 | 19524 | DVTV340I | 6/5/2007 | 8370 |
| DTA-1496 Canada | 18 CPT | 33-840-OK | | DII07SRDTA-1496 | 17301 | 13D204MR | 6/5/2007 | 8377 |
| DTA-1496 Australia | 690 CPT | 35-700-OK | | DII05SR1215OT02 | 19524 | DVTV340I | 6/5/2007 | 8370 |
| DTA-1496 Australia | 450 CPT | 36-450-OK | | DII05SR1215OT02 | 19525 | DVTV340I | 6/5/2007 | 8370 |
| DTA-1496 Australia | 250 CPT | 37-250-OK | | DII05SR1215OT02 | 19526 | DVTV340I | 6/5/2007 | 8370 |
| sub-ttl: | 5534 | | | | | | | |
| DTA-1496 U.S. | 10 Irico | 34-2520-10A | | DII07031I4+DTA-1496 | 18676 | FC-2285 | 6/2/2007 | 2nd Gen. ATSC |
| DTA-1496 U.S. | 1200 Irico | 34-2520-1210 | | DII07031I4+DTA-1496 | 18676 | FC-2285 | 6/2/2007 | 2nd Gen. ATSC |
| DTA1490 U.S. | 5 Irico | | Development Dept. Prototype | | NX-537 | | | |
| DTA1496 U.S. | 5 Irico | | Development Dept. Prototype | | FC-2285 | | | |
| sub-ttl: | 1220 | | | | | | | |

are. The strategy is still to use Irico for the U.S. 2nd-generation ATSC and CPT for other customers.

CONFIDENTIAL - GRAND JURY MATERIAL

**From:** 麻□祁 [chenqs@cptf.com.cn]
**Sent:** Thursday, May 31, 2007 4:24 AM
**To:** 珥咄窒/酴渌祾卩揭醞丂；CBU 栿吨□卩俴种醞丂
**Cc:** 珥咄窒/輿踞傑卩揭醞丂
**Subject:** 漆嫌輪□氾莉祍錶

**Attachments:** 蝶鰍蒝赺T-7氾莉牾咀5.29-6.8.xls

Dear boss ，

1. 从5/21'07~6/8'07 19天时间海尔胶南厂产量为57K(含LCD，内销主要在合肥生产，没有具体DATA无法统计)。
2. 14"策略上仍然保持IRICO用于美国ATSC二代，CPT用于其它各客户。
3. 14"量部分，5月上旬生产少(不到2K)，5/E~6/B量放大到20K。6/B 美国ATSC Model量突升到9.2K(4月ATSC量仅2.5K)，致IRICO SHARE量达10.4K；CPT SHARE 9.7K也呈增长态势，但不如ATSC Model增长快。

4. 照产量判断CPT 14"库存至6/8'07约1K，加上海运途中3柜合计8K，供6月份使用，后续订单视7月份需求状况。
5. 与海尔接触过程中，客户保持很深观念，认为"CPT价格总是比别人高(从洽谈中判断5月价格大概比IRICO高0.2USD)，价格等谈判总是不干脆，很困难"，"不像策略合作"。

6. 如把海尔列为争取对象，是否策略上Keep与竞争牌同价，可能争取ATSC订单，及后续内销合作机会。其它方面也可灵活应对。

以上呈请了解。谢谢！

陈其双 敬上
中华映管 业务处
电话：(86)591-83971357 转 2705
邮箱: HYPERLINK "mailto:chenqs@cptf.com.cn"chenqs@cptf.com.cn

＝＝＝＝＝＝ 下面是转发邮件 ＝＝＝＝＝＝＝

原邮件发件人：linlb@cptf.com.cn  HYPERLINK "mailto:linlb@cptf.com.cn"linlb@cptf.com.cn
原邮件收件人：chenqs@cptf.com.cn; liuyn@cptf.com.cn  HYPERLINK "mailto:chenqs@cptf.com.cn"chenqs@cptf.com.cn; HYPERLINK "mailto: liuyn@cptf.com.cn"liuyn@cptf.com.cn

原邮件抄送人：linlb@cptf.com.cn  HYPERLINK "mailto:linlb@cptf.com.cn"linlb@cptf.com.cn

陈经理，您好！

这次计划彩虹14``使用量为9K多。另外从彩虹负责海尔的业务员(之前负责XOC，所以熟悉)处了解到，下个月海尔14``使用

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00689067

量至少2/3用彩虹的，彩虹交货量至14``少10K以上。这消息可靠性暂时无法证实。他又说，来青岛20天左右，陪孙处长打了2次麻将，每次都是输K级。

华映光电股份有限公司

品保总处品质服务部

林李宾

E-Mail: linlb@cptf.com.cn

TEL： 132 102 88130

地址：福州市马尾科技园区兴业路1号

＝＝＝＝＝＝＝＝＝＝＝＝＝＝＝＝＝＝

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00689068

| 日\职\体 | 3.26 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 机型 | 数量 | 显像管 | 令号累计 | 特技单号 | 定单号 | 客户型号（品牌） | 船期 | 机芯 | 物料问题点 |
| C1 | 29F9D-PY | 229 | 三星100HZ | 40-229-OK | | | | | MSTAR | |
| | D28FA11-A | 89 | 华飞100HZ | 12-89-OK | | | | | MSTAR | |
| | D29FA11-AM | 73 | 三星100HZ | 08-73-OK | | | | | MSTAR | |
| | D32FA11-AM | 94 | 三星100HZ | 06-94-OK | | | | | GENESIS | |
| | D21FA11 | 406 | 华飞100HZ | 11-406-OK | | | | | MSTAR | （30台工程定单） |
| | 21FA11朝鲜 | 2 | 三星 | 07-100-2A | HTSR061230K003 | 11526 | | 3/30/2007 | | |
| | 小计 | 893 | | | | | | | | |
| C2 | DTA-1486乌克兰 | 2 | 华映 | 25-698-2A | DH05SR1227NW02 | 11252 | TV/DVD-1432 | 3/31/2007 | 9351 | |
| | DTA-2198乌克兰 | 2 | 北松AK | H9-352-2A | DH05SR1227NW01 | 11252 | TV/DVD-2136FL | 3/31/2007 | 9351 | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | 小计 | 4 | | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| C3 | 21FA1 | 1277 | 赛格 | 64-1277-0K | | | | | G2 | |
| | 21FA1印度尼西亚 | 200 | 北松AK | 63-200-0K | HTSR070131IN02 | 11138 | 21FA1N | 3/29/2007 | | |
| | 21FA12印度尼西亚 | 175 | 北松AK | 08-175-0K | HTSR070131IN03 | 11138 | 21SF1N | 3/29/2007 | | |
| | 21TA1(D)朝鲜 | 2 | 北松 | 63-340-2A | HTSR061130K001 | 12158 | | 4/2/2007 | 8823T | |
| | 21TA1(BG)朝鲜 | 2 | 北松 | 64-340-2A | HTSR061215K002 | 12158 | | 4/2/2007 | 8823T | |
| | 21TA1(B)朝鲜 | 2 | 北松 | 65-680-2A | HTSR061215K001 | 12158 | | 4/2/2007 | 8823T | |
| | 小计 | 1656 | | | | | | | | |
| C4 | L1912W-C加拿大 | 550 | 三星 | 07-550-0K | AT06SR1120US03 | 10708 | NS-CL19C | 3/28/2007 | | |
| | L1510A-C法国 | 2 | SVA | 21-160-2A | LCD15KESA060205L1510 | 12266 | L15C10A | 3/31/2007 | | |
| | 小计 | 552 | | | | | | | | |
| 合计 | 总计 | #REF! | | | | | | | | |
| 散件 | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | 小计 | #REF! | | | | | | | | |

CHU00689069 (Sheet1.02)

| 5. 29 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 机型 | 数量 | 显像管 | 令号累计 | 特技单号 | 定单号 | 客户型号<br>（品牌） | 船期 | 机芯 | 物料问题点 |
| 1407巴拿马 | 1250 | 华映 | 02–1260–OK | LA0703081407 | 19091 | HTAR14 | 6/4/2007 | 8377 | |
| DTA–2198乌克兰 | 330 | 北松AK | I9–352–330A | DH05SR1227NW01 | 20683 | TV/DVD–2136FL | 6/8/2007 | 9351 | |
| 25T9D也门 | 10 | 彩虹 | 开发部样机 | | | | | | |
| 25F9D也门 | 10 | 三星 | 开发部样机 | | | | | | |
| D29FA11–AM | 10 | 三星100HZ | 开发部样机 | | | | | | |
| | | | | | | | | | |
| 小计 | 1610 | | | | | | | | |
| L1912W–C加拿大 | 416 | 三星 | 20–416–OK | AT06SR1120US03 | 21065 | NS–CL19C | 6/6/2007 | | |
| L1510B–C加拿大 | 230 | SVA | 14–230–OK | AT06SR1120US02 | 21055 | NS–CL15C | 6/6/2007 | | |
| L1912W–C法国 | 5 | 三星 | 19–336–5A | L1912W–CMARKET0105 | 22078 | L1912W–C | 6/5/2007 | | |
| L1510A–C德国 | 1 | 京东方 | 50–1–OK | L1510ACROHS060614 | 19619 | L15C10A | 6/1/2007 | | 客户样机 |
| L1912W–C德国 | 1 | 三星 | 51–1–OK | L1912W–CMARKET0105 | 20255 | L1912W–C | 6/1/2007 | | 客户样机 |
| L1912W–C德国 | 1 | 三星 | 52–1–OK | L1912W–CMARKET0105 | 20264 | L1912W–C | 6/1/2007 | | 客户样机 |
| DTA–2189香港 | 1 | 北松AK | 53–1–OK | DH06SR07070T01 | 20585 | CGTV5106 | 6/2/2007 | 8370 | 客户样机 |
| | | | | | | | | | |
| 小计 | 655 | | | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| DTA−2189加拿大 | 334 | 北松 | 47−336−2A | DH07SRDTA−2189 | 17302 | 20D200MV | 6/5/2007 | 8377 | |
| DTA−1496加拿大 | 820 | 华映 | 33−840−822B | DH07SRDTA−1496 | 17301 | 13D204MR | 6/5/2007 | 8377 | |
| DTA−1496澳大利亚 | 10 | 华映 | 35−700−10A | DH05SR12150T02 | 19524 | DVTV3401 | 6/5/2007 | 8370 | |
| DTA1490美国 | 5 | 彩虹 | 开发部样机 | | | NX−537 | | | |
| DTA1496美国 | 5 | 彩虹 | 开发部样机 | | | FC−2285 | | | |
| 21T9D也门 | 3 | 北松 | 开发部样机 | | | | | | |
| 小计 | 1177 | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| 小计 | 0 | | | | | | | | |
| 总计 | 3442 | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| 小计 | 0 | | | | | | | | |

CONFIDENTIAL - GRAND JURY MATERIAL

CHU00689069 (Sheet1.04)

| 5.30 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 机型 | 数量 | 显像管 | 令号累计 | 特技单号 | 定单号 | 客户型号（品牌） | 船期 | 机芯 | 物料问题点 |
| DTA–2198乌克兰 | 22 | 北松AK | I9–352–OK | DH05SR1227NW01 | 20683 | TV/DVD–2136FL | 6/8/2007 | 9351 | |
| DTA–1486乌克兰 | 697 | 华映 | 30–699–OK | DH05SR1227NW02 | 20683 | TV/DVD–1432 | 6/8/2007 | 9351 | |
| D21FA11 | 374 | 华飞100HZ | 17–424–OK | | | | | MSTAR | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| 小计 | 1093 | | | | | | | | |
| DTA–1496美国 | 1200 | 彩虹 | 34–2520–1210 | DH070314–DTA–1496 | 18676 | FC–2285 | 6/2/2007 | ATSC二代 |  |
| 21F07拉美 | 2 | 北松AK | 开发部样机 | | | HTAF21B | | | |
| 21FA11–AM(拉美) | 5 | 三星 | 开发部样机 | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| 小计 | 1207 | | | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| DTA–1496加拿大 | 18 | 华映 | 33–840–OK | DH07SRDTA–1496 | 17301 | 13D204MR | 6/5/2007 | 8377 | |
| DTA–1496美国 | 1310 | 彩虹 | 34–2520–OK | DH070314–DTA–1496 | 18676 | FC–2285 | 6/2/2007 | ATSC二代 | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| 小计 | 1328 | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| 小计 | 0 | | | | | | | | |
| 总计 | 3628 | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| 小计 | 0 | | | | | | | | |

| 5.31 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 机型 | 数量 | 显像管 | 令号累计 | 特技单号 | 定单号 | 客户型号（品牌） | 船期 | 机芯 | 物料问题点 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| 小计 | 0 | | | | | | | | |
| L1912W-C法国 | 331 | 三星 | 19-336-OK | L1912W-CMARKET0105 | 22078 | L1912W-C | 6/5/2007 | | |
| L1510B-C加拿大 | 380 | SVA | 15-380-OK | AT06SR1120US02 | 21056 | NS-CL15C | 6/6/2007 | | |
| 29FA18-T | 10 | 三星 | 开发部样机 | | | | | | |
| DTA-1490美国 | 10 | 彩虹 | 24-1680-10A | DH0704-DTA-1490NX537 | 22941 | NX-537 | 6/9/2007 | ATSC二代 | |
| 21F9D德国 | 2 | 北松AK | 49-1088-2A | DH05SR07090T02 | 21648 | HTV-021TB | 6/8/2007 | 9351 | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| 小计 | 733 | | | | | | | | |

CONFIDENTIAL - GRAND JURY MATERIAL

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| DTA–1496澳大利亚 | 690 | 华映 | 35–700–OK | DH05SR12150T02 | 19524 | DVTV3401 | 6/5/2007 | 8370 | |
| DTA–1496澳大利亚 | 450 | 华映 | 36–450–OK | DH05SR12150T02 | 19525 | DVTV3401 | 6/5/2007 | 8370 | |
| DTA–1496澳大利亚 | 250 | 华映 | 37–250–OK | DH05SR12150T02 | 19526 | DVTV3401 | 6/5/2007 | 8370 | |
| DTA–1489美国 | 10 | 彩虹 | 14–1680–10A | DH070314–DTA–1489 | 18675 | MVD1304 | 6/9/2007 | ATSC二代 | |
| | | | | | | | | | |
| | | | | | | | | | |
| 小计 | 1400 | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| 小计 | 0 | | | | | | | | |
| 总计 | 2133 | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| 小计 | 0 | | | | | | | | |

胶南电子T-7生产预算5.29－6.8

| 6.4 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 机型 | 数量 | 显像管 | 令号累计 | 特技单号 | 定单号 | 客户型号（品牌） | 船期 | 机芯 | 物料问题点 |
| 29F9D-T | 795 | 北松AK | 72-795-OK | | | | | 8859B | |
| 29F9D-PY | 713 | 三星100HZ | 49-713-OK | | | | | MSTAR | |
| D24FA11-A | 10 | 北松 | 01-263-10A | | | | | MSTAR | |
| DTA2181美国 | 2 | 三星 | 04-336-2A | AT07SR0105US02 | 23549 | TCR20 | 6/13/2007 | ATSC |  |
| 21T07美国 | 2 | 三星 | 02-878-2A | AT06SR1115US03 | 23549 | HTR20 | 6/13/2007 | ATSC |  |
| | | | | | | | | | |
| 小计 | 1522 | | | | | | | | |
| 21FA1 | 1900 | 华飞 | 73-2238-1900A | | | | | 8370 | |
| L1912W-C加拿大 | 5 | 三星 | 21-548-5A | AT06SR1120US03 | 21062 | NS-CL19C | 6/13/2007 | |  |
| DTA-1490香港 | 1 | 华映 | 54-1-OK | DH06SR02180T01 | 22601 | TX-DM142T-NV | 6/8/2007 | 客户样机 |  |
| 21T9D(S)朝鲜 | 1 | 北松 | 55-1-OK | HTSR060225K001 | 19158 | | 6/8/2007 | 客户样机 | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| 小计 | 1907 | | | | | | | | |

CHU00689069 (Sheet1.09)

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 21TA1 | 738 | 三星 | 69-738-OK | 182只彩虹管 | | | | 8370 | |
| 21FA12-AM | 453 | 华飞 | 20-453-OK | | | | | G2 | |
| 21F9D | 218 | 北松AK | 49-218-OK | | | | | G2 | |
| 21FA11-AM | 164 | 三星 | 16-164-OK | | | | | G2 | |
| 21FA11-AMM | 50 | 三星 | 16-181-50A | | | | | G2 | |
| | | | | | | | | | |
| 小计 | 1623 | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| 小计 | 0 | | | | | | | | |
| 总计 | 5052 | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| 小计 | 0 | | | | | | | | |

CONFIDENTIAL - GRAND JURY MATERIAL   CHU00689069 (Sheet1.010)

| 6.5 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 机型 | 数量 | 显像管 | 令号累计 | 特技单号 | 定单号 | 客户型号（品牌） | 船期 | 机芯 | 物料问题点 |
| 21FA12-T | 124 | 北松AK | 18-124-OK | | | | | G2 | |
| 21F5A-T | 107 | 北松AK | 11-107-OK | | | | | G2 | |
| 21F9D德国 | 1086 | 北松AK | 49-1088-OK | DH05SR0709OT02 | 21648 | HTV-021TB | 6/8/2007 | 9351 |  |
| 21FA1加拿大 | 2 | 北松AK | 77-144-2A | AT06SR1120US08 | 18759 | NS-F20C | 6/13/2007 | 8377 | |
| D29FA11-AM巴基斯坦 | 2 | 三星100HZ | 07-14-2A | HNRD29FA11-AKM | 23263 | D29FA11-AM | 6/12/2007 | | |
| | | | | | | | | | |
| 小计 | 1321 | | | | | | | | |
| 21FA1 | 338 | 华飞 | 73-2238-OK | | | | | 8370 | |
| DTA-1490美国 | 800 | 彩虹 | 24-1680-810B | DH0704-DTA-1490NX537 | 22941 | NX-537 | 6/9/2007 | ATSC 二代 |  |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| 小计 | 1138 | | | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 21FA11–AMM | 131 | 三星 | 16–181–OK | 100试流三星二代CRT | | | G2 | |
| DTA–1489美国 | 1200 | 彩虹 | 14–1680–12 10B | DH070314–DTA–1489 | 18675 | MVD1304 | 6/9/2007 | ATSC二代 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 小计 | 1331 | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 小计 | 0 | | | | | | | |
| 总计 | 3790 | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 小计 | 0 | | | | | | | |

CONFIDENTIAL - GRAND JURY MATERIAL

| 6.6 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 机型 | 数量 | 显像管 | 令号累计 | 特技单号 | 定单号 | 客户型号（品牌） | 船期 | 机芯 | 物料问题点 |
| DTA2181美国 | 334 | 三星 | 04-336-0K | AT07SR0105US02 | 23549 | TCR20 | 6/13/2007 | ATSC |  |
| 21T07美国 | 876 | 三星 | 02-878-0K | AT06SR1115US03 | 23549 | HTR20 | 6/13/2007 | ATSC |  |
| 21TA1（BG）朝鲜 | 5 | 北松 | 开发部样机 | DA0SZ0E0600 | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| 小计 | 1215 | | | | | | | | |
| DTA-1490美国 | 870 | 彩虹 | 24-1680-0K | DH0704-DTA-1490NX537 | 22941 | NX-537 | 6/9/2007 | ATSC二代 |  |
| DTA-1490美国 | 100 | 彩虹 | 23-2520-100A | DH0704-DTA-1490NX539 | 18679 | NX-539 | 6/13/2007 | ATSC 二代 |  |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| 小计 | 970 | | | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| DTA–1489美国 | 470 | 彩虹 | 14–1680–OK | DH070314–DTA–1489 | 18675 | MVD1304 | 6/9/2007 | ATSC二代 | |
| DTA–1490美国 | 840 | 彩虹 | 25–840–OK | DH0704–DTA–1490NX540 | 23621 | NX–540 | 6/12/2007 | ATSC二代 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 小计 | 1310 | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 小计 | 0 | | | | | | | |
| 总计 | 3495 | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 小计 | 0 | | | | | | | |

CONFIDENTIAL - GRAND JURY MATERIAL

| 6.7 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 机型 | 数量 | 显像管 | 令号累计 | 特技单号 | 定单号 | 客户型号（品牌） | 船期 | 机芯 | 物料问题点 |
| D32FA11–AM | 43 | 三星100HZ | 10–43–OK | | | | | GENESIS | |
| D28FA11–A | 60 | 华飞100HZ | 20–60–OK | | | | | MSTAR | |
| D21FA11 | 487 | 华飞100HZ | 18–487–OK | | | | | MSTAR | |
| D24FA11–A | 253 | 北松 | 01–263–OK | | | | | MSTAR | |
| D29FA11–AM巴基斯坦 | 12 | 三星100HZ | 07–14–OK | HNRD29FA11–AKM | 23263 | D29FA11–AM | 6/12/2007 | | |
| | | | | | | | | | |
| 小计 | 855 | | | | | | | | |
| L1912W–C加拿大 | 543 | 三星 | 21–548–OK | AT06SR1120US03 | 21062 | NS–CL19C | 6/13/2007 | |  |
| L1912W–C加拿大 | 100 | 三星 | 22–300–100A | AT06SR1120US03 | 21063 | NS–CL19C | 6/13/2007 | |  |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| 小计 | 643 | | | | | | | | |

| DTA–1490美国 | 1200 | 彩虹 | 23–2520–1300B | DH0704–DTA–1490NX539 | 18679 | NX–539 | 6/13/2007 | ATSC二代 | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| 小计 | 1200 | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| 小计 | 0 | | | | | | | | |
| 总计 | 2698 | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| 小计 | 0 | | | | | | | | |

CONFIDENTIAL - GRAND JURY MATERIAL

| 6.8 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 机型 | 数量 | 显像管 | 令号累计 | 特技单号 | 定单号 | 客户型号（品牌） | 船期 | 机芯 | 物料问题点 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| 小计 | 0 | | | | | | | | |
| L1912W-C加拿大 | 200 | 三星 | 22-300-OK | AT06SR1120US03 | 21063 | NS-CL19C | 6/13/2007 | |  |
| 21FA1加拿大 | 142 | 北松AK | 77-144-OK | AT06SR1120US08 | 18759 | NS-F20C | 6/13/2007 | 8377 | |
| 21FA1加拿大 | 360 | 北松AK | 78-360-OK | AT06SR1120US08 | 18760 | NS-F20C | 6/13/2007 | 8377 | |
| 21FA1加拿大 | 288 | 北松AK | 79-288-OK | AT06SR1120US08 | 18761 | NS-F20C | 6/13/2007 | 8377 | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| 小计 | 990 | | | | | | | | |

| DTA–1490美国 | 1220 | 彩虹 | 23–2520–0K | DH0704–DTA–1490NX539 | 18679 | NX–539 | 6/13/2007 | ATSC二代 | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| 小计 | 1220 | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| 小计 | 0 | | | | | | | | |
| 总计 | 2210 | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| 小计 | 0 | | | | | | | | |

26448

5/29'~6/8'07

| 机型 | 数量 | 显像管 | 客户型号 | (船期 | 机芯 |
|---|---|---|---|---|---|
| 1407巴拿马 | 1250 | 华映 | HTAR14 | 6/4/2007 | 8377 |
| DTA-1486乌克兰 | 697 | 华映 | TV/DVD-1432 | 6/8/2007 | 9351 |
| DTA-1490香港 | 1 | 华映 | TX-DM142T-NV | 6/8/2007 | 客户样机 |
| DTA-1496加拿大 | 820 | 华映 | 13D204MR | 6/5/2007 | 8377 |
| DTA-1496澳大利亚 | 10 | 华映 | DVTV3401 | 6/5/2007 | 8370 |
| DTA-1496加拿大 | 18 | 华映 | 13D204MR | 6/5/2007 | 8377 |
| DTA-1496澳大利亚 | 690 | 华映 | DVTV3401 | 6/5/2007 | 8370 |
| DTA-1496澳大利亚 | 450 | 华映 | DVTV3401 | 6/5/2007 | 8370 |
| DTA-1496澳大利亚 | 250 | 华映 | DVTV3401 | 6/5/2007 | 8370 |
| sub-ttl: 4186 | | | | | |
| | | | | | |
| DTA-1496美国 | 1200 | 彩虹 | FC-2285 | 6/2/2007 | ATSC二代 |
| DTA-1490美国 | 10 | 彩虹 | NX-537 | 6/9/2007 | ATSC二代 |
| DTA-1490美国 | 800 | 彩虹 | NX-537 | 6/9/2007 | ATSC二代 |
| DTA-1490美国 | 870 | 彩虹 | NX-537 | 6/9/2007 | ATSC二代 |
| DTA-1490美国 | 100 | 彩虹 | NX-539 | 6/13/2007 | ATSC二代 |
| DTA1490美国 | 5 | 彩虹 | NX-537 | | |
| DTA1496美国 | 5 | 彩虹 | FC-2285 | | |
| DTA-1496美国 | 1310 | 彩虹 | FC-2285 | 6/2/2007 | ATSC二代 |
| DTA-1489美国 | 10 | 彩虹 | MVD1304 | 6/9/2007 | ATSC二代 |
| DTA-1489美国 | 1200 | 彩虹 | MVD1304 | 6/9/2007 | ATSC二代 |
| DTA-1489美国 | 470 | 彩虹 | MVD1304 | 6/9/2007 | ATSC二代 |
| DTA-1490美国 | 840 | 彩虹 | NX-540 | 6/12/2007 | ATSC二代 |
| DTA-1490美国 | 1200 | 彩虹 | NX-539 | 6/13/2007 | ATSC二代 |
| DTA-1490美国 | 1220 | 彩虹 | NX-539 | 6/13/2007 | ATSC二代 |
| sub-ttl: 9240 | | | | | |

从5/21'07~6/8'07 19天时间海尔胶南厂产量为57K。其中14″总量为20K，CPT

CONFIDENTIAL - GRAND JURY MATERIAL          CHU00689069 (Sheet2.01)

5/21'07~5/28'07

| 机型 | 数量 | 显像管 | 客户型号 | 船期 | 机芯 |
|---|---|---|---|---|---|
| DTA-1496加拿大 | 2 | 华映 | 13D204MR | 6/5/2007 | 8377 |
| DTA-1486乌克兰 | 2 | 华映 | TV/DVD-1432 | 6/8/2007 | 9351 |
| DTA-1496西班牙 | 10 | 华映 | MX-TM7414Mpe | 5/26/2007 | 9351 |
| DTA1481德国 | 10 | 华映 | HTVD-130A | 5/27/2007 | 9381 |
| DTA-1496西班牙 | 1300 | 华映 | MX-TM7414Mpe | 5/26/2007 | 9351 |
| DTA-1496西班牙 | 1210 | 华映 | MX-TM7414Mpe | 5/26/2007 | 9351 |
| DTA-1496西班牙 | 22 | 华映 | | | |
| DTA1481德国 | 690 | 华映 | HTVD-130A | 5/27/2007 | 9381 |
| DTA1481德国 | 50 | 华映 | HTVD-130A | 5/27/2007 | 9381 |
| DTA-1496加拿大 | 820 | 华映 | 13D204MR | 6/5/2007 | 8377 |
| DTA-1496澳大利亚 | 10 | 华映 | DVTV3401 | 6/5/2007 | 8370 |
| DTA-1496加拿大 | 18 | 华映 | 13D204MR | 6/5/2007 | 8377 |
| DTA-1496澳大利亚 | 690 | 华映 | DVTV3401 | 6/5/2007 | 8370 |
| DTA-1496澳大利亚 | 450 | 华映 | DVTV3401 | 6/5/2007 | 8370 |
| DTA-1496澳大利亚 | 250 | 华映 | DVTV3401 | 6/5/2007 | 8370 |
| sub-ttl: | 5534 | | | | |
| | | | | | |
| DTA-1496美国 | 10 | 彩虹 | FC-2285 | 6/2/2007 | ATSC二代 |
| DTA-1496美国 | 1200 | 彩虹 | FC-2285 | 6/2/2007 | ATSC二代 |
| DTA1490美国 | 5 | 彩虹 | NX-537 | | |
| DTA1496美国 | 5 | 彩虹 | FC-2285 | | |
| sub-ttl: | 1220 | | | | |

SHARE 9.7K，IRICO SHARE 10.4K。策略上仍是IRICO用于美国ATSC二代，CPT用于其它客户。

CONFIDENTIAL - GRAND JURY MATERIAL

CHU00689069 (Sheet2.02)

# Exhibit 35



STATE of NEW YORK        )
                         )          ss:
COUNTY of NEW YORK       )


### *CERTIFICATE OF ACCURACY*

This is to certify that the attached document, *"IRI-CRT-00000487E",* originally written in *Chinese,* is to the best of our knowledge and belief, a true, accurate and complete translation into *English.*


Dated: April 6, 2019

Seth Wargo
Consortra Translations


Sworn to and signed before ME this
_____ day of _____,
2019.

Notary Public


JAMES G MAMERA
Notary Public - State of New York
No. 01MA6157195
Qualified in New York County
My Commission Expires Dec. 4, 2022


Your
legal
translation
partner

CONFIDENTIAL

IRI-CRT-00000487E_Translation

[PRC Logo]

**Enterprise Legal Person**

# Business License

(Duplicate)

Registration Number [illegible]

[Illegible]

License Issuing Authority

[Stamp: Administration for Industry and Commerce, Shaanxi Province]

Date: [illegible]

Enterprise Name: Irico Display Devices Co., Ltd.

Address: Caihong Road, Xianyang City, Shaanxi Province

Legal Representative: Zhang Wenyi

Registered Capital: RMB 300 million yuan

Economic Nature: Shareholding system

Method of Operation:

Scope of Operations:
Main Operations:
Color displays, electronic products and parts, raw materials, real estate development and operation, domestic and international trade

Side Operations:
[illegible], physical leasing, "three-plus-one" trading-mix, etc. .

CONFIDENTIAL

IRI-CRT-00000487



企业法人

营业执照

（副　本）

注册号22065J102-8



发　照　机关

企业名称 彩虹显示器件股份有限公司

住　　　所 陕西省咸阳市彩虹路

法定代表人 张文义

注册资金 人民币 叁亿元

经济性质 股份制

经营方式

经营范围 主营 彩色显示器、电子产品及零部件、原材料，房地产开发经营，国内、外贸易。

兼营 技术服务、实物租赁，承办"三来一补"业务。

# Exhibit 36

```
 1                UNITED STATES DISTRICT COURT

 2               NORTHERN DISTRICT OF CALIFORNIA

 3                  SAN FRANCISCO DIVISION

 4      - - - - - - - - - - - - - - - - - -x

 5     IN RE:  CATHODE RAY TUBE (CRT)   :  MASTER FILE NO.:
       ANTITRUST LITIGATION                07-CV-5944-JST
 6                                      :  MDL NO.: 1917

 7      - - - - - - - - - - - - - - - - -x

 8

 9

10                VIDEOTAPED DEPOSITION OF:

11                DONALD C. CLARK, PH.D.

12                   Washington, D.C.

13                   March 26, 2019

14

15

16

17

18     Reported by:
       Misty Klapper, CRR, RMR
19     Job No.: 265384

20

21

22

23

24

25
```

 1            then relatively controlled.

 2                      So they're saying -- I read this

 3            as -- and I think everybody would read it --

 4            as the Ministry of Finance saying that we have

 5            no problem in saying that when the state holds

 6            more than 50 percent of the shares, that

 7            company should be considered a state-owned

 8            company and enterprise.

 9                      And they're saying we don't have

10            a firm view as to what the criminal law ought

11            to say in the cases of other companies where

12            the state holds 50 percent or less.

13                      That -- that's how I understand

14            this statement.

15                 Q.    Well, and it goes on, though, to

16            recommend serious studies should be conducted,

17            et cetera.

18                      Do you see that?

19                 A.    Yes.  And they're saying, you

20            know, we're not the people to do it.  We're

21            the Ministry of Finance.  And that's

22            essentially what they say in the fourth

23            paragraph.  They say the Supreme People's

24            Court, you know, should provide a judicial

25            interpretation.  This is, you know, not in our

1          wheelhouse.

2                    Q.    And -- and do you know if the

3          supreme judicial court provided an -- an

4          interpretation?

5                    A.    Yes, that's what the 2010

6          document is.  They did it together with the

7          supreme -- I mean, they weren't following --

8          they weren't, you know, obeying the Ministry

9          of Finance's orders, because they can't give

10         them orders, but that is -- certainly would

11         satisfy what the Ministry of Finance is asking

12         for.  That's the sort of thing they had in

13         mind, let's put it that way.

14                   Q.    Right.  And so -- and as far as

15         you know, there was no clear -- you know,

16         clear statement of the law provided before

17         2010?

18                   A.    Correct.  I -- I don't -- right,

19         I don't know that the Supreme People's Court,

20         you know, had any judicial interpretation on

21         this issue, you know, prior to 2010.

22                   Q.    So these cases -- there's a --

23         in each case there was a first instance and a

24         second -- what -- what you've described as a

25         first instance and a second instance in these

```
 1              cases.

 2                        I presume the second instance in

 3              each case was by a higher court?

 4                   A.    Yes.  And the reason I call it

 5              first and second instance, instead of trial

 6              and appeal, is that -- just a very simple

 7              reason -- is that in the Chinese system you

 8              can appeal everything, not just the law, but

 9              also the facts.  So it's a de novo hearing in

10              the second instance.  That's why I call it by

11              a different term.

12                   Q.    And does precedent matter in

13              Chinese criminal cases?

14                   A.    Okay.  Yeah, so this is a

15              complex subject.  The -- I guess you would say

16              the dogma of the Chinese legal system is that

17              precedent doesn't matter because the

18              self-image of the Chinese legal system is one

19              of a continental legal system.

20                        And the -- you know -- the

21              stereotyped image of a continental legal

22              system is one in which precedent doesn't

23              matter.  But in actual fact that's not true of

24              continental legal systems.

25                        And it's not totally true of
```

```
1                    CERTIFICATE OF NOTARY

2                         I, MISTY KLAPPER, the officer

3          before whom the foregoing deposition was

4          taken, do hereby certify that the witness

5          whose testimony appears in the foregoing

6          deposition was duly sworn by me; that the

7          testimony of said witness was taken by me in

8          shorthand and thereafter reduced to

9          typewriting by me; that said deposition is a

10         true record of the testimony given by said

11         witness; that I am neither counsel for,

12         related to, nor employed by any of the parties

13         to the action in which this deposition was

14         taken; and, further, that I am not a relative

15         or employee of any attorney or counsel

16         employed by the parties hereto, nor

17         financially or otherwise interested in the

18         outcome of this action.

19                    _____
                      Misty Klapper
20                    Notary Public in and for
                      District of Columbia
21

22

23

24

25
```

# Exhibit 39

John Taladay (*pro hac vice*)
john.taladay@bakerbotts.com
Erik Koons (*pro hac vice*)
erik.koons@bakerbotts.com
BAKER BOTTS LLP
1299 Pennsylvania Ave., NW
Washington, D.C. 20004
Telephone: (202)-639-7700
Facsimile: (202)-639-7890

Stuart C. Plunkett (State Bar No. 187971)
stuart.plunkett@bakerbotts.com
BAKER BOTTS LLP
101 California Street, Suite 3600
San Francisco, California 94111
Telephone: (415) 291-6200
Facsimile: (415) 291-6300

*Attorneys for Defendants*
*IRICO GROUP CORP. and*
*IRICO DISPLAY DEVICES CO., LTD.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | Master File No. 3:07-cv-05944-JST (N.D. Cal.) |
| | MDL No. 1917 |
| This Document Relates to: | **IRICO DEFENDANTS' THIRD SUPPLEMENTAL OBJECTIONS AND RESPONSES TO INDIRECT PURCHASER PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS** |
| ALL INDIRECT PURCHASER ACTIONS | |

PROPOUNDING PARTY:      Indirect Purchaser Plaintiffs

RESPONDING PARTIES:      Irico Group Corporation
Irico Display Devices Co., Ltd.

SET NO.:      One

1    Pursuant to Federal Rules of Civil Procedure 26 and 34, Irico Group Corporation and Irico

2    Display Devices Co, Ltd. (collectively, "Irico" or "Irico Defendants") hereby further supplements

3    its responses to the Indirect Purchaser Plaintiffs' ("Plaintiff") First Set of Requests for Production

4    of Documents ("Requests"). Irico reserves the right to amend or supplement these Objections and

5    Responses (the "Responses") to the extent allowed by the Federal Rules of Civil Procedure and

6    the Local Rules of Practice in Civil Proceedings before the United States District Court for the

7    Northern District of California ("Local Rules"). Subject to and without waiving any of Irico's

8    General and Specific Objections as set forth below, Irico is willing to meet and confer with

9    Plaintiff regarding such General and Specific Objections.

10    The following Responses are made only for purposes of this case. The Responses are

11    subject to all objections as to relevance, materiality and admissibility, and to any and all

12    objections on any ground that would require exclusion of any response if it were introduced in

13    court. All evidentiary objections and grounds are expressly reserved.

14    These Responses are subject to the provisions of the Stipulated Protective Order that the

15    Court issued on June 18, 2008 ("Protective Order"). Irico's Responses are hereby designated

16    "Confidential" in accordance with the provisions of the Protective Order.

17    ## GENERAL OBJECTIONS

18    Irico makes the following General Objections to Plaintiff's Requests:

19    1.    Irico's Responses are based upon information available to and located by Irico as

20    of the date of service of these Responses. In responding to Plaintiff's Requests, Irico states that it

21    has conducted, or will conduct, a diligent search, reasonable in scope, of those files and records in

22    its possession, custody, or control believed to likely contain information responsive to Plaintiff's

23    Requests.

24    2.    No express, incidental, or implied admissions are intended by these Responses and

25    should not be read or construed as such.

26    3.    Irico does not intend, and its Responses should not be construed as, an agreement

27    or acquiescence with any characterization of fact, assumption, or conclusion of law contained in

28

2

1   or implied by the Requests.

2        4.    To the extent that Irico responds to Plaintiff's Requests by stating that Irico will

3   produce or make available for examination responsive information or documents, Irico does not

4   represent that any such information or documents exist. Irico will make a good faith and

5   reasonable attempt to ascertain whether information responsive to Plaintiff's Requests exists and

6   is properly producible, and will produce or make available for examination non-privileged

7   responsive materials to the extent any are located during the course of a reasonable search.

8        5.    Irico objects to Plaintiff's Requests to the extent that they are overly broad, unduly

9   burdensome, oppressive, and duplicative to the extent that they seek information or documents

10  that are already in the possession, custody, or control of Plaintiff.

11       6.    Irico objects to Plaintiff's Requests to the extent that they seek to impose

12  obligations on Irico beyond those of the Federal Rules of Civil Procedure, the Local Rules, or any

13  Order of this Court.

14       7.    Irico objects to Plaintiff's Requests to the extent they seek information or

15  documents that are not relevant to jurisdictional issues or disproportionate to the needs of the case

16  in resolving such jurisdictional issues.

17       8.    Irico objects to Plaintiff's Requests to the extent that they are vague, ambiguous,

18  or susceptible to more than one interpretation. Irico shall attempt to construe such vague or

19  ambiguous Requests so as to provide for the production of responsive information or documents

20  that are proportionate to the needs of the case. If Plaintiff subsequently asserts an interpretation of

21  any Request that differs from Irico's understanding, Irico reserves the right to supplement or

22  amend its Responses.

23       9.    Irico objects to Plaintiff's Requests to the extent that they contain terms that are

24  insufficiently or imprecisely defined. Irico shall attempt to construe such vague or ambiguous

25  Requests so as to provide for the production of responsive information or documents that are

26  proportionate to the needs of the case.

27       10.   Irico objects to Plaintiff's Requests to the extent that they seek information or

28

IRICO'S THIRD SUPP. OBJECTIONS AND                    Master File No. 3:07-cv-05944-JT
RESPONSES TO IPP'S FIRST SET OF RFPS                  MDL No. 1917

1    documents that are protected from disclosure by the attorney-client privilege, work product

2    doctrine, joint defense or common interest privilege, self-evaluative privilege, or any other

3    applicable privilege or immunity. Irico will provide only information that it believes to be non-

4    privileged and otherwise properly discoverable. None of Irico's responses is intended nor should

5    be construed as a waiver of any such privilege or immunity. The inadvertent or mistaken

6    provision of any information or responsive documents subject to any such doctrine, privilege,

7    protection or immunity from production shall not constitute a general, inadvertent, implicit,

8    subject-matter, separate, independent or other waiver of such doctrine, privilege, protection or

9    immunity from production.

10        11.    Irico objects to Plaintiff's Requests to the extent that they call for information or

11   documents that are not in the possession, custody, or control of Irico. Irico also objects to the

12   extent that any of Plaintiff's Requests seek information from non-parties or third parties,

13   including but not limited to any of Irico's subsidiary or affiliated companies.

14        12.    Irico objects to Plaintiff's Requests to the extent that responding would require

15   Irico to violate the privacy and/or confidentiality of a third party or confidentiality agreement

16   with a third party.

17        13.    Irico objects to Plaintiff's Requests to the extent that they seek information or

18   documents that are publicly available, already in Plaintiffs' possession, custody, or control, or

19   more readily available from other sources.

20        14.    Irico objects to Plaintiff's Requests to the extent that they seek information or

21   documents concerning transactions outside the United States. Such Requests are unduly

22   burdensome and irrelevant because they do not relate to actions by Irico in or causing a direct

23   effect in the United States.  Such Requests are also unduly burdensome and irrelevant to this

24   pending action as Plaintiffs' class definition is confined to "individuals and entities that indirectly

25   purchased Cathode Ray Tube Products . . . in the United States" (see Indirect Purchaser Plaintiffs'

26   Fourth Consolidated Amended Complaint).

27        15.    Irico objects to Plaintiff's Requests to the extent that compliance would require

28

4

Irico to violate the laws, regulations, procedures, or orders of a judicial or regulatory body of foreign jurisdictions.

16.     Irico's responses, whether now or in the future, pursuant to Plaintiff's Requests should not be construed as either (i) a waiver of any of Irico's general or specific objections or (ii) an admission that such information or documents are either relevant or admissible as evidence.

17.     Irico objects to Plaintiff's Requests to the extent that compliance would require Irico to seek information or documents stored on backup or archived databases or other systems that are not readily accessible or otherwise no longer active.

18.     Irico objects to Plaintiff's Requests to the extent that they state and/or call for legal conclusions.

19.     Irico objects to the Requests to the extent that they contain express or implied assumptions of fact or law with respect to the matters at issue in this case.

20.     Irico objects to the Requests to the extent they seek documents that cannot be removed or transmitted outside China without violating the laws and regulations of that country, including but not limited to restrictions on the transmission of state secrets or trade secrets as those terms are defined under Chinese law.

21.     Irico objects that Plaintiff's Requests are irrelevant and premature because the Court has not set a schedule for jurisdictional discovery or briefing that applies to Plaintiff.

22.     Irico reserves the right to assert additional General and Specific Objections as appropriate to supplement these Responses.

These General Objections apply to each Request as though restated in full in the responses thereto. The failure to mention any of the foregoing General Objections in the specific responses set forth below shall not be deemed as a waiver of such objections or limitations.

## **GENERAL OBJECTIONS TO DEFINITIONS AND INSTRUCTIONS**

1.     Irico objects to the definition of "Communication" (Definition No. 6) on the grounds that it is vague, ambiguous, and overly broad. Irico further objects to this definition to the extent that it attempts to impose burdens on Irico beyond those imposed by the Federal Rules of

1    Civil Procedure.

2           2.      Irico objects to the definition of "Document" (Definition No. 10) to the extent it

3    seeks to impose requirements that are beyond those imposed by the Federal Rules of Civil

4    Procedure, the Local Rules, or any other applicable laws.

5           3.      Irico objects to the definition of "Employee" (Definition No. 11) on the grounds

6    that it calls for a legal conclusion and is otherwise vague, ambiguous, and overly broad. Irico

7    further objects to this definition to the extent that it attempts to impose burdens on Irico beyond

8    those imposed by the Federal Rules of Civil Procedure. Irico further objects to this definition to

9    the extent that it seeks information protected by the attorney client or other applicable privilege,

10   attorney work product doctrine, or otherwise seeks to violate rights of privacy under U.S. or

11   foreign law.

12          4.      Irico objects to the definitions of "concerning," "concerns," "relate," and

13   "relating" (Definitions No. 7 and 14) to the extent that such terms seek the discovery of

14   information or documents that are disproportionate to the needs of the case in determining

15   jurisdictional issues. Irico further objects to these terms to the extent that they seek to improperly

16   expand the scope of information or documents relevant to the issues set forth in Plaintiff's

17   pleadings. Irico also objects to these definitions because responding to such vague, overly broad,

18   and ambiguous Requests would be unduly burdensome.

19          5.      Irico objects to the definitions of "You" and "your" (Definition No. 1) to the extent

20   that Plaintiff defines those terms to include the Irico's "present and former members, officer,

21   agents, employees, and all other persons acting or purporting to act on their behalf." This

22   definition is legally incorrect, overbroad, unduly burdensome, vague, and ambiguous. Irico also

23   objects to the inclusion of "all present and former directors, officers, Employees, agents,

24   representatives or any Persons acting or purporting to act on behalf of" Irico within this definition

25   to the extent it purports to encompass information or documents that are protected by attorney-

26   client privilege, work product protection or any other applicable doctrine, privilege, protection or

27   immunity or otherwise calls for a legal conclusion.

28

6.      Irico objects to the definitions of "CRT" and "CRT Products" (Definitions No. 8 and 9) on the grounds that they are vague, ambiguous and overly broad.

7.      Irico objects to Instruction No. 1 as overly broad and unduly burdensome on the grounds that it encompasses time periods outside of those relevant for resolving jurisdictional issues.

8.      Irico objects to each and every Instruction to the extent that it purports to impose burdens or obligations broader than, inconsistent with, or not authorized under the Federal Rules of Civil Procedure or other applicable rule or Order of this Court.

## SPECIFIC RESPONSES TO REQUESTS FOR PRODUCTION

**REQUEST NO. 18**

All documents relating to any meetings or communications between you and any other manufacturer of CRTs or CRT Products during which there was any discussion concerning any sales, contemplated sales, pricing, or shipments to customers in the United States during the Class Period.

**RESPONSE TO REQUEST NO. 18**

Irico reasserts and incorporates each of the General Objections and Objections to the Definitions and Instructions set forth above.  Irico further objects that this request is irrelevant and premature because the Court has not set a schedule for jurisdictional discovery or briefing that applies to Plaintiff.  Irico further objects that this request seeks information beyond the scope of what is relevant to resolving jurisdictional issues and beyond that authorized under the Court's April 25, 2018 Order Denying Plaintiffs' Motion to Compel.  Irico also objects that this request is overbroad, unduly burdensome, and disproportionate to the needs of the case in resolving jurisdictional issues.  Irico also objects to this request on the grounds that identification of "all documents relating to" is overbroad, unduly burdensome, and disproportionate to the needs of the case.  Irico also objects to this request as overbroad as to the time period called for; the only relevant inquiry is Irico's status as of November 26, 2007.

Subject to and without waiving the objections stated above, Irico refers Plaintiff to Irico's

7

1    responses to DPP's jurisdictional discovery, which were served on Plaintiff on May 4, 2018.

2    **SUPPLEMENTAL RESPONSE TO REQUEST NO. 18**

3         Subject to and without waiving the objections stated above and pursuant to the Special

4    Master's August 2, 2018 order (Dkt. No. 5320) regarding Direct Purchaser Plaintiffs' motion to

5    compel, Irico will produce or make available for inspection any responsive, non-privileged

6    documents related to the twenty-six meetings identified in Exhibit 11 to the Declaration of R.

7    Alexander Saveri dated January 11, 2018.  Irico will provide a summary description of any

8    documents it makes available for inspection.

9    **SECOND SUPPLEMENTAL RESPONSE TO REQUEST NO. 18**

10        Subject to and without waiving the objections stated above and pursuant to the Special

11   Master's September 28, 2018 order (Dkt. No. 5332), Irico provides the following description of

12   its search methodology and investigation.  Irico conducted a search for information and

13   documents responsive to IPPs' discovery requests, including this request for documents relating

14   to any meetings or communications between you and any other manufacturer of CRTs or CRT

15   Products during which there was any discussion concerning any sales, contemplated sales,

16   pricing, or shipments to customers in the United States during the Class Period.

17        Irico searched its corporate archives located on the first and third floors of Building 102 of

18   Irico Group Headquarters, 1 Caihong Road, Qindu District, Xianyang, Shaanxi Province,

19   People's Republic of China. These archives contain a total of over 150 file cabinets and over

20   5,500 file boxes Approximately 700 bound volumes of financial records for Irico Group, dated

21   from 1995 to 2007 and organized chronologically. These financial records include contracts,

22   receipts, invoices, approvals from the government, and approvals issued by Irico Group relating

23   to operations, suppliers, investment, and financing. Each volume ranges from approximately 100

24   to 300 pages depending on the volume of transactions in each period. Approximately 150 bound

25   account books for Irico Group, dated from 1995 to 2007and organized chronologically. These

26   account books contain information on Irico Group's sales, assets, operations, and cash flow based

27   on the financial documents described above. Each account book contains approximately 200 to

28

8

IRICO'S THIRD SUPP. OBJECTIONS AND                    Master File No. 3:07-cv-05944-JT
RESPONSES TO IPP'S FIRST SET OF RFPS                  MDL No. 1917

500 pages.  Irico assigned a team of employees and two Irico accountants to determine the specific contents of the archives and to verify whether they contained information regarding sales into the United States.

Irico searched the financial archive files of Irico Group, which are located at the Caihong Building at 11 Shangdi Xinxi Road, Haidian District, Beijing, People's Republic of China. Irico determined that these archives contain approximately 730 bound volumes of financial records and over 70 account books dated between 1995 and 2007. These documents are organized chronologically and similar in content and size to the financial documents and account books described above at the Irico Group Headquarters location.

Irico searched within Irico Display's corporate archives, stored within the archives of Shaanxi Irico Electronic Glass Co., a subsidiary of Irico Display. Irico determined that the archives included approximately 1,500 bound account books for Irico Display, dated from 1995 to 2007 and organized chronologically. These account books contain information on Irico Display's sales, assets, operations, and cash flow. Each account book contains approximately 200 to 500 pages.

Irico searched for and located other sources of hardcopy documents within its offices. Irico located and searched a store of its historical accounting records kept in paper form in its Beijing office.  Irico also searched accounting records that were stored in Irico Display's office and its warehouse in Xianyang City.

Irico searched for any database containing sales or accounting records. Irico located and searched a database of electronically stored archival accounting data, which included some data from 2004-2007. To do this, Irico logged into a server located at its corporate headquarters and searched for all accounting data concerning Irico Group, Irico Display and Irico Electronics.

Irico searched for any other sources of electronic documents.  Irico located two computer hard drives with files from the relevant period. One hard drive belonged to Mr. Yan, the General Counsel of Irico Group. Although Mr. Yan had discarded his old computer in 2012, he retained its hard drive. Irico hired a technical service to recover as many documents as possible from this

IRICO'S THIRD SUPP. OBJECTIONS AND
RESPONSES TO IPP'S FIRST SET OF RFPS

Master File No. 3:07-cv-05944-JT
MDL No. 1917

old and damaged hard drive. All of the documents eventually recovered from Mr. Yan's hard drive were searched to determine responsiveness. The other hard drive came from the computer of Mr. Wenyang Zhang, the Manager of the Operating Department of Irico Group. Irico searched all files within this hard drive for responsive information.

Irico also interviewed and requested documents from its current and former employees, including:

- Hua Yang, Director of Finance Department, Irico Group
- Mei Li, Director of Archive Management, Irico Group
- Tao Long, Secretary of the Board of Directors, Irico Display
- Mr. Mengquan Guo, Deputy Chairman of the Board, Irico Group
- Mr. Zhaojie Wang, General Manager, Irico Smart Lighting Company
- Yuan Liang, *former* Deputy General Manager of Sales Department, Irico Display
- Xiaolin Shen, *former* Deputy General Manager and General Manager of Sales Department, Irico Display
- Jian-she Wei, *former* General Manager of Sales, Irico Group

None of these former employees separately retained any additional electronic or paper documents from the relevant period.

**THIRD SUPPLEMENTAL RESPONSE TO REQUEST NO. 18**

Subject to and without waiving the objections stated above and pursuant to IPPs' January 16th request, Irico provides the following supplemental response.  Irico does not have any records relating to any CRT sales to TCL-Thomson Electronics Corp., or any other joint-venture involving any of the fifteen entities listed in Interrogatory No. 3 of IPPs' Second Set of Interrogatories.

Regarding the contents of certain floppy disks Irico recently discovered, Irico provided the responsive contents of these disks in its January 16th production, bates labeled IRI-CRT00003544 through -3645.

IRICO'S THIRD SUPP. OBJECTIONS AND
RESPONSES TO IPP'S FIRST SET OF RFPS

Master File No. 3:07-cv-05944-JT
MDL No. 1917

1    Dated:  January 18, 2019                    BAKER BOTTS LLP

2

3                                                */s/ Stuart C. Plunkett*
                                                 Stuart C. Plunkett
4                                                Email:  stuart.plunkett@bakerbotts.com
                                                 BAKER BOTTS L.L.P.
5                                                101 California Street, Suite 3600
                                                 San Francisco, CA94111
6                                                Telephone:  (415) 291 6203
                                                 Facsimile:  (415) 291 6303
7
                                                 John Taladay (*pro hac vice*)
8                                                john.taladay@bakerbotts.com
                                                 Erik Koons (*pro hac vice*)
9                                                erik.koons@bakerbotts.com
                                                 BAKER BOTTS LLP
10                                               1299 Pennsylvania Ave., NW
                                                 Washington, D.C. 20004
11                                               Telephone: (202)-639-7700
                                                 Facsimile: (202)-639-7890
12
                                                 *Attorneys for Defendants*
13                                               *IRICO GROUP CORP. and*
                                                 *IRICO DISPLAY DEVICES CO., LTD.*
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                          11
─────────────────────────────────────────────────────────
IRICO'S THIRD SUPP. OBJECTIONS AND              Master File No. 3:07-cv-05944-JT
RESPONSES TO IPP'S FIRST SET OF RFPS                         MDL No. 1917

1

### CERTIFICATE OF SERVICE

2
**In re: Cathode Ray Tube (CRT) Antitrust Litigation - MDL No. 1917**

3
      I declare that I am employed in the County of San Francisco, California.  I am over the

4
age of eighteen years and not a party to the within case; my business address is: Baker Botts LLP,

5
101 California Street, Suite 3600, San Francisco, CA 94111.

6
On January 18, 2019, I served the following document(s) described as:

7
### IRICO DEFENDANTS' THIRD SUPPLEMENTAL OBJECTIONS AND RESPONSES
### TO INDIRECT PURCHASER PLAINTIFFS' FIRST SET OF REQUESTS

8
### FOR PRODUCTION OF DOCUMENTS

9
on the following interested parties in this action:

10

11
Guido Saveri (guido@saveri.com)        Mario N. Alioto (malioto@tatp.com)
R. Alexander Saveri (rick@saveri.com)      Lauren C. Capurro (laurenrussell@tatp.com)

12
Geoffrey C. Rushing (grushing@saveri.com)   Joseph M. Patane (jpatane@tatp.com)
Cadio Zirpoli (cadio@saveri.com)         TRUMP ALIOTO TRUMP & PRESCOTT LLP

13
Matthew D. Heaphy (mheaphy@saveri.com)   2280 Union Street
SAVERI & SAVERI, INC.            San Francisco, CA 94123

14
706 Sansome St # 200,
San Francisco, CA 94111

15

16
*Lead Counsel for the Direct Purchaser*     *Lead Counsel for the Indirect Purchaser*
*Plaintiffs*                                     *Plaintiffs*

17

18
[X]     (BY ELECTRONIC MAIL) I caused such documents to be sent to the persons at the
email addressed listed above.  I did not receive, within a reasonable time after the transmission,
any electronic message or other indication that the transmission was unsuccessful.

19

20
      I declare under penalty of perjury under the laws of the State of California that the
foregoing is true and correct.  Executed on January 18, 2019 in San Francisco, California.

21

22
                 */s/ Reilly Stoler*
                   Reilly Stoler

23

24

25

26

27

28

12