UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-05944-JST |
|---|---|
| This Document Relates to: ALL INDIRECT PURCHASER ACTIONS | **ORDER RE: MOTION FOR APPOINTMENT OF LEAD COUNSEL FOR INDIRECT PURCHASER PLAINTIFFS IN NON-REPEALER STATES**<br>Re: ECF No. 5639 |

Tracy R. Kirkham, liaison counsel for the Non-Repealer State Subclass, has filed a Stipulation and Proposed Order Amending Order Granting Motion for Appointment of Lead Counsel for Indirect Purchaser Plaintiffs with Claims in Non-Repealer States. ECF No. 5639. Any response to this stipulated request is due by November 8, 2019. If no opposition is received, the Court will enter the proposed order.

**IT IS SO ORDERED.**

Dated: November 6, 2019



JON S. TIGAR
United States District Judge