UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 4:07-cv-5944-JST |
| | MDL No. 1917 |
| This Document Relates to:<br><br>All Indirect Purchaser Actions | **[PROPOSED] ORDER GRANTING RENEWED MOTION OF NON-REPEALER STATE SUBCLASS MEMBER ELEANOR LEWIS TO INTERVENE**<br><br>Judge:    Honorable Jon S. Tigar |

1  The Renewed Motion of Non-Repealer State Subclass Member Eleanor Lewis to Intervene ("Motion") came on regularly for hearing on January 22, 2020.  The Court, having carefully considered the papers and pleadings on file and oral arguments of counsel, hereby GRANTS the motion.

  It is hereby ORDERED that:

  1.  Non-Repealer State Subclass Member Eleanor Lewis may intervene as a party plaintiff in the above-captioned action and file a separate Complaint.  The Complaint shall be filed in substantially the same form as the proposed Complaint attached as Exhibit 1 to the Motion.

  2.  Within 45 days of the date of this Order, all plaintiffs in the above-captioned action shall meet and confer and file a single consolidated amended complaint covering all of the claims advanced by the various plaintiffs herein.

  **IT IS SO ORDERED.**

Dated: _____      _____
                                       Honorable Jon S. Tigar
                                       United States District Judge

1

[PROPOSED] ORDER GRANTING RENEWED MOTION OF NON-REPEALER STATE
SUBCLASS MEMBER ELEANOR LEWIS TO INTERVENE
Case No. 4:07-cv-5944, MDL No. 1917