Robert Bonsignore appearing *pro hac vice*
Lisa Sleboda *pro hac vice*
Bonsignore Trial Lawyers, PLLC
23 Forest Street
Medford, MA  02155
Office Phone: (781) 350-0000
Cell Phone: (781) 856-7650
Facsimile: (702) 852-5726
rbonsignore@classactions.us

*Interim Co-Lead Counsel for Other Repealer States*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 3:07-cv-5944-JST |
| | MDL No. 1917 |
| This Document Relates to: | **DECLARATION OF ROBERT J. BONSIGNORE IN SUPPORT OF MOTION TO INTERVENE AND AMEND COMPLAINT TO ALLEGE STATE LAW CLAIMS FOR THE OTHER REPEALER STATES** |
| All Indirect-Purchaser Actions | |
| | Hearing Date: October 23, 2019 |
| | Time:        2:00 p.m. |
| | Judge:       The Honorable Jon S. Tigar |
| | Courtroom:   6, 2nd Floor |

1    I, Robert J. Bonsignore, declare as follows:

2         1.       I am an attorney licensed by the Commonwealth of Massachusetts and the State of

3    New Hampshire and am admitted to practice *pro hac vice* before this Court.  I make this

4    declaration in support of the Motion to Intervene and Amend Complaint To Allege State Law

5    Claims For the Other Repealer States.  I have personal knowledge of the facts stated in this

6    Declaration, and, if called as a witness, I could and would testify completely to them.

7         2.       Pursuant to Mass. Gen. Laws ch. 93A, §§ 2 and 9, on diverse dates between June 15

8    and June 20, 2019, I caused to be served by Certified Mail demand letters upon each Defendant

9    identified in the attachment to this Declaration.  Under Massachusetts law a demand letter that

10   identifies the particularized injuries of one class representative claimant and gives notice to

11   defendant of the pendency of the class action is sufficient.  Each Defendant received multiple pre-

12   suit demands issued pursuant to MGL 93A that gave adequate notice of the claims of the putative

13   Massachusetts class, identifying the issuers of the demand as end use purchasers of CRT during

14   the putative class period and reasonably describing how they suffered damages and providing them

15   with notice that the harm occurred within the Commonwealth of Massachusetts within the class

16   period.  The notices also clearly referenced MDL 1917 and the procedural history of their claims.

17   The Plaintiffs also encouraged each Defendant to make a reasonable settlement offer.  Therefore,

18   each of the Plaintiffs' demand letter sufficiently described the claimants, the unfair or deceptive

19   practice, and the injury suffered with enough detail for each Defendant to ascertain its exposure

20   and to initiate negotiations.

21

22        I declare under penalty of perjury of the laws of the State of California that the foregoing is

23   true and correct.  Executed the 22nd day of August, 2019 at Medford, Massachusetts.

24                                          /s/ Robert J. Bonsignore
                                            Robert J. Bonsignore
25

26

27

28

BONSIGNORE DEC. iso MOTION TO INTERVENE AND AMEND COMPLAINT

Case No. 3:07-cv-5944, MDL No. 1917

# BONSIGNORE, PLLC

### TRIAL LAWYERS
RBONSIGNORE@CLASSACTIONS.US
3771 Meadowcrest Drive
LAS VEGAS, NEVADA 89121
www.classactions.us

OFFICE: (781) 350-0000          CELL: (781) 856-7650          FACSIMILE (702) 852-5726

### SETTLEMENT COMMUNICATION ISSUED PURSUANT TO MGL 93A

June 14, 2019

CMRR # 7018 0360 0000 3443 8418
via Certified Mail Return Receipt Requested

Hitachi Electronic Devices (USA), Inc.
1000 Hurricane Shoals Road, Ste. D-100
Lawrenceville, GA 30043

**Re:**    *In Re CATHO RAY TUBE LITIGATION*

Dear Madame or Sir:

We write to you as counsel of record for Massachusetts residents Anthony Gianasca, Marie Cutlip and Jane Stanley and pursuant to the provisions of Massachusetts General Laws (M.G.L.), Chapter 93A, Section 9, the Consumer Protection Act. This is a statutory pre-suit demand. You have 30 days to present a reasonable offer of settlement in a written response supported by fact and law.

We will not extend the statutory 30-day window for your response.



you and your complicit Co-Conspirators for violations
statute, M.G.L. c. 93a, §§ 2 and 9.  As you know,
urchasers of products containing cathode ray tubes
ther conspirators.  Mr. Gianasca, Marie Cutlip and
alf of a putative class of Massachusetts claimants who
constitutes a formal demand pursuant to the provisions
uest relief as outlined in that statute.

s suffered by Massachusetts class members plus
are willing to accept this amount in compromise.  We
r of settlement and demand that you accept our offer

1



# BONSIGNORE, PLLC

### TRIAL LAWYERS
RBONSIGNORE@CLASSACTIONS.US
3771 Meadowcrest Drive
LAS VEGAS, NEVADA 89121
www.classactions.us

OFFICE: (781) 350-0000                CELL: (781) 856-7650                FACSIMILE (702) 852-5726

## SETTLEMENT COMMUNICATION ISSUED PURSUANT TO MGL 93A

June 14, 2019

CMRR # 7018 0360 0000 3443 8616
via Certified Mail Return Receipt Requested

CSC – Lawyers Incorporating Service
C/O Hitachi Electronic Devices (USA), Inc.
2710 Gateway Oaks Dr., Suite 150N
Sacramento, CA 95833

**Re:**     *In Re CATHO RAY TUBE LITIGATION*

Dear Madame or Sir:

We write to you as counsel of record for Massachusetts residents Anthony Gianasca, Marie
Cutlip and Jane Stanley and pursuant to the provisions of Massachusetts General Laws (M.G.L.),
Chapter 93A, Section 9, the Consumer Protection Act. This is a statutory pre-suit demand. You
have 30 days to present a reasonable offer of settlement in a written response supported by fact
and law.

We will not extend the statutory 30-day window for your response.

st you and your complicit Co-Conspirators for violations
on statute, M.G.L. c. 93a, §§ 2 and 9.  As you know,
e purchasers of products containing cathode ray tubes
r other conspirators.  Mr. Gianasca, Marie Cutlip and
ehalf of a putative class of Massachusetts claimants who
r constitutes a formal demand pursuant to the provisions
quest relief as outlined in that statute.

ss suffered by Massachusetts class members plus
are willing to accept this amount in compromise. We
er of settlement and demand that you accept our offer

1

# BONSIGNORE, PLLC

### TRIAL LAWYERS
RBONSIGNORE@CLASSACTIONS.US
3771 Meadowcrest Drive
LAS VEGAS, NEVADA 89121
www.classactions.us

OFFICE: (781) 350-0000              CELL: (781) 856-7650              FACSIMILE (702) 852-5726

## SETTLEMENT COMMUNICATION ISSUED PURSUANT TO MGL 93A

June 14, 2019

CMRR # 7018 0360 0000 3443 8425
via Certified Mail Return Receipt Requested

Hitachi America, Ltd.
2000 Sierra Point Parkway
Brisbane, California 94005

Re:     *In Re CATHO RAY TUBE LITIGATION*

Dear Madame or Sir:

We write to you as counsel of record for Massachusetts residents Anthony Gianasca, Marie
Cutlip and Jane Stanley and pursuant to the provisions of Massachusetts General Laws (M.G.L.),
Chapter 93A, Section 9, the Consumer Protection Act. This is a statutory pre-suit demand. You
have 30 days to present a reasonable offer of settlement in a written response supported by fact
and law.

We will not extend the statutory 30-day window for your response.



nst you and your complicit Co-Conspirators for violations
tion statute, M.G.L. c. 93a, §§ 2 and 9.  As you know,
se purchasers of products containing cathode ray tubes
ur other conspirators.  Mr. Gianasca, Marie Cutlip and
behalf of a putative class of Massachusetts claimants who
er constitutes a formal demand pursuant to the provisions
request relief as outlined in that statute.

loss suffered by Massachusetts class members plus
ve are willing to accept this amount in compromise. We
offer of settlement and demand that you accept our offer
nt.

1

# BONSIGNORE, PLLC

## TRIAL LAWYERS

RBONSIGNORE@CLASSACTIONS.US
3771 Meadowcrest Drive
LAS VEGAS, NEVADA 89121
www.classactions.us

OFFICE: (781) 350-0000        CELL: (781) 856-7650        FACSIMILE (702) 852-5726

---

## SETTLEMENT COMMUNICATION ISSUED PURSUANT TO MGL 93A

June 14, 2019

CMRR # 7018 0360 0000 3443 8623
via Certified Mail Return Receipt Requested

PRENTICE-HALL CORPORATION SYSTEM, INC., THE
C/O Hitachi America, Ltd.
84 STATE ST.
BOSTON, MA 02109

**Re:**    *In Re CATHO RAY TUBE LITIGATION*

Dear Madame or Sir:

We write to you as counsel of record for Massachusetts residents Anthony Gianasca, Marie
Cutlip and Jane Stanley and pursuant to the provisions of Massachusetts General Laws (M.G.L.),
Chapter 93A, Section 9, the Consumer Protection Act. This is a statutory pre-suit demand. You
have 30 days to present a reasonable offer of settlement in a written response supported by fact
and law.

We will not extend the statutory 30-day window for your response.



t you and your complicit Co-Conspirators for violations
on statute, M.G.L. c. 93a, §§ 2 and 9. As you know,
purchasers of products containing cathode ray tubes
other conspirators. Mr. Gianasca, Marie Cutlip and
ehalf of a putative class of Massachusetts claimants who
r constitutes a formal demand pursuant to the provisions
equest relief as outlined in that statute.

oss suffered by Massachusetts class members plus
e are willing to accept this amount in compromise. We
ffer of settlement and demand that you accept our offer
t.

1



# BONSIGNORE, PLLC

TRIAL LAWYERS
RBONSIGNORE@CLASSACTIONS.US
3771 Meadowcrest Drive
LAS VEGAS, NEVADA 89121
www.classactions.us

OFFICE: (781) 350-0000                CELL: (781) 856-7650                FACSIMILE (702) 852-5726

## SETTLEMENT COMMUNICATION ISSUED PURSUANT TO MGL 93A

June 14, 2019

CMRR # 7018 0360 0000 3443 8630
via Certified Mail Return Receipt Requested

CSC – Lawyers Incorporating Service
C/O Hitachi America, Ltd.
2710 Gateway Oaks Dr., Suite 150N
Sacramento, CA 95833

Re:    *In Re CATHO RAY TUBE LITIGATION*

Dear Madame or Sir:

We write to you as counsel of record for Massachusetts residents Anthony Gianasca, Marie Cutlip and Jane Stanley and pursuant to the provisions of Massachusetts General Laws (M.G.L.), Chapter 93A, Section 9, the Consumer Protection Act. This is a statutory pre-suit demand. You have 30 days to present a reasonable offer of settlement in a written response supported by fact and law.

We will not extend the statutory 30-day window for your response.



you and your complicit Co-Conspirators for violations ... statute, M.G.L. c. 93a, §§ 2 and 9. As you know, purchasers of products containing cathode ray tubes ... other conspirators. Mr. Gianasca, Marie Cutlip and ... half of a putative class of Massachusetts claimants who ... constitutes a formal demand pursuant to the provisions ... quest relief as outlined in that statute.

... oss suffered by Massachusetts class members plus ... e are willing to accept this amount in compromise. We ... ffer of settlement and demand that you accept our offer ... t.

1



# BONSIGNORE, PLLC

TRIAL LAWYERS
RBONSIGNORE@CLASSACTIONS.US
3771 Meadowcrest Drive
LAS VEGAS, NEVADA 89121
www.classactions.us

OFFICE: (781) 350-0000                 CELL: (781) 856-7650                 FACSIMILE (702) 852-5726

### SETTLEMENT COMMUNICATION ISSUED PURSUANT TO MGL 93A

June 14, 2019

CMRR # 7018 0360 0000 3443 8180
via Certified Mail Return Receipt Requested

LG Electronics U.S.A., Inc.
1000 Sylvan Avenue
Englewood Cliffs, NJ 07632

   Re:   *In Re CATHO RAY TUBE LITIGATION*

Dear Madame or Sir:

We write to you as counsel of record for Massachusetts residents Anthony Gianasca, Marie
Cutlip and Jane Stanley and pursuant to the provisions of Massachusetts General Laws (M.G.L.),
Chapter 93A, Section 9, the Consumer Protection Act. This is a statutory pre-suit demand. You
have 30 days to present a reasonable offer of settlement in a written response supported by fact
and law.

We will not extend the statutory 30-day window for your response.



t you and your complicit Co-Conspirators for violations
n statute, M.G.L. c. 93a, §§ 2 and 9.  As you know,
purchasers of products containing cathode ray tubes
other conspirators.  Mr. Gianasca, Marie Cutlip and
half of a putative class of Massachusetts claimants who
constitutes a formal demand pursuant to the provisions
juest relief as outlined in that statute.

ss suffered by Massachusetts class members plus
are willing to accept this amount in compromise. We
'er of settlement and demand that you accept our offer

**EXT OF DEMAND**

1



# BONSIGNORE, PLLC

TRIAL LAWYERS
RBONSIGNORE@CLASSACTIONS.US
3771 Meadowcrest Drive
LAS VEGAS, NEVADA 89121
www.classactions.us

OFFICE: (781) 350-0000               CELL: (781) 856-7650               FACSIMILE (702) 852-5726

## SETTLEMENT COMMUNICATION ISSUED PURSUANT TO MGL 93A

June 14, 2019

CMRR # 7018 0360 0000 3443 8449
via Certified Mail Return Receipt Requested

**PRENTICE-HALL CORPORATION SYSTEM, INC.**
**C/O LG Electronics U.S.A., Inc.**
**84 STATE STREET**
**BOSTON, MA 02109**

      Re:    *In Re CATHO RAY TUBE LITIGATION*

Dear Madame or Sir:

We write to you as counsel of record for Massachusetts residents Anthony Gianasca, Marie Cutlip and Jane Stanley and pursuant to the provisions of Massachusetts General Laws (M.G.L.), Chapter 93A, Section 9, the Consumer Protection Act. This is a statutory pre-suit demand. You have 30 days to present a reasonable offer of settlement in a written response supported by fact and law.

We will not extend the statutory 30-day window for your response.



...st you and your complicit Co-Conspirators for violations ...ion statute, M.G.L. c. 93a, §§ 2 and 9.  As you know, ...e purchasers of products containing cathode ray tubes ...r other conspirators.  Mr. Gianasca, Marie Cutlip and ...ehalf of a putative class of Massachusetts claimants who ...r constitutes a formal demand pursuant to the provisions ...equest relief as outlined in that statute.

...oss suffered by Massachusetts class members plus ...e are willing to accept this amount in compromise. We ...fer of settlement and demand that you accept our offer

1



# BONSIGNORE, PLLC

TRIAL LAWYERS
RBONSIGNORE@CLASSACTIONS.US
3771 Meadowcrest Drive
LAS VEGAS, NEVADA 89121
www.classactions.us

OFFICE: (781) 350-0000            CELL: (781) 856-7650            FACSIMILE (702) 852-5726

## SETTLEMENT COMMUNICATION ISSUED PURSUANT TO MGL 93A

June 14, 2019

CMRR # 7018 0360 0000 3443 8456
via Certified Mail Return Receipt Requested

**CSC – Lawyers Incorporating Service**
**C/O LG Electronics U.S.A., Inc.**
**2710 Gateway Oaks Dr., Suite 150N**
**Sacramento, CA 95833**

 Re:    *In Re CATHO RAY TUBE LITIGATION*

Dear Madame or Sir:

We write to you as counsel of record for Massachusetts residents Anthony Gianasca, Marie
Cutlip and Jane Stanley and pursuant to the provisions of Massachusetts General Laws (M.G.L.),
Chapter 93A, Section 9, the Consumer Protection Act. This is a statutory pre-suit demand. You
have 30 days to present a reasonable offer of settlement in a written response supported by fact
and law.

We will not extend the statutory 30-day window for your response.

We represent them in their claims against you and your complicit Co-Conspirators for violations
[...] n statute, M.G.L. c. 93a, §§ 2 and 9. As you know,
[...] purchasers of products containing cathode ray tubes
[...] other conspirators. Mr. Gianasca, Marie Cutlip and
[...] half of a putative class of Massachusetts claimants who
[...] constitutes a formal demand pursuant to the provisions
[...] quest relief as outlined in that statute.

[...] oss suffered by Massachusetts class members plus
[...] e are willing to accept this amount in compromise. We
[...] fer of settlement and demand that you accept our offer

1



# BONSIGNORE, PLLC

TRIAL LAWYERS
RBONSIGNORE@CLASSACTIONS.US
3771 Meadowcrest Drive
LAS VEGAS, NEVADA 89121
www.classactions.us

OFFICE: (781) 350-0000               CELL: (781) 856-7650               FACSIMILE (702) 852-5726

## SETTLEMENT COMMUNICATION ISSUED PURSUANT TO MGL 93A

June 14, 2019

CMRR # 7018 0360 0000 3443 8470
via Certified Mail Return Receipt Requested

CSC – Lawyers Incorporating Service
C/O Philips Electronics North America Corporation
2710 Gateway Oaks Dr., Suite 150N
Sacramento, CA 95833

**Re:** *In Re CATHO RAY TUBE LITIGATION*

Dear Madame or Sir:

We write to you as counsel of record for Massachusetts residents Anthony Gianasca, Marie Cutlip and Jane Stanley and pursuant to the provisions of Massachusetts General Laws (M.G.L.), Chapter 93A, Section 9, the Consumer Protection Act. This is a statutory pre-suit demand. You have 30 days to present a reasonable offer of settlement in a written response supported by fact and law.

We will not extend the statutory 30-day window for your response.

... t you and your complicit Co-Conspirators for violations ... n statute, M.G.L. c. 93a, §§ 2 and 9.  As you know, ... purchasers of products containing cathode ray tubes ... other conspirators.  Mr. Gianasca, Marie Cutlip and ... half of a putative class of Massachusetts claimants who ... constitutes a formal demand pursuant to the provisions ... quest relief as outlined in that statute.

... oss suffered by Massachusetts class members plus ... e are willing to accept this amount in compromise. We ... fer of settlement and demand that you accept our offer

U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$
Total Postage and Fees
$

Sent To
Philips electros corp C/O CSC Lawyers
Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7018 0360 0000 3443 8470

1



# BONSIGNORE, PLLC

TRIAL LAWYERS
RBONSIGNORE@CLASSACTIONS.US
3771 Meadowcrest Drive
LAS VEGAS, NEVADA 89121
www.classactions.us

OFFICE: (781) 350-0000          CELL: (781) 856-7650          FACSIMILE (702) 852-5726

## SETTLEMENT COMMUNICATION ISSUED PURSUANT TO MGL 93A

June 14, 2019

CMRR # 7018 0360 0000 3443 8463
via Certified Mail Return Receipt Requested

CT CORPORATION SYSTEM
C/O Philips Electronics North America Corporation
101 FEDERAL STREET
BOSTON, MA 02110

Re:     *In Re CATHO RAY TUBE LITIGATION*

Dear Madame or Sir:

We write to you as counsel of record for Massachusetts residents Anthony Gianasca, Marie
Cutlip and Jane Stanley and pursuant to the provisions of Massachusetts General Laws (M.G.L.),
Chapter 93A, Section 9, the Consumer Protection Act. This is a statutory pre-suit demand. You
have 30 days to present a reasonable offer of settlement in a written response supported by fact
and law.

We will not extend the statutory 30-day window for your response.

you and your complicit Co-Conspirators for violations
statute, M.G.L. c. 93a, §§ 2 and 9. As you know,
purchasers of products containing cathode ray tubes
other conspirators. Mr. Gianasca, Marie Cutlip and
half of a putative class of Massachusetts claimants who
constitutes a formal demand pursuant to the provisions
uest relief as outlined in that statute.

s suffered by Massachusetts class members plus
are willing to accept this amount in compromise. We
er of settlement and demand that you accept our offer

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)      $
☐ Return Receipt (electronic)      $          Postmark
☐ Certified Mail Restricted Delivery  $          Here
☐ Adult Signature Required      $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Sent To
Philip elec NA Corp c/o CT Corp
Street and Apt. No., or PO Box No.

City, State, ZIP+4

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions

1

# BONSIGNORE, PLLC

### TRIAL LAWYERS
RBONSIGNORE@CLASSACTIONS.US
3771 Meadowcrest Drive
LAS VEGAS, NEVADA 89121
www.classactions.us

OFFICE: (781) 350-0000          CELL: (781) 856-7650          FACSIMILE (702) 852-5726

## SETTLEMENT COMMUNICATION ISSUED PURSUANT TO MGL 93A

June 14, 2019

CMRR # 7018 0360 0000 3443 8210
via Certified Mail Return Receipt Requested

Philips Electronics North America Corporation
1251 Avenue of the Americas
New York, NY 10020-1104

**Re:**   *In Re CATHO RAY TUBE LITIGATION*

Dear Madame or Sir:

We write to you as counsel of record for Massachusetts residents Anthony Gianasca, Marie Cutlip and Jane Stanley and pursuant to the provisions of Massachusetts General Laws (M.G.L.), Chapter 93A, Section 9, the Consumer Protection Act. This is a statutory pre-suit demand. You have 30 days to present a reasonable offer of settlement in a written response supported by fact and law.

We will not extend the statutory 30-day window for your response.

you and your complicit Co-Conspirators for violations
n statute, M.G.L. c. 93a, §§ 2 and 9.  As you know,
purchasers of products containing cathode ray tubes
other conspirators.  Mr. Gianasca, Marie Cutlip and
half of a putative class of Massachusetts claimants who
constitutes a formal demand pursuant to the provisions
uest relief as outlined in that statute.

ss suffered by Massachusetts class members plus
are willing to accept this amount in compromise. We
er of settlement and demand that you accept our offer

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information; visit our website at *www.usps.com®.*

| | |
|---|---|
| Certified Mail Fee | $ |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy) | $ |
| ☐ Return Receipt (electronic) | $ |
| ☐ Certified Mail Restricted Delivery | $ |
| ☐ Adult Signature Required | $ |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $ |
| Total Postage and Fees | $ |

Postmark
Here

Sent To
Phillips Alec N.A. corp
Street and Apt No., or PO Box No.

City, State, ZIP+4

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

7018 0360 0000 3443 8210

1



## BONSIGNORE, PLLC

TRIAL LAWYERS
RBONSIGNORE@CLASSACTIONS.US
3771 Meadowcrest Drive
LAS VEGAS, NEVADA 89121
www.classactions.us

OFFICE: (781) 350-0000          CELL: (781) 856-7650          FACSIMILE (702) 852-5726

### SETTLEMENT COMMUNICATION ISSUED PURSUANT TO MGL 93A

June 14, 2019

CMRR # 7018 0360 0000 3443 8401
via Certified Mail Return Receipt Requested

Panasonic Corporation of North America
One Panasonic Way
Secaucus, New Jersey 07094

**Re:**   *In Re CATHO RAY TUBE LITIGATION*

Dear Madame or Sir:

We write to you as counsel of record for Massachusetts residents Anthony Gianasca, Marie
Cutlip and Jane Stanley and pursuant to the provisions of Massachusetts General Laws (M.G.L.),
Chapter 93A, Section 9, the Consumer Protection Act. This is a statutory pre-suit demand. You
have 30 days to present a reasonable offer of settlement in a written response supported by fact
and law.

We will not extend the statutory 30-day window for your response.

[...] t you and your complicit Co-Conspirators for violations
[...] on statute, M.G.L. c. 93a, §§ 2 and 9. As you know,
[...] purchasers of products containing cathode ray tubes
[...] other conspirators. Mr. Gianasca, Marie Cutlip and
[...] ehalf of a putative class of Massachusetts claimants who
[...] constitutes a formal demand pursuant to the provisions
[...] quest relief as outlined in that statute.

[...] ss suffered by Massachusetts class members plus
[...] are willing to accept this amount in compromise. We
[...] er of settlement and demand that you accept our offer

1



# BONSIGNORE, PLLC

TRIAL LAWYERS
RBONSIGNORE@CLASSACTIONS.US
3771 Meadowcrest Drive
LAS VEGAS, NEVADA 89121
www.classactions.us

OFFICE: (781) 350-0000              CELL: (781) 856-7650              FACSIMILE (702) 852-5726

## SETTLEMENT COMMUNICATION ISSUED PURSUANT TO MGL 93A

June 14, 2019

CMRR # 7018 0360 0000 3443 8593
via Certified Mail Return Receipt Requested

CT CORPORATION SYSTEM
C/O Panasonic Corporation of North America
155 FEDERAL STREET SUITE 700
BOSTON, MA 02110

Re:   *In Re CATHO RAY TUBE LITIGATION*

Dear Madame or Sir:

We write to you as counsel of record for Massachusetts residents Anthony Gianasca, Marie Cutlip and Jane Stanley and pursuant to the provisions of Massachusetts General Laws (M.G.L.), Chapter 93A, Section 9, the Consumer Protection Act. This is a statutory pre-suit demand. You have 30 days to present a reasonable offer of settlement in a written response supported by fact and law.

We will not extend the statutory 30-day window for your response.



st you and your complicit Co-Conspirators for violations
on statute, M.G.L. c. 93a, §§ 2 and 9.  As you know,
e purchasers of products containing cathode ray tubes
other conspirators.  Mr. Gianasca, Marie Cutlip and
half of a putative class of Massachusetts claimants who
constitutes a formal demand pursuant to the provisions
quest relief as outlined in that statute.

ss suffered by Massachusetts class members plus
are willing to accept this amount in compromise. We
er of settlement and demand that you accept our offer

1



# BONSIGNORE, PLLC

TRIAL LAWYERS
RBONSIGNORE@CLASSACTIONS.US
3771 Meadowcrest Drive
LAS VEGAS, NEVADA 89121
www.classactions.us

OFFICE: (781) 350-0000            CELL: (781) 856-7650            FACSIMILE (702) 852-5726

## SETTLEMENT COMMUNICATION ISSUED PURSUANT TO MGL 93A

June 14, 2019

CMRR # 7018 0360 0000 3443 8609
via Certified Mail Return Receipt Requested

CT CORPORATION SYSTEM
C/O Panasonic Corporation of North America
818 Seventh Street, Suite 930
Los Angeles, CA 90017

         Re:    *In Re CATHO RAY TUBE LITIGATION*

Dear Madame or Sir:

We write to you as counsel of record for Massachusetts residents Anthony Gianasca, Marie
Cutlip and Jane Stanley and pursuant to the provisions of Massachusetts General Laws (M.G.L.),
Chapter 93A, Section 9, the Consumer Protection Act. This is a statutory pre-suit demand. You
have 30 days to present a reasonable offer of settlement in a written response supported by fact
and law.

We will not extend the statutory 30-day window for your response.



you and your complicit Co-Conspirators for violations
n statute, M.G.L. c. 93a, §§ 2 and 9. As you know,
purchasers of products containing cathode ray tubes
other conspirators. Mr. Gianasca, Marie Cutlip and
half of a putative class of Massachusetts claimants who
constitutes a formal demand pursuant to the provisions
uest relief as outlined in that statute.

ss suffered by Massachusetts class members plus
are willing to accept this amount in compromise. We
er of settlement and demand that you accept our offer

1



## BONSIGNORE, PLLC

TRIAL LAWYERS
RBONSIGNORE@CLASSACTIONS.US
3771 Meadowcrest Drive
LAS VEGAS, NEVADA 89121
www.classactions.us

OFFICE: (781) 350-0000          CELL: (781) 856-7650          FACSIMILE (702) 852-5726

## SETTLEMENT COMMUNICATION ISSUED PURSUANT TO MGL 93A

June 14, 2019

CMRR # 7018 0360 0000 3443 8289
via Certified Mail Return Receipt Requested

Samsung SDI America, Inc.
3333 Michelson Drive, Suite 700
Irvine, California

Re:    *In Re CATHO RAY TUBE LITIGATION*

Dear Madame or Sir:

We write to you as counsel of record for Massachusetts residents Anthony Gianasca, Marie Cutlip and Jane Stanley and pursuant to the provisions of Massachusetts General Laws (M.G.L.), Chapter 93A, Section 9, the Consumer Protection Act. This is a statutory pre-suit demand. You have 30 days to present a reasonable offer of settlement in a written response supported by fact and law.

We will not extend the statutory 30-day window for your response.

We represent them in their claims against you and your complicit Co-Conspirators for violations in statute, M.G.L. c. 93a, §§ 2 and 9. As you know, purchasers of products containing cathode ray tubes other conspirators. Mr. Gianasca, Marie Cutlip and half of a putative class of Massachusetts claimants who constitutes a formal demand pursuant to the provisions quest relief as outlined in that statute.

ss suffered by Massachusetts class members plus are willing to accept this amount in compromise. We 'er of settlement and demand that you accept our offer

U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)      $ _____        Postmark
☐ Certified Mail Restricted Delivery $ _____        Here
☐ Adult Signature Required         $ _____
☐ Adult Signature Restricted Delivery $ _____
Postage
$
Total Postage and Fees
$
Sent To  SAMSUNG SDI AMERICA INC
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

PS Form 3800; April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

7018 0360 0000 3443 8289

1



**BONSIGNORE, PLLC**

TRIAL LAWYERS
RBONSIGNORE@CLASSACTIONS.US
3771 Meadowcrest Drive
LAS VEGAS, NEVADA 89121
www.classactions.us

OFFICE: (781) 350-0000          CELL: (781) 856-7650          FACSIMILE (702) 852-5726

## SETTLEMENT COMMUNICATION ISSUED PURSUANT TO MGL 93A

June 14, 2019

CMRR # 7018 0360 0000 3443 8500
via Certified Mail Return Receipt Requested

CT Corporation System
C/O Samsung SDI America, Inc.
818 Seventh Street, Suite 930
Los Angeles, CA 90017

> **Re:**   *In Re CATHO RAY TUBE LITIGATION*

Dear Madame or Sir:

We write to you as counsel of record for Massachusetts residents Anthony Gianasca, Marie
Cutlip and Jane Stanley and pursuant to the provisions of Massachusetts General Laws (M.G.L.),
Chapter 93A, Section 9, the Consumer Protection Act. This is a statutory pre-suit demand. You
have 30 days to present a reasonable offer of settlement in a written response supported by fact
and law.

We will not extend the statutory 30-day window for your response.

t you and your complicit Co-Conspirators for violations
on statute, M.G.L. c. 93a, §§ 2 and 9. As you know,
: purchasers of products containing cathode ray tubes
other conspirators. Mr. Gianasca, Marie Cutlip and
ehalf of a putative class of Massachusetts claimants who
r constitutes a formal demand pursuant to the provisions
quest relief as outlined in that statute.

oss suffered by Massachusetts class members plus
e are willing to accept this amount in compromise. We
fer of settlement and demand that you accept our offer

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)      $
☐ Return Receipt (electronic)    $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required       $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Sent To
SAMSUM SDI AMERICA  9[O CT CORP
Street and Apt. No., or PO Box No.

City, State, ZIP+4

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions

1



# BONSIGNORE, PLLC

TRIAL LAWYERS
RBONSIGNORE@CLASSACTIONS.US
3771 Meadowcrest Drive
LAS VEGAS, NEVADA 89121
www.classactions.us

OFFICE: (781) 350-0000          CELL: (781) 856-7650          FACSIMILE (702) 852-5726

## SETTLEMENT COMMUNICATION ISSUED PURSUANT TO MGL 93A

June 14, 2019

CMRR # 7018 0360 0000 3443 8494
via Certified Mail Return Receipt Requested

CT CORPORATION SYSTEM
C/O Samsung Electronics America, Inc.
818 Seventh Street, Suite 930
Los Angeles, CA 90017

    **Re:**   *In Re CATHO RAY TUBE LITIGATION*

Dear Madame or Sir:

We write to you as counsel of record for Massachusetts residents Anthony Gianasca, Marie Cutlip and Jane Stanley and pursuant to the provisions of Massachusetts General Laws (M.G.L.), Chapter 93A, Section 9, the Consumer Protection Act. This is a statutory pre-suit demand. You have 30 days to present a reasonable offer of settlement in a written response supported by fact and law.

We will not extend the statutory 30-day window for your response.



st you and your complicit Co-Conspirators for violations
on statute, M.G.L. c. 93a, §§ 2 and 9.  As you know,
e purchasers of products containing cathode ray tubes
r other conspirators.  Mr. Gianasca, Marie Cutlip and
ehalf of a putative class of Massachusetts claimants who
r constitutes a formal demand pursuant to the provisions
:quest relief as outlined in that statute.

oss suffered by Massachusetts class members plus
e are willing to accept this amount in compromise. We
ffer of settlement and demand that you accept our offer
t.

I



# BONSIGNORE, PLLC

### TRIAL LAWYERS
RBONSIGNORE@CLASSACTIONS.US
3771 Meadowcrest Drive
LAS VEGAS, NEVADA 89121
www.classactions.us

OFFICE: (781) 350-0000               CELL: (781) 856-7650               FACSIMILE (702) 852-5726

## SETTLEMENT COMMUNICATION ISSUED PURSUANT TO MGL 93A

June 14, 2019

CMRR # 7018 0360 0000 3443 8487
via Certified Mail Return Receipt Requested

CT CORPORATION SYSTEM
C/O Samsung Electronics America, Inc.
155 FEDERAL STREET, SUITE 700
BOSTON, MA 02110

        Re:     *In Re CATHO RAY TUBE LITIGATION*

Dear Madame or Sir:

We write to you as counsel of record for Massachusetts residents Anthony Gianasca, Marie
Cutlip and Jane Stanley and pursuant to the provisions of Massachusetts General Laws (M.G.L.),
Chapter 93A, Section 9, the Consumer Protection Act. This is a statutory pre-suit demand. You
have 30 days to present a reasonable offer of settlement in a written response supported by fact
and law.

We will not extend the statutory 30-day window for your response.

[...] nst you and your complicit Co-Conspirators for violations
[...] tion statute, M.G.L. c. 93a, §§ 2 and 9.  As you know,
[...] se purchasers of products containing cathode ray tubes
[...] ur other conspirators.  Mr. Gianasca, Marie Cutlip and
[...] behalf of a putative class of Massachusetts claimants who
[...] er constitutes a formal demand pursuant to the provisions
[...] equest relief as outlined in that statute.

[...] loss suffered by Massachusetts class members plus
[...] we are willing to accept this amount in compromise. We
[...] ffer of settlement and demand that you accept our offer
[...] t.

1

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt *(hardcopy)*        $ _____
☐ Return Receipt *(electronic)*      $ _____       Postmark
☐ Certified Mail Restricted Delivery $ _____        Here
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$
Total Postage and Fees
$

Sent To
SAMSUNG ELEC AMERICA C/O CT CORP
Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

# BONSIGNORE, PLLC

TRIAL LAWYERS
**RBONSIGNORE@CLASSACTIONS.US**
3771 Meadowcrest Drive
LAS VEGAS, NEVADA 89121
www.classactions.us

OFFICE: (781) 350-0000          CELL: (781) 856-7650          FACSIMILE (702) 852-5726

## SETTLEMENT COMMUNICATION ISSUED PURSUANT TO MGL 93A

June 14, 2019

CMRR # 7018 0360 0000 3443 8265
via Certified Mail Return Receipt Requested

Samsung Electronics America, Inc.
105 Challenger Road, 6th Floor,
Ridgefield Park, New Jersey 07660

Re:     *In Re CATHO RAY TUBE LITIGATION*

Dear Madame or Sir:

We write to you as counsel of record for Massachusetts residents Anthony Gianasca, Marie
Cutlip and Jane Stanley and pursuant to the provisions of Massachusetts General Laws (M.G.L.),
Chapter 93A, Section 9, the Consumer Protection Act. This is a statutory pre-suit demand. You
have 30 days to present a reasonable offer of settlement in a written response supported by fact
and law.

We will not extend the statutory 30-day window for your response.

ıst you and your complicit Co-Conspirators for violations
ion statute, M.G.L. c. 93a, §§ 2 and 9. As you know,
se purchasers of products containing cathode ray tubes
ır other conspirators. Mr. Gianasca, Marie Cutlip and
behalf of a putative class of Massachusetts claimants who
er constitutes a formal demand pursuant to the provisions
request relief as outlined in that statute.

loss suffered by Massachusetts class members plus
we are willing to accept this amount in compromise. We
offer of settlement and demand that you accept our offer
nt.

NTEXT OF DEMAND

1



# BONSIGNORE, PLLC

TRIAL LAWYERS
RBONSIGNORE@CLASSACTIONS.US
3771 Meadowcrest Drive
LAS VEGAS, NEVADA 89121
www.classactions.us

OFFICE: (781) 350-0000                CELL: (781) 856-7650                FACSIMILE (702) 852-5726

## SETTLEMENT COMMUNICATION ISSUED PURSUANT TO MGL 93A

June 14, 2019

CMRR # 7018 0360 0000 3443 8357
via Certified Mail Return Receipt Requested

Toshiba America, Inc.
1251 Avenue of the Americas, Suite 4110
New York, NY 10020

Re:    *In Re CATHO RAY TUBE LITIGATION*

Dear Madame or Sir:

We write to you as counsel of record for Massachusetts residents Anthony Gianasca, Marie
Cutlip and Jane Stanley and pursuant to the provisions of Massachusetts General Laws (M.G.L.),
Chapter 93A, Section 9, the Consumer Protection Act. This is a statutory pre-suit demand. You
have 30 days to present a reasonable offer of settlement in a written response supported by fact
and law.

We will not extend the statutory 30-day window for your response.



t you and your complicit Co-Conspirators for violations
on statute, M.G.L. c. 93a, §§ 2 and 9.  As you know,
purchasers of products containing cathode ray tubes
other conspirators.  Mr. Gianasca, Marie Cutlip and
half of a putative class of Massachusetts claimants who
constitutes a formal demand pursuant to the provisions
quest relief as outlined in that statute.

ss suffered by Massachusetts class members plus
e are willing to accept this amount in compromise. We
fer of settlement and demand that you accept our offer

1



# BONSIGNORE, PLLC

TRIAL LAWYERS
RBONSIGNORE@CLASSACTIONS.US
3771 Meadowcrest Drive
LAS VEGAS, NEVADA 89121
www.classactions.us

OFFICE: (781) 350-0000              CELL: (781) 856-7650              FACSIMILE (702) 852-5726

## SETTLEMENT COMMUNICATION ISSUED PURSUANT TO MGL 93A

June 14, 2019

CMRR # 7018 0360 0000 3443 8395
via Certified Mail Return Receipt Requested

Toshiba America Electronics Components, Inc.
19000 MacArthur Boulevard, Suite 400
Irvine, California 92612

**Re:**   *In Re CATHO RAY TUBE LITIGATION*

Dear Madame or Sir:

We write to you as counsel of record for Massachusetts residents Anthony Gianasca, Marie
Cutlip and Jane Stanley and pursuant to the provisions of Massachusetts General Laws (M.G.L.),
Chapter 93A, Section 9, the Consumer Protection Act. This is a statutory pre-suit demand. You
have 30 days to present a reasonable offer of settlement in a written response supported by fact
and law.

We will not extend the statutory 30-day window for your response.

st you and your complicit Co-Conspirators for violations
on statute, M.G.L. c. 93a, §§ 2 and 9.  As you know,
e purchasers of products containing cathode ray tubes
r other conspirators.  Mr. Gianasca, Marie Cutlip and
ehalf of a putative class of Massachusetts claimants who
r constitutes a formal demand pursuant to the provisions
quest relief as outlined in that statute.

oss suffered by Massachusetts class members plus
e are willing to accept this amount in compromise. We
'fer of settlement and demand that you accept our offer

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $            Postmark
☐ Certified Mail Restricted Delivery  $          Here
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery  $
Postage
$
Total Postage and Fees
$
Sent To TOSHIBA AMERICA ELEC. COMPONENTS INC.
Street and Apt. No., or PO Box No. 19000 MACARTHUR BLVD #400
City, State, ZIP+4 IRVINE CA 92612
PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

1



# BONSIGNORE, PLLC

TRIAL LAWYERS
RBONSIGNORE@CLASSACTIONS.US
3771 Meadowcrest Drive
LAS VEGAS, NEVADA 89121
www.classactions.us

OFFICE: (781) 350-0000          CELL: (781) 856-7650          FACSIMILE (702) 852-5726

## SETTLEMENT COMMUNICATION ISSUED PURSUANT TO MGL 93A

June 14, 2019

CMRR # 7018 0360 0000 3443 8388
via Certified Mail Return Receipt Requested

Toshiba America Electronics Components, Inc.
9775 Toledo Way
Irvine California 92618

**Re:**   *In Re CATHO RAY TUBE LITIGATION*

Dear Madame or Sir:

We write to you as counsel of record for Massachusetts residents Anthony Gianasca, Marie Cutlip and Jane Stanley and pursuant to the provisions of Massachusetts General Laws (M.G.L.), Chapter 93A, Section 9, the Consumer Protection Act. This is a statutory pre-suit demand. You have 30 days to present a reasonable offer of settlement in a written response supported by fact and law.

We will not extend the statutory 30-day window for your response.

[...]st you and your complicit Co-Conspirators for violations [...]ion statute, M.G.L. c. 93a, §§ 2 and 9.  As you know, [...]e purchasers of products containing cathode ray tubes [...]r other conspirators.  Mr. Gianasca, Marie Cutlip and [...]ehalf of a putative class of Massachusetts claimants who [...]r constitutes a formal demand pursuant to the provisions [...]equest relief as outlined in that statute.

[...]oss suffered by Massachusetts class members plus [...]e are willing to accept this amount in compromise. We [...]ffer of settlement and demand that you accept our offer [...]t.

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com®.

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$
Sent To Toshiba America Elec Components Inc
Street and Apt. No., or PO Box No. 9775 Toledo Way
City, State, ZIP+4® Irvine CA
PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions

1



**BONSIGNORE, PLLC**

TRIAL LAWYERS
RBONSIGNORE@CLASSACTIONS.US
3771 Meadowcrest Drive
LAS VEGAS, NEVADA 89121
www.classactions.us

OFFICE: (781) 350-0000              CELL: (781) 856-7650              FACSIMILE (702) 852-5726

## SETTLEMENT COMMUNICATION ISSUED PURSUANT TO MGL 93A

June 14, 2019

CMRR # 7018 0360 0000 3443 8371
via Certified Mail Return Receipt Requested

Toshiba America Information Systems, Inc.
9740 Irvine Blvd., Irvine
California 92718

**Re:    *In Re CATHO RAY TUBE LITIGATION***

Dear Madame or Sir:

We write to you as counsel of record for Massachusetts residents Anthony Gianasca, Marie
Cutlip and Jane Stanley and pursuant to the provisions of Massachusetts General Laws (M.G.L.),
Chapter 93A, Section 9, the Consumer Protection Act. This is a statutory pre-suit demand. You
have 30 days to present a reasonable offer of settlement in a written response supported by fact
and law.

We will not extend the statutory 30-day window for your response.

[... ...] t you and your complicit Co-Conspirators for violations
[... ...] on statute, M.G.L. c. 93a, §§ 2 and 9. As you know,
[... ...] purchasers of products containing cathode ray tubes
[... ...] other conspirators. Mr. Gianasca, Marie Cutlip and
[... ...] half of a putative class of Massachusetts claimants who
[... ...] constitutes a formal demand pursuant to the provisions
[... ...] uest relief as outlined in that statute.

[... ...] s suffered by Massachusetts class members plus
[... ...] re willing to accept this amount in compromise. We
[... ...] r of settlement and demand that you accept our offer

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com®.

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Sent To Toshiba America Info
Street and Apt. No., or PO Box No.
City, State, ZIP+4

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

7018 0360 0000 3443 8371



# BONSIGNORE, PLLC

TRIAL LAWYERS
RBONSIGNORE@CLASSACTIONS.US
3771 Meadowcrest Drive
LAS VEGAS, NEVADA 89121
www.classactions.us

OFFICE: (781) 350-0000          CELL: (781) 856-7650          FACSIMILE (702) 852-5726

## SETTLEMENT COMMUNICATION ISSUED PURSUANT TO MGL 93A

June 14, 2019

CMRR # 7018 0360 0000 3443 8364
via Certified Mail Return Receipt Requested

Toshiba America Consumer Products, LLC
82 Totawa Rd.
Wayne, New Jersey 07470-3114

**Re:**   *In Re CATHO RAY TUBE LITIGATION*

Dear Madame or Sir:

We write to you as counsel of record for Massachusetts residents Anthony Gianasca, Marie Cutlip and Jane Stanley and pursuant to the provisions of Massachusetts General Laws (M.G.L.), Chapter 93A, Section 9, the Consumer Protection Act. This is a statutory pre-suit demand. You have 30 days to present a reasonable offer of settlement in a written response supported by fact and law.

We will not extend the statutory 30-day window for your response.

st you and your complicit Co-Conspirators for violations
on statute, M.G.L. c. 93a, §§ 2 and 9.  As you know,
e purchasers of products containing cathode ray tubes
other conspirators.  Mr. Gianasca, Marie Cutlip and
half of a putative class of Massachusetts claimants who
constitutes a formal demand pursuant to the provisions
quest relief as outlined in that statute.

ss suffered by Massachusetts class members plus
are willing to accept this amount in compromise. We
er of settlement and demand that you accept our offer

1



# BONSIGNORE, PLLC

TRIAL LAWYERS
RBONSIGNORE@CLASSACTIONS.US
3771 Meadowcrest Drive
LAS VEGAS, NEVADA 89121
www.classactions.us

OFFICE: (781) 350-0000            CELL: (781) 856-7650            FACSIMILE (702) 852-5726

### SETTLEMENT COMMUNICATION ISSUED PURSUANT TO MGL 93A

June 14, 2019

CMRR # 7018 0360 0000 3443 8531
via Certified Mail Return Receipt Requested

CT CORPORATION SYSTEM
C/O Toshiba America Consumer Products, LLC
155 FEDERAL STREET SUITE 700
BOSTON, MA 02110

**Re:   *In Re CATHO RAY TUBE LITIGATION***

Dear Madame or Sir:

We write to you as counsel of record for Massachusetts residents Anthony Gianasca, Marie
Cutlip and Jane Stanley and pursuant to the provisions of Massachusetts General Laws (M.G.L.),
Chapter 93A, Section 9, the Consumer Protection Act. This is a statutory pre-suit demand. You
have 30 days to present a reasonable offer of settlement in a written response supported by fact
and law.

We will not extend the statutory 30-day window for your response.

st you and your complicit Co-Conspirators for violations
on statute, M.G.L. c. 93a, §§ 2 and 9. As you know,
e purchasers of products containing cathode ray tubes
r other conspirators. Mr. Gianasca, Marie Cutlip and
ehalf of a putative class of Massachusetts claimants who
r constitutes a formal demand pursuant to the provisions
quest relief as outlined in that statute.

ss suffered by Massachusetts class members plus
are willing to accept this amount in compromise. We
er of settlement and demand that you accept our offer

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Sent To  TOSHIBA AMER CONSUMER PRODUCTS
Street and Apt. No., or PO Box No.   C/O CT CORP
City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions

7018 0360 0000 3443 8531

1



## BONSIGNORE, PLLC

TRIAL LAWYERS
RBONSIGNORE@CLASSACTIONS.US
3771 Meadowcrest Drive
LAS VEGAS, NEVADA 89121
www.classactions.us

OFFICE: (781) 350-0000                    CELL: (781) 856-7650                    FACSIMILE (702) 852-5726

### SETTLEMENT COMMUNICATION ISSUED PURSUANT TO MGL 93A

June 14, 2019

CMRR # 7018 0360 0000 3443 8548
via Certified Mail Return Receipt Requested

CT CORPORATION SYSTEM
C/O Toshiba America Consumer Products, LLC
818 Seventh Street, Suite 930
Los Angeles, CA 90017

Re:    *In Re CATHO RAY TUBE LITIGATION*

Dear Madame or Sir:

We write to you as counsel of record for Massachusetts residents Anthony Gianasca, Marie
Cutlip and Jane Stanley and pursuant to the provisions of Massachusetts General Laws (M.G.L.),
Chapter 93A, Section 9, the Consumer Protection Act. This is a statutory pre-suit demand. You
have 30 days to present a reasonable offer of settlement in a written response supported by fact
and law.

[                                                    ] window for your response.

[                                           ] t you and your complicit Co-Conspirators for violations
[                                           ] n statute, M.G.L. c. 93a, §§ 2 and 9.  As you know,
[                                           ] purchasers of products containing cathode ray tubes
[                                           ] other conspirators.  Mr. Gianasca, Marie Cutlip and
[                                           ] half of a putative class of Massachusetts claimants who
[                                           ] constitutes a formal demand pursuant to the provisions
[                                           ] quest relief as outlined in that statute.

[                                           ] ss suffered by Massachusetts class members plus
[                                           ] are willing to accept this amount in compromise. We
[                                           ] er of settlement and demand that you accept our offer

1



# BONSIGNORE, PLLC

TRIAL LAWYERS
RBONSIGNORE@CLASSACTIONS.US
3771 Meadowcrest Drive
LAS VEGAS, NEVADA 89121
www.classactions.us

OFFICE: (781) 350-0000          CELL: (781) 856-7650          FACSIMILE (702) 852-5726

## SETTLEMENT COMMUNICATION ISSUED PURSUANT TO MGL 93A

June 14, 2019

CMRR # 7018 0360 0000 3443 8555
via Certified Mail Return Receipt Requested

CT CORPORATION SYSTEM
C/O Toshiba America Information Systems, Inc.
155 FEDERAL STREET SUITE 700
BOSTON, MA 02110

**Re:**   *In Re CATHO RAY TUBE LITIGATION*

Dear Madame or Sir:

We write to you as counsel of record for Massachusetts residents Anthony Gianasca, Marie
Cutlip and Jane Stanley and pursuant to the provisions of Massachusetts General Laws (M.G.L.),
Chapter 93A, Section 9, the Consumer Protection Act. This is a statutory pre-suit demand. You
have 30 days to present a reasonable offer of settlement in a written response supported by fact
and law.

We will not extend the statutory 30-day window for your response.



st you and your complicit Co-Conspirators for violations
on statute, M.G.L. c. 93a, §§ 2 and 9.  As you know,
e purchasers of products containing cathode ray tubes
r other conspirators.  Mr. Gianasca, Marie Cutlip and
ehalf of a putative class of Massachusetts claimants who
r constitutes a formal demand pursuant to the provisions
quest relief as outlined in that statute.

oss suffered by Massachusetts class members plus
e are willing to accept this amount in compromise. We
fer of settlement and demand that you accept our offer

1



# BONSIGNORE, PLLC

TRIAL LAWYERS
RBONSIGNORE@CLASSACTIONS.US
3771 Meadowcrest Drive
LAS VEGAS, NEVADA 89121
www.classactions.us

OFFICE: (781) 350-0000                 CELL: (781) 856-7650                 FACSIMILE (702) 852-5726

## SETTLEMENT COMMUNICATION ISSUED PURSUANT TO MGL 93A

June 14, 2019

CMRR # 7018 0360 0000 8562
via Certified Mail Return Receipt Requested

CT CORPORATION SYSTEM
C/O Toshiba America Information Systems, Inc.
818 Seventh Street, Suite 930
Los Angeles, CA 90017

Re:   *In Re CATHO RAY TUBE LITIGATION*

Dear Madame or Sir:

We write to you as counsel of record for Massachusetts residents Anthony Gianasca, Marie
Cutlip and Jane Stanley and pursuant to the provisions of Massachusetts General Laws (M.G.L.),
Chapter 93A, Section 9, the Consumer Protection Act. This is a statutory pre-suit demand. You
have 30 days to present a reasonable offer of settlement in a written response supported by fact
and law.

We will not extend the statutory 30-day window for your response.



you and your complicit Co-Conspirators for violations
statute, M.G.L. c. 93a, §§ 2 and 9.  As you know,
purchasers of products containing cathode ray tubes
other conspirators.  Mr. Gianasca, Marie Cutlip and
half of a putative class of Massachusetts claimants who
constitutes a formal demand pursuant to the provisions
quest relief as outlined in that statute.

ss suffered by Massachusetts class members plus
are willing to accept this amount in compromise. We
er of settlement and demand that you accept our offer

1



# BONSIGNORE, PLLC

TRIAL LAWYERS
RBONSIGNORE@CLASSACTIONS.US
3771 Meadowcrest Drive
LAS VEGAS, NEVADA 89121
www.classactions.us

OFFICE: (781) 350-0000          CELL: (781) 856-7650          FACSIMILE (702) 852-5726

## SETTLEMENT COMMUNICATION ISSUED PURSUANT TO MGL 93A

June 14, 2019

CMRR # 7018 0360 0000 3443 8579
via Certified Mail Return Receipt Requested

CT CORPORATION SYSTEM
C/O Toshiba America Electronics Components, Inc.
155 FEDERAL STREET SUITE 700
BOSTON, MA 02110

**Re:**   *In Re CATHO RAY TUBE LITIGATION*

Dear Madame or Sir:

We write to you as counsel of record for Massachusetts residents Anthony Gianasca, Marie Cutlip and Jane Stanley and pursuant to the provisions of Massachusetts General Laws (M.G.L.), Chapter 93A, Section 9, the Consumer Protection Act. This is a statutory pre-suit demand. You have 30 days to present a reasonable offer of settlement in a written response supported by fact and law.

We will not extend the statutory 30-day window for your response.



...t you and your complicit Co-Conspirators for violations ...on statute, M.G.L. c. 93a, §§ 2 and 9.  As you know, ...e purchasers of products containing cathode ray tubes ...r other conspirators.  Mr. Gianasca, Marie Cutlip and ...ehalf of a putative class of Massachusetts claimants who ...r constitutes a formal demand pursuant to the provisions ...equest relief as outlined in that statute.

...loss suffered by Massachusetts class members plus ...ve are willing to accept this amount in compromise. We ...ffer of settlement and demand that you accept our offer ...nt.

1



## BONSIGNORE, PLLC

TRIAL LAWYERS
RBONSIGNORE@CLASSACTIONS.US
3771 Meadowcrest Drive
LAS VEGAS, NEVADA 89121
www.classactions.us

OFFICE: (781) 350-0000          CELL: (781) 856-7650          FACSIMILE (702) 852-5726

### SETTLEMENT COMMUNICATION ISSUED PURSUANT TO MGL 93A

June 14, 2019

CMRR # 7018 0360 0000 3443 8586
via Certified Mail Return Receipt Requested

CT CORPORATION SYSTEM
C/O Toshiba America Electronics Components, Inc.
818 Seventh Street, Suite 930
Los Angeles, CA 90017

**Re:**   *In Re CATHO RAY TUBE LITIGATION*

Dear Madame or Sir:

We write to you as counsel of record for Massachusetts residents Anthony Gianasca, Marie
Cutlip and Jane Stanley and pursuant to the provisions of Massachusetts General Laws (M.G.L.),
Chapter 93A, Section 9, the Consumer Protection Act. This is a statutory pre-suit demand. You
have 30 days to present a reasonable offer of settlement in a written response supported by fact
and law.

We will not extend the statutory 30-day window for your response.

We represent them in their claims against you and your complicit Co-Conspirators for violations
tion statute, M.G.L. c. 93a, §§ 2 and 9. As you know,
se purchasers of products containing cathode ray tubes
ur other conspirators. Mr. Gianasca, Marie Cutlip and
behalf of a putative class of Massachusetts claimants who
ter constitutes a formal demand pursuant to the provisions
request relief as outlined in that statute.

loss suffered by Massachusetts class members plus
we are willing to accept this amount in compromise. We
offer of settlement and demand that you accept our offer
:nt.

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)   $
☐ Return Receipt (electronic)   $
☐ Certified Mail Restricted Delivery   $
☐ Adult Signature Required   $
☐ Adult Signature Restricted Delivery   $
Postage
$
Total Postage and Fees
$
Sent To
ToShibA Amer elec Cump Clo CTCurP
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

JUN 20__
Postmark
MEDFORD Here

1



# BONSIGNORE, PLLC

TRIAL LAWYERS
RBONSIGNORE@CLASSACTIONS.US
3771 Meadowcrest Drive
LAS VEGAS, NEVADA 89121
www.classactions.us

OFFICE: (781) 350-0000        CELL: (781) 856-7650        FACSIMILE (702) 852-5726

## SETTLEMENT COMMUNICATION ISSUED PURSUANT TO MGL 93A

June 14, 2019

CMRR # 7018 0360 0000 3443 8524
via Certified Mail Return Receipt Requested

CT CORPORATION SYSTEM
C/O Toshiba America, Inc.
818 Seventh Street, Suite 930
Los Angeles, CA 90017

Re:    *In Re CATHO RAY TUBE LITIGATION*

Dear Madame or Sir:

We write to you as counsel of record for Massachusetts residents Anthony Gianasca, Marie Cutlip and Jane Stanley and pursuant to the provisions of Massachusetts General Laws (M.G.L.), Chapter 93A, Section 9, the Consumer Protection Act. This is a statutory pre-suit demand. You have 30 days to present a reasonable offer of settlement in a written response supported by fact and law.

We will not extend the statutory 30-day window for your response.



you and your complicit Co-Conspirators for violations
statute, M.G.L. c. 93a, §§ 2 and 9.  As you know,
urchasers of products containing cathode ray tubes
other conspirators.  Mr. Gianasca, Marie Cutlip and
alf of a putative class of Massachusetts claimants who
constitutes a formal demand pursuant to the provisions
uest relief as outlined in that statute.

ss suffered by Massachusetts class members plus
are willing to accept this amount in compromise. We
er of settlement and demand that you accept our offer

1



# BONSIGNORE, PLLC

TRIAL LAWYERS
RBONSIGNORE@CLASSACTIONS.US
3771 Meadowcrest Drive
LAS VEGAS, NEVADA 89121
www.classactions.us

OFFICE: (781) 350-0000                CELL: (781) 856-7650                FACSIMILE (702) 852-5726

## SETTLEMENT COMMUNICATION ISSUED PURSUANT TO MGL 93A

June 14, 2019

CMRR # 7018 0360 0000 3443 8517
via Certified Mail Return Receipt Requested

CT CORPORATION SYSTEM
C/O Toshiba America, Inc.
155 FEDERAL STREET, SUITE 700
BOSTON, MA 02110

Re:     *In Re CATHO RAY TUBE LITIGATION*

Dear Madame or Sir:

We write to you as counsel of record for Massachusetts residents Anthony Gianasca, Marie Cutlip and Jane Stanley and pursuant to the provisions of Massachusetts General Laws (M.G.L.), Chapter 93A, Section 9, the Consumer Protection Act. This is a statutory pre-suit demand. You have 30 days to present a reasonable offer of settlement in a written response supported by fact and law.

We will not extend the statutory 30-day window for your response.

[ . . . ]st you and your complicit Co-Conspirators for violations [ . . . ]on statute, M.G.L. c. 93a, §§ 2 and 9. As you know, [ . . . ]e purchasers of products containing cathode ray tubes [ . . . ]r other conspirators. Mr. Gianasca, Marie Cutlip and [ . . . ]ehalf of a putative class of Massachusetts claimants who [ . . . ]r constitutes a formal demand pursuant to the provisions [ . . . ]quest relief as outlined in that statute.

[ . . . ]oss suffered by Massachusetts class members plus [ . . . ]e are willing to accept this amount in compromise. We [ . . . ]fer of settlement and demand that you accept our offer

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®.*

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$

Total Postage and Fees
$

Sent To  TOSHIBA AMERICA C/O CT CORP

Street and Apt. No., or PO Box No.

City, State, ZIP+4

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions

1



# BONSIGNORE, PLLC

TRIAL LAWYERS
RBONSIGNORE@CLASSACTIONS.US
3771 Meadowcrest Drive
LAS VEGAS, NEVADA 89121
www.classactions.us

OFFICE: (781) 350-0000          CELL: (781) 856-7650          FACSIMILE (702) 852-5726

## SETTLEMENT COMMUNICATION ISSUED PURSUANT TO MGL 93A

June 14, 2019

CMRR # 7018 0360 0000 3443 8647
via Certified Mail Return Receipt Requested

HUEI-JIHN JIH
C/O Tatung Company of America, Inc.
2850 EL PRESIDIO ST
LONG BEACH CA 90810

**Re:   *In Re CATHO RAY TUBE LITIGATION***

Dear Madame or Sir:

We write to you as counsel of record for Massachusetts residents Anthony Gianasca, Marie
Cutlip and Jane Stanley and pursuant to the provisions of Massachusetts General Laws (M.G.L.),
Chapter 93A, Section 9, the Consumer Protection Act. This is a statutory pre-suit demand. You
have 30 days to present a reasonable offer of settlement in a written response supported by fact
and law.

We will not extend the statutory 30-day window for your response.

... t you and your complicit Co-Conspirators for violations
... n statute, M.G.L. c. 93a, §§ 2 and 9.  As you know,
... purchasers of products containing cathode ray tubes
... other conspirators.  Mr. Gianasca, Marie Cutlip and
... ehalf of a putative class of Massachusetts claimants who
... r constitutes a formal demand pursuant to the provisions
... quest relief as outlined in that statute.

... oss suffered by Massachusetts class members plus
... e are willing to accept this amount in compromise. We
... ffer of settlement and demand that you accept our offer
... t.

1



# BONSIGNORE, PLLC

### TRIAL LAWYERS
RBONSIGNORE@CLASSACTIONS.US
3771 Meadowcrest Drive
LAS VEGAS, NEVADA 89121
www.classactions.us

OFFICE: (781) 350-0000                    CELL: (781) 856-7650                    FACSIMILE (702) 852-5726

## SETTLEMENT COMMUNICATION ISSUED PURSUANT TO MGL 93A

June 14, 2019

CMRR # 7018 0360 0000 3443 8432
via Certified Mail Return Receipt Requested

Tatung Company of America, Inc. ("Tatung America")
2850 El Presidio Street
Long Beach, California

**Re:**    *In Re CATHO RAY TUBE LITIGATION*

Dear Madame or Sir:

We write to you as counsel of record for Massachusetts residents Anthony Gianasca, Marie Cutlip and Jane Stanley and pursuant to the provisions of Massachusetts General Laws (M.G.L.), Chapter 93A, Section 9, the Consumer Protection Act. This is a statutory pre-suit demand. You have 30 days to present a reasonable offer of settlement in a written response supported by fact and law.

We will not extend the statutory 30-day window for your response.



st you and your complicit Co-Conspirators for violations on statute, M.G.L. c. 93a, §§ 2 and 9.  As you know, e purchasers of products containing cathode ray tubes r other conspirators.  Mr. Gianasca, Marie Cutlip and ehalf of a putative class of Massachusetts claimants who r constitutes a formal demand pursuant to the provisions equest relief as outlined in that statute.

oss suffered by Massachusetts class members plus e are willing to accept this amount in compromise. We Ter of settlement and demand that you accept our offer t.

1

# BONSIGNORE, PLLC

## TRIAL LAWYERS
### RBONSIGNORE@CLASSACTIONS.US
3771 Meadowcrest Drive
LAS VEGAS, NEVADA 89121
www.classactions.us

OFFICE: (781) 350-0000                CELL: (781) 856-7650                FACSIMILE (702) 852-5726

### SETTLEMENT COMMUNICATION ISSUED PURSUANT TO MGL 93A

June 14, 2019

MAILED VIA REGISTERED MAIL

Beijing-Matsushita Color CRT Company, Ltd.
No. 9, Jiuxianqiao N. Rd.
Dashanzi Chaoyang District, Beijing, China

Re:    *In Re CATHO RAY TUBE LITIGATION*

Dear Madame or Sir:

We write to you as counsel of record for Massachusetts residents Anthony Gianasca, Marie
Cutlip and Jane Stanley and pursuant to the provisions of Massachusetts General Laws (M.G.L.),
Chapter 93A, Section 9, the Consumer Protection Act. This is a statutory pre-suit demand. You

[...] of settlement in a written response supported by fact

[...] for your response.

[...] your complicit Co-Conspirators for violations
[...] e, M.G.L. c. 93a, §§ 2 and 9. As you know,
[...] sers of products containing cathode ray tubes
[...] onspirators. Mr. Gianasca, Marie Cutlip and
[...] a putative class of Massachusetts claimants who
[...] utes a formal demand pursuant to the provisions
[...] lief as outlined in that statute.

[...] ered by Massachusetts class members plus
[...] illing to accept this amount in compromise. We
[...] ettlement and demand that you accept our offer

1



# BONSIGNORE, PLLC

TRIAL LAWYERS
RBONSIGNORE@CLASSACTIONS.US
3771 Meadowcrest Drive
LAS VEGAS, NEVADA 89121
www.classactions.us

OFFICE: (781) 350-0000          CELL: (781) 856-7650          FACSIMILE (702) 852-5726

## SETTLEMENT COMMUNICATION ISSUED PURSUANT TO MGL 93A

June 14, 2019

### MAILED VIA REGISTERED MAIL

Chunghwa Picture Tubes Ltd.
1127 Heping Road, Bade City
Taoyuan, Taiwan

Re:    *In Re CATHO RAY TUBE LITIGATION*

Dear Madame or Sir:

We write to you as counsel of record for Massachusetts residents Anthony Gianasca, Marie
Cutlip and Jane Stanley and pursuant to the provisions of Massachusetts General Laws (M.G.L.),
Chapter 93A, Section 9, the Consumer Protection Act. This is a statutory pre-suit demand. You

[document overlapping receipt image]

Registered No.

RE131479845US                    **Date Stamp**

| Reg. Fee | $1.15 | | | 0155 12 |
| Handling Charge | $16.00 | Return Receipt | | |
| Postage | $4.10 | Restricted Delivery | | |
| Received by | $0.00 | | | |

your response.

our complicit Co-Conspirators for violations
M.G.L. c. 93a, §§ 2 and 9.  As you know,
of products containing cathode ray tubes
pirators.  Mr. Gianasca, Marie Cutlip and
utative class of Massachusetts claimants who
s a formal demand pursuant to the provisions
as outlined in that statute.

Customer Must Declare Full Value $0.00          Domestic Insurance up to $25,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

OFFICIAL USE

FROM
Robert Bonsignore
23 Forest Street
Medford, MA 02155-3820

d by Massachusetts class members plus
ng to accept this amount in compromise. We
ement and demand that you accept our offer

TO
Chunghwa Picture Tubes, LTD.
1127 Heping Road, Bade City
Taoyuan, Taiwan

PS Form 3806,   Receipt for Registered Mail   Copy 2 - Post Office
January 2014 (7530-02-000-9051)



# BONSIGNORE, PLLC

TRIAL LAWYERS
RBONSIGNORE@CLASSACTIONS.US
3771 Meadowcrest Drive
LAS VEGAS, NEVADA 89121
www.classactions.us

OFFICE: (781) 350-0000          CELL: (781) 856-7650          FACSIMILE (702) 852-5726

## SETTLEMENT COMMUNICATION ISSUED PURSUANT TO MGL 93A

June 14, 2019

### MAILED VIA REGISTERED MAIL

Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.
Lot 1, Subang Hi-Tech Industrial Park
Batu Tiga, 4000 Shah Alam
Selangor Darul Ehsan, Malaysia

Re:     *In Re CATHO RAY TUBE LITIGATION*

Dear Madame or Sir:

We write to you as counsel of record for Massachusetts residents Anthony Gianasca, Marie
Cutlip and Jane Stanley and pursuant to the provisions of Massachusetts General Laws (M.G.L.),
93A, Section 9, the Consumer Protection Act. This is a statutory pre-suit demand. You
[...] ment in a written response supported by fact

[...] or your response.

[...] l your complicit Co-Conspirators for violations
[...] , M.G.L. c. 93a, §§ 2 and 9.  As you know,
[...] ers of products containing cathode ray tubes
[...] nspirators.  Mr. Gianasca, Marie Cutlip and
[...] a putative class of Massachusetts claimants who
[...] utes a formal demand pursuant to the provisions
[...] lief as outlined in that statute.

[...] ered by Massachusetts class members plus
[...] lling to accept this amount in compromise. We
[...] ettlement and demand that you accept our offer

[...] l

**Registered No.**
RF333820275US

| | Date Stamp |
|---|---|
| Reg. Fee $1.15 | 0155 |
| | 17 |

Handling Charge $16.00  Return Receipt
Postage $4.10  Restricted Delivery $0.00
Received by $0.00
$21.25

Customer Must Declare Full Value $0.00   Domestic insurance up to $25,000 is included    06/17/2019   With the declared value. International Indemnity is limited. (See Reverse).

OFFICIAL USE

MEDFORD, MA 02155

FROM
Robert Bonsignore
23 Forest Street
Medford, MA 02155-3820

TO
Chunghwa Picture Tubes
Lot 1, Subang Hi-Tech Industrial Park,
Batu Tiga, 4000 Shah Alam, Selangor
Darul Ehsan, MALAYSIA

PS Form 3806,   **Receipt for Registered Mail**   Copy 1 - Customer
January 2014 (7530-02-000-9051)                  (See Information on Reverse)
For domestic delivery information [...]

# BONSIGNORE, PLLC

TRIAL LAWYERS
RBONSIGNORE@CLASSACTIONS.US
3771 Meadowcrest Drive
LAS VEGAS, NEVADA 89121
www.classactions.us

OFFICE: (781) 350-0000          CELL: (781) 856-7650          FACSIMILE (702) 852-5726

## SETTLEMENT COMMUNICATION ISSUED PURSUANT TO MGL 93A

June 14, 2019

MAILED VIA REGISTERED MAIL

Hitachi, Ltd.
6-1 Marunouchi Center Building 13F
Chiyoda-ku, Tokyo 100-8280, Japan

Re:   *In Re CATHO RAY TUBE LITIGATION*

Dear Madame or Sir:

We write to you as counsel of record for Massachusetts residents Anthony Gianasca, Marie Cutlip and Jane Stanley and pursuant to the provisions of Massachusetts General Laws (M.G.L.), Chapter 93A, Section 9, the Consumer Protection Act. This is a statutory pre-suit demand. You [...] lement in a written response supported by fact

[...] for your response.

[...] d your complicit Co-Conspirators for violations [...] e, M.G.L. c. 93a, §§ 2 and 9. As you know, [...] sers of products containing cathode ray tubes [...] onspirators. Mr. Gianasca, Marie Cutlip and [...] a putative class of Massachusetts claimants who [...] utes a formal demand pursuant to the provisions [...] lief as outlined in that statute.

[...] ered by Massachusetts class members plus [...] lling to accept this amount in compromise. We [...] ettlement and demand that you accept our offer

---

Registered No.

RF333820205US

| Reg. Fee | $1.15 | | Date Stamp |
|---|---|---|---|
| Handling Charge | $16.00 | Return Receipt | 0155 17 |
| Postage | $4.10 | Restricted Delivery | JUN 17 2019 |
| Received by | $0.00 | $0.00 | |
| | $21.25 | | |

To Be Completed By Post Office

Customer Must Declare Full Value $0.00      Domestic Insurance up to $25,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

06/17/2019

OFFICIAL USE
MEDFORD, MA 02155

FROM
Robert Bonsignore
23 Forest Street
Medford, MA 02155-3820

TO
Hitachi, Ltd
6-1 Marunouchi Center Building 13F,
Chiyoda-ku, Tokyo 100-8280

To Be Completed By Customer (Please Print) All Entries Must Be In Ballpoint or Typed

PS Form 3806, Receipt for Registered Mail     Copy 1 - Customer
January 2014 (7530-02-000-9051)     (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®



# BONSIGNORE, PLLC

TRIAL LAWYERS
RBONSIGNORE@CLASSACTIONS.US
3771 Meadowcrest Drive
LAS VEGAS, NEVADA 89121
www.classactions.us

OFFICE: (781) 350-0000          CELL: (781) 856-7650          FACSIMILE (702) 852-5726

## SETTLEMENT COMMUNICATION ISSUED PURSUANT TO MGL 93A

June 14, 2019

MAILED VIA REGISTERED MAIL

Hitachi Displays, Ltd.
AKS Building, 3 Kandaneribeicho 3
Chiyoda-ku, Tokyo, 101-0022, Japan

Re:   *In Re CATHO RAY TUBE LITIGATION*

Dear Madame or Sir:

We write to you as counsel of record for Massachusetts residents Anthony Gianasca, Marie
Cutlip and Jane Stanley and pursuant to the provisions of Massachusetts General Laws (M.G.L.),
the Consumer Protection Act. This is a statutory pre-suit demand. You
ment in a written response supported by fact

or your response.

your complicit Co-Conspirators for violations
, M.G.L. c. 93a, §§ 2 and 9.  As you know,
ers of products containing cathode ray tubes
nspirators.  Mr. Gianasca, Marie Cutlip and
putative class of Massachusetts claimants who
ates a formal demand pursuant to the provisions
lief as outlined in that statute.

ered by Massachusetts class members plus
lling to accept this amount in compromise. We
ettlement and demand that you accept our offer

Registered No.

RF33382021 9US

| | | Date Stamp |
|---|---|---|
| Reg. Fee | $1.15 | |
| Handling Charge | $16.00 | Return Receipt |
| Postage | $4.10 | Restricted Delivery $0.00 |
| Received by | $0.00 | |

JUN 1 7 2019

0155
17

Customer Must Declare Full Value $0.00

Domestic Insurance up to $25,000 is included on the declared value. International Indemnity is limited. (See Reverse).

06/17/2019

### OFFICIAL USE

MEDFORD, MA 02155

FROM
Robert Bonsignore
23 Forest Street
Medford, MA 02155-3820

TO
Hitachi Displays, Ltd
AKS Building, 3 Kandaneribeicho 3,
Chiyoda-ku, Tokyo, 101-0022
JAPAN

PS Form 3806, **Receipt for Registered Mail**     Copy 1 - Customer
January 2014 (7530-02-000-9051)                    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

1



# BONSIGNORE, PLLC

**TRIAL LAWYERS**
RBONSIGNORE@CLASSACTIONS.US
3771 Meadowcrest Drive
LAS VEGAS, NEVADA 89121
www.classactions.us

OFFICE: (781) 350-0000          CELL: (781) 856-7650          FACSIMILE (702) 852-5726

## SETTLEMENT COMMUNICATION ISSUED PURSUANT TO MGL 93A

June 14, 2019

MAILED VIA REGISTERED MAIL

Hitachi Asia, Ltd.
16 Collyer Quay, #20-00 Hitachi Tower
Singapore, 049318

Re:   *In Re CATHO RAY TUBE LITIGATION*

Dear Madame or Sir:

We write to you as counsel of record for Massachusetts residents Anthony Gianasca, Marie Cutlip and Jane Stanley and pursuant to the provisions of Massachusetts General Laws (M.G.L.), Chapter 93A, Section 9, the Consumer Protection Act. This is a statutory pre-suit demand. You ...ttlement in a written response supported by fact

... for your response.

...nd your complicit Co-Conspirators for violations
...ate, M.G.L. c. 93a, §§ 2 and 9.  As you know,
...asers of products containing cathode ray tubes
... conspirators.  Mr. Gianasca, Marie Cutlip and
...f a putative class of Massachusetts claimants who
...itutes a formal demand pursuant to the provisions
...elief as outlined in that statute.

...fered by Massachusetts class members plus
...illing to accept this amount in compromise. We
... settlement and demand that you accept our offer

**Registered No.**

| | **Date Stamp** |
|---|---|
| Reg. Fee RF 3338200B | 0155 17 |

To Be Completed By Post Office:
Handling Charge $1.15 — Return Receipt
Postage $16.00 — Restricted Delivery
Received by $4.10 — $0.00
Customer Must Declare Full Value $ — $21.25 Domestic Insurance up to $25,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).
$9.00 — 06/17/20...

OFFICIAL USF

FROM:
MEDFORD, MA 02155
Robert Bonsignore
23 Forest Street
Medford, MA 02155-3820

TO:
Hitachi Asia, Ltd
16 Collyer Quay, #20-00
Hitachi Tower, Singapore, 049318

PS Form **3806**,   **Receipt for Registered Mail**   Copy 1 - Customer
January 2014 (7530-02-000-9051)   (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com

1



## BONSIGNORE, PLLC

TRIAL LAWYERS
RBONSIGNORE@CLASSACTIONS.US
3771 Meadowcrest Drive
LAS VEGAS, NEVADA 89121
www.classactions.us

OFFICE: (781) 350-0000          CELL: (781) 856-7650          FACSIMILE (702) 852-5726

### SETTLEMENT COMMUNICATION ISSUED PURSUANT TO MGL 93A

June 14, 2019

MAILED VIA REGISTERED MAIL

IRICO Group Corporation
1 Caihong Rd., Xianyang City
Shaanxi Province 712021

Re:    *In Re CATHO RAY TUBE LITIGATION*

Dear Madame or Sir:

We write to you as counsel of record for Massachusetts residents Anthony Gianasca, Marie
Cutlip and Jane Stanley and pursuant to the provisions of Massachusetts General Laws (M.G.L.),
Chapter 93A, Section 9, the Consumer Protection Act. This is a statutory pre-suit demand. You
[...]tlement in a written response supported by fact

[...] for your response.

[...]nd your complicit Co-Conspirators for violations
[...]te, M.G.L. c. 93a, §§ 2 and 9. As you know,
[...]asers of products containing cathode ray tubes
[...]conspirators. Mr. Gianasca, Marie Cutlip and
[...]f a putative class of Massachusetts claimants who
[...]itutes a formal demand pursuant to the provisions
[...]relief as outlined in that statute.

[...]fered by Massachusetts class members plus
[...]villing to accept this amount in compromise. We
[...]settlement and demand that you accept our offer

Registered No.

| | | Date Stamp | |
|---|---|---|---|
| Reg. Fee | | | |
| | $1.15 | | |
| Handling Charge | $16.00 | Return Receipt | |
| Postage | $4.10 | Restricted Delivery | |
| Received by | $0.00 | | |
| | $0.00 | | |

0855   NOV 17 2019   STATION   SURCHARGE   MEDFORD MA

Customer Must Declare Full Value $   $0.00

$21.25 Domestic Insurance up to $25,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

06/17/201[...]

OFFICIAL USE

FROM
MEDFORD, MA 02155
Robert Bonsignore
23 Forest Street
Medford, MA 02155-3820

TO
IRICO Group Corporation
1 Caihong Road
Xianyang City, Shaanxi Province
712021   China

PS Form 3806,   Receipt for Registered Mail   Copy 1 - Customer
January 2014 (7530-02-000-9051)   (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com

1



# BONSIGNORE, PLLC

### TRIAL LAWYERS
RBONSIGNORE@CLASSACTIONS.US
3771 Meadowcrest Drive
LAS VEGAS, NEVADA 89121
www.classactions.us

OFFICE: (781) 350-0000          CELL: (781) 856-7650          FACSIMILE (702) 852-5726

## SETTLEMENT COMMUNICATION ISSUED PURSUANT TO MGL 93A

June 14, 2019

MAILED VIA REGISTERED MAIL

Hitachi Asia, Ltd.
16 Collyer Quay, #20-00 Hitachi Tower
Singapore, 049318

Re:   *In Re CATHO RAY TUBE LITIGATION*

Dear Madame or Sir:

We write to you as counsel of record for Massachusetts residents Anthony Gianasca, Marie
Cutlip and Jane Stanley and pursuant to the provisions of Massachusetts General Laws (M.G.L.),
Chapter 93A, Section 9, the Consumer Protection Act. This is a statutory pre-suit demand. You
[...] ttlement in a written response supported by fact

[...] v for your response.

[...] nd your complicit Co-Conspirators for violations
[...] te, M.G.L. c. 93a, §§ 2 and 9.  As you know,
[...] asers of products containing cathode ray tubes
[...] conspirators.  Mr. Gianasca, Marie Cutlip and
[...] f a putative class of Massachusetts claimants who
[...] itutes a formal demand pursuant to the provisions
[...] elief as outlined in that statute.

[...] fered by Massachusetts class members plus
[...] villing to accept this amount in compromise. We
[...] settlement and demand that you accept our offer

**Registered No.**

| | | **Date Stamp** |
|---|---|---|
| Reg. Fee | RF 33382008 | |
| Handling Charge | $1.15 | Return Receipt |
| Postage | $16.00 | Restricted Delivery |
| Received by | $4.10 | |
| | $0.00 | |
| | $8.00 | |
| Customer Must Declare Full Value $ | $21.25 | Domestic Insurance up to $25,000 is included based upon the declared value. International Indemnity is limited. (See Reverse). |
| | $0.00 | 06/17/2019 |

OFFICIAL USF

FROM
MEDFORD, MA 02155
Robert Bonsignore
23 Forest Street
Medford, MA 02155-3820

TO
Hitachi Asia, Ltd
16 Collyer Quay, #20-00
Hitachi Tower, Singapore, 049318

1

PS Form 3806,   **Receipt for Registered Mail**   Copy 1 - Customer
January 2014 (7530-02-000-9051)   (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

## BONSIGNORE, PLLC

TRIAL LAWYERS
RBONSIGNORE@CLASSACTIONS.US
3771 Meadowcrest Drive
LAS VEGAS, NEVADA 89121
www.classactions.us

OFFICE: (781) 350-0000          CELL: (781) 856-7650          FACSIMILE (702) 852-5726

### SETTLEMENT COMMUNICATION ISSUED PURSUANT TO MGL 93A

June 14, 2019

MAILED VIA REGISTERED MAIL

IRICO Display Devices Co., Ltd.
No. 16, Fenghui South Road West
District High- tech Development Zone
Xi'an, SXI 710075

Re:   *In Re CATHO RAY TUBE LITIGATION*

Dear Madame or Sir:

We write to you as counsel of record for Massachusetts residents Anthony Gianasca, Marie Cutlip and Jane Stanley and pursuant to the provisions of Massachusetts General Laws (M.G.L.), Chapter 93A, Section 9, the Consumer Protection Act. This is a statutory pre-suit demand. You ... ....  ...... .. ...... ... .......present a reasonable offer of settlement in a written response supported by fact

... ... or your response.

... your complicit Co-Conspirators for violations ..., M.G.L. c. 93a, §§ 2 and 9. As you know, ...ers of products containing cathode ray tubes ...onspirators.  Mr. Gianasca, Marie Cutlip and ... putative class of Massachusetts claimants who ...utes a formal demand pursuant to the provisions ...lief as outlined in that statute.

...ered by Massachusetts class members plus ...lling to accept this amount in compromise. We ...ettlement and demand that you accept our offer

Registered No.   RF333820284US

| | | | |
|---|---|---|---|
| Reg. Fee | $1.15 | | |
| Handling Charge | $16.00 | Return Receipt | |
| Postage | $4.10 | Restricted Delivery | |
| Received by | $0.00 | | $0.00 |

Date Stamp

MEDFORD STATION
JUN 17 2019

Customer Must Declare Full Value $0.00     Domestic Insurance up to $25,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

06/17/201

OFFICIAL USE

MEDFORD, MA 02155

FROM
Robert Bonsignore
23 Forest Street
Medford, MA 02155-3820

TO
IRICO Display Devices Co., Ltd.
No.Cho,Fenghui South Road West,
District High- tech Development Zone,
Xi'an, SXI 710075   China

To Be Completed By Customer (Please Print) All Entries Must Be In Ballpoint or Typed

PS Form 3806,   **Receipt for Registered Mail**   Copy 1 - Customer
January 2014 (7530-02-000-9051)
For domestic delivery information, visit our website at www (See Information on Reverse)



**BONSIGNORE, PLLC**

TRIAL LAWYERS
RBONSIGNORE@CLASSACTIONS.US
3771 Meadowcrest Drive
LAS VEGAS, NEVADA 89121
www.classactions.us

OFFICE: (781) 350-0000                CELL: (781) 856-7650                FACSIMILE (702) 852-5726

## SETTLEMENT COMMUNICATION ISSUED PURSUANT TO MGL 93A

June 14, 2019

### MAILED VIA REGISTERED MAIL

IRICO Group Electronics Co., Ltd.
1 Caihong Rd., Xianyang City
Shaanxi Province 712021

    **Re:**   *In Re CATHO RAY TUBE LITIGATION*

Dear Madame or Sir:

    We write to you as counsel of record for Massachusetts residents Anthony Gianasca, Marie Cutlip and Jane Stanley and pursuant to the provisions of Massachusetts General Laws (M.G.L.),

[obscured by registered mail receipt] Act. This is a statutory pre-suit demand. You [obscured] ment in a written response supported by fact

[obscured] or your response.

[obscured] your complicit Co-Conspirators for violations [obscured] M.G.L. c. 93a, §§ 2 and 9.  As you know, [obscured] rs of products containing cathode ray tubes [obscured] nspirators.  Mr. Gianasca, Marie Cutlip and [obscured] putative class of Massachusetts claimants who [obscured] tes a formal demand pursuant to the provisions [obscured] ef as outlined in that statute.

[obscured] ed by Massachusetts class members plus [obscured] ing to accept this amount in compromise. We [obscured] tlement and demand that you accept our offer

Registered No.
RF333820103US

| Reg. Fee | $1.15 | | |
|---|---|---|---|
| Handling Charge | $16.00 | Return Receipt | |
| Postage | $4.10 | Restricted Delivery | |
| | $0.00 | | |
| Received by | $0.00 | | |
| | $31.25 | | |

Customer Must Declare
Full Value $0.00
Domestic Insurance up to $25,000 is included
06/17/201 upon the declared value. International
Indemnity is limited. (See Reverse)

Date Stamp
0155
JUN 17 2019

OFFICIAL USE

MEDFORD, MA 02155

FROM
Robert Bonsignore
23 Forest Street
Medford, MA 02155-3820

TO
China
IRICO Group Electronics Co., Ltd
1 Caihong Rd., Xianyang City,
Shaanxi Province 712021   China

PS Form 380
January 2014 (7530-02-000-9051)
For domestic delivery information, visit our website at *www.usps.com*
Copy 1 - Customer
(See Information on Reverse)



**BONSIGNORE, PLLC**

TRIAL LAWYERS
RBONSIGNORE@CLASSACTIONS.US
3771 Meadowcrest Drive
LAS VEGAS, NEVADA 89121
www.classactions.us

OFFICE: (781) 350-0000          CELL: (781) 856-7650          FACSIMILE (702) 852-5726

### SETTLEMENT COMMUNICATION ISSUED PURSUANT TO MGL 93A

June 14, 2019

MAILED VIA REGISTERED MAIL

Koninklijke Philips Electronics N.V.
a/k/a Royal Philips Electronics N.V. ("Royal Philips")
Amstelplein 2, Breitner Center, 1070 MX
Amsterdam, The Netherlands

**Re:**   *In Re CATHO RAY TUBE LITIGATION*

Dear Madame or Sir:

We write to you as counsel of record for Massachusetts residents Anthony Gianasca, Marie
_____ ions of Massachusetts General Laws (M.G.L.),
_____ ct. This is a statutory pre-suit demand. You
_____ nent in a written response supported by fact

_____ r your response.

_____ your complicit Co-Conspirators for violations
_____ M.G.L. c. 93a, §§ 2 and 9.  As you know,
_____ rs of products containing cathode ray tubes
_____ spirators.  Mr. Gianasca, Marie Cutlip and
_____ putative class of Massachusetts claimants who
_____ es a formal demand pursuant to the provisions
_____ ef as outlined in that statute.

_____ ed by Massachusetts class members plus
_____ ing to accept this amount in compromise. We
_____ tlement and demand that you accept our offer

---

**Registered No.**

RF338 2024

| Reg. Fee | RF3382024 | | | **Date Stamp** |
|---|---|---|---|---|
| Handling Charge | $1.15 | Return Receipt | | 0155 17 |
| Postage | $16.00 | Restricted Delivery | | |
| Received by | $4.10 | | | |
| Customer Must Declare Full Value $ | $21.25 | Domestic Insurance up to $25,000 is included based upon the declared value. International Indemnity is limited. (See Reverse). | | |
| | $0.00 | | | 06/17/2019 |

OFFICIAL USE

**FROM**
Robert Bonsignore
215 Forest Street
Medford, MA 02155-3820

**TO**
Koninklijke Philips Electronics N.V.
a/k/a Royal Philips Electronics N.V
Amstelplein 2, Breitner Center, 1070
MX Amsterdam, The Netherlands

PS Form 38
January 2014 (7530-02-000-9051)          Copy 1 - Customer
For domestic delivery information, visit our website at *www.usps.com* ®          (See Information on Reverse)



## BONSIGNORE, PLLC

TRIAL LAWYERS
RBONSIGNORE@CLASSACTIONS.US
3771 Meadowcrest Drive
LAS VEGAS, NEVADA 89121
www.classactions.us

OFFICE: (781) 350-0000          CELL: (781) 856-7650          FACSIMILE (702) 852-5726

## SETTLEMENT COMMUNICATION ISSUED PURSUANT TO MGL 93A

June 14, 2019

MAILED VIA REGISTERED MAIL

LG Electronics, Inc.
LG Twin Towers,
20 Yeouido-dong, Yeoungdeungpo-gu,
Seoul 150-721, South Korea

Re:    *In Re CATHO RAY TUBE LITIGATION*

Dear Madame or Sir:

We write to you as counsel of record for Massachusetts residents Anthony Gianasca, Marie Cutlip and Jane Stanley and pursuant to the provisions of Massachusetts General Laws (M.G.L.), Chapter 93A, Section 9, the Consumer Protection Act. This is a statutory pre-suit demand. You ........................ tlement in a written response supported by fact

............................ for your response.

............................ d your complicit Co-Conspirators for violations .............................. te, M.G.L. c. 93a, §§ 2 and 9. As you know, ............................. sers of products containing cathode ray tubes ............................. conspirators. Mr. Gianasca, Marie Cutlip and ............................. a putative class of Massachusetts claimants who ............................. tutes a formal demand pursuant to the provisions ............................. lief as outlined in that statute.

............................. fered by Massachusetts class members plus ............................. illing to accept this amount in compromise. We ............................. settlement and demand that you accept our offer

**Registered No.**

RF333820222US

| | | Date Stamp |
|---|---|---|
| Reg. Fee $1.15 | | 0155 |
| Handling Charge $16.00 | Return Receipt | 17 |
| Postage $4.10 | Restricted Delivery $0.00 | |
| Received by $0.00 | | |
| | $21.35 | |
| Customer Must Declare Full Value $0.00 | Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse). | 06/17/2019 |

OFFICIAL USE

MEDFORD, MA 02155

FROM
Robert Bonsignore
23 Forest Street
Medford, MA 02155-3820

TO
LG Electronics, Inc.
LG Twin Towers, Korea (South), Republic of
20 Yeouido-dong
Yeoungdeungpo-gu
Seoul 150-721, South Korea

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

To Be Completed By Post Office

**PS Form 3806,    Receipt for Registered Mail**   Copy 1 - Customer
January 2014 (7530-02-000-9051)   (See Information on Reverse)



# BONSIGNORE, PLLC

TRIAL LAWYERS
RBONSIGNORE@CLASSACTIONS.US
3771 Meadowcrest Drive
LAS VEGAS, NEVADA 89121
www.classactions.us

OFFICE: (781) 350-0000          CELL: (781) 856-7650          FACSIMILE (702) 852-5726

## SETTLEMENT COMMUNICATION ISSUED PURSUANT TO MGL 93A

June 14, 2019

MAILED VIA REGISTERED MAIL

LG Electronics Taiwan Taipei Co
7F, No.47, Lane3
Jihu Road, NeiHu District,
Taipei City, Taiwan

**Re:**   *In Re CATHO RAY TUBE LITIGATION*

Dear Madame or Sir:

We write to you as counsel of record for Massachusetts residents Anthony Gianasca, Marie
Cutlip and Jane Stanley and pursuant to the provisions of Massachusetts General Laws (M.G.L.),
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ Act. This is a statutory pre-suit demand. You
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ ement in a written response supported by fact

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ or your response.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ your complicit Co-Conspirators for violations
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~, M.G.L. c. 93a, §§ 2 and 9.  As you know,
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ rs of products containing cathode ray tubes
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ nspirators.  Mr. Gianasca, Marie Cutlip and
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ putative class of Massachusetts claimants who
~~~~~~~~~~~~~~~~~~~~~~~~~~~~ es a formal demand pursuant to the provisions
~~~~~~~~~~~~~~~~~~~~~~~~~~~ ef as outlined in that statute.

~~~~~~~~~~~~~~~~~~~~~~~~~ ed by Massachusetts class members plus
~~~~~~~~~~~~~~~~~~~~~~~~ ng to accept this amount in compromise. We
~~~~~~~~~~~~~~~~~~~~~~~ lement and demand that you accept our offer

Registered No.
RF333820182US

| | | |
|---|---|---|
| Reg. Fee | $1.15 | |
| Handling Charge | $16.00 | Return Receipt |
| Postage | $4.10 | Restricted Delivery |
| Received by | $0.00 | |
| | $21.25 | |

Date Stamp
0155
17

To Be Completed By Post Office

Customer Must Declare
Full Value $6.00    06/17/2019   Domestic Insurance up to $25,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

OFFICIAL USE

FROM
MEDFORD, MA 02155
Robert Bonsignore
23 Forest Street
Medford, MA 02155-3820

TO
LG Electronics Taiwan Taipei Co Ltd
6f, No.47, Lane 3, Jihu Road
Taiwan
Neihu District, Taipei City 114,
Taiwan

To Be Completed By Customer (Please Print) All Entries Must Be In Ballpoint or Typed

1 - Customer

PS Form 380
January 2014 (7530-02-000-9051)          (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com



**TRIAL LAWYERS**
RBONSIGNORE@CLASSACTIONS.US
3771 Meadowcrest Drive
LAS VEGAS, NEVADA 89121
www.classactions.us

OFFICE: (781) 350-0000          CELL: (781) 856-7650          FACSIMILE (702) 852-5726

## SETTLEMENT COMMUNICATION ISSUED PURSUANT TO MGL 93A

June 14, 2019

MAILED VIA REGISTERED MAIL

LP Displays International, Ltd. f/k/a LG.Philips Displays
Corporate Communications, 6th Floor, ING Tower
308 Des Voeux Road Central,
Sheung Wan, Hong Kong

Re:   *In Re CATHO RAY TUBE LITIGATION*

Dear Madame or Sir:

We write to you as counsel of record for Massachusetts residents Anthony Gianasca, Marie
Cutlip and Jane Stanley and pursuant to the provisions of Massachusetts General Laws (M.G.L.),
... on Act. This is a statutory pre-suit demand. You
... tlement in a written response supported by fact

... for your response.

... nd your complicit Co-Conspirators for violations
... te, M.G.L. c. 93a, §§ 2 and 9.  As you know,
... asers of products containing cathode ray tubes
... conspirators.  Mr. Gianasca, Marie Cutlip and
... a putative class of Massachusetts claimants who
... tutes a formal demand pursuant to the provisions
... elief as outlined in that statute.

... fered by Massachusetts class members plus
... illing to accept this amount in compromise. We
... settlement and demand that you accept our offer

1

---

**Registered No.** RF333820196US

**Date Stamp**
0155
JUN 17 2019

| Reg. Fee | $1.15 | | |
|---|---|---|---|
| Handling Charge | $16.00 | Return Receipt | |
| Postage | $4.10 | Restricted Delivery | |
| Received by | $0.00 | | |
| | $21.25 | | |

Customer Must Declare
Full Value $0.00      Domestic Insurance up to $25,000 is included
06/17/2019 based on the declared value. International
Indemnity is limited. (See Reverse).

**OFFICIAL USE**

MEDFORD MA 02155

FROM
Robert Bonsignore
23 Forest Street
Medford, MA 02155-3820

TO
LP Displays International, Ltd. f/k/a LG.
Philips Displays Hong Kong
Corporate Communications, 6th Floor,
ING Tower, 308 Des Voeux Road
Central, Sheung Wan HONG KONG

**PS Form 3806,**   **Receipt for Registered Mail**   Copy 1 - Customer
January 2014 (7530-02-000-9051)            (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com



# BONSIGNORE, PLLC

TRIAL LAWYERS
RBONSIGNORE@CLASSACTIONS.US
3771 Meadowcrest Drive
LAS VEGAS, NEVADA 89121
www.classactions.us

OFFICE: (781) 350-0000          CELL: (781) 856-7650          FACSIMILE (702) 852-5726

## SETTLEMENT COMMUNICATION ISSUED PURSUANT TO MGL 93A

June 14, 2019

### MAILED VIA REGISTERED MAIL

Matsushita Electronic Corporation (Malaysia) Sdn Bhd.
Lot 1, Persiaran Tengku Ampuan Section 21
Shah Alam Industrial Site
Shah Alam, Malaysia 40000

   Re:   *In Re CATHO RAY TUBE LITIGATION*

Dear Madame or Sir:

We write to you as counsel of record for Massachusetts residents Anthony Gianasca, Marie
Cutlin and Jane Stanley and pursuant to the provisions of Massachusetts General Laws (M.G.L.),
.ct. This is a statutory pre-suit demand. You
nent in a written response supported by fact

· your response.

our complicit Co-Conspirators for violations
M.G.L. c. 93a, §§ 2 and 9.  As you know,
s of products containing cathode ray tubes
spirators.  Mr. Gianasca, Marie Cutlip and
utative class of Massachusetts claimants who
s a formal demand pursuant to the provisions
f as outlined in that statute.

d by Massachusetts class members plus
ng to accept this amount in compromise. We
ement and demand that you accept our offer

| Registered No. | | Date Stamp |
|---|---|---|
| RF333820267US | | |

| | | |
|---|---|---|
| Reg. Fee | $1.15 | |
| Handling Charge | $16.00 | Return Receipt |
| Postage | $4.10 | Restricted Delivery |
| | $0.00 | |
| Received by | $0.00 | |
| | $21.25 | |

Customer Must Declare Full Value $0.00

Domestic insurance up to $25,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

06/17/2019

OFFICIAL USE

MEDFORD, MA 02155

FROM   Robert Bonsignore
       23 Forest Street
       Medford, MA 02155-3820

TO   Matsushita Electronic Corporation
     Lot 1 Persiaran Tengku Ampuan
     Section 21, Shah Alam Industrial Site,
     Shah Alam, Malaysia 40000

To Be Completed By Post Office
To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

PS Form 3806, Receipt for Registered Mail   Copy 1 - Customer
January 2014 (7530-02-000-9051)   (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®



# BONSIGNORE, PLLC

TRIAL LAWYERS
RBONSIGNORE@CLASSACTIONS.US
3771 Meadowcrest Drive
LAS VEGAS, NEVADA 89121
www.classactions.us

OFFICE: (781) 350-0000          CELL: (781) 856-7650          FACSIMILE (702) 852-5726

## SETTLEMENT COMMUNICATION ISSUED PURSUANT TO MGL 93A

June 14, 2019

MAILED VIA REGISTERED MAIL

MT Picture Display Co., Ltd.
1-1, Saiwai-cho, Takatsuki-shi
Osaka 569- 1193, Japan

Re:   *In Re CATHO RAY TUBE LITIGATION*

Dear Madame or Sir:

We write to you as counsel of record for Massachusetts residents Anthony Gianasca, Marie
Cutlin and Jane Stanley and pursuant to the provisions of Massachusetts General Laws (M.G.L.),
~~...~~ Act. This is a statutory pre-suit demand. You
~~...~~ ment in a written response supported by fact

~~...~~ or your response.

~~...~~ your complicit Co-Conspirators for violations
~~...~~ M.G.L. c. 93a, §§ 2 and 9.  As you know,
~~...~~ rs of products containing cathode ray tubes
~~...~~ nspirators.  Mr. Gianasca, Marie Cutlip and
~~...~~ putative class of Massachusetts claimants who
~~...~~ tes a formal demand pursuant to the provisions
~~...~~ ief as outlined in that statute.

~~...~~ red by Massachusetts class members plus
~~...~~ ling to accept this amount in compromise. We
~~...~~ ttlement and demand that you accept our offer

---

Registered No. RF333820165US

| Reg. Fee | $1.15 |
| Handling Charge | $16.00 |
| Postage | $4.10 |
| Received by | $0.00 |

Return Receipt
Restricted Delivery

Customer Must Declare Full Value $ $0.00

Domestic Insurance up to $25,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

Date Stamp

OFFICIAL USE

MEDFORD, MA 02155

FROM
Robert Bonsignore
23 Forest Street
Medford, MA 02155-3820

TO
MT Picture Display Co., Ltd.
1-1, Saiwai-cho, Takatsuki-shi
Osaka 569- 1193,
JAPAN

PS Form 3
January 2014 (7530-02-000-9051)          py 1 - Customer
For domestic delivery information, visit our website at www.usps.com          (See information on Reverse)



## BONSIGNORE, PLLC

TRIAL LAWYERS
RBONSIGNORE@CLASSACTIONS.US
3771 Meadowcrest Drive
LAS VEGAS, NEVADA 89121
www.classactions.us

OFFICE: (781) 350-0000          CELL: (781) 856-7650          FACSIMILE (702) 852-5726

### SETTLEMENT COMMUNICATION ISSUED PURSUANT TO MGL 93A

June 14, 2019

MAILED VIA REGISTERED MAIL

Philips da Amazonia Industria Electronica Ltda. ("Philips Brazil")
Av Torquato Tapajos 2236, 1 andar (parte 1)
Flores, Manaus, AM 39048-660, Brazil

Re:   *In Re CATHO RAY TUBE LITIGATION*

Dear Madame or Sir:

We write to you as counsel of record for Massachusetts residents Anthony Gianasca, Marie
Cutlip and Jane Stanley and pursuant to the provisions of Massachusetts General Laws (M.G.L.),

[  ] Act. This is a statutory pre-suit demand. You
[  ] ement in a written response supported by fact

[  ] for your response.

[  ] d your complicit Co-Conspirators for violations
[  ] e, M.G.L. c. 93a, §§ 2 and 9.  As you know,
[  ] sers of products containing cathode ray tubes
[  ] onspirators.  Mr. Gianasca, Marie Cutlip and
[  ] a putative class of Massachusetts claimants who
[  ] utes a formal demand pursuant to the provisions
[  ] lief as outlined in that statute.

[  ] ered by Massachusetts class members plus
[  ] lling to accept this amount in compromise. We
[  ] ettlement and demand that you accept our offer

Registered No.
RF333820125US

Date Stamp

**Reg. Fee** $1.15
**Handling Charge** $16.00   Return Receipt
**Postage** $4.10   Restricted Delivery   $0.00
**Received by** $0.00   $21.25

Customer Must Declare Full Value $0.00

Domestic Insurance up to $25,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

06/17/2019

OFFICIAL USE

MEDFORD, MA 02155
Bonsignore Trial Lawyers, PLLC
23 Forest Street
Medford, MA 02155

Philips da Amazonia
Electronica
Av Torquato Tapajos 2236,
1 andar (parte 1)
Flores, Manaus, AM 39048-660
Brazil

PS Form 3806,   Receipt for Registered Mail          Copy 1 - Customer
January 2014 (7530-02-000-9051)          (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®



## BONSIGNORE, PLLC

TRIAL LAWYERS
RBONSIGNORE@CLASSACTIONS.US
3771 Meadowcrest Drive
LAS VEGAS, NEVADA 89121
www.classactions.us

OFFICE: (781) 350-0000          CELL: (781) 856-7650          FACSIMILE (702) 852-5726

### SETTLEMENT COMMUNICATION ISSUED PURSUANT TO MGL 93A

June 14, 2019

### MAILED VIA REGISTERED MAIL

Philips Electronics Industries (Taiwan), LTD
15F 3-1 Yuanqu Street,
Nangang District, Taipei, Taiwan

Re:     *In Re CATHO RAY TUBE LITIGATION*

Dear Madame or Sir:

We write to you as counsel of record for Massachusetts residents Anthony Gianasca, Marie
_____ isions of Massachusetts General Laws (M.G.L.),
_____ n Act. This is a statutory pre-suit demand. You
_____ lement in a written response supported by fact

_____ for your response.

_____ d your complicit Co-Conspirators for violations
_____ , M.G.L. c. 93a, §§ 2 and 9.  As you know,
_____ ers of products containing cathode ray tubes
_____ nspirators.  Mr. Gianasca, Marie Cutlip and
_____ putative class of Massachusetts claimants who
_____ tes a formal demand pursuant to the provisions
_____ ef as outlined in that statute.

_____ ed by Massachusetts class members plus
_____ ng to accept this amount in compromise. We
_____ lement and demand that you accept our offer

---

**Registered No.**
RF333B20134US

**Date Stamp**
0155
17

| Reg. Fee | $1.15 | | |
|---|---|---|---|
| Handling Charge | $16.00 | Return Receipt | |
| Postage | $4.10 | Restricted Delivery | |
| | $0.00 | | |
| Received by | $0.00 | | |

Customer Must Declare
Full Value $0.00

Domestic Insurance up to $25,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

06/17/20

OFFICIAL USE

To Be Completed By Post Office

MEDFORD, MA 02155
Bonsignore Trial Lawyers, PLLC
23 Forest Street
Medford, MA 02155

Philips Electronics Industries Ltd.
15F Taiwan
15F 3-1 Yuanqu Street
Nangang District, Taipei
Taiwan

To Be Completed By Customer
(Please Print)
All Entries Must Be in Ballpoint or Typed

FROM

TO

PS Form 3800,   **Receipt for Registered Mail**   Copy 1 - Customer
January 2014 (7530-02-000-9051)   (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com

# BONSIGNORE, PLLC

## TRIAL LAWYERS
RBONSIGNORE@CLASSACTIONS.US
3771 Meadowcrest Drive
LAS VEGAS, NEVADA 89121
www.classactions.us

OFFICE: (781) 350-0000                CELL: (781) 856-7650                FACSIMILE (702) 852-5726

## SETTLEMENT COMMUNICATION ISSUED PURSUANT TO MGL 93A

June 14, 2019

### MAILED VIA REGISTERED MAIL

Panasonic Corporation
F/K/A Matsushita Electric Industrial Co., Ltd
1006 Oaza Kadoma, Kadoma-shi,
Osaka 571-8501, Japan

Re:    *In Re CATHO RAY TUBE LITIGATION*

Dear Madame or Sir:

We write to you as counsel of record for Massachusetts residents Anthony Gianasca, Marie
Cutlip and Jane Stanley and pursuant to the provisions of Massachusetts General Laws (M.G.L.),

[...] Act. This is a statutory pre-suit demand. You
[...] nent in a written response supported by fact

[...] r your response.

[...] your complicit Co-Conspirators for violations
[...] M.G.L. c. 93a, §§ 2 and 9.  As you know,
[...] s of products containing cathode ray tubes
[...] spirators.  Mr. Gianasca, Marie Cutlip and
[...] utative class of Massachusetts claimants who
[...] es a formal demand pursuant to the provisions
[...] f as outlined in that statute.

[...] d by Massachusetts class members plus
[...] ng to accept this amount in compromise. We
[...] ement and demand that you accept our offer

Registered No.                                    Date Stamp

Reg. Fee RF 33382011

Handling    $1.13        Return
Charge                   Receipt
Postage     $16.00       Restricted
                         Delivery
            $4.10
Received by $0.00
            $0.00
Customer Must Declare    $21.25  Domestic Insurance up to $25,000 is included
Full Value $              based upon the declared value. International
            $0.00        06/17/2019  indemnity is limited. (See Reverse).

OFFICIAL USE

0155
17

FROM   MEDFORD, MA 02155
Robert Bonsignore
23 Forest Street
Medford, MA 02155-3820

TO     Panasonic Corporation FKA
Matsushita Electric Industrial Co.,
Ltd.
1006 Oaza Kadoma
Kadoma-shi, Osaka 571-8501
JAPAN

PS Form 3800,       Receipt for Registered Mail      Copy 1 - Customer
January 2014 (7530-02-000-9051)          (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com



# BONSIGNORE, PLLC

TRIAL LAWYERS
RBONSIGNORE@CLASSACTIONS.US
3771 Meadowcrest Drive
LAS VEGAS, NEVADA 89121
www.classactions.us

OFFICE: (781) 350-0000          CELL: (781) 856-7650          FACSIMILE (702) 852-5726

## SETTLEMENT COMMUNICATION ISSUED PURSUANT TO MGL 93A

June 14, 2019

### MAILED VIA REGISTERED MAIL

Samsung Electronics Co., Ltd.
Samsung Main Building, 250, 2-ga,
Taepyong-ro, Jung-gu,
Seoul 100-742, South Korea

        Re:   *In Re CATHO RAY TUBE LITIGATION*

Dear Madame or Sir:

We write to you as counsel of record for Massachusetts residents Anthony Gianasca, Marie
~~~~~~~~~~~~~~~~~~~~~~~~~ ions of Massachusetts General Laws (M.G.L.),
~~~~~~~~~~~~~~~~~~~~~~~~~ Act. This is a statutory pre-suit demand. You
~~~~~~~~~~~~~~~~~~~~~~~~~ ement in a written response supported by fact

~~~~~~~~~~~~~ or your response.

~~~~~~~~~~~~~ l your complicit Co-Conspirators for violations
~~~~~~~~~~~~~ , M.G.L. c. 93a, §§ 2 and 9. As you know,
~~~~~~~~~~~~~ ers of products containing cathode ray tubes
~~~~~~~~~~~~~ nspirators. Mr. Gianasca, Marie Cutlip and
~~~~~~~~~~~~~ putative class of Massachusetts claimants who
~~~~~~~~~~~~~ ites a formal demand pursuant to the provisions
~~~~~~~~~~~~~ ief as outlined in that statute.

~~~~~~~~~~~~~ red by Massachusetts class members plus
~~~~~~~~~~~~~ ling to accept this amount in compromise. We
~~~~~~~~~~~~~ ttlement and demand that you accept our offer

Registered No.

Reg. Fee RF33382017      Date Stamp

| Handling Charge | $1.15 | Return Receipt | |
| Postage | $16.00 | Restricted Delivery | |
| Received by | $4.10 | | |
| | $0.00 | | |

Customer Must Declare
Full Value $   $21.25   Domestic insurance up to $25,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

$0.00   OFFICIAL USE   06/17/2019

FROM   Robert Bonsignore
       MEDFORD, MA 02155
       23 Forest Street
       Medford, MA 02155-3820

TO     Samsung Electronics Co., Ltd
       Samsung Main Building
       250, 2-ga, Taepyong-ro
       Jung-gu, Seoul 100-742
       SOUTH KOREA

PS Form 38
January 2014 (7530-02-000-9051)          (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®   y 1 - Customer



# BONSIGNORE, PLLC

### TRIAL LAWYERS
RBONSIGNORE@CLASSACTIONS.US
3771 Meadowcrest Drive
LAS VEGAS, NEVADA 89121
www.classactions.us

OFFICE: (781) 350-0000                 CELL: (781) 856-7650                 FACSIMILE (702) 852-5726

## SETTLEMENT COMMUNICATION ISSUED PURSUANT TO MGL 93A

June 14, 2019

MAILED VIA REGISTERED MAIL

Samtel Color, Ltd.
52, Community Centre
New Friends Colony, New Delhi-110065

Re:   *In Re CATHO RAY TUBE LITIGATION*

Dear Madame or Sir:

We write to you as counsel of record for Massachusetts residents Anthony Gianasca, Marie
Cutlip and Jane Stanley and pursuant to the provisions of Massachusetts General Laws (M.G.L.),
Chapter 93A, Section 9, the Consumer Protection Act. This is a statutory pre-suit demand. You
[...]ement in a written response supported by fact

[...] or your response.

[...] your complicit Co-Conspirators for violations
[...], M.G.L. c. 93a, §§ 2 and 9.  As you know,
[...]ers of products containing cathode ray tubes
[...]nspirators.  Mr. Gianasca, Marie Cutlip and
[...] putative class of Massachusetts claimants who
[...]tes a formal demand pursuant to the provisions
[...]ief as outlined in that statute.

[...]ed by Massachusetts class members plus
[...]ing to accept this amount in compromise. We
[...]ttlement and demand that you accept our offer

Registered No.

RF333820094US

| Reg. Fee | $1.15 | | |
|---|---|---|---|
| Handling Charge | $16.00 | Return Receipt | |
| Postage | $4.10 | Restricted Delivery | $0.00 |
| Received by | $0.00 | | |

Date Stamp

0155

JUN 17 2019

Customer Must Declare
Full Value $8.00         Domestic Insurance up to $25,000 is included
06/17/20 upon the declared value. International
Indemnity is limited. (See Reverse).

OFFICIAL USE

MEDFORD, MA 02155

FROM   Robert Bonsignore
23 Forest Street
Medford, MA 02155-3820

TO   Samtel Color, Ltd
52, Community Centre
New Friends Colony,
New Delhi, 110065

PS Form 3806,                Registered Mail       Copy 1 - Customer
January 2014 (7530-02-000-9051)          (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®



## BONSIGNORE, PLLC

TRIAL LAWYERS
RBONSIGNORE@CLASSACTIONS.US
3771 Meadowcrest Drive
LAS VEGAS, NEVADA 89121
www.classactions.us

OFFICE: (781) 350-0000          CELL: (781) 856-7650          FACSIMILE (702) 852-5726

### SETTLEMENT COMMUNICATION ISSUED PURSUANT TO MGL 93A

June 14, 2019

MAILED VIA REGISTERED MAIL

Samsung SDI Brasil Ltda.
Av. Eixo Norte Sul, S/N,
Distrito Industrial, 69088-480
Manaus, Amazonas, Brazil

Re:     *In Re CATHO RAY TUBE LITIGATION*

Dear Madame or Sir:

We write to you as counsel of record for Massachusetts residents Anthony Gianasca, Marie
                                                      ons of Massachusetts General Laws (M.G.L.),
                                                      Act. This is a statutory pre-suit demand. You
                                                      ment in a written response supported by fact

                                                      or your response.

                                                      your complicit Co-Conspirators for violations
                                                      M.G.L. c. 93a, §§ 2 and 9.  As you know,
                                                      rs of products containing cathode ray tubes
                                                      nspirators.  Mr. Gianasca, Marie Cutlip and
                                                      putative class of Massachusetts claimants who
                                                      es a formal demand pursuant to the provisions
                                                      ef as outlined in that statute.

                                                      ed by Massachusetts class members plus
                                                      ng to accept this amount in compromise. We
                                                      tlement and demand that you accept our offer

---

**Registered No.** RF333820151US

**Date Stamp** 0155  JUN 17 2019

| Reg. Fee | $1.15 | Return Receipt |  |
|---|---|---|---|
| Handling Charge | $16.00 | Restricted Delivery |  |
| Postage | $4.10 |  |  |
| Received by | $0.00 |  |  |

Customer Must Declare Full Value $0.00

Domestic Insurance up to $25,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

06/17/2019

OFFICIAL USE

MEDFORD, MA 02155
FROM  Bonsignore Trial Lawyers, PLLC
23 Forest Street
Medford, MA 02155

TO   Samsung SDI Brazil Ltda.
Av. Eixo Norte Sul, S/N
Distrito Industrial 69088-480
Manaus, Amazonas
Brazil

PS Form 3806,   Receipt for Registered Mail   Copy 1 - Customer
January 2014 (7530-02-000-9051)        (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®



## BONSIGNORE, PLLC

TRIAL LAWYERS
RBONSIGNORE@CLASSACTIONS.US
3771 Meadowcrest Drive
LAS VEGAS, NEVADA 89121
www.classactions.us

OFFICE: (781) 350-0000          CELL: (781) 856-7650          FACSIMILE (702) 852-5726

### SETTLEMENT COMMUNICATION ISSUED PURSUANT TO MGL 93A

June 14, 2019

### MAILED VIA REGISTERED MAIL

Samsung SDI Mexico S.A. de C.V. ("Samsung SDI Mexico")
Blvd. Los Olivos, No.21014,
Parque Industrial El Florido, Tijuana, B.C. Mexico

**Re:**   *In Re CATHO RAY TUBE LITIGATION*

Dear Madame or Sir:

We write to you as counsel of record for Massachusetts residents Anthony Gianasca, Marie
Cutlip and Jane Stanley and pursuant to the provisions of Massachusetts General Laws (M.G.L.),
l Act. This is a statutory pre-suit demand. You
ement in a written response supported by fact

for your response.

d your complicit Co-Conspirators for violations
e, M.G.L. c. 93a, §§ 2 and 9.  As you know,
sers of products containing cathode ray tubes
onspirators.  Mr. Gianasca, Marie Cutlip and
a putative class of Massachusetts claimants who
utes a formal demand pursuant to the provisions
lief as outlined in that statute.

ered by Massachusetts class members plus
lling to accept this amount in compromise. We
ettlement and demand that you accept our offer

l

Registered No.
RF333820148US
Date Stamp

| Reg. Fee | $1.15 | | 0155 |
| Handling Charge | $16.00 | Return Receipt | 17 |
| Postage | $4.10 | Restricted Delivery | |
| | $0.00 | | |
| Received by | $0.00 | | |
| | $21.25 | | |

Customer Must Declare Full Value $0.00     Domestic Insurance up to $25,000 is included
06/17/2019     based upon the declared value. International
Indemnity is limited. (See Reverse)

OFFICIAL USE

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

FROM
Robert Bonsignore
23 Forest Street
Medford, MA 02155-3820

MEDFORD, MA 02155

TO
Samsung SDI Mexico S.A.
Blvd. Los Olivos, No.21014
Parque Industrial
El Florido, Tijuana, B.C. Mexico

PS Form 3806,     Receipt for Registered Mail     *Copy 1 - Customer*
January 2014 (7530-02-000-9051)     *(See Information on Reverse)*
For domestic delivery information, visit our website at www.usps.com ®



# BONSIGNORE, PLLC

TRIAL LAWYERS
RBONSIGNORE.@CLASSACTIONS.US
3771 Meadowcrest Drive
LAS VEGAS, NEVADA 89121
www.classactions.us

OFFICE: (781) 350-0000                CELL: (781) 856-7650                FACSIMILE (702) 852-5726

## SETTLEMENT COMMUNICATION ISSUED PURSUANT TO MGL 93A

June 14, 2019

MAILED VIA REGISTERED MAIL

Samsung SDI (Malaysia) Sdn. Bhd.
Lot 635 & 660, Kawasan Perindustrian
Tuanku, Jaafar, 71450 Sungai Gadut,
Negeri Semblian Darul Khusus, Malaysia

Re:    *In Re CATHO RAY TUBE LITIGATION*

Dear Madame or Sir:

We write to you as counsel of record for Massachusetts residents Anthony Gianasca, Marie
Cutlip and Jane Stanley and pursuant to the provisions of Massachusetts General Laws (M.G.L.),

... Act. This is a statutory pre-suit demand. You
... ement in a written response supported by fact

... or your response.

... your complicit Co-Conspirators for violations
... , M.G.L. c. 93a, §§ 2 and 9.  As you know,
... rs of products containing cathode ray tubes
... nspirators. Mr. Gianasca, Marie Cutlip and
... putative class of Massachusetts claimants who
... tes a formal demand pursuant to the provisions
... ef as outlined in that statute.

... ed by Massachusetts class members plus
... ing to accept this amount in compromise. We
... tlement and demand that you accept our offer

---

**Registered No.**
RF333820236US

**Reg. Fee** $1.15

**Handling Charge** $16.00   **Return Receipt**

**Postage** $4.10   **Restricted Delivery** $0.00

**Received by** $0.00

$21.25

**Customer Must Declare Full Value** $0.00   Domestic Insurance up to $25,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).
06/17/2019

**Date Stamp** 0155 17

JUN 17 2019

OFFICIAL USE

MEDFORD, MA 02155

**FROM** Robert Bonsignore
23 Forest Street
Medford, MA 02155-3820

**TO** Samsung SDI Malaysia
Lot 635 & 660, Kawasan
Perindustrian, Tuanku, Jaafar, 71450
Sungai Gadut, Negeri Semblian Darul
Khusus, Malaysia

PS Form **3806**,   **Receipt for Registered Mail**   *Copy 1 - Customer*
January 2014 (7530-02-000-9051)   *(See Information on Reverse)*
For domestic delivery information, visit our website at *www.usps.com* ®



## BONSIGNORE, PLLC

TRIAL LAWYERS
RBONSIGNORE@CLASSACTIONS.US
3771 Meadowcrest Drive
LAS VEGAS, NEVADA 89121
www.classactions.us

OFFICE: (781) 350-0000          CELL: (781) 856-7650          FACSIMILE (702) 852-5726

### SETTLEMENT COMMUNICATION ISSUED PURSUANT TO MGL 93A

June 14, 2019

MAILED VIA REGISTERED MAIL

SDI Co., Ltd. f/k/a Samsung Display Device Co., Ltd.
15th – 18th Floor, Samsung Life Insurance Building,
150, 2-ga, Taepyong-ro, Jung-gu,
Seoul, 100- 716, South Korea

Re:     *In Re CATHO RAY TUBE LITIGATION*

Dear Madame or Sir:

We write to you as counsel of record for Massachusetts residents Anthony Gianasca, Marie
[...] ions of Massachusetts General Laws (M.G.L.),
[...] Act. This is a statutory pre-suit demand. You
[...] ment in a written response supported by fact

[...] or your response.

[...] your complicit Co-Conspirators for violations
[...] M.G.L. c. 93a, §§ 2 and 9.  As you know,
[...] rs of products containing cathode ray tubes
[...] spirators.  Mr. Gianasca, Marie Cutlip and
[...] putative class of Massachusetts claimants who
[...] es a formal demand pursuant to the provisions
[...] f as outlined in that statute.

[...] d by Massachusetts class members plus
[...] ng to accept this amount in compromise. We
[...] lement and demand that you accept our offer

Registered No.

RF333820338US

| To Be Completed By Post Office | Reg. Fee | $1.15 | | |
| | Handling Charge | $16.00 | Return Receipt | |
| | Postage | $4.10 | Restricted Delivery | |
| | Received by | $0.00 | | |

Date Stamp

0155
17

JUN 17 2019

Customer Must Declare Full Value $0.00     Domestic Insurance up to $25,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

06/17/2019

OFFICIAL USE

MEDFORD, MA 02155

FROM   Robert Bonsignore
23 Forest Street
Medford, MA 02155-3820

TO   SDI Co., Ltd. f/k/a Samsung Display
Device Co., Ltd.
15th – 18th Floor, Samsung Life Ins. Building
150, 2-ga, Taepyong-ro, Jung-gu
Seoul, 100- 716, Korea (South), Republic of

To Be Completed By Customer (Please Print) All Entries Must Be In Ballpoint or Typed

PS Form 3806,  Receipt for Registered Mail          Copy 1 - Customer
January 2014 (7530-02-000-9051)          (See Information on Reverse)
For domestic delivery information, visit our website at *www.usps.com*®



## BONSIGNORE, PLLC

TRIAL LAWYERS
RBONSIGNORE@CLASSACTIONS.US
3771 Meadowcrest Drive
LAS VEGAS, NEVADA 89121
www.classactions.us

OFFICE: (781) 350-0000          CELL: (781) 856-7650          FACSIMILE (702) 852-5726

### SETTLEMENT COMMUNICATION ISSUED PURSUANT TO MGL 93A

June 14, 2019

MAILED VIA REGISTERED MAIL

Shenzhen Samsung SDI Co., Ltd.
Huanggang Bei Lu,
Futian Gu,
Shenzhen, China

Re:   *In Re CATHO RAY TUBE LITIGATION*

Dear Madame or Sir:

We write to you as counsel of record for Massachusetts residents Anthony Gianasca, Marie
_____ ~~~~~~ to the provisions of Massachusetts General Laws (M.G.L.),
_____ Act. This is a statutory pre-suit demand. You
_____ ement in a written response supported by fact

_____ for your response.

_____ nd your complicit Co-Conspirators for violations
_____ te, M.G.L. c. 93a, §§ 2 and 9.  As you know,
_____ sers of products containing cathode ray tubes
_____ conspirators.  Mr. Gianasca, Marie Cutlip and
_____ a putative class of Massachusetts claimants who
_____ itutes a formal demand pursuant to the provisions
_____ relief as outlined in that statute.

_____ ffered by Massachusetts class members plus
_____ willing to accept this amount in compromise. We
_____ settlement and demand that you accept our offer

**Registered No.**

RF333820324US

| | Date Stamp |
|---|---|
| Reg. Fee **$1.15** | 0155 17 2019 |
| Handling Charge **$16.00** | Return Receipt |
| Postage **$4.10** | Restricted Delivery $0.00 |
| Received by **$0.00** | |
| **$21.25** | |
| Customer Must Declare Full Value $.00 | Domestic Insurance up to $25,000 is included 06/17/2019 upon the declared value. International Indemnity is limited. (See Reverse). |

OFFICIAL USE

MEDFORD, MA 02155

FROM  Robert Bonsignore
23 Forest Street
Medford, MA 02155-3820

TO  Shenzhen Samsung SDI Co., Ltd.
Huanggang Bei Lu,
Futian Gu, Shenzhen
CHINA

PS Form 3I
January 201_, _____
For domestic delivery information, visit our website at www.usps.com

py 1 - Customer
____ion on Reverse)

1



# BONSIGNORE, PLLC

## TRIAL LAWYERS
RBONSIGNORE@CLASSACTIONS.US
3771 Meadowcrest Drive
LAS VEGAS, NEVADA 89121
www.classactions.us

OFFICE: (781) 350-0000          CELL: (781) 856-7650          FACSIMILE (702) 852-5726

## SETTLEMENT COMMUNICATION ISSUED PURSUANT TO MGL 93A

June 14, 2019

### MAILED VIA REGISTERED MAIL

Shenzhen SEG Hitachi Color Display Devices, Ltd.
5001 Huanggang Road, Futian District
Shenzhen 518035, China

Re:     *In Re CATHO RAY TUBE LITIGATION*

Dear Madame or Sir:

We write to you as counsel of record for Massachusetts residents Anthony Gianasca, Marie Cutlip and Jane Stanley and pursuant to the provisions of Massachusetts General Laws (M.G.L.), Chapter 93A, Section 9, the Consumer Protection Act. This is a statutory pre-suit demand. You

for your response.

d your complicit Co-Conspirators for violations
e, M.G.L. c. 93a, §§ 2 and 9.  As you know,
sers of products containing cathode ray tubes
onspirators.  Mr. Gianasca, Marie Cutlip and
a putative class of Massachusetts claimants who
utes a formal demand pursuant to the provisions
lief as outlined in that statute.

red by Massachusetts class members plus
lling to accept this amount in compromise. We
ettlement and demand that you accept our offer





## BONSIGNORE, PLLC

TRIAL LAWYERS
RBONSIGNORE@CLASSACTIONS.US
3771 Meadowcrest Drive
LAS VEGAS, NEVADA 89121
www.classactions.us

OFFICE: (781) 350-0000          CELL: (781) 856-7650          FACSIMILE (702) 852-5726

### SETTLEMENT COMMUNICATION ISSUED PURSUANT TO MGL 93A

June 14, 2019

MAILED VIA REGISTERED MAIL

Toshiba Corporation
1-1, Shibaura 1-chome, Minato-ku,
Tokyo 105-8001, Japan

   Re: *In Re CATHO RAY TUBE LITIGATION*

Dear Madame or Sir:

  We write to you as counsel of record for Massachusetts residents Anthony Gianasca, Marie
Cutlip and Jane Stanley and pursuant to the provisions of Massachusetts General Laws (M.G.L.),
                  Act. This is a statutory pre-suit demand. You
               ment in a written response supported by fact

              r your response.

            your complicit Co-Conspirators for violations
            M.G.L. c. 93a, §§ 2 and 9.  As you know,
           rs of products containing cathode ray tubes
          spirators.  Mr. Gianasca, Marie Cutlip and
         utative class of Massachusetts claimants who
        es a formal demand pursuant to the provisions
       f as outlined in that statute.

        d by Massachusetts class members plus
       ng to accept this amount in compromise. We
       ement and demand that you accept our offer

| Registered No. | | | Date Stamp |
|---|---|---|---|
| RF333820253US | | | 0155 |
| Reg. Fee | $1.15 | | 17 |
| Handling Charge | $16.00 | Return Receipt | |
| Postage | $4.10 | Restricted Delivery | |
| Received by | $0.00 | | |
| | $21.25 | | |
| Customer Must Declare Full Value $0.00 | 06/17/2019 | Domestic Insurance up to $25,000 is included based upon the declared value. International Indemnity is limited. (See Reverse). | |

OFFICIAL USE

FROM
Robert Bonsignore
23 Forest Street
Medford, MA 02155-3820

MEDFORD, MA 02155

TO
Toshiba Corporation
1-1 Shibaura 1-chome
Minato-ku Tokyo 105-8001
JAPAN

PS Form 3806,   Receipt for Registered Mail   Copy 1 - Customer
January 2014 (7530-02-000-9051)   (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®



# BONSIGNORE, PLLC

TRIAL LAWYERS

RBONSIGNORE@CLASSACTIONS.US

3771 Meadowcrest Drive

LAS VEGAS, NEVADA 89121

www.classactions.us

OFFICE: (781) 350-0000            CELL: (781) 856-7650            FACSIMILE (702) 852-5726

## SETTLEMENT COMMUNICATION ISSUED PURSUANT TO MGL 93A

June 14, 2019

MAILED VIA REGISTERED MAIL

Tianjin Samsung SDI Co., Ltd.
Developing Zone of Yi-Xian Park,
Wuqing County, Tianjin, China

Re:     *In Re CATHO RAY TUBE LITIGATION*

Dear Madame or Sir:

We write to you as counsel of record for Massachusetts residents Anthony Gianasca, Marie Cutlip and Jane Stanley and pursuant to the provisions of Massachusetts General Laws (M.G.L.), Act. This is a statutory pre-suit demand. You ement in a written response supported by fact

for your response.

d your complicit Co-Conspirators for violations e, M.G.L. c. 93a, §§ 2 and 9.  As you know, sers of products containing cathode ray tubes onspirators.  Mr. Gianasca, Marie Cutlip and a putative class of Massachusetts claimants who utes a formal demand pursuant to the provisions lief as outlined in that statute.

ered by Massachusetts class members plus lling to accept this amount in compromise. We ettlement and demand that you accept our offer

**Registered No.**

RF333820315US

Reg. Fee $1.15

Handling Charge $16.00 | Return Receipt

Postage $4.10 | Restricted Delivery

Received by $0.00 | $0.00

$21.25

Customer Must Declare Full Value $0.00    Domestic Insurance up to $25,000 is included 06/17/2019 based on the declared value. International Indemnity is limited. (See Reverse)

Date Stamp    0155

OFFICIAL USE

MEDFORD, MA 02155

FROM
Robert Bonsignore
23 Forest Street
Medford, MA 02155-3820

TO
TIANJIN SAMSUNG SDI CO., LTD
Developing Zone of Yi-Xian Park,
Wuqing County, Tianjin
CHINA

To Be Completed By Post Office

To Be Completed By Customer (Please Print) All Entries Must Be In Ballpoint or Typed

PS Form 3806, **Receipt for Registered Mail**    Copy 1 - Customer
January 2014 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

1

# BONSIGNORE, PLLC

### TRIAL LAWYERS
RBONSIGNORE@CLASSACTIONS.US
3771 Meadowcrest Drive
LAS VEGAS, NEVADA 89121
www.classactions.us

OFFICE: (781) 350-0000          CELL: (781) 856-7650          FACSIMILE (702) 852-5726

## SETTLEMENT COMMUNICATION ISSUED PURSUANT TO MGL 93A

June 14, 2019

MAILED VIA REGISTERED MAIL

Toshiba Display Devices (Thailand) Company, Ltd.
142 Moo 5 Bangkadi Industrial Estate
Tivanon Road, Pathum Thani, Thailand 12000

Re:    *In Re CATHO RAY TUBE LITIGATION*

Dear Madame or Sir:

We write to you as counsel of record for Massachusetts residents Anthony Gianasca, Marie
Cutlip and Jane Stanley and pursuant to the provisions of Massachusetts General Laws (M.G.L.),
Chapter 93A, Section 9, the Consumer Protection Act. This is a statutory pre-suit demand. You

~~~~~~~~~~~~~~~~~~~~~~~~~ present a reasonable offer of settlement in a written response supported by fact

...or your response.

...your complicit Co-Conspirators for violations
..., M.G.L. c. 93a, §§ 2 and 9.  As you know,
...ers of products containing cathode ray tubes
...onspirators.  Mr. Gianasca, Marie Cutlip and
...a putative class of Massachusetts claimants who
...utes a formal demand pursuant to the provisions
...lief as outlined in that statute.

...ered by Massachusetts class members plus
...illing to accept this amount in compromise. We
...settlement and demand that you accept our offer

**OF DEMAND**

1

---

**Registered No.**

RF333820341US

| | |
|---|---|
| Reg. Fee | $1.15 |
| Handling Charge | $16.00 |
| Postage | $4.10 |
| Received by | $0.00 |

Return Receipt

Restricted Delivery $0.00

Date Stamp

0155 17

JUN 17 2019

Customer Must Declare
Full Value $0.00

Domestic Insurance up to $25,000 is included
based upon the declared value. International
Indemnity is limited. (See Reverse).

06/17/2019

OFFICIAL USE

To Be Completed By Post Office

**FROM**
Robert Bonsignore
23 Forest Street
Medford, MA 02155-3820

MEDFORD, MA 02155

**TO**
Toshiba Display Devices Company, Ltd.
142 Moo 5 Bangkadi Industrial Estate,
Tivanon Road
Pathum Thani, Thailand 12000

To Be Completed By Customer
(Please Print)
All Entries Must Be in Ballpoint or Typed

**Form 3806,**
**uary 2014** (7530-02-000-9051)
For domestic delivery information

**Receipt for Registered Mail**      Copy 1 - Customer



## BONSIGNORE, PLLC

### TRIAL LAWYERS
RBONSIGNORE@CLASSACTIONS.US
3771 Meadowcrest Drive
LAS VEGAS, NEVADA 89121
www.classactions.us

OFFICE: (781) 350-0000            CELL: (781) 856-7650            FACSIMILE (702) 852-5726

### SETTLEMENT COMMUNICATION ISSUED PURSUANT TO MGL 93A

June 14, 2019

MAILED VIA REGISTERED MAIL

Thai CRT Company, Ltd.
1/F Siam Cement Road
Bangsue Dusit
Bangkok, Thailand

Re:    *In Re CATHO RAY TUBE LITIGATION*

Dear Madame or Sir:

We write to you as counsel of record for Massachusetts residents Anthony Gianasca, Marie
Cutlip and Jane Stanley and pursuant to the provisions of Massachusetts General Laws (M.G.L.),
~~93A, Section 9, the Consumer Protection Act~~. This is a statutory pre-suit demand. You
... ient in a written response supported by fact

... your response.

... your complicit Co-Conspirators for violations
... M.G.L. c. 93a, §§ 2 and 9.  As you know,
... s of products containing cathode ray tubes
... spirators.  Mr. Gianasca, Marie Cutlip and
... utative class of Massachusetts claimants who
... es a formal demand pursuant to the provisions
... ef as outlined in that statute.

... ed by Massachusetts class members plus
... ing to accept this amount in compromise.  We
... tlement and demand that you accept our offer

**Registered No.**                        **Date Stamp**

RF333820307US

| Reg. Fee | $1.15 | | | 0155 |
| Handling Charge | $16.00 | Return Receipt | | 17 |
| Postage | $4.10 | Restricted Delivery | | |
| Received by | $0.00 | | | |
| Customer Must Declare Full Value $0.00 | | Domestic Insurance up to $25,000 is included based upon the declared value. International Indemnity is limited. (See Reverse). | 06/17/20 | |

OFFICIAL USE

MEDFORD, MA 02155

**FROM**
Robert Bonsignore
23 Forest Street
Medford, MA 02155-3820

**TO**
Thai CRT Company, Ltd.
1/F Siam Cement Road
Bangsue Dusit, Bangkok, THAILAND

PS Form **3806**,    **Receipt for Registered Mail**    Copy 1 - Customer
January 2014 (7530-02-000-9051)              (See Information on Reverse)
For domestic delivery information, visit our website at ...