Tracy R. Kirkham (69912)
John D. Bogdanov (215830)
COOPER & KIRKHAM, P.C.
357 Tehama Street, Second Floor
San Francisco, CA 94103
Telephone: (415) 788-3030
Facsimile: (415) 882-7040
Email: trk@coopkirk.com
       jdb@coopkirk.com

*Liaison Counsel for the Non-Repealer State Subclass*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**<br><br>This Document Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS | Master File No. 4:07-cv-5944-JST<br><br>MDL No. 1917<br><br>**STIPULATION AND [PROPOSED] ORDER AMENDING ORDER GRANTING MOTION FOR APPOINTMENT OF LEAD COUNSEL FOR INDIRECT PURCHASER PLAINTIFFS WITH CLAIMS IN NON-REPEALER STATES**<br><br>Judge: Honorable Jon S. Tigar |

**STIPULATION**

Cooper & Kirkham, P.C., liaison counsel for indirect purchaser plaintiffs with claims in non-repealer states, the State of Washington, and the State of Illinois, hereby stipulate as follows, and jointly request the Court to enter the attached order amending the Court's Order (Dkt. No. 5518) appointing Cooper & Kirkham as interim lead counsel for indirect purchaser plaintiffs with claims in non-repealer states to remove Washington and Illinois from the list of states therein.

WHEREAS, in May 2012, Washington's Attorney General filed an action in state court alleging an antitrust violation under RCW 19.86.030 and seeking restitution on behalf of persons residing in the State under RCW 19.86.080; and

WHEREAS, Washington law authorizes the Attorney General alone to bring price-fixing claims under Washington law on behalf of Washington consumers who were indirect purchasers of price-fixed goods. *See* RCW 19.86.080; and

WHEREAS, the Washington Attorney General reached settlements on behalf of Washington residents and State agencies with the seven CRT manufacturers named as defendants, and provided releases to the defendants in exchange for a total settlement of over $39 million (copies of the settlements and consent decrees entered by the Washington court are available at http://www.crtsettlement.atg.wa.gov/); and

WHEREAS, in September 2012, Illinois' Attorney General filed an action as *parens patriae* on behalf of Illinois residents who are indirect purchasers of CRTs alleging an antitrust violation under 740 ILCS 10/3; and

WHEREAS, Illinois law prohibits anyone from maintaining a class action for indirect purchasers asserting price-fixing claims under the Illinois Antitrust Act, except for the Attorney General, who may maintain an action *parens patriae*. 740 ILCS 10/7(2); and

WHEREAS, the Illinois Attorney General reached settlements on behalf of Illinois residents and State agencies with the CRT manufacturer defendants, and provided releases to the

defendants in exchange for a total settlement of almost $50 million (copies of the settlements are available at http://www.illinoiscrtsettlement.com/case-documents.aspx); and

WHEREAS, Illinois and Washington residents have been adequately represented by the Attorneys General in their state court actions, and have reached settlements and given releases therein, the states of Illinois and Washington should not have been included among the group of putative class members in non-repealer states still advancing claims herein.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between Washington, Illinois, and Liaison Counsel for the non-repealer states that the Court should be requested to amend the Court's prior order appointing interim lead counsel for the indirect purchaser plaintiffs with claims in non-repealer states to exclude Washington and Illinois residents from the group of indirect purchaser plaintiffs that Cooper & Kirkham has been appointed to represent. A proposed order follows.

DATED: November 1, 2019        Respectfully Submitted,

    /s/ *Tracy R. Kirkham*
Tracy R. Kirkham (69912)
John D. Bogdanov (215830)
COOPER & KIRKHAM, P.C.
357 Tehama Street, Second Floor
San Francisco, CA 94103
Telephone: (415) 788-3030
Facsimile: (415) 882-7040
Email: trk@coopkirk.com
      jdb@coopkirk.com

*Liaison Counsel for the Non-Repealer State Subclass*


Other signatories:

STATE OF WASHINGTON
ROBERT W. FERGUSON
Attorney General


    /s/ *Justin Wade*
Justin Wade, WSBA No. 41168
Assistant Attorney General

Jonathan Mark, WSBA No. 38051
Senior Assistant Attorney General
Attorneys for State of Washington
Office of the Attorney General, Antitrust Division
800 5th Ave, Ste. 2000, Seattle, WA 98104
Telephone: (206) 464-7030
　　　　　　(206) 389-3806
Email: justin.wade@atg.wa.gov
　　　　jonathan.mark@atg.wa.gov

STATE OF ILLINOIS
KWAME RAOUL
Attorney General


　/s/ *Blake Harrop*
Blake Harrop
Chief, Antitrust Bureau
Elizabeth Maxeiner
Assistant Attorney General
Attorneys for the Office of the Illinois Attorney
General, Antitrust Bureau
100 W. Randolph Street
Chicago, Illinois 60601
Telephone: (312) 814-1004
Email: BHarrop@atg.state.il.us
　　　　EMaxeiner@atg.state.il.us

Pursuant to Civil L.R. 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the other signatories.

**PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.**

DATED: November 18, 2019　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　Hon. Jon S. Tigar
　　　　　　　　　　　　　　　　United States District Judge