ALLEN & OVERY LLP
Michael S. Feldberg (*pro hac vice*)
John Roberti (*pro hac vice*)
Andrew Rhys Davies (*pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 610-6300
Facsimile: (212) 610-6399
Email: michael.feldberg@allenovery.com
       john.roberti@allenovery.com
       andrewrhys.davies@allenovery.com

*Attorneys for Defendants Samsung SDI Co., Ltd.; Samsung SDI America, Inc.; Samsung SDI Mexico S.A. De C.V.; Samsung SDI Brasil Ltda.; Shenzhen Samsung SDI Co., Ltd.; Tianjin Samsung SDI Co., Ltd.; and Samsung SDI (Malaysia) Sdn. Bhd.*

[Additional Parties and Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This document relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS | Case No.: 07-cv-05944 JST<br><br>MDL No. 1917<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING AND HEARING SCHEDULE FOR (1) MOTION OF NON-REPEALER STATE SUBCLASS MEMBER ELEANOR LEWIS TO INTERVENE (ECF No. 5643); AND (2) MOTION TO INTERVENE AND FILE SEVERED COMPLAINT TO ADD STATE LAW CLAIMS FOR THE OTHER REPEALER STATES (ECF No. 5645)** |

WHEREAS, on November 7, 2019, pursuant to the schedule ordered by this Court in its Order dated October 15, 2019 (ECF No. 5626), Eleanor Lewis filed a renewed motion to

1

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING    CASE NO.: 4:07-cv-05944-JST
AND HEARING SCHEDULE FOR RENEWED NRS AND ORS MOTIONS
TO INTERVENE

intervene in this litigation on behalf of the non-repealer states (ECF No. 5643), which motion is scheduled to be heard on February 5, 2020;

WHEREAS, on November 12, 2019, pursuant to the schedule ordered by this Court in its Order dated October 17, 2019 (ECF No. 5628), residents of nine purported omitted repealer states filed a renewed motion to intervene (ECF No. 5645), which motion is scheduled to be heard on February 12, 2020;

WHEREAS, the undersigned counsel have met and conferred and agree that, subject to the Court's approval, the briefing and hearing schedule for the aforementioned motions should be adjusted;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel as follows:

1. Oppositions to the renewed motions to intervene must be filed no later than December 19, 2019;

2. Replies in further support of the renewed motions to intervene must be filed no later than January 15, 2020;

3. The hearing before the Court regarding the renewed motions to intervene will be held at 2:00 p.m. on February 12, 2020.

4. Nothing herein waives any argument in support of or in opposition to the renewed motions to intervene.

* * *

Pursuant to Civil L.R. 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the other signatories. The undersigned parties jointly and respectfully request that this Court enter this stipulation as an order.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

DATED: _____        _____
                                Hon. Jon S. Tigar
                                United States District Judge

Dated: November 19, 2019        Respectfully submitted,

                                */s/ Andrew Rhys Davies*
                                ALLEN & OVERY LLP
                                MICHAEL S. FELDBERG
                                michael.feldberg@allenovery.com
                                ANDREW RHYS DAVIES
                                andrewrhys.davies@allenovery.com
                                1221 Avenue of the Americas
                                New York, NY 10020
                                Telephone:  (212) 610-6300
                                Facsimile:  (212) 610-6399

                                JOHN ROBERTI
                                john.roberti@allenovery.com
                                ALLEN & OVERY LLP
                                1101 New York Avenue NW
                                Washington, DC 20005
                                Telephone:  (202) 683-3800
                                Facsimile:  (212) 610-6399

                                *Attorneys for Defendants Samsung SDI
                                Co., Ltd.; Samsung SDI America, Inc.;
                                Samsung SDI Mexico S.A. De C.V.;
                                Samsung SDI Brasil Ltda.; Shenzhen
                                Samsung SDI Co., Ltd.; Tianjin Samsung
                                SDI Co., Ltd.; and Samsung SDI
                                (Malaysia) Sdn. Bhd.*

                                */s/ Christopher M. Curran*
                                WHITE & CASE LLP
                                CHRISTOPHER M. CURRAN
                                ccurran@whitecase.com
                                LUCIUS B. LAU
                                alau@whitecase.com
                                DANA E. FOSTER
                                defoster@whitecase.com
                                MATTHEW N. FRUTIG

3

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING            CASE NO.: 4:07-CV-05944-JST
AND HEARING SCHEDULE FOR RENEWED NRS AND ORS MOTIONS
TO INTERVENE

mfrutig@whitecase.com
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:   (202) 626-3600
Facsimile:    (202) 639-9355

*Attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

*/s/ John M. Taladay*
BAKER BOTTS LLP
JOHN M. TALADAY
john.taladay@bakerbotts.com
ERIK T. KOONS
erik.koons@bakerbotts.com
1299 Pennsylvania Avenue, NW
Washington, DC 20004-2400
Telephone:   (202) 639-7700
Facsimile:    (202) 639-7890

*Attorneys for Defendants Koninklijke Philips, N.V., Philips North America Corporation, Philips Taiwan Limited, and Philips do Brasil, Ltda*

*/s/ Kathy L. Osborn*
FAEGRE BAKER DANIELS LLP
KATHY L. OSBORN
Email: kathy.osborn@FaegreBD.com
300 N. Meridian Street, Suite 2500
Indianapolis, IN 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000

JEFFREY S. ROBERTS
Email: jeff.roberts@FaegreBD.com
1144 15th Street, Suite 3400

Denver, CO 80202
Telephone: (303) 607-3500
Facsimile: (303) 607-3600

*Attorneys for Defendants Thomson SA and Thomson Consumer Electronics, Inc.*

4
STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING          CASE NO.: 4:07-CV-05944-JST
AND HEARING SCHEDULE FOR RENEWED NRS AND ORS MOTIONS
TO INTERVENE

|   |   |
|---|---|
| 1 | */s/ Jeffrey L. Kessler* |
| 2 | WINSTON & STRAWN LLP |
|   | JEFFREY L. KESSLER |
|   | jkessler@winston.com |
|   | EVA W. COLE |
|   | ewcole@winston.com |
|   | SOFIA ARGUELLO |
|   | sarguello@winston.com |
|   | 200 Park Avenue |
|   | New York, NY 10166-4193 |
|   | Telephone: (212) 294-6700 |
|   | Facsimile: (212) 294-4700 |

KEVIN B. GOLDSTEIN
kbgoldstein@winston.com
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

WEIL, GOTSHAL & MANGES LLP
DAVID L. YOHAI
david.yohai@weil.com
ADAM C. HEMLOCK
adam.hemlock@weil.com
DAVID YOLKUT
david.yolkut@weil.com
767 Fifth Avenue
New York, NY 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Defendants Panasonic Corporation, Panasonic Corporation of North America, and MT Picture Display Co., Ltd.[1]*

*/s/ Donald A. Wall*
SQUIRE PATTON BOGGS (US) LLC
DONALD A. WALL
Email: donald.wall@squirepb.com
1 East Washington Street, Suite 2700
Phoenix, AZ 85004
Telephone: (602) 528-4005
Facsimile: (602) 253-8129

*Attorneys for Defendant Technologies Display Americas LLC*

---

[1] MT Picture Display Co., Ltd. has been dissolved and completed final liquidation proceedings in Japan on May 23, 2019.

*/s/ Eliot A. Adelson*
MORRISON & FOERSTER LLP
ELIOT A. ADELSON
Email: eadelson@mofo.com
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

KIRKLAND & ELLIS, LLP
JAMES H. MUTCHNIK, P.C.
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Attorneys for Defendants Hitachi Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display Inc.), Hitachi Asia, Ltd., Hitachi America, Ltd., and Hitachi Electronic Devices (USA), Inc.*

*/s/ Francis O. Scarpulla*
Francis O. Scarpulla

LAW OFFICES OF FRANCIS O. SCARPULLA
FRANCIS O. SCARPULLA
PATRICK B. CLAYTON
456 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 788-7210
Facsimile: (415) 788-0706
fos@scarpullalaw.com
pbc@scarpullalaw.com

*Liaison Counsel for the ORS*

*/s/ Tracy R. Kirkham*
Tracy R. Kirkham

Tracy R. Kirkham (69912)
John D. Bogdanov (215830)
COOPER & KIRKHAM, P.C.
357 Tehama Street, Second Floor
San Francisco, CA 94103
Telephone: (415) 788-3030
Facsimile: (415) 882-7040
Email: trk@coopkirk.com
        jdb@coopkirk.com

*Liaison Counsel for the NRS*

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING         CASE NO.: 4:07-CV-05944-JST
AND HEARING SCHEDULE FOR RENEWED NRS AND ORS MOTIONS
TO INTERVENE

1
2
3
4
5
6
7
8

/s/ Mario N. Alioto
Mario N. Alioto (56433)
malioto@tatp.com
Joseph M. Patane (72202)
jpatane@tatp.com
Lauren C. Capurro (241151)
laurenrussell@tatp.com
TRUMP, ALIOTO, TRUMP &
PRESCOTT LLP
2280 Union Street
San Francisco, CA 94123
Telephone: 415-563-7200
Facsimile: 415-346-0679

*Lead Counsel for Indirect Purchaser Plaintiffs*

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

7
STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING         CASE NO.: 4:07-CV-05944-JST
AND HEARING SCHEDULE FOR RENEWED NRS AND ORS MOTIONS
TO INTERVENE