UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This document relates to:<br>ALL INDIRECT PURCHASER ACTIONS | Case No. 07-cv-05944-JST<br><br>**ORDER REGARDING BRIEFING AND HEARING SCHEDULE FOR MOTIONS TO INTERVENE**<br><br>Re: ECF No. 5647 |

Eleanor Lewis has filed a renewed motion to intervene in this litigation on behalf of the non-repealer states, ECF No. 5643, which is scheduled to be heard on February 5, 2020. The residents of nine purported omitted repealer states have filed a renewed motion to intervene, ECF No. 5645, which is scheduled to be heard on February 12, 2020.

On November 19, 2019, the parties filed a stipulation requesting adjustments to the briefing and hearing schedule for the aforementioned motions. The Court hereby orders the following modifications to the briefing and hearing schedule:

1. Oppositions to the renewed motions to intervene must be filed no later than December 12, 2019;

2. Replies in further support of the renewed motions to intervene must be filed no later than January 9, 2020;

3. The hearing before the Court regarding the renewed motions to intervene will be held at 2:00 p.m. on February 12, 2020.

**IT IS SO ORDERED.**

Dated: November 22, 2019



JON S. TIGAR
United States District Judge