UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

Form 6. Representation Statement

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form06instructions.pdf

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

| |
|---|
| Irico Group Corporation<br>Irico Display Devices Co., Ltd. |

Name(s) of counsel (if any):

| |
|---|
| Stuart C. Plunkett (State Bar No. 187971); Peter Huston (State Bar No. 150058); John Taladay (pro hac vice)<br>Baker Botts L.L.P. |

Address: 301 California Street, Suite 3600, San Francisco, CA 94111; see Ex. A

Telephone number(s): (415) 291-6200; (202) 639-7700

Email(s): stuart.plunkett@bakerbotts.com; see Ex. A for additional

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

| |
|---|
| Direct Purchaser Plaintiffs (see Ex. A for individual plaintiffs) |

Name(s) of counsel (if any):

| |
|---|
| R. Alexander Saveri; Geoffrey Rushing; Matthew Heaphy; Cadio Zirpoli<br>Saveri & Saveri, Inc.<br>(see Ex. A for additional counsel) |

Address: 706 Sansome Street, San Francisco, CA 94111

Telephone number(s): (415) 217-6810

Email(s): rick@saveri.com; grushing@saveri.com; see Ex. A for additional

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

**Form 6**                                                   1                                                   *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Indirect Purchaser Plaintiffs (see Ex. A for individual plaintiffs)

Name(s) of counsel (if any):

Mario Alioto; Lauren Capurro; Joseph Patane
Trump, Alioto, Trump & Prescott, LLP (see Ex. A for additional counsel)

Address: 2280 Union Street, San Francisco, CA 94123; see Ex. A for additional

Telephone number(s): (415) 563-7200; see Ex. A for additional

Email(s): malioto@tatp.com; jpatane@tatp.com; see Ex. A for additional

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**  2  New 12/01/2018