John Taladay (*pro hac vice*)
john.taladay@bakerbotts.com
BAKER BOTTS LLP
1299 Pennsylvania Ave., NW
Washington, D.C. 20004
Telephone: (202) 639-7700
Facsimile: (202) 639-7890

Stuart C. Plunkett (State Bar No. 187971)
stuart.plunkett@bakerbotts.com
Peter Huston (State Bar No. 150058)
peter.huston@bakerbotts.com
BAKER BOTTS LLP
101 California Street, Suite 3600
San Francisco, California 94111
Telephone: (415) 291-6200
Facsimile: (415) 291-6300

*Attorneys for*
*IRICO GROUP CORP. and*
*IRICO DISPLAY DEVICES CO., LTD.*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | Case No. 3:07-cv-05944-JST |
| | MDL No.: 1917 |
| THIS DOCUMENT RELATES TO: | **[PROPOSED] ORDER GRANTING IRICO GROUP CORP. AND IRICO DISPLAY DEVICES CO., LTD.'S MOTION TO STAY PROCEEDINGS PENDING APPEAL OF THE COURT'S ORDER DENYING MOTIONS TO DISMISS (DKT. NO. 5637)** |
| *ALL DIRECT PURCHASER ACTIONS* | |
| *ALL INDIRECT PURCHASER ACTIONS* | |
| | Date:  January 8, 2020<br>Time:  2:00 p.m.<br>Judge:  Honorable Jon S. Tigar<br>Courtroom:  6, 2nd Floor |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Defendants Irico Group Corporation and Irico Display Devices Co., Ltd.'s (together, "Irico Defendants") motion to stay trial court proceedings pending appeal of the Court's Order Denying Motions to Dismiss (Dkt. 5637) came on for hearing in Courtroom 6 before the Honorable Jon S. Tigar on January 8, 2020.

After full consideration of the written and oral submissions of the parties, the Court determines that a stay of district court proceedings is warranted.

Accordingly, the Court **GRANTS** Irico Defendants' motion.  Further proceedings against Irico Defendants in this Court are hereby stayed pending resolution of Irico Defendants' appeal by the Ninth Circuit.

**IT IS SO ORDERED.**

DATED: _____

JON S. TIGAR
United States District Judge