Guido Saveri (22349)
   guido@saveri.com
R. Alexander Saveri (173102)
   rick@saveri.com
Geoffrey C. Rushing (126910)
   grushing@saveri.com
Cadio Zirpoli (179108)
   cadio@saveri.com
Matthew D. Heaphy (227224)
   mheaphy@saveri.com
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone:  (415) 217-6810
Facsimile:  (415) 217-6813

*Lead Counsel for Direct Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-CV-5944-JST |
| | MDL No. 1917 |
| This Document Relates to: | **DECLARATION OF R. ALEXANDER SAVERI IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS' MOTION FOR *CHUMAN* CERTIFICATION OF THE IRICO DEFENDANTS' APPEAL** |
| *ALL DIRECT PURCHASER ACTIONS* | |
| | Date:         February 5, 2020 |
| | Time:         2:00 p.m. |
| | Judge:        Honorable Jon S. Tigar |
| | Courtroom:  6 - 2nd Floor |

I, R. Alexander Saveri, declare:

1.     I am the Managing Partner of Saveri & Saveri, Inc., Lead Counsel for Direct Purchaser Plaintiffs ("DPPs") in this action. I am a member of the Bar of the State of California and admitted to practice in the Northern District of California. I make this Declaration in Support of DPPs' Motion for *Chuman* Certification of the Irico Defendants' Appeal. Except as otherwise stated, I have personal knowledge of the facts stated below.

2.     I have been involved in virtually every aspect of this case from its outset in 2007.

3.     On September 7, 2017, I received an email from Carl W. Oberdier of Oberdier Ressmeyer LLP informing me of his firm's representation of the Irico Defendants in this action and requesting a delay in the briefing schedule on the Default Application. Attached hereto as Exhibit 1 is a true and correct copy of Mr. Oberdier's email to me, dated September 7, 2017.

4.     On March 5, 2018, DPPs served jurisdictional discovery on the Irico Defendants. On October 10, 2018, the Irico Defendants served on DPP counsel, including me, their third supplemental responses to DPPs' requests for production of documents as well as a declaration in support thereof. Attached hereto as Exhibit 2 is a true and correct copy of the Declaration of Yunlong Yan in Support of Irico Defendants' Third Supplemental Objections and Responses to Direct Purchaser Plaintiff Studio Spectrum, Inc.'s First Set of Requests for Production of Documents, dated October 10, 2018.

5.     On September 12, 2018, DPP counsel confirmed by letter to Mr. Plunkett that the depositions of three Irico witnesses would take place in Hong Kong beginning on September 24, 2018. Attached hereto as Exhibit 3 is a true and correct copy of a letter from Geoffrey C. Rushing of my firm to Mr. Plunkett, dated September 12, 2018.

6.     On September 14, 2018, I received a letter from Mr. Plunkett regarding the production of documents Bates labeled IRI-CRT-00001199 through -3489. Attached hereto as Exhibit 4 is a true and correct copy of Mr. Plunkett's letter, dated September 14, 2018. The depositions were rescheduled from September 24, 2018 to November 5, 2018 so that there would be sufficient time to review, translate, and analyze all of these documents prior to the depositions.

7.      On September 26, 2018, the Special Master issued an Order Granting DPPs' Motion to Compel Compliance with 8/2/2018 Order re Jurisdictional Discovery, ECF No. 5331 (adopted by ECF No. 5352), and an Order Granting IPPs' Motion to Compel Jurisdictional Discovery. ECF No. 5332 (adopted by ECF No. 5353). In early October 2018, Mr. Plunkett informed counsel for DPPs and IPPs that the Irico Defendants could not comply with the orders in time for any new documents to be used in the depositions scheduled to begin on November 5, 2018. Attached hereto as Exhibit 5 is a true and correct copy of an email from Mr. Rushing to Mr. Plunkett regarding the postponement, dated October 9, 2018. The depositions were subsequently scheduled and held in Hong Kong during the week of March 4, 2019.

8.      In connection with their Default Judgment Application, DPPs summarized twenty-six meetings in Exhibit 11 to the Declaration of R. Alexander Saveri dated December 7, 2017 (ECF No. 5228-1). Meeting notes and other documents produced by other defendants relating to the twenty-six meetings identify twelve individuals that DPPs understood to be employed by the Irico Defendants. In response to DPPs' request for information about certain potential witnesses, a chart provided by counsel for the Irico Defendants in June 2018 indicated that only two of them—Su Xiaohua (苏晓华) and Wang Zhao-Jie (王昭杰)—were employed by the Irico Defendants at that time. Attached hereto as Exhibit 6 is a true and correct copy of an email, with attachment, from Tom Carter of Baker Botts LLP to Mr. Rushing and Matthew D. Heaphy of my firm, and copied to me and other counsel. In addition, the Irico Defendants made available two former employees who were identified as meeting attendees: Guo Mengquan (郭盟权) and Zhang Shaowen (张少文). However, Mr. Guo was unable to travel to Hong Kong for deposition for health reasons. The Irico Defendants have not made any representations about whether Messrs. Guo and Zhang would be made available in future proceedings.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 27th day of November, 2019 in San Francisco, California.

*/s/ R. Alexander Saveri*
R. Alexander Saveri

2

# EXHIBIT 1

**Matthew Heaphy**

| | |
|---|---|
| **From:** | Carl W. Oberdier <cwo@oberdier.com> |
| **Sent:** | Thursday, September 7, 2017 10:35 AM |
| **To:** | Guido Saveri; Rick Saveri; Matthew Heaphy; Cadio Zirpoli |
| **Cc:** | Kellen G. Ressmeyer; Sara K. Hunkler |
| **Subject:** | In re: Cathode Ray Tube (CRT) Antitrust Litigation -- Motion for Default Judgment Against Irico |

Dear Counsel,

We were retained this morning to represent the Irico defendants in the CRT Antitrust litigation.

Irico intends to oppose the Direct Purchaser Plaintiffs' motion for default judgment. We request Plaintiffs' consent to an extension of a month from the current deadline of September 13, 2017, until October 13, 2017, of Irico's time to submit its opposition papers. We need this additional time to get up to speed and prepare Irico's opposition. If Plaintiffs consent, we will prepare a stipulation for approval by the Court.

Please let me know if Plaintiffs consent or if you would like to discuss this request. I am out of the office today but available for a telephone conference if needed.

Best regards,

Carl W. Oberdier
OBERDIER RESSMEYER LLP
655 3rd Avenue | 28th Floor | New York, NY 10017
tel: (212) 659-5141 | fax: (646) 349-4925
cwo@oberdier.com | www.oberdier.com



```
----------------------------------------------------------------
This message and any attachments may contain confidential
information protected by the attorney-client or other privilege.
If you believe that it has been sent to you in error,
please reply to the sender that you received the message in
error. Then delete it. Thank you.
----------------------------------------------------------------
```

# EXHIBIT 2

John Taladay (*pro hac vice*)
john.taladay@bakerbotts.com
Erik T. Koons (*pro hac vice*)
erik.koons@bakerbotts.com
BAKER BOTTS LLP
1299 Pennsylvania Ave., NW
Washington, D.C. 20004
Telephone: (202)-639-7700
Facsimile: (202)-639-7890

Stuart C. Plunkett (State Bar No. 187971)
stuart.plunkett@bakerbotts.com
BAKER BOTTS LLP
101 California Street, Suite 3600
San Francisco, California 94111
Telephone: (415) 291-6200
Facsimile: (415) 291-6300

*Attorneys for Defendants*
*Irico GROUP CORP. and*
*Irico DISPLAY DEVICES CO., LTD.*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | **Case No. 3:07-cv-05944-JST** |
| | **MDL No.: 1917** |
| THIS DOCUMENT RELATES TO: | **DECLARATION OF YUNLONG YAN IN SUPPORT OF IRICO DEFENDANTS' THIRD SUPPLEMENTAL OBJECTIONS AND RESPONSES TO DIRECT PURCHASER PLAINTIFF STUDIO SPECTRUM, INC.'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS** |
| *ALL DIRECT PURCHASER ACTIONS* | |

DECL. OF YAN ISO IRICO'S THIRD SUPP. RESP.
DPPS FIRST SET OF RFPS



1    I, Yunlong Yan, declare as follows:

2    1.    I am General Counsel of Irico Group Corporation.

3    2.    Irico Group Corporation and Irico Display Devices Co, Ltd. (together, "Irico") has

4    completed its search for documents responsive to Request No. 10 of the Direct Purchaser

5    Plaintiff Studio Spectrum, Inc.'s First Set of Requests for Production of Documents.

6    3.    Irico has not located any responsive documents.

7    I declare under penalty of perjury under the laws of the United States that the foregoing is

8    true and correct.

9    Executed this 10th day of October 2018 in Xianyang City, Shaanxi Province, China.

10

11    /s/ Yunlong Yan
      Yunlong Yan
      General Counsel
      Irico Group Corporation

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECL. OF YAN ISO IRICO'S THIRD SUPP. RESP.      1      CASE No. 3:07-cv-05944-JST
DPPS FIRST SET OF RFPS                                        MDL No. 1917



# EXHIBIT 3

# SAVERI & SAVERI, INC.
706 SANSOME STREET
SAN FRANCISCO, CALIFORNIA 94111
TELEPHONE: (415) 217-6810
TELECOPIER: (415) 217-6813

September 12, 2018

*VIA EMAIL*

Stuart C. Plunkett
Baker Botts LLP
101 California Street, Suite 3600
San Francisco, California 94111
stuart.plunkett@bakerbotts.com

      Re:    <u>*In re Cathode Ray Tube (CRT) Antitrust Litigation*</u> – MDL No. 1917,
             <u>Master File No. 07-CV-5944-JST</u>

Dear Stuart:

      Thank you for your voice-mail message of yesterday. This will confirm that the depositions of Zhang Wenkai, Guo Mengquan and Wang Zhaojie, both in their individual capacities and as 30(b)(6) designees on behalf of Group and Display, will go forward as follows:

1. Monday and Tuesday, September 24–25, 2018: Mr. Wang
2. Wednesday, September 26, 2018: Mr. Zhang
3. Thursday and Friday, September 27–28, 2018: Mr. Guo

      The depositions will take place in Hong Kong and will begin at 9:00 a.m. We have agreed that they will continue into the evening as reasonably necessary.

      We are in the process of booking a conference room for the depositions. We will notify you of the address when we have done so. We expect to book one in the Central neighborhood.

      I understand that the witnesses will require interpreters. Please confirm that you will be arranging for them per the Court's Order re Discovery and Case Management Protocol, ECF No. 1128 (Apr. 3, 2012), enclosed herewith.

      The people who are attending for DPPs and IPPs are booking, or have already booked, flights and hotel rooms. We are booking the Court Reporter and Videographer. Please notify me immediately if the depositions will not go forward as stated above.

Stuart C. Plunkett
9/12/2018
Page 2

Thank you.

Very truly yours,

*s/ Geoffrey C. Rushing*

Geoffrey C. Rushing

Enclosure.

Cc:     John Taladay
        Erik T. Koons
        Thomas E. Carter
        Ashley Eickhof
        Kaylee Yang
        Mario N. Alioto
        Lauren C. Capurro
        Christopher T. Micheletti
        Joseph M. Patane

crt.706

# EXHIBIT 4

# BAKER BOTTS LLP

| | |
|---|---|
| 101 CALIFORNIA ST.<br>SUITE 3600<br>SAN FRANCISCO, CALIFORNIA<br>94111<br><br>TEL +1.415.291.6200<br>FAX +1.415.291.6300<br>BakerBotts.com | AUSTIN  LONDON<br>BEIJING  MOSCOW<br>BRUSSELS NEW YORK<br>DALLAS  PALO ALTO<br>DUBAI  RIYADH<br>HONG KONG **SAN FRANCISCO**<br>HOUSTON WASHINGTON |

Stuart C. Plunkett
TEL: 415.291.6203
FAX: 415.291.6303
stuart.plunkett@bakerbotts.com

September 14, 2018

*VIA E-MAIL*

R. Alexander Saveri (E-mail: rick@saveri.com)
Geoffrey C. Rushing (E-mail: grushing@saveri.com)
Cadio Zirpoli (E-mail: cadio@saveri.com)
Matthew D. Heaphy (E-mail: mheaphy@saveri.com)
SAVERI & SAVERI, INC.
706 Sansome St # 200
San Francisco, CA 94111

    Re:  In re: Cathode Ray Tube (CRT) Antitrust Litigation -
       Master File No. 3:07-cv05944-SC; MDL No. 1917

Counsel:

   Irico Defendants are electronically producing documents Bates labeled IRI-CRT-00001199 through -3489, which can be downloaded at the following link:

Link: https://bbmft.bakerbotts.com/pkg?token=3ca2579a-0f78-40bc-a306-da7a42e71c45

Passwords to access the download link and extract the files will be sent under separate cover.  Irico Defendants designate this submission as "Confidential" pursuant to the Stipulated Protective Order.

   This production contains additional nonprivileged electronic documents located by Irico that are responsive to Plaintiffs' discovery requests, including:

1. Reports, requests for approval, and other communications with Chinese government entities and related internal communications;

2. Directives from Chinese government entities and related internal communications;

3. Agendas and summaries of internal meetings, shareholder meetings, and meetings with Chinese government officials;

4. Organizational charts;

Active 38595917.1

5.   Internal planning and strategy documents;

6.   Documents related to restructuring of Irico entities; and

7.   Records of remarks given by Irico management and Chinese government officials.

Irico did not locate any responsive, nonprivileged documents in its electronic files relating to alleged conspiratorial meetings or sales of Irico CRT products to the United States (by Irico entities or third parties).

If you have any questions or have difficulty accessing these documents, please do not hesitate to contact me.

Sincerely,

Stuart C. Plunkett

cc:    Mario N. Alioto (malioto@tatp.com)
       Lauren C. Capurro (laurenrussell@tatp.com)
       Joseph M. Patane (jpatane@tatp.com)
       Christopher Micheletti (cmicheletti@zelle.com)

# EXHIBIT 5

**Matthew Heaphy**

| | |
|---|---|
| **From:** | Geoff Rushing |
| **Sent:** | Tuesday, October 09, 2018 2:28 PM |
| **To:** | stuart.plunkett@bakerbotts.com; john.taladay@bakerbotts.com |
| **Cc:** | erik.koons@bakerbotts.com; Matthew Heaphy; Lauren Capurro (Russell); CMicheletti@zelle.com; 'Qianwei Fu'; Rick Saveri |
| **Subject:** | Hong Kong Depos -- CRT litigation |

Stuart:

In light of your representation that Irico cannot fully comply with Judge Walker's recent orders in time for the new documents, etc. to be used in the depositions scheduled for November 5-9, and the uncertainties created by Irico's objections to those orders, DPPs and IPPs agree that the depositions should be rescheduled.  We would like to aim for mid to late January 2019.  That would seem to give your clients ample time to do the work required by the orders, and avoid problems with the holidays.

Please let me know your thoughts on this.

Geoff

# EXHIBIT 6

## Matthew Heaphy

| | |
|---|---|
| **From:** | Tom.Carter@BakerBotts.com |
| **Sent:** | Friday, June 29, 2018 6:02 AM |
| **To:** | Matthew Heaphy |
| **Cc:** | erik.koons@bakerbotts.com; Ashley.Eickhof@BakerBotts.com; stuart.plunkett@bakerbotts.com; kaylee.yang@bakerbotts.com; john.taladay@bakerbotts.com; Rick Saveri; Geoff Rushing; Cadio Zirpoli; malioto@tatp.com; laurenrussell@tatp.com; jpatane@tatp.com; CMicheletti@zelle.com; reilly.stoler@bakerbotts.com |
| **Subject:** | RE: In re Cathode Ray Tube (CRT) Antitrust Litigation - MDL No. 1917, Master File No. 07-CV-5944-JST |
| **Attachments:** | Irico Supplemental Response to Potential Deponent Info Request.pdf |

Dear Matt & Geoff:

Please see the attached supplemental response by Irico to your information request regarding potential deponents.  Irico disputes the contention in your June 21, 2018 letter that we agreed to provide all the information described in your letter regarding the individuals listed in our Interrogatory responses, and such information is not required under the Court's Order Re Discovery and Case Management Protocol (Dkt. 1128).  However, Irico is providing information below on these employees' current or most recent title, and will search for and provide information on prior positions held by each employee that are relevant to their knowledge of information covered by Irico's Interrogatory responses.

1. Guo Mengquan (former employee, retired May 2017): former Deputy General Manager, Irico Group
2. Hou Ruijin (current employee): Asset Manager, Irico Group
3. Long Tao (current employee): Secretary of the office of Board of Directors, Irico Display
4. Yan Yunlong (current employee): General Counsel, Irico Group
5. Zhang Shaowen (former employee, retired Mar. 2016) - former Deputy General Manager, Irico Group
6. Zhu Xiaohang (current employee): Secretary of the office of Board of Directors, Irico Electronics

Best,
Tom Carter

---

**From:** Matthew Heaphy <mheaphy@saveri.com>
**Sent:** Thursday, June 21, 2018 6:35 PM
**To:** Carter, Tom <Tom.Carter@BakerBotts.com>
**Cc:** Koons, Erik <erik.koons@bakerbotts.com>; Eickhof, Ashley <Ashley.Eickhof@BakerBotts.com>; Plunkett, Stuart <stuart.plunkett@bakerbotts.com>; Yang, Kaylee <kaylee.yang@bakerbotts.com>; Taladay, John <john.taladay@bakerbotts.com>; Rick Saveri <Rick@saveri.com>; Geoff Rushing <Geoff@saveri.com>; Cadio Zirpoli <cadio@saveri.com>; malioto@tatp.com; laurenrussell@tatp.com; jpatane@tatp.com; CMicheletti@zelle.com; Stoler, Reilly <reilly.stoler@bakerbotts.com>
**Subject:** RE: In re Cathode Ray Tube (CRT) Antitrust Litigation - MDL No. 1917, Master File No. 07-CV-5944-JST

Tom:

Please see the attached correspondence from Geoff Rushing.

Best,
Matt

Matthew Heaphy
Saveri & Saveri, Inc.
706 Sansome Street
San Francisco, CA 94111
mheaphy@saveri.com
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

---

**From:** Tom.Carter@BakerBotts.com [mailto:Tom.Carter@BakerBotts.com]
**Sent:** Tuesday, June 19, 2018 5:30 PM
**To:** Matthew Heaphy
**Cc:** erik.koons@bakerbotts.com; Ashley.Eickhof@BakerBotts.com; stuart.plunkett@bakerbotts.com;
kaylee.yang@bakerbotts.com; john.taladay@bakerbotts.com; Rick Saveri; Geoff Rushing; Cadio Zirpoli;
malioto@tatp.com; laurenrussell@tatp.com; jpatane@tatp.com; CMicheletti@zelle.com; reilly.stoler@bakerbotts.com
**Subject:** RE: In re Cathode Ray Tube (CRT) Antitrust Litigation - MDL No. 1917, Master File No. 07-CV-5944-JST

Matt:

Please see the attached for additional information Irico has gathered in response to your request regarding potential Irico deponents.

Best,
Tom Carter

---

**From:** Carter, Tom
**Sent:** Friday, June 8, 2018 12:39 PM
**To:** 'Matthew Heaphy' <mheaphy@saveri.com>
**Cc:** Koons, Erik <erik.koons@bakerbotts.com>; Eickhof, Ashley <Ashley.Eickhof@BakerBotts.com>; Plunkett, Stuart
<stuart.plunkett@bakerbotts.com>; Yang, Kaylee <kaylee.yang@bakerbotts.com>; Taladay, John
<john.taladay@bakerbotts.com>; 'Rick Saveri' <Rick@saveri.com>; 'Geoff Rushing' <Geoff@saveri.com>; 'Cadio Zirpoli'
<cadio@saveri.com>; 'malioto@tatp.com' <malioto@tatp.com>; 'laurenrussell@tatp.com' <laurenrussell@tatp.com>;
'jpatane@tatp.com' <jpatane@tatp.com>; 'CMicheletti@zelle.com' <CMicheletti@zelle.com>; Stoler, Reilly
<reilly.stoler@bakerbotts.com>
**Subject:** RE: In re Cathode Ray Tube (CRT) Antitrust Litigation - MDL No. 1917, Master File No. 07-CV-5944-JST

Matt:

Irico is working on gathering last known addresses for all the former employees on your list that are not currently represented by us, and we expect to have those for you by next week at the latest.  With regard to the individuals identified as having knowledge in Irico's interrogatory responses, all of them are represented by us and may be contacted through counsel.  With the exception of Mr. Guo Mengquan and Mr. Zhang Shaowen, all of these individuals are current employees of Irico.  We will also provide you with their current titles by next week.

Best regards,
Tom Carter

---

**From:** Matthew Heaphy <mheaphy@saveri.com>
**Sent:** Thursday, June 7, 2018 3:18 PM
**To:** Carter, Tom <Tom.Carter@BakerBotts.com>
**Cc:** Koons, Erik <erik.koons@bakerbotts.com>; Eickhof, Ashley <Ashley.Eickhof@BakerBotts.com>; Plunkett, Stuart
<stuart.plunkett@bakerbotts.com>; Yang, Kaylee <kaylee.yang@bakerbotts.com>; Taladay, John
<john.taladay@bakerbotts.com>; Rick Saveri <Rick@saveri.com>; Geoff Rushing <Geoff@saveri.com>; Cadio Zirpoli

&lt;cadio@saveri.com&gt;; malioto@tatp.com; laurenrussell@tatp.com; jpatane@tatp.com; CMicheletti@zelle.com
**Subject:** RE: In re Cathode Ray Tube (CRT) Antitrust Litigation - MDL No. 1917, Master File No. 07-CV-5944-JST

Tom:

Please see the attached correspondence from Geoff Rushing.

Best,
Matt

Matthew Heaphy
Saveri & Saveri, Inc.
706 Sansome Street
San Francisco, CA 94111
mheaphy@saveri.com
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

**From:** Tom.Carter@BakerBotts.com [mailto:Tom.Carter@BakerBotts.com]
**Sent:** Tuesday, June 05, 2018 10:05 PM
**To:** Rick Saveri; Cadio Zirpoli; malioto@tatp.com; laurenrussell@tatp.com; jpatane@tatp.com; CMicheletti@zelle.com;
Geoff Rushing; Matthew Heaphy
**Cc:** erik.koons@bakerbotts.com; Ashley.Eickhof@BakerBotts.com; stuart.plunkett@bakerbotts.com;
kaylee.yang@bakerbotts.com; john.taladay@bakerbotts.com
**Subject:** RE: In re Cathode Ray Tube (CRT) Antitrust Litigation - MDL No. 1917, Master File No. 07-CV-5944-JST

Dear Counsel:

Please see attached for Irico's responses to the request in your April 9, 2018 letter regarding potential Irico deponents.  Irico has identified the employment status (and departure date, if relevant) of 35 out of the 36 individuals named in your list.  Irico has been unable to locate information regarding Liu Linghai; if you could share more detail on how Liu Linghai was chosen for your list, that may help with providing the information you requested.  All current Irico employees and individuals identified in Irico's interrogatory responses will be represented by us and can be reached through counsel.

Given the large number of former Irico employees on the list, including many that left the company more than 5 years ago, we request that plaintiffs consider the information provided thus far and narrow the list so that Irico can better prioritize the burdensome task of reaching out to each of these former employees to determine if they would accept representation by counsel for Irico.

Thank you,

**Tom Carter**
Associate

Baker Botts L.L.P.
tom.carter@bakerbotts.com
T +1.202.639.7702
F +1.202.585.4085
M +1.202.412.4352

The Warner
1299 Pennsylvania Ave NW

Washington, DC 20004
USA



*Admitted to practice in New York and the District of Columbia.*

---

**From:** Rick Saveri <Rick@saveri.com>
**Sent:** Monday, April 9, 2018 1:31 PM
**To:** Taladay, John <john.taladay@bakerbotts.com>
**Cc:** Koons, Erik <erik.koons@bakerbotts.com>; Carter, Tom <Tom.Carter@BakerBotts.com>; Eickhof, Ashley <Ashley.Eickhof@BakerBotts.com>; Plunkett, Stuart <stuart.plunkett@bakerbotts.com>; Yang, Kaylee <kaylee.yang@bakerbotts.com>; Geoff Rushing <Geoff@saveri.com>; Matthew Heaphy <mheaphy@saveri.com>
**Subject:** RE: In re Cathode Ray Tube (CRT) Antitrust Litigation - MDL No. 1917, Master File No. 07-CV-5944-JST

John:  Please see attached letter.

Rick


R. Alexander Saveri
Saveri & Saveri, Inc.
706 Sansome Street
San Francisco, CA 94111
Tel:  (415)  217-6810
Fax:  (415)  217-6813

CONFIDENTIALITY NOTICE

This electronic mail transmission and any attachments contain privileged and confidential information.  The information is intended solely for use by the individual or entity named as the recipient hereof.  If you are not the intended recipient, please note that any disclosure, copying, distribution, or use of the contents of this transmission is prohibited.  If you have received this transmission in error, please immediately delete it and notify us by telephone.

**Confidentiality Notice:**

The information contained in this email and any attachments is intended only for the recipient[s] listed above and may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the recipient[s] listed above is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.

**Irico's Supplemental Response to Potential Deponent Information Request**

| Name | Name (Chinese) | Current or Former Employee | Date of Departure | Contact Information/ Last Known Address |
|---|---|---|---|---|
| Chen Di Zhi | 陈德智 | Former | Apr. 2002 | No address found |
| Chen Xiaoning | 陈晓宁 | Current | n/a | May be contacted through counsel |
| Duan Cheng | 段诚 | Former | June 2015 | 咸阳市人民路彩虹新区 152#-2-6-11 邮编 710021 |
| Fang Liang-Jun | 方良军 | Former | June 2012 | 咸阳市人民路彩虹新区 113#-2-4-7 邮编 710021 |
| Fu Jiuquan | 符九全 | Former | Mar. 2011 | No address found |
| Gao Rong-Guo | 高荣国 | Current | n/a | May be contacted through counsel |
| Ge Di | 葛迪 | Former | May 2016 | 咸阳市秦都区渭滨街道阳光小区 10 号楼 邮编 710021 |
| Guo Mengquan | 郭盟权 | Former | May 2017 | May be contacted through counsel |
| Li Wei-Sheng | 李卫生 | Former | Jan. 2002 | No address found |
| Liang Yuan | 梁援 | Former | Mar. 2014 | 咸阳市人民路彩虹小区 5-1-3-5 邮编 710021 |
| Liu Hongwu | 刘宏武 | Former | Jan. 2014 | No address found |
| Liu Linghai | | | | No information found |
| Liu Xiaodong | 刘晓东 | Former | May 2010 | No address found |
| Ma Jinquan | 马金泉 | Former | Feb. 2005 | 咸阳市人民路/彩虹新区 115#-1-5-10 邮编 710021 |
| Niu Xinan | 牛新安 | Former | Dec. 2015 | 咸阳市人民路彩虹新区 115#-2-5-东户 邮编 710021 |
| Shan or Sa Tao | 沙涛 | Former | Dec. 2002 | No address found |
| Shen Xiaolin | 申小琳 | Former | Oct. 2015 | 咸阳市人民路彩虹新区 115#-1-5-10 邮编 710021 |
| Song Shi-Zhen | 宋世振 | Former | Nov. 2004 | 咸阳市彩虹一路彩虹老区 52#-4-3-6 邮编 710021 |
| Su Xiaohua | 苏晓华 | Current | n/a | May be contacted through counsel |
| Tao Kui | 陶魁 | Former | Mar. 2014 | No address found |
| Wang Da-Ming | 王大明 | Former | July 2004 | No address found |
| Wang Li Guang | 王李广 | Former | Apr. 2002 | No address found |
| Wang Ping-Quan | 王平权 | Former | Mar. 2012 | 咸阳市人民路彩虹新区 137#-6-2-3 邮编 710021 |
| Wang Zhao-Jie | 王昭杰 | Current | n/a | May be contacted through counsel |
| Wei Jian-She | 魏建社 | Former | Apr. 2018 | 珠海番溪庄 27-1-405 邮编 519000 |
| Wei Zhiyuan | 魏致远 | Former | Sept. 2006 | No address found |

### Irico's Supplemental Response to Potential Deponent Information Request

| Name | Name (Chinese) | Current or Former Employee | Date of Departure | Contact Information/ Last Known Address |
|------|----------------|----------------------------|-------------------|----------------------------------------|
| Wen Haiyang | 文海洋 | Former | Sept. 2017 | 咸阳市彩虹一路彩虹新家园 B 座 1 单元六层 12 号 邮编 710021 |
| Xi Jiansheng | 奚建生 | Former | Apr. 2006 | No address found |
| Xing Daoqin | 邢道钦 | Deceased | Dec. 2011 | n/a |
| Xu Gao-Wen | 许高文 | Former | Oct. 2014 | 咸阳市彩虹一路彩虹小区 85#-3-3-5 邮编 710021 |
| Yao Jun | 姚军 | Former | Apr. 2018 | 咸阳市建设路彩虹北家属区 70 号楼 邮编 710021 |
| Zhang Junhua | 张君华 | Current | n/a | May be contacted through counsel |
| Zhang Shaowen | 张少文 | Former | Mar. 2016 | May be contacted through counsel |
| Zhang Hushan | 张虎山 | Former | May 2018 | 咸阳市人民西路彩虹劳司 E-1-8-16 邮编 710021 |
| Zhen Xiao-Hong | 甄小红 | Former | Feb. 2014 | No address found |
| Zhu Jian | 竺简 | Former | Dec. 1998 | No address found |