ALLEN & OVERY LLP
Michael S. Feldberg (*pro hac vice*)
John Roberti (*pro hac vice*)
Andrew Rhys Davies (*pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 610-6300
Facsimile: (212) 610-6399
Email: michael.feldberg@allenovery.com
        john.roberti@allenovery.com
        andrewrhys.davies@allenovery.com

*Attorneys for Defendants Samsung SDI Co., Ltd.;
Samsung SDI America, Inc.; Samsung SDI Mexico S.A.
De C.V.; Samsung SDI Brasil Ltda.; Shenzhen Samsung
SDI Co., Ltd.; Tianjin Samsung SDI Co., Ltd.; and
Samsung SDI (Malaysia) Sdn. Bhd.*

[Additional Parties and Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No.: 07-cv-05944 JST |
| | MDL No. 1917 |
| This document relates to: | **DEFENDANTS' ADMINISTRATIVE MOTION, PURSUANT TO L.R. 7-11 FOR LEAVE TO EXCEED PAGE LIMITS** |
| ALL INDIRECT PURCHASER ACTIONS | |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Pursuant to N.D. Cal. L.R. 7-11, the undersigned Defendants respectfully request that the Court grant them leave to file a brief in support of their Responses to (1) Motion to Intervene and File a Severed Complaint to Add State Law Claims for the Other Repealer States (ECF No. 5645), and (2) Motion of Non-Repealer Subclass Member Eleanor Lewis to Intervene (ECF No. 5643) with a page length not to exceed 35 pages.  Rather than file two briefs responding separately to each motion, the Defendants plan to consolidate their response into a single brief in order to avoid unnecessary duplication and for the Court's convenience.  However, due to the need to address all issues presented in both motions the Defendants do not anticipate being able to reduce the number of pages to 25.

Accordingly, Defendants respectfully request that the Court grant this Administrative Motion and allow Defendants to file a brief not to exceed 35 pages.

Dated: December 6, 2019                     Respectfully submitted,

*/s/ Andrew Rhys Davies*
ALLEN & OVERY LLP
MICHAEL S. FELDBERG
michael.feldberg@allenovery.com
ANDREW RHYS DAVIES
andrewrhys.davies@allenovery.com
1221 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 610-6300
Facsimile:  (212) 610-6399

JOHN ROBERTI
john.roberti@allenovery.com
ALLEN & OVERY LLP
1101 New York Avenue NW
Washington, DC 20005
Telephone:  (202) 683-3800
Facsimile:  (212) 610-6399

*Attorneys for Defendants Samsung SDI Co., Ltd.; Samsung SDI America, Inc.; Samsung SDI Mexico S.A. De C.V.; Samsung SDI Brasil Ltda.; Shenzhen Samsung SDI Co., Ltd.; Tianjin Samsung SDI Co., Ltd.; and Samsung SDI (Malaysia) Sdn. Bhd.*

1

2          */s/ Christopher M. Curran*
           WHITE & CASE LLP
3          CHRISTOPHER M. CURRAN
           ccurran@whitecase.com
4          LUCIUS B. LAU
           alau@whitecase.com
5          DANA E. FOSTER
           defoster@whitecase.com
6          MATTHEW N. FRUTIG
           mfrutig@whitecase.com
7          701 Thirteenth Street, N.W.
           Washington, DC  20005
8          Telephone:   (202) 626-3600
           Facsimile:    (202) 639-9355

9          *Attorneys for Defendants Toshiba*
           *Corporation, Toshiba America, Inc.,*
10         *Toshiba America Information Systems, Inc.,*
           *Toshiba America Consumer Products,*
11         *L.L.C., and Toshiba America Electronic*
           *Components, Inc.*

12
           */s/ John M. Taladay*
13         BAKER BOTTS LLP
           JOHN M. TALADAY
14         john.taladay@bakerbotts.com
           ERIK T. KOONS
15         erik.koons@bakerbotts.com
           1299 Pennsylvania Avenue, NW
16         Washington, DC 20004-2400
           Telephone:    (202) 639-7700
17         Facsimile:     (202) 639-7890

18         *Attorneys for Defendants Koninklijke*
           *Philips, N.V., Philips North America LLC,*
19         *Philips Taiwan Limited, and Philips do*
           *Brasil, Ltda*

20

21

22

23

24

25

26

27

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

*/s/ Kathy L. Osborn_____*
FAEGRE BAKER DANIELS LLP
KATHY L. OSBORN
Email: kathy.osborn@FaegreBD.com
300 N. Meridian Street, Suite 2500
Indianapolis, IN 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000

JEFFREY S. ROBERTS
Email: jeff.roberts@FaegreBD.com
1144 15th Street, Suite 3400
Denver, CO 80202
Telephone: (303) 607-3500
Facsimile: (303) 607-3600

*Attorneys for Defendants Thomson SA and
Thomson Consumer Electronics, Inc.*

*/s/ Eliot A. Adelson____*
MORRISON & FOERSTER LLP
ELIOT A. ADELSON
Email: eadelson@mofo.com
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

KIRKLAND & ELLIS, LLP
JAMES H. MUTCHNIK, P.C.
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Attorneys for Defendants Hitachi Ltd.,
Hitachi Displays, Ltd. (n/k/a Japan Display
Inc.), Hitachi Asia, Ltd., Hitachi America,
Ltd., and Hitachi Electronic Devices (USA),
Inc.*

3
DEFENDANTS' ADMINISTRATIVE MOTION PURSUANT TO          CASE NO.: 4:07-CV-05944-JST
L.R. 7-11 FOR LEAVE TO EXCEED PAGE LIMITS

*/s/ Jeffrey L. Kessler*
WINSTON & STRAWN LLP
JEFFREY L. KESSLER
jkessler@winston.com
EVA W. COLE
ewcole@winston.com
SOFIA ARGUELLO
sarguello@winston.com
200 Park Avenue
New York, NY 10166-4193
Telephone:      (212) 294-6700
Facsimile:      (212) 294-4700

KEVIN B. GOLDSTEIN
kbgoldstein@winston.com
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone:      (312) 558-5600
Facsimile:      (312) 558-5700

WEIL, GOTSHAL & MANGES LLP
DAVID L. YOHAI
david.yohai@weil.com
ADAM C. HEMLOCK
adam.hemlock@weil.com
DAVID YOLKUT
david.yolkut@weil.com
767 Fifth Avenue
New York, NY 10153-0119
Telephone:      (212) 310-8000
Facsimile:      (212) 310-8007

*Attorneys for Defendants Panasonic
Corporation, Panasonic Corporation of
North America, and MT Picture Display
Co., Ltd.*[1]

*/s/ Donald A. Wall*
SQUIRE PATTON BOGGS (US) LLC
DONALD A. WALL
Email: donald.wall@squirepb.com
1 East Washington Street, Suite 2700
Phoenix, AZ 85004
Telephone: (602) 528-4005
Facsimile: (602) 253-8129

*Attorneys for Defendant Technologies
Display Americas LLC*

---

[1] MT Picture Display Co., Ltd. has been dissolved and completed final liquidation proceedings in Japan on May 23, 2019.

4

DEFENDANTS' ADMINISTRATIVE MOTION PURSUANT TO                    CASE NO.: 4:07-CV-05944-JST
L.R. 7-11 FOR LEAVE TO EXCEED PAGE LIMITS