ALLEN & OVERY LLP
Michael S. Feldberg (*pro hac vice*)
John Roberti (*pro hac vice*)
Andrew Rhys Davies (*pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 610-6300
Facsimile: (212) 610-6399
Email: michael.feldberg@allenovery.com
        john.roberti@allenovery.com
        andrewrhys.davies@allenovery.com

*Attorneys for Defendants Samsung SDI Co., Ltd.;*
*Samsung SDI America, Inc.; Samsung SDI Mexico S.A.*
*De C.V.; Samsung SDI Brasil Ltda.; Shenzhen Samsung*
*SDI Co., Ltd.; Tianjin Samsung SDI Co., Ltd.; and*
*Samsung SDI (Malaysia) Sdn. Bhd.*

[Additional Parties and Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No.: 07-cv-05944 JST |
| | MDL No. 1917 |
| This document relates to: | **STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO EXCEED PAGE LIMITS** |
| ALL INDIRECT PURCHASER ACTIONS | |

WHEREAS, on November 7, 2019, Eleanor Lewis filed a renewed motion to intervene in this litigation on behalf of the non-repealer states (ECF No. 5643), which motion is 6 pages in length with 66 pages of exhibits, incorporating by reference her earlier motion of 20 pages, and which motion is scheduled to be heard on February 12, 2020;

WHEREAS, on November 12, 2019, residents of nine purported omitted repealer states filed a renewed motion to intervene (ECF No. 5645), which motion is 20 pages in length with 337 pages of exhibits, and which motion is scheduled to be heard on February 12, 2020;

WHEREAS, on December 12, 2019, pursuant to the schedule ordered by the Court in its Order dated November 22, 2019 (ECF No. 5647), Defendants are scheduled to file their oppositions to the renewed motions to intervene;

WHEREAS, instead of filing two oppositions, Defendants propose to file a single opposition in response to both renewed motions, not to exceed 35 pages in length.

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel and subject to the approval of the Court that the Defendants' brief in support of their opposition to the renewed motion will not exceed 35 pages in length.

\* \* \*

Pursuant to Civil L.R. 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the other signatories. The undersigned parties jointly and respectfully request that this Court enter this stipulation as an order.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

DATED: _____        _____
                                                    Hon. Jon S. Tigar
                                                    United States District Judge

Dated: December 6, 2019    Respectfully submitted,

*/s/ Andrew Rhys Davies*
ALLEN & OVERY LLP
MICHAEL S. FELDBERG
michael.feldberg@allenovery.com
ANDREW RHYS DAVIES
andrewrhys.davies@allenovery.com
1221 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 610-6300
Facsimile:   (212) 610-6399

JOHN ROBERTI
john.roberti@allenovery.com
ALLEN & OVERY LLP
1101 New York Avenue NW
Washington, DC 20005
Telephone:  (202) 683-3800
Facsimile:   (212) 610-6399

*Attorneys for Defendants Samsung SDI*
*Co., Ltd.; Samsung SDI America, Inc.;*
*Samsung SDI Mexico S.A. De C.V.;*
*Samsung SDI Brasil Ltda.; Shenzhen*
*Samsung SDI Co., Ltd.; Tianjin Samsung*
*SDI Co., Ltd.; and Samsung SDI*
*(Malaysia) Sdn. Bhd.*

*/s/ Christopher M. Curran*
WHITE & CASE LLP
CHRISTOPHER M. CURRAN
ccurran@whitecase.com
LUCIUS B. LAU
alau@whitecase.com
DANA E. FOSTER
defoster@whitecase.com
MATTHEW N. FRUTIG
mfrutig@whitecase.com
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:   (202) 626-3600
Facsimile:    (202) 639-9355

*Attorneys for Defendants Toshiba*
*Corporation, Toshiba America, Inc.,*
*Toshiba America Information Systems,*
*Inc., Toshiba America Consumer*
*Products, L.L.C., and Toshiba America*
*Electronic Components, Inc.*

STIPULATION AND [PROPOSED] ORDER REGARDING    CASE NO.: 4:07-CV-05944-JST
DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE
TO EXCEED PAGE LIMITS

1

*/s/ John M. Taladay*
BAKER BOTTS LLP
JOHN M. TALADAY
john.taladay@bakerbotts.com
ERIK T. KOONS
erik.koons@bakerbotts.com
1299 Pennsylvania Avenue, NW
Washington, DC 20004-2400
Telephone:   (202) 639-7700
Facsimile:   (202) 639-7890

*Attorneys for Defendants Koninklijke Philips, N.V., Philips North America LLC, Philips Taiwan Limited, and Philips do Brasil, Ltda*

*/s/ Kathy L. Osborn*
FAEGRE BAKER DANIELS LLP
KATHY L. OSBORN
Email: kathy.osborn@FaegreBD.com
300 N. Meridian Street, Suite 2500
Indianapolis, IN 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000

JEFFREY S. ROBERTS
Email: jeff.roberts@FaegreBD.com
1144 15th Street, Suite 3400
Denver, CO 80202
Telephone: (303) 607-3500
Facsimile: (303) 607-3600

*Attorneys for Defendants Thomson SA and Thomson Consumer Electronics, Inc.*

3

1

*/s/ Jeffrey L. Kessler*
WINSTON & STRAWN LLP
JEFFREY L. KESSLER
jkessler@winston.com
EVA W. COLE
ewcole@winston.com
SOFIA ARGUELLO
sarguello@winston.com
200 Park Avenue
New York, NY 10166-4193
Telephone:      (212) 294-6700
Facsimile:      (212) 294-4700

KEVIN B. GOLDSTEIN
kbgoldstein@winston.com
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone:      (312) 558-5600
Facsimile:      (312) 558-5700

WEIL, GOTSHAL & MANGES LLP
DAVID L. YOHAI
david.yohai@weil.com
ADAM C. HEMLOCK
adam.hemlock@weil.com
DAVID YOLKUT
david.yolkut@weil.com
767 Fifth Avenue
New York, NY 10153-0119
Telephone:      (212) 310-8000
Facsimile:      (212) 310-8007

*Attorneys for Defendants Panasonic
Corporation, Panasonic Corporation of
North America, and MT Picture Display
Co., Ltd.[1]*

*/s/ Donald A. Wall*
SQUIRE PATTON BOGGS (US) LLC
DONALD A. WALL
Email: donald.wall@squirepb.com
1 East Washington Street, Suite 2700
Phoenix, AZ 85004
Telephone: (602) 528-4005
Facsimile: (602) 253-8129

*Attorneys for Defendant Technologies
Display Americas LLC*

[1] MT Picture Display Co., Ltd. has been dissolved and completed final liquidation proceedings in Japan on May 23, 2019.

4

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

*/s/ Eliot A. Adelson*
MORRISON & FOERSTER LLP
ELIOT A. ADELSON
Email: eadelson@mofo.com
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

KIRKLAND & ELLIS, LLP
JAMES H. MUTCHNIK, P.C.
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Attorneys for Defendants Hitachi Ltd.,*
*Hitachi Displays, Ltd. (n/k/a Japan*
*Display Inc.), Hitachi Asia, Ltd., Hitachi*
*America, Ltd., and Hitachi Electronic*
*Devices (USA), Inc.*

*/s/ Francis O. Scarpulla*
Francis O. Scarpulla

LAW OFFICES OF FRANCIS O.
SCARPULLA
FRANCIS O. SCARPULLA
PATRICK B. CLAYTON
456 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 788-7210
Facsimile: (415) 788-0706
fos@scarpullalaw.com
pbc@scarpullalaw.com

*Liaison Counsel for the ORS*

*/s/ Tracy R. Kirkham*
Tracy R. Kirkham

Tracy R. Kirkham (69912)
John D. Bogdanov (215830)
COOPER & KIRKHAM, P.C.
357 Tehama Street, Second Floor
San Francisco, CA 94103
Telephone: (415) 788-3030
Facsimile: (415) 882-7040
Email: trk@coopkirk.com
        jdb@coopkirk.com

*Liaison Counsel for the NRS*

5

/s/ Mario N. Alioto
Mario N. Alioto (56433)
malioto@tatp.com
Joseph M. Patane (72202)
jpatane@tatp.com
Lauren C. Capurro (241151)
laurenrussell@tatp.com
TRUMP, ALIOTO, TRUMP &
PRESCOTT LLP
2280 Union Street
San Francisco, CA 94123
Telephone: 415-563-7200
Facsimile: 415-346-0679

*Lead Counsel for Indirect Purchaser
Plaintiffs*

6