1  ALLEN & OVERY LLP
   Michael S. Feldberg (*pro hac vice*)
2  John Roberti (*pro hac vice*)
   Andrew Rhys Davies (*pro hac vice*)
3  1221 Avenue of the Americas
   New York, NY 10020
4  Telephone: (212) 610-6300
   Facsimile: (212) 610-6399
5  Email: michael.feldberg@allenovery.com
6         john.roberti@allenovery.com
          andrewrhys.davies@allenovery.com
7
   *Attorneys for Defendants Samsung SDI Co., Ltd.;*
8  *Samsung SDI America, Inc.; Samsung SDI Mexico S.A.*
   *De C.V.; Samsung SDI Brasil Ltda.; Shenzhen Samsung*
9  *SDI Co., Ltd.; Tianjin Samsung SDI Co., Ltd.; and*
10 *Samsung SDI (Malaysia) Sdn. Bhd.*

11 [Additional Parties and Counsel Listed on Signature Page]

12                    UNITED STATES DISTRICT COURT
13                    NORTHERN DISTRICT OF CALIFORNIA
                      OAKLAND DIVISION
14

15 | IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No.: 07-cv-05944 JST |
16 |---|---|
   | | MDL No. 1917 |
17 | | |
18 | This document relates to: | **STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO EXCEED PAGE LIMITS** |
19 | ALL INDIRECT PURCHASER ACTIONS | |

20
21
22
23
24
25
26
27

WHEREAS, on November 7, 2019, Eleanor Lewis filed a renewed motion to intervene in this litigation on behalf of the non-repealer states (ECF No. 5643), which motion is 6 pages in length with 66 pages of exhibits, incorporating by reference her earlier motion of 20 pages, and which motion is scheduled to be heard on February 12, 2020;

WHEREAS, on November 12, 2019, residents of nine purported omitted repealer states filed a renewed motion to intervene (ECF No. 5645), which motion is 20 pages in length with 337 pages of exhibits, and which motion is scheduled to be heard on February 12, 2020;

WHEREAS, on December 12, 2019, pursuant to the schedule ordered by the Court in its Order dated November 22, 2019 (ECF No. 5647), Defendants are scheduled to file their oppositions to the renewed motions to intervene;

WHEREAS, instead of filing two oppositions, Defendants propose to file a single opposition in response to both renewed motions, not to exceed 35 pages in length.

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel and subject to the approval of the Court that the Defendants' brief in support of their opposition to the renewed motion will not exceed 35 pages in length.

* * *

Pursuant to Civil L.R. 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the other signatories. The undersigned parties jointly and respectfully request that this Court enter this stipulation as an order.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

DATED: December 9, 2019

Hon. Jon S. Tigar
United States District Judge

| | |
|---|---|
| 1 | Dated: December 6, 2019 |

Respectfully submitted,

/s/ Andrew Rhys Davies
ALLEN & OVERY LLP
MICHAEL S. FELDBERG
michael.feldberg@allenovery.com
ANDREW RHYS DAVIES
andrewrhys.davies@allenovery.com
1221 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 610-6300
Facsimile:   (212) 610-6399

JOHN ROBERTI
john.roberti@allenovery.com
ALLEN & OVERY LLP
1101 New York Avenue NW
Washington, DC 20005
Telephone:  (202) 683-3800
Facsimile:   (212) 610-6399

*Attorneys for Defendants Samsung SDI Co., Ltd.; Samsung SDI America, Inc.; Samsung SDI Mexico S.A. De C.V.; Samsung SDI Brasil Ltda.; Shenzhen Samsung SDI Co., Ltd.; Tianjin Samsung SDI Co., Ltd.; and Samsung SDI (Malaysia) Sdn. Bhd.*

/s/ Christopher M. Curran
WHITE & CASE LLP
CHRISTOPHER M. CURRAN
ccurran@whitecase.com
LUCIUS B. LAU
alau@whitecase.com
DANA E. FOSTER
defoster@whitecase.com
MATTHEW N. FRUTIG
mfrutig@whitecase.com
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:   (202) 639-9355

*Attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

2

STIPULATION AND [PROPOSED] ORDER REGARDING
DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE
TO EXCEED PAGE LIMITS

CASE NO.: 4:07-cv-05944-JST

*/s/ John M. Taladay*
BAKER BOTTS LLP
JOHN M. TALADAY
john.taladay@bakerbotts.com
ERIK T. KOONS
erik.koons@bakerbotts.com
1299 Pennsylvania Avenue, NW
Washington, DC 20004-2400
Telephone:   (202) 639-7700
Facsimile:   (202) 639-7890

*Attorneys for Defendants Koninklijke Philips, N.V., Philips North America LLC, Philips Taiwan Limited, and Philips do Brasil, Ltda*

*/s/ Kathy L. Osborn*
FAEGRE BAKER DANIELS LLP
KATHY L. OSBORN
Email: kathy.osborn@FaegreBD.com
300 N. Meridian Street, Suite 2500
Indianapolis, IN 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000

JEFFREY S. ROBERTS
Email: jeff.roberts@FaegreBD.com
1144 15th Street, Suite 3400
Denver, CO 80202
Telephone: (303) 607-3500
Facsimile: (303) 607-3600

*Attorneys for Defendants Thomson SA and Thomson Consumer Electronics, Inc.*

|   |   |
|---|---|
| 1 | */s/ Jeffrey L. Kessler* |
| 2 | WINSTON & STRAWN LLP |
|   | JEFFREY L. KESSLER |
|   | jkessler@winston.com |
|   | EVA W. COLE |
|   | ewcole@winston.com |
|   | SOFIA ARGUELLO |
|   | sarguello@winston.com |
|   | 200 Park Avenue |
|   | New York, NY 10166-4193 |
|   | Telephone:   (212) 294-6700 |
|   | Facsimile:   (212) 294-4700 |

KEVIN B. GOLDSTEIN
kbgoldstein@winston.com
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone:   (312) 558-5600
Facsimile:   (312) 558-5700

WEIL, GOTSHAL & MANGES LLP
DAVID L. YOHAI
david.yohai@weil.com
ADAM C. HEMLOCK
adam.hemlock@weil.com
DAVID YOLKUT
david.yolkut@weil.com
767 Fifth Avenue
New York, NY 10153-0119
Telephone:   (212) 310-8000
Facsimile:   (212) 310-8007

*Attorneys for Defendants Panasonic Corporation, Panasonic Corporation of North America, and MT Picture Display Co., Ltd.[1]*

*/s/ Donald A. Wall*
SQUIRE PATTON BOGGS (US) LLC
DONALD A. WALL
Email: donald.wall@squirepb.com
1 East Washington Street, Suite 2700
Phoenix, AZ 85004
Telephone: (602) 528-4005
Facsimile: (602) 253-8129

*Attorneys for Defendant Technologies Display Americas LLC*

---

[1] MT Picture Display Co., Ltd. has been dissolved and completed final liquidation proceedings in Japan on May 23, 2019.

4

STIPULATION AND [PROPOSED] ORDER REGARDING                         CASE NO.: 4:07-cv-05944-JST
DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE
TO EXCEED PAGE LIMITS

|   |   |
|---|---|
| 1 | */s/ Eliot A. Adelson*<br>MORRISON & FOERSTER LLP<br>ELIOT A. ADELSON |
| 2 | Email: eadelson@mofo.com<br>425 Market Street |
| 3 | San Francisco, CA 94105<br>Telephone: (415) 268-7000 |
| 4 | Facsimile: (415) 268-7522 |

KIRKLAND & ELLIS, LLP
JAMES H. MUTCHNIK, P.C.
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Attorneys for Defendants Hitachi Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display Inc.), Hitachi Asia, Ltd., Hitachi America, Ltd., and Hitachi Electronic Devices (USA), Inc.*

*/s/ Francis O. Scarpulla*
Francis O. Scarpulla

LAW OFFICES OF FRANCIS O. SCARPULLA
FRANCIS O. SCARPULLA
PATRICK B. CLAYTON
456 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 788-7210
Facsimile: (415) 788-0706
fos@scarpullalaw.com
pbc@scarpullalaw.com

*Liaison Counsel for the ORS*

*/s/ Tracy R. Kirkham*
Tracy R. Kirkham

Tracy R. Kirkham (69912)
John D. Bogdanov (215830)
COOPER & KIRKHAM, P.C.
357 Tehama Street, Second Floor
San Francisco, CA 94103
Telephone: (415) 788-3030
Facsimile: (415) 882-7040
Email: trk@coopkirk.com
   jdb@coopkirk.com

*Liaison Counsel for the NRS*

5

STIPULATION AND [PROPOSED] ORDER REGARDING
DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE
TO EXCEED PAGE LIMITS

CASE NO.: 4:07-CV-05944-JST

1
2
3
4
5
6
7

/s/ Mario N. Alioto
Mario N. Alioto (56433)
malioto@tatp.com
Joseph M. Patane (72202)
jpatane@tatp.com
Lauren C. Capurro (241151)
laurenrussell@tatp.com
TRUMP, ALIOTO, TRUMP &
PRESCOTT LLP
2280 Union Street
San Francisco, CA 94123
Telephone: 415-563-7200
Facsimile: 415-346-0679

*Lead Counsel for Indirect Purchaser Plaintiffs*

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

6

STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER REGARDING
DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE
TO EXCEED PAGE LIMITS

CASE NO.: 4:07-CV-05944-JST