1  BAKER BOTTS L.L.P.
   John M. Taladay (*pro hac vice*)
2  Erik T. Koons (*pro hac vice*)
   1299 Pennsylvania Avenue, N.W.
3  Washington, D.C. 20004-2400
   Telephone: (202) 639-7700
4  Facsimile:  (202) 639-7890
   Email: john.taladay@bakerbotts.com
5  Email: erik.koons@bakerbotts.com

6  *Attorneys for Defendant Philips Electronics North America
   Corporation (n/k/a Philips North America LLC)*
7

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10 **OAKLAND DIVISION**

11

12 In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION

   Case No. 07-cv-05944-JST

13

   MDL No. 1917

14 This Document Relates to

15 ALL ACTIONS

   **PHILIPS ELECTRONICS NORTH AMERICA CORPORATION (N/K/A PHILIPS NORTH AMERICA LLC) NOTICE OF NAME CHANGE AND CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7-1 AND CIVIL LOCAL RULE 3-15**

# NOTICE OF WITHDRAWAL OF COUNSEL

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the name of Defendant Philips Electronics North America Corporation changed to: Philips North America LLC ("PNA"). For purposes of this litigation, Defendant does not object to being referred to as Philips Electronics North America Corporation (n/k/a Philips North America LLC) to avoid confusion.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Northern District of California Civil Local Rule 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in the subject matter or in a party that could be substantially affected by the outcome of the proceeding:

1. Koninklijke Philips N.V. ("KPNV") wholly owns, directly or indirectly, PNA. Other than KPNV, no publicly held company owns 10% or more of PNA's stock.

Dated: December 12, 2019

Respectfully Submitted:

By: /s/ *Erik T. Koons*_____

Erik T. Koons (*pro hac vice*)
BAKER BOTTS L.L.P.
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2400
Telephone: (202) 639-7700
Facsimile:  (202) 639-7890
Email: erik.koons@bakerbotts.com

*Attorney for Defendant Philips North America LLC*