1  BAKER BOTTS L.L.P.
   John M. Taladay (*pro hac vice*)
2  Erik T. Koons (*pro hac vice*)
   1299 Pennsylvania Avenue, N.W.
3  Washington, D.C. 20004-2400
   Telephone: (202) 639-7700
4  Facsimile:  (202) 639-7890
   Email: john.taladay@bakerbotts.com
5  Email: erik.koons@bakerbotts.com

6  *Attorneys for Defendants Koninklijke Philips N.V.,
   and Philips North America LLC*

7

8                    **UNITED STATES DISTRICT COURT**

9                   **NORTHERN DISTRICT OF CALIFORNIA**

10                           **OAKLAND DIVISION**

11

12  In re: CATHODE RAY TUBE (CRT)
    ANTITRUST LITIGATION
                                              Case No. 07-cv-05944-JST
13
                                              MDL No. 1917
14  This Document Relates to

15  ALL ACTIONS                               **NOTICE OF WITHDRAWAL OF
                                              COUNSEL**

## NOTICE OF WITHDRAWAL OF COUNSEL

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that as of December 31, 2019, Van H. Beckwith will no longer be associated with the firm of Baker Botts L.L.P., and is hereby withdrawing as counsel for Defendants Koninklijke Philips N.V. and Philips Electronics North America Corporation (n/k/a Philips North America LLC)[1] ("PNA") ("Philips Defendants") in the above referenced matter. The law firm of Baker Botts L.L.P. will continue to serve as counsel for the Philips Defendants.

Dated: December 12, 2019                    Respectfully Submitted:

By: /s/ *Erik T. Koons*_____

Erik T. Koons (*pro hac vice*)
BAKER BOTTS L.L.P.
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2400
Telephone: (202) 639-7700
Facsimile:  (202) 639-7890
Email: erik.koons@bakerbotts.com

*Attorney for Defendants Koninklijke Philips N.V. and Philips North America LLC*

---

[1] *See* Dkt. 5660. Philips Electronics North America Corporation ("PENAC") is now known as Philips North America LLC.