UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | Case No. 07-cv-5944-SC |
| | MDL No. 1917 |
| This Document Relates to: | |
| All Indirect-Purchaser Actions | **EXHIBIT 1 TO** |
| | **THOMSON DEFENDANTS' OPPOSITION TO (1) RENEWED MOTION TO INTERVENE AND FILE SEVERED COMPLAINT TO ADD STATE LAW CLAIMS FOR THE OTHER REPEALER STATES (ECF No. 5645); AND (2) RENEWED MOTION OF NON-REPEALER STATE SUBCLASS MEMBER ELEANOR LEWIS TO INTERVENE (ECF No. 5643)** |
| | Date: February 12, 2020<br>Time: 2:00 pm<br>Courtroom: 6, 2nd Floor<br>Judge: Honorable Jon S. Tigar |

FaegreBD.com

# FAEGRE BAKER DANIELS

USA ▾ UK ▾ CHINA

**Kathy L. Osborn**
Partner
kathy.osborn@FaegreBD.com
Direct +1 317 237 8261

Faegre Baker Daniels LLP
300 North Meridian Street ▾ Suite 2700
Indianapolis ▾ Indiana 46204-1750
Phone +1 317 237 0300
Fax +1 317 237 1000

May 27, 2015

**VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED**
**VIA E-MAIL (MALIOTO@TATP.COM)**

Mario Alioto
Trump, Alioto, Trump & Prescott, LLP
2280 Union Street
San Francisco, CA 94123

Re: In re Cathode Ray Tube (CRT) Litigation, Case No. 3:07-cv-5944 SC, MDL No. 1917
    Notice of Termination of Tolling Agreement

Dear Mr. Alioto:

Please take note that effective the date of this letter, Technicolor SA (f/k/a Thomson SA) and Technicolor USA, Inc., (f/k/a Thomson Consumer Electronics, Inc.) (together "Technicolor" or "Thomson") elect to terminate: the Tolling Agreement between the Indirect Purchaser Plaintiffs in *In re: Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 3:07-cv-5944 SC, MDL No. 1917 ("IPPs") and Technicolor, dated November 6, 2011 (the "Tolling Agreement"); and any tolling provisions contained in the Agreement Concerning Proposed Amendment to Complaint between the IPPs and Thomson dated October 30, 2012. Accordingly, the "Termination Date," as that term is employed in the Tolling Agreement, shall be ten days from the date of this letter.

Sincerely,

*Kathy L. Osborn*

Kathy L. Osborn