Tracy R. Kirkham (69912)
John D. Bogdanov (215830)
COOPER & KIRKHAM, P.C.
357 Tehama Street, Second Floor
San Francisco, CA 94103
Telephone: (415) 788-3030
Facsimile: (415) 882-7040
Email: trk@coopkirk.com
       jdb@coopkirk.com

*Interim Lead Counsel for the Non-Repealer State Subclass*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 4:07-cv-5944-JST |
| | MDL No. 1917 |
| This Document Relates to:<br><br>All Indirect Purchaser Actions | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF REPLY IN SUPPORT OF RENEWED MOTION OF NON-REPEALER STATE SUBCLASS MEMBER ELEANOR LEWIS TO INTERVENE**<br><br>Hearing Date: February 12, 2020<br>Time:         2:00 p.m.<br>Judge:        Honorable Jon S. Tigar<br>Courtroom:    6, 2nd Floor |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the undersigned, on behalf of Non-Repealer State Subclass Member Eleanor Lewis, who has filed the "Reply in Support of Renewed Motion of Non-Repealer State Subclass Member Eleanor Lewis to Intervene," hereby requests, pursuant to Rule 201 of the Federal Rules of Civil Procedure, that the Court take judicial notice of the following document, a true and correct copy of which is attached to the Declaration of John D. Bogdanov in Support of Request for Judicial Notice filed herewith:

- Exhibit 1:  "Memorandum and Order," *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation,* No. 1:05-md-01720-MKB-JO (E.D.N.Y.) (ECF No. 7076), dated September 27, 2017.

This Court may properly take judicial notice of this document pursuant to Federal Rule of Evidence 201. "Courts may take judicial notice of facts whose existence is capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." *Lyon v. Gila River Indian Community,* 626 F.3d 1059, 1075 (9th Cir. 2010) (internal citations omitted); *Reyn's Pasta Bella, LLC v. Visa USA, Inc.,* 442 F.3d 741, 746 n.6 (9th Cir. 2006) (courts may take judicial notice of court filings and other matters of public record, including pleadings); *Anderson v. American Airlines, Inc.,* No. 08-04195-WHA, 2011 U.S. Dist. LEXIS 24862, at *7-8 (N.D. Cal. Mar. 9, 2011) (court taking judicial notice of two orders, a complaint, and pretrial memorandum filed in a separate federal district court proceeding, and a complaint filed with a state administrative agency).

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1   This request is based upon this submission, the Declaration of John D. Bogdanov filed
2   herewith, the pleadings and papers on file in this action, and such oral argument as this Court may
3   entertain.

4   Dated:  January 9, 2020              Respectfully Submitted,

5                   /s/ *Tracy R. Kirkham*
                      Tracy R. Kirkham
6
                    Tracy R. Kirkham (69912)
7                   John D. Bogdanov (215830)
                    COOPER & KIRKHAM, P.C.
8                   357 Tehama Street, Second Floor
                    San Francisco, CA 94103
9                   Telephone: (415) 788-3030
                    Facsimile: (415) 882-7040
10                  Email:  trk@coopkirk.com
                            jdb@coopkirk.com
11
                    *Interim Lead Counsel for the Non-Repealer*
12                  *State Subclass*