Francis O. Scarpulla (41059)
Patrick B. Clayton (240191)
Law Offices of Francis O. Scarpulla
456 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 788-7210
Facsimile: (415) 788-0706
Email: fos@scarpullalaw.com
       pbc@scarpullalaw.com

Theresa D. Moore (99978)
Law Offices of Theresa D. Moore
One Sansome Street, 35th Floor
San Francisco, CA 94104
Telephone: (415) 613-1414
tmoore@aliotolaw.com

*Interim Co-Lead Counsel for Omitted Repealer States*

Robert Bonsignore appearing *pro hac vice*
Lisa Sleboda *pro hac vice*
Bonsignore Trial Lawyers, PLLC
23 Forest Street
Medford, MA 02155
Office Phone: (781) 350-0000
Cell Phone: (781) 856-7650
Facsimile: (702) 852-5726
Email: rbonsignore@classactions.us

[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 4:07-cv-5944-JST <br><br> MDL No. 1917 |
| This Document Relates to: <br><br> All Indirect-Purchaser Actions | **ORS PLAINTIFFS' ADMINISTRATIVE MOTION PURSUANT TO L.R. 7-11 FOR LEAVE TO EXCEED PAGE LIMITS** |

The ORS Plaintiffs, pursuant to Northern District of California Local Rule 7-11, respectfully request that the Court grant them leave to file a reply in support of their Renewed Motion to Intervene and File Severed Complaint to Add State Law Claims for the Other Repealer States (Dkt. 5645) with a total page length not to exceed 20 pages. Neither the Defendants nor Indirect Purchaser Plaintiffs oppose this motion.

The ORS Plaintiffs require 5 additional pages because they must address the arguments raised in three separate responses: (1) Defendants' Response to ORS' Motion to Interevne and File Severed Complaint to Add State Law Claims for the Other Repealer States (Dkt. 5663); (2) Thomson Defendants' Opposition to Renewed Motion to Intervene and File Severed Complaint to Add State Law Claims for the Other Repealer States (Dkt. 5662); and (3) Indirect Purchaser Plaintiffs' Statement of Non-Opposition to Renewed Motions to Intervene and File Severed Complaint (Dkt. 5664). In order to fully address the issues raised in these responses, ORS Plaintiffs require an additional five pages.

Accordingly, ORS Plaintiffs respectfully request that the Court grant this Administrative Motion and allow the ORS Plaintiffs to file a reply not to exceed 20 pages.

1

ORS PLAINTIFFS' ADMINISTRATIVE MOTION PURSUANT TO L.R. 7-11 FOR LEAVE TO EXCEED PAGE LIMITS
Case No. 3:07-cv-5944, MDL No. 1917

| Dated:  January 9, 2020 | Respectfully submitted, |
|---|---|
| /s/  Theresa D. Moore<br>    Theresa D. Moore | /s/  Francis. O. Scarpulla<br>    Francis O. Scarpulla |

Theresa D. Moore (99978)
Law Offices Of Theresa D. Moore
One Sansome Street, 35th Floor
San Francisco, CA 94104
Telephone: (415) 613-1414
tmoore@aliotolaw.com

*Interim Co-Lead Counsel for Indirect-Purchaser Plaintiffs ORS Subclass*

/s/    Robert J. Bonsignore
    Robert J. Bonsignore

Robert J. Bonsignore, *admitted pro hac vice*
*Lisa Sleboda pro hac vice pending*
*Wendy Angulo pro hac vice pending*
*Kimberly Collins pro hac vice pending*
Bonsignore Trial Lawyers, PLLC
3771 Meadowcrest Drive
Las Vegas, NV  89121
Telephone:  (781) 845-7650
Facsimile:   (702) 852-5626
rbonsignore@class-actons.us

*Interim Co-Lead Counsel for Indirect-Purchaser Plaintiffs ORS Subclass*

Joseph Alioto (42680)
Alioto Law Firm
One Sansome St., 35 Floor
San Francisco, CA  94104
Telephone:  (415) 434-8900
Email:  jmalioto@aliotolaw.com

*Counsel for Indirect Purchaser Plaintiffs ORS Subclass*

Francis O. Scarpulla (41059)
Patrick B. Clayton (240191)
Law Offices of Francis O. Scarpulla
456 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: 415-788-7210
Facsimile:  415-788-0706
fos@scarpullalaw.com
pbc@scarpullalaw.com

*Interim Co-Lead Counsel for Indirect-Purchaser Plaintiffs ORS Subclass*

John G. Crabtree, *appearing pro hac vice*
Brian Tackenberg, *appearing pro hac vice*
Crabtree & Auslander
240 Crandon Boulevard, Suite 101
Key Biscayne, FL 33149
Telephone:  (305) 361-3770
Facsimile:  (305) 437-8188
jcrabtree@crabtreelaw.com
btackenberg@crabtreelaw.com

Brian M. Torres, *appearing pro hac vice*
Brian M. Torres, P.A.
One S.E. Third Avenue, Suite 3000
Miami, FL  33131
Telephone:  (305) 901-5858
Facsimile:   (303) 901-5874
Email: btorres@briantorres.legal

*Counsel for Indirect Purchaser Plaintiffs ORS Subclass*

Christopher A. Nedeau
The Nedeau Law Firm
750 Battery Street, 7th FloorSan Francisco, CA  94111
Telephone: (415) 516-4010
Email: cnedeau@nedeaulaw.com

*Counsel for Indirect Purchaser Plaintiffs ORS Subclass*

Michael Noonan, *pending pro hac vice*
William Shaheen, *pending pro hac vice*
Christine Craig, *pending pro hac vice*
Lucy Karl, *appearing pro hac vice*
Shaheen and Gordon
353 Central Avenue
P.O. Box 977
Dover, NH  03821
Telephone:  (603) 871-4144
Email:  mnoonan@shaheengordon.com
         wshaheen@shaheengordon.com
         ccraig@shaheengordon.com
         lkarl@shaheengordon.com

*Counsel for Indirect Purchaser Plaintiffs ORS Subclass*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was filed *via* CM/ECF on January 9, 2020 and as a result has been served on all counsel of record *via* transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ John G. Crabtree
John G. Crabtree

4

ORS PLAINTIFFS' ADMINISTRATIVE MOTION PURSUANT TO L.R. 7-11 FOR LEAVE TO EXCEED PAGE LIMITS
Case No. 3:07-cv-5944, MDL No. 1917