Francis O. Scarpulla (41059)
Patrick B. Clayton (240191)
Law Offices of Francis O. Scarpulla
456 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 788-7210
Facsimile: (415) 788-0706
Email: fos@scarpullalaw.com
       pbc@scarpullalaw.com

Theresa D. Moore (99978)
Law Offices of Theresa D. Moore
One Sansome Street, 35th Floor
San Francisco, CA 94104
Telephone: (415) 613-1414
tmoore@aliotolaw.com

*Interim Co-Lead Counsel for Omitted Repealer States*

Robert Bonsignore appearing *pro hac vice*
Lisa Sleboda *pro hac vice*
Bonsignore Trial Lawyers, PLLC
23 Forest Street
Medford, MA 02155
Office Phone: (781) 350-0000
Cell Phone: (781) 856-7650
Facsimile: (702) 852-5726
Email: rbonsignore@classactions.us

[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** <br><br> This Document Relates to: <br><br> All Indirect-Purchaser Actions | Master File No. 4:07-cv-5944-JST <br><br> MDL No. 1917 <br><br> [PROPOSED] **ORDER GRANTING ORS PLAINTIFFS' ADMINISTRATIVE MOTION PURSUANT TO L.R. 7-11 FOR LEAVE TO EXCEED PAGE LIMITS** |

## [PROPOSED] ORDER

Upon consideration of ORS' Plaintiffs' Administrative Motion Pursuant to L.R. 7-11 for Leave to Exceed Page Limits ("Administrative Motion"), it is hereby:

ORDERED that the Administrative Motion is Granted; and it is further ORDERED that ORS Plaintiffs may file their Reply in Support of their Renewed Motion to Intervene and File Severed Complaint to Add State Law Claims for the Other Repealer States (Dkt. 5645) with a total page length not to exceed 20 pages.

IT IS SO ORDERED

Dated: __January 13__, 2020

_____
**The Honorable Jon S. Tigar
Northern District of California**

1

[PROPOSED] ORDER GRANTING ORS PLAINTIFFS' ADMINISTRATIVE MOTION PURSUANT TO L.R. 7-11 FOR LEAVE TO EXCEED PAGE LIMITS
Case No. 3:07-cv-5944, MDL No. 1917