Anthony D. Shapiro (*pro hac vice*)
Ronnie S. Spiegel (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
tony@hbsslaw.com
ronnie@hbsslaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 3:07-cv-05944-JST<br>MDL No. 1917 |
| This document relates to ALL ACTIONS | NOTICE OF WITHDRAWAL OF JEFF D. FRIEDMAN |

- 1 -

010013-12 225319 V1

1  TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Jeff D. Friedman is no longer associated with Hagens Berman Sobol Shapiro LLP, and hereby withdraws as counsel for plaintiffs in the above-captioned matter. It is hereby requested that Mr. Friedman's name be removed from the case docket and from the court's e-notification system in this matter. All other counsel of record for plaintiffs remain unchanged.

Dated:  January 17, 2020

HAGENS BERMAN SOBOL SHAPIRO LLP

By     s/ Ronnie S. Spiegel
　　　RONNIE S. SPIEGEL (*pro hac vice*)

Anthony D. Shapiro (*pro hac vice*)
1301 Second Avenue, Suite 2000
Seattle, WA  98101
Telephone:  (206) 623-7292
Facsimile:  (206) 623-0594
ronnie@hbsslaw.com

*Attorneys for Plaintiffs*