UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | Case No. 07-cv-05944-JST |
| This Order Relates To:<br>ALL INDIRECT PURCHASER ACTIONS<br>ALL DIRECT PURCHASER ACTIONS | **ORDER VACATING HEARING**<br><br>Re: ECF No. 5651, 5653 |

Before the Court is Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.'s motion to stay proceedings, ECF No. 5651, and the Direct Purchaser Plaintiffs' motion for *Chuman* certification, ECF No. 5653. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument. The hearing on this matter, currently scheduled for February 5, 2020, is hereby VACATED.

**IT IS SO ORDERED.**

Dated: January 28, 2020



JON S. TIGAR
United States District Judge