BAKER BOTTS L.L.P.
John M. Taladay (*pro hac vice*)
Erik T. Koons (*pro hac vice*)
700 K Street, N.W.
Washington, D.C. 20001
Telephone: (202) 639-7700
Facsimile:  (202) 639-7890
Email: john.taladay@bakerbotts.com
Email: erik.koons@bakerbotts.com

*Attorneys for Defendants Koninklijke Philips NV,
Philips North America LLC, Philips Taiwan Limited,
and Philips do Brasil Ltda.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-05944-JST |
| | MDL No. 1917 |
| This Document Relates to | |
| ALL ACTIONS | **NOTICE OF CHANGE OF ADDRESS** |

# NOTICE OF CHANGE OF ADDRESS

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that as of January 21, 2020, John M. Taladay and Erik T. Koons hereby request to change their contact information as counsel of record for Defendants Koninklijke Philips NV, Philips North America LLC[1], Philips Electronics Industries (Taiwan), Ltd., Philips da Amazonia Industria Electronica Ltda., and Philips do Brasil Ltda.  Counsel have already updated their personal profiles via the Electronic Case Filing system.

Copies of all pleadings, papers, correspondence and electronic filing notices should be directed to:

>   Erik T. Koons
>   John M. Taladay
>   BAKER BOTTS L.L.P.
>   700 K Street, N.W.
>   Washington, D.C. 20001
>   Telephone: (202) 639-7700
>   Facsimile:  (202) 639-7890
>   Email: erik.koons@bakerbotts.com
>   Email: john.taladay@bakerbotts.com

Dated: January 30, 2020                     Respectfully Submitted:

By: /s/ *Erik T. Koons*_____

Erik T. Koons (*pro hac vice*)
John M. Taladay (*pro hac vice*)
BAKER BOTTS L.L.P.
700 K Street, N.W.
Washington, D.C. 20001
Telephone: (202) 639-7700
Facsimile:  (202) 639-7890
Email: erik.koons@bakerbotts.com
Email: john.taladay@bakerbotts.com

*Attorney for Defendants Koninklijke Philips NV, Philips North America LLC, Philips Taiwan Limited, and Philips do Brasil Ltda.*

---

[1] *See* Dkt. 5660. Philips Electronics North America Corporation ("PENAC") is now known as Philips North America LLC.