Calvin L. Litsey (SBN 289659)
Faegre Drinker Biddle & Reath LLP
1950 University Avenue, Suite 450
East Palo Alto, CA  94303-2279
Telephone: +1 650-324-6700
Facsimile: +1 650-324-6701
calvin.litsey@Faegredrinker.com

Jeffrey S. Roberts (*pro hac vice*)
Faegre Drinker Biddle & Reath LLP
1144 15th Street, Suite 3400
Denver, CO  80202
Telephone: +1 303-607-3500
Facsimile:  +1 303-607-3600
jeff.roberts@Faegredrinker.com

Kathy L. Osborn (*pro hac vice*)
Ryan M. Hurley (*pro hac vice*)
Anna Konradi Behrmann (*pro hac vice)*
Faegre Drinker Biddle & Reath LLP
300 N. Meridian Street, Suite 2500
Indianapolis, IN  46204
Telephone: +1 317-237-0300
Facsimile: +1 317-237-1000
kathy.osborn@Faegredrinker.com
ryan.hurley@Faegredrinker.com
anna.behrmann@Faegredrinker.com

Emily E. Chow (*pro hac vice*)
Faegre Drinker Biddle & Reath LLP
2200 Wells Fargo
90 S. Seventh Street
Minneapolis, MN  55402
Telephone: +1 612-766-7000
Facsimile:  +1 612-766-1600
emily.chow@Faegredrinker.com

***Attorneys for Defendants Thomson
Consumer Electronics, Inc. and Thomson SA***

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. 07-cv-5944-SC |
| | MDL No. 1917 |
| This Document Relates to: | **NOTICE OF FIRM NAME CHANGE AND E-MAIL CONTACT CHANGE** |
| ALL ACTIONS | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

Please be advised that effective February 1, 2020, Faegre Baker Daniels, LLP has changed its name and e-mail addresses. The new firm name is hereinafter **Faegre Drinker Biddle & Reath LLP.** The mailing address and contact telephone number remains unchanged.

The following attorneys, who are counsel of record for Defendants Thomson Consumer Electronics, Inc. and Thomson SA may now be reached at the following e-mail addresses:

| Attorney Name | E-mail Address |
|---|---|
| Calvin L. Litsey | calvin.litsey@Faegredrinker.com |
| Kathy L. Osborn | kathy.osborn@faegredrinker.com |
| Ryan M. Hurley | ryan.hurley@faegredrinker.com |
| Anna Konradi Behrmann | anna.behrmann@faegredrinker.com |
| Jeffrey S. Roberts | jeff.roberts@faegredrinker.com |
| Emily E. Chow | emily.chow@faegredrinker.com |

Counsel for Defendants Thomson Consumer Electronics, Inc. and Thomson SA respectfully requests that the Clerk and all counsel update this firm's new name and email address information.

Respectfully submitted this 3rd day of February, 2020.

*s/ Jeffrey S. Roberts*
Kathy L. Osborn (*pro hac vice*)
Ryan M. Hurley (*pro hac vice*)
Anna Konradi Behrmann (*pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
300 N. Meridian Street, Suite 2500
Indianapolis, IN  46204
Telephone: +1 317-237-0300
Facsimile: +1 317-237-1000
kathy.osborn@Faegredrinker.com
ryan.hurley@Faegredrinker.com
anna.behrman@Faegredrinker.com

Jeffrey S. Roberts (*pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
1144 Fifteenth Street, Suite 3400
Denver, Colorado 80202
Telephone: +1 303-607-3500
Facsimile:  +1 303-607-3600
jeff.roberts@Faegredrinker.com

Emily E. Chow (pro hac vice)
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo
90 S. Seventh Street
Minneapolis, MN  55402
Telephone: +1 612-766-7000
Facsimile:  +1 612-766-1600
emily.chow@Faegredrinker.com

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Calvin L. Litsey (SBN 289659)
FAEGRE DRINKER BIDDLE & REATH LLP
1950 University Avenue, Suite 450
East Palo Alto, CA  94303-2279
Telephone: +1 650-324-6700
Facsimile: +1 650-324-6701
calvin.litsey@Faegredrinker.com

***Attorneys for Defendants Thomson Consumer
Electronics, Inc. and Thomson SA***

1

**CERTIFICATE OF SERVICE**

2      On February 3, 2020, I caused a copy of **NOTICE OF FIRM NAME CHANGE AND**

3  **E-MAIL CONTACT CHANGE** to be electronically filed via the Court's Electronic Case Filing

4  System, which constitutes service in this action pursuant to the Court's order of September 2,

5  2008.

6

7

8

9                                                   *s/ Jeffrey S. Roberts*
                                                    Jeffrey S. Roberts
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28