UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Case No. 07-cv-05944-JST |
| This Order Relates To:<br>ALL INDIRECT PURCHASER ACTIONS<br>ALL DIRECT PURCHASER ACTIONS | **ORDER VACATING HEARING**<br><br>Re: ECF Nos. 5643, 5645 |

Before the Court are Non-Repealer State Subclass Member Eleanor Lewis's renewed motion to intervene and Other Repealer States' renewed motion to intervene and file severed complaint. ECF Nos. 5643, 5645. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds these matters suitable for disposition without oral argument. The hearings on these matters, currently scheduled for February 12, 2020, are hereby VACATED.

**IT IS SO ORDERED.**

Dated: February 4, 2020

_____
JON S. TIGAR
United States District Judge