(*Stipulating Parties on Signature Page*)

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | **MDL No. 1917**<br>**Master File No. 4:07-cv-5944 JST**<br>**No. 4:17-cv-04067-JST** |
| This Document Relates to:<br><br>*Luscher, et al. v. Mitsubishi Electric Corp.,* 4:17-cv-04067-JST | **JOINT STIPULATION AND [PROPOSED] ORDER TO AMEND COMPLAINT**<br><br>Judge: Hon. Jon S. Tigar |

IT IS HEREBY STIPULATED, pursuant to the Federal Rules of Civil Procedure, Rule 15 (a)(2) and Rule 24, and Civil L.R. 7-1(a)(5) and 7-12, by and between the parties hereto, through their respective attorneys of record, that Indirect Purchaser Plaintiffs ("IPPs") may file their First Amended Class Action Complaint Against Mitsubishi Electric Corporation ("First Amended Complaint") (a copy of which is attached hereto as Exhibit A) to (1) substitute new named plaintiffs for the States of Hawaii, New Mexico, and New Hampshire for the current plaintiffs for those states; and (2) conform the class definition alleged in the complaint to the Settlement Class definition agreed to by IPPs and Mitsubishi Electric Corp. in their settlement agreement.

IT IS FURTHER STIPULATED that the new plaintiffs for the States of Hawaii, New Mexico, and New Hampshire fully support the settlement reached in this case and will work with named plaintiffs for other states and IPP counsel to obtain approval of the settlement;

IT IS FURTHER STIPULATED that Defendant Mitsubishi Electric Corp. waives notice

and service of the First Amended Complaint, and shall not be required to respond to the First Amended Complaint.

IT IS FURTHER STIPULATED that Mitsubishi Electric Corp. shall not be deemed to have waived any defenses by entering into this stipulation.

The undersigned parties jointly and respectfully request that the Court enter this stipulation as an order.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: February 4, 2020

_____
Hon. Jon S. Tigar
United States District Judge

DATED:  January 31, 2020    **TRUMP, ALIOTO, TRUMP & PRESCOTT LLP**

By: */s/ Mario N. Alioto*
Mario N. Alioto (56433)
Lauren C. Capurro (241151)
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
malioto@tatp.com
laurenrussell@tatp.com

*Lead Counsel for Indirect Purchaser Plaintiffs*

DATED: January 31, 2020    By: */s/ Michael T. Brody*
Terrence J. Truax
Michael T. Brody
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654-3456
312-222-9350
ttruax@jenner.com
mbrody@jenner.com

*Counsel for Defendant Mitsubishi Electric Corporation*

2
JOINT STIPULATION AND [PROPOSED] ORDER
TO AMEND COMPLAINT
CASE NO. 07-cv-5944 JST, MDL No. 1917

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that I obtained the concurrence in the filing of this document from each of the other Signatories hereto.

DATED: January 31, 2020                         */s/ Mario N. Alioto*
                                                Mario N. Alioto