MICHAEL W. BIEN – 096891
JEFFREY L. BORNSTEIN – 099358
JENNY S. YELIN – 273601
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:	(415) 433-6830
Facsimile:	(415) 433-7104
Email:	mbien@rbgg.com
	jbornstein@rbgg.com
	jyelin@rbgg.com

Attorneys for Non-Party
FINANCIAL RECOVERY SERVICES. INC.,
d/b/a FINANCIAL RECOVERY STRATEGIES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION,<br><br>This Document Relates to:<br><br>INDIRECT PURCHASER ACTIONS FOR THE 22 STATES | Master File No. CV-07-5944-JST<br>MDL No. 1917<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING REQUEST OF FINANCIAL RECOVERY STRATEGIES TO CLARIFY ORDER GRANTING MOTION FOR PRELIMINARY APPROVAL**<br><br>Re: ECF No. 5695<br><br>Judge:   Hon. Jon S. Tigar<br>Hearing Date: To Be Determined on the Papers |

Case No.:  CV-07-5944-JST

[PROPOSED] ORDER GRANTING REQUEST OF FINANCIAL RECOVERY STRATEGIES TO CLARIFY ORDER GRANTING MOTION FOR PRELIMINARY APPROVAL

[3511779.1]

1  The Court hereby clarifies the Preliminary Approval Order as follows:

2  All claims filed as of the date of the Preliminary Approval Order shall be
3  considered timely and, if otherwise eligible, included in the distribution.

4  IT IS SO ORDERED.

6  DATED: March ___, 2020

Honorable Jon S. Tigar
United States District Judge

[3511779.1]

Case No.:  CV-07-5944-JST
[PROPOSED] ORDER GRANTING REQUEST OF FINANCIAL RECOVERY STRATEGIES TO CLARIFY ORDER GRANTING MOTION FOR PRELIMINARY APPROVAL