UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br>All Indirect Purchaser Actions | Case No. 07-cv-05944-JST<br><br>**ORDER VACATING HEARINGS**<br><br>Re: ECF Nos. 5688, 5689 |

Before the Court are the ORS and NRS Subclasses' motions to alter or amend the Court's order denying renewed motions to intervene. ECF No. 5688, 5689. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds these matters suitable for disposition without oral argument. The hearings on these matters, currently scheduled for April 1, 2020, are hereby VACATED.

**IT IS SO ORDERED.**

Dated: March 17, 2020



JON S. TIGAR
United States District Judge