Mario N. Alioto (56433)
Lauren C. Capurro (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2280 Union Street
San Francisco, CA 94123
Telephone: 415-563-7200
Facsimile: 415-346-0679
Email: malioto@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the
Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917<br>Master File No. 4:07-cv-5944 JST<br>No. 13-cv-03234-JST |
| This Document Relates to:<br><br>INDIRECT PURCHASER ACTIONS FOR THE 22 STATES | STIPULATION AND [PROPOSED] ORDER APPROVING PAYMENT OF EXPENSES FROM SETTLEMENT FUNDS<br><br>Judge: Hon. Jon S. Tigar |

WHEREAS, this Court finally approved the Indirect Purchaser Plaintiffs' ("IPPs") settlement with defendant Chunghwa Picture Tubes, Ltd. ("Chunghwa") on March 22, 2012, ECF No. 1105;

WHEREAS, the Chunghwa settlement agreement provides that, after the Chunghwa settlement becomes final, IPP counsel may apply to the Court for distribution to them from the Settlement Fund for "reimbursement of expenses and costs incurred, or to be incurred, in connection with prosecuting the Action;"[1]

WHEREAS, this Court finally approved the IPPs' settlement with the LG Electronics Defendants[2] and entered final judgment with respect to the claims made against them on April 18, 2014, ECF Nos. 2542, 2543;

WHEREAS, the LG settlement agreement provides that "after final approval, Class Counsel may apply to use any amount paid by LG to pay the past or future expenses of this litigation;"[3]

WHEREAS, IPPs and the Philips, Panasonic, Hitachi, Toshiba, Samsung SDI, Thomson and Technologies Displays Defendants[4] entered into settlement agreements in 2015 (the "2015 Settlements");

WHEREAS, each of the settlement agreements, except that of the Samsung SDI Defendants, provides that defendants agree "to permit use of a maximum of $525,000 of the[ir respective] Settlement Fund towards notice to the class and the costs of administration of the Settlement Fund. . . ," [and] that "[t]he $525,000 in notice and administration expenses are not

---

[1] ECF No. 884-1 (Chunghwa Settlement Agreement, ¶ 23(a)).

[2] The LG Electronics Defendants are LG Electronics, Inc., LG Electronics USA, Inc. and LG Electronics Taiwan Taipei Co., Ltd.

[3] ECF No. 1931-1 (LG Settlement Agreement, ¶ 22(a)).

[4] The entities comprising each of these defendant groups are listed in their respective settlement agreements. *See* ECF Nos. 3862-1 (Philips); 3862-2 (Panasonic); 3862-3 (Hitachi); 3862-4 (Toshiba); 3862-5 (Samsung SDI); and 3876-1 (Thomson/TDA). These defendants are collectively referred to herein as the "2015 Defendants." All defendants, including the Chunghwa and LG Defendants, are collectively referred to herein as "Defendants."

recoverable if this settlement does not become final to the extent such funds are expended for notice and administration costs;"[5]

WHEREAS, the Samsung SDI Settlement Agreement contains the same provision as the other defendants' settlement agreements, but provides that $625,000 is non-refundable in the event the settlement does not become final;[6]

WHEREAS, the aggregate, non-refundable amount that IPPs may expend from the 2015 Settlements on notice and claims administration expenses prior to those settlements becoming final is $3,250,000;

WHEREAS, all of the 2015 Settlements provide that:

> If notice to the Class is given jointly with a notice of settlement(s) with any other settling defendant, for purposes of Paragraph 18 below, the costs of notice and claims administration shall be prorated with any other such defendant based on their respective settlement amounts.[7]

WHEREAS, pursuant to this Court's Preliminary Approval Order dated July 9, 2015 (ECF No. 3906), IPPs provided notice of the 2015 Settlements to class members and their right to file claims against all settlements beginning in August 2015;

WHEREAS, the Court granted final approval to the 2015 Settlements on July 7, 2016, ECF No. 4712, which order was appealed to the Ninth Circuit;

WHEREAS, class members filed claims to share in the proceeds of all settlements, and the claims administrator has been receiving and administrating those claims since August 2015;

WHEREAS, on February 13, 2019, the Ninth Circuit remanded the case to this Court "so that the district court may reconsider its approval of the settlement;"

WHEREAS, on remand, IPPs and the 2015 Defendants agreed to amend the 2015

---

[5] *See, e.g.,* ECF No. 3862-3 (Hitachi Settlement Agreement, ¶ 18(a)).

[6] *See* ECF No. 3862-5 (Samsung SDI Settlement Agreement, ¶ 19(a)).

[7] *See, e.g.* Hitachi Settlement Agreement, ¶9; *see also* Samsung SDI Settlement Agreement, ¶9 ("If notice to the Class is given jointly with a notice of the settlement(s) with any other settling defendant for purposes of Paragraph 19 below, the costs of notice and claims administration shall be prorated with any other such defendant based on their respective settlement amounts, subject to the total limit set out in Paragraph 19 below").

Settlements to resolve the issues identified by the Ninth Circuit and this Court;

WHEREAS, on March 11, 2020, this Court granted preliminary approval of the Amendments to the 2015 Settlements, ordered limited notice of the Amendments to certain class members, and set a final approval hearing for July 8, 2020 (ECF No. 5695);

WHEREAS, in accordance with the settlement agreements, IPPs' Lead Counsel seeks to withdraw a total of $1,000,000 from the Settlement Escrow Funds to pay for notice and claims administration expenses incurred or to be incurred;

WHEREAS, the total amount expended by IPPs on notice and claims administration expenses after payment of these additional expenses will not exceed the aggregate, non-refundable amount of $3,250,000, as provided in the 2015 Settlements;

WHEREAS, Defendants have no objection to IPPs' Lead Counsel withdrawing a total of $1,000,000 from the Escrow Funds to pay for notice and claims administration expenses.

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the undersigned IPPs and Defendants, as follows:

Lead Counsel for the IPPs may withdraw $1,000,000 from the Settlement Fund Escrow Accounts to pay notice and claims administration expenses incurred or to be incurred in this litigation, in the following amounts from the following Escrow Accounts:

| **Defendant Escrow Account** | **Amount** |
|---|---|
| Panasonic | $290,397 |
| Toshiba | $269,862 |
| Hitachi | $251,785 |
| Thomson/TDA | $123,956 |
| Chunghwa | $18,000 |
| LG Electronics | $46,000 |

The balance of the settlement funds shall remain in the Escrow Accounts, to be distributed upon further Court Order. IPPs' Lead Counsel shall provide the Court with an accounting of all expenses paid.

The undersigned parties jointly and respectfully request that the Court enter this stipulation as an order.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: March 27, 2020

JON S. TIGAR
United States District Judge

DATED: March 25, 2020

**TRUMP, ALIOTO, TRUMP & PRESCOTT LLP**

By: /s/ Mario N. Alioto
Mario N. Alioto (56433)
Lauren C. Capurro (241151)
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
malioto@tatp.com
laurenrussell@tatp.com

*Lead Counsel for Indirect Purchaser Plaintiffs for the 22 States*

DATED: March 25, 2020

**WHITE & CASE LLP**

By: /s/ Christopher M. Curran
WHITE & CASE LLP
CHRISTOPHER M. CURRAN
ccurran@whitecase.com
LUCIUS B. LAU
alau@whitecase.com
DANA E. FOSTER
defoster@whitecase.com
MATTHEW N. FRUTIG
mfrutig@whitecase.com
701 Thirteenth Street, N.W.
Washington, DC  20005
tel.: (202) 626-3600
fax: (202) 639-9355

|   |   |   |
|---|---|---|
| | | *Attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.* |
| DATED: March 25, 2020 | | By: /s/ *Andrew Rhys Davies*<br>ALLEN & OVERY LLP<br>ANDREW RHYS DAVIES<br>andrewrhys.davies@allenovery.com<br>1221 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 610-6300<br>Facsimile: (212) 610-6399<br><br>JOHN ROBERTI<br>john.roberti@allenovery.com<br>ALLEN & OVERY LLP<br>1101 New York Avenue, NW<br>Washington, DC 20005<br>Telephone: (202) 683-3800<br>Facsimile: (212) 610-6399<br><br>*Attorneys for Defendants Samsung SDI Co., Ltd.~,~; Samsung SDI America, Inc.; Samsung SDI Mexico S.A. De C.V.; Samsung SDI Brasil Ltda; Shenzen Samsung SDI Co., Ltd.; Tianjin Samsung SDI Co., Ltd.; and Samsung SDI (Malaysia) Sdn. Bhd.* |
| DATED: March 25, 2020 | | By: /s/ *Eliot A. Adelson*<br>MORRISON & FOERSTER LLP<br>ELIOT A. ADELSON<br>Email: eadelson@mofo.com<br>45 Market Street<br>San Francisco, CA 94105<br>Telephone: (415) 268-7243<br>Facsimile: (415) 268-7522<br><br>*Attorneys for Defendants Hitachi Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display, Inc.), Hitachi Asia, Ltd., Hitachi America, Ltd., and Hitachi Electronic Devices (USA), Inc.* |

| | | |
|---|---|---|
| 1 | DATED:  March 25, 2020 | By:  */s/ Jeffrey L. Kessler* |
| 2 | | WINSTON & STRAWN LLP |
| | | JEFFREY L. KESSLER |
| 3 | | jkessler@winston.com |
| | | EVA W. COLE |
| 4 | | ewcole@winston.com |
| | | 200 Park Avenue |
| 5 | | New York, NY 10166-4193 |
| | | Telephone: (212) 294-6700 |
| 6 | | Facsimile:  (212) 294-4700 |

KEVIN B. GOLDSTEIN
kbgoldstein@winston.com
35 W. Wacker Drive
Chicago, 60622
Telephone:     (312) 558-5600
Facsimile:      (312) 558-5700

WEIL, GOTSHAL & MANGES LLP
DAVID L. YOHAI
david.yohai@weil.com
ADAM C. HEMLOCK
adam.hemlock@weil.com
DAVID YOLKUT
david.yolkut@weil.com
767 Fifth Avenue
New York, NY 10153-0119
Telephone:     (212) 310-8000
Facsimile:       (212) 310-8007

*Attorneys for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporations of North America, and MT Picture Display Co., Ltd.*[8]

DATED: March 25, 2020            By: */s/ John M. Taladay*

BAKER BOTTS LLP
JOHN M. TALADAY
ERIK T. KOONS
700 K Street, N.W.
Washington, D.C. 20001
202.639.7700
202.639.7890 (fax)
Email: john.taladay@bakerbotts.com
Email: erik.koons@bakerbotts.com

*Attorneys for Defendants Koninklijke Philips N.V.,*

---

[8] MT Picture Display Co., Ltd. has been dissolved and completed final liquidation proceedings in Japan on May 23, 2019.

*Philips North America LLC, Philips Taiwan Limited, and Philips do Brasil, Ltda.*

DATED: March 25, 2020          By: /s/   Kathy L. Osborn

FAEGRE DRINKER BIDDLE & REATH LLP
KATHY L. OSBORN
Email: kathy.osborn@faegredrinker.com
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone: (317) 237-0300
Facsimile:  (317) 237-1000

JEFFREY S. ROBERTS
Email: jeff.roberts@faegredrinker.com
1144 15th Street, Suite 3400
Denver, CO 80202
Telephone: (303) 607-3500
Facsimile:  (303) 607-3600

*Attorneys for Defendants Thomson SA and Thomson Thomson Consumer Electronics, Inc.*

DATED: March 25, 2020          By: /s/     Donald A. Wall
SQUIRE PATTON BOGGS (US) LL~~P~~C
DONALD A. WALL
Email: donald.wall@squirepb.com
1 East Washington Street, Suite 2700
Phoenix, AZ 85004
Telephone: (602) 528-400~~0~~5
Facsimile: (602) 253-8129

*Attorneys for Defendant Technologies Display~~s~~ Americas, LLC*

### ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

I, Mario N. Alioto, attest that concurrence in the filing of this document has been obtained from all signatories. I declare under penalty of perjury that the foregoing is true and correct. Executed this 25th day of March, 2020 at San Francisco, California.

/s/ Mario N. Alioto