SYLVIE K. KERN (111751)
Law Offices of Sylvie Kulkin Kern
3935 E. Graf Street
Bozeman, MT 59715
Tel: (415) 310-6098
E-mail: kernantitrustglobal@gmail.com

*Counsel for Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944 JST |
| | MDL No. 1917 |
| | **CLASS ACTION** |
| | **NOTICE OF CHANGE OF ADDRESS** |
| This document relates to: | |
| ALL INDIRECT PURCHASER ACTIONS | |

TO THE COURT, THE CLERK OF THE COURT, AND ALL PARTIES AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, effective immediately, the address and telephone number for Sylvie K. Kern and the Law Offices of Sylvie Kulkin Kern have changed to the following:

    Sylvie K. Kern
    Law Offices of Sylvie Kulkin Kern
    3935 E. Graf Street
    Bozeman, MT 59715
    Tel: (415) 310-6098
    E-mail: kernantitrustglobal@gmail.com

1       Contact information in the Court's ECF system has been updated.

2

Dated: March 28, 2020

3

4                                        By:    /s/ *Sylvie K. Kern*
5                                                   Sylvie K. Kern

6                                                   Law Offices of Sylvie Kulkin Kern
                                                    3935 E. Graf Street
7                                                   Bozeman, MT 59715
                                                  Tel: (415) 310-6098
8                                                   E-mail: kernantitrustglobal@gmail.com

9                                                   *Counsel for Indirect Purchaser Plaintiffs*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

NOTICE OF CHANGE OF ADDRESS
MDL NO. 1917, MASTER FILE NO. 3:07-CV-05944-JST