W. Joseph Bruckner (*pro hac vice*; wjbruckner@locklaw.com)
Elizabeth R. Odette (*pro hac vice*; erodette@locklaw.com)
Lockridge Grindal Nauen P.L.L.P.
100 Washington Avenue South
Suite 2200
Minneapolis, MN  55401
Telephone:  (612) 339-6900
Facsimile:  (612) 339-0981

Counsel for Direct Purchaser Plaintiffs,
Plaintiffs Royal Data Services, Inc. and
OK TV & Appliances LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In Re: Cathode Ray Tube (CRT) Antitrust Litigation<br><br>THIS DOCUMENT APPLIES TO: ALL ACTIONS | Master File No. 07-5944 SC<br><br>MDL Docket No. 1917<br><br>**NOTICE OF WITHDRAWAL OF ELIZABETH R. ODETTE** |

TO:   THE CLERK OF COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Elizabeth R. Odette (erodette@locklaw.com) of the firm Lockridge Grindal Nauen P.L.L.P. who will soon depart that firm, hereby withdraws as counsel for Direct Purchaser Plaintiffs and Plaintiffs Royal Data Services, Inc. and OK TV & Appliances, LLC and all others similarly situated in *In Re: Cathode Ray Tube (CRT) Antitrust Litigation*, No. 07-5944 SC (N.D. Cal.), MDL No. 1917, and requests to be removed from the service list in the above captioned matter.  The Direct Purchaser Plaintiffs continue to be represented by other attorneys at Lockridge Grindal Nauen P.L.L.P. and by the law firm of Saveri & Saveri, Inc. which is Lead Counsel for Direct Purchaser Plaintiff Class.

548296.1

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: April 1, 2020 | LOCKRIDGE GRINDAL NAUEN P.L.L.P. |

/s/ Elizabeth R. Odette
W. Joseph Bruckner (*pro hac vice*; wjbruckner@locklaw.com)
Elizabeth R. Odette (*pro hac vice*; erodette@locklaw.com)
100 Washington Avenue South
Suite 2200
Minneapolis, MN  55401
Telephone:  (612) 339-6900
Facsimile:  (612) 339-0981