John Taladay (*pro hac vice*)
john.taladay@bakerbotts.com
BAKER BOTTS LLP
1299 Pennsylvania Ave., NW
Washington, D.C. 20004
Telephone: (202) 639-7700
Facsimile: (202) 639-7890

Brian J. Jacobsmeyer (SBN: 322291)
brian.jacobsmeyer@bakerbotts.com
BAKER BOTTS LLP
1001 Page Mill Rd., Building One, Suite 200
Palo Alto, CA 94304
Telephone: (650) 739-7500
Facsimile: (650) 739-7699

*Attorneys for*
*IRICO GROUP CORP. and*
*IRICO DISPLAY DEVICES CO., LTD.*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION )<br>)<br>)<br>THIS DOCUMENT RELATES TO: )<br>)<br>ALL ACTIONS )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 4:07-cv-05944-JST<br><br>MDL No.: 1917<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

**NOTICE OF WITHDRAWAL OF COUNSEL**

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that as of April 3, 2020, Brian Jacobsmeyer will no longer be associated with the firm of Baker Botts L.L.P., and is hereby withdrawing as counsel for Defendants Irico Group Corp. *and* Irico Display Devices Co., Ltd. (collectively, the "Irico Defendants") in the above referenced matter. The law firm of Baker Botts L.L.P will continue to serve as counsel for the Irico Defendants.

Dated: April 2, 2020

                                  */s/ Brian J. Jacobsmeyer*
Brian J. Jacobsmeyer (SBN: 322291)
brian.jacobsmeyer@bakerbotts.com
BAKER BOTTS LLP
1001 Page Mill Rd., Building One, Suite 200
Palo Alto, CA 94304
Telephone: (650) 739-7500
Facsimile: (650) 739-7699

John Taladay (*pro hac vice*)
john.taladay@bakerbotts.com
1299 Pennsylvania Ave., NW
Washington, D.C. 20004
Telephone: (202) 639-7700
Facsimile: (202) 639-7890

*Attorneys for*
*IRICO GROUP CORP. and*
*IRICO DISPLAY DEVICES CO., LTD.*