1

2

3

4          UNITED STATES DISTRICT COURT

5          NORTHERN DISTRICT OF CALIFORNIA

6

7  IN RE: CATHOD RAY TUBE (CRT)              Case No. 07-cv-05944-JST
   ANTITRUST LITIGATION

8
                                            **ORDER REGARDING REQUEST FOR**
9  This Document Relates to:                **CLARIFICATION OF PRELIMINARY**
                                            **APPROVAL ORDER**
   INDIRECT PURCHASER ACTIONS FOR
10 THE 22 STATES                            Re: ECF No. 5696

11

12

13        During the briefing on Indirect Purchaser Plaintiffs' ("IPP Plaintiffs") motion for

14 preliminary approval of class action settlements, third party Financial Recovery Services, Inc

15 ("FRS") filed a statement which raised issues regarding the potential payment of claims filed after

16 the December 7, 2015 filing deadline ("Late Claims").  *See* ECF Nos. 5609.  On March 11, 2020,

17 the Court issued an order granting IPP Plaintiffs' motion for preliminary approval.  ECF No. 5695.

18 Shortly thereafter, FRS filed a request that the Court "clarify [the] order granting motion for

19 preliminary approval" and "order either (a) that all claims filed as of the date of the [Preliminary

20 Approval] shall be considered timely" or (b) that "all otherwise eligible claims filed by a new

21 deadline set by the Court . . . shall be considered timely."  ECF No. 5696 at 2-3.

22        FRS's filing is not actually a request for clarification, given that Late Claims issues were

23 neither part of the Court's order nor relevant to its decision to grant preliminary approval of the

24 IPP Plaintiffs' amended class action settlements.  Accordingly, the Court cannot grant the

25 requested relief.  Perhaps at some point someone will file a motion on this topic.  In the meantime,

26 the existence of the Late Claims dispute provides no reason to delay or modify the Court's

27 preliminary approval of IPP Plaintiffs' amended settlements, and the Court will take no further

28

*United States District Court*
*Northern District of California*

1    action regarding FRS's statement.

2        **IT IS SO ORDERED.**

3    Dated:  April 9, 2020



4    _____
             JON S. TIGAR

5           United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28