Francis O. Scarpulla (41059)
Patrick B. Clayton (240191)
Law Offices of Francis O. Scarpulla
456 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 788-7210
Facsimile: (415) 788-0706
Email: fos@scarpullalaw.com
       pbc@scarpullalaw.com

Theresa D. Moore (99978)
Law Offices of Theresa D. Moore
One Sansome Street, 35th Floor
San Francisco, CA 94104
Telephone: (415) 613-1414
tmoore@aliotolaw.com

*Interim Co-Lead Counsel for Omitted Repealer States*

[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**<br><br>This Document Relates to:<br><br>All Indirect-Purchaser Actions | Master File No. 4:07-cv-5944-JST<br><br>MDL No. 1917<br><br>**NOTICE OF APPEAL** |

.

# NOTICE OF APPEAL

Notice is hereby given that Tyler Ayres, Mike Bratcher, Nikki Crawley, Jay Erickson, Harry Garavanian, John Heenan, Hope Hitchcock, D. Bruce Johnson, Jeff Johnson, Kerry Murphy, Chris Seufert, Robert Stephenson, Gary Talewsky, and William Trentham, appeal to the United States Court of Appeals for the Ninth Circuit from: (1) the Order Denying Renewed Motions to Intervene, which was entered on February 4, 2020 (Dkt. 5684); (2) the Order Denying [the Appellants' Rule 59] Motion to Alter or Amend the Court's [February 4, 2020] Order, which was entered on April 9, 2020 (Dkt. 5708); (3) the Order Granting Motion for Preliminary Approval, which was entered on March 11, 2020 (Dkt. 5695); (4) the Order Denying Motion to Intervene and Amend Complaint to Allege State Law Claims for the Other Repealer States, which was entered on October 17, 2019 (Dkt. 5628); and (5) all orders that merge with any of the preceding orders appealed. The orders are attached respectively as Exhibit A, B, C, and D.

This appeal is authorized because the appellate court has "jurisdiction over the denial of a motion to intervene as of right as a final appealable order under 28 U.S.C. § 1291." *Citizens for Balanced Use v. Montana Wilderness Ass'n*, 647 F.3d 893, 896 (9th Cir. 2011). Moreover, "[b]y appealing the final judgment, [appellants] implicitly [bring] all of the district court's subordinate orders within the jurisdiction of [the appellate] court." *Hall v. City of Los Angeles*, 697 F.3d 1059, 1070 (9th Cir. 2012).

This appeal should be assigned to the same panel that previously decided *In re Cathode Ray Tube (CRT) Antitrust Litig.*, Case No. 16-16368 consolidated, *inter alia*, Appeal Numbers 16-16378, 16-16379, and 16-16400. In its order remanding the proceeding to the trial court in that earlier appeal, the Court ordered that "[t]he current panel will retain responsibility for future appeals in this case." *In re Cathode Ray Tube (CRT) Antitrust Litig.*, 753 Fed. Appx. 438, 442 (9th

Cir. 2019); (Case No. 16-16368 Dkt. 238 at 12).  Because this appeal arises from the same case as the Appeal Number 16-16368, it should be assigned to the panel assigned to that proceeding.

The representation statement required under Federal Rule of Appellate Procedure 12(b) and Ninth Circuit Rule 3-2 is attached as Exhibit E.

Dated:  April 9, 2020

Respectfully submitted,

/s/  Theresa D. Moore
    Theresa D. Moore

/s/  Francis. O. Scarpulla
    Francis O. Scarpulla

Theresa D. Moore (99978)
Law Offices Of Theresa D. Moore
One Sansome Street, 35th Floor
San Francisco, CA 94104
Telephone: (415) 613-1414
tmoore@aliotolaw.com

*Interim Co-Lead Counsel for Indirect-Purchaser Plaintiffs ORS Subclass*

Christopher A. Nedeau
The Nedeau Law Firm
750 Battery Street, 7th FloorSan Francisco, CA  94111
Telephone:  (415) 516-4010
Email: cnedeau@nedeaulaw.com

*Counsel for Indirect Purchaser Plaintiffs ORS Subclass*

Francis O. Scarpulla (41059)
Patrick B. Clayton (240191)
Law Offices of Francis O. Scarpulla
456 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: 415-788-7210
Facsimile:  415-788-0706
fos@scarpullalaw.com
pbc@scarpullalaw.com

*Interim Co-Lead Counsel for Indirect-Purchaser Plaintiffs ORS Subclass*

John G. Crabtree, *appearing pro hac vice*
Brian Tackenberg, *appearing pro hac vice*
Crabtree & Auslander
240 Crandon Boulevard, Suite 101
Key Biscayne, FL 33149
Telephone:  (305) 361-3770
Facsimile:  (305) 437-8188
jcrabtree@crabtreelaw.com
btackenberg@crabtreelaw.com

Brian M. Torres, *appearing pro hac vice*
Brian M. Torres, P.A.
One S.E. Third Avenue, Suite 3000
Miami, FL  33131
Telephone:  (305) 901-5858
Facsimile:   (303) 901-5874
Email: btorres@briantorres.legal

*Counsel for Indirect Purchaser Plaintiffs ORS Subclass*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was filed *via* CM/ECF on April 9, 2020 and as a result has been served on all counsel of record *via* transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ John G. Crabtree<br>
John G. Crabtree