UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | Master File No. CV-07-5944-JST<br>MDL No. 1917<br><br>**CLASS ACTION** |
| This Document Relates to:<br>All Indirect Purchaser Actions | **[PROPOSED] ORDER REQUIRING MODIFICATION TO SETTLEMENT WEBSITE, REQUIRING ALL LATE CLAIMS TO BE PROCESSED, AND TO DEEM TIMELY ALL LATE CLAIMS FILED TO DATE**<br><br>Hearing Date: May 20, 2020<br>Time: 2:00 p.m.<br>Courtroom: 9, 19th Floor<br>Judge: Honorable Jon S. Tigar |

Case No. CV-07-5944-JST

[PROPOSED] ORDER REQUIRING MODIFICATION TO SETTLEMENT WEBSITE, REQUIRING ALL LATE CLAIMS TO BE PROCESSED, AND TO DEEM TIMELY ALL LATE CLAIMS FILED TO DATE

[3525186.3]

1    FOR GOOD CAUSE SHOWN the Motion filed by Non-Party Objector Financial

2 Recovery Services, Inc. d/b/a Financial Recovery Strategies ("FRS") on April 10, 2020,

3 before this Court, is hereby GRANTED.

4    IT IS HEREBY ORDERED that

5    (a)    Class Counsel ("IPP Counsel") for the Indirect Purchaser Plaintiffs ("IPPs")

6            shall immediately modify the Court-supervised website for the settlement of

7            the indirect purchaser actions, https://crtclaims.com/ (the "Settlement

8            Website") to correct the advisory that on or about November 15, 2017 IPP

9            Counsel published without this Court's authority (the "Nov. 15 Advisory"),

10           so that it informs claims filers that the Settlement Administrator will

11           continue to process claims;

12   (b)    IPP Counsel shall immediately process in the same manner and to the same

13           extent that the Settlement Administrator processed proofs of claim filed on

14           or before December 7, 2015, all proofs of claim submitted after that date

15           ("Late Claims") and, until further order of the Court, to continue to process

16           any Late Claims as they are received;

17   (c)    All Late Claims filed to date are deemed timely; and

18   (d)    All otherwise eligible Late Claims submitted until a date to be set by the

19           Court and published on the Settlement Website shall be accepted.

20    IT IS SO ORDERED.

21 DATED:  April ___, 2020

22

23                                              _____

24                                              Honorable Jon S. Tigar
                                                United States District Judge
25

26

27

28

                                                1                    Case No. CV-07-5944-JST

[3525186.3]