Tracy R. Kirkham (69912)
John D. Bogdanov (215830)
COOPER & KIRKHAM, P.C.
357 Tehama Street, Second Floor
San Francisco, CA 94103
Telephone: (415) 788-3030
Facsimile: (415) 882-7040
Email: trk@coopkirk.com
       jdb@coopkirk.com

*Counsel for Plaintiff Eleanor Lewis and Interim Lead Counsel for the Non-Repealer State Subclass*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 4:07-cv-5944-JST<br><br>MDL No. 1917 |
| This Document Relates to:<br><br>All Indirect Purchaser Actions | **NOTICE OF APPEAL** |

# NOTICE OF APPEAL

Notice is hereby given that Eleanor Lewis appeals to the United States Court of Appeals for the Ninth Circuit from: (1) the Order Denying Renewed Motions to Intervene, which was entered on February 4, 2020 (Dkt. 5684); (2) the Order Denying [the Appellant's Rule 59] Motion to Alter or Amend the Court's [February 4, 2020] Order, which was entered on April 9, 2020 (Dkt. 5708); (3) the Order Granting Motion for Preliminary Approval, which was entered on March 11, 2020 (Dkt. 5695); (4) the Order Denying Eleanor Lewis's Motion to Intervene and File an Amended Complaint, which was entered on October 15, 2019 (Dkt. 5626); and (5) all orders that merge with any of the preceding orders appealed.  The orders are attached respectively as Exhibits A, B, C, and D.

This appeal is authorized because the appellate court has "jurisdiction over the denial of a motion to intervene as of right as a final appealable order under 28 U.S.C. § 1291." *Citizens for Balanced Use v. Montana Wilderness Ass'n*, 647 F.3d 893, 896 (9th Cir. 2011).  Moreover, "[b]y appealing the final judgment, [appellant] implicitly [brings] all of the district court's subordinate orders within the jurisdiction of [the appellate] court." *Hall v. City of Los Angeles*, 697 F.3d 1059, 1070 (9th Cir. 2012).

This appeal should be assigned to the same panel that previously decided *In re Cathode Ray Tube (CRT) Antitrust Litig.*, Case No. 16-16368 consolidated, *inter alia*, Appeal Numbers 16-16378, 16-16379, and 16-16400.  In its order remanding the proceeding to the trial court in that earlier appeal, the Court ordered that "[t]he current panel will retain responsibility for future appeals in this case." *In re Cathode Ray Tube (CRT) Antitrust Litig.*, 753 Fed. Appx. 438, 442 (9th Cir. 2019); (Case No. 16-16368, Dkt. 238 at 12).  Because this appeal arises from the same case as the Appeal Number 16-16368, it should be assigned to the panel assigned to that proceeding.

The representation statement required under Federal Rule of Appellate Procedure 12(b) and Ninth Circuit Rule 3-2 is attached as Exhibit E.

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| 1 | Dated: April 13, 2020 | Respectfully Submitted, |
| 2 | | /s/ *Tracy R. Kirkham* |
| 3 | | Tracy R. Kirkham |
| 4 | | Tracy R. Kirkham (69912) |
| | | John D. Bogdanov (215830) |
| 5 | | COOPER & KIRKHAM, P.C. |
| | | 357 Tehama Street, Second Floor |
| 6 | | San Francisco, CA 94103 |
| | | Telephone: (415) 788-3030 |
| 7 | | Facsimile: (415) 882-7040 |
| | | Email:  trk@coopkirk.com |
| 8 | |               jdb@coopkirk.com |
| 9 | | *Counsel for Plaintiff Eleanor Lewis and Interim Lead Counsel for the Non-Repealer State Subclass* |

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was filed via CM/ECF on April 13, 2020 and as a result has been served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ *Tracy R. Kirkham*
Tracy R. Kirkham