MICHAEL W. BIEN – 096891
JEFFREY L. BORNSTEIN – 099358
JENNY S. YELIN – 273601
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:   (415) 433-6830
Facsimile:   (415) 433-7104
Email:       mbien@rbgg.com
             jbornstein@rbgg.com
             jyelin@rbgg.com

Attorneys for Non-Party
FINANCIAL RECOVERY SERVICES. INC.,
d/b/a FINANCIAL RECOVERY STRATEGIES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | Master File No. CV-07-5944-JST<br>MDL No. 1917<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING AND HEARING SCHEDULE FOR FRS'S MOTION TO REQUIRE MODIFICATION OF SETTLEMENT WEBSITE, TO REQUIRE ALL LATE CLAIMS TO BE PROCESSED, AND TO DEEM TIMELY ALL LATE CLAIMS FILED TO DATE**<br><br>Judge:  Hon. Jon S. Tigar |
| This Document Relates to:<br><br>INDIRECT PURCHASER ACTIONS FOR THE 22 STATES | |

Case No. CV-07-5944-JST

STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING AND HEARING SCHEDULE FOR FRS'S MOTION TO REQUIRE MODIFICATION OF SETTLEMENT WEBSITE, TO REQUIRE ALL LATE CLAIMS TO BE PROCESSED, AND TO DEEM TIMELY ALL LATE CLAIMS FILED TO DATE

[3531733.2]

WHEREAS, Financial Recovery Services. Inc., D/B/A Financial Recovery Strategies ("FRS") filed a motion on April 10, 2020, seeking an order requiring the Indirect Purchaser Plaintiffs ("IPPs") to modify the settlement website, process all late claims that have not yet been processed, and deeming all late claims timely.  ECF No. 5710;

WHEREAS, any oppositions to FRS's motion would be due April 24, 2020, and FRS's Reply would be due May 1, 2020;

WHEREAS, FRS, IPPs, Spectrum Settlement Recovery, LLC and Crowell & Moring, LLP are exploring the possibility of conducting a mediation conference with Magistrate Judge Corley to attempt to resolve the dispute over late claims;

WHEREAS, if such a mediation conference were successful, FRS's motion would become moot; and

THEREFORE, it is stipulated, subject to this Court's confirming Order:

1. The deadline for any oppositions to FRS's April 10, 2020 Motion is extended to May 15, 2020.
2. The deadline for FRS's Reply to any such oppositions is extended to May 29, 2020.
3. The hearing on FRS's Motion, currently set for May 20, 2020, is moved to June 10, 2020.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1

Case No. CV-07-5944-JST

STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING AND HEARING SCHEDULE FOR FRS'S MOTION TO REQUIRE MODIFICATION OF SETTLEMENT WEBSITE, TO REQUIRE ALL LATE CLAIMS TO BE PROCESSED, AND TO DEEM TIMELY ALL LATE CLAIMS FILED TO DATE

[3531733.2]

1  IT IS SO STIPULATED.

3  DATED: April 23, 2020                Respectfully submitted,

4                                       ROSEN BIEN GALVAN & GRUNFELD LLP

6                                       By:  */s/ Jeffrey L. Bornstein*
                                             Jeffrey L. Bornstein

8                                       Attorneys for Non-Party
                                        FINANCIAL RECOVERY SERVICES. INC., d/b/a
9                                       FINANCIAL RECOVERY STRATEGIES

11 DATED: April 23, 2020                Respectfully submitted,

12                                      TRUMP ALIOTO TRUMP & PRESCOTT LLP

14                                      By:  */s/ Lauren C. Capurro*
                                             Lauren C. Capurro

16                                      Lead Counsel for the
                                        INDIRECT PURCHASER PLAINTIFFS

---

2                                                                    Case No. CV-07-5944-JST
STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING AND HEARING SCHEDULE FOR FRS'S
MOTION TO REQUIRE MODIFICATION OF SETTLEMENT WEBSITE, TO REQUIRE ALL LATE CLAIMS TO
BE PROCESSED, AND TO DEEM TIMELY ALL LATE CLAIMS FILED TO DATE

[3531733.2]

## [PROPOSED] ORDER

The deadline for any oppositions to FRS's April 10, 2020 Motion is hereby extended to May 15, 2020.  The deadline for FRS's Reply to any such oppositions is hereby extended to May 29, 2020.  The hearing on FRS's Motion, currently set for May 20, 2020, is rescheduled for June 10, 2020 at 2:00 p.m.

IT IS SO ORDERED.

DATED:  April ___, 2020

_____
Honorable Jon S. Tigar
United States District Judge

3

Case No. CV-07-5944-JST

STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING AND HEARING SCHEDULE FOR FRS'S MOTION TO REQUIRE MODIFICATION OF SETTLEMENT WEBSITE, TO REQUIRE ALL LATE CLAIMS TO BE PROCESSED, AND TO DEEM TIMELY ALL LATE CLAIMS FILED TO DATE

[3531733.2]