Robert J. Bonsignore *appearing pro hac vice*
Lisa A. Sleboda, *appearing pro hac vice*
Bonsignore Trial Lawyers, PLLC
3771 Meadowcrest Drive
Las Vegas, NV 89121
Office Phone: (781) 350-0000
Cell Phone: (781) 856-7650
Facsimile: (702) 852-5726
Email: rbonsignore@classactions.us

*Counsel for Putative Class Members from Omitted Repealer States*

[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-5944-JST<br><br>MDL No. 1917<br><br>**NOTICE OF APPEAL** |
| This Document Relates to:<br><br>All Indirect-Purchaser Actions | |

## NOTICE OF APPEAL

Notice is hereby given that Anthony Gianasca, the Estate of Barbara Caldwell, George Maglaras, Carolyn Jorgensen Warren Cutlip, and others appeal to the United States Court of Appeals for the Ninth Circuit from (1) the Order Denying Renewed Motions to Intervene, which was entered on February 4, 2020 (Dkt. 5684); (2) the Order Denying [the Appellants' Rule 59] Motion to Alter or Amend the Court's [February 4, 2020] Order, which was entered on April 9, 2020 (Dkt. 5708); (3) the Order Granting Motion for Preliminary Approval, which was entered on March 11, 2020 (Dkt. 5695); (4) the Order Denying Motion to Intervene and Amend Complaint to Allege State Law Claims for the Other Repealer States, which was entered on October 17, 2019 (Dkt. 5628); (5) the Order Rejecting the ORS Errata and Refusing to Entertain Any Motion to Vacate Prior Settlement, which was entered on October 18, 2019 (Dkt. 5632); (6) the failure to perform the mandate on remand of the United States Court of Appeals for the Ninth Circuit, filed on March 7, 2019 (Dkt. 253, Case 16-16373), directing the district court to review, following briefing and oral argument, the adequacy and including possible conflicts of interests of Lead Counsel Mario Alioto and other class counsel as the evidence may establish; and (7) all orders that merge with any of the preceding orders appealed. The orders and the mandate are attached hereto respectively as Exhibit A, B, C, D, E and F.

This appeal is authorized because the appellate court has "jurisdiction over the denial of a motion to intervene as of right as a final appealable order under 28 U.S.C. § 1291." *Citizens for Balanced Use v. Montana Wilderness Ass'n*, 647 F.3d 893, 896 (9th Cir. 2011). Moreover, "[b]y appealing the final judgment, [appellants] implicitly [bring] all of the district court's subordinate orders within the jurisdiction of [the appellate] court." *Hall v. City of Los Angeles*, 697 F.3d 1059, 1070 (9th Cir. 2012).

This appeal should be assigned to the same panel that previously decided *In re Cathode Ray Tube (CRT) Antitrust Litig.*, Case No. 16-16368 consolidated with, *inter alia*, Appeal Numbers 16-373, 16-399 and 16-16400. In its order remanding the proceeding to the district court in that earlier appeal, the Court ordered that "[t]he current panel will retain responsibility for future appeals in this case." *See In re Cathode Ray Tube (CRT) Antitrust Litig.*, 753 Fed. Appx. 438, 442

(9th Cir. 2019) (Case No. 16-16368, Dkt. 238 at 12). Because this appeal arises from the same case as Appeal Number 16-16368 and the underlying consolidated cases, it should be assigned to the panel assigned to that proceeding.

The representation statement required under Federal Rule of Appellate Procedure 12(b) and Ninth Circuit Rule 3-2 is attached as Exhibit G.

Dated: May 7, 2020

Respectfully submitted,

*/s/ Robert J. Bonsignore*
Robert J. Bonsignore

Robert J. Bonsignore, *appearing pro hac vice*
Lisa A. Sleboda, *appearing pro hac vice*
Bonsignore Trial Lawyers, PLLC
3771 Meadowcrest Drive
Las Vegas, NV 89121
Telephone: (781) 845-7650
Facsimile: (702) 852-5626
Email: rbonsignore@class-actions.us

*Counsel for Putative Class Members from Omitted Repealer States*

D. Michael Noonan, *appearing pro hac vice*
William Shaheen, *pending pro hac vice*
Christine Craig, *pending pro hac vice*
Shaheen and Gordon
353 Central Avenue
P.O. Box 977
Dover, NH 03821
Telephone: (603) 871-4144
mnoonan@shaheengordon.com
wshaheen@shaheengordon.com
ccraig@shaheengordon.com
lkarl@shaheengordon.com

Joseph Alioto (42680)
Alioto Law Firm
One Sansome St. 35 Floor
San Francisco, CA 94104
Telephone: (415) 434-8900
jmalioto@aliotolaw.com

*Counsel for Putative Class Members from Omitted Repealer States*

# CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was filed *via* CM/ECF on May 7, 2020 and as a result has been served on all counsel of record *via* transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Robert J. Bonsignore*
Robert J. Bonsignore