1  Francis O. Scarpulla (41059)
   Patrick B. Clayton (240191)
2  Law Offices of Francis O. Scarpulla
   456 Montgomery Street, 17th Floor
3  San Francisco, CA  94104
   Telephone:  (415) 788-7210
4  Facsimile:   (415) 788-0706
   fos@scarpullalaw.com
5  pbc@scarpullalaw.com

6  *Interim Co-Lead Counsel for the ORS Subclass*

7

8  Tracy R. Kirkham (69912)
   John D. Bogdanov (215830)
   Cooper & Kirkham, P.C.
9  357 Tehama Street, Second Floor
   San Francisco, CA 94103
10 Telephone:  (415)788-3030
   Facsimile: (415) 882-7040
11 trk@coopkirk.com
   jdb@coopkirk.com
12

13 *Interim Lead Counsel for the NRS Subclass*

Theresa D. Moore (99978)
Law Offices of Theresa D. Moore
One Sansome Street, 35th Floor
San Francisco, CA 94104
Telephone: (415) 613-1414
tmoore@aliotolaw.com

*Interim Co-Lead Counsel for the ORS Subclass*

14

15 **UNITED STATES DISTRICT COURT**

16 **NORTHERN DISTRICT OF CALIFORNIA**

17 **OAKLAND DIVISION**

18

19 **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**

20

Master File No. 4:07-cv-5944-JST

MDL No. 1917

21 This Document Relates to:

**[PROPOSED] ORDER GRANTING MOTION TO STAY**

22 All Indirect Purchaser Actions

Judge:     Honorable Jon S. Tigar

23

24

25

26

27

28

|   |   |
|---|---|
| 1 | The Motion of Tyler Ayres, Mike Bratcher, Nikki Crawley, Jay Erickson, Harry |
| 2 | Garavanian, John Heenan, Hope Hitchcock, D. Bruce Johnson, Jeff Johnson, Kerry Murphy, Chris |
| 3 | Seufert, Robert Stephenson, Gary Talewsky, and William Trentham, (collectively, the "ORS |
| 4 | Plaintiffs") and Eleanor Lewis ("NRS Plaintiffs") to Stay pursuant to Rule 62 of the Federal Rules |
| 5 | of Civil Procedure and this Court's inherent authority ("Motion"), came on regularly for hearing |
| 6 | on June 10, 2020.  The Court, having carefully considered the papers and pleadings on file and oral |
| 7 | arguments of counsel, GRANTS the Motion. |
| 8 | It is hereby ORDERED that all proceedings concerning the Indirect-Purchaser Plaintiffs |
| 9 | [*and/or* concerning the March 11, 2020 Order Granting Motion for Preliminary Approval (Dkt. |
| 10 | 5695)] in the above-captioned action are hereby stayed pending the resolution of Ninth Circuit |
| 11 | Appeal Nos. 20-15697 and 20-15704. |
| 12 | **IT IS SO ORDERED.** |
| 14 | Dated: _____     _____ |
| 15 | Honorable Jon S. Tigar |
|   | United States District Judge |

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing was filed *via* CM/ECF on May 8, 2020 and as a result has been served on all counsel of record *via* transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Francis O. Scarpulla
Francis O. Scarpulla