Mario N. Alioto (56433)
Joseph M. Patane (72202)
Lauren C. Capurro (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2280 Union Street
San Francisco, CA 94123
Telephone: 415-563-7200
Facsimile: 415- 346-0679
Email: malioto@tatp.com
jpatane@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the*
*Indirect Purchaser Plaintiffs for the 22 States*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | Master File No. 4:07-cv-5944-JST<br>MDL No. 1917<br>**CLASS ACTION**<br>**SECOND STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE FOR FRS'S MOTION TO REQUIRE MODIFICATION OF SETTLEMENT WEBSITE, TO REQUIRE ALL LATE CLAIMS TO BE PROCESSED, AND TO DEEM TIMELY ALL LATE CLAIMS FILED TO DATE**<br>Judge:  Hon. Jon S. Tigar |
| This Document Relates to:<br><br>INDIRECT PURCHASER ACTIONS FOR THE 22 STATES | |

Case No. CV-07-5944-JST
SECOND STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING AND HEARING SCHEDULE FOR FRS'S MOTION TO REQUIRE MODIFICATION OF SETTLEMENT WEBSITE, TO REQUIRE ALL LATE CLAIMS TO BE PROCESSED, AND TO DEEM TIMELY ALL LATE CLAIMS FILED TO DATE

[3531733.2]

WHEREAS, Financial Recovery Services. Inc., D/B/A Financial Recovery Strategies ("FRS") filed a motion on April 10, 2020, seeking an order requiring the Indirect Purchaser Plaintiffs ("IPPs") to modify the settlement website, process all late claims that have not yet been processed, and deeming all late claims timely, ECF No. 5710 ("FRS's Motion");

WHEREAS, on April 23, 2020, IPPs and FRS filed a Stipulation and Proposed Order modifying the briefing schedule and hearing date for FRS's Motion so that any responses to FRS's motion would be due on May 15, 2020, FRS's reply would be due on May 29, 2020, and the hearing would be set for June 10, 2020 (ECF No. 5714);

WHEREAS, the Court entered the Stipulation as an Order on April 24, 2020 (ECF No. 5715);

WHEREAS, FRS has agreed to further extend the deadline for responses to FRS's motion to May 22, 2020;

WHEREAS, the other dates previously ordered by the Court will remain the same: FRS's reply will be due on May 29, 2020 and the hearing on FRS's Motion is scheduled for June 10, 2020.

THEREFORE, it is stipulated, subject to this Court's confirming Order:

1. The deadline for any responses to FRS's Motion is extended to May 22, 2020.
2. The deadline for FRS's Reply to any such responses is May 29, 2020.
3. The hearing on FRS's Motion is June 10, 2020.

IT IS SO STIPULATED.

//

//

1   Case No. CV-07-5944-JST
SECOND STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE FOR FRS'S MOTION TO REQUIRE MODIFICATION OF SETTLEMENT WEBSITE, TO REQUIRE ALL LATE CLAIMS TO BE PROCESSED, AND TO DEEM TIMELY ALL LATE CLAIMS FILED TO DATE

[3531733.2]

| | | |
|---|---|---|
|DATED:  May 14, 2020 | | Respectfully submitted, |

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Jeffrey L. Bornstein*
    Jeffrey L. Bornstein

Attorneys for Non-Party
FINANCIAL RECOVERY SERVICES. INC., d/b/a
FINANCIAL RECOVERY STRATEGIES

DATED:  May 14, 2020                    Respectfully submitted,

TRUMP ALIOTO TRUMP & PRESCOTT LLP

By: */s/ Lauren C. Capurro*
    Lauren C. Capurro

Lead Counsel for the
INDIRECT PURCHASER PLAINTIFFS

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

DATED:  May  15 , 2020

JON S. TIGAR
United States District Judge