MICHAEL W. BIEN – 096891
JEFFREY L. BORNSTEIN – 099358
JENNY S. YELIN – 273601
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email: mbien@rbgg.com
 jbornstein@rbgg.com
 jyelin@rbgg.com

Attorneys for Non-Party
FINANCIAL RECOVERY SERVICES. INC.,
d/b/a FINANCIAL RECOVERY STRATEGIES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | Master File No. CV-07-5944-JST<br>MDL No. 1917<br>**CLASS ACTION**<br>**NOTICE OF WITHDRAWAL OF MOTION**<br>Judge: Hon. Jon S. Tigar<br>Date: June 10, 2020<br>Time: 2:00 p.m. |
| This Document Relates to:<br><br>INDIRECT PURCHASER ACTIONS FOR THE 22 STATES | |

In accordance with Civil Local Rule 7-7(e), Financial Recovery Services, Inc. d/b/a Financial Recovery Strategies ("FRS") withdraws its Motion To Require Modification of Settlement Website, To Require All Late Claims To Be Processed, And To Deem Timely All Late Claims Filed To Date (Dkt. 5710).

DATED: May 19, 2020                Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By:  /s/ Jeffrey L. Bornstein
     Jeffrey L. Bornstein

Attorneys for Non-Party
FINANCIAL RECOVERY SERVICES. INC., d/b/a
FINANCIAL RECOVERY STRATEGIES