| | |
|---|---|
| Calvin L. Litsey (SBN 289659)<br>Faegre Drinker Biddle & Reath LLP<br>1950 University Avenue, Suite 450<br>East Palo Alto, CA 94303-2279<br>Telephone: +1 650-324-6700<br>Facsimile: +1 650-324-6701<br>calvin.litsey@Faegredrinker.com | Jeffrey S. Roberts (*pro hac vice*)<br>Faegre Drinker Biddle & Reath LLP<br>1144 15th Street, Suite 3400<br>Denver, CO 80202<br>Telephone: +1 303-607-3500<br>Facsimile: +1 303-607-3600<br>jeff.roberts@Faegredrinker.com |
| Kathy L. Osborn (*pro hac vice*)<br>Ryan M. Hurley (*pro hac vice*)<br>Anna Konradi Behrmann (*pro hac vice*)<br>Faegre Drinker Biddle & Reath LLP<br>300 N. Meridian Street, Suite 2500<br>Indianapolis, IN 46204<br>Telephone: +1 317-237-0300<br>Facsimile: +1 317-237-1000<br>kathy.osborn@Faegredrinker.com<br>ryan.hurley@Faegredrinker.com<br>anna.behrmann@Faegredrinker.com | Emily E. Chow (*pro hac vice*)<br>Faegre Drinker Biddle & Reath LLP<br>2200 Wells Fargo<br>90 S. Seventh Street<br>Minneapolis, MN 55402<br>Telephone: +1 612-766-7000<br>Facsimile: +1 612-766-1600<br>emily.chow@Faegredrinker.com |

*Attorneys for Defendants Thomson Consumer Electronics, Inc. and Thomson SA*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | No. 07-cv-5944-SC<br><br>MDL No. 1917<br><br>**NOTICE OF WITHDRAWAL OF CALVIN L. LITSEY** |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

Please take notice that Calvin L. Litsey (calvin.litsey@faegredrinker.com) of the firm Faegre Drinker Biddle & Reath LLP, hereby withdraws as counsel for Defendants Thomson Consumer Electronics, Inc. and Thomson SA in *In Re: Cathode Ray Tube (CRT) Antitrust Litigation*, No. 07-5944 SC (N.D. Cal.), MDL No. 1917, and requests to be removed from the service list in the above captioned matter. Thomson Consumer Electronics, Inc. and Thomson SA continue to be represented by other attorneys at Faegre Drinker Biddle & Reath LLP.

DATED:  May 21, 2020

/s/ Calvin L. Litsey
Kathy L. Osborn (*pro hac vice*)
Ryan M. Hurley (*pro hac vice*)
Anna Konradi Behrmann (*pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
300 N. Meridian Street, Suite 2500
Indianapolis, IN  46204
Telephone: +1 317-237-0300
Facsimile: +1 317-237-1000
kathy.osborn@Faegredrinker.com
ryan.hurley@Faegredrinker.com
anna.behrman@Faegredrinker.com

Jeffrey S. Roberts (*pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
1144 Fifteenth Street, Suite 3400
Denver, Colorado 80202
Telephone: +1 303-607-3500
Facsimile:  +1 303-607-3600
jeff.roberts@Faegredrinker.com

Emily E. Chow (pro hac vice)
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo
90 S. Seventh Street
Minneapolis, MN  55402
Telephone: +1 612-766-7000
Facsimile:  +1 612-766-1600
emily.chow@Faegredrinker.com

Calvin L. Litsey (SBN 289659)
FAEGRE DRINKER BIDDLE & REATH LLP
1950 University Avenue, Suite 450
East Palo Alto, CA  94303-2279
Telephone: +1 650-324-6700
Facsimile: +1 650-324-6701
calvin.litsey@Faegredrinker.com

***Attorneys for Defendants Thomson Consumer Electronics, Inc. and Thomson SA***

**CERTIFICATE OF SERVICE**

On May 21, 2020, I caused a copy of **NOTICE OF WITHDRAWAL OF CALVIN L. LITSEY** to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 2, 2008.

*s/ Calvin L. Litsey*
Calvin L. Litsey