Jane Becker Whitaker, PR-Bar Num. 9352
Becker Vissepo, PSC
1225 Ponce de Leon, Suite 1102
San Juan, PR 00907
Tel. 787 945.2406
jbw@beckervissepo.com
janebeckerwhitaker@gmail.com

J. Barton Goplerud
Shindler, Anderson, Goplerud & Weese, P.C.
5015 GRAND RIDGE DRIVE, SUITE 100
WEST DES MOINES
IA 50265
Tel: (515) 223-4567
goplerud@sagwlaw.com

John A. Girardi
Girardi/Keese
1126 Wilshire Blvd.
Los Angeles, CA 90017
Tel. (213) 262-6777
Email: jgirardi@girardikeese.com

*Counsel for Intervenor Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 |
| | Case No. 07-cv-5944 JST |
| This Document Relates To:<br><br>ALL INDIRECT PURCHASER ACTIONS | **REQUEST FOR AN ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Hearing Date:   TBD<br>Time:                 2:00 p.m.<br>Courtroom:       9, 19th Floor<br>Judge:               Honorable Jon S. Tigar |

MDL No. 1917
Case No. 07-cv-5944-JST
REQUEST FOR AN ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE

**TO THE HONORABLE COURT ALL PARTIES AND THEIR ATTORNEYS:**

COMES NOW the Government of Puerto very respectfully asks this Court to set an initial case management conference under United States District Court Northern District of California Civil Local Rule 16-2, for the next available date and time that is agreeable to the Court.

On January 10, 2013, Indirect Purchaser Plaintiff ("IPP") filed the Fourth Consolidated Amended Complaint ("FCAC"), which asserts damages claims on behalf of class representative plaintiffs in twenty-two states that have authorized indirect purchasers to seek damages for antitrust overcharges under the laws of those respective states. ECF No. 1526.

On December 18, 2018, the Commonwealth of Puerto Rico filed its *parens patriae* lawsuit on behalf of its citizens. The Commonwealth of Puerto Rico were not included in any of the previously filed private complaints because Puerto Rico antitrust law does not recognize a legal claim for indirect purchasers, whether brought directly by its citizens or by the Commonwealth on their behalf. However, Puerto Rico law does recognize the legal remedy of unjust enrichment which serves the same end. As such, Intervenor Plaintiff filed its case in Commonwealth court, which Defendants removed on March 18, 2019.

On October 16, 2019, the JPML entered a Conditional Transfer Order incorporating Plaintiff's action to the CRT MDL and transferring the case to the Northern District of California. (MDL No. 1917 D.E. 108). On October 17, 2019, Defendant LG Electronics U.S.A., Inc. (LGEUS) filed a Notice of Opposition to the Conditional Transfer Order (MDL No. 1917 D.E. 110). On November 1, 2019, LGEUS filed its Motion to Vacate the Conditional Transfer Order. (MDL No. 1917 D.E. 118).

On February 5, 2020, the MDL panel denied LG's Motion to Vacate and approved the transfer of this case to this Court "for coordinated or consolidated pretrial proceedings." The transfer was entered on this Court's docket on February

6, 2020. Docket 5686. The Court held, in part, "that the that transfer under 28 U.S.C. § 1407 will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation."

Moreover, that the Northern District of California "was an appropriate Section 1407 forum for actions sharing factual questions arising out of allegations that defendants—manufacturers of cathode ray tubes (CRTs) and products containing CRTs—conspired to fix prices of CRT products in violation of the Sherman Antitrust Act. *See In re Cathode Ray Tube (CRT) Antitrust Litig.*,., 536 F. Supp. 2d 1364, 1364 (J.P.M.L. 2008). Like the plaintiffs in the MDL, plaintiff in Puerto Rico alleges that manufacturers of CRTs and CRT products conspired to fix, raise, maintain, or stabilize the prices of CRT products sold in the United States. Although plaintiff asserts an unjust enrichment claim rather than an antitrust claim, different legal theories present no bar to transfer under Section 1407 where common factual issues exist. *See In re Bank of New York Mellon Corp. Foreign Exch. Transactions Litig.*, 857 F. Supp. 2d 1371, 1372–73 (J.P.M.L. 2012)." Docket 5686.

The United States District Court Northern District of California Civil Local Rule 16-2(c) states that "when a civil action is transferred to this district, the Court shall issue to the plaintiff an Order Setting Initial Case Management Conference, as described in subsection (a). As such, the Government of Puerto Rico respectfully asks this Court to set a case management conference so that coordinated or consolidated pretrial proceedings can begin.

Dated: May 26, 2020

/s/John A. Girardi
John A. Girardi
Girardi/Keese
1126 Wilshire Blvd.
Los Angeles, CA 90017
Tel. (213) 262-6777
Email: jgirardi@girardikeese.com

**ATTORNEY FOR PLAINTIFF**

Case No. 07-cv-5944-JST
REQUEST FOR AN ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 1126 Wilshire Boulevard, Los Angeles, CA 90017-1904.

ON MAY 26,2020 , I SERVED TRUE COPIES OF THE FOLLOWING DOCUMENT(S) DESCRIBED AS **REQUEST FOR AN ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE** ON THE INTERESTED PARTIES IN THIS ACTION AS FOLLOWS:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 26, 2020 , at Los Angeles, California.

*/s/ Kali v. Fournier*
Kali V. Fournier

MDL No. 1917
Case No. 07-cv-5944-JST
REQUEST FOR AN ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE