UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION <br><br> This Document Relates To: <br><br> Government of Puerto Rico, et al., <br><br>    Plaintiff, <br><br> v. <br><br> Panasonic Corp. of North America, et al., <br><br>    Defendants. | Case No. 07-cv-05944-JST <br><br> **ORDER GRANTING REQUEST FOR CASE MANAGEMENT CONFERENCE** <br><br> Re: ECF No. 5729 |

The Government of Puerto Rico's request for a case management conference is granted. ECF No. 5729. The Court hereby sets a case management conference for June 24, 2020 at 9:30 a.m. The parties shall submit a joint case management statement by June 17, 2020.

**IT IS SO ORDERED.**

Dated: June 4, 2020



JON S. TIGAR
United States District Judge