

Craig A. Schuler
308 Campbell Ave.
Doniphan, NE 68832

7020 0090 0001 4635 5455

CLASS ACTION CLERK
UNITED STATES DISTRICT COURT for the
NORTHERN DISTRICT OF CALIFORNIA
1301 CLAY STREET, SUITE 400 S
OAKLAND, CA 94612

RECEIVED
MAY 29 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

02 1P
0004748906   MAY 29 2020
MAILED FROM ZIP CODE 68832
$006.95⁰