1
2
3
4
5
6
7
8
9
10

11                        UNITED STATES DISTRICT COURT

12                       NORTHERN DISTRICT OF CALIFORNIA

13                                OAKLAND DIVISION

14

| 15 | **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 4:07-cv-5944-JST |
|---|---|---|
| 16 | | MDL No. 1917 |
| 17 | | **[PROPOSED] ORDER GRANTING MOTION TO INTERVENE TO PRESENT OBJECTIONS TO IPP SETTLEMENTS AND APPEAL A FINAL JUDGMENT IF JUDGMENT IS ENTERED** |
| 18 | This Document Relates to: | |
| 19 | All Indirect Purchaser Actions | |
| 20 | | |
| 21 | | Judge:    Honorable Jon S. Tigar |

22
23
24
25
26
27
28

1  The Motion of Tyler Ayres, Mike Bratcher, Nikki Crawley, Jay Erickson, Harry
2  Garavanian, John Heenan, Hope Hitchcock, D. Bruce Johnson, Jeff Johnson, Kerry Murphy, Chris
3  Seufert, Robert Stephenson, Gary Talewsky, and William Trentham, (the "ORS Plaintiffs") and
4  Eleanor Lewis ("NRS Plaintiffs") to Intervene to Present Objections to IPP Settlements and
5  Appeal a Final Judgment if Judgment is Entered was submitted on the papers [*or* came on
6  regularly for hearing on July 22, 2020]. The Court, having carefully considered the papers and
7  pleadings on file and oral arguments of counsel, hereby GRANTS the motion.
8  It is hereby ORDERED that:
9  Tyler Ayres, Mike Bratcher, Nikki Crawley, Jay Erickson, Harry Garavanian, John
10 Heenan, Hope Hitchcock, D. Bruce Johnson, Jeff Johnson, Kerry Murphy, Chris Seufert, Robert
11 Stephenson, Gary Talewsky, William Trentham and Eleanor Lewis may intervene in the above-
12 captioned action for the purpose of advancing their timely-filed objections (Dkt. 5732) and in
13 order to appeal the denial of those objections, if final judgment approving the proposed settlements
14 is entered.

**IT IS SO ORDERED.**

Dated: _____           _____
                                                                       Honorable Jon S. Tigar
                                                                       United States District Judge

---

1

[PROPOSED] ORDER GRANTING MOTION TO INTERVENE
Case No. 4:07-cv-5944, MDL No. 1917