Francis O. Scarpulla (41059)
Patrick B. Clayton (240191)
Law Offices of Francis O. Scarpulla
456 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 788-7210
Facsimile: (415) 788-0706
fos@scarpullalaw.com
pbc@scarpullalaw.com
*Interim Co-Lead Counsel for the ORS Subclass*

Theresa D. Moore (99978)
Law Offices of Theresa D. Moore
One Sansome Street, 35th Floor
San Francisco, CA 94104
Telephone: (415) 613-1414
tmoore@aliotolaw.com
*Interim Co-Lead Counsel for the ORS Subclass*

Tracy R. Kirkham (69912)
John D. Bogdanov (215830)
Cooper & Kirkham, P.C.
357 Tehama Street, Second Floor
San Francisco, CA 94103
Telephone: (415)788-3030
Facsimile: (415) 882-7040
trk@coopkirk.com
jdb@coopkirk.com
*Interim Lead Counsel for the NRS Subclass*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 4:07-cv-5944-JST<br><br>MDL No. 1917<br><br>**DECLARATION OF THERESA D. MOORE IN SUPPORT OF OBJECTIONS TO AMENDED SETTLEMENT AGREEMENTS**<br><br>Hearing Date: July 8, 2020<br>Time:         TBA<br>Courtroom:  6, 2nd Floor<br>Judge:        Hon. Jon S. Tigar |

1     I, Theresa D. Moore, declare as follows:

2     1. I am co-lead counsel for the ORS subclass in the above-captioned case. I make this declaration in support of the Objections to Amended Settlement Agreements filed as Dkt. 5732 on behalf of certain ORS plaintiffs, including Gary Talewsky and Harry Garavanian. I have personal knowledge of the facts stated in this declaration and, if called as a witness, I could and would testify competently to them.

    2. Attached hereto as Exhibit 1 is a true and correct copy of Declaration of Gary Talewsky in Support of Objection to the Proposed Class Action Settlement Agreement and Motion for Attorney Fees by Objector Rockhurst University and Objector Gary Talewsky and Objector Harry Garavanian, filed as Dkt. 4113-2.

    3. Exhibit 1 contains Mr. Talewsky's address, proof of CRT product purchase to demonstrate class membership, and signature.

    4. Attached hereto as Exhibit 2 is a true and correct copy of Declaration of Harry Garavanian in Support of Objection to the Proposed Class Action Settlement Agreement and Motion for Attorney Fees by Objector Rockhurst University and Objector Gary Talewsky and Objector Harry Garavanian, filed as Dkt. 4113-3.

    5. Exhibit 2 contains Mr. Garavanian's address, proof of CRT product purchase to demonstrate class membership, and signature.

    6. Although both declarations are already in the record for this case, I attach the documents hereto in an abundance of caution as they relate to the Objections to Amended Settlement Agreements.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of June 2020 in San Francisco, CA.

                                              */s/ Theresa Driscoll Moore*
                                                Theresa Driscoll Moore, Esq.

# EXHIBIT 1

| | |
|---|---|
| 1 | Theresa D. Moore (99978) |
| | Jill T. Lin (284962) |
| 2 | Attorneys At Law |
| | c/o **ALIOTO LAW FIRM** |
| 3 | One Sansome Street, 35th Floor |
| | San Francisco, CA 94104 |
| 4 | Telephone: (415) 434-8900 |
| | Facsimile: (415) 434-9200 |
| 5 | tmoore@aliotolaw.com |
| 6 | *Counsel for Objectors* |
| | *Rockhurst University* |
| 7 | *Gary Talewsky* |
| | *Harray Garavanian* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Case No. 3:07-cv-5944<br>MDL No. 1917 |
| | **CLASS ACTION** |
| This Document Relates to:<br><br>All Indirect Purchaser Actions | **DECLARATION OF GARY TALEWSKY_IN SUPPORT OF OBJECTION TO THE PROPOSED CLASS ACTION SETTLEMENT AGREEMENT AND MOTION FOR ATTORNEY FEES BY OBJECTOR ROCKHURST UNIVERSITY AND OBJECTOR GARY TALEWSKY AND OBJECTOR HARRY GARAVANIAN**<br><br>Judge: Honorable Samuel Conti<br>Courtroom One, 17th Floor |

**DECLARATION OF GARY TALEWSKY IN SUPPORT OF OBJECTION TO THE PROPOSED CLASS ACTION SETTLEMENT AGREEMENT AND MOTION FOR ATTORNEY FEES BY OBJECTOR ROCKHURST UNIVERSITY, GARY TALEWSKY, AND HARRY GARAVANIAN**
Case No. 3:07-cv-5944, MDL No. 1917

I, Gary Talewsky, declare from my own personal knowledge and on information and belief, as follows:

1. I have been an owner of a Travel Agency, and am a Travel Agent. I reside and work in Massachusetts, and book travel and airline tickets among other services;

2. My address is 95 Washington Street, Suite 104-312, Canton, MA 02021, and my telephone number is (781) 471-2310;

3. I am a member of the CRT class;

4. I have purchased multiple CRT products for my own use, and for the use of my business, and not for resale between March 1, 1995 and November 25, 2007;

5. I have purchased these CRT products in Massachusetts;

6. I purchased these products from a retailer or someone other than a Defendant or co-conspirator;

7. I have purchased 18 CRT computer monitors for my office;

8. I have purchased 4 CRT computer screens for my home;

9. I have purchased 5 standard CRT televisions.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 7th day of October, 2015, in Bankok, Thailand.

_/S/_

Gary Talewsky

**ATTESTATION**

Pursuant to General Order No. 45, § X(B), regarding signatures, I attest that I have obtained the concurrence in the filing of this document from the signatory.

_/S/ Theresa D. Moore_

*Counsel for Objector Gary Talewsky*

---

1

**DECLARATION OF GARY TALEWSKY IN SUPPORT OF OBJECTION TO THE PROPOSED CLASS ACTION SETTLEMENT AGREEMENT AND MOTION FOR ATTORNEY FEES BY OBJECTOR ROCKHURST UNIVERSITY, GARY TALEWSKY, AND HARRY GARAVANIAN**
Case No. 3:07-cv-5944, MDL No. 1917

# EXHIBIT 2

| | |
|---|---|
| 1 | Theresa D. Moore (99978) |
| | Jill T. Lin (284962) |
| 2 | Attorneys At Law |
| | c/o **ALIOTO LAW FIRM** |
| 3 | One Sansome Street, 35th Floor |
| | San Francisco, CA 94104 |
| 4 | Telephone: (415) 434-8900 |
| | Facsimile: (415) 434-9200 |
| 5 | tmoore@aliotolaw.com |
| 6 | *Counsel for Objectors* |
| | *Rockhurst University and* |
| 7 | *Gary Talewsky* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 3:07-cv-5944 MDL No. 1917 |
| | **CLASS ACTION** |
| This Document Relates to: | DECLARATION OF HARRY GARAVANIAN IN SUPPORT OF OBJECTION TO THE PROPOSED CLASS ACTION SETTLEMENT AGREEMENT AND MOTION FOR ATTORNEY FEES BY OBJECTOR ROCKHURST UNIVERSITY AND OBJECTOR GARY TALEWSKY AND OBJECTOR HARRY GARAVANIAN |
| All Indirect Purchaser Actions | |
| | Judge: Honorable Samuel Conti Courtroom One, 17th Floor |

DECLARATION OF HARRY GARAVANIAN IN SUPPORT OF OBJECTION TO THE SETTLEMENT AGREEMENT AND MOTION FOR ATTORNEY FEES AND OBJECTION BY CLASS MEMBER HARRY GARAVANIAN

Case No. 3:07-cv-5944, MDL No. 1917

I, Harry Garavanian, declare from my own personal knowledge and on information and belief, as follows:

1. I have been an owner of a Travel Agency, and am a Travel Agent. I reside and work in Massachusetts, and book travel and airline tickets among other services;

2. My address is 40 Vinal Sq., North Chelmsford, MA 01863, and my telephone number is (978)251-2868 ;

3. I am a member of the CRT class;

4. I have purchased multiple CRT products for my own use, and for the use of my business, and not for resale between March 1, 1995 and November 25, 2007;

5. I have purchased these CRT products in Massachusetts;

6. I purchased these products from a retailer or someone other than a Defendant or co-conspirator;

7. I have purchased 5 CRT computer monitors;

8. I have purchased 1 CRT television.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 8th day of October, 2015, in North Chelmsford, MA.

_____
Harry Garavanian

---

1

DECLARATION OF HARRY GARAVANIAN IN SUPPORT OF OBJECTION TO THE SETTLEMENT AGREEMENT AND MOTION FOR ATTORNEY FEES AND OBJECTION BY CLASS MEMBER HARRY GARAVANIAN
Case No. 3:07-cv-5944, MDL No. 1917