1   Brian Y. Chang (SBN 287757)
    EIMER STAHL LLP
2   99 South Almaden Boulevard
    Suite 662
3   San Jose, CA 95113
    Telephone: 669.231.8755
4   Facsimile:  312. 692.1718
    bchang@eimerstahl.com
5
    Nathan P. Eimer (*Pro Hac Vice forthcoming*)
6   Vanessa G. Jacobsen (*Pro Hac Vice forthcoming*)
    EIMER STAHL LLP
7   224 South Michigan Avenue, Suite 1100
    Chicago, IL  60604
8   Telephone: 312.660.7600
    Facsimile:  312. 692.1718
9   neimer@eimerstahl.com
    vjacobsen@eimerstahl.com
10
    *Counsel for Defendant LG Electronics USA, Inc.*
11

12

13                    **UNITED STATES DISTRICT COURT**

14                  **NORTHERN DISTRICT OF CALIFORNIA**

15                          **OAKLAND DIVISION**

16
    IN RE: CATHODE RAY TUBE (CRT)          Case No. 4:07-cv-05944 JST (MDL No. 1917)
17  ANTITRUST LITIGATION

18  _____       **NOTICE OF APPEARANCE**

19  This Document Relates to:              Honorable Jon S. Tigar

20  Government of Puerto Rico, et al.,

        Plaintiff,
21
      v.
22
    Panasonic Corp. of North America, et al.,
23
        Defendants.
24  _____

25

26

27

28

1    TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

2    PLEASE TAKE NOTICE that attorney Brian Y. Chang (bchang@eimerstahl.com), of the law

3    firm Eimer Stahl LLP, 99 South Almaden Boulevard, Suite 662, San Jose, California 95113, a

4    member of the State Bar of California and admitted to practice before this Court, hereby enters his

5    appearance in the above-captioned matter as counsel for Defendant LG Electronics USA, Inc.

6

7    Dated:  June 17, 2020                                    Respectfully Submitted,

8                                                             By: /s/ *Brian Y. Chang*

9                                                             Brian Y. Chang (SBN 287757)
                                                              Eimer Stahl LLP
10                                                            99 South Almaden Boulevard
                                                              Suite 662
11                                                            San Jose, CA 95113
                                                              Telephone: 669.231.8755
12                                                            Facsimile:  312.692.1718
                                                              bchang@eimerstahl.com
13
                                                              Nathan P. Eimer (*Pro Hac Vice forthcoming*)
14                                                            Vanessa G. Jacobsen (*Pro Hac Vice forthcoming*)
                                                              Eimer Stahl LLP
15                                                            224 South Michigan Avenue, Suite 1100
                                                              Chicago, IL  60604
16                                                            Telephone: 312.660.7600
                                                              Facsimile:  312.692.1718
17                                                            neimer@eimerstahl.com
                                                              vjacobsen@eimerstahl.com
18
                                                              *Counsel for Defendant LG Electronics USA, Inc.*
19

20

21

22

23

24

25

26

27

28

1
## **CERTIFICATE OF SERVICE**

2          I hereby certify that on June 17, 2020, I caused the foregoing Notice of Appearance of

3    Counsel to be electronically filed with the Clerk of the Court using the CM/ECF system, which will

4    automatically send email notification of such filing to all registered counsel of record.

5

6                                                   By: /s/ *Brian Y. Chang*

7                                                     Brian Y. Chang (SBN 287757)
                                                      Eimer Stahl LLP
8                                                     99 South Almaden Boulevard
                                                      Suite 662
9                                                     San Jose, CA 95113

10                                                   *Counsel for Defendant LG Electronics USA, Inc.*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28