Reset Form

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

In re: CATHODE RAY TUBE (CRT)            )
ANTITRUST LITIGATION                     )    Case No: 4:07-cv-05944 (MDL No. 1917)
                        Plaintiff(s),    )
                                         )    **APPLICATION FOR**
          v.                             )    **ADMISSION OF ATTORNEY**
This Document Relates to:                )    **PRO HAC VICE**
Gov't of Puerto Rico v. Panasonic Corp. NA et al )    (CIVIL LOCAL RULE 11-3)
                        Defendant(s).    )
                                         )

I, Nathan P. Eimer, an active member in good standing of the bar of Illinois, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: LG Electronics USA, Inc. in the above-entitled action. My local co-counsel in this case is Brian Y. Chang, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 224 South Michigan Avenue, Suite 1100 Chicago, IL 60604 | 99 South Almaden Boulevard, Suite 1100 San Jose, CA 95113 |
| MY TELEPHONE # OF RECORD: (312) 660-7600 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (669) 231-8755 |
| MY EMAIL ADDRESS OF RECORD: neimer@eimerstahl.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: bchang@eimerstahl.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: IL 00735353.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 06/17/20

                                            Nathan P. Eimer
                                            APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Nathan P. Eimer is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

                                            UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER                          *October 2012*