Jane Becker Whitaker, PR-Bar Num. 9352
Becker Vissepo, PSC
1225 Ponce de Leon, Suite 1102
San Juan, PR 00907
Tel. 787 945.2406
jbw@beckervissepo.com
janebeckerwhitaker@gmail.com

J. Barton Goplerud
Shindler, Anderson, Goplerud & Weese, P.C.
5015 GRAND RIDGE DRIVE, SUITE 100
WEST DES MOINES
IA 50265
Tel: (515) 223-4567
goplerud@sagwlaw.com

John A. Girardi
Girardi/Keese
1126 Wilshire Blvd.
Los Angeles, CA 90017
Tel. (213) 262-6777
Email: jgirardi@girardikeese.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 |
| | Case No. 07-cv-5944 JST |
| This Document Relates To: | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 3-15) |
| ALL INDIRECT PURCHASER ACTIONS | Judge: Honorable Jon S. Tigar |

**TO THE COURT ALL PARTIES OF RECORD:**

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

| PARTY | CONNECTION/INTEREST |
|---|---|
| The Government of Puerto Rico | Plaintiff |

**ATTORNEYS FOR THE GOVERNMENT OF PUERTO RICO**
Jane Becker Whitaker, PR-Bar Num. 9352
Becker Vissepo, PSC
1225 Ponce de Leon, Suite 1102
San Juan, PR 00907
Tel. 787 945.2406
jbw@beckervissepo.com

J. Barton Goplerud
Shindler, Anderson, Goplerud & Weese, P.C.
5015 GRAND RIDGE DRIVE, SUITE 100
WEST DES MOINES, IA 50265
Tel: (515) 223-4567
goplerud@sagwlaw.com

John A. Girardi
Girardi/Keese
1126 Wilshire Blvd. Los Angeles, CA 90017
Tel. (213) 262-6777
Email: jgirardi@girardikeese.com

Dennise N. Longo Quiñones
Attorney General for the Government of Puerto Rico
PO Box 9020192, San Juan, PR, 00902-0192
Tel: 787-721-2900

Case No. 07-cv-5944-JST
CERTIFICATION AND NOTICE OF INTERESTED PARTIES

1  DATED: June 17, 2020

         By: _____

**GIRARDI | KEESE**
1126 Wilshire Blvd.
 Los Angeles, CA 90017
Tel. (213) 262-6777
jgirardi@girardikeese.com

Case No. 07-cv-5944-JST
CERTIFICATION AND NOTICE OF INTERESTED PARTIES

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 1126 Wilshire Boulevard, Los Angeles, CA 90017-1904.

On June 17, 2020, I served true copies of the following document(s) described as **CERTIFICATE OF INTERESTED PARTIES** on the interested parties in this action as follows:

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 17, 2020, at Los Angeles, California.

/s/ Kali V. Fournier
Kali V. Fournier

Case No. 07-cv-5944-JST
CERTIFICATION AND NOTICE OF INTERESTED PARTIES