R. Christopher Gilreath (BPR#18667)
GILREATH & ASSOCIATES, PLLC
200 Jefferson Avenue, Suite 711
Memphis, TN 38103
(901) 527-0511 *telephone*
(901) 527-0514 *facsimile*
cgilreath@sidgilreath.com

*Attorney for Indirect Purchaser Objectors*
*Alicia Schnieder and Kirby Thornton*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-05944-JST<br><br>**NOTICE OF APPERANCE OF**<br>**R. CHRISTOPHER GILREATH** |
| This Document Relates to:<br><br>INDIRECT PURCHASER ACTIONS FOR THE 22 STATES | |

Notice is hereby given that R. Christopher Gilreath, Gilreath & Associates, PLLC enters his appearance on behalf of indirect purchaser objectors Alicia Schnieder and Kirby Thornton in the above-referenced action.

Respectfully submitted this 18th day of June, 2020.

                                                /s/ R. Christopher Gilreath
                                                R. Christopher Gilreath

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Appearance was served upon all counsel of record via the Court's ECF system, this 18th day of June, 2020.

/s/ R. Christopher Gilreath
R. Christopher Gilreath