R. Christopher Gilreath (BPR#18667)
GILREATH & ASSOCIATES, PLLC
200 Jefferson Avenue, Suite 711
Memphis, TN 38103
(901) 527-0511 *telephone*
(901) 527-0514 *facsimile*
cgilreath@sidgilreath.com

*Attorney for Indirect Purchaser Objectors*
*Alicia Schnieder and Kirby Thornton*

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-05944-JST |
| | **NOTICE OF FILING OF OBJECTIONS AND DECLARATION** |
| This Document Relates to: | |
| INDIRECT PURCHASER ACTIONS FOR THE 22 STATES | |

    COMES NOW R. Christopher Gilreath, Gilreath & Associates, PLLC on behalf of objectors Alicia Schnieder and Kirby Thornton, and gives notice of the filing of their objections to the 2016 Settlements as indirect purchasers, as well as the Declaration of R. Christopher Gilreath in support of this notice.

    Respectfully submitted this 18th day of June, 2020.

/s/ R. Christopher Gilreath
R. Christopher Gilreath

-1-
Notice of Filing of Objections and Declaration – No. 07-cv-05944-JST

-2-

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Appearance was served upon all counsel of record via the Court's ECF system, this 18th day of June, 2020.

/s/ R. Christopher Gilreath
R. Christopher Gilreath
