UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION

Plaintiff(s),

v.

This Document Relates to:

Gov't of Puerto Rico v. Panasonic Corp. NA et al

Defendant(s).

Case No: 4:07-cv-05944 (MDL No. 1917)

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Nathan P. Eimer, an active member in good standing of the bar of Illinois, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: LG Electronics USA, Inc. in the above-entitled action. My local co-counsel in this case is Brian Y. Chang, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My address of record: | Local co-counsel's address of record: |
|---|---|
| 224 South Michigan Avenue, Suite 1100<br>Chicago, IL 60604 | 99 South Almaden Boulevard, Suite 1100<br>San Jose, CA 95113 |
| My telephone # of record:<br>(312) 660-7600 | Local co-counsel's telephone # of record:<br>(669) 231-8755 |
| My email address of record:<br>neimer@eimerstahl.com | Local co-counsel's email address of record:<br>bchang@eimerstahl.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: IL 00735353.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 06/17/20

Nathan P. Eimer
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Nathan P. Eimer is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: June 19, 2020

JON S. TIGAR
United States District Judge