Patricia N. Syverson (State Bar No. 203111)
BONNETT FAIRBOURN FRIEDMAN
   & BALINT, PC
600 W. Broadway, Suite 900
San Diego, CA 92101
Telephone: 619-798-4292
Fax: (602) 274-1199
E-mail: psyverson@bffb.com

*Attorneys for Indirect Purchaser Plaintiff*
   *Lawyers' Choice Suites, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 4:07-cv-05944 JST |
| | MDL 1917 |
| This document relates to: | **NOTICE OF APPEARANCE OF PATRICIA N. SYVERSON** |
| ALL INDIRECT PURCHASER ACTIONS | The Honorable Jon S. Tigar |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE THAT Patricia N. Syverson of Bonnett Fairbourn Friedman & Balint, PC, hereby enters her appearance as counsel for Indirect Purchaser Plaintiff Lawyers' Choice Suites, Inc. in the above-captioned action.  I am admitted to practice in the United States District Court for the Northern District of California.  I respectfully request service of all documents filed in this action through the court's CM/ECF system.

1  DATED: June 22, 2020.         /s/ *Patricia N. Syverson*
                                 Patricia N. Syverson (CA Bar No. 203111)
2                                Bonnett Fairbourn Friedman & Balint, PC
                                 600 W. Broadway
3                                Suite 900
4                                San Diego, CA 92101

5
6                                *Attorneys for Indirect Purchaser Plaintiff
                                 Lawyers' Choice Suites, Inc.*
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28