```
Court Name: U.S. District Court, NDCA
Division: 4
Receipt Number: 44611016889
Cashier ID: lenahac
Transaction Date: 06/23/2020
Payer Name: Bongisnore Trial Lawyers PLL
C
----------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: Anthony Gianasca
 Case/Party: D-CAN-4-07-CV-005944-001
 Amount:         $505.00
----------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 3953
 Amt Tendered:   $505.00
----------------------------------
Total Due:       $505.00
Total Tendered:  $505.00
Change Amt:      $0.00

JST

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```