Mario N. Alioto (56433)
Joseph M. Patane (72202)
Lauren C. Capurro (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2280 Union Street
San Francisco, CA 94123
Telephone: 415-563-7200
Facsimile: 415- 346-0679
Email: malioto@tatp.com
jpatane@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the Indirect Purchaser Plaintiffs for the 22 States*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 4:07-cv-05944-JST<br>Case No. 4:13-cv-03234-JST<br><br>MDL No. 1917<br><br>**PROPOSED ORDER GRANTING INDIRECT PURCHASER PLAINTIFFS' MOTION TO STRIKE AND FOR SANCTIONS**<br><br>Courtroom: 6, 2nd Floor (Oakland)<br>Judge: Honorable Jon S. Tigar |
| This Document Relates to:<br><br>INDIRECT PURCHASER ACTIONS FOR THE 22 STATES | |

The Indirect Purchaser Plaintiffs ("IPPs") motion to strike (1) the Response in Further Support of Objections to Settlements and Award of Attorneys' Fees, ECF No. 5579; (2) the Statements of Objection filed by Gloria Comeaux (ECF No. 5741), Jeff Speaect (ECF No. 5755), and Alicia Jeanne Schnieder (ECF No. 5766-1); and (3) the Declaration of Theresa D. Moore In Support of Objections to Amended Settlement Agreements, ECF No. 5756, and for sanctions against Mr. Bonsignore, came on for hearing on August 12, 2020 before this Court, the Honorable Jon S. Tigar presiding.

Having considered the Notice of Motion, the supporting and opposing papers submitted in connection with the motion, and the arguments of counsel, as well as all other matters presented to the Court, and for good cause shown, IT IS HEREBY ORDERED that the Motion to Strike and For Sanctions is GRANTED, as follows:

1. The Response in Further Support of Objections to Settlements and Award of Attorneys' Fees, ECF No. 5579, was unauthorized and untimely and is therefore stricken.
2. The Statement of Objection by Gloria Comeaux, ECF No. 5741, is stricken for providing an incorrect address in her objection.
3. The Statement of Objection by Alicia Jeanne Schnieder, ECF No. 5766-1, is stricken for providing an incorrect address in her objection.
4. The Statement of Objection by Jeff Speaect, ECF No. 5755, is stricken for failing to prove that Mr. Speaect personally signed his objection.
5. The Declaration of Theresa D. Moore In Support of Objections to Amended Settlement Agreements, ECF No. 5756 was untimely and is therefore stricken.
6. Attorney Robert Bonsignore unreasonably and vexatiously multiplied and delayed the proceedings in violation of 28 U.S.C. § 1927. Pursuant to Section 1927 and this Court's inherent powers, Mr. Bonsignore is hereby ordered to pay $15,620 to Trump, Alioto, Trump & Prescott, LLP, which are the excess fees caused by his conduct. Payment is to be made within thirty (30) days of entry of this Order.

//
//

**IT IS SO ORDERED.**

Dated: _____          _____
                                   Hon. Jon S. Tigar
                                   United States District Judge