UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: July 8, 2020                                                                                  Judge:  Jon S. Tigar

Time:  15 minutes

Case No.        **4:07-cv-05944-JST**
Case Name    **MDL No. 1917 In Re: Cathode Ray Tube (CRT) Antitrust Litigation**

| | |
|---|---|
| Attorneys for IPP Plaintiffs: | Mario Alioto, Lauren Capurro, Joseph Goldberg |
| Attorney for Samsung SDI Defendant: | Andrew Rhys Davies |
| Attorney for Objectors: | Robert Bonsignore |
| Attorney for Non-Repealer States: | Tracy Kirkham |
| Counsel for Other Repealer States: | Theresa Moore |

Deputy Clerk: Mauriona Lee                                                Court Reporter: Raynee Mercado

PROCEEDINGS

Motion for Final Approval of Class Settlement – held.

RESULT OF HEARING

1. Hearing held via Zoom videoconference.
2. Argument heard from parties. Motion taken under submission. Written order to issue.