Attorney appearances

Counsel for Hitachi Defendants:

Eliot A. Adelson

Counsel for Panasonic Defendants:

Eva W. Cole

Kevin B. Goldstein

David Yolkut

David L. Yohai

Counsel for Philips Defendants:

Erik T. Koons

John M. Taladay

Counsel for Samsung SDI Defendants:

Andrew Rhys Davies

John Roberti

Counsel for TDA:

Donald A. Wall

Counsel for Thomson:

Kathy L. Osborn

Jeffrey S. Roberts

Counsel for Toshiba Defendants:

Christopher M. Curran

Dana E. Foster

Matthew N. Frutig

Counsel for Indirect Purchaser Plaintiffs for the 22 States:

Mario N. Alioto

Lauren C. Capurro

Joseph Goldberg

Sylvie K. Kern

Christopher C. Micheletti

Daniel Hume

Robert J. Gralewski (bgralewski@kmllp.com)

Counsel for Other Repealer States:

Francis O. Scarpulla

Patrick B. Clayton

Theresa D. Moore

Counsel for Non-Repealer States:

Tracy R. Kirkham

John D. Bogdanov

Counsel for Financial Recovery Services Inc:

Jeffrey L. Bornstein

Michael Epstein, President of FRS,

Jeffrey Leibell, Chief Legal Officer,

Micheal Noonan

Lisa Sleboda

Robert Bonsignore

Joseph Alioto

Marsha Mason

Chris Gilreath