Jane Becker Whitaker, PR-Bar Num. 9352
Becker Vissepo, PSC
1225 Ponce de Leon, Suite 1102
San Juan, PR 00907
Tel. 787 945.2406
jbw@beckervissepo.com
janebeckerwhitaker@gmail.com

J. Barton Goplerud
Shindler, Anderson, Goplerud & Weese, P.C.
5015 GRAND RIDGE DRIVE, SUITE 100
WEST DES MOINES
IA 50265
Tel: (515) 223-4567
goplerud@sagwlaw.com

John A. Girardi
Girardi/Keese
1126 Wilshire Blvd.
Los Angeles, CA 90017
Tel. (213) 262-6777
Email: jgirardi@girardikeese.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917<br><br>Case No. 07-cv-5944 JST<br><br>**DECLARATION OF JANE BECKER IN SUPPORT OF THE GOVERNMENT OF PUERTO RICO'S MOTION TO SERVE FOREIGN DEFENDANTS THROUGH THEIR UNITED STATES-BASED COUNSEL UNDER FEDERAL RULE CIVIL PROCEDURE 4(F)(3)**<br><br>Courtroom:   9, 19th Floor<br>Judge:          Honorable Jon S. Tigar |
| This Document Relates To:<br><br>This Document Relates To:<br>*Government of Puerto Rico v. Panasonic Corporation of North America, et al, Orig C.A No. 3:19-01246* | |

MDL No. 1917
Case No. 07-cv-5944-JST

DECLARATION OF JANE BECKER

**DECLARATION OF JANE BECKER**

I, JANE BECKER, declare as follows:

1. I am a partner at Becker Vissepó, PSC, admitted in this case pro hac vice, and admitted in the State of New York, Puerto Rico, the Southern and Eastern Districts of New York, the District of Puerto Rico, and the First, Second, Sixth, and Eighth Circuits. I submit this declaration in compliance with Local Rule 7-5 and in support of the Government of Puerto Rico's motion to serve foreign defendants through their counsel under Federal Rule of Civil Procedure 4(f)(3).

2. I attach as Exhibit 1 a true and correct copy of Transkorean Services Invoice for translation of the summons and Complaint in this case from English into Korean for $13,462.50.

3. I attach as Exhibit 2 a true and correct copy of Suzuki & Myers' invoice for the translation of the summons and Complaint in this case from English into Japanese for $3,938.

4. I attach as Exhibit 3 a true and correct copy of ACTA's invoice for the translation of the summons and Complaint into Chinese for $5,785.

5. I attach as Exhibit 4 a true and correct copy of RITA's invoice for the translation of the summons and Complaint into Portuguese for $3,564.41.

6. I am not able to attach an exhibit with the invoices for the foreign defendants served to date because Girardi Keese has limited operations because of COVID, but summonses were served on Koninklijke Phillips Electronics, N.V. in the Netherlands and Samsung SDI Mexico S.A. de C.V. on May 16, 2019 and March 5, 2019 respectively, and Girardi Keese paid the process server.

7. I attach chart as Exhibit 5 that I have prepared that lists each defendant, its principal location, the status of service, its counsel of record, and the counsel of record's appearance.

8. When the case was removed to the United States District Court for the District of Puerto Rico and Plaintiff then sought to enter this MDL, Plaintiff held off from requesting Letters Rogatory for the foreign Defendants for which the letters were necessary and stopped its activities with its process server until the forum became final.

MDL No. 1917
Case No. 07-cv-5944-JST
DECLARATION OF JANE BECKER

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on this 10th day of July, 2020 in Los Angeles, California.

                                           /s/ Jane Becker
                                          JANE BECKER

MDL No. 1917
Case No. 07-cv-5944-JST

DECLARATION OF JANE BECKER

# EXHIBIT 1

# TransKorean Services

550 N. San Pedro Rd.
San Rafael, CA 94903
USA

www.TransKorean.com
Jacki@TransKorean.com
(510) 914-7596

# Invoice

| Date | Invoice # |
|---|---|
| 3/19/2019 | 19-6097 |

**Bill To**

Attn. Mr. Brandon M. Bohlman
Shindler, Anderson, Goplerud & Weese
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265

| P.O. No. | Terms |
|---|---|
|  | Due on receipt |

| Description | Qty | Unit | Rate | Amount |
|---|---|---|---|---|
| English into Korean Translation with Editing and Proofreading before Delivery | 44,875 | words | 0.30 | 13,462.50 |
| Job: Summons and Complaint |  |  |  |  |
| Requested by: Mr. Barton Goplerud<br>                Ms. Jane Becker Whitaker<br>                Mr. Brandon M. Bohlman |  |  |  |  |
| Deposit Received on Tuesday, February 26, 2019 |  |  | -3,365.63 | -3,365.63 |
| First Batch of Translation (Summons) Delivered on Saturday, March 9, 2019 |  |  |  |  |
| Second and Final Batch of Translation (Complaint) Delivered on Tuesday, March 19, 2019 |  |  |  |  |
| Second Payment Received on Tuesday, March 13, 2019 |  |  | -3,365.63 | -3,365.63 |
| Remaining balance of $6,731.24 is due upon delivery of the Second (Final) Batch of Translation |  |  |  |  |

Tax ID#: 94-3146540
Please indicate our invoice number on your remittance.
Thank you for doing business with us!

**Total** $6,731.24

**Unpaid balances may be subject to a 2% finance fee beginning net 30 days from date of invoice.**

# EXHIBIT 2



# Invoice

PO Box 852, Novi, MI 48376-0852 USA
Phone: +1 (248) 344-0909   Email: office@suzukimyers.com

| Date | Invoice # |
|---|---|
| 3/13/2019 | 23175 |

| Bill To |
|---|
| Shindler, Anderson, Goplerud & Weese P.C.<br>Attn: Mr. Brandon M. Bohlman<br>5015 Grand Ridge Drive, Suite 100<br>West Des Moines, Iowa 50265 |

| Customer Phone |
|---|
| 515-223-4567 |

| P.O. No. | Terms |
|---|---|
|  | COD |

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| TRS 200 | Translation from English to Japanese - COD Complaint (Word File) 17,125 words<br>Job#: 19020605 | 17,125 | 0.23 | 3,938.75 |

| | | | **Total** | $3,938.75 |
|---|---|---|---|---|
| | | | **Balance Due** | $3,938.75 |
| | | | **Due Date** | 3/13/2019 |

# EXHIBIT 3

# Invoice



**Acta Chinese Language Services, LLC**
Legal | Business | Government

PO Box 3884
Gaithersburg, MD 20885, USA

www.actalanguage.com   Phone: (202) 618-2307   Email: info@actalanguage.com   EIN: 27-3445435
Evelyn Yang Garland, President   Maryland Court Certified Interpreter, ATA Certified Translator

| Date | Invoice # |
|---|---|
| 3/15/2019 | 1180 |

| Bill To |
|---|
| Shindler Anderson Goplerud & Weese P.C.<br>5015 Grand Ridge Drive, Suite 100<br>West Des Moines, Iowa 50265 |

| P.O. No. | Terms | Project |
|---|---|---|
|  | Net 14 | 20190124 |

| Item | Description | Rate | Hours/Words | Amount |
|---|---|---|---|---|
| Translation | Translation of 1 document from English into Chinese (Mainland & Taiwan): Puerto Rico - CRT complaint -Certified Translation to English with Header Stamp.docx | 5,480.00 |  | 5,480.00 |
| Translation | Translation of 1 document from English into Chinese (Mainland & Taiwan): SummonsmanydefendantsCRT (1).docx | 110.00 | 2 | 220.00 |
| Notarization service... | Notary and mailing | 85.00 |  | 85.00 |

Please make all checks payable to Acta Chinese Language Services, LLC. Thank you for your business!

**Total**  USD 5,785.00

# EXHIBIT 4



# INVOICE

EIN: 66-081-8961

**RITA**
Ave. Winston Churchill 138
PMB 628
San Juan,  00926-6013
Puerto Rico

**BILL TO**
**Lcda. Jane Becker Whitaker**
Avenida Juan Ponce de León
Union Plaza
San Juan,  00918
Puerto Rico

7875853824
janebeckerwhitaker@gmail.com

| | |
|---|---|
| **Invoice Number:** | 4238 |
| **Invoice Date:** | April 25, 2019 |
| **Payment Due:** | May 25, 2019 |
| **Amount Due (USD):** | **$3,564.41** |

| Product | Quantity | Price | Amount |
|---|---|---|---|
| **Translation**<br>Case: GOBIERNO DE PUERTO RICO A TRAVÉS DE LA SECRETARIA DE JUSTICIA DE PUERTO RICO, WANDA VAZQUEZ GARCED – ELECTRONICS<br><br>ENG/SPA - PORTUGUESE<br><br>Document: Complaint | 17576 | $0.195 | $3,427.32 |

| | |
|---|---|
| **Subtotal:** | $3,427.32 |
| Sales Tax  4%: | $137.09 |
| **Total:** | $3,564.41 |
| **Amount Due (USD):** | **$3,564.41** |

# EXHIBIT 5

| Defendants | Date of Service | Principally Located | Law Firm to First Appear for Defendant | Date First Law Firm Appeared for Defendant |
|---|---|---|---|---|
| **Chunghwa Defendants** | | | | |
| Chunghwa Picture Tubes (Malaysia) Sdn. Bhd. | | Malaysia | Gibson Dunn & Crutcher LLP | 8/20/2010 |
| Chunghwa Pictures Tubes, Ltd. | | Taiwan | Gibson Dunn & Crutcher LLP | 8/20/2010 |
| **Hitachi Defendants** | | | | |
| Hitachi America, Ltd. | 2/14/2019 | USA | Morgan Lewis & Bockius LLP | 4/17/2008 |
| Shenzhen Seg Hitachi Color Display Devices, Ltd. | | China | | |
| Hitachi, Ltd. | | Japan | Morgan Lewis & Bockius LLP | 4/17/2008 |
| Hitachi Displays, Ltd. | | Japan | Morgan Lewis & Bockius LLP | 4/17/2008 |
| Hitachi Asia, Ltd | | Singapore | Morgan Lewis & Bockius LLP | 4/17/2008 |
| Hitachi Electronics Devices (USA), Inc. | | USA | Morgan Lewis & Bockius LLP | 4/17/2008 |
| **IRICO Defendants** | | | | |
| IRICO Group Corp. | | China | Pillsbury Winthrop Shaw Pittman LLP | 6/24/2008 |
| IRICO Group Electronics, Ltd. | | China | Pillsbury Winthrop Shaw Pittman LLP | 6/24/2008 |
| **LG Electronics Defendants** | | | | |
| LG Electronics USA, Inc. | 2/14/2019 | USA | Sidley Austin LLP | 3/21/2008 |
| LG Electronics, Inc. | | South Korea | Sidley Austin LLP | 3/21/2008 |
| LG Electronics Taiwan Taipei Co., Ltd. | | Taiwan | Sidley Austin LLP | 3/21/2008 |
| **Panasonic Defendants** | | | | |
| Panasonic Corp. of North America | 2/14/2019 | USA | Weil, Gotshall & Manges LLP and Dewey & Leboeuf LLP | 3/5/2008 |
| Beijing-Matsushita Color CRT Co., Ltd. | | China | Freshfields Bruckhaus Deringer US LLP | 7/16/2008 |
| MT Picture Display Co., Ltd. | | Japan | Weil, Gotshall & Manges LLP and Dewey & Leboeuf LLP | 6/4/2008 |
| Panasonic Corp. | | Japan | Weil, Gotshall & Manges LLP and Dewey & Leboeuf LLP | 10/14/2008 |
| Matsushita Electronic Corp. (Malaysia) Sdn. Bhd. | | Malaysia | Dewey & Leboeuf LLP | 7/28/2008 |
| **Philips Electronics Defendants** | | | | |
| Philips Electronics North America Corp. | 2/24/2019 | USA | Howrey LLP | 3/21/2008 |
| Philips Da Amazonia Industria Electronica, Ltda. | | Brazil | Howrey LLP | |
| LG PHILIPS DISPLAYS, LTD. | | Hong Kong | Munger Tolles & Olson LLP | |
| LP Displays International, Ltd. | | Hong Kong | Cleary Gottlieb Steen & Hamilton LLP | 4/1/2008 |
| Koninklijke Philips Electronics, N.V. | 5/16/2019 | Netherlands | Howrey LLP | 8/15/2018 (Counsel filed Opposition on behalf of Defendant) |
| Philips Electronics Indus. Taiwan, Ltd. | | Taiwan | Howrey LLP | 5/18/2009 |
| **Samsung Electronics Defendants** | | | | |
| Samsung Electronics America, Inc. | 2/14/2019 | USA | O'Melveny & Meyers LLP | 5/13/2009 |
| Samsung SDI Brasil Ltda. | | Brazil | Sheppard, Mullin, Richter & Hampton LLP | 12/18/2007 |
| Shenzhen Samsung SDI Co., Ltd. | | China | Sheppard, Mullin, Richter & Hampton LLP | 12/18/2007 |
| Tianjin Samsung SDI Co., Ltd. | | China | Sheppard, Mullin, Richter & Hampton LLP | 12/18/2007 |
| Samsung SDI (Malaysia) Sdn. Bhd. | | Malaysia | Sheppard, Mullin, Richter & Hampton LLP | 12/18/2007 |
| Samsung SDI Mexico S.A. de C.V. | 3/5/2019 | Mexico | Sheppard, Mullin, Richter & Hampton LLP | 12/18/2007 |

| Defendants | Date of Service | Principally Located | Law Firm to First Appear for Defendant | Date First Law Firm Appeared for Defendant |
|---|---|---|---|---|
| Samsung Electronics Co., Ltd. | | South Korea | O'Melveny & Meyers LLP | 5/13/2009 |
| Samsung SDI Co., Ltd. a/k/a Samsung Display Device Co., Ltd. | | South Korea | Sheppard, Mullin, Richter & Hampton LLP | 12/18/2007 |
| Samsung SDI America, Inc. | | USA | Sheppard, Mullin, Richter & Hampton LLP | 12/18/2007 |
| **Samtel Defendant** | | | | |
| Samtel Color, Ltd. | | India | McDermott Will & Emery LLP | 5/18/2009 |
| **Tatung Defendant** | | | | |
| Tatung Co. of America, Inc. | 2/14/2019 | USA | Baker & McKenzie LLP | 4/3/2008 |
| **Thai CRT Defendant** | | | | |
| Thai CRT Co., Ltd. | | Thailand | | |
| **Toshiba Defendants** | | | | |
| Toshiba America Electronics Components, Inc. | 2/14/2019 | USA | White & Case LLP | 5/8/2008 |
| P.T. Tosummit Electronic Devices Indonesia | | Indonesia | | |
| Toshiba Corp. | | Japan | White & Case LLP | 5/8/2008 |
| Toshiba Display Devices (Thailand) Co., Ltd. | | Thailand | | |
| Toshiba America, Inc. | | USA | White & Case LLP | 5/8/2008 |
| Toshiba America Consumer Products, LLC. | | USA | White & Case LLP | 5/8/2008 |
| Toshiba America Info. Systems, Inc. | | USA | White & Case LLP | 5/8/2008 |