MARIO N. ALIOTO (56433)
LAUREN C. CAPURRO (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 UNION STREET
SAN FRANCISCO, CA 94123
Telephone: 415-563-7200
Facsimile: 415- 346-0679
Email: malioto@tatp.com
laurenrussell@tatp.com

***Lead Counsel for the Indirect Purchaser Plaintiffs for the 22 States***

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>INDIRECT PURCHASER ACTIONS FOR THE 22 STATES | Case No. 4:07-cv-5944-JST<br>MDL No. 1917<br><br>**REQUEST FOR PERMISSION TO FILE DECLARATION OF CLAIMS ADMINISTRATOR IN SUPPORT OF INDIRECT PURCHASER PLAINTIFFS' OPPOSITION TO OBJECTIONS TO AMENDED SETTLEMENTS** |

Pursuant to Civil L.R. 7-3(d), the Indirect Purchaser Plaintiffs ("IPPs") respectfully request permission to file the attached Declaration of Joseph M. Fisher, Re: Claims By Objectors in support of IPPs' opposition to the objections to the amended settlements and attorneys' fee request.

At the hearing on IPPs' motion for final approval of the amended settlements on July 8, 2020, the Court indicated that it would overrule the objections to the settlements on standing grounds and that the Court's ruling would be contained in a detailed Order. We have reviewed the record on the standing issues and while it is implicitly conceded by the Objectors in their papers that they have not filed claims in this matter, it is not expressly conceded. Nor was it expressly conceded at the hearing.

Attached hereto is the Declaration of Joseph M. Fisher, which establishes that none of the objectors has filed a claim. IPPs respectfully request that this Declaration be filed in this matter. This will eliminate any ambiguity and ensure the best possible record in support of the Court's anticipated ruling.

Respectfully submitted,

Dated: July 10, 2020

By: /s/ Mario N. Alioto

MARIO N. ALIOTO (SBN 56433)
LAUREN C. CAPURRO (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 UNION STREET
SAN FRANCISCO, CA 94123
Telephone: 415-563-7200
Facsimile: 415- 346-0679
Email: malioto@tatp.com
laurenrussell@tatp.com

***Lead Counsel for the Indirect Purchaser Plaintiffs for the 22 States***

# EXHIBIT 1

Mario N. Alioto (56433)
Joseph M. Patane (72202)
Lauren C. Capurro (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2280 Union Street
San Francisco, CA 94123
Telephone: 415-563-7200
Facsimile: 415- 346-0679
Email: malioto@tatp.com
jpatane@tatp.com
laurenrussell@tatp.com

***Class Counsel for the Indirect Purchaser Plaintiffs***

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MASTER FILE NO. 4:07-cv-5944-JST<br>Case No.: 4:13-cv-03234-JST<br><br>MDL NO. 1917 |
| This Document Relates to:<br><br>INDIRECT PURCHASER ACTIONS FOR THE 22 STATES | **DECLARATION OF JOSEPH M. FISHER RE: CLAIMS BY OBJECTORS**<br><br>Hearing Date: July 8, 2020<br>Time: 2:00 p.m.<br>Courtroom: 6, 2nd Fl. (Oakland)<br>Judge: Hon. Jon S. Tigar |

I, Joseph M. Fisher, declare:

**INTRODUCTION**

1. Identification. I am the president of The Notice Company, Inc., a Massachusetts corporation with offices at 94 Station Street, Hingham, MA 02043 ("The Notice Company" or "Settlement Administrator"). The Notice Company is principally engaged in the administration of class action settlements and lawsuits pending in courts around the United States, including the dissemination of notice to class members, administering the claims process, and distributing the proceeds of the litigation to the class. I have over 15 years of experience assisting attorneys with class action notices and claims administration. I am also a member in good standing of the bars of the Commonwealth of Massachusetts, the District of Columbia, and the Commonwealth of Virginia. I am over 21 years of age and not a party to this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify thereto under oath.

2. Settlements. The Notice Company has served as the Settlement Administrator for the cathode ray tube ("CRT") indirect-purchaser plaintiffs ("IPP") settlements with Chunghwa Picture Tubes, Ltd; the LG Electronics defendants (LG Electronics, Inc., LG Electronics U.S.A., Inc., and LG Electronics Taiwan Taipei Co., Ltd); the Philips defendants (Koninklijke Philips N. V. (f/k/a Koninklijke Philips Electronics N. V.); Philips Electronics North America Corporation; Philips Taiwan Limited (f/k/a Philips Electronics Industries (Taiwan), Ltd.); and Philips do Brasil, Ltda. (f/k/a Philips da Amazonia Industria Electronica Ltda.)); the Panasonic defendants (Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.); Panasonic Corporation of North America; MT Picture Display Co., Ltd.; and an affiliate of Panasonic Corporation, Beijing Matsushita Color CRT Co., Ltd.); the Hitachi defendants (Hitachi, Ltd.; Hitachi Displays, Ltd. (n/k/a Japan Display Inc.); Hitachi Electronic Devices (USA), Inc.; Hitachi Asia, Ltd.; and Hitachi America, Ltd.); the Toshiba defendants (Toshiba Corporation; Toshiba America Information Systems, Inc.; Toshiba America Consumer Products, L.L.C.; and Toshiba America Electronic Components, Inc.); the Samsung SDI defendants (Samsung SDI Co. Ltd; Samsung SDI America, Inc.; Samsung SDI Brasil, Ltda.; Tianjin Samsung SDI Co., Ltd.; Shenzhen Samsung SDI Co., Ltd; Samsung SDI Malaysia Sdn. Bhd; and Samsung SDI Mexico S.A. de C. V.); the Thomson defendants (Technicolor SA (f/k/a Thomson SA)

and Technicolor USA, Inc. (f/k/a Thomson Consumer Electronics, Inc.); and Technologies Displays Americas LLC (f/k/a Thomson Americas LLC). These settlements are collectively referred to as the "Settlements."

3. Review of purported objectors to Settlements. Class Counsel has requested that I review objections purportedly made on behalf of the following persons:

a) "Other Repealer State" objectors identified as Tyler Ayres, Mike Bratcher, Nikki Crawley, Jay Erickson, Harry Garavanian, John Heenan, Hope Hitchcock, D. Bruce Johnson, Jeff Johnson, Kerry Murphy, Chris Seufert, Robert Stephenson, Gary Talewsky, and William Trentham. ECF No. 5732.

b) "Non Repealer State" objector identified as Eleanor Lewis. ECF No. 5732.

c) "22 State Amended Settlement Class" objectors identified as Craig A. Schuler, Valerie G. Deick, Gloria A. Comeaux, Lisa L. Butterbrodt, Dale B. McKenzie, Eric R. Coggins, Heather J. Gordon, Dennis S. Cornett, David N. Watson, Brendan C. McCann, Jessica M. McIntyre, Wes M. Woods, Sarah McClure Woods, Miguel A. Albarran, Mary J. Baucom, Jeff Speaect, Kirby Allen Thornton, and Alicia Schnieder. ECF Nos. 5739-5752, 5755, 5766-1, 5766-2.

4. No claims made by purported objectors to Settlements. I reviewed the purported objections listed in paragraph 3 above. I have also reviewed the records maintained by The Notice Company of claims that class members have submitted to receive proceeds from the Settlements. According to these records, none of the individuals listed in paragraph 3 above have submitted a claim as indirect purchasers of CRT products.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed at Hingham, Massachusetts, this 10th day of July, 2020.

JOSEPH M. FISHER