UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION <br><br> This Document Relates to: <br> INDIRECT PURCHASER ACTIONS FOR THE 22 STATES | Case No. 07-cv-05944-JST <br><br> **ORDER AUTHOURIZING RETURN OF SETTLEMENT FUNDS** |

The Court hereby orders that a total of $29,000,000 from the Settlement Fund shall be returned to the Settling Defendants, as provided in the amended settlement agreements. *See* ECF No. 5587 at 17-18; ECF No. 5587-1 at 7-8, 13-14, 19-20, 25-26, 31-32, 38-39. Specifically, the Court orders the following return of funds: (1) $9,367,789.57 to be returned to Philips, *see* ECF No. 5587-1 at 7-8; (2) $3,747,115.83 to be returned to Panasonic, *id.* at 13-14; (3) $1,498,846.33 to be returned to Hitachi, *id.* at 19-20; (4) $1,605,906.78 USD to be returned to Toshiba, *id.* 25-26; (5) $12,044,300.88 to be returned to Samsung SDI, *id.* at 31-32; (6) $736,040.61 to be returned to Thomson and TDA, *id.* at 38-39.

**IT IS SO ORDERED.**

Dated: July 13, 2020

_____
JON S. TIGAR
United States District Judge