**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUL 14 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, _____ <br><br> INDIRECT PURCHASER PLAINTIFFS, <br><br>　　　　Plaintiff-Appellee, <br><br>　v. <br><br> TOSHIBA CORPORATION; et al., <br><br>　　　　Defendants-Appellees, <br><br>　v. <br><br> TYLER AYRES; et al., <br><br>　　　　Movants-Appellants. | No.　20-15697 <br><br> D.C. No. 4:07-cv-05944-JST <br> Northern District of California, Oakland <br><br> ORDER |
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, _____ <br><br> INDIRECT PURCHASER PLAINTIFFS, <br><br>　　　　Plaintiff-Appellee, <br><br>　v. <br><br> TOSHIBA CORPORATION; et al., <br><br>　　　　Defendants-Appellees, | No.　20-15704 <br><br> D.C. No. 4:07-cv-05944-JST |

v.

ELEANOR LEWIS, Proposed Intervenor,

Movant-Appellant.

Before: WARDLAW and CLIFTON, Circuit Judges, and KATZMANN,[*] Judge.

We have received Appellants' emergency motions for a stay pending appeal. The district court's order granting final approval of the class settlement between the IPP Plaintiffs and the settling Defendants (District Ct. Dkt. 5786) is temporarily stayed pending the resolution of the emergency motions.

Appellees are ordered to file a response to the emergency motions no later than July 17, 2020. Any reply must be filed no later than July 20, 2020.

**IT IS SO ORDERED.**

---

[*] The Honorable Gary S. Katzmann, Judge for the United States Court of International Trade, sitting by designation.