# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

In Re: Cathode Rod Tube (CRT)  )  Case No: MDL 1917
                               )
                  Plaintiff(s),)  **APPLICATION FOR**
                               )  **ADMISSION OF ATTORNEY**
           v.                  )  **PRO HAC VICE**
                               )  (CIVIL LOCAL RULE 11-3)
Antitrust Litigation           )
                               )
                  Defendant(s).)

I, /s/J. Barton Goplerud, an active member in good standing of the bar of Iowa, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: The Government of Puerto Rico in the above-entitled action. My local co-counsel in this case is William P. Klein, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My address of record: | Local co-counsel's address of record: |
|---|---|
| 5015 Grand Ridge Drive, Suite 100<br>West Des Moines, Iowa 50265 | 50 California St., Suite 1500<br>San Francisco, CA 94111 |
| My telephone # of record: | Local co-counsel's telephone # of record: |
| (515) 223-4567 | (415) 693-9107 |
| My email address of record: | Local co-counsel's email address of record: |
| goplerud@sagwlaw.com | legalbiz@pacbell.net |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: AT0002983.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 09/19/19

/s/J. Barton Goplerud
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of /s/J. Barton Goplerud is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: July 17, 2020

JON S. TIGAR
United States District Judge