Francis O. Scarpulla (41059)
Patrick B. Clayton (240191)
Law Offices of Francis O. Scarpulla
456 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 788-7210
Facsimile: (415) 788-0706
fos@scarpullalaw.com
pbc@scarpullalaw.com
*Interim Co-Lead Counsel for the ORS Subclass*

Theresa D. Moore (99978)
Law Offices of Theresa D. Moore
One Sansome Street, 35th Floor
San Francisco, CA 94104
Telephone: (415) 613-1414
tmoore@aliotolaw.com
*Interim Co-Lead Counsel for the ORS Subclass*

Tracy R. Kirkham (69912)
John D. Bogdanov (215830)
Cooper & Kirkham, P.C.
357 Tehama Street, Second Floor
San Francisco, CA 94103
Telephone: (415)788-3030
Facsimile: (415) 882-7040
trk@coopkirk.com
jdb@coopkirk.com
*Interim Lead Counsel for the NRS Subclass*

[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 4:07-cv-5944-JST<br><br>MDL No. 1917<br><br>**OPPOSITION TO INDIRECT PURCHASER PLAINTIFFS' MOTION TO STRIKE**<br><br>Hearing Date: August 12, 2020<br>Time:            2:00 p.m.<br>Courtroom:   6, 2nd Floor<br>Judge:           Honorable Jon S. Tigar |

1    Indirect Purchaser Plaintiffs ("IPPs") filed a motion to strike three categories of documents and for sanctions against Mr. Robert Bonsignore. *See* Dkt. 5781. This brief opposes the motion to strike one of those documents: the Declaration of Theresa D. Moore In Support of Objections to Amended Settlement Agreements, ECF No. 5756.

The declarations attached as exhibits to the Moore Declaration have already been filed in this case *twice*: first in October 2015, in support of the Objection of Rockhurst University, Gary Talewsky, and Harry Garavanian to the Proposed IPP Settlement Agreement and Motion for Attorneys' Fees, and again in February 2016, in support of the Objections to the Report and Recommendation of the Special Master regarding the IPP Settlements by the same objectors. Dkts. 4113-2; 4113-3; 4436-4 (Ex. I). IPPs did not—and have not—opposed these earlier filings, and their motion would have no effect on them. IPPs give only one reason for striking the Moore Declaration now: They claim that it was "unauthorized and untimely." Dkt. 5781 at 1. The vast majority of IPPs' motion addresses the other two categories of documents and the attendant request for sanctions relating to a different attorney, devoting only a handful of sentences to the issue of the Moore Declaration. This scant attention reflects the lack of validity for IPPs' request.

A district court has broad authority to strike material from the docket where that material "reflect[s] procedural impropriety or lack of compliance with court rules or orders," or other "inappropriate materials such as confidential mediation and settlement information." *Jones v. Metro. Life Ins. Co.*, No. 08 Civ. 03971, 2010 U.S. Dist. LEXIS 113219, at *16, *18 (N.D. Cal. Oct. 15, 2010); *see, e.g.*, *Centillium Commc'ns, Inc. v. Atlantic Mut. Ins. Co.*, No. C 06-07824, 2008 U.S. LEXIS 20719, at *17 (striking motion that failed to comply with standing order requiring a meet and confer before filing). The Moore Declaration is none of these.

The Moore Declaration contains no new substantive information whatsoever. Nor does it contain any confidential or inappropriate material or violate any rule or order. The Declaration attaches only two documents as exhibits, both of which were previously filed twice in the case as docket numbers 4113-2, 4113-3, and 4436-4 (Ex. I). The exhibits are the declarations of Other Repealer State (ORS) plaintiffs Talewsky and Garavanian verifying their class membership in

OPPOSITION TO INDIRECT PURCHASER PLAINTIFFS' MOTION TO STRIKE
Case No. 4:07-cv-5944, MDL No. 1917
2

1  connection with their objections to the original IPP settlement agreement in 2015. *See* Exs. 1-2.

2  Talewsky and Garavanian are among the ORS plaintiffs who filed Objections to Amended Settlement Agreements. Dkt. 5732. Ms. Moore filed her declaration attaching these two exhibits merely for ease of reference for the Court, in an abundance of caution, to guard against a potential argument by IPPs that Talewsky and Garavanian had never been part of the settlement class. The need for this extra precaution was made clear by IPPs' motion asking the Court to strike the objections of Gloria Comeaux, Jeff Speaect, and Alicia Jeanne Schnieder due to their failure to provide proof of class membership. Dkt. 5781 at 6. The text of the Moore declaration consists solely of introductory boilerplate, descriptions of the two exhibits, and a sentence explaining that she was filing the exhibits "in an abundance of caution as they relate to the Objections to Amended Settlement Agreements." Dkt. 5756 ¶ 6. The Moore Declaration added nothing to the ORS objection or the record in the case, and violated no procedural rule or order. This filing is thus very different from the "supplemental objections" struck in *In re Lithium Ion Batteries Antitrust Litigation*. No. 4:13-md-02420, 2017 U.S. Dist. LEXIS 45696, at *49 n.1 (N.D. Cal. Mar. 20, 2017). The Declaration is not untimely either. Ms. Moore filed her declaration on June 12, 2020—before IPPs filed their response to objections, nearly a month before the Court's fairness hearing for the amended settlements, and nearly a month before IPPs filed the instant motion.

That the Court struck the ORS objection should have no impact on whether it strikes the Moore Declaration. The Court struck the ORS objection upon finding that the "ORS/NRS have failed to establish any entitlement to raise non-party objections to the amended settlements." Dkt. 5786 at 10. Again, the Moore Declaration simply makes documents on the Court's docket more readily accessible. There neither is nor was anything improper or inappropriate about the documents. Striking the "parent" Moore Declaration and its exhibits would only sow confusion.

Granting IPPs' motion to strike serves no purpose. The only substantive material within the Moore Declaration will remain part of the record in this case as docket numbers 4113-2, 4113-3, and 4436-4. IPPs' motion thus burdens this Court's docket and ORS counsel for no valid reason and should be denied.

**CONCLUSION**

The ORS/NRS respectfully ask this Court to deny IPPs' motion to strike the Moore Declaration.

Dated:  July 21, 2020                                            Respectfully submitted,


 /s/  Francis O. Scarpulla                                  /s/  Theresa D. Moore
        Francis O. Scarpulla                                        Theresa D. Moore

Francis O. Scarpulla (41059)                        Theresa D. Moore (99978)
Patrick B. Clayton (240191)                         Law Offices Of Theresa D. Moore
Law Offices of Francis O. Scarpulla            One Sansome Street, 35th Floor
456 Montgomery Street, 17th Floor             San Francisco, CA 94104
San Francisco, CA 94104                              Telephone: (415) 613-1414
Telephone: 415-788-7210                             tmoore@aliotolaw.com
fos@scarpullalaw.com
pbc@scarpullalaw.com                                *Interim Co-Lead Counsel*
                                                                        *for the ORS*
*Interim Co-Lead Counsel*
*for the ORS*

  /s/  Tracy R. Kirkham
       Tracy R. Kirkham

Tracy R. Kirkham (69912)                            John G. Crabtree, *appearing pro hac vice*
John D. Bogdanov (215830)                         Brian Tackenberg, *appearing pro hac vice*
COOPER & KIRKHAM, P.C.                       Crabtree & Auslander
357 Tehama Street, Second Floor               240 Crandon Boulevard, Suite 101
San Francisco, CA 94103                              Key Biscayne, FL 33149
Telephone: (415) 788-3030                          Telephone:  (305) 361-3770
Facsimile: (415) 882-7040                            jcrabtree@crabtreelaw.com
Email:  trk@coopkirk.com                           btackenberg@crabtreelaw.com
            jdb@coopkirk.com
                                                                       *Counsel for the ORS*
*Interim Lead Counsel for Non-Repealer State*
*Subclass*                                                        Brian M. Torres, *appearing pro hac vice*
                                                                       Brian M. Torres, P.A.
Christopher A. Nedeau (81297)                   One S.E. Third Avenue, Suite 3000
Nedeau Law Firm                                         Miami, FL  33131
154 Baker Street                                           Telephone:  (305) 901-5858
San Francisco, CA 94117                             btorres@briantorres.legal
Telephone: (415) 516-4010
cnedeau@nedeaulaw.net                            *Counsel for the ORS*

*Counsel for the ORS*

---

OPPOSITION TO INDIRECT PURCHASER PLAINTIFFS' MOTION TO STRIKE
Case No. 4:07-cv-5944, MDL No. 1917

4

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing was filed *via* CM/ECF on July 21, 2020 and as a result has been served on all counsel of record *via* transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Theresa D. Moore
Theresa D. Moore

# EXHIBIT 1

Theresa D. Moore (99978)
Jill T. Lin (284962)
Attorneys At Law
c/o **ALIOTO LAW FIRM**
One Sansome Street, 35th Floor
San Francisco, CA 94104
Telephone: (415) 434-8900
Facsimile: (415) 434-9200
tmoore@aliotolaw.com

*Counsel for Objectors*
*Rockhurst University*
*Gary Talewsky*
*Harray Garavanian*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Case No. 3:07-cv-5944<br>MDL No. 1917 |
| | **CLASS ACTION** |
| This Document Relates to:<br><br>All Indirect Purchaser Actions | **DECLARATION OF GARY TALEWSKY_IN SUPPORT OF OBJECTION TO THE PROPOSED CLASS ACTION SETTLEMENT AGREEMENT AND MOTION FOR ATTORNEY FEES BY OBJECTOR ROCKHURST UNIVERSITY AND OBJECTOR GARY TALEWSKY AND OBJECTOR HARRY GARAVANIAN**<br><br>Judge: Honorable Samuel Conti<br>Courtroom One, 17th Floor |

**DECLARATION OF GARY TALEWSKY IN SUPPORT OF OBJECTION TO THE PROPOSED CLASS ACTION SETTLEMENT AGREEMENT AND MOTION FOR ATTORNEY FEES BY OBJECTOR ROCKHURST UNIVERSITY, GARY TALEWSKY, AND HARRY GARAVANIAN**
Case No. 3:07-cv-5944, MDL No. 1917

I, Gary Talewsky, declare from my own personal knowledge and on information and belief, as follows:

1. I have been an owner of a Travel Agency, and am a Travel Agent. I reside and work in Massachusetts, and book travel and airline tickets among other services;

2. My address is 95 Washington Street, Suite 104-312, Canton, MA 02021, and my telephone number is (781) 471-2310;

3. I am a member of the CRT class;

4. I have purchased multiple CRT products for my own use, and for the use of my business, and not for resale between March 1, 1995 and November 25, 2007;

5. I have purchased these CRT products in Massachusetts;

6. I purchased these products from a retailer or someone other than a Defendant or co-conspirator;

7. I have purchased 18 CRT computer monitors for my office;

8. I have purchased 4 CRT computer screens for my home;

9. I have purchased 5 standard CRT televisions.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 7th day of October, 2015, in Bankok, Thailand.

_/S/_____

Gary Talewsky

**ATTESTATION**

Pursuant to General Order No. 45, § X(B), regarding signatures, I attest that I have obtained the concurrence in the filing of this document from the signatory.

_/S/ Theresa D. Moore_____

*Counsel for Objector Gary Talewsky*

---

1

**DECLARATION OF GARY TALEWSKY IN SUPPORT OF OBJECTION TO THE PROPOSED CLASS ACTION SETTLEMENT AGREEMENT AND MOTION FOR ATTORNEY FEES BY OBJECTOR ROCKHURST UNIVERSITY, GARY TALEWSKY, AND HARRY GARAVANIAN**
Case No. 3:07-cv-5944, MDL No. 1917

# EXHIBIT 2

| | |
|---|---|
| 1 | Theresa D. Moore (99978) |
| 2 | Jill T. Lin (284962)<br>Attorneys At Law |
| 3 | c/o **ALIOTO LAW FIRM**<br>One Sansome Street, 35th Floor |
| 4 | San Francisco, CA 94104<br>Telephone: (415) 434-8900 |
| 5 | Facsimile: (415) 434-9200<br>tmoore@aliotolaw.com |
| 6 | *Counsel for Objectors* |
| 7 | *Rockhurst University and*<br>*Gary Talewsky* |

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 3:07-cv-5944<br>MDL No. 1917<br><br>**CLASS ACTION**<br><br>**DECLARATION OF HARRY GARAVANIAN IN SUPPORT OF OBJECTION TO THE PROPOSED CLASS ACTION SETTLEMENT AGREEMENT AND MOTION FOR ATTORNEY FEES BY OBJECTOR ROCKHURST UNIVERSITY AND OBJECTOR GARY TALEWSKY AND OBJECTOR HARRY GARAVANIAN** |
| This Document Relates to:<br><br>All Indirect Purchaser Actions | |
| | Judge: Honorable Samuel Conti<br>Courtroom One, 17th Floor |

**DECLARATION OF HARRY GARAVANIAN IN SUPPORT OF OBJECTION TO THE SETTLEMENT AGREEMENT AND MOTION FOR ATTORNEY FEES AND OBJECTION BY CLASS MEMBER HARRY GARAVANIAN**

Case No. 3:07-cv-5944, MDL No. 1917

I, Harry Garavanian, declare from my own personal knowledge and on information and belief, as follows:

1. I have been an owner of a Travel Agency, and am a Travel Agent. I reside and work in Massachusetts, and book travel and airline tickets among other services;

2. My address is 40 Vinal Sq., North Chelmsford, MA 01863, and my telephone number is (978)251-2868 ;

3. I am a member of the CRT class;

4. I have purchased multiple CRT products for my own use, and for the use of my business, and not for resale between March 1, 1995 and November 25, 2007;

5. I have purchased these CRT products in Massachusetts;

6. I purchased these products from a retailer or someone other than a Defendant or co-conspirator;

7. I have purchased 5 CRT computer monitors;

8. I have purchased 1 CRT television.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 8th day of October, 2015, in North Chelmsford, MA.

*[signature]*

Harry Garavanian

---

1

DECLARATION OF HARRY GARAVANIAN IN SUPPORT OF OBJECTION TO THE SETTLEMENT AGREEMENT AND MOTION FOR ATTORNEY FEES AND OBJECTION BY CLASS MEMBER HARRY GARAVANIAN

Case No. 3:07-cv-5944, MDL No. 1917