FILED

JUL 22 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, _____ <br><br> INDIRECT PURCHASER PLAINTIFFS, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> TOSHIBA CORPORATION; et al., <br><br> Defendants-Appellees, <br><br> v. <br><br> TYLER AYRES; et al., <br><br> Movants-Appellants. | No. 20-15697 <br><br> D.C. No. 4:07-cv-05944-JST <br> Northern District of California, Oakland <br><br> ORDER |
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, _____ <br><br> INDIRECT PURCHASER PLAINTIFFS, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> TOSHIBA CORPORATION; et al., <br><br> Defendants-Appellees, | No. 20-15704 <br><br> D.C. No. 4:07-cv-05944-JST |

v.

ELEANOR LEWIS, Proposed Intervenor,

Movant-Appellant.

Before: WARDLAW and CLIFTON, Circuit Judges, and KATZMANN,[*] Judge.

Appellants' emergency motion for a stay pending appeal is **DENIED**. Appellants have not shown that they are likely to suffer irreparable injury in the absence of a stay. *Al Otro Lado v. Wolf*, 952 F.3d 999, 1007 (9th Cir. 2020).

The temporary administrative stay of the district court's order granting final approval of the class settlement is lifted.

The previously established briefing schedule remains in effect.

**IT IS SO ORDERED.**

---

[*] The Honorable Gary S. Katzmann, Judge for the United States Court of International Trade, sitting by designation.