UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 4:07-cv-5944-JST<br><br>MDL No. 1917 |
| This Document Relates to:<br><br>Government of Puerto Rico,<br>    Plaintiff,<br>v.<br><br>Panasonic Corp. of North America, et al.,<br>    Defendants. | **[PROPOSED] ORDER DENYING THE GOVERNMENT OF PUERTO RICO'S MOTION TO SERVE FOREIGN DEFENDANTS THROUGH THEIR UNITED STATES-BASED COUNSEL UNDER FEDERAL RULE CIVIL PROCEDURE 4(F)(3) AND DISMISSING UNSERVED DEFENDANTS** |

[PROPOSED] ORDER DENYING THE GOVERNMENT OF PUERTO RICO'S MOTION TO SERVE FOREIGN DEFENDANTS THROUGH THEIR UNITED STATES-BASED COUNSEL UNDER FEDERAL RULE CIVIL PROCEDURE 4(F)(3) AND DISMISSING UNSERVED DEFENDANTS - Master File No. 07-cv-5944-JST

The Court previously gave notice to the Government of Puerto Rico pursuant to Rule 4(m) to show good cause for its failure to serve process on certain defendants. ECF No. 5795, Tr. at 8:16-9:5; Fed. R. Civ. P. 4(m).  Before the Court is now the Government of Puerto Rico's Motion to Serve Foreign Defendants Through Their United States-Based Counsel Under Federal Rule Civil Procedure 4(f)(3), ECF No. 5783.  Having considered all papers filed by the parties and being full informed in the premises, the Court finds that the Government of Puerto Rico has not timely effected or diligently pursued service of process on certain defendants, and has not shown good cause for the failure to do so.  The Court hereby orders as follows:

1. The Government of Puerto Rico's Motion to Serve Foreign Defendants Through Their United States-Based Counsel Under Federal Rule Civil Procedure 4(f)(3) is DENIED.

2. All claims asserted by the Government of Puerto Rico against the following Defendants are DISMISSED without prejudice pursuant to Rule 4 of the Federal Rules of Civil Procedure:

***Domestic Defendants***

    a. Hitachi Electronic Devices (USA), Inc.

    b. Samsung SDI America, Inc.

    c. Toshiba America, Inc.

    d. Toshiba America Consumer Products, LLC

    e. Toshiba America Information Systems, Inc.

***Foreign Defendants***

    a. Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.

    b. Chunghwa Pictures Tubes, Ltd.

    c. Hitachi, Ltd.

    d. Hitachi Displays, Ltd. (n/k/a Japan Display Inc.)

    e. Hitachi Asia, Ltd.

    f. Shenzhen SEG Hitachi Color Display Devices, Ltd.

    g. IRICO Group Corporation

|   |     |                                                                                |
|---|-----|--------------------------------------------------------------------------------|
| 1 | h.  | IRICO Group Electronics Co., Ltd.                                              |
| 2 | i.  | IRICO Display Devices Co., Ltd.                                                |
| 3 | j.  | LG Electronics, Inc.                                                           |
| 4 | k.  | LG Electronics Taiwan Taipei Co., Ltd.                                         |
| 5 | l.  | Beijing-Matsushita Color CRT Co., Ltd.                                         |
| 6 | m.  | MT Picture Display Co., Ltd.                                                   |
| 7 | n.  | Matsushita Electronic Corporation (Malaysia) Sdn Bhd.                          |
| 8 | o.  | Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)         |
| 9 | p.  | LP Displays International, Ltd. (f/k/a LG.Philips Displays)                    |
| 10| q.  | Philips do Brasil Ltda. (f/k/a Philips da Amazonia Industria Electronica Ltda.)|
| 11| r.  | Philips Taiwan Limited (f/k/a Philips Electronics Industries (Taiwan), Ltd.)   |
| 12| s.  | Samsung SDI Brasil Ltda.                                                       |
| 13| t.  | Samsung SDI (Malaysia) Sdn. Bhd.                                               |
| 14| u.  | Shenzhen Samsung SDI Co., Ltd.                                                 |
| 15| v.  | Tianjin Samsung SDI Co., Ltd.                                                  |
| 16| w.  | Samsung SDI Co., Ltd.                                                          |
| 17| x.  | Samtel Color, Ltd.                                                             |
| 18| y.  | Thai CRT Company, Ltd.                                                         |
| 19| z.  | P.T. Tosummit Electronic Devices Indonesia                                     |
| 20| aa. | Toshiba Corporation                                                            |
| 21| bb. | Toshiba Display Devices (Thailand) Company, Ltd.                               |

**IT IS SO ORDERED.**

Dated: _____

JON S. TIGAR
United States District Judge

[PROPOSED] ORDER DENYING THE GOVERNMENT OF PUERTO RICO'S MOTION TO SERVE FOREIGN DEFENDANTS THROUGH THEIR UNITED STATES-BASED COUNSEL UNDER FEDERAL RULE CIVIL PROCEDURE 4(F)(3) AND DISMISSING UNSERVED DEFENDANTS - Master File No. 07-cv-5944-JST

2