Robert J. Bonsignore, *pro hac vice forthcoming*
Lisa A. Sleboda, *appearing pro hac vice*
BONSIGNORE TRIAL LAWYERS, PLLC
3771 Meadowcrest Drive
Las Vegas, NV 89121
Phone: 781-856-7650
Email: rbonsignore@classactions.us
Facsimile: (702) 852-5726
Email: rbonsignore@classactions.us

*Interim Co-Lead Counsel for the ORS Subclass*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 4:07-cv-5944-JST <br><br> MDL No. 1917 |
| This Document Relates to: <br><br> All Indirect-Purchaser Actions | **NOTICE OF JOINDER AND JOINDER IN MOTION TO INTERVENE FOR PURPOSE OF APPEALING DENIAL OF OBJECTIONS TO SETTLEMENTS (DKT. 5792)** <br><br> Hearing Date: *Submitted on papers* <br> Courtroom:   6, 2nd Floor <br> Judge:           Hon. Jon S. Tigar |

**NOTICE OF JOINDER AND JOINDER**

TO ALL PARTIES AND THEIR ATTORNEYS:

PLEASE TAKE NOTICE that ORS Class Plaintiffs Warren Cutlip, the Estate of Barbara Caldwell, Anthony Gianasca, Mina Ashkannejhad individually and/or as Administrator of the Estate of the Late R. Deryl Edwards, Jr., Jeff Craig and George Maglaras (collectively, the "ORS Objector Plaintiffs"), hereby join in the Notice of Motion and Motion to Intervene for Purpose of Appealing Denial of Objections to Settlements (the "Motion to Intervene for Appeal") (Dkt. 5792), filed by Tyler Ayres, Mike Bratcher, Nikki Crawley, Jay Erickson, Harry Garavanian, John Heenan, Hope Hitchcock, D. Bruce Johnson, Jeff Johnson, Kerry Murphy, Chris Seufert, Robert Stephenson, Gary Talewsky, William Trentham and Eleanor Lewis (collectively, the "ORS/NRS Movants") pending before this Court.  The ORS Objector Plaintiffs respectfully request that any relief ordered by the Court relative to the Motion to Intervene for Appeal be ordered in favor of the ORS Objector Plaintiffs.

The ORS Objector Plaintiffs join in the Motion to Intervene for Appeal for all of the reasons forth in the Memorandum of Points and Authorities filed by the ORS/NRS Movants in support of their motion, which is hereby incorporated by reference, this Notice and the other pleadings and papers comprising the record in this action.  The ORS Objector Plaintiffs further respectfully submit that they seek to intervene for the purposes of appealing the denial of their objections to the amended settlements presented in their Opposition to the Indirect Purchaser Plaintiffs' Motion to Reconsider and Amend Final Approval Order, Final Judgment and Fee Order (Dkt. 4712, 4717), construed as a motion for preliminary approval by the Court (Dkt. 5695 at 1), for lack of standing which amended settlements have now been granted final approval by the Court (Dkt. 5786).

1

NOTICE OF JOINDER AND JOINDER TO MOTION TO INTERVENE
FOR PURPOSE OF APPEALING DENIAL OF OBJECTIONS TO SETTLEMENTS (DKT. 5792)
Case No. 4:07-cv-5944-JST, MDL No. 1917

For the foregoing reasons, as well as those raised in the ORS/NRS Movants' motion and incorporated herewith, the ORS Objector Plaintiffs respectfully request that the Court grant the Motion to Intervene for Appeal and that any relief ordered by the Court relative to the Motion to Intervene for Appeal be ordered in favor of the ORS Objector Plaintiffs.

Dated:  July 24, 2020                                              Respectfully submitted,


      */s/ Robert J. Bonsignore*
          Robert J. Bonsignore

Robert J. Bonsignore, *pro hac vice forthcoming*
Lisa A. Sleboda, *pro hac vice*
Bonsignore Trial Lawyers, PLLC
3771 Meadowcrest Drive
Las Vegas, NV  89121
Telephone:  (781) 845-7650
Facsimile:   (702) 852-5626
Email:  rbonsignore@class-actions.us

*Interim Co-Lead Counsel*
*for the ORS*

D. Michael Noonan, *pro hac vice*
Shaheen and Gordon
353 Central Avenue
P.O. Box 977
Dover, NH 03821
Telephone: (603) 871-4144
mnoonan@shaheengordon.com
wshaheen@shaheengordon.com
ccraig@shaheengordon.com
lkarl@shaheengordon.com

Joseph Alioto (42680)
Alioto Law Firm
One Sansome St. 35 Floor
San Francisco, CA 94104
Telephone: (415) 434-8900
jmalioto@aliotolaw.com

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was filed *via* CM/ECF on July 24, 2020 and as a result has been served on all counsel of record *via* transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Robert J. Bonsignore*
Robert J. Bonsignore