SYLVIE K. KERN (SBN 111751)
LAW OFFICES OF SYLVIE KULKIN KERN
3935 E. Graf Street
Bozeman, MT 59715
Tel: (415) 310-6098
kernantitrustglobal@gmail.com

*Counsel for Indirect Purchaser Plaintiffs
for the 22 States*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 4:07-cv-5944-JST<br>Case No. 4:13-cv-03234-JST<br><br>MDL No. 1917<br><br>**CLASS ACTION**<br><br>**DECLARATION OF SYLVIE K. KERN IN SUPPORT OF INDIRECT PURCHASER PLAINTIFFS' MOTION TO STRIKE AND FOR SANCTIONS**<br><br>Hearing Date: August 12, 2020<br>Time: 2:00 p.m.<br>Courtroom: 6, 2nd Floor (Oakland)Judge: Honorable Jon S. Tigar |
| This Document Relates to:<br><br>Indirect Purchaser Actions For The 22 States | |

I, Sylvie K. Kern, declare as follows:

1. I am an attorney licensed to practice before this Court and the courts of the State of California. I have personal knowledge of the facts stated in this declaration and, if called as a witness, I could and would testify competently to them. I make this declaration in support of Indirect Purchaser Plaintiffs' Motion To Strike And For Sanctions, ECF No. 5781.

2. I practice exclusively in MDL proceedings. I have been involved in this MDL for many years, and I am currently involved in two other proceedings as well. I have practiced complex litigation for over 30 years. My current rate is $850 an hour.

3. On July 4, 2020, I spent 1.8 hours reviewing Mr. Bonsignore's Response in Further Support of Objections to Settlements and Award of Attorneys' Fees, ECF No. 5779, and assisting in preparing IPPs' Motion to strike and for sanctions. On July 7, 2020, I spent an additional 1.6 hours reviewing and revising the Motion and conferring with co-counsel regarding same. On July 28, 2020, I spent 3.6 hours on IPPs' Reply. Although I have billed a total of 7 hours, for a total of $5,950, I request payment for only two hours of my time, or $1,700.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 28th day of July, 2020, in Bozeman, Montana.

                                                                                */s/ Sylvie K. Kern*

1

DECLARATION OF SYLVIE K. KERN IN SUPPORT OF INDIRECT PURCHASER PLAINTIFFS' MOTION TO STRIKE AND FOR SANCTIONS
Case No. 4:07-cv-5944 JST, MDL No. 1917