Jane Becker Whitaker, PR-Bar Num. 9352
Becker Vissepo, PSC
1225 Ponce de Leon, Suite 1102
San Juan, PR 00907
Tel. 787 945.2406
jbw@beckervissepo.com
janebeckerwhitaker@gmail.com

J. Barton Goplerud
Shindler, Anderson, Goplerud & Weese, P.C.
5015 GRAND RIDGE DRIVE, SUITE 100
WEST DES MOINES
IA 50265
Tel: (515) 223-4567
goplerud@sagwlaw.com

John A. Girardi
Girardi/Keese
1126 Wilshire Blvd.
Los Angeles, CA 90017
Tel. (213) 262-6777
Email: jgirardi@girardikeese.com

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917<br><br>Case No. 07-cv-5944 JST<br><br>**DECLARATION OF JOHN A. GIRARDI IN SUPPORT OF GOVERNMENT OF PUERTO RICO'S REPLY MOTION TO SERVE FOREIGN DEFENDANTS THROUGH THEIR UNITED STATES-BASED COUNSEL UNDER FEDERAL RULE CIVIL PROCEDURE 4(F)(3)**<br><br>Courtroom:   9, 19th Floor<br>Judge:           Honorable Jon S. Tigar |
| This Document Relates To:<br><br>*Government of Puerto Rico v. Panasonic Corporation of North America, et al, Orig  C.A No. 3:19-01246* | |

**DECLARATION OF JOHN A. GIRARDI**

I, JOHN A. GIRARDI, declare as follows:

1. I am an attorney at the law firm of Girardi | Keese and one of the attorneys of record herein for PLAINTIFF GOVERNMENT OF PUERTO RICO in the above-captioned matter. Unless otherwise indicated, I have personal knowledge of the matters stated in this declaration, and if called as a witness, I could and would testify competently thereto. I make this declaration in support of GOVERNMENT OF PUERTO RICO'S REPLY TO DEFENDANTS' OPPOSITION TO SERVE FOREIGN DEFENDANTS THROUGH THEIR UNITED STATES-BASED COUNSEL UNDER FRCP4(F)(3).

2. Attached hereto as Exhibit 1 is a true and correct copy of the table which identifies the Defendants in the instant action, the location of the principal offices, Defendants respective counsel who first appeared in the action, and date of service. The highlighted Defendants are those who objected to accept service.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on this 31st day of July, 2020 in Los Angeles, California.

                                           /s/ John A. Girardi
                                          JOHN A. GIRARDI

# EXHIBIT 1

| Defendants | Date of Service | Principally Located | Law Firm to First Appear for Defendant | Date First Law Firm Appeared for Defendant |
|---|---|---|---|---|
| **Chunghwa Defendants** | | | | |
| Chunghwa Picture Tubes (Malaysia) Sdn. Bhd. | | Malaysia | Gibson Dunn & Crutcher LLP | 8/20/2010 |
| Chunghwa Pictures Tubes, Ltd. | | Taiwan | Gibson Dunn & Crutcher LLP | 8/20/2010 |
| **Hitachi Defendants** | | | | |
| Hitachi America, Ltd. | 2/14/2019 | USA | Morgan Lewis & Bockius LLP | 4/17/2008 |
| Shenzhen Seg Hitachi Color Display Devices, Ltd. | | China | | |
| Hitachi, Ltd. | | Japan | Morgan Lewis & Bockius LLP | 4/17/2008 |
| Hitachi Displays, Ltd. | | Japan | Morgan Lewis & Bockius LLP | 4/17/2008 |
| Hitachi Asia, Ltd | | Singapore | Morgan Lewis & Bockius LLP | 4/17/2008 |
| Hitachi Electronics Devices (USA), Inc. | | USA | Morgan Lewis & Bockius LLP | 4/17/2008 |
| **IRICO Defendants** | | | | |
| IRICO Group Corp. | | China | Pillsbury Winthrop Shaw Pittman LLP | 6/24/2008 |
| IRICO Group Electronics, Ltd. | | China | Pillsbury Winthrop Shaw Pittman LLP | 6/24/2008 |
| **LG Electronics Defendants** | | | | |
| LG Electronics USA, Inc. | 2/14/2019 | USA | Sidley Austin LLP | 3/21/2008 |
| LG Electronics, Inc. | | South Korea | Sidley Austin LLP | 3/21/2008 |
| LG Electronics Taiwan Taipei Co., Ltd. | | Taiwan | Sidley Austin LLP | 3/21/2008 |
| **Panasonic Defendants** | | | | |
| Panasonic Corp. of North America | 2/14/2019 | USA | Weil, Gotshall & Manges LLP and Dewey & Leboeuf LLP | 3/5/2008 |
| Beijing-Matsushita Color CRT Co., Ltd. | | China | Freshfields Bruckhaus Deringer US LLP | 7/16/2008 |
| MT Picture Display Co., Ltd. | | Japan | Weil, Gotshall & Manges LLP and Dewey & Leboeuf LLP | 6/4/2008 |
| Panasonic Corp. | | Japan | Weil, Gotshall & Manges LLP and Dewey & Leboeuf LLP | 10/14/2008 |
| Matsushita Electronic Corp. (Malaysia) Sdn. Bhd. | | Malaysia | Dewey & Leboeuf LLP | 7/28/2008 |
| **Philips Electronics Defendants** | | | | |
| Philips Electronics North America Corp. | 2/24/2019 | USA | Howrey LLP | 3/21/2008 |
| Philips Da Amazonia Industria Electronica, Ltda. | | Brazil | Howrey LLP | |
| LG PHILIPS DISPLAYS, LTD. | | Hong Kong | Munger Tolles & Olson LLP | |
| LP Displays International, Ltd. | | Hong Kong | Cleary Gottlieb Steen & Hamilton LLP | 4/1/2008 |
| Koninklijke Philips Electronics, N.V. | 5/16/2019 | Netherlands | Howrey LLP | 8/15/2018 (Counsel filed Opposition on behalf of Defendant) |
| Philips Electronics Indus. Taiwan, Ltd. | | Taiwan | Howrey LLP | 5/18/2009 |
| **Samsung Electronics Defendants** | | | | |
| Samsung Electronics America, Inc. | 2/14/2019 | USA | O'Melveny & Meyers LLP | 5/13/2009 |
| Samsung SDI Brasil Ltda. | | Brazil | Sheppard, Mullin, Richter & Hampton LLP | 12/18/2007 |
| Shenzhen Samsung SDI Co., Ltd. | | China | Sheppard, Mullin, Richter & Hampton LLP | 12/18/2007 |
| Tianjin Samsung SDI Co., Ltd. | | China | Sheppard, Mullin, Richter & Hampton LLP | 12/18/2007 |
| Samsung SDI (Malaysia) Sdn. Bhd. | | Malaysia | Sheppard, Mullin, Richter & Hampton LLP | 12/18/2007 |
| Samsung SDI Mexico S.A. de C.V. | 3/5/2019 | Mexico | Sheppard, Mullin, Richter & Hampton LLP | 12/18/2007 |

| Defendants | Date of Service | Principally Located | Law Firm to First Appear for Defendant | Date First Law Firm Appeared for Defendant |
|---|---|---|---|---|
| Samsung Electronics Co., Ltd. | | South Korea | O'Melveny & Meyers LLP | 5/13/2009 |
| Samsung SDI Co., Ltd. a/k/a Samsung Display Device Co., Ltd. | | South Korea | Sheppard, Mullin, Richter & Hampton LLP | 12/18/2007 |
| Samsung SDI America, Inc. | | USA | Sheppard, Mullin, Richter & Hampton LLP | 12/18/2007 |
| **Samtel Defendant** | | | | |
| Samtel Color, Ltd. | | India | McDermott Will & Emery LLP | 5/18/2009 |
| **Tatung Defendant** | | | | |
| Tatung Co. of America, Inc. | 2/14/2019 | USA | Baker & McKenzie LLP | 4/3/2008 |
| **Thai CRT Defendant** | | | | |
| Thai CRT Co., Ltd. | | Thailand | | |
| **Toshiba Defendants** | | | | |
| Toshiba America Electronics Components, Inc. | 2/14/2019 | USA | White & Case LLP | 5/8/2008 |
| P.T. Tosummit Electronic Devices Indonesia | | Indonesia | | |
| Toshiba Corp. | | Japan | White & Case LLP | 5/8/2008 |
| Toshiba Display Devices (Thailand) Co., Ltd. | | Thailand | | |
| Toshiba America, Inc. | | USA | White & Case LLP | 5/8/2008 |
| Toshiba America Consumer Products, LLC. | | USA | White & Case LLP | 5/8/2008 |
| Toshiba America Info. Systems, Inc. | | USA | White & Case LLP | 5/8/2008 |