Jane Becker Whitaker, PR-Bar Num. 9352
Becker Vissepo, PSC
1225 Ponce de Leon, Suite 1102
San Juan, PR 00907
Tel. 787 945.2406
jbw@beckervissepo.com
janebeckerwhitaker@gmail.com

J. Barton Goplerud
Shindler, Anderson, Goplerud & Weese, P.C.
5015 GRAND RIDGE DRIVE, SUITE 100
WEST DES MOINES
IA 50265
Tel: (515) 223-4567
goplerud@sagwlaw.com

John A. Girardi
Girardi/Keese
1126 Wilshire Blvd.
Los Angeles, CA 90017
Tel. (213) 262-6777
Email: jgirardi@girardikeese.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 <br><br> Case No. 07-cv-5944 JST |
| This Document Relates To: <br><br> *Government of Puerto Rico v. Panasonic Corporation of North America, et al, Orig C.A No. 3:19-01246* | **[PROPOSED] ORDER GRANTING GOVERNMENT OF PUERTO RICO'S MOTION TO SERVE FOREIGN DEFENDANTS THROUGH THEIR UNITED STATES-BASED COUNSEL UNDER FEDERAL RULE CIVIL PROCEDURE 4(F)(3)** <br><br> Courtroom:  9, 19th Floor <br> Judge:  Honorable Jon S. Tigar |

Government of Puerto Rico's motion to serve foreign defendants through their United States-based counsel under federal rule civil procedure 4(f)(3) ("Motion") came on regularly for hearing on September 2, 2020. The Court, having carefully considered the papers and pleadings on file and oral arguments of counsel, hereby GRANTS the motion.

It is hereby ORDERED that:

1. _____
   _____
   _____
   _____

2. _____
   _____
   _____
   _____

**IT IS SO ORDERED.**

Dated: _____         _____

Honorable Jon S. Tigar

United States District Judge

2

[PROPOSED] ORDER GRANTING GOVERNMENT OF PUERTO RICO'S MOTION TO SERVE FOREIGN DEFENDANTS THROUGH THEIR UNITED STATES-BASED COUNSEL UNDER FEDERAL RULE CIVIL PROCEDURE 4(F)(3)