UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>INDIRECT PURCHASER ACTIONS FOR THE 22 STATES | Case No. 07-cv-05944-JST<br><br>**ORDER VACATING HEARING**<br><br>Re: ECF No. 5781 |
|---|---|

Before the Court is Indirect Purchaser Plaintiffs' motion to strike and for sanctions. ECF No. 5781. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument. The hearing on this matter, currently scheduled for August 12, 2020, is hereby VACATED.

**IT IS SO ORDERED.**

Dated: August 3, 2020

JON S. TIGAR
United States District Judge