UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 11 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, _____ INDIRECT PURCHASER PLAINTIFFS, Plaintiff-Appellee, v. TOSHIBA CORPORATION; et al., Defendants-Appellees, v. TYLER AYRES; et al., Movants-Appellants. | No. 20-15697 D.C. No. 4:07-cv-05944-JST Northern District of California, Oakland ORDER |
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, _____ INDIRECT PURCHASER PLAINTIFFS, Plaintiff-Appellee, v. TOSHIBA CORPORATION; et al., Defendants-Appellees, | No. 20-15704 D.C. No. 4:07-cv-05944-JST |

v.

ELEANOR LEWIS, Proposed Intervenor,

Movant-Appellant.

In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION,
_____

INDIRECT PURCHASER PLAINTIFFS,

Plaintiff-Appellee,

v.

TOSHIBA CORPORATION; et al.,

Defendants-Appellees,

v.

ANTHONY GIANASCA; et al.,

Movants-Appellants.

No.   20-16081

D.C. No. 4:07-cv-05944-JST

Before: WARDLAW and CLIFTON, Circuit Judges, and KATZMANN,[*] Judge.

The stipulated motion to consolidate Appeal No. 20-16081 with Appeals Nos. 20-15697 and 20-15704 is **GRANTED**.

The following briefing schedule shall govern these consolidated cases:

---

[*] The Honorable Gary S. Katzmann, Judge for the United States Court of International Trade, sitting by designation.

3

The opening briefs are due September 8, 2020.  The answering briefs are due October 8, 2020.  The optional reply briefs are due within 21 days after service of the last-served answering brief.

All parties on a side are encouraged to join in a single brief to the extent practicable.

**IT IS SO ORDERED.**