1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 4:07-cv-5944-JST |
| | MDL No. 1917 |
| This Document Relates to: | **[PROPOSED] ORDER GRANTING REQUEST FOR EXPEDITED RELIEF AND MOTION TO EXTEND TIME TO APPEAL JUDGMENT** |
| All Indirect-Purchaser Actions | |
| | Judge:    Honorable Jon S. Tigar |

The Motions of Jeff Speaect; Gloria A. Comeaux; Craig A. Schuler ; Valerie G. Deick; Lisa L. Butterbrodt; Dale B. McKenzie; Eric R. Coggins; Heather J. Gordon; Dennis S. Cornett; David N. Watson; Brendan C. McCann; Jessica M. McIntyre; Miguel A. Albarran; and Mary J. Baucom (collectively, the "Objectors") for (1) expedited relief and (2) an order pursuant to Federal Rule of Appellate Procedure 4(a)(5)(A) extending the time to file a notice of appeal for the final judgment entered on July 29, 2020 (the "Judgment") (Dkt. 5804) and the underlying merged orders until September 27, 2020, in accordance with Federal Rule of Appellate Procedure 4(a)(5)(C), to permit resolution of the Objectors' motion to intervene for the purpose of appealing the Judgment pursuant to Federal Rule of Civil Procedure 24 (the "Intervention Motion"), were submitted on the papers. The Court, having carefully considered the papers and pleadings on file hereby GRANTS the Motions as follows.

It is hereby ORDERED that:

(1) The deadline for the filing of a notice of appeal for the Judgment and the underlying merged orders by the Objectors is hereby extended until September 27, 2020.

(2) The Intervention Motion shall be expedited for resolution in accordance with the schedule set by the Court.

**IT IS SO ORDERED.**

Dated:_____          _____

                                        Honorable Jon. S. Tigar