# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 4:07-cv-5944-JST |
| | MDL No. 1917 |
| This Document Relates to: | **[PROPOSED] ORDER GRANTING MOTION TO INTERVENE FOR PURPOSE OF APPEAL** |
| All Indirect-Purchaser Actions | |
| | Judge:    Honorable Jon S. Tigar |

The Motion of Jeff Speaect; Gloria A. Comeaux; Craig A. Schuler ; Valerie G. Deick; Lisa L. Butterbrodt; Dale B. McKenzie; Eric R. Coggins; Heather J. Gordon; Dennis S. Cornett; David N. Watson; Brendan C. McCann; Jessica M. McIntyre; Miguel A. Albarran; and Mary J. Baucom (collectively, the "Objectors") to Intervene for the Purpose of Appeal was submitted on the papers. The Court, having carefully considered the papers and pleadings on file hereby GRANTS the Motion.

It is hereby ORDERED that:

The Objectors may intervene in the above-captioned action for the purpose of appealing the Judgment and the underlying merged orders.

**IT IS SO ORDERED.**

Dated:_____       _____
                                                                                Honorable Jon. S. Tigar