Jane Becker Whitaker, PR-Bar Num. 9352
Becker Vissepo, PSC
1225 Ponce de Leon, Suite 1102
San Juan, PR 00907
Tel. 787 945.2406
jbw@beckervissepo.com
janebeckerwhitaker@gmail.com

J. Barton Goplerud
Shindler, Anderson, Goplerud & Weese, P.C.
5015 GRAND RIDGE DRIVE, SUITE 100
WEST DES MOINES
IA 50265
Tel: (515) 223-4567
goplerud@sagwlaw.com

John A. Girardi
Girardi/Keese
1126 Wilshire Blvd.
Los Angeles, CA 90017
Tel. (213) 262-6777
Email: jgirardi@girardikeese.com

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No.: 4:07-cv-05944 JST<br><br>MDL No. 1917<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Date:  Sept. 2, 2020<br>Time:  2:00 p.m.<br>Judge:  Hon. Jon S. Tigar<br>Courtroom:  6, 2nd Floor |
| This document relates to:<br><br>Government of Puerto Rico, et al.,<br>            Plaintiff,<br>v.<br><br>Panasonic Corp. of North America, et al.,<br>            Defendants. | |

**TO THE HONORABLE COURT ALL PARTIES AND THEIR ATTORNEYS:**

In response to the Court's June 24, 2020 Order, ECF No. 5773 and pursuant to Local Rule 16-10(d), Plaintiff, the Government of Puerto Rico, and Defendants, Philips North America LLC (f/k/a Philips Electronics North America Corporation), Panasonic Corporation of North America, Hitachi America, Ltd., and LG Electronics USA, Inc. ("Defendants"), hereby submit this Joint Case Management Statement.

## I. PROGRESS OR CHANGES SINCE JUNE 17, 2020 CASE MANAGEMENT CONFERENCE

### Plaintiff's Statement

Since the June 24, 2020 Case Management Conference Plaintiff moved to have foreign defendants served under Federal Rule of Civil Procedure 4(f)(3), as this Court had already done when the indirect purchaser Plaintiffs sough the same relief. Docket 374. Defendants opposed the request, Docket 5801, and the Government of Puerto Rico replied and submitted a proposed order granting service on foreign defendants through counsel for their subsidiaries in the United States. Docket 5807.

In addition to the previous attempts made in late 2018 and early 2019, before Defendants' removal of the case to federal court, Plaintiff has made a number of additional attempts. On August 20, 2020 Plaintiff attempted to serve Defendants Toshiba America, Inc. and Toshiba America Information Systems, Inc. at their California offices in Irvine, California. Service was attempted, but the office was unoccupied—presumably closed due to the ongoing Covid-19 pandemic. On August 21, 2020, service was again attempted on these Toshiba entities—this time at their New York offices. Plaintiff was notified by the server that, "The business is closed due to the pandemic. No one was in the office."

On August 20, 2020, Plaintiff submitted a request to have service attempted on Hitachi Electronics (USA), Inc. On August 25, 2020, Plaintiff received confirmation that Hitachi Electronics (USA), Inc. had been served.  On August 24, 2020, Plaintiff submitted a request to have service attempted on Samsung SDI America, Inc.. As of August 25, 2020, Plaintiff has not received an update regarding the status of service on Samsung SDI America, Inc..

**Defendants' Statement**

Since the June 24, 2020 Case Management Conference ("CMC"), Plaintiff filed a motion to serve foreign defendants by court-ordered service under Federal Rule of Civil Procedure 4(f)(3). Defendants opposed Plaintiff's motion and that motion was fully briefed on July 31, 2020. ECF Nos. 5783, 5801, 5807.

In their Opposition, Defendants argued that the Court should dismiss all unserved defendants pursuant to Federal Rule of Civil Procedure 4(m) and, on July 31, 2020, submitted a proposed order to that effect. ECF No. 5801-1.

## II. SETTLEMENT AND ADR

**Plaintiff's Statement**

The Government of Puerto Rico is open to settlement discussions.

**Defendants' Statement**

No settlement discussions have occurred since the last Case Management Conference. Defendants are open to settlement discussions, but such discussions are likely premature until Defendants file their joint motion to dismiss under Rule 12 of the Federal Rules of Civil Procedure.

## III. DEADLINE TO ANSWER PLAINTIFF'S COMPLAINT

**Plaintiff's and Defendants' Statement**

On March 19, 2019, while the matter was pending before the U.S. District Court for the District of Puerto Rico, the parties submitted an agreed-upon motion to "stay the deadline for all responsive pleadings until sixty (60) days from the date on which the last named Defendant is served." *Gov't. of Puerto Rico v. Panasonic Corp. of North America,* Case No. 3:19-cv-01246-ADC, ECF No. 5, ¶ 6 (D.P.R.); *see also* ¶ 4 ("[T]he Moving Defendants proposed, and the Government agreed, that the deadline for all Defendants, including those who had been served and those who would be served in the future, to answer or otherwise respond to the complaint would be set at sixty (60) days from the date on which the last Defendant is served."). On April 1, 2019, the Puerto Rico court granted the parties' motion (providing that Defendants' motion to dismiss would

be due sixty days after Plaintiff serves the last defendant), but also directed each defendant to file an answer to Plaintiff's complaint by the same deadline. ECF No. 18 (3:19-cv-01246-ADC) ("Dispositive motions will not be entertained in lieu of answer."). Defendants intend to file a joint motion to dismiss Plaintiff's Complaint. Defendants respectfully request that the Court modify the current order to suspend the requirement that defendants need to file answers to Plaintiff's complaint until, if necessary, after the Court rules on Defendants' motion to dismiss. Plaintiff consents to this modification of the order. Such a modification is consistent with Rule 12(a)(4) of the Federal Rules of Civil Procedure, which provides that the filing of a motion to dismiss suspends the movant's obligation to answer pending the Court's resolution of the motion to dismiss. The parties are prepared to submit a motion and stipulated proposed order if the Court so requires or prefers.

Dated: August 25, 2020                              GIRARDI/KEESE


By:  /s/_____
     JOHN A. GIRARDI

*Attorney for Plaintiff*, THE GOVERNMENT OF PUERTO RICO


By:  /s/ *John M. Taladay*
     BAKER BOTTS LLP
     JOHN M. TALADAY
     ERIK T. KOONS
     700 K Street, N.W.
     Washington, D.C. 20001
     202.639.7700
     202.639.7890 (fax)
     Email: john.taladay@bakerbotts.com
            erik.koons@bakerbotts.com

*Attorneys for Philips North America LLC*


By:  */s/ Jeffrey L. Kessler*
     WINSTON & STRAWN LLP
     JEFFREY L. KESSLER
     jkessler@winston.com
     EVA W. COLE

|   |   |
|---|---|
| 1 | ewcole@winston.com |
| 2 | 200 Park Avenue<br>New York, NY 10166 |
| 3 | Telephone:   (212) 294-6700<br>Facsimile:    (212) 294-4700 |

KEVIN B. GOLDSTEIN
kbgoldstein@winston.com
35 W. Wacker Drive
Chicago, IL 60622
Telephone:   (312) 558-5600
Facsimile:    (312) 558-5700

WEIL, GOTSHAL & MANGES LLP
DAVID L. YOHAI
david.yohai@weil.com
ADAM C. HEMLOCK
adam.hemlock@weil.com
DAVID YOLKUT
david.yolkut@weil.com
767 Fifth Avenue
New York, NY 10153-0119
Telephone:   (212) 310-8000
Facsimile:    (212) 310-8007

*Attorneys for Defendant Panasonic Corporation of North America*


By:   /s/ *Eliot A. Adelson*
MORRISON & FOERSTER LLP
ELIOT A. ADELSON
Email: eadelson@mofo.com
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

KIRKLAND & ELLIS LLP
JAMES H. MUTCHNIK (pro hac vice)
Email: james.mutchnik@kirkland.com
300 North LaSalle Street
Chicago, IL  60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Attorneys for Defendant Hitachi America, Ltd.*


By:   /s/ *Nathan P. Eimer*
EIMER STAHL LLP
NATHAN P. EIMER (pro hac vice)
neimer@eimerstahl.com
VANESSA G. JACOBSEN (pro hac vice)

1  
2  
3  
vjacobsen@eimerstahl.com  
224 South Michigan Avenue, Suite 1100  
Chicago, IL  60604  
Telephone: (312) 660-7600  
Facsimile: (312) 692-1718  

4  
5  
6  
BRIAN Y. CHANG (SBN 287757)  
bchang@eimerstahl.com  
99 South Almaden Boulevard, Suite 662  
San Jose, CA  95113  
Telephone: (669) 231-8755  

7   *Attorneys for Defendant LG Electronics USA, Inc.*

8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28