UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 4:07-cv-5944-JST |
| | MDL No. 1917 |
| This Document Relates to:<br><br>All Indirect Purchaser Actions | **[PROPOSED] ORDER GRANTING *EX PARTE* REQUEST FOR EXPEDITED RELIEF AND MOTION TO EXTEND TIME TO APPEAL JUDGMENT**<br><br>Judge:    Honorable Jon S. Tigar |

The *Ex Parte* Request of Tyler Ayres, Mike Bratcher, Nikki Crawley, Jay Erickson, Harry Garavanian, John Heenan, Hope Hitchcock, D. Bruce Johnson, Jeff Johnson, Kerry Murphy, Chris Seufert, Robert Stephenson, Gary Talewsky, and William Trentham, (the "ORS Plaintiffs") and Eleanor Lewis ("NRS Plaintiffs") for Expedited Relief and Motion to Extend Time to Appeal Judgment ("Motion") was submitted on the papers. The Court, having carefully considered the papers and pleadings on file, hereby GRANTS the motion.

It is hereby ORDERED that the time for ORS and NRS Plaintiffs to file a notice of appeal concerning the final judgment entered on July 29, 2020 (the "Judgment") (Dkt. 5804) and the underlying merged orders pursuant to Federal Rule of Appellate Procedure 4(a)(5), is hereby extended until September 27, 2020, to permit the Court's resolution of the "Motion to Intervene for Purpose of Appealing Denial of Objections to Settlements" ("Intervention Motion") (Dkt. 5792).

**IT IS SO ORDERED.**

Dated: _____    _____
Honorable Jon S. Tigar
United States District Judge