Robert J. Bonsignore, *pro hac vice*
Lisa A. Sleboda, *pro hac vice*
BONSIGNORE TRIAL LAWYERS, PLLC
3771 Meadowcrest Drive
Las Vegas, NV 89121
Phone: 781-856-7650
Email: rbonsignore@classactions.us
Facsimile: (702) 852-5726
Email: rbonsignore@classactions.us

*Interim Co-Lead Counsel for the ORS Subclass*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 4:07-cv-5944-JST |
| | MDL No. 1917 |
| This Document Relates to:<br><br>All Indirect-Purchaser Actions | **NOTICE OF JOINDER AND JOINDER IN *EX PARTE* REQUEST FOR EXPEDITED RELIEF AND MOTION TO EXTEND TIME TO APPEAL JUDGMENT (DKT. 5817)**<br><br>Hearing Date: *Submitted on papers*<br>Courtroom:  6, 2nd Floor<br>Judge:  Hon. Jon S. Tigar |

**NOTICE OF JOINDER AND JOINDER**

TO ALL PARTIES AND THEIR ATTORNEYS:

PLEASE TAKE NOTICE that submitted on the papers ORS Class Plaintiffs Warren Cutlip, the Estate of Barbara Caldwell, Anthony Gianasca, Mina Ashkannejhad individually and/or as Administrator of the Estate of the Late R. Deryl Edwards, Jr., Jeff Craig and George Maglaras (collectively, the "ORS Objector Plaintiffs"), hereby join in the Notice of Motion and *Ex Parte* Request for Expedited Relief and Motion to Extend Time to Appeal Judgment (Dkt. 5817) (the "Motion"), filed by Tyler Ayres, Mike Bratcher, Nikki Crawley, Jay Erickson, Harry Garavanian, John Heenan, Hope Hitchcock, D. Bruce Johnson, Jeff Johnson, Kerry Murphy, Chris Seufert, Robert Stephenson, Gary Talewsky, William Trentham and Eleanor Lewis (collectively, the "ORS/NRS Movants") pending before this Court.  The ORS Objector Plaintiffs respectfully request that any relief ordered by the Court relative to the Motion be ordered in favor of the ORS Objector Plaintiffs.

The ORS Objector Plaintiffs join in the Motion for all of the reasons forth in the Memorandum of Points and Authorities filed by the ORS/NRS Movants in support of their Motion and those presented in the Joinder filed by the ORS Objector Plaintiffs (Dkt. 5802), which are hereby incorporated by reference, this Notice and the other pleadings and papers comprising the record in this action.

Dated:  August 26, 2020                                Respectfully submitted,


   */s/ Robert J. Bonsignore*
Robert J. Bonsignore

Robert J. Bonsignore, *pro hac vice*
Lisa A. Sleboda, *pro hac vice*
Bonsignore Trial Lawyers, PLLC
3771 Meadowcrest Drive
Las Vegas, NV  89121
Telephone:  (781) 845-7650
Facsimile:   (702) 852-5626
Email:  rbonsignore@class-actions.us

*Interim Co-Lead Counsel*
*for the ORS*

D. Michael Noonan, *pro hac vice*
Shaheen and Gordon
353 Central Avenue
P.O. Box 977
Dover, NH 03821
Telephone: (603) 871-4144
mnoonan@shaheengordon.com

Joseph Alioto (42680)
Alioto Law Firm
One Sansome St. 35 Floor
San Francisco, CA 94104
Telephone: (415) 434-8900
jmalioto@aliotolaw.com

NOTICE OF JOINDER AND JOINDER TO *EX PARTE* REQUEST FOR EXPEDITED RELIEF
AND MOTION TO EXTEND TIME TO APPEAL JUDGMENT (DKT. 5817)
Case No. 4:07-cv-5944-JST, MDL No. 1917

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was filed *via* CM/ECF on August 26, 2020, and as a result has been served on all counsel of record *via* transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Robert J. Bonsignore*
Robert J. Bonsignore

NOTICE OF JOINDER AND JOINDER TO *EX PARTE* REQUEST FOR EXPEDITED RELIEF
AND MOTION TO EXTEND TIME TO APPEAL JUDGMENT (DKT. 5817)
Case No. 4:07-cv-5944-JST, MDL No. 1917