1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 4:07-cv-5944-JST |
| | MDL No. 1917 |
| This Document Relates to: | **[PROPOSED] ORDER GRANTING REQUEST FOR EXPEDITED RELIEF AND MOTION TO EXTEND TIME TO APPEAL JUDGMENT** |
| All Indirect-Purchaser Actions | Judge:     Honorable Jon S. Tigar |

The Motion of Jeff Speaect; Gloria A. Comeaux; Craig A. Schuler ; Valerie G. Deick; Lisa L. Butterbrodt; Dale B. McKenzie; Eric R. Coggins; Heather J. Gordon; Dennis S. Cornett; David N. Watson; Brendan C. McCann; Jessica M. McIntyre; Miguel A. Albarran; and Mary J. Baucom (collectively, the "ORS Objector Plaintiffs") to join (the "Joinder") in the The *Ex Parte* Request of ORS Plaintiffs Tyler Ayres, Mike Bratcher, Nikki Crawley, Jay Erickson, Harry Garavanian, John Heenan, Hope Hitchcock, D. Bruce Johnson, Jeff Johnson, Kerry Murphy, Chris Seufert, Robert Stephenson, Gary Talewsky, and William Trentham and NRS Plaintiff Eleanor Lewis for Expedited Relief and Motion to Extend Time to Appeal Judgment ("Motion") was submitted on the papers. The Court, having carefully considered the all the papers and pleadings on file, hereby GRANTS the Joinder and the Motion.

It is hereby ORDERED that the time for the ORS Objector Plaintiffs to file a notice of appeal concerning the final judgment entered on July 29, 2020 (the "Judgment") (Dkt. 5804) and the underlying merged orders pursuant to Federal Rule of Appellate Procedure 4(a)(5), is hereby extended until September 27, 2020, to permit the Court's resolution of the "Motion to Intervene for Purpose of Appealing Denial of Objections to Settlements" ("Intervention Motion") (Dkt. 5792) and the ORS Objector Plaintiffs' Joinder thereto (Dkt. 5802).

**IT IS SO ORDERED.**

Dated:_____          _____

                                                   Honorable Jon. S. Tigar