UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 |
| | Case No. 07-cv-5944-JST |
| This Order Relates To:<br><br>GOVERNMENT OF PUERTO RICO v. PANASONIC CORP. OF NORTH AMERICA, et al., Case No. 4:20-cv-05606-JST | **ORDER REGARDING DEFENDANTS' RESPONSE TO PLAINTIFF'S COMPLAINT** |

Responding to the Defendants' request in the parties' most recent joint case management statement, ECF No. 5816 at 3-4, it is sufficient for the Defendants to file either a motion to dismiss or an answer in response to Plaintiff's complaint. Defendants are not required to file both.

IT IS SO ORDERED.

Dated: August 27, 2020



JON S. TIGAR
United States District Judge