UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 |
|---|---|
| | Case No. 07-cv-5944-JST |
| This Order Relates To: | **ORDER VACATING HEARING** |
| GOVERNMENT OF PUERTO RICO v. PANASONIC CORP. OF NORTH AMERICA, et al., Case No. 4:20-cv-05606-JST | Re: ECF No. 5783 |

Before the Court is the Plaintiff's motion to serve foreign defendants through United States-based counsel.  ECF No. 5783.  Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument.  The hearing on this matter, currently scheduled for September 2, 2020, is hereby VACATED.

**IT IS SO ORDERED.**

Dated: August 27, 2020



JON S. TIGAR
United States District Judge