MARIO N. ALIOTO (56433)
LAUREN C. CAPURRO (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
Email: malioto@tatp.com;
laurenrussell@tatp.com

*Lead Counsel for the*
*Indirect Purchaser Plaintiffs for the 22 States*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA,

## OAKLAND DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 4:07-cv-5944 JST |
| | MDL No. 1917 |
| | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT SAMTEL COLOR, LTD.** |
| | **[F.R.C.P. 41(a)(1)]** |
| **This document relates to:** | |
| INDIRECT PURCHASER ACTIONS FOR THE 22 STATES | Judge: Honorable Jon S. Tigar |

71811.1

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE, MDL NO. 1917**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the Indirect Purchaser Plaintiffs in the above-captioned actions, through counsel, hereby dismiss without prejudice all claims made in the IPPs' Fifth Consolidated Amended Complaint, ECF No. 5589, against Samtel Color, Ltd.. Each party shall bear their own attorney's fees and costs.

Dated: August 27, 2020              Respectfully submitted,

By:   /s/ Mario N. Alioto
      Mario N. Alioto (56433)
      Lauren C. Russell (241151)
      TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
      2280 Union Street
      San Francisco, California 94123
      Telephone: (415) 563-7200
      Facsimile: (415) 346-0679
      Email: malioto@tatp.com; laurenrussell@tatp.com

      *Lead Counsel for the Indirect Purchaser Plaintiffs for the 22 States*

- 1 -
**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE, MDL 1917**