FRANCIS O. SCARPULLA (CASB No. 41059)
PATRICK B. CLAYTON (CASB No. 240191)
LAW OFFICES OF FRANCIS O. SCARPULLA
3708 Clay Street
San Francisco, CA  94118-1806
Telephone:  (415) 751-4193
Facsimile:  (415) 788-0706
fos@scarpullalaw.com
pbc@scarpullalaw.com

*Interim Co-Lead Counsel
for Omitted Repealer States*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION. | **Master File No. 3:07-cv-5944 JST**<br><br>**MDL No. 1917** |
| This Document Relates to:<br><br>All Indirect-Purchaser Actions. | **NOTICE OF CHANGE OF ADDRESS** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

  PLEASE TAKE NOTICE that the address and contact information for Francis O. Scarpulla is as follows:

    Law Offices of Francis O. Scarpulla
    3708 Clay Street
    San Francisco, CA 94118-1806
    Telephone:   (415) 751-4193
    Facsimile:    (415) 788-0706
    Email:  fos@scarpullalaw.com
       pbc@scarpullalaw.com.

  Please make the necessary changes to your files.

///

///

---

NOTICE OF CHANGE OF ADDRESS               Master File No. 3:07-cv-5944 JST
                                        MDL 1917

Dated:  August 28 2020                               /s/ Francis O. Scarpulla
                                                    Francis O. Scarpulla

FRANCIS O. SCARPULLA (CASB No. 41059)
PATRICK B. CLAYTON (CASB No. 240191)
LAW OFFICES OF FRANCIS O. SCARPULLA
3708 Clay Street
San Francisco, CA 94118-1804
Telephone: 415-751-4193
Facsimile:  415-788-0706
fos@scarpullalaw.com
pbc@scarpullalaw.com

*Interim Co-Lead Counsel*
*For Omitted Repealer States*

NOTICE OF CHANE OF ADDRESS          - 1 -          Master File No. 3:07-cv-5944 JST
                                                            MDL 1917

<u>PROOF OF SERVICE</u>

On August 28, 2020, I caused the following:

NOTICE OF CHANGE OF ADDRESS

to be electronically filed through ECF.  All counsel of record associated with this matter will be notified of this filing through the Court's ECF System.

/s/ Francis O. Scarpulla
Francis O. Scarpulla

NOTICE OF CHANGE OF ADDRESS — - 2 - — Master File No. 3:07-cv-5944 JST
MDL 1917