Tracy R. Kirkham (69912)
John D. Bogdanov (215830)
COOPER & KIRKHAM, P.C.
357 Tehama Street, Second Floor
San Francisco, CA 94103
Telephone: (415) 788-3030
Facsimile: (415) 882-7040
Email: trk@coopkirk.com
         jdb@coopkirk.com

*Counsel for Plaintiff Eleanor Lewis and Interim Lead Counsel for the Non-Repealer State Subclass*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 4:07-cv-5944-JST<br><br>MDL No. 1917 |
| This Document Relates to:<br><br>All Indirect Purchaser Actions | **NOTICE OF APPEAL** |

# NOTICE OF APPEAL

Notice is hereby given that Eleanor Lewis hereby appeals to the United States Court of Appeals for the Ninth Circuit from: (1) the Final Judgment of Dismissal with Prejudice as to the Philips, Panasonic, Hitachi, Toshiba, Samsung SDI, Thomson, and TDA Defendants entered on July 29, 2020 (Dkt. 5804); and (2) the Order Denying Motion to Intervene for Purposes of Final Settlement Objections and Denying as Moot Motion to Extend Time to Appeal Judgment entered August 27, 2020 (Dkt. 5823).

This appeal should be assigned to the same panel that previously decided *In re Cathode Ray Tube (CRT) Antitrust Litig.*, Case No. 16-16368 consolidated, *inter alia,* Appeal Numbers 16-16378, 16-16379 and 16-16400. In its order remanding the proceeding to the trial court in that earlier appeal, the Court ordered that "[t]he current panel will retain responsibility for future appeals in this case." *In re Cathode Ray Tube (CRT) Antitrust Litig.*, 753 Fed. Appx. 438, 442 (9th Cir. 2019); (Case No. 16-16368 Dkt. 238 at 12). Because this appeal arises from the same case as Appeal Number 16-16368, it should be assigned to the panel assigned to that proceeding.

Attached as Exhibit A is the Representation Statement pursuant to Fed. R. App. Proc. 12(b) and Ninth Circuit Rule 3-2.

Dated:  August 28, 2020                                  Respectfully Submitted,

                                                              /s/ *Tracy R. Kirkham*
                                                             Tracy R. Kirkham

                                             Tracy R. Kirkham (69912)
                                             John D. Bogdanov (215830)
                                             COOPER & KIRKHAM, P.C.
                                             357 Tehama Street, Second Floor
                                             San Francisco, CA 94103
                                             Telephone: (415) 788-3030
                                             Facsimile: (415) 882-7040
                                             Email:  trk@coopkirk.com
                                                             jdb@coopkirk.com

*Counsel for Plaintiff Eleanor Lewis and Interim Lead Counsel for the Non-Repealer State Subclass*

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing NOTICE OF APPEAL and REPRESENTATION STATEMENT was filed via CM/ECF on August 28, 2020 and as a result has been served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ *Tracy R. Kirkham*
Tracy R. Kirkham