FRANCIS O. SCARPULLA (CASB No. 41059)
PATRICK B. CLAYTON (CASB No. 240191)
LAW OFFICES OF FRANCIS O. SCARPULLA
3708 Clay Street
San Francisco, CA  94118-1806
Telephone:  (415) 751-4193
Facsimile:   (415) 788-0706
fos@scarpullalaw.com
pbc@scarpullalaw.com

*Interim Co-Lead Counsel
for Omitted Repealer States*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| In re:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION. | **Master File No. 4:07-cv-5944 JST**<br><br>**MDL No. 1917** |
| This Document Relates to:<br><br>All Indirect-Purchaser Actions. | **SECOND AMENDED NOTICE OF APPEAL** |

**SECOND AMENDED NOTICE OF APPEAL**

Notice is hereby given that the Law Offices of Francis O. Scarpulla and Francis O. Scarpulla appeal to the United States Court of Appeals for the Ninth Circuit from the Final Judgment of Dismissal with Prejudice as to the Philips, Panasonic, Hitachi, Toshiba, Samsung SDI, Thomson, and TDA Defendants entered on July 29, 2020 (Dkt. 5804).

This appeal should be assigned to the same panel that previously decided *In re Cathode Ray Tube (CRT) Antitrust Litig.*, Case No. 16-16368 consolidated, *inter alia*, Appeal Numbers 16-16378, 16-16379, and 16-16400. In its order remanding the proceeding to the trial court in that earlier appeal, the Court ordered that "[t]he current panel will retain responsibility for future appeals in this case." *In re Cathode Ray Tube (CRT) Antitrust Litig.*, 753 Fed. Appx. 438, 442  (9th Cir. 2019); (Case No. 16-16368 Dkt. 238 at 12).  Because this appeal arises from the same case as the Appeal Number 16-16368, it should be assigned to the panel assigned to that proceeding.

The representation statement required under Federal Rule of Appellate Procedure 12(b) and Ninth Circuit Rule 3-2 is attached as Exhibit A.

Dated:  August 28, 2020            Respectfully submitted,

            /s/ Francis O. Scarpulla

FRANCIS O. SCARPULLA (CASB No. 41059)
PATRICK B. CLAYTON (CASB No. 240191)
LAW OFFICES OF FRANCIS O. SCARPULLA
3708 Clay Street
San Francisco, CA 94118-1806
Telephone: 415-751-4193
Facsimile:  415-788-0706
fos@scarpullalaw.com
pbc@scarpullalaw.com

*Interim Co-Lead Counsel*
*for Omitted Repealer States*

SECOND AMENDED NOTICE OF APPEAL            - 1 -            Master File No. 4:07-cv-5944 JST
                                                              MDL 1917

PROOF OF SERVICE

On August 28, 2020, I caused the following:

SECOND AMENDED NOTICE OF APPEAL

to be electronically filed with the Court through ECF.  All counsel of record associated with this matter will be notified of this filing through the Court's ECF System.

/s/ Francis O. Scarpulla
Francis O. Scarpulla