Francis O. Scarpulla (CASB No. 41059)
Patrick B. Clayton (CASB No. 240191)
Law Offices of Francis O. Scarpulla
3708 Clay Street
San Francisco, CA  94118
Telephone:  (415) 751-4193
Facsimile:   (415) 788-0706
fos@scarpullalaw.com
pbc@scarpullalaw.com

*Interim Co-Lead Counsel for Indirect-Purchaser Plaintiffs ORS Subclass*

[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]

Theresa D. Moore (CASB No. 99978)
Law Offices of Theresa D. Moore
One Sansome Street, 35th Floor
San Francisco, CA  94104
Telephone:  (415) 613-1414
Email:  tdmoore@aliotolaw.com

*Interim Co-Lead Counsel for Indirect-Purchaser Plaintiffs ORS Subclass*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| In re:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION. | **Master File No. 4:07-cv-5944 JST** |
| | **MDL No. 1917** |
| This Document Relates to: | **NOTICE OF APPEAL** |
| All Indirect-Purchaser Actions. | |

## NOTICE OF APPEAL

Notice is hereby given that Tyler Ayres, Mike Bratcher, Nikki Crawley, Jay Erickson, Harry Garavanian, John Heenan, Hope Hitchcock, D. Bruce Johnson, Jeff Johnson, Kerry Murphy, Chris Seufert, Robert Stephenson, Gary Talewsky, and William Trentham (the "ORS Plaintiffs") appeal to the United States Court of Appeals for the Ninth Circuit from:  (1) the Final Judgment of Dismissal with Prejudice as to the Philips, Panasonic, Hitachi, Toshiba, Samsung SDI, Thomson, and TDA Defendants entered on July 29, 2020 (Dkt. 5804); and (2) the Order Denying Motion to Intervene for Purposes of Final Settlement Objections and Denying as Moot Motion to Extend Time to Appeal Judgment entered August 27, 2020 (Dkt. 5823).

This appeal should be assigned to the same panel that previously decided *In re Cathode Ray Tube (CRT) Antitrust Litig.*, Case No. 16-16368 consolidated, *inter alia*, Appeal Numbers 16-16378, 16-16379, and 16-16400. In its order remanding the proceeding to the trial court in that earlier appeal, the Court ordered that "[t]he current panel will retain responsibility for future appeals in this case." *In re Cathode Ray Tube (CRT) Antitrust Litig.*, 753 Fed. Appx. 438, 442  (9th Cir. 2019); (Case No. 16-16368 Dkt. 238 at 12).  Because this appeal arises from the same case as the Appeal Number 16-16368, it should be assigned to the panel assigned to that proceeding.

Attached as Exhibit A is the Representation Statement pursuant to Fed. R. App. Proc. 12(b) and Ninth Circuit Rule 3-2.

Dated:  August 28, 2020                                    Respectfully submitted,

1

 /s/ Theresa D. Moore
     Theresa D. Moore

2

3

Theresa D. Moore (CASB No. 99978)
Law Offices of Theresa D. Moore
One Sansome Street, 35th Floor
San Francisco, CA  94104
Telephone:  (415) 613-1414
Email:  tdmoore@aliotolaw.com

4

5

6

7

*Interim Co-Lead Counsel for Indirect-
Purchaser Plaintiffs ORS Subclass*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

/s/ Francis O. Scarpulla
     Francis O. Scarpulla

Francis O. Scarpulla (CASB No. 41059)
Patrick B. Clayton (CASB No. 240191)
Law Offices of Francis O. Scarpulla
3708 Clay Street
San Francisco, CA  94118
Telephone:  (415) 751-4193
Facsimile:  (415) 788-0706
Email:  fos@scarpullalaw.com
       pbc@scarpullalaw.com

*Interim Co-Lead Counsel for Indirect-
Purchaser Plaintiffs ORS Subclass*

John G. Crabtree (appearing *pro hac vice*)
Brian Tackenberg (appearing *pro hac vice*)
Crabtree & Auslander
240 Crandon Boulevard, Suite 101
Key Biscayne, FL  33149
Telephone:  (305) 361-3770
Facsimile:  (305) 437-8188
Email:  jcrabtree@crabtreelaw.com
       btackenberg@crabteeelaw.com

Brian M. Torres (appearing *pro hac vice*)
Brian M. Torres, P.A.
One SE Third Avenue, Suite 3000
Miami, FL  33131
Telephone:  (305) 901-5858
Facsimile:  (393) 901-5874
Email:  btorres@briantorres.legal

*Counsel for Indirect-Purchaser
Plaintiffs ORS Subclass*

Christopher A. Nedeau
The Nedeau Law Firm
750 Battery Street, 7th Floor
San Francisco, CA  94111
Telephone:  (415) 516-4010
Email:  cnedeau@nedeaulaw.com

*Counsel for Indirect-Purchaser
Plaintiffs ORS Subclass*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>PROOF OF SERVICE</u>

On August 28, 2020, I caused the following:

## NOTICE OF APPEAL

to be electronically filed with the Court through ECF.  All counsel of record associated with this matter will be notified of this filing through the Court's ECF System.

/s/ Francis O. Scarpulla
Francis O. Scarpulla