Robert J. Bonsignore, *pro hac vice*
Lisa A. Sleboda, *pro hac vice*
Bonsignore Trial Lawyers, PLLC
3771 Meadowcrest Drive
Las Vegas, NV 89121
Office Phone: (781) 350-0000
Cell Phone: (781) 856-7650
Facsimile: (702) 852-5726
Email: rbonsignore@classactions.us

*Counsel for Indirect Purchaser Plaintiff Class Member Objectors*

[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 4:07-cv-5944-JST |
| | MDL No. 1917 |
| This Document Relates to: | **NOTICE OF APPEAL** |
| All Indirect-Purchaser Actions | |

**NOTICE OF APPEAL**

Notice is hereby given that Jeff Speaect (SD), Gloria A. Comeaux (NV), Valerie G. Deick (NV), Eric R. Coggins (AZ), Dale B. McKenzie (CA), Heather J. Gordon (FL), Miguel A. Albarran (FL), David N. Watson (MI), Craig A. Schuler (NE), Mary J. Baucom (NM), Brendan C. McCann (NY), Dennis S. Cornett (TN), Lisa L. Butterbrodt (WI), and Jessica M. McIntyre (VT) appeal to the United States Court of Appeals for the Ninth Circuit from (1) the Final Judgment of Dismissal with Prejudice as to the Philips, Panasonic, Hitachi, Toshiba, Samsung SDI, Thomson and TDA Defendants, entered on July 29, 2020 (Dkt. 5804) and (2) the underlying Order granting Final Approval of amended settlements, which was entered on July 13, 2020 (Dkt. 5786).

The appeal of the July 29, 2020 Judgment presents for review all earlier, now merged and/or interlocutory orders and judgments, including, but not limited to, (1) the Order granting Preliminary Approval of the amended settlements, entered on March 11, 2020 (Dkt. 5695), (2) the Order Granting Final Approval of Indirect Purchaser Settlements, entered on July 7, 2016 (Doc. No. 4712), (3) the Judgment of Dismissal with Prejudice as to the Philips, Panasonic, Hitachi, Toshiba, Samsung SDI, Thomson and TDA Defendants, entered on July 14, 2016 (Dkt. 4717), (4) the Order on Attorneys' Fees, Expenses and Incentive Awards Re: Indirect Purchaser Plaintiff Settlements, entered on August 3, 2016 (Doc. No. 4740), and (5) the Order refusing to entertain any motion to vacate prior settlement in accordance with the Ninth Circuit's remand order and mandate (Case No. 16-16373, Dkt. 252-53), which was entered on October 18, 2019 (Dkt. 5632).

The foregoing district court orders are attached hereto respectively as Exhibits A (Dkt. 5804), B (Dkt. 5786), C (Dkt. 5695), D (Dkt. 4712), E (Dkt. 4717), F (Dkt. 4740), and G (Dkt. 5632).

This appeal should be assigned to the same panel that previously decided *In re Cathode Ray Tube (CRT) Antitrust Litig.*, Case No. 16-16368 consolidated with, *inter alia*, Appeal Numbers 16-373, 16-399 and 16-16400. In its order remanding the proceeding to the district court in that earlier appeal, the Court ordered that "[t]he current panel will retain responsibility for future appeals in this case." *See In re Cathode Ray Tube (CRT) Antitrust Litig.*, 753 Fed. Appx. 438, 442 (9th Cir. 2019) (Case No. 16-16368, Dkt. 238 at 12). Because this appeal arises from the same

case as Appeal Number 16-16368 and the underlying consolidated cases, and from noncompliance with the Ninth Circuit's remand order and mandate, it should be assigned to the panel assigned to that proceeding.

The representation statement required under Federal Rule of Appellate Procedure 12(b) and Ninth Circuit Rule 3-2 is attached as Exhibit H.

Dated: August 28, 2020

Respectfully submitted,

*/s/ Robert J. Bonsignore*
Robert J. Bonsignore

Robert J. Bonsignore, *pro hac vice*
Lisa A. Sleboda, *pro hac vice*
Bonsignore Trial Lawyers, PLLC
3771 Meadowcrest Drive
Las Vegas, NV  89121
Telephone:  (781) 856-7650
Facsimile:   (702) 852-5626
Email:  rbonsignore@classactions.us

*Counsel for Indirect Purchaser Plaintiff Class Member Objectors*

D. Michael Noonan, *pro hac vice*
Shaheen and Gordon
353 Central Avenue
P.O. Box 977
Dover, NH 03821
Telephone: (603) 871-4144
mnoonan@shaheengordon.com

Joseph Alioto (42680)
Alioto Law Firm
One Sansome St. 35 Floor
San Francisco, CA 94104
Telephone: (415) 434-8900
jmalioto@aliotolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was filed *via* CM/ECF on August 28, 2020, and as a result has been served on all counsel of record *via* transmission of Notices of Electronic Filing generated by CM/ECF.

> */s/ Robert J. Bonsignore*
> Robert J. Bonsignore