# EXHIBIT A

```
 1  RON BENDER (SBN 143364)
 2  JULIET Y. OH (SBN 211414)
    LINDSEY L. SMITH (SBN 265401)
 3  LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
    10250 Constellation Boulevard, Suite 1700
 4  Los Angeles, California 90067
    Telephone: (310) 229-1234; Facsimile: (310) 229-1244
 5  Email: RB@LNBYB.com, JYO@LNBYB.com, LLS@LNBYB.com
 6
    Proposed Attorneys for Tatung Company of America, Inc
 7
```

RECEIVED & FILED
2019 NOV 15 PM 2: 41

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| GOVERNMENT OF PUERTO RICO, THROUGH ITS ATTORNEY GENERAL AND JUSTICE OF PUERTO RICO WANDA VÁZQUEZ,<br><br>Plaintiff,<br><br>v.<br><br>LG ELECTRONICS, INC.; LG ELECTRONICS USA, INC.; LG ELECTRONICS TAIWAN TAIPEI CO., LTD.; KONINKLIJKE PHILIPS ELECTRONICS NV; LG PHILIPS DISPLAYS, LTD.; PHILIPS ELECTRONICS NORTH AMERICA CORPORATION; PHILIPS ELECTRONICS INDUSTRIES (TAIWAN), LTD.; PHILIPS DA AMAZONIA INDUSTRIA ELECTRONICA LTDA; LP DISPLAYS INTERNATIONAL, LTD; SAMSUNG ELECTRONICS CO., LTD; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG SDI AMERICA, INC.; SAMSUNG SDI MEXICO SA DE CV; SHENZHEN SAMSUNG SDI CO., LTD.; TIANJIN SAMSUNG SDI CO., LTD.; SAMSUNG SDI (MALAYSIA) SDN. BHD.; TOSHIBA CORPORATION; TOSHIBA AMERICA CONSUMER | CIV ACTION NO: 3:19-cv-01246<br><br>Removed from:<br>Commonwealth of Puerto Rico<br>Court of First Instance<br>Superior Court of San Juan<br><br>No. 2018CV10381<br><br>**NOTICE OF FILING OF PETITION FOR RELIEF UNDER CHAPTER 11 OF THE UNITED STATES BANKRUPTCY CODE, 11 U.S.C. § 101, ET. SEQ., AND IMPOSITION OF AUTOMATIC STAY** |

- 1 -
NOTICE OF BANKRUPTCY FILING

| | |
|---|---|
| 1 | PRODUCTS, LLC; TOSHIBA AMERICA INFORMATION SYSTEMS, INC.; TOSHIBA AMERICA ELECTRONICS COMPONENTS, INC.; TOSHIBA DISPLAY DEVICES (THAILAND) COMPANY, LTD.; PT TOSUMMIT ELECTRONIC DEVICES INDONESIA; PANASONIC CORPORATION; PANASONIC CORPORATION OF NORTH AMERICA; MATSUSHITA ELECTRONIC CORPORATION (MALAYSIA) SDN BHD.; MT PICTURE DISPLAY CO., LTD.; BEIJING-MATSUSHITA COLOR CRT COMPANY, LTD.; HITACHI LTD.; HITACHI AMERICA, LTD.; HITACHI ASIA, LTD.; SHENZHEN SEG HITACHI COLORED DISPLAY DEVICES, LTD.; TATUNG COMPANY OF AMERICA, INC.; CHUNGHWA PICTURE TUBES (MALAYSIA) SDN. BHD.; IRICO GROUP; JOHN DOE, married to JANE DOE, and their community property partnership; CORPORATION XYZ, |
| | Defendants. |

**PLEASE TAKE NOTICE** that on September 30, 2019 Tatung Company of America, Inc. (the "Debtor") filed a voluntary petition under Chapter 11 of Title 11, United States Code, 11 U.S.C. § 101, et seq. (the "Bankruptcy Code"). The Debtor's bankruptcy case is pending as Case Number 2:19-bk-21521-NB in the United States Bankruptcy Court for the Central District of California, Los Angeles Division, the Honorable Neil W. Bason, presiding. A true and correct copy of the notice of bankruptcy filing by the Debtor is attached hereto as **Exhibit "A"** and is incorporated herein by this reference.

Your attention is directed to Bankruptcy Code § 362, which provides for an automatic stay against:

(1) the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding, including any cross-claims or counter-claims against the Debtor that was or could have been commenced before the commencement of the case under Title 11; or to recover a claim against the Debtor that arose before the commencement of the case under the Bankruptcy Code;

(2) the enforcement, against the Debtor or against property of the Debtor's estate, of a judgment obtained before the commencement of the case under the Bankruptcy Code;

(3) any act to obtain possession of property of the Debtor's estate or of property from the estate, or to exercise dominion or control over property of the estate;

(4) any act to create, perfect, or enforce any lien against property of the estate;

(5) any act to create, perfect, or enforce against property of the Debtor any lien to the extent that such lien secures a claim that arose before the commencement of the case under Title 11;

(6) any act to collect, assess, or recover a claim against the Debtor that arose before the commencement of the case under Title 11;

(7) the setoff of any debt owing to the Debtor that arose before the commencement of the case under Title 11 against any claim against the Debtor; and

(8) the commencement or continuation of a proceeding before the United States Tax Court concerning the Debtor.

The automatic injunction granted by Bankruptcy Code § 362(a) will remain in effect until the bankruptcy case is dismissed or closed or until such earlier time as set forth in Bankruptcy Code §§ 362(c), (d), (e) and (f).

In addition, please note that actions taken in violation of the stay are void *ab initio* and of no effect. *See In re Dunbar*, 245 F.3d 1058 (9th Cir. 2001).

Levene, Neale, Bender, Yoo & Brill L.L.P. is the Debtor's proposed counsel of record in the bankruptcy case, and is filing this Notice solely for information purposes only. The filing of this

Notice is not to be construed or deemed to be an appearance by Levene, Neale, Bender, Yoo & Brill L.L.P. as counsel of record for any party to the instant action.

**NOTICE IS HEREBY GIVEN** that contempt proceedings may be initiated against any party who participates in any violation of the automatic stay. In addition, the Bankruptcy Court may award damages to compensate the Debtor for actual loss suffered arising out of a violation of the automatic stay. *See In re Computer Communications, Inc.*, 824 F.2d 725, 731 (9th Cir. 1987).

Dated: November 14, 2019

TATUNG COMPANY OF AMERICA, INC.,

By: _____
JULIET Y. OH, ESQ.
LEVENE, NEALE, BENDER, YOO
& BRILL L.L.P.
Proposed Attorneys for Debtor and
Debtor-in-Possession