GIBSON, DUNN & CRUTCHER LLP
RACHEL S. BRASS, SBN 219301
RBrass@gibsondunn.com
AUSTIN V. SCHWING, SBN 211696
ASchwing@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, California 94105-2933
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Defendants
CHUNGHWA PICTURE TUBES, LTD.,
CHUNGHWA PICTURE TUBES (MALAYSIA)
SDN. BHD., and TATUNG COMPANY OF
AMERICA, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*All Actions*; | Master File No. 4:07-CV-05944-JST<br>MDL No. 1917<br><br>**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW**<br><br>Hearing Date: October 14, 2020<br>Hearing Time: 2:00 p.m.<br>Hearing Place: Courtroom 6 – 2nd Floor<br>Honorable Judge Jon S. Tigar |

This matter is before the Court on Gibson, Dunn & Crutcher's ("Gibson Dunn") Motion to Withdraw As Counsel of Record for Defendants Chunghwa Picture Tubes, Ltd., Chunghwa Picture Tubes (Malaysia) Snd. Bhd., and Tatung Company of America, Inc.  The Court, having considered all of the papers submitted by the parties, the relevant authorities, and the oral arguments of counsel, hereby GRANTS Gibson Dunn's motion.

IT IS HEREBY ORDERED THAT Gibson Dunn's Motion to Withdraw As Counsel of Record for all purposes is GRANTED.  Civ. L.R. 11–5(a).

**IT IS SO ORDERED.**


DATED: _____         _____
                                                                                        Hon. Jon S. Tigar
                                                                                 United States District Court Judge