Mario N. Alioto (56433)
Joseph M. Patane (72202)
Lauren C. Capurro (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2280 Union Street
San Francisco, CA 94123
Telephone: 415-563-7200
Facsimile: 415- 346-0679
Email: malioto@tatp.com
jpatane@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the Indirect Purchaser Plaintiffs for the 22 States*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>INDIRECT PURCHASER ACTIONS FOR THE 22 STATES | Master File No. 4:07-cv-05944-JST<br>Case No. 4:13-cv-03234-JST<br><br>MDL No. 1917<br><br>**DECLARATION OF LAUREN C. CAPURRO IN SUPPORT OF INDIRECT PURCHASER PLAINTIFFS' OPPOSITION TO: (1) REQUEST FOR EXPEDITED RELIEF; (2) MOTION TO EXTEND TIME TO APPEAL JUDGMENT; AND (3) MOTION TO INTERVENE FOR PURPOSE OF APPEAL; MOTION TO STRIKE**<br><br>Hearing Date: Hearing Requested at the Discretion of the Court<br>Courtroom: 6, 2nd Floor (Oakland)<br>Judge:  Honorable Jon S. Tigar |

I, Lauren C. Capurro, declare:

1. I am an attorney duly licensed by the State of California and am admitted to practice before this Court. I am a partner with the law firm Trump, Alioto, Trump & Prescott, LLP and my firm serves as the Court-appointed Lead Counsel for the Indirect Purchaser Plaintiffs ("IPPs") for the 22 Indirect Purchaser State Classes in the above-captioned action. I submit this Declaration in support of the IPPs' Opposition to Request for Expedited Relief, Motion to Extend Deadline to Appeal and Motion to Intervene, filed herewith. The matters set forth herein are within my personal knowledge except as to those statements that are expressly made on information and belief. If called upon and sworn as a witness I could competently testify regarding the matters set forth in this declaration.

2. Attached hereto as Exhibit 1 is a true and correct copy of the email I sent to Robert Bonsignore on August 29, 2020, requesting that he withdraw his Motion. Mr. Bonsignore did not respond.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 3rd day of September, 2020 at San Francisco, California.

        /s/ Lauren C. Capurro
          Lauren C. Capurro

***Counsel for the Indirect Purchaser Plaintiffs for the 22 States***

# EXHIBIT 1

| | |
|---|---|
| **From:** | Lauren Capurro (Russell) |
| **To:** | rbonsignore@class-actions.us |
| **Cc:** | malioto@tatp.com |
| **Subject:** | CRT/Request to withdraw pending motion, ECF No. 5815 |
| **Date:** | Saturday, August 29, 2020 9:21:46 PM |
| **Importance:** | High |

We request that you immediately withdraw your pending Motion to Expedite, Motion to Extend Time to Appeal and to Intervene for Purposes of Appeal, ECF No. 5815.

Your pending motion as been mooted by the Notice of Appeal of the Final Judgment that you filed yesterday. By your own admission, this has divested the Court of jurisdiction over your motion.

Moreover, there have now been a total of ten motions relating to objectors' attempts to intervene, all of which have been denied in no uncertain terms.

You have already unnecessarily multiplied the proceedings by not bringing your present motion at the same time as your Joinder in the earlier motion to intervene by the ORS/NRS. We urge you not to compound this problem by forcing us to respond to your pending (now moot) motion.

We have already devoted time to your pending motion and are continuing to do so. Please advise us immediately whether you will withdraw your pending motion so that we don't continue to devote time to it.

Thank you.

Lauren C. Capurro (Russell)

Attorney at Law

Trump, Alioto, Trump & Prescott, LLP

2280 Union Street

San Francisco, CA 94123

Tel: (415) 563-7200

Direct line: (415) 447-1496

Cell: (415) 860-5051

Fax: (415) 346-0679

E-mail: laurenrussell@tatp.com

This message is sent by a law firm and may contain information that is privileged or confidential.  If you received this transmission in error, please notify the sender by email and delete the message and any attachments.