UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGAION | Case No. 07-cv-05944-JST |
|---|---|
| This Order Relates to: *All Actions* | **ORDER OF REFERENCE TO MAGISTRATE JUDGE** Re: ECF No. 5839 |

Pursuant to Civil Local Rule 72-1, Gibson Dunn & Crutcher LLP's motion to withdraw as counsel, ECF No. 5839, is referred to a magistrate judge. Any date for hearing on the referred motion previously noticed on this Court's calendar is vacated.

The parties will be advised of the date, time, and place of the next appearance by notice from the assigned magistrate judge.

**IT IS SO ORDERED**.

Dated: September 11, 2020



JON S. TIGAR
United States District Judge