UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS | Case No. 07-cv-05944-JST<br><br>**ORDER TERMINATING MOTION TO EXPEDITE, EXPAND TIME TO APPEAL, AND INTERVENE AS MOOT**<br><br>Re: ECF No. 5815 |

Before the Court is the motion by Objectors for expedited relief, for an extension of time to appeal judgment, and for intervention for purpose of appeal.[1] ECF No. 5815. On September 3, 2020, the Indirect Purchaser Plaintiffs filed an opposition to the motion, ECF No. 5840, as did the Settling Defendants, ECF No. 5838. On September 10, 2020, Objectors filed a reply. ECF No. 5841.

All parties now appear to acknowledge that, in light of the Objectors' appeal to the United States Court of Appeals for the Ninth Circuit, s*ee* ECF No. 5835, this motion is now moot. ECF No. 5841 at 2; ECF No. 5838 at 5-6; ECF No. 5840 at 2. The Court agrees and therefore terminates Objectors' motion as moot.

**IT IS SO ORDERED.**

Dated: September 14, 2020

JON S. TIGAR
United States District Judge

---

[1] Objector movants are Jeff Speaect, Gloria A. Comeaux, Craig A. Schuler, Valerie G. Deick, Lisa L. Butterbrodt, Dale B. McKenzie, Eric R. Coggins, Heather J. Gordon, Dennis S. Cornett, David N. Watson, Brendan C. McCann, Jessica M. McIntyre, Miguel A. Albarran, and Mary J. Baucom. *See* ECF No. 5815 at 2.