UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*All Actions*; | Case No. 07-cv-05944-JST (JCS)<br><br>**NOTICE OF REFERENCE, TIME AND PLACE OF HEARING AND ORDER RE MOTION TO WITHDRAW AS COUNSEL**<br><br>Re: Dkt. No. 5839 |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter has been referred to Chief Magistrate Judge Joseph C. Spero for Gibson, Dunn & Crutcher's Motion to Withdraw as Counsel for Defendants Chunghwa Picture Tubes, Ltd., Chunghwa Picture Tubes (Malaysia), and Tatung Company of America.

The hearing on Motion to Withdraw has been set for **October 16, 2020, at 9:30 AM**, by Zoom Webinar. Zoom Webinar ID: 161 926 0804. Password: 05085, in San Francisco, California. The opposition(s), if not already filed, shall be filed and served no later than fourteen (14) days after the motion is served and filed. Any reply to the opposition(s) shall be filed and served no later than seven (7) days after the opposition is served and filed. All documents shall be filed in compliance with Civil L. R. 7-2 through 7-5. Documents not filed in compliance with those rules will not be considered by the Court. Any party seeking an award of attorney's fees or other expenses in connection with this motion shall file a motion in accordance with Civil L. R. 37-3.

**LAW AND MOTION HEARING PROCEDURES**

Civil law and motion is heard on Friday mornings at 9:30 a.m., in Courtroom G, 15th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California.

**ELECTRONIC FILING AND COURTESY COPIES**

Please refer to Civil L. R. 5-1 (e) and General Order No. 45 for the Northern District of California for information relating to electronic filing procedures and requirements. All documents shall be filed in compliance with the Civil Local Rules. Documents not filed in compliance with those rules will not be considered by the Court.

The failure of counsel or a party to abide by this Order may result in sanctions pursuant to Fed. R. Civ. P. 16(f).

Pursuant to General Order 72-2 all local rules requiring that a courtesy copy be provided to the chambers of the assigned judge are suspended pending further notice.

Electronic courtesy copy shall bear the initials "JCS" and a .pdf emailed to JCSPO@cand.uscourts.gov.

IT IS SO ORDERED.

Dated: September 14, 2020

_____
JOSEPH C. SPERO
United States Magistrate Judge