MARIO N. ALIOTO (56433)
LAUREN C. CAPURRO (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 UNION STREET
SAN FRANCISCO, CA 94123
Telephone: 415-563-7200
Facsimile: 415- 346-0679
Email: malioto@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the Indirect
Purchaser Plaintiffs for the 22 States*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 4:07-cv-5944-JST<br>MDL No. 1917 |
| THIS DOCUMENT RELATES TO:<br>INDIRECT PURCHASER ACTIONS FOR THE 22 STATES | **REQUEST FOR PERMISSION TO FILE SECOND SUPPLEMENTAL DECLARATION OF LAUREN C. CAPURRO IN SUPPORT OF INDIRECT PURCHASER PLAINTIFFS' MOTION TO STRIKE AND FOR SANCTIONS**<br><br>Hearing Date: None<br>Courtroom: 6, 2nd Floor (Oakland)<br>Judge:  Honorable Jon S. Tigar |

1

REQUEST FOR PERMISSION TO FILE SECOND SUPPL. DECL. OF LAUREN C. CAPURRO
ISO INDIRECT PURCHASER PLAINTIFFS' MOTION TO STRIKE AND FOR SANCTIONS
Master File No. 07-cv-05944-JST; MDL No. 1917

Pursuant to Civil L.R. 7-3(d), the Indirect Purchaser Plaintiffs ("IPPs") respectfully request permission to file the attached Second Supplemental Declaration of Lauren C. Capurro ("Second Suppl. Capurro Decl.") in further support of IPPs' Motion to Strike and for Sanctions, ECF No. 5781 (the "Motion").

Since the completion of briefing on IPPs' Motion, Mr. Bonsignore has continued to engage in the following unprofessional and vexatious conduct, causing further unnecessary expenditure of time and resources by IPP Counsel:

(1) Mr. Bonsignore contacted IPPs' class representative for Wisconsin, Brigid Terry, by letter and by telephone without her attorney's knowledge or consent. *See* Second Suppl. Capurro Decl. ¶¶ 2-3, Ex. A (Letter from Robert Bonsignore to Brigid Terry). Ms. Terry's attorney reported the contact to IPP Lead Counsel. *Id*. ¶ 2. IPP Lead Counsel emailed Mr. Bonsignore and requested that he cease all contact with Ms. Terry immediately, inform IPP Lead Counsel whether he had contacted any other IPP class representatives, and confirm that he would desist from further contacts with these representatives. *Id*. ¶ 4, Ex. B (Email from Lauren C. Capurro to Robert Bonsignore). Mr. Bonsignore replied but did not respond to IPP Lead Counsel's requests. *Id*. ¶ 5, Ex. C (Email from Robert Bonsignore to Lauren C. Capurro). As a result of Mr. Bonsignore's improper contact with Ms. Terry and his failure to respond to IPP Lead Counsel's requests, IPP Lead Counsel had to contact counsel for the 24 other IPP class representatives to confirm they had not been contacted by Mr. Bonsignore. *Id*. ¶¶ 7-8. IPP Lead Counsel spent a total of 4.4 hours, amounting to $2,640 in lodestar, addressing this matter, including researching the relevant professional ethics rules, speaking with Ms. Terry and her counsel, and investigating whether Mr. Bonsignore had contacted other IPP class representatives. *Id*. ¶¶ 6-9. This work was caused entirely Mr. Bonsignore's improper contact with a class

2

REQUEST FOR PERMISSION TO FILE SECOND SUPPL. DECL. OF LAUREN C. CAPURRO
ISO INDIRECT PURCHASER PLAINTIFFS' MOTION TO STRIKE AND FOR SANCTIONS
Master File No. 07-cv-05944-JST; MDL No. 1917

representative and his refusal to commit not to pursue further contacts.

(2) On August 20, 2020, five weeks after this Court issued its July 13, 2020 Order Granting Final Approval of IPPs' Amended Settlements (ECF No. 5786), Mr. Bonsignore filed a Request for Expedited Relief and Motions to Extend Deadline to Appeal and to Intervene for Purposes of Appeal on behalf of certain objectors to the IPPs' Amended Settlements, ECF No. 5815 (the "Intervention Motion"). The Intervention Motion asserted that "if the requested extension is not granted, the IPP Objectors will be forced to appeal the Judgment, which will divest this Court of jurisdiction over the Intervention Motion[.]" *Id.* at 4-5. On August 28, 2020, Mr. Bonsignore's objectors filed a notice of appeal. ECF No. 5832. On August 29, 2020, IPP Lead Counsel wrote to Mr. Bonsignore and requested that he withdraw his objectors' intervention motion because this Court had been divested of jurisdiction by their notice of appeal. *See* Second Suppl. Capurro Decl. ¶ 10, Ex. D. Mr. Bonsignore did not respond. *Id*. ¶ 10. As a result of Mr. Bonsignore's refusal to withdraw the Intervention Motion, IPP Counsel was forced to spend 23.0 hours, amounting to $14,725 in lodestar, researching, drafting and filing IPPs' opposition to the motion. *Id*. ¶¶ 11-19. On September 14, 2020, this Court terminated the Intervention Motion as moot in light of the objectors' appeal. ECF No. 5843. Thus, IPP Counsel's work on the Intervention Motion was completely unnecessary and could have been avoided if Mr. Bonsignore had withdrawn the Intervention Motion as requested.

IPPs had hoped that the filing of their motion for sanctions against Mr. Bonsignore would deter further unreasonable and vexatious multiplication of these proceedings by him. It has not. Therefore, the Court should consider the additional, recent misconduct by Mr. Bonsignore in conjunction with the other matters raised in the Motion, and grant sanctions in the amount of

3

REQUEST FOR PERMISSION TO FILE SECOND SUPPL. DECL. OF LAUREN C. CAPURRO
ISO INDIRECT PURCHASER PLAINTIFFS' MOTION TO STRIKE AND FOR SANCTIONS
Master File No. 07-cv-05944-JST; MDL No. 1917

$15,620, as prayed for in the Motion.[1]

Respectfully submitted,

Date: September 23, 2020                By:     /s/ Mario N. Alioto
                                                MARIO N. ALIOTO (SBN 56433)
                                                LAUREN C. CAPURRO (241151)
                                                TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
                                                2280 UNION STREET
                                                SAN FRANCISCO, CA 94123
                                                Telephone: 415-563-7200
                                                Facsimile: 415- 346-0679
                                                Email: malioto@tatp.com
                                                laurenrussell@tatp.com

                                                **Lead Counsel for the Indirect
                                                Purchaser Plaintiffs for the 22 States**

---

[1] As detailed in the Second Suppl. Capurro Decl., IPP Counsel have spent a total of 76.1 hours on the Motion, the Reply in support thereof, and the additional improper conduct by Mr. Bonsignore described herein. IPPs seek only the originally requested $15,620 in sanctions against Mr. Bonsignore. Thus, the blended hourly rate for this time is approximately $205 ($15,620/76.1 hours = ~$205). *See* Second Suppl. Capurro Decl. ¶¶ 19-21.

4

REQUEST FOR PERMISSION TO FILE SECOND SUPPL. DECL. OF LAUREN C. CAPURRO
ISO INDIRECT PURCHASER PLAINTIFFS' MOTION TO STRIKE AND FOR SANCTIONS
Master File No. 07-cv-05944-JST; MDL No. 1917