Richard M. Hagstrom, MN Bar No. 39445
*rhagstrom@hjlawfirm.com*
**HELLMUTH & JOHNSON**
8050 West 78th Street
Edina, MN 55439
Tel: (952) 941-4005
Fax: (952) 941-2337

*Attorney for Plaintiffs*
*Michael Juetten and Chad Klebs, a Minnesota resident, on behalf*
*of themselves and all others similarly situated*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No.4:07-cv-05944-JST |
| | MDL No. 1917 |
| This Document Relates to: | **NOTICE OF WITHDRAWAL OF COUNSEL, RICHARD M. HAGSTROM** |
| ALL ACTIONS and Individual Case No. 4:07-cv-06225 | |
| *Juetten et al. v. Chunghwa Picture Tubes, LTD. et al.* | |

**PLEASE TAKE NOTICE** that the undersigned attorney hereby notifies the Court and counsel that Richard M. Hagstrom, who, along with other counsel, is listed as counsel of record for Plaintiffs Michael Juetten and Chad Klebs, hereby requests withdrawal as counsel of record for Plaintiffs and to be removed from the case docket and the Notice of Electronic Filing System as indicated on the docket. Plaintiffs will continue to be represented by other counsel of record.

**HELLMUTH & JOHNSON**

Dated: October 7, 2020      By: *s/ Richard M. Hagstrom*
Richard M. Hagstrom, MN Bar No. 39445
*rhagstrom@hjlawfirm.com*
(admitted pro hac vice)
8050 West 78th Street
Edina, MN 55439
Tel.: (952) 941-4005
Fax: (952) 941-2337

*Attorney for Plaintiffs
Michael Juetten and Chad Klebs, a Minnesota resident, on behalf of themselves and all others similarly situated*