Jane Becker Whitaker, PR-Bar Num. 9352
Becker Vissepo, PSC
1225 Ponce de Leon, Suite 1102
San Juan, PR 00907
Tel. 787 945.2406
jbw@beckervissepo.com
janebeckerwhitaker@gmail.com

J. Barton Goplerud
Shindler, Anderson, Goplerud & Weese, P.C.
5015 GRAND RIDGE DRIVE, SUITE 100
WEST DES MOINES, IA 50265
Tel: (515) 223-4567
goplerud@sagwlaw.com

John A. Girardi
Girardi/Keese
1126 Wilshire Blvd.
Los Angeles, CA 90017
Tel. (213) 262-6777
Email: jgirardi@girardikeese.com

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No.: 4:07-cv-05944 JST<br><br>MDL No. 1917<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Date:   Oct. 22, 2020<br>Time:   2:00 p.m.<br>Judge:  Hon. Jon S. Tigar<br>Courtroom: 6, 2nd Floor |
| This document relates to:<br><br>Government of Puerto Rico, et al.,<br>        Plaintiff,<br>v.<br><br>Panasonic Corp. of North America, et al.,<br>        Defendants. | |

**TO THE HONORABLE COURT ALL PARTIES AND THEIR ATTORNEYS:**

In response to the Court's August 27, 2020 Order, ECF No. 5821, and pursuant to Local Rule 16-10(d), Plaintiff, the Government of Puerto Rico, and Defendants, Philips North America LLC (f/k/a Philips Electronics North America Corporation), Panasonic Corporation of North America, Hitachi America, Ltd., and LG Electronics USA, Inc. ("Defendants"), hereby submit this Joint Case Management Statement.

## I. PROGRESS OR CHANGES SINCE AUGUST 25, 2020 CASE MANAGEMENT STATEMENT

Plaintiff's motion to serve foreign defendants by court-ordered service under Federal Rule of Civil Procedure 4(f)(3), ECF No. 5783, remains pending before the Court.

### Plaintiff's Statement

Two attempts to serve the Toshiba entities, Toshiba America, Inc. and Toshiba America Information Systems, Inc., were made in late August 2020. One attempt was made at their Irvine, California offices, and the other attempt was made in their New York offices. Both attempts were unsuccessful as the offices were closed due to the pandemic.

On August 25, 2020, Hitachi Electronic Devices (USA) Inc. was served. A few days later on September 2, 2020, Samsung SDI America, Inc. was also served. The only remaining United Sates entities that remain to be served are the two Toshiba entities previously mentioned.

### Defendants' Statement

Defendants are aware of Plaintiff's service on Hitachi Electronic Devices (USA) Inc. ("HEDUS"). Although HEDUS's registered agent was served on the date noted above, HEDUS no longer exists as a separate legal entity.

Other than service on HEDUS, Defendants are unaware of any additional attempts at service on any defendants.

## II. SETTLEMENT AND ADR

### Plaintiff's Statement

The Government of Puerto Rico is open to settlement discussions.

### Defendants' Statement

No settlement discussions have occurred since the last Case Management Statement. Defendants are open to settlement discussions, but such discussions are likely premature until Defendants file their joint motion to dismiss under Rule 12 of the Federal Rules of Civil Procedure.

Dated: October 15, 2020               GIRARDI/KEESE

By: /s/ *John A. Girardi*
JOHN A. GIRARDI

*Attorney for Plaintiff*, THE GOVERNMENT OF PUERTO RICO

By: /s/ *John M. Taladay*
BAKER BOTTS LLP
JOHN M. TALADAY
ERIK T. KOONS
700 K Street, N.W.
Washington, D.C. 20001
202.639.7700
202.639.7890 (fax)
Email: john.taladay@bakerbotts.com
           erik.koons@bakerbotts.com

*Attorneys for Philips North America LLC*

By: */s/ Jeffrey L. Kessler*
WINSTON & STRAWN LLP
JEFFREY L. KESSLER
jkessler@winston.com
EVA W. COLE
ewcole@winston.com
200 Park Avenue
New York, NY 10166
Telephone:   (212) 294-6700
Facsimile:    (212) 294-4700

KEVIN B. GOLDSTEIN
kbgoldstein@winston.com
35 W. Wacker Drive
Chicago, IL 60622
Telephone:   (312) 558-5600
Facsimile:    (312) 558-5700

```
                            WEIL, GOTSHAL & MANGES LLP
                            DAVID L. YOHAI
                            david.yohai@weil.com
                            ADAM C. HEMLOCK
                            adam.hemlock@weil.com
                            DAVID YOLKUT
                            david.yolkut@weil.com
                            767 Fifth Avenue
                            New York, NY 10153-0119
                            Telephone:    (212) 310-8000
                            Facsimile:    (212) 310-8007
```

*Attorneys for Defendant Panasonic Corporation of North America*

By:   /s/ *Eliot A. Adelson*
      MORRISON & FOERSTER LLP
      ELIOT A. ADELSON
      Email: eadelson@mofo.com
      425 Market Street
      San Francisco, CA 94105
      Telephone: (415) 268-7000
      Facsimile: (415) 268-7522

      KIRKLAND & ELLIS LLP
      JAMES H. MUTCHNIK (pro hac vice)
      Email: james.mutchnik@kirkland.com
      300 North LaSalle Street
      Chicago, IL  60654
      Telephone: (312) 862-2000
      Facsimile: (312) 862-2200

*Attorneys for Defendant Hitachi America, Ltd.*

By:   /s/ *Nathan P. Eimer*
      EIMER STAHL LLP
      NATHAN P. EIMER (pro hac vice)
      neimer@eimerstahl.com
      VANESSA G. JACOBSEN (pro hac vice)
      vjacobsen@eimerstahl.com
      224 South Michigan Avenue, Suite 1100
      Chicago, IL  60604
      Telephone: (312) 660-7600
      Facsimile: (312) 692-1718

      BRIAN Y. CHANG (SBN 287757)
      bchang@eimerstahl.com
      99 South Almaden Boulevard, Suite 662
      San Jose, CA  95113
      Telephone: (669) 231-8755

*Attorneys for Defendant LG Electronics USA, Inc.*