# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# <u>ZOOM CIVIL MINUTE ORDER</u>

| **Case No.:** 07-cv-05944-JST (JCS) | **Case Name:** MDL No. 1917 In Re: Cathode Ray Tube (CRT) Antitrust Litigation | |
|---|---|---|
| **Chief Magistrate Judge:** JOSEPH C. SPERO | **Date**: October 16, 2020 | **Time:** 6 M |

**Attorney for Plaintiff:** No Appearance
**Attorney for Defendant:** Rachel Brass for Defendants Chungwa Picture Tubes (Malaysia), Chungwa PictureTubes, LLC, Tatung Company of America

**Deputy Clerk:** Karen Hom          **Court Reporter:** <u>Debra Pas</u>

## <u>ZOOM WEBINAR PROCEEDINGS</u>

1. Motion to Withdraw as Counsel [dkt 5839] - Continued

## <u>ORDERED AFTER HEARING</u>

**CASE CONTINUED TO:**   12/18/2020 at 9:30 AM for a further case management conference by Zoom.  Zoom Webinar ID 161 926 0804 Password: 050855. Please see Judge Spero's website for additional Zoom information.

**Order to be prepared by:**
[ ]  Plaintiff          [ ]  Defendant            [ ] Court