# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# AMENDED ZOOM CIVIL MINUTE ORDER

| **Case No.:** 07-cv-05944-JST (JCS) | **Case Name:** MDL No. 1917 In Re: Cathode Ray Tube (CRT) Antitrust Litigation | |
|---|---|---|
| **Chief Magistrate Judge:** JOSEPH C. SPERO | **Date**: October 16, 2020 | **Time:** 6 M |

**Attorney for Plaintiff:** No Appearance
**Attorney for Defendant:** Rachel Brass for Defendants Chungwa Picture Tubes (Malaysia), Chungwa PictureTubes, LLC, Tatung Company of America

**Deputy Clerk:** Karen Hom               **Court Reporter:** Debra Pas

## ZOOM WEBINAR PROCEEDINGS

1. Motion to Withdraw as Counsel [dkt 5839] - Continued

## ORDERED AFTER HEARING

**CASE CONTINUED TO:**   12/18/2020 at 9:30 AM for continued hearing on the Motion to Withdraw as Counsel by Zoom.  Zoom Webinar ID 161 926 0804 Password: 050855. Please see Judge Spero's website for additional Zoom information.

**Order to be prepared by:**
 [ ]  Plaintiff          [ ]  Defendant            [ ]  Court