FILED

UNITED STATES COURT OF APPEALS

OCT 27 2020

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION,<br><br>------------------------------<br><br> INDIRECT PURCHASER PLAINTIFFS; DIRECT PURCHASER PLAINTIFFS,<br><br>        Plaintiffs-Appellees,<br><br>v.<br><br>IRICO GROUP CORPORATION; IRICO DISPLAY DEVICES CO., LTD.,<br><br>        Defendants-Appellants,<br><br> and<br><br>TOSHIBA CORPORATION; et al.,<br><br>        Defendants. | No. 19-17428<br><br>D.C. No. 4:07-cv-05944-JST Northern District of California, Oakland<br><br><br>ORDER |

Defendants-Appellants filed an unopposed motion to dismiss the appeal

(Dkt. 56) on October 23, 2020.  The motion is GRANTED.  Oral argument

previously scheduled for December 9, 2020, in San Francisco, California, is hereby

VACATED.  This appeal is DISMISSED with prejudice, and each party shall bear

its own costs and fees.

A copy of this order served on the district court shall constitute the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Allison Fung
Deputy Clerk
Ninth Circuit Rule 27-7

2