UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 4:07-cv-05944-JST<br>MDL No. 1917<br><br>**CLASS ACTION**<br><br>**NOTICE OF CHANGE OF ADDRESS**<br><br>Judge: Hon. Jon S. Tigar |

Pursuant to Local Rule 3-11, MILBERG PHILLIPS GROSSMAN LLP, hereby notifies the Court that its address has changed as of November 11, 2020:

FROM:

MILBERG PHILLIPS GROSSMAN LLP
One Pennsylvania Plaza, Suite 1920
New York, New York 10119

TO:

MILBERG PHILLIPS GROSSMAN LLP
100 Garden City Plaza, Suite 500
Garden City, New York 11530

The firm's phone and fax numbers remain the same.

DATED: November 11, 2020         Respectfully submitted,

**MILBERG PHILLIPS GROSSMAN LLP**

*/s/ Peggy Wedgworth*
Peggy Wedgworth
100 Garden City Plaza, Suite 500
Garden City, New York 11530
E-mail:    pwedgworth@milberg.com
Telephone: (212) 594-5300
Facsimile:  (212) 868-1229

Case No. CV-07-5944-JST
NOTICE OF CHANGE OF ADDRESS