1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*ALL DIRECT PURCHASER ACTIONS*<br>*ALL INDIRECT PURCHASER ACTIONS* | Master File No. 07-CV-5944-JST<br><br>MDL No. 1917<br><br>**[PROPOSED] ORDER GRANTING DIRECT PURCHASER PLAINTIFFS' AND INDIRECT PURCHASER PLAINTIFFS' MOTION FOR SUBSEQUENT CASE MANAGEMENT CONFERENCE PURSUANT TO CIVIL L.R. 16-10(c)**<br><br>Judge:   Honorable Jon S. Tigar |

The Court, having reviewed Direct Purchaser Plaintiffs' ("DPPs") and Indirect Purchaser Plaintiffs' ("IPPs") Motion for Subsequent Case Management Conference ("Motion"), dated November 13, 2020, any further briefs filed in connection thereto, the pleadings and other papers on file in this action, and the statements of counsel and the parties, and good cause appearing, hereby finds that:

The U.S. Court of Appeals for the Ninth Circuit has dismissed the appeal of Defendants Irico Group Corporation and Irico Display Devices Co., Ltd. (the "Irico Defendants") with prejudice, and the order constituting its mandate has been returned to the District Court. ECF No. 5861 (Oct. 27, 2020).

The Court orders as follows:

1. The Court will conduct a subsequent case management conference on _____, \_\_\_\_ at \_\_:\_\_ \_.\_.

2. The parties are directed to file a joint case management statement no later than seven court days before the case management conference addressing any matters the parties would like to discuss.

**IT IS SO ORDERED.**

Dated: _____

_____
HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE