Christopher T. Micheletti (136446)
Judith A. Zahid (215418)
Qianwei Fu (242669)
ZELLE LLP
555 12th Street, Suite 1230
Oakland, CA 94607
Telephone:   (415) 693-0700
Facsimile:    (415) 693-0770
Email: cmicheletti@zelle.com
       jzahid@zelle.com
       qfu@zelle.com

*Counsel for Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 4:07-cv-05944-JST |
| | MDL No. 1917 |
| This Document Relates to: | **NOTICE OF CHANGE OF ADDRESS** |
| *All Indirect Purchaser Actions* | Judge: Hon. Jon S. Tigar |

TO THE CLERK AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Zelle LLP's San Francisco office has moved. The new address is:

Zelle LLP
555 12th Street, Suite 1230
Oakland, CA 94607

All telephone numbers, the fax number, and all email addresses remain the same.

Dated: November 19, 2020          By:  */s/ Christopher T. Micheletti*
                                      Christopher T. Micheletti (136446)
                                      Judith A. Zahid (215418)
                                      Qianwei Fu (242669)
                                      ZELLE LLP
                                      555 12th Street, Suite 1230
                                      Oakland, CA 94607
                                      Telephone: (415) 693-0700
                                      Facsimile:  (415) 693-0770
                                      Email:      cmicheletti@zelle.com
                                                  jzahid@zelle.com
                                                  qfu@zelle.com

                                      *Counsel for Indirect Purchaser Plaintiffs*