| | |
|---|---|
| Guido Saveri (22349)<br>*guido@saveri.com*<br>R. Alexander Saveri (173102)<br>*rick@saveri.com*<br>Geoffrey C. Rushing (126910)<br>*grushing@saveri.com*<br>Cadio Zirpoli (179108)<br>*cadio@saveri.com*<br>Matthew D. Heaphy (227224)<br>*mheaphy@saveri.com*<br>SAVERI & SAVERI, INC.<br>706 Sansome Street<br>San Francisco, CA 94111<br>Telephone:  (415) 217-6810<br>Facsimile:  (415) 217-6813<br><br>*Lead Counsel for Direct Purchaser Plaintiffs* | Mario N. Alioto (56433)<br>Lauren C. Capurro (241151)<br>TRUMP, ALIOTO, TRUMP & PRESCOTT LLP<br>2280 Union Street<br>San Francisco, CA 94123<br>Telephone: 415-563-7200<br>Facsimile: 415- 346-0679<br>Email: malioto@tatp.com<br>jpatane@tatp.com<br>laurenrussell@tatp.com<br><br>*Lead Counsel for the Indirect Purchaser Plaintiffs* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*ALL DIRECT PURCHASER ACTIONS*<br>*ALL INDIRECT PURCHASER ACTIONS* | Master File No. 07-CV-5944-JST<br><br>MDL No. 1917<br><br>**ADMINISTRATIVE MOTION FOR SUBSEQUENT CASE MANAGEMENT CONFERENCE PURSUANT TO CIVIL L.R. 7-11 AND 16-10(c)**<br><br>Judge:     Honorable Jon S. Tigar |

1   Direct Purchaser Plaintiffs ("DPPs") and Indirect Purchaser Plaintiffs ("IPPs") (together,
2   "Plaintiffs"), by and through the undersigned counsel, hereby move this Court for a stipulated order
3   setting a subsequent case management conference with Defendants Irico Group Corporation and
4   Irico Display Devices Co., Ltd. (the "Irico Defendants"). Plaintiffs and the Irico Defendants have
5   stipulated to a subsequent case management conference on January 5, 2021 at 2:00 p.m. (See
6   attached Stipulation.)

7   This Motion for Administrative Relief is made pursuant to Civil Local Rules 7-11 and 16-
8   10(c) on the grounds that the U.S. Court of Appeals for the Ninth Circuit has dismissed the Irico
9   Defendants' appeal with prejudice, and the order constituting its mandate has been returned to the
10  District Court. ECF No. 5861 (Oct. 27, 2020). Plaintiffs respectfully submit that it is appropriate
11  for the Court to address scheduling issues and discovery.

12  The parties have reviewed the Court's calendar, conferred regarding dates, and determined
13  that they are available on January 5, 2020 at 2:00 p.m. The Court's calendar appears to indicate that
14  this time is available. The parties therefore request that the Court enter the stipulation and proposed
15  order submitted herewith setting a subsequent case management conference at that time and
16  directing the parties to file a Joint Case Management Statement seven (7) days prior thereto, as
17  required by Civil Local Rule 16-10(d). Alternatively, Plaintiffs request that the Court schedule a
18  subsequent case management conference at its earliest convenience.

Dated: November 20, 2020                    Respectfully submitted,

                                            /s/ *R. Alexander Saveri*
                                            Guido Saveri (22349)
                                            R. Alexander Saveri (173102)
                                            Geoffrey C. Rushing (126910)
                                            Cadio Zirpoli (179108)
                                            Matthew D. Heaphy (227224)
                                            SAVERI & SAVERI, INC.
                                            706 Sansome Street
                                            San Francisco, CA 94111
                                            Telephone: (415) 217-6810
                                            Facsimile: (415) 217-6813

                                            *Lead Counsel for Direct Purchaser Plaintiffs*

| | | |
|---|---|---|
| 1 | Dated: November 20, 2020 | */s/ Mario N. Alioto* |
| 2 | | Mario N. Alioto (56433) |
| | | Joseph M. Patane (72202) |
| 3 | | Lauren C. Capurro (241151) |
| | | TRUMP, ALIOTO, TRUMP & PRESCOTT LLP |
| 4 | | 2280 Union Street |
| 5 | | San Francisco, CA 94123 |
| | | Telephone: 415-563-7200 |
| 6 | | Facsimile: 415- 346-0679 |
| | | Email: malioto@tatp.com |
| 7 | | jpatane@tatp.com |
| | | laurenrussell@tatp.com |

*Lead Counsel for the
Indirect Purchaser Plaintiffs*

**ATTESTATION**

I, R. Alexander Saveri, hereby attest, pursuant to United States District Court, Northern District of California Civil Local Rule 5-1(i)(3), that concurrence in the filing of this document has been obtained from the other Signatory hereto.

By:  /s/ R. Alexander Saveri
     R. Alexander Saveri