1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-CV-5944-JST |
| | MDL No. 1917 |
| This Document Relates to: *ALL DIRECT PURCHASER ACTIONS* *ALL INDIRECT PURCHASER ACTIONS* | **STIPULATION AND [PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR SUBSEQUENT CASE MANAGEMENT CONFERENCE** |
| | Judge:       Honorable Jon S. Tigar |

     Direct Purchaser Plaintiffs ("DPPs"), Indirect Purchaser Plaintiffs ("IPPs") (together, "Plaintiffs"), and Defendants Irico Group Corporation and Irico Display Devices Co., Ltd. (the "Irico Defendants"), by and through the undersigned counsel and pursuant to Civil Local Rule 7-12, hereby stipulate as follows:

     WHEREAS, on October 28, 2019, the Court entered an order denying the Irico Defendants' motions to dismiss the claims of the DPPs and the IPPs for lack of jurisdiction, ECF No. 5637;

     WHEREAS, on November 22, 2019, the Irico Defendants appealed the Court's October 28, 2019 order, ECF No. 5650;

     WHEREAS, on October 27, 2020, the U.S. Court of Appeals for the Ninth Circuit dismissed the Irico Defendants' appeal with prejudice, and the order constituting its mandate has been returned to the District Court, ECF No. 5861;

     WHEREAS, Plaintiffs and the Irico Defendants have conferred and agreed that it would be helpful for the Court to conduct a case management conference to discuss several matters, including scheduling and discovery; and

     WHEREAS, the parties are available for a case management conference on Tuesday, January 5, 2021 at 2:00 p.m., which appears to be an open date on the Court's calendar;

     IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiffs and the Irico Defendants that:

1. The Court will schedule a subsequent case management conference on January 5, 2021 at 2:00 p.m., or at another date and time of the Court's choosing.

2. The parties will file a joint case management statement no later than December 29, 2020, or seven (7) days prior to the case management conference if it is scheduled for another date, addressing any matters they would like to discuss.

     **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

                                                          HONORABLE JON S. TIGAR
                                                          UNITED STATES DISTRICT JUDGE

1
STIPULATION AND [PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR SUBSEQUENT CASE MANAGEMENT CONFERENCE; Master File No. 07-CV-5944-JST

Dated: November 20, 2020

/s/ R. Alexander Saveri
Guido Saveri (22349)
R. Alexander Saveri (173102)
Geoffrey C. Rushing (126910)
Cadio Zirpoli (179108)
Matthew D. Heaphy (227224)
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Lead Counsel for Direct Purchaser Plaintiffs*

/s/ Mario N. Alioto
Mario N. Alioto (56433)
Joseph M. Patane (72202)
Lauren C. Capurro (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2280 Union Street
San Francisco, CA 94123
Telephone: 415-563-7200
Facsimile: 415- 346-0679
Email: malioto@tatp.com
jpatane@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the
Indirect Purchaser Plaintiffs*

/s/ John Taladay
John Taladay (*pro hac vice*)
john.taladay@bakerbotts.com
Thomas Carter (*pro hac vice*)
tom.carter@bakerbotts.com
Andrew Lucarelli (*pro hac vice*)
drew.lucarelli@bakerbotts.com
BAKER BOTTS LLP
700 K Street, N.W.
Washington, D.C. 20001
Telephone: 202.639.7700
Facsimile: 202.639.7890

*Attorneys for Defendants Irico Group Corp.
and Irico Display Devices Co., Ltd.*