Robert J. Bonsignore, *pro hac vice*
BONSIGNORE TRIAL LAWYERS, PLLC
3771 Meadowcrest Drive
Las Vegas, NV 89121
Phone: 781-856-7650
Facsimile: (702) 852-5726
Email: rbonsignore@classactions.us

*Interim Co-Lead Counsel for the ORS Subclass*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 4:07-cv-5944-JST |
| | MDL No. 1917 |
| This Document Relates to:<br><br>All Indirect-Purchaser Actions<br>All Direct Purchaser Actions | **NOTICE OF JOINDER AND JOINDER IN ADMINISTRATIVE MOTION FOR SUBSEQUENT CASE MANAGEMENT CONFERENCE PURSUANT TO CIVIL L.R. 7-11 AND 16-10(c) [DKT. 5865]** |
| | Judge:        Hon. Jon S. Tigar |

## NOTICE OF JOINDER AND JOINDER

TO ALL PARTIES AND THEIR ATTORNEYS:

PLEASE TAKE NOTICE that Omitted Repealer State ("ORS") subclass members Scott Caldwell as administrator of the Estate of Barbara Caldwell (MA), Anthony Gianasca (MA), Warren Cutlip (MA), Mina Ashkannejhad individually and/or as Administrator of the Estate of the Late R. Deryl Edwards, Jr. (MO), Jeff Craig (NH), George Maglaras (NH), Steven Harrelson (AR), Donald Oelze (MT), Walker, Warren & Watkins, LLC (OR), Susan LaPage (RI), Donna Muccino (RI) and Felicia Blackwood (SC), on behalf of themselves and the ORS subclass (collectively, the "ORS Subclass"), by and through their undersigned counsel, hereby join in the Administrative Motion for Subsequent Case Management Conference Pursuant to Civil L.R. 7-11 and 16-10(c) (Dkt. 5865) (the "CMC Motion") (Dkt. 5868), filed by Direct Purchaser Plaintiffs and Indirect Purchaser Plaintiffs (together, "Plaintiffs") which is pending before this Court.

Plaintiffs and Defendants Irico Group Corporation and Irico Display Devices Co., Ltd. (the "Irico Defendants") have stipulated to a subsequent case management conference before this Court on the suggested date of January 5, 2021 at 2:00 p.m., in light of the U.S. Court of Appeals for the Ninth Circuit's dismissal of the Irico Defendants' appeal with prejudice and the Ninth Circuit's return of its mandate order to this Court (Dkt. 5861). That conference is being respectfully requested as appropriate to address scheduling issues and discovery. The ORS Subclass joins in the CMC Motion, which is hereby incorporated by reference.

1

NOTICE OF JOINDER AND JOINDER IN ADMINISTRATIVE MOTION FOR SUBSEQUENT CASE MANAGEMENT CONFERENCE PURSUANT TO CIVIL L.R. 7-11 AND 16-10(c) (DKT. 5865)
Case No. 4:07-cv-5944-JST, MDL No. 1917

For the reasons raised in the CMC Motion, the ORS Subclass respectfully requests that the Court grant the CMC Motion and that any relief ordered by the Court relative to that Motion be ordered in favor of the ORS Subclass.

Dated:  November 25, 2020                                    Respectfully submitted,


                              */s/ Robert J. Bonsignore*
                              Robert J. Bonsignore

Robert J. Bonsignore, *pro hac vice*
Bonsignore Trial Lawyers, PLLC
3771 Meadowcrest Drive
Las Vegas, NV  89121
Telephone:  (781) 856-7650
Facsimile:   (702) 852-5626
Email:  rbonsignore@classactions.us

*Interim Co-Lead Counsel*
*for the ORS*

D. Michael Noonan, *pro hac vice*
Shaheen and Gordon
353 Central Avenue
P.O. Box 977
Dover, NH 03821
Telephone: (603) 871-4144
mnoonan@shaheengordon.com

Joseph Alioto (42680)
Alioto Law Firm
One Sansome St. 35 Floor
San Francisco, CA 94104
Telephone: (415) 434-8900
jmalioto@aliotolaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing was filed *via* CM/ECF on November 25, 2020, and as a result has been served on all counsel of record *via* transmission of Notices of Electronic Filing generated by CM/ECF.

>           */s/ Robert J. Bonsignore*
>           Robert J. Bonsignore