AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### Northern District of California

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | ) ) ) |
| THIS DOCUMENT RELATES TO: ALL DIRECT AND INDIRECT PURCHASER ACTIONS | ) ) ) ) Case No. 4:07-cv-05944-JST MDL No.: 1917 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Irico Group Corporation and Irico Display Devices Co., Ltd.

Date: 12/7/2020

/s/ Jonathan A. Shapiro
*Attorney's signature*

Jonathan A. Shapiro SBN 257199
*Printed name and bar number*

Baker Botts L.L.P.
101 California Street, Suite 3600
San Francisco, CA 94111
*Address*

jonathan.shapiro@bakerbotts.com
*E-mail address*

415-291-6200
*Telephone number*

415-291-6300
*FAX number*