1  BAKER BOTTS L.L.P.
   John M. Taladay (*pro hac vice*)
2  Thomas E. Carter (*pro hac vice*)
   Andrew L. Lucarelli (*pro hac vice*)
3  700 K Street, N.W.
   Washington, D.C. 20001
4  202.639.7700
   202.639.7890 (fax)
5  Email: john.taladay@bakerbotts.com
            tom.carter@bakerbotts.com
6           drew.lucarelli@bakerbotts.com

7  Jonathan Shapiro (SBN 257199)
   101 California Street, Suite 3600
8  San Francisco, CA 94111
   415-291-6200
9  415-291-6300
   Email: jonathan.shapiro@bakerbotts.com
10
   *Attorneys for Defendants Irico Group Corp.*
11 *and Irico Display Devices Co., Ltd.*

12                     UNITED STATES DISTRICT COURT
                       NORTHERN DISTRICT OF CALIFORNIA
13                              OAKLAND DIVISION

14

15 | IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No.: 4:07-cv-05944 JST |
   |---|---|
16 | | MDL No. 1917 |
17 | This document relates to: | **NOTICE OF WITHDRAWAL OF COUNSEL** |
18 | *ALL DIRECT AND INDIRECT PURCHASER ACTIONS* | |

**TO THE COURT AND ALL ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that as of December 3, 2020, Peter K. Huston is no longer associated with the firm of Baker Botts L.L.P., and is hereby withdrawing as counsel for Defendants Irico Group Corp. and Irico Display Devices Co., Ltd. (collectively, the "Irico Defendants") in the above referenced matter. The law firm of Baker Botts L.L.P. will continue to serve as counsel for the Irico Defendants.

Dated: December 7, 2020

Respectfully submitted,

/s/  *John M. Taladay*
BAKER BOTTS L.L.P.
JOHN M. TALADAY
THOMAS E. CARTER
ANDREW L. LUCARELLI
700 K Street, N.W.
Washington, D.C. 20001
202.639.7700
202.639.7890 (fax)
Email: john.taladay@bakerbotts.com
        tom.carter@bakerbotts.com
        drew.lucarelli@bakerbotts.com

JONATHAN SHAPIRO (SBN 257199)
101 California Street, Suite 3600
San Francisco, CA 94111
415-291-6200
415-291-6300
Email: jonathan.shapiro@bakerbotts.com

*Attorneys for Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.*