```
GIBSON, DUNN & CRUTCHER LLP
RACHEL S. BRASS, SBN 219301
RBrass@gibsondunn.com
AUSTIN V. SCHWING, SBN 211696
ASchwing@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, California 94105-2933
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Defendants
CHUNGHWA PICTURE TUBES, LTD.,
CHUNGHWA PICTURE TUBES (MALAYSIA)
SDN. BHD., and TATUNG COMPANY OF
AMERICA, INC.
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*All Actions*; | Master File No. 4:07-CV-05944-JST<br>MDL No. 1917<br><br>**STATUS REPORT AND REQUEST FOR CONTINUANCE** |

Gibson Dunn & Crutcher LLP ("Gibson Dunn"), counsel of record in the above-captioned litigation for Defendants Chunghwa Picture Tubes, Ltd., Chunghwa Picture Tubes (Malaysia) Snd. Bhd. (collectively the "CPT Defendants"), and Tatung Company of America, Inc. ("TUS") filed an unopposed motion to withdraw as counsel of record (*see* Dkt. No. 5839) and initially appeared before the Court on October 16, 2020 (*see* Dkt. No. 5844). At that time, the Court set a continued hearing to provide Gibson Dunn time to attempt various methods of outreach to our clients. *See* Dkt. No. 5857. Gibson Dunn has engaged in that outreach and believes that it can provide a more fulsome report to the Court with a few additional weeks of time. Accordingly, Gibson Dunn respectfully requests that the hearing be continued to January 8, 2020 or January 15, 2020. To aid the Court, Gibson Dunn will file a brief written report in advance of the hearing.

DATED: December 10, 2020

GIBSON, DUNN & CRUTCHER LLP
RACHEL S. BRASS
AUSTIN V. SCHWING


By: \_\_/s/ *Rachel S. Brass*\_\_
Rachel S. Brass (SBN 219301)
Austin Schwing (SBN 211696)
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105
(415) 393.8200 (Phone)
(415) 393.8306 (Facsimile)
*Attorneys for Defendants*
CHUNGHWA PICTURE TUBES, LTD.,
CHUNGHWA PICTURE TUBES (MALAYSIA) SDN.
BHD., and TATUNG COMPANY OF AMERICA, INC.