1

2

3

4

5

6

GIBSON, DUNN & CRUTCHER LLP
RACHEL S. BRASS, SBN 219301
RBrass@gibsondunn.com
AUSTIN V. SCHWING, SBN 211696
ASchwing@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, California 94105-2933
Telephone: 415.393.8200
Facsimile: 415.393.8306

7

8

9

Attorneys for Defendants
CHUNGHWA PICTURE TUBES, LTD.,
CHUNGHWA PICTURE TUBES (MALAYSIA)
SDN. BHD., and TATUNG COMPANY OF
AMERICA, INC.

10

11

12

UNITED STATES DISTRICT COURT

13

FOR THE NORTHERN DISTRICT OF CALIFORNIA

14

SAN FRANCISCO DIVISION

15

16

17

IN RE: CATHODE RAY TUBE (CRT)
ANTITRUST LITIGATION

This Document Relates to:

18

19

*All Actions*;

Master File No. 4:07-CV-05944-JST
MDL No. 1917

**WITHDRAWAL OF MOTION TO
WITHDRAW AS COUNSEL OF RECORD
FOR TATUNG COMPANY OF AMERICA,
INC.**

20

21

22

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

1    Gibson Dunn & Crutcher LLP ("Gibson Dunn"), counsel of record in the above-captioned

2  litigation for Defendants Chunghwa Picture Tubes, Ltd., Chunghwa Picture Tubes (Malaysia) Snd.

3  Bhd. (collectively the "CPT Defendants"), and Tatung Company of America, Inc. ("TUS") filed an

4  unopposed motion to withdraw as counsel of record (*see* Dkt. No. 5839) and initially appeared before

5  the Court on October 16, 2020 (*see* Dkt. No. 5844).  At that time, the Court set a continued hearing to

6  provide Gibson Dunn time to attempt various additional methods of outreach to CPT and TUS.  *See*

7  Dkt. No. 5857.  As to TUS, that additional outreach was successful.  Gibson Dunn now voluntarily

8  withdraws its motion as to TUS, and will continue to represent TUS in this litigation.

9

10  DATED:  December 21, 2020                GIBSON, DUNN & CRUTCHER LLP
                                            RACHEL S. BRASS
11                                          AUSTIN V. SCHWING

12

13                                          By:   /s/ *Rachel S. Brass*
                                            Rachel S. Brass (SBN 219301)
14                                          Austin Schwing (SBN 211696)
                                            GIBSON, DUNN & CRUTCHER LLP
15                                          555 Mission Street, Suite 3000
                                            San Francisco, CA 94105
16                                          (415) 393.8200 (Phone)
                                            (415) 393.8306 (Facsimile)
17                                          *Attorneys for Defendants*
                                            CHUNGHWA PICTURE TUBES, LTD.,
18                                          CHUNGHWA PICTURE TUBES (MALAYSIA) SDN.
                                            BHD., and TATUNG COMPANY OF AMERICA, INC.
19

20

21

22

23

24

25

26

27

28

1

VOLUNTARY WITHDRAWAL OF MOTION
CASE NO. 4:07-CV-05944-JST, MDL No. 1917