GIBSON, DUNN & CRUTCHER LLP
RACHEL S. BRASS, SBN 219301
RBrass@gibsondunn.com
AUSTIN V. SCHWING, SBN 211696
ASchwing@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, California 94105-2933
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Defendants
CHUNGHWA PICTURE TUBES, LTD.,
CHUNGHWA PICTURE TUBES (MALAYSIA)
SDN. BHD., and TATUNG COMPANY OF
AMERICA, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*All Actions*; | Master File No. 4:07-CV-05944-JST<br>MDL No. 1917<br><br>**STATUS UPDATE REGARDING GIBSON DUNN'S PENDING MOTION TO WITHDRAW AS COUNSEL** |

Gibson Dunn & Crutcher LLP ("Gibson Dunn"), counsel of record in the above-captioned litigation for Defendants Chunghwa Picture Tubes, Ltd., Chunghwa Picture Tubes (Malaysia) Snd. Bhd. (collectively the "CPT Defendants"), and Tatung Company of America, Inc. ("TUS") filed an unopposed motion to withdraw as counsel of record (*see* Dkt. No. 5839) and initially appeared before the Court on October 16, 2020 (*see* Dkt. No. 5844).  At that time, the Court set a continued hearing to provide Gibson Dunn time to attempt various additional methods of outreach to CPT and TUS.  *See* Dkt. Nos. 5857.  Gibson Dunn provides this Status Update in advance of the continued hearing, set for 9:30 a.m. on January 15, 2021.  Dkt. No. 5871.

As to TUS, the additional outreach ordered by the Court was successful.  Gibson Dunn has voluntarily withdrawn its motion as to TUS, and will continue to represent TUS in this litigation.

As to the CPT Defendants, Gibson Dunn has identified the CPT Defendants' bankruptcy counsel in Taiwan, and has contacted them via letter on November 2, 2020, and again on December 14, 2020.  In both letters, Gibson Dunn notified counsel of the pending motion to withdraw before this Court, including attaching the motion, describing the order of this Court, and notifying counsel of the December 18 hearing date regarding its motion.  Both letters also requested that counsel revert with any communications on behalf of CPT or the bankruptcy, and to asked that counsel or someone authorized to act on behalf of the CPT Defendants respond to its correspondence.  Gibson Dunn also advised counsel repeatedly that if it receive no response, it would so notify the Court, in support of its motion to withdraw.  Counsel responded by email on December 18, 2020, confirming that the CPT Defendants' bankruptcy action was still pending in Taiwan Taoyuan District Court, that counsel had received both of Gibson Dunn's letters, and that they had forwarded both letters to the Chairman of the Board and the General Manager of CPT.  However, Gibson Dunn has received no communications or instructions from any representative of the CPT Defendants.

DATED: January 6, 2021                    GIBSON, DUNN & CRUTCHER LLP

By: /s/ *Rachel S. Brass*
Rachel S. Brass (SBN 219301)
Austin Schwing (SBN 211696)
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000

| | |
|---|---|
| 1 | San Francisco, CA 94105 |
| 2 | (415) 393.8200 (Phone) |
| | (415) 393.8306 (Facsimile) |
| 3 | *Attorneys for Defendants* |
| | CHUNGHWA PICTURE TUBES, LTD., |
| 4 | CHUNGHWA PICTURE TUBES (MALAYSIA) SDN. BHD., and TATUNG COMPANY OF AMERICA, INC. |