Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE TUBE (CRT) ANTITRUST LITIGATION | Case No: 4:07-cv-05944-JST<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** (CIVIL LOCAL RULE 11-3) |

   I, Evan J. Werbel, an active member in good standing of the bar of the District of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Irico Group Corp. & Irico Display Devices Co., Ltd. in the above-entitled action. My local co-counsel in this case is Jonathan A. Shapiro, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Baker Botts L.L.P.<br>700 K Street, NW<br>Washington, DC 20001 | Baker Botts L.L.P.<br>101 California Street, Ste. 3600<br>San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD:<br>(202) 639-1323 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 291-6204 |
| MY EMAIL ADDRESS OF RECORD:<br>evan.werbel@bakerbotts.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>jonathan.shapiro@bakerbotts.com |

   I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 451656.

   A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

   I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

   *I declare under penalty of perjury that the foregoing is true and correct.*

Dated:                                                                 Evan J. Werbel
                                                                              APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

   IT IS HEREBY ORDERED THAT the application of Evan J. Werbel is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:
                                                    UNITED STATES DISTRICT/MAGISTRATE JUDGE



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Evan J Werbel*

was duly qualified and admitted on July 12, 1996 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, a(n) ACTIVE member in good standing of this Bar.

**In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on January 7, 2021.**

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.