UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: CATHODE TUBE
(CRT) ANTITRUST LITIGATION

Case No: 4:07-cv-05944-JST

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Evan J. Werbel, an active member in good standing of the bar of the District of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Irico Group Corp. & Irico Display Devices Co., Ltd. in the above-entitled action. My local co-counsel in this case is Jonathan A. Shapiro, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Baker Botts L.L.P.<br>700 K Street, NW<br>Washington, DC 20001 | Baker Botts L.L.P.<br>101 California Street, Ste. 3600<br>San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD:<br>(202) 639-1323 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 291-6204 |
| MY EMAIL ADDRESS OF RECORD:<br>evan.werbel@bakerbotts.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>jonathan.shapiro@bakerbotts.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 451656.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated:                                                                      Evan J. Werbel
                                                                                    APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Evan J. Werbel is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: January 8, 2021

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE
HON. JON S. TIGAR