CROWELL & MORING LLP
Jason C. Murray (CSB No. 169806)
Robert B. McNary (CSB No. 253745)
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213.622.4750
Facsimile: 213.622.2690
Email: jmurray@crowell.com
        rmcnary@crowell.com

CROWELL & MORING LLP
Jerome A. Murphy (pro hac vice)
Astor H.L. Heaven (pro hac vice)
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202.624.2500
Facsimile: 202.628.5116
Email: jmurphy@crowell.com
        aheaven@crowell.com

Attorneys for Plaintiffs *Target Corp. and ViewSonic Corp.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 |
| | CASE NO. 4:07-cv-05944-JST |
| This Document Relates to: | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| *Target Corp. v. Chunghwa Picture Tubes Ltd., et al.* No. 3:11-cv-05514-SC | |
| *Target Corp. v. Technicolor SA, et al.,* No. 3:13-cv-05686-SC | |
| *Viewsonic Corp. v. Chunghwa Picture Tubes Ltd., et al.,* No. 3:14-cv-02510-SC | |

PLEASE TAKE NOTICE that the undersigned counsel, Robert B. McNary, hereby withdraws his appearance as one of the counsel of record in the above-captioned matter for Plaintiffs Target Corp. and ViewSonic Corp.

Dated: January 11, 2021

CROWELL & MORING LLP

*/s/ Robert B. McNary*
Robert B. McNary

Attorneys for Plaintiffs
*Target Corporation and ViewSonic Corporation*