# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# AMENDED ZOOM CIVIL MINUTE ORDER

| **Case No.:** 07-cv-05944-JST (JCS) | **Case Name:** MDL No. 1917 In Re: Cathode Ray Tube (CRT) Antitrust Litigation | |
|---|---|---|
| **Chief Magistrate Judge: JOSEPH C. SPERO** | **Date**: January 15, 2021 | **Time:** 2 M |

**Attorney for Plaintiff:** No Appearance
**Attorney for Defendant:** Rachel Brass for Defendants Chungwa Picture Tubes (Malaysia), Chungwa PictureTubes, LLC, Tatung Company of America

**Deputy Clerk:** Karen Hom          **Court Reporter:** Debra Pas

## ZOOM WEBINAR PROCEEDINGS

1. Motion to Withdraw as Counsel [dkt 5839] – Granted in part.

## ORDERED AFTER HEARING

The Motion to Withdraw as counsel is GRANTED as to Chungwa Picture Tubes, Ltd, and Chungwa Picture Tubes (Malaysia) Snd. Bhd. (Collectively the "CPT Defendants") and withdrawn as to Tatung Company of America ("TUS")

**CASE CONTINUED TO:**
**Order to be prepared by:**
 [ ] Plaintiff        [ ] Defendant        [ ] Court