GIBSON, DUNN & CRUTCHER LLP
RACHEL S. BRASS, SBN 219301
RBrass@gibsondunn.com
AUSTIN V. SCHWING, SBN 211696
ASchwing@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, California 94105-2933
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Defendants
CHUNGHWA PICTURE TUBES, LTD.,
CHUNGHWA PICTURE TUBES (MALAYSIA)
SDN. BHD., and TATUNG COMPANY OF
AMERICA, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*All Actions*; | Master File No. 4:07-CV-05944-JST<br>MDL No. 1917<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

Pursuant to Local Civil Rule 11-5(a), Gibson Dunn & Crutcher LLP ("Gibson Dunn"), counsel of record in the above-captioned litigation for Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Snd. Bhd. (collectively the "CPT Defendants"), and Tatung Company of America, Inc., notice the withdrawal of Joel Sanders as counsel. Mr. Sanders retired from Gibson, Dunn & Crutcher LLP in 2017.

DATED: January 20, 2021

GIBSON, DUNN & CRUTCHER LLP
RACHEL S. BRASS
AUSTIN V. SCHWING

By: /s/ *Austin Schwing*
Rachel S. Brass (SBN 219301)
Austin Schwing (SBN 211696)
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105
(415) 393.8200 (Phone)
(415) 393.8306 (Facsimile)
*Attorneys for Defendants*
CHUNGHWA PICTURE TUBES, LTD.,
CHUNGHWA PICTURE TUBES (MALAYSIA) SDN. BHD., and TATUNG COMPANY OF AMERICA, INC.