GIBSON, DUNN & CRUTCHER LLP
RACHEL S. BRASS, SBN 219301
RBrass@gibsondunn.com
AUSTIN V. SCHWING, SBN 211696
ASchwing@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, California 94105-2933
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Defendants
CHUNGHWA PICTURE TUBES, LTD., and
CHUNGHWA PICTURE TUBES (MALAYSIA)
SDN. BHD.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 4:07-CV-05944-JST<br>MDL No. 1917 |
|---|---|
| This Document Relates to:<br>*All Actions*; | **NOTICE OF WITHDRAWAL OF COUNSEL** |

Pursuant to Local Civil Rule 11-5(a), on January 15, 2021 the Court granted Gibson Dunn & Crutcher LLP ("Gibson Dunn") leave to withdraw as counsel of record in the above-captioned litigation for Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Snd. Bhd. (collectively the "CPT Defendants").  (ECF 5884).

Gibson, Dunn & Crutcher LLP, including Mr. Austin Schwing, will no longer to represent the CPT Defendants in this matter.

DATED:  January 20, 2021

GIBSON, DUNN & CRUTCHER LLP
RACHEL S. BRASS
AUSTIN V. SCHWING

By:  /s/ *Austin Schwing*
Rachel S. Brass (SBN 219301)
Austin Schwing (SBN 211696)
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105
(415) 393.8200 (Phone)
(415) 393.8306 (Facsimile)
*Attorneys for Defendants*
CHUNGHWA PICTURE TUBES, LTD. and
CHUNGHWA PICTURE TUBES (MALAYSIA) SDN. BHD.