Jane Becker Whitaker, PR-Bar Num. 9352
Becker Vissepo, PSC
1225 Ponce de Leon, Suite 1102
San Juan, PR 00907
Tel. 787 945.2406
jbw@beckervissepo.com
janebeckerwhitaker@gmail.com

J. Barton Goplerud
Shindler, Anderson, Goplerud & Weese, P.C.
5015 GRAND RIDGE DRIVE, SUITE 100
WEST DES MOINES
IA 50265
Tel: (515) 223-4567
goplerud@sagwlaw.com

John A. Girardi
Girardi/Keese
1126 Wilshire Blvd.
Los Angeles, CA 90017
Tel. (213) 262-6777
Email: jgirardi@girardikeese.com

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No.: 4:07-cv-05944 JST<br><br>MDL No. 1917<br><br>**RULE 41 NOTICE OF VOLUNTARY DISMISSAL**<br><br>Courtroom: 6, 2nd Floor |
| This document relates to:<br><br>Government of Puerto Rico, et al.,<br>          Plaintiff,<br>v.<br><br>Panasonic Corp. of North America, et al.,<br>          Defendants. | |

**TO THE HONORABLE COURT ALL PARTIES AND THEIR ATTORNEYS:**

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff dismisses the following Defendants:

1. LG Electronics, Inc.
2. LG Electronics Taiwan Taipe Co., Inc.
3. Phillips Electronics Industries (Taiwan), Ltd.
4. Koninkluke Phillips Electronics, N.V.
5. Phillips da Amazonia Industria Electonica, Ltda.
6. LP Displays International, Ltd.
7. Samsung Electronics Co., Ltd.
8. Samsung SDI Co., Ltd.
9. Samsung SDI Mexico S.A. de C.V.
10. Samsung SDI Brasil Ltda.
11. Samsung Electronics Co., Ltd.
12. Shenzhen Samsung SDI Co., Ltd.
13. Taijin Samsung SDO Co., Ltd.
14. Samsung SDI Malaysia SDN. BHD.
15. Toshiba Corporation
16. Toshiba Display Devices Thailand Co., Ltd.
17. P.T. Tosummit Electronic Devices Indonesia
18. Panasonic Corp.
19. Matsushita Electronic Corp. (Malaysia) SDN BHD.
20. MT Picture Display Co., Ltd.
21. Beijing-Matsushita Color CRT Co., Ltd.
22. Hitachi, Ltd.
23. Hitachi Displays, Ltd.
24. Hitachi Asia, Ltd.
25. Shenzhen Seg Hitachi Color Display Devices, Ltd.
26. Chunghwa Picture Tubes, Ltd.
27. Chunghwa Picture Tubes (Malaysia) SDN BHD.
28. Irico Group Corp.
29. Irico Group Electonics Co., Ltd
30. Thai CRT Co., Ltd.
31. Samtel Color, Ltd.

Dated: January 20, 2021            GIRARDI/KEESE

                                        By:   *s/John A. Girardi*
                                              JOHN A. GIRARDI

                                        *Attorney for Plaintiff*, THE GOVERNMENT OF PUERTO RICO