Jane Becker Whitaker, PR-Bar Num. 9352
**Becker Vissepo, PSC**
1225 Ponce de Leon, Suite 1102
San Juan, PR 00907
Tel. 787 945.2406
jbw@beckervissepo.com
janebeckerwhitaker@gmail.com

J. Barton Goplerud
**Shindler, Anderson, Goplerud & Weese, P.C.**
5015 Grand Ridge Drive, Suite 100
West Des Moines
IA 50265
Tel: (515) 223-4567
goplerud@sagwlaw.com

John A. Girardi
1126 Wilshire Blvd.
Los Angeles, CA 90017
Tel. (213) 280-1978
Email: jgirardi@girardikeese.com

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No.: 4:07-cv-05944 JST |
| | MDL No. 1917 |
| This document relates to: | **PLAINTIFF'S RESPONSE TO SHOW CAUSE ORDER** |
| Government of Puerto Rico, et al., | |
|        Plaintiff, | Courtroom:   6, 2nd Floor |
| v. | |
| Panasonic Corp. of North America, et al., | |
|        Defendants. | |

1

On October 22, 2020, this Court issued an order to show cause concerning Plaintiff having not yet served certain defendants. All but two of the unserved defendants are foreign. These defendants' foreign have been especially difficult to serve due to the COVID-19 pandemic. But because many of these unserved, foreign defendants have U.S.-based affiliates, Plaintiffs concluded that including them does not advance Plaintiff's case and instead causes (and had caused) delay and expense.

As for the two unserved, domestic defendants—Toshiba America Information Systems, Inc. and Toshiba America, Inc.—Plaintiff has made diligent efforts to serve them. But service on these defendants has been rendered impossible due to COVID-19. *See* Exhibits A–D (affidavits of due diligence in attempting to serve these two defendants). Because Plaintiff intends to continue its efforts to serve these domestic defendants, Plaintiff did not include them in its January 21, 2021, Notice of Dismissal, which voluntarily dismissed the unserved, foreign defendants.

Dated: January 22, 2021                          GIRARDI/KEESE


By:  *s/John A.* Girardi
      JOHN A. GIRARDI

      *Attorney for Plaintiff*, THE GOVERNMENT OF PUERTO RICO

**PLAINTIFF'S RESPONSE TO SHOW CAUSE ORDER**

# EXHIBIT A

| Attorney or Party without Attorney:<br>DENISE MALDONADO-ROSA (#15652)<br>GIRARDI & KEESE<br>1126 Wilshire Blvd<br>Los Angeles, CA 90017<br>   Telephone No:   213-262-6777 | For Court Use Only |
|---|---|
| Attorney For:   Plaintiff     Ref. No. or File No.: | |

| Insert name of Court, and Judicial District and Branch Court:<br>COMMONWEALTH OF PUERTO RICO<br>COURT OF FIRST INSTANCE SUPERIOR COURT OF SAN JUAN | |
|---|---|
| Plaintiff:   GOVERNMENT OF PUERTO RICO, THROUGH ITS ATTORNEY GENERAL OF<br>   JUSTICE OF PUERTO RICO WANDA VAZQUEZ<br>Defendant:   LG ELECTRONICS, INC., et al. | |

| AFFIDAVIT OF DUE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>SJ2018CV10831 |
|---|---|---|---|---|

1.  I, Zanekee Pow , and any employee or independent contractors retained by FIRST LEGAL are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on subject TOSHIBA AMERICA INC. as follows:

2.  *Documents:* Summons; Complaint

| Attempt Detail |
|---|

1) Unsuccessful Attempt by: Zanekee Pow on: Aug 21, 2020, 1:30 pm EDT at 1251 Avenue of the Americas Suite 4110, New York, NY 10020
The business is closed due to the pandemic. No one was in the office.

3.  *Person Who Served Papers:*
    a. Zanekee Pow                 d. *The Fee* for Service was:   $406.63
    **b. FIRST LEGAL**
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
    c. (213) 250-1111

4.  *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

09/02/2020
_____
(Date)

N. Pow
_____
(Signature)



AFFIDAVIT OF
DUE DILIGENCE

*4803460*
*(4435701)*

# EXHIBIT B

| Attorney or Party without Attorney:<br>DENISE MALDONADO-ROSA (#15652)<br>GIRARDI & KEESE<br>1126 Wilshire Blvd<br>Los Angeles, CA 90017<br>  Telephone No:  213-262-6777<br><br>  Attorney For:  Plaintiff | *Ref. No. or File No.:* | For Court Use Only |
|---|---|---|

| *Insert name of Court, and Judicial District and Branch Court:*<br>COMMONWEALTH OF PUERTO RICO<br>COURT OF FIRST INSTANCE SUPERIOR COURT OF SAN JUAN |
|---|

| *Plaintiff:*  GOVERNMENT OF PUERTO RICO, THROUGH ITS ATTORNEY GENERAL OF JUSTICE OF PUERTO RICO WANDA VAZQUEZ<br>*Defendant:*  LG ELECTRONICS, INC., et al. |
|---|

| **AFFIDAVIT OF DUE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>SJ2018CV10831 |
|---|---|---|---|---|

1.   I, Zanekee Pow , and any employee or independent contractors retained by FIRST LEGAL are and were on the dates
     mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on subject
     TOSHIBA AMERICA INFORMATION SYSTEMS, INC. as follows:

2.   *Documents:* Summons; Complaint

| **Attempt Detail** |
|---|

1) Unsuccessful Attempt by: Zanekee Pow on: Aug 21, 2020, 1:30 pm EDT at 1251 Avenue of the Americas Suite 4110, New York,
NY 10020
The business is closed due to the pandemic. No one was in the office.

3.   *Person Who Served Papers:*
     a. Zanekee Pow                                        **d.** *The Fee for Service was:* $470.25
     **b. FIRST LEGAL**
        1517 W. Beverly Blvd.
        LOS ANGELES, CA 90026
     c. (213) 250-1111

4.   *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*



10/~2/~0
~~09/02/2020~~
_____                    _____
           (Date)                                       (Signature)

                          **AFFIDAVIT OF**                              *4803314*
                          **DUE DILIGENCE**                             *(4435700)*

# EXHIBIT C

| | For Court Use Only |
|---|---|
| *Attorney or Party without Attorney:*<br>DENISE MALDONADO-ROSA (15652)<br>GIRARDI & KEESE<br>1126 Wilshire Blvd<br>Los Angeles, CA 90017<br>    *Telephone No:*   213-262-6777 | |

*Attorney For:*  Plaintiff | *Ref. No. or File No.:* |

| *Insert name of Court, and Judicial District and Branch Court:*<br>COMMONWEALTH OF PUERTO RICO<br>COURT OF FIRST INSTANCE SUPERIOR COURT OF SAN JUAN |
|---|

| *Plaintiff:* | GOVERNMENT OF PUERTO RICO, THROUGH ITS ATTORNEY GENERAL OF JUSTICE OF PUERTO RICO WANDA VAZQUEZ |
|---|---|
| *Defendant:* | LG ELECTRONICS, INC., LG ELECTRONICS USA, INC., LC ELECTRONICS TAIWAN TAIPEI CO., et al. |

| **AFFIDAVIT OF DUE DILIGENCE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>SJ2018CV10831 |
|---|---|---|---|---|

1.  I, Zanekee Pow, and any employee or independent contractors retained by FIRST LEGAL are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on subject TOSHIBA AMERICA INC. as follows:

2.  *Documents:* Summons; Complaint

| Attempt Detail |
|---|

1) Unsuccessful Attempt by: Zanekee Pow on: Oct 27, 2020, 2:38 pm EDT at 1251 Avenue of the Americas Suite 4110, New York, NY 10020
The business was closed due to COVID-19.

3.  **Person Who Served Papers:**
    a. Zanekee Pow
    **b. FIRST LEGAL**
       1517 W. Beverly Blvd.
       LOS ANGELES, CA 90026
    c. (213) 250-1111

    **d. *The Fee* for Service was:**

4.  *I declare under penalty of perjury that the foregoing is true and correct.*

13
11/12/2020
_____
*(Date)*

*V. Pow*
_____
*(Signature)*



AFFIDAVIT OF
DUE DILIGENCE

*5009278*
*(4489827)*

# EXHIBIT D

| Attorney or Party without Attorney:<br>DENISE MALDONADO-ROSA (15652)<br>GIRARDI & KEESE<br>1126 Wilshire Blvd<br>Los Angeles, CA 90017<br>  Telephone No:  213-262-6777 | | For Court Use Only |
|---|---|---|
| Attorney For:  Plaintiff | Ref. No. or File No.: | |

| Insert name of Court, and Judicial District and Branch Court:<br>COMMONWEALTH OF PUERTO RICO<br>COURT OF FIRST INSTANCE SUPERIOR COURT OF SAN JUAN | |
|---|---|
| Plaintiff:  GOVERNMENT OF PUERTO RICO, THROUGH ITS ATTORNEY GENERAL OF JUSTICE OF PUERTO RICO WANDA VAZQUEZ<br>Defendant:  LG ELECTRONICS, INC., LG ELECTRONICS USA, INC., LC ELECTRONICS TAIWAN TAIPEI CO., et al. | |

| AFFIDAVIT OF DUE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>SJ2018CV10831 |
|---|---|---|---|---|

1.  I, Zanekee Pow, and any employee or independent contractors retained by FIRST LEGAL are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on subject TOSHIBA AMERICA INFORMATION SYSTEMS, INC. as follows:

2.  *Documents:* Summons; Complaint

| Attempt Detail |
|---|

1) Unsuccessful Attempt by: Zanekee Pow on: Oct 27, 2020, 2:38 pm EDT at 1251 Avenue of the Americas Suite 4110, New York, NY 10020
The business was closed due to COVID-19.

3.  **Person Who Served Papers:**
    a. Zanekee Pow
    **b. FIRST LEGAL**
       1517 W. Beverly Blvd.
       LOS ANGELES, CA 90026
    c. (213) 250-1111

    **d.** *The Fee* for Service was:

4.  *I declare under penalty of perjury that the foregoing is true and correct.*

11/12/2020
(Date)

(Signature)



AFFIDAVIT OF
DUE DILIGENCE

*5009284*
*(4489826)*