Guido Saveri (22349)
  guido@saveri.com
R. Alexander Saveri (173102)
  rick@saveri.com
Geoffrey C. Rushing (126910)
  grushing@saveri.com
Cadio Zirpoli (179108)
  cadio@saveri.com
Matthew D. Heaphy (227224)
  mheaphy@saveri.com
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone:  (415) 217-6810
Facsimile:  (415) 217-6813

*Lead Counsel for Direct Purchaser Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-CV-5944-JST |
| | MDL No. 1917 |
| This Document Relates to: | **DIRECT PURCHASER PLAINTIFFS' BRIEF IN SUPPORT OF PROPOSED SCHEDULE FOR THE IRICO DEFENDANTS** |
| *ALL DIRECT PURCHASER ACTIONS* | |
| | Judge:     Honorable Jon S. Tigar |

1     Direct Purchaser Plaintiffs ("DPPs") submit this brief in support of their proposed litigation
2 schedule as ordered by the Court at the Case Management Conference on January 12, 2021
3 ("CMC"). *See* ECF No. 5883. DPPs' proposed schedule is attached hereto as Exhibit A.[1] DPPs'
4 proposed schedule is reasonable. It provides ample time to complete the remaining stages of this
5 long-running litigation, setting trial in November 2022, twenty-two months from now. DPPs
6 propose to brief and resolve class certification as early as reasonably possible, consistent with the
7 law and ordinary practice. While Irico's proposed schedule is similar to DPPs' in several respects,
8 it delays resolution of class certification issues for at least four months and proposes a trial in May
9 2023—six months later than DPPs. However, Irico's schedule does not appear to allow enough
10 time for, *inter alia*, class notice and determination of opt-outs, and, therefore, would likely require
11 substantial extension. DPPs respectfully submit that the Court should adopt their schedule.

**I.     IRICO'S PROPOSAL UNNECESSARILY DELAYS CLASS CERTIFICATION**

The primary difference between DPPs' and Irico's proposed schedules is the timing of class certification.[2] DPPs propose to file their class motion on June 14, 2021, with Irico's opposition due on August 13, 2021, and DPPs' reply due on September 13, 2021. DPPs propose a hearing date of October 6, 2021. Irico maintains that this schedule does not give it enough time to prepare its opposition to class certification and proposes that the process begin four months later—in mid-October. Irico also underestimates the time needed to determine class membership.

First, the approximately seven months (from today) that DPPs' schedule provides until Irico's class opposition is due is more than enough. Discovery of DPPs' class representatives is complete—they have produced documents twice in response to other defendants' discovery, and they have all been deposed twice. Moreover, the issues surrounding class certification are well-known to Irico. The question is essentially identical to that already resolved by Judge Conti. It has been extensively briefed, and DPPs' expert reports (and deposition) have been available to Irico for years. Irico cannot reasonably claim to be unfamiliar with DPPs' expert's methodology. DPPs' updated expert reports will be similar (if not substantially identical) to their previous reports; any

---

[1] Irico Group Corporation and Irico Display Devices Co., Ltd. are together referred to as "Irico."
[2] At the CMC, the Court invited DPPs to brief whether the Mitsubishi class certification order, 308 F.R.D. 606 (N.D. Cal. 2015), applies to Irico. DPPs have decided not to file such a motion.

1

differences will likely be the result of new issues Irico raises. Irico should also know soon, if it does not already, which of its ***own*** documents (i.e., those not yet produced in the action)—***if any***—it will use to oppose class certification and be able produce them three months from now. While Irico claims that this is infeasible, it has offered no meaningful explanation why.[3]

Second, Irico's proposed trial date of May 2023 is illusory. Irico allocates forty-five days between the class certification order and opening expert reports. However, if a class is certified, it will likely take at least 90 days to complete the class notice and opt-out process (a forty-five day deadline for opt-outs is usual) and for DPPs to finalize their damage calculations. If Irico insists on a final in all respects[4] damage study before beginning the dispositive motion process—and the Court agrees—trial would likely have to be extended at least another two months. Irico will also likely file a Rule 23(f) appeal. Plainly, class certification should be addressed as soon as possible.

## II.   OTHER ISSUES

**Expert Discovery.** Consistent with the schedule approved by the Court with regard to the DPP case against Mitsubishi, DPPs' schedule provides for two reports—opening and rebuttal. *See* ECF No. 4628 at 1. Irico proposes three—opening, opposition and rebuttal—which adds an additional month to the process. DPPs submit that the third reports are unnecessary.

**Dispositive Motions.** Irico proposes to begin the dispositive motion process later and take longer. DPPs submit that their schedule is more than fair: it gives Irico until May 9, 2022—over fifteen months—to file its motions, and does not require it to even identify the motions it proposes to file until March 29, 2022—after close of fact discovery and exchange of expert reports.

**Trial.** Irico provides for a joint DPP-IPP trial. DPPs are entitled to a separate trial for several reasons. *See, e.g., Illinois Brick Co. v. Illinois*, 431 U.S. 720, 745–47 (1977) (proof of pass-on not permitted). DPPs submit that this issue need not be resolved now, but if the Court proposes to do so, DPPs request an opportunity to brief it.

---

[3] These documents should have been located and preserved ten years ago. At the very least, Irico has known it will need to collect these documents since it asked the Court of Appeal to dismiss its appeal in October 2020. ECF No. 5861 at 1.

[4] DPPs prepared and served a final damages study in advance of the Mitsubishi trial, and expect that their final study here will not change substantially (but if the composition of the class changes because of differences in opt-outs, the final damage number will change).

| | | |
|---|---|---|
| 1 | Dated: January 22, 2021 | Respectfully submitted, |
| 2 | | /s/ *R. Alexander Saveri* |
| 3 | | Guido Saveri (22349)<br>R. Alexander Saveri (173102)<br>Geoffrey C. Rushing (126910) |
| 4 | | Cadio Zirpoli (179108)<br>Matthew D. Heaphy (227224) |
| 5 | | SAVERI & SAVERI, INC.<br>706 Sansome Street |
| 6 | | San Francisco, CA 94111<br>Telephone: (415) 217-6810 |
| 7 | | Facsimile: (415) 217-6813 |
| 8 | | *Lead Counsel for Direct Purchaser Plaintiffs* |

# EXHIBIT A

*In re Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 07-cv-05944-JST, MDL No. 1917
**Direct Purchaser Plaintiffs' Proposed Schedule for Irico Defendants**

| Category | Event | Set By | Date |
|---|---|---|---|
| Discovery | Irico's initial written responses to discovery due | Proposed by Irico | Tuesday, January 26, 2021 |
| Discovery | Irico to serve written discovery on IPPs | Proposed by Irico | Friday, March 19, 2021 |
| Discovery | Irico to produce all documents it intends to rely on in support of opposition to DPPs' class certification motion | Proposed by DPPs | Monday, April 19, 2021 |
| Case Management | Joint CMC Statement due | ECF No. 5883 | Monday, April 12, 2021 |
| Discovery | IPPs to provide initial written responses to discovery | Proposed by Irico (30 days after service) | Sunday, April 18, 2021 |
| Case Management | Case Management Conference | ECF No. 5883 | Monday, April 19, 2021 at 2:00pm |
| Class Certification | DPPs' class certification motion due | Proposed by DPPs | Monday, June 14, 2021 |
| Class Certification | DPPs to make class certification experts available for deposition | Proposed by DPPs (within 21 days after motion filed) | Monday, July 5, 2021 |
| Class Certification | Irico's opposition to DPPs' class certification motion due | Proposed by DPPs (60 days after motion filed) | Friday, August 13, 2021 |
| Class Certification | Irico to make opposition class certification expert available for deposition | Proposed by DPPs (within 14 days after opposition filed) | Friday, August 27, 2021 |
| Class Certification | DPPs' reply in support of class certification motion due | Proposed by DPPs (31 days after opposition filed) | Monday, September 13, 2021 |
| Class Certification | Hearing on class certification motion | Proposed by DPPs (23 days after reply filed) | Wednesday, October 6, 2021 at 2:00pm |
| Class Certification | Order on class certification | Court (estimated 30 days after class certification hearing) | Friday, November 5, 2021 |
| Discovery | Fact discovery cutoff | Court order (one year after CMC) | Wednesday, January 12, 2022 |
| Expert | DPPs and Irico serve opening expert reports | Proposed by DPPs (102 days after estimated date of order on class certification) | Tuesday, February 15, 2022 |
| Expert | Deadline to depose experts | Proposed by DPPs (21 days after service of opening expert reports) | Tuesday, March 8, 2022 |

1

*In re Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 07-cv-05944-JST, MDL No. 1917
**Direct Purchaser Plaintiffs' Proposed Schedule for Irico Defendants**

| Category | Event | Set By | Date |
|---|---|---|---|
| Expert | DPPs and Irico serve expert rebuttal reports | Proposed by DPPs (35 days after service of opening expert reports) | Tuesday, March 22, 2022 |
| Pretrial | Deadline for Irico to identify dispositive motions | Proposed by DPPs (7 days after service of expert rebuttal reports) | Tuesday, March 29, 2022 |
| Pretrial | Deadline for parties to meet and confer re: dispositive motions | Proposed by DPPs (7 days after identification of dispositive motions) | Tuesday, April 5, 2022 |
| Pretrial | Conference with Court re: Irico's proposed dispositive motions | Court (following meet and confer deadline) | TBD |
| Expert | Expert discovery cutoff | Proposed by DPPs (59 days after DPPs' opening expert reports) | Friday, April 15, 2022 |
| Pretrial | Court-authorized dispositive and *Daubert* motions due | Proposed by DPPs | Monday, May 9, 2022 |
| Pretrial | Oppositions to Court-authorized dispositive and *Daubert* motions due | Proposed by DPPs (30 days after motions due) | Wednesday, June 8, 2022 |
| Pretrial | Replies in support of Court-authorized dispositive and *Daubert* motions due | Proposed by DPPs (21 days after oppositions due) | Wednesday, June 29, 2022 |
| Pretrial | Hearing on dispositive and *Daubert* motions | Proposed by DPPs (21 days after reply filed) | Wednesday, July 20, 2022 at 2:00pm |
| Pretrial | Order(s) on dispositive and *Daubert* motions | Court | TBD |
| Pretrial | Simultaneous exchange of exhibit lists, deposition designations and witness lists | Proposed by DPPs; JST SO re CJTs s. D: at least 21 days prior to PTC | Friday, July 29, 2022 |
| Pretrial | First simultaneous exchange of jury instructions and special verdict forms | Proposed by DPPs; JST SO re CJTs s. F.4. requires the parties to submit an agreed-upon set of jury instructions | Friday, August 26, 2022 |

"JST SO re CJTs" refers to Judge Tigar's Standing Order for Civil Jury Trials (Aug. 26, 2019), available at: https://www.cand.uscourts.gov/wp-content/uploads/judges/tigar-jst/JST-Jury-Trial-Standing-Order.pdf

*In re Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 07-cv-05944-JST, MDL No. 1917
**Direct Purchaser Plaintiffs' Proposed Schedule for Irico Defendants**

| Category | Event | Set By | Date |
|---|---|---|---|
| Pretrial | Plaintiffs and Defendants serve counter-designations and objections to opposing parties' exhibits, depositions and witnesses | Proposed by DPPs | Friday, September 16, 2022 |
| Pretrial | Second simultaneous exchange of jury instructions and special verdict forms | Proposed by DPPs | Friday, September 23, 2022 |
| Pretrial | Plaintiffs and Defendants serve objections to opposing parties' counter-designations | Proposed by DPPs | Friday, September 30, 2022 |
| Pretrial | Last day for parties to exchange final exhibits, deposition designations and witness lists | JST SO re CJTs s. D: at least 21 days prior to PTC | Friday, October 7, 2022 |
| Pretrial | M&C re settlement, Pretrial Order, pretrial disclosures, contested issues | JST SO re CJTs s. A: 21 days prior to PTC | Friday, October 14, 2022 |
| Pretrial | Motions in Limine | JST SO re CJTs s. E: at least 10 days prior to PTC | Friday, October 21, 2022 |
| Pretrial | File Pretrial Statement and Order | JST SO re CJTs s. B: at least 7 days prior to PTC | Friday, October 28, 2022 |
| Pretrial | File Jury Materials | JST SO re CJTs s. F: at least 7 days prior to PTC | Friday, October 28, 2022 |
| Pretrial | MIL Oppositions (replies not permitted) | JST SO re CJTs s. E: at least 3 days prior to PTC | Friday, November 4 2022 |
| Pretrial | MIL Hearing | JST SO re CJTs s. E: At PTC or as directed | Friday, November 11, 2022 at 1:30pm |
| Pretrial | Final Pretrial Conference | Proposed by DPPs | Friday, November 11, 2022 at 1:30pm |
| Pretrial | Trial Briefs Due (optional) | JST SO re CJTs s. G: 7 days prior to trial | Monday, November 21, 2022 |
| Pretrial | Trial Exhibits Due to Court | JST SO re CJTs s. D.4: 7 days prior to trial | Monday, November 21, 2022 |
| Trial | Trial Begins | Proposed by DPPs (2.5 weeks after PTC) | Monday, November 28, 2022 |

"JST SO re CJTs" refers to Judge Tigar's Standing Order for Civil Jury Trials (Aug. 26, 2019), available at: https://www.cand.uscourts.gov/wp-content/uploads/judges/tigar-jst/JST-Jury-Trial-Standing-Order.pdf

3