|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 4:07-cv-5944-JST |
|---|---|
|  | MDL No. 1917 |
| This Document Relates to:<br><br>ALL DIRECT PURCHASER ACTIONS<br><br>ALL INDIRECT PURCHASER ACTIONS | **[PROPOSED] ORDER SETTING TRIAL SCHEDULE FOR THE IRICO DEFENDANTS, DIRECT PURCHASER PLAINTIFFS, AND INDIRECT PURCHASER PLAINTIFFS** |

After considering the arguments made during the January 12, 2021 Case Management Conference and the statements submitted by the parties, see ECF Nos. ____, _____, _____, the Court hereby sets the following dates and deadlines:

| DESCRIPTION | DEADLINE |
| --- | --- |
| Irico's initial written responses to discovery due. | January 26, 2021 |
| Deadline for DPPs to request Court to consider determination regarding lack of class certification as to Irico. | January 26, 2021 |
| Proposed order regarding Jan. 12, 2021 Case Management Conference due. | February 2, 2021 |
| Irico to serve written fact discovery on Plaintiffs. | March 19, 2021 |
| Joint Case Management Statement due. | April 12, 2021 |
| Plaintiffs to provide initial written responses to fact discovery. | April 18, 2021 |
| Further Case Management Conference. | April 19, 2021 at 2:00 p.m. |
| DPP motion for class certification and any accompanying expert reports, and Irico motion to decertify or reconsider IPP class (if any). | No earlier than October 15, 2021. |
| Substantial completion of document productions for fact discovery [All Parties]. | November 16, 2021 |
| Final responses to interrogatories [All Parties]. | November 16, 2021 |
| Opposition(s) to class certification motion(s) and opposing expert report(s). | 60 days after class certification motion(s) filed. |
| Fact depositions conclude. | January 12, 2022 |
| Close of fact discovery. | January 12, 2022 |
| Replies on class certification motion(s) and rebuttal expert report(s). | 45 days after class certification opposition(s) filed. |
| Hearing on class certification motion(s). | 14 days after class certification replies filed, or later date set by the Court. |
| Decision on class certification motion(s). | As determined by the Court. |
| Parties' merits expert reports to be served. | 45 days after decision on class certification. |

| DESCRIPTION | DEADLINE |
|---|---|
| Parties' opposition reports to be served. | 45 days after service of Parties' expert reports. |
| Parties' rebuttal expert reports to be served. | 30 days after service of Parties' opposition expert reports. |
| Close of expert discovery. | 12 days after service of Parties' rebuttal expert reports. |
| Last date for Irico to serve list of proposed dispositive motion(s). | 12 days after service of Parties' rebuttal expert reports. |
| Parties to meet and confer on dispositive motions. | Within 5 days after service of Irico's list of proposed dispositive motion(s). |
| Joint Case Management Statement due, informing Court of results of meet and confer on dispositive motions. | First Tuesday at least 7 days after service of Irico's list of proposed dispositive motion(s). |
| Further Case Management Conference to discuss dispositive motions and any other outstanding pretrial scheduling issues. | 7 days after filing of joint Case Management Statement on dispositive motions. |
| *Daubert* motions and dispositive motions due. | 60 days after Court's decision regarding list of dispositive motions. |
| Oppositions to *Daubert* motions and dispositive motions due. | 21 days after *Daubert* and dispositive motions filed. |
| Replies on *Daubert* and dispositive motions due. | 14 days after *Daubert* and dispositive motion oppositions filed. |
| Hearings on *Daubert* and dispositive motions. | 14 days after *Daubert* and dispositive motion replies filed, or later date set by the Court. |
| Decisions on *Daubert* and dispositive motions. | As determined by the Court. |
| Parties to meet and confer on pretrial planning, settlement, joint pretrial statement, pretrial materials, and potential for clarifying or narrowing issues. | 21 days after hearings on *Daubert* and dispositive motions. |
| Exchange exhibit and witness lists and deposition designations. | 30 days after hearings on *Daubert* and dispositive motions. |
| Motions in limine due. | 30 days after hearings on *Daubert* and dispositive motions. |
| Parties to meet and confer regarding admissibility of trial exhibits and deposition designations. | Within 14 days of exchange of exhibit lists. |

| DESCRIPTION | DEADLINE |
|---|---|
| Oppositions to motions in limine due. | 21 days after filing of motions in limine. |
| Hearings on motions in limine. | 14 days after filing of oppositions to motions in limine, or later date set by the Court. |
| Joint Pretrial Statement, jury voir dire questions, proposed jury instructions and forms due. | 7 days before final pretrial conference. |
| Final pretrial conference. | First Friday at least 90 days after hearings on *Daubert* and dispositive motions. |
| Delivery of three sets of pre-marked trial exhibits to the Court. | 21 days following final pretrial conference. |
| Trial briefs due (optional). | 30 days following final pretrial conference. |
| Joint trial. | 45 days after final pretrial conference or as determined by the Court. |

**IT IS SO ORDERED.**

Dated: _____

JON S. TIGAR
United States District Judge

[PROPOSED] ORDER SETTING TRIAL SCHEDULE FOR THE IRICO DEFENDANTS, DIRECT PURCHASER PLAINTIFFS, AND INDIRECT PURCHASER PLAINTIFFS - Master File No. 4:07-cv-5944-JST

3