Mario N. Alioto (56433)
Lauren C. Capurro (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: malioto@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-CV-5944-JST<br><br>MDL No. 1917 |
| This Document Relates to:<br><br>*ALL INDIRECT PURCHASER ACTIONS* | **INDIRECT PURCHASER PLAINTIFFS' BRIEF IN SUPPORT OF PROPOSED PRETRIAL SCHEDULE**<br><br>Judge:     Honorable Jon S. Tigar<br>Courtroom: Courtroom 6 – 2nd Floor |

There are three main differences between the Indirect Purchaser Plaintiffs' ("IPPs") proposed schedule (attached) and Irico's proposal. *First*, given the different procedural postures of the IPP and Direct Purchaser Plaintiff ("DPP") cases, IPPs propose that their case against Irico proceed on a separate, faster track than the DPP case, with a separate trial beginning on June 27, 2022. In contrast, Irico proposes a joint schedule with the DPPs, and a joint trial beginning nearly one year later on May 2, 2023. *Second*, despite the Court's statement at the CMC that it would be very unlikely to decertify the IPP class, Irico's proposed schedule now includes a five-and-one-half-month schedule for a *possible* motion to decertify the IPP class. *Third*, Irico's schedule delays the commencement of merits expert discovery until May 2022, to accommodate a decision on the DPP class certification motion, whereas IPPs propose to begin expert discovery in late September 2021, in the final quarter of the one-year discovery period, and complete it by the close of discovery in mid-January 2022.

**A.    IPPs' Certified Class Justifies A Separate, Faster Schedule:** As discussed at the CMC, IPPs have a certified class against Irico and have completed expert discovery on the merits with Irico's co-conspirators, leaving only Irico-specific merits issues to be addressed. In contrast, the DPPs must move for class certification against Irico. No expert discovery in the DPP case—class certification or merits—has begun. Both Irico and the DPPs have stated that they do not wish to proceed with merits expert discovery until there is a decision on class certification. This concern is not relevant to the IPP case. Under Irico's proposal, IPPs would be left in limbo until at least May 2022, awaiting a decision on DPPs' motion for class certification (and a likely appeal). This is not reasonable. IPPs should be permitted to move forward with their case against Irico and have a separate trial, and should not have to wait for class certification to be resolved in the DPP case.

Irico's inclusion of a briefing schedule for a "motion to decertify or reconsider IPP class (*if any*)" (emphasis added) in their current proposed schedule should not change this analysis. Irico did not include a briefing schedule for a motion to decertify in its early January proposal (ECF No. 5877 at 21), indicating this newly-minted schedule is a pretext to justify delaying the IPP trial. Moreover, discovery from the new class representatives for four states will not provide grounds to decertify all 22 states, especially in light of this Court's expressed reservations about the success of a motion to

decertify at the CMC. If Irico, notwithstanding the Court's comments, decides to move to decertify the IPP class, they can do so under IPPs' schedule at the same time as their dispositive motions.

In addition to the different procedural postures of the two cases, separate IPP and DPP trials are also justified because a joint trial would be highly prejudicial to both groups of plaintiffs. For example, pass-through evidence is irrelevant and prejudicial to the DPP case, but is essential to the IPP case. *See further* ECF No. 2897 (Motion for Separate Trials).

**B.  IPPs' Proposed Schedule For Expert Discovery Is Reasonable:** Within the one year for discovery set by the Court and agreed to by the parties at the CMC, IPPs propose to complete document discovery by August 31, 2021 (ten months after Irico dismissed its appeals), with merits expert discovery starting at the end of September 2021 and continuing through the close of discovery in mid-January 2022. IPPs' proposal in this regard is consistent with the previous schedules ordered by the Court in this case. *See, e.g.,* ECF Nos. 1127, 1595, 1991, 2459.

IPPs' proposal is also particularly appropriate here given that Irico has had access (for at least three years) to all of the discovery, briefing and pretrial disclosures already completed in this case— including all of IPPs' expert reports, the other defendants' expert reports, the backup data, the underlying analyses, and the deposition testimony, as well as IPPs' detailed responses to contention discovery. The limited additional discovery that the Court granted Irico—contention interrogatories and RFAs intended to narrow the issues for trial, and discovery as to four new class representatives— are either not necessary for Irico's expert report, or can be completed before Irico serves their report, under IPPs' schedule. Finally, to the extent additional evidence is uncovered after Irico serves their expert reports, they can supplement their reports at the time of pretrial disclosures. *See* Fed. R. Civ. P. 26(e)(2).

Other than the foregoing differences, and unnecessary lags of several months between events in Irico's proposal (*e.g.*, three month lag between expert rebuttal reports and dispositive motions), the parties' competing schedules are quite similar in terms of sequencing and the time allotted for events. IPPs' proposal more properly reflects that IPPs have a certified class and that much of the work necessary to prepare the IPP case for trial has already been done, while at the same time allowing a reasonable time for Irico to conduct limited discovery and prepare their defense.

Respectfully submitted,

Dated: January 22, 2021        By:    */s/ Mario N. Alioto*
Mario N. Alioto (56433)
Lauren C. Capurro (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA  94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: malioto@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the Indirect Purchaser Plaintiffs*

**CRT – Indirect Purchaser Plaintiffs' Proposed Schedule for Irico Defendants**

| Category | Event | Set By | Date |
|---|---|---|---|
| Discovery | Irico responds to outstanding discovery | Irico | January 26, 2021 |
| Discovery | IPPs to inform Irico Re: Addendum to Netz Report | Court | February 11, 2021 |
| Discovery | Document discovery completed (all parties) | Proposed by IPPs | August 31, 2021 |
| Discovery | IPPs serve addendum (if any) to opening expert report on the merits; Irico serves opening expert report on affirmative defenses | Proposed by IPPs | September 27, 2021 |
| Discovery | Irico deposes IPPs' expert re addendum to opening report on the merits (if served); IPPs depose Irico's expert re opening report | Proposed by IPPs | Mutually agreed dates in October 2021 |
| Discovery | Irico serves expert report in opposition to IPPs' expert report on the merits; IPPs serve expert report in opposition to Irico's opening report on affirmative defenses | Proposed by IPPs (45 days after opening reports) | November 11, 2021 |
| Discovery | Parties depose experts regarding opposition reports | Proposed by IPPs | Mutually agreed dates in November or December 2021 |
| Pretrial | Deadline for Irico to identify proposed dispositive motions as to IPPs | Proposed by IPPs | November 29, 2021 |
| Pretrial | Deadline for parties to meet and confer on dispositive motions | Proposed by IPPs (within 5 days after service of Irico's list | December 4, 2021 |

**CRT – Indirect Purchaser Plaintiffs' Proposed Schedule for Irico Defendants**

|  |  | of proposed dispositive motion(s)) |  |
|---|---|---|---|
|  | Joint Case Management Statement due, informing Court of results of meet and confer on dispositive motions | Proposed by IPPs (first Tuesday at least 7 days after service of Irico's list of proposed dispositive motion(s)) | December 7, 2021 |
| Discovery | Parties serve rebuttal expert reports on the merits | Proposed by IPPs (32 days after opposition reports) | December 13, 2021 |
| Pretrial | Further Case Management Conference to discuss dispositive motions and any other outstanding pretrial scheduling issues | Proposed by IPPs (7 days after Joint Case Management Conference Statement) | December 14, 2021 |
| Discovery | Parties depose experts regarding rebuttal reports | Proposed by IPPs | Mutually agreed dates in January 2022 |
| Discovery | Fact and expert discovery cutoff | Set by Court (one year after CMC) | January 12, 2022 |
| Pretrial | Court-authorized dispositive and *Daubert* motions due | Proposed by IPPs (30 days after close of fact discovery) | Feb. 11, 2022 |
| Pretrial | Simultaneous exchange of exhibit lists, deposition designations and witness lists | Proposed by IPPs; JST SO re CJTs s. D: at least 21 days prior to PTC | March 4, 2022 |
| Pretrial | Oppositions to Court-authorized dispositive and *Daubert* motions due | Proposed by IPPs (30 days after motions due) | March 14, 2022 |
| Pretrial | First simultaneous exchange of jury instructions and special | Proposed by IPPs; JST SO re CJTs s. F.4. requires the | March 25, 2022 |

**CRT – Indirect Purchaser Plaintiffs' Proposed Schedule for Irico Defendants**

| | | | |
|---|---|---|---|
| | verdict forms | parties to submit an agreed-upon set of jury instructions | |
| Pretrial | Replies in support of Court-authorized dispositive and *Daubert* motions due | Proposed by IPPs (21 days after oppositions due) | April 4, 2022 |
| Pretrial | IPPs and Defendants serve counter-designations and objections to opposing parties' exhibits, depositions and witnesses | Proposed by IPPs | April 15, 2022 |
| Pretrial | Second simultaneous exchange of jury instructions and special verdict forms | Proposed by IPPs | April 22, 2022 |
| Pretrial | Hearing on dispositive and *Daubert* motions | Proposed by DPPs (23 days after reply filed) | April 27, 2022 at 2:00 p.m. |
| Pretrial | IPPs and Defendants serve objections to opposing parties' counter-designations | Proposed by IPPs | April 29, 2022 |
| Pretrial | Last day for parties to exchange final exhibits, deposition designations and witness lists | JST SO re CJTs s. D: at least 21 days prior to PTC | May 6, 2022 |
| Pretrial | M&C re settlement, Pretrial Order, pretrial disclosures, contested issues | JST SO re CJTs s. A: 21 days prior to PTC (and one month after close of discovery) | May 13, 2022 |
| Pretrial | Motions in Limine | JST SO re CJTs s. E: at least 10 days prior to PTC | May 20, 2022 |
| Pretrial | File Pretrial Statement and Order | JST SO re CJTs s. B: at least 7 days prior to | May 27, 2022 |

**CRT – Indirect Purchaser Plaintiffs' Proposed Schedule for Irico Defendants**

|  |  |  |  |
|---|---|---|---|
|  |  | PTC |  |
| Pretrial | File Jury Materials | JST SO re CJTs s. F: at least 7 days prior to PTC | May 27, 2022 |
| Pretrial | MIL Oppositions (replies not permitted) | JST SO re CJTs s. E: at least 3 days prior to PTC | June 3, 2022 |
| Pretrial | MIL Hearing | JST SO re CJTs s. E: At PTC or as directed | June 10, 2022 at 1:30pm |
| Pretrial | Final Pretrial Conference | Proposed by IPPs | June 10, 2022 at 1:30pm |
| Pretrial | Trial Briefs Due (optional) | JST SO re CJTs s. G: 7 days prior to trial | June 20, 2022 |
| Pretrial | Trial Exhibits Due to Court | JST SO re CJTs s. D.4: 7 days prior to trial | June 20, 2022 |
| Trial | Trial Begins | Judge Tigar (2.5 weeks after PTC) | June 27, 2022 |

"JST SO re CJTs" refers to Judge Tigar's Standing Order for Civil Jury Trials (Aug. 26, 2019), available at: https://www.cand.uscourts.gov/wp-content/uploads/judges/tigar-jst/JST-Jury-Trial-Standing-Order.pdf