UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

 **FILED**

FEB 1 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION,<br><br>_____<br><br>INDIRECT PURCHASER PLAINTIFFS,<br><br>Plaintiff-Appellee,<br><br>    v.<br><br>TOSHIBA CORPORATION; et al.,<br><br>Defendants-Appellees,<br><br>    v.<br><br>OMITTED REPEALER STATE INDIRECT-PURCHASER PLAINTIFFS, Proposed Intervenors,<br><br>Movant-Appellant. | No.    20-16684<br><br>D.C. No. 4:07-cv-05944-JST<br>Northern District of California, Oakland<br><br>ORDER |

Before:  W. FLETCHER and CLIFTON, Circuit Judges, and KATZMANN,[*] Judge.

Appellee's motion to dismiss this appeal for lack of jurisdiction (Docket

Entry No. 7) is granted.  Because appellants are not members of the settlement

class, did not object at the fairness hearing, and have not raised any colorable

---

[*]    The Honorable Gary S. Katzmann, Judge for the United States Court of International Trade, sitting by designation.

SC/MOATT

arguments that they are exempt from these prerequisites, they may not appeal the

district court's order approving the class action settlement. *See Devlin v.*

*Scardelletti*, 536 U.S. 1, 11 (2002) ("[T]he power to appeal is limited to those

nonnamed class members who have objected during the fairness hearing.").