|  | **FILED** |
|---|---|
| UNITED STATES COURT OF APPEALS | |
| FOR THE NINTH CIRCUIT | FEB 1 2021 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION,

------------------------------

INDIRECT PURCHASER PLAINTIFFS,

        Plaintiff-Appellee,

 v.

JEFF SPEAECT; et al.,

        Objectors-Appellants,

 v.

TOSHIBA CORPORATION; et al.,

        Defendants-Appellees.

No.   20-16686

D.C. No. 4:07-cv-05944-JST
Northern District of California, Oakland

ORDER

Before: W. FLETCHER and CLIFTON, Circuit Judges, and KATZMANN,[*] Judge.

    Appellees' motion to dismiss this appeal for lack of jurisdiction (Docket Entry No. 6) is denied without prejudice to renewing the arguments in the answering brief. *See Nat'l Indus. v. Republic Nat'l Life Ins. Co.*, 677 F.2d 1258,

---

    [*] The Honorable Gary S. Katzmann, Judge for the United States Court of International Trade, sitting by designation.

SC/MOATT

1262 (9th Cir. 1982) (merits panel may consider appellate jurisdiction despite earlier denial of motion to dismiss).

The opening brief and excerpts of record are due March 1, 2021; the answering brief is due March 30, 2021; and the optional reply brief is due within 21 days after service of the answering brief.

SC/MOATT                                                2