Jeffrey L. Kessler (*pro hac vice*)
jkessler@winston.com
Eva W. Cole (*pro hac vice*)
ewcole@winston.com
Molly M. Donovan (*pro hac vice*)
mmdonovan@winston.com
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

Kevin B. Goldstein (*pro hac vice*)
kbgoldstein@winston.com
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60622
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | Case No. 4:07-cv-05944-JST<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL ALLAN PAUL VICTOR** |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Allan Paul Victor withdraws as counsel of record for Panasonic Corporation, Panasonic Corporation of North America, and MT Picture Display Co., Ltd. We respectfully request that his name be removed from all applicable service lists, including Notices of Electronic Filing.

Panasonic Corporation, Panasonic Corporation of North America, and MT Picture Display Co., Ltd. will continue to be represented by Winston & Strawn LLP and Weil, Gotshal & Manges LLP.

DATED: February 1, 2021.

By: /s/ *Molly M. Donovan*
   Molly M. Donovan

Jeffrey L. Kessler (*pro hac vice*)
jkessler@winston.com
Eva W. Cole (*pro hac vice*)
ewcole@winston.com
Molly M. Donovan (*pro hac vice*)
mmdonovan@winston.com
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

Kevin B. Goldstein (*pro hac vice*)
kbgoldstein@winston.com
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60622
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

*Attorneys for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, and MT Picture Display Co., Ltd.*[1]

---

[1] MT Picture Display Co., Ltd. has been dissolved and completed final liquidation proceedings in Japan on May 23, 2019.