

5155 West King Steet
Cocoa, FL. 32926
321-784-4427
videodisplay.com

January 27, 2021

District Judge Jon S. Tigar
Oakland Courthouse, Courtroom 6-2nd Floor
1301 Clay St.
Oakland, CA 94612

FILED

FEB 01 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

Re:   Cathode Ray Tube Antitrust Litigation
      Court: US District Court Northern District of California San Francisco Division
      Master File No.: CV-07-5944-JST
      Last final judgement filed: June 12, 2017
      Website: crtdirectpurchaserantitrustsettlement.com

Dear Judge Tigar,

Video Display Corporation is one of three named plaintiffs in the class action referenced above.

The litigation was resolved June 8, 2017 when the attorneys Gilardi & Co. LLC entered into final judgment with Mitsubishi Electric. The proceeds of the settlement with all defendants was approximately $220,000,000.00. In December of 2015 we submitted our claim for a share of the proceeds of the settlement. Our claim detailed purchases directly related to the litigation of over $26,000,000.00. The loss we sustained due to the actions of the plaintiffs was significant.

There is a website which purports to update plaintiffs on the status of the case. The last update on the website was July 18, 2019. We have made repeated attempts to secure a status update on our specific claim. The only response to date has been that the claims are under review and our particular claim is taking additional time because of the size of the claim. At this point that vague nonspecific response is not acceptable.

Due to the Covid pandemic, my company is struggling to avoid bankruptcy and is in desperate need of the anticipated proceeds to avoid shutting our doors and being forced to lay-off 79 employees.

We ask for your assistance in expediting resolution of our legitimate and significant claim.

Sincerely,

VIDEO DISPLAY CORPORATION

Ronald D. Ordway CEO
videocrt@att.net

cc: CRT Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 43455
Providence RI, 02940-3455