ORIGIN ID:COIA   (321) 784-4702
VDC DISPLAY SYSTEMS

5155 KING ST

COCOA, FL 32926
UNITED STATES US

SHIP DATE: 29JAN21
ACTWGT: 0.25 LB
CAD: 114724691/INET4340

BILL SENDER

TO **DISTRICT JUDGE JON S. TIGAR**

**OAKLAND COUNTY COURTHOUSE**

**COURTROOM 6  2ND FLOOR**

**1301 CLAY STREET**

**OAKLAND CA 94612**

(510) 637-3558    REF.
INV:
PO:                          DEPT:

FedEx
Express

E

**MON - 01 FEB 10:30A**
**PRIORITY OVERNIGHT**

TRK#
0201    7727 6904 0210

**XH JEMA**    **94612**
CA-US    **OAK**



FedEx Ship Manager - Print Your Label(s)

packed securely.
...lity, refer to the
...nt FedEx Service

...ons, and shipping
...dEx location.

...esourceful ways at
...g this FedEx envelope.

Insert shipping
document here.

**418** A
R1      1
FZ    10.30   0210
              02.01



Align top of FedEx Express® shipping label here

FedEx Express

Envelope

U.S. MARSHALS SERVICE

FEB 01 2021

INSPECTED BY