**FILED**

FEB 1 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, _____ INDIRECT PURCHASER PLAINTIFFS, Plaintiff-Appellee, v. TOSHIBA CORPORATION; et al., Defendants-Appellees, v. TYLER AYRES; et al., Movants-Appellants. | No. 20-16699 D.C. No. 4:07-cv-05944-JST Northern District of California, Oakland ORDER |

Before: W. FLETCHER and CLIFTON, Circuit Judges, and KATZMANN,[*] Judge.

Appellee's motion to dismiss this appeal for lack of jurisdiction (Docket Entry No. 5) is denied without prejudice to renewing the arguments in the answering brief. *See Nat'l Indus. v. Republic Nat'l Life Ins. Co.*, 677 F.2d 1258,

---

[*] The Honorable Gary S. Katzmann, Judge for the United States Court of International Trade, sitting by designation.

SC/MOATT

1262 (9th Cir. 1982) (merits panel may consider appellate jurisdiction despite earlier denial of motion to dismiss).

The opening brief and excerpts of record are due March 1, 2021; the answering brief is due March 30, 2021; and the optional reply brief is due within 21 days after service of the answering brief.

SC/MOATT                                2