GIBSON, DUNN & CRUTCHER LLP
RACHEL S. BRASS, SBN 219301
RBrass@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, California 94105-2933
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Defendant
Tatung Company of America, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 4:07-CV-05944-JST<br>MDL No. 1917 |
| This Document Relates to:<br><br>Government of Puerto Rico, et al.,<br><br>Plaintiff,<br><br>v.<br><br>Panasonic Corp. of North America, et al.,<br><br>Defendants. | **TATUNG COMPANY OF AMERICA, INC.'S NOTICE OF JOINDER IN (ECF 5902) DEFENDANTS' OPPOSITION TO GOVERNMENT OF PUERTO RICO'S RESPONSE TO SHOW CAUSE ORDER (ECF NO. 5888)** |

Gibson, Dunn & Crutcher LLP

TATUNG COMPANY OF AMERICA, INC.'S NOTICE OF JOINDER IN (ECF 5902) DEFENDANTS' OPPOSITION TO GOVERNMENT OF PUERTO RICO'S RESPONSE TO SHOW CAUSE ORDER (ECF NO. 5888)
CASE NO. 4:07-CV-05944-JST, MDL No. 1917

Defendant Tatung Company of America, Inc., by counsel, hereby joins in the Opposition of Defendants Philips North America LLC (f/k/a Philips Electronics North America Corporation), Panasonic Corporation of North America, Hitachi America, Ltd., and LG Electronics USA, Inc. to the Government of Puerto Rico's Response to Show Cause Order (ECF 5888).

DATE: February 10, 2021                                    GIBSON, DUNN & CRUTCHER LLP


                                                           By:  /s/ Rachel S. Brass
                                                                Rachel S. Brass

                                                           Attorneys for Defendant
                                                           Tatung Company of America, Inc.

1

TATUNG COMPANY OF AMERICA, INC.'S NOTICE OF JOINDER IN (ECF 5902) DEFENDANTS' OPPOSITION TO GOVERNMENT OF PUERTO RICO'S RESPONSE TO SHOW CAUSE ORDER (ECF NO. 5888)
CASE NO. 4:07-CV-05944-JST, MDL No. 1917

Gibson, Dunn & Crutcher LLP