UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Case No. 07-cv-05944-JST |
| This Document Relates to: <br> All Direct Purchaser Actions | **ORDER REGARDING PARTY COMMUNICATION** <br><br> Re: ECF No. 5895 |

The Court has received a letter from Ronald Ordway, the CEO of Video Display Corporation. ECF No. 5895. Mr. Ordway identifies VDC as a "named plaintiff" in this litigation. Lead counsel for the Direct Purchaser Plaintiffs is directed to communicate directly with Mr. Ordway regarding the matters set forth in his letter.

**IT IS SO ORDERED.**

Dated: February 12, 2021



JON S. TIGAR
United States District Judge