Mario N. Alioto (56433)
Lauren C. Capurro (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2280 Union Street
San Francisco, CA 94123
Telephone: 415-563-7200
Facsimile: 415- 346-0679
Email: malioto@tatp.com
jpatane@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-CV-5944-JST |
| | MDL No. 1917 |
| This Document Relates to: *ALL INDIRECT PURCHASER ACTIONS* | **DECLARATION OF MARIO N. ALIOTO RE: ADDENDUM TO OPENING MERITS EXPERTS REPORT** |
| | Judge:      Honorable Jon S. Tigar<br>Courtroom: Courtroom 6 – 2nd Floor |

I, Mario N. Alioto, hereby declare as follows:

1. I am a partner in the law firm of Trump, Alioto, Trump & Prescott, LLP, Lead Counsel for the Indirect Purchaser Plaintiffs ("IPPs") in the above-referenced actions.

2. I submit this declaration in response to this Court's Order dated February 12, 2021, ECF No. 5905, by which the Court ordered me to file a declaration stating whether IPPs will be filing an addendum to Dr. Netz's report.

3. IPPs will not file an addendum to the opening report of their expert, Janet S. Netz Ph.D., on liability and damages in the indirect purchaser case, but reserve the right to file report(s) responsive to any reports filed on behalf of defendants Irico Group Corporation and Irico Display Devices Co., Ltd. ("Irico").

4. IPPs informed Irico's counsel on February 11, 2021 that they would not file an addendum to Dr. Netz's opening report.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 15th day of February 2021, at San Francisco, California.

By: /s/ Mario N. Alioto

*Lead Counsel for the Indirect Purchaser Plaintiffs*