Jeffrey L. Kessler (*pro hac vice*)
jkessler@winston.com
Eva W. Cole (*pro hac vice*)
ewcole@winston.com
Molly M. Donovan (*pro hac vice*)
mmdonovan@winston.com
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY  10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

Kevin B. Goldstein (*pro hac vice*)
kbgoldstein@winston.com
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60622
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

|  |  |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 4:07-cv-05944-JST |
|  | **NOTICE OF WITHDRAWAL OF COUNSEL JAMES F. LERNER** |
| This document relates to: |  |
| ALL ACTIONS |  |

1  TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

2      PLEASE TAKE NOTICE that James F. Lerner withdraws as counsel of record for Panasonic

3  Corporation, Panasonic Corporation of North America, and MT Picture Display Co., Ltd. We

4  respectfully request that his name be removed from all applicable service lists, including Notices of

5  Electronic Filing.

6      Panasonic Corporation, Panasonic Corporation of North America, and MT Picture Display

7  Co., Ltd. will continue to be represented by Winston & Strawn LLP and Weil, Gotshal & Manges

8  LLP.

9

10  DATED: February 23, 2021.                    By:  /s/ *Molly M. Donovan*
                                                       Molly M. Donovan
11
12                                                Jeffrey L. Kessler (*pro hac vice*)
                                                  jkessler@winston.com
13                                                Eva W. Cole (*pro hac vice*)
                                                  ewcole@winston.com
14                                                Molly M. Donovan (*pro hac vice*)
                                                  mmdonovan@winston.com
15                                                WINSTON & STRAWN LLP
                                                  200 Park Avenue
16                                                New York, NY 10166-4193
                                                  Telephone: (212) 294-6700
17                                                Facsimile: (212) 294-4700

18                                                Kevin B. Goldstein (*pro hac vice*)
                                                  kbgoldstein@winston.com
19                                                WINSTON & STRAWN LLP
                                                  35 W. Wacker Drive
20                                                Chicago, IL 60622
                                                  Telephone: (312) 558-5600
21                                                Facsimile: (312) 558-5700

22                                                *Attorneys for Defendants Panasonic*
                                                  *Corporation (f/k/a Matsushita Electric*
23                                                *Industrial Co., Ltd.), Panasonic Corporation of*
                                                  *North America, and MT Picture Display Co.,*
24                                                *Ltd.*[1]

25

26

27
   ───────────────────
28  [1]    MT Picture Display Co., Ltd. has been dissolved and completed final liquidation proceedings in Japan on May 23, 2019.