1
2
3
4
5

BAKER BOTTS LLP
JOHN M. TALADAY (*pro hac vice*)
ERIK T. KOONS (*pro hac vice*)
700 K Street, N.W.
Washington, D.C. 20001
202.639.7700
202.639.7890 (fax)
Email: john.taladay@bakerbotts.com
        erik.koons@bakerbotts.com

6

*Attorneys for Philips North America LLC*

7

[Additional Responding Parties and Counsel Listed on Signature Page]

8
9
10
11
12
13

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

14
15
16
17

IN RE: CATHODE RAY TUBE (CRT)
ANTITRUST LITIGATION

18

This document relates to:

19
20

Government of Puerto Rico v.
Panasonic Corp. of North America,
et al., Case No. 4:20-cv-05606-JST

21
22
23

Master File No.: 4:07-cv-05944 JST

MDL No. 1917

**DEFENDANTS' CASE MANAGEMENT STATEMENT**

Date:        Mar. 3, 2020
Time:        2:00 p.m.
Judge:       Hon. Jon S. Tigar
Courtroom:   6, 2nd Floor

24
25
26
27
28

1

**TO THE HONORABLE COURT ALL PARTIES AND THEIR ATTORNEYS:**

In response to the Court's October 26, 2020 Order, ECF No. 5860 ("Order"), and pursuant to Local Rule 16-10(d), Defendants, Philips North America LLC (f/k/a Philips Electronics North America Corporation), Hitachi America, Ltd., and LG Electronics USA, Inc. ("Defendants"), hereby submit this Case Management Statement.  Defendants submit this statement on an individual basis because counsel for Plaintiff, the Government of Puerto Rico, neither reached out to Defendants prior to the deadline for submission of the Case Management Statement nor responded to counsel for Philips North America LLC's February 23, 2021 email requesting that counsel for Puerto Rico coordinate with Defendants on this submission.

## I.   PROGRESS OR CHANGES SINCE OCTOBER 15, 2020 CASE MANAGEMENT STATEMENT

As requested by the Court, the parties submitted briefing on issues related to the Show Cause Order under Federal Rule of Civil Procedure 4(m).  *See* ECF Nos. 5888, 5902.

**Defendants' Statement**

1.  Legal Developments

In the Legal Issues section of the June 17, 2020 Case Management Statement, ECF No. 5763, Defendants set forth several defects in Plaintiff's single claim alleging unjust enrichment.  Among other dismissal arguments, Defendants cited dispositive decisions from the District of Puerto Rico and this District barring Plaintiff's strategy of pleading unjust enrichment in an effort to circumvent the antitrust laws, the four year statute of limitations, and/or the bar on indirect purchaser claims set forth by the Supreme Court in *Illinois Brick*.  Joint Case Management Statement, ECF No. 5763, at 3-4 (*citing Gov't of Puerto Rico v. The Carpenter Co.*, Civil No. 18-1987 (GAG), 2020 WL 962931 at *8-10 (D.P.R. 2020); *In re TFT-LCD (Flat Panel) Antitrust Litig.*, 599 F. Supp. 2d 1179, 1192 (N.D. Cal. 2009)); *Illinois Brick v. Illinois*, 431 U.S. 820, 745-48 (1977).

Since their June 17, 2020 submission, Defendants' position has only strengthened: two additional federal district courts have rejected Puerto Rico's exact same strategy of trying to plead antitrust claims under the guise of unjust enrichment and dismissed Puerto Rico's claims.  *See In re Broiler Chicken Antitrust Litig.*, No. 1:16-cv-08637, 2020 WL 4032932 (N.D. Ill. July 15, 2020); *In*

*re Automotive Parts Antitrust Litig. (Air Flow Meters)*, Case No. 13-cv-2005, 2021 WL 148004 (E.D. Mich. Jan. 15, 2021).  Plaintiff's decision to press forward with the prosecution of its unjust enrichment claim serves only to waste the Defendants' and this Court's valuable time and resources.

## 2.  Orders Regarding Voluntary Dismissal

On January 21, 2021, Plaintiff filed a Notice of Voluntary Dismissal ("Notice") dismissing thirty-one defendants pursuant to Federal Rule of Civil Procedure 41(a)(1).  ECF No. 5887.  And on February 23, 2021, Plaintiff filed an additional Notice under Federal Rule of Civil Procedure 41(a)(1) dismissing defendant Panasonic Corporation of North America.  ECF No. 5909.  These voluntary dismissals were effective without Court order pursuant to Rule 41(a)(1)(A)(i).  However, the dismissals have not been noted on the Court's docket, possibly because Plaintiff filed the Notices only in the master MDL docket (No. 4:07-cv-05944-JST) and not the Puerto Rico member case docket (No 4:20-cv-05606-JST).  In order to have the docket accurately reflect which defendants remain in Puerto Rico's action, Defendants respectfully request that the Court either direct the Clerk to note the dismissals in the Puerto Rico member case, or direct Plaintiff to refile in that docket.

## 3.  Show Cause Order

On October 26, 2020, the Court ordered Plaintiff to "[show cause] why any remaining unserved Defendants should not be dismissed for failure to effect timely service" under Federal Rule of Civil Procedure 4(m).  ECF No. 5860 at 6.  On January 22, 2021, Plaintiff submitted a two-paragraph response to the Court's Show Cause Order that failed to provide any substantive support for their failure to serve beyond a naked reference to COVID-19.  ECF No. 5888.  Defendants filed their Opposition to Plaintiff's Response to Show Cause Order ("Opposition") on February 10, 2021, establishing that Plaintiff failed to meet its burden to establish good cause.  ECF No. 5902.  Plaintiff's reply to Defendants' Opposition was due on February 17, 2021, but Plaintiff failed to file a reply brief.  For the reasons set forth in Defendants' Opposition, Defendants respectfully request that the Court dismiss all Defendants that Plaintiff had not served by February 3, 2021.

## 4.  Motions to Dismiss

As also noted in Defendants' Opposition, the transferor court ordered Defendants to answer or otherwise respond to Plaintiff's complaint within 60 days after service on the last-served

Defendant.  If, as requested, the Court dismisses all Defendants listed in Puerto Rico's notices regarding voluntary dismissal and all Defendants not served by the February 3, 2021 deadline, this matter will be ripe for briefing on the motions to dismiss.  Defendants accordingly request that the Court set a deadline to answer or otherwise respond to Plaintiff's complaint 60 days following such dismissals.

The Defendants also believe that it would be prudent during the upcoming case management conference for the Court to address the logistics surrounding the motions that Defendants intend to file.  In particular, Defendants propose to file a joint motion to dismiss addressing all arguments common to the Defendants, including those identified in the parties' June 17, 2020, case management conference statement, ECF No. 5763.[1]  In addition, any Defendants with individualized bases for dismissal may also file appropriate, non-duplicative motions, none of which shall exceed 10 pages.  For example, LG Electronics USA, Inc. intends to file such a motion on the basis that Puerto Rico's claims on behalf of residents are barred under the doctrine of *res judicata*, as those residents' claims were released as part of a nationwide class settlement that was not appealed.

## II.  SETTLEMENT AND ADR

### Defendants' Statement

Defendants are open to settlement discussions, but such discussions are likely premature until Defendants file their responsive motions.

///
///
///
///
///
///

---

[1] *See* ECF No. 5763, at 5 (noting that Puerto Rico's four-year statute of limitations on antitrust claims has passed); *id.* at 5-6 (Puerto Rico impermissibly brings a claim under unjust enrichment as an end-run around the statute of limitations and to circumvent the indirect purchaser bar to Puerto Rico's antitrust statute); *id.* at 6 (Puerto Rico lacks *parents patriae* standing to present unjust-enrichment claims on behalf of its residents.

1    Dated: February 24, 2021         By:   /s/ Erik T. Koons

2                                           BAKER BOTTS LLP
                                            JOHN M. TALADAY
3                                           ERIK T. KOONS
                                            700 K Street, N.W.
4                                           Washington, D.C. 20001
                                            202.639.7700
5                                           202.639.7890 (fax)
                                            Email: john.taladay@bakerbotts.com
6                                                    erik.koons@bakerbotts.com

7                                           *Attorneys for Philips North America LLC*

8                                     By:   /s/ Eliot A. Adelson

9                                           MORRISON & FOERSTER LLP
                                            ELIOT A. ADELSON
10                                          Email: eadelson@mofo.com
                                            425 Market Street
11                                          San Francisco, CA 94105
                                            Telephone: (415) 268-7000
12                                          Facsimile: (415) 268-7522

13                                          KIRKLAND & ELLIS LLP
                                            JAMES H. MUTCHNIK (pro hac vice)
14                                          Email: james.mutchnik@kirkland.com
                                            300 North LaSalle Street
15                                          Chicago, IL  60654
                                            Telephone: (312) 862-2000
16                                          Facsimile: (312) 862-2200

17                                          *Attorneys for Defendant Hitachi America, Ltd.*

18                                    By:   /s/ Nathan P. Eimer

19                                          EIMER STAHL LLP
                                            NATHAN P. EIMER (pro hac vice)
20                                          neimer@eimerstahl.com
                                            VANESSA G. JACOBSEN (pro hac vice)
21                                          vjacobsen@eimerstahl.com
                                            224 South Michigan Avenue, Suite 1100
22                                          Chicago, IL  60604
                                            Telephone: (312) 660-7600
23                                          Facsimile: (312) 692-1718

24                                          BRIAN Y. CHANG (SBN 287757)
                                            bchang@eimerstahl.com
25                                          99 South Almaden Boulevard, Suite 662
                                            San Jose, CA  95113
26                                          Telephone: (669) 231-8755

27                                          *Attorneys for Defendant LG Electronics USA, Inc.*

28

DEFENDANTS' CASE                    4                MASTER FILE NO.: 4:07-cv-05944-JST
MANAGEMENT STATEMENT