GIBSON, DUNN & CRUTCHER LLP
RACHEL S. BRASS, SBN 219301
RBrass@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, California 94105-2933
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Defendant
Tatung Company of America, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 4:07-CV-05944-JST<br>MDL No. 1917 |
| This Document Relates to:<br><br>Government of Puerto Rico v. Panasonic Corp. of North America, et al., Case No. 4:20-cv-05606-JST | **TATUNG COMPANY OF AMERICA, INC.'S NOTICE OF JOINDER IN (ECF 5911) DEFENDANTS' CASE MANAGEMENT STATEMENT**<br><br>Date: Mar. 3, 2020<br>Time: 2:00 p.m.<br>Judge: Hon. Jon S. Tigar<br>Courtroom: 6, 2nd Floor |

Gibson, Dunn & Crutcher LLP

TATUNG COMPANY OF AMERICA, INC.'S NOTICE OF JOINDER
IN (ECF 5911) DEFENDANTS' CASE MANAGEMENT STATEMENT
CASE NO. 4:07-CV-05944-JST, MDL No. 1917

Defendant Tatung Company of America, Inc., by counsel, hereby joins in the Case Management Statement of Defendants, Philips North America LLC (f/k/a Philips Electronics North America Corporation), Hitachi America, Ltd., and LG Electronics USA, Inc..

DATE: February 24, 2021  GIBSON, DUNN & CRUTCHER LLP

By: /s/ Rachel S. Brass
　　　Rachel S. Brass

Attorneys for Defendant
Tatung Company of America, Inc.

1

TATUNG COMPANY OF AMERICA, INC.'S NOTICE OF JOINDER
IN (ECF 5911) DEFENDANTS' CASE MANAGEMENT STATEMENT
CASE NO. 4:07-CV-05944-JST, MDL No. 1917

Gibson, Dunn & Crutcher LLP