Jane Becker Whitaker, PR-Bar Num. 9352
**Becker Vissepo, PSC**
1225 Ponce de Leon, Suite 1102
San Juan, PR 00907
(787) 945.2406
jbw@beckervissepo.com
janebeckerwhitaker@gmail.com

J. Barton Goplerud
**Shindler, Anderson, Goplerud & Weese, P.C.**
5015 GRAND RIDGE DRIVE, SUITE 100
WEST DES MOINES, IA 50265
(515) 223-4567
goplerud@sagwlaw.com

John A. Girardi
**Law Offices of John A. Girardi**
2550 Via Tejon, Suite 3A
Palos Verdes Estates, CA 90274
Tel. (213) 280-1978
john@johngirardilaw.com

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No.: 4:07-cv-05944 JST<br><br>MDL No. 1917<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Date:       March 3, 2021<br>Time:      3:00 p.m.<br>Judge:     Hon. Jon S. Tigar<br>Courtroom: 6, 2nd Floor |
| This document relates to:<br><br>Government of Puerto Rico, et al.,<br>         Plaintiff,<br>v.<br><br>Panasonic Corp. of North America, et al.,<br>         Defendants. | |

**TO THE HONORABLE COURT ALL PARTIES AND THEIR ATTORNEYS:**

In response to the Court's June 24, 2020 Order, ECF No. 5869 and pursuant to Local Rule 16-10(d), Plaintiff, the Government of Puerto Rico, hereby submits this Case Management Statement.

## I. PROGRESS OR CHANGES SINCE JUNE 17, 2020 CASE MANAGEMENT CONFERENCE

### The Substance of Plaintiffs' Claims

Puerto Rico has never adopted a *Illinois Brick* repealer statute and continues to apply the principles of federal antitrust law to the PRAA, including its prohibition on indirect purchaser standing. *See e.g.*, *Staley v. Gilead Scis., Inc.*, No. 19-cv-02573-EMC, 2020 U.S. Dist. LEXIS 36747, at *121 (N.D. Cal. Mar. 3, 2020)("Puerto Rico does not have an *Illinois Brick* repealer statute"); In re Opana Er *Antitrust* Litig., 162 F. Supp. 3d 704, 723 (N.D. Ill. 2016)("Puerto Rico has not passed an *Illinois Brick* repealer, and its territorial courts have not addressed the issue directly. Other federal district courts have concluded that *Illinois Brick* applies and bars indirect-purchaser actions in Puerto Rico." (citing *United Food & Commercial Workers Local 1776 & Participating Emp'rs Health & Welfare Fund v. Teikoku Pharma USA, Inc.*, 74 F.Supp.3d 1052, 1085-86 (N.D. Cal. Nov. 7, 2014); *In re Nexium (Esomeprazole) Antitrust Litig.*, 968 F. Supp. 2d 367, 409-10 (D. Mass. 2013); *In re Digital Music Antitrust Litig.*, 812 F.Supp.2d 390, 413 (S.D.N.Y. 2011); *In re TFT—LCD (Flat Panel) Antitrust Litig.*, 599 F.Supp.2d 1179, 1185-87 (N.D. Cal. 2009)).[1] In light of Puerto Rico's adherence to the principles of federal antitrust laws and the knowing absence of an *Illinois Brick* repealer statute, the majority of courts that have

---

[1] *See also In re Solodyn (Minocycline Hydrochloride) Antitrust Litig.*, 2015 U.S. Dist. LEXIS 125999, at *62 (D. Mass. Aug. 14, 2015)("Because Puerto Rico's antitrust laws have been interpreted in accordance with federal law, the bar against claims by indirect purchasers set forth in *Illinois Brick* applies and mandates dismissal of the Puerto Rico claims."); *In re Aggrenox Antitrust Litig.*, 94 F. Supp. 3d 224, 252 (D. Conn. 2015)("Puerto Rico has not passed an *Illinois Brick* repealer"); *In re Static Random Access Memory Antitrust Litig.*, U.S. Dist. LEXIS 131002, at *39 (N.D. Cal. Dec. 8, 2010)("Plaintiffs point to no authority that suggests that *Illinois Brick*'s interpretation of federal antitrust law would not be applied to Puerto Rico law.").

considered the matter have found that indirect purchasers do not have standing under the PRAA. *See id.*

Plaintiff, of course, does not know what Defendants intend to argue in their Motions to Dismiss, but in light of their discussion of the case law, in the case management order, we thought it appropriate to provide some perspective.

## II. THE NOTICES OF DISMISSAL

Plaintiff has now filed them in 20-05606.

## III. SETTLEMENT AND ADR

### Plaintiff's Statement

The Government of Puerto Rico is open to settlement discussions.

## IV. DEADLINE TO ANSWER PLAINTIFF'S COMPLAINT

### Plaintiff's Statement

Plaintiffs agree with Defendants' Proposal.

Dated: March 2, 2021          GIRARDI/KEESE

                              By: /s/*John A. Girardi*
                                  JOHN A. GIRARDI

                              *Attorney for Plaintiff,* THE GOVERNMENT OF PUERTO RICO

                              By: /s/
                                  BAKER BOTTS LLP
                                  JOHN M. TALADAY
                                  ERIK T. KOONS
                                  700 K Street, N.W.
                                  Washington, D.C. 20001
                                  202.639.7700
                                  202.639.7890 (fax)
                                  Email: john.taladay@bakerbotts.com
                                         erik.koons@bakerbotts.com

*Attorneys for Philips North America LLC*

By: /s/
WINSTON & STRAWN LLP
JEFFREY L. KESSLER
jkessler@winston.com
EVA W. COLE
ewcole@winston.com
200 Park Avenue
New York, NY 10166
Telephone:     (212) 294-6700
Facsimile:      (212) 294-4700

KEVIN B. GOLDSTEIN
kbgoldstein@winston.com
35 W. Wacker Drive
Chicago, IL 60622
Telephone:     (312) 558-5600
Facsimile:      (312) 558-5700

WEIL, GOTSHAL & MANGES LLP
DAVID L. YOHAI
david.yohai@weil.com
ADAM C. HEMLOCK
adam.hemlock@weil.com
DAVID YOLKUT
david.yolkut@weil.com
767 Fifth Avenue
New York, NY 10153-0119
Telephone:     (212) 310-8000
Facsimile:      (212) 310-8007

*Attorneys for Defendant Panasonic Corporation of North America*

By: /s/
MORRISON & FOERSTER LLP
ELIOT A. ADELSON
Email: eadelson@mofo.com
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

KIRKLAND & ELLIS LLP
JAMES H. MUTCHNIK (pro hac vice)
Email: james.mutchnik@kirkland.com
300 North LaSalle Street
Chicago, IL  60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Attorneys for Defendant Hitachi America, Ltd.*

By: /s/
EIMER STAHL LLP
NATHAN P. EIMER (pro hac vice)
neimer@eimerstahl.com
VANESSA G. JACOBSEN (pro hac vice)
vjacobsen@eimerstahl.com
224 South Michigan Avenue, Suite 1100
Chicago, IL  60604
Telephone: (312) 660-7600
Facsimile: (312) 692-1718

BRIAN Y. CHANG (SBN 287757)
bchang@eimerstahl.com
99 South Almaden Boulevard, Suite 662
San Jose, CA  95113
Telephone: (669) 231-8755

*Attorneys for Defendant LG Electronics USA, Inc.*