Jane Becker Whitaker, PR-Bar Num. 9352
Becker Vissepo, PSC
1225 Ponce de Leon, Suite 1102
San Juan, PR 00907
Tel. 787 945.2406
jbw@beckervissepo.com
janebeckerwhitaker@gmail.com

J. Barton Goplerud
Shindler, Anderson, Goplerud & Weese, P.C.
5015 GRAND RIDGE DRIVE, SUITE 100
WEST DES MOINES
IA 50265
Tel: (515) 223-4567
goplerud@sagwlaw.com

John A. Girardi
Girardi/Keese
1126 Wilshire Blvd.
Los Angeles, CA 90017
Tel. (213) 262-6777
Email: jgirardi@girardikeese.com

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No.: 4:07-cv-05944 JST |
| | MDL No. 1917 |
| This document relates to: | **RULE 41 NOTICE OF VOLUNTARY DISMISSAL** |
| Government of Puerto Rico, et al.,       Plaintiff, v. Panasonic Corp. of North America, et al.,       Defendants. | Courtroom: 6, 2nd Floor |

**TO THE HONORABLE COURT ALL PARTIES AND THEIR ATTORNEYS:**

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff dismisses the following Defendant:

1. Irico Displays Devices, Co., Ltd.

Dated: March 9, 2021                             GIRARDI/KEESE

                                By:    *s/John A.* Girardi
                                       JOHN A. GIRARDI

                                       *Attorney for Plaintiff*, THE GOVERNMENT OF PUERTO RICO