| | | **For Court Use Only** |
|---|---|---|
| *Attorney or Party without Attorney:*<br>DENISE MALDONADO-ROSA (15652),<br>Assistant Attorney General<br>PO BOX 367775<br>SAN JUAN, PUERTO RICO 00936<br>   *Telephone No:* 787 630-2717<br>   *Attorney For:* Plaintiff | *Ref. No. or File No.:* | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>COMMONWEALTH OF PUERTO RICO COURT OF FIRST INSTANCE<br>SUPERIOR COURT OF SAN JUAN | | |
| *Plaintiff:* GOVERNMENT OF PUERTO RICO, THROUGH ITS ATTORNEY GENERAL OF JUSTICE OF PUERTO RICO WANDA VAZQUEZ<br>*Defendant:* LG ELECTRONICS, INC, ET AL | | |

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>SJ2018CV10831 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons, Complaint

3. a. Party served:    TATUNG COMPANY OF AMERICA INC.
   b. Person served:   Sonia Gonzalez, Authorized to Accept Service

4. Address where the party was served:   2850 E. El Presidio St, Long Beach, CA 90810

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed, Feb 06 2019 (2) at: 09:23 AM

6. *Person Who Served Papers:*
   a. Henry Flores (2013126339, Los Angeles)        d. *The Fee* for Service was: $374.43
   b. FIRST LEGAL                                    e. I am: A Registered California Process Server
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

7. *I declare under penalty of perjury under the laws of the Puerto Rico that the foregoing is true and correct.*

                    02/07/2019
                      (Date)                                    (Signature)



PROOF OF SERVICE

3043518
(3872319)