| Attorney or Party without Attorney:<br>DENISE MALDONADO-ROSA (#15652)<br>GIRARDI & KEESE<br>1126 Wilshire Blvd<br>Los Angeles, CA 90017<br>  Telephone No: 213-262-6777<br>  Attorney For: Plaintiff | Ref. No. or File No.: | For Court Use Only |
|---|---|---|

| Insert name of Court, and Judicial District and Branch Court:<br>COMMONWEALTH OF PUERTO RICO COURT OF FIRST INSTANCE SUPERIOR COURT OF SAN JUAN |
|---|
| Plaintiff: GOVERNMENT OF PUERTO RICO, THROUGH ITS ATTORNEY GENERAL OF JUSTICE OF PUERTO RICO WANDA VAZQUEZ<br>Defendant: LG ELECTRONICS, INC., LG ELECTRONICS USA, INC., LC ELECTRONICS TAIWAN TAIPEI CO., et al. |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>SJ2018CV10831 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons, Complaint

3. a. Party served:    Toshiba America Electronics Components Inc.
   b. Person served:   Colleen Smith, Senior Manager Legal Administration

4. Address where the party was served:   5231 California Ave, Irvine, CA 92617

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Feb 14 2019 (2) at: 01:00 PM

   Recoverable cost Per CCP 1033.5(a)(4)(B)

6. **Person Who Served Papers:**
   a. Frank Harrigan (1530, Orange)
   b. **FIRST LEGAL**
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. *The Fee* for Service was: $190.64
   e. I am: A Registered California Process Server

7. *I declare under penalty of perjury under the laws of the Puerto Rico that the foregoing is true and correct.*

03/09/2021
(Date)                                          (Signature)



PROOF OF SERVICE

5434108
(3882545)