Guido Saveri (22349)
  guido@saveri.com
R. Alexander Saveri (173102)
  rick@saveri.com
Geoffrey C. Rushing (126910)
  grushing@saveri.com
Cadio Zirpoli (179108)
  cadio@saveri.com
Matthew D. Heaphy (227224)
  mheaphy@saveri.com
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Lead Counsel for Direct Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*ALL DIRECT PURCHASER ACTIONS* | Master File No. 07-CV-5944-JST<br><br>MDL No. 1917<br><br>**DIRECT PURCHASER PLAINTIFFS' NOTICE OF ENTRY OF ORDER BY SPECIAL MASTER**<br><br>Judge:              Honorable Jon S. Tigar<br><br>Special Master:  Honorable Vaughn R. Walker (Ret.) |

1  TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that the Honorable Vaughn R. Walker (Ret.), the Special Master

3  appointed to hear discovery matters in this litigation, ECF Nos. 2272, 5301, entered the attached

4  Special Master's Order re DPPs' Motion to Compel Responses to Interrogatory Nos 4 & 5

5  ("Order"). The Special Master requested that Lead Counsel for Direct Purchaser Plaintiffs submit

6  the Order to the Court.

8  Dated: April 1, 2021                                    Respectfully submitted,

9                                                          /s/ *R. Alexander Saveri*
                                                           Guido Saveri (22349)
10                                                         R. Alexander Saveri (173102)
                                                           Geoffrey C. Rushing (126910)
11                                                         Cadio Zirpoli (179108)
                                                           Matthew D. Heaphy (227224)
12                                                         SAVERI & SAVERI, INC.
                                                           706 Sansome Street
13                                                         San Francisco, CA 94111
                                                           Telephone: (415) 217-6810
14                                                         Facsimile: (415) 217-6813

15                                                         *Lead Counsel for Direct Purchaser Plaintiffs*

# ATTACHMENT

Vaughn R Walker
Law Office of Vaughn R Walker
Four Embarcadero Center, Suite 2200
San Francisco, CA  94111
Tel:  (415) 871-2888
Fax:  (415) 871-2890
vrw@judgewalker.com

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Order Relates To:<br><br>ALL DIRECT PURCHASER PLAINTIFFS | MDL No 1917<br><br>Case No C-07-5944 JST<br><br>**SPECIAL MASTER'S ORDER RE DPPS' MOTION TO COMPEL RESPONSES TO INTERROGATORY Nos 4 & 5**<br><br>**RE ECF No 5301** |

       The Direct Purchaser Plaintiffs (DPPs) brought the above-entitled motion before the undersigned for hearing on March 31, 2021.  R Alexander Saveri (Saveri & Saveri) and John

Taladay (Baker Botts) appeared for the DPPs and the Irico defendants.[1] The parties' respective positions were thoroughly presented and the proceeding video-recorded by FedArb, Inc.

The Irico defendants represent that they have heretofore partially responded to these interrogatories and continue to do so on a rolling basis. They commit to complete supplementation of their responses by May 10, 2021 and to do so in adherence to the procedures established by the undersigned herein in ECF No 4802 ("Mitsubishi Order). Hence, the undersigned DIRECTED the parties to continue this process and scheduled a further hearing before the undersigned on May 13, 2021 at twelve noon PDT at which time the status of responses to Interrogatory Nos 4 & 5 will be reviewed along with all other pertinent discovery matters.

IT IS SO ORDERED.

Date:    March 31, 2021

_____
Vaughn R Walker
United States District Judge (Ret)
As Special Master

The Recommended Order of the Special Master is Accepted and Ordered / Denied / Modified.

Date:  _____

_____
Honorable Jon S Tigar
United States District Judge

---

[1] Irico Group Corporation and Irico Display Devices Co, Ltd (herein collectively "Irico")