FILED

APR 9 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, _____ INDIRECT PURCHASER PLAINTIFFS, Plaintiff-Appellee, v. TOSHIBA CORPORATION; TOSHIBA AMERICA, INC.; TOSHIBA AMERICA INFORMATION SYSTEMS, INC.; TOSHIBA AMERICA CONSUMER PRODUCTS, LLC; TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC.; SAMSUNG SDI CO., LTD.; SAMSUNG SDI AMERICA, INC.; SAMSUNG SDI (MALAYSIA) SDN BHD; SAMSUNG SDI MEXICO S.A. DE C.V.; SAMSUNG SDI BRASIL LTDA.; SHENZEN SAMSUNG SDI CO., LTD.; TIANJIN SAMSUNG SDI CO., LTD.; HITACHI, LTD.; HITACHI DISPLAYS, LTD., AKA Japan Display, Inc.; HITACHI AMERICA, LTD; HITACHI ASIA, LTD.; HITACHI ELECTRONIC DEVICES (USA), INC.; PANASONIC CORPORATION, FKA Matsushita Electric Industrial Co., Ltd. ("MEI"), is a Japanese entity; PANASONIC CORPORATION OF NORTH AMERICA; MT PICTURE DISPLAY CO., LTD; PHILIPS KONINKLIJKE | No. 20-16685 D.C. No. 4:07-cv-05944-JST Northern District of California, Oakland ORDER |

N.V.; PHILIPS ELECTRONICS NORTH AMERICA CORPORATION; PHILIPS TAIWAN LIMITED; PHILIPS DO BRASIL LTDA.; THOMSON CONSUMER ELECTRONICS, INC.; THOMSON SA; TECHNOLOGIES DISPLAYS AMERICAS LLC,

      Defendants-Appellees,

 v.

ELEANOR LEWIS, Proposed Intervenor,

      Movant-Appellant.

---

In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION,

_____

INDIRECT PURCHASER PLAINTIFFS,

      Plaintiff-Appellee,

 v.

JEFF SPEAECT; GLORIA A. COMEAUX; VALERIE G. DEICK; ERIC R. COGGINS; DALE B. MCKENZIE; HEATHER J. GORDON; MIGUEL A. ALBARRAN; DAVID N. WATSON; CRAIG A. SCHULER; MARY J. BAUCOM; BRENDAN C. MCCANN; DENNIS S. CORNETT; LISA L.

No. 20-16686

D.C. No. 4:07-cv-05944-JST
Northern District of California,
Oakland

BUTTERBRODT; JESSICA M. MCINTYRE,

        Objectors-Appellants,

 v.

TOSHIBA CORPORATION; TOSHIBA AMERICA, INC.; TOSHIBA AMERICA INFORMATION SYSTEMS, INC.; TOSHIBA AMERICA CONSUMER PRODUCTS, LLC; TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC.; SAMSUNG SDI CO., LTD.; SAMSUNG SDI AMERICA, INC.; SAMSUNG SDI (MALAYSIA) SDN BHD; SAMSUNG SDI MEXICO S.A. DE C.V.; SAMSUNG SDI BRASIL LTDA.; SHENZEN SAMSUNG SDI CO., LTD.; TIANJIN SAMSUNG SDI CO., LTD.; HITACHI, LTD.; HITACHI DISPLAYS, LTD., AKA Japan Display, Inc.; HITACHI AMERICA, LTD; HITACHI ASIA, LTD.; HITACHI ELECTRONIC DEVICES (USA), INC.; PANASONIC CORPORATION, FKA Matsushita Electric Industrial Co., Ltd. ("MEI"), is a Japanese entity; PANASONIC CORPORATION OF NORTH AMERICA; MT PICTURE DISPLAY CO., LTD; PHILIPS KONINKLIJKE N.V.; PHILIPS ELECTRONICS NORTH AMERICA CORPORATION; PHILIPS TAIWAN LIMITED; PHILIPS DO BRASIL LTDA.; THOMSON CONSUMER ELECTRONICS, INC.; THOMSON SA; Technologies Displays

Americas LLC,

          Defendants-Appellees.

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, _____ <br><br> INDIRECT PURCHASER PLAINTIFFS, <br><br>           Plaintiff-Appellee, <br><br> v. <br><br> TOSHIBA CORPORATION; TOSHIBA AMERICA, INC.; TOSHIBA AMERICA INFORMATION SYSTEMS, INC.; TOSHIBA AMERICA CONSUMER PRODUCTS, LLC; TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC.; SAMSUNG SDI CO., LTD.; SAMSUNG SDI AMERICA, INC.; SAMSUNG SDI (MALAYSIA) SDN BHD; SAMSUNG SDI MEXICO S.A. DE C.V.; SAMSUNG SDI BRASIL LTDA.; SHENZEN SAMSUNG SDI CO., LTD.; TIANJIN SAMSUNG SDI CO., LTD.; HITACHI, LTD.; HITACHI DISPLAYS, LTD., AKA Japan Display, Inc.; HITACHI AMERICA, LTD; HITACHI ASIA, LTD.; HITACHI ELECTRONIC DEVICES (USA), INC.; PANASONIC CORPORATION, FKA Matsushita Electric Industrial Co., Ltd. ("MEI"), is a Japanese entity; PANASONIC | No. 20-16691 <br><br> D.C. No. 4:07-cv-05944-JST <br> Northern District of California, Oakland |

4

| | |
|---|---|
| CORPORATION OF NORTH AMERICA; MT PICTURE DISPLAY CO., LTD; PHILIPS KONINKLIJKE N.V.; PHILIPS ELECTRONICS NORTH AMERICA CORPORATION; PHILIPS TAIWAN LIMITED; PHILIPS DO BRASIL LTDA.; THOMSON CONSUMER ELECTRONICS, INC.; THOMSON SA; TECHNOLOGIES DISPLAYS AMERICAS LLC, <br><br>          Defendants-Appellees, <br><br> v. <br><br> SCOTT A. CALDWELL, as administrator of the Estate of Barbara Caldwell; ANTHONY GIANASCA; WARREN CUTLIP; MINA ASHKANNEJHAD, individually and/or as Administrator of the Estate of the Late R. Deryl Edwards, Jr.; JEFF CRAIG; GEORGE MAGLARAS; STEVEN HARRELSON; DONALD OELZE; WALKER, WARREN & WATKINS, LLC; SUSAN LAPAGE; DONNA MUCCINO; FELICIA BLACKWOOD, <br><br>          Movants-Appellants. | |
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION,  _____  INDIRECT PURCHASER PLAINTIFFS, | No. 20-16699 <br><br> D.C. No. 4:07-cv-05944-JST <br> Northern District of California, Oakland |

5

|  |
|---|
| Plaintiff-Appellee,<br><br>v.<br><br>TOSHIBA CORPORATION; TOSHIBA AMERICA, INC.; TOSHIBA AMERICA INFORMATION SYSTEMS, INC.; TOSHIBA AMERICA CONSUMER PRODUCTS, LLC; TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC.; SAMSUNG SDI CO., LTD.; SAMSUNG SDI AMERICA, INC.; SAMSUNG SDI (MALAYSIA) SDN BHD; SAMSUNG SDI MEXICO S.A. DE C.V.; SAMSUNG SDI BRASIL LTDA.; SHENZEN SAMSUNG SDI CO., LTD.; TIANJIN SAMSUNG SDI CO., LTD.; HITACHI, LTD.; HITACHI DISPLAYS, LTD., AKA Japan Display, Inc.; HITACHI AMERICA, LTD; HITACHI ASIA, LTD.; HITACHI ELECTRONIC DEVICES (USA), INC.; PANASONIC CORPORATION, FKA Matsushita Electric Industrial Co., Ltd. ("MEI"), is a Japanese entity; PANASONIC CORPORATION OF NORTH AMERICA; MT PICTURE DISPLAY CO., LTD; PHILIPS KONINKLIJKE N.V.; PHILIPS ELECTRONICS NORTH AMERICA CORPORATION; PHILIPS TAIWAN LIMITED; PHILIPS DO BRASIL LTDA.; THOMSON CONSUMER ELECTRONICS, INC.; THOMSON SA; TECHNOLOGIES DISPLAYS AMERICAS LLC,<br><br>Defendants-Appellees, |

v.

TYLER AYRES; MIKE BRATCHER; NIKKI CRAWLEY; JAY ERICKSON; HARRY GARAVANIAN; JOHN HEENAN; HOPE HITCHCOCK; D. BRUCE JOHNSON; JEFF JOHNSON; KERRY MURPHY; CHRIS SEUFERT; ROBERT STEPHENSON; GARY TALEWSKY; WILLIAM TRENTHAM,

        Movants-Appellants.

Before: W. FLETCHER and CLIFTON, Circuit Judges, and KATZMANN,[*] Judge.

The Stipulation (Proposed) Order to Consolidate Appeals, filed on April 2, 2021, is GRANTED. The above-captioned cases are hereby consolidated for future proceedings.

The unopposed Motion for Extension of Time, filed on April 2, 2021, is GRANTED. The answering brief is now due on or before June 3, 2021. The optional reply brief is due within 21 days after service of the answering brief

---

[*] The Honorable Gary S. Katzmann, Judge for the United States Court of International Trade, sitting by designation.