UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-05944-JST |
|---|---|
| This Document Relates To: ALL DIRECT PURCHASER ACTIONS ALL INDIRECT PURCHASER ACTIONS | **SCHEDULING ORDER AND REFERRAL TO MAGISTRATE JUDGE FOR SETTLEMENT** |

The Court hereby sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Indirect Purchaser Plaintiff (IPP) Action ||
|---|---|
| **Event** | **Deadline** |
| Deadline to add parties or amend the pleadings[1] | April 23, 2021 |
| Fact discovery cut-off | January 14, 2022 |
| Expert disclosures | February 11, 2022 |
| Expert rebuttal[2] | March 25, 2022 |
| Expert discovery cut-off | April 22, 2022 |

---

[1] The Court does not contemplate amendment of the pleadings at this juncture. The sole purpose of the deadline is to trigger the good cause requirement of Rule 16. Fed. R. Civ. P. 16(b)(4). The Court was unable to find such a deadline in its own search of the docket (most of which was created before the undersigned assumed responsibility for this case). However, if such a deadline was previously set, that deadline shall control and the deadline set forth above shall be of no force or effect.

[2] This order does not provide for "opposition" expert reports. *See* ECF No. 5890 at 7.

| Indirect Purchaser Plaintiff (IPP) Action ||
|---|---|
| **Event** | **Deadline** |
| Deadline for Irico to serve list of proposed dispositive motions[3] | May 6, 2022 |
| Joint case management statement informing Court of results of parties' meet and confer concerning dispositive motions | May 18, 2022 |
| Further case management conference to discuss dispositive motions and other pretrial scheduling issues, if any | May 23, 2022 at 2:00 p.m. |
| *Daubert* and dispositive motions due | June 27, 2022 |
| *Daubert* and dispositive motion oppositions due | July 25, 2022 |
| *Daubert* and dispositive motion replies due | August 8, 2022 |
| Hearings on *Daubert* and dispositive motions | September 12, 2022 at 2:00 p.m. |
| Motions in limine due | November 10, 2022 |
| Oppositions to motions in limine due | November 30, 2022 |
| Hearings on motions in limine | December 15, 2022 at 9:30 a.m. |
| Pretrial conference statement due | January 6, 2023 |
| Pretrial conference | January 13, 2023 at 2:00 p.m. |
| Trial | January 30, 2023 at 8:00 a.m. |
| Estimate of trial length (in days) | To be set |

This case will be tried to a jury.

The Court has declined to set a deadline for the submission of trial briefs. *See* ECF No. 5890 at 9. This is a jury trial. If the Court needs trial briefs, it will so indicate in a separate order.

---

[3] This order does not set a deadline for the parties to meet and confer on dispositive motions. *See* ECF No. 5890 at 7. Such discussions are to begin immediately after service of Irico's list.

| **Direct Purchaser Plaintiff (DPP) Action** | |
|---|---|
| **Event** | **Deadline** |
| Deadline to add parties or amend the pleadings[4] | April 23, 2021 |
| Class certification motion and any accompanying expert reports due | October 15, 2021 |
| Class certification opposition and any accompanying expert reports due | December 3, 2021 |
| Class certification expert discovery cut-off | December 17, 2021 |
| Class certification reply due | January 14, 2022 |
| Class certification motion hearing | February 7, 2022 at 2:00 p.m. |

Following its ruling on the DPP's class certification motion, the Court will set a case management conference at which a trial date and the remaining pretrial dates can be set.

Counsel may not modify these dates without leave of court. The parties shall comply with the Court's standing orders, which are available at https://cand.uscourts.gov/judges/tigar-jon-s-jst/.

The parties must take all necessary steps to conduct discovery, compel discovery, hire counsel, retain experts, and manage their calendars so that they can complete discovery in a timely manner and appear at trial on the noticed and scheduled dates. All counsel must arrange their calendars to accommodate these dates, or arrange to substitute or associate with counsel who can.

Trial dates set by this Court should be regarded as firm. Requests for continuance are disfavored. The Court will not consider any event subsequently scheduled by a party, party-controlled witness, expert, or attorney that conflicts with the above trial date as good cause to grant a continuance. The Court will not consider the pendency of settlement discussions as good cause to grant a continuance.

The Court refers the DPPs, IPPs, and Irico Defendants to Judge Jacqueline Corley for settlement. Judge Corley will determine, in consultation with the parties, the most appropriate

---

[4] *See* note 1, *supra*.

1  schedule and structure for settlement discussions.

2  **IT IS SO ORDERED.**

3  Dated:  April 20, 2021



JON S. TIGAR
United States District Judge