Ronnie S. Spiegel (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA  98101
Telephone:  (206) 623-7292
Facsimile:  (206) 623-0594
ronnie@hbsslaw.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 4:07-cv-05944-JST<br>MDL No. 1917 |
|---|---|
| This Document Relates To:<br><br>ALL ACTIONS. | NOTICE OF WITHDRAWAL OF RONNIE S. SPIEGEL |

- 2 -

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT as of May 7, 2021, Ronnie S. Spiegel will no longer be associated with Hagens Berman Sobol Shapiro LLP, and hereby withdraws as counsel for plaintiffs in the above-captioned matter. It is hereby requested that Ms. Spiegel's name be removed from the case docket and from the court's e-notification system in this matter. All other counsel of record for plaintiffs remain unchanged.

DATED:  April 27, 2021                     Respectfully submitted,

                                           HAGENS BERMAN SOBOL SHAPIRO LLP

                                           By     */s/ Ronnie S. Spiegel*
                                                Ronnie S. Spiegel (*pro hac vice*)
                                           HAGENS BERMAN SOBOL SHAPIRO LLP
                                           1301 Second Avenue, Suite 2000
                                           Seattle, WA  98101
                                           Telephone:  (206) 623-7292
                                           Facsimile:  (206) 623-0594
                                           ronnie@hbsslaw.com

                                           *Attorneys for Plaintiffs*