# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 4:20-cv-05606-JST<br><br>Master File No. 4:07-cv-5944-JST<br><br>MDL No. 1917 |
| This Document Relates to:<br><br>Government of Puerto Rico,<br><br>    Plaintiff,<br><br>v.<br><br>Panasonic Corp. of North America, et al.,<br><br>    Defendants. | **[PROPOSED] ORDER GRANTING DEFENDANTS' JOINT MOTION TO DISMISS CLAIMS OF THE GOVERNMENT OF PUERTO RICO FOR FAILURE TO STATE A CLAIM (FED. R. CIV. P. 12(b)(6))** |

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2   Before the Court is Defendants' Joint Motion to Dismiss Claims of the Government of Puerto
3  Rico for Failure to State a Claim (Fed. R. Civ. P. 12(b)(6)) (ECF No. _____). Having considered all
4  papers filed by the parties and being full informed in the premises,

5   IT IS HEREBY ORDERED THAT the Defendants' Joint Motion to Dismiss Claims of the
6  Government of Puerto Rico for Failure to State a Claim is GRANTED.

7   IT IS FURTHER ORDERED THAT all claims asserted by the Government of Puerto Rico
8  are DISMISSED WITH PREJUDICE pursuant to Rule 12 of the Federal Rules of Civil Procedure.

10   **IT IS SO ORDERED.**

13  Dated: _____

                JON S. TIGAR
                United States District Judge