ALLEN & OVERY LLP
John Roberti (*pro hac vice*)
Andrew Rhys Davies (*pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 610-6300
Facsimile: (212) 610-6399
Email: john.roberti@allenovery.com
        andrewrhys.davies@allenovery.com

*Attorneys for Defendant Samsung SDI America, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No.: 4:20-cv-05606-JST |
| | Master File No.: 4:07-cv-05944-JST |
| This document relates to: | MDL No. 1917 |
| Government of Puerto Rico, et al., | |
|       Plaintiff, | **DECLARATION OF JOSEPH P. PITTEL IN SUPPORT OF SAMSUNG SDI AMERICA, INC.'S MOTION TO DISMISS FOR INSUFFICIENT SERVICE OF PROCESS** |
| v. | |
| Panasonic Corp. of North America, et al., | Date:        August 19, 2021 |
|       Defendants. | Time:        2:00 p.m. |
| | Judge:       Hon. Jon S. Tigar |
| | Courtroom:  6, 2 Floor |

DECLARATION OF JOSEPH P. PITTEL IN SUPPORT OF SAMSUNG SDI AMERICA, INC.'S MOTION TO DISMISS FOR INSUFFICIENT SERVICE OF PROCESS

CASE NO.: 4:20-CV-05606-JST

I, Joseph P. Pittel, pursuant to 28 U.S.C. § 1746 hereby declare as follows:

1.      I am the General Counsel of Samsung SDI America, Inc. ("SDIA"), and I submit this declaration in support of SDIA's Motion to Dismiss for Failure to Serve.

2.      The matters set forth herein are within my personal knowledge and if called up on and sworn as a witness I could competently testify regarding them. Where the facts and matters are stated as within my own knowledge, I know and believe them to be true. Where they are not within my own personal knowledge, they are true to the best of my information and belief and derived from the sources identified or attached as exhibits to my declaration.

3.      SDIA has no record of process being served at its headquarters, located at 4121 North Atlantic Blvd, Auburn Hills, MI 48326 ("SDIA Headquarters"), either by personal service or by mail.

4.      I am informed that a process server claims to have served process on SDIA by serving "DEVIN JONES, EMPLOYEE" at SDIA's Headquarters on September 2, 2020. I have confirmed by reference to SDIA's employment records that no one with the name Devin Jones has ever been employed by SDIA at SDIA Headquarters.

5.      As the General Counsel of SDIA, it is my responsibility to receive any couriers, such as a process server seeking to deliver legal papers.

6.      As of September 2, 2020, and due to the COVID-19 pandemic, SDIA maintained a procedure with the security firm guarding SDIA Headquarters, Securitas, for the receipt of couriers, such as process servers. Securitas was directed to call me or Human Resources, and I would go down to the lobby and receive the courier. Under this procedure, Securitas does not receive documents on behalf of SDIA.

7.      Visitors cannot access SDIA's offices unless they obtain a visitor security pass to proceed through the electronic gate. Visitors can only obtain a security pass by following a sign-in procedure with the security guard in the lobby.

DECLARATION OF JOSEPH P. PITTEL IN SUPPORT
OF SAMSUNG SDI AMERICA, INC.'S MOTION TO
DISMISS FOR INSUFFICIENT SERVICE OF PROCESS

CASE NO: 4:20-CV-05606-JST

8.      On September 2, 2020, neither I nor any member of SDIA staff were contacted by Securitas to receive any process server or alerted of any visitors. Even if SDIA staff were not on-site on September 2, 2020, Securitas guards have access to mobile phone numbers for Human Resources and the Securitas supervisor has access to my mobile number.

9.      For completeness, I have checked with Securitas which has confirmed that on September 2, 2020: (1) it did not employ anyone with the name Devin Jones, and no security guard with that name was on duty at SDIA Headquarters; (2) it has no record of process being served on the security guard on that day; and (3) it has no record of Tristan Seave (the alleged process server) entering SDIA Headquarters.

10.      From 2018 to present, CT Corporation is listed publicly as SDIA's registered agent for service of process both on California and Michigan's Secretary of State's webpage. *See* Exhibit Nos. 1–2.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 15th day of April, 2021.

Joseph P. Pittel, Esq.
General Counsel, Director
Samsung SDI America, Inc.

Declaration of Joseph P. Pittel in Support
of Samsung SDI America, Inc.'s Motion to
Dismiss for Insufficient Service of Process

Case No.: 4:20-cv-05606-JST

# EXHIBIT 1

Business Search - Entity Details Processing Times Secretary State

**Dr. Shirley N. Weber**
**California Secretary of State**

 # Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Monday, May 3, 2021. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## C1426765   SAMSUNG SDI AMERICA, INC.

| | |
|---|---|
| **Registration Date:** | 01/11/1988 |
| **Jurisdiction:** | CALIFORNIA |
| **Entity Type:** | DOMESTIC STOCK |
| **Status:** | ACTIVE |
| **Agent for Service of Process:** | **C T CORPORATION SYSTEM (C0168406)** |
| | To find the most current California registered Corporate Agent for Service of Process address and authorized employee(s) information, click the link above and then select the most current 1505 Certificate. |
| **Entity Address:** | 4121 NORTH ATLANTIC BLVD. AUBURN HILLS MI 48326 |
| **Entity Mailing Address:** | 4121 NORTH ATLANTIC BLVD. AUBURN HILLS MI 48326 |

🛒 **Certificate of Status**

A Statement of Information is due EVERY year beginning five months before and through the end of January.

| Document Type ⇅ | File Date ⇊ | PDF |
|---|---|---|
| SI-COMPLETE | 01/27/2021 | |
| SI-COMPLETE | 01/31/2020 | |
| AMENDMENT | 01/13/2000 | |
| AMENDMENT | 01/02/1997 | |
| AMENDMENT | 12/06/1994 | |
| AMENDMENT | 11/05/1993 | |
| AMENDMENT | 10/03/1990 | |
| REGISTRATION | 01/11/1988 | |

\* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- If the image is not available online, for information on ordering a copy refer to **Information Requests**.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

| Modify Search | New Search | Back to Search Results |
| --- | --- | --- |

# EXHIBIT 2



**ID Number: 801062559**          Request certificate     Return to Results     New search

**Summary for:  SAMSUNG SDI AMERICA, INC.**

**The name of the FOREIGN PROFIT CORPORATION:**   SAMSUNG SDI AMERICA, INC.

**Entity type:**   FOREIGN PROFIT CORPORATION

**Identification Number: 801062559   Old ID Number:** 60478F

**Date of Qualification in Michigan:**   06/29/2012

**Incorporated under the laws of:** the state of California

**Purpose:**

**Term:**  Perpetual

**Most Recent Annual Report:**  2020          **Most Recent Annual Report with Officers & Directors:**  2020

**The name and address of the Resident Agent:**

Resident Agent Name:          THE CORPORATION COMPANY

Street Address:               40600 ANN ARBOR RD E STE 201

Apt/Suite/Other:

City:          PLYMOUTH          State:  MI          Zip Code:  48170-4675

**Registered Office Mailing address:**

P.O. Box or Street Address:    4121 NORTH ATLANTIC BLVD.,

Apt/Suite/Other:

City:          AUBURN HILLS          State:  MI          Zip Code:  48326

**The Officers and Directors of the Corporation:**

| Title | Name | Address |
|---|---|---|
| PRESIDENT | SEIWON CHUN | 4121 NORTH ATLANTIC BLVD., AUBURN HILLS, MI 48326 USA |
| TREASURER | YONGIL JEON | 4121 NORTH ATLANTIC BLVD. AUBURN HILLS, MI 48326 USA |
| SECRETARY | YONGIL JEON | 4121 NORTH ATLANTIC BLVD., AUBURN HILLS, MI 48326 USA |
| DIRECTOR | SEIWON CHUN | 4121 NORTH ATLANTIC BLVD., AUBURN HILLS, MI 48326 USA |
| DIRECTOR | KWON SOHN | 4121 NORTH ATLANTIC BLVD., AUBURN HILLS, MI 48326 USA |
| DIRECTOR | YONGIL JEON | 4121 NORTH ATLANTIC BLVD., AUBURN HILLS, MI 48326 USA |
| DIRECTOR | JONG SUN PARK | 4121 NORTH ATLANTIC BLVD., AUBURN HILLS, MI 95134 USA |

| Total Authorized Shares | Shares Attributable to Michigan | Most Recent Apportionment % | Year Ending |
|---|---|---|---|
| 10 | 60,000 | 74.8100% | 2019 |

**View filings for this business entity:**

```
ALL FILINGS
ANNUAL REPORT/ANNUAL STATEMENTS
CERTIFICATE OF CORRECTION
CERTIFICATE OF CHANGE OF REGISTERED OFFICE AND/OR RESIDENT AGENT
RESIGNATION OF RESIDENT AGENT
CERTIFICATE OF ASSUMED NAME
```

[View filings]

**Comments or notes associated with this business entity:**

LARA FOIA Process    Transparency    Office of Regulatory Reinvention    State Web Sites

Michigan.gov Home    ADA    Michigan News    Policies

Copyright 2021 State of Michigan