ALLEN & OVERY LLP
John Roberti (*pro hac vice*)
Andrew Rhys Davies (*pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 610-6300
Facsimile: (212) 610-6399
Email: john.roberti@allenovery.com
       andrewrhys.davies@allenovery.com

*Attorneys for Defendant Samsung SDI America, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No.: 4:20-cv-05606-JST |
| | Master File No.: 4:07-cv-05944-JST |
| This document relates to: | MDL No. 1917 |
| Government of Puerto Rico, et al., | **DECLARATION OF ANDREW RHYS DAVIES IN SUPPORT OF SAMSUNG SDI AMERICA, INC.'S MOTION TO DISMISS FOR INSUFFICIENT SERVICE OF PROCESS** |
|     Plaintiff, | |
| v. | |
| Panasonic Corp. of North America, et al., | Date:      August 19, 2021 |
|     Defendants. | Time:      2:00 p.m. |
| | Judge:    Hon. Jon S. Tigar |
| | Courtroom:  6, 2 Floor |

DECLARATION OF ANDREW RHYS DAVIES IN SUPPORT OF SAMSUNG SDI AMERICA, INC.'S MOTION TO DISMISS FOR INSUFFICIENT SERVICE OF PROCESS

CASE NO.: 4:20-CV-05606-JST

I, Andrew Rhys Davies, declare:

1.      I am an attorney licensed to practice in the State of New York and admitted pro hac vice for the purposes of this lawsuit, ECF No. 5251, and I am a member of Allen & Overy LLP, counsel to Samsung SDI America, Inc. ("SDIA").

2.      I make this declaration in support of SDIA's Motion to Dismiss for Insufficient Service of Process. The matters set forth herein are within my personal knowledge and if called up on and sworn as a witness I could competently testify regarding them.

3.      Following the March 3, 2021 show cause hearing in this matter, counsel for a co-defendant communicated with Plaintiff's counsel with a view to complying with the Court's order to submit a stipulation by March 10, 2021 identifying the unserved defendants that should be dismissed.

4.      On March 9, 2021, Plaintiff's counsel refused to include SDIA on the list, on the basis that Plaintiff claims to have served SDIA. It was only at that point that Plaintiff's counsel produced a proof of service, which they still have not filed. It is attached as Exhibit A.

5.      Attached hereto as Exhibit A is a true and correct copy of the proof of service I received via counsel for a co-defendant on March 9, 2021.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 5th day of May, 2021.


                                        /s/ Andrew Rhys Davies
                                        Andrew Rhys Davies

# EXHIBIT A

| | *For Court Use Only* |
|---|---|
| *Attorney or Party without Attorney:*<br>DENISE MALDONADO-ROSA, Assistant Attorney General<br>(Sole Registry of Attorneys: 15652)<br>GIRARDI & KEESE<br>1126 Wilshire Blvd., Los Angeles, CA 90017<br>  Telephone No:  213-262-6777 | |

| *Attorney For:*  Plaintiff | *Ref. No. or File No.:* |
|---|---|

*Insert name of Court, and Judicial District and Branch Court:*
COMMONWEALTH OF PUERTO RICO
OF FIRST INSTANCE SUPERIOR COURT OF SAN JUAN

*Plaintiff:*  GOVERNMENT OF PUERTO RICO, THROUGH ITS ATTORNEY GENERAL
OF JUSTICE OF PUERTO RICO WANDA VAZQUEZ
*Defendant:*  LG ELECTRONICS, INC., LG ELECTRONICS USA, INC., LC ELECTRONICS
TAIWAN TAIPEI CO., et al.

| PROOF OF SERVICE | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>SJ2018CV10831 |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons; Complaint; Emplazamiento

3. *a.*  Party served:     SAMSUNG SDI AMERICA, INC.
   *b.*  Person served:   DEVIN JONES, EMPLOYEE

4. *Address where the party was served:*   4121 N. Atlantic Blvd., Auburn Hills, MI 48326

5. *I served the party:*
   a. **by substituted service.**   On: Wed, Sep 02 2020 at : 01:35 PM by leaving the copies with or in the presence of:
      DEVIN JONES, EMPLOYEE

   (1) A Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person
   served. I informed him or her of the general nature of the papers.
   (2) A declaration of mailing is attached.

   Recoverable cost Per CCP 1033.5(a)(4)(B)

6. *Person Who Served Papers:*
   a. Tristan Seave                              **d.** *The Fee* for Service was: $360.90
   **b. FIRST LEGAL**                            **e.** I am: Not A Registered California Process Server
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

7. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*


_____09/08/2020_____            _____
        *(Date)*                              *(Signature)*




Judicial Council Form                      **PROOF OF**                        *4836851*
Rule 2.150.(a)&(b) Rev January 1, 2007      **SERVICE**                        *(4444686)*

| Attorney or Party without Attorney:<br>DENISE MALDONADO-ROSA, Assistant Attorney General<br>(Sole Registry of Attorneys: 15652)<br>GIRARDI & KEESE<br>1126 Wilshire Blvd., Los Angeles, CA 90017<br>  Telephone No:  213-262-6777 | | For Court Use Only |
|---|---|---|
| Attorney For:  Plaintiff | Ref. No. or File No.: | |

| Insert name of Court, and Judicial District and Branch Court:<br>COMMONWEALTH OF PUERTO RICO COURT<br>OF FIRST INSTANCE SUPERIOR COURT OF SAN JUAN |
|---|

| Plaintiff: GOVERNMENT OF PUERTO RICO, THROUGH ITS ATTORNEY GENERAL<br>         OF JUSTICE OF PUERTO RICO WANDA VAZQUEZ<br>Defendant: LG ELECTRONICS, INC., LG ELECTRONICS USA, INC., LC ELECTRONICS<br>         TAIWAN TAIPEI CO., et al. |
|---|

| PROOF OF SERVICE<br>By Mail | Hearing Date: | Time: | Dept/Div: | Case Number:<br>SJ2018CV10831 |
|---|---|---|---|---|

1.  *I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.*

2.  I served copies of the Summons; Complaint; Emplazamiento

3.  By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:
    a. Date of Mailing: Fri, Sep 4, 2020
    b. Place of Mailing: LOS ANGELES, CA 90026
    c. Addressed as follows: SAMSUNG SDI AMERICA, INC.
                    4121 N. Atlantic Blvd., Auburn Hills, MI 48326

4.  *I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Fri, Sep 4, 2020 in the ordinary course of business.*

                    Recoverable cost Per CCP 1033.5(a)(4)(B)

5.  *Person Serving:*
    a. THOMAS TILCOCK
    **b. FIRST LEGAL**
       1517 W. Beverly Boulevard
       LOS ANGELES, CA 90026
    c. (213) 250-1111

    **d. *The Fee* for Service was: $360.90**
    e. I am: Not a Registered California Process Server

6.  *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

        09/08/2020
        _____              _____
          (Date)                        (Signature)



Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
BY MAIL

*4836851*
*(4444686)*