UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No.: 4:20-cv-05606-JST |
| | Master File No.: 4:07-cv-05944-JST |
| | MDL No. 1917 |
| This document relates to:<br><br>Government of Puerto Rico, et al.,<br><br>    Plaintiff,<br><br>v.<br><br>Panasonic Corp. of North America, et al.,<br><br>    Defendants. | **[PROPOSED] ORDER GRANTING DEFENDANT SAMSUNG SDI AMERICA, INC.'S MOTION TO DISMISS FOR INSUFFICIENT SERVICE OF PROCESS (FED. R. CIV. P. 12(b)(5))** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Before the Court is Defendant Samsung SDI America, Inc.'s Motion to Dismiss for Insufficient Service of Process (Fed. R. Civ. P. 12(b)(5)) (ECF No. _____). Having considered all papers filed by the parties and being full informed in the premises,

IT IS HEREBY ORDERED THAT Defendant Samsung SDI America, Inc.'s Motion to Dismiss for Insufficient Service of Process is GRANTED.

IT IS FURTHER ORDERED THAT all claims asserted against Samsung SDI America, Inc. are DISMISSED pursuant to Rule 12 of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated: _____

JON S. TIGAR
United States District Judge