Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
Matthew N. Frutig (*pro hac vice*)
mfrutig@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Toshiba America Electronic Components, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(OAKLAND DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 4:07-cv-05944-JST MDL No. 1917 |
| This Document Relates to Case No. 4:20-cv-05606-JST (N.D. cal.) | |
| Government of Puerto Rico, | **DECLARATION OF SUZY M. LEE IN SUPPORT OF TAEC'S MOTION TO DISMISS PUERTO RICO'S COMPLAINT PURSUANT TO RULES 4, 12(b)(2), 12(b)(4), AND 12(b)(5) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |
| *Plaintiffs,* | |
| v. | |
| Panasonic Corp. of North America, *et al.*, | |
| *Defendants.* | |

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1    I, Suzy M. Lee, hereby declare as follows:

2    1.    I am Vice President & General Counsel at Toshiba America Electronic

3 Components, Inc. ("TAEC"), and make this declaration in that capacity.  I have been

4 employed at TAEC for three years and am familiar with its operations.

5    2.    I submit this declaration in support of TAEC's Motion to Dismiss Puerto

6 Rico's Complaint Pursuant to Rules 4, 12(b)(2), 12(b)(4), and 12(b)(5) of the Federal Rules

7 of Civil Procedure, filed contemporaneously herewith.  Except for those matters stated on

8 information and belief, which I believe to be true, I have personal knowledge of the facts

9 stated herein and would competently testify thereto if called as a witness.

10    3.    TAEC is a corporation organized and existing under the laws of California,

11 with its principal place of business in Irvine, California.

12    4.    TAEC is not licensed to do business in Puerto Rico.

13    5.    TAEC does not own or lease any real or personal property in Puerto Rico.

14    6.    TAEC does not maintain any offices, mailing addresses, or telephone numbers

15 in Puerto Rico.

16    7.    TAEC does not own or control any subsidiaries or affiliates that conduct

17 business within Puerto Rico.

18    8.    None of TAEC's officers, directors, or employees resides or is domiciled in

19 Puerto Rico.

20    9.    TAEC does not maintain any financial accounts in Puerto Rico, nor does it pay

21 any income or property taxes in Puerto Rico.

22    10.    TAEC does not have a designated agent for the receipt of service of process in

23 Puerto Rico.

24    11.    During the Class Period, TAEC sold and distributed stand-alone CRTs

25 manufactured in the United States until shortly after March 31, 2003.  TAEC did not sell or

26 distribute any CRTs to customers in Puerto Rico.  TAEC has never manufactured CRTs.

27 TAEC has never manufactured, distributed, or sold finished products containing CRTs.

28

DECLARATION OF SUZY M. LEE IN SUPPORT OF TAEC'S
MOTION TO DISMISS PUERTO RICO'S COMPLAINT PURSUANT
TO RULES 4, 12(b)(2), 12(b)(4), AND 12(b)(5) OF THE FEDERAL RULES OF CIVIL PROCEDURE
Case No. 4:07-cv-05944-JST, MDL No. 1917

1        12.     TAEC is a separate and distinct entity from defendant Toshiba America

2  Information Systems, Inc. ("TAIS"), such that TAEC and TAIS are not centrally controlled,

3  do not have common employees, do not share common property, and no not ignore corporate

4  formalities.

5

6        I declare under penalty of perjury that the foregoing is true and correct.

7        Executed this 5th  day of May, 2021, in Irvine, CA.

8

9

10                                                    _____

11                                                  Suzy M. Lee

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

DECLARATION OF SUZY M. LEE IN SUPPORT OF TAEC'S
MOTION TO DISMISS PUERTO RICO'S COMPLAINT PURSUANT
TO RULES 4, 12(b)(2), 12(b)(4), AND 12(b)(5) OF THE FEDERAL RULES OF CIVIL PROCEDURE
Case No. 4:07-cv-05944-JST, MDL No. 1917