UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(OAKLAND DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 4:07-cv-05944-JST<br>MDL No. 1917 |
| This Document Relates to Case No. 4:20-cv-05606-JST (N.D. cal.)<br><br>Government of Puerto Rico,<br><br>*Plaintiff,*<br><br>v.<br><br>Panasonic Corp. of North America, *et al.*,<br><br>*Defendants*. | **[PROPOSED] ORDER GRANTING TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC.'S MOTION TO DISMISS PUERTO RICO'S COMPLAINT PURSUANT TO RULES 4, 12(b)(2), 12(b)(4), AND 12(b)(5) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

Upon consideration of Toshiba America Electronic Components, Inc.'s Motion to Dismiss Puerto Rico's Complaint Pursuant to Rules 4, 12(b)(2), 12(b)(4), and 12(b)(5) of the Federal Rules of Civil Procedure ("TAEC's Motion"), as well as all papers filed in support of and in opposition to such motion and counsel's oral arguments, and good cause appearing, IT IS HEREBY:

ORDERED that TAEC's Motion is GRANTED; and it is further

ORDERED that Plaintiff's Complaint as to TAEC is hereby dismissed with prejudice pursuant to Rules 4, 12(b)(2), 12(b)(4), and 12(b)(5) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated: _____   _____
HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING TOSHIBA AMERICA ELECTRONIC
COMPONENTS, INC.'S MOTION TO DISMISS PUERTO RICO'S COMPLAINT PURSUANT
TO RULES 4, 12(b)(2), 12(b)(4), AND 12(b)(5) OF THE FEDERAL RULES OF CIVIL PROCEDURE
Case No. 4:07-cv-05944 JST, MDL No. 1917