Peggy J. Wedgworth
Elizabeth McKenna
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Telephone: (212) 594-5300
Facsimile: (212) 868-1229
pwedgworth@milberg.com
emckenna@milberg.com

*Attorneys for Plaintiffs*
*James Brown, Travis Burau,*
*Joshua Maida, Kory Pentland,*
*and Ryan Rizzo*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. 4:07-cv-5944-JST |
| | MDL No. 1917 |
| This Document Relates To: | |
| ALL ACTIONS | **NOTICE OF CHANGE OF FIRM NAME** |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Please be advised that effective immediately, Milberg Phillips Grossman LLP has changed its name to **Milberg Coleman Bryson Phillips Grossman, PLLC**. The firm's address, telephone and fax numbers remain unchanged.

Counsel respectfully requests that the Clerk and all counsel update their records regarding the firm's new name.

NOTICE OF CHANGE OF FIRM NAME

Dated: June 7, 2021

                              **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**

By:   */s/ Peggy J. Wedgworth*
      Peggy J. Wedgworth
      Elizabeth McKenna
      100 Garden City Plaza, Suite 500
      Garden City, NY 11530
      Telephone: (212) 594-5300
      Facsimile: (212) 868-1229
      pwedgworth@milberg.com
      emckenna@milberg.com

*Attorneys for Plaintiffs*
*James Brown, Travis Burau, Joshua Maida, Kory Pentland, and Ryan Rizzo*

2
NOTICE OF CHANGE OF FIRM NAME

**CERTIFICATE OF SERVICE**

    I, Peggy J. Wedgworth, an attorney, hereby certify that on June 7, 2021, I caused a true and correct copy of the foregoing NOTICE OF CHANGE OF FIRM NAME to be filed and served electronically via the Court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

                                          */s/ Peggy J. Wedgworth*
                                            Peggy J. Wedgworth