James H. Mutchnik, P.C. (*pro hac vice*)
Kate Warner (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: jmutchnik@kirkland.com
      kate.warner@kirkland.com

Eliot A. Adelson
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
Email: eadelson@mofo.com

Attorneys for Defendants,
HITACHI AMERICA, LTD. AND
HITACHI ELECTRONIC DEVICES (USA), INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 4:07-cv-05944-JST |
| | MDL No. 1917 |
| This Document Relates To:<br><br>All Cases | **NOTICE OF WITHDRAWAL OF ATTORNEY KATE WARNER FOR HITACHI AMERICA, LTD. AND HITACHI ELECTRONIC DEVICES (USA), INC.** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Kate Warner will no longer be affiliated with the law firm of Kirkland & Ellis LLP as of August 13, 2021 and hereby withdraws as counsel in the above-referenced matter for Defendants HITACHI AMERICA, LTD. and HITACHI ELECTRONIC DEVICES (USA), INC.

It is further requested that Ms. Warner's name be removed from the case docket, that the Clerk terminate the delivery of all Notices of Electronic Filing addressed to kate.warner@kirkland.com and that Ms. Warner's name be removed from any applicable service lists.

The law firms of Kirkland & Ellis LLP and Morrison & Foerster LLP continue to serve as counsel for Defendants HITACHI AMERICA, LTD. and HITACHI ELECTRONIC DEVICES (USA), INC.

DATED: July 28, 2021

Respectfully submitted,

KIRKLAND & ELLIS LLP

/s/ Kate Warner
James H. Mutchnik, P.C. (*pro hac vice*)
Kate Warner (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: jmutchnik@kirkland.com
       kate.warner@kirkland.com

Eliot A. Adelson
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
Email: eadelson@mofo.com

Attorneys for Defendants,
HITACHI AMERICA, LTD. AND HITACHI ELECTRONIC DEVICES (USA), INC.