UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917<br>Case No. C-07-5944 JST |
| This Order Relates To:<br><br>GOVERNMENT OF PUERTO RICO v. PANASONIC CORPORATION OF NORTH AMERICA, et al., Case No. 4:20-cv-05606-JST | **ORDER VACATING HEARINGS**<br><br>Re: ECF Nos. 5935, 5936, 5937 |

Before the Court are motions to dismiss filed by Defendants Philips North America LLC, LG Electronics USA, Inc., and Toshiba America Electronic Components, Inc. ("TAEC"), ECF No. 5935; Defendant Samsung SDI America, Inc., ECF No. 5936; and Defendant TAEC, ECF No. 5937. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds these matters suitable for disposition without oral argument. The hearings on these matters, currently scheduled for August 19, 2021, are hereby VACATED.

**IT IS SO ORDERED.**

Dated: August 10, 2021



JON S. TIGAR
United States District Judge