ALLEN & OVERY LLP
John Roberti (*pro hac vice*)
Andrew Rhys Davies (*pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 610-6300
Facsimile: (212) 610-6399
Email: john.roberti@allenovery.com
       andrewrhys.davies@allenovery.com

*Attorneys for Defendant Samsung SDI America, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No.: 4:20-cv-05606-JST <br><br> Master File No.: 4:07-cv-05944-JST <br><br> MDL No. 1917 |
| This document relates to: <br><br> Government of Puerto Rico, et al., <br><br>      Plaintiff, <br><br> v. <br><br> Panasonic Corp. of North America, et al., <br><br>      Defendants. | **NOTICE REGARDING SAMSUNG SDI AMERICA, INC.'S UNOPPOSED MOTION TO DISMISS FOR INSUFFICIENT SERVICE OF PROCESS** <br><br> Date:        August 19, 2021 <br> Time:        2:00 p.m. <br> Judge:       Hon. Jon S. Tigar <br> Courtroom:   6, 2 Floor |

Pursuant to this Court's Order dated March 3, 2021 (ECF No. 5915 in Case No. 4:07-cv-05944-JST), on May 5, 2021, Defendant Samsung SDI America, Inc. ("SDIA") moved to dismiss the Government of Puerto Rico's complaint for insufficient service of process pursuant to Federal Rules of Civil Procedure 4(m) and 12(b)(5) (ECF No. 5936) ("SDIA's Motion to Dismiss"). SDIA's Motion to Dismiss demonstrated that dismissal is required because Plaintiff has failed during the generous period afforded to effect valid service on SDIA under any of the available service regimes. Without waiver of its defense based on insufficient service of process, SDIA joined in the motion filed by other defendants to dismiss the complaint under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim.

Under this Court's Order dated March 3, 2021, Plaintiff's opposition was due by July 7, 2021, Plaintiff did not file an opposition to SDIA's Motion to Dismiss, and did not seek an extension of time to respond.

Defendant SDIA therefore respectfully requests that the Court dismiss this action as against SDIA for the reasons set forth in SDIA's Motion to Dismiss. Further, Plaintiff's failure to file an opposition warrants dismissal. Under this Court's Civil Local Rules, a non-movant must file either an Opposition or a Statement of Nonopposition. *See* Local Civ. R. 7-3(a), (b). Plaintiff's failure to take either of those steps supports the grant of SDIA's motion to dismiss. *See Ghazali v. Moran*, 46 F.3d 52, 53-54 (9th Cir. 1995) ("Failure to follow a district court's local rules is a proper ground for dismissal.").

| | |
|---|---|
| 1    Dated: August 11, 2021 | Respectfully submitted, |

/s/ *Andrew Rhys Davies*
ALLEN & OVERY LLP
ANDREW RHYS DAVIES
andrewrhys.davies@allenovery.com
1221 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 610-6300
Facsimile:   (212) 610-6399

JOHN ROBERTI
john.roberti@allenovery.com
ALLEN & OVERY LLP
1101 New York Avenue NW
Washington, DC 20005
Telephone:  (202) 683-3800
Facsimile:   (212) 610-6399

*Attorneys for Defendant Samsung SDI America, Inc.*