MARIO N. ALIOTO (SBN 56433)
JOSEPH M. PATANE (SBN 72202)
LAUREN C. CAPURRO (SBN 241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
Email: malioto@tatp.com; jpatane@tatp.com;
laurenrussell@tatp.com

*Lead Counsel for the Indirect Purchaser Plaintiffs*
[Additional Counsel Appear on Signature Page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-CV-5944-JST |
| | MDL No. 1917 |
| This Document Relates to: | **NOTICE OF ENTRY OF ORDER BY SPECIAL MASTER** |
| *ALL DIRECT PURCHASER ACTIONS*<br>*ALL INDIRECT PURCHASER ACTIONS* | Judge: Hon. Jon S. Tigar<br>Special Master: Hon. Vaughn R. Walker (Ret.) |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the Honorable Vaughn R. Walker (Ret.), the Special Master appointed to hear discovery matters in this litigation (ECF Nos. 2272, 5301), entered the attached Report and Recommendation Re Motion to Compel Interrogatory Further Answers ("R&R"). The Special Master requested that Lead Counsel for the Indirect Purchaser Plaintiffs submit the R&R to the Court.

Dated: August 20, 2021                    Respectfully submitted,

                                          */s/ Mario N. Alioto*
                                          Mario N. Alioto (56433)
                                          Lauren C. Capurro (241151)
                                          TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
                                          2280 Union Street
                                          San Francisco, CA 94123
                                          Telephone: 415-563-7200
                                          Facsimile: 415- 346-0679
                                          Email: malioto@tatp.com
                                          laurenrussell@tatp.com

                                          *Lead Counsel for the*
                                          *Indirect Purchaser Plaintiffs*

# ATTACHMENT

Vaughn R Walker
Law Office of Vaughn R Walker
Four Embarcadero Center, Suite 2200
San Francisco, CA  94111
Tel:  (415) 871-2888
Fax:  (415) 871-2890
vrw@judgewalker.com

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Order Relates To:<br><br>ALL DIRECT PURCHASER AND<br><br>INDIRECT PLAINTIFFS | MDL No 1917<br><br>Case No C-07-5944 JST<br><br>**REPPORT & RECOMMENDATION RE MOTION TO COMPEL INTERROGATORY FURTHER ANSWERS**<br><br>**RE ECF No 5944** |

      The parties have informed the undersigned that they are negotiating resolution of issues that were the subject of the order by the undersigned on July 30, 2021 and approved by the court on August 4, 2021, see ECF Doc #5944.  Accordingly, to permit further time for such negotiations, the parties have requested that the schedule in the above order be vacated, subject to the schedule being later re-noticed as appropriate.

(Signature on next page)

RPT & RECOMMENDATION  RE MOTION TO COMPEL INTERROG FURTHER ANSWERS
PAGE **1** OF **2**

NOW, THEREFORE, IT IS RECOMMENDED that the schedule in the Order at ECF #5944 should be VACATED subject to re-noticing as appropriate.

IT IS SO ORDERED.

Date:  August 20, 2021

_____

Vaughn R Walker

United States District Judge (Ret)

The Recommended Order of the Special Master is Accepted and Ordered / Denied / Modified.

Date:  _____

_____

Honorable Jon S Tigar

United States District Judge