UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 <br> Case No. C-07-5944 JST |
| This Order Relates To: <br><br> GOVERNMENT OF PUERTO RICO v. PANASONIC CORPORATION OF NORTH AMERICA, et al., Case No. 4:20-cv-05606-JST | **ORDER RE: DEFENDANT SAMSUNG ELECTRONICS AMERICA, INC.** |

Upon the Court's review of the docket, it appears that Defendant Samsung Electronics America, Inc. ("SEAI") is the only defendant that has neither been dismissed from nor filed a motion to dismiss in Case No. 20-cv-5606. It appears that this might have been an oversight, as Defendant Samsung Electronics Co., Ltd., appears twice in the Rule 41 notice of voluntary dismissal filed by Plaintiff, the Government of Puerto Rico, on January 20, 2021. ECF No. 5887 at 2 (Defendant numbers 7 and 11). No later than September 2, 2021, Plaintiff shall file either a notice of voluntary dismissal of SEAI or a statement explaining the status of its case against SEAI.

**IT IS SO ORDERED.**

Dated: August 23, 2021

_____
JON S. TIGAR
United States District Judge