Vaughn R Walker
Law Office of Vaughn R Walker
Four Embarcadero Center, Suite 2200
San Francisco, CA  94111
Tel:  (415) 871-2888
Fax:  (415) 871-2890
vrw@judgewalker.com

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Order Relates To:<br><br>ALL DIRECT PURCHASER AND<br><br>INDIRECT PLAINTIFFS | MDL No 1917<br><br>Case No C-07-5944 JST<br><br>**REPPORT & RECOMMENDATION RE MOTION TO COMPEL INTERROGATORY FURTHER ANSWERS**<br><br>**RE ECF No 5944** |

      The parties have informed the undersigned that they are negotiating resolution of issues that were the subject of the order by the undersigned on July 30, 2021 and approved by the court on August 4, 2021, see ECF Doc #5944.  Accordingly, to permit further time for such negotiations, the parties have requested that the schedule in the above order be vacated, subject to the schedule being later re-noticed as appropriate.

(Signature on next page)

RPT & RECOMMENDATION  RE MOTION TO COMPEL INTERROG FURTHER ANSWERS
PAGE **1** OF **2**

NOW, THEREFORE, IT IS RECOMMENDED that the schedule in the Order at ECF #5944 should be VACATED subject to re-noticing as appropriate.

IT IS SO ORDERED.

Date: August 20, 2021

_____

Vaughn R Walker

United States District Judge (Ret)

The Recommended Order of the Special Master is Accepted and Ordered / ~~Denied / Modified~~.

Date: __August 23, 2021__

_____

Honorable Jon S Tigar

United States District Judge

RPT & RECOMMENDATION RE MOTION TO COMPEL INTERROG FURTHER ANSWERS
PAGE **2** OF **2**