Jane Becker Whitaker, PR-Bar Num. 9352
Becker Vissepo, PSC
1225 Ponce de Leon, Suite 1102
San Juan, PR 00907
Tel. 787 945.2406
jbw@beckervissepo.com
janebeckerwhitaker@gmail.com

J. Barton Goplerud
Shindler, Anderson, Goplerud & Weese, P.C.
5015 GRAND RIDGE DRIVE, SUITE 100
WEST DES MOINES
IA 50265
Tel: (515) 223-4567
goplerud@sagwlaw.com

John A. Girardi, SBN 54917
Law Office of John A. Girardi
29900 Hawthorne Blvd.,
Rolling Hills Estates, CA 90274
Telephone: (310) 265-5787
John@JohnGirardiLaw.com

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This document relates to:<br><br>Government of Puerto Rico, et al.,<br>        Plaintiff,<br>v.<br><br>Panasonic Corp. of North America, et al.,<br>        Defendants. | MDL No. 1917<br>Case No.: 4:07-cv-05944 JST<br><br>**RULE 41 NOTICE OF VOLUNTARY DISMISSAL**<br><br>Courtroom:  6, 2nd Floor |

1
**RULE 41 NOTICE OF VOLUNTARY DISMISSAL**

**TO THE HONORABLE COURT ALL PARTIES AND THEIR ATTORNEYS:**

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff dismisses the following Defendants:

1. Samsung Electronics America Inc. ("SEAI")

Dated: September 3, 2021                               GIRARDI/KEESE

By:  *s/John A. Girardi*
     JOHN A. GIRARDI
     *Attorney for Plaintiff*, THE GOVERNMENT OF PUERTO RICO