ELIZABETH L. MAXEINER*
IL Bar No. 6290159
Office of the Attorney General
State of Illinois
100 W. Randolph Street
Chicago, IL 60601
Elizabeth.Maxeiner@ilag.gov
Tel: (773) 690-7935

*Automatic Pro Hac Vice Admission Pursuant to Pretrial Order No. 1, Dated April 4, 2008 (Waiving Civil L.R. 11-3)

Attorney for Plaintiff State of Illinois

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV-07-5944-JST<br>MDL No. 1917 |
| This Document Relates To: | NOTICE OF SUBSTITUTION OF ATTORNEYS |
| DIRECT PURCHASER ACTIONS and INDIRECT PURCHASER ACTIONS | **(Clerk's Action Requested)** |

TO: ALL PARTIES

AND TO: THE CLERK OF THE ABOVE-ENTITLED COURT

PLEASE TAKE NOTICE that Elizabeth L. Maxeiner, Senior Assistant Attorney General, Office of the Attorney General of the State of Illinois, hereby substitutes for Blake L. Harrop, Chief, Antitrust Bureau, as the attorney for plaintiff, State of Illinois, in the above-entitled action, effective immediately.

NOTICE OF SUBSTITUTION OF ATTORNEYS – STATE OF ILLINOIS
Master File No. CV-07-5944-JST
MDL No. 1917

It is requested that any and all further pleadings, except original process, be served upon the undersigned attorney at the address listed below.

DATED this 21st day of September, 2021.

        KWAME RAOUL
        Attorney General

        /s/ Elizabeth L. Maxeiner
        ELIZABETH L. MAXEINER
        IL Bar No. 6290159
        Senior Assistant Attorney General
        Antitrust Bureau
        100 W. Randolph Street
        Chicago, IL  60601
        Elizabeth.Maxeiner@ilag.gov
        Tel: (773) 690-7935

**CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2021, I electronically filed State of Illinois' Notice of Substitution with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system.

/s/Elizabeth L. Maxeiner
ELIZABETH L. MAXEINER
Senior Assistant Attorney General