SQUIRE PATTON BOGGS (US) LLP
Mark C. Dosker (Cal. Bar No. 114789)
275 Battery Street, Suite 2600
San Francisco, CA 94111
Telephone:     +1 415 954 0200
Facsimile:     +1 415 393 9887
E-mail:        mark.dosker@squirepb.com

SQUIRE PATTON BOGGS (US) LLP
Donald A. Wall (admitted *pro hac vice*)
1 E. Washington Street, Suite 2700
Phoenix, AZ, 85004
Telephone:     +1 602 528 4000
Facsimile:     +1 602 253 8129
E-mail:        donald.wall@squirepb.com

Attorneys for Defendant
TECHNOLOGIES DISPLAYS AMERICAS LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: CATHODE RAY (CRT) ANTITRUST LITIGATION | Case No. MDL No. 1917 |
| --- | --- |
| | Case No. 07-cv-5944-JST |
| This document relates to: ALL INDIRECT PURCHASER ACTIONS | **DEFENDANT TECHNOLOGIES DISPLAYS AMERICAS LLC'S NOTICE OF CHANGE IN COUNSEL BY WITHDRAWAL OF BRIAN GILLETT AS COUNSEL OF RECORD** |

**TO THE CLERK OF THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Brian Gillett is no longer associated with Squire Patton Boggs (US) LLP and is hereby withdrawn as counsel of record for defendant Technologies Displays Americas LLC ("TDA"). TDA continues to be represented in these actions by the counsel as set forth above.

Dated: September 21, 2021

SQUIRE PATTON BOGGS (US) LLP

By: */s/ Donald A. Wall*
    Donald A. Wall

Attorneys for Defendant
TECHNOLOGIES DISPLAYS AMERICAS LLC

SQUIRE PATTON BOGGS (US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111

DEFENDANT TECHNOLOGIES DISPLAYS AMERICAS LLC'S
NOTICE OF CHANGE IN COUNSEL BY WITHDRAWAL OF BRIAN GILLETT AS COUNSEL OF RECORD
MDL NO. 1917; 07-CV-5944-JST