**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

SEP 22 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, <br><br>------------------------------ <br><br> INDIRECT PURCHASER PLAINTIFFS, <br><br>    Plaintiff-Appellee, <br><br> v. <br><br> FRANCIS O. SCARPULLA; LAW OFFICES OF FRANCIS O. SCARPULLA, <br><br>    Objectors-Appellants, <br><br> v. <br><br> TOSHIBA CORPORATION; et al., <br><br>    Defendants-Appellees. | No.   17-15496 <br><br> D.C. No. 4:07-cv-05944-JST <br> Northern District of California, <br> San Francisco <br><br> ORDER |
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, <br><br>------------------------------ <br><br> INDIRECT PURCHASER PLAINTIFFS, <br><br>    Plaintiff-Appellee, | No.   17-15597 <br><br> D.C. No. 4:07-cv-05944-JST <br> Northern District of California, <br> San Francisco |

v.

LAW OFFICE OF BRIAN BARRY,

  Objector-Appellant,

v.

TOSHIBA AMERICA, INC.; et al.,

  Defendants-Appellees.

---

In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION,

_____

INDIRECT PURCHASER PLAINTIFFS,

  Plaintiff-Appellee,

COOPER & KIRKHAM, P.C.,

  Objector-Appellant,

v.

TOSHIBA CORPORATION; et al.,

  Defendants-Appellees.

No. 17-15598

D.C. No. 4:07-cv-05944-JST
Northern District of California,
San Francisco

2

Before:  W. FLETCHER and CLIFTON, Circuit Judges, and KATZMANN,[*] Judge.

Each party or set of parties is ordered to file a supplemental letter brief, not to exceed 1,200 words, discussing whether the remaining issues from these appeals have been made moot by subsequent developments, including the district court's treatment of attorney fee awards and allocation and the affirmance by this court of the district court's approval of the amended settlements and related attorney fee awards.  Appellants' briefs are due on or before 21 days from the date of this order. Appellees' answering briefs are due on or before 42 days from the date of this order.  Any reply briefs are due on or before 56 days from the date of this order.

---

[*] The Honorable Gary S. Katzmann, Judge for the United States Court of International Trade, sitting by designation.