BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
Daniel E. Birkhaeuser (Bar No. 136646)
dbirkhaeuser@bramsonplutzik.com
Jennifer S. Rosenberg (Bar No. 121023)
jrosenberg@bramsonplutzik.com
2125 Oak Grove Road, Suite 125
Walnut Creek, California 94598
Telephone: (925) 945-0200

TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
Mario N. Alioto (56433)
malioto@tatp.com
Lauren C. Capurro (Russell) (241151)
laurenrussell@tatp.com
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679

*Interim Lead Counsel for Indirect-Purchaser Plaintiffs*

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | No. 3:07-cv-05944-JST<br><br>MDL No. 1917<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY JENNIFER S. ROSENBERG FOR INDIRECT-PURCHASER PLAINTIFFS** |
| This Documents Relates To:<br><br>ALL ACTIONS | |

**NOTICE OF WITHDRAWAL OF ATTORNEY JENNIFER S. ROSENBERG FOR INDIRECT-PURCHASER PLAINTIFFS**

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Jennifer S. Rosenberg will no longer be affiliated with the law firm of Bramson, Plutzik, Mahler & Birkhaeuser LLP as of October 1, 2021 and hereby withdraws as counsel in the above-reference matter for Indirect-Purchaser Plaintiffs.

It is further requested that Ms. Rosenberg's name be removed from the case docket, that the Clerk terminate the delivery of all Notices of Electronic Filing addressed to jrosenberg@bramsonplutzik.com and that Ms. Rosenberg's name be removed from any applicable service lists.

The law firms of Trump, Alioto, Trump & Prescott LLP and Bramson, Plutzik, Mahler & Birkhaeuser, LLP continue to serve as counsel for Indirect-Purchaser Plaintiffs.

DATED:  September 30, 2021

Respectfully submitted,

BRAMSON, PLUTZIK, MAHLER &
 BIRKHAEUSER, LLP

/s/ Jennifer S. Rosenberg

Daniel E. Birkhaeuser
Jennifer S. Rosenberg
Bramson, Plutzik, Mahler & Birkhaeuser, LLP
2125 Oak Grove Road, Suite 125
Walnut Creek, CA  94598
Telephone:  925-945-0200
dbirkhaeuser@bramsonplutzik
jrosenberg@bramsonplutzik.com

TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
Mario N. Alioto (56433)
malioto@tatp.com
Lauren C. Capurro (Russell) (241151)
laurenrussell@tatp.com
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200