**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-CV-5944-JST |
| | MDL No. 1917 |
| This Document Relates to:<br><br>*ALL DIRECT PURCHASER ACTIONS* | **STIPULATION AND [PROPOSED] ORDER RE: CLASS CERTIFICATION BRIEFING SCHEDULE** |
| | Judge:    Honorable Jon S. Tigar |

Direct Purchaser Plaintiffs ("DPPs") and Defendants Irico Group Corporation and Irico Display Devices Co., Ltd. ("Irico" or the "Irico Defendants"), by and through the undersigned counsel and pursuant to Federal Rule of Civil Procedure 16(b)(4) and Civil Local Rule 7-12, hereby stipulate as follows:

WHEREAS, the Court's Scheduling Order and Referral to Magistrate Judge for Settlement [ECF 5925] established the briefing schedule for DPPs' Motion for Class Certification;

WHEREAS, in that same order, the Court referred the parties to Magistrate Judge Corley for settlement;

WHEREAS, the parties have been engaged in mediation before Magistrate Judge Corley and those discussions are ongoing;

WHEREAS, the parties are continuing to meet and confer regarding class certification expert discovery;

WHEREAS, Irico has not yet produced its full sales records which are potentially relevant to DPPs' class motion, but the parties are actively engaged in meet and confer discussions regarding that production;

WHEREAS, pursuant to the Court's Scheduling Order [ECF 5925], DPPs' Motion for Class Certification is due on October 15, 2021;

WHEREAS, the parties have met and conferred regarding the Class Certification briefing schedule, among other topics, and agreed that a brief extension to the schedule would ensure the most efficient use of the Court's time and resources in light of the ongoing discovery and settlement conversations;

WHEREAS, the parties agree that good cause exists to modify the class certification schedule as follows subject to Court approval:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Class certification motion and any accompanying expert reports due | October 15, 2021 | November 19, 2021 |

| Class certification opposition and any accompanying expert reports due | December 3, 2021 | January 14, 2022 |
|---|---|---|
| Class certification expert discovery cut-off | December 17, 2021 | January 28, 2022 |
| Class Certification reply due | January 14, 2022 | February 25, 2022 |
| Class Certification Motion Hearing | February 7, 2022 (2 p.m.) | March 24, 2022 (2 p.m.) |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for DPPs and the Irico Defendants that good cause exists to extend the class certification schedule as follows:

1. DPPs' deadline to file their Motion for Class Certification and any accompanying expert reports shall be extended to November 19, 2021;

2. The Irico Defendants' deadline to file their Opposition to DPPs' Motion for Class Certification and any accompanying expert reports shall be extended to January 14, 2022;

3. The deadline for class certification expert discovery to be completed shall be extended to January 28, 2022;

4. DPPs' deadline to file their reply in support of their class certification motion shall be extended to February 25, 2022; and

5. The hearing on DPPs' class certification motion shall be rescheduled for March 24, 2022, at 2 p.m. or another date at the Court's convenience.

**PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED.**

Dated: October 14, 2021

HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE

Dated: October 11, 2021

| | |
|---|---|
| /s/ *R. Alexander Saveri*<br>Guido Saveri (22349)<br>R. Alexander Saveri (173102)<br>Geoffrey C. Rushing (126910)<br>Cadio Zirpoli (179108)<br>Matthew D. Heaphy (227224)<br>SAVERI & SAVERI, INC.<br>706 Sansome Street<br>San Francisco, CA 94111<br>Telephone: (415) 217-6810<br>Facsimile: (415) 217-6813<br><br>*Lead Counsel for Direct Purchaser Plaintiffs* | /s/ *Evan J. Werbel*<br>John M. Taladay (*pro hac vice*)<br>Evan J. Werbel (*pro hac vice*)<br>Thomas E. Carter (*pro hac vice*)<br>Andrew L. Lucarelli (*pro hac vice*)<br>BAKER BOTTS LLP<br>700 K Street, N.W.<br>Washington, D.C. 20001<br>(202) 639-7700<br>(202) 639-7890 (fax)<br>Email: john.taladay@bakerbotts.com<br>         evan.werbel@bakerbotts.com<br>         tom.carter@bakerbotts.com<br>         drew.lucarelli@bakerbotts.com<br><br>Jonathan Shapiro (State Bar No. 257199)<br>BAKER BOTTS LLP<br>101 California Street, Suite 3600<br>San Francisco, California 94111<br>(415) 291-6200<br>(415) 291-6300 (fax)<br>Email: Jonathan.shapiro@bakerbotts.com<br><br>*Attorneys for Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.* |