Ian L. Papendick (SBN 275648)
ipapendick@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

*Counsel for Defendant
Panasonic Corporation and
Panasonic Corporation of North America*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | Case No. 4:07-cv-05944-JST<br><br>MDL No. 1917<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL IAN L. PAPENDICK** |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

Please take notice that Ian L. Papendick hereby withdraws as counsel of record for Defendant Panasonic Corporation and Panasonic Corporation of North America in this matter.

Panasonic Corporation and Panasonic Corporation of North America will continue to be represented by Winston & Strawn LLP.

DATED: October 28, 2021

By: /s/ Ian L. Papendick
Ian L. Papendick

Ian L. Papendick (SBN 275648)
ipapendick@winston.com
**WINSTON & STRAWN LLP**
101 California Street
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

*Counsel for Defendants
Panasonic Corporation and Panasonic
Corporation of North America*