1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

11

**NORTHERN DISTRICT OF CALIFORNIA**

12

**OAKLAND DIVISION**

13

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-CV-5944-JST |
| | MDL No. 1917 |
| This Document Relates to: | **EXPERT REPORT OF PHILLIP M. JOHNSON, PH.D.** |
| *ALL DIRECT PURCHASER ACTIONS* | Date:   March 24, 2022<br>Time:  2:00 p.m.<br>Judge: Hon. Jon S. Tigar<br>Ctrm:  6, 2nd Floor |

14
15
16
17
18
19
20
21
22
23
24

# <u>REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED</u>

25
26
27
28

---

# DOCUMENT FILED UNDER SEAL