1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-CV-5944-JST |
| | MDL No. 1917 |
| This Document Relates to: *ALL DIRECT PURCHASER ACTIONS* | **EXPERT REPORT OF PHILLIP M. JOHNSON, PH.D.** |
| | Date:  March 24, 2022<br>Time:  2:00 p.m.<br>Judge: Hon. Jon S. Tigar<br>Ctrm:  6, 2nd Floor |

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

# DOCUMENT FILED UNDER SEAL