UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*ALL DIRECT PURCHASER ACTIONS* | Master File No. 07-CV-5944-JST<br><br>MDL No. 1917<br><br>**[PROPOSED] ORDER GRANTING DIRECT PURCHASER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Date:   March 24, 2022<br>Time:   2:00 p.m.<br>Judge:  Hon. Jon S. Tigar<br>Ctrm:   6, 2nd Floor |

Upon consideration of the Motion of Direct Purchaser Plaintiffs for Class Certification, and the materials filed and submitted herewith, and defendants' opposition thereto, the Court ORDERS as follows:

1. The Motion of Direct Purchaser Plaintiffs for Class Certification is hereby GRANTED, and the following class is hereby certified for damages pursuant to Federal Rule of Civil Procedure 23(a) and 23(b)(3):

> All persons and entities who, between March 1, 1995 and November 25, 2007, directly purchased a CRT Product in the United States from any Defendant or any subsidiary or affiliate thereof, or any co-conspirator or any subsidiary or affiliate thereof. Excluded from the class are defendants, their parent companies, subsidiaries or affiliates, any co-conspirators, all governmental entities, and any judges or justices assigned to hear any aspect of this action.

2. Saveri & Saveri, Inc. is designated and appointed as Class Counsel for the Direct Purchaser Plaintiffs.

3. As soon as practicable after the entry of this Order, all parties shall meet and confer to develop a plan for dissemination of notice to the Class.

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Jon S. Tigar
UNITED STATES DISTRICT JUDGE