R. Alexander Saveri (173102)
   *rick@saveri.com*
Geoffrey C. Rushing (126910)
   *grushing@saveri.com*
Matthew D. Heaphy (227224)
   *mheaphy@saveri.com*
Sarah Van Culin (293181)
   *sarah@saveri.com*
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone:  (415) 217-6810
Facsimile:  (415) 217-6813

*Lead Counsel for Direct Purchaser Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-CV-5944-JST |
|---|---|
| | MDL No. 1917 |
| This Document Relates to: | **CERTIFICATE OF SERVICE** |
| *ALL DIRECT PURCHASER ACTIONS* | |

## CERTIFICATE OF SERVICE

I am employed in San Francisco County, which is where service of the documents referred to below occurred. I am over the age of 18 and not a party to this action. My business address is Saveri & Saveri, Inc., 706 Sansome Street, San Francisco, California 94111. I declare under the penalty of perjury that on the date stated below, I served or caused to be served true and correct copies of the following documents:

- **DIRECT PURCHASER PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION WITH RESPECT TO THE IRICO DEFENDANTS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF (UNREDACTED VERSION);**
- **EXHIBIT A TO DECLARATION OF R. ALEXANDER SAVERI IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION RE: THE IRICO DEFENDANTS; and**
- **EXPERT REPORT OF PHILLIP M. JOHNSON, PH.D. (UNREDACTED VERSION)**

VIA ELECTRONIC MAIL to the addressee(s) specified below:

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed on November 19, 2021 in San Francisco, California.

                                        */s/ Sarah Van Culin*
                                         Sarah Van Culin

*In re: Cathode Ray Tube (CRT) Antitrust Litigation* – MDL No. 1917

# SERVICE LIST

John M. Taladay
john.taladay@bakerbotts.com
Evan J. Werbel
evan.werbel@bakerbotts.com
Thomas E. Carter
tom.carter@bakerbotts.com
Andrew L. Lucarelli
drew.lucarelli@bakerbotts.com
BAKER BOTTS LLP
700 K Street, N.W.
Washington, D.C. 20001
Telephone: (202) 639-7700
Facsimile: (202) 639-7890

Kaylee Yang
kaylee.yang@bakerbotts.com
BAKER BOTTS LLP
1001 Page Mill Road
Building One, Suite 200
Palo Alto, California 94304-1007
Telephone: (650) 739-7500
Facsimile: (650) 739-7699

*Counsel for Defendants Irico Display Devices Co., Ltd. and Irico Group Corp.*

Mario N. Alioto
malioto@tatp.com
Lauren C. Capurro
LaurenRussell@tatp.com
TRUMP ALIOTO TRUMP & PRESCOTT LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679

*Lead Counsel for the Indirect Purchaser Plaintiffs*

Daniel E. Birkhaeuser
dbirkhaeuser@bramsonplutzik.com
BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
2125 Oak Grove Rd. Suite 125
Walnut Creek, CA 94598
Telephone: (925) 945-0200

*Attorneys for Indirect Purchaser Plaintiffs*