BAKER BOTTS L.L.P.
John M. Taladay (*pro hac vice*)
Evan J. Werbel (*pro hac vice*)
Thomas E. Carter (*pro hac vice*)
Andrew L. Lucarelli (*pro hac vice*)
700 K Street, N.W.
Washington, D.C. 20001
(202)-639-7700
(202)-639-7890 (fax)
Email: john.taladay@bakerbotts.com
       evan.werbel@bakerbotts.com
       tom.carter@bakerbotts.com
       drew.lucarelli@bakerbotts.com

Jonathan Shapiro (State Bar No. 257199)
101 California Street, Suite 3600
San Francisco, California 94111
(415) 291-6200
(415) 291-6300 (fax)
Email: jonathan.shapiro@bakerbotts.com

*Attorneys for Defendants*
*IRICO GROUP CORP. and*
*IRICO DISPLAY DEVICES CO., LTD.*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*ALL DIRECT PURCHASER ACTIONS* | Case No. 4:07-cv-05944-JST<br><br>MDL No. 1917<br><br>**NOTICE REGARDING DIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(f)** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

On November 19, 2021, the Direct Purchaser Plaintiffs ("DPPs") filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed Pursuant to Civil Local Rules 7-11 and 79-5(f), ECF No. 5961 (the "Motion"). On December 1, 2021, the Court set a hearing on the Motion for December 13, 2021. ECF No. 5964.

PLEASE TAKE NOTICE that Defendants Irico Group Corp. and Irico Display Devices Co., Ltd. (together, the "Irico Defendants") have no objection to the unsealing of the Irico Defendants' information in any "Document Proposed to Be Sealed or Redacted" listed on page 1 of the Motion.

The Irico Defendants have also been authorized by the following Defendant groups to inform the Court that they do not object to the unsealing of that Defendant group's information in any "Document Proposed to Be Sealed or Redacted" listed on page 1 of the Motion[1]:

  a.   Hitachi;
  b.   LG Electronics;
  c.   Mitsubishi;
  d.   Panasonic;
  e.   Philips;
  f.   Samsung SDI; and,
  g.   Toshiba.

Dated:  December 9, 2021          Respectfully submitted,

                                  */s/ John M. Taladay*

                                  BAKER BOTTS LLP
                                  John M. Taladay (*pro hac vice*)
                                  Evan J. Werbel (*pro hac vice*)
                                  Thomas E. Carter (*pro hac vice*)
                                  Andrew L. Lucarelli (*pro hac vice*)

---

[1] Defendant Chunghwa Picture Tubes, Ltd. is in bankruptcy (*see* ECF No. 5879) and is no longer represented in this litigation. ECF No. 5884.

700 K Street, N.W.
Washington, D.C. 20001
(202)-639-7700
(202)-639-7890 (fax)
Email: john.taladay@bakerbotts.com
　　　　evan.werbel@bakerbotts.com
　　　　tom.carter@bakerbotts.com
　　　　drew.lucarelli@bakerbotts.com

Jonathan Shapiro (State Bar No. 257199)
101 California Street, Suite 3600
San Francisco, California 94111
(415) 291-6200
(415) 291-6300 (fax)
Email: jonathan.shapiro@bakerbotts.com

*Attorneys for Defendants*
*IRICO GROUP CORP. and*
*IRICO DISPLAY DEVICES CO., LTD.*