# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*ALL DIRECT PURCHASER ACTIONS* | Master File No. 07-CV-5944-JST<br><br>MDL No. 1917<br><br>**STIPULATION AND [PROPOSED] ORDER RE: CLASS CERTIFICATION BRIEFING SCHEDULE**<br><br>Judge:    Honorable Jon S. Tigar |

Direct Purchaser Plaintiffs ("DPPs") and Defendants Irico Group Corporation and Irico Display Devices Co., Ltd. ("Irico" or the "Irico Defendants"), by and through the undersigned counsel and pursuant to Federal Rule of Civil Procedure 16(b)(4) and Civil Local Rule 7-12, hereby stipulate as follows:

WHEREAS, the Court's Scheduling Order and Referral to Magistrate Judge for Settlement [ECF 5925] established the briefing schedule for DPPs' Motion for Class Certification;

WHEREAS, the parties previously agreed to an extension of the Class Certification schedule to accommodate the good faith efforts of the parties, and the Court approved such extension [ECF 5959];

WHEREAS, the parties have met and conferred regarding the scheduling of the deposition of DPPs' expert, Dr. Phillip M. Johnson, which due to the holidays and other commitments cannot be scheduled until January 11, 2022, just prior to the current deadline for Irico's opposition and any accompanying expert reports;

WHEREAS, the parties agreed that a brief extension to the schedule would benefit the parties and ensure the most efficient use of the Court's time and resources in light of the ongoing motions practice;

WHEREAS, the parties agree that good cause exists to modify the class certification schedule as follows subject to Court approval:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Class certification opposition and any accompanying expert reports due | January 14, 2022 | January 21, 2022 |
| Class certification expert discovery cut-off | January 28, 2022 | February 4, 2022 |
| Class Certification reply due | February 25, 2022 | March 4, 2022 |
| Class Certification Motion Hearing | March 24, 2022 (2 p.m.) | March 31, 2022 (2 p.m.) |

1	IT IS HEREBY STIPULATED AND AGREED by and between counsel for DPPs and the Irico Defendants that good cause exists to extend the class certification schedule as follows:

1. The Irico Defendants' deadline to file their Opposition to DPPs' Motion for Class Certification and any accompanying expert reports shall be extended to January 21, 2022;

2. The deadline for class certification expert discovery to be completed shall be extended to February 4, 2022;

3. DPPs' deadline to file their reply in support of their class certification motion shall be extended to March 4, 2022; and

4. The hearing on DPPs' class certification motion shall be rescheduled for March 31, 2022, at 2 p.m. or another date at the Court's convenience.

**PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED.**

Dated: _____        _____
                                      HONORABLE JON S. TIGAR
                                      UNITED STATES DISTRICT JUDGE

Dated: December 16, 2021

/s/ *R. Alexander Saveri*
R. Alexander Saveri (173102)
Geoffrey C. Rushing (126910)
Cadio Zirpoli (179108)
Matthew D. Heaphy (227224)
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Lead Counsel for Direct Purchaser Plaintiffs*

/s/ *John M. Taladay*
John M. Taladay (*pro hac vice*)
Evan J. Werbel (*pro hac vice*)
Thomas E. Carter (*pro hac vice*)
Andrew L. Lucarelli (*pro hac vice*)
BAKER BOTTS LLP
700 K Street, N.W.
Washington, D.C. 20001
(202) 639-7700
(202) 639-7890 (fax)
Email: john.taladay@bakerbotts.com
   evan.werbel@bakerbotts.com
   tom.carter@bakerbotts.com
   drew.lucarelli@bakerbotts.com

Jonathan Shapiro (State Bar No. 257199)
BAKER BOTTS LLP
101 California Street, Suite 3600
San Francisco, California 94111
(415) 291-6200
(415) 291-6300 (fax)
Email: Jonathan.shapiro@bakerbotts.com

*Attorneys for Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.*