# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITURST LITIGATION | Master File No. 07-cv-5944-JST<br>MDL No. 1917<br>Hon. Judge Jon S. Tigar |
| This Document Relates to:<br><br>ALL ACTIONS | **NOTICE OF FIRM NAME AND EMAIL ADDRESS CHANGE** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the law firm of Straus & Boies, LLP has changed its name to BoiesBattin LLP. The firm's address, telephone number, and facsimile numbers remain the same.

The e-mail addresses for the attorneys in this matter have been changed as follows:

| | |
|---|---|
| Christopher V. Le | cle@boiesbattin.com |
| Timothy D. Battin | tbattin@boiesbattin.com |
| David Boies, III | dboies@boiesbattin.com |

Dated: December 29, 2021

By:  /s/ *Christopher V. Le*
Christopher V. Le
Timothy D. Battin
David Boies, III
BoiesBattin LLP
4041 University Drive, 5th floor
Fairfax, VA 22030
(703) 764-8700 – Telephone
(703) 764-8704 – Facsimile
cle@boiesbattin.com
tbattin@boiesbattin.com
dboies@boiesbattin.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2021, I electronically filed the foregoing document, **NOTICE OF FIRM NAME AND EMAIL ADDRESS CHANGE,** with the clerk of the United States District Court for the Northern District of California using the ECF system which will send notification of such filing to ECF-registered counsel.

      /s/ *Christopher V. Le*
          Christopher V. Le