UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

JAN 03 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, <br><br> ------------------------------ <br><br> INDIRECT PURCHASER PLAINTIFFS, <br><br>             Plaintiff - Appellee, <br><br>   v. <br><br> TOSHIBA CORPORATION; et al., <br><br>             Defendants - Appellees, <br><br>   v. <br><br> ELEANOR LEWIS, Proposed Intervenor, <br><br>             Movant - Appellant. | No. 20-16685 <br><br> D.C. No. 4:07-cv-05944-JST <br> U.S. District Court for Northern California, Oakland <br><br> **MANDATE** |
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, <br><br> ------------------------------ <br><br> INDIRECT PURCHASER PLAINTIFFS, | No. 20-16686 <br><br> D.C. No. 4:07-cv-05944-JST <br> U.S. District Court for Northern California, Oakland |

        Plaintiff - Appellee,

v.

JEFF SPEAECT; et al.,

        Objectors - Appellants,

v.

TOSHIBA CORPORATION; et al.,

        Defendants - Appellees.

---

In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION,

-------------------------------

INDIRECT PURCHASER PLAINTIFFS,

        Plaintiff - Appellee,

v.

TOSHIBA CORPORATION; et al.,

        Defendants - Appellees,

v.

SCOTT A. CALDWELL, as administrator of the Estate of Barbara Caldwell; et al.,

        Movants - Appellants.

No. 20-16691

D.C. No. 4:07-cv-05944-JST

U.S. District Court for Northern California, Oakland

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, <br><br> ------------------------------ <br><br> INDIRECT PURCHASER PLAINTIFFS, <br><br>      Plaintiff - Appellee, <br><br>  v. <br><br> TOSHIBA CORPORATION; et al., <br><br>      Defendants - Appellees, <br><br>  v. <br><br> TYLER AYRES; et al., <br><br>      Movants - Appellants. | No. 20-16699 <br><br> D.C. No. 4:07-cv-05944-JST <br> U.S. District Court for Northern California, Oakland |

The judgment of this Court, entered September 22, 2021, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellants in the amount of $300.90 & in the amount of $390.20.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Nixon Antonio Callejas Morales
Deputy Clerk
Ninth Circuit Rule 27-7