ALLEN & OVERY LLP
Bijal V. Vakil (CA No. 192878)
550 High Street
Palo Alto, CA 94301
Telephone: (650) 388-1706
bijal.vakil@allenovery.com

*Attorney for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, LLC and Toshiba America Electronics Components, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This document relates to all actions | Case No. 4:07-cv-5944-JST-JCS<br><br>Judge: Jon S. Tigar<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL** |

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Bijal V. Vakil, formerly with White & Case LLP and currently a partner with Allen & Overy LLP, hereby withdraws his appearance for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, LLC, and Toshiba America Electronics Components, Inc. in the above-captioned matter, and requests that his name be removed from the ECF Service List. These defendants will continue to be represented by counsel with White & Case LLP who have already appeared in this matter.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: January, 4 2022 | Respectfully submitted, |
| 3 | | |
| 4 | | ALLEN & OVERY LLP |
| 5 | | By: /s/ Bijal V. Vakil |
| 6 | | |
| 7 | | Bijal V. Vakil (CA No. 192878) |
| | | 550 High Street |
| 8 | | Palo Alto, CA 94301 |
| | | Telephone: (650) 388-1706 |
| 9 | | bijal.vakil@allenovery.com |
| 10 | | |
| 11 | | *Outgoing Attorney for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, LLC, and Toshiba America Electronics Components, Inc.* |

2
NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL

# CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2022, I filed a Notice to Withdraw my Appearance as Counsel for Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, LLC and Toshiba America Electronics Components, Inc. The Notice was filed with the Clerk of Court for the United States District Court for the Northern District of California by using the Court's CM/ECF system, which will serve electronic notification of the filing to all counsel of record.

/s/  Bijal V. Vakil
Bijal V. Vakil

January 4, 2022