Jan L. Westfall (SBN 241106)
P.O. Box 711472
San Diego, CA 92171
Tel: 619-940-2880
Email: jlwestfall.esq@gmail.com
*Attorney for Objector Donnie G. Clifton*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 4:07-CV-05944-JST |
| | MDL No. 1917 |
| This Document Relates to: | **NOTICE OF CHANGE OF ADDRESS** |
| ALL INDIRECT PURCHASER ACTIONS | Judge: Honorable Jon S. Tigar |

TO ALL PARTIES, THEIR ATTORNEYS OF RECORD, AND THE CLERK OF THE ABOVE CAPTIONED COURT:

Please take notice of the change of address of the undersigned attorney, Jan L. Westfall, to P.O. Box 711472, San Diego, CA 92171. The email address and telephone number are unchanged.

Dated:   January 11, 2022                Respectfully submitted,

                                         */s/Jan L. Westfall*
                                         Jan L. Westfall
                                         P.O. Box 711472
                                         San Diego, CA 92171
                                         Tel: 619-940-2880
                                         Email: jlwestfall.esq@gmail.com
                                         *Attorney for Objector Donnie G. Clifton*

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2022, I electronically filed the foregoing with the Clerk of Court using the court's CM/ECF system, which will provide notification of such filing to all parties registered with the CM/ECF system in the above-captioned matter.

Dated this 11th Day of January, 2022

                                                */s/ Jan L. Westfall*_____
                                                Jan L. Westfall