UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

JAN 13 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, <br><br> -------------------------------- <br><br> INDIRECT PURCHASER PLAINTIFFS, <br><br>           Plaintiff - Appellee, <br><br>   v. <br><br> FRANCIS O. SCARPULLA; LAW OFFICES OF FRANCIS O. SCARPULLA, <br><br>           Objectors - Appellants, <br><br>   v. <br><br> TOSHIBA CORPORATION; et al., <br><br>           Defendants - Appellees. | No. 17-15496 <br><br> D.C. No. 4:07-cv-05944-JST <br> U.S. District Court for Northern California, San Francisco <br><br> **MANDATE** |
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, <br><br> -------------------------------- <br><br> INDIRECT PURCHASER | No. 17-15597 <br><br> D.C. No. 4:07-cv-05944-JST <br> U.S. District Court for Northern California, San Francisco |

PLAINTIFFS,

       Plaintiff - Appellee,

v.

LAW OFFICE OF BRIAN BARRY,

       Objector - Appellant,

v.

TOSHIBA AMERICA, INC.; et al.,

       Defendants - Appellees.

---

In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION,

------------------------------

INDIRECT PURCHASER PLAINTIFFS,

       Plaintiff - Appellee,

COOPER & KIRKHAM, P.C.,

       Objector - Appellant,

v.

TOSHIBA CORPORATION; et al.,

       Defendants - Appellees.

No. 17-15598

D.C. No. 4:07-cv-05944-JST
U.S. District Court for Northern California, San Francisco

The judgment of this Court, entered December 22, 2021, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

    FOR THE COURT:

    MOLLY C. DWYER
    CLERK OF COURT

    By: Nixon Antonio Callejas Morales
    Deputy Clerk
    Ninth Circuit Rule 27-7