BAKER BOTTS L.L.P.
John M. Taladay (*pro hac vice*)
Evan J. Werbel (*pro hac vice*)
Thomas E. Carter (*pro hac vice*)
Andrew L. Lucarelli (*pro hac vice*)
700 K Street, N.W.
Washington, D.C. 20001
(202)-639-7700
(202)-639-7890 (fax)
Email: john.taladay@bakerbotts.com
       evan.werbel@bakerbotts.com
       tom.carter@bakerbotts.com
       drew.lucarelli@bakerbotts.com

Jonathan Shapiro (State Bar No. 257199)
101 California Street, Suite 3600
San Francisco, California 94111
(415) 291-6200
(415) 291-6300 (fax)
Email: jonathan.shapiro@bakerbotts.com

*Attorneys for Defendants*
*IRICO GROUP CORP. and*
*IRICO DISPLAY DEVICES CO., LTD.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 4:07-cv-05944-JST (N.D. Cal.) |
| | MDL No. 1917 |
| This Document Relates to:<br><br>ALL DIRECT PURCHASER ACTIONS | **IRICO DEFENDANTS ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(f)** |
| | Date: March 31, 2022<br>Time: 2:00 pm<br>Judge: Hon. Jon S. Tigar<br>Courtroom: 6, 2nd Floor |

| | |
|---|---|
| IRICO DEFENDANTS ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED | Master File No. 4:07-cv-05944-JST<br>MDL No. 1917 |

1    Pursuant to Civil Local Rules 7-11 and 79-5(f), Defendants Irico Group Corporation and
2  Irico Display Devices Co., Ltd. ("Irico") hereby move the Court to consider whether another
3  party's material should be sealed.
4    Irico has reviewed and complied with this Court's Standing Order Governing
5  Administrative Motions to File Materials Under Seal Before District Judge Jon S. Tigar (Nov.
6  10, 2021) and Civil Local Rule 79-5.
7    Defendant proposes to seal or redact the following documents or portions thereof:

| Document Proposed to Be Sealed or Redacted | Designating Entity |
|---|---|
| Gray highlighted portions of Irico Defendants' Opposition to Direct Purchaser Plaintiffs' Motion for Class Certification with Respect to the Irico Defendants, which reflect quotations from the documents listed below, which were designated confidential and to Irico's knowledge never publicly filed. | Various Defendants |
| Exhibit 2 to the Declaration of Thomas Carter in Support of Irico Defendants' Opposition to Direct Purchaser Plaintiffs' Motion for Class Certification with Respect to the Irico Defendants – Excerpted Deposition Testimony of L. Thomas Heiser | Hitachi |
| Exhibit 3 to the Declaration of Thomas Carter in Support of Irico Defendants' Opposition to Direct Purchaser Plaintiffs' Motion for Class Certification with Respect to the Irico Defendants – Excerpted Deposition Testimony of Roger De Moor | Philips |

IRICO DEFENDANTS ADMINISTRATIVE
MOTION TO CONSIDER WHETHER
ANOTHER PARTY'S MATERIAL SHOULD
BE SEALED

Master File No. 4:07-cv-05944-JST
MDL No. 1917

| | |
|---|---|
| Exhibit 4 to the Declaration of Thomas Carter in Support of Irico Defendants' Opposition to Direct Purchaser Plaintiffs' Motion for Class Certification with Respect to the Irico Defendants – Excerpted Deposition Testimony of Michael Son | SDI |
| Exhibit 5 to the Declaration of Thomas Carter in Support of Irico Defendants' Opposition to Direct Purchaser Plaintiffs' Motion for Class Certification with Respect to the Irico Defendants – Excerpted Deposition Testimony of Jae In Lee | SDI |
| Exhibit 6 to the Declaration of Thomas Carter in Support of Irico Defendants' Opposition to Direct Purchaser Plaintiffs' Motion for Class Certification with Respect to the Irico Defendants – Excerpted Deposition Testimony of Chih Chun-Liu | Chunghwa |
| Exhibit 7 to the Declaration of Thomas Carter in Support of Irico Defendants' Opposition to Direct Purchaser Plaintiffs' Motion for Class Certification with Respect to the Irico Defendants – Expert Report of Robert D. Willig, dated September 10, 2013 | Various Defendants |
| Exhibit 8 to the Declaration of Thomas Carter in Support of Irico Defendants' Opposition to Direct Purchaser Plaintiffs' Motion for Class Certification with Respect to the Irico Defendants – Excerpted Deposition of Hirokazu Nishiyama | Panasonic |

| | |
|---|---|
| Exhibit 9 to the Declaration of Thomas Carter in Support of Irico Defendants' Opposition to Direct Purchaser Plaintiffs' Motion for Class Certification with Respect to the Irico Defendants – Excerpted Deposition of Tatsuo Tobinaga | Panasonic |
| Exhibit 10 to the Declaration of Thomas Carter in Support of Irico Defendants' Opposition to Direct Purchaser Plaintiffs' Motion for Class Certification with Respect to the Irico Defendants – Excerpted Deposition of Yoshiaki Uchiyama | Toshiba |
| Exhibit 11 to the Declaration of Thomas Carter in Support of Irico Defendants' Opposition to Direct Purchaser Plaintiffs' Motion for Class Certification with Respect to the Irico Defendants – Excerpted Deposition of Steve Panosian | SEC/SEA |
| Exhibit 12 to the Declaration of Thomas Carter in Support of Irico Defendants' Opposition to Direct Purchaser Plaintiffs' Motion for Class Certification with Respect to the Irico Defendants – Excerpted Deposition of Richard Huber | Toshiba |
| Exhibit 13 to the Declaration of Thomas Carter in Support of Irico Defendants' Opposition to Direct Purchaser Plaintiffs' Motion for Class Certification with Respect to the Irico Defendants – Excerpted Deposition of Yun Seok Lee | LG Electronics |

IRICO DEFENDANTS ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED

Master File No. 4:07-cv-05944-JST
MDL No. 1917

| | |
|---|---|
| Exhibit 16 to the Declaration of Thomas Carter in Support of Irico Defendants' Opposition to Direct Purchaser Plaintiffs' Motion for Class Certification with Respect to the Irico Defendants – Deposition of Phillip Lau | Royal Data |
| Exhibit 18 to the Declaration of Thomas Carter in Support of Irico Defendants' Opposition to Direct Purchaser Plaintiffs' Motion for Class Certification with Respect to the Irico Defendants – a certified translation of a document produced by Chunghwa, Bates labeled CHU00029259E | Chunghwa |
| Exhibit 19 to the Declaration of Thomas Carter in Support of Irico Defendants' Opposition to Direct Purchaser Plaintiffs' Motion for Class Certification with Respect to the Irico Defendants – a certified translation of a document produced by Chunghwa, Bates labeled CHU00029179E | Chungwha |
| Exhibit 20 to the Declaration of Thomas Carter in Support of Irico Defendants' Opposition to Direct Purchaser Plaintiffs' Motion for Class Certification with Respect to the Irico Defendants – a certified translation of a document produced by Chunghwa, Bates labeled CHU00031018E | Chunghwa |
| Exhibit 21 to the Declaration of Thomas Carter in Support of Irico Defendants' Opposition to Direct Purchaser Plaintiffs' Motion for Class Certification with Respect to the Irico Defendants – a certified translation of a document produced by Chunghwa, Bates labeled CHU00031032E | Chunghwa |

| | |
|---|---|
| Exhibit 23 to the Declaration of Thomas Carter in Support of Irico Defendants' Opposition to Direct Purchaser Plaintiffs' Motion for Class Certification with Respect to the Irico Defendants – a certified translation of a document produced by Chunghwa, Bates labeled CHU00030748E. | Chunghwa |
| Exhibit 24 to the Declaration of Thomas Carter in Support of Irico Defendants' Opposition to Direct Purchaser Plaintiffs' Motion for Class Certification with Respect to the Irico Defendants – a certified translation of a document produced by Chunghwa, Bates labeled CHU00031101E. | Chunghwa |
| Exhibit 25 to the Declaration of Thomas Carter in Support of Irico Defendants' Opposition to Direct Purchaser Plaintiffs' Motion for Class Certification with Respect to the Irico Defendants – chart showing sales volume and share information for the Top 5 customers that purchased color display tubes and color picture tubes, summarized from backup data provided for the Expert Report of Phillip M. Johnson. The underlying data was designed confidential by other defendants in this action. | Various Defendants |
| Exhibit 26 to the Declaration of Thomas Carter in Support of Irico Defendants' Opposition to Direct Purchaser Plaintiffs' Motion for Class Certification with Respect to the Irico Defendants – a certified translation of a document produced by Chunghwa, Bates labeled CHU00030068E | Chunghwa |
| Exhibit 27 to the Declaration of Thomas Carter in Support of Irico Defendants' Opposition to Direct Purchaser Plaintiffs' Motion for Class Certification with Respect to the Irico Defendants – Expert Report of Jeffrey Leitzinger date November 6 ,2014. | Various Defendants |

| | |
|---|---|
| Exhibit 28 to the Declaration of Thomas Carter in Support of Irico Defendants' Opposition to Direct Purchaser Plaintiffs' Motion for Class Certification with Respect to the Irico Defendants – Excerpted Deposition of Jay Alan Heinecke | Toshiba |
| Exhibit 29 to the Declaration of Thomas Carter in Support of Irico Defendants' Opposition to Direct Purchaser Plaintiffs' Motion for Class Certification with Respect to the Irico Defendants – Excerpted Deposition of Sang-Kyu Park. | SDI |

Civil Local Rule 79-5 governs the filing under seal of documents in civil cases. In compliance with Civil Local Rule 79-5(f), Irico submits this Motion in order to file (a) material designated by a Defendant pursuant to the Stipulated Protective Order, ECF No. 0306, as "Confidential" or "Highly Confidential"; or (b) references to or quotations from material or data designated by another party pursuant to a Protective Order as "Confidential" or "Highly Confidential."

Irico seeks to file the above material under seal in good faith in order to comply with the Protective Order in this action and the applicable Local Rules. Under Civil L.R. 79-5(c) and (f), the parties that contend the material they have designated is confidential in nature bear the burden to establish that the designated information meets the requirements for sealing. See *Kamakana v. City of Honolulu*, 447 F.3d 1172, 1178-80 (9th Cir. 2006). Irico understands that, given the Court's direction at the hearing on DPPs' motion to seal, ECF No. 5966, the remaining materials subject to this motion may not qualify for filing under seal.  Irico hereby withdraws its designation of "Confidential" as to all materials produced by Irico included in its filing.  Irico will undertake to reach out to the parties listed in the chart above in order to secure their permission to

IRICO DEFENDANTS ADMINISTRATIVE
MOTION TO CONSIDER WHETHER
ANOTHER PARTY'S MATERIAL SHOULD
BE SEALED

Master File No. 4:07-cv-05944-JST
MDL No. 1917

1  file the materials publicly and will inform the court of its efforts. However, Irico notes that
2  Chunghwa currently has no active counsel for the instant litigation and previous attempts to reach
3  out to representatives of Chunghwa have been unsuccessful.
4      WHEREFORE, Defendants respectfully submit this administrative motion pursuant to
5  the Protective Order and Civil Local Rule 79-5(f) and hereby notify the parties of their burden
6  to establish that the designated material is sealable.

Dated:  January 21, 2022　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　*/s/ Thomas Carter*
　　　　　　　　　　　　　　　　　　　　Thomas Carter (State Bar No. 1044815)
　　　　　　　　　　　　　　　　　　　　tom.carter@bakerbotts.com
　　　　　　　　　　　　　　　　　　　　BAKER BOTTS LLP
　　　　　　　　　　　　　　　　　　　　700 K St. NW
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20001
　　　　　　　　　　　　　　　　　　　　Telephone: (202) 693-7702
　　　　　　　　　　　　　　　　　　　　Mobile: (202) 412-4352

　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*
　　　　　　　　　　　　　　　　　　　　*IRICO GROUP CORP. and*
　　　　　　　　　　　　　　　　　　　　*IRICO DISPLAY DEVICES CO., LTD.*

IRICO DEFENDANTS ADMINISTRATIVE
MOTION TO CONSIDER WHETHER
ANOTHER PARTY'S MATERIAL SHOULD
BE SEALED

Master File No. 4:07-cv-05944-JST
MDL No. 1917

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| IRICO'S DEFENDANTS ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED | 1 | Master File No. 4:07-cv-05944-JST MDL No. 1917 |