BAKER BOTTS L.L.P.
John M. Taladay (*pro hac vice*)
Evan J. Werbel (*pro hac vice*)
Thomas E. Carter (*pro hac vice*)
Andrew L. Lucarelli (*pro hac vice*)
700 K Street, N.W.
Washington, D.C. 20001
(202)-639-7700
(202)-639-7890 (fax)
Email: john.taladay@bakerbotts.com
        evan.werbel@bakerbotts.com
        tom.carter@bakerbotts.com
        drew.lucarelli@bakerbotts.com

Jonathan Shapiro (State Bar No. 257199)
101 California Street, Suite 3600
San Francisco, California 94111
(415) 291-6200
(415) 291-6300 (fax)
Email: jonathan.shapiro@bakerbotts.com

*Attorneys for Defendants*
*IRICO GROUP CORP. and*
*IRICO DISPLAY DEVICES CO., LTD.*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 4:07-cv-05944-JST<br><br>MDL No. 1917 |
| THIS DOCUMENT RELATES TO:<br><br>*ALL DIRECT PURCHASER ACTIONS* | **CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

**In re: Cathode Ray Tube (CRT) Antitrust Litigation - MDL No. 1917**

I declare that I am employed in Washington, District of Columbia. I am over the age of eighteen years and not a party to the within case; my business address is: Baker Botts L.L.P., 700 K Street, N.W., Washington, D.C. 20001.

On January 21, 2022, I served the following document(s) described as:

- **IRICO DEFENDANTS' OPPOSITION TO DIRECT PURCHASER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION WITH RESPECT TO THE IRICO DEFENDANTS (UNREDACTED VERSION)**
- **DECLARATION OF THOMAS CARTER IN SUPPORT OF IRICO DEFENDANTS' OPPOSITION TO DIRECT PURCHASER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION WITH RESPECT TO THE IRICO DEFENDANTS; EXHIBITS 1-38**

on the following interested parties in this action at the email addressed listed below:

| | |
|---|---|
| R. Alexander Saveri (rick@saveri.com) <br> Geoffrey C. Rushing (geoff@saveri.com) <br> Matthew D. Heaphy (mheaphy@saveri.com) <br> SAVERI & SAVERI, INC. <br> 706 Sansome St # 200 <br> San Francisco, CA 94111 | Mario N. Alioto (malioto@tatp.com) <br> Lauren C. Capurro (laurenrussell@tatp.com) <br> TRUMP ALIOTO TRUMP & PRESCOTT LLP <br> 2280 Union Street <br> San Francisco, CA 94123 |
| *Lead Counsel for the Direct Purchaser Plaintiffs* | *Lead Counsel for the Indirect Purchaser Plaintiffs* |

Daniel E. Birkhaeuser
(dbirkhaeuser@bramsonplutzik.com)
BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
2125 Oak Grove Rd. Suite 125
Walnut Creek, CA 94598
Telephone: (925) 945-0200

*Counsel for the Indirect Purchaser Plaintiffs*

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 21, 2022, in Potomac, Maryland.

　　　　　　　　　　　　　　　　　　　　*/s/ Thomas E. Carter*
　　　　　　　　　　　　　　　　　　　　　　Thomas E. Carter