BAKER BOTTS L.L.P.
John M. Taladay (*pro hac vice*)
Evan J. Werbel (*pro hac vice*)
Thomas E. Carter (*pro hac vice*)
Andrew L. Lucarelli (*pro hac vice*)
700 K Street, N.W.
Washington, D.C. 20001
(202)-639-7700
(202)-639-7890 (fax)
Email: john.taladay@bakerbotts.com
       evan.werbel@bakerbotts.com
       tom.carter@bakerbotts.com
       drew.lucarelli@bakerbotts.com

Jonathan Shapiro (State Bar No. 257199)
101 California Street, Suite 3600
San Francisco, California 94111
(415) 291-6200
(415) 291-6300 (fax)
Email: jonathan.shapiro@bakerbotts.com

*Attorneys for Defendants*
IRICO GROUP CORP. and
IRICO DISPLAY DEVICES CO., LTD.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*ALL DIRECT PURCHASER ACTIONS* | Case No. 4:07-cv-05944-JST<br><br>MDL No. 1917<br><br>**NOTICE REGARDING IRICO DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(f)** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

On January 21, 2022, defendants Irico Group Corp. and Irico Display Devices Co., Ltd. ("Irico") filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed Pursuant to Civil Local Rules 7-11 and 79-5(f), ECF No. 5983 (the "Motion"). In the Motion, Irico indicated that it would undertake to reach out to the parties that had originally designated as confidential materials cited in or attached to Irico's Opposition to Direct Purchaser Plaintiffs' Motion for Class Certification with Regard to the Irico Defendants, ECF No. 5984, in order to secure their permission to file the materials publicly.

PLEASE TAKE NOTICE that Irico has been authorized by the following party groups and entities to inform the Court that they do not object to the unsealing of that group or entity's information in any "Document Proposed to Be Sealed or Redacted" listed on page 1 of the Motion:

a. Direct Purchaser Plaintiffs Studio Spectrum, Inc., Royal Data Services, Inc., and Arch Electronics, Inc.;
b. Hitachi;
c. LG Electronics;
d. Mitsubishi;
e. Panasonic;
f. Philips;
g. Samsung SDI;
h. Samsung SEA/SEC; and
i. Toshiba.

Irico was unable to contact Defendant Chunghwa Picture Tubes, Ltd., who is in bankruptcy and is no longer represented in this litigation. *See* ECF No. 5879; 5884.

///

///

Dated:  January 31, 2022

Respectfully submitted,

/s/ *John M. Taladay*

BAKER BOTTS LLP
John M. Taladay (*pro hac vice*)
Evan J. Werbel (*pro hac vice*)
Thomas E. Carter (*pro hac vice*)
Andrew L. Lucarelli (*pro hac vice*)
700 K Street, N.W.
Washington, D.C. 20001
(202)-639-7700
(202)-639-7890 (fax)
Email: john.taladay@bakerbotts.com
         evan.werbel@bakerbotts.com
         tom.carter@bakerbotts.com
         drew.lucarelli@bakerbotts.com

Jonathan Shapiro (State Bar No. 257199)
101 California Street, Suite 3600
San Francisco, California 94111
(415) 291-6200
(415) 291-6300 (fax)
Email: jonathan.shapiro@bakerbotts.com

*Attorneys for Defendants*
*IRICO GROUP CORP. and*
*IRICO DISPLAY DEVICES CO., LTD.*