COHEN & GRESSER LLP
John Roberti (DC 495718)
2001 Pennsylvania Ave, NW
Suite 300
Washington, DC 20006
(202) 851 2073
JRoberti@cohengresser.com

*Attorneys for Defendants Samsung SDI Co., Ltd., Samsung SDI America, Inc., Samsung SDI (Malaysia) SDN BHD, Samsung SDI Mexico S.A. de C.V., Samsung SDI Brasil Ltda., Shenzen Samsung SDI Co., Ltd. and Tianjin Samsung SDI Co., Ltd.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 4: 07-CV-5944-JST |
| This document relates to:<br><br>ALL ACTIONS | **NOTICE OF CHANGE OF FIRM AFFILIATION**<br><br>Judge: Hon. Jon S. Tigar |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** that John Roberti, counsel for Defendants Samsung SDI Co., Ltd., Samsung SDI America, Inc., Samsung SDI (Malaysia) SDN BHD, Samsung SDI Mexico S.A. de C.V., Samsung SDI Brasil Ltda., Shenzen Samsung SDI Co., Ltd. and Tianjin Samsung SDI Co., Ltd. in the above-captioned matter, is no longer affiliated with the law firm Allen & Overy LLP.  Mr. Roberti is now affiliated with the law firm of Cohen & Gresser LLP, and his new contact information is as follows:

John Roberti
COHEN & GRESSER LLP
2001 Pennsylvania Ave, NW
Suite 300
Washington, DC 20006
(202) 851 2073
JRoberti@cohengresser.com

Dated: February 28, 2022

Respectfully submitted,

*/s/ John Roberti*

John Roberti
COHEN & GRESSER LLP
2001 Pennsylvania Ave, NW
Suite 300
Washington, DC 20006
(202) 851 2073
JRoberti@cohengresser.com

*Counsel for Defendants Samsung SDI Co., Ltd., Samsung SDI America, Inc., Samsung SDI (Malaysia) SDN BHD, Samsung SDI Mexico S.A. de C.V., Samsung SDI Brasil Ltda., Shenzen Samsung SDI Co., Ltd. and Tianjin Samsung SDI Co., Ltd.*