# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

March 8, 2022

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

    Re:  Tyler Ayres, et al.
          v. Indirect Purchaser Plaintiffs, et al.
          No. 21-1218
          (Your No. 20-15697, 20-15704, 20-16081, 20-16685, 20-16686, 20-16691, 20-16699)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on March 4, 2022 and placed on the docket March 8, 2022 as No. 21-1218.

                Sincerely,

                **Scott S. Harris**, Clerk

                by

                Susan Frimpong
                Case Analyst