Jeffrey L. Kessler (*pro hac vice*)
jkessler@winston.com
Eva W. Cole (*pro hac vice*)
ewcole@winston.com
Sofia Arguello (*pro hac vice*)
sarguello@winston.com
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY  10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

Kevin B. Goldstein (*pro hac vice*)
kbgoldstein@winston.com
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60622
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

David L. Yohai (*pro hac vice*)
david.yohai@weil.com
Adam C. Hemlock *(pro hac vice)*
adam.hemlock@weil.com
David Volkut (*pro hac vice*)
david.yolkut@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153-0119
Tel.: (212) 310-8000

*Attorneys for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, and MT Picture Display Co., Ltd.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | Case No. 4:07-cv-05944-JST<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL MOLLY M. DONOVAN** |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Molly M. Donovan withdraws as counsel of record for Panasonic Corporation, Panasonic Corporation of North America, and MT Picture Display Co., Ltd. We respectfully request that her name be removed from all applicable service lists, including Notices of Electronic Filing.

Panasonic Corporation, Panasonic Corporation of North America, and MT Picture Display Co., Ltd. will continue to be represented by Winston & Strawn LLP and Weil, Gotshal & Manges LLP.

DATED: March 16, 2022

By: /s/ *Jeffrey L. Kessler*
     Jeffrey L. Kessler

Jeffrey L. Kessler (*pro hac vice*)
jkessler@winston.com
Eva W. Cole (*pro hac vice*)
ewcole@winston.com
Sofia Arguello (*pro hac vice*)
sarguello@winston.com
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

Kevin B. Goldstein (*pro hac vice*)
kbgoldstein@winston.com
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60622
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

David L. Yohai (*pro hac vice*)
david.yohai@weil.com
Adam C. Hemlock (*pro hac vice*)
adam.hemlock@weil.com
David Volkut (*pro hac vice*)
david.yolkut@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153-0119
Tel.: (212) 310-8000

-2-

|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   *Attorneys for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, and MT Picture Display Co., Ltd.*[1] |

---

[1] MT Picture Display Co., Ltd. has been dissolved and completed final liquidation proceedings in Japan on May 23, 2019.