1  John M. Taladay (*pro hac vice*)
   Evan J. Werbel (*pro hac vice*)
2  Thomas E. Carter (*pro hac vice*)
   Andrew L. Lucarelli (*pro hac vice*)
3  BAKER BOTTS LLP
   700 K Street, N.W.
4  Washington, D.C. 20001
   (202) 639-7700
5  (202) 639-7890 (fax)
   Email: john.taladay@bakerbotts.com
6          evan.werbel@bakerbotts.com
           tom.carter@bakerbotts.com
7          drew.lucarelli@bakerbotts.com

8  *Attorneys for Defendants Irico Group Corp.
   and Irico Display Devices Co., Ltd.*
9

10

11

12

13

**UNITED STATES DISTRICT COURT**

14

**NORTHERN DISTRICT OF CALIFORNIA**

15

**OAKLAND DIVISION**

16

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 4:07-cv-5944-JST |
|---|---|
17 | | MDL No. 1917 |
18 | | |
19 | This Document Relates to: | **NOTICE OF WITHDRAWAL OF COUNSEL JONATHAN A. SHAPIRO** |
20 | *ALL ACTIONS* | |

21

22

23

24

25

26

27

28

1  TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE that Jonathan A. Shapiro withdraws as counsel for Defendants Irico Group Corp. *and* Irico Display Devices Co., Ltd. (collectively, the "Irico Defendants") in the above referenced matter.  We respectfully request that his name be removed from all applicable service lists, including Notices of Electronic Filing.

    The law firm of Baker Botts L.L.P will continue to serve as counsel for the Irico Defendants.

Dated: March 18, 2022

/s/ *John M. Taladay*
John M. Taladay (*pro hac vice*)
Evan J. Werbel (*pro hac vice*)
Thomas E. Carter (*pro hac vice*)
Andrew L. Lucarelli (*pro hac vice*)
BAKER BOTTS LLP
700 K Street, N.W.
Washington, D.C. 20001
(202) 639-7700
(202) 639-7890 (fax)
Email: john.taladay@bakerbotts.com
       evan.werbel@bakerbotts.com
       tom.carter@bakerbotts.com
       drew.lucarelli@bakerbotts.com

*Attorneys for Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.*