1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-CV-5944-JST |
|---|---|
|  | MDL No. 1917 |
| This Document Relates to: | **STIPULATION AND [PROPOSED] ORDER RE: DISCOVERY SCHEDULE** |
| *ALL DIRECT PURCHASER ACTIONS* *ALL INDIRECT PURCHASER ACTIONS* | Judge:     Honorable Jon S. Tigar |

1    Direct Purchaser Plaintiffs ("DPPs"), Indirect Purchaser Plaintiffs ("IPPs") and Defendants
2    Irico Group Corporation and Irico Display Devices Co., Ltd. ("Irico" or the "Irico Defendants,"
3    collectively the "Parties"), by and through the undersigned counsel and pursuant to Federal Rule of
4    Civil Procedure 16(b)(4) and Civil Local Rule 7-12, hereby stipulate as follows:
5    WHEREAS, the Court's Scheduling Order and Referral to Magistrate Judge for Settlement
6    [ECF 5925] established the schedules for the DPP and IPP cases ("Scheduling Order");
7    WHEREAS, the Parties previously agreed to modify the existing schedule given the
8    complications arising from the COVID-19 pandemic and to accommodate the good faith efforts of
9    the parties, including a March 18, 2022 deadline to complete the depositions of Irico employees Su
10   Xiaohua and Wang Zhaojie in Hong Kong, and the Court approved the stipulation [ECF No. 5980];
11   WHEREAS, the urgent COVID-19 situation in Hong Kong has precluded the depositions
12   of Su Xiaohua and Wang Zhaojie from occurring prior to March 18, 2022;
13   WHEREAS, the Plaintiffs recently identified another Irico witness for deposition, Yan
14   Yunlong, and Irico has agreed to produce this witness; and,
15   WHEREAS, the Parties agree that modifying the current discovery schedule would
16   accommodate the Parties' efforts to complete these depositions and ensure the most efficient use of
17   the Court's time and resources.
18   IT IS HEREBY STIPULATED AND AGREED by and between counsel for DPPs, IPPs
19   and the Irico Defendants that good cause exists to modify the DPP and IPP schedules as follows:
20   1.   The March 18, 2022 deadline for the depositions of Su Xiaohua and Wang Zhaojie
21   is hereby VACATED;
22   2.   The depositions of Su Xiaohua, Wang Zhaojie, and Yan Yunlong shall be
23   completed by no later than May 31, 2022;
24   3.   Plaintiffs shall propound any additional discovery and take any additional
25   depositions with sufficient time to close Fact Discovery on August 1, 2022; and,
26   4.   This Stipulation and Order does not modify any other dates in the Scheduling Order
27   except as stated above.
28

**PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED.**

Dated: <u>    March 18, 2022    </u>           _____
HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE

Dated: March 17, 2022

| | |
|---|---|
| /s/  *R. Alexander Saveri*<br>R. Alexander Saveri (173102)<br>Geoffrey C. Rushing (126910)<br>Cadio Zirpoli (179108)<br>Matthew D. Heaphy (227224)<br>SAVERI & SAVERI, INC.<br>706 Sansome Street<br>San Francisco, CA 94111<br>Telephone: (415) 217-6810<br>Facsimile: (415) 217-6813<br><br>*Lead Counsel for Direct Purchaser Plaintiffs* | /s/  *John M. Taladay*<br>John M. Taladay (*pro hac vice*)<br>Evan J. Werbel (*pro hac vice*)<br>Thomas E. Carter (*pro hac vice*)<br>Andrew L. Lucarelli (*pro hac vice*)<br>BAKER BOTTS LLP<br>700 K Street, N.W.<br>Washington, D.C. 20001<br>(202) 639-7700<br>(202) 639-7890 (fax)<br>Email: john.taladay@bakerbotts.com<br>         evan.werbel@bakerbotts.com<br>         tom.carter@bakerbotts.com<br>         drew.lucarelli@bakerbotts.com<br><br>*Attorneys for Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.* |

/s/  *Mario N. Alioto*
Mario N. Alioto (56433)
Joseph M. Patane (72202)
Lauren C. Capurro (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2001 Union Street, Suite 482
San Francisco, CA 94123
Telephone: 415-563-7200
Facsimile: 415- 346-0679
Email: malioto@tatp.com
jpatane@tatp.com

laurenrussell@tatp.com

*Lead Counsel for the Indirect Purchaser Plaintiffs*