# EXHIBIT A



In re Cathode Ray Tube (CRT) Antitrust Litigation – MDL No. 1917, Master File No. 07-CV-5944-JST

Report on Requests for Exclusion Received For Chunghwa, Philips, Panasonic, LG, Toshiba, Hitachi, Samsung, Thomson, & Mitsubishi Direct Purchaser Settlements

| Entity* | Chunghwa<br>ECF 1294 | Philips<br>ECF 1294 | Panasonic<br>ECF 1464-2 | LG<br>ECF 1573-2 | Toshiba<br>ECF 1757-2 | Hitachi<br>ECF 2728-2 | Samsung<br>ECF 2728-2 | Thomson<br>ECF 4020 | Mitsubishi<br>(Litigated Class)<br>ECF 4330 | Opt-Out<br>Claimant |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. ABC Appliance, Inc. d/b/a ABC Warehouse | X | X | X | X | X | X | X | X | X | X |
| 2. Anheuser Busch Companies LLC | X | X | | | | | | | | |
| 3. Apple Inc | | | X | X | X | X | X | | X | |
| 4. Automated Environments, Inc | X | X | | | | | | | | |
| 5. Ayres Group | | | | X | | | | | | |
| 6. Bar Appliance & TV Inc | | | | | | | | | X | |
| 7. Best Buy Co., Inc. | X | X | X | X | X | X | X | X | X | |
| 8. Cemaz Industria Electronica Da Amazonia S/A | | | | | | X | X | X | | |
| 9. Circuit City Stores Inc | X | X | X | X | X | X | X | X | X | |
| 10. CompuCom Systems, Inc | X | X | X | X | X | X | X | | X | X |
| 11. Costco Wholesale Corporation | X | X | | X | X | X | X | X | X | X |
| 12. Dell Inc | X | X | | X | X | X | X | X | X | |
| 13. Electrograph Systems, Inc. | X | X | X | X | X | X | X | X | X | |
| 14. Hewlett-Packard Company | | | | | X | | | | | X |
| 15. IGB Electronica S/A | | | | | | X | X | X | | |
| 16. Interbond Corporation of America<br>    d/b/a BrandsMart USA | X | X | X | X | X | X | X | X | X | |
| 17. MARTA Cooperative of America | X | X | X | X | X | X | X | X | X | |
| 18. Mivar di Carlo Vichi e C.S.A.S. | | | X | X | X | | | | | |
| 19. NECO Entities & Affiliates | X | X | X | X | X | | | | | X |
| 20. Office Depot, Inc. | X | X | X | X | X | X | X | X | X | X |
| 21. P.C. Richard & Son Long Island Corporation | X | X | X | X | X | X | X | X | X | |
| 22. PBE Consumer Electronics, LLC | X | X | | | | | | | | |
| 23. Rockwell Collins | X | X | | | | | | | | X |
| 24. Schultze Agency Services, LLC (Tweeter) | X | X | X | X | X | X | X | X | X | |
| 25. Sears Roebuck / Kmart | X | X | X | X | X | X | X | X | X | |

*List of related entities and subsidiaries for each Entity requesting exclusion can be found within the Exhibits to declarations filed under identifed ECF numbers.



In re Cathode Ray Tube (CRT) Antitrust Litigation – MDL No. 1917, Master File No. 07-CV-5944-JST

Report on Requests for Exclusion Received For Chunghwa, Philips, Panasonic, LG, Toshiba, Hitachi, Samsung, Thomson, & Mitsubishi Direct Purchaser Settlements

| Entity* | Chunghwa | Philips | Panasonic | LG | Toshiba | Hitachi | Samsung | Thomson | Mitsubishi (Litigated Class) | Opt-Out Claimant |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | ECF 1294 | ECF 1294 | ECF 1464-2 | ECF 1573-2 | ECF 1757-2 | ECF 2728-2 | ECF 2728-2 | ECF 4020 | ECF 4330 | |
| 26. Sharp Corporation | X | X | X | X | X | X | X | X | X | |
| 27. Sysco Corporation | | | | | X | | | | | |
| 28. Target Corporation | X | X | X | X | X | X | X | | X | |
| 29. Tech Data Corporation | X | X | X | X | X | X | X | X | X | |
| 30. Unisys Corporation | X | X | X | X | X | | | | | X |
| 31. ViewSonic Corporation | X | X | X | X | X | X | X | | X | |

| Individual | Chunghwa | Philips | Panasonic | LG | Toshiba | Hitachi | Samsung | Thomson | Mitsubishi (Litigated Class) | Opt-Out Claimant |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | ECF 1294 | ECF 1294 | ECF 1464-2 | ECF 1573-2 | ECF 1757-2 | ECF 2728-2 | ECF 2728-2 | ECF 4020 | ECF 4330 | |
| 32. Arlene J Smith | | | | | | X | X | | | |
| 33. Jerry Laatsch | | | X | X | | | | | | |

*List of related entities and subsidiaries for each Entity requesting exclusion can be found within the Exhibits to declarations filed under identifed ECF numbers.