# EXHIBIT B



In re Cathode Ray Tube (CRT) Antitrust Litigation – MDL No. 1917, Master File No. 07-CV-5944-JST
Direct Purchaser Settlements
*Recommended Ineligible Claimants Sorted by Claim ID*

| | Claim ID | Reason for Ineligibility |
|---|---|---|
| 1 | CRTA1-10010220 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 2 | CRTA1-10013040 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 3 | CRTA1-10016333 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 4 | CRTA1-10020101 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 5 | CRTA1-10032690 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 6 | CRTA1-10032703 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 7 | CRTA1-10034480 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 8 | CRTA1-10039503 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 9 | CRTA1-10049290 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 10 | CRTA1-10063420 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 11 | CRTA1-10066098 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 12 | CRTA1-10074678 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 13 | CRTA1-10078401 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 14 | CRTA1-10091157 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 15 | CRTA1-40000222 | Indirect and/or non-Defendant purchases |
| 16 | CRTA1-40000311 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 17 | CRTA1-40000338 | Claim deemed to be fraudulent |
| 18 | CRTA1-40000370 | Claim deemed to be fraudulent |
| 19 | CRTA1-40000451 | Claim deemed to be fraudulent |
| 20 | CRTA1-40000494 | Claim deemed to be fraudulent |



In re Cathode Ray Tube (CRT) Antitrust Litigation – MDL No. 1917, Master File No. 07-CV-5944-JST
Direct Purchaser Settlements
Recommended Ineligible Claimants Sorted by Claim ID

| | Claim ID | Reason for Ineligibility |
|---|---|---|
| 21 | CRTA1-40000524 | Ineligible purchases claimed |
| 22 | CRTA1-40000540 | Claim deemed to be fraudulent |
| 23 | CRTA1-40000559 | Claim deemed to be fraudulent |
| 24 | CRTA1-40000702 | Claim deemed to be fraudulent |
| 25 | CRTA1-40000710 | Claim deemed to be fraudulent |
| 26 | CRTA1-40000869 | Claim deemed to be fraudulent |
| 27 | CRTA1-40000885 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 28 | CRTA1-40000907 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 29 | CRTA1-40000940 | Claim deemed to be fraudulent |
| 30 | CRTA1-40001083 | Claim deemed to be fraudulent |
| 31 | CRTA1-40001121 | Claim deemed to be fraudulent |
| 32 | CRTA1-40001229 | Claim deemed to be fraudulent |
| 33 | CRTA1-40001300 | Claim deemed to be fraudulent |
| 34 | CRTA1-40001326 | Claim deemed to be fraudulent |
| 35 | CRTA1-40001385 | Claim deemed to be fraudulent |
| 36 | CRTA1-40001555 | Claim deemed to be fraudulent |
| 37 | CRTA1-40001768 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 38 | CRTA1-40002381 | Claim deemed to be fraudulent |
| 39 | CRTA1-40002446 | Claim deemed to be fraudulent |
| 40 | CRTA1-40002470 | Claim deemed to be fraudulent |



In re Cathode Ray Tube (CRT) Antitrust Litigation – MDL No. 1917, Master File No. 07-CV-5944-JST
Direct Purchaser Settlements
Recommended Ineligible Claimants Sorted by Claim ID

| | Claim ID | Reason for Ineligibility |
|---|---|---|
| 41 | CRTA1-40002489 | Claim deemed to be fraudulent |
| 42 | CRTA1-40005151 | Claim deemed to be fraudulent |
| 43 | CRTA1-40005917 | Claim deemed to be fraudulent |
| 44 | CRTA1-40007103 | Claim deemed to be fraudulent |
| 45 | CRTA1-40007111 | Claim deemed to be fraudulent |
| 46 | CRTA1-40007138 | Claim deemed to be fraudulent |
| 47 | CRTA1-40007146 | Claim deemed to be fraudulent |
| 48 | CRTA1-40007499 | Ineligible purchases claimed |
| 49 | CRTA1-40007901 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 50 | CRTA1-40008380 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 51 | CRTA1-40008657 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 52 | CRTA1-40009750 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 53 | CRTA1-40009882 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 54 | CRTA1-40010210 | Claimant is a defendant-affiliated entity |
| 55 | CRTA1-40010228 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 56 | CRTA1-40010236 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 57 | CRTA1-40010392 | Claimant is a defendant-affiliated entity |
| 58 | CRTA1-40010570 | Claim deemed to be fraudulent |
| 59 | CRTA1-40010724 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 60 | CRTA1-40010821 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |



In re Cathode Ray Tube (CRT) Antitrust Litigation – MDL No. 1917, Master File No. 07-CV-5944-JST
Direct Purchaser Settlements
Recommended Ineligible Claimants Sorted by Claim ID

| | Claim ID | Reason for Ineligibility |
|---|---|---|
| 61 | CRTA1-40010961 | Claim deemed to be fraudulent |
| 62 | CRTA1-40010988 | Claim deemed to be fraudulent |
| 63 | CRTA1-40011020 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 64 | CRTA1-40011046 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 65 | CRTA1-40011267 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 66 | CRTA1-40011283 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 67 | CRTA1-40011330 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 68 | CRTA1-40011356 | Claim deemed to be fraudulent |
| 69 | CRTA1-40011372 | Claim deemed to be fraudulent |
| 70 | CRTA1-40011380 | Claim deemed to be fraudulent |
| 71 | CRTA1-40011399 | Claim deemed to be fraudulent |
| 72 | CRTA1-40011402 | Claim deemed to be fraudulent |
| 73 | CRTA1-40011410 | Claim deemed to be fraudulent |
| 74 | CRTA1-40011437 | Claim deemed to be fraudulent |
| 75 | CRTA1-40011445 | Claim deemed to be fraudulent |
| 76 | CRTA1-40011488 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 77 | CRTA1-40011526 | Claim deemed to be fraudulent |
| 78 | CRTA1-40011534 | Claim deemed to be fraudulent |
| 79 | CRTA1-40011542 | Claim deemed to be fraudulent |
| 80 | CRTA1-40011550 | Claim deemed to be fraudulent |



In re Cathode Ray Tube (CRT) Antitrust Litigation – MDL No. 1917, Master File No. 07-CV-5944-JST
Direct Purchaser Settlements
Recommended Ineligible Claimants Sorted by Claim ID

| | Claim ID | Reason for Ineligibility |
|---|---|---|
| 81 | CRTA1-40011569 | Claim deemed to be fraudulent |
| 82 | CRTA1-40011585 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 83 | CRTA1-40011755 | Claim deemed to be fraudulent |
| 84 | CRTA1-40011763 | Claim deemed to be fraudulent |
| 85 | CRTA1-40011771 | Claim deemed to be fraudulent |
| 86 | CRTA1-40011780 | Claim deemed to be fraudulent |
| 87 | CRTA1-40011798 | Claim deemed to be fraudulent |
| 88 | CRTA1-40011976 | Claim deemed to be fraudulent |
| 89 | CRTA1-40012000 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 90 | CRTA1-40012018 | Ineligible purchases claimed |
| 91 | CRTA1-40012050 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 92 | CRTA1-40012085 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 93 | CRTA1-40012352 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 94 | CRTA1-40012417 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 95 | CRTA1-40012425 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 96 | CRTA1-40012450 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 97 | CRTA1-40012484 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 98 | CRTA1-40012506 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 99 | CRTA1-40012883 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 100 | CRTA1-40013006 | Claim deemed to be fraudulent |



In re Cathode Ray Tube (CRT) Antitrust Litigation – MDL No. 1917, Master File No. 07-CV-5944-JST
Direct Purchaser Settlements
Recommended Ineligible Claimants Sorted by Claim ID

| Claim ID | | Reason for Ineligibility |
|---|---|---|
| 101 | CRTA1-40013146 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 102 | CRTA1-40013162 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 103 | CRTA1-40013170 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 104 | CRTA1-40013227 | Claim deemed to be fraudulent |
| 105 | CRTA1-40013260 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 106 | CRTA1-40013278 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 107 | CRTA1-40013294 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 108 | CRTA1-40013359 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 109 | CRTA1-40013383 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 110 | CRTA1-40013391 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 111 | CRTA1-40013430 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 112 | CRTA1-40013510 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 113 | CRTA1-40013642 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 114 | CRTA1-40013758 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 115 | CRTA1-40013987 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 116 | CRTA1-40014320 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 117 | CRTA1-40014525 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 118 | CRTA1-40014533 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 119 | CRTA1-40014541 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 120 | CRTA1-40014550 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |



In re Cathode Ray Tube (CRT) Antitrust Litigation – MDL No. 1917, Master File No. 07-CV-5944-JST
Direct Purchaser Settlements
*Recommended Ineligible Claimants Sorted by Claim ID*

| | Claim ID | Reason for Ineligibility |
|---|---|---|
| 121 | CRTA1-40014576 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 122 | CRTA1-40014584 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 123 | CRTA1-40014592 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 124 | CRTA1-40014606 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 125 | CRTA1-40014614 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 126 | CRTA1-40014762 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 127 | CRTA1-40014770 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 128 | CRTA1-40014789 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 129 | CRTA1-40014860 | Indirect and/or non-Defendant purchases |
| 130 | CRTA1-40015491 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 131 | CRTA1-40015505 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 132 | CRTA1-40015513 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 133 | CRTA1-40015521 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 134 | CRTA1-40015530 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 135 | CRTA1-40015548 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 136 | CRTA1-40015556 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 137 | CRTA1-40015572 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 138 | CRTA1-40015580 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 139 | CRTA1-40015599 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 140 | CRTA1-40015602 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |



In re Cathode Ray Tube (CRT) Antitrust Litigation – MDL No. 1917, Master File No. 07-CV-5944-JST
Direct Purchaser Settlements
Recommended Ineligible Claimants Sorted by Claim ID

| Claim ID | | Reason for Ineligibility |
|---|---|---|
| 141 | CRTA1-40015700 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 142 | CRTA1-40157535 | Claim deemed to be fraudulent |
| 143 | CRTA1-40158019 | Claim deemed to be fraudulent |
| 144 | CRTA1-40158140 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 145 | CRTA1-40158167 | Claim deemed to be fraudulent |
| 146 | CRTA1-40158213 | Claim deemed to be fraudulent |
| 147 | CRTA1-40158221 | Claim deemed to be fraudulent |
| 148 | CRTA1-40158345 | Claim deemed to be fraudulent |
| 149 | CRTA1-40158370 | Claim deemed to be fraudulent |
| 150 | CRTA1-40158485 | Claim deemed to be fraudulent |
| 151 | CRTA1-40158663 | Claim deemed to be fraudulent |
| 152 | CRTA1-40158671 | Claim deemed to be fraudulent |
| 153 | CRTA1-40158698 | Claim deemed to be fraudulent |
| 154 | CRTA1-40158701 | Claim deemed to be fraudulent |
| 155 | CRTA1-40158736 | Claim deemed to be fraudulent |
| 156 | CRTA1-40158787 | Claim deemed to be fraudulent |
| 157 | CRTA1-40158795 | Claim deemed to be fraudulent |
| 158 | CRTA1-40158825 | Claim deemed to be fraudulent |
| 159 | CRTA1-40158841 | Claim deemed to be fraudulent |
| 160 | CRTA1-40158868 | Claim deemed to be fraudulent |



In re Cathode Ray Tube (CRT) Antitrust Litigation – MDL No. 1917, Master File No. 07-CV-5944-JST
Direct Purchaser Settlements
Recommended Ineligible Claimants Sorted by Claim ID

| | Claim ID | Reason for Ineligibility |
|---|---|---|
| 161 | CRTA1-40158884 | Claim deemed to be fraudulent |
| 162 | CRTA1-40158914 | Claim deemed to be fraudulent |
| 163 | CRTA1-40158930 | Claim deemed to be fraudulent |
| 164 | CRTA1-40158949 | Claim deemed to be fraudulent |
| 165 | CRTA1-40158965 | Claim deemed to be fraudulent |
| 166 | CRTA1-40159031 | Claim deemed to be fraudulent |
| 167 | CRTA1-40159058 | Claim deemed to be fraudulent |
| 168 | CRTA1-40159074 | Claim deemed to be fraudulent |
| 169 | CRTA1-40159082 | Claim deemed to be fraudulent |
| 170 | CRTA1-40159090 | Claim deemed to be fraudulent |
| 171 | CRTA1-40159120 | Claim deemed to be fraudulent |
| 172 | CRTA1-40159139 | Claim deemed to be fraudulent |
| 173 | CRTA1-40159155 | Claim deemed to be fraudulent |
| 174 | CRTA1-40159171 | Claim deemed to be fraudulent |
| 175 | CRTA1-40159236 | Claim deemed to be fraudulent |
| 176 | CRTA1-40159252 | Claim deemed to be fraudulent |
| 177 | CRTA1-40159260 | Claim deemed to be fraudulent |
| 178 | CRTA1-40159287 | Claim deemed to be fraudulent |
| 179 | CRTA1-40159295 | Claim deemed to be fraudulent |
| 180 | CRTA1-40159333 | Claim deemed to be fraudulent |



In re Cathode Ray Tube (CRT) Antitrust Litigation – MDL No. 1917, Master File No. 07-CV-5944-JST
Direct Purchaser Settlements
Recommended Ineligible Claimants Sorted by Claim ID

| | Claim ID | Reason for Ineligibility |
|---|---|---|
| 181 | CRTA1-40159406 | Claim deemed to be fraudulent |
| 182 | CRTA1-40159414 | Claim deemed to be fraudulent |
| 183 | CRTA1-40159430 | Claim deemed to be fraudulent |
| 184 | CRTA1-40159449 | Claim deemed to be fraudulent |
| 185 | CRTA1-40159457 | Claim deemed to be fraudulent |
| 186 | CRTA1-40159490 | Claim deemed to be fraudulent |
| 187 | CRTA1-40159538 | Claim deemed to be fraudulent |
| 188 | CRTA1-40159554 | Claim deemed to be fraudulent |
| 189 | CRTA1-40159589 | Claim deemed to be fraudulent |
| 190 | CRTA1-40159597 | Claim deemed to be fraudulent |
| 191 | CRTA1-40159627 | Claim deemed to be fraudulent |
| 192 | CRTA1-40159635 | Claim deemed to be fraudulent |
| 193 | CRTA1-40159678 | Claim deemed to be fraudulent |
| 194 | CRTA1-40159686 | Claim deemed to be fraudulent |
| 195 | CRTA1-40159716 | Claim deemed to be fraudulent |
| 196 | CRTA1-40159724 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 197 | CRTA1-40159732 | Claim deemed to be fraudulent |
| 198 | CRTA1-40159740 | Claim deemed to be fraudulent |
| 199 | CRTA1-40159759 | Claim deemed to be fraudulent |
| 200 | CRTA1-40159767 | Claim deemed to be fraudulent |



In re Cathode Ray Tube (CRT) Antitrust Litigation – MDL No. 1917, Master File No. 07-CV-5944-JST
Direct Purchaser Settlements
Recommended Ineligible Claimants Sorted by Claim ID

| | Claim ID | Reason for Ineligibility |
|---|---|---|
| 201 | CRTA1-40159775 | Claim deemed to be fraudulent |
| 202 | CRTA1-40159783 | Claim deemed to be fraudulent |
| 203 | CRTA1-40159813 | Claim deemed to be fraudulent |
| 204 | CRTA1-40159821 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 205 | CRTA1-40159830 | Claim deemed to be fraudulent |
| 206 | CRTA1-40159848 | Claim deemed to be fraudulent |
| 207 | CRTA1-40159880 | Claim deemed to be fraudulent |
| 208 | CRTA1-40159899 | Claim deemed to be fraudulent |
| 209 | CRTA1-40159929 | Claim deemed to be fraudulent |
| 210 | CRTA1-40159937 | Claim deemed to be fraudulent |
| 211 | CRTA1-40159945 | Claim deemed to be fraudulent |
| 212 | CRTA1-40159953 | Claim deemed to be fraudulent |
| 213 | CRTA1-40159996 | Claim deemed to be fraudulent |
| 214 | CRTA1-40160021 | Claim deemed to be fraudulent |
| 215 | CRTA1-40160030 | Claim deemed to be fraudulent |
| 216 | CRTA1-40160048 | Claim deemed to be fraudulent |
| 217 | CRTA1-40160099 | Claim deemed to be fraudulent |
| 218 | CRTA1-40160102 | Claim deemed to be fraudulent |
| 219 | CRTA1-40160110 | Claim deemed to be fraudulent |
| 220 | CRTA1-40160129 | Claim deemed to be fraudulent |



In re Cathode Ray Tube (CRT) Antitrust Litigation – MDL No. 1917, Master File No. 07-CV-5944-JST
Direct Purchaser Settlements
Recommended Ineligible Claimants Sorted by Claim ID

| | Claim ID | Reason for Ineligibility |
|---|---|---|
| 221 | CRTA1-40160145 | Claim deemed to be fraudulent |
| 222 | CRTA1-40160226 | Claim deemed to be fraudulent |
| 223 | CRTA1-40160234 | Claim deemed to be fraudulent |
| 224 | CRTA1-40160242 | Claim deemed to be fraudulent |
| 225 | CRTA1-40160250 | Claim deemed to be fraudulent |
| 226 | CRTA1-40160269 | Claim deemed to be fraudulent |
| 227 | CRTA1-40160285 | Claim deemed to be fraudulent |
| 228 | CRTA1-40160293 | Claim deemed to be fraudulent |
| 229 | CRTA1-40160307 | Claim deemed to be fraudulent |
| 230 | CRTA1-40160315 | Claim deemed to be fraudulent |
| 231 | CRTA1-40160323 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 232 | CRTA1-40160331 | Claim deemed to be fraudulent |
| 233 | CRTA1-40160340 | Claim deemed to be fraudulent |
| 234 | CRTA1-40160374 | Claim deemed to be fraudulent |
| 235 | CRTA1-40160382 | Claim deemed to be fraudulent |
| 236 | CRTA1-40160412 | Claim deemed to be fraudulent |
| 237 | CRTA1-40160420 | Claim deemed to be fraudulent |
| 238 | CRTA1-40160447 | Claim deemed to be fraudulent |
| 239 | CRTA1-40160455 | Claim deemed to be fraudulent |
| 240 | CRTA1-40160463 | Claim deemed to be fraudulent |



In re Cathode Ray Tube (CRT) Antitrust Litigation – MDL No. 1917, Master File No. 07-CV-5944-JST
Direct Purchaser Settlements
Recommended Ineligible Claimants Sorted by Claim ID

| | Claim ID | Reason for Ineligibility |
|---|---|---|
| 241 | CRTA1-40160471 | Claim deemed to be fraudulent |
| 242 | CRTA1-40160498 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 243 | CRTA1-40160501 | Claim deemed to be fraudulent |
| 244 | CRTA1-40160510 | Indirect and/or non-Defendant purchases |
| 245 | CRTA1-40160544 | Claim deemed to be fraudulent |
| 246 | CRTA1-40160552 | Claim deemed to be fraudulent |
| 247 | CRTA1-40160560 | Claim deemed to be fraudulent |
| 248 | CRTA1-40160595 | Claim deemed to be fraudulent |
| 249 | CRTA1-40160609 | Claim deemed to be fraudulent |
| 250 | CRTA1-40160617 | Claim deemed to be fraudulent |
| 251 | CRTA1-40160625 | Claim deemed to be fraudulent |
| 252 | CRTA1-40160633 | Indirect and/or non-Defendant purchases |
| 253 | CRTA1-40160641 | Claim deemed to be fraudulent |
| 254 | CRTA1-40160650 | Claim deemed to be fraudulent |
| 255 | CRTA1-40160684 | Claim deemed to be fraudulent |
| 256 | CRTA1-40160692 | Indirect and/or non-Defendant purchases |
| 257 | CRTA1-40160781 | Claim deemed to be fraudulent |
| 258 | CRTA1-40160790 | Claim deemed to be fraudulent |
| 259 | CRTA1-40160803 | Claim deemed to be fraudulent |
| 260 | CRTA1-40160811 | Claim deemed to be fraudulent |



In re Cathode Ray Tube (CRT) Antitrust Litigation – MDL No. 1917, Master File No. 07-CV-5944-JST
Direct Purchaser Settlements
Recommended Ineligible Claimants Sorted by Claim ID

| | Claim ID | Reason for Ineligibility |
|---|---|---|
| 261 | CRTA1-40160820 | Claim deemed to be fraudulent |
| 262 | CRTA1-40160838 | Indirect and/or non-Defendant purchases |
| 263 | CRTA1-40160862 | Claim deemed to be fraudulent |
| 264 | CRTA1-40160870 | Claim deemed to be fraudulent |
| 265 | CRTA1-40160897 | Claim deemed to be fraudulent |
| 266 | CRTA1-40160900 | Indirect and/or non-Defendant purchases |
| 267 | CRTA1-40160919 | Indirect and/or non-Defendant purchases |
| 268 | CRTA1-40160927 | Claim deemed to be fraudulent |
| 269 | CRTA1-40160935 | Claim deemed to be fraudulent |
| 270 | CRTA1-40160943 | Claim deemed to be fraudulent |
| 271 | CRTA1-40160951 | Claim deemed to be fraudulent |
| 272 | CRTA1-40160960 | Indirect and/or non-Defendant purchases |
| 273 | CRTA1-40160978 | Claim deemed to be fraudulent |
| 274 | CRTA1-40160986 | Claim deemed to be fraudulent |
| 275 | CRTA1-40160994 | Claim deemed to be fraudulent |
| 276 | CRTA1-40161001 | Claim deemed to be fraudulent |
| 277 | CRTA1-40161010 | Indirect and/or non-Defendant purchases |
| 278 | CRTA1-40161028 | Claim deemed to be fraudulent |
| 279 | CRTA1-40161044 | Indirect and/or non-Defendant purchases |
| 280 | CRTA1-40161052 | Indirect and/or non-Defendant purchases |



In re Cathode Ray Tube (CRT) Antitrust Litigation – MDL No. 1917, Master File No. 07-CV-5944-JST
Direct Purchaser Settlements
Recommended Ineligible Claimants Sorted by Claim ID

| Claim ID | | Reason for Ineligibility |
|---|---|---|
| 281 | CRTA1-40161060 | Indirect and/or non-Defendant purchases |
| 282 | CRTA1-40161079 | Indirect and/or non-Defendant purchases |
| 283 | CRTA1-40161087 | Indirect and/or non-Defendant purchases |
| 284 | CRTA1-40161109 | Claim deemed to be fraudulent |
| 285 | CRTA1-40161117 | Claim deemed to be fraudulent |
| 286 | CRTA1-40161125 | Indirect and/or non-Defendant purchases |
| 287 | CRTA1-40161133 | Claim deemed to be fraudulent |
| 288 | CRTA1-40161141 | Indirect and/or non-Defendant purchases |
| 289 | CRTA1-40161150 | Claim deemed to be fraudulent |
| 290 | CRTA1-40161168 | Indirect and/or non-Defendant purchases |
| 291 | CRTA1-40161176 | Claim deemed to be fraudulent |
| 292 | CRTA1-40161184 | Indirect and/or non-Defendant purchases |
| 293 | CRTA1-40161192 | Indirect and/or non-Defendant purchases |
| 294 | CRTA1-40161206 | Claim deemed to be fraudulent |
| 295 | CRTA1-40161214 | Indirect and/or non-Defendant purchases |
| 296 | CRTA1-40161222 | Claim deemed to be fraudulent |
| 297 | CRTA1-40161230 | Claim deemed to be fraudulent |
| 298 | CRTA1-40161346 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 299 | CRTA1-40161389 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 300 | CRTA1-40161397 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |



In re Cathode Ray Tube (CRT) Antitrust Litigation – MDL No. 1917, Master File No. 07-CV-5944-JST
Direct Purchaser Settlements
Recommended Ineligible Claimants Sorted by Claim ID

| | Claim ID | Reason for Ineligibility |
|---|---|---|
| 301 | CRTA1-40161419 | Claim deemed to be fraudulent |
| 302 | CRTA1-40161427 | Claim deemed to be fraudulent |
| 303 | CRTA1-40161435 | Indirect and/or non-Defendant purchases |
| 304 | CRTA1-40161486 | Claim deemed to be fraudulent |
| 305 | CRTA1-40161508 | Claim deemed to be fraudulent |
| 306 | CRTA1-40161516 | Claim deemed to be fraudulent |
| 307 | CRTA1-40161753 | Claim deemed to be fraudulent |
| 308 | CRTA1-40161800 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 309 | CRTA1-40161818 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 310 | CRTA1-40161826 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 311 | CRTA1-40161834 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 312 | CRTA1-40161842 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 313 | CRTA1-40161850 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 314 | CRTA1-40161869 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 315 | CRTA1-40161877 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 316 | CRTA1-40161885 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 317 | CRTA1-40161893 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 318 | CRTA1-40161907 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 319 | CRTA1-40161915 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 320 | CRTA1-40161923 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |



In re Cathode Ray Tube (CRT) Antitrust Litigation – MDL No. 1917, Master File No. 07-CV-5944-JST
Direct Purchaser Settlements
Recommended Ineligible Claimants Sorted by Claim ID

| | Claim ID | Reason for Ineligibility |
|---|---|---|
| 321 | CRTA1-40161931 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 322 | CRTA1-40161940 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 323 | CRTA1-40161958 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 324 | CRTA1-40161966 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 325 | CRTA1-40161974 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 326 | CRTA1-40161982 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 327 | CRTA1-40161990 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 328 | CRTA1-40162008 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 329 | CRTA1-40162016 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 330 | CRTA1-40162024 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 331 | CRTA1-40162032 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 332 | CRTA1-40162040 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 333 | CRTA1-40162059 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 334 | CRTA1-40162067 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 335 | CRTA1-40162075 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 336 | CRTA1-40162083 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 337 | CRTA1-40162091 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 338 | CRTA1-40162105 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 339 | CRTA1-40162113 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 340 | CRTA1-40162121 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |



In re Cathode Ray Tube (CRT) Antitrust Litigation – MDL No. 1917, Master File No. 07-CV-5944-JST
Direct Purchaser Settlements
Recommended Ineligible Claimants Sorted by Claim ID

| | Claim ID | Reason for Ineligibility |
|---|---|---|
| 341 | CRTA1-40162130 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 342 | CRTA1-40162148 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 343 | CRTA1-40162156 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 344 | CRTA1-40162164 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 345 | CRTA1-40162172 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 346 | CRTA1-40162180 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 347 | CRTA1-40162199 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 348 | CRTA1-40162202 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 349 | CRTA1-40162210 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 350 | CRTA1-40162229 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 351 | CRTA1-40162237 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 352 | CRTA1-40162245 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 353 | CRTA1-40162288 | Claim deemed to be fraudulent |
| 354 | CRTA1-40162385 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 355 | CRTA1-40162423 | Claim deemed to be fraudulent |
| 356 | CRTA1-40162490 | Claim deemed to be fraudulent |
| 357 | CRTA1-40162512 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 358 | CRTA1-40162580 | Claim deemed to be fraudulent |
| 359 | CRTA1-40162660 | Claim deemed to be fraudulent |
| 360 | CRTA1-40162687 | Claim deemed to be fraudulent |



In re Cathode Ray Tube (CRT) Antitrust Litigation – MDL No. 1917, Master File No. 07-CV-5944-JST
Direct Purchaser Settlements
Recommended Ineligible Claimants Sorted by Claim ID

| | Claim ID | Reason for Ineligibility |
|---|---|---|
| 361 | CRTA1-40162695 | Claim deemed to be fraudulent |
| 362 | CRTA1-40162709 | Claim deemed to be fraudulent |
| 363 | CRTA1-40162776 | Claim deemed to be fraudulent |
| 364 | CRTA1-40162792 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 365 | CRTA1-40162806 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 366 | CRTA1-40162814 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 367 | CRTA1-40162822 | Claim deemed to be fraudulent |
| 368 | CRTA1-40162830 | Claim deemed to be fraudulent |
| 369 | CRTA1-40162849 | Claim deemed to be fraudulent |
| 370 | CRTA1-40163063 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 371 | CRTA1-40163110 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 372 | CRTA1-40163306 | Claim deemed to be fraudulent |
| 373 | CRTA1-40163314 | Claim deemed to be fraudulent |
| 374 | CRTA1-40163322 | Claim deemed to be fraudulent |
| 375 | CRTA1-40163330 | Claim deemed to be fraudulent |
| 376 | CRTA1-40163349 | Claim deemed to be fraudulent |
| 377 | CRTA1-40163357 | Claim deemed to be fraudulent |
| 378 | CRTA1-40163365 | Claim deemed to be fraudulent |
| 379 | CRTA1-40163373 | Claim deemed to be fraudulent |
| 380 | CRTA1-40163381 | Claim deemed to be fraudulent |



In re Cathode Ray Tube (CRT) Antitrust Litigation – MDL No. 1917, Master File No. 07-CV-5944-JST
Direct Purchaser Settlements
Recommended Ineligible Claimants Sorted by Claim ID

| | Claim ID | Reason for Ineligibility |
|---|---|---|
| 381 | CRTA1-40163390 | Claim deemed to be fraudulent |
| 382 | CRTA1-40163403 | Claim deemed to be fraudulent |
| 383 | CRTA1-40163411 | Claim deemed to be fraudulent |
| 384 | CRTA1-40163420 | Claim deemed to be fraudulent |
| 385 | CRTA1-40163438 | Claim deemed to be fraudulent |
| 386 | CRTA1-40163560 | Claim deemed to be fraudulent |
| 387 | CRTA1-40163616 | Claim deemed to be fraudulent |
| 388 | CRTA1-40163624 | Claim deemed to be fraudulent |
| 389 | CRTA1-40163640 | Claim deemed to be fraudulent |
| 390 | CRTA1-40163659 | Claim deemed to be fraudulent |
| 391 | CRTA1-40163667 | Claim deemed to be fraudulent |
| 392 | CRTA1-40163675 | Claim deemed to be fraudulent |
| 393 | CRTA1-40163683 | Claim deemed to be fraudulent |
| 394 | CRTA1-40163713 | Claim deemed to be fraudulent |
| 395 | CRTA1-70000069 | Claim deemed to be fraudulent |
| 396 | CRTA1-70000077 | Claim deemed to be fraudulent |
| 397 | CRTA1-70000085 | Claim deemed to be fraudulent |
| 398 | CRTA1-70000093 | Claim deemed to be fraudulent |
| 399 | CRTA1-70000107 | Claim deemed to be fraudulent |
| 400 | CRTA1-70000212 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |



In re Cathode Ray Tube (CRT) Antitrust Litigation – MDL No. 1917, Master File No. 07-CV-5944-JST
Direct Purchaser Settlements
Recommended Ineligible Claimants Sorted by Claim ID

| Claim ID | | Reason for Ineligibility |
|---|---|---|
| 401 | CRTA1-70000301 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 402 | CRTA1-70000310 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 403 | CRTA1-70000328 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 404 | CRTA1-70000336 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 405 | CRTA1-70000344 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 406 | CRTA1-70000352 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 407 | CRTA1-70000360 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 408 | CRTA1-70000379 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 409 | CRTA1-70000387 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 410 | CRTA1-70000395 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 411 | CRTA1-70000409 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 412 | CRTA1-70000417 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 413 | CRTA1-70000425 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 414 | CRTA1-70000433 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 415 | CRTA1-70000441 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 416 | CRTA1-70000450 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 417 | CRTA1-70000468 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 418 | CRTA1-70000476 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 419 | CRTA1-70000484 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 420 | CRTA1-70000492 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |



In re Cathode Ray Tube (CRT) Antitrust Litigation – MDL No. 1917, Master File No. 07-CV-5944-JST
Direct Purchaser Settlements
Recommended Ineligible Claimants Sorted by Claim ID

| | Claim ID | Reason for Ineligibility |
|---|---|---|
| 421 | CRTA1-70000506 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 422 | CRTA1-70000514 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 423 | CRTA1-70000522 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 424 | CRTA1-70000530 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 425 | CRTA1-70000549 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 426 | CRTA1-70000557 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 427 | CRTA1-70000565 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 428 | CRTA1-70000573 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 429 | CRTA1-70000590 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 430 | CRTA1-70000603 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 431 | CRTA1-70000620 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 432 | CRTA1-70000638 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 433 | CRTA1-70000646 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 434 | CRTA1-70000654 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 435 | CRTA1-70000670 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 436 | CRTA1-70000689 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 437 | CRTA1-70000697 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 438 | CRTA1-70000700 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 439 | CRTA1-70000719 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 440 | CRTA1-70000727 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |



In re Cathode Ray Tube (CRT) Antitrust Litigation – MDL No. 1917, Master File No. 07-CV-5944-JST
Direct Purchaser Settlements
Recommended Ineligible Claimants Sorted by Claim ID

| Claim ID | | Reason for Ineligibility |
|---|---|---|
| 441 | CRTA1-70000735 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 442 | CRTA1-70000743 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 443 | CRTA1-70000751 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 444 | CRTA1-70000760 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 445 | CRTA1-70000778 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 446 | CRTA1-70000786 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 447 | CRTA1-70000794 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 448 | CRTA1-70004749 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 449 | CRTA1-70004757 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 450 | CRTA1-70004765 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 451 | CRTA1-70004773 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 452 | CRTA1-70004781 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 453 | CRTA1-70004790 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 454 | CRTA1-70004803 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 455 | CRTA1-70004811 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 456 | CRTA1-70004820 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 457 | CRTA1-70004838 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 458 | CRTA1-70004846 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 459 | CRTA1-70004854 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 460 | CRTA1-70004862 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |



In re Cathode Ray Tube (CRT) Antitrust Litigation – MDL No. 1917, Master File No. 07-CV-5944-JST
Direct Purchaser Settlements
Recommended Ineligible Claimants Sorted by Claim ID

| | Claim ID | Reason for Ineligibility |
|---|---|---|
| 461 | CRTA1-70004870 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 462 | CRTA1-70004889 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 463 | CRTA1-70004897 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 464 | CRTA1-70004900 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 465 | CRTA1-70004919 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 466 | CRTA1-70004927 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 467 | CRTA1-70004935 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 468 | CRTA1-70004943 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 469 | CRTA1-70004951 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 470 | CRTA1-70004960 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 471 | CRTA1-70004986 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 472 | CRTA1-70004994 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 473 | CRTA1-70005001 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 474 | CRTA1-70005010 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 475 | CRTA1-70005028 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 476 | CRTA1-70005036 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 477 | CRTA1-70005044 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 478 | CRTA1-70005052 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 479 | CRTA1-70005060 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 480 | CRTA1-70005079 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |



In re Cathode Ray Tube (CRT) Antitrust Litigation – MDL No. 1917, Master File No. 07-CV-5944-JST
Direct Purchaser Settlements
Recommended Ineligible Claimants Sorted by Claim ID

| Claim ID | | Reason for Ineligibility |
|---|---|---|
| 481 | CRTA1-70005087 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 482 | CRTA1-70005095 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 483 | CRTA1-70005109 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 484 | CRTA1-70005117 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 485 | CRTA1-70005125 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 486 | CRTA1-70005133 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 487 | CRTA1-70005150 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 488 | CRTA1-70005168 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 489 | CRTA1-70005176 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 490 | CRTA1-70005184 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 491 | CRTA1-70005230 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 492 | CRTA1-70005249 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 493 | CRTA1-70005257 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 494 | CRTA1-70005265 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 495 | CRTA1-70005273 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 496 | CRTA1-70005281 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 497 | CRTA1-70005290 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 498 | CRTA1-70005303 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 499 | CRTA1-70005311 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 500 | CRTA1-70005320 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |



In re Cathode Ray Tube (CRT) Antitrust Litigation – MDL No. 1917, Master File No. 07-CV-5944-JST
Direct Purchaser Settlements
Recommended Ineligible Claimants Sorted by Claim ID

| | Claim ID | Reason for Ineligibility |
|---|---|---|
| 501 | CRTA1-70005338 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 502 | CRTA1-70005354 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 503 | CRTA1-70005362 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 504 | CRTA1-70005745 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 505 | CRTA1-70005753 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 506 | CRTA1-70005761 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 507 | CRTA1-70005770 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 508 | CRTA1-70005788 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 509 | CRTA1-70005796 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 510 | CRTA1-70005800 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 511 | CRTA1-70005818 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 512 | CRTA1-70005826 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 513 | CRTA1-70005834 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 514 | CRTA1-70005842 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 515 | CRTA1-70005850 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 516 | CRTA1-70005869 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 517 | CRTA1-70005877 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 518 | CRTA1-70005885 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 519 | CRTA1-70005893 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 520 | CRTA1-70005907 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |



In re Cathode Ray Tube (CRT) Antitrust Litigation – MDL No. 1917, Master File No. 07-CV-5944-JST
Direct Purchaser Settlements
Recommended Ineligible Claimants Sorted by Claim ID

| | Claim ID | Reason for Ineligibility |
|---|---|---|
| 521 | CRTA1-70005940 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 522 | CRTA1-70005958 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 523 | CRTA1-70008493 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 524 | CRTA1-70008507 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 525 | CRTA1-70008515 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 526 | CRTA1-70010080 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 527 | CRTA1-70010374 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 528 | CRTA1-70010390 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 529 | CRTA1-70010404 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 530 | CRTA1-70010447 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 531 | CRTA1-70010471 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 532 | CRTA1-70010501 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 533 | CRTA1-70010544 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 534 | CRTA1-70010595 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 535 | CRTA1-70010617 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 536 | CRTA1-70010633 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 537 | CRTA1-70010650 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 538 | CRTA1-70010668 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 539 | CRTA1-70010684 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 540 | CRTA1-70010692 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |



In re Cathode Ray Tube (CRT) Antitrust Litigation – MDL No. 1917, Master File No. 07-CV-5944-JST
Direct Purchaser Settlements
Recommended Ineligible Claimants Sorted by Claim ID

| | Claim ID | Reason for Ineligibility |
|---|---|---|
| 541 | CRTA1-70010714 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 542 | CRTA1-70010749 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 543 | CRTA1-70010757 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 544 | CRTA1-70010765 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 545 | CRTA1-70010773 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 546 | CRTA1-70010781 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 547 | CRTA1-70010790 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 548 | CRTA1-70010811 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 549 | CRTA1-70010820 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 550 | CRTA1-70010838 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 551 | CRTA1-70010846 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 552 | CRTA1-70010854 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 553 | CRTA1-70010889 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 554 | CRTA1-70010935 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 555 | CRTA1-70010943 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 556 | CRTA1-70010960 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 557 | CRTA1-70010994 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 558 | CRTA1-70011001 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 559 | CRTA1-70011028 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 560 | CRTA1-70012954 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |



In re Cathode Ray Tube (CRT) Antitrust Litigation – MDL No. 1917, Master File No. 07-CV-5944-JST
Direct Purchaser Settlements
Recommended Ineligible Claimants Sorted by Claim ID

| | Claim ID | Reason for Ineligibility |
|---|---|---|
| 561 | CRTA1-70013098 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 562 | CRTA1-70013101 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 563 | CRTA1-70013209 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 564 | CRTA1-70013241 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 565 | CRTA1-90000170 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 566 | CRTA1-90000188 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 567 | CRTA1-90000218 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 568 | CRTA1-90000234 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 569 | CRTA1-90000463 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 570 | CRTA1-90000978 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 571 | CRTA1-90001346 | Claim deemed to be fraudulent |
| 572 | CRTA1-90001370 | Claim deemed to be fraudulent |
| 573 | CRTA1-90001389 | Claim deemed to be fraudulent |
| 574 | CRTA1-90001397 | Claim deemed to be fraudulent |
| 575 | CRTA1-90001443 | Claim deemed to be fraudulent |
| 576 | CRTA1-90001494 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |
| 577 | CRTA1-90001516 | Documentation insufficient to substantiate claim or no documentation submitted in response to request from KCC |