# EXHIBIT C

3/31/2022
Cathode Ray Tube (CRT) Antitrust Litigation
Rick Saveri, Esq.
Saveri & Saveri, Inc.
706 Sansome Street
San Francisco, CA 94111-1730

KCC
P.O. Box 6191, Novato, CA 94948-6191
415-798-5900, 800-211-5201
www.kccllc.com
Fed Tax ID# 20-8049009

**In re Cathode Ray Tube (CRT) Antitrust Litigation – MDL No. 1917, Master File No. 07-CV-5944-JST Direct Purchaser Settlements**
Administration Fees Incurred & Estimated Amount Remaining

Administration Fees Incurred and Paid: $485,513.73

| | Invoice Date | Invoice Number | Invoice Amount | Invoice Summary | Declaration Reference |
|---|---|---|---|---|---|
| 1 | 6/29/2012 | 3952-1 | $76,029.72 | Professional services, out-of-pocket expenses and third party expenses in connection with Case Setup, Mailing Database Preparation, Software Customization, Case Management, Document Formatting, Publication and Mailing of the Chunghwa/Philips Notice, RUM Processing, Email Blast, Website Development, Telephone Setup & Support, Exclusion Processing, and Reporting. | ¶ 3.a (p.2) |
| 2 | 9/24/2012 | 3952-2 | $84,903.16 | Professional services, out-of-pocket expenses and third party expenses in connection with Case Setup, Mailing Database Preparation, Software Customization, Case Management, Document Formatting, Publication and Mailing of the Panasonic Notice, RUM Processing, Email Blast, Website Development, Telephone Setup & Support, Exclusion Processing, and Reporting. | ¶ 3.b (p.2) |
| 3 | 11/15/2012 | 3952-3 | $77,700.10 | Professional services, out-of-pocket expenses and third party expenses in connection with Case Setup, Mailing Database Preparation, Software Customization, Case Management, Document Formatting, Publication and Mailing of the LG Notice, RUM Processing, Email Blast, Website Development, Telephone Setup & Support, Exclusion Processing, and Reporting. | ¶ 3.c (p.2) |
| 4 | 6/10/2013 | 3952-4 | $49,541.14 | Professional services, out-of-pocket expenses and third party expenses in connection with Case Setup, Mailing Database Preparation, Software Customization, Case Management, Document Formatting, Publication and Mailing of the Toshiba Notice, RUM Processing, Email Blast, Website Development, Telephone Setup & Support, Exclusion Processing, and Reporting. | ¶ 3.d (p.2) |
| 5 | 11/19/2014 | 3952-5 | $30,211.53 | Professional services, out-of-pocket expenses and third party expenses in connection with Case Setup, Mailing Database Preparation, Software Customization, Case Management, Document Formatting, Publication and Mailing of the Hitachi/Samsung Notice, RUM Processing, Email Blast, Website Development, Telephone Setup & Support, Exclusion Processing, and Reporting. | ¶ 3.d (p.2-3) |
| 6 | 7/8/2016 | 3952-6 | $55,116.75 | Professional services, out-of-pocket expenses and third party expenses in connection with Case Setup, Mailing Database Preparation, Software Customization, Case Management, Document Formatting, Publication and Mailing of the Thomson/TDA Notice, RUM Processing, Email Blast, Website Development, Telephone Setup & Support, Exclusion Processing, and Reporting. | ¶ 3.f (p.3) |

3/31/2022  
Cathode Ray Tube (CRT) Antitrust Litigation  
Rick Saveri, Esq.  
Saveri & Saveri, Inc.  
706 Sansome Street  
San Francisco, CA 94111-1730  

KCC  
P.O. Box 6191, Novato, CA 94948-6191  
415-798-5900, 800-211-5201  
www.kccllc.com  
Fed Tax ID# 20-8049009  

### In re Cathode Ray Tube (CRT) Antitrust Litigation – MDL No. 1917, Master File No. 07-CV-5944-JST Direct Purchaser Settlements

Administration Fees Incurred & Estimated Amount Remaining

| | Invoice Date | Invoice Number | Invoice Amount | Invoice Summary | Declaration Reference |
|---|---|---|---|---|---|
| 7 | 7/8/2016 | 3952-8 | $55,565.24 | Professional services, out-of-pocket expenses and third party expenses in connection with Case Setup, Mailing Database Preparation, Software Customization, Case Management, Document Formatting, Publication and Mailing of the Litigated Class Notice, RUM Processing, Email Blast, Website Development, Telephone Setup & Support, Exclusion Processing, and Reporting. | ¶ 3.h (p.3) |
| 8 | 3/10/2017 | 3952-9 | $56,446.09 | Professional services, out-of-pocket expenses and third party expenses in connection with Case Setup, Mailing Database Preparation, Software Customization, Case Management, Document Formatting, Publication and Mailing of the **Initial Claims Mailing**, RUM Processing, Email Blast, Website Development, Telephone Setup & Support, Exclusion Processing, and Reporting. | ¶ 3.g (p.3) |

Administration Fees Incurred and Unpaid: $1,291,445.86

| | Invoice Date | Invoice Number | Invoice Amount | Invoice Summary | Declaration Reference |
|---|---|---|---|---|---|
| 9 | 3/10/2017 | 3952-7N | $71,834.42 | Professional services, out-of-pocket expenses and third party expenses in connection with Case Setup, Mailing Database Preparation, Software Customization, Case Management, Document Formatting, Publication and Mailing of the **Second Claims Mailing**, RUM Processing, Email Blast, Website Development, Telephone Setup & Support, Exclusion Processing, and Reporting. | ¶ 3.i (p.3) |
| 10 | 9/21/2016 | 3952-7C | $31,023.25 | Professional services, out-of-pocket expenses and third party expenses in connection with Claims Processing, Claims Evaluation (Document Review, Deficiency Review, Fraud Review, and Duplicate Review), Claim Correspondence, Reporting, Telephone Support, and Website Maintenance through **June 19, 2016**. | ¶ 6-13 (p.4-7); ¶ 28 (p. 11) |
| 11 | 11/19/2021 | 1127409 | $1,129,454.09 | Professional services, out-of-pocket expenses and third party expenses in connection with Claims Processing, Claims Evaluation (Document Review, Deficiency Review, Fraud Review, and Duplicate Review), Claim Correspondence, Reporting, Telephone Support, Website Maintenance, Fund Account Management, and Tax Compliance through **October 31, 2021**. | ¶ 6-28 (p.4-11) |

3/31/2022
Cathode Ray Tube (CRT) Antitrust Litigation
Rick Saveri, Esq.
Saveri & Saveri, Inc.
706 Sansome Street
San Francisco, CA 94111-1730

**KCC**
P.O. Box 6191, Novato, CA 94948-6191
415-798-5900, 800-211-5201
www.kccllc.com
Fed Tax ID# 20-8049009

**In re Cathode Ray Tube (CRT) Antitrust Litigation – MDL No. 1917, Master File No. 07-CV-5944-JST Direct Purchaser Settlements**

Administration Fees Incurred & Estimated Amount Remaining

| | Invoice Date | Invoice Number | Invoice Amount | Invoice Summary | Declaration Reference |
|---|---|---|---|---|---|
| 12 | 1/27/2022 | 2181907 | $59,134.10 | Professional services, out-of-pocket expenses and third party expenses in connection with Claims Processing, Claims Evaluation (Document Review, Deficiency Review, Fraud Review, and Duplicate Review), Claim Correspondence, Reporting, Telephone Support, Website Maintenance, Fund Account Management, Tax Compliance, and Distribution Preparation through **December 31, 2021**. | ¶ 6-28 (p.4-11) |

Estimated Remaining Administration Fees: $70,660.76

| | Invoice Date | Invoice Number | Invoice Amount | Invoice Summary | Declaration Reference |
|---|---|---|---|---|---|
| 13 | TBD | TBD | $70,660.76 | Estimated professional services, out-of-pocket expenses and third party expenses in connection with Class Member Correspondence, Reporting, Telephone Support, Website Maintenance, Fund Account Management, Tax Compliance, Distribution Preparation, Printing and Mailing of approved Class Member Payments, Expected Residual Distribution, and Post Distribution Follow Up through **Close of Administration**. | ¶ 30 (p.12) |