Tracy R. Kirkham (69912)
John D. Bogdanov (215830)
Cooper & Kirkham, P.C.
357 Tehama Street, Second Floor
San Francisco, CA 94103
Telephone: (415)788-3030
Facsimile: (415) 882-7040
trk@coopkirk.com
jdb@coopkirk.com

*Lead Counsel for the Indirect Purchaser Plaintiffs NRS Subclass*

Francis O. Scarpulla (41059)
Patrick B. Clayton (240191)
Law Offices of Francis O. Scarpulla
3708 Clay Street
San Francisco, CA 94118
Telephone: (415) 751-4193
Facsimile: (415) 751-0889
fos@scarpullalaw.com
pbc@scarpullalaw.com

*Co-Lead Counsel for the Indirect Purchaser Plaintiffs ORS Subclass*

Theresa D. Moore (99978)
Law Office of Theresa D. Moore, PC
One Sansome Street, 35th Floor
San Francisco, CA 94104
Telephone: (415) 613-1414
tmoore@aliotolaw.com

*Co-Lead Counsel for the Indirect Purchaser Plaintiffs ORS Subclass*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 4:07-cv-5944-JST<br><br>MDL No. 1917 |
| This Document Relates to:<br><br>All Indirect Purchaser Actions | **DECLARATION OF THERESA D. MOORE IN SUPPORT OF SUBCLASS LEAD COUNSEL'S OPPOSITION TO INDIRECT PURCHASER PLAINTIFFS' MOTION FOR DISTRIBUTION OF ATTORNEYS' FEES, EXPENSES, AND INCENTIVE AWARDS**<br><br>Hearing Date: May 12, 2022<br>Time:  2:00 p.m.<br>Judge:  Honorable Jon S. Tigar<br>Courtroom:  6, 2nd Floor |

I, THERESA D. MOORE, declare as follows:

1. I am an active member in good standing of the bar of the State of California and am admitted to practice before the United States District Court for the Northern District of California. I am Co-Lead Counsel for the Omitted Repealer States (ORS) Subclass in this litigation. I submit this Declaration in Support of Subclass Lead Counsel's Opposition to Indirect Purchaser Plaintiffs' Motion for Distribution of Attorneys' Fees, Expenses, and Incentive Awards, filed herewith. I make this Declaration from my personal knowledge and, if called as a witness, I could and would testify competently to the facts set forth herein.

2. Attached hereto as Exhibit 1 is a true and correct copy of a letter that I received by email from IPP Lead Counsel on January 25, 2022.

3. Attached hereto as Exhibit 2 is a true and correct copy of a letter that I sent via email to IPP Lead Counsel on January 31, 2022, and to plaintiff counsel Joseph Goldberg on March 10, 2022.

4. Upon my return from remote international travel, on or about March 10, 2022, I had a telephone call with plaintiff counsel Joseph Goldberg, who asked my position on the proposed allocation, and after social conversation he indicated he would be in further touch with me for discussion regarding the allocation. After the conversation I emailed Mr. Goldberg the letter referred to in ¶ 3 above as Exhibit 2. We had no further conversation or contact.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 5th day of April 2022, at San Francisco, California.

/s/ *Theresa D. Moore*
Theresa D. Moore

# EXHIBIT 1

*Trump Alioto Trump & Prescott*
ATTORNEYS LLP
2001 Union Street, Suite 482
San Francisco, California 94123
(415) 563-7200
FAX (415) 346-0679

January 25, 2022

<u>Via Email</u>

Theresa D. Moore
LAW OFFICES OF THERESA D. MOORE
One Sansome Street, 35th Floor
San Francisco, CA 94104
tmoore@aliotolaw.com

Re:   *In Re: Cathode Ray Tubes (CRT) Antitrust Litigation,*
      **No. 07-cv-5944 JST, MDL No. 1917**

Dear Counsel:

     In accordance with the Court's orders approving the Settlement Agreements and awarding fees in this litigation, Lead Counsel will make a distribution of attorneys' fees to your firm in the amount of $19,570.04, plus Court awarded expenses of litigation.

     This fee distribution is based on the fee allocation ordered by Judge Tigar in 2017 (ECF No. 5122), plus the new lodestars for additional work done to obtain the amended settlements, and the new, reduced fee award.[1] To arrive at your firm's fee award, we calculated the pro rata shares of each firm based on the above amounts, applied these pro rata shares to the total fee award (including interest), and made a 50% downward adjustment to your fee award due to your unsuccessful efforts to challenge approval of the amended settlements.

     Please provide us with a W-9 and wiring instructions to laurenrussell@tatp.com by January 31, 2022.

                   Very truly yours,

                   /s/ Mario N. Alioto
                   Mario N. Alioto
                   Lead Counsel for the Indirect Purchaser Plaintiffs

---

[1] Lodestar for work done to defend the original settlements has not been included, although we reserve the right to include it and/or to propose an alternate fee allocation in any further fee allocation proceedings with your firm.

# EXHIBIT 2



Law Offices of
Theresa D. Moore, PC

January 31, 2022

Mario Alioto
Trump Alioto Trump & Prescott, LLP
2001 Union Street, Suite 482
San Francisco, CA 94123

<u>Via Email:</u>
MAlioto@TATP.com
LaurenRussell@TATP.com

Re:   *In re Cathode Ray Tubes (CRT) Antitrust Litigation*,
      No. 07-CV-5944 JST, MDL No. 1917

Dear Mario,

Your letter of January 25, 2022 was certainly an interesting letter to receive.

I object to the proposed actions as outlined in such letter, and do not think they comport with the court's orders as stated in the letter. I urge you to reconsider.

While not agreeing to the allocation as outlined in the letter, I have included my W-9 and wiring instructions for the time when anything is in fact paid.

                                                Very truly yours,

                                                /s/ *Theresa*

                                                Theresa D. Moore