Tracy R. Kirkham (69912)
John D. Bogdanov (215830)
Cooper & Kirkham, P.C.
357 Tehama Street, Second Floor
San Francisco, CA 94103
Telephone: (415)788-3030
Facsimile: (415) 882-7040
trk@coopkirk.com
jdb@coopkirk.com

*Lead Counsel for the Indirect Purchaser
Plaintiffs NRS Subclass*

Francis O. Scarpulla (41059)
Patrick B. Clayton (240191)
Law Offices of Francis O. Scarpulla
3708 Clay Street
San Francisco, CA 94118
Telephone: (415) 751-4193
Facsimile: (415) 751-0889
fos@scarpullalaw.com
pbc@scarpullalaw.com

*Co-Lead Counsel for the Indirect Purchaser
Plaintiffs ORS Subclass*

Theresa D. Moore (99978)
Law Office of Theresa D. Moore, PC
One Sansome Street, 35th Floor
San Francisco, CA 94104
Telephone: (415) 613-1414
tmoore@aliotolaw.com

*Co-Lead Counsel for the Indirect Purchaser
Plaintiffs ORS Subclass*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 4:07-cv-5944-JST<br><br>MDL No. 1917 |
| This Document Relates to:<br><br>All Indirect Purchaser Actions | **DECLARATION OF FRANCIS O. SCARPULLA IN SUPPORT OF SUBCLASS LEAD COUNSEL'S OPPOSITION TO INDIRECT PURCHASER PLAINTIFFS' MOTION FOR DISTRIBUTION OF ATTORNEYS' FEES, EXPENSES, AND INCENTIVE AWARDS**<br><br>Hearing Date: May 12, 2022<br>Time:          2:00 p.m.<br>Judge:        Honorable Jon S. Tigar<br>Courtroom:  6, 2nd Floor |

1    I, Francis O. Scarpulla, declare as follows:

2    1.    I am an active member in good standing of the bar of the State of California, and

3    am admitted to practice before the United States District Court for the Northern District of

4    California.  I am Co-Lead Counsel for the Omitted Repealer States (ORS) Subclass in this

5    litigation.  I submit this Declaration in Support of Subclass Lead Counsel's Opposition to Indirect

6    Purchaser Plaintiffs' Motion for Distribution of Attorneys' Fees, Expenses, and Incentive Awards,

7    filed herewith.  I make this Declaration from my personal knowledge and, if called as a witness, I

8    could and would testify competently to the facts set forth herein.

9    2.    Attached hereto as Exhibit 1 is a true and correct copy of a letter that I received by

10   email from IPP Lead Counsel on January 25, 2022.

11   3.    Attached hereto as Exhibit 2 is a true and correct copy of a letter that I sent via

12   email to IPP Lead Counsel on January 26, 2022.

13   4.    I did not receive a response from IPP Lead Counsel to my letter.

14   I declare under penalty of perjury under the laws of the United States that the foregoing is

15   true and correct.   Executed this 5th day of April, 2022, at San Francisco, California.

16

17                                          /s/  *Francis O. Scarpulla*_____
                                            Francis O. Scarpulla

18

19

20

21

22

23

24

25

26

27

28

1

# EXHIBIT 1

*Trump Alioto Trump & Prescott*
ATTORNEYS LLP
2001 Union Street, Suite 482
San Francisco, California 94123
(415) 563-7200
FAX (415) 346-0679

January 25, 2022

***Via Email***

Francis O. Scarpulla
LAW OFFICES OF FRANCIS O. SCARPULLA
3708 Clay Street,
San Francisco, CA 94118-1806
fos@scarpullalaw.com

**Re:**   ***In Re: Cathode Ray Tubes (CRT) Antitrust Litigation,***
         **No. 07-cv-5944 JST, MDL No. 1917**

Dear Counsel:

In accordance with the Court's orders approving the Settlement Agreements and awarding fees in this litigation, Lead Counsel will make a distribution of attorneys' fees to your firm in the amount of $53,029.73, plus Court awarded expenses of litigation.

This fee distribution is based on the fee allocation ordered by Judge Tigar in 2017 (ECF No. 5122), plus the new lodestars for additional work done to obtain the amended settlements, and the new, reduced fee award.[1] To arrive at your firm's fee award, we calculated the pro rata shares of each firm based on the above amounts, applied these pro rata shares to the total fee award (including interest), and made a 50% downward adjustment to your fee award due to your unsuccessful efforts to challenge approval of the amended settlements.

Please provide us with a W-9 and wiring instructions to laurenrussell@tatp.com by January 31, 2022.

Very truly yours,

/s/ Mario N. Alioto
Mario N. Alioto
Lead Counsel for the Indirect Purchaser Plaintiffs

---

[1] Lodestar for work done to defend the original settlements has not been included, although we reserve the right to include it and/or to propose an alternate fee allocation in any further fee allocation proceedings with your firm.

# EXHIBIT 2

Francis O. Scarpulla
ATTORNEY AT LAW
SOLICITOR, ENGLAND AND WALES
SOLICITOR, REPUBLIC OF IRELAND
LAW OFFICES OF FRANCIS O. SCARPULLA
3708 CLAY STREET
SAN FRANCISCO, CA  94118
Telephone:  (415) 751-4193
Facsimile:  (415) 751-0889
Email:  fos@scarpullalaw.com

January 26, 2022


*VIA* Email:  laurenrussell@tatp.com

Mario N. Alioto, Esq.
    c/o Lauren Russell
Trump, Alioto, Trump & Prescott, LLP
2280 Union Street
San Francisco, CA  94123

Re:     In re:  Cathode Ray Tube (CRT) Antitrust Litigation
        Case No. 3:07-cv-5944 JST
        MDL No. 1917

Dear Mario:

I have your letter of January 25, 2022, and I do not agree with your proposed allocation.  Once you file your motion for an allocation with the Court, a formal response shall be forthcoming.

Very truly yours,

/s/ Francis O. Scarpulla

Francis O. Scarpulla


FOS/cpc