SQUIRE PATTON BOGGS (US) LLP
Mark C. Dosker (Cal. Bar No. 114789)
275 Battery Street, Suite 2600
San Francisco, CA  94111
Telephone:      +1 415 954 0200
Facsimile:      +1 415 393 9887
E-mail:          mark.dosker@squirepb.com

SQUIRE PATTON BOGGS (US) LLP
Donald A. Wall (admitted *pro hac vice*)
2325 E. Camelback Road, Suite 700
Phoenix, AZ, 85016
Telephone:      +1 602 528 4000
Facsimile:      +1 602 253 8129
E-mail:          donald.wall@squirepb.com

Attorneys for Defendant
TECHNOLOGIES DISPLAYS AMERICAS LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:  CATHODE RAY (CRT) ANTITRUST LITIGATION | Case No. MDL No. 1917 |
| | Case No. 07-cv-5944-JST |
| This document relates to: | **NOTICE OF CHANGE OF ADDRESS FOR COUNSEL** |
| ALL INDIRECT PURCHASER ACTIONS | |

SQUIRE PATTON BOGGS (US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111

SQUIRE PATTON BOGGS (US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111

1    **TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

2           PLEASE TAKE NOTICE that the address has changed for one of Technologies Displays

3    Americas LLC's counsel of record, Donald A. Wall of Squire Patton Boggs (US) LLP, but the

4    telephone and facsimile numbers remain the same.

5           Donald A. Wall
        Squire Patton Boggs (US) LLP
6        2325 E. Camelback Road, Suite 700
        Phoenix, Arizona  85016
7        Telephone: (602) 528-4000
        Facsimile: (602) 253-8129
8

9

10

11   Dated:  April 7, 2022                        SQUIRE PATTON BOGGS (US) LLP

12

13                                               By:  */s/ Donald A. Wall*
                                                    Donald A. Wall
14
                                                 Attorneys for Defendant
15                                               TECHNOLOGIES DISPLAYS
                                                 AMERICAS LLC
16

17

18

19

20

21

22

23

24

25

26

27

28