R. Alexander Saveri (173102)
  rick@saveri.com
Geoffrey C. Rushing (126910)
  grushing@saveri.com
Matthew D. Heaphy (227224)
  mheaphy@saveri.com
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Lead Counsel for Direct Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-CV-5944-JST |
| | MDL No. 1917 |
| This Document Relates to: | **DECLARATION OF RACHEL CHRISTMAN RE: POSTING OF DOCUMENTS TO SETTLEMENT WEBSITE** |
| *ALL DIRECT PURCHASER ACTIONS* | |

I, Rachel Christman, declare as follows:

1. I am employed by KCC Class Action Services, LLC, the successor company of Gilardi & Co. LLC (collectively "KCC"), located at 1 McInnis Parkway, Suite 250, San Rafael, California. KCC was hired by Class Counsel as the Settlement Administrator in this matter. I am over 21 years of age and am not a party to this action. Except as otherwise stated, I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. On March 31, 2022, I caused the following documents to be posted to the website dedicated to this matter, www.crtdirectpurchaserantitrustsettlement.com, which is maintained by KCC:

- Direct Purchaser Plaintiffs' Notice of Motion and Motion for Order Authorizing Distribution of Settlement Funds, Memorandum of Points and Authorities in Support Thereof
- Declaration of Rachel Christman re: Claims Processing and Distribution of the Net Settlement Funds
- Exhibit A to Christman Declaration
- Exhibit B to Christman Declaration
- Exhibit C to Christman Declaration
- Exhibit D to Christman Declaration
- Exhibit E to Christman Declaration
- Proposed Order Granting Direct Purchaser Plaintiffs' Motion for an Order Authorizing Distribution of Settlement Funds

3. Since the filing of the above listed documents, KCC has responded to inquiries from class members regarding the status of the proposed distributions as well as the calculations of their proposed pro rata payments.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed this 21st day of April 2022.

*Rachel Christman*
RACHEL CHRISTMAN