1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-CV-5944-JST |
|---|---|
| | MDL No. 1917 |
| This Document Relates to: | **STIPULATION AND [PROPOSED] ORDER RE: CASE SCHEDULE** |
| *ALL DIRECT PURCHASER ACTIONS*<br>*ALL INDIRECT PURCHASER ACTIONS* | Judge:    Honorable Jon S. Tigar |

1  Direct Purchaser Plaintiffs ("DPPs"), Indirect Purchaser Plaintiffs ("IPPs") and Defendants Irico Group Corporation and Irico Display Devices Co., Ltd. ("Irico" or the "Irico Defendants," collectively the "Parties"), by and through the undersigned counsel and pursuant to Federal Rule of Civil Procedure 16(b)(4) and Civil Local Rule 7-12, hereby stipulate as follows:

WHEREAS, the Court's Scheduling Order and Referral to Magistrate Judge for Settlement [ECF 5925] established the schedules for the DPP and IPP cases ("Scheduling Order");

WHEREAS, the Parties previously agreed to modify the existing schedule given the complications arising from the COVID-19 pandemic and to accommodate the good faith efforts of the parties, including the deadline to complete the depositions of Irico employees Su Xiaohua, Wang Zhaojie, and Yan Yunlong, and the Court approved two such stipulations [ECF Nos. 5980; 5999];

WHEREAS, due to ongoing complications from the COVID-19 pandemic and related controls in China, Irico requires additional time to obtain visas to Macau, where the deposition will need to occur via videoconference, and arrange for its employees' travel to Macau for depositions;

WHEREAS, the parties were unable to schedule the deposition of IPPs' economic expert witness, Dr. Janet Netz, until June 9, 2022, which is after the close of expert discovery;

WHEREAS, the Parties agree that modifying the current discovery schedule would accommodate the Parties' efforts to complete fact and expert discovery;

WHEREAS, the Parties agree that a short adjustment to the schedule for *Daubert* and dispositive motions, motions in limine, other pretrial procedures, and trial is warranted to allow for full consideration of the fact and expert discovery record, and would ensure the most efficient use of the Court's time and resources; and

WHEREAS, the Parties agree that good cause exists to modify existing deadlines and the Scheduling Order as follows, subject to Court approval:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Last day to complete Expert Deposition of Dr. Janet Netz | May 23, 2022 | June 9, 2022 |
| Last day to complete Depositions of Wang Zhaojie, Su Xiaohua, and Yan Yunlong | May 31, 2022 | June 30, 2022 |
| *Daubert* and dispositive motions due | June 27, 2022 | July 25, 2022 |
| *Daubert* and dispositive motion oppositions due | July 25, 2022 | August 24, 2022 |
| Close of Fact Discovery | August 1, 2022 | September 1, 2022 |
| *Daubert* and dispositive motion replies due | August 8, 2022 | September 7, 2022 |
| Hearings on *Daubert* and dispositive motions | September 12, 2022 at 2:00 p.m. | October 5, 2022 |
| Motions in limine due | November 10, 2022 | November 30, 2022 |
| Oppositions to motions in limine due | November 30, 2022 | December 21, 2022 |
| Hearings on motions in limine | December 15, 2022 at 9:30 a.m. | January 5, 2023 at 9:30 a.m. |
| Pretrial conference statement due | January 6, 2023 | January 20, 2023 |
| Pretrial conference | January 13, 2023 at 2:00 p.m. | January 27, 2023 at 2:00 p.m. |
| Trial | January 30, 2023 at 8:00 a.m. | February 13, 2023 at 8:00 a.m. |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for DPPs, IPPs and the Irico Defendants that good cause exists to modify the DPP and IPP schedules as follows:

1.  The deposition of IPPs' expert, Dr. Janet Netz, shall be completed no later than June 9, 2022.

2.  The depositions of Su Xiaohua, Wang Zhaojie, and Yan Yunlong shall be completed by no later than June 30, 2022;

3.  Plaintiffs shall propound any additional discovery and take any additional depositions with sufficient time to close Fact Discovery on September 1, 2022;

4.  *Daubert* and dispositive motions in the IPP action shall be due by July 25, 2022, with oppositions due by August 24, 2022 and replies due by September 7, 2022;

5.  Hearings on *Daubert* and dispositive motions in the IPP action shall take place on October 5, 2022 or on a subsequent date at the Court's convenience;

6. Motions in limine in the IPP action shall be due by November 30, 2022, with oppositions due by December 21, 2022.

7. Hearings on motions in limine in the IPP action shall take place on January 5, 2023 or on a subsequent date at the Court's convenience;

8. The pretrial conference for the IPP action shall take place on January 27, 2023, with pretrial conference statements due by January 20, 2023.

9. Trial for the IPP action shall commence on February 13, 2023 at 8:00 am.

**PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED.**

Dated: _____          _____
HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE

Dated: May 20, 2022

/s/ *R. Alexander Saveri*
R. Alexander Saveri (173102)
Geoffrey C. Rushing (126910)
Cadio Zirpoli (179108)
Matthew D. Heaphy (227224)
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Lead Counsel for Direct Purchaser Plaintiffs*

/s/ *Lauren C. Capurro*
Mario N. Alioto (56433)
Joseph M. Patane (72202)
Lauren C. Capurro (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2001 Union Street, Suite 482
San Francisco, CA 94123
Telephone: 415-563-7200
Facsimile: 415- 346-0679
Email: malioto@tatp.com
jpatane@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the Indirect Purchaser Plaintiffs*

/s/ *John M. Taladay*
John M. Taladay (*pro hac vice*)
Evan J. Werbel (*pro hac vice*)
Thomas E. Carter (*pro hac vice*)
Andrew L. Lucarelli (*pro hac vice*)
BAKER BOTTS LLP
700 K Street, N.W.
Washington, D.C. 20001
(202) 639-7700
(202) 639-7890 (fax)
Email: john.taladay@bakerbotts.com
evan.werbel@bakerbotts.com
tom.carter@bakerbotts.com
drew.lucarelli@bakerbotts.com

*Attorneys for Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.*

**ATTESTATION**

I, Lauren C. Capurro, hereby attest, pursuant to United States District Court, Northern District of California Civil Local Rule 5-1(i)(3), that each of the other Signatories have concurred in the filing of the document.

By: /s/ *Lauren C. Capurro*
Mario N. Alioto