John A. Girardi (SBN 54917)
**LAW OFFICES OF JOHN GIRARDI**
29900 Hawthorne Blvd.
Rolling Hills Estates, CA 90274
Tel: 310-265-5787
John@JohnGirardiLaw.Com

Attorney for Plaintiff, Government of Puerto Rico

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTI-TRUST LITIGATION | Case No.: 4:20-cv-05606-JST |
| | Master File No.  4:07-cv-05944-JST |
| This document relates to: | MDL No. 1917 |
| Government of Puerto Rico, et al., | |
| Plaintiff, | **NOTICE OF CHANGE OF FIRM NAME, ADDRESS AND TELEPHONE NUMBER** |
| v. | |
| Panasonic Corp. of North America, et al., | |
| Defendants. | |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that effective immediately, counsel for plaintiff, formerly Girardi|Keese, is now Law Offices of John Girardi.

///

///

1

1        Law Offices of John Girardi's address, telephone, facsimile and email have

2    changed as noted above to:

3              John A. Girardi, Esq. (SB No. 54917)
     **LAW OFFICES OF JOHN GIRARDI**

4    29900 Hawthorne Blvd.
     Rolling Hills Estates, CA 90274

5    Tel:    310-265-5787
     Fax:   310-347-4181

6    Email:  john@johngirardilaw.com

7

8        DATED:  April 29, 2022     LAW OFFICES OF JOHN GIRARDI

9

10             By

11                     JOHN A. GIRARDI

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**NOTICE OF CHANGE OF FIRM NAME, ADDRESS AND TELEPHONE NUMBER**

1  John A. Girardi (SBN 54917)
   **LAW OFFICES OF JOHN GIRARDI**
2  29900 Hawthorne Blvd.
   Rolling Hills Estates, CA 90274
3  Tel: 310-265-5787
   John@JohnGirardiLaw.Com
4

5  Attorney for Plaintiff, Government of Puerto Rico

6

7

8                **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10

11 IN RE: CATHODE RAY TUBE (CRT)          Case No.: 4:20-cv-05606-JST
   ANTI-TRUST LITIGATION
12                                         Master File No.  4:07-cv-05944-JST

13                                         MDL No. 1917
   ─────────────────────────────
14 This document relates to:
                                           **PROOF OF SERVICE**
15 Government of Puerto Rico, et al.,

16                      Plaintiff,

17 v.

18
   Panasonic Corp. of North America, et
19 al.,

20                      Defendants.

21

22

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

                              1

## PROOF OF SERVICE

I, Maria Antolos, certify and declare under penalty of perjury that I: am a citizen of the United States; am over the age of 18 years; am employed by Law Offices of John Girardi, 29900 Hawthorne Boulevard, Rolling Hills Estates, California, 90274, whose members are members of the State Bar of California and at least one of whose members is a member of the Bar of each Federal District Court within California; am not a party to or interested in the cause entitled upon the document to which this Certificate of Service accompanies; and that on June 2, 2022, I served a true and correct copy of the following document(s) in the manner indicated below:

**NOTICE OF CHANGE OF FIRM NAME, ADDRESS and TELEPHONE NUMBER**

☒ **By USDC Live System-Document Filing System: on all interested parties registered for e-filing.**

☒ **(STATE)** I declare under penalty of perjury under the law of the State of California that the foregoing is true and correct.

Dated: June 2, 2022          Signed: _____

                                      Maria Antolos

2

**PROOF OF SERVICE**