UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 <br> Case No. 07-cv-05944-JST |
| This order relates to: <br><br> *ALL INDIRECT PURCHASER ACTIONS* | **ORDER RE: TRIAL DATES** |

The Court granted the parties' stipulation to continue certain case deadlines and modified the parties' proposed dates for hearings on motions in limine, the pretrial conference statement deadline, the pretrial conference, and trial. ECF No. 6016. The parties have now filed a letter indicating that the March 13, 2023 trial date does not work for lead counsel for the Indirect Purchaser Plaintiffs ("IPPs") but expressing differing views on how the Court should proceed. ECF No. 6020. Having considered the parties' competing positions, the Court agrees with Irico that the existing schedule is necessary to "allow for orderly preparation for trial." *Id.* at 2. Accordingly, within seven days of the date of this order, the parties shall meet and confer and jointly submit three trial dates, in order of preference, that are after the existing March 13, 2023 date. Alternatively, the parties may file by the same deadline a joint statement that they wish to maintain the currently scheduled trial date.

**IT IS SO ORDERED.**

Dated: June 7, 2022

JON S. TIGAR
United States District Judge