Trump Alioto Trump & Prescott
ATTORNEYS LLP
2001 Union Street, Suite 482
San Francisco, California 94123
(415) 563-7200
FAX (415) 346-0679

BAKER BOTTS LLP
700 K STREET, NW
WASHINGTON, D.C.
20001-5736

TEL +1 202.639.7700
FAX +1 202.639.7890

June 14, 2022

**VIA ECF**

Hon. Jon S. Tigar
United States District Court for the
Northern District of California
Oakland Courthouse, Courtroom 6, 2nd Floor
1301 Clay Street
Oakland, CA 94612

**Re**:   *In re Cathode Ray Tube (CRT) Antitrust Litigation*, Master File No. 4:07-cv-05944-JST, MDL No. 1917

Your Honor:

The Indirect Purchaser Plaintiffs ("IPPs") and defendants Irico Group Corporation and Irico Display Devices Co., Ltd. ("Irico") write in response to the Court's June 7, 2022 Order Re: Trial Dates, ECF No. 6021 (the "Order").

The Order required the parties to "meet and confer and jointly submit three trial dates, in order of preference, that are after the existing March 13, 2023 date." Order at 1. The parties propose the following three trial dates, in order of preference:

1. July 24, 2023
2. August 14, 2023
3. September 18, 2023

Thank you for your time and attention to this matter.

Very truly yours,

*/s/ Mario N. Alioto*
Mario N. Alioto
Lead Counsel for the Indirect Purchaser Plaintiffs

*/s/ John M. Taladay*
John M. Taladay
*Counsel for Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.*

cc.   All Counsel via ECF