# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

June 13, 2022

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA  94103-1526

      Re:  Tyler Ayres, et al.
            v. Indirect Purchaser Plaintiffs, et al.
            No. 21-1218
            (Your No. 20-15697, 20-15704, 20-16081, 20-16685, 20-16686, 20-
            16691, 20-16699)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

**Scott S. Harris**, Clerk