UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION

This order relates to:

ALL INDIRECT PURCHASER ACTIONS

MDL No. 1917

Case No. 07-cv-05944-JST

**AMENDED SCHEDULING ORDER**

The Court hereby sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10 for the Indirect Purchaser Plaintiff Action:

| **Event** | **Deadline** |
|---|---|
| *Daubert* and dispositive motions due | July 25, 2022 |
| *Daubert* and dispositive motion oppositions due | August 24, 2022 |
| *Daubert* and dispositive motion replies due | September 7, 2022 |
| Hearings on *Daubert* and dispositive motions | October 13, 2023, at 2:00 p.m. |
| Motions in limine due | January 5, 2023 |
| Oppositions to motions in limine due[1] | January 26, 2023 |
| Hearings on motions in limine | February 24, 2023, at 2:00 p.m. |
| Pretrial conference statement due | June 30, 2023 |

[1] No motion in limine or opposition to motion in limine shall exceed five pages.

United States District Court
Northern District of California

| **Event** | **Deadline** |
|---|---|
| Pretrial conference | July 7, 2023, at 2:00 p.m. |
| Trial | July 24, 2023, at 8:00 a.m. |
| Estimate of trial length (in days) | To be set |

This case will be tried to a jury.

**IT IS SO ORDERED.**

Dated: June 22, 2022



JON S. TIGAR
United States District Judge

United States District Court
Northern District of California