UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 4:07-cv-5944-JST<br><br>MDL No. 1917 |
| This Document Relates to:<br><br>ALL DIRECT PURCHASER ACTIONS<br><br>ALL INDIRECT PURCHASER ACTIONS | [PROPOSED] ORDER GRANTING DEFENDANTS IRICO GROUP CORP. AND IRICO DISPLAY DEVICES CO., LTD.'S EMERGENCY MOTION FOR RELIEF FROM SCHEDULING ORDER (CIV. L.R. 16-2(d)) |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Before the Court is Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.'s Emergency Motion for Relief from Scheduling Order (Civ. L.R. 16-2(d)) (ECF No. _____). Having considered all papers filed by the parties and being full informed in the premises,

IT IS HEREBY ORDERED THAT the Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.'s Emergency Motion for Relief from Scheduling Order is GRANTED.

IT IS FURTHER ORDERED THAT the Court hereby sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10 for the Direct Purchaser Plaintiff Action:

| Event | Deadline |
| --- | --- |
| Last day to complete Depositions of Wang Zhaojie and Yan Yunlong | December 15, 2022 |

IT IS FURTHER ORDERED THAT the Court hereby sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10 for the Indirect Purchaser Plaintiff Action:

| Event | Deadline |
| --- | --- |
| Last day to complete Depositions of Wang Zhaojie and Yan Yunlong | December 15, 2022 |
| *Daubert* and dispositive motions due | January 6, 2023 |
| *Daubert* and dispositive motion oppositions due | February 6, 2023 |
| *Daubert* and dispositive motion replies due | February 21, 2023 |
| Hearings on *Daubert* and dispositive motions | March 30, 2023, at 2:00 p.m. |
| Motions in limine due | May 3, 2023 |
| Oppositions to motions in limine due[1] | May 23, 2023 |
| Hearings on motions in limine | June 8, 2023, at 2:00 p.m. |

---

[1] No motion in limine or opposition to motion in limine shall exceed five pages.

**IT IS SO ORDERED.**

Dated: _____          _____
                                              JON S. TIGAR
                                     United States District Judge

[PROPOSED] ORDER GRANTING IRICO'S EMERGENCY MOTION FOR RELIEF
Master File No. 07-cv-05944-JST, MDL No. 1917
2