# DECLARATION OF JOSEPH M. FISHER

# EXHIBIT A

**CRT EXCLUSIONS**

| Exclusion # | Name | Complete Description | Excluded from Chunghwa Settlement | Excluded from LG Settlement | Excluded from 2015 Settlements |
|---|---|---|---|---|---|
| 1 | Robert Robinson | | | | Yes |
| 2 | Bonnie Bryant | | | | Yes |
| 3 | Michael Katz | | | | Yes |
| 4 | Circuit City Stores | Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust, on behalf of itself and Circuit City Stores, Inc. and its affiliated debtors | Yes | | |
| 5 | Old Comp | Old Comp Inc. and each of its parents, predecessors, successors, subsidiaries, agents, affiliates, partners, acquisitions, assignors, divisions, departments, and offices, including, but not limited to, <br>-Old Comp Inc. (formerly known as CompUSA Inc.) <br>-CompUSA GP Holdings Company <br>-CompUSA Holdings Company <br>-CompUSA Stores L.P. <br>-CompUSA Management Company <br>-CompTeam Inc. <br>-Cozone.com Inc. <br>-BeOn Inc. (formerly known as CompUSA PC Inc.) <br>-BeOn Operating Company (formerly known as CompUSA PC Operating Company) <br>-Computer City Inc. <br>-Good Guys Inc. <br>-Good Guys California, Inc. <br>-Goodguys.com Inc. | Yes | | |
| 6 | PBE Consumer Electronics | PBE Consumer Electronics, LLC and related entities | Yes | | |
| 7 | Petters Company | Douglas A. Kelley, as Chapter 11 Trustee for Petters Company, Inc. and related entities and as Receiver for Petters Company, LLC and related entities | Yes | | |
| 8 | Radioshack | RadioShack Corporation and each of its parents, predecessors, successors, subsidiaries, agents, affiliates, partners, acquisitions, assignors, divisions, departments, and offices, including, but not limited to, RadioShack Corporation | Yes | | |

**CRT EXCLUSIONS**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| 9 | Sears | Sears, Roebuck and Co. and Kmart Corporation and each of its parents, predecessors, successors, subsidiaries, agents, affiliates, partners, acquisitions, assignors, divisions, departments, and offices, including, but not limited to, <br>-Sears, Roebuck and Co. <br>-Sears Holding Corporation <br>-Sears Holdings Management Corporation <br>-Kmart Corporation <br>-Kmart Management Corporation <br>-Kmart Holdings Corporation | Yes |  | Yes |
| 10 | Target | Target Corporation and each of its parents, predecessors, successors, subsidiaries, agents, affiliates, partners, acquisitions, assignors, divisions, departments, and offices, including, but not limited to, Target Corporation | Yes |  |  |
| 11 | ViewSonic | ViewSonic Corporation and each of its parents, predecessors, successors, subsidiaries, agents, affiliates, partners, acquisitions, assignors, divisions, departments, and offices, including, but not limited to, <br>-Viewsonic Corporation <br>-ViewSonic International Corporation <br>-Viewsonic Display Limited <br>-Viewsonic Hong Kong Limited | Yes |  |  |
| 12 | Wal-Mart | Wal-Mart Stores, Inc. and its subsidiaries and affiliates, including but not limited to Wal-Mart Stores East, LP; Wal-Mart Stores Texas, LLC; Wal-Mart Louisiana, LLC; Wal-Mart Stores Arkansas, LLC; and Walmart.com USA, LLC (collectively operating as Walmart); and Sam's West, Inc. and Sam's East, Inc. (collectively operating as Sam's Club) | Yes |  |  |
| 13 | Rhodrick Harden | Rhodrick Harden from Columbus, Ohio | Yes |  |  |
| 14 | McDonald's Corporation |  |  | Yes |  |