**DECLARATION OF JOSEPH M. FISHER**

**EXHIBIT B**

The Notice Company, Inc.       **CRT INDIRECT PURCHASER**
**COST SUMMARY**       6/15/22

| | NOTICE PROGRAM COSTS | | | PAID FROM FUTURE EXPENSE FUND | PAID FROM DEFENDANTS' ESCROW FUNDS |
|---|---|---|---|---|---|
| 10/4/11 | Original Chunghwa Notice | $ | 377,268.50 | | |
| 11/15/11 | Original Chunghwa Notice | $ | 61,365.75 | | |
| 2/1/12 | Original Chunghwa Notice | $ | 61,365.75 | | |
| | TOTAL | | | | $ 500,000.00 |
| | | | | | |
| 12/24/13 | Certified Class & LG | $ | 190,000.00 | | |
| 1/27/14 | Certified Class & LG | $ | 335,000.00 | | |
| | TOTAL | | | | $ 525,000.00 |
| | | | | | |
| 7/30/15 | 5-Defendants Settlement | $ | 525,000.00 | | |
| 7/31/15 | 5-Defendants Settlement | $ | 475,000.00 | | |
| 8/4/15 | 5-Defendants Settlement | $ | 625,000.00 | | |
| | TOTAL | | | | $ 1,625,000.00 |
| | | | | | |
| 7/25/16 | Chunghwa - Counsel Share | $ | 41,340.00 | | |
| 8/2/16 | Chunghwa - Defendants' Share | $ | 71,843.42 | | $ 71,843.42 |
| | TOTAL | $ | 113,183.42 | | |
| | | | | | |
| 3/19/20 | Notice of Amendments to Settlements - Counsel Payment | $ | 40,000.00 | | |
| | | | | | |
| | **TOTAL NOTICE COSTS** | **$** | **2,803,183.42** | | **$ 2,721,843.42** |
| | | | | | |
| **CLAIMS ADMINISTRATION (End Users & Resellers)** | | | | | |
| | **PAYMENTS RECEIVED** | | | | |
| 10/5/16 | Wire | $ | 887,979.52 | $ 887,979.52 | |
| 10/5/16 | Wire | $ | 361,210.12 | $ 361,210.12 | |
| 9/28/17 | Wire | $ | 267,107.01 | $ 267,107.01 | |
| 4/19/18 | Wire | $ | 300,000.00 | $ 300,000.00 | |
| 9/18/19 | Check (NCOA update) | $ | 950.00 | $ 950.00 | |
| 4/7/20 | Wire | $ | 1,000,000.00 | | $ 1,000,000.00 |
| 3/30/22 | Wire | $ | 545,172.66 | | $ 545,172.66 |
| 4/5/22 | Wire | $ | 140,347.18 | | $ 140,347.18 |
| | **TOTAL ADMIN COSTS (invoices through August 2021)** | **$** | **3,502,766.49** | **$ 1,817,246.65** | **$ 1,685,519.84** |
| | | | | | |
| **ADDITIONAL ADMINISTRATION INVOICES** | | | | | |
| 9/21 - 12/21 | Claims Admin: Sept - Dec, 2021 | $ | 22,922.69 | | |
| 1/22 - 5/22 | Claims Admin: Jan - May, 2022 | $ | 76,317.44 | | |
| | **TOTAL NEW INVOICES** | **$** | **99,240.13** | | |

The Notice Company, Inc.   **CRT INDIRECT PURCHASER**   6/15/22
**COST SUMMARY**

| | | | |
|---|---|---|---|
| **TOTAL ADMIN COSTS (invoices through May 2022)** | $ 3,602,006.62 | | |
| | | | |
| **GRAND TOTAL: NOTICE & ADMIN** | $ 6,405,190.04 | $ 1,817,246.65 | $ 4,407,363.26 |
| Portion Paid by Defendants | $ 6,224,609.91 | | |
| Portion Paid by Class Counsel | $ 81,340.00 | | |
| Portion Currently Unpaid | $ 99,240.13 | | |

| PROJECTED COSTS | |
|---|---|
| Administration and Check Issuance | |
| Postage | |
| Declarations | |
| **TOTAL** (Excludes Costs for a Possible Second Round of Distribution) | $500,000 to $600,000 |