# DECLARATION OF JOSEPH M. FISHER

# EXHIBIT C

## US CENSUS DATA (2020)

|  | Area | Resident Population (April 1, 2000) | % Share |
|---|---|---|---|
| 1 | Arizona | 5,130,632 | 3.548% |
| 2 | California | 33,871,648 | 23.421% |
| 3 | District of Columbia | 572,059 | 0.396% |
| 4 | Florida | 15,982,378 | 11.051% |
| 5 | Hawaii | 1,211,537 | 0.838% |
| 6 | Illinois | 12,419,293 | 8.587% |
| 7 | Iowa | 2,926,324 | 2.023% |
| 8 | Kansas | 2,688,418 | 1.859% |
| 9 | Maine | 1,274,923 | 0.882% |
| 10 | Michigan | 9,938,444 | 6.872% |
| 11 | Minnesota | 4,919,479 | 3.402% |
| 12 | Mississippi | 2,844,658 | 1.967% |
| 13 | Nebraska | 1,711,263 | 1.183% |
| 14 | Nevada | 1,998,257 | 1.382% |
| 15 | New Mexico | 1,819,046 | 1.258% |
| 16 | New York | 18,976,457 | 13.121% |
| 17 | North Carolina | 8,049,313 | 5.566% |
| 18 | North Dakota | 642,200 | 0.444% |
| 19 | Oregon | 3,421,399 | 2.366% |
| 20 | South Dakota | 754,844 | 0.522% |
| 21 | Tennessee | 5,689,283 | 3.934% |
| 22 | Vermont | 608,827 | 0.421% |
| 23 | West Virginia | 1,808,344 | 1.250% |
| 24 | Wisconsin | 5,363,675 | 3.709% |
|  | **Total** | **144,622,701** | **100.000%** |