Mario N. Alioto (56433)
Lauren C. Capurro (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2001 Union Street, Suite 482
San Francisco, CA 94123
Telephone: 415-563-7200
Facsimile: 415- 346-0679
Email: malioto@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the Indirect Purchaser Plaintiffs for the 22 States*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 4:07-cv-05944-JST<br>Case No. 4:13-cv-03234-JST<br><br>MDL No. 1917 |
| This Document Relates to:<br><br>INDIRECT PURCHASER ACTIONS FOR THE 22 STATES | **REPLY IN SUPPORT OF UNOPPOSED MOTION FOR ORDER AUTHORIZING DISTRIBUTION OF SETTLEMENT FUNDS**<br><br>Hearing Date: July 28, 2022<br>Time:         2:00 p.m.<br>Courtroom:  6, 2nd Fl. (Oakland)<br>Judge:        Hon. Jon S. Tigar |

The Indirect Purchaser Plaintiffs ("IPPs") hereby submit this Reply in support of their Motion For An Order Authorizing Distribution of the Settlement Funds in this long-running litigation, ECF No. 6025 (the "Motion").

*First*, and most importantly, the deadline to oppose IPPs' Motion was July 7, 2022. No opposition was filed. Thus, the motion is unopposed.

*Second*, IPPs withdraw the request that the Court appoint The Notice Company as the Fund Administrator because IPPs have determined it is unnecessary. IPPs are filing herewith an Amended Proposed Order Authorizing Distribution of Settlement Funds which is identical to the Proposed Order submitted with the Motion (ECF No. 6025-3) except that the paragraphs appointing The Notice Company as Fund Administrator have been amended to reflect that Lead Counsel will continue as the Fund Administrator for the Qualified Settlement Fund with The Notice Company continuing in its role as the Settlement Administrator.

*Finally,* after the filing of the Motion, The Notice Company (i) received and updated purchase numbers for certain claims that had previously been accepted and (ii) received requests on behalf of certain claimants that their claims be withdrawn. The Notice Company updated its data and made the appropriate modifications to the claims exhibits, and IPPs submitted an Amended Declaration with the updated data. *See* ECF No. 6029 (Amended Declaration of Joseph M. Fisher Re: Notice, Claims Processing and Distribution of Settlement Funds, ¶ 2, Exhibits D and E). Accordingly, the numbers of valid claims, CRT Products claimed, CRT Weighted Units claimed, and the CRT Weighted Unit values provided in the Motion (*see, e.g.,* ECF No. 6025 at 2, 7), must also be updated to be consistent with the Amended Fisher Declaration.

Accordingly, IPPs update the numbers provided in the Motion as follows: The Notice Company received a total of 156,467 claims through May 5, 2020 (the "Cutoff Date"). Amended Fisher Decl. ¶ 10. Of the claims received, 145,191 were Timely Claims (i.e., claims submitted by the Court-ordered deadlines described above) by End Users of CRT Products; the number of CRT Weighted Units claimed was 399,331,586,327. Another 5,269 claims were Timely Claims from Resellers; the number of CRT Weighted Units claimed was 1,267,379,393. *Id.* For End Users, The Notice Company received 4,901 Late Claims submitted by the Cutoff Date amounting to 43,373,930

1  CRT Weighted Units. For Resellers, the Settlement Administrator received 1,113 Late Claims
2  submitted by the Cutoff Date amounting to 10,713,455 CRT Weighted Units. *Id.* ¶ 11.
3        The Notice Company reviewed and audited the claims received, and ultimately approved a
4  total of 143,373 valid claims for purchases of 95,277,199 CRT Products, representing 273,146,112
5  CRT Weighted Units. *Id*. ¶¶ 10-11; 25-28. The Notice Company has re-calculated the approximate
6  dollar value of a CRT Weighted Unit for End Users to be approximately $5.78. *Id*. ¶ 39. There is no
7  change to the approximate CRT Weighted Unit value for Resellers. *Id*. ¶ 40.

Dated: July 13, 2022                                   Respectfully submitted,

   /s/ Mario N. Alioto

Mario N. Alioto (56433)
Lauren C. Capurro (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2001 Union Street, Suite 482
San Francisco, CA  94123
Telephone:     (415) 563-7200
Facsimile:      (415) 346-0679
malioto@tatp.com
laurenrussell@tatp.com

**Lead Class Counsel for the Indirect Purchaser Plaintiffs for the 22 States**