1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-CV-5944-JST |
| | MDL No. 1917 |
| This Document Relates to: | **STIPULATION AND [PROPOSED] ORDER RE: SCHEDULING ORDER** |
| *ALL INDIRECT PURCHASER ACTIONS* | Judge:        Honorable Jon S. Tigar |

1    Indirect Purchaser Plaintiffs ("IPPs") and Defendants Irico Group Corporation and Irico

2    Display Devices Co., Ltd. ("Irico" or the "Irico Defendants," collectively the "Parties"), by and

3    through the undersigned counsel and pursuant to Federal Rule of Civil Procedure 16(b)(4) and

4    Civil Local Rule 7-12, hereby stipulate as follows:

5        WHEREAS, the Court's Amended Scheduling Order [ECF 6024] establishes the pre-trial

6    schedule for the Indirect Purchaser Actions ("Scheduling Order");

7        WHEREAS, the current Scheduling Order sets the deadlines for *Daubert* and dispositive

8    motions, with motions due on July 25, 2022, oppositions due on August 24, 2022, replies due on

9    September 7, 2022, and the hearings on October 13, 2023 [ECF No. 6024 at 1];

10       WHEREAS, Irico filed an Emergency Motion for Relief from Scheduling Order [ECF No.

11   6027] (the "Emergency Motion") due to its witnesses' refusal to travel to Macao for their

12   depositions by the June 30, 2022 deadline due to China's quarantine restrictions, Plaintiffs filed an

13   opposition on July 14, 2022 [ECF No. 6030], Irico will file a reply on July 21, 2022, and a hearing

14   on the Emergency Motion is currently scheduled for August 11, 2022;

15       WHEREAS, the Parties agree that the Court's decision on the Emergency Motion regarding

16   any extension for deposition of Irico employees is relevant to the timing and content of any

17   dispositive motions, and that the dates for any such motions should be set after the Court rules on

18   the Emergency Motion;

19       WHEREAS, if the Court denies the Emergency Motion, IPPs intend to file a motion for

20   relief in which they may seek, *inter alia*, to prohibit Irico from filing certain summary judgment

21   motions;

22       WHEREAS, the Parties agree that vacating the current schedule for *Daubert* and

23   dispositive motions would ensure the most efficient use of the Parties' and the Court's time and

24   resources; and,

25       WHEREAS, the Parties agree that nothing in this Stipulation shall prejudice Plaintiffs'

26   opposition to the Irico Defendants' Emergency Motion or any future motion for sanctions and/or

27   other relief against the Irico Defendants.

28

1

1    IT IS HEREBY STIPULATED AND AGREED by and between counsel for IPPs and the

2    Irico Defendants that good cause exists to modify the schedule for the Indirect Purchaser Action as

3    follows:

4         1.    The following deadlines are hereby VACATED:

5              a.   The *Daubert* and dispositive motions deadline on July 25, 2022;

6              b.   The *Daubert* and dispositive motion oppositions deadline on August 24, 2022;

7                  and,

8              c.   The *Daubert* and dispositive motion reply deadline on September 7, 2022

9         2.    The hearings on *Daubert* and dispositive motions currently scheduled for October

10   13, 2022 are hereby VACATED.

11        3.    If the Court grants Irico's Emergency Motion, the Parties shall meet and confer

12   within one week after the filing of the Court's order to determine a schedule for *Daubert* and

13   dispositive motions.

14        4.    If the Court denies Irico's Emergency Motion, IPPs may file a motion for sanctions

15   and/or other relief, and any *Daubert* or dispositive motions shall be deferred until the Court decides

16   IPPs' motion.

17        5.    This Stipulation and Order does not modify any other dates in the Scheduling Order

18   except as stated above.

19        **PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO**

20   **ORDERED.**

21

22   Dated: _____          _____

23                                           HONORABLE JON S. TIGAR
                                             UNITED STATES DISTRICT JUDGE

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE: SCHEDULING ORDER; Master File No. 07-CV-5944-JST

1    Dated: July 18, 2022

2

3    /s/  *Mario N. Alioto*                          /s/  *John M. Taladay*
     Mario N. Alioto (56433)                    John M. Taladay (*pro hac vice*)
4    Joseph M. Patane (72202)                  Evan J. Werbel (*pro hac vice*)
     Lauren C. Capurro (241151)                Thomas E. Carter (*pro hac vice*)
5    TRUMP, ALIOTO, TRUMP & PRESCOTT          Andrew L. Lucarelli (*pro hac vice*)
     LLP                                       BAKER BOTTS LLP
6    2001 Union Street, Suite 482              700 K Street, N.W.
     San Francisco, CA 94123                   Washington, D.C. 20001
7    Telephone: 415-563-7200                   (202) 639-7700
     Facsimile: 415- 346-0679                  (202) 639-7890 (fax)
8    Email: malioto@tatp.com                   Email: john.taladay@bakerbotts.com
     jpatane@tatp.com                                  evan.werbel@bakerbotts.com
9                                                      tom.carter@bakerbotts.com
     laurenrussell@tatp.com                            drew.lucarelli@bakerbotts.com

10   *Lead Counsel for the Indirect Purchaser*      *Attorneys for Defendants Irico Group Corp.*
     *Plaintiffs*                                   *and Irico Display Devices Co., Ltd.*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE: SCHEDULING ORDER; Master File No. 07-CV-5944-JST

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION**

I, Andrew L. Lucarelli, hereby attest, pursuant to United States District Court, Northern District of California Civil Local Rule 5-1(i)(3), that each of the other Signatories have concurred in the filing of the document.

By: /s/ *Andrew L. Lucarelli*
Andrew L. Lucarelli

STIPULATION AND [PROPOSED] ORDER RE: SCHEDULING ORDER; Master File No. 07-CV-5944-JST