1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-CV-5944-JST |
| | MDL No. 1917 |
| This Document Relates to: | **STIPULATION AND [PROPOSED] ORDER RE: SCHEDULING ORDER** |
| *ALL INDIRECT PURCHASER ACTIONS* | Judge:   Honorable Jon S. Tigar |

Indirect Purchaser Plaintiffs ("IPPs") and Defendants Irico Group Corporation and Irico Display Devices Co., Ltd. ("Irico" or the "Irico Defendants," collectively the "Parties"), by and through the undersigned counsel and pursuant to Federal Rule of Civil Procedure 16(b)(4) and Civil Local Rule 7-12, hereby stipulate as follows:

WHEREAS, the Court's Amended Scheduling Order [ECF 6024] establishes the pre-trial schedule for the Indirect Purchaser Actions ("Scheduling Order");

WHEREAS, the current Scheduling Order sets the deadlines for *Daubert* and dispositive motions, with motions due on July 25, 2022, oppositions due on August 24, 2022, replies due on September 7, 2022, and the hearings on October 13, 2023 [ECF No. 6024 at 1];

WHEREAS, Irico filed an Emergency Motion for Relief from Scheduling Order [ECF No. 6027] (the "Emergency Motion") due to its witnesses' refusal to travel to Macao for their depositions by the June 30, 2022 deadline due to China's quarantine restrictions, Plaintiffs filed an opposition on July 14, 2022 [ECF No. 6030], Irico will file a reply on July 21, 2022, and a hearing on the Emergency Motion is currently scheduled for August 11, 2022;

WHEREAS, the Parties agree that the Court's decision on the Emergency Motion regarding any extension for deposition of Irico employees is relevant to the timing and content of any dispositive motions, and that the dates for any such motions should be set after the Court rules on the Emergency Motion;

WHEREAS, if the Court denies the Emergency Motion, IPPs intend to file a motion for relief in which they may seek, *inter alia*, to prohibit Irico from filing certain summary judgment motions;

WHEREAS, the Parties agree that vacating the current schedule for *Daubert* and dispositive motions would ensure the most efficient use of the Parties' and the Court's time and resources; and,

WHEREAS, the Parties agree that nothing in this Stipulation shall prejudice Plaintiffs' opposition to the Irico Defendants' Emergency Motion or any future motion for sanctions and/or other relief against the Irico Defendants.

IT IS HEREBY STIPULATED AND AGREED by and between counsel for IPPs and the Irico Defendants that good cause exists to modify the schedule for the Indirect Purchaser Action as follows:

1. The following deadlines are hereby VACATED:

    a. The *Daubert* and dispositive motions deadline on July 25, 2022;

    b. The *Daubert* and dispositive motion oppositions deadline on August 24, 2022; and,

    c. The *Daubert* and dispositive motion reply deadline on September 7, 2022

2. The hearings on *Daubert* and dispositive motions currently scheduled for October 13, 2022 are hereby VACATED.

3. If the Court grants Irico's Emergency Motion, the Parties shall meet and confer within one week after the filing of the Court's order to determine a schedule for *Daubert* and dispositive motions.

4. If the Court denies Irico's Emergency Motion, IPPs may file a motion for sanctions and/or other relief, and any *Daubert* or dispositive motions shall be deferred until the Court decides IPPs' motion.

5. This Stipulation and Order does not modify any other dates in the Scheduling Order except as stated above.

**PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED.**

Dated: July 20, 2022

_____
HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE

Dated: July 18, 2022

| | |
|---|---|
| /s/  *Mario N. Alioto* <br> Mario N. Alioto (56433) <br> Joseph M. Patane (72202) <br> Lauren C. Capurro (241151) <br> TRUMP, ALIOTO, TRUMP & PRESCOTT LLP <br> 2001 Union Street, Suite 482 <br> San Francisco, CA 94123 <br> Telephone: 415-563-7200 <br> Facsimile: 415- 346-0679 <br> Email: malioto@tatp.com <br> jpatane@tatp.com <br><br> laurenrussell@tatp.com <br><br> *Lead Counsel for the Indirect Purchaser Plaintiffs* | /s/  *John M. Taladay* <br> John M. Taladay (*pro hac vice*) <br> Evan J. Werbel (*pro hac vice*) <br> Thomas E. Carter (*pro hac vice*) <br> Andrew L. Lucarelli (*pro hac vice*) <br> BAKER BOTTS LLP <br> 700 K Street, N.W. <br> Washington, D.C. 20001 <br> (202) 639-7700 <br> (202) 639-7890 (fax) <br> Email: john.taladay@bakerbotts.com <br>           evan.werbel@bakerbotts.com <br>           tom.carter@bakerbotts.com <br>           drew.lucarelli@bakerbotts.com <br><br> *Attorneys for Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.* |