BAKER BOTTS L.L.P.
John M. Taladay (*pro hac vice*)
Evan J. Werbel (*pro hac vice*)
Thomas E. Carter (*pro hac vice*)
Andrew L. Lucarelli (*pro hac vice*)
700 K Street, N.W.
Washington, D.C. 20001
(202) 639-7700
(202) 639-7890 (fax)
Email: john.taladay@bakerbotts.com
evan.werbel@bakerbotts.com
tom.carter@bakerbotts.com
drew.lucarelli@bakerbotts.com

*Attorneys for Defendants*
*Irico Group Corp. and*
*Irico Display Devices Co., Ltd.*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | Master File No. 07-cv-05944-JST <br><br> MDL No.: 1917 |
| THIS DOCUMENT RELATES TO: <br><br> *ALL DIRECT PURCHASER ACTIONS* <br><br> *ALL INDIRECT PURCHASER ACTIONS* | **SECOND DECLARATION OF ZHANG WENKAI IN SUPPORT OF DEFENDANTS IRICO GROUP CORP. AND IRICO DISPLAY DEVICES CO., LTD.'S EMERGENCY MOTION FOR RELIEF FROM SCHEDULING ORDER (CIV. L.R. 16-2(d))** |

I, Zhang Wenkai, declare as follows:

1. I am a citizen of the People's Republic of China and reside in Shaanxi Province, People's Republic of China.

2. I make this second declaration in support of the Motion for Relief from Scheduling Order filed by Irico Group Corp. ("Irico Group") and Irico Display Devices Co., Ltd.'s ("Irico Display," collectively, the "Irico Defendants").

3. I am currently the Deputy General Counsel for Irico Group Corp. and have been involved in the day-to-day management of this litigation since I started with the company in September 2017. I have also been involved with the coordination of the depositions for Irico witnesses Wang Zhaojie and Su Xiaohua since August 2021, and the deposition of Yan Yunlong since December 2021.

4. Although Su Xiaohua formally resigned from Irico Foshan Flat Panel Display Co., Ltd., the Irico subsidiary who most recently employed him, on May 25, 2022, I did not learn of Mr. Su's resignation until May 31, 2022.

Executed this 21st day of July, 2022, in Xianyang, Shaanxi Province, People's Republic of China.

张文凯
_____
Mr. Zhang Wenkai