<div style="display:flex; justify-content:space-between;">

**Trump Alioto Trump & Prescott**
ATTORNEYS LLP
2001 Union Street, Suite 482
San Francisco, California 94123
(415) 563-7200
FAX (415) 346-0679

**BAKER BOTTS** LLP
700 K STREET, NW
WASHINGTON, D.C.
20001-5736

TEL +1 202.639.7700
FAX +1 202.639.7890

</div>

July 27, 2022

**VIA ECF**

Hon. Jon S. Tigar
United States District Court for the
Northern District of California
Oakland Courthouse
Courtroom 6, 2nd Floor
1301 Clay Street
Oakland, CA 94612

**Re**:   *In re Cathode Ray Tube* (*CRT*) *Antitrust Litigation*, **Master File No. 4:07-cv-05944-JST, MDL No. 1917**

Your Honor:

      We write regarding the Clerk's Notice Continuing Case Management Conference, ECF No. 6014. The Notice scheduled a Case Management Conference ("CMC") to discuss dispositive motions and other pre-trial scheduling issues in the Indirect Purchaser Action for August 9, 2022, and also directed the IPPs and the Irico Defendants to submit a joint Case Management Statement by August 2, 2022. Since that Notice, Your Honor approved the Stipulation and Order re Scheduling Order ("July 20 Scheduling Order"), ECF No. 6034, vacating the *Daubert* and dispositive motions deadlines in the Indirect Purchaser Action pending resolution of Irico's Emergency Motion for Relief ("Emergency Motion"), ECF No. 6027. The issues related to the Emergency Motion are now fully briefed and the oral argument is scheduled for August 11, 2022.

      In light of these later events, the parties believe that canceling the August 9th CMC and holding the next CMC after resolution of the pending Emergency Motion and subsequent meet and confer discussions or motion practice (as contemplated by the July 20 Scheduling Order) would be a more efficient use of the Court's and parties' time and resources. The parties therefore respectfully request that the Court vacate the dates in ECF No. 6014 subject to further proceedings. No other currently scheduled dates would be impacted by this change.

Hon. Jon S. Tigar
July 27, 2022
Page 2 of 2

Thank you for your time and attention to this matter.

Very truly yours,

*/s/ Mario N. Alioto*
Mario N. Alioto
Lead Counsel for the Indirect Purchaser Plaintiffs

*/s/ John M. Taladay*
John M. Taladay
*Counsel for Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.*

cc.     All Counsel via ECF