Mario N. Alioto (56433)
Lauren C. Capurro (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2001 Union Street, Suite 482
San Francisco, CA 94123
Telephone: 415-563-7200
Facsimile: 415- 346-0679
Email: malioto@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the Indirect Purchaser Plaintiffs for the 22 States*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 4:07-cv-05944-JST<br>Case No. 4:13-cv-03234-JST<br><br>MDL No. 1917 |
| This Document Relates to:<br><br>INDIRECT PURCHASER ACTIONS FOR THE 22 STATES | **[PROPOSED] ORDER AUTHORIZING DISTRIBUTION OF INCENTIVE AWARDS TO CLASS REPRESENTATIVES AND REIMBURSEMENT OF EXPENSES TO CLASS COUNSEL**<br><br>Courtroom:   6, 2nd Fl. (Oakland)<br>Judge:          Hon. Jon S. Tigar |

WHEREAS, by Order dated July 13, 2020, ECF No. 5786 ("Final Approval Order"), this Court adopted the findings of its prior Fee Order, ECF No. 4740, and "authorize[d] total incentive payments of $450,000," comprising payments of "$15,000 for each of 25 Court-appointed class representatives and $5,000 for an additional 15 named plaintiffs not appointed by the court but who acted as state representatives for a period of time before being replaced" (Final Approval Order at 26-27);

WHEREAS, this Court likewise adopted the findings of its prior Fee Order that the litigation expenses paid by Class Counsel were "fair and reasonable[,]" and "approve[d] the $4,495,878.02 already paid from the Future Expense Fund, and grant[ed] the motion for the reimbursement in the reduced amount of $3,174,647.55" (Final Approval Order at 25-26);

WHEREAS, the Court's Final Approval Order was appealed to the Ninth Circuit Court of Appeals by certain objectors to the settlements (ECF Nos. 5828, 5829, 5830, 5831);

WHEREAS, the Ninth Circuit dismissed the objectors' appeal and denied their petition for rehearing and rehearing *en banc* on December 23, 2021 (ECF No. 5973);

WHEREAS, on March 4, 2022, the objectors filed a Petition for Certiorari to the United States Supreme Court;

WHEREAS, on March 22, 2022, while objectors' Petition for Certiorari was pending, Lead Counsel for the Indirect Purchaser Plaintiffs ("IPPs") filed a Motion for Distribution of Attorneys' Fees, Expenses, and Incentive Awards, ECF No. 6001 ("Motion for Distribution");

WHEREAS, the Motion for Distribution requested that the Court approve Lead Counsel's proposed allocation of the already-approved aggregate fee award and authorize the immediate distribution of the attorneys' fees, the already-approved incentive awards to the class representatives, and the already-approved expenses to Class Counsel (ECF No. 6001);

WHEREAS, while three firms objected to Lead Counsel's proposed fee allocation to them (ECF No. 6007), no one objected to the immediate distribution of the incentive awards to the class representatives or the Court-approved expenses to Class Counsel (*id.*);

WHEREAS, on June 13, 2022, the United States Supreme Court denied objectors' Petition for Certiorari, ECF No. 6023; and,

WHEREAS, under the terms of the settlement agreements, the settlements are now final and are no longer subject to appellate review, and the settlement funds may be distributed.

In consideration of the foregoing, and finding good cause appearing, the Court hereby finds that there is no just cause for delay and ORDERS as follows:

1. The Court approves the immediate distribution from the settlement funds of $450,000 in incentive awards to Lead Counsel for distribution to the class representatives in accordance with the Court's Final Approval Order, ECF No. 5786.

2. The Court approves the immediate distribution from the settlement funds of $3,174,647.55 to Lead Counsel for distribution to Class Counsel for the reimbursement of litigation expenses in accordance with the Court's Final Approval Order, ECF No. 5786.

**IT IS SO ORDERED.**

Dated: August 9, 2022

_____
Hon. Jon S. Tigar
United States District Judge