UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re: CATHODE RAY TUBE                      ,
(CRT) ANTITRUST LITIGATION

                     ,

                .

                                        ,

                .

Case No. 4:07-cv-5944-JST

**APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Robert Clore              , an active member in good standing of the bar of

the State of Texas            , hereby respectfully apply for admission to practice pro hac

vice in the Northern District of California representing: Sean Hull              in the

above-entitled action. My local co-counsel in this case is Timothy Hanigan              , an

attorney who is a member of the bar of this Court in good standing and who maintains an office

within the State of California.  Local co-counsel's bar number is: 125791            .

802 N. Carancahua, Suite 1400
Corpus Christi, TX 78401

21550 Oxnard St., Suite 760
Woodland Hills, CA 91367
W

MY ADDRESS OF RECORD                     LOCAL CO-COUNSEL'S ADDRESS OF RECORD

361-698-5200                             (818) 883-5644

MY TELEPHONE # OF RECORD                 LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

rclore@bandaslawfirm.com                 trhanigan@gmail.com

MY EMAIL ADDRESS OF RECORD               LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of

another State or the District of Columbia, as indicated above; my bar number is: 24012436      .

A true and correct copy of a certificate of good standing or equivalent official document

from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0       times in the 12 months

preceding this application.

United States District Court
Northern District of California

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2    the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3    Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4    Dated: 08/17/2022                                    Robert Clore
                                                          APPLICANT
5

6

7

8                        ORDER GRANTING APPLICATION

9                 FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11    IT IS HEREBY ORDERED THAT the application of  Robert Clore            is

12   granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13   must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14   counsel designated in the application will constitute notice to the party.

15   Dated: _____

16

17                                          _____
                                            UNITED STATES DISTRICT/MAGISTRATE JUDGE
18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California