MARIO N. ALIOTO (56433)
LAUREN C. CAPURRO (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2001 Union Street, Suite 482
San Francisco, CA  94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: malioto@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*Luscher, et al. v. Mitsubishi Electric Corp.,* 17-cv-04067-JST | Master File No. 4:07-cv-05944-JST<br><br>Case No. 17-cv-04067-JST<br><br>**ADMINISTRATIVE MOTION PURSUANT TO L.R. 7-11 FOR LEAVE FOR EXCESS PAGES**<br><br>Judge: Hon. Jon S. Tigar |

**ADMINISTRATIVE MOTION PURSUANT TO L.R. 7-11 FOR EXCESS PAGES**

Pursuant to N.D. Cal. L.R. 7-11, the Indirect Purchaser Plaintiffs ("IPPs") move the Court for leave to file a Memorandum of Points and Authorities In Support of their Motion for Preliminary Approval of Class Action Settlement with Defendant Mitsubishi Electric Corporation ("Mitsubishi Electric") of thirty-eight (38) pages. Mitsubishi Electric does not oppose this motion.

IPPs' administrative motion should be granted. This litigation has been pending for more than fourteen years. In addition to presenting information about the settlement with Mitsubishi Electric and the many years of complex litigation that preceded that settlement, IPPs' motion for preliminary approval presents information about the nine prior settlements in this case and the distribution of the settlement funds to claimants. In order to meet the standard for preliminary approval of the Proposed Settlement, and provide the information required by Rule 23 and the Northern District of California's Procedural Guidance, IPPs need the additional thirteen pages to fully describe the procedural history, the settlement terms and negotiations, the sufficiency of discovery, and the interplay between this settlement and the prior settlements. IPPs also set forth a comprehensive notice program and a detailed plan of distribution for the Court's evaluation and approval.

Accordingly, IPPs request that the Court grant this Administrative Motion and allow IPPs to file a brief of thirty-eight (38) pages in support of their Motion for Preliminary Approval.

Dated:  August 18, 2022                    Respectfully submitted,

                                                      /s/ Mario N. Alioto
Mario N. Alioto (56433)
malioto@tatp.com
Lauren C. Capurro (241151)
laurenrussell@tatp.com
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2001 Union Street, Suite 482
San Francisco, CA 94123
Telephone: 415-563-7200
Facsimile: 415-346-0679

*Lead Counsel for Indirect Purchaser Plaintiffs*