| | |
|---|---|
| 1 | MARIO N. ALIOTO (56433) |
| 2 | LAUREN C. CAPURRO (241151) |
|   | TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP |
| 3 | 2001 Union Street, Suite 482 |
|   | San Francisco, CA  94123 |
| 4 | Telephone: (415) 563-7200 |
|   | Facsimile: (415) 346-0679 |
| 5 | E-mail: malioto@tatp.com |
| 6 | laurenrussell@tatp.com |
| 7 | *Lead Counsel for the Indirect Purchaser Plaintiffs* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 4:07-cv-05944-JST |
| | Case No. 17-cv-04067-JST |
| This Document Relates to: | **DECLARATION OF LAUREN C. CAPURRO IN SUPPORT PLAINTIFFS' ADMINISTRATIVE MOTION PURSUANT TO L.R. 7-11 FOR LEAVE FOR EXCESS PAGES** |
| *Luscher, et al. v. Mitsubishi Electric Corp.,* 17-cv-04067-JST | |
| | Judge: Hon. Jon S. Tigar |

I, Lauren C. Capurro, declare as follows:

1. I am an attorney duly licensed by the State of California and am admitted to practice before this Court. I am a partner with the law firm Trump, Alioto, Trump & Prescott, LLP and my firm serves as Lead Counsel for the Indirect Purchaser Plaintiffs ("IPPs") in the above-captioned action. I submit this declaration in support of IPPs' Administrative Motion Pursuant to L.R. 7-11 For Leave For Excess Pages ("Administrative Motion"). I have personal knowledge of the facts stated herein, and I could and would competently testify thereto if called as a witness.

2. IPPs are moving for preliminary approval of a class action settlement with Mitsubishi Electric Corporation. Mitsubishi Electric is one of the last defendants to settle this litigation. IPPs have been litigating this case for more than fourteen years.

3. In addition to presenting information about the settlement with Mitsubishi Electric and the many years of complex litigation that preceded that settlement, IPPs' motion for preliminary approval presents information about the nine prior settlements in this case and the distribution of the settlement funds to claimants. In order to meet the standard for preliminary approval of the Proposed Settlement, and provide the detailed information required by Rule 23 and the Northern District of California's Procedural Guidance, IPPs need the additional thirteen pages to fully describe the procedural history, the settlement terms and negotiations, the sufficiency of discovery, and the interplay between this settlement and the prior settlements. IPPs also set forth a comprehensive notice program and a detailed plan of distribution for the Court's evaluation and approval.

4. Counsel for Mitsubishi Electric has informed me that Mitsubishi Electric does not oppose this motion.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 18, 2022, in San Francisco, California.

                    /s/ Lauren C. Capurro
                     Lauren C. Capurro