1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-CV-5944-JST |
| | MDL No. 1917 |
| This Document Relates to: | **STIPULATION AND [PROPOSED] ORDER RE: IRICO DEPOSITIONS** |
| *ALL DIRECT PURCHASER ACTIONS* | Judge:    Honorable Jon S. Tigar |
| *ALL INDIRECT PURCHASER ACTIONS* | |

Direct Purchaser Plaintiffs ("DPPs"), Indirect Purchaser Plaintiffs ("IPPs") and Defendants Irico Group Corporation and Irico Display Devices Co., Ltd. ("Irico" or the "Irico Defendants," collectively the "Parties"), by and through the undersigned counsel and pursuant to Federal Rule of Civil Procedure 16(b)(4) and Civil Local Rule 7-12, hereby stipulate as follows:

WHEREAS, on August 11, 2022, the Court ordered that Irico witnesses must appear for deposition by September 9, 2022 ("September 9 Deadline") [ECF No. 6047];

WHEREAS, following the Court's order, Irico witnesses Wang Zhaojie and Yan Yunlong (the "Witnesses") agreed to travel to Macau for depositions;

WHEREAS, Irico represents that the current visas of Wang Zhaojie and Yan Yunlong for travel to Macau require that both witnesses return to mainland China no later than August 30, 2022;

WHEREAS, Irico represents that there was not sufficient time for Irico to apply for and receive new visas for the Witnesses to travel to Macau in time to ensure that the depositions could go forward after August 30, 2022, but prior to the September 9 Deadline;

WHEREAS, in order to comply Court's order of August 11, 2022, and in light of the expiration of the current visas, on August 19, Irico informed DPPs and IPPs that it was prepared to proceed with the depositions of the Witnesses between August 23 and August 30, 2022; and,

WHEREAS, the Parties agree that conducting the depositions on the schedule proposed by Irico would create significant difficulty for all Parties, and that a short extension of the deposition deadline to allow time for the Witnesses to obtain new visas would benefit all Parties and allow for the orderly conduct of the depositions;

IT IS HEREBY STIPULATED AND AGREED by and between counsel for DPPs, IPPs, and the Irico Defendants that good cause exists to modify the deadline for the Witnesses to appear as follows:

1. The September 9, 2022, deadline for Irico witnesses to appear for deposition is hereby VACATED;

2. Irico will arrange for the Witnesses to apply for visas by August 26, 2022, to facilitate depositions for both witnesses in the time frames indicated below;

3.   Irico will provide Plaintiffs with copies of the visa renewal applications, and any related non-intra-governmental communications with the Macau visa authority, and will keep Plaintiffs informed regarding the status of the applications;

4.   Provided that his new visa is received by September 15, 2022, the deposition of Wang Zhaojie shall be conducted remotely from Macau during the week of September 19, 2022;

5.   Provided that his new visa is received by September 15, 2022, the deposition of Yan Yunlong shall be conducted remotely from Macau during the week of September 26, 2022;

6.   If the Witnesses do not receive their new visas by September 15, 2022, or if the Witnesses are involuntarily quarantined on their travel to Macau for the depositions such that they are not able appear on the scheduled dates, the Parties may file a new Stipulation and [Proposed] Order to allow for a limited amount of additional time for the deposition(s) to proceed once the visas are obtained or quarantine conditions permit the deposition(s) to proceed;

7.   This Stipulation and Order does not modify any other dates or terms of this Court's August 11, 2022 Order except as stated above.

**PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED.**

Dated: _____

_____
HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE

1  Dated: August 22, 2022

2

3  /s/ *R. Alexander Saveri*
R. Alexander Saveri (173102)
4  Geoffrey C. Rushing (126910)
Cadio Zirpoli (179108)
5  Matthew D. Heaphy (227224)
SAVERI & SAVERI, INC.
6  706 Sansome Street
San Francisco, CA 94111
7  Telephone: (415) 217-6810
Facsimile: (415) 217-6813
8
*Lead Counsel for Direct Purchaser Plaintiffs*
9

10  /s/ *Mario N. Alioto*
Mario N. Alioto (56433)
11  Joseph M. Patane (72202)
Lauren C. Capurro (241151)
12  TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
13  2001 Union Street, Suite 482
San Francisco, CA 94123
14  Telephone: 415-563-7200
Facsimile: 415- 346-0679
15  Email: malioto@tatp.com
jpatane@tatp.com
16  laurenrussell@tatp.com

17  *Lead Counsel for the Indirect Purchaser Plaintiffs*

/s/ *John M. Taladay*
John M. Taladay (*pro hac vice*)
Evan J. Werbel (*pro hac vice*)
Thomas E. Carter (*pro hac vice*)
Andrew L. Lucarelli (*pro hac vice*)
BAKER BOTTS LLP
700 K Street, N.W.
Washington, D.C. 20001
(202) 639-7700
(202) 639-7890 (fax)
Email: john.taladay@bakerbotts.com
   evan.werbel@bakerbotts.com
   tom.carter@bakerbotts.com
   drew.lucarelli@bakerbotts.com

*Attorneys for Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.*

# ATTESTATION

I, John M. Taladay, hereby attest, pursuant to United States District Court, Northern District of California Civil Local Rule 5-1(i)(3), that each of the other Signatories have concurred in the filing of the document.

By: /s/ *John M. Taladay*
John M. Taladay