1    MARIO N. ALIOTO (56433)
2    LAUREN C. CAPURRO (241151)
     TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
3    2001 Union Street, Suite 482
     San Francisco, CA 94123
4    Telephone: (415) 563-7200
     Facsimile: (415) 346-0679
5    E-mail: malioto@tatp.com
     laurenrussell@tatp.com
6
7    *Lead Counsel for the Indirect Purchaser Plaintiffs*

8

9                    **UNITED STATES DISTRICT COURT**

10                  **NORTHERN DISTRICT OF CALIFORNIA**

11                           **OAKLAND DIVISION**

12
     In re:  CATHODE RAY TUBE (CRT)          Master File No. 4:07-cv-05944-JST
13   ANTITRUST LITIGATION
                                             MDL No. 1917
14
                                             ~~[PROPOSED]~~ **ORDER GRANTING**
15   This Document Relates to:              **PLAINTIFFS' ADMINISTRATIVE**
                                            **MOTION PURSUANT TO L.R. 7-11**
16   *Luscher, et al. v. Mitsubishi Electric Corp.,*   **FOR LEAVE FOR EXCESS PAGES**
     17-cv-04067-JST
17
                                             Judge: Hon. Jon S. Tigar
18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

Upon consideration of the Indirect Purchaser Plaintiffs' ("IPPs") Administrative Motion Pursuant to L.R. 7-11 for Leave for Excess Pages ("Administrative Motion"), it is hereby ORDERED that the Administrative Motion is GRANTED.

It is further ORDERED that IPPs may file a brief not to exceed thirty-eight (38) pages in support of the Indirect Purchaser Plaintiffs' Motion for Preliminary Approval of Class Action Settlements with Defendant Mitsubishi Electric Corporation.

IT IS SO ORDERED

Dated: _____August 24_____, 2022

_____
The Honorable Jon S. Tigar
Northern District of California

2