Mario N. Alioto (56433)
Lauren C. Capurro (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2001 Union Street, Suite 482
San Francisco, CA 94123
Telephone: 415-563-7200
Facsimile: 415- 346-0679
Email: malioto@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the
Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 4:07-cv-05944-JST<br>Case No. 4:17-cv-04067-JST<br><br>MDL No. 1917 |
| This Document Relates to:<br><br>*Luscher, et al. v. Mitsubishi Electric Corp.,* No. 4:17-cv-04067-JST | **INDIRECT PURCHASER PLAINTIFFS' REPLY RE: UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT WITH DEFENDANT MITSUBISHI ELECTRIC CORPORATION; REQUEST FOR ENTRY OF ORDER**<br><br>Hearing Date: December 1, 2022<br>Time: 2:00 p.m.<br>Courtroom: 5, 2nd Floor<br>Judge: Honorable Jon S. Tigar |

There is no opposition to the Indirect Purchaser Plaintiffs' ("IPPs") Motion for Preliminary Approval of Class Action, ECF No. 6053 (the "Motion"). This Motion is not set for hearing until December 1, 2022. In light of the non-opposition to the Motion, IPPs do not wish to be heard further on this Motion unless the Court has questions.

Accordingly, IPPs respectfully request that the Court set a date for the Fairness Hearing in Paragraph 21 of the Proposed Order Granting Preliminary Approval submitted herewith (said date to be not less than 150 days from entry of the Order Granting Preliminary Approval) and enter the Proposed Order. This will allow notice to be disseminated to the classes and the settlement approval process to begin.

Dated:  September 8, 2022                           Respectfully submitted,

 /s/ Mario N. Alioto
Mario N. Alioto (56433)
malioto@tatp.com
Lauren C. Capurro (241151)
laurenrussell@tatp.com
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2001 Union Street, Suite 482
San Francisco, CA 94123
Telephone: 415-563-7200
Facsimile: 415-346-0679

*Lead Counsel for the Indirect Purchaser Plaintiffs*