1   R. Alexander Saveri (173102)
        *rick@saveri.com*
2   Geoffrey C. Rushing (126910)
        *grushing@saveri.com*
3   Matthew D. Heaphy (227224)
        *mheaphy@saveri.com*
4   SAVERI & SAVERI, INC.
    706 Sansome Street
5   San Francisco, CA 94111
    Telephone:  (415) 217-6810
6   Facsimile:  (415) 217-6813

7   *Lead Counsel for Direct Purchaser Plaintiffs*

8   [Additional Submitting Parties and Counsel Listed on Signature Page]

9

10                     **UNITED STATES DISTRICT COURT**

11                   **NORTHERN DISTRICT OF CALIFORNIA**

12                          **OAKLAND DIVISION**

13   IN RE: CATHODE RAY TUBE (CRT)          Master File No. 07-CV-5944-JST
     ANTITRUST LITIGATION
14   ───────────────────────────           MDL No. 1917

15   This Document Relates to:             **DIRECT PURCHASER PLAINTIFFS' AND
                                           THE IRICO DEFENDANTS' JOINT
16   *ALL DIRECT PURCHASER ACTIONS*        STATEMENT IN SUPPORT OF THEIR
                                           PROPOSED LITIGATION SCHEDULES**
17                                          Judge:      Honorable Jon S. Tigar

18

19

20

21

22

23

24

25

26

27

28

───────────────────────────────────────────────────────────────
DPPS' AND IRICO'S JOINT STATEMENT IN SUPPORT OF THEIR PROPOSED LITIGATION SCHEDULES;
Master File No. 07-CV-5944-JST

As ordered by the Court at the Case Management Conference on August 30, 2022 ("CMC"), *see* ECF No. 6066, Direct Purchaser Plaintiffs ("DPPs") and Defendants Irico Group Corporation ("Group") and Irico Display Devices Co., Ltd. ("Display") (together, the "Irico Defendants" or "Irico")), by and through the undersigned counsel, hereby submit the following joint statement in support of their competing litigation schedules. A side-by-side comparison of the parties' competing schedule is Exhibit A hereto; DPPs' proposed schedule is Exhibit B hereto; and Irico's proposed schedule is Exhibit C hereto.

## Direct Purchaser Plaintiffs' Statement

DPPs submit this statement in support of their proposed litigation schedule with Irico. It is Exhibit B hereto.

As directed by the Court at the last CMC, DPPs' proposed schedule provides for a bench trial followed by a jury trial 104 days later. DPPs believe their proposed schedule is reasonable. The proposed date for commencement of the bench trial is January 29, 2024, only five weeks in advance of the date the Irico Defendants proposed for a jury trial in their CMC statement. *See* ECF No. 6058 at 15.

The primary difference between the two proposed schedules is that Irico's schedule provides only for a single jury trial for Group and Display, contrary to the Court's direction. Group informed DPPs two days ago that it was "waiving its right" to a bench trial, and therefore that the schedule should not make provision for one. DPPs informed Irico that they believed the schedule should provide for a bench trial per the Court's direction.

In addition, DPPs' research indicates that, according to federal statute 28 U.S.C. § 1330 and relevant caselaw, Group cannot "waive" a bench trial under the Foreign Sovereign Immunities Act of 1976 ("FSIA"). *See Lehman Bros. Com. Corp. v. Minmetals Int'l Non-Ferrous Metals Trading Co.*, 169 F. Supp. 2d 186, 191 (S.D.N.Y. 2001) ("Based on the plain language of section 1330(a), this Court agrees that the nonjury provision is mandatory and cannot be waived."); *Aboeid v. Saudi Arabian Airlines, Inc.*, 2011 WL 2222140, at *3 (E.D.N.Y. June 1, 2011) ("[T]he only jurisdiction this court enjoys with respect to civil actions against foreign states is the jurisdiction to conduct nonjury trials."). Moreover, because the Court would lack jurisdiction, Group could attack any

1  judgment against it based on a jury trial even if DPPs acquiesced in Group's purported waiver.

2  DPPs informed Irico of their research on Friday. DPPs are willing to provide further briefing on

3  this issue if the Court desires.

4       DPPs therefore respectfully submit that the Court should adopt their schedule.

5  **Irico Defendants' Statement**

6       Following the Court's direction at the August 30, 2022 Case Management Conference

7  ("CMC") and after obtaining the necessary governmental approvals, Irico Group has now elected

8  to waive its right to a bench trial and intends to proceed in a single jury trial along with Irico

9  Display.  Irico's proposed schedule thus contemplates only a single jury trial for the DPP action.

10  Irico believes this approach will promote consistency and judicial economy and be in the best

11  interests of all parties to try the direct purchaser case to a single factfinder.

12       Irico informed DPP counsel of Irico Group's intention to waive immediately upon learning

13  of this decision on September 7, 2022.   Regardless, DPPs informed Irico *today*, just hours before

14  this submission deadline, that DPPs were now taking the position that a bench trial for Irico Group

15  was not waivable.  This eleventh-hour about-face came despite DPPs having suggested to this

16  Court just a few weeks ago "that Irico waive its right to a bench trial for Group so that there can be

17  a single jury proceeding for the DPP actions," Joint Case Management Statement (Aug. 23, 2022)

18  at 7 (ECF No. 6058), and in full knowledge that Irico had represented to DPPs and the Court at the

19  August 30 CMC that Irico Group was in the process of seeking government approval to consent to

20  a joint jury trial.  Now that both Irico Defendants are prepared to proceed with a single jury trial, it

21  makes little sense, as DPPs continue to propose, to schedule two separate trials.  Irico disagrees

22  with DPPs' newly-raised position that Irico Group has no ability to waive its right to a bench trial,

23  and should the Court be inclined to even consider DPPs' argument, Irico respectfully requests the

24  opportunity to present full legal briefing on the question on reasonable notice.

25       Irico has proposed a reasonable and expeditious schedule for a single jury trial.  The

26  comparison table below reflects the parties' competing positions on the DPP schedule in Exhibit A,

27  and Irico's proposal is reflected separately in Exhibit C.  In general, Irico's proposal closely

28  follows the litigation intervals already approved by the Court in the IPP action.  Aside from the key

1   issue of DPPs' superfluous inclusion of a bench trial date, the two proposals are similar in many

2   respects regarding pretrial deadlines.  The parties are closely aligned in the timing for DPPs' notice

3   to class members, and for expert disclosures with the single exception of the expert discovery cut-

4   off date; Irico's proposed schedule would allow one extra week to conclude expert depositions.

5   Regarding dispositive motions, Irico's schedule fairly allows for one month on each side to file

6   such motions (following a Case Management Conference to resolve any disputes over the scope of

7   dispositive motions) and to file oppositions, while DPPs propose a month for (their) oppositions

8   yet an abbreviated 24 days for filing (Irico's) initial motions.  Irico's proposed schedule builds in a

9   period of approximately eight weeks for the Court to rule on dispositive and *Daubert* motions

10  before the parties file motions in limine and begin immediate trial preparations, while DPPs

11  propose only two weeks, which presses the court and is not sufficient to allow for the parties to

12  make operational any narrowing of issues through summary judgment.  Finally, DPPs' proposed

13  trial date beginning at the end of January 2024 is likely to create conflicts with the Chinese Spring

14  Festival Golden Week holiday falling in February 2024, making any attendance by Irico

15  representatives or witnesses difficult.  Irico therefore respectfully requests that the Court enter its

16  proposed schedule, which allows for all possible efficiencies while proceeding expeditiously to a

17  single jury trial.

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

DPPS' AND IRICO'S JOINT STATEMENT IN SUPPORT OF THEIR PROPOSED LITIGATION SCHEDULES;
Master File No. 07-CV-5944-JST

| | |
|---|---|
| 1 | Respectfully submitted, |
| 2 | |
| 3 | Dated: September 9, 2022 |
| | /s/ *R. Alexander Saveri* |
| 4 | R. Alexander Saveri (173102)<br>Geoffrey C. Rushing (126910) |
| 5 | Matthew D. Heaphy (227224)<br>SAVERI & SAVERI, INC. |
| 6 | 706 Sansome Street<br>San Francisco, CA 94111 |
| 7 | Telephone: (415) 217-6810<br>Facsimile: (415) 217-6813 |
| 8 | *Lead Counsel for Direct Purchaser Plaintiffs* |
| 9 | |
| 10 | Dated: September 9, 2022 |
| | /s/ *John M. Taladay* |

1   Respectfully submitted,

2

3   Dated: September 9, 2022        /s/ *R. Alexander Saveri*
                                    R. Alexander Saveri (173102)
4                                   Geoffrey C. Rushing (126910)
                                    Matthew D. Heaphy (227224)
5                                   SAVERI & SAVERI, INC.
                                    706 Sansome Street
6                                   San Francisco, CA 94111
                                    Telephone: (415) 217-6810
7                                   Facsimile: (415) 217-6813

8                                   *Lead Counsel for Direct Purchaser Plaintiffs*

9
   Dated: September 9, 2022         /s/ *John M. Taladay*
10                                  BAKER BOTTS L.L.P.
                                    John M. Taladay
11                                  Evan J. Werbel
                                    Thomas E. Carter
12                                  Andrew L. Lucarelli
                                    700 K Street, N.W.
13                                  Washington, D.C. 20001
                                    202.639.7700
14                                  202.639.7890 (fax)
                                    Email: john.taladay@bakerbotts.com
15                                         evan.werbel@bakerbotts.com
                                           tom.carter@bakerbotts.com
16                                         drew.lucarelli@bakerbotts.com

17                                  *Attorneys for Defendants Irico Group Corp.*
                                    *and Irico Display Devices Co., Ltd.*
18

19

20

21

22

23

24

25

26

27

28

DPPS' AND IRICO'S JOINT STATEMENT IN SUPPORT OF THEIR PROPOSED LITIGATION SCHEDULES;
Master File No. 07-CV-5944-JST

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ATTESTATION

I, R. Alexander Saveri, hereby attest, pursuant to United States District Court, Northern District of California Civil Local Rule 5-1(i)(3), that concurrence in the filing of this document has been obtained from the other Signatory hereto.

By:     */s/ R. Alexander Saveri*
        R. Alexander Saveri

# EXHIBIT A

*In re Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 07-cv-05944-JST, MDL No. 1917
**Side-by-Side Comparison of Direct Purchaser Plaintiffs' and the Irico Defendants' Proposed Litigation Schedules**

| Category | Event | DPP Set By | DPP Date | Irico Set By | Irico Date |
|---|---|---|---|---|---|
| Class Notice | Motion to disseminate notice of direct purchaser class certification to be filed | DPPs' filing | Wednesday, August 31, 2022 | DPPs' filing | Wednesday, August 31, 2022 |
| Class Notice | Oppositions to class notice motion due | 14 days after motion is filed | Wednesday, September 14, 2022 | 14 days after motion is filed | Wednesday, September 14, 2022 |
| Class Notice | Replies in support of class notice motion due | 7 days after oppositions due | Wednesday, September 21, 2022 | 7 days after oppositions due | Wednesday, September 21, 2022 |
| Case Management | Further case management conference | Proposed by DPPs: 48 days after previous CMC | October 17, 2022 | Proposed by DPPs: 48 days after previous CMC | October 17, 2022 |
| Class Notice | Hearing on class notice motion (if necessary) | First available hearing date | Thursday, December 8, 2022 at 2:00 pm | DPP First available hearing date | Thursday, December 8, 2022 at 2:00 pm |
| Class Notice | Order on class notice motion | Court | Estimate: Tuesday, November 1, 2022 | Court | Estimate: Tuesday, November 1, 2022 |
| Class Notice | Disseminate notice of litigated class via long form notice to class members, short form notice published in the *Wall Street Journal* and *New York Times*, and information on settlement website | Proposed by DPPs (minimum 14 days after Court approves litigated class notice) | Tuesday, November 15, 2022 | Proposed by DPPs (minimum 14 days after Court approves litigated class notice) | Tuesday, November 15, 2022 |
| Class Notice | Deadline for class members to request | Proposed by DPPs: 45 days after notice | Tuesday, January 3, 2023 | Proposed by DPPs: 45 days after notice | Tuesday, January 3, 2023 |

*In re Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 07-cv-05944-JST, MDL No. 1917
**Side-by-Side Comparison of Direct Purchaser Plaintiffs' and the Irico Defendants' Proposed Litigation Schedules**

| Category | Event | DPP Set By | DPP Date | Irico Set By | Irico Date |
|---|---|---|---|---|---|
| | exclusion from the litigated class | is sent/published (+3 days due to weekend/holiday) | | is sent/published (+3 days due to weekend/holiday) | |
| Expert Discovery | Plaintiffs' expert reports due (followed by depositions) | Proposed by DPPs: 31 days after deadline for class members to request exclusion from the litigated class | Friday, February 3, 2023 | Proposed by Irico: 31 days after deadline for class members to request exclusion from the litigated class | Friday, February 3, 2023 |
| Expert Discovery | Defendants' expert reports due (followed by depositions) | Proposed by DPPs: 56 days after Plaintiffs' expert reports due | Friday, March 31, 2023 | Proposed by Irico: 56 days after Plaintiffs' expert reports due | Friday, March 31, 2023 |
| Expert Discovery | Rebuttal reports due (followed by depositions) | Proposed by DPPs: 35 days after Defendants' expert reports due | Friday, May 5, 2023 | Proposed by Irico: 35 days after Defendants' expert reports due | Friday, May 5, 2023 |
| Expert Discovery | Expert discovery cut-off | Proposed by DPPs: 14 days after rebuttal reports due | Friday, May 19, 2023 | Proposed by Irico: 21 days after rebuttal reports due | Friday, May 26, 2023 |
| Pretrial | Deadline for Irico to serve list of proposed dispositive motions | Proposed by DPPs: same day as expert discovery cut-off | Friday, May 19, 2023 | Proposed by DPPs: same day as expert discovery cut-off | Friday, May 26, 2023 |
| Pretrial | Joint case management statement informing Court of results of parties' meet and confer concerning dispositive motions | Proposed by DPPs: 14 days after deadline for Irico to serve list of proposed dispositive motions (+4 days due to CMC schedule) | Tuesday, June 6, 2023 | Proposed by Irico: 14 days after deadline for Irico to serve list of proposed dispositive motions (+4 days due to CMC schedule) | Tuesday, June 13, 2023 |

*In re Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 07-cv-05944-JST, MDL No. 1917
**Side-by-Side Comparison of Direct Purchaser Plaintiffs' and the Irico Defendants' Proposed Litigation Schedules**

| Category | Event | DPP Set By | DPP Date | Irico Set By | Irico Date |
|---|---|---|---|---|---|
| Pretrial | Further case management conference to discuss dispositive motions and other pretrial scheduling issues, if any | Proposed by DPPs: 7 days after joint case management statement due | Tuesday, June 13, 2023 at 2:00 pm | Proposed by DPPs: 7 days after joint case management statement due | Tuesday, June 20, 2023 at 2:00 p.m. |
| Pretrial | *Daubert* and dispositive motions due | Proposed by DPPs: 21 days after further case management conference | Friday, July 7, 2023 | Proposed by Irico: 31 days after further case management conference | Friday, July 21, 2023 |
| Pretrial | *Daubert* and dispositive motion oppositions due | Proposed by DPPs: 28 days after motions due | Friday, August 4, 2023 | Proposed by Irico: 31 days after motions due | Monday, August 21, 2023 |
| Pretrial | *Daubert* and dispositive motion replies due | Proposed by DPPs: 14 days after oppositions due | Friday, August 18, 2023 | Proposed by Irico: 17 days after oppositions due | Thursday, September 7, 2023 |
| Pretrial | Hearings on *Daubert* and dispositive motions | Proposed by DPPs: 27 days after replies due | Thursday, September 14, 2023 at 2:00 pm | Proposed by DPPs: 28 days after replies due | Thursday, October 5, 2023 at 2:00 p.m. |
| Pretrial | Motions in Limine | Proposed by DPPs<br><br>(JST SO for CJTs § E: at least 10 days prior to PTC) | Thursday, September 28, 2023 | (see Pretrial- Jury) | |
| Pretrial | Oppositions to motions in limine due (no replies) | Proposed by DPPs: 7 days after motions due | Thursday, October 5, 2023 | (see Pretrial- Jury) | |

*In re Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 07-cv-05944-JST, MDL No. 1917
**Side-by-Side Comparison of Direct Purchaser Plaintiffs' and the Irico Defendants' Proposed Litigation Schedules**

| Category | Event | DPP Set By | DPP Date | Irico Set By | Irico Date |
|---|---|---|---|---|---|
| | | (JST SO for CJTs § E: at least 3 days prior to PTC) | | | |
| Pretrial | Hearings on motions in limine | JST SO for CJTs § E: at PTC or as directed | TBD | (see Pretrial- Jury) | |
| Pretrial - Bench | Simultaneous exchange of exhibit lists, deposition designations and witness lists | JST SO for CBTs § D: at least 21 days prior to PTC | TBD | | |
| Pretrial - Bench | Plaintiffs and Defendants serve counter-designations and objections to opposing parties' exhibits, depositions and witnesses | Proposed by DPPs: 30 days after simultaneous exchange of exhibit lists, deposition designations and witness lists | TBD | | |
| Pretrial - Bench | Plaintiffs and Defendants serve objections to opposing parties' counter-designations | Proposed by DPPs: 14 days after serving counter-designations and objections to opposing parties' exhibits, depositions and witnesses | TBD | | |
| Pretrial - Bench | Trial briefs due | Proposed by DPPs: 42 days before trial<br><br>(JST SO for CBTs § G: at least 7 days prior to trial; optional) | Friday, December 8, 2023 | | |

*In re Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 07-cv-05944-JST, MDL No. 1917
**Side-by-Side Comparison of Direct Purchaser Plaintiffs' and the Irico Defendants' Proposed Litigation Schedules**

| Category | Event | DPP Set By | DPP Date | Irico Set By | Irico Date |
|---|---|---|---|---|---|
| Pretrial - Bench | Last day for parties to exchange final exhibits, deposition designations and witness lists | 28 days prior to PTC (due to holidays)<br><br>(JST SO for CBTs § D: at least 21 days prior to PTC) | Friday, December 22, 2023 | | |
| Pretrial - Bench | M&C re settlement, joint pretrial statement, exchange of pretrial material, contested issues | 28 days prior to PTC (due to holidays)<br><br>(JST SO for CBTs § A: at least 21 days before final PTC) | Friday, December 22, 2023 | | |
| Pretrial - Bench | Pretrial conference statement due | JST SO for CBTs § B: at least 7 days prior to PTC | Friday, January 12, 2024 | | |
| Pretrial - Bench | Pretrial conference | Proposed by DPPs: 10 days before trial | Friday, January 19, 2024 | | |
| Pretrial - Bench | Delivery of trial exhibits to Clerk's office | JST SO for CBTs § D.4: at least 7 days prior to trial | Monday, January 22, 2024 | | |
| Trial - Bench | Bench trial begins | Proposed by DPPs | Monday, January 29, 2024 | | |
| Pretrial - Jury | Motions in Limine | (see Pretrial - Bench) | | Proposed by Irico<br><br>(JST SO for CJTs § E: at least 10 days prior to PTC) | Friday, December 1, 2023 |
| Pretrial - Jury | Oppositions to motions in limine due (no replies) | (see Pretrial - Bench) | | Proposed by Irico: 20 days after motions due | Thursday, December 21, 2023 |

*In re Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 07-cv-05944-JST, MDL No. 1917
**Side-by-Side Comparison of Direct Purchaser Plaintiffs' and the Irico Defendants' Proposed Litigation Schedules**

| Category | Event | DPP Set By | DPP Date | Irico Set By | Irico Date |
|---|---|---|---|---|---|
| | | | | (JST SO for CJTs § E: at least 3 days prior to PTC) | |
| Pretrial - Jury | Hearings on motions in limine | (see Pretrial - Bench) | | Proposed by Irico: 21 days after oppositions due (due to holidays)<br><br>(JST SO for CJTs § E: at PTC or as directed) | Thursday, January 11, 2024 at 2:00 p.m. |
| Pretrial - Jury | Simultaneous exchange of exhibit lists, deposition designations and witness lists | (see Pretrial - Bench) | | Simultaneous exchange of exhibit lists, deposition designations and witness lists | Friday, February 2, 2024 |
| Pretrial - Jury | First simultaneous exchange of jury instructions and special verdict forms | JST SO for CJTs § F.4. requires the parties to submit an agreed-upon set of jury instructions | TBD | JST SO for CJTs § F.4. requires the parties to submit an agreed-upon set of jury instructions | TBD |
| Pretrial - Jury | Plaintiffs and Defendants serve counter-designations and objections to opposing parties' exhibits, depositions and witnesses | (see Pretrial - Bench) | | | TBD |

*In re Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 07-cv-05944-JST, MDL No. 1917
**Side-by-Side Comparison of Direct Purchaser Plaintiffs' and the Irico Defendants' Proposed Litigation Schedules**

| Category | Event | DPP Set By | DPP Date | Irico Set By | Irico Date |
|---|---|---|---|---|---|
| Pretrial - Jury | Second simultaneous exchange of jury instructions and special verdict forms | | TBD | | TBD |
| Pretrial - Jury | Plaintiffs and Defendants serve objections to opposing parties' counter-designations | (see Pretrial - Bench) | | | TBD |
| Pretrial - Jury | Last day for parties to exchange final exhibits, deposition designations and witness lists | JST SO for CJTs § D: at least 21 days prior to PTC | Friday, April 5, 2024 | JST SO for CJTs § D: at least 21 days prior to PTC | Friday, March 8, 2024 |
| Pretrial - Jury | M&C re settlement, joint pretrial statement, exchange of pretrial material, contested issues | JST SO for CJTs § A: at least 21 days before final PTC | Friday, April 5, 2024 | JST SO for CJTs § A: at least 21 days before final PTC | Friday, March 8, 2024 |
| Pretrial - Jury | Pretrial conference statement due | JST SO for CJTs § B: at least 7 days prior to PTC | Friday, April 19, 2024 | JST SO for CJTs § F.1: at least 7 days prior to PTC | Friday, March 29, 2024 |
| Pretrial - Jury | File jury materials | JST SO for CJTs § F.1: at least 7 days prior to PTC | Friday, April 19, 2024 | JST SO for CJTs § F.1: at least 7 days prior to PTC | Friday, March 29, 2024 |
| Pretrial - Jury | Pretrial conference | Proposed by DPPs | Friday, April 26, 2024 at 2:00 pm | Proposed by Irico | Friday, April 5, 2024 at 2:00 p.m. |
| Pretrial - Jury | Delivery of trial exhibits to Court | JST SO for CJTs § D.4: at least 7 days prior to trial | Monday, May 3, 2024 | JST SO for CJTs § D.4: at least 7 days prior to trial | Monday, April 15, 2024 |

*In re Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 07-cv-05944-JST, MDL No. 1917
**Side-by-Side Comparison of Direct Purchaser Plaintiffs' and the Irico Defendants' Proposed Litigation Schedules**

| Category | Event | DPP Set By | DPP Date | Irico Set By | Irico Date |
|----------|-------|------------|----------|--------------|------------|
| Trial - Jury | Jury trial begins | Proposed by DPPs (104 days from start of Bench trial +1 day due to weekend) | Monday, May 13, 2024 | Proposed by Irico | Monday, April 22, 2024 |

"JST SO for CBTs" refers to Standing Order for Civil Bench Trials Before District Judge Jon S. Tigar (Mar. 14, 2022), available at: https://www.cand.uscourts.gov/wp-content/uploads/judges/tigar-jst/Bench-Trial-Standing-Order-JST-03.14.22.pdf

"JST SO for CJTs" refers to Standing Order for Civil Jury Trials Before District Judge Jon S. Tigar (Mar. 14, 2022), available at: https://www.cand.uscourts.gov/wp-content/uploads/judges/tigar-jst/Jury-Trial-Standing-Order-JST-03.14.22.pdf

# EXHIBIT B

*In re Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 07-cv-05944-JST, MDL No. 1917
**Direct Purchaser Plaintiffs' Proposed Litigation Schedule for Irico Defendants**

| Category | Event | Set By | Date |
|---|---|---|---|
| Class Notice | Motion to disseminate notice of direct purchaser class certification to be filed | DPPs' filing | Wednesday, August 31, 2022 |
| Class Notice | Oppositions to class notice motion due | 14 days after motion is filed | Wednesday, September 14, 2022 |
| Class Notice | Replies in support of class notice motion due | 7 days after oppositions due | Wednesday, September 21, 2022 |
| Case Management | Further case management conference | Proposed by DPPs: 48 days after previous CMC | October 17, 2022 |
| Class Notice | Hearing on class notice motion (if necessary) | First available hearing date | Thursday, December 8, 2022 at 2:00 pm |
| Class Notice | Order on class notice motion | Court | Estimate: Tuesday, November 1, 2022 |
| Class Notice | Disseminate notice of litigated class via long form notice to class members, short form notice published in the *Wall Street Journal* and *New York Times*, and information on settlement website | Proposed by DPPs (minimum 14 days after Court approves litigated class notice) | Tuesday, November 15, 2022 |
| Class Notice | Deadline for class members to request exclusion from the litigated class | Proposed by DPPs: 45 days after notice is sent/published (+3 days due to weekend/holiday) | Tuesday, January 3, 2023 |
| Expert Discovery | Plaintiffs' expert reports due (followed by depositions) | Proposed by DPPs: 31 days after deadline for class members to request exclusion from the litigated class | Friday, February 3, 2023 |
| Expert Discovery | Defendants' expert reports due (followed by depositions) | Proposed by DPPs: 56 days after Plaintiffs' expert reports due | Friday, March 31, 2023 |
| Expert Discovery | Rebuttal reports due (followed by depositions) | Proposed by DPPs: 35 days after Defendants' expert reports due | Friday, May 5, 2023 |
| Expert Discovery | Expert discovery cut-off | Proposed by DPPs: 14 days after rebuttal reports due | Friday, May 19, 2023 |
| Pretrial | Deadline for Irico to serve list of proposed dispositive motions | Proposed by DPPs: same day as expert discovery cut-off | Friday, May 19, 2023 |

*In re Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 07-cv-05944-JST, MDL No. 1917
**Direct Purchaser Plaintiffs' Proposed Litigation Schedule for the Irico Defendants**

| Category | Event | Set By | Date |
|---|---|---|---|
| Pretrial | Joint case management statement informing Court of results of parties' meet and confer concerning dispositive motions | Proposed by DPPs: 14 days after deadline for Irico to serve list of proposed dispositive motions (+4 days due to CMC schedule) | Tuesday, June 6, 2023 |
| Pretrial | Further case management conference to discuss dispositive motions and other pretrial scheduling issues, if any | Proposed by DPPs: 7 days after joint case management statement due | Tuesday, June 13, 2023 at 2:00 pm |
| Pretrial | *Daubert* and dispositive motions due | Proposed by DPPs: 21 days after further case management conference | Friday, July 7, 2023 |
| Pretrial | *Daubert* and dispositive motion oppositions due | Proposed by DPPs: 28 days after motions due | Friday, August 4, 2023 |
| Pretrial | *Daubert* and dispositive motion replies due | Proposed by DPPs: 14 days after oppositions due | Friday, August 18, 2023 |
| Pretrial | Hearings on *Daubert* and dispositive motions | Proposed by DPPs: 27 days after replies due | Thursday, September 14, 2023 at 2:00 pm |
| Pretrial | Motions in Limine | Proposed by DPPs (JST SO for CJTs § E: at least 10 days prior to PTC) | Thursday, September 28, 2023 |
| Pretrial | Oppositions to motions in limine due (no replies) | Proposed by DPPs: 7 days after motions due (JST SO for CJTs § E: at least 3 days prior to PTC) | Thursday, October 5, 2023 |
| Pretrial | Hearings on motions in limine | JST SO for CJTs § E: at PTC or as directed | TBD |
| Pretrial - Bench | Simultaneous exchange of exhibit lists, deposition designations and witness lists | JST SO for CBTs § D: at least 21 days prior to PTC | TBD |

*In re Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 07-cv-05944-JST, MDL No. 1917
**Direct Purchaser Plaintiffs' Proposed Litigation Schedule for the Irico Defendants**

| Category | Event | Set By | Date |
|---|---|---|---|
| Pretrial - Bench | Plaintiffs and Defendants serve counter-designations and objections to opposing parties' exhibits, depositions and witnesses | Proposed by DPPs: 30 days after simultaneous exchange of exhibit lists, deposition designations and witness lists | TBD |
| Pretrial - Bench | Plaintiffs and Defendants serve objections to opposing parties' counter-designations | Proposed by DPPs: 14 days after serving counter-designations and objections to opposing parties' exhibits, depositions and witnesses | TBD |
| Pretrial - Bench | Trial briefs due | Proposed by DPPs: 42 days before trial<br><br>(JST SO for CBTs § G: at least 7 days prior to trial; optional) | Friday, December 8, 2023 |
| Pretrial - Bench | Last day for parties to exchange final exhibits, deposition designations and witness lists | 28 days prior to PTC (due to holidays)<br><br>(JST SO for CBTs § D: at least 21 days prior to PTC) | Friday, December 22, 2023 |
| Pretrial - Bench | M&C re settlement, joint pretrial statement, exchange of pretrial material, contested issues | 28 days prior to PTC (due to holidays)<br><br>(JST SO for CBTs § A: at least 21 days before final PTC) | Friday, December 22, 2023 |
| Pretrial - Bench | Pretrial conference statement due | JST SO for CBTs § B: at least 7 days prior to PTC | Friday, January 12, 2024 |
| Pretrial - Bench | Pretrial conference | Proposed by DPPs: 10 days before trial | Friday, January 19, 2024 |
| Pretrial - Bench | Delivery of trial exhibits to Clerk's office | JST SO for CBTs § D.4: at least 7 days prior to trial | Monday, January 22, 2024 |
| Trial - Bench | Bench trial begins | Proposed by DPPs | Monday, January 29, 2024 |

*In re Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 07-cv-05944-JST, MDL No. 1917
**Direct Purchaser Plaintiffs' Proposed Litigation Schedule for the Irico Defendants**

| Category | Event | Set By | Date |
|----------|-------|--------|------|
| Pretrial - Jury | First simultaneous exchange of jury instructions and special verdict forms | JST SO for CJTs § F.4. requires the parties to submit an agreed-upon set of jury instructions | TBD |
| Pretrial - Jury | Second simultaneous exchange of jury instructions and special verdict forms | | TBD |
| Pretrial - Jury | Last day for parties to exchange final exhibits, deposition designations and witness lists | JST SO for CJTs § D: at least 21 days prior to PTC | Friday, April 5, 2024 |
| Pretrial - Jury | M&C re settlement, joint pretrial statement, exchange of pretrial material, contested issues | JST SO for CJTs § A: at least 21 days before final PTC | Friday, April 5, 2024 |
| Pretrial - Jury | Pretrial conference statement due | JST SO for CJTs § B: at least 7 days prior to PTC | Friday, April 19, 2024 |
| Pretrial - Jury | File jury materials | JST SO for CJTs § F.1: at least 7 days prior to PTC | Friday, April 19, 2024 |
| Pretrial - Jury | Pretrial conference | Proposed by DPPs | Friday, April 26, 2024 at 2:00 pm |
| Pretrial - Jury | Delivery of trial exhibits to Court | JST SO for CJTs § D.4: at least 7 days prior to trial | Monday, May 3, 2024 |
| Trial - Jury | Jury trial begins | Proposed by DPPs (104 days from start of Bench trial +1 day due to weekend) | Monday, May 13, 2024 |

"JST SO for CBTs" refers to Standing Order for Civil Bench Trials Before District Judge Jon S. Tigar (Mar. 14, 2022), available at: https://www.cand.uscourts.gov/wp-content/uploads/judges/tigar-jst/Bench-Trial-Standing-Order-JST-03.14.22.pdf

"JST SO for CJTs" refers to Standing Order for Civil Jury Trials Before District Judge Jon S. Tigar (Mar. 14, 2022), available at: https://www.cand.uscourts.gov/wp-content/uploads/judges/tigar-jst/Jury-Trial-Standing-Order-JST-03.14.22.pdf

# EXHIBIT C

*In re Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 07-cv-05944-JST, MDL No. 1917
**Irico Defendants' Proposed Litigation Schedule**

| Category | Event | Irico Set By | Irico Date |
|---|---|---|---|
| Class Notice | Motion to disseminate notice of direct purchaser class certification to be filed | DPPs' filing | Wednesday, August 31, 2022 |
| Class Notice | Oppositions to class notice motion due | 14 days after motion is filed | Wednesday, September 14, 2022 |
| Class Notice | Replies in support of class notice motion due | 7 days after oppositions due | Wednesday, September 21, 2022 |
| Case Management | Further case management conference | Proposed by DPPs: 48 days after previous CMC | October 17, 2022 |
| Class Notice | Hearing on class notice motion (if necessary) | DPP First available hearing date | Thursday, December 8, 2022 at 2:00 pm |
| Class Notice | Order on class notice motion | Court | Estimate: Tuesday, November 1, 2022 |
| Class Notice | Disseminate notice of litigated class via long form notice to class members, short form notice published in the *Wall Street Journal* and *New York Times*, and information on settlement website | Proposed by DPPs (minimum 14 days after Court approves litigated class notice) | Tuesday, November 15, 2022 |
| Class Notice | Deadline for class members to request exclusion from the litigated class | Proposed by DPPs: 45 days after notice is sent/published (+3 days due to weekend/holiday) | Tuesday, January 3, 2023 |
| Expert Discovery | Plaintiffs' expert reports due (followed by depositions) | Proposed by Irico: 31 days after deadline for class members to request exclusion from the litigated class | Friday, February 3, 2023 |
| Expert Discovery | Defendants' expert reports due (followed by depositions) | Proposed by Irico: 56 days after Plaintiffs' expert reports due | Friday, March 31, 2023 |
| Expert Discovery | Rebuttal reports due (followed by depositions) | Proposed by Irico: 35 days after Defendants' expert reports due | Friday, May 5, 2023 |
| Expert Discovery | Expert discovery cut-off | Proposed by Irico: 21 days after rebuttal reports due | Friday, May 26, 2023 |
| Pretrial | Deadline for Irico to serve list of proposed dispositive motions | Proposed by DPPs: same day as expert discovery cut-off | Friday, May 26, 2023 |

*In re Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 07-cv-05944-JST, MDL No. 1917
**Irico Defendants' Proposed Litigation Schedule**

| Category | Event | Irico Set By | Irico Date |
|---|---|---|---|
| Pretrial | Joint case management statement informing Court of results of parties' meet and confer concerning dispositive motions | Proposed by Irico: 14 days after deadline for Irico to serve list of proposed dispositive motions (+4 days due to CMC schedule) | Tuesday, June 13, 2023 |
| Pretrial | Further case management conference to discuss dispositive motions and other pretrial scheduling issues, if any | Proposed by DPPs: 7 days after joint case management statement due | Tuesday, June 20, 2023 at 2:00 p.m. |
| Pretrial | *Daubert* and dispositive motions due | Proposed by Irico: 31 days after further case management conference | Friday, July 21, 2023 |
| Pretrial | *Daubert* and dispositive motion oppositions due | Proposed by DPPs: 31 days after motions due | Monday, August 21, 2023 |
| Pretrial | *Daubert* and dispositive motion replies due | Proposed by Irico: 17 days after oppositions due | Thursday, September 7, 2023 |
| Pretrial | Hearings on *Daubert* and dispositive motions | Proposed by DPPs: 28 days after replies due | Thursday, October 5, 2023 at 2:00 p.m. |
| Pretrial - Jury | Motions in Limine | Proposed by Irico<br><br>(JST SO for CJTs § E: at least 10 days prior to PTC) | Friday, December 1, 2023 |
| Pretrial - Jury | Oppositions to motions in limine due (no replies) | Proposed by Irico: 20 days after motions due<br><br>(JST SO for CJTs § E: at least 3 days prior to PTC) | Thursday, December 21, 2023 |
| Pretrial - Jury | Hearings on motions in limine | Proposed by Irico: 21 days after oppositions due (due to holidays)<br><br>(JST SO for CJTs § E: at PTC or as directed) | Thursday, January 11, 2024 at 2:00 p.m. |
| Pretrial - Jury | Simultaneous exchange of exhibit lists, deposition designations and witness lists | Simultaneous exchange of exhibit lists, deposition designations and witness lists | Friday, February 2, 2024 |
| Pretrial - Jury | First simultaneous exchange of jury instructions and special verdict forms | JST SO for CJTs § F.4. requires the parties to submit an agreed-upon set of jury instructions | TBD |
| Pretrial - Jury | Plaintiffs and Defendants serve counter-designations | | TBD |

*In re Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 07-cv-05944-JST, MDL No. 1917
**Irico Defendants' Proposed Litigation Schedule**

| Category | Event | Irico Set By | Irico Date |
|---|---|---|---|
| | and objections to opposing parties' exhibits, depositions and witnesses | | |
| Pretrial - Jury | Second simultaneous exchange of jury instructions and special verdict forms | | TBD |
| Pretrial - Jury | Plaintiffs and Defendants serve objections to opposing parties' counter-designations | | TBD |
| Pretrial - Jury | Last day for parties to exchange final exhibits, deposition designations and witness lists | JST SO for CJTs § D: at least 21 days prior to PTC | Friday, March 8, 2024 |
| Pretrial - Jury | M&C re settlement, joint pretrial statement, exchange of pretrial material, contested issues | JST SO for CJTs § A: at least 21 days before final PTC | Friday, March 8, 2024 |
| Pretrial - Jury | Pretrial conference statement due | JST SO for CJTs § F.1: at least 7 days prior to PTC | Friday, March 29, 2024 |
| Pretrial - Jury | File jury materials | JST SO for CJTs § F.1: at least 7 days prior to PTC | Friday, March 29, 2024 |
| Pretrial - Jury | Pretrial conference | Proposed by Irico | Friday, April 5, 2024 at 2:00 p.m. |
| Pretrial - Jury | Delivery of trial exhibits to Court | JST SO for CJTs § D.4: at least 7 days prior to trial | Monday, April 15, 2024 |
| Trial - Jury | Jury trial begins | Proposed by Irico | Monday, April 22, 2024 |

"JST SO for CJTs" refers to Standing Order for Civil Jury Trials Before District Judge Jon S. Tigar (Mar. 14, 2022), available at: https://www.cand.uscourts.gov/wp-content/uploads/judges/tigar-jst/Jury-Trial-Standing-Order-JST-03.14.22.pdf