United States District Court
Northern District of California

1

2

3

4                         UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6

7      IN RE: CATHODE RAY TUBE (CRT)              MDL No. 1917
8      ANTITRUST LITIGATION                       Case No. 07-cv-05944-JST

9                                                 **ORDER REQUIRING RESPONSES**
       This order relates to:                     **RE: TRIAL SCHEDULING**
10
       ALL DIRECT PURCHASER ACTIONS
11     ALL INDIRECT PURCHASER ACTIONS

12

13          Before the Court is a dispute over the trial scheduling of the Direct Purchaser Plaintiffs'

14    ("DPPs") actions against the two Irico Defendants, Irico Group Corporation and Irico Display

15    Devices Co., Ltd. (collectively, "Irico").  ECF No. 6069.  The Court previously held that Irico

16    Group was an instrumentality of China when this case was filed in 2007, but that Irico Display

17    was not.  ECF No. 5637 at 7-8.  Based on these rulings, DPPs and Irico agree that Irico Group, but

18    not Irico Display, is entitled to demand a nonjury trial under 28 U.S.C. § 1330.  DPPs initially

19    suggested that Irico Group should waive its right to a nonjury trial, ECF No. 6058 at 8 – which

20    Irico Group now wants to do, ECF No. 6069 at 3.  But DPPs now argue that such a right cannot be

21    waived.  *Id.* at 2.

22          DPPs appear to be correct that a nonjury trial is required for Irico Group.  *E.g.*, *Universal*

23    *Consol. Companies, Inc. v. Bank of China*, 35 F.3d 243, 245 (6th Cir. 1994) (affirming denial of

24    plaintiff's request for a jury trial in case brought under the Foreign Sovereign Immunities Act and

25    explaining that "all federal appellate courts which have considered the issue – including the

26    Second, Third, Fourth, Fifth, and Eleventh Circuits – have held that jury trials are not available in

27    suits brought under the Act").  However, this does not necessarily require the Court to conduct

28    two separate trials, as DPPs propose.  For example, the Seventh Circuit has explained that a

United States District Court
Northern District of California

1   "nonjury trial" under the Foreign Sovereign Immunities Act means that a decision "must be

2   rendered by the judge rather than by a jury" but does not mean "that the trial must be conducted in

3   the absence of a jury." *Olympia Express, Inc. v. Linee Aeree Italiane, S.P.A.*, 509 F.3d 347, 353

4   (7th Cir. 2007).

5          Although this issue arose only with respect to the DPP actions, it would appear to impact

6   the trial for the Indirect Purchaser Plaintiffs' ("IPPs") actions as well.  The IPP actions are

7   currently scheduled to have a single jury trial against both Irico Group and Irico Display, but, as

8   discussed above, a nonjury trial appears to be required for Irico Group.

9          The Court therefore proposes to conduct a single trial for the IPP actions, with the case

10  against Irico Group to be decided by the Court and the case against Irico Display to be decided by

11  a jury, and to conduct a separate single trial for the DPP actions, again with the case against Irico

12  Group to be decided by the Court and the case against Irico Display to be decided by a jury.  The

13  parties shall meet and confer regarding this proposal and file a joint statement setting forth their

14  respective positions by September 30, 2022.

15         **IT IS SO ORDERED.**

16  Dated:  September 14, 2022



17                                                    JON S. TIGAR
18                                              United States District Judge