# EXHIBIT 3

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| ANTHONY GIANASCA AND BARBARA CALDWELL *on behalf of themselves and all others similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> LG ELECTRONICS, INC., et al., <br><br> Defendants. | Master File No. 4:08-cv-1559 <br> Related MDL No. 1917 |

**PROPOSED ORDER**

Plaintiff Gianasca's Motion to Amend is GRANTED. The plaintiffs shall file (directly on the docket) an updated complaint consistent with this order by _____.

Dated: _____, 2022     So Ordered:

/s/_____
Jon S. Tigar, District Judge