UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-CV-5944-JST |
| | MDL No. 1917 |
| This Document Relates to: | **STIPULATION AND [PROPOSED] ORDER RE: BRIEFING ON IRICO DEPOSITIONS AND TRIAL SCHEDULES** |
| *ALL DIRECT PURCHASER ACTIONS* | |
| *ALL INDIRECT PURCHASER ACTIONS* | Judge:   Honorable Jon S. Tigar |

1  Direct Purchaser Plaintiffs ("DPPs"), Indirect Purchaser Plaintiffs ("IPPs") and Defendants Irico Group Corporation and Irico Display Devices Co., Ltd. ("Irico" or the "Irico Defendants," collectively the "Parties"), by and through the undersigned counsel and pursuant to Federal Rule of Civil Procedure 16(b)(4) and Civil Local Rule 7-12, hereby stipulate as follows:

WHEREAS, on August 11, 2022, the Court ordered that Irico witnesses must appear for deposition by September 9, 2022 and, should they fail to appear, to submit a 15-page, double-spaced joint statement on the Parties' positions on the legal consequences of Irico's witnesses not appearing for deposition (ECF No. 6047);

WHEREAS, on August 22, 2022, the Court entered the Parties' Stipulation and Order re: Irico Depositions, extending the deadline to produce Irico witnesses Wang Zhaojie and Yan Yunlong to the weeks of September 19, 2022, and September 26, 2022, respectively (ECF No. 6056) (the "Order"), in order to obtain the necessary visas;

WHEREAS, Mr. Wang appeared for deposition via videoconference from Macau from September 20 to September 22, 2022;

WHEREAS, Mr. Yan is expected to appear for deposition via videoconference from Macau beginning on September 27, 2022;

WHEREAS, the Irico Defendants previously agreed to produce Irico witness Su Xiaohua for deposition, and the Court ordered them to do so (*see, e.g.*, January 10, 2022 Order, ECF No. 5980); however, the Irico Defendants have represented that Mr. Su resigned from all Irico-related companies on May 25, 2022;

WHEREAS, the deposition of Mr. Yan will not take place prior to the current September 23, 2022, deadline to file joint statement on the Parties' positions on the legal consequences of Irico's witnesses not appearing for deposition (the "Joint Deposition Statement");

WHEREAS, on September 14, 2022, the Court entered an Order Re: Responses on Trial Scheduling requiring the parties to meet and confer and submit a joint statement as to the proposed process for the Irico trials in the DPP and IPP actions on September 30, 2022 (the "Joint Trial Statement") (ECF No. 6070); and,

WHEREAS, the parties are still considering their respective positions and, in light of the ongoing depositions, have not yet had an opportunity to meet and confer regarding the Joint Trial Statement, and agree that a brief, one-week extension of the current deadline is in the best interests of the Parties and the Court;

IT IS HEREBY STIPULATED AND AGREED by and between counsel for DPPs, IPPs, and the Irico Defendants that good cause exists to modify the deadlines to file the Joint Deposition Statement and the Joint Trial Statement as follows:

1. The September 23, 2022, deadline for the Parties to file their Joint Deposition Statement is extended to October 26, 2022, 30 days from the expected start of Mr. Yan's deposition.

2. The September 30, 2022, deadline for the Parties to file their Joint Trial Statement is extended to October 7, 2022.

**PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED.**

Dated:  September 26, 2022

_____
HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE

Dated: September 23, 2022

| | |
|---|---|
| /s/  *R. Alexander Saveri*<br>R. Alexander Saveri (173102)<br>Geoffrey C. Rushing (126910)<br>Cadio Zirpoli (179108)<br>Matthew D. Heaphy (227224)<br>SAVERI & SAVERI, INC.<br>706 Sansome Street<br>San Francisco, CA 94111<br>Telephone: (415) 217-6810<br>Facsimile: (415) 217-6813<br><br>*Lead Counsel for Direct Purchaser Plaintiffs*<br><br>/s/  *Mario N. Alioto*<br>Mario N. Alioto (56433)<br>Joseph M. Patane (72202)<br>Lauren C. Capurro (241151)<br>TRUMP, ALIOTO, TRUMP & PRESCOTT LLP<br>2001 Union Street, Suite 482<br>San Francisco, CA 94123<br>Telephone: 415-563-7200<br>Facsimile: 415- 346-0679<br>Email: malioto@tatp.com<br>jpatane@tatp.com<br>laurenrussell@tatp.com<br><br>*Lead Counsel for the Indirect Purchaser Plaintiffs* | /s/  *John M. Taladay*<br>John M. Taladay (*pro hac vice*)<br>Evan J. Werbel (*pro hac vice*)<br>Thomas E. Carter (*pro hac vice*)<br>Andrew L. Lucarelli (*pro hac vice*)<br>BAKER BOTTS LLP<br>700 K Street, N.W.<br>Washington, D.C. 20001<br>(202) 639-7700<br>(202) 639-7890 (fax)<br>Email: john.taladay@bakerbotts.com<br>evan.werbel@bakerbotts.com<br>tom.carter@bakerbotts.com<br>drew.lucarelli@bakerbotts.com<br><br>*Attorneys for Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.* |