Francis O. Scarpulla (41059)
Patrick B. Clayton (240191)
LAW OFFICES OF FRANCIS O. SCARPULLA
3708 Clay Street
San Francisco, CA 94118
Telephone: (415) 751-4193
Facsimile: (415) 751-0889
Email: fos@scarpullalaw.com
　　　　pbc@scarpullalaw.com

*Counsel for Law Offices of Francis O. Scarpulla*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 4:07-cv-5944-JST <br><br> MDL No. 1917 |
| This Document Relates to: <br><br> All Indirect Purchaser Actions | **NOTICE OF APPEAL** <br><br> Judge: The Honorable Jon S. Tigar |

# NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that the Law Offices of Francis O. Scarpulla, by and through undersigned counsel, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the September 27, 2022 Order Granting in Part Indirect Purchaser Plaintiffs' Motion for Distribution of Attorney's Fees (ECF No. 6078).

Attached as Exhibit A is the Representation Statement pursuant to Fed. R. App. Proc. 12(b) and Ninth Circuit Rule 3-2.

Dated:  September 29, 2022        Respectfully Submitted,

   /s/ *Francis O. Scarpulla*
   Francis O. Scarpulla

Francis O. Scarpulla (41059)
Patrick B. Clayton (240191)
LAW OFFICES OF FRANCIS O. SCARPULLA
3708 Clay Street
San Francisco, CA 94118
Telephone: (415) 751-4193
Facsimile: (415) 751-0889
Email: fos@scarpullalaw.com
           pbc@scarpullalaw.com

*Counsel for Law Offices of Francis O. Scarpulla*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing NOTICE OF APPEAL was filed *via* CM/ECF on September 29, 2022 and as a result has been served on all counsel of record *via* transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ *Francis O. Scarpulla*
Francis O. Scarpulla

# EXHIBIT A

**Representation Statement**

| Party | Counsel |
|---|---|
| **Appellant:**<br><br>Law Offices of Francis O. Scarpulla | **Represented by:**<br><br>Francis O. Scarpulla (41059)<br>Patrick B. Clayton (240191)<br>LAW OFFICES OF FRANCIS O. SCARPULLA<br>3708 Clay Street<br>San Francisco, CA 94118<br>Telephone: (415) 751-4193<br>Facsimile: (415) 751-0889<br>Email: fos@scarpullalaw.com<br>       pbc@scarpullalaw.com |
| **Appellee:**<br><br>Indirect Purchaser Plaintiffs | **Represented by:**<br><br>Mario N. Alioto (56433)<br>Joseph M. Patane (72202)<br>Lauren C. Capurro (241151)<br>TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP<br>2001 Union Street, Suite 482<br>San Francisco, CA 94123<br>Telephone: (415) 563-7200<br>Facsimile: (415) 346-0679<br>Email: malioto@tatp.com<br>       jpatane@tatp.com<br>       laurenrussell@tatp.com |