Robert J. Bonsignore (Admitted *pro hac vice* Massachusetts BBO # 547880)
Melanie Porter (CA Bar No. 253500)
BONJSIGNORE TRIAL LAWYERS, PLLC
23 Forest Street
Medford, MA  02155
Cell Phone: (781) 856-7650
Facsimile: (702) 852-5726
rbonsignore@classactions.us
melanie@classactions.us

Joseph M. Alioto (SBN 42680)
Tatiana V. Wallace
ALIOTO LAW FIRM
One Sansone Street, 35th Floor
San Francisco, CA 94104
Telephone: (415) 434-8900
Email: jmalioto@aliotolaw.com

***Counsel for Gloria Comeaux, Gray Echavarria, and Bonsignore Trial Lawyers, LLC***

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 4:08-cv-1559<br>Related MDL No. 1917 |
| This Document Relates to<br><br>All Indirect Purchaser Actions | **NOTICE OF APPEAL**<br><br>Judge: The Honorable Jon S. Tigar |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Bonsignore Trial Lawyers, LLC, by and through undersigned counsel, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the September 27, 2022 Order Granting in Part Indirect Purchaser Plaintiffs' Motion for Distribution of Attorney's Fees (ECF No. 6078).

Attached as Exhibit A is the Representation Statement pursuant to Fed. R. App. Proc. 12(b) and Ninth Circuit Rule 3-2.

Dated:  September 30, 2022	Respectfully submitted,

/s/ *Robert J. Bonsignore*
Bonsignore Trial Lawyers, PLLC
23 Forest Street
Medford, Massachusetts 02155
Tel: (781) 350-0000
Cell (781)856-7650
Fax: (702) 983-8673
Email: rbonsignore@classactions.us

Joseph M. Alioto
Tatiana V. Wallace
ALIOTO LAW FIRM
One Sansone Street, 35th Floor
San Francisco, CA 94104
Telephone: (415) 434-8900
Email: jmalioto@aliotolaw.com

**Counsel for Bonsignore Trial Lawyers, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing NOTICE OF APPEAL was filed *via* CM/ECF on September 30, 2022 and as a result has been served on all counsel of record *via* transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Robert J. Bonsignore

# EXHIBIT A

## REPRESENTATION STATEMENT

| Party | Counsel |
|---|---|
| **Appellants:**<br><br>Gloria Comeaux,<br>Gray Echavarria, and<br>Bonsignore Trial Lawyers, LLC | **Represented by:**<br><br>Robert J. Bonsignore<br>Melanie Porter<br>Bonsignore Trial Lawyers, PLLC<br>23 Forest Street<br>Medford, Massachusetts 02155<br>Tel: (781) 350-0000<br>Cell (781)856-7650<br>Fax: (702) 983-8673<br>Email: rbonsignore@classactions.us<br><br>Joseph M. Alioto<br>Tatiana V. Wallace<br>ALIOTO LAW FIRM<br>One Sansone Street, 35th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 434-8900<br>Email: jmalioto@aliotolaw.com |
| **Appellee:**<br><br>Indirect Purchaser Plaintiffs | **Represented by:**<br><br>Mario N. Alioto (56433)<br>Joseph M. Patane (72202)<br>Lauren C. Capurro (241151)<br>TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP<br>2001 Union Street, Suite 482<br>San Francisco, CA 94123<br>Telephone: (415) 563-7200<br>Facsimile: (415) 346-0679<br>Email: malioto@tatp.com<br>jpatane@tatp.com<br>laurenrussell@tatp.com |