Tracy R. Kirkham (69912)
John D. Bogdanov (215830)
COOPER & KIRKHAM, P.C.
357 Tehama Street, Second Floor
San Francisco, CA 94103
Telephone: (415) 788-3030
Facsimile: (415) 882-7040
Email: trk@coopkirk.com
        jdb@coopkirk.com

*Counsel for Cooper & Kirkham, P.C.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 4:07-cv-5944-JST |
| | MDL No. 1917 |
| This Document Relates to: | **NOTICE OF APPEAL** |
| All Indirect Purchaser Actions | Judge:  The Honorable Jon S. Tigar |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that Cooper & Kirkham, P.C., by and through its undersigned counsel, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the September 27, 2022 Order Granting in Part Indirect Purchaser Plaintiffs' Motion for Distribution of Attorney's Fees (ECF No. 6078).

Attached as Exhibit A is the Representation Statement pursuant to Fed. R. App. Proc. 12(b) and Ninth Circuit Rule 3-2.

Dated:  September 30, 2022

Respectfully Submitted,

    /s/ *Tracy R. Kirkham*
 Tracy R. Kirkham

Tracy R. Kirkham (69912)
John D. Bogdanov (215830)
COOPER & KIRKHAM, P.C.
357 Tehama Street, Second Floor
San Francisco, CA 94103
Telephone: (415) 788-3030
Facsimile: (415) 882-7040
Email:  trk@coopkirk.com
            jdb@coopkirk.com

*Counsel for Cooper & Kirkham, P.C.*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing NOTICE OF APPEAL and

REPRESENTATION STATEMENT was filed via CM/ECF on September 30, 2022 and as a result

has been served on all counsel of record via transmission of Notices of Electronic Filing generated

by CM/ECF.

/s/ *Tracy R. Kirkham*
Tracy R. Kirkham

# EXHIBIT A

**Representation Statement**

| Party | Counsel |
|---|---|
| **Appellant:**<br><br>Cooper & Kirkham, P.C. | **Represented by:**<br><br>Tracy R. Kirkham (69912)<br>John D. Bogdanov (215830)<br>COOPER & KIRKHAM, P.C.<br>357 Tehama Street, Second Floor<br>San Francisco, CA 94103<br>Telephone: (415) 788-3030<br>Facsimile: (415) 882-7040<br>Email:  trk@coopkirk.com<br>         jdb@coopkirk.com |
| **Appellee:**<br><br>Indirect Purchaser Plaintiffs | **Represented by:**<br><br>Mario N. Alioto (56433)<br>Joseph M. Patane (72202)<br>Lauren C. Capurro (241151)<br>TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP<br>2001 Union Street, Suite 482<br>San Francisco, CA 94123<br>Telephone: (415) 563-7200<br>Facsimile: (415) 346-0679<br>Email: malioto@tatp.com<br>       jpatane@tatp.com<br>       laurenrussell@tatp.com |