Nathan P. Eimer (*pro hac vice*)
neimer@eimerstahl.com
Vanessa G. Jacobsen (*pro hac vice*)
vjacobsen@eimerstahl.com
Brian Y. Chang (CA Bar No. 287757)
bchang@eimerstahl.com
EIMER STAHL LLP
224 South Michigan Avenue
Suite 1100
Chicago, IL 60604
Phone: (312) 660-7600
Fax: (312) 692-1718

*Attorneys for Defendants LG Electronics, Inc.,
LG Electronics USA, Inc., and
LG Electronics Taiwan Taipei Co., Ltd.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 4:07-cv-05944-JST |
| | MDL No. 1917 |
| This document relates to: | Case No.: 4:08-cv-01559-JST |
| ANTHONY GIANASCA AND BARBARA CALDWELL *on behalf of themselves and all others similarly situated,*  Plaintiffs,  v.  LG ELECTRONICS, INC., et al.,  Defendants. | **LGE DEFENDANTS' PRELIMINARY RESPONSE TO MOTION TO AMEND COMPLAINT OR OTHERWISE PURSUE PENDING CLAIMS AND REQUEST FOR ATTORNEYS' FEES**  Hearing Date:  Time:  To Be Re-Noticed  Judge: Hon. Jon S. Tigar  Courtroom: |

LG Electronics, Inc., LG Electronics USA, Inc., and LG Electronics Taiwan Taipei Co., Ltd. (collectively "LGE") entered into a settlement agreement with Indirect Purchaser Plaintiffs ("IPPs") in May 2013, which was granted final approval on April 18, 2014. Dkt. No. 1933-1; Dkt. No. 2542. Alongside approval of the settlement, the Court entered final judgment of dismissal with prejudice in LGE's favor. Dkt. No. 2543. Importantly, unlike certain 2015 settlements vacated by this Court and renegotiated, LGE's settlement was never appealed or challenged. As part of LGE's approved settlement, Massachusetts IPPs—the movants here—released their claims against LGE and covenanted not to sue LGE for such claims. Accordingly, any attempt to include LGE in further IPP litigation would breach the settlement agreement and violate this Court's order granting final approval of that settlement.

Massachusetts IPPs have now filed the instant Motion to Amend Complaint or Otherwise Pursue Pending Claims. Dkt. No. 6072. LGE is listed in the caption of Massachusetts IPPs' motion and is included among the defendants listed in the proposed amended complaint. *E.g.*, Dkt. No. 6072-5 ¶¶ 20–22. LGE has been in contact with Massachusetts IPPs' counsel, who has agreed that inclusion of LGE in its motion and proposed amended complaint was in error. Massachusetts IPP counsel has indicated to LGE that they will amend their motion and proposed amended complaint to remove any reference to LGE as a defendant. If Massachusetts IPPs do not file such amended version by October 7, 2022, LGE respectfully requests leave to file a response in opposition to the instant motion to amend, which would otherwise be due today.

Dated: September 30, 2022

By: */s/ Nathan P. Eimer*
Nathan P. Eimer (*pro hac vice*)
neimer@eimerstahl.com
Vanessa G. Jacobsen (*pro hac vice*)
vjacobsen@eimerstahl.com
EIMER STAHL LLP
224 South Michigan Avenue, Suite 1100
Chicago, IL 60604
Telephone: (312) 660-7600
Facsimile: (312) 692-1718

1
2   Brian Y. Chang (CA Bar No. 287757)
    bchang@eimerstahl.com
3   99 South Almaden Boulevard, Suite 662
    San Jose, CA  95113
4   Telephone: (669) 231-8755

5   *Attorneys for Defendants LG Electronics, Inc.,*
    *LG Electronics USA, Inc., and LG Electronics*
6   *Taiwan Taipei Co., Ltd.*

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

Case No. 4:07-cv-05944-JST
LGE's Preliminary Response to
Motion to Amend Complaint

**CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: September 30, 2022

/s/ Nathan P. Eimer