UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No.: 07-cv-05944 JST |
| | MDL No. 1917 |
| This document relates to: | |
| ALL INDIRECT PURCHASER ACTIONS | |

**[PROPOSED] ORDER**

The Motion to Intervene for the Limited Purpose of Responding to Motion to Amend Complaint or Otherwise Pursue Pending Claims, filed by the Intervenors-Proposed Defendants on September 30, 2022, is hereby granted. The Intervenors-Proposed Defendants are granted intervention for the limited purpose of responding to the September 16, 2022 Motion to Amend Complaints or Otherwise Pursue Pending Claims, ECF No. 6072, and are authorized to file the Proposed Response to Motion to Amend Complaint or Otherwise Pursue Pending Claims.

Dated: _____, 2022                    So Ordered:


                                                _____
                                                Jon S. Tigar, District Judge