Mario N. Alioto (56433)
Lauren C. Capurro (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2001 Union Street, Suite 482
San Francisco, CA 94123
Telephone: 415-563-7200
Facsimile: 415- 346-0679
Email: malioto@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the Indirect Purchaser Plaintiffs for the 22 States*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*Gianasca et al. v. LG Electronics, Inc., et al.,* Case No. 4:08-cv-1559-JST | CASE NO. 4:08-cv-1559-JST<br>MASTER FILE NO. 4:07-cv-5944 JST<br>MDL NO. 1917<br><br>**INDIRECT PURCHASER PLAINTIFFS' RESPONSE TO MOTION TO AMEND COMPLAINT OR OTHERWISE PURSUE PENDING CLAIMS**<br><br>Hearing Date: December 15, 2022<br>Time: 2:00 p.m.<br>Courtroom: 6, 2nd Floor<br>Judge: Hon. Jon S. Tigar |

The Indirect Purchaser Plaintiffs ("IPPs") hereby respond to the Motion to Amend Complaint or Otherwise Pursue Pending Claims, ECF No. 6072 (the "Motion").

IPPs do not oppose the motion filed by Anthony Gianasca and the Estate of Barbara Caldwell to amend the complaint filed in *Terry et al. v. LG Electronics, Inc., et al.,* Case No. 4:08-cv-1559-JST ("*Gianasca*").  However, the proposed amended complaint attached to the Motion as Exhibit 5, ECF No. 6072-5, is titled "INDIRECT PURCHASER PLAINTIFFS' *FIFTH* AMENDED COMPLAINT" (emphasis added). In addition, the case caption does not include the *Gianasca* case number, and states that the document relates to: "ALL INDIRECT PURCHASER ACTIONS." ECF No. 6072-5 at 2.

To the extent Gianasca and Caldwell are proposing to amend IPPs' operative Fifth Consolidated Amended Complaint (ECF No. 5589), IPPs oppose the Motion. As this Court has already found, it is improper to attempt amend another party's complaint. *See* Order Denying Motion to Intervene and Amend Complaint to Allege State Law Claims for the Other Repealer States, ECF No. 5628 at 3 ("In addition to these considerations, there is the practical reality that ORS Movants are attempting to amend someone else's complaint. They cite no authority permitting a proposed intervenor to take such a step, and the Court concludes it is not allowed. Thus, even if their motion to intervene could be granted, their motion to amend the existing IPP complaint would fail.").

Finally, IPPs note that the Motion is replete with factual misrepresentations and misstatements about IPP Lead Counsel and the procedural history of this case. IPP Lead Counsel has shown these claims to be false on numerous occasions, and they have been correctly rejected as baseless by this both Court and the Ninth Circuit. *See, e.g.*, ECF No. 5586 at 12-13 (rejecting similar assertions as vague and unaccompanied by "any explanation of supporting facts").

//
//

1  Dated: September 30, 2022          Respectfully submitted,

2

3                                      By:   /s/ Mario N. Alioto
                                       MARIO N. ALIOTO (56433)
4                                      LAUREN C. CAPURRO (241151)
                                       **TRUMP, ALIOTO, TRUMP &**
5                                      **PRESCOTT, LLP**
                                       2001 Union Street, Suite 482
6                                      San Francisco, California 94123
                                       Telephone: (415) 563-7200
7                                      Facsimile: (415) 346-0679

8
                                       *Lead Counsel for the Indirect*
9                                      *Purchaser Plaintiffs*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28