UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 4:07-cv-5944-JST<br><br>MDL No. 1917 |
| This Document Relates to:<br><br>ALL DIRECT PURCHASER ACTIONS<br><br>ALL INDIRECT PURCHASER ACTIONS | **[PROPOSED] ORDER FOR FURTHER BRIEFING REGARDING SPECIAL MASTER'S REPORT AND RECOMMENDATION** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Having reviewed the Irico Defendants' Objections to Special Master's Report & Recommendation Re: Admissibility Of Coconspirator Documents And Statements ("Report & Recommendation"),

IT IS HEREBY ORDERED THAT the Parties submit further briefing to determine whether the Report & Recommendation should be modified.

IT IS FURTHER ORDERED THAT the Court hereby sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10 for the Direct Purchaser Action and the Indirect Purchaser Action:

| Event | Deadline |
| --- | --- |
| Irico Defendants' brief in support of modification of Report & Recommendation due | October 25, 2022 |
| Plaintiffs' response brief due | November 15, 2022 |

**IT IS SO ORDERED.**

Dated: _____          _____
                                                JON S. TIGAR
                                         United States District Judge