1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-CV-5944-JST |
| | MDL No. 1917 |
| This Document Relates to: | **STIPULATION AND [PROPOSED] ORDER RE: JOINT TRIAL STATEMENT** |
| *ALL DIRECT PURCHASER ACTIONS* | Judge:   Honorable Jon S. Tigar |
| *ALL INDIRECT PURCHASER ACTIONS* | |

Direct Purchaser Plaintiffs ("DPPs"), Indirect Purchaser Plaintiffs ("IPPs") and Defendants Irico Group Corporation and Irico Display Devices Co., Ltd. ("Irico" or the "Irico Defendants," collectively the "Parties"), by and through the undersigned counsel and pursuant to Federal Rule of Civil Procedure 16(b)(4) and Civil Local Rule 7-12, hereby stipulate as follows:

WHEREAS, on September 14, 2022, the Court entered an Order Re: Responses on Trial Scheduling requiring the Parties to meet and confer and submit a joint statement as to the proposed process for the Irico trials in the DPP and IPP actions on September 30, 2022 (the "Joint Trial Statement") (ECF No. 6070);

WHEREAS, on September 26, 2022, the Court approved a Stipulation extending the deadline for the Joint Trial Statement to October 7, 2022 to provide the Parties time to consider their respective positions and meet and confer regarding the Joint Trial Statement (ECF No. 6077);

WHEREAS, Irico has represented that it has been unable to obtain the required approvals from its management and relevant Chinese authorities to take a position on the process proposed by the Court for the trials in the DPP and IPP actions, due to the multiple layers of approval required and the National Day Golden Week holiday in China running from October 1-7, 2022; and,

WHEREAS, the Parties have not yet had an opportunity to meet and confer regarding their respective positions on Joint Trial Statement, and agree that a brief, two-week extension of the current deadline is in the best interests of the Parties and the Court and would not impact any other scheduled deadlines for the DPP or IPP actions;

IT IS HEREBY STIPULATED AND AGREED by and between counsel for DPPs, IPPs, and the Irico Defendants that good cause exists to modify the deadline to file the Joint Trial Statement as follows:

1. The October 7, 2022, deadline for the Parties to file their Joint Trial Statement is extended to October 21, 2022.

**PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED.**

1  Dated: _____        _____
2                                        HONORABLE JON S. TIGAR
                                         UNITED STATES DISTRICT JUDGE
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  Dated: October 5, 2022

2

3  /s/  *R. Alexander Saveri*                              /s/  *John M. Taladay*
   R. Alexander Saveri (173102)                          John M. Taladay (*pro hac vice*)
4  Geoffrey C. Rushing (126910)                          Evan J. Werbel (*pro hac vice*)
   Matthew D. Heaphy (227224)                            Thomas E. Carter (*pro hac vice*)
5  SAVERI & SAVERI, INC.                                 Andrew L. Lucarelli (*pro hac vice*)
   706 Sansome Street                                    BAKER BOTTS LLP
6  San Francisco, CA 94111                               700 K Street, N.W.
   Telephone: (415) 217-6810                             Washington, D.C. 20001
7  Facsimile: (415) 217-6813                             (202) 639-7700
                                                         (202) 639-7890 (fax)
8  *Lead Counsel for Direct Purchaser Plaintiffs*        Email: john.taladay@bakerbotts.com
                                                                 evan.werbel@bakerbotts.com
9                                                                tom.carter@bakerbotts.com
   /s/  *Mario N. Alioto*                                        drew.lucarelli@bakerbotts.com
10 Mario N. Alioto (56433)
   Joseph M. Patane (72202)                              *Attorneys for Defendants Irico Group Corp.*
11 Lauren C. Capurro (241151)                            *and Irico Display Devices Co., Ltd.*
   TRUMP, ALIOTO, TRUMP & PRESCOTT
12 LLP
   2001 Union Street, Suite 482
13 San Francisco, CA 94123
   Telephone: 415-563-7200
14 Facsimile: 415- 346-0679
   Email: malioto@tatp.com
15 jpatane@tatp.com
   laurenrussell@tatp.com
16
   *Lead Counsel for the Indirect Purchaser*
17 *Plaintiffs*

18

19

20

21

22

23

24

25

26

27

28

## ATTESTATION

I, John M. Taladay, hereby attest, pursuant to United States District Court, Northern District of California Civil Local Rule 5-1(i)(3), that each of the other Signatories have concurred in the filing of the document.

By: /s/ *John M. Taladay*
John M. Taladay