1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-CV-5944-JST |
| | MDL No. 1917 |
| This Document Relates to: | **STIPULATION AND [PROPOSED] ORDER RE: JOINT TRIAL STATEMENT** |
| *ALL DIRECT PURCHASER ACTIONS* | Judge:   Honorable Jon S. Tigar |
| *ALL INDIRECT PURCHASER ACTIONS* | |

1   Direct Purchaser Plaintiffs ("DPPs"), Indirect Purchaser Plaintiffs ("IPPs") and Defendants Irico Group Corporation and Irico Display Devices Co., Ltd. ("Irico" or the "Irico Defendants," collectively the "Parties"), by and through the undersigned counsel and pursuant to Federal Rule of Civil Procedure 16(b)(4) and Civil Local Rule 7-12, hereby stipulate as follows:

WHEREAS, on September 14, 2022, the Court entered an Order Re: Responses on Trial Scheduling requiring the Parties to meet and confer and submit a joint statement as to the proposed process for the Irico trials in the DPP and IPP actions on September 30, 2022 (the "Joint Trial Statement") (ECF No. 6070);

WHEREAS, on September 26, 2022, the Court approved a Stipulation extending the deadline for the Joint Trial Statement to October 7, 2022 to provide the Parties time to consider their respective positions and meet and confer regarding the Joint Trial Statement (ECF No. 6077);

WHEREAS, Irico has represented that it has been unable to obtain the required approvals from its management and relevant Chinese authorities to take a position on the process proposed by the Court for the trials in the DPP and IPP actions, due to the multiple layers of approval required and the National Day Golden Week holiday in China running from October 1-7, 2022; and,

WHEREAS, the Parties have not yet had an opportunity to meet and confer regarding their respective positions on Joint Trial Statement, and agree that a brief, two-week extension of the current deadline is in the best interests of the Parties and the Court and would not impact any other scheduled deadlines for the DPP or IPP actions;

IT IS HEREBY STIPULATED AND AGREED by and between counsel for DPPs, IPPs, and the Irico Defendants that good cause exists to modify the deadline to file the Joint Trial Statement as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1. The October 7, 2022, deadline for the Parties to file their Joint Trial Statement is extended to October 21, 2022.

**PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED.**

Dated: ___October 6, 2022_____    _____
HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE

Dated: October 5, 2022

/s/ *R. Alexander Saveri*
R. Alexander Saveri (173102)
Geoffrey C. Rushing (126910)
Matthew D. Heaphy (227224)
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Lead Counsel for Direct Purchaser Plaintiffs*

/s/ *Mario N. Alioto*
Mario N. Alioto (56433)
Joseph M. Patane (72202)
Lauren C. Capurro (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2001 Union Street, Suite 482
San Francisco, CA 94123
Telephone: 415-563-7200
Facsimile: 415- 346-0679
Email: malioto@tatp.com
jpatane@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the Indirect Purchaser Plaintiffs*

/s/ *John M. Taladay*
John M. Taladay (*pro hac vice*)
Evan J. Werbel (*pro hac vice*)
Thomas E. Carter (*pro hac vice*)
Andrew L. Lucarelli (*pro hac vice*)
BAKER BOTTS LLP
700 K Street, N.W.
Washington, D.C. 20001
(202) 639-7700
(202) 639-7890 (fax)
Email: john.taladay@bakerbotts.com
       evan.werbel@bakerbotts.com
       tom.carter@bakerbotts.com
       drew.lucarelli@bakerbotts.com

*Attorneys for Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.*