Nathan P. Eimer (*pro hac vice*)
neimer@eimerstahl.com
Vanessa G. Jacobsen (*pro hac vice*)
vjacobsen@eimerstahl.com
Brian Y. Chang (CA Bar No. 287757)
bchang@eimerstahl.com
EIMER STAHL LLP
224 South Michigan Avenue
Suite 1100
Chicago, IL 60604
Phone: (312) 660-7600
Fax: (312) 692-1718

*Attorneys for LG Electronics, Inc.,
LG Electronics USA, Inc., and
LG Electronics Taiwan Taipei Co., Ltd.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No.: 4:08-cv-01559 |
| | Master File No. 4:07-cv-05944-JST |
| | MDL No. 1917 |
| This document relates to: | |
| ANTHONY GIANASCA AND BARBARA CALDWELL *on behalf of themselves and all others similarly situated,* | **LGE'S MOTION FOR LEAVE TO FILE OPPOSITION TO MOTION TO AMEND COMPLAINT OR OTHERWISE PURSUE PENDING CLAIMS** |
| Plaintiffs, | Hearing Date: December 15, 2022 |
| v. | Time: 2:00 pm |
| LG ELECTRONICS, INC., et al., | Judge: Hon. Jon S. Tigar |
| Defendants. | Courtroom: Via videoconference |

On September 30, 2022, LG Electronics, Inc., LG Electronics USA, Inc., and LG Electronics Taiwan Taipei Co., Ltd. (collectively "LGE") filed a preliminary response (Dkt. No. 6082) ("Preliminary Response") to the Massachusetts Indirect Purchaser Plaintiffs' ("Massachusetts IPPs") Motion to Amend Complaint or Otherwise Pursue Pending Claims (Dkt. No. 6072). In LGE's Preliminary Response, LGE requested leave to file a full response in opposition to the Motion if Massachusetts IPPs failed to amend their Motion and proposed amended complaint to remove LGE from the included named defendants by October 7, 2022. Because Massachusetts IPPs failed to do so, LGE hereby respectfully MOVES to file its opposition to the Motion. LGE's proposed opposition brief is attached hereto as Exhibit A.

Dated: October 10, 2022

By: */s/ Nathan P. Eimer*
Nathan P. Eimer (*pro hac vice*)
neimer@eimerstahl.com
Vanessa G. Jacobsen (*pro hac vice*)
vjacobsen@eimerstahl.com
EIMER STAHL LLP
224 South Michigan Avenue, Suite 1100
Chicago, IL 60604
Telephone: (312) 660-7600
Facsimile: (312) 692-1718

Brian Y. Chang (CA Bar No. 287757)
bchang@eimerstahl.com
99 South Almaden Boulevard, Suite 662
San Jose, CA  95113
Telephone: (669) 231-8755

*Attorneys for LG Electronics, Inc., LG Electronics USA, Inc., and LG Electronics Taiwan Taipei Co., Ltd.*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: October 10, 2022

                                                                     */s/ Nathan P. Eimer*

                                                                      Nathan P. Eimer