# Exhibit 3

| | |
|---|---|
| **From:** | Eimer, Nate |
| **Sent:** | Thursday, October 6, 2022 9:18 AM |
| **To:** | Robert Bonsignore |
| **Cc:** | Frances Whitaker; Melanie Porter; Jacobsen, Vanessa G. |
| **Subject:** | Re: CRT Dismissal of LGE Companies |

Bob

Are you going to file an amended complaint tomorrow omitting the LGE companies or do I need to file something to get us out of the case and seek fees?

Thanks.

Nate

---

**Nathan P. Eimer**

Eimer Stahl LLP
224 South Michigan Avenue, Suite 1100
Chicago, Illinois 60604
Phone: 312-660-7601 Fax: 312-692-1718
neimer@EimerStahl.com


www.eimerstahl.com

---

NOTICE: This e-mail message and any attachments transmitted with it may contain legally privileged and confidential information. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message and all attachments. Legal advice contained in the preceding message is solely for the benefit of the Eimer Stahl LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party.

On Sep 30, 2022, at 5:00 AM, Robert Bonsignore <rbonsignore@classactions.us> wrote:

**WARNING: External Email.**

Yes do you have time tomorrow or Monday to talk?

Sent from my iPhone

Robert J. Bonsignore, Esq.
Trial Lawyer
Bonsignore, LLC
3771 Meadowcrest Drive
Las Vegas, NV 89121
Cell: (781) 856-7650
Fax (702) 852-5726

RECEIPT OF THIS EMAIL INCLUDING ATTACHMENTS DOES NOT CREATE OR INFER LEGAL REPRESENTATION. WE ONLY REPRESENT CLIENTS WHO HAVE EXECUTED A WRITTEN RETENTION AGREEMENT.

GENERAL NOTICE: This e-mail, including any attachment(s) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, is confidential and may be legally privileged.  If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited.
Please reply to the sender that you have received the message in error, then delete it. Thank you.

NOTICE TO CLIENTS: This e-mail has been sent as a confidential communication by the law office of Bonsignore, PLLC in furtherance of and for the purpose of facilitating the rendition of professional legal services.  If you are a client, this e-mail may be protected by the attorney-client privilege and the work product doctrine.  Do not share this e-mail with opposing parties, opposing counsel or any other third-person or entity. Copies of this e-mail should not be kept in your regular files.  If you print a copy of this e-mail, place it in a separate file "ATTORNEY CLIENT PRIVILEGED!
DO NOT PRODUCE A COPY OF THIS E-MAIL IN DISCOVERY!!"

Please consider the environment before you print this email.

On Sep 28, 2022, at 2:10 PM, Eimer, Nate <neimer@eimerstahl.com> wrote:

HI Bob

I hate to bug you but I am trying to get this sorted out to prevent having to file something.  Can I assume that you are going to file a corrected amended complaint that omits the LGE companies as defendants?

Thanks.

Nate

**Nathan P. Eimer**

Eimer Stahl LLP
224 South Michigan Avenue, Suite 1100
Chicago, Illinois 60604
Phone: 312-660-7601 Fax: 312-692-1718
neimer@EimerStahl.com

**EimerStahl** LLP
www.eimerstahl.com

NOTICE: This e-mail message and any attachments transmitted with it may contain legally privileged and confidential information. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message and all attachments. Legal advice contained in the preceding message is solely for the benefit of the Eimer Stahl LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party.

**From:** Robert Bonsignore <rbonsignore@classactions.us>
**Sent:** Tuesday, September 27, 2022 5:55 PM
**To:** Eimer, Nate <neimer@EimerStahl.com>; Frances Whitaker

<fwhitaker@classactions.us>; Melanie Porter <melanie@classactions.us>
**Subject:** CRT Dismissal of LGE Companies

**WARNING: External Email.**

Yes I have not heard back from Fran otherwise

We hosted a meeting in Boston last week through yesterday for about 20 lawyers to retired judges in for law school professor so we had our hands full. We will definitely get back to you tomorrow if there's any problem as it stands you're out and we will file a corrected amended complaint.

Sent from my iPhone

Robert J. Bonsignore, Esq.
Trial Lawyer
Bonsignore, LLC
3771 Meadowcrest Drive
Las Vegas, NV 89121
Cell: (781) 856-7650
Fax (702) 852-5726

RECEIPT OF THIS EMAIL INCLUDING ATTACHMENTS DOES NOT CREATE OR INFER LEGAL REPRESENTATION. WE ONLY REPRESENT CLIENTS WHO HAVE EXECUTED A WRITTEN RETENTION AGREEMENT.

GENERAL NOTICE: This e-mail, including any attachment(s) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, is confidential and may be legally privileged.  If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited.
Please reply to the sender that you have received the message in error, then delete it. Thank you.

NOTICE TO CLIENTS: This e-mail has been sent as a confidential communication by the law office of Bonsignore, PLLC in furtherance of and for the purpose of facilitating the rendition of professional legal services.  If you are a client, this e-mail may be protected by the attorney-client privilege and the work product doctrine.  Do not share this e-mail with opposing parties, opposing counsel or any other third-person or entity. Copies of this e-mail should not be kept in your regular files.  If you print a copy of this e-mail, place it in a separate file "ATTORNEY CLIENT PRIVILEGED!
DO NOT PRODUCE A COPY OF THIS E-MAIL IN DISCOVERY!!"

Please consider the environment before you print this email.

On Sep 27, 2022, at 6:44 PM, Eimer, Nate <neimer@eimerstahl.com> wrote:

Hi Bob

I wanted to check in to see if you agree that the LG companies should not have been included in the amended complaint as defendants. If not we will have to file something on Friday and I hate to waste the clients time.

Please advise ASAP.

Nate

**Nathan P. Eimer**

Eimer Stahl LLP
224 South Michigan Avenue, Suite 1100
Chicago, Illinois 60604
Phone: 312-660-7601 Fax: 312-692-1718
neimer@EimerStahl.com



www.eimerstahl.com

NOTICE: This e-mail message and any attachments transmitted with it may contain legally privileged and confidential information. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message and all attachments. Legal advice contained in the preceding message is solely for the benefit of the Eimer Stahl LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party.

-

-