R. Alexander Saveri (173102)
     rick@saveri.com
Geoffrey C. Rushing (126910)
     grushing@saveri.com
Matthew D. Heaphy (227224)
     mheaphy@saveri.com
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone:  (415) 217-6810
Facsimile:  (415) 217-6813

*Lead Counsel for Direct Purchaser Plaintiffs*

[Additional Submitting Parties and Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-CV-5944-JST<br><br>MDL No. 1917 |
| This Document Relates to:<br><br>*ALL DIRECT PURCHASER ACTIONS*<br><br>*ALL INDIRECT PURCHASER ACTIONS* | **JOINT SUBMISSION IN RESPONSE TO ORDER REQUIRING RESPONSES RE: TRIAL SCHEDULING (ECF NO. 6070)**<br><br>Judge:         Honorable Jon S. Tigar |

As ordered by the Court in the Order Requiring Responses Re: Trial Scheduling on September 14, 2022, ("Order") *see* ECF No. 6070, Direct Purchaser Plaintiffs ("DPPs"), Indirect Purchaser Plaintiffs ("IPPs"), and Defendants Irico Group Corporation ("Irico Group") and Irico Display Devices Co., Ltd. ("Irico Display") (together, "Irico")), by and through the undersigned counsel, hereby submit the following joint submission responding to the Court's proposal for the conduct of trials in the Indirect Purchaser and Direct Purchaser Actions.

**Indirect Purchaser Actions**

IPPs and Irico agree with the Court's proposal "to conduct a single trial for the IPP actions, with the case against Irico Group to be decided by the Court and the case against Irico Display to be decided by a jury." Order at 2. IPPs and Irico likewise agree that the Court's proposal does not require any changes to the current schedule in the Indirect Purchaser Actions at this time.

**Direct Purchaser Actions**

DPPs and Irico agree with the Court's proposal to "conduct a separate single trial for the DPP actions, . . . with the case against Irico Group to be decided by the Court and the case against Irico Display to be decided by a jury." *Id.* at 2. Unless otherwise directed, DPPs and Irico will submit a joint (or competing) scheduling proposal for trial in the Direct Purchaser Actions within fifteen (15) days after the Court issues a decision on DPPs' Motion to Disseminate Notice of Direct Purchaser Class Certification, ECF No. 6067.

Respectfully submitted,

Dated: October 21, 2022

/s/ *R. Alexander Saveri*
R. Alexander Saveri (173102)
Geoffrey C. Rushing (126910)
Matthew D. Heaphy (227224)
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Lead Counsel for Direct Purchaser Plaintiffs*

Dated: October 21, 2022

/s/ *Mario N. Alioto*
Mario N. Alioto (56433)
Joseph M. Patane (72202)
Lauren C. Capurro (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2001 Union Street, Suite 482
San Francisco, CA 94123
Telephone: 415-563-7200
Facsimile: 415- 346-0679
Email: malioto@tatp.com
jpatane@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the Indirect Purchaser Plaintiffs*

Dated: October 21, 2022

*/s/ John M. Taladay*
BAKER BOTTS L.L.P.
John M. Taladay
Evan J. Werbel
Thomas E. Carter
Andrew L. Lucarelli
700 K Street, N.W.
Washington, D.C. 20001
202.639.7700
202.639.7890 (fax)
Email: john.taladay@bakerbotts.com
evan.werbel@bakerbotts.com
tom.carter@bakerbotts.com
drew.lucarelli@bakerbotts.com

*Attorneys for Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.*

**ATTESTATION**

I, R. Alexander Saveri, hereby attest, pursuant to United States District Court, Northern District of California Civil Local Rule 5-1(h)(3), that each of the other Signatories have concurred in the filing of this document.

By: /s/ R. Alexander Saveri
   R. Alexander Saveri