Mario N. Alioto (56433)
Lauren C. Capurro (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2001 Union Street, Suite 482
San Francisco, CA 94123
Telephone: 415-563-7200
Facsimile: 415- 346-0679
Email: malioto@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the Indirect Purchaser
Plaintiffs for the 22 States*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MASTER FILE NO. 4:07-cv-5944 JST<br>MDL NO. 1917 |
| This Document Relates to:<br><br>*ALL INDIRECT PURCHASER ACTIONS* | **INDIRECT PURCHASER PLAINTIFFS' RESPONSE RE: MOTION TO INTERVENE FOR LIMITED PURPOSE OF RESPONDING TO MOTION TO AMEND COMPLAINT OR OTHERWISE PURSUE PENDING CLAIMS**<br><br>Hearing Date: January 12, 2023<br>Time: 2:00 p.m.<br>Courtroom: 6, 2nd Floor<br>Judge: Hon. Jon S. Tigar |

1  The Indirect Purchaser Plaintiffs ("IPPs") hereby respond to the Response to Request to Intervene (Samsung) filed by Anthony Gianasaca and Barbara Caldwell, ECF No. 6095.

IPPs take no position on the motion to intervene filed by proposed defendants. *See* ECF No. 6084-1. IPPs merely note that the brief filed by Gianasca and Caldwell is—once again—replete with factual misrepresentations and misstatements about IPP Lead Counsel and the procedural history of this case. IPP Lead Counsel has shown these claims to be false on numerous occasions, and they have been correctly rejected as baseless by this both Court and the Ninth Circuit. *See, e.g.*, ECF No. 5586 at 12-13 (rejecting similar assertions of inadequate representation as vague and unaccompanied by "any explanation of supporting facts").

Dated: October 21, 2022　　　　　　　　Respectfully submitted,

By:  */s/ Mario N. Alioto*
MARIO N. ALIOTO (56433)
LAUREN C. CAPURRO (241151)
**TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP**
2001 Union Street, Suite 482
San Francisco, California 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679

*Lead Counsel for the Indirect Purchaser Plaintiffs*