UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 |
|---|---|
| | Case No. 07-cv-05944-JST |
| This order relates to: | **ORDER RE: TRIAL SCHEDULING** |
| ALL DIRECT PURCHASER ACTIONS<br>ALL INDIRECT PURCHASER ACTIONS | |

Direct Purchaser Plaintiffs ("DPPs"), Indirect Purchaser Plaintiffs ("IPPs"), and Defendants Irico Group Corporation and Irico Display Devices Co., Ltd. (collectively, "Irico") have agreed to the Court's proposal regarding trial scheduling. ECF No. 6098. Accordingly, the Court will conduct a single trial for the IPP actions and a separate single trial for the DPP actions. In each trial, the case against Irico Group will be decided by the Court, and the case against Irico Display will be decided by a jury.

IPPs and Irico agree that no changes "to the current schedule in the Indirect Purchaser Actions" are required "at this time." *Id.* at 2.

The Court adopts the proposal by DPPs and Irico to "submit a joint (or competing) scheduling proposal for trial in the Direct Purchaser Actions within fifteen (15) days after the Court issues a decision on DPPs' Motion to Disseminate Notice of Direct Purchaser Class Certification, ECF No. 6067." *Id.*

**IT IS SO ORDERED.**

Dated: October 26, 2022

                                                              _____
                                                              JON S. TIGAR
                                                              United States District Judge