MARIO N. ALIOTO (SBN 56433)
LAUREN C. CAPURRO (SBN 241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2001 Union Street, Suite 482
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
Email: malioto@tatp.com;
laurenrussell@tatp.com

*Lead Counsel for the Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-CV-5944-JST |
| | MDL No. 1917 |
| This Document Relates to: | **DECLARATION OF ALAN R. PLUTZIK IN SUPPORT OF IRICO'S FAILURE TO PRODUCE SU XIAOHUA FOR A DEPOSITION** |
| *ALL DIRECT PURCHASER ACTIONS* | |
| *ALL INDIRECT PURCHASER ACTIONS* | Judge:      Honorable Jon S. Tigar |

I, Alan R. Plutzik, declare:

1. I am a partner with the law firm of Bramson, Plutzik, Mahler & Birkhaeuser, LLP, one of firms that represents the Indirect Purchaser Plaintiffs ("IPPs") in the above-captioned action. I am a member of the Bar of the State of California and am admitted to practice before this Court. I make this declaration in support of IPPs' and Direct Purchaser Plaintiffs' (collectively, "Plaintiffs'") submission regarding the legal consequences for the failure of Defendants Irico Group Corporation and Irico Display Devices Co., Ltd. (collectively, "Irico") to produce Su Xiaohua for a deposition. I have personal knowledge of the matters set forth herein. I could and would competently testify to them if called upon to do so and sworn as a witness.

2. Attached hereto as Exhibit 1 is a true and correct copy of a document produced by the Chunghwa Defendants in this action that bears the Bates Numbers CHU00040992–93. It has been marked in this litigation as Deposition Exhibit 1278, and was previously filed with the Court on December 15, 2017, as Exhibit 26 to the Declaration of R. Alexander Saveri in Support of Direct Purchaser Plaintiffs' Opposition to the Irico Defendants' Motion to Set Aside Default (ECF No. 5228-2).

3. Attached hereto as Exhibit 2 is a true and correct copy of the Irico Defendants' Supplemental Objections and Responses to Indirect Purchaser Plaintiffs' Fourth Set of Interrogatories to Irico Group Corporation and Irico Display Devices Co., Ltd., dated September 1, 2022.

4. Attached hereto as Exhibit 3 is a true and correct copy of the Irico Defendants' Supplemental Objections and Responses to Direct Purchaser Arch Electronics Inc.'s First Set of Interrogatories to Irico Group Corporation and Irico Display Devices Co., Ltd., dated September 1, 2022.

5. Attached hereto as Exhibit 4 is a true and correct copy of excerpts from the transcript of the deposition of Mr. Yan Yunlong, taken remotely in this action from Macau on September 27-29, 2022.

6. Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the transcript of the deposition of Mr. Wang Zhaojie ("Mr. Wang"), taken remotely in this action from Macau on September 20-22, 2022.

7. I have read Mr. Wang's September 2022 deposition. By my count, during that deposition, Mr. Wang testified well over 300 times that he either did not remember, did not know, or could not answer because he was "unclear" or "unsure" about the subject of a question.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 26th day of October 2022, in Walnut Creek, California.

                                                         */s/ Alan R. Plutzik*