Mario N. Alioto (56433)
Lauren C. Capurro (241151)
**TRUMP, ALIOTO, TRUMP & PRESCOTT LLP**
2001 Union Street, Suite 482
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
malioto@tatp.com
laurenrussell@tatp.com

*Lead Counsel for Indirect Purchaser Plaintiffs
And Counsel for Trump, Alioto, Trump & Prescott, LLP*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master No.: 4:07-cv-05944-JST<br>MDL No. 1917 |
| This Document Relates to: | **NOTICE OF CROSS-APPEAL** |
| All Indirect Purchaser Actions | Judge: The Honorable Jon S. Tigar |

**NOTICE OF CROSS-APPEAL**

Notice is hereby given that Lead Counsel for the Indirect Purchaser Plaintiffs, Mario N. Alioto, and Trump, Alioto, Trump & Prescott, LLP ("TATP") appeal to the United States Court of Appeals for the Ninth Circuit from the Order Granting in Part Indirect Purchaser Plaintiffs' Motion for Distribution of Attorney's Fees (ECF No. 6078) entered in this action on September 27, 2022.

Attached as Exhibit A is the Representation Statement pursuant to Fed. R. App. Proc. 12(b) and Ninth Circuit Rule 3-2.

Dated: October 27, 2022        By:    /s/ Mario N. Alioto
                                      Mario N. Alioto (56433)
                                      malioto@tatp.com
                                      Lauren C. Capurro (241151)
                                      laurenrussell@tatp.com
                                      TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
                                      2001 Union Street, Suite 482
                                      San Francisco, CA 94123
                                      Telephone: 415-563-7200
                                      Facsimile: 415-346-0679

                                      ***Lead Counsel for Indirect Purchaser Plaintiffs and Counsel for Trump, Alioto, Trump & Prescott, LLP***

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing NOTICE OF CROSS-APPEAL and REPRESENTATION STATEMENT was filed via CM/ECF on October 27, 2022 and has been served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                                        /s/ Lauren C. Capurro

# EXHIBIT A

## Representation Statement

| Party | Counsel |
|---|---|
| **Appellant and Cross-Appellee:**<br><br>Cooper & Kirkham, P.C | **Represented by:**<br><br>Tracy R. Kirkham (69912)<br>John D. Bogdanov (215830)<br>COOPER & KIRKHAM, P.C.<br>357 Tehama Street, Second Floor<br>San Francisco, CA 94103<br>Telephone: (415) 788-3030<br>Facsimile: (415) 882-7040<br>Email: trk@coopkirk.com<br>jdb@coopkirk.com |
| **Appellant and Cross-Appellee:**<br><br>Law Offices of Francis O. Scarpulla | **Represented by:**<br><br>Francis O. Scarpulla<br>Law Offices of Francis O. Scarpulla<br>3708 Clay Street<br>San Francisco, CA 94118<br>Telephone: (415) 751-4193<br>Facsimile: (415) 751-0889<br>Email: fos@scarpullalaw.com |
| **Appellee and Cross-Appellant:**<br><br>Indirect Purchaser Plaintiffs<br>Trump, Alioto, Trump & Prescott, LLP | **Represented by:**<br><br>Mario N. Alioto (56433)<br>Lauren C. Capurro (241151)<br>TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP<br>2001 Union Street, Suite 482<br>San Francisco, CA 94123<br>Telephone: (415) 563-7200<br>Facsimile: (415) 346-0679<br>Email: malioto@tatp.com;<br>laurenrussell@tatp.com |