UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917<br>Case No. 07-cv-05944-JST |
| This order relates to:<br>BRIGID TERRY, et al.,<br>　　　　　　Plaintiffs,<br>　　v.<br>LG ELECTRONICS, INC., et al.,<br>　　　　　　Defendants. | Case No. 08-cv-01559-JST<br>**ORDER GRANTING MOTION FOR LEAVE TO FILE OPPOSITION**<br>Re: ECF Nos. 6072, 6092 |

The motion by LG Electronics, Inc., LG Electronics USA, Inc., and LG Electronics Taiwan Taipei Co., Ltd. (collectively "LGE") to file an opposition to the Massachusetts Indirect Purchaser Plaintiffs' ("Massachusetts IPPs") motion to amend complaint or otherwise pursue pending claims is granted. ECF No. 6092. LGE shall file its opposition within seven days of the date of this order. Massachusetts IPPs may file a reply within seven days of the filing of the opposition. If a timely reply is not filed, the Court will deny Massachusetts IPPs' motion as to claims against LGE.

/ / /

/ / /

/ / /

/ / /

/ / /

In addition, Massachusetts IPPs are reminded that they must re-notice their motion, ECF No. 6072, for a new hearing date.  *See* ECF No. 6073 (Clerk's notice instructing counsel to re-notice and not re-file the motion).

**IT IS SO ORDERED.**

Dated:  October 28, 2022



JON S. TIGAR
United States District Judge