UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 |
|---|---|
| | Case No. 07-cv-05944-JST |
| This order relates to: | **ORDER REFERRING DISPUTE TO SPECIAL MASTER** |
| ALL DIRECT PURCHASER ACTIONS ALL INDIRECT PURCHASER ACTIONS | Re: ECF No. 6101 |

The parties have filed a joint brief regarding the legal consequences of the failure of Su Xiaohua, a former Irico employee, to appear for deposition.[1]  ECF No. 6101.  Plaintiffs seek sanctions under Rule 37 of the Federal Rules of Civil Procedure.  Irico asserts that the only consequence "is that Mr. Su is not susceptible of being identified as a witness at trial under FRCP 26(a)(3)(A)(1)."  *Id.* at 13.  The Court refers this discovery matter to the Special Master, who may order further briefing as he deems necessary.

**IT IS SO ORDERED.**

Dated:  November 1, 2022



JON S. TIGAR
United States District Judge

---

[1] "Irico" refers collectively to Defendants Irico Group Corporation and Irico Display Devices Co., Ltd.