1  **COUNSEL LISTED ON SIGNATURE PAGE**

<br>

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 4:07-cv-5944 JST<br>Case No. 17-cv-04067-JST<br><br>MDL No. 1917<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO PUBLISH NOTICE OF IPPS' SETTLEMENT WITH MITSUBISHI ELECTRIC CORP.** |
| **This document relates to:**<br><br>*Luscher et al. v. Mitsubishi Electric Corp.,* Case No. 17-cv-04067-JST | The Honorable Jon S. Tigar |

1   WHEREAS, by Order dated October 31, 2022, this Court granted preliminary approval of the Indirect Purchaser Plaintiffs' ("IPPs") settlement with defendant Mitsubishi Electric Corp. ("Mitsubishi Electric"), ECF No. 6104 (the "Preliminary Approval Order");

WHEREAS, the Preliminary Approval Order requires that Notice of the settlement be published in accordance with the Court-approved Notice Plan within sixty (60) days from the date of the Order (*id.* at ¶ 15);

WHEREAS, sixty (60) days from the Preliminary Approval Order is December 30, 2022;

WHEREAS, the Parties agree that good cause exists to extend the deadline for publishing Notice of the settlement by forty-five (45) days to February 13, 2023;

WHEREAS, the Parties agree that all deadlines in the Preliminary Approval Order that run from the Notice publication date—such as, for example, the deadline to object to the settlement or request exclusion—will also be extended by 45 days, but that the extension will not affect the June 1, 2023 Fairness Hearing set by the Court; and

WHEREAS, all other provisions of the Preliminary Approval Order will remain the same.

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE THAT good cause exists to extend the deadline for publishing Notice of IPPs' settlement with Mitsubishi Electric by forty-five (45) days from December 30, 2022 to February 13, 2023.

**IT IS SO STIPULATED.**

Dated: November 17, 2022                TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP

By:   /s/ Mario N. Alioto
      MARIO N. ALIOTO, ESQ. (56433)
      LAUREN C. CAPURRO, ESQ. (241151)
      TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
      2001 Union Street, Suite 482
      San Francisco, CA  94123
      Telephone:  (415) 563-7200
      Facsimile: (415) 346-0679
      E-mail: malioto@tatp.com

laurenrussell@tatp.com

**Lead Counsel for Indirect Purchaser Plaintiffs**

Dated: November 17, 2022  By:  /s/ Michael T. Brody

Terrence J. Truax
ttruax@jenner.com
Michael T. Brody
mbrody@jenner.com
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL  60654
Telephone:  (312) 222-9350

**Counsel for Mitsubishi Electric Corporation**

**PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS SO ORDERED.**

Dated: _____     _____

HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE

**ATTESTATION**

I, Lauren C. Capurro, hereby attest, pursuant to United States District Court, Northern District of California Civil Local Rule 5-1(i)(3), that each of the other Signatories have concurred in the filing of the document.

By: /s/ *Lauren C. Capurro*
Lauren C. Capurro