**COUNSEL LISTED ON SIGNATURE PAGE**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 4:07-cv-5944 JST<br>Case No. 17-cv-04067-JST<br><br>MDL No. 1917<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO PUBLISH NOTICE OF IPPS' SETTLEMENT WITH MITSUBISHI ELECTRIC CORP.** |
| **This document relates to:**<br><br>*Luscher et al. v. Mitsubishi Electric Corp.*, Case No. 17-cv-04067-JST | The Honorable Jon S. Tigar |

1  WHEREAS, by Order dated October 31, 2022, this Court granted preliminary approval
2  of the Indirect Purchaser Plaintiffs' ("IPPs") settlement with defendant Mitsubishi Electric Corp.
3  ("Mitsubishi Electric"), ECF No. 6104 (the "Preliminary Approval Order");

4  WHEREAS, the Preliminary Approval Order requires that Notice of the settlement be
5  published in accordance with the Court-approved Notice Plan within sixty (60) days from the
6  date of the Order (*id.* at ¶ 15);

7  WHEREAS, sixty (60) days from the Preliminary Approval Order is December 30,
8  2022;

9  WHEREAS, the Parties agree that good cause exists to extend the deadline for
10 publishing Notice of the settlement by forty-five (45) days to February 13, 2023;

11 WHEREAS, the Parties agree that all deadlines in the Preliminary Approval Order that
12 run from the Notice publication date—such as, for example, the deadline to object to the
13 settlement or request exclusion—will also be extended by 45 days, but that the extension will
14 not affect the June 1, 2023 Fairness Hearing set by the Court; and

15 WHEREAS, all other provisions of the Preliminary Approval Order will remain the
16 same.

17 NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE THAT
18 good cause exists to extend the deadline for publishing Notice of IPPs' settlement with
19 Mitsubishi Electric by forty-five (45) days from December 30, 2022 to February 13, 2023.
20 **IT IS SO STIPULATED.**

21
22 Dated: November 17, 2022   TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP

23
24            By:   */s/ Mario N. Alioto*
                   MARIO N. ALIOTO, ESQ. (56433)
25                 LAUREN C. CAPURRO, ESQ. (241151)
                   TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
26                 2001 Union Street, Suite 482
                   San Francisco, CA  94123
27                 Telephone:  (415) 563-7200
                   Facsimile: (415) 346-0679
28                 E-mail: malioto@tatp.com

**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO PUBLISH NOTICE OF IPPS'
SETTLEMENT WITH MITSUBISHI ELECTRIC CORP.
Master File No. 07-cv-05944-JST, MDL No. 1917**

laurenrussell@tatp.com

**Lead Counsel for Indirect Purchaser Plaintiffs**

Dated: November 17, 2022     By:     */s/ Michael T. Brody*

Terrence J. Truax
ttruax@jenner.com
Michael T. Brody
mbrody@jenner.com
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL  60654
Telephone:  (312) 222-9350

**Counsel for Mitsubishi Electric Corporation**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:    November 21, 2022

HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE

3
**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO PUBLISH NOTICE OF IPPS'
SETTLEMENT WITH MITSUBISHI ELECTRIC CORP.
Master File No. 07-cv-05944-JST, MDL No. 1917**