Melanie Porter (CA Bar #: 253500)
BONSIGNORE TRIAL LAWYERS, PLLC
23 Forest Street
Medford, MA 02155
Phone: 781-350-0000
Email: rbonsignore@classactions.us

*Counsel for Massachusetts Only Indirect Purchaser Plaintiffs Gianasca and Caldwell*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | CASE NO.: 4:07-cv-05944 JST |
| | MDL 1917 |
| This document relates to: | **NOTICE OF APPEARANCE FOR MELANIE A. PORTER** |
| ALL INDIRECT PURCHASER ACTIONS | |

1

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Melanie A. Porter of the law firm of Bonsignore Trial Lawyers, PLLC hereby enters an appearance as counsel for Massachusetts Only Indirect Purchaser Plaintiffs Gianasca and Caldwell and hereby respectfully requests that all notices given or required to be given, and all papers filed or served or required to be served in the above-captioned matter, be provided and served upon:

> Melanie Porter
> Bonsignore Trial Lawyers, PLLC
> 23 Forest Street
> Medford, MA 02155
> melanie@classactions.us

Dated:  December 13, 2022				BONSIGNORE TRIAL LAWYERS

By:  /s/ *Melanie Porter*
Melanie Porter (CA Bar #: 253500)
23 Forest Street
Medford, MA 02155
Telephone: (781) 350-0000
Email: melanie@classactions.us
Attorney for Plaintiffs