**NORTON ROSE FULBRIGHT US LLP**
JEFFREY MARGULIES (BAR NO. 126002)
555 California Street
Suite 3300
San Francisco, California 94104
Telephone:  (213) 892-9200
Facsimile:   (213) 892-9494
jeff.margulies@nortonrosefulbright.com

Attorneys for Defendants
IRICO GROUP CORP. AND
IRICO DISPLAY DEVICES CO., LTD

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 4:07-cv-05944-JST MDL No.: 1917 |
| | **NOTICE OF APPEARANCE OF COUNSEL** |
| This Documents Relates to:<br><br>ALL ACTIONS | |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Jeffrey Margulies of Norton Rose Fulbright LLP hereby enters an appearance of counsel of record in the above-captioned case on behalf of Defendants Irico Group Corp. and Irico Display Devices Co., Ltd. I am a member of the State Bar of California and am admitted to practice in the Northern District of California.

Appearing counsel requests that all papers in this action be served upon the undersigned at the address and email set forth below.

Jeffrey Margulies (Bar No. 126002)
**Norton Rose Fulbright US LLP**
555 California Street
Suite 3300
San Francisco, California 94104
Telephone:  (213) 892-9200
Facsimile:   (213) 892-9494
Email: jeff.margulies@nortonrosefulbright.com

Dated:    December 16, 2022

**NORTON ROSE FULBRIGHT US LLP**
JEFFREY MARGULIES

By _____
JEFFREY MARGULIES
Attorneys for Defendants
IRICO GROUP CORP. and
IRICO DISPLAY DEVICES CO., LTD