# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*ALL INDIRECT PURCHASER ACTIONS* | Master File No. 07-CV-5944-JST<br><br>MDL No. 1917<br><br>**STIPULATION AND [PROPOSED] ORDER RE: CASE SCHEDULE**<br><br>Judge:     Honorable Jon S. Tigar |

Indirect Purchaser Plaintiffs ("IPPs") and Defendants Irico Group Corporation and Irico Display Devices Co., Ltd. ("Irico" or the "Irico Defendants," collectively the "Parties"), by and through the undersigned counsel and pursuant to Federal Rule of Civil Procedure 16(b)(4) and Civil Local Rule 7-12, hereby stipulate as follows:

WHEREAS, on June 22, 2022, this Court entered an Amended Scheduling Order setting a trial date of July 24, 2023 and certain associated deadlines. [ECF No. 6024]. ("Scheduling Order");

WHEREAS, the Parties have subsequently met and conferred and consulted the Court's Standing Order for Civil Jury Trials and have agreed on proposed dates for the various events that will need to take place to ready the case for trial on July 24, 2023;

WHEREAS, the Parties agree that good cause exists to modify certain existing deadlines and the Scheduling Order as outlined in the chart below, subject to Court approval;

WHEREAS, the Parties agree that the inclusion of the proposed deadlines for dispositive motions is without prejudice to the Parties' positions with respect to any motions that IPPs may file seeking to prohibit Irico from filing certain summary judgment motions.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between counsel for IPPs and the Irico Defendants that good cause exists to modify the case schedule as outlined in the chart below.

**PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED THAT THE CASE SCHEDULE AND DEADLINES ARE MODIFIED AS FOLLOWS:**

| Event | Current Deadline | [Proposed] Deadline |
|---|---|---|
| Last day to file stipulation on Business Records/Authenticity | N/A | February 24, 2023 |
| Last day to exchange trial exhibit lists, witness lists, and deposition designations[1] | N/A | March 14, 2023 |
| *Daubert* and dispositive motions may be filed | N/A | March 15, 2023 |

---

[1] The Parties agree that any proposed deposition excerpts will include all relevant objections, including objections to translations.

| Event | Current Deadline | [Proposed] Deadline |
|---|---|---|
| First simultaneous exchange of proposed jury instructions and special verdict forms | N/A | April 4, 2023 |
| Last day to exchange objections to trial exhibits and deposition designations, along with any counter-designations; simultaneous exchange of objections to proposed jury instructions and special verdict forms | N/A | April 14, 2023 |
| Responses to *Daubert* and dispositive motions | N/A | April 17, 2023 |
| Last day to file motions in limine | January 5, 2023 | April 20, 2023 |
| Last day to exchange objections to counter-designations of deposition testimony | N/A | April 24, 2023 |
| Second simultaneous exchange of proposed jury instructions and special verdict forms | N/A | April 28, 2023 |
| Replies to *Daubert* and dispositive motions | N/A | May 1, 2023 |
| Second simultaneous exchange of objections to proposed jury instructions and special verdict forms | N/A | May 8, 2023 |
| Last day to file oppositions to motions in limine[2] | January 26, 2023 | May 11, 2023 |
| Hearings on *Daubert* and dispositive motions | N/A | May 18, 2023 at 2:00 p.m. |
| Last day to submit disputed deposition designations to Court | N/A | May 22, 2023 |
| Hearings on motions in limine | February 24, 2023, at 2:00 p.m. | May 25, 2023, at 2:00 p.m. |
| Last day to file parties' joint and any alternatively proposed jury instructions and verdict form | N/A | May 26, 2023 |
| Last day to meet and confer before pretrial conference | N/A | June 16, 2023 |
| Last day to file stipulation on pre-admission of trial exhibits | N/A | June 27, 2023 |
| Last day to file joint pretrial statement, proposed findings of fact, and proposed conclusions of law | June 30, 2023 | June 30, 2023 |
| Exhibits marked and exchanged | N/A | July 6, 2023 |
| Pretrial conference | July 7, 2023, at 2:00 p.m. | July 7, 2023, at 2:00 p.m. |
| Last day to deliver trial exhibits to the Court | N/A | July 14, 2023 |
| Trial | July 24, 2023, at 8:00 a.m. | July 24, 2023, at 8:00 a.m. |

---

[2] No motion in limine or opposition to motion in limine shall exceed five pages.

Dated: _____

HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE

Dated: December 19, 2022

/s/ Lauren C. Capurro
Mario N. Alioto (56433)
Joseph M. Patane (72202)
Lauren C. Capurro (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2001 Union Street, Suite 482
San Francisco, CA 94123
Telephone: 415-563-7200
Facsimile: 415- 346-0679
Email: malioto@tatp.com
jpatane@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the Indirect Purchaser Plaintiffs*


/s/ John M. Taladay
John M. Taladay (*pro hac vice*)
Evan J. Werbel (*pro hac vice*)
Thomas E. Carter (*pro hac vice*)
Andrew L. Lucarelli (*pro hac vice*)
BAKER BOTTS LLP
700 K Street, N.W.
Washington, D.C. 20001
(202) 639-7700
(202) 639-7890 (fax)
Email: john.taladay@bakerbotts.com
       evan.werbel@bakerbotts.com
       tom.carter@bakerbotts.com
       drew.lucarelli@bakerbotts.com

*Attorneys for Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.*

3
STIPULATION AND [PROPOSED] ORDER RE: CASE SCHEDULE; Master File No. 07-CV-5944-JST

## ATTESTATION

I, Lauren C. Capurro, hereby attest, pursuant to United States District Court, Northern District of California Civil Local Rule 5-1(i)(3), that each of the other Signatories have concurred in the filing of the document.

By: /s/ *Lauren C. Capurro*
Mario N. Alioto