UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 |
|---|---|
| | Case No. 07-cv-05944-JST |
| This order relates to: | **ORDER REQUIRING REVISED PROPOSED CASE SCHEDULE** |
| ALL INDIRECT PURCHASER ACTIONS | Re: ECF No. 6121 |

The Court has reviewed the parties' stipulated case schedule, ECF No. 6121, and finds it would be prudent to set a schedule for briefing and hearing *Daubert* motions before any dispositive motions are filed. Accordingly, the parties shall meet and confer to discuss a revised proposed schedule that includes separate schedules for *Daubert* and dispositive motions, with no less than eight weeks between the proposed hearing date on *Daubert* motions and the proposed filing deadline for dispositive motions. This schedule might require continuing the trial date. Alternatively, if the parties have already concluded that they will not file any *Daubert* motions, they may file a joint statement to that effect.

**IT IS SO ORDERED.**

Dated: December 20, 2022

JON S. TIGAR
United States District Judge