| | |
|---|---|
| 1 | JEFFREY L. KESSLER  (*pro hac vice*) |
|   | JKessler@winston.com |
| 2 | EVA W. COLE  (*pro hac vice*) |
|   | EWCole@winston.com |
| 3 | KEVIN B. GOLDSTEIN  (*pro hac vice*) |
|   | KBGoldstein@winston.com |
| 4 | WINSTON & STRAWN LLP |
|   | 200 Park Avenue |
| 5 | New York, NY 10166 |
| 6 | Telephone:    (212) 294-6700 |
|   | Facsimile:     (212) 294-4700 |
| 7 | |
|   | *Attorneys for Intervenors-Proposed Defendants* |
| 8 | *Panasonic Corporation, Panasonic Corporation of* |
|   | *North America, and MT Picture Display Co., Ltd* |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No.: 07-cv-05944-JST |
| | MDL No. 1917 |
| This document relates to: All Indirect Purchaser Actions | **DECLARATION OF KEVIN B. GOLDSTEIN IN SUPPORT OF MOTION FOR SANCTIONS PURSUANT TO FED. R. CIV. P. 11 AND 28 U.S.C. § 1927** |

I, Kevin B. Goldstein, declare:

1. I am an attorney with Winston & Strawn LLP, attorneys for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, and MT Picture Display Co., Ltd.,[1] in this action. I am a member of the bar of the State of New York, the State of Illinois, and the District of Columbia, and admitted by this Court *pro hac vice* for purposes of this lawsuit (ECF No. 1403). I make this Declaration in support of Intervenors-Proposed Defendants' Motion to Sanctions Pursuant to Federal Rule of Civil Procedure 11 and 28 U.S.C. § 1927, and have personal knowledge of the facts set forth below.

2. Attached as <u>Exhibit A</u> is a true and correct copy of email correspondence, and attachments thereto, on October 10, 2022, between myself, Robert Bonsignore, and Joseph Alioto.

3. Attached as <u>Exhibit B</u> is a true and correct copy of email correspondence, and attachments thereto, culminating on November 30, 2022, between myself, Robert Bonsignore, and Joseph Alioto.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 22nd day of December, 2022, in Chicago, Illinois.

Kevin B. Goldstein

---

[1] MT Picture Display Co., Ltd. has been dissolved and completed final liquidation proceedings in Japan on May 23, 2019.

Declaration of Kevin B. Goldstein in Support of Motion for
Sanctions Pursuant to Fed. R. Civ. P 11 and 28 U.S.C. § 1927     Case No.: 4:07-cv-05944-JST