**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This document relates to:<br>All Indirect Purchaser Actions | Case No.: 07-cv-05944-JST<br><br>MDL No. 1917<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR SANCTIONS PURSUANT TO FED. R. CIV. P. 11 AND 28 U.S.C. § 1927** |

  The Motion for Sanctions Pursuant to Federal Rule of Civil Procedure 11 and 28 U.S.C. § 1927 (the "Motion for Sanctions"), filed by Intervenors-Proposed Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.); Panasonic Corporation of North America; MT Picture Display Co., Ltd; LG Electronics, Inc.; LG Electronics USA, Inc.; LG Electronics Taiwan Taipei Co., Ltd.; Koninklijke Philips, N.V.; Philips North America LLC; Philips Taiwan Limited; and Philips do Brasil, Ltda. (hereinafter, the "Proposed Defendants") came on regularly for hearing before this court.

  Having considered all papers filed in support of and in opposition to said Motion, and having entertained argument of counsel, and good cause appearing, IT IS HEREBY ORDERED that Proposed Defendants' Motion for Sanctions is GRANTED in full, and specifically as follows:

1. Proposed Defendants' request that this Court deny the Motion to Amend Complaint or Otherwise Pursue Pending Claims, ECF No. 6072 (the "Motion to Amend"), is granted.

2. Proposed Defendants' request of a monetary award equal to the amount of the reasonable attorneys' fees and costs associated with the Motion for Sanctions is granted.

3. Proposed Defendants' request of a monetary award equal to the amount of the reasonable attorneys' fees and costs that Proposed Defendants have incurred in defending against the Motion to Amend is granted.

Proposed Defendants are hereby ORDERED to file declarations and supporting materials detailing the fees and costs incurred in connection with the Motion for Sanctions and Motion to Amend within fourteen (14) days of the entry of this Order.

**IT IS SO ORDERED**

Dated: _____                                   _____

                                                                    Hon. Jon S. Tigar
                                                                    United States District Judge