1  JEFFREY L. KESSLER  (*pro hac vice*)
   JKessler@winston.com
2  EVA W. COLE  (*pro hac vice*)
   EWCole@winston.com
3  KEVIN B. GOLDSTEIN  (*pro hac vice*)
   KBGoldstein@winston.com
4  WINSTON & STRAWN LLP
   200 Park Avenue
5  New York, NY 10166
   Telephone:     (212) 294-6700
6  Facsimile:     (212) 294-4700

7  *Attorneys for Intervenors-Proposed Defendants*
   *Panasonic Corporation, Panasonic Corporation of*
8  *North America, and MT Picture Display Co., Ltd*

9  *Additional Counsel Listed on Signature Page*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This document relates to:<br>All Indirect Purchaser Actions | Case No.: 07-cv-05944-JST<br><br>MDL No. 1917<br><br>**RE-NOTICE OF MOTION FOR SANCTIONS PURSUANT TO FED. R. CIV. P. 11 AND 28 U.S.C. § 1927**<br><br>Date:   March 2, 2023<br>Time:  2:00 PM<br>Place:  Courtroom 6, 2nd Floor |

**RE-NOTICE OF MOTION FOR SANCTIONS PURSUANT TO
FED. R. CIV. P. 11 AND 28 U.S.C. § 1927**

TO ALL PARTIES AND THEIR ATTORNEYS:

PLEASE TAKE NOTICE that the hearing on Intervenors-Proposed Defendants' Motion for Sanctions Pursuant to Federal Rule of Civil Procedure 11 and 28 U.S.C. § 1927, ECF No. 6126, originally noticed for February 23, 2023, at 2:00 PM PST in Courtroom 6, 2nd Floor, 1301 Clay Street, Oakland, California, before the Honorable Judge Tigar, is hereby re-noticed for hearing on March 2, 2023, at 2:00 PM PST in Courtroom 6, 2nd Floor, 1301 Clay Street, Oakland, California, before the Honorable Judge Tigar, or the earliest date allowed by this Court.

Dated:  December 22, 2022

    Respectfully Submitted,

/s/ *Jeffrey L. Kessler*
WINSTON & STRAWN LLP
JEFFREY L. KESSLER
jkessler@winston.com
EVA W. COLE
ewcole@winston.com
200 Park Avenue
New York, NY 10166
Telephone:     (212) 294-6700

KEVIN B. GOLDSTEIN
kbgoldstein@winston.com
35 W. Wacker Drive
Chicago, IL 60622
Telephone:     (312) 558-5600

WEIL, GOTSHAL & MANGES LLP
DAVID L. YOHAI
david.yohai@weil.com
ADAM C. HEMLOCK
adam.hemlock@weil.com
DAVID YOLKUT
david.yolkut@weil.com
767 Fifth Avenue
New York, NY 10153-0119
Telephone:     (212) 310-8000

*Attorneys for Intervenors-Proposed Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, and MT Picture Display Co., Ltd.*