1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-CV-5944-JST |
| | MDL No. 1917 |
| This Document Relates to: | **STIPULATION AND [PROPOSED] ORDER RE: CASE SCHEDULE** |
| *ALL INDIRECT PURCHASER ACTIONS* | Judge:      Honorable Jon S. Tigar |

1    Indirect Purchaser Plaintiffs ("IPPs") and Defendants Irico Group Corporation and Irico

2    Display Devices Co., Ltd. ("Irico" or the "Irico Defendants," collectively the "Parties"), by and

3    through the undersigned counsel and pursuant to Federal Rule of Civil Procedure 16(b)(4) and

4    Civil Local Rule 7-12, hereby stipulate as follows:

5        WHEREAS, on June 22, 2022, this Court entered an Amended Scheduling Order setting a

6    trial date of July 24, 2023 and certain associated deadlines.  [ECF No. 6024]. ("Scheduling

7    Order");

8        WHEREAS, the Parties previously met and conferred and agreed on proposed dates for the

9    various events that will need to take place to ready the case for trial on July 24, 2023, and filed a

10   Stipulation and [Proposed] Order re: Trial Scheduling on December 19, 2022 [ECF No. 6121];

11       WHEREAS, on December 21, 2022, the Court entered an Order Requiring Revised

12   Proposed Case Schedule, concluding that "it would be prudent to set a scheduling for briefing and

13   hearing any *Daubert* motions before any dispositive motions are filed," and requiring the Parties to

14   "meet and confer to discuss a revised proposed schedule that includes separate schedules for

15   *Daubert* and dispositive motions, with no less than eight weeks between the proposed hearing date

16   on *Daubert* motions and the proposed filing deadline for dispositive motions." [ECF No. 6125].

17   The Court's Order further contemplated that "[t]his schedule might require continuing the trial

18   date." *Id.*;

19       WHEREAS, the Parties met and conferred and agreed on proposed dates in accordance

20   with the Court's Order Requiring Revised Proposed Case Schedule, including a continued trial

21   date;

22       WHEREAS, the Parties agree that good cause exists to modify certain existing deadlines

23   and the Scheduling Order as outlined in the chart below, subject to Court approval;

24       WHEREAS, the Parties agree that the inclusion of the proposed deadlines for dispositive

25   motions is without prejudice to the Parties' positions with respect to any motions that IPPs may file

26   seeking to prohibit Irico from filing certain summary judgment motions.

27

28

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between counsel for IPPs and the Irico Defendants that good cause exists to modify the case schedule as outlined in the chart below.

**PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED THAT THE CASE SCHEDULE AND DEADLINES ARE MODIFIED AS FOLLOWS:**

| Event | Current Deadline | [Proposed] Deadline |
|---|---|---|
| Last day to file *Daubert* motions | N/A | February 15, 2023 |
| Last day to file responses to *Daubert* motions | N/A | March 20, 2023 |
| Last day to file replies to *Daubert* motions | N/A | April 5, 2023 |
| Last day to file stipulation on Business Records/Authenticity | N/A | April 21, 2023 |
| Hearing on *Daubert* motions | N/A | May 4, 2023, at 2:00 pm |
| Last day to exchange trial exhibit lists, witness lists, and deposition designations[1] | N/A | May 26, 2023 |
| First simultaneous exchange of proposed jury instructions and special verdict forms | N/A | June 16, 2023 |
| Last day to file dispositive motions | N/A | June 30, 2023 |
| Last day to exchange objections to trial exhibits and deposition designations, along with any counter-designations; simultaneous exchange of objections to proposed jury instructions and special verdict forms | N/A | July 14, 2023 |
| Last day to exchange objections to counter-designations of deposition testimony | N/A | July 28, 2023 |
| Second simultaneous exchange of proposed jury instructions and special verdict forms | N/A | July 31, 2023 |
| Last day to file responses to dispositive motions | N/A | August 4, 2023 |
| Last day to file motions in limine | January 5, 2023 | August 11, 2023 |
| Last day to file replies to dispositive motions | N/A | August 18, 2023 |
| Second simultaneous exchange of objections to proposed jury instructions and special verdict forms | N/A | August 25, 2023 |
| Last day to file oppositions to motions in limine[2] | January 26, 2023 | September 1, 2023 |

---

[1] The Parties agree that any proposed deposition excerpts will include all relevant objections, including objections to translations.
[2] No motion in limine or opposition to motion in limine shall exceed five pages.

| Event | Current Deadline | [Proposed] Deadline |
|---|---|---|
| Hearing on dispositive motions | N/A | September 7, 2023 at 2:00 pm |
| Last day to submit disputed deposition designations to Court | N/A | September 15, 2023 |
| Hearings on motions in limine | February 24, 2023, at 2:00 p.m. | September 21, 2023, at 2:00 p.m. |
| Last day to file parties' joint and any alternatively proposed jury instructions and verdict form | N/A | September 25, 2023 |
| Last day to meet and confer before pretrial conference | N/A | September 29, 2023 |
| Last day to file stipulation on pre-admission of trial exhibits | N/A | October 10, 2023 |
| Last day to file joint pretrial statement, proposed findings of fact, and proposed conclusions of law | June 30, 2023 | October 13, 2023 |
| Exhibits marked and exchanged | N/A | October 19, 2023 |
| Pretrial conference | July 7, 2023, at 2:00 p.m. | October 20, 2023, at 2:00 p.m. |
| Last day to deliver trial exhibits to the Court | N/A | October 27, 2023 |
| Trial | July 24, 2023, at 8:00 a.m. | November 6, 2023, at 8:00 a.m. |

Dated: _____

_____
HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE

Dated: December 28, 2022

/s/ Lauren C. Capurro
Mario N. Alioto (56433)
Joseph M. Patane (72202)
Lauren C. Capurro (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2001 Union Street, Suite 482
San Francisco, CA 94123
Telephone: 415-563-7200
Facsimile: 415- 346-0679
Email: malioto@tatp.com
jpatane@tatp.com
laurenrussell@tatp.com

Lead Counsel for the Indirect Purchaser Plaintiffs

3

1

2
/s/ John M. Taladay
John M. Taladay (*pro hac vice*)

3
Evan J. Werbel (*pro hac vice*)
Thomas E. Carter (*pro hac vice*)

4
Andrew L. Lucarelli (*pro hac vice*)
BAKER BOTTS LLP

5
700 K Street, N.W.
Washington, D.C. 20001

6
(202) 639-7700
(202) 639-7890 (fax)

7
Email: john.taladay@bakerbotts.com
       evan.werbel@bakerbotts.com

8
       tom.carter@bakerbotts.com
       drew.lucarelli@bakerbotts.com

9

10
*Attorneys for Defendants Irico Group Corp.*
*and Irico Display Devices Co., Ltd.*

11

12

13

14

15

16

17

18

19
### ATTESTATION

20
    I, John M. Taladay, hereby attest, pursuant to United States District Court, Northern District

21
of California Civil Local Rule 5-1(i)(3), that each of the other Signatories have concurred in the

22
filing of the document.

23
                                    By: /s/ John M. Taladay

24
                                        John M. Taladay

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE: CASE SCHEDULE; Master File No. 07-CV-5944-JST