Robert J. Bonsignore (Admitted *pro hac vice* Massachusetts BBO # 547880)
Melanie Porter (CA Bar No. 253500)
BONSIGNORE TRIAL LAWYERS, PLLC
23 Forest Street
Medford, MA  02155
Cell Phone: (781) 856-7650
Facsimile: (702) 852-5726
rbonsignore@classactions.us
melanie@classactions.us

Joseph M. Alioto (SBN 42680)
Tatiana V. Wallace
ALIOTO LAW FIRM
One Sansone Street, 35th Floor
San Francisco, CA 94104
Telephone: (415) 434-8900
Email: jmalioto@aliotolaw.com

***Counsel for Massachusetts Only Indirect Purchaser Plaintiffs Gianasca and Caldwell***

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 4:07-cv-5944<br>Related MDL No. 1917 |
| This Document Relates to<br><br>All Indirect Purchaser Actions | **DECLARATION OF ROBERT J. BONSIGNORE IN SUPPORT OF JOINT STIPULATION TO EXTEND BRIEFING SCHEDULE FOR DEFENDANTS' MOTION FOR SANCTIONS**<br><br>Hearing Date: March 2, 2023<br>Time:          2:00 pm<br>Courtroom: Via videoconference<br>Judge:         Hon. Jon S. Tigar |

Declaration of Robert J. Bonsignore In Support Of Joint Stipulation to Extend
Briefing Schedule for Defendants' Motion for Sanctions
Case No. 4:07-cv-5944, MDL No. 1917

I, Robert J. Bonsignore, hereby declare as follows:

1. I am an attorney admitted to practice before this Court *pro hac vice*. I am duly licensed by the Commonwealth of Massachusetts. The facts set forth in this declaration are personally known to me and if sworn as a witness I could and would competently testify thereto. I represent the Plaintiffs in this litigation.

2. Pursuant to Local Rules 6-1(b) and 6-2(a), this Declaration explains the grounds for the request to extend the briefing schedule for Plaintiffs' response and Defendants' reply to Defendants' Motion for Sanctions (ECF No. 6126).

3. Defendants filed their Motion for Sanctions on December 22, 2022, with the Response currently due on January 5, 2023.

4. On or about December 23, 2022, the Northeast and much of the United States were hit with a severe winter storm which knocked out power to much of the area for several days.

5. The parties agree that they require additional time to brief their respective opposition and replies to the motion for sanctions, because, among other reasons, of the recent storm and resulting power outage.

6. The parties met and conferred, and have mutually agreed to extend the time for Plaintiffs to file their opposition to the motion for sanctions by seven (7) days and to extend the time for Defendants to file their reply by seven (7) days from the date on which Plaintiffs filed their opposition. Under this schedule, Plaintiffs would have until January 12, 2023, to file their opposition brief, and Defendants would have until January 26, 2023 to file their reply.

7. The hearing date of March 2, 2023 will not be affected by this small extension of time.

8. The parties have not previously requested or stipulated to any extensions to the briefing schedule for the motion for sanctions.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 4th day of January, in Las Vegas, Nevada.

By: /s/ Robert J. Bonsignore
Robert J. Bonsignore

2
Declaration of Robert J. Bonsignore In Support Of Joint Stipulation to Extend
Briefing Schedule for Defendants' Motion for Sanctions
Case No. 4:07-cv-5944, MDL No. 1917