Robert J. Bonsignore (Admitted *pro hac vice* Massachusetts BBO # 547880)
Melanie Porter (CA Bar No. 253500)
BONSIGNORE TRIAL LAWYERS, PLLC
23 Forest Street
Medford, MA  02155
Cell Phone: (781) 856-7650
Facsimile: (702) 852-5726
rbonsignore@classactions.us
melanie@classactions.us

Joseph M. Alioto (SBN 42680)
Tatiana V. Wallace
ALIOTO LAW FIRM
One Sansone Street, 35th Floor
San Francisco, CA 94104
Telephone: (415) 434-8900
Email: jmalioto@aliotolaw.com

*Counsel for Massachusetts Only Indirect Purchaser Plaintiffs Gianasca and Caldwell*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 4:07-cv-5944<br>Related MDL No. 1917 |
| This Document Relates to<br>All Indirect Purchaser Actions | **JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE FOR PROPOSED DEFENDANTS' MOTION FOR SANCTIONS**<br><br>Hearing Date: March 2, 2023<br>Time: 2:00 pm<br>Courtroom: Via videoconference<br>Judge: Hon. Jon S. Tigar |

Pursuant to Civil Local Rule 6-2, Plaintiffs and the undersigned Intervenors-Proposed Defendants (the "Proposed Defendants"), by and through their respective undersigned counsel, hereby agree and stipulate as follows:

WHEREAS, on December 22, 2022, certain Proposed Defendants filed their Motion for Sanctions (ECF No. 6126), for which the Response is currently due January 5, 2023;

WHEREAS, on or about December 23, 2022, the Northeast and much of the United States were hit with a severe winter storm which knocked out power to certain areas;

WHEREAS, Plaintiffs' Counsel have requested additional time to brief their response on the basis that certain of Plaintiffs' Counsel was residing in the Northeast during the pendency of the Christmas holidays and lost power due to the severe storm;

WHEREAS, the parties agree that good cause exists to provide additional time to brief their respective opposition and reply to the motion for sanctions, because, among other reasons, of the power outage in the Northeast, the need to coordinate among multiple law firms, and the complexity of the procedural history in this matter;

WHEREAS, the parties have mutually agreed to extend the time for Plaintiffs to file their opposition to the motion for sanctions by seven (7) days, and to extend the time for Proposed Defendants to file their replies by seven (7) days;

WHEREAS, the parties met and conferred, and have agreed upon the following briefing schedule: Plaintiffs should have until January 12, 2023, to file their opposition brief, and Proposed Defendants should have until January 26, 2023, to file their reply;

WHEREAS, the parties agree that the hearing currently set for March 2, 2023 at 2:00 pm via video conference shall not be affected by the proposed extension to the briefing schedule.

1

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE
FOR PROPOSED DEFENDANTS' MOTION FOR SANCTIONS
Case No. 4:07-cv-5944, MDL No, 1917

NOW, THEREFORE, Massachusetts Counsel and Proposed Defendants respectfully request that the Court enter and Order granting Massachusetts Counsel an additional seven (7) days, to January 12, 2023, to file their Response to the Motion for Sanctions and extending the time for Proposed Defendants to file their replies by seven (7) days, to January 26, 2023.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:   January 5, 2023                                         _____
                                                            HONORABLE JON S. TIGAR
                                                            UNITED STATES DISTRICT JUDGE

Dated:  January 5, 2023                       Respectfully submitted,

                                                    /s/ *Robert J. Bonsignore*
                                                    Robert J. Bonsignore (Admitted *pro hac vice*)
                                                    Massachusetts BBO # 547880)
                                                    Melanie Porter (CA Bar No. 253500)
                                                    BONSIGNORE TRIAL LAWYERS, PLLC
                                                    23 Forest Street
                                                    Medford, Massachusetts 02155
                                                    Tel: (781) 350-0000
                                                    Cell (781)856-7650
                                                    Fax: (702) 983-8673
                                                    rbonsignore@classactions.us
                                                    Melanie@classactions.us

                                                    /s/ *Joseph M. Alioto*
                                                    Joseph M. Alioto
                                                    Tatiana Wallace
                                                    ALIOTO LAW FIRM
                                                    One Sansone Street, 35th Floor
                                                    San Francisco, CA 94104
                                                    Telephone: (415) 434-8900
                                                    Email: jmalioto@aliotolaw.com

                                                    *Counsel for the Massachusetts Only Indirect Purchaser Plaintiffs Gianasca and Caldwell*

                                                    /s/ *Jeffrey L. Kessler*
                                                    WINSTON & STRAWN LLP
                                                    JEFFREY L. KESSLER
                                                    jkessler@winston.com

EVA W. COLE
ewcole@winston.com
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

KEVIN B. GOLDSTEIN
kbgoldstein@winston.com
35 W. Wacker Drive
Chicago, IL 60622
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

WEIL, GOTSHAL & MANGES LLP
DAVID L. YOHAI
david.yohai@weil.com
ADAM C. HEMLOCK
adam.hemlock@weil.com
DAVID YOLKUT
david.yolkut@weil.com
767 Fifth Avenue
New York, NY 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Intervenors-Proposed Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, and MT Picture Display Co., Ltd.*[1]

*/s/ Nathan P. Eimer*
EIMER STAHL LLP
NATHAN P. EIMER (pro hac vice)
neimer@eimerstahl.com
VANESSA G. JACOBSEN (pro hac vice)
vjacobsen@eimerstahl.com
224 South Michigan Avenue, Suite 1100
Chicago, IL 60604

---

[1] MT Picture Display Co., Ltd. has been dissolved and completed final liquidation proceedings in Japan on May 23, 2019.

Telephone: (312) 660-7600
Facsimile: (312) 692-1718

BRIAN Y. CHANG (CA Bar No. 287757)
bchang@eimerstahl.com
99 South Almaden Boulevard, Suite 662
San Jose, CA 95113
Telephone: (669) 231-8755

*Attorneys for Intervenors-Proposed Defendants LG Electronics, Inc., LG Electronics USA, Inc., and LG Electronics Taiwan Taipei Co., Ltd.*

<u>/s/ Erik T. Koons</u>
BAKER BOTTS LLP
ERIK T. KOONS
700 K Street, N.W.
Washington, D.C. 20001
202.639.7700
202.639.7890 (fax)
Email: erik.koons@bakerbotts.com

*Attorneys for Intervenors-Proposed Defendants Koninklijke Philips, N.V., Philips North America LLC, Philips Taiwan Limited, and Philips do Brasil, Ltda*

4

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE
FOR PROPOSED DEFENDANTS' MOTION FOR SANCTIONS
Case No. 4:07-cv-5944, MDL No. 1917