1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-CV-5944-JST |
|---|---|
| | MDL No. 1917 |
| This Document Relates to: *ALL DIRECT PURCHASER ACTIONS* | **STIPULATION AND [PROPOSED] ORDER RE: LITIGATION SCHEDULE** |
| | Judge:    Honorable Jon S. Tigar |

1   Direct Purchaser Plaintiffs ("DPPs") and Defendants Irico Group Corporation and Irico
2   Display Devices Co., Ltd. ("Irico" or the "Irico Defendants," collectively the "Parties"), by and
3   through the undersigned counsel and pursuant to Rule 16(b)(4) of the Federal Rules of Civil
4   Procedure and Civil Local Rules 6-2 and 7-12, hereby stipulate as follows:
5   WHEREAS, on August 1, 2022, the Court entered its Order Granting Motion for Class
6   Certification in the Direct Purchaser Actions (ECF No. 6042);
7   WHEREAS, on December 20, 2022, the Court's Order re Revised Class Notice and
8   Litigation Schedule adopted the Parties' proposal to submit a joint (or competing) scheduling
9   proposal for trial in the Direct Purchaser Actions within fifteen (15) days after entry of an order
10  approving DPPs' class notice, but no sooner than January 10, 2023 (ECF No. 6123);
11  WHEREAS, on December 20, 2022, the Court entered its Order Approving Notice of
12  Direct Purchaser Class Certification (ECF No. 6124) ("Notice Order");
13  WHEREAS, DPPs are currently preparing to issue notice through their settlement
14  administrator to direct purchaser class members in accordance with the Notice Order, which directs
15  that such notice shall be provided on or before January 10, 2023;
16  WHEREAS, the parties have exchanged a proposed trial schedule in the DPP action and are
17  meeting and conferring regarding a schedule for the DPP action through trial; and
18  WHEREAS, the Parties agree that additional time would be beneficial to meet and confer
19  regarding a revised trial schedule for the Direct Purchaser Actions, in order to formulate a DPP
20  trial schedule that is workable for all parties and the Court.
21  THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between counsel for
22  DPPs and the Irico Defendants as follows:
23  1.   Good cause exists to modify the deadline for the Parties to file their joint (or
24  competing) scheduling proposal for the remaining pretrial and trial dates in the Direct Purchaser
25  Actions.
26  2.   The January 10, 2023 deadline set by the Court's Order re Revised Class Notice and
27  Litigation Schedule (ECF No. 6123) for the Parties to file their joint (or competing) scheduling
28  proposal is extended to January 20, 2023.

3. All other dates in Court's Order re Revised Class Notice and Litigation Schedule (ECF No. 6123) shall remain in effect.

**PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED.**

Dated: _____

HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE

Dated: January 9, 2023

| | |
|---|---|
| */s/ R. Alexander Saveri*<br>R. Alexander Saveri (173102)<br>Geoffrey C. Rushing (126910)<br>Matthew D. Heaphy (227224)<br>SAVERI & SAVERI, INC.<br>706 Sansome Street<br>San Francisco, CA 94111<br>Telephone: (415) 217-6810<br>Facsimile: (415) 217-6813<br>Email: rick@saveri.com<br>           grushing@saveri.com<br>           mheaphy@saveri.com<br><br>*Lead Counsel for Direct Purchaser Plaintiffs* | */s/ John M. Taladay*<br>John M. Taladay (*pro hac vice*)<br>Evan J. Werbel (*pro hac vice*)<br>Thomas E. Carter (*pro hac vice*)<br>Andrew L. Lucarelli (*pro hac vice*)<br>BAKER BOTTS L.L.P.<br>700 K Street, N.W.<br>Washington, D.C. 20001<br>(202) 639-7700<br>(202) 639-7890 (fax)<br>Email: john.taladay@bakerbotts.com<br>           evan.werbel@bakerbotts.com<br>           tom.carter@bakerbotts.com<br>           drew.lucarelli@bakerbotts.com<br><br>*Attorneys for Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.* |

## ATTESTATION

I, John M. Taladay, hereby attest, pursuant to United States District Court, Northern District of California Civil Local Rule 5-1(h)(3), that each of the other Signatories have concurred in the filing of this document.

By:  /s/ John M. Taladay
John M. Taladay