1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-CV-5944-JST |
|---|---|
| | MDL No. 1917 |
| This Document Relates to: | **STIPULATION AND [PROPOSED] ORDER RE: LITIGATION SCHEDULE** |
| *ALL DIRECT PURCHASER ACTIONS* | Judge:   Honorable Jon S. Tigar |

1  Direct Purchaser Plaintiffs ("DPPs") and Defendants Irico Group Corporation and Irico
2  Display Devices Co., Ltd. ("Irico" or the "Irico Defendants," collectively the "Parties"), by and
3  through the undersigned counsel, hereby stipulate as follows:
4  WHEREAS, on December 20, 2022, the Court's Order re Revised Class Notice and
5  Litigation Schedule adopted the Parties' proposal to submit a joint (or competing) scheduling
6  proposal for trial in the Direct Purchaser Actions (ECF No. 6123), and subsequently set a due date
7  of January 20, 2023 (ECF No. 6138);
8  WHEREAS, on December 20, 2022, the Court entered its Order Approving Notice of
9  Direct Purchaser Class Certification (ECF No. 6124) ("Notice Order");
10  WHEREAS, DPPs disseminated notice through their settlement administrator in accordance
11  with the Notice Order;
12  WHEREAS, the Parties met and conferred and agreed on the below proposed dates for the
13  Direct Purchaser Actions; and,
14  WHEREAS, the Parties agree to set a case schedule and deadlines in the Direct Purchaser
15  Actions as outlined in the chart below, subject to Court approval.
16  THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between counsel for
17  DPPs and the Irico Defendants to set the case schedule as outlined in the chart below.
18  **PURSUANT TO STIPULATION, IT IS SO ORDERED THAT THE CASE**
19  **SCHEDULE AND DEADLINES ARE SET AS FOLLOWS:**

| Category | Event | Set By | Date |
|---|---|---|---|
| Class Notice | Deadline for class members to request exclusion from the litigated class | ECF No. 6124 ¶ 3 (45 days after notice is sent) | Friday, February 24, 2023 |
| Expert Discovery | Plaintiffs' expert reports due (followed by depositions) | Proposed by Parties | Friday, May 26, 2023 |
| Expert Discovery | Defendants' expert reports due (followed by depositions) | Proposed by Parties | Friday, July 21, 2023 |
| Expert Discovery | Rebuttal reports due (followed by depositions) | Proposed by Parties | Friday, August 25, 2023 |
| Expert Discovery | Expert discovery cut-off | Proposed by Parties | Friday, September 15, 2023 |
| Pretrial | Last day to file *Daubert* motions | Proposed by Parties | Tuesday, October 10, 2023 |

| Category | Event | Set By | Date |
|---|---|---|---|
| Pretrial | Last day to file responses to *Daubert* motions | Proposed by Parties | Monday, November 13, 2023 |
| Pretrial | Last day to file replies to *Daubert* motions | Proposed by Parties | Monday, December 4, 2023 |
| Pretrial | Hearing on *Daubert* motions | Proposed by Parties | Thursday, February 1, 2024, at 2:00 p.m. |
| Pretrial | Deadline for Irico to serve list of proposed dispositive motions | Proposed by Parties | Friday, February 9, 2024 |
| Pretrial | Joint case management statement informing Court of results of parties' meet and confer concerning dispositive motions | Proposed by Parties | Tuesday, February 20, 2024 |
| Pretrial | Further case management conference to discuss dispositive motions and other pretrial scheduling issues, if any | Proposed by Parties | Tuesday, February 27, 2024, at 2:00 p.m. |
| Pretrial | Last day to file dispositive motions | Proposed by Parties (more than 8 weeks after hearing on Daubert motions, *see* ECF No. 6125) | Friday, April 5, 2024 |
| Pretrial | Last day to file responses to dispositive motions | Proposed by Parties | Friday, May 10, 2024 |
| Pretrial | Last day to file replies to dispositive motions | Proposed by Parties | Friday, May 24, 2024 |
| Pretrial | Hearing on dispositive motions | Proposed by Parties | Thursday, June 20, 2024, at 2:00 p.m. |
| Pretrial | Last day to file motions in limine | Proposed by Parties | Friday, July 12, 2024 |
| Pretrial | Last day to file oppositions to motions in limine (no replies) | Proposed by Parties | Friday, August 2, 2024 |
| Pretrial | Hearings on motions in limine | | TBD |
| Pretrial | Simultaneous exchange of exhibit lists, deposition designations and witness lists | | TBD |
| Pretrial - Jury | First simultaneous exchange of jury instructions and special verdict forms | | TBD |
| Pretrial | Plaintiffs and Defendants serve counter-designations and objections to opposing parties' exhibits, depositions and witnesses | | TBD |
| Pretrial - Jury | Second simultaneous exchange of jury instructions and special verdict forms | | TBD |
| Pretrial | Plaintiffs and Defendants serve objections to opposing parties' counter-designations | | TBD |

| Category | Event | Set By | Date |
|---|---|---|---|
| Pretrial | M&C re settlement, joint pretrial statement, exchange of pretrial material, contested issues | Proposed by Parties | Friday, August 30, 2024 |
| Pretrial | Last day for parties to exchange final exhibits, deposition designations and witness lists | Proposed by Parties | Friday, September 6, 2024 |
| Pretrial | Last day to file pretrial conference statement | Proposed by Parties | Friday, September 13, 2024 |
| Pretrial - Jury | Last day to file jury materials | Proposed by Parties | Friday, September 13, 2024 |
| Pretrial - Bench | Last day to file Proposed Findings of Fact and Proposed Conclusions of Law | Proposed by Parties | Friday, September 13, 2024 |
| Pretrial | Pretrial conference | Proposed by Parties | Friday, September 27, 2024, at 2:00 p.m. |
| Pretrial | Delivery of trial exhibits to Court | Proposed by Parties | Monday, September 30, 2024 |
| Trial | Trials begin | Proposed by Parties | Monday, ~~October 7~~, October 28, 2024, at 8:00 a.m. |

Dated: __January 27, 2023__            _____
                                        HONORABLE JON S. TIGAR
                                        UNITED STATES DISTRICT JUDGE

Dated: January 20, 2023

| | |
|---|---|
| */s/ R. Alexander Saveri*<br>R. Alexander Saveri (173102)<br>Geoffrey C. Rushing (126910)<br>Matthew D. Heaphy (227224)<br>SAVERI & SAVERI, INC.<br>706 Sansome Street<br>San Francisco, CA 94111<br>Telephone: (415) 217-6810<br>Facsimile: (415) 217-6813<br>Email: rick@saveri.com<br>         grushing@saveri.com<br>         mheaphy@saveri.com<br><br>*Lead Counsel for Direct Purchaser Plaintiffs* | */s/ John M. Taladay*<br>John M. Taladay (*pro hac vice*)<br>Evan J. Werbel (*pro hac vice*)<br>Thomas E. Carter (*pro hac vice*)<br>Andrew L. Lucarelli (*pro hac vice*)<br>BAKER BOTTS L.L.P.<br>700 K Street, N.W.<br>Washington, D.C. 20001<br>(202) 639-7700<br>(202) 639-7890 (fax)<br>Email: john.taladay@bakerbotts.com<br>         evan.werbel@bakerbotts.com<br>         tom.carter@bakerbotts.com<br>         drew.lucarelli@bakerbotts.com<br><br>*Attorneys for Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.* |