| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JAN 30 2023 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |



In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION.

------------------------------

INDIRECT PURCHASER PLAINTIFFS,

        Plaintiff-Appellee,

  v.

BONSIGNORE TRIAL LAWYERS, LLC; et al.,

        Appellants,

  v.

TOSHIBA CORPORATION; et al.,

        Defendants.

No. 22-16532

D.C. No. 4:07-cv-05944-JST
Northern District of California,
Oakland

ORDER

---

In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION.

------------------------------

INDIRECT PURCHASER PLAINTIFFS,

        Plaintiff-Appellee,

  v.

No. 22-16534

D.C. No. 4:07-cv-05944-JST

LCC/MOATT

COOPER & KIRKHAM, P.C.,

        Appellant,

 v.

TOSHIBA CORPORATION; et al.,

        Defendants.

---

In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION.

No. 22-16537

D.C. No. 4:07-cv-05944-JST

------------------------------

INDIRECT PURCHASER PLAINTIFFS,

        Plaintiff-Appellee,

 v.

LAW OFFICES OF FRANCIS O. SCARPULLA,

        Appellant,

 v.

TOSHIBA CORPORATION; et al.,

        Defendants.

---

In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; CATHODE RAY TUBE (CRT) ANTITRUST

No. 22-16678

D.C. No. 4:07-cv-05944-JST

LITIGATION.

_____

INDIRECT PURCHASER PLAINTIFFS,

        Plaintiff-Appellant,

v.

BONSIGNORE TRIAL LAWYERS, LLC; et al.,

        Appellees,

and

TOSHIBA CORPORATION; et al.,

        Defendants.

Before: CLIFTON, IKUTA, and SANCHEZ, Circuit Judges.

    The motion to dismiss appeal No. 22-16532 (Docket Entry No. 3), to which no opposition has been filed, is granted. *See In re Mortg. Store, Inc.*, 773 F.3d 990, 998 (9th Cir. 2014) (observing that appellate court generally does not consider an issue "not passed upon below"); *Bryant v. Tech. Rsch. Co.*, 654 F.2d 1337, 1343 (9th Cir. 1981) (noting that party must be "aggrieved" by challenged order to have appellate standing); *see also Devlin v. Scardelletti*, 536 U.S. 1, 11 (2002) (noting, in the class settlement context, that "the power to appeal is limited to those nonnamed class members who have objected during the fairness hearing").

The first briefs on cross-appeal for the remaining appellants are due March 1, 2023.  Cross-appellant's second brief on cross-appeal is due March 31, 2023.  The third briefs on cross-appeal are due May 1, 2023.  The optional cross-appeal reply brief is due within 21 days after service of the third briefs on cross-appeal.

The parties are reminded of the court's preference for joint briefing.  *See* 9th Cir. R. 32-2 circuit advisory committee note.

**Appeal No. 22-16532 is DISMISSED.**