1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 4:07-cv-5944-JST<br><br>MDL No. 1917 |
|---|---|
| This Document Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS | **[PROPOSED] ORDER GRANTING DEFENDANTS IRICO GROUP CORP. AND IRICO DISPLAY DEVICES CO., LTD.'S MOTION TO PARTIALLY EXCLUDE THE PROPOSED TESTIMONY OF DR. JANET NETZ** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Before the Court is Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.'s Motion to Partially Exclude the Proposed Testimony of Dr. Janet Netz (ECF No. _____). Having considered all papers filed by the parties and being full informed in the premises,

IT IS HEREBY ORDERED THAT the Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.'s Motion to Partially Exclude the Proposed Testimony of Dr. Janet Netz is GRANTED.

IT IS FURTHER ORDERED THAT the following portions the proposed testimony of Dr. Janet Netz may not be presented at trial:

1. Testimony related to Dr. Netz's opinions on overcharge, including, but not limited to, Section IX of the Expert Report of Janet S. Netz, Ph.D., dated April 15, 2014.

2. Testimony related to Dr. Netz's opinions on damages, including, but not limited to, Section XI of the Expert Report of Janet S. Netz, Ph.D., dated April 15, 2014.

3. Testimony related to Dr. Netz's opinions on China law, as reflected in Section IV of the Janet S. Netz, Ph.D. Rebuttal to Supplemental Expert Report of Margaret E. Guerin-Calvert and Expert Report of Donald Clark, dated April 27, 2022.

**IT IS SO ORDERED.**

Dated: _____        _____
                                JON S. TIGAR
                                United States District Judge