BAKER BOTTS L.L.P.
John M. Taladay (*pro hac vice*)
Evan J. Werbel (*pro hac vice*)
Thomas E. Carter (*pro hac vice*)
Andrew L. Lucarelli (*pro hac vice*)
700 K Street, N.W.
Washington, D.C. 20001
(202)-639-7700
(202)-639-7890 (fax)
Email: john.taladay@bakerbotts.com
       evan.werbel@bakerbotts.com
       tom.carter@bakerbotts.com
       drew.lucarelli@bakerbotts.com

*Attorneys for Defendants*
*Irico GROUP CORP. and*
*Irico DISPLAY DEVICES CO., LTD.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | Case No. 4:07-cv-05944-JST<br><br>MDL No.: 1917 |
| THIS DOCUMENT RELATES TO:<br><br>*ALL INDIRECT PURCHASER ACTIONS* | **DECLARATION OF EVAN WERBEL IN SUPPORT OF DEFENDANTS IRICO GROUP CORP. AND IRICO DISPLAY DEVICES CO., LTD.'S MOTION TO PARTIALLY EXCLUDE THE PROPOSED EXPERT TESTIMONY OF DR. JANET NETZ**<br><br>Date:       May 4, 2023<br>Time:       2:00 pm<br>Judge:      Hon. Jon S. Tigar<br>Courtroom:  6, 2nd Floor |

I, Evan Werbel, declare as follows:

1. I am an attorney admitted to practice law in Washington, D.C. and am employed by the law firm of Baker Botts L.L.P., which represents Defendants Irico Group Corporation ("Irico Group") and Irico Display Devices Co., Ltd. ("Irico Display") (collectively, "Irico" or the "Irico Defendants"). I make this Declaration based on my personal knowledge and in support of the Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.'s Motion to Partially Exclude the Proposed Testimony of Dr. Janet Netz.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Expert Report of Janet S. Netz, Ph.D dated April 15, 2014.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Errata to the April 15, 2014 Expert Report of Janet S. Netz, Ph.D. dated July 7, 2014.

4. Attached hereto as Exhibit 3 is a true and correct copy of the Expert Report of Robert D. Willig dated August 5, 2014.

5. Attached hereto as Exhibit 4 is a true and correct copy of the Expert Report of Margaret E. Guerin-Calvert dated August 5, 2014.

6. Attached hereto as Exhibit 5 is a true and correct copy of the Rebuttal Expert Report of Janet S. Netz, Ph.D. dated September 26, 2014.

7. Attached hereto as Exhibit 6 is a true and correct copy of excerpts of the transcript of the deposition of Janet S. Netz, Ph.D. on October 31, 2014.

8. Attached hereto as Exhibit 7 is a true and correct copy of the Expert Report of Donald Clarke dated March 16, 2022.

9. Attached hereto as Exhibit 8 is a true and correct copy of excerpts of the transcript of the deposition of Janet S. Netz, Ph.D. on June 9, 2022.

10. Attached here to as Exhibit 9 is a true and correct copy of the Janet S. Netz, Ph.D Rebuttal to Supplemental Expert Report of Margaret E. Guerin-Calvert and Expert Report of Donald Clarke dated April 27, 2022.

11. Attached hereto as Exhibit 10 is a true and correct copy of excerpts of the transcript of the deposition of Wang Zhaojie on September 22, 2022.

12. Attached hereto as Exhibit 11 is a true and correct copy of excerpts of the transcript of the deposition of Yan Yunlong on September 29, 2022.

13. Attached hereto as Exhibit 12 is a true and correct copy of the Supplemental Expert Report of Margaret E. Guerin-Calvert dated March 16, 2022.

14. Attached hereto as Exhibit 13 is a true and correct copy of excerpts of the transcript of the deposition of Janet S. Netz, Ph.D. on June 27, 2014.

15. Irico has attached the Expert Reports of Margaret E. Guerin-Calvert and Robert D. Willig as Exhibits 3, 4, and 12 to this Declaration. Irico has also attached certain documents and testimony cited in those reports for the Court's consideration as Exhibits 14 through 40.

16. Attached hereto as Exhibit 14 is a true and correct copy of excerpts of the transcript of the deposition of Allen Chang on March 12, 2014, cited on pages 22 and 55 of the August 5, 2014 Expert Report of Margaret E. Guerin-Calvert.

17. Attached hereto as Exhibit 15 is a true and correct copy of excerpts of the transcript of the deposition of Toru Iwasawa on July 11, 2012, cited on page 12 of the August 5, 2014 Expert Report of Robert D. Willig.

18. Attached hereto as Exhibit 16 is a true and correct copy of a PDF file, Bates labeled CHU00028933, produced by defendant Chunghwa in this litigation and cited on pages 33, 36, and 54 by Margaret E. Guerin-Calvert in her August 5, 2014 Expert Report.

19. Attached hereto as Exhibit 17 is a true and correct copy of a PDF file, Bates labeled CHU00154658, produced by defendant Chunghwa in this litigation and cited on page 11 by Robert D. Willig in his August 5, 2014 Expert Report.

20. Attached hereto as Exhibit 18 is a true and correct copy of an Excel file, Bates labeled HDP-CRT00048109, produced by defendant Hitachi in this litigation and cited on pages 33 and 34 by Margaret E. Guerin-Calvert in her August 5, 2014 Expert Report.

21. Attached hereto as Exhibit 19 is a true and correct copy of a PDF file, Bates labeled HDP-CRT00055158, produced by defendant Hitachi in this litigation and cited on page 54 by Margaret E. Guerin-Calvert in her August 5, 2014 Expert Report.

22. Attached hereto as Exhibit 20 is a true and correct copy of a PDF file, Bates labeled LPD-NL00018253, produced by defendant LG Philips Display in this litigation and cited on page 57 by Margaret E. Guerin-Calvert in her August 5, 2014 Expert Report.

23. Attached hereto as Exhibit 21 is a true and correct copy of a PDF file, Bates labeled LPD-NL00018267, produced by defendant LG Philips Display in this litigation and cited on pages 13, 33, and 37 by Margaret E. Guerin-Calvert in her August 5, 2014 Expert Report.

24. Attached hereto as Exhibit 22 is a true and correct copy of a PDF file, Bates labeled LPD-NL00140679, produced by defendant LG Philips Display in this litigation and cited on page 51 by Robert D. Willig in his August 5, 2014 Expert Report.

25. Attached hereto as Exhibit 23 is a true and correct copy of a PDF file, Bates labeled LPD-NL00173522, produced by defendant LG Philips Display in this litigation and cited on pages 6, 22, and 55 by Margaret E. Guerin-Calvert in her August 5, 2014 Expert Report.

26. Attached hereto as Exhibit 24 is a true and correct copy of a PDF file, Bates labeled LPD-NL00214381, produced by defendant LG Philips Display in this litigation and cited on page 57 by Margaret E. Guerin-Calvert in her August 5, 2014 Expert Report.

27. Attached hereto as Exhibit 25 is a true and correct copy of a PDF file, Bates labeled PC-0020552, produced by defendant Panasonic in this litigation and cited on page 13 by Robert D. Willig in his August 5, 2014 Expert Report.

28. Attached hereto as Exhibit 26 is a true and correct copy of an Excel file, Bates labeled PHLP-CRT-015235, produced by defendant Philips in this litigation and cited on pages 57, 59, and 88 upon by Margaret E. Guerin-Calvert in her August 5, 2014 Expert Report.

29. Attached hereto as Exhibit 27 is a true and correct copy of a PowerPoint file, Bates labeled PHLP-CRT-090615, produced by defendant Philips in this litigation and cited on pages 36 and 54 by Margaret E. Guerin-Calvert in her August 5, 2014 Expert Report.

30. Attached hereto as Exhibit 28 is a true and correct copy of an Excel file, Bates labeled SDCRT-0201291, produced by defendant Samsung in this litigation and cited on pages 15-22, 24, 56, 58-59, 62, and 64 by Margaret E. Guerin-Calvert in her August 5, 2014 Expert Report.

31. Attached hereto as Exhibit 29 is a true and correct copy of a PDF file, Bates labeled TAEC00006084, produced by defendant Toshiba this litigation and cited on page 9 by Robert D. Willig in his August 5, 2014 Expert Report.

32. Attached hereto as Exhibit 30 is a true and correct copy of an Excel file, Bates labeled TAEC-CRT-00018123, produced by defendant Toshiba this litigation and cited on page 79 by Margaret E. Guerin-Calvert in her August 5, 2014 Expert Report.

33. Attached hereto as Exhibit 31 is a true and correct copy of an Excel file, Bates labeled TAEC-CRT-00065484, produced by defendant Toshiba this litigation and cited on page 54 by Margaret E. Guerin-Calvert in her August 5, 2014 Expert Report.

34. Attached hereto as Exhibit 32 is a true and correct copy of an Excel file, Bates labeled TAEC-CRT-00003403, produced by defendant Toshiba this litigation and cited on page 54 by Margaret E. Guerin-Calvert in her August 5, 2014 Expert Report.

35. Attached hereto as Exhibit 33 is a true and correct copy of a PDF file, Bates labeled TSB-CRT-00036829, produced by defendant Toshiba this litigation and cited on page 36 and in Appendix D by Margaret E. Guerin-Calvert in her August 5, 2014 Expert Report.

36. Attached hereto as Exhibit 34 is a true and correct copy of Dr. Janet S. Netz's Declaration in Support of Indirect Purchaser Plaintiffs' Motion for Class Certification dated October 1, 2012.

37. Attached hereto as Exhibit 35 is a true and correct copy of the Expert Report of Robert D. Willig dated December 17, 2012.

38. Attached hereto as Exhibit 36 is a true and correct copy of Dr. Janet S. Netz's Class Certification Rebuttal Declaration dated February 15, 2013.

39. Attached hereto as Exhibit 37 is a true and correct copy of Robert D. Willig's Rebuttal Declaration dated March 25, 2013.

40. Attached hereto as Exhibit 38 is a true and correct copy of the Expert Report of Robert D. Willig dated September 11, 2013.

41. Attached hereto as Exhibit 39 is a true and correct copy of the Expert Surrebuttal Report of Margaret E. Guerin-Calvert dated November 6, 2014.

42. Attached hereto as Exhibit 40 is a true and correct copy of the Expert Surrebuttal Report of Robert D. Willig dated November 6, 2014.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 15th day of February, 2023, in Washington, D.C.

                                                */s/ Evan Werbel*
                                                Evan Werbel
                                                evan.werbel@bakerbotts.com
                                                BAKER BOTTS LLP
                                                700 K St. NW
                                                Washington, D.C. 20001
                                                Telephone: (202) 639-1323
                                                Mobile: (202) 744-0819

                                                *Attorneys for Defendants*
                                                *IRICO GROUP CORP. and*
                                                *IRICO DISPLAY DEVICES CO., LTD.*