BAKER BOTTS L.L.P.
John M. Taladay (*pro hac vice*)
Evan J. Werbel (*pro hac vice*)
Thomas E. Carter (*pro hac vice*)
Andrew L. Lucarelli (*pro hac vice*)
700 K Street, N.W.
Washington, D.C. 20001
(202)-639-7700
(202)-639-7890 (fax)
Email: john.taladay@bakerbotts.com
  evan.werbel@bakerbotts.com
  tom.carter@bakerbotts.com
  drew.lucarelli@bakerbotts.com

*Attorneys for Defendants
Irico Group Corp. and
Irico Display Devices Co., Ltd.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | Case No. 07-cv-05944-JST |
| | MDL No.: 1917 |
| THIS DOCUMENT RELATES TO: | **DECLARATION OF THOMAS CARTER IN SUPPORT OF IRICO DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CHUNGHWA MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(f)** |
| ALL INDIRECT PURCHASER ACTIONS | |

I, Thomas Carter, declare as follows:

1. I am an attorney admitted to practice law in Washington, D.C. and am employed by the law firm of Baker Botts L.L.P., which represents Defendants Irico Group Corporation ("Irico Group") and Irico Display Devices Co., Ltd. ("Irico Display") (collectively, "Irico Defendants"). I make this Declaration based on my personal knowledge and in support of the Irico Defendants' Administrative Motion to Consider Whether Chunghwa Material Should Be Sealed Pursuant to Civil Local Rules 7-11 and 79-5(f).

2. Attached hereto as Exhibit 1 is a true and correct copy of the Apr. 15, 2014 Expert Report of Janet Netz.

3. Attached hereto as Exhibit 3 is a true and correct copy of the Aug. 5, 2014 Expert Report of Robert D. Willig.

4. Attached hereto as Exhibit 4 is a true and correct copy of the Aug. 5, 2014 Expert Report of Margaret E. Guerin-Calvert.

5. Attached hereto as Exhibit 5 is a true and correct copy of the Sept. 26, 2014 Rebuttal Report of Janet Netz.

6. Attached hereto as Exhibit 16 is a true and correct copy of a certified translation of a document produced by Chunghwa, Bates labeled CHU00028933E.

7. Attached hereto as Exhibit 17 is a true and correct copy of a document produced by Chunghwa, Bates labeled CHU00154658.

8. Attached hereto as Exhibit 34 is a true and correct copy of the Oct. 1, 2012 Declaration of Janet Netz in Support of Indirect Purchaser Plaintiffs' Motion for Class Certification.

9. Attached hereto as Exhibit 35 is a true and correct copy of the Dec. 21, 2012 Expert Report of Robert D. Willig.

10. Attached hereto as Exhibit 36 is a true and correct copy of the Feb. 15, 2013 Rebuttal Declaration of Janet Netz in Support of Indirect Purchase Plaintiff Motion for Class Certification.

11. Attached hereto as Exhibit 39 is a true and correct copy of the Nov. 6, 2014 Sur-Rebuttal Report of Margaret E. Guerin-Calvert.

12. Attached hereto as Exhibit 40 is a true and correct copy of the Nov. 6, 2014 Sur-Rebuttal Report of Robert D. Willig.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 15th day of February, 2023, in Potomac, Maryland.

/s/ Thomas Carter
Thomas Carter
tom.carter@bakerbotts.com
BAKER BOTTS LLP
700 K St. NW
Washington, D.C. 20001
Telephone: (202) 693-7702
Mobile: (202) 412-4352

*Attorneys for Defendants
Irico Group Corp. and
Irico Display Devices Co., Ltd.*