# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 4:07-cv-5944-JST <br><br> MDL No. 1917 |
| This Document Relates to: <br><br> ALL INDIRECT PURCHASER ACTIONS | **[PROPOSED] ORDER GRANTING IRICO DEFENDANT'S MOTION TO CONSIDER WHETHER CHUNGHWA MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(f)** |

[PROPOSED] ORDER GRANTING IRICO'S MOTION TO CONSIDER SEALING OF CHUNGHWA MATERIAL
Master File No. 07-cv-05944-JST, MDL No. 1917

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Before the Court is Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.'s Motion to Consider Whether Chunghwa Picture Tubes, Ltd. Material Should Be Sealed Pursuant to Civil Local Rules 7-11 and 79-5(f) (ECF No. _____). Having considered the arguments made by Chunghwa Picture Tubes, Ltd. in favor of sealing under Civil Local Rule 79-5(c)(1),

IT IS HEREBY ORDERED THAT the Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.'s Motion to Consider Whether Chunghwa Picture Tubes, Ltd. Material Should Be Sealed Pursuant to Civil Local Rules 7-11 and 79-5(f) is GRANTED.

IT IS FURTHER ORDERED THAT the following documents or portions thereof may be filed under seal:

| Document Proposed to Be Sealed or Redacted | Designating Entity | Ruling |
|---|---|---|
| Gray highlighted portions of Exhibit 1 to the Declaration of Thomas Carter in Support of Irico Defendants' Administrative Motion to Consider Whether Chunghwa Material Should Be Sealed – Apr. 15, 2014 Expert Report of Janet Netz | Chunghwa | |
| Gray highlighted portions of Exhibit 3 to the Declaration of Thomas Carter in Support of Irico Defendants' Administrative Motion to Consider Whether Chunghwa Material Should Be Sealed – Aug. 5, 2014 Expert Report of Robert D. Willig | Chunghwa | |
| Gray highlighted portions of Exhibit 4 to the Declaration of Thomas Carter in Support of Irico Defendants' Administrative Motion to Consider Whether Chunghwa Material Should Be Sealed – Aug. 5, 2014 Expert Report of Margaret E. Guerin-Calvert | Chunghwa (and other entities addressed in concurrently filed sealing motions) | |
| Gray highlighted portions of Exhibit 5 to the Declaration of Thomas Carter in Support of Irico Defendants' Administrative Motion to Consider Whether Chunghwa Material Should Be Sealed – Sept. 26, 2014 Rebuttal Report of Janet Netz | Chunghwa | |

| | | |
|---|---|---|
| Exhibit 16 to the Declaration of Thomas Carter in Support of Irico Defendants' Administrative Motion to Consider Whether Chunghwa Material Should Be Sealed – A certified translation of a document produced by Chunghwa, Bates labeled CHU00028933E | Chunghwa | |
| Exhibit 17 to the Declaration of Thomas Carter in Support of Irico Defendants' Administrative Motion to Consider Whether Chunghwa Material Should Be Sealed – A document produced by Chunghwa, Bates labeled CHU00154658 | Chunghwa | |
| Gray highlighted portions of Exhibit 34 to the Declaration of Thomas Carter in Support of Irico Defendants' Administrative Motion to Consider Whether Chunghwa Material Should Be Sealed – Oct. 1, 2012 Declaration of Janet Netz in Support of Indirect Purchaser Plaintiffs' Motion for Class Certification | Chunghwa | |
| Gray highlighted portions of Exhibit 35 to the Declaration of Thomas Carter in Support of Irico Defendants' Administrative Motion to Consider Whether Chunghwa Material Should Be Sealed – Dec. 21, 2012 Expert Report of Robert D. Willig | Chunghwa (and other entities addressed in concurrently filed sealing motions) | |
| Gray highlighted portions of Exhibit 36 to the Declaration of Thomas Carter in Support of Irico Defendants' Administrative Motion to Consider Whether Chunghwa Material Should be Sealed – Feb. 15, 2013 Rebuttal Declaration of Janet Netz in Support of Indirect Purchase Plaintiff Motion for Class Certification | Chunghwa (and other entities addressed in concurrently filed sealing motions) | |
| Gray highlighted portions of Exhibit 39 to the Declaration of Thomas Carter in Support of Irico Defendants' Administrative Motion to Consider Whether Chunghwa Material Should Be Sealed – Nov. 6, 2014 Sur-Rebuttal Report of Margaret E. Guerin-Calvert | Chunghwa | |

| | |
|---|---|
| Gray highlighted portions of Exhibit 40 to the Declaration of Thomas Carter in Support of Irico Defendants' Administrative Motion to Consider Whether Chunghwa Material Should Be Sealed – Nov. 6, 2014 Sur-Rebuttal Report of Robert D. Willig | Chunghwa |

**IT IS SO ORDERED.**

Dated: _____                    _____
                                                                    JON S. TIGAR
                                                       United States District Judge