BAKER BOTTS L.L.P.
John M. Taladay (*pro hac vice*)
Evan J. Werbel (*pro hac vice*)
Thomas E. Carter (*pro hac vice*)
Andrew L. Lucarelli (*pro hac vice*)
700 K Street, N.W.
Washington, D.C. 20001
(202)-639-7700
(202)-639-7890 (fax)
Email: john.taladay@bakerbotts.com
       evan.werbel@bakerbotts.com
       tom.carter@bakerbotts.com
       drew.lucarelli@bakerbotts.com

*Attorneys for Defendants*
*IRICO GROUP CORP. and*
*IRICO DISPLAY DEVICES CO., LTD.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS | Master File No. 4:07-cv-05944-JST (N.D. Cal.)<br><br>MDL No. 1917<br><br>**IRICO DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER LG ELECTRONICS INC. MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(f)**<br><br>Date: April 13, 2023<br>Time: 2:00 pm<br>Judge: Hon. Jon S. Tigar<br>Courtroom: 6, 2nd Floor |

Pursuant to Civil Local Rules 7-11 and 79-5(f), Defendants Irico Group Corporation and Irico Display Devices Co., Ltd. (collectively, "Irico") hereby move the Court to consider whether material designated as confidential by LG Electronics Inc. ("LGE") should be sealed.

Irico has reviewed and complied with this Court's Standing Order Governing Administrative Motions to File Materials Under Seal Before District Judge Jon S. Tigar (Mar. 14, 2022) and Civil Local Rule 79-5, including the requirement to file separate motions if a party seeks to file under seal a document containing "portions that more than one party bears the burden of showing is sealable." Civil L.R. 79-5(f)(5). This motion relates solely to materials designated confidential by LGE.

Irico proposes to seal the following documents or portions thereof:

| Document Proposed to Be Sealed or Redacted | Designating Entity |
|---|---|
| Gray highlighted portions of Exhibit 1 to the Declaration of Thomas Carter in Support of Irico Defendants' Administrative Motion to Consider Whether LGE Material Should Be Sealed –Apr. 15, 2014 Expert Report of Janet S. Netz | LGE |
| Gray highlighted portions of Exhibit 12 to the Declaration of Thomas Carter in Support of Irico Defendants' Administrative Motion to Consider Whether LGE Material Should Be Sealed – Mar. 16, 2022 Supplemental Expert Report of Margaret Guerin-Calvert | LGE |
| Gray highlighted portions of Exhibit 34 to the Declaration of Thomas Carter in Support of Irico Defendants' Administrative Motion to Consider Whether LGE Material Should Be Sealed – Oct. 1, 2012 Declaration of Janet S. Netz in Support of Indirect Purchaser Plaintiff Motion for Class Certification | LGE |
| Gray highlighted portions of Exhibit 36 to the Declaration of Thomas Carter in Support of Irico Defendants' Administrative Motion to Consider Whether LGE Material Should Be Sealed – Feb. 15, 2013 Class Certification Rebuttal Declaration of Janet S. Netz | LGE |

Civil Local Rule 79-5 governs the filing under seal of documents in civil cases. In compliance with Civil Local Rule 79-5(f), Irico submits this Motion in order to file (a) material designated by LGE pursuant to the Stipulated Protective Order, ECF No. 0306, as "Confidential" or "Highly Confidential;" or (b) references to or quotations from material or data designated by LGE pursuant to the Stipulated Protective Order as "Confidential" or "Highly Confidential."

Irico seeks to file the above material under seal in good faith in order to comply with the Protective Order in this action and the applicable Local Rules. Under Civil L.R. 79-5(c) and (f), the parties that contend the material they have designated is confidential in nature bear the burden to establish that the designated information meets the requirements for sealing. *See Kamakana v. City of Honolulu*, 447 F.3d 1172, 1178-80 (9th Cir. 2006). Irico understands that, given the Court's direction at the hearing on Direct Purchaser Plaintiffs' November 19, 2021 sealing motion (ECF No. 5966), the designated materials subject to this motion may not qualify for filing under seal. Irico has undertaken to reach out to all parties that have designated information or materials attached to the Declaration of Evan Werbel in Support of Irico's Motion to Partially Exclude the Proposed Expert Testimony of Dr. Janet Netz ("Werbel Declaration") as "Confidential" or "Highly Confidential," in order to secure their permission to file the materials publicly.[1] Irico contacted counsel for LGE, and was advised that LGE needed additional time before it could provide such permission. Should Irico receive such permission after filing, Irico will file a notice to inform the Court.

WHEREFORE, Irico respectfully submits this administrative motion pursuant to the Stipulated Protective Order and Civil Local Rule 79-5(f) and hereby notifies LGE of its burden to establish that the designated material is sealable.

---

[1] Irico sought and received consent to file publicly all previously designated information contained, summarized, or compiled in the various expert reports attached to the Werbel Declaration from the following parties: defendant groups Hitachi, Mitsubishi, Panasonic, Philips, Samsung Electronics, Samsung SDI, Technology Displays America, Thomson, and Toshiba; Direct Action Plaintiffs Best Buy and Costco; and third parties Amazon, Ingram Micro, PC Connection Inc. (D/B/A Connection) and Zones, Inc. Irico sought and received consent to file publicly all previously designated documentary materials attached to Werbel Declaration from Hitachi, Panasonic, Philips, Toshiba, and Samsung SDI.

1  Dated: February 15, 2023          Respectfully submitted,

3                                    */s/ Thomas Carter*
                                     Thomas Carter (*pro hac vice*)
4                                    tom.carter@bakerbotts.com
                                     BAKER BOTTS L.L.P.
5                                    700 K St. NW
                                     Washington, D.C. 20001
6                                    Telephone: (202) 693-7702
                                     Mobile: (202) 412-4352

                                     *Attorneys for Defendants*
8                                    *IRICO GROUP CORP. and*
                                     *IRICO DISPLAY DEVICES CO., LTD.*