1
2
3
4
5
6
7
8
9
10
11

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

12
13
14

IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION

Master File No. 4:07-cv-5944-JST

MDL No. 1917

15
16
17
18
19

This Document Relates to:

ALL INDIRECT PURCHASER ACTIONS

**[PROPOSED] ORDER GRANTING IRICO DEFENDANT'S MOTION TO CONSIDER WHETHER LG ELECTRONICS INC. MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(f)**

20
21
22
23
24
25
26
27
28

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2      Before the Court is Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.'s

3  Motion to Consider Whether LG Electronics Inc. Material Should Be Sealed Pursuant to Civil Local

4  Rules 7-11 and 79-5(f) (ECF No. _____). Having considered the arguments made by LG Electronics

5  Inc. in favor of sealing under Civil Local Rule 79-5(c)(1),

6      IT IS HEREBY ORDERED THAT the Defendants Irico Group Corp. and Irico Display

7  Devices Co., Ltd.'s Motion to Consider Whether LG Electronics Inc. Material Should Be Sealed

8  Pursuant to Civil Local Rules 7-11 and 79-5(f) is GRANTED.

9      IT IS FURTHER ORDERED THAT the following documents or portions thereof may be

10 filed under seal:

| Document Proposed to Be Sealed or Redacted | Designating Entity | Ruling |
|---|---|---|
| Gray highlighted portions of Exhibit 1 to the Declaration of Thomas Carter in Support of Irico Defendants' Administrative Motion to Consider Whether LGE Material Should Be Sealed –Apr. 15, 2014 Expert Report of Janet S. Netz | LGE | |
| Gray highlighted portions of Exhibit 12 to the Declaration of Thomas Carter in Support of Irico Defendants' Administrative Motion to Consider Whether LGE Material Should Be Sealed – Mar. 16, 2022 Supplemental Expert Report of Margaret Guerin-Calvert | LGE | |
| Gray highlighted portions of Exhibit 34 to the Declaration of Thomas Carter in Support of Irico Defendants' Administrative Motion to Consider Whether LGE Material Should Be Sealed – Oct. 1, 2012 Declaration of Janet S. Netz in Support of Indirect Purchaser Plaintiff Motion for Class Certification | LGE | |
| Gray highlighted portions of Exhibit 36 to the Declaration of Thomas Carter in Support of Irico Defendants' Administrative Motion to Consider Whether LGE Material Should Be Sealed – Feb. 15, 2013 Class Certification Rebuttal Declaration of Janet S. Netz | LGE | |

**IT IS SO ORDERED.**

Dated: _____                    _____
                                                                    JON S. TIGAR
                                                            United States District Judge