BAKER BOTTS L.L.P.
John M. Taladay (*pro hac vice*)
Evan J. Werbel (*pro hac vice*)
Thomas E. Carter (*pro hac vice*)
Andrew L. Lucarelli (*pro hac vice*)
700 K Street, N.W.
Washington, D.C. 20001
(202)-639-7700
(202)-639-7890 (fax)
Email: john.taladay@bakerbotts.com
evan.werbel@bakerbotts.com
tom.carter@bakerbotts.com
drew.lucarelli@bakerbotts.com

*Attorneys for Defendants*
*Irico Group Corp. and*
*Irico Display Devices Co., Ltd.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, <br><br> THIS DOCUMENT RELATES TO: <br><br> ALL INDIRECT PURCHASER ACTIONS | Case No. 07-cv-05944-JST <br><br> MDL No.: 1917 <br><br> **DECLARATION OF THOMAS CARTER IN SUPPORT OF IRICO DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER LG PHILIPS DISPLAYS MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(f)** |

I, Thomas Carter, declare as follows:

1. I am an attorney admitted to practice law in Washington, D.C. and am employed by the law firm of Baker Botts L.L.P., which represents Defendants Irico Group Corporation ("Irico Group") and Irico Display Devices Co., Ltd. ("Irico Display") (collectively, "Irico Defendants"). I make this Declaration based on my personal knowledge and in support of the Irico Defendants' Administrative Motion to Consider Whether LG Philips Displays Material Should Be Sealed Pursuant to Civil Local Rules 7-11 and 79-5(f).

2. Attached hereto as Exhibit 1 is a true and correct copy of the Apr. 15, 2014 Expert Report of Janet Netz.

3. Attached hereto as Exhibit 4 is a true and correct copy of the Aug. 5, 2014 Expert Report of Margaret E. Guerin-Calvert.

4. Attached hereto as Exhibit 20 is a true and correct copy of a document produced by LG Philips Displays ("LPD"), Bates labeled LPD-NL00018253.

5. Attached hereto as Exhibit 21 is a true and correct copy of a document produced by LPD, Bates labeled LPD-NL00018267.

6. Attached hereto as Exhibit 22 is a true and correct copy of a document produced by LPD, Bates labeled LPD-NL00140679.

7. Attached hereto as Exhibit 23 is a true and correct copy of a document produced by LPD, Bates labeled LPD-NL00173522.

8. Attached hereto as Exhibit 24 is a true and correct copy of a document produced by LPD, Bates labeled LPD-NL00214381.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 15th day of February, 2023, in Potomac, Maryland.

*/s/ Thomas Carter*
Thomas Carter
tom.carter@bakerbotts.com
BAKER BOTTS LLP
700 K St. NW
Washington, D.C. 20001
Telephone: (202) 693-7702
Mobile: (202) 412-4352

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Attorneys for Defendants*
*Irico Group Corp. and*
*Irico Display Devices Co., Ltd.*