1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 4:07-cv-5944-JST <br><br> MDL No. 1917 |
|---|---|
| This Document Relates to: <br><br> ALL INDIRECT PURCHASER ACTIONS | **[PROPOSED] ORDER GRANTING IRICO DEFENDANT'S MOTION TO CONSIDER WHETHER LG PHILIPS DISPLAYS MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(f)** |

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2      Before the Court is Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.'s

3  Motion to Consider Whether LG Philips Displays Material Should Be Sealed Pursuant to Civil Local

4  Rules 7-11 and 79-5(f) (ECF No. _____). Having considered the arguments made by LG Philips

5  Displays in favor of sealing under Civil Local Rule 79-5(c)(1),

6      IT IS HEREBY ORDERED THAT the Defendants Irico Group Corp. and Irico Display

7  Devices Co., Ltd.'s Motion to Consider Whether LG Philips Displays Material Should Be Sealed

8  Pursuant to Civil Local Rules 7-11 and 79-5(f) is GRANTED.

9      IT IS FURTHER ORDERED THAT the following documents or portions thereof may be

10  filed under seal:

| Document Proposed to Be Sealed or Redacted | Designating Entity | Ruling |
|---|---|---|
| Gray highlighted portions of Exhibit 1 to the Declaration of Thomas Carter in Support of Irico Defendants' Administrative Motion to Consider Whether LPD Material Should Be Sealed – Apr. 15, 2014 Expert Report of Janet Netz | LPD | |
| Gray highlighted portions of Exhibit 4 to the Declaration of Thomas Carter in Support of Irico Defendants' Administrative Motion to Consider Whether LPD Material Should Be Sealed – Aug. 5, 2014 Expert Report of Margaret E. Guerin-Calvert | LPD | |
| Exhibit 20 to the Declaration of Thomas Carter in Support of Irico Defendants' Administrative Motion to Consider Whether LPD Material Should Be Sealed – A document produced by LPD, Bates labeled LPD-NL00018253 | LPD | |
| Exhibit 21 to the Declaration of Thomas Carter in Support of Irico Defendants' Administrative Motion to Consider Whether LPD Material Should Be Sealed – A document produced by LPD, Bates labeled LPD-NL00018267 | LPD | |

| | |
|---|---|
| Exhibit 22 to the Declaration of Thomas Carter in Support of Irico Defendants' Administrative Motion to Consider Whether LPD Material Should Be Sealed – A document produced by LPD, Bates labeled LPD-NL00140679 | LPD |
| Exhibit 23 to the Declaration of Thomas Carter in Support of Irico Defendants' Administrative Motion to Consider Whether LPD Material Should Be Sealed – A document produced by LPD, Bates labeled LPD-NL00173522 | LPD |
| Exhibit 24 to the Declaration of Thomas Carter in Support of Irico Defendants' Administrative Motion to Consider Whether LPD Material Should Be Sealed – A document produced by LPD, Bates labeled LPD-NL00214381 | LPD |

**IT IS SO ORDERED.**

Dated: _____       _____
                                                                JON S. TIGAR
                                                        United States District Judge