BAKER BOTTS L.L.P.
John M. Taladay (*pro hac vice*)
Evan J. Werbel (*pro hac vice*)
Thomas E. Carter (*pro hac vice*)
Andrew L. Lucarelli (*pro hac vice*)
700 K Street, N.W.
Washington, D.C. 20001
(202)-639-7700
(202)-639-7890 (fax)
Email: john.taladay@bakerbotts.com
　　　　evan.werbel@bakerbotts.com
　　　　tom.carter@bakerbotts.com
　　　　drew.lucarelli@bakerbotts.com

*Attorneys for Defendants*
*IRICO GROUP CORP. and*
*IRICO DISPLAY DEVICES CO., LTD.*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*ALL INDIRECT PURCHASER ACTIONS* | Case No. 07-cv-05944-JST<br><br>MDL No. 1917<br><br>**CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

**In re: Cathode Ray Tube (CRT) Antitrust Litigation - MDL No. 1917**

I declare that I am employed in Washington, District of Columbia. I am over the age of eighteen years and not a party to the within case; my business address is: Baker Botts L.L.P., 700 K Street, N.W., Washington, D.C. 20001.

On February 15, 2023, I served the following document(s) described as:

- **DEFENDANTS IRICO GROUP CORP. AND IRICO DISPLAY DEVICES CO., LTD.'S NOTICE OF MOTION AND MOTION TO PARTIALLY EXCLUDE THE PROPOSED EXPERT TESTIMONY OF DR. JANET NETZ**
- **DECLARATION OF EVAN WERBEL IN SUPPORT OF DEFENDANTS IRICO GROUP CORP. AND IRICO DISPLAY DEVICES CO., LTD.'S MOTION TO PARTIALLY EXCLUDE THE PROPOSED EXPERT TESTIMONY OF DR. JANET NETZ; EXHIBITS 1-40**

on the following interested parties in this action at the email addressed listed below:

R. Alexander Saveri (rick@saveri.com)
Geoffrey C. Rushing (geoff@saveri.com)
Matthew D. Heaphy (mheaphy@saveri.com)
SAVERI & SAVERI, INC.
706 Sansome St # 200
San Francisco, CA 94111

*Lead Counsel for the Direct Purchaser Plaintiffs*

Mario N. Alioto (malioto@tatp.com)
Lauren C. Capurro (laurenrussell@tatp.com)
TRUMP ALIOTO TRUMP & PRESCOTT LLP
2280 Union Street
San Francisco, CA 94123

*Lead Counsel for the Indirect Purchaser Plaintiffs*

Daniel E. Birkhaeuser (dbirkhaeuser@bramsonplutzik.com)
BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
2125 Oak Grove Rd. Suite 125
Walnut Creek, CA 94598

*Counsel for the Indirect Purchaser Plaintiffs*

Joseph Goldberg (jg@fbdlaw.com)
Gerald A. Dever (gdever@finekaplan.com)
FREEDMAN BOYD HOLLANDER GOLDBERG P.A.
20 First Plaza, Suite 700
Albuquerque, NM 87102

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 15, 2023, in Potomac, Maryland.

*/s/ Thomas E. Carter*
Thomas E. Carter