BAKER BOTTS L.L.P.
John M. Taladay (*pro hac vice*)
Evan J. Werbel (*pro hac vice*)
Thomas E. Carter (*pro hac vice*)
Andrew L. Lucarelli (*pro hac vice*)
700 K Street, N.W.
Washington, D.C. 20001
(202)-639-7700
(202)-639-7890 (fax)
Email: john.taladay@bakerbotts.com
        evan.werbel@bakerbotts.com
        tom.carter@bakerbotts.com
        drew.lucarelli@bakerbotts.com

*Attorneys for Defendants*
*IRICO GROUP CORP. and*
*IRICO DISPLAY DEVICES CO., LTD.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-cv-05944-JST (N.D. Cal.) |
| | MDL No. 1917 |
| This Document Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS | **NOTICE OF WITHDRAWAL OF IRICO DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER THE ODP CORP. MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(f)** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

On February 15, 2023, defendants Irico Group Corp. and Irico Display Devices Co., Ltd. (collectively, "Irico") filed an Administrative Motion to Consider Whether The ODP Corp. Material Should Be Sealed Pursuant to Civil Local Rules 7-11 and 79-5(f), ECF No. 6154 (the "ODP Sealing Motion").  In the Motion, Irico indicated that it had "undertaken to reach out to all parties that have designated information or materials attached to the Declaration of Evan Werbel in Support of Irico's Motion to Partially Exclude the Proposed Expert Testimony of Dr. Janet Netz … as "Confidential" or "Highly Confidential," in order to secure their permission to file the materials publicly."  (ODP Sealing Motion at 2.)  Irico further indicated that it had "contacted counsel for ODP, and was advised that ODP needed additional time before it could provide such permission."  (*Id*.)

Irico has now received permission to file publicly the materials previously designated by OfficeMax Inc., predecessor in interest to ODP.  Irico therefore WITHDRAWS the ODP Sealing Motion pursuant to Civil Local Rule 7-7(e).  Irico will refile appropriately unredacted copies of the previously sealed materials upon resolution of the remaining Motions to Consider Whether Another Party's Materials Should Be Sealed Pursuant to Civil Local Rules 7-11 and 79-5(f) (ECF Nos. 6151, 6152, 6153), unless otherwise directed by the Court.

Dated:  February 17, 2023                         Respectfully submitted,

*/s/ Thomas Carter*
Thomas Carter (*pro hac vice*)
tom.carter@bakerbotts.com
BAKER BOTTS L.L.P.
700 K St. NW
Washington, D.C. 20001
Telephone: (202) 693-7702
Mobile: (202) 412-4352

*Attorneys for Defendants*
*IRICO GROUP CORP. and*
*IRICO DISPLAY DEVICES CO., LTD.*