Robert J. Bonsignore (Admitted *pro hac vice* Massachusetts BBO # 547880)
Melanie Porter (CA Bar No. 253500)
BONSIGNORE TRIAL LAWYERS, PLLC
23 Forest Street
Medford, MA  02155
Cell Phone: (781) 856-7650
Facsimile: (702) 852-5726
rbonsignore@classactions.us
melanie@classactions.us

Joseph M. Alioto (SBN 42680)
Tatiana V. Wallace
ALIOTO LAW FIRM
One Sansone Street, 35th Floor
San Francisco, CA 94104
Telephone: (415) 434-8900
Email: jmalioto@aliotolaw.com

***Counsel for Massachusetts Only Indirect Purchaser Plaintiffs Gianasca and Caldwell***

***Additional Counsel Listed on Signature Page***

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 4:07-cv-5944<br>Related MDL No. 1917<br><br>STIPULATION ~~WITH [PROPOSED]~~ AND ORDER AS TO WITHDRAWAL OF MOTION TO AMEND AND ALL RELATED MOTIONS AND TO DISMISSAL WITH PREJUDICE AND WITHOUT COSTS |
| This Document Relates to<br><br>All Indirect Purchaser Actions | |

Pursuant to Civil Local Rule 7-12, Massachusetts Plaintiffs the Estate of the Late Barbara Caldwell ("Caldwell") and Anthony Gianasca ("Gianasca") and the undersigned Proposed Defendants (the "Proposed Defendants"), by and through their respective counsel, hereby agree and stipulate as follows:

WHEREAS, on September 16, 2022, Caldwell and Gianasca filed a Motion to Amend Complaint or Otherwise Pursue Pending Claims (the "Motion to Amend," ECF No. 6072) and a Proposed Fifth Amended Complaint (the "Proposed Complaint," ECF No. 6072-5) that seek to assert claims against the Proposed Defendants;

WHEREAS, on September 30, 2022, certain Proposed Defendants filed a Motion to Intervene for the Limited Purpose of Responding to Motion to Amend Complaint or Otherwise Pursue Pending Claims (the "Motion to Intervene," ECF No. 6084);

WHEREAS, on December 22, 2022, Proposed Defendants Panasonic, Philips, and LG filed a Motion for Sanctions Pursuant to Federal Rule of Civil Procedure 11 and 28 U.S.C. § 1927 (the "Motion for Sanctions," ECF No. 6126) that sought an award of fees, costs, and other appropriate relief against the undersigned counsel for Caldwell and Gianasca concerning the filing of the Motion to Amend and the Proposed Complaint;

WHEREAS, the parties disagree as to whether the claims of Caldwell and Gianasca asserted in *Brigid Terry, et al. v. LG Elecs., Inc., et al.* (Case No. 4:08-cv-01559), *Barbara Caldwell et al. v. Matsushita Elec. Ind. Co.* (Case No. 4:07-cv-06303), the Indirect Purchaser Plaintiffs' Consolidated Amended Complaint (ECF No. 437), or the Indirect Purchaser Plaintiffs' Second Consolidated Amended Complaint (ECF No. 716) remain pending and constitute a basis for the claims Caldwell and Gianasca seek to assert in the Proposed Complaint;

WHEREAS, the parties have met and conferred, and have agreed to resolve the Motion to Amend, the Motion for Sanctions, and any and all claims Caldwell and Gianasca had, has, or could have against the undersigned Proposed Defendants;

NOW, THEREFORE, the parties agree and stipulate to the following:

1. Caldwell and Gianasca withdraw the Motion to Amend and Proposed Complaint;

2. Caldwell and Gianasca voluntarily dismiss with prejudice any and all claims against the Proposed Defendants, including the claims Caldwell and Gianasca purport to assert in the Proposed Complaint;

3. Caldwell and Gianasca hereby release and agree to refrain henceforth from commencing, prosecuting, or asserting any and all claims, demands, actions, suits, or causes of action that Caldwell and Gianasca ever had, now have, or hereafter can, shall, or may have on account of, or in any way arising out of, the conduct alleged in the Proposed Complaint or any preceding complaint filed in, or transferred to, In re Cathode Ray Tube Antitrust Litigation, MDL No. 1917;

4. Proposed Defendants withdraw the Motion to Intervene;

5. Proposed Defendants Panasonic and Philips withdraw the Motion for Sanctions as to the relief requested by Panasonic and Philips;

6. Each party shall bear its own costs and fees.

**PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED.**

Dated: February 23, 2023

_____
Hon. Jon S. Tigar
United States District Judge

2

STIPULATION AND [PROPOSED] ORDER AS TO WITHDRAWAL OF MOTION TO AMEND AND ALL RELATED MOTIONS AND TO DISMISSAL WITH PREJUDICE AND WITHOUT COSTS
Case No. 4:07-cv-5944, MDL No. 1917

Dated:  February 23, 2023 Respectfully submitted,

/s/ *Robert J. Bonsignore*
Robert J. Bonsignore (Admitted *pro hac vice*
Massachusetts BBO # 547880)
Melanie Porter (CA Bar No. 253500)
BONSIGNORE TRIAL LAWYERS, PLLC
23 Forest Street
Medford, Massachusetts 02155
Tel: (781) 350-0000
Cell (781) 856-7650
Fax: (702) 983-8673
rbonsignore@classactions.us
melanie@classactions.us

Joseph M. Alioto
Tatiana Wallace
ALIOTO LAW FIRM
One Sansone Street, 35th Floor
San Francisco, CA 94104
Telephone: (415) 434-8900
Email: jmalioto@aliotolaw.com

*Counsel for the Massachusetts Only Indirect Purchaser Plaintiffs Gianasca and Caldwell*

/s/ *Jeffrey L. Kessler*
WINSTON & STRAWN LLP
JEFFREY L. KESSLER
jkessler@winston.com
EVA W. COLE
ewcole@winston.com
200 Park Avenue
New York, NY 10166
Telephone:    (212) 294-6700
Facsimile:    (212) 294-4700

KEVIN B. GOLDSTEIN
kbgoldstein@winston.com
35 W. Wacker Drive
Chicago, IL 60622
Telephone:    (312) 558-5600
Facsimile:    (312) 558-5700

3

STIPULATION AND [PROPOSED] ORDER AS TO WITHDRAWAL OF MOTION TO AMEND AND ALL
RELATED MOTIONS AND TO DISMISSAL WITH PREJUDICE AND WITHOUT COSTS
Case No. 4:07-cv-5944, MDL No. 1917

WEIL, GOTSHAL & MANGES LLP
DAVID L. YOHAI
david.yohai@weil.com
ADAM C. HEMLOCK
adam.hemlock@weil.com
DAVID YOLKUT
david.yolkut@weil.com
767 Fifth Avenue
New York, NY 10153-0119
Telephone:     (212) 310-8000
Facsimile:     (212) 310-8007

*Attorneys for Intervenors-Proposed Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, and MT Picture Display Co., Ltd.*[1]

*/s/ Erik T. Koons*
BAKER BOTTS LLP
ERIK T. KOONS
700 K Street, N.W.
Washington, D.C. 20001
202.639.7700
202.639.7890 (fax)
Email: erik.koons@bakerbotts.com

*Attorneys for Intervenors-Proposed Defendants Koninklijke Philips, N.V., Philips North America LLC, Philips Taiwan Limited, and Philips do Brasil, Ltda*

*/s/ Andrew Rhys Davies*
ALLEN & OVERY LLP
ANDREW RHYS DAVIES
andrewrhys.davies@allenovery.com
1221 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 610-6300
Facsimile:  (212) 610-6399

---

[1] MT Picture Display Co., Ltd. has been dissolved and completed final liquidation proceedings in Japan on May 23, 2019.

4

COHEN & GRESSER LLP
JOHN ROBERTI
john.roberti@cohengresser.com
2001 Pennsylvania Ave, NW, Suite 300
Washington, DC 20006
Telephone:  (202) 851-2070
Facsimile:   (202) 851-2081

*Attorneys for Intervenors-Proposed Defendants Samsung SDI Co., Ltd.; Samsung SDI America, Inc.; Samsung SDI Mexico S.A. De C.V.; Samsung SDI Brasil Ltda.; Shenzhen Samsung SDI Co., Ltd.; Tianjin Samsung SDI Co., Ltd.; and Samsung SDI (Malaysia) Sdn. Bhd.*[2]

/s/ *Eliot A. Adelson*
MORRISON & FOERSTER LLP
ELIOT A. ADELSON
Email: eadelson@mofo.com
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

KIRKLAND & ELLIS LLP
JAMES H. MUTCHNIK (pro hac vice)
Email: james.mutchnik@kirkland.com
300 North LaSalle Street
Chicago, IL  60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Attorneys for Intervenors-Proposed Defendants Hitachi Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display Inc.), Hitachi Asia, Ltd., Hitachi America, Ltd., and Hitachi Electronic Devices (USA), Inc.*

---

[2]   Samsung SDI Mexico S.A. De C.V., Samsung SDI Brasil Ltda., Shenzhen Samsung SDI Co., Ltd., and Samsung SDI (Malaysia) Sdn. Bhd. have been dissolved.

5

STIPULATION AND [PROPOSED] ORDER AS TO WITHDRAWAL OF MOTION TO AMEND AND ALL
RELATED MOTIONS AND TO DISMISSAL WITH PREJUDICE AND WITHOUT COSTS
Case No. 4:07-cv-5944, MDL No. 1917

Case 4:07-cv-05944-JST   Document 6163   Filed 02/23/23   Page 7 of 7

/s/ *Christopher M. Curran*
WHITE & CASE LLP
CHRISTOPHER M. CURRAN
ccurran@whitecase.com
LUCIUS B. LAU
alau@whitecase.com
DANA E. FOSTER
defoster@whitecase.com
MATTHEW N. FRUTIG
mfrutig@whitecase.com
701 Thirteenth Street, N.W.
Washington, DC  20005
tel.: (202) 626-3600
fax: (202) 639-9355

*Attorneys for Intervenors-Proposed Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

/s/ *John M. Taladay*
BAKER BOTTS LLP
John M. Taladay (*pro hac vice*)
Evan J. Werbel (*pro hac vice*)
Thomas E. Carter (*pro hac vice*)
Andrew L. Lucarelli (*pro hac vice*)
700 K Street, N.W.
Washington, D.C. 20001
202.639.7700
202.639.7890 (fax)
john.taladay@bakerbotts.com
evan.werbel@bakerbotts.com
tom.carter@bakerbotts.com
drew.lucarelli@bakerbotts.com

*Attorneys for Proposed Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.*

6
STIPULATION AND [PROPOSED] ORDER AS TO WITHDRAWAL OF MOTION TO AMEND AND ALL RELATED MOTIONS AND TO DISMISSAL WITH PREJUDICE AND WITHOUT COSTS
Case No. 4:07-cv-5944, MDL No. 1917