Nathan P. Eimer (*pro hac vice*)
neimer@eimerstahl.com
Vanessa G. Jacobsen (*pro hac vice*)
vjacobsen@eimerstahl.com
Brian Y. Chang (CA Bar No. 287757)
bchang@eimerstahl.com
EIMER STAHL LLP
224 South Michigan Avenue
Suite 1100
Chicago, IL 60604
Phone: (312) 660-7600
Fax: (312) 692-1718

*Attorneys for LG Electronics, Inc.,
LG Electronics USA, Inc., and
LG Electronics Taiwan Taipei Co., Ltd.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No.: 4:08-cv-01559 |
| | Master File No. 4:07-cv-05944-JST |
| This document relates to: | MDL No. 1917 |
| ANTHONY GIANASCA AND BARBARA CALDWELL *on behalf of themselves and all others similarly situated,* | **LGE'S ADMINISTRATIVE MOTION TO CLARIFY ORDER [6163]** |
| Plaintiffs, | Judge:       Hon. Jon S. Tigar |
| v. | Courtroom:   Courtroom 6, 2nd Floor |
| LG ELECTRONICS, INC., et al., | |
| Defendants. | |

**Notice of Administrative Motion**

PLEASE TAKE NOTICE that LG Electronics, Inc., LG Electronics USA, Inc., and LG Electronics Taiwan Taipei Co., Ltd. (collectively "LGE") hereby moves for an administrative order clarifying that the Court's February 23, 2023, Order, ECF No. 6163, did not resolve LGE's Motion for Sanctions Pursuant to Fed. R. Civ. P. 11 and 28 U.S.C. § 1927, ECF No. 6126 ("LGE's Motion for Sanctions"); No. 6143 (LGE's reply brief in support of its motion for sanctions).

**Argument**

On February 23, 2023, Massachusetts IPP counsel filed a "Stipulation with [Proposed] Order as to Withdrawal of Motion to Amend and All Related Motions and to Dismissal with Prejudice and without Costs." ECF No. 6162. But that stipulation did not withdraw "all related motions," and LGE was not a party to the stipulation. Nor did the parties to the stipulation, which LGE did not see until after it was filed, clarify to the Court that LGE's Motion for Sanctions was not part of the stipulation. Accordingly, LGE files the instant administrative motion pursuant to Local Rule 7-11 to seek an order clarifying that the stipulation did not apply to LGE's Motion for Sanctions and that the Court's February 23, 2023, Order does not resolve that motion.

Dated: February 24, 2023

By: */s/ Nathan P. Eimer*
Nathan P. Eimer (*pro hac vice*)
neimer@eimerstahl.com
Vanessa G. Jacobsen (*pro hac vice*)
vjacobsen@eimerstahl.com
EIMER STAHL LLP
224 South Michigan Avenue, Suite 1100
Chicago, IL 60604
Telephone: (312) 660-7600
Facsimile: (312) 692-1718

Brian Y. Chang (CA Bar No. 287757)
bchang@eimerstahl.com
99 South Almaden Boulevard, Suite 642
San Jose, CA  95113
Telephone: (669) 231-8755

*Attorneys for LG Electronics, Inc.,*
*LG Electronics USA, Inc., and*
*LG Electronics Taiwan Taipei Co., Ltd.*

1

Case No. 4:07-cv-05944-JST
LGE's Admin. Mot. to Clarify Order [6163]

**CERTIFICATE OF SERVICE**

I hereby certify that on February 24, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: February 24, 2023

                                           */s/ Nathan P. Eimer*
                                               Nathan P. Eimer