Vaughn R Walker
ADR/Law Office of Vaughn R Walker
Four Embarcadero Center, Suite 2200
San Francisco, CA 94111
Tel: (415) 871-2888
vrw@judgewalker.com

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master Case No 4:07-cv-05944-JST |
| | MDL No 1917 |
| This Relates to: | ORDER APPROVING SPECIAL MASTER'S REPORT & RECOMMENDATION ON IRICO'S DOCUMENTS SUBMITTED FOR *IN CAMERA* REVIEW |
| ALL DIRECT PURCHASER ACTIONS | |
| ALL INDIRECT PURCHASER ACTIONS | |

      Pursuant to the January 12, 2023 Report & Recommendation on Plaintiffs' Motion to Compel Evidence Preservation Documents (ECF 6140, 6146), Defendants Irico Display Devices Co, Ltd and Irico Group Corporation (collectively "Irico") submitted their *ex parte* submission dated January 25, 2023 with documents or communications regarding evidence preservation that Irico believed are subject to a claim of privilege for *in camera* review.

      The undersigned issues this discovery report and recommendation pursuant to the court's appointments. *See* ECF 5301, 6107.

Having reviewed the documents submitted for *in camera* review, the undersigned finds that the documents are relevant to Irico's evidence preservation efforts in this litigation. Irico's proposed redactions appear appropriate and reasonable. In light of the Plaintiffs' preliminary showing of spoliation sufficient to overcome the privilege generally afforded to attorney client communications regarding evidence preservation efforts (*see* ECF 6146, page 6), the undersigned concludes that these documents (with Irico's proposed redactions) should be produced to Plaintiffs forthwith. Irico shall produce these documents with the proposed redactions to Plaintiffs no later than February 13, 2023. Irico shall confirm by *ex parte* submission to the undersigned that its *in camera* submission includes documents and information that Irico's counsel requested from Pillsbury on or after January 12, 2023. *See* ECF 6146, page 10.

Date: February 9th, 2023

_____
Vaughn R Walker
United States District Judge (Ret)

The Recommended Order of the Special Master is Accepted and Ordered / ~~Denied~~ / ~~Modified~~, except that the February 13, 2023 deadline is extended to March 3, 2023.

Date: February 24, 2023

_____
Honorable Jon S Tigar
United States District Judge