UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

FEB 21 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION,<br><br>-------------------------------<br><br>INDIRECT PURCHASER PLAINTIFFS,<br><br>       Plaintiff - Appellee,<br><br> v.<br><br>BONSIGNORE TRIAL LAWYERS, LLC; et al.,<br><br>       Appellants,<br><br> v.<br><br>TOSHIBA CORPORATION; et al.,<br><br>       Defendants. | No. 22-16532<br><br>D.C. No. 4:07-cv-05944-JST<br>U.S. District Court for Northern California, Oakland<br><br>**MANDATE** |

The judgment of this Court, entered January 30, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Howard Hom
Deputy Clerk
Ninth Circuit Rule 27-7