Robert J. Bonsignore (Admitted *pro hac vice* Massachusetts BBO # 547880)
Melanie Porter (CA Bar No. 253500)
BONSIGNORE TRIAL LAWYERS, PLLC
23 Forest Street
Medford, MA  02155
Cell Phone: (781) 856-7650
Facsimile: (702) 852-5726
rbonsignore@classactions.us
melanie@classactions.us

Joseph M. Alioto (SBN 42680)
Tatiana V. Wallace
ALIOTO LAW FIRM
One Sansone Street, 35th Floor
San Francisco, CA 94104
Telephone: (415) 434-8900
Email: jmalioto@aliotolaw.com

***Counsel for Massachusetts Only Indirect Purchaser Plaintiffs Gianasca and Caldwell***

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 4:08-cv-01559<br>Master File No. 4:07-cv-05944-JST<br>MDL No. 1917 |
| This Document Relates to<br><br>All Indirect Purchaser Actions | **UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE OPPOSITION TO LGE'S ADMINISTRATIVE MOTION TO CLARIFY ORDER [6163]** |

Pursuant to Civil Local Rule 6-3, undersigned Plaintiffs state as follows:

WHEREAS, on February 24, 2023, LG Electronics, Inc., LG Electronics USA, Inc., and LG Electronics Taiwan Taipei Co., Ltd. (collectively, "LGE") filed their Corrected Administrative Motion to Clarify Order (ECF No. 6167), for which the Response is currently due February 28, 2023;

WHEREAS, Plaintiffs believe that good cause exists to provide additional time to brief their opposition to the administrative motion, because, among other reasons, the need to coordinate among multiple law firms, and the complexity of the procedural history in this matter;

WHEREAS, Plaintiffs request an extension of seven (7) days to file their opposition to the Corrected Administrative Motion to Clarify Order, and LGE does not oppose the request.

NOW, THEREFORE, Massachusetts Counsel respectfully requests that the Court enter an Order granting Massachusetts Counsel an additional seven (7) days, to March 7, 2023, to file their Response to the Corrected Administrative Motion to Clarify Order.

**IT IS SO ORDERED.**

Dated:_____            _____
                                       HONORABLE JON S. TIGAR
                                       UNITED STATES DISTRICT JUDGE

1

UNOPPOSED MOTION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE OPPOSITION TO LGE'S ADMINISTRATIVE MOTION TO CLARIFY ORDER [6163]
Case No. 4:07-cv-5944, MDL No, 1917

Dated: February 28th, 2023

Respectfully submitted,

/s/ *Robert J. Bonsignore*
Robert J. Bonsignore (Admitted *pro hac vice*
Massachusetts BBO # 547880)
Melanie Porter (CA Bar No. 253500)
BONSIGNORE TRIAL LAWYERS, PLLC
23 Forest Street
Medford, Massachusetts 02155
Tel: (781) 350-0000
Cell (781) 856-7650
Fax: (702) 983-8673
rbonsignore@classactions.us
Melanie@classactions.us

Joseph M. Alioto
Tatiana Wallace
ALIOTO LAW FIRM
One Sansone Street, 35th Floor
San Francisco, CA 94104
Telephone: (415) 434-8900
Email: jmalioto@aliotolaw.com

***Counsel for the Massachusetts Only Indirect Purchaser Plaintiffs Gianasca and Caldwell***

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE OPPOSITION TO LGE'S ADMINISTRATIVE MOTION TO CLARIFY ORDER [6163] was filed *via* CM/ECF on February 28th, 2023 and as a result has been served on all counsel of record *via* transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Robert J. Bonsignore