# **EXHIBIT 21**



CONFIDENTIAL

CONFIDENTIAL

Doc 1

## 1997 Strategy Review
# BG Display Components



3 June 1997

BG Display Components / SR97

# BGDC: Financial overview

| NLG Million | 1994 * | 1995 * | 1996 * | 1997 Budget | 1997 Latest Agreed | 1998 | 1999 | 2000 | 2001 |
|---|---|---|---|---|---|---|---|---|---|
| Sales | 3,940 | 4,698 | 5,441 | 5,800 | 6,400 | 6,500 | 7,100 | 7,900 | 8,600 |
| Comparable Growth | 20% | 28% | 12% | 5% | 1% | 7% | 9% | 11% | 9% |
| IFO | 337 | 571 | 738 | 870 | 870 | 880 | 1,000 | 1,150 | 1,180 |
| Profitability (as % of sales) | 8.6% | 12.2% | 13.6% | 15.0% | 13.6% | 13.5% | 14.1% | 14.6% | 13.7% |
| Operational Cashflow | 124 | 146 | 378 | 520 | 520 | 796 | 683 | 963 | 1,217 |
| as % of Sales | 3.1% | 3.1% | 6.9% | 9.0% | 8.1% | 12.2% | 9.6% | 12.2% | 14.2% |
| Capital Expenditure | 545 | 571 | 773 | 750 | 750 | 450 | 850 | 700 | 550 |
| as % of Sales | 13.8% | 12.2% | 14.2% | 12.9% | 11.7% | 6.9% | 12.0% | 8.9% | 6.4% |
| Investment/Depreciation | 1.9 | 2.0 | 2.4 | 1.8 | 1.7 | 0.9 | 1.5 | 1.1 | 0.8 |
| RONA | 16.7% | 25.1% | 26.1% | 24.6% | 23.9% | 24.2% | 26.8% | 28.9% | 29.0% |

* NB : 1994, 1995 and 1996 not restated for Hua Fei



TVT total sales (in m NLG)

CMT total sales (in m NLG)

■ '96 review
▨ '97 review

TVT IFO (in m NLG)

CMT IFO (in m NLG)

CONFIDENTIAL

LPD-NL00018269
LPD-NL00018267

## 1.   EXECUTIVE SUMMARY

**The BG Display Components strategic intent has been modified from last years' growth and self-financing orientation to becoming a cash provider for Philips. We will deliver a substantially higher operational cash contribution to Philips (cumulative NLG. 4.1 B over the review period) whilst at the same time our revenues will increase from NLG. 6.4 B this year to NLG. 8.6 B in 2001.**

Compared to the Strategy Review of 1996 and 1995 our growth ambitions have been further reduced. The main reasons for this are slower investment pace and higher price erosion levels. Key drivers for growth are the industrial performance programs (mainly yield and speed-up). Average annual growth of the global CRT market is just above 7% (value) where the BG will grow on average 8% in revenues. Our global CRT volume marketshare will grow from 14% to 16%.

The TVT market volume is expected to grow in line with last years' review. The volume demand for CMT is also expected to remain in line with last years' long term forecasts. In TVT a further shift towards larger sizes is now expected in particular driven by customer demand for 27V/29" in South America and Asia Pacific markets. CMT customers will adopt the 19" as a new standard instead of the 21".

Towards the end of the review period LCDs will make inroads in traditional desk top CMT applications, at a higher level than was expected in the last review. In terms of product performance LCD has shown substantial progress over the last year, high cost however remains the main issue. So CRT remains the 'workhorse'.

As per last years' expected capacity increases, the supply demand situation is further out of balance. This has resulted in significant price erosions in CMT in 1997 (minus 30% versus average of 1996). Further price erosion at about -10% is expected in 1998 and 1999 and will soften only after that year when supply/demand is in balance again (see opposite IFO graphs). The high price pressure is also expected to reduce competitors' appetite for growth expansions.

In view of the overcapacity the BG will strongly improve its manufacturing efficiency and asset utilization, thus securing profitability. The financials include glass (no expansion) for the entire review period and Velt has been assumed to remain in state of "Hibernation". Compared to last years' strategy review TOR improvements over the years are slightly lower due to the higher price erosion levels in CMT. IFO is expected to grow to NLG. 1.2 B by 2001. IFO in the productline TVT is in line with last years' SR projections, in CMT it is lower in 1997 and 1998 due to the previously mentioned price erosion. RONA will remain around 25% during the review period. The BG will continue to investigate opportunities for divesting non-core vertical integrated operations.

1

CONFIDENTIAL

LPD-NL00018270
LPD-NL00018267



## Customer First Choice

Europe
North America
Asia
Africa
South America
Australia

*Let's make things better*

**Global**
- Philips BGTV
- Philips Monitors

**NSO Germany**
- Grundig
- Metz
- Loewe Opta
- Proelco
- OVP

**NSO Italy**
- Mivar

**NSO UK**
- JVC
- Toshiba

**NSO USA**
- Sharp
- Sanyo

**NSO Taiwan**
- IBM
- CTX
- MAG

**NSO Nordic**
- B&O

**NSO Spain**
- Sanyo
- Sharp
- Samsung

**NSO Brazil**
- Semp
- Toshiba
- Sharp do Brazil

## March 1997

These organisations achieved the objective of becoming Customers' First Choice, which
means products and services are rated as No.1.

CONFIDENTIAL

CONFIDENTIAL

| Identified (sub) issues/opportunities | Decisions/Top line actions | Detailed actions & milestones |
|---|---|---|
| 1. How will we manage the overcapacity in the CRT industry ? | ⇒ Improve industrial performance<br><br><br><br>⇒ Fully leverage BG position at global accounts<br>⇒ Optimize loading and locations of plants | • Industrial Performance Indicators have been set for BG with a focus on Direct Yield (target 90%) and Asset Utilization (target 95%) with specific targets per plant. (Cassanhiol):<br>  • Establish internal ('97) & external ('98) benchmark and monthly monitor system ('97)<br>  • Make detailed action plan per factory ('97)<br>  • Establish cost model yield improvements ('97)<br>• Improve cross regional sales process and introduce Global Account Mgt. (Kleinherenbrink, '97)<br>• Finalize European restructuring plan 'millenium' (Smith, '97-'98)<br>• Optimize 32V capacity build-up (de Bruijne, '98)<br>• Closely monitor competitor and (potential) customer industrial expansions / locations / strategies (Kleinherenbrink, '97) |
| 2. How can we execute our 'cost leader' strategy while maintaining our position of technical leadership in selected areas ? | • Shift focus Development from 'technical performance' to 'design for cost' and 'design for manufacturing'<br>• Redefine global-local roles in Development. | • Continuously improve PCP (upstream (Kleinherenbrink, '97-'98) and downstream (Cassanhiol, '97-'98 cycle)<br>• Reinforce local development strength, i.e. Comp. Centre CMT (Chang, '98/'99)<br>• Restructure pilot factory (Alphen, '97)<br>• Define CRT platforms and approach (Cassanhiol, '98)<br>• Define component platforms & approach (Alphen, '98)<br>• Investigate plan for low cost home NC CMT (Chang, '97) |
| 3. How can we secure our long term strategic objectives in Russia while minimizing costs in the short term ? | • Create a small, self-financing entrepreneurial operation on the premises and 'mothball' remaining activities<br>• Prepare for quick start-up when required | • Define step-by-step approach for entrepreneurial scenario ('97)<br>• Define & execute new rationale for concessions ('97-'98)<br>• Identify management partner with ability to operate under local conditions and hire local business manager<br>• Agree on integrated policy for Russia/CIS with LoB TV (ref. Samsung) (all actions: Smith) |
| 4. How can we reduce our integration in glass while securing supply and acceptable pricelevels in the future ? | • To partner the glass operation with another glass manufacturer | • Execute project Hong Kong (de Bruijne, '97)<br>• Develop alternative scenario's (de Bruijne, '97) |
| 5. How can we secure a position in the emerging segment of Large Flat Displays ? | • Develop PALC technology in partnership while evaluating PDP concurrently. | • Finalize agreement with partner (de Bruijne, '97)<br>• Set-up expert team in Japan (Sony/Sharp) (Cassanhiol, '97)<br>• Prepare for final technology choice by end 1997 (Cassanhiol)<br>• Align technology choice with LoB TV (de Bruijne, '97)<br>• R&D focus areas: resolution, cost reduction and brightness improvement (demo end '97) (Cassanhiol) |

BG Display Components / SR97

LPD-NL00018272
LPD-NL00018267

## Global TVT Market Development (units)



## Global Shares CTV Setmakers (1996)
### (based on volume in units)





## Price Development Television Tubes



LPD-NL00018273
LPD-NL00018267

## 2.      MARKET ENVIRONMENT

### 2.1     Definition of the battlefield
BGDC supplies the display function, currently with CRT technology, to the high volume electronics industry in the application areas of information, communication and entertainment.

### 2.2     Demand drivers

### 2.2.1   Television application

**Low market growth, continuous price erosion and gradually evolving demand for 16x9 and multimedia tubes.**

The global demand for television tubes based on CRT technology is expected to grow in 1997 compared to 1996 with 3.5% in terms of volume. Between 1996 and the year 2001 an average annual growth is forecasted of approximately 5%.

Price erosion is expected to continue during the review period. On a global scale TVT price erosion henceforth is expected to be 4 to 5% per annum. In the graph at the opposite page the price development of specific types in North America and Europe is shown, illustrating a convergence of pricelevels in the different markets.

As anticipated last year further rationalization will continue in the setmaker industry during the review period. Set prices are declining at approximately 3 to 8% per year. Customers therefore remain very price sensitive.

In the Japanese market (the) 16x9 penetration has now leveled off at 30% of the market (in volume). In Europe the penetration continuous from the current 4% to an expected 15% in the year 2001. In the Americas the shift to larger sizes is continuing (in particular in South America).

Demand for "multimedia" applications is gradually increasing. Most set makers are offering special multimedia products (set-top boxes). This market is expected to remain a (high priced) niche market for the remainder of the review period. The introduction of digital broadcasting in Europe and the United States is expected to have an additional positive impact on MM TVT demand.

3

CONFIDENTIAL

## Computer display market development (units)



## Global Shares Monitor Makers (1996)
### (based on volume in units)



## Price Development Color Monitor Tubes



### 2.2.2 Computer monitor applications

**High market growth, continuous price erosion, penetration of LCD into CRT applications by the end of the decade.**

Global volume demand for CRT technology-based displays for computer monitors is forecasted to grow in 1997 by 13% compared to 1996. The average annual growth to the year 2001 is expected to be approximately 10 to 15%. This growth prediction is exactly the same as in last years strategy review.

The continuous growth of monitor sales is mainly driven by further penetration in the home. Lowering of cost of ownership of the PC and in particular introduction of the NC are also strong drivers of continued growth. We expect in particular the NC to give demand a further boost in the years 1999 and following.

CMT prices on average have eroded drastically during 1997 (-30%). This was more severe than expected due to massive overcapacity. We expect the average market price erosion over the total review period to be at 3-4% for the 14" and 15", 5% for 17" and up to 6% annually for the 19".

Monitor makers are continuing their shift of product assembly towards end-user markets, be it slower than expected in last years' review. The degree of captive supply to Monitor makers is less than in the TV set industry.

PC makers are accelerating their attempts to reduce capital employed in the value chain, e.g. by shortening order lead-times, reducing stock and by attempting to 'shift the burden' (e.g. through consignment stock) to their suppliers. The set-up of 'back-end' operations close to our customers could support this drive at lower cost than with finished goods in warehouses.

Towards the end of the review period LCD display cost and performance improvements are expected to make in-roads in desktop monitor applications. In the year 2001 cost prices for LCD based 20" monitors are forecasted to be on-par with those using conventional CRTs. Performance of LCD has been seen improving dramatically already over the last year. After 2001 growth for CRTs will slow down, when LCDs are making further in-roads in smaller sizes between 2000 and 2005.

4

LPD-NL00018276
LPD-NL00018267

## CRT Demand vs. Capacity
**(based on BGDC expectations)**



| | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 |
|---|---|---|---|---|---|---|---|---|---|
| **Demand** | 148 | 162 | 184 | 198 | 212 | 230 | 246 | 267 | 293 |
| **Supply** | 149 | 165 | 205 | 225 | 253 | 292 | 302 | 310 | 317 |
| **S-Dgap** | 1 | 3 | 21 | 26 | 41 | 62 | 56 | 43 | 24 |

## CRT market shares development (units)



LPD-NL00018277
LPD-NL00018267

## 2.3   Supply drivers

**Continuation of supply build-up in TVT and CMT**

The separation between television and computer monitors applications is less distinctive from a supply perspective. With the exception of Thomson and NEC, all global tube manufacturers participate in both markets. The globalization of operations is continuing and players also show a greater willingness to ship products overseas.

Although in the last quarter of 1996 the overcapacity in global CRT supply became very apparent, large players like Samsung and Chunghwa remain focused on growth. Expansion speed has been throttled back by most players in an attempt to ease the overcapacity situations. Due to the long lead times the effect will however only be noticeable after 1998.

Japanese players, with the exception of Matsushita and Sony have continued to consolidate their CRT activities. They remain focused on the higher end of the markets and are trying to maintain a competitive advantage by introducing innovative products early. The strategic thrust of Japanese players however is directed towards new display technologies such as LCD and LFD.

The capacity build-up is expected to continue to a level of 280/290M tubes as a result of finalizing expansions during 1998. In 1999 and the year 2000 only limited new line installation is foreseen and the increase of capacity is mainly due to debottlenecking and line speed improvements.

Capacity build-up in LCD industry is expected to continue. The sales of LCDs will primarily be targeted at notebook applications for the remainder of this review period, where the trend to larger screensizes (12.1") in Notebooks absorbs more production capacity. At CeBIT '97 many suppliers showed new LCD desktop monitors, yet still at a price premium factor of 4-7 compared to CRT.

5

LPD-NL00018278
LPD-NL00018267

## TVT market shares development (units)



## CMT market shares development (units)



## 2.4    Supply/demand balance

**CRT overcapacity expected to peak in 1997/1998.**

As foreseen in last years' Strategy Review the structural overcapacity will be 20-30% in the years 1997 and 1998 and only after that will it ease off slightly. By the years 1999 and 2000 more "normal" levels of overcapacity can be expected and the pressure on prices will soften somewhat.

The cost structure of a CRT operation is such that it is usually beneficial to run the factory flat out once it is built. Only when the variable costs are not covered by the sales price, it is more attractive to start reducing output. In the last quarter of 1996 a lot of products have been produced and put in stock in anticipation of a price recovery. When all those products finally became available the effect on prices has been dramatic in particular for CMTs, where the market is less captive and the products more uniform.

The major players who are expected to increase market share are Philips and Samsung as well as the smaller low-end players from the emerging markets. In CMT market shares will be further increased by Chung Hwa, Philips and LGE through continued capacity expansions and efficiency optimization.

We expect to grow our marketshare (volume) in TVT marginally to almost 18% (from 17% in '96) and in CMT substantially to almost 15% (from 9% in '96) by 2001.

6

CONFIDENTIAL

LPD-NL00018280
LPD-NL00018267

## TVT-LJ

| | importance | Philips | Sony | Toshiba | MEC | Hitachi | Mitsubishi | Thomson | ORION | TESLA |
|---|---|---|---|---|---|---|---|---|---|---|
| brightness | very high | = | = | = | x | = | = | = | = | = |
| contrast | very high | x | x | xx | x | x | x | x | x | x |
| color | high | x | x | x | x | x | x | x | x | x |
| uniformity | medium | x | = | x | x | = | x | - | = | - |
| resolution | medium | x | xx | x | x | x | x | xx | x | x |
| convergence | medium | xx | x | = | x | x | x | x | = | xx |
| geometry | high | = | x | x | = | = | = | x | = | - |
| weight | medium | = | - | = | = | = | = | = | = | = |
| shallowness | high | = | = | = | = | = | = | = | = | = |
| flatness | high | x | xx | x | x | x | x | x | x | x |
| | | | | | | | | | | |
| Average score | | good | good | very good | good | good | good | good | good | reasonable |

Explanation of scores:

xx  strongly advantageous performance
x   advantageous performance
=   performance at level playing field
-   disadvantageous performance
--  very disadvantageous performance
* Values are based on product benchmarking studies as conducted over the last four years





## TVT product plan Philips Europe

LPD-NL00018281
LPD-NL00018267

## 5.   HOW IT WILL BE DONE - GLOBAL SUPPORTING STRATEGIES, TACTICS AND IMPROVEMENT PLANS

### 5.1   Product/market strategy

**Television Applications**

TVTs are components for 'tabletop' displays for individual and multi-user groups. We recognize two major segments in the market:

- Basic TVs where cost is the decisive factor. This segment currently accounts for about 90% of the total market volume with a decreasing tendency.
- Up-market TV where better performance is valued. This segment encompasses the tube sizes 25"- 37". Current size of this segment is 10% (24% in value) and this is expected to increase to approx. 25% (48% in value) (according to LoB TV)

The important key product drivers in TVT in both segments are cost and brightness/contrast improvement. Additionally in the up-market TV segment further improvement in geometry and shallowness is required.

Up till now widescreen could mainly be found in the up-market segment, but set makers are now targeting the basic segment with lower cost versions. Penetration in Japan has reached the saturation point at 30% of the market (in volume). In Europe the penetration has now reached 3 to 5% of the market (in volume). Set makers are now reducing consumer prices in an attempt to further stimulate the slowing growth. In the North American markets 16x9 is not available, but this is expected to change with upcoming digital broadcasting (starting last quarter of 1998, with an expected (broadcasting) coverage above 50% by 1999).

Philips will bring three WS TVTs to the market in 1997/1998 that are low cost versions of existing WS tubes (24", 28" and 32").

A range of other enhanced and lower cost products will be launched throughout 1997 and 1998 (20", 21", 59FS for Hua Fei, 27V and 32V). Towards the end of 1998 a 29" SF with superior brightness and improved geometry will be introduced in the Asian and European markets.

As shown graphically on the facing page by the TVT product plan for Europe, product improvements on a continuous basis will maintain the performance levels in line with customer expectations. This supports our pricing strategies and also secures penetration at key accounts.

A number of technology driven long term solutions have been selected to offer a strong potential for further product enhancement. We are now working on Electrochrome coatings (adjustable light transmission of the screen), AC-cathodes (dramatic improvement of focus and brightness), 120° deflection (shallower TV) and reduced anti-static and anti-reflection coatings, as well as system cost reduction.

9

CONFIDENTIAL

| CMT | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | importance | Philips | Sony | Toshiba | MEC | Hitachi | Mitsubishi | Samsung | Goldstar | Chunghwa | NEC |
| brightness | high | x | x | x | x | x | = | x | - | x | = |
| contrast | high | = | = | = | = | = | x | = | x | = | = |
| color | high | x | x | x | x | x | x | x | x | x | x |
| uniformity | high | xx | xx | xx | x | xx | xx | xx | xx | x | xx |
| resolution | very high | x | x | x | x | x | x | x | x | x | x |
| convergence | medium | xx | = | x | x | xx | xx | xx | xx | xx | xx |
| geometry | very high | = | = | = | x | = | = | - | = | = | x |
| weight | medium | x | - | x | x | x | = | x | - | x | x |
| shallowness | high | = | = | = | = | = | = | = | = | = | = |
| flatness | medium | = | x | = | = | = | x | = | x | = | = |
| Average score | | good | good | good | good | good | good | reasonable | reasonable | good | very good |

Explanation of scores:
xx    strongly advantageous performance
x     advantageous performance
=     performance at level playing field
–     disadvantageous performance
––    very disadvantageous performance
* Values are based on product benchmarking studies as conducted over the last four years

## CMT product plan Philips



perceived performance

premium

medium

low

15"
19"  17"
Technology
14"
17"MKIIa-2
17"MkII    17"MkIIa-1
21"
17"I

1994   1995   1996   1997   1998   1999   2000

LPD-NL00018283
LPD-NL00018267

**Computer Monitor Applications**

CMTs are components for desktop displays for individual usage. These monitors can be used as workstation, with a PC or, possibly in the future, with the NC.

The NC functions similar to the PC, but unlike the PC receives all of its software and data over the network from servers and has less hardware. Whenever a software program or data is requested from the NC it is downloaded from the server to the NC. The major advantage of the NC is the lower cost of ownership (in particular initial investments in hard- and software) which makes it an attractive busines or home market solution.
Another advantage is the fact that the information and personalized desktop settings can be used by an individual anywhere in the world (through a smartcard with PIN code).

Initially the NC is expected to penetrate in the business environment because of already available infrastructure (bandwidth). As over the next years transmission speed to and from the homes will dramatically improve, the NC could also penetrate this segment. BGDC expects requirements for NC monitors in the business segment to be the same as for traditional PC monitors. However in the home applications a lower price/performance ratio will be required. Our product strategy is anticipating these trends.

We use the following segmentation in CMT:
- Monitors for home use, where cost is the major factor determining the buying decision. This segment accounts for one third of the market volume (mainly 14" and 15").
- Monitors for business use, where performance is more important than cost in the buying decision. This segment accounts for about two thirds of the total (mainly 15", 17" and 19").
- Monitors for professional use, like CAD, desktop publishing, where performance is the overriding factor in the buying decision. A segment of a few percent of the total market volume (mainly 21").

We have decided to focus on the first two segments.

The most important key product drivers in CMT in all segments are cost, geometry improvements and better resolution. The impact of geometry and resolution is evidently more important for business use and the professional segment. Widescreen applications are not expected to play an important role in the foreseeable future.

In 1998 and 1999 Philips will launch an improved 17" and a new 19" CMT targeting the higher margin business segments of the market. In the year 2000 Philips intends to have the world premier with a 17" shallow CMT with multimedia capabilities (displaying life video and pictures in a vivid way on a CMT). Other improved and lower cost CMTs will be brought to the market in 1997 and 1998 (3x15" CMT and 3x17" CMT). Compared to last years' SR we have decided to develop the 19" instead of the 21". During 1996 it became clear that the 21" segment was not developing as expected, mainly due to

10

CONFIDENTIAL

LPD-NL00018284
LPD-NL00018267

price/performance ratio and the relatively higher threat of LCD in this segment. The 19" was introduced by Hitachi and quickly took up the anticipated position of 21". Philips decided to follow that change in the market during the last PCP.

Future CMT products will tap the same technology drivers and projects as described in the TVT paragraph.



11

LPD-NL00018285
LPD-NL00018267



MM

| | New to player | New to the world |
|---|---|---|
| 1994 | | 32" WS-MM (Philips)<br>17" Meres-Hibri (Philips)<br>28", 32" WSF-brighton (Toshiba) |
| 1995 | 28", 32", 36" WS-MM (Several) | 21" TVPC (Toshiba)<br>31V (Mitsubishi) - Gateway system |
| 1996 | 17" Meres (Toshiba, Samsung)<br>19V (Thomson)<br>21" Meres (Philips)<br>29" SF-brighton (Toshiba)<br>27V, 32V, 36V (Thomson) (32-38Khz) | 24" WSF-MM (Samsung)<br>32V (Toshiba)<br>36V (Thomson)<br>19V (Thomson) |
| 1997 | 32V (Philips) (DAF)<br>29" SF(Philips) (DAF)<br>27V (Philips) | 29" SF 64 kHz (Toshiba) |
| 1998 | | |
| 1999 | | |
| 2000 | | |
| 2001 | | |



# MM product plan Philips

perceived performance

premium — 29 SF →

17 PCT →

medium — 32V-1 32V-2 →

low — X ····· 21" Meres ·····→

1994   1995   1996   1997   1998   1999   2000

CONFIDENTIAL

**Multimedia**

We define multimedia as the usage of PCs as a TV and vice-versa. Multimedia is strongly driven by the fact that signals are becoming digital. The viewing distance remains the determining factor for the main use of the display, short distance for the "traditional" PC usage and intermediate distance for the television usage.

Philips display components offers multimedia tubes from both the TVT and the CMT perspective. These TVTs allow the required display of functions like internet browsing and the CMTs allow for watching animated pictures like in television broadcast.

The important key product drivers in MM-TVT are improvement of geometry and resolution. Requirements in MM-CMT are improvement of (selective) brightness/contrast.

Philips Display Components will introduce this year two MM-TVT products, the 32V for the North American market and the 29" SF for the European and Asian markets. The 32V will be substantially upgraded in 1999. In that same year we will also introduce the 17" PCT (CMT) with much improved multimedia performance.

12

CONFIDENTIAL

LPD-NL00018287
LPD-NL00018267

## Volume Sales Forecast TVT

**Comparison Review '96 / '97**



## Volume Sales Forecast CMT

**Comparison Review '96 / '97**



CONFIDENTIAL

## 5.2    Commercial strategy

In 1997 BGDC has started global account management successfully with BGTV and BU Monitors. Global account managers have been recruited for these accounts and truly global account teams are being formed. During the summer of 1997 these two account teams will go through a custom-made 'Display Business School'.

Based on the success of global account management at these accounts other global account teams will be formed in order to better serve the key and strategic accounts of BGDC and allow even higher penetration and customer loyalty.

The (cost-of-ownership) pricing strategy of the business group is aimed at discouraging further capacity increases of competitors. This is applicable for the large volume products and implies that the BG will take an aggressive approach, not only securing market share targets, but also in improving the supply/demand balance within the industry.

The graphs on the facing page show that the BGDC has a relatively high penetration level at TVT accounts, and in CMT our position is rather low. The BGDC programs for lower cost-of-ownership (through industrial improvement, product development and logistic improvements) and focused global account management are aimed at improving this position.

The volume of cross regional sales is increasing each year. In 1997 more than 10% of revenues are a result of sales from one region in another. Measurement/accountability structures are being developed to optimize this.

13

CONFIDENTIAL

## BGDC CMT Key Customers: SAM / TAM (1996)



## BGDC TVT Key Customers: SAM / TAM (1996)



LPD-NL00018290
LPD-NL00018267

### 5.3 Integration and alignment with LoB-TV and BU Monitors

The integration and alignment of strategies and actions between BG Display Components and LoB-TV/BU Monitors is focused at optimal shareholder value creations in both the short and long term.

**BGDC/LoB-TV**

The alignment between the Philips Line of Business Television and BGDC has during the past year been formulated in the following policy:

The LoB-TV and BGDC agree to consider each other as strategic partners in their relationship for the supply and purchase of television and multimedia display components. The strategic alliance aims at providing both partners a relative competitive advantage and Philips as a corporation the opportunity to optimize shareholder value.

The strategic partnership concentrates on the following elements:
- **Information**: Complete openness in market, competitive, product and cost related data.
- **Location compatibility**: In developing their future industrial plans, LoB-TV and BGDC will make sure their volume/location plans are compatible and thus optimize logistics.
- **Pricing**: A preferential pricing arrangement (sales 2.5 percent below average delivered local market prices).
- **Product**: An agreement on product policy (The product portfolio of BGDC should allow coverage of 85%¹ (volume) of the requirements of LoB-TV in the short, medium and long term).
- **Supply/demand security**: In adverse market conditions the BGDC will guarantee 85 percent of the LoB-TV global supply and vice-versa, the LoB-TV will guarantee 85 percent demand to BGDC. Either chairman can request for this alignment element to be made effective.

**BGDC-BU Monitors**

Strategic alignment between BGDC and BU Monitors has been agreed to focus on the following areas:
- BGDC will supply 50% of BU Monitors CMT requirements, which is approximately equal to 30% of the total Display Components CMT sales.
- It has been agreed to apply the level of captive sales in a flexible manner according to market conditions. The BGDC share of BU Monitors purchases can therefore range from 35 to 70% of their total requirements.
- Based upon total cost transparency of both organizations mutual cost saving projects are on progress. As with the LoB-TV alignment most promising remain the integration possibilities of logistics.
- Product and technology roadmap linking between BGDC and BU Monitors is integrated as a key business process.

¹ These numbers will be confirmed later this year

14

LPD-NL00018291
LPD-NL00018267



| subject | Issue | Owner |
|---------|-------|-------|
| Capital Use | • more effective hours<br>• flexible workforce<br>• manufacturing structure<br>• yields | IPMM<br>"<br>"<br>IMMM / MIT's |
| Processing | • yields<br>• material consumption | "<br>" |
| Labour | • directs<br>• indirects | "<br>IPMM |

## Incremental *yearly* contribution from industrial improvement programmes



| Total contribution over review period ('97-'01): | |
|---|---|
| Yield improvement: | **340 M NLG** |
| Line Speed improvement: | **310 M NLG** |

LPD-NL00018292<br>LPD-NL00018267

- BU Monitors is closely involved in the Product Creation Process, and this collaboration will be intensified in the next cycle.

BGDC alignment with BU Monitors has been optimal on most of the above issues. The BU Monitors wishes to further grow its global volume.

## 5.4   Industrial strategy

### 5.4.1 General

The industrial strategy of the BG aims at maximizing the utilization of assets (extension of operational hours, increase of uptime, improvement of yields, type flexibility and employment of a flexible workforce).
By doing so we must be able to cope with the fact that the high capital intensive CRT manufacturing is a vulnerable business in times of economic downturn.

### 5.4.2 Programming of improvement

The strategy of the BG is to use as the first step the best in class (benchmark) within the BG as a target. BG-wide agreed benchmark models are determined and are used to measure our performance and to set targets. At the same time benchmarking with competitors will be established.

In order to support the benchmark models, to define opportunities and to monitor progress we will continue to carry out Industrial Opportunity Assessments,  held already in the majority of CRT and component factories. This as well for the remaining as for the already assessed factories. Finally each IPC consequently establishes or reinforces it's own improvement program with necessary resources (central and local development) will be organized to support.

In the past few years a manufacturing improvement organization has been established, with the following deployment structure (see graph):
IPPM:        International Plant Managers Meeting
IMMM:      International Manufacturing Managers Meeting
MIT:          Manufacturing Improvement Teams
This structure will be strengthened and refocussed on the main improvement items.

## 5.5   Research and development strategy

### 5.5.1   R&D expenditure strategic orientation

The R&D expenditures are expected to stabilize at a level of 4% of sales for the coming years, below the (estimated) CRT industry average of 5-6%.

Central/local resources - competence centers:

15

CONFIDENTIAL

# R&D expenditures



# Research & Development Budget 1997



LPD-NL00018294
LPD-NL00018267

Central resources will decrease and will be more and more focused on technologies to develop new platforms (process, products and components) for CMT and TVT. Local development will increase and will focus more on type and type derivative development. Coupled to manufacturing and factory engineering those resources should also play a key role in industrial performance improvements, product and process improvements, industrial introduction of new or improved technologies. Competence centers will be introduced to support global product lines CMT and TVT.

Innovation should be maintained to support CRT businesses and for introduction of Large Flat Displays (LFD). Increase of total R&D effectiveness is scheduled to come from both the upstream and downstream PCP processes established within the organization.

### 5.5.2  Cost Down

The main challenge and focus for the R&D efforts in the coming review period remain "cost reduction". The technology plan for cost reduction currently exists of a collection of "individual programs", which are selected by an international forum (IDMM) out of a total list of more than 160 generated ideas and options for cost reduction. Program selection criteria were amongst others the expected (global) revenues and the required total (central and local) development effort.

The available list still has to be completed with a quantification of the expected benefits. Quantification is hindered by the inherent complex nature of the CRT (e.g. interlinked system choices and (existing) industrial infrastructure (including (local) suppliers and (local) customers). In addition the cement between the programs with a balanced portfolio (short/ long term, central/ local development, global/ regional, TVT-CMT efforts) needs to be established.

### 5.5.3  Brightness/Contrast

Another important customer attribute is the brightness/ contrast of our CRTs. In particular in the TVT world evidence exists that the Luminance Contrast Performance (LCP) of our tubes are lacking behind those of some of our competitors (Toshiba and Sony). The LCP is the figure of merit for the "intrinsic" quality on brightness/ contrast for a CRT. Workshops, devoted to this subject, have resulted in a dedicated R&D program on TVT LCP improvement. The program has the ambition, not only to close the "market gap", but also to reach leadership in this area in a time frame of two years. In parallel a program on LCP improvements for CMT has been established. There are doubts on the economic viability of improving the LCP value of CRTs by revolutionary concepts, in particular colour filters, as are marketed nowadays by both Toshiba (TVTs and CMTs) and Sony (TVTs). Together with LoB-TV, the financial consequences and market risks are studied. Here the general BG strategy to be a fast follower will be pursued by continuing our technical efforts on colour filters in R&D.

16

LPD-NL00018295
LPD-NL00018267

### 5.5.4  New opportunities

Despite its maturity the CRT technology can benefit from innovations like AC-cathode, electrochrome coatings, inner yoke, pure flat or shallow, foil for thin glass to enhance product attributes.

### 5.5.5  Digital signals

The impact of digital signals are expected to stimulate the emerging (interactive) applications (internet, teleshopping, banking) and the interconnection of more products (phone, CD-ROM, audio, CDV, DVD, satellite receiver) to the display. The applications are expected to drive demand to more displays per households, larger display sizes and improved picture performance. The challenge is to use the shift to digital signals to create new products and services to add value to the customers at increased profit margins. Together with LoBTV, BGDC prepares a joint response to the challenge of digital TV.

### 5.5.6  Large Flat Displays

Philips Display Components wants to play its role in the emerging market for Large Flat Displays (<40"). The estimated turnover in the year 2001 will be around 2 billion $, corresponding to up nearly 1 million panels world-wide. A strategic partnership is being sought with one or more companies, active in either Plasma Displays(PDP) or Plasma Addressed Liquid Crystal displays (PALC).  The technology choice will be made by the end of 1997. For plasma the decision is based on Philips plasma research activities and for PALC it will also depend on the results obtained from joint R&D work with Sony and Sharp.

17

LPD-NL00018296
LPD-NL00018267

**5.6 Supporting business processes**

**5.6.1 Product Creation Process**
**5.6.2 Business Planning**
**5.6.3 HRM**
**5.6.4 Quality Management**
**5.6.5 Information Technology**
**5.6.6 BG Purchasing**
**5.6.7 Strategic decision making project**

**5.6.1 Product Creation Process (PCP)**
Objectives of our PCP are to achieve product, market and financial
performance by providing superior customer value. PCP consists of two
phases:
- Upstream PCP: decision making process on which products and
  technologies to develop. Output is a Product Development Plan (PDP) and
  a Technology Plan (TP). The focus is on 'design for cost' while maintaining
  technical leadership in selected areas.
- Downstream PCP: the implementation of the PDP and TP with focus on
  efficiency improvement. Target is 50% throughput time reduction.
LoB TV and BU Monitors are involved in the process to assure alignment of
roadmaps, strategies and plans.

**5.6.2 Business Planning**
We have started the development and implementation of a performance
management process ('Planning To Win') that links Strategy Review, annual
budget and quarterly rolling forecasts. The roll out is almost completed and
implementation reviews have been started. Towards the end of 1997 new
performance indicators will be developed (next to the existing) to establish a
'balanced scorecard' with (leading) indicators that translate strategy into
targets for daily operation, tracks progress towards objectives and
consequently shows what the drivers are for value creation.

**5.6.3 HRM & Organization**
The HRM & Organization strategy is aimed at the the full utilization of our
people in order to achieve business success. Focus points in our strategy are:
Staffing of key positions, talent management, performance management,
mobility and employee motivation, organization development.
There is a clear understanding that business performance could be improved
significantly by addressing these areas.
A detailed improvement plan has been defined which will be monitored during
the Management Development Reviews and BG management team
meetings.

**5.6.4 Quality Management**
The key processes of the Quality function in BGDC are:
- To drive continuous improvement based upon internal/external
  benchmarks, and supported by PQA-90 and World Class standards, to
  achieve and maintain business excellence.

18

CONFIDENTIAL

- To support the establishment of partnership with customers and suppliers by providing appropriate systems and tools.
- To provide adequate systems and tools for product safety and reliability and process assurance, including auditing and management reviews.

### 5.6.5 Information Technology & Logistics
The focus areas for Information Technology  are:
- Improving and further extending the BG communication infrastructure with Lotus Notes, cc:Mail (Information Highway) and management information.
- Supporting the BG-wide implementation of chosen standard applications, such as TPI (Technical Product Information), SAP R/3, Cell Controller, CRIS, QAM etc.
- Development of a common architecture and support structure for IT S/W release control

In logistics focus areas will be:
- Reviewing of the current logistics 'architecture'
- Development and monitoring of logistic performance
- Dedicated improvement projects (e.g. LEP, alignment LoB TV, interregional sales)

Specific key issues adressed in the issue form are:
1. Year 2000 compliance
2. Implementation of SAP R/3

### 5.6.6 BG Purchasing
The BG strategy for purchasing is aimed at achieving (integral) cost reductions and improving supplier quality performance. Specific key issues adressed in the issue form are:
- How can we achieve material cost reduction at least at (average) CRT price erosion level ?
- How can we improve supplier quality and reduce non-quality costs ?
- How can we best use supplier capabilities in our 'lowest cost supplier' strategy ?

### 5.6.7 Strategic decision making project.
The BGDC has embarked last year on a project of implementing the methodology of the Strategic Decision Group (SDG). SDG uses a rigid method of preparation for major decisions. The BG has used SDG in developing a decision for the "tiny vision project" in the early nineties. Early this year a project team has prepared a study and decision for the Asean/India CRT project.

The major conclusions were acknowledged by a Steering team consisting of BGDC HQ, Region A/P, LoB-TV and BU Monitors MT members and it was adviced not to pursue a greenfield operation in Asean/India.

The BGDC will use the created competence on decision making in other important projects.

19

LPD-NL00018298
LPD-NL00018267

**Human Resource Management**

## DETAILED ACTIONS PER KEY ISSUE/OPPORTUNITY

| Identified issues/opportunities | Decision/Top-line actions | Detailed actions & milestones |
|---|---|---|
| • Limited no. of (detected) potentials in the BG to staff key positions in the coming years. | • Increase the number of top-potentials from 35 (1997) to 70 (by 2000) <br> • Increase the number of high-potentials from 105 (1997) to 160 (by 2000), mainly through growth outside Europe. | • Improve the detection of potentials among our current staff. <br> • External recruitment of potentials. <br> • Continuation of development programmes (e.g. development centres, leadership development programme). <br> (Kleij, 1997 and onwards) |
| • We don't use the talents of all our people in the business process to a full extent. | • Introduction of Performance Management. | • Formulate the accountabilities of the top 100 of the BG (1997); <br> • Communicate the accountabilities of the top 100 to the top 300-500 (1997); <br> • Improve the relation between performance and pay (1997 and onwards); <br> • Reduce the cycle time of objective setting and review (1998 and onwards); <br> • Define and implement coaching plans of direct reports (1998 and onwards); <br> • Employees make their own individual development plans (1998 and onwards). |
| • Low employee motivation in most units as evidenced by the EMS results. | • Improve the employee motivation of employees by taking measures (focused improvement plans) on the EMS categories. <br> Objective: favourable scores of > 65% on all categories. | • Implementation of EMS improvement plans at BT level; <br> • Monitoring and support by BG Human Resource Management. |

LPD-NL00018299
LPD-NL00018267

**Quality**

## DETAILED ACTIONS PER KEY ISSUE/OPPORTUNITY

| Identified issues/opportunities | Decision/Top-line actions | Detailed actions & milestones |
|---|---|---|
| • Non Quality cost are consistently rising to a level now of over **NLG 600 M p.a.** *(source: Q-perf.reporting).* | • <u>Policy and policy deployment</u> Yearly objective and target setting, deployment and review. (Hoshin). <br> • <u>Customer drive</u> Improve customer drive of Quality. | • Set <u>yearly improvement targets</u> for key business issues based on benchmarks. <br> • Include specific targets in bonus of all managers. <br> • Quarterly review and corrective actions. |
| • PPM line reject level not improving *(source: EIS).* <br> • Field calls, field returns and reliability deteriorating *(source: Q-perf.reporting).* | • <u>Process control</u> Improve capability of existing processes to Cpk>1.33 and assure through process control; design capable new processes (6 Sigma). QSS(QOS) score -> 45 on SPC for every IPC and PRD by end 1999. | • Manufacturing control plans by PPD (using DOE and FMEA) and IPSC's (1997). <br> • Include Q1/QOS/QS 9000 in the BG and local management (quality) system; self assessment; audits. <br> • Continue Manufacturing Improvement Program; Improve technical process understanding (Detailed actions by CTO). <br> • Drive application of SPC, OCAPS harder. <br> • Product Quality Information systems like CRIS, QAM. <br> • Implement/enhance problem solving tools: QC story and 8D (1997). <br> • Implement supplier Quality Assurance using QSS (Ford Q1). |
| | • Management process Continue implementation Philips Quality/PQA-90. Every site passed end 1998; address subsequent world class standards. | • Carry out PQA-90 plans. <br> • Train auditors in world class standards (Baldridge, QS9000, EQA) (1998). <br> • Improve the professionalism of the 'quality specialists' job profiles (1997), Selection, Training (1997). |
| • No improvement on internal perf. measures related to customer expectations. | • Customer drive Improve customer drive of Quality. | • Continue QCA. <br> • Establish customer - and supplier partnerships. (Detailed actions by BG C&S). |

CONFIDENTIAL

**BG Purchasing**

## DETAILED ACTIONS PER KEY ISSUE/OPPORTUNITY

| Identified issues/opportunities | Decision/Top-line actions | Detailed actions & milestones |
|---|---|---|
| **Tube price erosion**<br>• Price reduction on goods purchased should relate to tube price erosion. | • Achieve a material cost reduction to at least the average level of price erosion in the market place | • Define supplier base in terms of partners, preferred & commercial suppliers.<br>• Create true competition to provide leverage in the market place. This including development of new sources where necessary.<br>• Negotiate contracts on a timely and continuous basis to optimize market conditions and currency fluctuations. |
| **Supplier quality**<br>• Factory efficiencies are affected by supplier quality and thus incur costs. | • Improve supplier quality and reduce non-quality costs. | • Introduce and deploy to date developed supplier rating and supplier assessment tools (QSS).<br>• Encourage all suppliers to adopt the Quality System Survey approach to plug gaps in current ISO standard.<br>• Set targets and monitor for progress.<br>• Introduce standard PPM levels per product, per component, per supplier and IPSC. |
| **Integral cost reduction**<br>• Use suppliers capabilities to become lowest cost producer in a design for cost approach. | • Supplier development.<br>• Early supplier involvement. | • Develop component cost models.<br>• Execute supplier scans.<br>• Decisions to be made based on lowest TCO calculation.<br>• Establish supplier involvement in PCP. |



CONFIDENTIAL

**Information Technology and Logistics**

## DETAILED ACTIONS PER KEY ISSUE/OPPORTUNITY

| Identified issues/opportunities | Decision/Top-line actions | Detailed actions & milestones |
|---|---|---|
| • Investigate, tracking and repairing of all BG information systems in order to ensure year 2000 compliance | • Assess requirements for upgrading IT components and execute required corrective actions. | • Q1, 1997: complete assessment of year 2000 issue.<br>• Q2, 1997: (end of April). Contract and plan corrective actions.<br>• Q3 and further: report on quarterly basis on the status/planning of corrective actions (note: to be consolidated in PD report). |
| • Improved support of key business processes (logistics, F&A). Timely, reliable and consistent information | • Implementation of SAP R/3 information system at all BGDC organisations | • Implementation per region, starting Q3 in Chupei (A/P), Dreux (Europe) and PDC (N/A) |

CONFIDENTIAL

## 6. Global Product Line Strategies

### 6.1 Global product line CMT

#### Scope:
We are in the business of developing, manufacturing and selling colour display solutions based on CMT technology to the global display systems industry for monitor and multimedia applications. We provide products (14"/15"/17" and 19") to these customers targeting mainstream market segments, i.e. business and home market segments (not the professional segment). Our core competencies are: total quality management, lowest cost of ownership, superior logistics, global coordination, local presence, responsiveness and better innovation capacity than non-Japanese makers.

Our competitive advantages are: meeting customer requirements for short order lead time, high delivery reliability and order flexibility, productions centers close to the main markets; co-design relationship with in-house customer and design-in (application) support and after sales service.

#### Strategic Intent:
BGDC wants to become globally a leading CMT supplier (within the top-3 = market share of 15-20%) by offering a mainstream of products (14"/15"/17" and 19") at a price performance ratio in between CPT and the Japanese, and to provide an average sustainable RONA of 25% and positive CF. The cost leadership, best price/performance ratio and the best industry logistics will be the key success factors.

#### Key Issues Global CMT
The following issues will be addressed in the review period: (see also Issue sheets)
1. How can we manage the overcapacity in CMT in 1997/1998 AND grow our volume market share to 15%-20% providing 25% RONA plus positive cash flow?
2. How can we improve our speed of time to market (by a factor of 2) in line with customers requirements?
3. How can we serve our customers in North America/ASEAN/Europe/S.A. logistically best and retain 25% RONA and positive cash flow?

CONFIDENTIAL

LPD-NL00018303
LPD-NL00018267

# Global product line CMT

## DETAILED ACTIONS PER KEY ISSUE/OPPORTUNITY

### Identified issues/opportunities

- Can we manage the overcapacity in CMT in 1997/1998 AND grow our volume market share to 15%-20%, providing 25% RONA plus positive cash flow?

- Can we improve our speed of time to market (by a factor of 2) in line with customers requirements?

### Decision/Top-line actions

- Can we efficiently reduce cost by obtaining a cost position (e.g. 15") in the area of 70s USD by end of 1999? (To reduce the unit manufacturing cost to 70 USD (15") by 1999 and improve current asset utilization and improve purchasing cost (P70 project).

- Can we increase capacity to 3.6M more by the Yd90% improvement AND line speed increase project?

- Build-up CCCMT in Taiwan to improve the product development and the better communication during product creation period.

### Detailed actions & milestones

- Improve 15" Yd in Chupei and Dapon

  | | | | |
  |---|---|---|---|
  | 1995 | 50% | 1999 | 82% |
  | 1996 | 55% | 2000 | 85% |
  | 1997 | 70% | 2001 | 88.5% |
  | 1998 | 80% | | |

  then apply to 14"/17"/19" (Y.K. Lin (IPL)).

- Improve Key components purchasing price with preferable supplier approach for 5 key components (mask, screen, etc.) at price erosion 3%-4% p.a. (Jerry Lin).

- Speed up bottleneck F/C speed 130 pcs/hr. in 1998 to 150 pcs/hr. by end of 1999 (Michael Hong).

- Apply Yd90% project and line speed up in TEF and Dapon first to increase line output up to 1M pcs/line to gain 2M more capacity by 2001 (Y.T. Sung).

- Continue to build-up Hua Fei L3 and L4 by end of 1999 (Ji Tie An).

- Apply the Yd90% project and line speed up to all 4 lines in Hua Fei by 2001 to increase 0.8M pcs more capacity (Y.T. Sung).

- Implement Yd90% project (same as Dapon) to increase output (Y.T. Sung).

- Continue to build-up Lebring L3 and L4 in mid-98/mid-99 to serve locally (G. Platzer).

- Increase output by 08.M more by Yd improvement and line speed-up by 2001 (G. Platzer).

- Add/train core developers (target 50) in Taiwan by end of 1998 (Y.T. Sung).

- Train local development engineers to upgrade their design capacity by mid 1998 (Y.K. Chao).

- Get the required development tools ready before end of 1997 (Y.K. Chao).

LPD-NL00018304
LPD-NL00018267

# DETAILED ACTIONS PER KEY ISSUE/OPPORTUNITY

## Global product line CMT (continued)

| Identified Issues/opportunities | Decision/Top-line actions | Detailed actions & milestones |
|---|---|---|
| Can we improve our speed of time to market (by a factor of 2) in line with customers requirements? (Continued.) | Strengthen marketing function of the B/T A/P. | Re-organize CMT B/T Marketing group and MSOs via Key Account Management (KAM) program (Y.T. Sung/M. Baran). |
| Can we improve our speed of time to market (by a factor of 2) in line with customers requirements? (Continued.) | Ensure CMT PCP3 outcome on time. | Set clear and realistic (our development capacity) specification together with PPD to meet with the projected market demand and PCP3 priority (Alex Lee). Establish clear project control process globally on accountability, authority, and credibility (Alex Lee). |
| Can we serve our customers in North America/ASEAN/Europe/S.A. logistically best and retain 25% RONA and positive cash flow? | Build or have additional back-end capacity closer to customers in ASEAN, Mexico and UK to provide better logistics service and reduce labor cost per product. | Build-up matching capacity by farming out in ASEAN by Q3 1998 (Jerry Lin). Build-up matching capacity (own or farming out) in Mexico by end 1998 (Michael Hong). Build-up matching capacity (own or farming out) in UK by mid 1999 (G. Platzer). |
| | Implement Key Account Management to serve key customers globally. | Finalize KA managers/Account teams selection first from A/P B/T by Oct. 1997 (Y.T. Sung/M. Baran). Set-up KA training program for KA managers and KA team members by Oct. 1997 (M. Baran). Take KA managers through key training modules by Dec. 1997 (Y.T. Sung/M. Baran) Integrate Key Account Managers into A/P B/T organization by Dec. 1997 (Y.T. Sung). Implement A/P KA approach globally to other regions (M. Baran). |

CONFIDENTIAL

## BG Display Components
### Key Financials
### Total Components

**H**

| NLG Million | 1994 | 1995 | 1996 | 1997 Budget | 1997 Latest Agreed | 1998 | 1999 | 2000 | 2001 |
|---|---|---|---|---|---|---|---|---|---|
| Activities | 485 | 547 | 690 | 755 | 811 | 786 | 903 | 943 | 953 |
| IFO | 82 | 76 | 103 | 121 | 133 | 135 | 149 | 150 | 148 |
| Profitability (as % of activit.) | 16.9% | 13.9% | 14.9% | 16.0% | 16.4% | 17.2% | 16.5% | 15.9% | 15.5% |
| Operational Cashflow | 109 | 56 | 55 | 88 | 98 | 105 | 126 | 153 | 166 |
| as % of Activities | 22.5% | 10.2% | 8.0% | 11.7% | 12.1% | 13.4% | 14.0% | 16.2% | 17.4% |
| Capital Expenditure | 20 | 44 | 70 | 68 | 63 | 76 | 72 | 51 | 36 |
| as % of Activities | 4.1% | 8.0% | 10.1% | 9.0% | 7.8% | 9.7% | 8.0% | 5.4% | 3.8% |
| Investment/Depreciation | 0.7 | 1.7 | 2.3 | 1.7 | 1.5 | 1.7 | 1.3 | 0.9 | 0.6 |
| RONA | 56.2% | 45.6% | 49.6% | 47.9% | 50.8% | 45.5% | 46.6% | 45.5% | 46.4% |

CONFIDENTIAL

LPD-NL00018306
LPD-NL00018267

## 6.2 Global Display Key Components

### Scope
DKC is a largely captive subcomponent producer for the TVT and CMT operations of Philips Display Components. We are in the business of developing and manufacturing Cathodes, Glass Bases, Metal Gun Parts, DUs and Multiforms. We assemble based on these products Electron Beam Devices (guns) for CRTs. Our competitive advantage is the high load factor due to the captive nature of our business, customer closeness and integral cost of ownership.

In Cathodes we manufacture two types of product (I-cathode and O-cathode). on one location. Our strategy is to maintain a 100% share of the Philips business and further improve our low cost position.

In Glass Bases we manufacture 50 types of product on one single location (Stadskanaal), almost completely captive. In the future we will increase our sales to non-Philips customers and further lower our cost base.

Gun Parts manufacture 200 types of product (MN, NN and New Types), all located in Sittard. We supply almost 90% of BGDC requirements and our competencies are high speed and high precision manufacturing. We will maintain our high share within Philips and further reduce our cost as well as increase our sales to thirds.

Multi-forms are a 100% captive supplier of 25 types. Competitive advantage is in the manufacturing capability of complex forms (Eiffel-tower) which allows large design freedom, and our low cost base. We will stay closely tied to Philips, supply 100% of their requirements and further lower our cost.

DUs are a 100 percent supplier of Philips requirements. We manufacture about 40 types of product in various locations around the world. Our competitive advantages are in the patented 'double mussel' technology, production technology and superior process capabilities, which lead to low cost of ownership by cheaper matching and high product consistency specifically in with gun/coil combinations.

### Strategic Intent
In the identified core product areas (cathodes, glass bases, gun parts, multi-forms and DUs) Display Key Components will continue to be a largely captive (core competence) supplier to BGDC's CRT operations, focusing on their specific needs, being a low cost high quality supplier. We intend to leverage our captive advantage on sales to third parties. Our interest in non-core activities will be reduced (Flat Shadow Masks, Phosphors and Display Sub Comonents). We will return a RONA over 45% and provide substantial cash.

### Key Issues Global Display Key Components
The following issues will be addressed in the review period: (see also Issue sheets)
1.  How can gun cost of ownership stay in line with tube price erosion?

21

CONFIDENTIAL

LPD-NL00018307
LPD-NL00018267

**Global Display Key Components**

## DETAILED ACTIONS PER KEY ISSUE/OPPORTUNITY

| Identified issues/opportunities | Decision/Top-line actions | Detailed actions & milestones |
|---|---|---|
| • How can gun cost of ownership stay in line with tube price erosion? | • Re-allocate European gun assembly to a low wage environment.<br><br>• Can BG DC invest in mechanisation of the gun assembly (even in low wage countries)? | • Pre investigation for European border zone solution (van Alphen, Q3/4, 1997).<br>• Make a "gun chain" analysis based on ind. opp. ass. and Q-costs (B. Cassanhiol/ L. van Alphen Q4, 1997).<br>• Use "top gun" mechanisation proposal as a trigger for the discussion (B. Cassanhiol/ L. van Alphen Q1, 1998).<br>• Work on gun platforms (t.b.d.). |
| • How can we optimize the gun operations in the Americas (Beamstream vis-à-vis Recife)? | • Reduce the number of gun assembly operations within the BG DC. | • Redo the analysis of the "van de Kaa report" and make a proposal (L. van Alphen Q4, 1997). |
| • How can we satisfy Asia Pacific tube   operations requirements for Gun Parts by establishing low investment local operations AND capitalize on our core competencies? | • Which local produced gun components can contribute to the success of the A/P tube operations? | • First investigate the special contribution of the different gun components to the success of the BG DC tube operations (A. Peels Q4, 1997).<br>• For the real unique gun components investigate a transfer to A/P (t.b.d., timing depends on results first bullet). |

CONFIDENTIAL

## BG Display Components
### Key Financials
### Total BG (excl. Glass)

| NLG Million | 1994 * | 1995 * | 1996 * | 1997 Budget | 1997 Latest Agreed | 1998 | 1999 | 2000 | 2001 |
|---|---|---|---|---|---|---|---|---|---|
| Sales | 3,937 | 4,695 | 5,439 | 5,799 | 6,398 | 6,499 | 7,093 | 7,884 | 8,584 |
| Comparable Growth | | | | | | | | | |
| IFO | 330 | 543 | 713 | 805 | 808 | 814 | 937 | 1,071 | 1,140 |
| Profitability (as % of sales) | 8.4% | 11.6% | 13.1% | 13.9% | 12.6% | 12.5% | 13.2% | 13.6% | 13.3% |
| Operational Cashflow | 120 | 157 | 357 | 440 | 447 | 691 | 582 | 866 | 1,121 |
| as % of Sales | 3.0% | 3.3% | 6.6% | 7.6% | 7.0% | 10.6% | 8.2% | 11.0% | 13.1% |
| Capital Expenditure | 446 | 480 | 678 | 681 | 674 | 373 | 775 | 629 | 486 |
| as % of Sales | 11.3% | 10.2% | 12.5% | 11.7% | 10.5% | 5.7% | 10.9% | 8.0% | 5.7% |
| Investment/Depreciation | 2.1 | 2.4 | 2.8 | 2.2 | 2.0 | 0.9 | 1.7 | 1.2 | 0.9 |
| RONA | 21.8% | 31.5% | 33.2% | 28.1% | 29.0% | 26.1% | 28.7% | 30.2% | 31.2% |

\* NB : 1994, 1995 and 1996 not restated for Hua Fei

Note: external effects are not included in this calculation (e.g. price changes)

## BG Display Components
### Key Financials
### Total Glass

H

| NLG Million | 1994 | 1995 | 1996 | 1997 Budget | 1997 Latest Agreed | 1998 | 1999 | 2000 | 2001 |
|---|---|---|---|---|---|---|---|---|---|
| Activities | 701 | 835 | 822 | 844 | 879 | 878 | 872 | 875 | 834 |
| IFO | 7 | 28 | 25 | 65 | 62 | 66 | 63 | 79 | 40 |
| Profitability (as % of activit.) | 1.0% | 3.4% | 3.0% | 7.7% | 7.1% | 7.5% | 7.2% | 9.0% | 4.8% |
| Operational Cashflow | 4 | -11 | 21 | 80 | 73 | 105 | 101 | 97 | 96 |
| as % of Activities | 0.6% | -1.3% | 2.6% | 9.5% | 8.3% | 12.0% | 11.6% | 11.1% | 11.5% |
| Capital Expenditure | 99 | 91 | 95 | 69 | 76 | 77 | 75 | 71 | 64 |
| as % of Activities | 14.1% | 10.9% | 11.6% | 8.2% | 8.6% | 8.8% | 8.6% | 8.1% | 7.7% |
| Investment/Depreciation | 1.3 | 1.2 | 1.2 | 0.7 | 0.8 | 0.8 | 0.8 | 0.7 | 0.6 |
| RONA | 1.4% | 5.5% | 4.7% | 12.6% | 11.3% | 12.7% | 13.3% | 17.8% | 9.8% |

2. How can we optimize the gun operations in the Americas (Beamstream vis-à-vis Recife)?
3. How can we satisfy Asia Pacific tube operations requirements for Gun Parts by establishing low investment local operations AND capitalize on our core competencies?

### 6.3 Global Glass Strategy

**Scope**
We manufacture glass for TVT applications in Europe, South America and Asia Pacific. Glass is a non-core activity to the BG Display Components, it is intended to be divested and is currently regarded as a 'cash cow'. The BG wants to ensure adequate access to high quality competitively priced TVT and CMT glass. The product line Glass manufactures TVT screens in the sizes 14" to 80FS both in 4:# as well as in 16:9. Cones are produced both for TVT and CMT and in all sizes required by the BG. The product line glass strives to reduce the product diversity in terms of transmission standards. The competitive advantage of the product lines are: high load through captive demand and closeness to the customer (on the premises). Also the product line offers a high degree of portfolio flexibility.

**<u>Key Issue</u>**
The BGDC has assessed the vertical integration into TVT glass as a non-core activity. Untill divestment it will be treated as a cash cow: minimal investments (no expansion) and very tight cost control. The product line is expected to return a sustainable 10-15% RONA and considerable cash contribution.

During 1997 an attempt is made to start partnering the entire glass operation with CRT glass producer. The likelihood success of this effort is per today still difficult to asses (project "Hong Kong").

Alternative strategic options considered are:
1. Regional solutions
We have identified potential partners for the South America and Europe operations respectively. The best option for Taiwan in this scenario would be to operate it (with positive cash-flow) until 2000 when a major overhaul is expected,  and then discontinue the activity re-using equipment at the other locations where possible.
2. Management Buy-out
Although not yet studied in great detail this option could have the advantage of keeping technologies, standards etc. intact with dedicated global management. The risk however is the vulnerability in the marketplace (only one customer now).

Note: the expected effect on the BG-RONA of 'Hong Kong' is moderate: the gain in NOC will be off-set by lower IFO because of (market-) price uplifts.

22

LPD-NL00018310
LPD-NL00018267

## 6.4 LARGE FLAT DISPLAYS

Our strategy in the field of large flat and thin displays is in line with the corporate decision of 1996. We have discontinued the Zeus project and are continuing efforts to become a major player in the mainstream technologies for these displays.

To the more generic technologies, remaining from the Zeus projects, we are adding knowledge in the field of Plasma Addressed LCD (PALC) and Plasma Display Panels (PDP). While developing these technologies we are also evaluating the options for alliances with major players in these fields.
In the current situation we consider PALC technology the most appropriate technology for Philips to pursue; its picture performance is superior to PDP, our know how in this technology is strongest and a partnership on co-development on equal terms, with the other major promoters of this technology Sony and Sharp is within reach. We expect to be able to enter a technology/development agreement to that extend within the next few weeks.

Within this cooperation our main contributions will focus on:
.  Brightness improvement of the panel by enlarging the aperture of the plasma substrate. Feasibility will be demonstrated on the current Sony 25" pilot line in Atsugi, Japan.
   Timing: end 1997.
.  High resolution 25" panels with pitch 0.3 mm, using the high aperture technology.
   Timing: 1999.
.  42" HDTV using high aperture technology on the new 42" pilot line in Mizunami, following the 42" VGA version to be launched in October 1997.
.  Cost reduction by specifying LC material which requires lower driving voltages, so that low voltage column driver IC's can be used.

A team of experts will move to Japan shortly to work with their colleagues from Sony and Sharp to implement the above Philips contributions and to learn from them their contributions in technology and industrialization.

The progress of the industry on PDP is also impressive. We have committed to a Research program to increase our knowledge on this technology and are carefully following the developments in the industry. Recently major players like NEC and Mitsubishi (contrary to Fujitsu) have expressed their wish to discuss business opportunities with us. We expect that these contacts will teach us on opportunities for cooperation. It is our intention to finish the technology and alliance scan before the end of 1997 and to make the definitive choice for the route for Philips to go, at that time.

23

LPD-NL00018311
LPD-NL00018267

## Regional TVT Market Development (units)



| | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 |
|---|---|---|---|---|---|---|---|---|---|
| Asia/Pacific | 57 | 60 | 66 | 69 | 70 | 74 | 77 | 81 | 84 |
| S.-America | 5 | 7 | 7 | 10 | 10 | 12 | 12 | 13 | 14 |
| N.-America | 22 | 25 | 25 | 24 | 26 | 26 | 28 | 29 | 31 |
| Europe | 25 | 26 | 27 | 27 | 29 | 31 | 33 | 35 | 36 |

## Regional CMT Market Development (units)



| | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 |
|---|---|---|---|---|---|---|---|---|---|
| Asia/Pacific | 33.8 | 38.9 | 51.9 | 58.6 | 63.3 | 67.6 | 68.7 | 76.8 | 91.0 |
| S.-America | 0.2 | 0.6 | 0.8 | 1.0 | 1.4 | 1.8 | 2.2 | 2.7 | 3.2 |
| N.-America | 1.8 | 2.1 | 3.4 | 4.5 | 6.9 | 9.3 | 12.2 | 14.6 | 16.7 |
| Europe | 2.7 | 2.6 | 2.9 | 4.5 | 6.1 | 9.4 | 12.1 | 15.0 | 17.7 |

LPD-NL00018312
LPD-NL00018267

## 7.    REGIONAL STRATEGIES

**7.1 Asia Pacific**
**7.2 Europe**
**7.3 North America**
**7.4 South America**



24

LPD-NL00018313
LPD-NL00018267

# Competitor extension plans
## (Asia/Pacific)

| | CRT Capac. ('96) | New factories | Additional TVT lines on existing factories | Additional CMT lines on existing factories |
|---|---|---|---|---|
| **Chunghwa** | 19.6 | | China (end 1997) | 1995, 1996, 1998, 1999, 2000 (conversion TVT/CMT) |
| **Daewoo** | 11.7 | Vietnam (1995) | 1998 | 1995, 1997 |
| **LG Electronics** | 16.0 | Indonesia (1996), China (1997) | 1995, 1998, 2000 | 1995, 1997, 1999 (conversion TVT/CMT) |
| **Hitachi** | 12.4 | China (1997) | 1999 | 1995 (conversion TVT/CMT) |
| **Matsushita** | 13.2 | | 1997, 1998 | 1997, 1998 |
| **Samsung** | 26.7 | China (1997) | 1995, 1996, 1997, 2000 | 1995, 1996, 1997, 1998 |
| **Sony** | 11.7 | China (1998), India (1999) | 1995, 1996, 1997 | 1997 |
| **Toshiba** | 12.2 | Indonesia (1996) | 1998 | 1995, 1996 |

Note: Capacity is influenced by competitor converting lines to larger sizes (both TVT and CMT)

# Asia Pacific: Financial overview

| NLG Million | 1994 * | 1995 * | 1996 * | 1997 Budget | 1997 Latest Agreed | 1998 | 1999 | 2000 | 2001 |
|---|---|---|---|---|---|---|---|---|---|
| Sales | 743 | 1,216 | 1,402 | 2,010 | 2,116 | 2,194 | 2,471 | 2,899 | 3,135 |
| Comparable Growth | 30% | 84% | 13% | 28% | 6% | 13% | 13% | 17% | 8% |
| IFO | 47 | 227 | 328 | 404 | 280 | 347 | 463 | 524 | 567 |
| Profitability (as % of sales) | 6.3% | 18.7% | 23.4% | 20.1% | 13.2% | 15.8% | 18.7% | 18.1% | 18.1% |
| Operational Cashflow | -99 | 124 | 269 | 49 | -82 | 384 | 340 | 587 | 644 |
| as % of Sales | -13.3% | 10.2% | 19.2% | 2.4% | -3.9% | 17.5% | 13.8% | 20.2% | 20.5% |
| Capital Expenditure | 230 | 114 | 178 | 432 | 485 | 97 | 320 | 99 | 140 |
| as % of Sales | 31.0% | 9.4% | 12.7% | 21.5% | 22.9% | 4.4% | 13.0% | 3.4% | 4.5% |
| Investment/Depreciation | 5.0 | 1.9 | 2.5 | 4.2 | 4.2 | 0.5 | 1.7 | 0.4 | 0.6 |
| RONA | 11.5% | 46.6% | 54.8% | 35.2% | 24.2% | 27.1% | 36.6% | 40.4% | 46.2% |

* NB : 1994, 1995 and 1996 not restated for Hua Fei

CONFIDENTIAL

## 7.1   Region Asia Pacific

### Scope:

We are in the business of developing, manufacturing and selling colour display solutions based on CRT technology to the global display system industry (monitor and TV set makers). We provide CMT (14"/15"/17" and 19") and TVT products (20"/21"/25" as well as Large/Jumbo) to these customers aiming at the mainstream market segments. In TVT we focus strongly on our internal customer LoB-TV and the emerging market of China. In TVT we do not target small/medium segments outside of China.

Our core competencies are: total quality management, flexible manufacturing systems, transparent logistics, global coordination, local presence, responsiveness and better innovation capacity against non-Japanese makers. Our competitive advantages are: meeting customer requirements for short order lead time, high delivery reliability and order flexibility, productions centers close to the main markets in Asia Pacific region; co-design relationship with in-house customer and design-in (application) support and after sales service.

### Strategic Intent:

BGDC wants to become a leading CMT supplier in Asia Pacific (within the top-3 which means a market share of 15%) in line with the global CMT strategy by offering a mainstream of products (14"/15"/17" and 19") at a price performance ratio in between CPT and the Japanese, and to provide an average sustainable RONA of 25% and positive CF.

We want to build-up a substantial TVT market position, being at least 10-15% in L/J market segments and a 15% market share in China.

### Key Issues Asia Pacific

The following issues will be addressed in the review period: (see also Issue sheets)

1.  How can we offer an adequate product portfolio to fulfill the TVT marketshare ambition AND meet the financial targets ?
2.  How can we build up a TVT and CMT marketshare in China AND meet our RONA targets even if the market is non-protected ?
3.  How can we recruit and retain adequate qualified personnel to achieve our strategic target ?

CONFIDENTIAL

25

LPD-NL00018315
LPD-NL00018267

## TVT regional market shares development
*(Asia/Pacific; units)*



## CMT regional market shares development
*(Asia/Pacific; units)*



CONFIDENTIAL

**Region Asia Pacific**

## DETAILED ACTIONS PER KEY ISSUE/OPPORTUNITY

| Identified issues/opportunities | Decision/Top-line actions | Detailed actions & milestones |
|---|---|---|
| • How can we offer adequate product portfolio to fulfill the TVT market share target AND meet the financial targets? | • Implement 3 new product (27V, 25FS, 21" cost reduction). Introduction in Hua Fei according to PCP3 priority. <br><br> • Build-up Hua Fei local development capability. | • Prepare conversation set for 27"V for transfer release in Jan. 1-99 (G. Lock). <br> • Prepare 2 products transfer release (TR) in Hua Fei after DR from PPD; #25"FS (BM) in Q3 1997 (local doming free) (G. Lock). #27"V (=29"FS) beginning of 1999 (G. Lock). <br> • Set up Hua Fei local development department by mid 1997 (Ji Tie An). <br> • Make a plan to realize the development capability building by 2001, plan ready by Sept. 1997 (Ji Tie An). |
| • How can we build-up a TVT and CMT market share in China AND meet our RONA targets even if the market is non-protected? | • Bring Hua Fei/TVT operation to 25% sustainable RONA by improving assets management by end of 1998 <br><br> • Can we efficiently reduce CMT cost by obtaining a cost position (e.g. 15") in the area of 70s USD by end of 1999? (To reduce the unit manufacturing cost to 70 USD (15") by 1999 and improve current asset utilization and improve purchasing cost (P70 project). <br><br> • Can we increase CMT capacity to 2.8M more by the Yd90% improvement AND line speed increase project to serve China and other A/P markets? | • Execute material/spare parts localization (glass ≥70%; mask ≥ 70%; DU ≥ 65%, etc. in average) by end of 1998 (G.J. Wang). <br> • Implement A/R discounting policy by mid 1997 (James Lee). <br> • Improve 15" Yd in Chupei and Dapon <br>   1995  50%      1999  82% <br>   1996  55%      2000  85% <br>   1997  70%      2001  88.5% <br>   1998  80% <br> then apply to 14"/17"/19" (Y.K. Lin (IPL)). <br> • Improve key components purchasing price with preferable supplier approach for 5 key components (mask, screen, etc.) at price erosion 3%-4% p.a. (Jerry Lin). <br> • Speed up bottleneck F/C speed 130 pcs/hr. in 1998 to 150 pcs/hr. by end of 1999 (Michael Hong). <br> • Apply Yd90% project and line speed up in TEF and Dapon first to increase line output up to 1M pcs/line to gain 2M more capacity by 2001 (Y.T. Sung). |

CONFIDENTIAL

LPD-NL00018317
LPD-NL00018267

**Region Asia Pacific (continued)**

## DETAILED ACTIONS PER KEY ISSUE/OPPORTUNITY

| Identified issues/opportunities | Decision/Top-line actions | Detailed actions & milestones |
|---|---|---|
| • How can we build-up a TVT and CMT market share in China AND meet our RONA targets even if the market is non-protected? (Continued.) | • Can we increase CMT capacity to 2.8M more by the Yd90% improvement AND line speed increase project to serve China and other A/P market? (Continued.) <br><br> • Build-up CCCMT in Taiwan to improve the product development and the better communication during product creation period to support China Market. | • Continue to build-up Hua Fei L3 and L4 by end of 1999 (Ji Tie An). <br> • Apply the Yd90% project and line speed up to all 4 lines in Hua Fei by 2001 to increase 0.8M pcs more capacity (Y.T. Sung). <br> • Add/train core developers (target 50) in Taiwan by end of 1998 (Y.T. Sung). <br> • Train local development engineers to upgrade their design capacity by mid 1998 (Y.K. Chao). <br> • Get the required development tools ready before end of 1997 (Y.K. Chao). |
| • How can we recruit and retain adequate qualified personnel to achieve our strategic target? | • Enhance/establish good human resources pools for: 1) business management; 2) engineers; and 3) operators level to strengthen adequate qualified personnel. | • Operator level: <br> ⇒ Keep foreign labor until Glass B/T close down in 2001 (T.C. Chiang). <br> ⇒ Farming-in non-core operation to reduce the number of operators. Make a plan to pilot from Jan. 1998, plan ready by July 1997 (D. Lu/W.F. Lee). <br> • Engineers level: <br> ⇒ Build-up engineers pool to reduce the influence of fluctuation (T.C. Chiang). <br> ⇒ Investigate job rotation possibility between Dapon/TEF and Hua Fei target to start from mid 1998. Make a plan ready by Oct. 1997 (T.C. Chiang). <br> • Business management level: <br> ⇒ Selection of successors based on solid potential appraisal and business accountability profile. Make a plan ready for implementation by Oct. 1997 (Y.T. Sung). |

CONFIDENTIAL

# Competitor extension plans
## *(Europe)*

|  | CRT Capac. ('96) | New factories | Additional TVT lines on existing factories | Additional CMT lines on existing factories |
|---|---|---|---|---|
| Chunghwa |  | UK (1997) |  |  |
| Daewoo | 0.7 | France (1995) | 1998 | 1999, 2000, 2001 |
| LG Electronics |  | UK (end 1997) |  |  |
| Matsushita | 0.9 |  | 1998 |  |
| Samsung | 2.5 | UK or Hungary? (1998) | 1997 | 1998 |
| Sony | 2.4 |  | 1997 |  |
| Thomson | 7.0 |  | 2000 |  |



# Europe: Financial overview

| NLG Million | 1994 | 1995 | 1996 | 1997 Budget | 1997 Latest Agreed | 1998 | 1999 | 2000 | 2001 |
|---|---|---|---|---|---|---|---|---|---|
| Sales | 1,903 | 2,121 | 2,287 | 2,271 | 2,492 | 2,507 | 2,701 | 2,975 | 3,062 |
| Comparable Growth | 6% | 15% | 6% | 1% | 4% | 2% | 8% | 10% | 3% |
| IFO | 108 | 189 | 226 | 263 | 258 | 215 | 225 | 267 | 229 |
| Profitability (as % of sales) | 5.7% | 8.9% | 9.9% | 11.6% | 10.4% | 8.6% | 8.3% | 9.0% | 7.5% |
| Operational Cashflow | 60 | 71 | 137 | 280 | 241 | 182 | 212 | 297 | 230 |
| as % of Sales | 3.2% | 3.3% | 6.0% | 12.3% | 9.7% | 7.3% | 7.8% | 10.0% | 7.5% |
| Capital Expenditure | 172 | 185 | 234 | 123 | 110 | 194 | 198 | 146 | 179 |
| as % of Sales | 9.0% | 8.7% | 10.2% | 5.4% | 4.4% | 7.7% | 7.3% | 4.9% | 5.8% |
| Investment/Depreciation | 1.1 | 1.4 | 1.7 | 0.8 | 0.7 | 1.1 | 1.1 | 0.7 | 0.9 |
| RONA | 12.1% | 19.6% | 21.0% | 23.1% | 22.5% | 18.4% | 18.9% | 22.5% | 19.6% |

LPD-NL00018319
LPD-NL00018267

## 7.2    Region Europe

### Scope
We are in the TVT and CMT business. We offer a broad range of products (14"-32V both in 4:3 and 16:9) for mainstream applications. Our competitive edge is in logistics, on-par quality, customer responsiveness, product consistency and reliability. Our product performance is equal to the Japanese but better than the Koreans. We offer the lowest cost of ownership. We are fast following the Japanese product developments and ahead of CPT and the Koreans.

### Strategic Intent
We will remain the preferred supplier at selected key/strategic accounts. We will maintain our European market share in TVT, in CMT we will accomplish at least a 15/20% market share. Our RONA will be a sustainable 25% and we provide Cash Flow to the corporation.

### Key Issues Europe
The following issues will be addressed in the review period: (see also Issue sheets)
1.  How to maintain (TVT) and grow (CMT) market share through continuous high penetration at successful players ?
2.  How to restructure industrial operations to match price erosion and achieve a sustainable RONA >= 25% ?
3.  Materials: How to develop cost reduction strategy ?
4.  How to maintain price premium >= 3% ?
5.  How to develop, retain and exploit the (potential) performance of people in industrial and commercial operations ?
6.  How can we secure our long term strategic objectives in Russia while minimizing costs in the short term ?

### ad issue 6: Velt, 'retaining the strategic value'
The Velt acquisition in 1995 provided BGDC with an opportunity of an early market entry into the only substantive growth area in Europe. However, the collapse of the setmaking industry and the difficult fiscal and duty environment made immediate realisation of the original objectives impossible without substantial concessions from City, Oblast & Federal authorities.

Nevertheless the market potential remains as does the potential to exploit a low cost component source for our total European activity. Failure to exploit this potential will provide Samsung in particular and possibly Daewoo with an opportunity to challenge our currently strong European market position through this segment. Samsung (SDD) have already made clear their intention to start a Russian JV near Moscow before the end of 1997 to support their 4 M TV set sales position.

The market for TV set sales has already recovered to around the 6 M level & could rise to the previous high of 9 M by the year 2000. Positive moves to encourage local production are being put in place and the door is being

26

CONFIDENTIAL

progressively closed to grey imports. In addition there are proposals at the Russian Duma to change the current tax structure to a more investment friendly model based on profit rather than turnover.

To retain our position while these positive changes are realised it is our intention to maintain the assets at a servicable level while minimising the labour force and other cash outgoings. It is anticipated that this will require $ 0-5 M per annum (dependent upon the outcome of the entrepreneurial solution as described below) until we decide to restart the operation.

In the meantime we will continue to explore the potential for a low cost entrepreneurial solution, probably involving component supply, on a step by step basis in addition to seeking beneficial partnership with the local authorities.

We believe that this strategy will ultimately allow the realisation of the original project objectives & shareholder value by maintaining market share & providing future revenue streams in a growth market.



27

LPD-NL00018321
LPD-NL00018267

## TVT regional market shares development
*(Europe; units)*



## CMT regional market shares development
*(Europe; units)*



LPD-NL00018322
LPD-NL00018267

**Region Europe**

## DETAILED ACTIONS PER KEY ISSUE/OPPORTUNITY

| Identified issues/opportunities | Decision/Top-line actions | Detailed actions & milestones |
|---|---|---|
| **Market:**<br>• How to maintain (TVT) and grow (CMT) market share through continuous high penetration at successful players.<br>• How to exploit the potential of WS/MM. | • Develop mutually agreed account plans for internal and key 3rd customers (roadmap linking, resource allocation contingencies, take off of MM etc.)<br>• Identify influencing factors and develop penetration plan. | • Develop and agree key account plans with top 12 TVT (80% of vol.) and top 6 CMT customers by end Q4 1997 (S. Longley).<br>• Key influentials identified and weighted Q4 1997 (P. Sijtsema).<br>• Align WS penetration plan with key partners including product portfolio, pricing strategy & market share targets.<br>• Follow up IFA demonstration of MM products by selecting key PC combinations. |
| **Industrial infrastructure:**<br>• How to restructure operations to match price erosion and achieve a sustainable RONA ≥ 25%. | • Reduce costs and increase value by limiting front end variability and optimize capacity utilization and create leverage by increasing "system" [1] sales and fast implementation of CMT plans. | • Define and optimize portfolio by Q1 1998.<br>• Reduce integral cost by 20% in 1998 (J. Smith).<br>• Reallocate product as appropriate (optimal) (F. Wouters).<br>• Close 25% of gap to benchmark by Q1 1998 (G. Simpson).<br>• All plants to operate at ≥ 8000 hours with target 5-7 days flexibility without additional wage costs (includes change in stock policy).<br>• Implement step by step plan for Velt in line with BAH recommendations.<br>• Implement CMT cap. extensions in line with Millennium proposals.<br>• Implement industrial restructuring in line with Millennium proposals (P. Brown).<br>• Implement unit cost targets per key product identified by milestones in 97/98/99/2000 (25% reduction per product with at least 25% of gap closed by end 1998) (Business Teams). |

_____

[1] "System refers to display system versus tube.

LPD-NL00018323<br>LPD-NL00018267

**Region Europe (continued)**

## DETAILED ACTIONS PER KEY ISSUE/OPPORTUNITY

| Identified issues/opportunities | Decision/Top-line actions | Detailed actions & milestones |
|---|---|---|
| **Materials:**<br>• How to develop reduction strategy. | • Implement 30% 2nd sourcing and co-makership on every key component. | • Select suppliers and have account plans agreed by Q1 1998 (P. Brown).<br>• Agree on forward pricing (F. Wouters).<br>• Achieve OCOO targets per unit for 1997/1998 as agreed principles with suppliers by Q1 1998 (F. Wouters). |
| **Price premium:**<br>• How to maintain price premium ≥ 3%. | • Improve service level and decrease performance gaps and improve image. | • Implement logistic improvements (LEP, Quickscan etc.) as translated to customer level by Q4 1997 (L. Mink).<br>• Update PCP in line with strategy by Q3 1997 (P. Sijtsema).<br>• Reduce ppm's by 30% per annum while assuring that max. reject level does not exceed 125% of targeted average (P. Brown).<br>• Implement HV recovery plan including products service, current production & new product planning (P. Brown). |
| **People:**<br>• How to develop, retain and exploit the potential performance of people in industrial and commercial operations. | • Establish well managed European wide development and recruitment programs. | • Have plan ready and implementation started Q3 1997 (J. Smith).<br>• Identify 2 potential successors for all key positions (J. Smith). |
| **Russia:**<br>How can we secure our long term strategic objectives in Russia while minimizing costs in the short term ? | • Create a small, self-financing entrepreneurial operation on the premises and 'mothball' remaining activities<br>• Prepare for quick start-up when required | • Define step-by-step approach for entrepreneurial scenario ('97)<br>• Define & execute new rationale for concessions ('97-'98)<br>• Identify management partner with ability to operate under local conditions and hire local business manager<br>• Agree on integrated policy for Russia/CIS with LoB TV (ref. Samsung) (all actions: Smith) |

CONFIDENTIAL

LPD-NL00018324
LPD-NL00018267

# Competitor extension plans
## (North-America)

| | CRT Capac. ('96) | New factories | Additional TVT lines on existing factories | Additional CMT lines on existing factories |
|---|---|---|---|---|
| Daewoo | | Mexico (1997) | | 1997 (end) |
| Zenith (LG) | 3.8 | | | 1997 |
| Hitachi | 0.9 | | 1997 | |
| Matsushita | 2.3 | | 1996 | 1998 |
| Samsung | 2.8 | Mexico (1996) | | 1998 |
| Sony | 3.5 | | 1996 | 1995 |
| Thomson | 6.4 | | | |
| Toshiba | 1.9 | | | (conversion TVT/CMT) |



# North America Financial overview

| NLG Million | 1994 | 1995 | 1996 | 1997 Budget | 1997 Latest Agreed | 1998 | 1999 | 2000 | 2001 |
|---|---|---|---|---|---|---|---|---|---|
| Sales | 749 | 721 | 828 | 835 | 1,032 | 1,178 | 1,289 | 1,396 | 1,545 |
| Comparable Growth | 9% | 8% | 10% | 5% | 13% | 24% | 9% | 8% | 11% |
| IFO | 18 | 16 | 5 | 20 | 36 | 95 | 122 | 112 | 140 |
| Profitability (as % of sales) | 2.4% | 2.2% | 0.6% | 2.4% | 3.5% | 8.1% | 9.5% | 8.0% | 9.1% |
| Operational Cashflow | 4 | -25 | -160 | 28 | 57 | 72 | 56 | -147 | 159 |
| as % of Sales | 0.5% | -3.5% | -19.3% | 3.4% | 5.5% | 6.1% | 4.3% | -10.5% | 10.3% |
| Capital Expenditure | 39 | 38 | 192 | 33 | 38 | 51 | 97 | 304 | 17 |
| as % of Sales | 5.2% | 5.3% | 23.2% | 4.0% | 3.7% | 4.3% | 7.5% | 21.8% | 1.1% |
| Investment/Depreciation | 1.6 | 1.5 | 7.1 | 0.8 | 0.8 | 1.1 | 2.0 | 5.4 | 0.3 |
| RONA | 8.0% | 7.1% | 1.5% | 5.4% | 8.2% | 21.6% | 26.2% | 17.8% | 18.7% |

LPD-NL00018325
LPD-NL00018267

## 7.3   Region North America

### Scope

We will be a full range (13V-32V) mainstream 4:3 and 16:9 TVT supplier. We will also have digital version of the above available. We will sell a full range of mainstream CMTs (14"/15"/17" and 19"). We will not manufacture glass. We will manufacture and sell DUs for captive and non-captive sales. Competitive advantages pursued are the product quality (few line rejects and reliability) as well as customer service (on-time reliability and responsiveness in problem solving). We have the broadest product range in mainstream products in the region.

### Strategic Intent

We will maintain our TVT market share in the Large/Jumbo segments. We will accomplish a 10-15% market share in CMT towards the end of the review period. We will return a sustainable 20% RONA and provide a Cash Flow contribution to the corporation.

### Key Issues North America

The following issues will be addressed in the review period: (see also Issue sheets)
1.   How to achieve 25% RONA targets while serving PCEC adequately ?
2.  How can operational performance in the large TVT factory be improved to yield 25% RONA ?
3.  How to increase large TVT product export sales in the short term while transitioning to a factory fully loaded by local demand in the future ?
4.  How can jumbo factory performance be optimized given PCECs reduced volume requirements vs previous strategic plans ?
5.  How can we benefit from the shift to digital signal transmission ?
6.  How can a marketshare of 15% in CMT be achieved while meeting financial hurdle rates ?

28

LPD-NL00018326
LPD-NL00018267

## TVT regional market shares development
### *(North-America; units)*



## CMT regional market shares development
### *(North-America; units)*



CONFIDENTIAL

**Region North America**

## DETAILED ACTIONS PER KEY ISSUE/OPPORTUNITY

| Identified issues/opportunities | Decision/Top-line actions | Detailed actions & milestones |
|---|---|---|
| • How to achieve 25% RONA targets while serving PCEC adequately ? | • Increase transfer price to PCEC.<br>• Decrease dependence on PCEC. | • Return discount vs market to BGDC worldwide rate of 2.5% vs current 8.5%. (A. Kegge)<br>• Develop new customers for digital products which PCEC is not addressing (E. Egert). |
| • How can operational performance in the large TVT factory be improved to yield 25% RONA ? | • Improve factory efficiency. | • Improve line configuration/flow, improve direct yield to 80%, reduce material waste by 25%.<br>• Improve product mix by eliminating 19V.<br>• Leverage assets by moving to 6 day production schedule. (K. Koch) |
| • How to increase large TVT product export sales in the short term while transitioning to a factory fully loaded by local demand in the future? | • Support Region AP with 27V product - 100% support until Hua Fei capacity is installed, supplement Hua Fei thereafter.<br>• Support Region SA with 25V and 27V product until local capacity is installed. | • Develop & Implement Sales Plan with Region AP (E. Egert).<br>• Develop & implement sales plan with Region SA (E. Egert). |
| • How can jumbo factory performance be optimized given PCEC's reduced volume requirements vs previous strategic plans? | • Increase sales to 3rd party customers in NA.<br>• Increase exports to other Regions. | • Develop Thomson and/or Zenith as a major 3rd party customer (E. Egert).<br>• In concert with global BGDC jumbo supply plan, develop structural jumbo sales in Regions AP and SA (E. Egert). |
| • How can PDC NA benefit fro the shift to digital signal transmission? | • Introduce new products targeted to serve digital applications.<br>• Develop new customers who will use these products (PCEC has no plans). | • Introduce a 27V "multimedia" product in 1997.<br>• Introduce a 32V "multimedia" product in early 1998.<br>• Introduce a 16x9 product in 1999/2000 (T. Branton).<br>• Develop new customers with focus on new entrants such as monitor and PC manufacturers (E. Egert). |
| • How can a market share of 15% in CMT be achieved while meeting financial hurdle rates? | • Build a CMT factory in North America to serve local demand with local production. | • Implement a 3 phase plan:<br>* local matching of tubes from Taiwan<br>* full CMT factory with 2 lines<br>* additional 2 lines in factory (J. Webster) |



CONFIDENTIAL

# Competitor extension plans
## (South-America)

| | CRT Capac. ('96) | New factories | Additional TVT lines on existing factories | Additional CMT lines on existing factories |
|---|---|---|---|---|
| LG Electronics Samsung | | Brasil (1998) Brasil (1998) | | |



# South America: Financial overview

| NLG Million | 1994 | 1995 | 1996 | 1997 Budget | 1997 Latest Agreed | 1998 | 1999 | 2000 | 2001 |
|---|---|---|---|---|---|---|---|---|---|
| Sales | 452 | 545 | 765 | 756 | 851 | 724 | 835 | 927 | 938 |
| Comparable Growth | 27% | 36% | 34% | 1% | 1% | -7% | 15% | 11% | 1% |
| IFO | 72 | 31 | 88 | 111 | 125 | 119 | 114 | 139 | 139 |
| Profitability (as % of sales) | 15.9% | 5.7% | 11.5% | 14.7% | 14.7% | 16.4% | 13.7% | 15.0% | 14.8% |
| Operational Cashflow | 41 | -107 | 41 | 95 | 94 | 66 | 9 | 179 | 126 |
| as % of Sales | 9.1% | -19.6% | 5.4% | 12.6% | 11.0% | 9.1% | 1.1% | 19.3% | 13.4% |
| Capital Expenditure | 91 | 148 | 100 | 65 | 71 | 122 | 174 | 33 | 103 |
| as % of Sales | 20.1% | 27.2% | 13.1% | 8.6% | 8.3% | 16.9% | 20.8% | 3.6% | 11.0% |
| Investment/Depreciation | 3.6 | 5.7 | 2.4 | 1.1 | 1.1 | 1.9 | 2.4 | 0.4 | 1.2 |
| RONA | 31.5% | 10.6% | 22.6% | 26.4% | 27.3% | 23.8% | 20.4% | 23.6% | 24.2% |

LPD-NL00018329
LPD-NL00018267

### 7.4    Region South America

#### Scope
We provide mainstream TVT (14"/20"/21" and 29") and CMT (14"/15" and 17"). Our competitive advantage is the lower cost position (target costprices: 14"=$40 and 20"=$60) and an established market position in TVT. We have proven in the market to our TVT customers that Philips is a reliable competitor/supplier. We also have a reliable internal customer in TVT and CMT and the broadest product lines. We manufacture glass and DUs.

#### Strategic Intent
We want to maintain a 60% TVT market share and obtain a 15/20% CMT market share towards the end of the review period. We will return a 25% RONA and provide Cash Flow to the corporation. We intend to supply DUs and glass to LGE and Samsung.

#### Key Issues South America
The following issues will be addressed in the review period: (see also Issue sheets)
1. How to maintain a leading position in TVT with 60% m.s. in view of entrance LGE and SDD with local manufacturing operations ?
2. How to exploit the fast growth in the large screen segment (29"/27V) and meet our financial targets ?
3. How to build up a marketshare of 20% in the CMT Brazilian market taking into account the entrance of LGE as local manufacturer ?
4. How to exploit the available capacity in cones ?

29

CONFIDENTIAL
LPD-NL00018330
LPD-NL00018267

## TVT regional market shares development
*(South-America; units)*



## CMT regional market shares development
*(South-America; units)*



CONFIDENTIAL

**Region South America**

## DETAILED ACTIONS PER KEY ISSUE/OPPORTUNITY

| Identified issues/opportunities | Decision/Top-line actions | Detailed actions & milestones |
|---|---|---|
| • How to maintain a leading position in TVT with 60% of market share in South America Region, even considering the entrance of Samsung, probably LG with local manufacturing facilities? | • Balance local manufacturing installed capacity, considering Philips and Samsung versus regional market demand (Brazil and Argentine) on small and medium segments (14", 20", 21"), avoiding overcapacity that should cause a price war.<br><br>• Adequate product portfolio that attends market needs on small/medium and large screen. Monitor market mix trends and technical requirements.<br>• Provide customer with differentiated services or conditions that will give a superior competitive advantage or at least similar that is offered by competitors:<br>  - Just in time delivery is mandatory to compete.<br>  - Minimize or take advantage on transport cost.<br><br>• Implement a Cost Reduction Plan, to meet the total cost targets:<br>  - 14" = US$ 40<br>  - 20" = US$ 60<br>  - at the end of 1998. | • Maintain SJC manufacturing capacity on 6,7 M. level asset utilization level 98% (Mr. Cantarell (Production)).<br>• Reduce sub contracted capacity.<br>• Phase out RCT contract in progress.<br>• Increase manufacturing flexibility to produce 14"/20" as market demands (Mr. Djalma (Bus. Mgr.)).<br>• Assess real market demand on product spec. and mix (Black Matrix) (Mr. Corsino (Prod. Mkt.)).<br><br>• Optimize logistic operation per Q1 1998.<br>  - Implement bounded warehouse in Manaus allowing to obtain just in time delivery.<br>  - Develop alternatives of transport of tubes S.Paulo/Manaus (Mr. Pares (Logistics)).<br>• Project Mao/Mao. Manufacturing location: SJC and Manaus.<br>  - Assess reallocation of matching operation and DU to Manaus to get advantage on operation cost and logistic performance (Mr. Magalhaes).<br>• Detailed action plan being implemented.<br>  - Planning, deployment, monitoring and reviewing through Hoshin methodology in line with ABM approach. |

CONFIDENTIAL

**Region South America (continued)**

## DETAILED ACTIONS PER KEY ISSUE/OPPORTUNITY

| Identified issues/opportunities | Decision/Top-line actions | Detailed actions & milestones |
|---|---|---|
| • How to maintain a leading position in TVT with 60% of market share in South America Region, even considering the entrance of Samsung, probably LG with local manufacturing facilities? (Continued.) | • Implement a Cost Reduction Plan, to meet the total cost targets:<br>  - 14" = US$ 40<br>  - 20" = US$ 60<br>  - at the end of 1998.<br>(Continued.) | • - Summary of main actions: BoM - Competence teams - on progress; OCOO - Competence teams - on progress; ABM-Activity Based Management - approach to eliminate or at least minimize Non Value Added activities. Teams-on progress.<br>  - Time: monthly follow-up on results (Messrs. Djalma (CPT); Duaik (DU); Gonzalez (Glass)). |
| • How to exploit the fast growth in large screen segment (29"/27V) and meet our financial target? | • Speed up the introduction of local manufacturing capacity.<br>- Optimize BG asset utilization. | • Install local manufacturing capacity on large screen making use of 2nd. hand/idle equipment available within BG:<br>  - Phase I - Back end - start up = 1998 - capacity = 500K.<br>  - Phase II - Expansion Back end - year 2000 - capacity = 1.000K - Install front end year 2001.<br>• Invest in Glass Plant (Suzano) adapting the equipment's to produce cones 29" - Jan. 1998 (Mr. Gonzalez). |
| • How to build-up a market share of 20% in CMT Brazilian market taking into account the entrance of LG as a local manufacturer? | • Increase market share from 12% to 20% in 1999.<br>• Implement back end operation in SJC. | • Sale of CMT's supplied by other regions:<br>  - Indent sale is already done, alternative should be resale by installing a bounded warehouse.<br>  - Alignment with Global CMT supply strategy. Time: Dec. 1997 (Mr. Corsino (Prod. Mkt.).<br>• Develop a feasibility study to implement local back end operation. E.G.: coating & matching & yoke.<br>  - Time: t.b.d. (Mr. Djalma (Bus. Mgr.). |
| • How to exploit available capacity in cones? | • Develop a customer base to sell the excess of cone capacity. | • Prospect potential internal BG or external customers.<br>• To keep prices aligned with international market (Mr. Gonzalez). |



CONFIDENTIAL

## Industrial improvement plan: Asset Efficiency ('94,'97,01)

Asset Efficiency is an indicator which reflects yield performance and occupation rate:
two of the key value drivers for Display Components



LPD-NL00018334
LPD-NL00018267

## 8.0   VALUE DRIVERS

BGDC will develop a first value driver model before the budget review later this year. A first assessment of the main parameters, having the biggest impact on shareholder value, was conducted and has resulted in the following list:

**Most important value drivers in BGDC:**
- Volume - (Market growth and Market share).
- Asset Utilization (Direct Yield, Line speed flexibility for type and volume).
- Price - (Supply-Demand Balance; Currency ratio's (JPY-US$-NLG); Product Portfolio/Innovation speed; Quality).
- Customer satisfaction - Logistics
- Material Consumption (Total Yield).
- Salaries & Wages per Tube.
- Material and organizational cost.



30

CONFIDENTIAL

# Capex categories (1997-2001)



LPD-NL00018336
LPD-NL00018267

# **EXHIBIT 22**

**Wiebo Vaartjes/HKG/LGPD**

09/26/2005 12:19 PM

 LG.PHILIPS Displays

To  ad.huijser@philips.com, yskwon@lge.com, ybnah@lge.com, herman.olde.bolhaar@philips.com, martin.mchugh@philips.com, haviskwon@lge.com

cc  Ji Son/GUM/LGPD@JADE, Paul Verhagen/HKG/LGPD@JADE, DS Moon/HKG/LGPD@JADE, Reinoud

bcc

Subject  competitive analyses

Dear all,

Attached you find  a summary of a competitive analyses of LPD . (follow up of action list SVB)

Please do not hesititate if you have any questions or require more details.



050922 Competitive Analysis SVB.ppt

kind regards,

Wiebo Vaartjes
Chief Sales Officer
LG Philips Displays International Ltd.
59F The Center, 99 Queen's Road Central, Hong Kong
Tel: +852 3150 6011  / Mobile : +852 6011 8633
Fax: +852 3150 6120
E-mail: wiebo.vaartjes@lgphilips-displays.com

CONFIDENTIAL



# CPT makers – competitive analysis

**LG.PHILIPS** Displays

**Corporate Strategy**
**September 2005**

*Global No. 1 Company*



CONFIDENTIAL

LPD-NL00140680
LPD-NL00140679

# Content

Slide 2

- **CPT Capacity vs. Demand**

- **Position of Top Five Players in CPT**

- **Importance of Labor Productivity**

- **Benchmarking LPD Sites**

- **Labor Productivity - Cost Benchmarks by Region**

  - **Asia incl. China**

  - **Europe**

  - **Americas**

- **Conclusions**

*Look at the future*



CONFIDENTIAL

LPD-NL00140681
LPD-NL00140679

# CPT Capacity vs. Demand

Slide 3

## Current CPT overcapacity in all markets

- Still capacity investments in Asia
- Exits currently cannot offset productivity growth

## CPT Industry consolidation

*Timing, sequence depending on market circumstances*

### EUROPE :

- Concentration in Eastern Europe
- Shakeout expected in the West
- Very high price pressure

### ASIA incl. CHINA :

- CPT capacity in Asia still growing
- Demand maturing and entering decline (growth in e.g. India cannot offset decline in main markets)

### AMERICAS

- We assume that CPT manufacturing will only survive in Mexico– all US sites to be closed soon;
- LPD and SDI are the only players in the South American market (apart from imports);



*Global CPT overcapacity*

C: Capacity   D: Demand

### Assumptions (most likely exits)

| 2006 | | 2007 | |
|---|---|---|---|
| SONY | UK, US | MTPD | US |
| SDI | Germany | Ekranas | Lithuania |
| MTPD | Germany | Orion | Korea |
| Tesla | Slowakia | | |
| Thoms/VC | Italy | | |
| LPD | Dreux | | |

*Look at the future*

**LG.PHILIPS** Displays

CONFIDENTIAL

# Position of Top Five Players in CPT

Slide 4

- 150M capacity by top 5 players
- Irico operates from one site in China only; all others operate from various sites and face ongoing capacity restructuring issues
- Irico is strongly upstream vertically integrated; Videocon is strongly vertically integrated, up- & downstream

- All top players face strong ASP declines due to price erosion and change in market mix
- In the current CRT market environment, one might say 'the higher the ASP, the more vulnerable the portfolio of a CRT maker'





Look at the future

LG.PHILIPS Displays

CONFIDENTIAL

# Importance of Labor Productivity

Slide 5

- **Considering CRT industry situation and structure**
  - largely consolidated BoM supply base
  - industry focusing on cash cost
  - similar OCOO structures typical to a process industry,

    **this analysis is focused on industrial cost curves based on labor costs per product**

- **Key variables by competitor / site**
  - Factor Costs (salary and wages) by region, location
  - Net Productivity (labor $/product) by site

- **Sources – LPD internal information base**

  Competitors' parameters have been estimated based on information regarding location, organization, headcount and output by line/site at comparable 90% loading assumption;

- **Other key factors**

  such as the influence of different levels of up- or downstream vertical integration (e.g. Irico, Videocon, SDI, SONY), different overhead cost structures and specifics to product portfolio (e.g. SuS) have not been considered in this analysis;

**Labor productivity is key criteria to determine CPT cost competitiveness**

*Look at the future*                                         LG.PHILIPS Displays

CONFIDENTIAL

# Benchmarking LPD sites

Slide 6

## KEY ISSUES

- **Asia :**
  currently, LPD sites in Korea can benefit from a high-end portfolio (see value productivity*), but *as the high end CPT market declines* Korea LPD increasingly has to compete directly with China and compensate a labor cost disadvantage of 5-8%

- **Europe :**
  Large structural gap between Hranice vs. Dreux in Europe

- **Americas :**
  SDC, albeit strong position in 'protected' Brazilian market - getting increased competitive pressure as the cost gap to AP widens



| 1H,2005 | | AP | | China | | Europe | | AM | |
|---|---|---|---|---|---|---|---|---|---|
| | | Gumi | CW | Bekasi | HF | CS | Dreux | Hranice | SJdC | GP |
| Turnover [M US$] | | 164 | 109 | 71 | 180 | 173 | 71 | 109 | 92 | 153 |
| - CPT | | 164 | 109 | 71 | 180 | 173 | 71 | 109 | 92 | 153 |
| Sales Volume [K Units] | | 1894 | 2667 | 2808 | 3029 | 3195 | 547 | 915 | 3243 | 1548 |
| - CPT | | 1894 | 2667 | 2808 | 3029 | 3195 | 547 | 915 | 3243 | 1548 |
| Headcount | | 693 | 323 | 801 | 1906 | 2409 | 700 | 1267 | 1596 | 1367 |
| - CPT | | 693 | 323 | 801 | 1906 | 2409 | 700 | 1267 | 1596 | 1367 |
| Manufacturing costs - Salary [M US$] | | 16.5 | 8.8 | 2.1 | 5.5 | 3.4 | 21.1 | 10.9 | 14.7 | 9.4 |
| Salary % | | 10% | 8% | 3% | 3% | 2% | 30% | 10% | 16% | 6% |
| Half Year Avg. Salary [US$] | | 23748 | 27225 | 2588 | 2885 | 1427 | 29570 | 8581 | 9223 | 6887 |
| Volume Productivity  [Units/HC] | | 2733 | 8256 | 3505 | 1589 | 1326 | 782 | 723 | 2032 | 1133 |
| Value Productivity [K US$/HC] ✻ | | 237 | 338 | 89 | 94 | 72 | 102 | 86 | 57 | 112 |

*1st half 2005, salary cost and productivity comparison*
*Source : LPD CFO data*

*Look at the future*

**LG.PHILIPS** Displays

# Cost benchmark AP & CHINA – Small, Medium

- **Key conclusion LPD : Bekasi and Chinese sites strong, Changwon at critical level**
- **Other : Extremely competitive environment due to huge overcapacity in the market**
  - **some players survive based on captive customers or protected market (e.g. India)**



| | LPD-I'sia | LPD-CS | SDI-SZ | LPD-HF | CPT-M'sia | SDI-M'sia | Samtel | ORN-VN | Irico | MTPD-I'sia | JCT | Thai-CRT | LPD-CW | SEG-H | BDDL | Hotline | MTPD-BJ | MTPD-M'sia | THOM-DG | Novel | SDI-PS | MTPD-TH | Sony-SP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| capacity | 6.7 | 2.8 | 5.4 | 3.4 | 13.9 | 10.6 | 5.9 | 4.8 | 12.2 | 5.2 | 2.3 | 6.9 | 4.2 | 5.8 | 1.5 | 4.6 | 5.6 | 4.0 | 2.2 | 3.0 | 3.0 | 3.3 | 3.7 |
| cumulative | 6.7 | 10 | 15 | 18 | 32 | 43 | 49 | 54 | 66 | 71 | 73 | 80 | 84 | 90 | 92 | 96 | 102 | 106 | 108 | 111 | 114 | 117 | 121 |

*Look at the future*  LG.PHILIPS Displays

CONFIDENTIAL



# Cost benchmark EUROPE – Small, Medium

Slide 8

- Key conclusion LPD : Exit S/M segment done, support segment via imports
- Other : Enormous overcapacity in AP will continuously pose pressure on local manufacturers



# Cost benchmark EUROPE – Large, Jumbo

Slide 10

- Key conclusion LPD : LPD Dreux structurally not competitive
- Other : Demand in EU dropping at such rapid pace so that only 2 to 3 sites in EEU will be necessary to serve the market in long-term;



| Capa. | 1.8 | 1.4 | 3.8 | 0.9 | 2.9 | 1.2 | 1.3 | 1.2 | 0.8 |
|---|---|---|---|---|---|---|---|---|---|

*Look at the future*

**LG.PHILIPS** Displays

CONFIDENTIAL

# Cost benchmark AMERICAS – Small, Medium

Slide 11

- **Key conclusion LPD : Increasing import pressure and strong competition SDI will pose challenge to SJdC – must improve productivity to compete successfully**
- **Other : rather healthy supply/demand balance in the market, though AP imports are increasing**



*Source : LPD structural estimates based on situation 1H '05*

S/M Demand: 11~14M ('05~'09)

# Cost benchmark AMERICAS – Large, Jumbo

Slide 12

- **Key conclusion LPD :**  **GP at comparable level to other producers in Mexico**
- **Other :**   **- Thomson (now Videocon) committed to defend position, can compete well wrt. labor productivity;**
  **- Increased pressure from import TVs might reduce local TV production resulting in lower demand for CPTs**



CONFIDENTIAL

LPD-NL00140691
LPD-NL00140679

Slide 13

# Conclusions

- **CPT industry is facing big overcapacity in combination with severe market downturn – competition and industry shakeout intensifying;**

- **Labor productivity is the key factor wrt. cost competitiveness in the industry**

- **Competitive situation by region**

  - **ASIA** is showing very high overcapacities in all product segments; LPD operates some of the most competitive sites in Indonesia and China;
    **With increasing commoditization of CPT portfolio, LPD to face (cost related) competitive disadvantages at its sites in Korea against Chinese competition;**

  - **EUROPE** under continuous restructuring pressure amid strong market downturn; **LPD faces restructuring necessity in Dreux; strong cost pressure CPT Hranice mainly caused by Flat TV penetration in Europe and hence very low CRT TV (>> CPT) price points;**

  - **NORTH AMERICA** L/J capacity seems to be balanced – however TV imports threaten local TV assembly; SOUTH AMERICA faces increasing CPT imports and local cost/price competition due to the big pricing gap vs. Asia;
    **Hence, LPD faces challenge to load GP with local TV makers; SJC to compete vs. CPT imports and challenge to close cost-gap to AP, need to improve productivity in SJC;**

**LPD facing clearly identified competitive challenges – potential restructuring issues – however, LPD also enjoys very strong position at many manufacturing sites around the world to support its leading market position**

*Look at the future*

 **LG.PHILIPS** Displays

CONFIDENTIAL

LPD-NL00140692
LPD-NL00140679

# EXHIBIT 23

**Edmund Li**                    To: Robert de Liefde/EHV/LGPD@JADE
04/14/2004 11:25 AM              cc:
                                 Subject: Re: ferrier hodgson 

Dear Robert,

As requested, please find the FH's report dated 16 March 2004 to the Lenders.



03162004 Report to Lenders.p

Warm regards,

Edmund Li
Corporate Treasurer
Global Treasury, LG.Philips Displays
59/F, The Center, 99 Queen's Rd., Central, Hong Kong
Tel: (852) 3150 6061 Fax: (852) 3150 6060 Mobile : (852) 9730 8778
E-mail : edmund.li@lgphilips-displays.com
Robert de Liefde


**Robert de Liefde**             To: Edmund Li/HKG/LGPD@JADE
04/14/2004 04:37 AM              cc:
                                 Subject: ferrier hodgson

LG PHILIPS Displays

Dear Edmund,

For Transfer Pricing documentation purposes, I believe that the Ferrier Hodgson report would really help me.
Can you send me the final version electronically.
I will keep it to myself and when I would like to use parts of it in future I will always first liaise and agree with you.
Thanks

Robert de Liefde

Phone + 31 40 2304362

CONFIDENTIAL


FERRIER HODGSON

HONG KONG 香港
**FERRIER HODGSON LIMITED**
14/F Hong Kong Club Building
3A Chater Road Central
Hong Kong

富理誠有限公司
香港中環遮打道3號A
香港會所大廈14字樓

phone 電話 +(852) 2820 5600
fax 傳真 +(852) 2521 7632

email 電郵 fh@fh.com.hk
website 網址 www.fh.com.hk

16 March 2004

**To Syndicated Lenders of LG.Philips Displays Holding B.V.**

Dear Sirs/Madams

**LG.Philips Displays**

We refer to our engagement on 23 December 2003 as financial advisor to the Steering Committee of LG.Philips Displays with respect to the restructuring of the USD2.0 billion Facility Agreement dated 26 June 2001 (as amended from time to time) between, amongst others, LG.Philips Displays Holding B.V. as borrower and the lenders.

As you are aware, LPD previously provided a term sheet to all lenders outlining the key terms of a proposed debt restructuring of the facility. The term sheet provided for a separate lender, known as MIVAR, to contractually subordinate and defer the repayment of its debt totalling EUR200 million. MIVAR had provided its in principle agreement to this position in December 2003, however has subsequently retracted from this position.

The Steering Committee has been working with LG.Philips Displays and its shareholders to agree terms for the debt restructuring acceptable to all stakeholders in light of the position with MIVAR. At the time of writing, these terms have not been fully agreed.

We have attached our first report to the lenders with respect to background, industry, operational and forecast financial information for LG.Philips Displays.

We draw your attention to the strict confidentiality obligations on page 1 of the report. In this regard, the production of this report to anyone other than a lender or its professional advisors or without the written consent of Ferrier Hodgson Limited and LG.Philips Displays may cause the lenders loss and damage. Any person who produces this report to anyone other than a lender or its professional advisors or without the written consent of Ferrier Hodgson and LG.Philips Displays may be liable to account for any loss or damage suffered by the lenders.

**GROUP OFFICES**
ADELAIDE
AUCKLAND
BRISBANE
JAKARTA
KUALA LUMPUR
MELBOURNE
PERTH
SINGAPORE
SYDNEY
TOKYO
**AFFILIATED OFFICES**
BIRMINGHAM
CHICAGO
DETROIT
DUBLIN
GLASGOW
LONDON
MANCHESTER
NEW YORK



RESTRUCTURE & TURNAROUND

FINANCIAL DUE DILIGENCE

FORENSIC ACCOUNTING

INSOLVENCY MANAGEMENT

*W:\LG Philips\Report Part 1\Letter to Lenders.doc*

LPD-NL00173523
LPD-NL00173522

Page 2

To Syndicated Lenders of LG.Philips Displays Holding B.V.
16 March 2004

We will provide a second report to the lenders when the terms of the debt restructuring proposal have been fully agreed outlining the effect of that proposal on the financial forecasts in different scenarios.

Yours faithfully
**Ferrier Hodgson Limited**

**Rod Sutton**
Executive Director

encl

*W:\LG Philips\Report Part 1\Letter to Lenders.doc*

CONFIDENTIAL

LPD-NL00173524
LPD-NL00173522



LPD-NL00173525
LPD-NL00173522

Confidential Report to the Facility Lenders

# <u>IMPORTANT NOTE TO THE READER</u>

- **This report has been produced in connection with the proposed restructuring of a USD2 billion Facility Agreement dated 26 June 2001 (as amended from time to time) between, amongst others, LG.Philips Displays Holding B.V. as borrower and the lenders (as that term is defined in the Facility Agreement).**

- **This report has been produced solely for the use of the lenders and is for information purposes only. This report may not be reproduced, used, or given to any other person, in whole or in part, for any purpose, other than that for which it is intended, except to the lenders' own professional advisors or with the consent of Ferrier Hodgson and the borrower in writing.**

- **The production of this report to anyone other than a lender or its professional advisors or without the written consent of Ferrier Hodgson Limited and LPD may cause the lenders loss and damage. Any person who produces this report to anyone other than a lender or its professional advisors or without the written consent of Ferrier Hodgson and the borrower may be liable to account for any loss or damage suffered by the lenders.**

- **This report has been provided to LPD. As agreed, from time to time we have been asked to provide additional information and comments to the lenders that are not contained in this report.**

- **This report is produced in two parts; Part A and Part B. This report constitutes the Part A report and relates to background, industry, operational and forecast financial information. The Part B report will be provided when the terms of the debt restructuring proposal have been fully agreed.**

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

LPD-NL00173526
LPD-NL00173522

brief

Confidential Report to the Facility Lenders

# CONTENTS – PART A REPORT

|   |   | Page No. |
|---|---|---|
| 1 | **Executive Summary** | **4** |
| 2 | **Introduction** | **15** |
|   | 2.1 Overview | 15 |
|   | 2.2 Scope of Review | 15 |
|   | 2.3 Disclaimer | 16 |
| 3 | **Background** | **18** |
|   | 3.1 LPD's History | 18 |
|   | 3.2 Corporate Structure | 21 |
|   | 3.3 Funding Arrangements | 28 |
|   | 3.4 MIVAR | 38 |
| 4 | **Industry Analysis** | **39** |
|   | 4.1 Introduction | 39 |
|   | 4.2 Reasons for the Decline of CRTs | 39 |
|   | 4.3 CPTs | 40 |
|   | 4.4 CDTs | 47 |
|   | 4.5 Supply Considerations | 51 |
|   | 4.6 Concluding Remarks Regarding Industry Analysis | 52 |
| 5 | **Operating Structure** | **53** |
|   | 5.1 Business Overview | 53 |
|   | 5.2 LPD's Products | 55 |
|   | 5.3 Customers | 58 |
|   | 5.4 Competitors | 59 |
|   | 5.5 Business Strategy | 66 |
|   | 5.6 Divestments | 73 |
|   | 5.7 LPD's Management | 81 |
|   | 5.8 Proposed Projects | 88 |
| 6 | **Factory Analysis** | **94** |
|   | 6.1 Introduction | 94 |
|   | 6.2 Factory Summaries | 94 |
|   | 6.3 Factory Review | 95 |
| 7 | **Historical Financial Results** | **101** |
|   | 7.1 Balance Sheet | 101 |
|   | 7.2 Profit & Loss Statement | 105 |
|   | 7.3 Results for 2004 | 107 |
| 8 | **Proposed Debt Restructuring** | **109** |
|   | 8.1 The December Proposal | 109 |
|   | 8.2 The Position of MIVAR | 110 |

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

LPD-NL00173527
LPD-NL00173522

Confidential Report to the Facility Lenders

| 9 | Forecasts | 112 |
| | 9.1 Background | 112 |
| | 9.2 Revised Models | 112 |
| | 9.3 Forecast Scenarios and Outcomes - Summary | 114 |
| | 9.4 Forecast Scenarios – Revenue Assumptions | 118 |
| | 9.5 Forecast Scenarios – Cost Assumptions | 122 |
| | 9.6 Concluding Remarks Regarding Forecasts | 124 |
| 10 | Conclusion | 126 |
| | List of Key Terms | 130 |

# ANNEXURES

| No. | Description |
|-----|-------------|
| 1 | Ferrier Hodgson Limited Engagement Letter dated 23 December, 2003 |
| 2 | Summary of Documents Reviewed |
| 3 | LPD Group Structure |
| 4 | Summary of Legal Entities of LPD Group Companies |
| 5 | Technical Support and Royalty Arrangement Summary |
| 6 | LPD Funding Arrangements Including China Joint Ventures |
| 7 | Summary of Facility Lenders |
| 8 | Revaluation of hedge transactions for translation exposure |
| 9 | Overview of the Display Industry from a Historical Perspective |
| 10 | Summary of LPD's CPT and CDT Products (Volume and ASP Forecast to 2007 from LPD's Restructuring Case Budget) |
| 11 | LPD Factory Summaries |
| 12 | Summary of the Forecast Financial Data Utilised in the Restructure Case Cashflow |
| 13 | Schedule of Assets Owned by Each of the LPD Group Companies as at 31 December, 2003 |
| 14 | Restructure Case – Financial Model |
| 15 | Management Target – Financial Model |
| 16 | SRIC-BI Case – Financial Model |
| 17 | Downside Case – Financial Model |

# KEY INDUSTRY TERMINOLOGY

There are a number of key industry terms used throughout this report which readers should clearly understand. These key terms are as follows:

| | |
|-----|-------------|
| CRT | Cathode Ray Tube. The conventional form of display technology. |
| LCD | Liquid Crystal Display. A newer form of display technology. |
| PDP | Plasma Display Panel. A newer form of display technology. |
| FPD | Flat Panel Display. LCDs and PDPs are a form of FPD. Flat screen CRTs are also a form of FPDs whereas conventional (curved screen) CRTs are not. |
| CPT | Colour Picture Tubes. CPTs refer to the tubes used for CRT televisions. |
| CDT | Colour Display Tubes. CDTs refer to the tubes used for CRT computer monitors. |

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

LPD-NL00173528
LPD-NL00173522

# 1   EXECUTIVE SUMMARY

We have detailed below our key findings in relation to LG.Philips Displays Holding B.V. ("LPD Holding"), its wholly owned subsidiaries and its joint venture interests in China ("the China Joint Ventures) (collectively referred to as the LPD Group or LPD). This report represents the first of two reports to be provided by us. The second report will be provided once the terms of the debt restructuring have been fully agreed.

a)      In December 2003, the key terms of the debt restructuring of the USD2.0 billion syndicated facility ("the Facility") was agreed by the Steering Committee, LPD and LPD's shareholders, LG Electronics Inc. ("LGE") and Koninklijke Philips Electronics N.V. ("Philips").

The debt restructuring proposal previously communicated to the Facility lenders by LPD provides for a substantial pay down of the Facility at closing of the debt restructuring and further payments via an amortization schedule and potential upside over time to enable earlier repayment of debt.

An element of the debt restructuring was for MIVAR, the holder of a Floating Rate Note ("the MIVAR FRN") issued by LG.Philips Displays Finance LLC ("LPD Finance"), to agree to contractually subordinate and defer repayment of its debt, reflecting the structural subordination of the MIVAR FRN. MIVAR gave its in principle agreement to the proposal in December 2003, however has subsequently retracted from this position, causing delay of the completion of the debt restructuring.

MIVAR is a privately owned company that manufactures televisions in Italy for the local market. MIVAR is not a typical finance creditor. The principal of MIVAR is an individual who has been running the company for over 50 years.

Discussions between LPD and Philips on behalf of both shareholders and MIVAR are currently regarding a restructuring of the MIVAR FRN that is acceptable to all parties. We and the Steering Committee have been working on alternative options to allow the debt restructuring to proceed without the agreement of MIVAR, if such agreement cannot be reached with MIVAR quickly. In this regard, we are hopeful that a position can be agreed with LGE and Philips prior to the bank meetings to be held on 22 and 24 March 2004.

At the time of writing, certain key terms of the debt restructuring are yet to be agreed.

b)      LPD is the world's largest manufacturer of colour picture tubes ("CPTs") for televisions and colour display tubes ("CDTs") for computer monitors. LPD produces its tubes from factories in various parts of the world and using components manufactured in its own component factories or purchased from other suppliers. LPD's products are sold to major electronics companies including LGE and Philips.

LPD has incurred losses since its formation as a joint venture between LGE and Philips effective from 1 July 2001. LPD has faced and continues to face a difficult trading environment given:

> Declining revenue due to falling demand for cathode ray tube ("CRT") products and reduced average selling prices ("ASPs").
> Strong competition from its competitors who are seeking to gain market share and force out weaker competitors.
> The effect of product substitution from competing technologies; liquid crystal displays ("LCDs") and Plasma Display Panels ("PDPs").

- 4 -

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

Confidential Report to the Facility Lenders

LPD's net losses are as follows:

| | 2001 (half year) USDm | 2002 USDm | 2003 USDm |
|---|---|---|---|
| Sales | 2,045 | 4,402 | 3,966 |
| EBITDA | 1 | 352 | 240 |
| Net Profit (Loss) | (348) | (532) | (870) |

The extent of these losses has been exacerbated by the substantial restructuring costs incurred by LPD, the majority of which are non cash impairment charges. LPD has generated operating profits in 2002 and 2003. The position for LPD prior to restructuring costs is as follows:

| | 2001 (half year) USDm | 2002 USDm | 2003 USDm |
|---|---|---|---|
| Net Profit (Loss) | (348) | (532) | (870) |
| Add back cash Restructuring costs | 57 | 114 | 181 |
| Add back non cash impairments | 101 | 456 | 761 |
| Net Profit (Loss) Before Restructuring Costs | (190) | 38 | 72 |

c)  LPD's net assets have declined substantially since the company's formation in 2001 given the losses and non cash impairment charges incurred by it. LPD's net asset position is as follows:

| | 1 Jul 2001 USDm | 31 Dec 2001 USDm | 31 Dec 2002 USDm | 31 Dec 2003 USDm |
|---|---|---|---|---|
| Property, plant & equip. | 2,617 | 2,698 | 2,453 | 1,724 |
| Other Assets | 2,208 | 1,972 | 1,896 | 1,684 |
| External Debt | (1,938) | (2,329) | (2,059) | (2,098) |
| Other Liabilities | (1,412) | (1,187) | (1,277) | (1,169) |
| Minority Interests | (179) | (184) | (197) | (205) |
| Shareholders' Equity | 1,296 | 970 | 816 | (64) |

LPD's external debt comprises the Facility (USD1,333 million owing), the MIVAR FRN (EUR200 million owing), lenders to the China Joint Ventures (USD334 million owing) and other debt (USD82 million).

LPD's other major assets include accounts receivable, cash, goodwill and inventories. LPD's other major liability is accounts payable.

d)  LPD operates 13 factories (excluding component factories) in 3 main geographical locations as follows (with 2003 net income):

| Asia Pacific | | Europe | | The Americas | |
|---|---|---|---|---|---|
| Factory | Net Income (USDm) | Factory | Net Income (USDm) | Factory | Net Income (USDm) |
| Hua Fei CPT, China | 37.4 | Aachen, Germany | (8.2) | Gom. Pal. Mexico | (33.2) |
| Hua Fei CDT, China | (11.5) | Durham, UK | (5.5) | SJdC, Brazil | (4.4) |
| Hua Pu, China | (7.9) | Dreux, France | (13.9) | | |
| Changsha, China | 63.1 | Hranice, Czech Rep | 0.6 | | |
| Gumi, Korea | 104.5 | | | | |
| Changwon, Korea | 38.4 | | | | |
| Bekasi, Indonesia | 4.7 | | | | |

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

LPD-NL00173530
LPD-NL00173522

Confidential Report to the Facility Lenders

Notwithstanding the above poor net profit performance for certain factories, only one factory (Gomez Palacio – a relatively new factory), had negative cashflow in 2003.

Our assessment of LPD's factories is as follows:

| Location | Comment |
|---|---|
| Asia Pacific | ❖ Factories are characterised by low wages, greater profitability and greater cash generation than the other factories.<br>❖ The factories located in China have relatively high materials costs.<br>❖ The Korean factories are LPD's best performing factories.<br>❖ These factories account for the majority of LPD's CDT production given their lower cost structures. |
| Europe | ❖ Factories are characterised by high labour costs but lower materials costs and higher ASPs given their product mix.<br>❖ LPD has been exiting and plans to exit its remaining factories in Western Europe.<br>❖ There is a risk that the closure of certain factories may need to be brought forward.<br>❖ The Hranice factory in the Czech Republic is expected to be one of LPD's key factories into the future given its lower labour costs. |
| The Americas | ❖ Factories are characterised by lower wages.<br>❖ LPD has moved its production out of the USA with a greater focus on Mexico and Brazil.<br>❖ Gomez Palacio in Mexico has suffered from poor materials usage and low sales volumes. |

LPD is intending to close :

➢   the Aachen and Hua Pu factories in 2004;
➢   the Hua Fei CDT lines in 2005; and
➢   other factories in the future, subject to performance.

LPD will incur substantial restructuring costs in 2004 as a result of the planned closures. The Gomez Palacio factory is a relatively new factory that has underperformed to date. If it is unable to generate positive cashflows, its future is also questionable.

e)   LPD's factories in China are owned by joint venture companies, in which LPD has a controlling stake (around 55% for most of the joint ventures). We make the following observations with respect to the China Joint Ventures:

➢   The China Joint Ventures have their own funding facilities with relatively short maturity profiles. Most of the China Joint Venture companies' debt is to be paid in the next three years.
➢   LPD does not have direct access to the cashflow from the China Joint Ventures. LPD only receives cash by way of certain royalty and technical cooperation agreements and through dividends to shareholders.
➢   **Given the short term debt maturity profile of the China Joint Ventures, these companies will not have sufficient cash after financing to pay dividends to LPD until 2007 (other than a small dividend in 2004).**

- 6 -

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

LPD-NL00173531
LPD-NL00173522

Confidential Report to the Facility Lenders

---

> ➤ It is possible that the China Joint Ventures will either roll over certain of the loans or borrow additional funds, which will enable dividends to be paid to LPD earlier than would otherwise be the case.

LPD's other factories are all owned by wholly owned companies.

f) LPD has been restructuring its operating structure for over two years with an emphasis on:

| Restructuring Measure | Results/Comment |
|---|---|
| Closing Unprofitable Factories | ❖ eg Dapon, Newport, Lebring, Ottawa.<br>❖ Lowering of LPD's cost structure.<br>❖ Greater concentration of production in growth areas.<br>❖ Does incur greater restructuring costs in the short term.<br>❖ Further factory closures are to take place in 2004. |
| Shifting production | ❖ LPD has shifted its production from high wage to low wage countries through the closure of unprofitable factories and focus on other strategic locations.<br>❖ In 2001, 39% of production was in low wage countries compared to 63% in 2003. |
| Driving cost reductions | ❖ Wages have reduced due to factory closures and other headcount reductions.<br>❖ Materials costs are reducing but not as quickly as revenue in percentage terms, primarily due to greater outsourcing – the closure of additional factories in 2004 will assist this. Greater outsourcing will also assist LPD reduce its labour and other costs of operations.<br>❖ Capex has decreased and is expected to decrease substantially into the future.<br>❖ LPD has a range of programs in place focusing on cost reduction initiatives which are monitored on a daily basis. |
| Improving Product Mix | ❖ LPD has increased its production of larger screen products, which have higher ASPs.<br>❖ Almost all of the decline in LPD's sales volumes and ASPs in 2003 was in the small and medium screen products. Whilst the larger screen products currently have greater margins, their ASP erosion is expected to be greater in future years. |
| Seeking operational efficiencies | ❖ LPD is reducing production time and costs by removing unnecessary production processes.<br>❖ This also assists LPD maintain lower inventories. |
| Working capital management | ❖ LPD has substantially reduced its inventories and trade receivables and expects further reductions in the future.<br>❖ LPD implemented factory shutdowns of its European factories in 2003 to reduce inventories. |

We consider that the operational restructuring performed by LPD has and will continue to assist its financial performance. LPD will need, however to ensure its underperforming factories improve and keep a tight reign on factories with higher materials and labour costs.

The most successful CRT manufacturers will be those that can drive continuous cost reductions at least equivalent to ASP erosion.

---

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

LPD-NL00173532<br>LPD-NL00173522

g)   LPD has the leading market share in the manufacture of tubes for televisions and tubes for computer monitors. Its main competitor is Samsung SDI ("SDI").

SDI is more profitable than LPD given more of its factories are located in low cost countries and due to its greater standardisation of production facilities and consequential efficiency advantages. LPD considers it is well placed to take advantage of future market consolidation given:

➢   It has strong market share in the major geographic regions.
➢   LPD manufactures all the main CPT and CDT products.
➢   LPD is driving cost reductions.
➢   LPD leads quality and design improvements.

The following industry trends are apparent from the industry analysis performed by us:

| CPTs | ❖ Demand for competing technologies is increasing but CRT televisions will remain the dominant technology – 95% of televisions bought in 2003 were CRT televisions. This figure is expected to be 80% in 2007.<br>❖ ASPs for CPTs are expected to decline about 3% to 5% per year but importantly, CRT televisions will still be around half the price of LCD televisions in 2007.<br>❖ In 2003, 90% of all televisions were sold for less than USD500. LCD televisions are only now approaching the USD1,000 mark. Price will remain a key factor for many consumers, particularly in developing countries.<br>❖ Demand has been increasing for larger screen products, which generate higher ASPs and margins.<br>❖ Other demand trends are the move to flat screen and wide screen CRT televisions to compete with LCD televisions.<br>❖ Consolidation amongst CRT television manufacturers is expected to be relatively small in the short to medium term given the size of the market. |
| --- | --- |
| CDTs | ❖ Demand for LCD monitors is broadly equivalent to CRT monitors currently. This has resulted in greater price pressure. LCD monitors will continue to take market share off CRT monitors.<br>❖ LCD manufacturers are experiencing component shortages and are diverting resources to televisions which should relieve price pressures on CRT monitors.<br>❖ Demand for monitors is driven by the corporate sector who are less price conscious than consumers. Whilst CRT monitors are materially cheaper than LCD monitors, the ASPs for both technologies are now sufficiently low that many purchasers will be indifferent to price.<br>❖ Forecast demand for CRT monitors differs materially between certain analysts.<br>❖ There has been and is expected to be greater industry consolidation amongst CRT monitor manufacturers than for CRT television manufacturers. By the end of 2004 there will only be three main CRT monitor manufacturers, including LPD. |

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

LPD-NL00173533
LPD-NL00173522

Confidential Report to the Facility Lenders

h)   In addition to its core CPT and CDT business, LPD has certain other business opportunities and risks that could affect the future cash to be generated as follows:

➢   **The Super Slim** – LPD has developed a 32" CPT that is slimmer than all other CPT products on the market. LPD is considering whether to commence production of this product, which may contribute greater revenues and margins. Production of the Super Slim would not commence before 2005.

➢   **The Middle East Project** – LPD has signed contracts to enter into a "turnkey" project to assist design, construct and commence operating a CPT factory in Iran to be operated by an Iranian company following its completion. The key elements of the project are:

-   The project cashflows indicate that surplus cash of EUR63 million can be generated. These cashflows are not included in LPD's core cashflow forecasts at this stage given the project is subject to approval of the Iranian Government and the Facility lenders.

-   LPD was contractually bound to proceed with the project if certain pre-conditions were met prior to 31 December 2003. One of these conditions remained outstanding at 31 December 2003 and as such, LPD is not currently bound to proceed with the project.

-   Once approval for the project is provided by the Iranian Government and a letter of credit to secure payment to LPD is opened, LPD will be contractually bound to proceed with the project.

-   LPD is required to put in place a performance guarantee for EUR19.6 million, a temporary bank guarantee for EUR26.7 million in return for a cash downpayment of the same amount, a downpayment guarantee for EUR2.7 million and to contribute equity on a temporary basis of EUR11.5 million.

-   LPD is seeking to arrange a counter-guarantee and take insurance against the credit risk, country risk and catastrophe risk of the buyer so that it will not be required to cash collateralize the guarantees. The equity contribution can be met from the project cashflows given that the buyer is required to prepay equipment to be supplied by LPD.

In our view, this project should only proceed if the counter-guarantee and insurance is in place as otherwise the stress on LPD's cashflow following the early stages of the proposed debt restructuring is likely to be too great.

➢   **The Barcelona Restructuring** – In April 2003, LPD sold shares in two companies ("the Spanish companies") that own and operate the Barcelona CPT factory. The major asset of the Spanish companies is the property where the factory is located, which, if it is rezoned, may be worth EUR80 million to EUR115 million. LPD retained the rights to the majority (but not all) of the benefit of the potential land value when it sold the shares in the Spanish companies. The performance of the Barcelona factory has deteriorated since the sale and LPD is considering a proposal whereby it would re-take control of the main operating company and contribute up to EUR25 million to a restructuring (which is really a closure) of the factory in order to protect its interest in the land value and on the basis of legal advice received that it could be made liable for the debts of the Spanish companies.

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

LPD-NL00173534
LPD-NL00173522

Confidential Report to the Facility Lenders

The key issues are:

- LPD has obtained legal advice indicating that LPD, as the former owner of the factory, could be made co-liable for the debts of the Spanish companies on several grounds including as unitary decision maker (effectively managing the Spanish companies), as a single real employer, as a de facto director providing it has acted with negligence or willful misconduct and vicariously liable if one of its directors was found guilty of a criminal offence with respect to their conduct.

- The legal advice indicates that it is also possible that the current majority shareholder of the Spanish companies could also be co-liable for the debts of the Spanish companies. Philips might also be co-liable for the debts of the Spanish companies but only if it could be proved that Philips was managing those companies. LPD and Philips do not believe this to be the case.

- The closure of the factory will result in substantial redundancy, early retirement and other employee costs and trading losses prior to closure, which may be EUR75 million to EUR95 million.

- LPD considers that it is desirable to reach mutual agreement with the unions and local authorities for a "social plan" to confirm the employee entitlements to be paid and in conjunction with discussions with the local authorities for the re-zoning of the land.

- The proposed re-zoning of the land cannot be obtained until after the closure of the factory is announced and whilst it may be possible for some amount to be obtained for a sale of the land up front, the majority of the sale proceeds are unlikely to be obtained until 2006.

- Given that a large proportion of the estimated sale proceeds from the land is not expected to be available until 2006, there is estimated to be a shortfall in funding the closure costs of the factory in 2004 and 2005 of EUR25 million to EUR30 million which will need to be funded.

- LPD's forecasts do not currently include any allowance for any cash outflows associated with this matter given it has not been agreed how this matter should proceed. LPD is seeking to obtain greater clarity as to the closure costs and potential sale proceeds that could be received upfront for the land.

i)  The debt restructuring proposal, once final agreement is reached, will be based on forecasts prepared by LPD from a financial model. The forecasts prepared by LPD comprise two core scenarios; Management Target and Restructure Case.

We were engaged on 23 December, 2003 to review, inter alia, LPD's financial model and assess the forecasts. We have worked with Dr Mitchell Halpern of SRI Consulting Business Intelligence ("SRIC-BI") to assess LPD's business and financial model. We have worked with LPD to improve the functionality and flexibility of the financial model, allowing us to prepare two further scenarios; SRIC-BI Case and Downside Case.

- 10 -

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

LPD-NL00173535
LPD-NL00173522

Confidential Report to the Facility Lenders

The key assumptions of these scenarios are as follows:

| Scenario | Assumption |
|---|---|
| **Restructure Case** | ❖ Adopts revenue and cost assumptions upon which the debt restructuring proposal has been based. These are more conservative assumptions than the Management Target case. The assumptions adopted are LPD's assumptions. LPD expects to exceed this position. |
| **Management Target** | ❖ Adopts revenue and cost assumptions that LPD is targeting to achieve. LPD is hopeful of exceeding this position. The assumptions adopted are LPD's assumptions. |
| **SRIC-BI Case** | ❖ Adopts revenue and cost assumptions based on forecasts and assumptions prepared by SRIC-BI in conjunction with us. |
| **Downside Case** | ❖ Adopts more conservative revenue and cost assumptions to consider the effect of a more severe downturn in the CRT industry than is forecast. **The Downside Case is a separate scenario prepared by us with input from LPD and is not a scenario that we or LPD expects to occur.** |

The **key outcomes** of these scenarios are as follows:

# Restructure Case

| | 2004 USDm | 2005 USDm | 2006 USDm | 2007 USDm | 2008 USDm | 2009 USDm | 2010 USDm | 2011 USDm | Total USDm |
|---|---|---|---|---|---|---|---|---|---|
| Sales | 3,413 | 2,925 | 2,738 | 2,526 | 2,245 | 1,982 | 1,770 | 1,591 | 19,190 |
| Materials Cost (%) | 55.8% | 55.9% | 57.0% | 57.6% | 57.7% | 57.6% | 57.9% | 58.0% | 57.0% |
| Gross Margin | 638 | 591 | 562 | 505 | 441 | 394 | 349 | 313 | 3,793 |
| EBITDA (pre rest. costs) | 392 | 385 | 378 | 341 | 288 | 271 | 250 | 233 | 2,538 |
| EBIT (post rest costs) | 87 | 27 | 127 | 93 | 15 | 28 | 22 | 5 | 404 |
| Cashflow before financing and interest excl China | 178 | 169 | 162 | 164 | 85 | 101 | 93 | 92 | 1,045 |
| China Dividends | 0 | 0 | 0 | 50 | 45 | 45 | 32 | 45 | 217 |
| Total Cashflow before financing & int + China div | 178 | 169 | 162 | 214 | 130 | 146 | 125 | 137 | 1,261 |

# Management Target

| | 2004 USDm | 2005 USDm | 2006 USDm | 2007 USDm | 2008 USDm | 2009 USDm | 2010 USDm | 2011 USDm | Total USDm |
|---|---|---|---|---|---|---|---|---|---|
| Sales | 3,413 | 3,134 | 3,058 | 2,879 | 2,666 | 2,434 | 2,241 | 2,071 | 21,896 |
| Materials Cost (%) | 55.8% | 56.0% | 56.1% | 57.8% | 58.0% | 57.9% | 58.2% | 58.4% | 57.4% |
| Gross Margin | 626 | 624 | 586 | 560 | 506 | 472 | 425 | 389 | 4,188 |
| EBITDA (pre rest. costs) | 412 | 429 | 400 | 395 | 344 | 335 | 311 | 299 | 2,925 |
| EBIT (post rest costs) | 107 | 71 | 149 | 147 | 71 | 92 | 83 | 71 | 791 |
| Cashflow before financing and interest excl China | 198 | 212 | 196 | 212 | 143 | 167 | 157 | 159 | 1,442 |
| China Dividends | 0 | 0 | 0 | 50 | 45 | 45 | 32 | 45 | 217 |
| Total Cashflow before financing & int + China div | 198 | 212 | 196 | 262 | 188 | 212 | 189 | 204 | 1,659 |

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

LPD-NL00173536
LPD-NL00173522

Confidential Report to the Facility Lenders

## SRIC-BI Case

| | 2004 USDm | 2005 USDm | 2006 USDm | 2007 USDm | 2008 USDm | 2009 USDm | 2010 USDm | 2011 USDm | Total USDm |
|---|---|---|---|---|---|---|---|---|---|
| Sales | 3,583 | 3,224 | 2,917 | 2,754 | 2,537 | 2,300 | 2,036 | 1,783 | 21,134 |
| Materials Cost (%) | 56.0% | 56.2% | 56.4% | 58.1% | 57.9% | 58.6% | 58.7% | 58.8% | 57.6% |
| Gross Margin | 664 | 643 | 559 | 535 | 491 | 435 | 382 | 335 | 4,044 |
| EBITDA (pre rest. costs) | 404 | 414 | 376 | 369 | 326 | 297 | 272 | 248 | 2,706 |
| EBIT (post rest costs) | 99 | 56 | 125 | 121 | 53 | 54 | 44 | 20 | 573 |
| Cashflow before financing and interest excl China | 190 | 199 | 172 | 185 | 121 | 133 | 114 | 105 | 1,221 |
| China Dividends | 0 | 0 | 0 | 50 | 45 | 45 | 32 | 45 | 217 |
| Total Cashflow before financing & int + China div | 190 | 199 | 172 | 235 | 166 | 178 | 146 | 150 | 1,438 |

## Downside Case

| | 2004 USDm | 2005 USDm | 2006 USDm | 2007 USDm | 2008 USDm | 2009 USDm | 2010 USDm | 2011 USDm | Total USDm |
|---|---|---|---|---|---|---|---|---|---|
| Sales | 3,296 | 2,827 | 2,652 | 2,446 | 2,174 | 1,922 | 1,716 | 1,542 | 18,575 |
| Materials Cost (%) | 56.3% | 56.5% | 57.7% | 58.2% | 58.3% | 58.3% | 58.4% | 58.5% | 57.6% |
| Gross Margin | 552 | 519 | 495 | 444 | 388 | 349 | 310 | 279 | 3,336 |
| EBITDA (pre rest. costs) | 315 | 320 | 317 | 287 | 241 | 230 | 214 | 201 | 2,126 |
| EBIT (post rest costs) | 10 | -38 | 66 | 39 | -32 | -13 | -14 | -27 | -8 |
| Cashflow before financing and interest excl China | 107 | 103 | 101 | 109 | 85 | 59 | 57 | 59 | 633 |
| China Dividends | 0 | 0 | 0 | 50 | 45 | 45 | 32 | 45 | 217 |
| Total Cashflow before financing & int + China div | 107 | 103 | 101 | 159 | 83 | 104 | 89 | 104 | 850 |

Cashflow **before financing** and interest is shown for LPD excluding China and dividends from the China Joint Ventures are added separately to show the cash actually available to LPD ie consolidated cashflow is not all available to LPD given that the China factories are joint venture operations that will distribute dividends. All other figures above are consolidated.

On the basis that the debt to the Facility lenders is reduced to USD833 million at closing of the debt restructuring (ie current debt of USD1,333 million less equity contribution of USD500 million), the scenarios indicate that:

(i)     The **Restructure Case** will produce sufficient cash to enable all principal payments to be made to Facility lenders and MIVAR over the forecast period based on the amortisation schedule previously proposed by LPD.

(ii)    The **Management Target** will produce cash surplus to the amount required to be paid to the Facility lenders and MIVAR. This would allow the Facility lenders to be repaid earlier than in the Restructure Case scenario.

(iii)   The **SRIC-BI Case** will also produce cash surplus to the amount required to be paid to the Facility lenders and MIVAR but not to the same extent as the Management Target.

(iv)    The **Downside Case** results in insufficient cash being available to repay all of the outstanding debt without additional finance being obtained. We reiterate that this scenario has been run as an extreme case and is not considered by us or LPD to be realistic.

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

LPD-NL00173537
LPD-NL00173522

Confidential Report to the Facility Lenders

The forecasts exclude any positive or negative impact on cashflow from:

> The Middle East project.
> The Super Slim project.
> Additional borrowings to pay dividends by the China Joint Ventures.
> The sale of any assets.
> The restructuring of the Spanish companies.

Our views on the achievability of the Restructure Case forecasts are as follows:

> We are concerned that LPD may not be able to achieve the cost reductions and working capital reductions as quickly as forecast and may need to bring forward the closure of certain factories, which will negatively impact cash if this occurs.
> The cashflows exclude any contribution to a restructuring of the Spanish companies by LPD. If LPD was to contribute funds or was made liable for any part of the debts of the Spanish companies, the cashflow forecasts would be adversely affected.
> There appears to be upside on the revenue side when revenue assumptions in the Restructure Case scenario are considered in light of industry forecasts. In this regard, the Management Target scenario revenue assumptions are more consistent with industry forecasts.
> LPD has the potential to generate additional cashflow for Facility repayments from the Middle East project, the Super Slim project and by either borrowing additional amounts in the China Joint Ventures or rolling over existing debt. Given the expected strong cashflow from the China Joint Ventures, rolling over existing debt or borrowing additional funds offers the potential for reasonable upside in the cashflows.

**Whilst there are some risks and opportunities impacting on LPD's cashflows, subject to the qualifications noted by us, we consider the Restructure Case forecast is achievable.**

We will provide further analysis and commentary on LPD's forecasts and the debt restructuring proposal once it is agreed, in our second report. This will include analysis with respect to debt servicing, ability to meet debt covenants, key sensitivities and the forecast cash position before and after principal payments on a yearly basis for each of the four scenarios. We will also provide our recommendation to Facility lenders in our second report.

j)   LPD previously approached its lenders in late 2001 to restructure the Facility, resulting in equity contributions and guarantees from LGE and Philips.

In October 2003, LPD approached the facility agent, JP Morgan, given an imminent breach of certain of its debt covenants.

In December 2003, a Steering Committee of lenders was formed and since that time the Steering Committee has negotiated with LPD, LGE and Philips the terms of a debt restructuring. Although, many of the terms have been agreed in principle, the retraction by MIVAR of its in principle agreement to defer its repayment terms has delayed the completion of a term sheet that the Steering Committee could put to the lenders for their consideration.

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

LPD-NL00173538
LPD-NL00173522

Confidential Report to the Facility Lenders

LPD and Philips on behalf of the shareholders are pursuing discussions with MIVAR to reach a position acceptable to all stakeholders. The Steering Committee considers there to be options available to enable the debt restructuring to proceed without the agreement of MIVAR and is seeking to have a position agreed with LGE and Philips prior to the bank meetings.

A proposed timetable for the next steps in the debt restructuring proposal will be discussed at the forthcoming bank meetings on 22 and 24 March 2004.

- 14 -

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

LPD-NL00173539
LPD-NL00173522

# 2   INTRODUCTION

## 2.1   Overview

We have been engaged as an Independent Consultant to act on behalf of the lenders with respect to the restructuring of amounts owing the lenders under the USD2.0 billion Facility Agreement dated 26 June, 2001 as amended and restated by an Amendment Agreement dated 31 May, 2002 with LPD Holding.

The Facility lenders have formed a Steering Committee to whom we have been reporting to during the period of our review. The Steering Committee has been negotiating the terms of a proposed restructuring of certain financial obligations of LPD.

The proposed restructuring of LPD's financial obligations has been based upon financial forecasts prepared by LPD. We have reviewed these forecasts and worked with LPD to prepare a revised financial model that allows alternative scenarios to be performed so as to sensitize LPD's forecasts.

The basis of two core scenarios shown in the financial model have been agreed between us and LPD. A further two scenarios have been prepared by us with input from LPD.

We have conducted a review of LPD's business to enable us to assess the forecast financial information in light of our understanding of the business and the industry in which it operates.

The broad purpose of this report is to provide the Facility lenders with an independent view of the financial model and forecasts prepared by LPD based on our review.

## 2.2   Scope of Review

This report and related advice with respect to LPD and its associated companies has been prepared pursuant to our engagement letter dated 23 December, 2003. A copy of our engagement letter is attached at **Annexure 1**.

In summary, the scope of our engagement has been to review, inter alia, the following:

- the build-up assumptions for revenue forecasts, operating cost assumptions, restructuring costs, capital expenditure and other material items for each individual business unit;

- whether projected capital expenditure is reasonable and adequate to support the projected revenues and whether the projected revenues are reasonable;

- the cashflow generation for LPD and debt service capacity;

- prepare sensitivity analyses with respect to key assumptions;

- an assessment of the CRT industry, including with respect to demand, supply, prices, review of competitors and opinion on consolidation; and

- an assessment of the industry life cycle and its relevance to the key players in the industry;

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

LPD-NL00173540
LPD-NL00173522

Our engagement team includes Dr Mitchell Halpern of SRIC-BI. SRIC-BI is one of the world's largest research firms providing consulting services to clients with an emphasis on seeking corporate growth through technology and innovation. Dr Halpern has assisted us with our review of LPD's business, the financial model and in assessing the CRT industry.

The information contained in this report and our recommendations are based primarily on:

- Interviews with key personnel at LPD.

- A review of numerous financial and non financial documents provided by various parties, summarised at **Annexure 2**.

- Attendance and inspection at the factories at Changsha in the PRC and Gumi in Korea. It has not been possible given the limited time of our review, nor would it be cost effective, for us to visit each of LPD's factories.

- Our assessment of the current and forecast financial position of each factory or operating site and for LPD on a group basis.

- Our assessment of the CRT industry, utilising the expertise of Dr Halpern.

We have conducted management meetings with the following LPD personnel:

| Name | Position |
|------|----------|
| Andreas Wente | Chief Executive Officer and Chairman |
| Peter van Bommel | Chief Financial Officer |
| JI Son | Chief Operating Officer |
| Christopher Kim | Chief Sales Officer |
| Edmund Li | Corporate Treasurer |
| Wim Brouwer | Development & Engineering Manager |
| Reinoud Mangelmans | General Counsel |
| Nigel Prince | Corporate Purchasing |
| Rene Nibbelke | Performance Accounting Manager |

Our review is yet to be complete given that, at the time of writing, a restructuring plan has not been fully agreed between the Steering Committee, LPD, LGE and Philips.

We will provide a second report to the Facility lenders once agreement has been reached for the key terms of the debt restructuring. We expect that our second report will summarise the main terms of the proposal and provide forecast cashflow scenarios incorporating the financial elements of the agreed proposal.

## 2.3   Disclaimer

This report is prepared solely for the information of the Facility lenders of LPD (each such lender to whom this document is sent being a "recipient" of this document). This report may not be copied, distributed or reproduced in any way except with the written consent of Ferrier Hodgson Limited and LPD. By accepting this document you agree to keep its contents confidential.

In accepting delivery of this report, each recipient acknowledges that the information presented in this report has been prepared in a limited period of time based on information provided to Ferrier Hodgson Limited by LPD.   In certain instances, we have not independently verified information provided to us.

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

LPD-NL00173541
LPD-NL00173522

Confidential Report to the Facility Lenders

Each recipient acknowledges that LPD operates in an industry that has been and is likely to continue to be subject to fluctuations, cyclical movements and uncertainty. The information contained in this report contains certain assumptions considered by the authors as correct at the time of writing that may prove to be incorrect. The information contained in this report or the sources from which it has been obtained have not been audited by Ferrier Hodgson Limited. Certain financial information disclosed in this report has however been audited by LPD's auditors. The information contained in this report is subject to change at any time.

We are heavily reliant upon management representations and the accuracy and validity of the financial and other information that has been provided to us. Where information has been provided to us, we have assumed that it is accurate and current. Where information has been obtained from other sources, appropriate indication has been provided. Management has reviewed the factual content of this report for accuracy and their views have been incorporated where appropriate. LPD management may not agree with all statements made in this report.

No representation or warranty, express or implied, is made with respect to, and no reliance should be placed on, the accuracy, completeness or fairness of the information or opinions set out in this document. Neither Ferrier Hodgson Limited, its Executive Directors, its staff, nor its instructing parties (including, without limitation, any legal advisors) shall have any liability whatsoever for any loss arising from any use or otherwise in connection with this document.

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

LPD-NL00173542
LPD-NL00173522

# 3   BACKGROUND

## 3.1   LPD's History

### 3.1.1   Joint Venture Between LGE and Philips

- LPD Holding is a Dutch incorporated company, formed pursuant to a Joint Venture Agreement ("the LPD JVA") dated 11 June, 2001 between Philips and LGE.

- The shares in LPD Holding are owned on a 50/50 basis by companies controlled by LGE and Philips. Philips controls two more shares than LGE.

- LPD was formed to take advantage of synergies between LGE and Philips and following the successful formation of LG.Philips LCD ("LPLCD") in 1999.

- Pursuant to the LPD JVA, LGE and Philips transferred to LPD, their assets and liabilities utilised in the manufacture and sale of:

  (i)     colour display tubes and colour picture tubes;
  (ii)    deflection yokes and electron guns;
  (iii)   glass; and
  (iv)    other key components and materials.

- The acquisition of the joint venture assets and liabilities was effective as at the end of 30 June 2001 pursuant to the provisions of the LPD JVA.

- A consolidated opening balance sheet was prepared by management, combining the amounts included in audited balance sheets of each of LGE and Philips with respect to their joint venture assets and liabilities contributed to LPD, with adjustments for the following items:

  ➢   The revaluation of certain assets based on management's assessment of their fair values and confirmed by an independent accounting firm.
  ➢   The issue of new share capital by LPD Holding.
  ➢   The drawdown of amounts under the Facility.
  ➢   Other items with respect to deferred taxation, pension and post retirement benefits and closing exchange rates.

- The revaluation of certain assets was determined by LGE and Philips based on a number of factors including investment bank valuations and cash flow projections. This accounting treatment is known as "step-up accounting" and resulted in incremental asset values of USD465 million allocated as follows:

| Item | USDm |
|------|------|
| Property, plant & equipment | 30 |
| Intellectual property | 71 |
| Goodwill | 364 |
| **Total** | **465** |

- Goodwill generated from step-up accounting was amortised in 2001, since US GAAP disallows the amortisation of such goodwill from 2002. LPD has also impaired goodwill according to impairment tests conducted in 2002 and 2003.

- 18 -

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

LPD-NL00173543
LPD-NL00173522

Confidential Report to the Facility Lenders

- LPD's opening balance sheet as at 1 July 2001 can be summarised as follows:

| | USDm |
|---|---|
| Total Assets | 4,825 |
| Total Liabilities | 3,350 |
| Shareholders Equity & Minority Interests | 1,475 |

- LPD's full opening balance sheet is included in Section 7 of this report.

### 3.1.2   Overview

- Whilst the LPD joint venture was legally formed in The Netherlands, LPD's head office is located in Hong Kong given LPD's presence throughout Asia and the growing China market.

- Following the commencement of LPD, the company proceeded to seek to fully integrate the operations contributed by its shareholders.

- At that time, the CRT industry was experiencing the effects of a far greater decline in its revenues than predicted by analysts or industry participants.

- As a result of the deteriorating market conditions, LPD commenced restructuring its operations shortly after 30 June 2001. This restructuring is still ongoing, targeting factory closures, staffing reductions and substantial cost reductions to improve the profitability of LPD and to align with the rapid market decline.

- In the six months following the commencement of LPD, the company incurred a net loss of USD348 million from revenue of USD2.05 billion. LPD's net loss included non cash asset write downs of USD101 million and cash restructuring costs of USD57 million.

- For the 12 months ending 31 December, 2002, LPD incurred a net loss of USD532 million from revenue of USD4.4 billion. LPD's net loss included non cash write downs of USD456 million and cash restructuring costs of USD114 million.

- LPD's restructuring measures during 2002 included:

  - the closure of loss making factories;
  - improvements in factory loading;
  - moving operations to low cost countries;
  - a reduction in workforce from 35,421 to 30,330; and
  - a reduction in inventories by 45%.

- LPD continued its restructuring measures during 2003 with particular focus on continued and substantial cost reductions, better working capital management and production efficiencies given declining revenues.

- During Q4, 2003, LPD's shareholders wrote down their investment in LPD to nil. This resulted in a non cash impairment charge of EUR500 million for Philips and KRW380 billion for LGE.

---

- 19 -

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

LPD-NL00173544
LPD-NL00173522

Confidential Report to the Facility Lenders

- In 2003, LPD incurred a net loss after restructuring costs, minority interests and tax of USD871.6 million. Net income before restructuring costs was USD122.2 million. Non cash asset impairments in 2003 were USD761.2 million and cash restructuring costs were USD180.6 million. The majority of these charges were booked in November 2003.

- Today, LPD is the market leader in CRTs with a market share of approximately 27% and employs about 26,900 employees throughout the world generating annual revenues in excess of USD3.9 billion in 2003, but declining.

We have commented on LPD's business operations in greater detail in other parts of this report.

### 3.1.3   Context of Our Review

- The Facility was entered into on 26 June 2001 and provided access to funds totalling USD2.0 billion. We understand that, of this amount, approximately USD1.35 billion was used to pay the market value related to assets purchased from LGE and Philips.

- LPD approached the Facility lenders during the latter part of 2001 given the company's concern that it would soon breach its covenants. The Facility was subsequently amended by way of an Amendment Agreement dated 31 May, 2002. The amendment resulted in Philips and LGE contributing new capital of USD250 million (USD125 million each), of which USD150 million was applied to the reduction of the Facility.

- At 31 May 2002, LGE and Philips also provided a guarantee limited to USD200 million each on a several basis, expiring 31 December 2004.

- Two further amounts of USD100 million each were repaid to Facility lenders on 30 July 2002 and 27 December 2002 respectively, from a wholly owned subsidiary of LPD, LPD Korea, given its strong cashflow.

- On 9 July 2002, LPD Finance issued a EUR200 million FRN, payable on 30 June, 2007. The FRN was executed on a private placement basis to a single investor, MIVAR. The full legal name of MIVAR is SIREF Fiduciaria S.p.A.

- On 2 October, 2003, LPD advised JP Morgan, as Facility Agent, that it was likely to breach its EBITDA covenant for Q3 and Q4 2003 and that the company was working with its shareholders to assess its current and future position and to develop solutions.

- On 21 October 2003, LPD advised JP Morgan that its unaudited financial statements for the nine months ending 30 September, 2003 indicated that the company had breached its borrowings to net worth and borrowings to EBITDA covenants.

- We are advised that in late October and early November 2003, LPD's shareholders conducted a review of LPD's business and its forecasts.

- A meeting of Facility lenders was held on 4 December 2003 at which time LPD presented a report on its business situation and market environment, financial position and proposed next steps.

---

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

LPD-NL00173545
LPD-NL00173522

- A Steering Committee of the Facility lenders was formed following the bank meeting. The Steering Committee has been negotiating the terms for a restructuring of LPD's financial obligations with LPD, LGE and Philips since that time.

- LPD's forecasts are being used as the basis for the Indicative Heads of Terms with the Facility lenders.

- Certain elements of the debt restructuring have proven to be complex and has led to a delay in the finalisation of the restructuring term sheet. The Steering Committee has been working very hard to ensure the debt restructuring is completed as soon as possible whilst protecting the interests of the Facility lenders.

## 3.2   Corporate Structure

### 3.2.1   Overview

- As stated above, LPD is a joint venture corporation formed by LGE and Philips pursuant to the LPD JVA.

- The shareholders of the ultimate holding company of the LPD Group, LPD Holding, comprised the following as at 31 December 2003:

| Shareholders at 31 December 2003 | No. of shares | % shareholding |
|---|---|---|
| LG Electronics Inc. | 27,841 | 40.83 |
| LG Electronics Wales Ltd | 6,249 | 9.17 |
| *LGE Sub Total* | *34,090* | *50.00* |
| Koninklijke Philips Electronics N.V. | 27,218 | 39.92 |
| Philips GmbH | 6,874 | 10.08 |
| *Philips Sub Total* | *34,092* | *50.00* |
| **Total** | **68,182** | **100.00** |

- Philips has two more shares than LGE, allowing LPD to receive the benefit of the (royalty free) patent coverage under most of Philips' CRT related cross license agreements. In addition, by having two less shares in LPD, the company is not included as part of the LG Group of companies.

- LPD is not consolidated in the financial accounts of Philips or LGE.

- At the commencement of LPD, shares in LPD Holding were held as follows:

| Shareholders at 1 July 2001 | No. of shares | % shareholding |
|---|---|---|
| LG Electronics Inc. | 18,749 | 37.50 |
| LG Electronics Wales Ltd | 6,249 | 12.50 |
| *LGE Sub Total* | *24,998* | *50.00* |
| Koninklijke Philips Electronics N.V. | 19,963 | 39.93 |
| Philips GmbH | 5,037 | 10.07 |
| *Philips Sub Total* | *25,000* | *50.00* |
| **Total** | **49,998** | **100.00** |

- We understand that the additional shares in LPD Holding were issued on 5 June 2002, with respect to the additional equity contributed to LPD by LGE and Philips at that time.

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

LPD-NL00173546
LPD-NL00173522

Confidential Report to the Facility Lenders

- The operating assets of LPD are held in various different legal entities incorporated in various different jurisdictions, formally controlled by LGE and Philips prior to the formation of LPD. LGE and Philips each contributed the various operating assets to the LPD Group by transferring these shareholdings into a new group structure.

- Enclosed at **Annexure 3** is the current LPD Group structure.

- The majority of LPD Group entities are wholly owned, although there are 7 separate joint venture companies. We have commented with respect to the wholly owned and joint venture companies further below.

### 3.2.2   Legal Entity Summaries

- Enclosed at **Annexure 4** is an overview of each of the legal entities in the LPD Group. The legal entity summaries include the following information for each company:

  ➢   Registered address
  ➢   Place of incorporation
  ➢   Shareholders
  ➢   Description of business operations
  ➢   Which of LGE or Philips contributed the company / assets and liabilities
  ➢   Key financial data as at 31 December 2003
  ➢   Other information (personnel and inventories)
  ➢   Our other comments

- The various LPD Group entities comprise:

| Type | No. | Purpose |
|---|---|---|
| **Factories** | 23 | Operate production facilities which produce CPT and/or CDT and/or components (e.g. glass, electron guns, deflection yokes). |
| **Sales offices** | 6 | Offices that attend to marketing of the LPD Group's products, conducts sales and provides customer support in the country in which it operates. |
| **Branch offices\*** | 4 | A branch office operates as an extension of the legal entity that owns it. Branch offices also operate as a sales office except for the UK branch. The UK branch owns operations in the UK and is owned by LG.Philips Displays Netherlands B.V. |
| **Liaison offices\*** | 2 | Operate as a sales office, conduct sales and provide customer support. |
| **Representative offices\*** | 5 | Operate as a sales office, conduct sales and provide customer support. |
| **Holding companies** | 5 | A number of the legal entities in the LPD Group structure are holding companies and their only assets are their respective shareholdings in other subsidiaries or joint venture companies. |

\*  Branch, liaison and representative offices are sales offices. Liaison and representative offices are required to satisfy more stringent compliance requirements. In some jurisdictions, the equivalent of a representative office is a liaison office.

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

LPD-NL00173547
LPD-NL00173522

### 3.2.3   Wholly Owned Companies

**Structural Issues**

We note the following with respect to the wholly owned entities within the LPD Group:

- The ultimate holding company of the LPD Group is LPD Holding, a company registered in The Netherlands. This company's only purpose is that of a holding company.

- Most of LPD's factories (excluding the China and UK factories) are held in separate legal entities incorporated in the jurisdiction for which that factory is located eg the Hranice factory in Czech Republic is owned by LG.Philips Displays Czech Republic s.r.o. ("LPD Czech Republic").

- The borrower of the Facility is LPD Holding. A number of companies in the LPD Group have also guaranteed the Facility, including many of the companies that own factories. The current guarantors are as follows:

| Current Facility Guarantors |
|---|
| P.T. LG.Philips Displays Indonesia |
| LG.Philips Displays Netherlands B.V. |
| LG.Philips Displays China B.V. |
| LG.Philips Displays Czech Republic s.r.o. |
| LG.Philips Displays Glass Germany GmbH |
| LG.Philips Displays Germany GmbH |
| LG.Philips Displays France S.A.S. |
| LG.Philips Displays Poland Sp.z.o.o. |
| LG.Philips Displays USA Inc. |
| LG.Philips Displays Finance LLC |
| LG.Philips Displays Brazil Ltda |
| LG.Philips Displays Mexico S.A. de C.V. |
| LG.Philips Displays Taiwan Ltd |

- LG.Philips Displays Korea Co., Ltd. ("LPD Korea") issued a USD1.14 billion FRN in 2001 ("the Korean FRN") due in 2006. The key issues to note with respect to the Korean FRN are as follows:

  > The Korean FRN was established to enable funds generated in Korea to be released from that jurisdiction.
  > The lender is LPD Holding.
  > The funds raised via the Korean FRN are treated by LPD as an intercompany loan transaction between LPD Korea and LPD Holding.
  > During the period 30 July 2002 to 29 September 2003, four payments totalling USD350 million were made.
  > As at 31 December 2003, the amount outstanding under the Korean FRN is USD790 million.

  Further details regarding the Korean FRN are included in Section 3.3.5 of this report.

- Sales are conducted by the respective entities located in the different countries. We note the following regarding invoicing arrangements:

---

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

> Although sales are classified based on three regions, namely Asia Pacific, Europe and the Americas, the invoicing for sales adopted by the Group is as follows:

| Products originating from | Regional Sales | Invoicing by |
|---|---|---|
| Gumi and Changwon | **Asia Pacific**<br>Korea,<br>Asia Pacific | LG.Philips Displays Korea Co., Ltd |
| Bekasi | Indonesia,<br>Asia Pacific | P.T LG.Philips Displays Indonesia |
| China Joint Venture factories | China,<br>Asia Pacific | Relevant China Joint Venture company |
| European factories | **Europe**<br>Europe | LG.Philips Displays Netherlands B.V. (Eindhoven Sales Office) |
| Gomez Palacio | **The Americas**<br>Americas | LG.Philips Displays USA Inc |
| Sao Jose dos Campos | Americas | LG.Philips Displays Brazil Ltda |

> For example, LPD Czech Republic makes a sale to a customer in Europe. An invoice under LG.Philips Displays Netherlands B.V. ("LPD Netherlands") would be issued by the sales office in Eindhoven to record the sale to the customer concerned. A receivable is then due from the customer to LPD Netherlands and an inter-company payable by the latter to LPD Czech Republic is also recorded.

**Intellectual Property**

- Pursuant to Item 9.1 Transfer and License by LGE controlled companies to LPD and Item 9.2 Transfer and License by Philips controlled companies to LPD, of the LPD JVA, it is noted that:

  > All Intellectual Property ("IP") of the LGE and Philips controlled companies exclusively or primarily related to, used or held for use in connection with the CRT Business have been transferred, directly or indirectly, to LPD on the closing date to the extent permitted by law or contracts with third parties.
  > The transfer of IP is on the basis that LGE and Philips controlled companies will retain a perpetual, royalty-free, non-exclusive license, without sublicensing rights, for all such IP that has been transferred to LPD.
  > LGE and Philips controlled companies have granted to LPD a perpetual, royalty-free, non-exclusive license, to the extent permitted by law or contracts with third parties for all IP Rights owned at the formation of LPD by the two parties related to, used or held for use in connection with their CRT Business.
  > LPD has the right to sublicense such IP Rights to any third party with which the company is contractually engaged in technical cooperation and to a LPD subsidiary which is a joint venture between the company and a third party.
  > Royalty payments payable in respect to CRT IP Rights after the closing date are attributed to LPD.

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

LPD-NL00173549<br>LPD-NL00173522

Confidential Report to the Facility Lenders

- IP is owned by LPD Holding and LPD Korea (except certain IP used under license from third parties). We also make the following comments regarding LPD's IP:

  - Under the LPD JVA, IP refers to trade secrets, proprietary information, know-how, technology, technical data, customer lists, software and the like.
  - The IP Rights relate to patents and patents application, utility models, design rights, mask work rights and copyrights and any applications.
  - The name "LG.Philips Displays" is not a registered name or trade mark.
  - Each of the entities comprising the LPD Group and also the joint ventures in China has entered into a License Agreement directly with LGE and Philips for the use of the name LG.Philips Displays. Currently there is no sub license payment that is required by each entity as long as the entity or joint venture is part of the LPD Group.
  - Except for P.T. LG.Philips Displays Indonesia ("LPD Indonesia"), LPD's joint ventures in China and Slovakia and certain contracts entered into with Alam Ara Colour Picture Tube Manufacturing Co. ("Alam Ara") in Iran, entities within the LPD Group enjoy royalty free access to LPD's IP Rights.
  - At the commencement of LPD, the registered trademarks for Rectron, Black Line, Cybertube and MiniWatt were assigned to LPD. The Flatron trademark was not assigned to LPD, nor is there a sublicensing agreement. The Miniwatt trademark was transferred as part of the Barcelona factory divestment.

- The practical effect of the above points is that:

  - LPD Group companies own the IP (eg know-how, technical ability, customer lists) used in LPD's business.
  - LPD has a license from LGE and Philips to use IP Rights (eg trademarks, patents, copyrights) on a perpetual, royalty free basis.

- The license to LPD for the IP Rights is created by virtue of the LPD JVA (ie there is no separate license agreement).

- The LPD JVA can be terminated by LGE and Philips by mutual consent (note LPD is not a party to the LPD JVA itself). It is unclear what would happen to the license if this was to occur.

**Royalties**

- LPD has certain intercompany technical support and royalty payment arrangements. In this regard, we note that:

  - A Technical Transfer and Cooperation Contract has been entered into with the China Joint Ventures. In the case of LG.Philips Shuguang Electronics Co Ltd ("LP Shuguang"), which owns the Changsha factory, there are separate agreements to cover different products.
  - Under the Technical Transfer and Cooperation Contract, LPD is generally paid a fee at either a percentage of gross turnover or, in one instance, a rate per tube.
  - LPD has entered into a License and Technical Assistance Agreement dated 1 July 2001 with LPD Indonesia in respect of granting a license to the latter as Licensee, to manufacture, produce, use, or sell, or otherwise dispose of the Licensed Products utilizing the Technical Information and/or Industrial Property Rights by Licensor in Indonesia. The license granted is a non-exclusive, non-transferable license and also without the right to sublicense.

- 25 -

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

LPD-NL00173550
LPD-NL00173522

Confidential Report to the Facility Lenders

---

> ➤ LPD Netherlands has entered into a Service Agreement and a License Agreement with LG.Philips Displays Slovakia s.r.o. ("LPD Slovakia"). These agreements expired at the end of 2003. Management has advised us that new agreements are being drafted.
> ➤ In 2003, the following royalty and technical support payments were made:

| Factory | Recipient | Description | USDm |
|---|---|---|---|
| Hua Fei (CPT) | LPD Holding | Technical assistance fee | 10.33 |
| Beijing (components) | LPD Korea | Royalty fee | 0.33 |
| Changsha | LPD Korea | Royalty | 11.15 |
| Bekasi | LPD Korea | Royalty | 12.50 |
| Bekasi | LPD Korea | Technical assistance fee | 3.08 |
| Slovakia | LPD USA | Royalty and service fee | 5.52* |
| **Total** | | | **42.91** |

\* GBP3.0 million

- We have enclosed a summary of the key terms of the technical support and royalty arrangements at **Annexure 5**.

### 3.2.4   The China Joint Ventures

- LPD holds the following interests in joint venture companies in China.

| China Joint Ventures | Description | LPD's % Holding* |
|---|---|---|
| Hua Fei Colour Display Systems Co., Ltd. | Hua Fei (CDT/CPT) | 55% |
| Nanjing Huapu Electronics Co., Ltd. | Hua Pu (CDT) | 55% |
| LG.Philips Shuguang Electronics Co., Ltd. | Changsha (CPT/CDT) | 54.06% |
| Beijing LG.Philips Electronics Co., Ltd. | Components | 69.2% |
| Nanjing Feijin Magnetic Products Co., Ltd. | Components | 91% |
| Changshu Feijin Magnetic Products Co., Ltd. | Components | 51% |
| Henan Anfei Electronic Glass Co., Ltd. | Components | 25% |

\* Includes indirect holdings

- All the joint ventures are majority owned by LPD, except for Henan Anfei Electronic Glass Co., Ltd.

- Each joint venture entered into is with a local Chinese partner. The joint venture companies are equity joint ventures through limited liability companies which are incorporated in China.

- **Importantly, whilst the China Joint Ventures in which LPD has a controlling interest are consolidated in its accounts, LPD only has access to cash from the joint ventures through dividends and technical support or royalty fees.** This has been an important element of the financial modeling performed by us with LPD, which we have commented on in Section 9 of this report.

---

- 26 -

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

---

CONFIDENTIAL

Confidential Report to the Facility Lenders

- The payment of royalty and technical support fees is referred to at Section 3.2.3 above. The following dividends have been paid by the China Joint Ventures in 2003:

| Date | Paying Entity | Factory Relates To | USDm |
|---|---|---|---|
| 22 January 2003 | Hua Fei Colour Displays Systems Co. Ltd | Hua Fei (CPT) | 5.5 |
| 27 June 2003 | LG.Philips Shuguang Electronics Co. Ltd | Changsha | 7.7 |
| | | **Total** | **13.2** |

- The terms of each joint venture are set out in separate Joint Venture Agreements ("the China JVAs"). The China JVAs set out, inter alia, the following:

  ➢ The requirement for capital contributions and entitlement to dividends.
  ➢ The rights and obligations of each joint venture party.
  ➢ The basis on which the joint venture can be dissolved or any party can sell its interest. Typically, if one party wishes to sell its interest, the other parties have a pre-emptive right to acquire that interest. If the parties cannot agree a price, the price is to be determined by a valuation committee, usually comprising an independent party and one representative from each of the joint venture parties.
  ➢ The distribution of profits. Certain of the JVAs require amounts to be set aside for a reserve fund (ie capital), enterprise expansion, bonus and welfare funds before profits can be distributed as dividends. The following amounts are required to be set aside in this regard:

| Entity | Factory Relates To | Types of Funds | Amount |
|---|---|---|---|
| LG.Philips Shuguang Electronics Co. Ltd | Changsha | Reserve, Bonus & Welfare, Enterprise Expansion | No more than a total of 12% of after tax profits |
| Beijing LG.Philips Electronics Co., Ltd | Beijing (components) | Reserve, Bonus & Welfare, Enterprise Expansion | No more than a total of 15% of after tax profits |

- A contract has been entered into by LPD for the sale of its shares in Nanjing Feijin Magnetic Products Co., Ltd. ("Nanjing Feijin") and Changshu Feijin Magnetic Products Co., Ltd. ("Changshu Feijin") together with LG.Philips Displays Poland Sp.z.o.o ("LPD Poland") as part of LPD's divestment of its deflection yoke businesses. The sale is subject to the approval of the Facility lenders. There is also some doubt as to whether the purchaser will proceed with the acquisition. We have commented on the sale further at Section 5.6.2 of this report.

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

LPD-NL00173552
LPD-NL00173522

## 3.3   Funding Arrangements

### 3.3.1   Introduction

- We have enclosed at **Annexure 6** a schedule of LPD's funding arrangements, including the China Joint Ventures provided by the company showing details of the following:

  - ➤ The borrower
  - ➤ The lenders
  - ➤ Nature of the facility
  - ➤ Terms of the facility
  - ➤ Security/guarantee provided
  - ➤ Amount outstanding as at 31 December 2003

- The utilised facilities as at 31 December 2003 totalling about USD2.1 billion can be summarised as follows:

| Funding Facilities | USDm |
|---|---|
| Syndicated Loan | 1,433 |
| China Joint Ventures | 334 |
| MIVAR FRN (Euro 200 mil.) | 249 |
| Lease Arrangements | 2 |
| Trade Financing | 73 |
| Other Facilities | 7 |
| **Total** | **2,098** |

- LPD's funding facilities can be shown as follows:



- LPD also has an internal funding arrangement with LPD Korea utilising a FRN with an outstanding amount of USD790 million as at 31 December 2003.

- LPD has also entered into a number of hedging transactions given its exposure to interest rate, foreign exchange rate and commodity price movements.

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

LPD-NL00173553
LPD-NL00173522

- We have provided below a description of the major facilities utilised by LPD including the China Joint Ventures and LPD's hedging contracts.

### 3.3.2    The Facility

- The Facility agreement dated 26 June 2001 ("the Facility Agreement") comprised two facilities, Facility A and B respectively.

- As stated in Section 3.1 of the Facility Agreement, LPD Holding as the borrower, shall apply the amounts borrowed in the following manner:

  > Facility A, towards the financing of the purchase by the Borrower of the Floating Rate Notes and/or the financing of the Acquisition.
  > Facility B, towards financing the capital expenditure and general working capital requirements of the Group and/or the financing of the Acquisition.

- "Acquisition" is defined in the Facility Agreement as "the purchase and acquisition by the Group of the Philips Glass Business (including, without limitation, shares and equity interests in the Glass Companies) and the Ancillary Assets."

- The Facility lenders and details of their share of the outstanding Facility amount are included at **Annexure 7**.

- The Facility Agreement was amended on 31 May 2002 as a result of a breach of covenants in late 2001.

- As at 31 December, 2003, the total outstanding amount for the two facilities is USD1,433 million as follows:

| Tranche | Tenure of the loan | USDm |
|---------|--------------------|------|
| Facility A | 5 year term loan | 783 |
| Facility B | 3 year revolving loan | 650 |
| | **Total** | **1,433** |

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

LPD-NL00173554
LPD-NL00173522

Confidential Report to the Facility Lenders

### 3.3.3   China Joint Ventures

- As at 31 December 2003, the outstanding borrowings attributed to the China Joint Ventures totalled USD334 million as follows:

| Type of Facility | Lender | Maturity Date of Facility | Outstanding Amount at 31 Dec 2003 USDm |
|---|---|---|---|
| **Hua Fei** | | | |
| -Soft Loan | Dutch Government | December 2013 | 16.5 |
| -Term Loan * | BoC and ICBC | August 2006 | 75.2 |
| -Revolving Credit Facility * | BoC and ICBC | August 2004 | 53.1 |
| | | | 144.8 |
| **LG.Philips Shuguang** | | | |
| -Term Loan | Korea Dev. Bank | 23 April 2005 | 60.0 |
| -Revolving Credit Facility | Korea Dev. Bank | 23 November 2004 | 10.0 |
| -Overdraft Facility | BoCom | | 3.5 |
| -Term Loan | CCB | December 2006 | 12.0 |
| -Term Loan | CCB | January 2008 | 12.1 |
| -Short Term Loan | BoC | | 10.0 |
| -Term Loan | BoC | March 2006 | 70.1 |
| | | | 177.7 |
| **Beijing LG.Philips** | | | |
| -Term Loan * | ICBC | December 2004 | 4.0 |
| -Revolving Credit Facility * | ICBC | August 2004 | 3.6 |
| | | | 7.6 |
| **Nanjing Feijing Magnetic** | | | |
| -Revolving Credit Facility | BoC | November 2004 | 4.2 |
| | | | 4.2 |
| | | Total | 334.3 |

* Facility secured by way of asset pledge.

- Hua Fei Colour Display Systems Co., Ltd. has pledged its assets to Bank of China and the Industrial and Commercial Bank of China for a Term Loan and Revolving Credit Facility of RMB996 million and RMB830 million respectively.

- Beijing LG.Philips Electronics Co., Ltd. has pledged its assets to the Industrial and Commercial Bank of China for a Term Loan and Revolving Credit Facility of RMB30 million and USD4 million respectively.

- We have been advised by management that assets pledged for these facilities, comprise land, buildings and equipment of the respective joint ventures.

- LPD Holding is a guarantor for the Term Loan and Revolving Credit Facility granted by the Korea Development Bank to LP Shuguang up to the amounts of USD60 million and USD10 million respectively.

### 3.3.4   MIVAR FRN

- LPD Finance issued the MIVAR FRN for EUR200 million on 9 July 2002 payable on 30 June, 2007.

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

LPD-NL00173555
LPD-NL00173522

Confidential Report to the Facility Lenders

---

- The key terms and conditions of the MIVAR FRN are as follows:

| MIVAR FRN: Summary of terms and conditions | |
|---|---|
| Principal Amount | Euro 200 million |
| Lender | MIVAR |
| Issuer | LG.Philips Displays Finance LLC |
| Guarantor | Irrevocably guaranteed by LG.Philips Displays Holding B.V. |
| Issue Date | 9 July 2002 |
| Maturity | 30 June 2007 |
| Interest | 6-month Euribor + 2.625%, payable semi-annually on 30 June and 31 December each year. |
| Security | Nil |
| Status of the Notes | Unconditional and unsecured |
| Negative Pledge | YES |
| Listing | Luxembourg Stock Exchange |
| Governing Law | English Law |

- The negative pledge stipulates that LPD Finance will not create or have outstanding any mortgage, charge, lien, pledge or other security interest upon, or with respect to, any of its present or future business, undertaking, assets or revenues to secure any relevant indebtedness. "Indebtedness" is defined in a limited way so as to exclude loans such as the Facility.

- The MIVAR FRN documentation contains cross defaults with the Facility Agreement with respect to payment defaults only.

### 3.3.5   LPD Korea Floating Rate Note ("Korean FRN")

- LPD Korea issued the USD1,140 million Korean FRN in 2001 with a final maturity of 2006.

- The amount raised from the FRN is treated by LPD as an inter-company loan transaction between LPD Korea as the borrower and LPD Holding as the lender.

- The purpose of the Korean FRN is to enable funds to be distributed from Korea given foreign exchange restrictions on the payment of funds from Korea.

- The key aspects of the Korean FRN are as follows:

| Korean FRN: Summary of terms and conditions | |
|---|---|
| Facility Amount | USD1,140 million |
| Lender | LG.Philips Displays Holding B.V. |
| Issuer | LG.Philips Displays Korea Co. Ltd |
| Guarantor | N/A |
| Issue date | 26 June 2001 |
| Maturity | 2006 |
| Interest Rate | L+1.25% |
| Security | Nil |
| Status of the Notes | Unsecured and unsubordinated |
| Negative Pledge | N/A |
| Listing | N/A |
| Governing Law | Dutch Law |

---

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

Confidential Report to the Facility Lenders

- LPD Korea has made four payments totalling USD350 million during the period 30 July 2002 to 29 September 2003 as follows:

| Payment Date | USDm |
|---|---|
| 30 July 2002 | 100 |
| 27 December 2002 | 100 |
| 29 May 2003 | 100 |
| 29 September 2003 | 50 |
| **Total** | **350** |

- LPD obtained approval from the syndicated bank group for payment of up to USD200 million in respect of the Korean FRN, prior to the second payment.

- A further payment of USD50 million was made during January 2004. Accordingly, as at 31 January, 2004, the amount outstanding is USD740 million.

- Although the Korean FRN itself has unsecured obligations, the borrower (i.e. LPD Holding) by way of assignment has assigned security over the FRN to the Facility Lenders.

- In the event of a default by LPD pursuant to the Facility, the Facility lenders could enforce their rights under the assignment.

- Any repayment by LPD Korea under the Korean FRN would then be paid to the Facility lenders rather than LPD Holding.

- Alternatively, the Lenders could choose to enforce their rights over the shares of LPD Korea pledged as security for the Facility.

### 3.3.6   Leasing Arrangements

- LG.Philips Displays France S.A.S. is involved in a number of capital leasing arrangements relating to the leasing of hardware as follows:

| Lender | Term of Facility | Outstanding Amount at 31 Dec 2003 EUR '000 |
|---|---|---|
| Agence De L'eau Seine-Normandie | from 2003 to 2012 | 11.7 |
| Europe Computer Systemes | from 2001 to 2004 | 1,414.4 |
| Databail | from 2001 to 2003 | 24.3 |
| IBM | from 2001 to 2003 | 45.0 |
| **Total** | | **1,495.4** |

- The amount outstanding as at 31 December 2003 of approximately EUR1.5 million is equivalent to USD1.86 million.

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

LPD-NL00173557
LPD-NL00173522

Confidential Report to the Facility Lenders

### 3.3.7    Trade Financing

- As at 31 December 2003, the outstanding trade financing facilities provided to companies within the LPD Group (on a recourse basis) totalled USD69.11 million as follows:

| Trade Financing | Lender | Outstanding Amount 31 Dec 2003 USD Million |
|---|---|---|
| **LG.Philips Displays USA Inc.** | | |
| -Trade Finance Facility | ABN AMRO | 30.26 |
| **LG.Philips Displays Korea Co., Ltd.** | | |
| -Short Term Trade Finance | Woori Bank | 12.26 |
| -Short Term Trade Finance | CHB | 3.15 |
| -Short Term Trade Finance | Korea Dev Bank | 0.57 |
| -Short Term Trade Finance | Shinhan Bank | 12.55 |
| -Trade Finance, Overdraft & Working Capital | Koram Bank | 6.24 |
| -Trade Finance, Overdraft & Working Capital | Koram Bank | 4.08 |
| | | 38.85 |
| | **Total** | **69.11** |

- LPD Holding provided an umbrella facility guarantee for a maximum amount of USD65 million to ABN AMRO which includes the USD30.26 million trade financing facility granted to LG.Philips Displays USA Inc ("LPD USA").

- LPD Holding is also a guarantor for the following trade financing facilities with nil outstanding amounts as at 31 December 2003:

  ➢ USD5 million facility in favour of LPD USA from Comerica.
  ➢ USD2 million facility in favour of LG.Philips Displays Brazil Ltda from ABN AMRO.

- The following is a summary of entities under the LPD Group involved in discounting receivables.

| Entity | Comments | Outstanding at 31 Dec. 2003 USDm |
|---|---|---|
| LG.Philips Displays Korea Co., Ltd | Receivables | 87 |
| Hua Fei Colour Display Systems Co., Ltd. | Promissory Notes | 96 |
| LG.Philips Shuguang Electronics Co. Ltd | Promissory Notes | 112 |
| LG.Philips Displays Netherlands B.V. | Receivables from Philips | 31 |
| LG.Philips Displays USA Inc. | Receivables from Philips | 16 |
| | **Total** | **342** |

- Except for USD39 million for LPD Korea and USD4 million for LP Shuguang, the above are on a non-recourse basis and are treated off-balance sheet.

- All remaining amounts relate to receivables which have already been discounted with different due dates.

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

LPD-NL00173558
LPD-NL00173522

Confidential Report to the Facility Lenders

### 3.3.8   Other Facilities

- Other outstanding borrowings and guarantees by the LPD Group companies comprised the following:

  - ➢   Payment guarantee for metal transactions
  - ➢   Loan for energy saving equipment
  - ➢   Mortgage loan

| Type of Facility | Lender | Maturity of Facility | Outstanding Amount 31 Dec 2003 USD Million |
|---|---|---|---|
| **LG.Philips Displays Netherlands** - Payment guarantee for metal transaction | Sumitomo Europe Plc | 5 March 2004 | 0.41 |
| **LG.Philips Displays Korea** - Loan for energy saving equipment | Korea Development Bank | n/a | 0.26 |
| **LG.Philips Displays USA** - Mortgage Loan | First Security Bank | 2006 | 6.33 |
| | | **Total** | **7.00** |

- The payment guarantee provided to Sumitomo Europe Plc by LPD Netherlands relates to metal transactions and the amount outstanding under this facility as at 31 December 2003 is USD406,231.

- LPD Holding is a guarantor for an amount of USD11 million and the last metal transaction was scheduled to be completed on 5 March 2004.

- The mortgage loan from First Security Bank was taken over by LPD USA as part of a legal settlement with Delafoil-Ohio.

- The other facilities for which LPD Holding is a guarantor with nil outstanding amount as at 31 December, 2003 comprise:

  - ➢   A short-term overdraft facility of EUR1.5 million in favour of LG.Philips Displays Slovakia s.r.o. from CSOB.
  - ➢   A short-term overdraft facility of EUR4.0 million in favour of LPD Czech Republic from CSOB.

- The LPD Holding guarantee for the two facilities is due to expire on 25 June, 2004 and 15 January, 2005 respectively.

### 3.3.9   Hedging Transactions

**Foreign Exchange Hedging Policy**

- LPD operates in a global environment in which it is exposed to volatility of interest rates, foreign exchange rates and commodity prices. The value of LPD's assets and liabilities are exposed to exchange rate fluctuations.

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

Confidential Report to the Facility Lenders

- LPD is exposed to currency risks in the following areas:

  - ➢ Transaction exposures arising from transactions denominated in currencies other than the functional currencies of the local entities.
  - ➢ Translation exposures of non-functional currency-denominated external debt of the LPD.
  - ➢ Translation exposures of non-functional currency-denominated inter-company loans to LPD's subsidiaries.
  - ➢ Translation exposures of non-functional currency-denominated equity investments.

- Management has advised that LPD follows a policy of hedging transaction exposures and translation exposures in respect of non-functional currency-denominated external debt and inter-company loans. Management has further advised that this hedging policy has been applied consistently since the commencement of LPD and follows that of Philips (and many other companies), which reduces the volatility of earnings in the income statement arising from foreign exchange movements.

- A Risk Management Committee which is responsible for LPD's hedging policy and monitoring its hedging operations comprises the following members:

  - ➢ Chief Financial Officer;
  - ➢ Corporate Treasurer; and
  - ➢ Corporate Controller.

- A weekly report is circulated to members of the Risk Management Committee for their review. The Committee members assess the results of the hedging operations and make decisions or directions as appropriate.

- Corporate Treasury at the operational headquarters provides guidance and directions to local Controllers and Treasurers in relation to hedging policy and execution.

- The Treasuries in LPD Brazil, LPD Indonesia and LPD Korea have authority to hedge foreign currency exposure denominated in other currencies in respect of receipts and payments. Management has advised that the combined notional amount of foreign currency exposure relating to the three entities as at 31 December 2003 was approximately USD16 million.

- Except for the above arrangement, all hedging of foreign exchange exposures are arranged by Corporate Treasury on behalf of the respective entities. The hedging of translation exposures on foreign currency external debt and inter-company loans is arranged by Corporate Treasury.

- Management has advised that the hedging activities of LPD follows the established hedging policy and the instruments used (ie forward contracts with maturities of up to 9 months) were effective for hedging purposes at the time of execution. However, the significant movements in market exchange rates subsequent to the execution of the hedges have resulted in unforeseen negative cash flow impacts on LPD.

- To reflect the underlying nature of the long-term inter-company loans, LPD has made arrangements to convert them into subordinated loans. According to LPD, the conversion may reduce the need for hedging translation exposures as the translation results for the subordinated loans will not have any impact on earnings in the income statement in accordance with US GAAP.

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

Confidential Report to the Facility Lenders

**Foreign Exchange Facilities**

- The foreign exchange facilities granted by banks to LPD include forward contracts, interest rate swaps and derivative transactions.

- As at 31 December 2003, the total notional amount of facilities utilised for foreign exchange forward contracts was USD552 million held with 6 separate institutions.

- Management has advised that as at 31 December 2003, LPD is involved only in forward contracts.

**Foreign Exchange Exposure**

- As at 31 December 2003, the LPD Group maintained the following outstanding foreign exchange forward hedging transactions for translation exposures. Details relating to these transactions are included at **Annexure 8**.

| Nature of transaction | Bought | Sold | Revaluation Profit/(Loss) |
|---|---|---|---|
| **[1]**  Inter-company   Loan Hedge | Million | Billion | Million |
| Bought €, Sold CZK | | | |
| Deal ref. 7729, 4694, 5902 | €86.44 | CZK2.73 | €2.18 |
| Deal ref. 4453, 4454, 8133 | €37.33 | CZK1.18 | €1.09 |
| Deal ref. 5875 | €25.60 | CZK0.81 | €0.61 |
| Sub Total | €149.37 | CZK4.72 | €3.88 |
| | | | ~USD4.83 |
| **[2]** Close-out of Hedge | Million | Million | Million |
| Bought CZK, Sold € | CZK1,176.71 | €36.44 | (€0.20) |
| Deal ref. 2364, 2365 | | | ~USD0.25 |
| **[3]**  Inter-company   Loan Hedge | Million | Billion | Million |
| Bought USD, Sold CZK | | | |
| Deal ref. 7728, 521 | USD50.86 | CZK1.44 | (USD4.15) |
| Deal ref. 554 | USD20.00 | CZK0.57 | (USD1.97) |
| Sub Total | USD70.86 | CZK2.01 | (USD6.12) |
| **[4]**  Inter-company   Loan Hedge | Million | Million | Million |
| Bought USD, Sold € | | | |
| Deal ref. 266 | USD44.24 | €40.00 | (USD5.49) |
| Deal ref. 172, 607 | USD84.36 | €75.00 | (USD8.78) |
| Deal ref. 192, 205 | USD55.03 | €50.00 | (USD6.96) |
| Sub Total | USD183.63 | €165.00 | (USD21.23) |
| **[5]**  Intercompany   Loan Hedge | Million | Million | Million |
| Bought €, Sold USD | | | |
| Deal ref. 1567 | €50.00 | USD58.32 | USD3.71 |

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

LPD-NL00173561
LPD-NL00173522

Confidential Report to the Facility Lenders

| Nature of transaction | Bought | Sold | Revaluation Profit/(Loss) |
|---|---|---|---|
| [6] Intercompany Loan Hedge Bought USD, Sold £ | Million | Million | Million |
| Deal ref. 8123, 171, 2327 | USD72.99 | £45.00 | USD6.28 |
| Deal ref. 8125 | USD8.00 | £5.00 | USD0.84 |
| Deal ref. 1566 | USD50.18 | £30.00 | USD2.50 |
| Sub Total | USD131.17 | £80.00 | (USD9.62) |
| | | | |
| [7] Intercompany Loan Hedge Bought USD, Sold SKK | Million | Million | Million |
| Deal ref. 2329, 105 | USD21.26 | SKK790 | (USD2.63) |
| Total | | | (USD30.3) |

- All outstanding hedging contracts are plain vanilla currency forward contracts. These involved a binding obligation to buy or sell a certain amount of foreign currency at a pre-agreed rate of exchange, on or before a certain date.

- The forward transactions [1], [2] and [3] relate to a net inter-company loan of CZK5.9 billion (~USD223.5 million, @ 26.4) from LPD Holding to LPD Czech Republic in respect of the Hranice plant. Arising from this loan, LPD Holding has a long position in the Czech Krona ("CZK") and therefore entered into hedging into Euro ("€").

- Management advised because of over-hedging, transaction [2] was subsequently closed-out, i.e. the forward contract was settled prior to the maturity date.

- In the second quarter of 2003, LPD changed its functional currency from € to USD for the following reasons:

    ➤ LPD's operational currency is predominantly USD; and
    ➤ the bulk of LPD's loans is in USD (e.g. the USD2 billion syndicated loan).

- As a result of the change in functional currency, LPD entered into foreign currency forward contracts between the € and USD (refer to transaction [4] and [5]). Thereafter, forward contracts were executed between USD and the respective local currency.

- The LPD Group operates a cash pool through its office in Eindhoven. The forward hedging contracts [6] and [7] relate to inter-company loans derived from this pool as follows:

    ➤ The forward contracts between £ and USD relate to loan and advances of approximately £84 million (~USD148.7 million @ 1.77) from LPD to the U.K. entities.
    ➤ The forward contracts between USD and Slovakia Krona ("SKK") relate to loans and advances of approximately SKK852 million (~USD25.7 million @ 33.11) from LPD to LPD Slovakia.

- As at 31 December 2003, based on a revaluation of all the above forward contract transactions, LPD could possibly incur a cash loss of USD30.3 million.

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL
LPD-NL00173562
LPD-NL00173522

- Other than the close-out transaction [2] where LPD suffered a loss of USD0.25 million, whether LPD would ultimately incur a loss of USD30.3 million or otherwise would depend on the exchange rate movement.

- Management has advised that notwithstanding the potential cash loss, there will be little impact on net income since such loss will be offset by the translation gain on the underlying exposures.

## 3.4  MIVAR

As noted at part 3.3.4 above, LPD Finance is indebted to MIVAR for EUR200 million (approximately USD250 million at current exchange rates) by way of a FRN guaranteed by LPD Holding.

MIVAR is a private investor engaged in other business activities based in Italy. MIVAR's main business is that of a television manufacturer and distributor to the local Italian market. In this regard, we understand that MIVAR has approximately 20% market share in Italy.

MIVAR is controlled by an individual who we understand has been running the business for over 50 years. MIVAR is therefore not a typical finance creditor that the lenders may be accustomed to dealing with in a debt restructuring.

Reaching agreement as to the terms of the debt restructuring with MIVAR has been a critical and difficult part of the debt restructuring negotiations to date. In this regard, LPD had reached an in principle agreement with MIVAR in December 2003 for it to agree to an extension of repayment terms, however MIVAR has subsequently retracted from this position. At the time of writing, discussions are ongoing between LPD and Philips on behalf of the shareholders with MIVAR to reach agreement on a position acceptable to all stakeholders.

The Steering Committee has also had discussions regarding a proposal to enable the debt restructuring to proceed without the agreement of MIVAR.

We have commented further with respect to the position of MIVAR throughout the debt restructuring process at section 8.2 of this report.

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

LPD-NL00173563
LPD-NL00173522

# INDUSTRY ANALYSIS

## 4.1   Introduction

CRTs have dominated the display industry for over fifty years. It is only in very recent years that the dominance of CRTs has been challenged – by LCDs and, to a lesser extent, PDPs.

CRTs still retain a number of advantages over these competing technologies, which will ensure that a viable market still remains for the best CRT manufacturers. In particular, CRTs offer the best price/quality product available on the market today.

CRTs are a mature industry and the CRT industry displays many characteristics normally associated with mature industries eg declining revenue, industry consolidation, highly competitive, drive to reduce costs.

The industry analysis for CRT television tubes (CPTs) and monitor tubes (CDTs) shows that they will decline in terms of both volume and ASPs. The difficulty is predicting the speed of that decline. In the sections below we highlight the key issues facing the CRT industry and the reasons for its decline. We have analysed CPTs and CDTs separately.

The majority of the analysis performed by us has been sourced from SRIC-BI, Stanford Resources ("SR") and Display Search ("DS"). LPD typically considers such research in preparing its forecasts but also reflecting its own view of the industry.

We have made certain comments below regarding the industry forecast vis a vis the position of LPD however, we have commented in far greater detail with respect to the forecasts adopted by LPD and the reasonableness of the forecasts in section 9 of this report.

We would like to point out early in this analysis that it is a fallacy to suggest that CRTs are "dead". In this regard, we note that 95% of all televisions sold in 2003 were CRT televisions. This figure is estimated to be 80% by 2007. Whilst the position of CRT monitors is not as strong as CRT televisions, there is still expected to be a viable market into the future.

The critical issue for CRT manufacturers is to be efficient and to reduce costs so that adequate margins can be achieved.

It is not the purpose of this report to detail the development of CRTs and LCDs over time, however we have attached at **Annexure 9** a brief overview of the display industry from a historical perspective that may be useful to some readers.

## 4.2   Reasons for the Decline of CRTs

CRTs are bulky, heavy and power hungry. There is now new technology available, which uses far less space, has sharper images and is lighter. For these reasons, together with a growing perception that the new technology must be better, LCDs and PDPs are taking market share from CRTs.

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

LPD-NL00173564
LPD-NL00173522

The comparative advantages of CRTs and LCDs are as follows:

| CRT Advantages | LCD Advantages |
|---|---|
| ➢ Better response time for video applications | ➢ Sharper image (for jumbo televisions) |
| ➢ Wider viewing angle | ➢ Uses less space |
| ➢ Broader colour gamut | ➢ Lighter |
| ➢ Better display of multiple resolutions | ➢ (Arguably) lower cost over life |
| ➢ Lower initial cost | ➢ Favourable environmental impact |
| ➢ Excellent price/quality | |

LCDs also benefit from far superior "image value" given they are generally considered to be superior to CRTs simply because LCDs are a newer technology.

Some of the other reasons put forward by industry analysts for the greater than originally expected decline in CRTs are as follows:

- The aggressive pricing adopted by LCD manufacturers, who have been prepared to absorb lower or even negative margins for short periods to capture market share from CRT manufacturers.

- The faster than expected improvements in LCD technology eg improvement of viewing angles. There are now instances where purchasers of notebook computers are requesting notebooks with more limited viewing angles so other people next to them, on planes for example, cannot see their work.

- The faster than expected decline in LCD prices driven by real and artificial cost reductions and efficiency improvements.

- The (recently) improving world economy. The adoption rate of LCDs to replace CRTs is expected to gain momentum with the generally improving global economy.

As we will highlight further below, the speed of the decline in CRTs is difficult to predict. Whilst many analysts have previously underestimated the decline in CRTs, the reverse may now be occurring with respect to CRT monitors whereby some analysts are forecasting the more rapid decline of CRT monitors than certain fundamental indicators may suggest.

## 4.3   CPTs

### 4.3.1   Demand for Televisions

**Global Demand**

Global demand for televisions is expected to increase in the foreseeable future. This demand is driven by growing populations, replacement of older televisions and greater wealth, particularly in developing countries. Demand for televisions is driven by consumer demand.

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

LPD-NL00173565
LPD-NL00173522

Global demand for televisions for all technology types in volume and (retail) revenue forecast by Stanford Resources and SRIC-BI can be shown as follows:



ASPs are also forecast to increase during this period by a nominal amount only (ie for all technology types), however this will primarily be due to larger screen FPDs.

**Demand by Technology Type**

SRIC-BI has forecast that CRT televisions' share of global television demand will fall from 95% in 2003 to 79% in 2007. This is similar to Stanford Resources, which forecasts CRT demand at 80% of total CPT demand by 2007. Total demand volume forecasts can be shown as follows:



This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

LPD-NL00173566
LPD-NL00173522

Confidential Report to the Facility Lenders

The Stanford Resources forecast for 2003 was prepared during the year and given the timing of its preparation, appears to have been impacted by SARS.

Display Search has a greater negative long term outlook for CRT televisions given its view that LCD televisions will drive the replacement market at strong levels.

### 4.3.2   ASPs

**ASPs by Technology Type**

The extent of ASP erosion will be driven by the degree of competition by both LCD and CRT manufacturers. It is important for CRT manufacturers to maintain a reasonable price differential advantage over LCD manufacturers.

Stanford Resources' forecast ASPs for televisions by technology type can be shown as follows:



Please note that the above ASPs are based on forecast retail ASPs and should not be compared to LPD's ASPs which relate to the price charged to its customers for the manufactured tubes only.

The graph highlights the narrowing of ASPs between the different display technologies, however, even in 2007 there is still a clear price advantage to CRT televisions.

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

LPD-NL00173567
LPD-NL00173522

Confidential Report to the Facility Lenders

### ASPs for CRT Televisions

A comparison of ASP erosion forecasts by SRIC-BI and Stanford Resources of CRT televisions is as follows:



These forecasts are generally consistent, indicating ASP erosion of 3% to 5% per annum. Whilst these price erosion forecasts are at a retail level, the effect for CRT television manufacturers is likely to be similar.

### Price Points

Reaching certain "price points" is considered critical to changing consumer demand. For instance, some analysts are of the view that once LCD ASPs fall to USD1,000, this point will be the critical point that will drive substantial increased demand.

It is worthwhile to consider some statistics however:

- In 2003, about 90% of all televisions were sold for less than USD500 (retail) and about 60% of all televisions were sold for less than USD250 (retail).

- LCD television ASPs are now approaching the USD1,000 (retail) mark.

We note however that in many markets, and particularly in developing markets, consumers will still be very price conscious and a sleek looking LCD priced around USD1,000 will not be relevant to their buying decision.

In this regard, LCD televisions will need to change the history of consumer demand patterns for televisions before they will become more dominant than CRT televisions.

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

LPD-NL00173568
LPD-NL00173522

Confidential Report to the Facility Lenders

LPD's own research shows the history of consumer spending on televisions as follows:



With respect to this graph please note:

- The second red line commencing in 1993 reflects the introduction of FPDs into the market. That line represents the average price for all televisions including CRTs and FPDs. The longer continuous red line reflects average prices for CRT televisions only.

- The graph relates to the US market only but is considered by LPD to be indicative of the global market.

- The graph indicates that historically, television prices stay at around USD300. Accordingly, it can be argued that until LCDs and PDPs can drop their ASPs substantially further, the market will not abandon CRTs as it will result in the average price increasing well above the USD300 mark.

- Some of the other movements in the average price line over time reflect technological developments eg colour television in the 1960s. Despite such technological changes, the average price tends to revert back to around USD300 shortly afterwards.

- CRT television prices declined dramatically following the introduction of FPDs in the early 1990s. The sharp CRT television price rise in 1996/97 reflects the introduction of flat screen CRTs, especially the Sony Trinitron.

In view of the above, whilst LCD televisions will continue to make inroads to the market share of CRT televisions, they are not about to displace CRT televisions as the dominate form of display given the decreasing but still very substantial price differential.

CRT television manufacturers are likely to lose a greater portion of their revenue from competition amongst their own industry as manufacturers fight for market share of a declining market that is experiencing over supply. For instance, a company such as SDI will seek to use its superior efficiency advantage to drive out other competitors to gain market share and dominate the CRT industry.

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL
LPD-NL00173569
LPD-NL00173522

### 4.3.3   CRT Television Screen Size

We consider it useful to consider expected demand and ASPs by screen size given that certain industry participants are focusing increasingly on production of larger screen televisions.

For your reference, screen sizes are determined as follows:

| Screen Classification | Screen Sizes |
|---|---|
| Small | 14" to 18" |
| Medium | 19" to 24" |
| Large | 25" to 30" |
| Jumbo | 32" + |

**Volume**

We have shown below a graph of expected demand for televisions by screen size for all technologies for 2003 and 2007 based on forecasts by Stanford Resources:



LPD's expected gross margins as a percentage of sales in 2003 for different screen types prepared from its Strategy Review model are:

| Screen Type | GM% |
|---|---|
| Small/Medium | 4.0 |
| Large/Jumbo | 7.9 |
| Wide Screen* | 13.5 |

\* Wide screen televisions are large and jumbo in size

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

LPD-NL00173570
LPD-NL00173522

Confidential Report to the Facility Lenders

The expected global demand for different CPT screen sizes compared to LPD's expected production is as follows:

| | 2003 | | | | 2007 | | | |
| | LPD | | SR Forecast | | LPD | | SR Forecast | |
| | Production Volume '000s | % Prod'd | Production Volume '000s | % Prod'd | Production Volume '000s | % Prod'd | Production Volume '000s | % Prod'd |
|---|---|---|---|---|---|---|---|---|
| Small | 7,583 | 18.8 | 32,240 | 21.3 | 5,410 | 14.4 | 26,063 | 16.3 |
| Medium | 14,578 | 36.1 | 58,526 | 38.6 | 14,125 | 37.6 | 64,510 | 40.3 |
| Large | 16,124 | 39.9 | 48,041 | 31.7 | 15,460 | 41.2 | 46,879 | 29.3 |
| Jumbo | 2,110 | 5.2 | 12,724 | 8.4 | 2,541 | 6.8 | 22,635 | 14.1 |
| Total | 40,395 | 100.0 | 151,531 | 100.0 | 37,536 | 100.0 | 160,087 | 100.0 |

The above table indicates that LPD's production is broadly in line with market demand by screen size, although LPD has a greater focus on large CPTs with less production of jumbo CPTs.

**Revenue**

ASPs are expected to fall more quickly for larger screen CPTs given greater ability to reduce production costs and greater competition from LCDs and PDPs.

Forecast revenue by screen size compared to LPD's expected revenue in 2003 and 2007 can be shown as follows:

| | 2003 | | | | 2007 | | | |
| | LPD | | SR Forecast | | LPD | | SR Forecast | |
| | Revenue USDm | % of total | Revenue* USDm | % of total | Revenue USDm | % of total | Revenue* USDm | % of total |
|---|---|---|---|---|---|---|---|---|
| Small | 180 | 6.3 | 4,194 | 8.6 | 100 | 4.7 | 2,337 | 5.5 |
| Medium | 634 | 22.1 | 11,369 | 23.3 | 486 | 22.9 | 11,668 | 27.5 |
| Large | 1,517 | 52.9 | 21,134 | 43.3 | 1,152 | 54.4 | 15,107 | 35.6 |
| Jumbo | 535 | 18.7 | 12,073 | 24.8 | 380 | 18.0 | 13,351 | 31.4 |
| Total | 2,866 | 100.0 | 48,770 | 100.0 | 2,118 | 100.0 | 42,463 | 100.0 |

* SR Forecast revenue refers to retail revenue

The above table indicates that LPD's revenue is again broadly in line with market revenue by screen size with a greater percentage of LPD's revenue coming from large screen televisions than for the market as a whole. LPD generates over 70% of its revenue from large and jumbo screen televisions. Revenue by screen size is expected to be fairly consistent over time for LPD.

**4.3.4   Other Issues – CPTs**

It is possible to perform various other industry analysis for CPTs eg analysis by region, faceplate (ie curved or flat), screen format (widescreen or conventional), however in our view this is greater detail than necessary to analyse the industry and LPD's position.

We do note the following, however, by way of observation:

- On a regional basis, market share by volume is fairly evenly held by Europe, USA and China (approximately 20% each). China, India, Africa and other Asian countries are expected to gain market share into the future.

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

LPD-NL00173571
LPD-NL00173522

- Market share by value is held by Europe (26%), followed by USA (22%) and China (17%). Asia and USA are the only regions expected to increase their share of market value.

- The highest ASPs for CRT televisions are recorded in Japan, followed by Europe and the USA, reflecting preferences for larger screen products.

- There is a strong trend towards flat screen CRT televisions. In 2003, flat screen CRT televisions represented about 28% of CRT televisions by volume and 40% by value. By 2007 flat screen CRT televisions are expected to represent about 54% of volume and 75% of value.

- Wide screen CRT televisions currently represent about 7% of CRT televisions by volume, increasing to about 14% by 2007. Wide screen CRT televisions have higher ASPs.

### 4.3.5   Summary – CPTs

- Industry forecasts obtained by us are reasonably consistent in their estimates of future television demand and CRT's share of that demand.

- There is also general consistency in forecast ASP erosion of about 3% to 5% per annum.

- LCDs are forecast to continue to reduce the price differential with CRTs but are still forecast to be more than double the cost of CRTs in 2007.

- Demand has been shifting towards larger screen products. LPD's current and forecast production patterns are consistent with forecast trends although LPD does not participate in rear projection CRTs (which are mainly jumbo televisions).

## 4.4   CDTs

### 4.4.1   Demand for Monitors

**Global Demand**

The computer industry suffered a downturn in the industry during 2001 and has only recently demonstrated signs of a recovery in the second half of 2003. Global demand for computer monitors is expected to increase over the next 2 years, however only slightly in 2004 with stronger forecast demand for 2005. Demand for monitors is driven by corporate sector demand.

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

LPD-NL00173572
LPD-NL00173522

Confidential Report to the Facility Lenders

Forecast global demand by SRIC-BI for monitors for 2003 to 2007 (with Display Search forecasts for 2003 to 2005) can be shown as follows:



## Demand by Technology

There is reasonable variation in analyst forecasts for the extent of decline of CRT monitors over the next few years. Industry forecasts of volume demand can be shown as follows:



Please note that SRIC-BI is more "bullish" on CRT demand than Stanford Resources over the forecast period. In this regard, SRIC-BI considers that the decline of CRT CDTs will not be as rapid as some analysts suggest for the following reasons:

- LCD manufacturers are currently facing component shortages, which are likely to continue in the short to medium term.

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

LPD-NL00173573
LPD-NL00173522

Confidential Report to the Facility Lenders

- This position is exacerbated by a diversion of resources by LCD manufacturers to televisions at the expense of monitors, which reduces pressure on CRT manufacturers to lower ASPs for monitors.

- The component shortages faced by LCD manufacturers is increasing their costs, thereby alleviating ASP pressure on CRT manufacturers.

- There is greater industry consolidation of CRT monitor manufacturers, thereby reducing competition amongst CRT monitor manufacturers.

Stanford Resources' forecast decline of CRT monitors is more severe. This forecast appears predicated on the view that LCD monitor prices are expected to decline at a faster rate thereby reaching a point where consumers will be indifferent to the price differential and choose LCDs. In addition, Stanford Resources is of the view that there will not be any significant move toward larger screen CRT monitors as there is for CRT televisions as consumers will favour LCD monitors. Stanford Resources does note that its forecasts are dependent on the current LCD component supply shortages being resolved in the short term.

### 4.4.2   ASPs for Monitors

**ASPs by Technology Type**

The price differential for LCD and CRT monitors is far less than for televisions. This reduced gap and corporate buying preferences is driving the greater demand for LCD monitors over CRT monitors. The smaller sized screens that are preferred for monitors compared to televisions has allowed that price differential to reduce to a greater extent.

Research from Display Search indicates a distinct narrowing of the price differential even over a short period of time as follows:

|  | Q3 2002 USD | Q4 2002 USD | Q1 2003 USD | Q2 2003 USD | Q3 2003 USD |
|---|---|---|---|---|---|
| LCD Monitors | 553 | 504 | 479 | 426 | 403 |
| CRT Monitors | 214 | 204 | 209 | 184 | 180 |
| Differential (retail) | 339 | 300 | 270 | 242 | 223 |

Even though CRT monitors are less than half the price of LCD monitors, demand for LCD monitors is now similar to CRT monitors given:

- The price points have achieved sufficiently low levels that the differential has less relevance.

- Corporate buying preferences are less price conscious than consumers.

- The greater space savings provided by LCD monitors are more of an advantage in an office environment than in the home.

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

LPD-NL00173574
LPD-NL00173522

### ASPs for CRT Monitors

There is less data available to us with respect to expected ASP erosion, however SRIC-BI forecasts ASP erosion of 12.5% in 2004 reducing to a 5% decline by 2007. The forecast retail ASP erosion available to us can be shown as follows:



With respect to the above, we note that there is again a divergence of views amongst analysts, highlighting the difficulty in forecasting the future decline of the CDT industry.

Despite the above ASP erosion relating to retail prices, it is appropriate to apply similar trends to ASP erosion for CRT monitor manufacturers given retailers will seek to pass on such reductions.

ASP erosion for CRT monitors may be favourably affected by the component shortages facing LCD manufacturers in the short to medium term.

### 4.4.3   Other Issues – CDTs

There is various data available with respect to forecasts for CRT monitors by screen size and region. We do not intend to analyse these forecasts in detail in this report, however we make the following observations:

- On a regional basis, the USA has the greatest market share of volume and revenue at about 28% and 31% respectively, followed by Europe with 24% and 25% of volume and revenue respectively.

- The market share of both the USA and Europe is expected to decline over time, particularly with respect to Europe.

- With respect to CRT monitor demand by screen size, 17" and 15" screen sizes currently dominate, holding 64% and 26% of market share volume respectively, and are forecast to change to 61% and 31% respectively in 2005. LPD's production is consistent with this trend with 17" and 15" screens currently representing about 70% and 24% of LPD's production respectively.

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

LPD-NL00173575
LPD-NL00173522

### 4.4.4   Summary - CDTs

- The decline in CRT monitors appears to be more difficult to predict than for CRT televisions.

- CRT monitor ASPs have reduced substantially in recent years and LCDs have had a substantial impact.

- LCDs are currently facing component supply shortages and greater resources of LCD manufacturers are being directed to televisions which may help reduce ASP erosion and support demand for CRT monitors.

## 4.5   Supply Considerations

Given that CRTs are a mature industry, there will not be any risk of shortage of supply of CRTs. Indeed, analysts estimate that CRTs are generally oversupplied by 10% to 20% currently. This has particularly been the case for CRT monitors, which have also been impacted by a downturn in the computer industry.

Given the general oversupply of CRTs, LPD took measures during 2003 to reduce its inventories to bring them in line with demand. In this regard, during parts of May and June 2003, LPD had factory shutdowns at its European factories so that the company could reduce its stock holdings.

It is worth considering the supply side for LCD manufacturers. Most of the analysis of LCDs that we have reviewed makes little reference to supply considerations other than referring to the current LCD component shortages. LCD supply is an important issue for CRT manufacturers as supply shortages of LCDs would assist them.

We make the following observations from the analysis we have been able to obtain with respect to the supply of LCDs:

- The current LCD components shortage relates to various components utilised by LCD manufacturers, including colour filter plates, polarizers, backlights, specialty glass, driver ICs and others.

- Capacity is being added to address these shortages but shortages are expected to occur well into 2005.

- Given the likely continued expansion of LCDs for many years to come, there are likely to be many periods of divergence between supply and demand, such that there will be periods of undersupply followed by oversupply as too much capacity is added.

- Both LCD manufacturers and components suppliers are currently adding capacity. The cost of building new factories and lines is high, which will likely deter new market entrants.

- For those manufacturers that are adding capacity, access to capital and debt is relatively easy currently, driving the capital expenditure race even where margins may not be significant. Some of the analysis reviewed by us indicates capital expenditure increases in 2003 compared to 2002 of in excess of 50%.

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

LPD-NL00173576
LPD-NL00173522

Confidential Report to the Facility Lenders

Based on our research it appears that current component supply shortages faced by LCD manufacturers are likely to be resolved during 2005 and it is possible that there will then be a period of oversupply as production lines come on line. Periods of over and under supply are likely to affect CRT manufacturers who will face periods of greater and easing price pressure.

## 4.6   Concluding Remarks Regarding Industry Analysis

We have sought to provide above an analysis of the key factors affecting CRTs in order to indicate the industry factors that LPD is facing.

It is apparent however, that forecasting the decline of the CRT industry is difficult and that there are differences in the view of certain analysts as to the speed of that decline.

We have discussed in section 9 of this report whether LPD's forecasts are achievable in light of the industry analysis performed by us. There will always remain uncertainty however, as to the speed of the decline in CRTs.

This analysis has been prepared to provide assistance in understanding the CRT industry and the issues that its participants are currently facing. Certain industry trends can be interpreted in a positive or negative light. In this regard, it is possible to seek to over-analyse the industry. Ultimately, it will be important to examine the commercial aspects of the debt restructuring proposal in light of the industry fundamentals.

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

LPD-NL00173577
LPD-NL00173522

Confidential Report to the Facility Lenders

# 5   OPERATING STRUCTURE

## 5.1   Business Overview

- LPD operates as a manufacturer of CPTs (tubes for televisions) and CDTs (tubes for computer monitors) throughout the world. LPD has its operational head office based in Hong Kong.

- LPD's global CPT and CDT operations can be shown as follows:



- LPD also manufactures certain of its own components at its various component factories as follows:

| Asia | Europe | The Americas |
|---|---|---|
| Changsha | Aachen* | Manaus |
| Jakarta | Sittard | Sao Jose dos Campos |
| Gumi | Stadskanaal | Capuava |
| Beijing | Skierniewice | Recife |
| Hua Fei | Blackburn | |
| | Simonstone* | |

* to be closed

- Approximately 95% of components manufactured by LPD are consumed by the LPD Group. The major components manufactured for assembly as part of the television or monitor tube are glass, electron guns and deflection yokes.

- LPD also operates certain sales offices in various parts of the world.

- LPD's customers are major electronics companies that assemble televisions and computer monitors to retailers, and include LGE and Philips.

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

LPD-NL00173578
LPD-NL00173522

Confidential Report to the Facility Lenders

- LPD's position in the CRT supply chain can be shown as follows:



- In its simplest form, LPD operates in a process industry producing final components (tubes) for televisions and monitors.

- LPD faces competition from leading CRT manufacturers and competing technologies such as LCDs and PDPs which are eroding its revenue base.

- LPD has undertaken substantial restructuring measures including factory closures, staff reductions and cost reductions to improve its efficiency and profitability.

- In the following sections of this report we discuss:

  - LPD's products (**Section 5.2**)
  - Customers (**Section 5.3**)
  - Competitors (**Section 5.4**)
  - Business strategy (**Section 5.5**)
  - Divestments (**Section 5.6**)
  - LPD's management (**Section 5.7**)
  - Proposed projects (**Section 5.8**)
  - Factory analysis (**Section 6**)

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

LPD-NL00173579
LPD-NL00173522

Confidential Report to the Facility Lenders

## 5.2  LPD's Products

### 5.2.1  Overview

LPD manufactures televisions (CPTs) and computer monitors (CDTs). These products can be classified as follows:

| Type of CRT | Category | Sizes | 2003 GM% |
|---|---|---|---|
| CPTS | Small (S) | 14", 15", 17" | 4.0 |
| | Medium (M) | 20", 21" | |
| | Large (L) | 25", 27", 28", 29" | 7.9 |
| | Jumbo (J) | 32", 33", 34" | |
| | Wide Screen (WS) | 28",32",36" | 13.5 |
| CDTs | N/A | 14", 15", 17", 19", 21" | 4.2 |

LPD's CRT production volume and sales revenue for 2003 can be shown as follows:




Both CRT televisions and monitors are experiencing declining ASPs and volumes. This decline has been far more prevalent with respect to smaller screen televisions and for monitors as highlighted below in comparing ASPs and volumes for LPD from 2002 to 2003:




Attached at **Annexure 10** is a summary of LPD's CPT and CDT products with volume and ASP forecasts to 2007 from LPD's Restructuring Case forecast.

---

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

LPD-NL00173580
LPD-NL00173522

### 5.2.2   CPTs

CPT products manufactured by LPD have the following different tube types:

| Tube Type | Products | Description |
|---|---|---|
| Conventional (CV) | 14", 17", 20", 21", 25", 28", 29", 33", 34" | ➢ Curved screen<br>➢ Normal tube size |
| Real Flat (RF) | 15", 21", 25", 29", 34" | ➢ (virtually) Flat screen<br>➢ Normal tube size |
| Slim Flat (SF) | 24", 28", 32" (all of which are also wide screen) | ➢ (virtually) Flat screen<br>➢ Reduced depth of tube size |
| Wide Screen (WS) | 24", 28", 32", 36" | ➢ 16/9 screen format instead of 4/3 screen format |

There are certain combinations of the above tube types such as WSSF and WSRF tubes.

LPD does not manufacture rear projection CRTs.

Recent developments by CRT manufacturers of CPTs have been:

- The move from conventional (curved screen) to flat screen CRT displays in order to compete with LCDs and PDPs.

- The development of slim tubes that reduce the depth of the television sizes, again to compete with LCDs and PDPs, particularly in parts of the world where space is a premium (ie certain parts of Asia).

LPD's revenue has been substantially affected by falling prices or ASP erosion. Further ASP erosion is forecast over forthcoming years.

LPD has sought to improve its product mix to maintain revenues. In this regard, CPT revenue decline for LPD from 2002 to 2003 is almost entirely in the small to medium screen categories as shown below:



This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

LPD-NL00173581<br>LPD-NL00173522

Confidential Report to the Facility Lenders

This decline in revenue for the small and medium size screen categories is driven by reductions in ASPs (8.3%) and volume (9.0%) as shown in the two prior graphs.

Large and jumbo (including wide screen) televisions have higher ASPs and provide greater margins. These products however are likely to face greater ASP erosion in the future as there is greater ability to reduce manufacturing costs for those products and given competition with LCDs and PDPs that focus on those product lines. CRT televisions still retain a significant price advantage over LCDs.

### 5.2.3   CDTs

CDT products consist of 14" to 21" products, of either conventional or flat screen (ie Flatron, EZ Flat) tube types.

LPD's strongest product lines are the 17" conventional and flat screen monitors and the 15" conventional monitors as shown below:



LCDs have had greater impact on monitors than televisions, although current LCD component supply shortages and a diversion of resources to televisions by LCD manufacturers will assist demand for CRT monitors.

LPD's CDTs by ASP and volume for different screen sizes can be shown as follows for 2003:




In the future, LPD expects its 17" flat screen CDT to be its most dominant CDT product, comprising over half of forecast 2007 production.

- 57 -

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

## 5.3  Customers

LPD sells its products to major electronics companies who assemble the electronic componentry and casing to the tube supplied before on-selling the completed CPT or CDT to retailers or Official Equipment Manufacturers.

A 21" CPT produced by LPD has an ASP of USD48 **for LPD** and the completed television set has a retail price of about USD185.

We have been advised of the following with respect to LPD's customers:

- LPD enters into a Memorandum of Understanding with customers on an annual basis, providing an indication of expected production required for each customer. The Memorandum of Understanding is non-binding.

- LPD does **not** have binding supply agreements with customers. This is standard in the industry.

- LPD typically receives customer orders about one month in advance.

- LPD's sales team liaise closely with the company's customers during the year in order to understand their future requirements prior to the actual order being made and communicates this position with LPD's factories.

- Account managers are assigned to each customer and are supported on a global basis through LPD's head office.

- LPD's main customers are LGE and Philips. Similar to the other customers, there is no binding supply agreement with LGE or Philips. LGE and Philips buy about 80% of their CPT and CDT requirements from LPD.

LPD's major customers can be summarised as follows:

| CPTs | | | CDTs | | |
|---|---|---|---|---|---|
| Customer | 2003 Units m | 2004(E) Units m | Customer | 2003 Units m | 2004(E) Units m |
| LGE | 7.6 | 8.0 | LGE | 9.1 | 7.9 |
| Philips | 7.3 | 6.9 | Philips | 4.2 | 3.8 |
| **Sub total** | **14.9** | **14.9** | **Sub total** | **13.3** | **11.7** |
| TCL | 3.1 | 3.4 | AOC | 3.7 | 3.0 |
| Changhong | 2.1 | 2.3 | Benq | 0.3 | 0.2 |
| Konka | 1.7 | 1.8 | Compal | 0.9 | 0.6 |
| Vestel | 2.5 | 2.3 | Delta | 0.6 | 0.4 |
| Beko | 1.1 | 1.1 | Other | 3.1 | 2.1 |
| Sanyo | 1.6 | 1.6 | | | |
| Sharp | 1.3 | 1.0 | | | |
| JVC | 0.4 | 0.6 | | | |
| Orion | 0.2 | 0.3 | | | |
| Other | 13.2 | 9.8 | | | |
| **Sub total** | **27.2** | **24.2** | **Sub total** | **8.6** | **6.3** |
| | | | | | |
| **Total** | **42.1** | **39.1** | **Total** | **21.9** | **18.0** |
| **LGE & Philips as % of Total** | **35.3%** | **38.1%** | **LGE & Philips as % of Total** | **60.7%** | **65.0%** |

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

LPD-NL00173583
LPD-NL00173522

Accordingly, LGE and Philips represent a significant portion of LPD's revenue. Whilst LPD has a strategic alliance with its shareholders it is not possible for them to purchase all their CRT requirements from LPD, primarily given different product types that are produced, import duties in certain countries and the lack of proximity between factories in certain instances.

## 5.4  Competitors

### 5.4.1  Overview

LPD operates in a highly competitive industry which is in the decline phase. Competitors in the CRT industry are fighting to gain market share as demand falls and industry consolidation takes place.

LPD is currently the CRT industry leader in terms of volume and revenue, although SDI leads in profitability.

LPD estimates that it currently has about 24.4% volume market share in CPTs and 33.0% in CDTs. LPD believes it is well placed to achieve market share gains in future years, particularly in CDTs, as the weaker players are forced to leave the industry. LPD's forecast market share is as follows:



LPD considers that it is well placed to take advantage of future consolidation for the following reasons:

- It has strong market share in all regions. None of LPD's competitors has a similar regional consistency in market position.

- LPD manufactures all the main CPT and CDT products, whereas some of its competitors have more limited product ranges.

- LPD has driven cost reduction to greater levels than its competitors with the exception of SDI.

- LPD continues to lead quality and design improvements.

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

LPD-NL00173584
LPD-NL00173522

Confidential Report to the Facility Lenders

### 5.4.2   Industry Consolidation

Given the declining CRT market, consolidation has been occurring and is expected to continue to occur. The extent of consolidation is likely to be greater for CDTs than CPTs given the smaller CDT market and the impact of LCDs has been greater with the advent of notebook computers and due to corporate sector buying preferences.

**Key Competitive Indicators of Major CRT Manufacturers**

LPD keeps track of competitor structures and key indicators. The overview included below shows structural differences among main competitors in the CRT Industry.

The overview highlights the productivity edge of SDI compared to the other players. It also shows that LPD's productivity is ahead of all other competitors except SDI.

| Key Indicators 2003 | Major CRT Manufacturers | | | | | |
|---|---|---|---|---|---|---|
| | LPD | SDI | MTPD | TTD | incl. Fortune | CPT |
| **Sales Revenue (USD Mio)** | | | | | | |
| - CPT | 2,862 | 2,010 | 1,650 | 1,300 | 1,540 | 333 |
| - CDT | 969 | 1,170 | 70 | | | 695 |
| - Others | 135 | 2,830 | na | | | 1400 |
| Total | 3,966 | 6,010 | 1,720 | 1,300 | 1,540 | 2428 |
| **Sales Volume (Mio Units)** | | | | | | |
| - CPT | 41 | 33 | 21 | 14 | 19 | 8 |
| - CDT | 22 | 24 | 2 | | | 18 |
| Total | 63 | 58 | 22 | 14 | 19 | 26 |
| **ASP (USD)** | | | | | | |
| - CPT | 69 | 60 | 80 | 93 | 81 | 42 |
| - CDT | 44 | 48 | 47 | | | 39 |
| **CRT & CRT Related Headcount (K People)** | 27 | 14 | 18 | 14 | 16 | 10 |
| **CRT Revenue Per Capita (K USD)** | 142 | 227 | 97 | 93 | 96 | 103 |
| **CRT Volume Per Capita (Kpcs)** | 2.3 | 4.1 | 1.3 | 1.0 | 1.2 | 2.6 |

Source : LPD Q3/2003, based on analyst and company reports, industry information

### CPTs

Market share by value for CPTs is currently estimated by LPD as follows:



LPD has greater market share by value than by volume given a better product mix ie more large and jumbo screen products.

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

LPD-NL00173585
LPD-NL00173522

Confidential Report to the Facility Lenders

On a regional basis, LPD also has strong market share as shown below (LPD estimates):



As indicated above, LPD expects only a slight increase in its market share for CPTs. In this regard, we note:

- The CPT market is much larger than CDTs.

- CRT televisions still dominate over LCD or other display technologies for televisions, with about 95% of televisions purchased being CRTs.

- Private consumers represent the main market for television sets and are far more price conscious than corporate consumers. As such, CRT televisions offer the best price/quality alternative in the marketplace today.

At this stage, whilst there is much industry restructuring taking place with respect to CPT manufacturers, the extent of consolidation in the short to medium term appears limited, supporting LPD's expectations regarding modest market share gains.

We have performed various industry research on LPD's competitors and we make the following comments (refer 5.4.3 for comments on SDI):

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

LPD-NL00173586
LPD-NL00173522

Confidential Report to the Facility Lenders

---

### Thomson

- Thomson manufactures and sells a wide range of products including CPTs, (Thomson does not manufacture LCDs) and other technology and equipment services. Thomson's sales revenue for 2003 is estimated at USD8.6 billion, of which approximately USD1.3 billion relates to CPTs.

- In November 2003, Thomson announced the divestment of its television and DVD businesses into a newly formed joint venture with TCL (a Chinese based consumer electronics manufacturer) to be known as TCL-Thomson Electronics. The transaction is expected to conclude in Q2 2004.

- In 2003, Thomson acquired Fortune, a Chinese based CPT manufacturer with three CPT lines. The transaction concluded in January 2004.

- Thomson currently operates 6 CPT factories in high and low wage countries. It has one factory in each of Italy, Poland, USA, Mexico and two factories in China.

- Thomson appears to have targeted its CPT strategy towards larger screen products.

- Thomson's production capability (including the newly acquired capacity of Fortune) is in excess of 20 million units per annum.

- Thomson's key financial data can be summarised as follows:

|  | 6 Months Ending 30/6/03 USDm | 6 Months Ending 30/6/02 USDm |
| --- | --- | --- |
| Net Sales | 4,235 | 4,489 |
| Gross Margin % | 23.4% | 22.7% |
| Operating Margin | 3.7% | 4.9% |
| Restructuring Charges | (122) | (41) |
| Working Cap %/sales | 10.8% | 12.5% |
| Free cash flow | 122 | 276 |
| Financial Debt/Assets | 0.22 | 0.18 |

*Source: Thomson publicly released accounts*

- Thomson's revenue in 1H 2003 for its consumer products division (which includes its CPT range) was down by 27% compared to the previous year.

- The main business issues faced by Thomson's CRT business are:

  - Restructuring its US operations (CRT and glass) and its European CRT operations.
  - Its Real Flat portfolio penetration is lagging behind the market.
  - Low labour productivity.

### MTPD – Matsushita Toshiba Picture Displays Co. Ltd.

- Matsushita and Toshiba formed a joint venture during early 2003 to become the third largest CRT manufacturer after LPD and SDI. Matsushita, which owns the Panasonic name, owns 64.5% of the joint venture interest. MTPD is purely focused on CRT production.

---

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

LPD-NL00173587
LPD-NL00173522

- MTPD operates two factories in Japan (one of which may close by the end of 2004), two factories in the US, one factory in Germany, three factories in South East Asia and one factory in China.

- MTPD currently has CRT capacity of about 25 million units. MTPD ceased CDT production in 2003. MTPD does not produce any of its own components.

- The main business issues faced by MTPD's CRT business are:

  ➢ Restructuring its operations in Japan and the US.
  ➢ Its operations in Thailand and Indonesia are quite small.
  ➢ Low labour productivity.

### CDTs

LPD estimates that market share for CRT monitors in 2003 can be shown as follows:



As indicated above, LPD expects stronger market consolidation in CDTs. CDTs have been impacted by LCDs to a greater extent because LCD monitors have become more affordable (USD250 for a 15" LCD monitor) and more corporate customers opt for notebook computers rather than desktop computers.

The extent of consolidation in CDTs is supported by the following:

- Over the past two years, competitors in CDTs have been ceasing their CDT production, including Matsushita, Hitachi, Toshiba, Sony and Teco.

- Mitsubishi has announced that it will cease CDT production in 2004.

- Orion is understood to be having financial difficulties and has reduced its production lines from 3 to 1.

- 63 -

CONFIDENTIAL

LPD-NL00173588
LPD-NL00173522

Confidential Report to the Facility Lenders

The industry research we have performed on LPD's CDT competitors indicates the following (refer 5.4.3 for comments on SDI):

**Chunghwa Picture Tube ("Chunghwa")**

• Chunghwa is a Taiwanese based company.

• Given other industry consolidation, during 2004 Chunghwa is expected to be the only other main competitor to LPD in CDTs along with SDI.

• Chunghwa produces CRTs, LCDs and PDPs.

• Unlike most CRT manufacturers, Chunghwa has a disproportionately high proportion of revenue from CDTs (about 65%) compared to CPTs (about 35%).

• An analyst forecast obtained by us for Chunghwa indicates the following:

|  | 2002 USDm | 2003(E) USDm | 2004(E) USDm |
|---|---|---|---|
| Sales | 2,265 | 2,606 | 3,241 |
| CRTs as % of Sales | 51% | 40% | 26% |
| CRT Gross Margin % | 2% | 7% | 5% |
| Operating Margin %  (total coy) | 4.8% | 5.2% | 6.3% |
| CRT Contribution to Pre-tax Income | (6) | (41) | (11) |
| CRT ASP | 41 | 43 | 39 |

• Chunghwa operates 5 factories (2 CRT, 3 FPD) in low wage countries.

**5.4.3   LPD vs SDI**

LPD's main competitor in CPTs and CDTs is SDI. Whilst LPD has greater market share, SDI's greater efficiency is reflected in its comparative profitability.

We have discussed SDI with LPD management and performed our own research in order to compare the position of both companies. It is difficult to compare the overall performance of SDI to LPD given that SDI's operations include LCDs, PDPs, rechargeable batteries, mobile displays and other products in addition to CRTs. CRTs contribute about 57% of SDI's revenue in this regard.

LPD performs its own benchmarking analysis against SDI. In particular, LPD has sought to estimate "the IFO Gap" (IFO means "Income From Operations", or EBIT) between LPD and SDI and work to reduce that gap. This information is an estimate only and may contain material inaccuracies.

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

LPD-NL00173589
LPD-NL00173522

Confidential Report to the Facility Lenders

The information provided to us by LPD in this regard can be summarised as follows:

| | 2001(%) | 2002(%) | 2003(%) | 2004 budget(%) |
|---|---|---|---|---|
| Materials & Mix | -5.5 | -2.3 | -2.0 | -1.0 |
| Salaries | -7.0 | -5.7 | -3.6 | -2.0 |
| Other Cost Of Operations | -2.8 | -1.9 | -2.9 | -4.0 |
| Depreciation | 0 | +0.2 | -0.5 | -0.3 |
| G&A | -2.2 | -1.5 | -1.5 | -0.4 |
| Selling | -1.0 | -0.4 | -0.2 | -0.5 |
| R&D | -0.4 | -0.1 | +0.2 | +0.3 |
| **Total** | **-18.9** | **-11.7** | **-10.5** | **-7.9** |

The above table indicates that LPD's IFO or EBIT was 10.5% below SDI in 2003 and the only area that LPD was more proficient than SDI was its research and development spend.

LPD has made ground on SDI with respect to profitability but is still some way behind. Some of the key differences between LPD and SDI appear to be as follows:

- SDI's factories are more modern and quite similar in design and set-up. This allows SDI to have greater standardisation in its operations. Conversely, LPD has a combination of newer and older factories from Philips and LGE. In some instances, the same size tubes can be different in design depending whether they were made at a former LGE or former Philips factory.

- SDI has far greater centralisation of purchasing activities. In this regard, we understand that SDI has about 58 staff related to bill of materials purchasing whereas LPD has 12 in Gumi, with 4 additional staff placed in Hong Kong, Tokyo and Eindhoven. LPD's approach is for central leadership of the purchasing function, directing strategy and objectives, organising key supplier relations and purchase agreements.

- SDI's materials consumption (ie wastage) is about 1% whereas LPD has wastage of about 5% (but reduced from 11% in 2001). This difference appears to have been caused from LPD's older factories and the greater standardisation in SDI's production processes.

- SDI has almost all of its factories in low wage countries, enabling it to benefit from lower wage costs.

As indicated above, LPD is seeking continual improvements in its own business to seek to catch up to SDI.

We also note the following regarding SDI's operations from our own research:

- SDI is aiming to increase its CRT market share from 22% to 27% in 2005, focusing on larger, flatter screen and slimmer products led by the company's Braun Tubes.

- SDI operates 9 factories in 7 countries, with only its Berlin, Germany factory located in a higher wage region.

- SDI has recently built a factory in Hungary to seek to gain greater market share in Europe.

---

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

LPD-NL00173590
LPD-NL00173522

Confidential Report to the Facility Lenders

- SDI is focusing on the China market for growth. Russia and other emerging markets are considered growth targets.

- SDI expects greater stabilisation in CDT ASPs given a similar trend in LCD ASPs.

- SDI is experiencing greater demand for flat screen CRTs and larger size CPTs, which forms part of its future focus.

- In 2002, SDI generated revenue of USD5.4 billion for a gross margin of 23.6% and an operating margin of 13.2%. SDI's debt was USD944 million or 16% of total assets (LPD's debt was 61.5% of total assets as at 31 December 2003).

- SDI has reported that its 2003 capex spend on CRTs was USD150 million (LPD was USD139 million in 2003 and its 2004 forecast is USD115 million). It is likely that SDI's new production line in Hungary accounted for a large portion of its 2003 capex spend.

## 5.5   Business Strategy

### 5.5.1   Overview

LPD's business strategy has focused on the following initiatives:

- The closure of factories that do not produce positive cash;
- The movement of production from higher to lower wage countries;
- Headcount reductions;
- Continuous cost reductions;
- Continuous productivity and efficiency improvements;
- Working capital management; and
- Divestment of non core or poorly performing operations where possible.

### 5.5.2   Factory Closures

Since its formation in June 2001, and following disappointing results in the second half of 2001, LPD has implemented significant restructuring of its operations, most notably the closure of certain factories.

LPD's criteria for factory closures is almost entirely based on whether the factory produces cash.

The primary cash cost in closing factories is redundancies. Given that the equipment used by LPD's factories is highly specialised, there is no real market in which to sell this equipment and, as a result, little cash can be recovered from the closures. Land owned by the company operating the factory is generally the most saleable asset.

LPD has advised us that it has not previously had, nor does it expect to have in the future, any material environmental rehabilitation costs with respect to any closure of its factories. In this regard, under the LPD JVA, environmental liabilities (as defined in the LPD JVA) are treated as excluded liabilities and remain the responsibility of LGE or Philips as the case may be with respect to the extent of the liability relating to prior to the commencement of LPD.

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

LPD-NL00173591
LPD-NL00173522

Confidential Report to the Facility Lenders

LPD's factory closures can be summarised as follows:

**Factory Closures to Date**

| Factory | Products | LGE/Philips Factory |
|---|---|---|
| Dapon, Taiwan | CDT/Components | Philips |
| Lebring, Austria | CDT | Philips |
| Ottawa, USA | CPT | Philips |
| Newport , UK | CPT/CDT/Components | LGE |
| Juarez, Mexico | Components | Philips |
| Washington, UK | Components | Philips |
| El Paso, USA | Components | Philips |

LPD has also divested its Barcelona factory in April 2003 and signed a contract for the sale of three deflection yoke factories. These divestments are discussed at section 5.6 of this report.

**Planned Factory Closures**

LPD has planned to close other factories in the future as follows:

| Factory | Products | LGE/Philips Factory | Proposed Date of Closure | Cash Restructuring Cost USDm |
|---|---|---|---|---|
| Aachen, Germany | CPT | Philips | 2004 | 70 |
| Hua Pu, PRC | CDT | Philips | 2004 | 6 |
| Simonstone, UK | Components | Philips | 2004 | 20 |
| Hua Fei (CDT), PRC | CDT | Philips | 2005 | 3 |

It is possible that there will be other closures not shown above depending on the performance of certain factories.

### 5.5.3   Production Focus

The closure of the factories referred to above and greater concentration on production in lower wage countries such as China, the Czech Republic, Brazil and Mexico has resulted in 63% of 2003 production occurring in these countries as compared to 39% in 2001.

In particular, LPD intends to focus on the development of the strategic locations of Hranice, Czech Republic and Nanjing (Hua Fei – CPT) and Changsha in China. LPD's factories in Korea are already considered to be of a very high class.

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

LPD-NL00173592
LPD-NL00173522

Confidential Report to the Facility Lenders

Whilst LPD expects its total CRT production to decline by almost 30% by 2007, the following factories are expected to have increased production from 2003 to 2007 as production ramps up to capacity and through efficiency improvements:

| Factory | Production increase 2003 to 2007 |
|---------|----------------------------------|
| Durham | 20% |
| Hranice | 100% |
| Gomez Palacio | 20% |
| Sao Jose dos Campos | 15% |
| Hua Fei CPT | 25% |
| Changsha | 20% |
| Bekasi | 2% |

### 5.5.4  Headcount Reductions

LPD has substantially reduced its employee numbers through a combination of factory closures and retrenchment of employees given economies of scale, a contracting business and a much tighter management focus.

LPD's actual and planned headcount reduction and salary cost can be depicted as follows:



LPD will have almost halved its workforce by 2008 as compared to 2001. The greatest source of headcount reductions in the future will be from Hua Pu (1,564), Dreux (1,047) Durham (856), Aachen CPT (803), Hua Fei CDT (639) and Aachen Glass (482).

### 5.5.5  Restructuring Costs

LPD will have cash restructuring costs associated with its planned factory closures and headcount reductions referred to above. These costs have been budgeted based on the expected closure dates of the relevant factories and other expected headcount reductions.

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

LPD-NL00173593
LPD-NL00173522

Confidential Report to the Facility Lenders

LPD's forecast cash restructuring costs (including amounts already provisioned) for 2004 are as follows:

| Factory | 2004 USDm |
|---|---|
| Aachen | 59 |
| Aachen Glass | 8 |
| Dreux | 9 |
| Durham | 3 |
| Newport | 13 |
| Other Components - Europe | 31 |
| Ottawa | 5 |
| Changsha | 6 |
| Other | 24 |
| **Total** | **158** |

Forecast cash restructuring costs for 2004 to 2008 can be shown as follows:

| Year | USDm |
|---|---|
| 2004 | 158 |
| 2005 | 42 |
| 2006 | 49 |
| 2007 | 25 |
| 2008 | 55 |

With respect to the above, we note the following:

- The high restructure costs in 2004 reflect planned closures and certain other headcount reductions.

- LPD has previously raised a provision for restructuring costs of about USD120 million, of which USD110.5 million will be released in 2004 (in addition to a further USD48 million in restructuring costs).

- The closure dates for certain factories will be subject to prevailing economic conditions in future years.

- Restructure costs for factories that are not to close represent forecast reductions in future employee requirements.

### 5.5.6   Cost Reductions

Given declining ASPs, those companies that are to remain in the CRT industry must drive continual cost reductions. LPD has introduced a continuous series of cost reduction programs to assist in achieving targets and clearly sets well defined targets.

Importantly, LPD measures all targets set and obtains data quickly to establish whether targets have been met.

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

LPD-NL00173594
LPD-NL00173522

Confidential Report to the Facility Lenders

LPD's ability to reduce costs can be shown by comparing key costs for 2003 to 2002 as follows:

 

With respect to the above, we note that:

- All cost items decreased in nominal terms other than General and Administration costs which increased by USD1.4 million due to one off expenses for extra pension costs and consultancy fees.

- As a percentage of sales, materials costs and other manufacturing costs increased slightly whereas capex and salary costs decreased. Other cost items are immaterial.

- Even though materials costs increased slightly in percentage terms from 2002 to 2003, LPD's gross margin improved from 8.0% in 2002 to 8.8% in 2003 due to other cost reductions. LPD's materials cost was impacted by the movement to greater outsourcing of components.

- LPD will benefit in the future from the closure of the Hua Fei CDT and Hua Pu factories in China, which have very high materials costs.

- LPD has very low research and development expenditure and much of that expenditure relates to developing more efficient production processes through revising current processes.

The largest materials cost for LPD is the cost of glass, representing approximately 50% of materials cost.

LPD's factories in China have quite high materials costs. One of the reasons for this is that they import a large portion of their glass requirements. In addition, the glass industry is oligopolistic. LPD is seeking to increase its use of local glass suppliers in China to reduce its materials costs and will benefit from a new glass factory being built near the Changsha factory and through the glass factory owned by Henan Anfei Electronic Glass Co Ltd, in which LPD has a minority interest.

A critical question is whether cost reductions can match ASP decline. LPD considers it can achieve such reductions given the restructuring measures it has implemented and continues to implement. In this regard, the achievement of auto manufactures to continually reduce costs is a useful comparison.

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

LPD-NL00173595
LPD-NL00173522

Confidential Report to the Facility Lenders

LPD is also seeking to reduce its capex requirements. LPD's capex spend is directed to maintenance, line conversions and production improvements and innovation.

In 2003, LPD's capex spend was USD139 million compared to SDI at USD150 million. LPD's budgeted capex for 2004 to 2008 is as follows:

| | 2004 USDm | 2005 USDm | 2006 USDm | 2007 USDm | 2008 USDm |
|---|---|---|---|---|---|
| Line conversions | 60.9 | 9.8 | - | - | - |
| Maintenance | 28.1 | 30.6 | 32.0 | 30.7 | 30.7 |
| Production Improvements | 9.4 | 14.1 | 15.9 | 11.7 | 11.7 |
| Other | 16.1 | 6.5 | 8.1 | 6.6 | 7.8 |
| **Total** | **114.5** | **61.0** | **56.0** | **49.0** | **50.2** |

With respect to the above, we note the following:

- The line conversion capex spend in 2004 relates to moving one of the Aachen lines to Hua Fei CPT following the closure of that factory.

- The capex spend will decrease substantially after 2004 with capex targeted at maintenance and production improvements.

- It is possible that LPD may seek to move lines or build new lines in the future, particularly in China. It is likely that the relevant China Joint Venture companies would borrow funds for any such expansion. In this regard, the Indicative Heads of Terms provides an allowance to the China Joint Ventures to borrow funds for plant expansion.

### 5.5.7   Productivity and Efficiency Improvements

In addition to cost reductions, productivity and efficiency improvements are necessary to drive profitability.

LPD has improved its productivity and efficiency through the following avenues:

- Production per employee is higher given employee reductions throughout the group.

- Factory loading (ie capacity utilisation) has increased.

- Materials consumption has decreased from 111% in 2001 to 105% currently (the amount over 100% represents wastage).

- Index time (the time taken to produce a product) has decreased substantially.

### 5.5.8   Working Capital Management

LPD has aggressively sought to reduce and stabilise its working capital. In particular, LPD has reduced its inventories during 2003. In this regard, LPD stopped production at its European factories in parts of May and June 2003 in order to reduce its inventory so as to bring supply in line with demand.

It is important to ensure that inventories are not reduced below appropriate levels. Given the substantial index time improvements referred to above, the lead times to produce stock are far shorter than previously.

- 71 -

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

LPD-NL00173596
LPD-NL00173522

By way of comparison to SDI, days inventory held for SDI was 24 days in 2002 compared to 30 days for LPD in 2002 and 26.5 days in 2003.

The movement in LPD's working capital can be shown as follows:



LPD is forecasting improved working capital management through reduced debtors and inventories days. In this regard, a comparison of working capital days (ie working capital items divided by sale multiplied by 365) actually achieved and forecast shows the following:

| | 2001 (Actual) Days | 2002 (Actual) Days | 2003 (Actual) Days | 2004 (Budget) Days | 2005 (Forecast) Days |
|---|---|---|---|---|---|
| Inventories | 39 | 30 | 27 | 22 | 22 |
| Accounts Receivable | 63 | 78 | 67 | 59 | 58 |
| Accounts Payable | (84) | (89) | (86) | (87) | (87) |
| Total Working Capital | 18 | 19 | 8 | (6) | (7) |

With respect to the above, we note that:

• LPD has substantially improved its working capital management in 2003 with respect to both inventories and accounts receivable.

• The forecast reduction in accounts receivable days in 2004 is due to the permanent prepayment of receivables by LGE and Philips of USD100 million.

• The forecast reduction in inventories is aggressive. LPD will need to be very diligent to achieve the target it has set.

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

LPD-NL00173597
LPD-NL00173522

## 5.6   Divestments

LPD has been able to divest certain factories rather than closing them, thereby seeking to avoid the cash costs associated with closures. There are two main divestments entered into by LPD as follows:

(i)     The Barcelona Factory

(ii)    The Deflection Yoke Factories

There are however problems that have developed with respect to both divestments that are discussed below.

### 5.6.1   Barcelona CPT Factory

**Introduction**

LPD Investment sold 90% of its shares in the Spanish companies on 15 April 2003. The factory's financial performance has been below expectation primarily given unfavourable exchange rate movements since this time and it is now proposed that the factory be closed, crystallising substantial employee benefits.

The main asset of the Spanish companies is the land on which the factory is located. It is expected that this land can be re-zoned which will substantially increase its value. LPD retained the rights to the majority of the potential land value when it sold the shares in the Spanish companies.

Under Spanish law, it is possible that a former owner of a business can be made co-liable for the debts of the Spanish companies. LPD proposes to re-take control of the key operating company and contribute up to EUR25 million to the restructuring (ie closure) costs of the Barcelona factory given the potential for it to be made liable for the debts of the Spanish companies and in order to protect its interest in the land value.

This issue is unresolved between the Steering Committee and LPD at the time of writing.

**Overview of Sale Terms**

- On 15 April 2003, LPD sold 90% of its shareholding in the following two Spanish companies that own the Barcelona factory and its operations:

  - ➤   LG.Philips Displays Spain, S.A., which is now called Barayo S.A. ("Barayo"); and
  - ➤   LG.Philips Displays Services Spain, S.A., which is now called Barayo Proyectos S.A. ("Barayo Proyectos")

- The Spanish companies were sold to Business Creation Industries B.V. i.o. ("Business Creation"). We understand that Business Creation is a Dutch company with no other assets but is part of a larger group that has undertaken transactions with Philips in the past.

- The divestment was undertaken by LPD given the declining performance of the Barcelona factory, which produced only 14" CRT televisions. The factory's cost structure was adversely affecting its competitiveness and the smaller screen CPTs have low ASPs, thereby affecting the viability of their production in Western Europe.

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

LPD-NL00173598
LPD-NL00173522

Confidential Report to the Facility Lenders

---

- The shares in the Spanish companies were sold for the following amounts:

  ➢ EUR135,000 (being EUR67,500 for the shares in each company).
  ➢ An "Additional Purchase Price" amount based on net proceeds from the sale of real estate, known as the Miniwatt Real Estate.
  ➢ Additional amounts in installments totalling USD29.1 million representing repayment of the loan account owing by the Spanish companies to LPD Holding.

- The loan account repayments are to be made as follows:

| Date of Payment | USDm |
| --- | --- |
| 30 June 2003 | 15.0 |
| 1 December 2004 | 3.5 |
| 1 December 2005 | 10.6 |
| **Total** | **29.1** |

- We are advised that the instalment due on 30 June 2003 was paid. The instalment payments represent the repayment of the loan account between LPD Holding and the Spanish companies as was outstanding on the day on which the shares were transferred. The loan account was mostly converted to a participative loan on 7 October, 2003 to repair the equity position of the Spanish companies. The participative loan is scheduled to be repaid on the same basis as shown above.

**Business Creation**

Business Creation is a European based group of companies that specialises in acquiring or investing in businesses that are performing poorly or are facing closure. Business Creation seeks to restructure, transform or generate new business activities in order to create or at least retain jobs.

Based on our research of Business Creation, we understand that:

- The Business Creation Group is reported to have been involved in over 125 projects, has created or preserved over 38,000 jobs and invested in excess of USD125 million of its own funds.

- The Business Creation Group has been involved in a number of investments/divestments with Philips over time and Philips was one of the Business Creation Group's first clients.

- One of the Directors of Business Creation previously worked for Philips for about eleven years.

**Financial Performance**

The Barcelona factory has performed below expectation since the sale of the shares in the Spanish companies to Business Creation.

---

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

LPD-NL00173599
LPD-NL00173522

Confidential Report to the Facility Lenders

---

The financial performance of the factory since its sale to Business Creation and as forecast by Business Creation for 2004 is as follows:

| | 16 Apr to 31 Dec 2003 EURm | 2004 Forecast EURm |
|---|---|---|
| Sales | 51.7 | 42.9 |
| EBITDA | (13.0) | (13.1) |
| EBIT | (13.3) | (13.1) |

The factory's financial performance has been adversely affected by the movement of the Euro against the USD during 2003. In this regard, sales of 14" CPTs are made in USD rather than Euros. We are advised that Business Creation now wishes to close the factory in the latter part of 2004 given its poor financial performance. The proposed closure of the factory will crystalise substantial employee entitlements.

**Re-zoning of Land**

The land where the Barcelona factory is located is part of a larger block, which it is proposed to apply for re-zoning from industrial use to a combination of free housing, social housing and commercial use. Other land in the area where the factory has been located has previously been re-zoned and accordingly, it is expected that the land will be re-zoned. It is uncertain as to the extent land will be re-zoned between free housing, social housing and commercial use. Social housing has the lowest value.

The application for re-zoning is determined by local authorities (the ultimate decision maker is the mayor of Barcelona). According to LPD, a key factor in the re-zoning application will be developing a social plan and creating jobs for the employees of the factory.

JLL valued the land in February 2002 at EUR73.17 million assuming a re-zoning takes place. The value of the land prior to the re-zoning was estimated as EUR16.54 million by JLL. A revised valuation has recently been received from JLL, indicating that the land may now be valued at EUR40 million prior to a re-zoning and potentially EUR80 million to EUR115 million depending on the mix of land use approved after re-zoning.

According to LPD, there has been strong interest from developers in acquiring the land, even with an upfront payment prior to a decision on whether it has been re-zoned.

**Proposed Restructuring**

LPD is considering seeking to re-take possession of the shares in one of the Spanish companies. Any such proposal would be subject to approval from the Facility lenders, LPD's Supervisory Board and Business Creation and in conjunction with LPD's shareholders. The proposal could be along the following lines:

- LPD is provided with a release by the Facility lenders from the undertakings set out in a Consent Letter dated 15 April 2003 in relation to the undertakings not to vary the terms of the Share Sale Agreement with respect to the Purchase Price and its timing and with respect to not consenting to the assignment and/or transfer of rights and/or obligation under the Share Sale Agreement.

- LPD re-takes control of all of the shares in Barayo (the company that owns the land and has the vast majority of employee entitlements) and Business Creation takes control of all of the shares in Barayo Proyectos.

---

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

LPD-NL00173600
LPD-NL00173522

Confidential Report to the Facility Lenders

- Restructuring costs to the account of LPD do not exceed a fixed sum of say, EUR25 million without majority Facility lender consent.

- The net proceeds from the sale of the land will be applied to reduce principal owing to the Facility lenders in inverse order of maturity.

LPD has estimated redundancy costs in the range of EUR60 million to EUR75 million. These costs consist of:

- Early retirement costs.

- Severance costs.

- Costs to transfer employees to new activities including compensation for loss of years of service and for reduced wages.

Key factors affecting the total cost of redundancies are as follows:

- The age of employees eligible for early retirement eg if the early retirement age is set at 55 years, the cost will be greater than if it is set at 58 years.

- The extent of income required to be paid to early retirees.

- The number of days severance pay required to be paid.

The Barcelona factory has an ageing workforce. In this regard, 75% of employees are over 50 years old and of these employees, they have an average of 30 years of service. The factory has approximately 600 employees (reduced from about 700 when the sale of the shares in the Spanish companies was effected).

**Spanish Legal Position**

LPD has obtained legal advice with respect to the position in Spain, which indicates that LPD could be made co-liable for the debts of the Spanish companies on the following basis:

- LPD could be found to be the "unitary decision maker" and therefore de facto manager of Barayo, which could allow the corporate veil to be pierced. In this regard, the legal advice suggests that it could be argued that LPD is managing Barayo given:

  - ➤ LPD is a minority shareholder.
  - ➤ LPD is the main components supplier and acts as sales agent.
  - ➤ LPD provides technology support.
  - ➤ LPD has provided financing to the Spanish companies.

- LPD and Barayo could be found to be a "single real employer", which could allow the corporate veil to be pierced. The key principles that must be proved to show that a relationship between two or more companies should be treated as a single labour company are:

  - ➤ A single management structure; or
  - ➤ There are combined assets; or
  - ➤ There is an external appearance of a single company.

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL
LPD-NL00173601
LPD-NL00173522

Confidential Report to the Facility Lenders

- LPD could be found to be a de facto director of Barayo, which if LPD has acted with negligence or wilful misconduct, could trigger liability.

- LPD could be held vicariously liable for damages to employees or creditors if a director of LPD or LPD itself was found guilty of a criminal offence. In this regard, a union in Spain has alleged that the sale of the Spanish companies by LPD to Business Creation was unlawful. Mr Andreas Wente has been summoned for interrogation (questioning) as a suspect by the Criminal Investigation Court based on the complaint made by the union.

The legal advice also indicates that:

- Business Creation could be held co-liable for the debts of Barayo.

- In order for Philips to be made co-liable for the debts of Barayo it would be necessary to pierce the corporate veil of LPD to show that Philips is managing Barayo.

### Analysis of Position

LPD has indicated the following potential cash inflows and outflows with respect to the Spanish companies:

|  | EURm |
|---|---|
| Restructuring (ie employee) costs | (60) – (75) |
| Trading losses | (15) |
| Bank loan | (10) |
| Sub total | (85) – (100) |
| Sale of land | 80 -115 |
| Net position | (20) – 30 |

- The bank loan is guaranteed by LGE and Philips and accordingly, if this guarantee is taken into account (ie excluded from the above) the net position ranges from a surplus of EUR5 million to EUR25 million.

- LPD is considering a proposal to use EUR25 million from its cashflow (subject to lender consent) and obtain an upfront payment for the land either from borrowings or from a developer (who will either risk the re-zoning or take insurance against that risk) of up to EUR45 million.

- LPD has indicated the possible timing of cashflows (**excluding** the bank loan which is payable in mid 2004) as follows:

|  | 2004 EURm | 2005 EURm | 2006 EURm | Total EURm |
|---|---|---|---|---|
| Restructuring costs | (50) | (10) | (10) | (70) |
| Trading losses | (15) | - | - | (15) |
| Land sale | 30 | - | 50 | 80 |
| **Total** | **(35)** | **(10)** | **40** | **(5)** |

- Please note that the above position represents a "best guess" by LPD and the timing and quantum of all cashflows remain uncertain.

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

LPD-NL00173602
LPD-NL00173522

Confidential Report to the Facility Lenders

- If the above was to occur, there would be a net shortfall of EUR5 million with respect to the restructuring, assuming that the bank loan is paid by LGE and Philips pursuant to their guarantees.

- Importantly, there is also a shortfall in 2004 and 2005 even if upfront proceeds of EUR30 million can be received for the land.

**Ferrier Hodgson Comments**

Determining the future of the Spanish companies is a difficult issue. In this regard, LPD has legal advice indicating it could be made co-liable for the debts of the Spanish companies on a number of grounds. The legal advice however is not conclusive, although we doubt it would be possible to get conclusive legal advice on these issues.

Even if the legal risk of being held liable for the debts is small, the potential consequences of liability are significant. In this regard, a comparison of possible outcomes if LPD does re-take control of the shares in Barayo compared to taking no action and being made liable is as follows:

|  | Re-take Control EURm | Take No Action EURm |
|---|---|---|
| Restructuring Costs | (70) | (70) |
| Trading Losses | (15) | (15) |
| Sub Total | (85) | (85) |
| Land Value | 80 | 40 |
| **Net Position** | **(5)** | **(45)** |

In this regard, if LPD took no action, the Spanish companies are likely to be placed into liquidation. In this scenario, the property may be sold without being re-zoned and an application could be made against LPD to make it liable for the outstanding claims, which, **if successful**, could result in a substantial shortfall for LPD.

There are risks associated with re-taking possession of the shares in Barayo, particularly if the land was not re-zoned or upfront sale proceeds could not be obtained.

Our other concerns with respect to the possibility of LPD re-taking control of the shares of Barayo are as follows:

- The legal advice obtained by LPD is not conclusive.

- Under the restructuring proposal, Business Creation does not contribute any funds. We understand Business Creation was established to acquire the shares in the Spanish companies but it is part of a larger group of companies.

- There is likely to be a substantial funding shortfall in 2004 and 2005.

- There is uncertainty as to the final quantum of employee entitlements that will be required to be paid and the outcome of the re-zoning process.

As indicated above, at the time of writing this issue is unresolved. We are of the view that further work needs to be performed to seek to clarify the likely restructuring costs and the potential amount that could be received upfront for a sale of the land before reaching a resolution on this matter.

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

LPD-NL00173603
LPD-NL00173522

Confidential Report to the Facility Lenders

### 5.6.2   Deflection Yoke Factories

- LPD entered into a contract on 18 December 2003 to sell its shareholding in 3 deflection yoke factories to Hengdian Group DMEGC Magnetics Co., Ltd ("Hengdian Group") as follows:

| Company | Factory | LPD Holding |
|---|---|---|
| LPD Poland Sp.zoo | Skierniewice, Poland | 100% |
| Nanjing Feijin Magnetic Products Co., Ltd | Nanjing, PRC | 80% |
| Changshu Feijin Magnetic Products Co., Ltd | Changshu / PRC | 51% |

- The sale is subject to the approval of the Facility lenders.

- On 13 January 2004, Hengdian Group advised LPD that it did not wish to proceed with the sale until it had completed its stock exchange listing given that it would be required to amend various information which had already been submitted to authorities for approval. In this regard, Hengdian Group stated that it expected its listing to be completed by October 2004, at which time it could proceed with the acquisition.

- LPD has written to Hengdian Group requesting an urgent meeting to discuss this development given it should have been aware of this issue when the contract was signed in December 2003.

- The sale of the deflection yoke factories was entered into by LPD given these factories are non core and may be unable to meet the market price erosions in the future. Key financial data for the 3 companies as at 30 November 2003 is as follows:

| | LPD Poland USDm | Nanjing Feijin USDm | Changshu Feijin USDm |
|---|---|---|---|
| Total Assets | 24.5 | 11.9 | 1.6 |
| Total Liabilities | (2.1) | (4.4) | (0.2) |
| Minority Interests | - | (0.1) | (0.6) |
| Equity | (22.4) | (7.4) | (0.8) |
| Net Profit | 2.5 | (0.5) | - |
| Operating Cashflow | 2.7 | (0.2) | - |

- Given the nature of the other assets of these factories (ie specialised plant and equipment, stock, receivables) the realisable value of the assets is very likely to be well below the book value.

- Under the sale contract as it currently stands, the shares are to be sold for a total of USD15 million as follows:

  ➢ Closing Date I  - 1 April 2004 or 10 business days after conditions are fulfilled or waived
  - 55% of shares in Nanjing Feijing
  - 51% of shares in Changshu Feijin
  - USD3.75 million

  ➢ Closing Date II  - 10 business days after conditions are fulfilled or waived
  - 80% of shares in LPD Poland
  - USD8.25 million

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

LPD-NL00173604
LPD-NL00173522

Confidential Report to the Facility Lenders

> Closing Date III - 31 December 2005
> - 25% of shares in Nanjing Feijin
> - 20% shares in LPD Poland
> - USD3 million

- The purchase price is to be adjusted for cash on hand, bank debt in the relevant companies and working capital movements at each closing date.

- Conditions precedent include approval of the Chinese partners in Nanjing and Changshu, LPD's Board of Directors, local government in China, LPD's Facility lenders and relevant Polish regulatory approval.

- LPD is required to source 20% of its deflection yoke requirements from the deflection yoke factories between Closing Date I and Closing Date II and 40% thereafter.

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

LPD-NL00173605
LPD-NL00173522

Confidential Report to the Facility Lenders

## 5.7   LPD's Management

### 5.7.1   Management Structure

- Detailed below is LPD's current management structure.



LPD Organisational Chart

---

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

LPD-NL00173606
LPD-NL00173522

Confidential Report to the Facility Lenders

**Supervisory Board**

- The Supervisory Board currently comprises 6 Board members.

- The Supervisory Board is responsible for supervising the management and its direction and control the general course of affairs in LPD and oversees the Executive Board.

- The Supervisory Board appoints members of the Executive Board and determines the job description for each of the members.

- Members of the Supervisory Board currently comprise the following:

| Members | Positions Held |
|---|---|
| Ken Humphreys* | Executive VP, Philips Consumer Electronics |
| Young Soo Kwon | Executive VP and CFO, LG Electronics Inc. |
| Jan Oosterveld* | Member of the Group Management Committee, Royal Philips Electronics |
| Woo Hyun Paik | President and Chief Technology Officer, LG Electronics Inc. |
| Frans Spaargaren | Executive VP, Philips International, Head of the Philips Joint Venture Office |
| Young Bae Na | Vice President, Mergers & Acquisitions and Investor Relations |

\* To be replaced from 1 April 2004

**Executive Board**

- Pursuant to the LPD JVA, the Executive Board comprises two executives nominated by each of LGE and Philips.

- The Executive Board is responsible for generating the strategic and operational plans of the joint venture and implementing them once these have been approved by the Supervisory Board.

- The Executive Board is therefore responsible for the control of the day-to-day management of LPD.

- The Executive Board is located at the operational headquarters in Hong Kong.

- A brief background on the Members of the Executive Board is set out below:

**Andreas Wente - Chairman and Chief Executive Officer**

- Mr Wente was appointed as Chairman and Chief Executive Officer of LPD in September 2001.

- Prior to his appointment at LPD, Mr Wente served as Executive Vice President of Philips Consumer Electronics Mainstream in April 2001 and as Chief Executive Officer for Philips Monitors (LCD and CRT based products) since January 1999.

- From September 1996 to late 1998, when Mr Wente was General Manager of Philips Semiconductors Consumer Systems in Hamburg, Germany, he was instrumental in the major restructuring and turnaround of this business. This entity subsequently became one of Philips Semiconductors' most successful operations.

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

LPD-NL00173607
LPD-NL00173522

Confidential Report to the Facility Lenders

---

- From 1993 to 1996, he also served at the headquarters in Taipei, Taiwan as Philips Semiconductors General Manager and Regional Director of Sales and Marketing for Asia/Pacific. Under his leadership, Philips Semiconductors improved its sales and market share in the Asia/Pacific region from number 12 position to number 5.

**Jeong II Son - Deputy Chief Executive Officer and Chief Operations Officer**

- Mr Son was appointed to his current position in January 2004.

- Mr Son previously worked for LG Electronics and joined LPD in 2001.

- Prior to his appointment as Deputy CEO and CFO, Mr Son was Head of CRT 1 Operations within the LPD Group. Previously, he also served as Factory Director for the Newport factory in the UK and also at Hranice in the Czech Republic.

- Mr Son has many years of experience in factory operations, having joined LG Electronics in 1978.

**Christopher Kim - Chief Sales Officer**

- Prior to his current position Mr Kim was the Managing Director of LG Electronics Australia Pty Ltd since 1998.

- In 1994, Mr. Kim was in charge of the Chicago-based Strategic OEM business operations in the US for Consumer Electronics and IT related products.

- Mr Kim has many years of experience in sales and previously managed several sales departments in Seoul and was responsible for overseas sales of consumer electronic products in the Middle East, Western Europe and North America.

- Mr Kim commenced his position with LPD in January 2002.

**Peter van Bommel - Chief Financial Officer**

- Mr van Bommel has worked as a finance professional in Philips for 23 years.

- Prior to his current position, Mr van Bommel was Senior Vice President and Chief Financial Officer, Consumer Businesses, Semiconductors Product Division of Philips Electronics.

- Mr van Bommel commenced his position with LPD in October 2002.

**5.7.2   Management Background**

A brief description of the background of key management staff is set out below:

**Deok Sik Moon - Corporate Controller**

- Appointed Corporate Controller in January 2003.

- Prior to his current position, Mr Moon was the Regional CFO of Europe for LPD from April 2002 to December 2002.

---

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

LPD-NL00173608
LPD-NL00173522

Confidential Report to the Facility Lenders

- Mr Moon was formerly employed by LG Electronics in various roles commencing from 1983.

- Mr Moon's primary responsibilities include planning, directing financial and management accounting activities and reporting.

### Reinoud Mangelmans – Vice President & General Counsel Legal

- Joined LPD as General Counsel in 2001.

- Prior to his current position, Mr Mangelmans was the General Counsel at Philips East Asia and Philips China, based in Shanghai, China.

- Mr Mangelmans' primary responsibilities include the following:

  ➢ Ensure the operations of the LPD Group are in compliance with laws and other relevant regulatory requirements.
  ➢ Provide in-house legal advice on matters which are related or have legal implications.

### Edmund Li – Vice President & Corporate Treasurer

- Joined LPD as Corporate Treasurer in 2003.

- Prior to his current position, Mr Li was an Assistant Corporate Treasurer at Kowloon Canton Railway Corporation.

- Mr Li's primary responsibilities relate to treasury matters which include the following:

  ➢ Planning and management of the LPD Group's liquidity.
  ➢ Managing the global debt position and foreign exchange risks.

### Sang Yong Choi – Chief Purchasing Officer

- Appointed Head of Purchasing in January 2003.

- Prior to his current position, Mr Choi was the Head of Sales & Marketing, Asia Pacific within LPD, having joined LPD in July 2001.

- Mr Choi was previously employed by LG Electronics in various roles from 1977.

- Mr Choi's primary responsibilities include the following:

  ➢ Implementation of purchasing policies for LPD.
  ➢ Manage and arrange global supplies for the Group.
  ➢ Negotiate global supply arrangements and agreements.

The only recent significant change to the senior management structure is the appointment of Mr Jeong Il Son as Deputy Chief Executive Officer and Chief Operations Officer.

- 84 -

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

Confidential Report to the Facility Lenders

### 5.7.3   Operational Structure

- The operational headquarters of LPD is located in Hong Kong. The Executive Board is based at the operational headquarters.

- As at 30 November 2003, there were 107 employees working in the operational headquarters.

- The operational headquarters is responsible for coordinating the operations of the LPD Group.

- There are three major functional divisions and these comprise:

    **(i)    Production**

    - The Deputy Chief Executive Officer who is also the Chief Operations Officer is responsible for the production division.
    - The division is responsible for control and planning production, and purchasing from suppliers for the manufacturing plants within the LPD Group.

    **(ii)   Sales**

    - The Sales division under the Chief Sales Officer is responsible for sales planning and budgeting for the LPD Group.
    - Sales are conducted by the respective entities located in the different countries and are classified based on three regions, being Asia Pacific, Europe and the Americas.

    **(iii)  Treasury and Finance**

    - The Chief Financial Officer is responsible for this division.
    - This division is responsible for matters relating to treasury, finance, accounts, tax, mergers and acquisitions and information technology.
    - Funding for the LPD Group is also coordinated and managed by this division.

### 5.7.4   Management Letters

During the course of our review we have reviewed management letters prepared by LPD's auditors. LPD uses the following auditors:

- KPMG - responsible for head office in Hong Kong, consolidation, the Americas, Europe and the former Philips factories in China.

- PricewaterhouseCoopers  - responsible for Asia Pacific and Greater China (excluding Hong Kong and the former Philips factories in China).

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

LPD-NL00173610
LPD-NL00173522

Confidential Report to the Facility Lenders

We note the following comments of significance from the auditor's management letter for the year ending 31 December 2003:

- The auditors raise the issue of going concern given the breach of debt covenants and the ongoing discussions with the Facility lenders. The management letter discusses the current status of the discussions with the Steering Committee and the proposed Indicative Heads of Terms.

- The auditors noted that impairment charges of USD89 million were raised against goodwill for CDTs and no amount for CPTs. The auditors noted that impairments may need to be raised for CPT related goodwill in future periods subject to future financial performance.

- During 2003, LPD Korea invested USD16.6 million in two investment trusts with a large exposure to LG Card. LPD has raised a provision of 20% against the security. Based on our discussions with LPD, we are advised that:

  ➢ LPD Korea entered into the transaction on 21 July 2003 through LG Securities without authority from operational headquarters in Hong Kong given surplus cash held by LPD Korea.
  ➢ Management in Hong Kong have only become aware of the transaction during the year end audit process.
  ➢ LPD Korea has been strongly advised that it has no authority to enter into such transactions.
  ➢ LPD has raised the issue with LGE and has been advised that LGE will support LPD to ensure that LPD does not incur any loss as a result of the transaction.

- LPD has recorded a receivable of USD35 million for the sale of the Barcelona factory including the USD14.1 million outstanding under the loan referred to in Section 5.6 and has raised a USD5 million provision against the receivable.

- LPD has a potential tax exposure in China for Value Added Tax ("VAT") with respect to indirect exports. LPD considers that its treatment of this issue to be in accordance with normal practice in China and that the local tax bureau has verbally confirmed that LPD does not need to account for VAT.

- LPD has the following key litigation matters:

  ➢ A complaint for misrepresentation during negotiations of a collective bargaining agreement with respect to the Ottawa factory in the US. Management is opposing the action and no liability has been recorded by LPD.
  ➢ A claim against LPD USA for breach of contract with respect to a supply agreement. The claimant is seeking damages of USD10 million. LPD in the meantime has amicably resolved this dispute.
  ➢ A union representing employees at the Barcelona factory has commenced a lawsuit challenging the legality of the sale of the shares in the Spanish companies. LPD considers the action to be without merit.

- 86 -

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

LPD-NL00173611
LPD-NL00173522

### 5.7.5   Comment on Management

Whilst our review has been conducted over a limited period of time we have had many meetings with management and the opportunity to discuss LPD's business with them. We have also had the opportunity to meet with senior representatives at the two factories that we inspected.

Our impression of management is positive. Management does not appear panicked by its current situation and appears to be in control. Some of our other key observations are as follows:

- Certain of LPD's senior management have only been in place for a limited period of time. These personnel have a good understanding of LPD's business and significant business and industry experience, however if such changes were to occur regularly, it could have a disruptive effect, particularly given the challenges that LPD faces.

- Management has implemented plans to take LPD into the future by, for example, well planned and disciplined cost reduction programs.

- Management has been able to integrate the LGE and Philips' businesses, albeit over a longer period than would have been desired given the market situation at the time. Whilst some personnel have indicated there are still very noticeable differences between former Philips and LGE factories, this is not unexpected.

- Management is prepared to make hard decisions in relatively limited periods of time – a quality that can be very important in a business that is changing. In this regard, management was prepared to stop production at its European factories during 2003 and has closed poorer performing factories. In hindsight, some of these factory closures may have occurred later than would have been preferred. This is an issue management is likely to face on a continual basis and its preparedness to close factories that do not produce positive cash will be important.

- The factory management appears to be disciplined in their implementation of cost reduction programs and measurement of results. Whilst often management may be "scripted" in meetings with consultants such as ourselves, there were no signs of frustration or negativity toward head office for setting very tough targets on the factories.

- There is also a strong recognition by factory management that their results must continually improve to ensure that LPD remains competitive.

- Management appears likely to have been surprised about LPD's poor performance following the commencement of LPD. It appears that management was of the view that the expected size benefits of the joint venture would offset the decline in the CRT industry. Management was forced to reassess its business plan following its poor results in 2001 and appears to have identified and implemented measures to improve LPD's performance.

- It is clear that LPD desires to be number one in CRTs and is focused on improving the company so that it not only exceeds SDI in volume but can also match it in terms of profitability. SDI is however, also well placed to seek to increase market share to match LPD given its more efficient operating structure.

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

LPD-NL00173612
LPD-NL00173522

Confidential Report to the Facility Lenders

## 5.8   Proposed Projects

LPD has two proposed projects which it is currently considering pursuing. Neither of these projects has been included in LPD's budget at this stage.

The two projects are:
(i)      A project to build a factory in Iran ("the Middle East Project")
(ii)     The production of a 32" Super Slim CPT

### 5.8.1   The Middle East Project

**Overview**

The Middle East Project is a "turnkey" project whereby, if the project proceeds, LPD will assist Alam Ara, an Iranian incorporated company, to install a factory capable of producing CPTs in Iran. LPD is to set up the factory for and transfer the operation of the factory to Alam Ara.

LPD expects the project to take almost three years and that it will be self funding other than for a requirement to provide:

- A performance guarantee of EUR19.6 million at the commencement of the project. The performance guarantee will need to remain for the entire project.

- A temporary bank guarantee of EUR26.7 million as consideration for Alam Ara's prepayment for the equipment. This bank guarantee is to remain in place until all equipment is supplied to the new factory, which could take 12 months.

- A downpayment bank guarantee for EUR2.7 million to be released after a Running-In Certificate has been provided at the conclusion of the project.

- An equity injection (on a temporary basis) for EUR11.5 million. LPD will have a put option allowing it to dispose of the equity but only 12 to 15 months after a Running-In Certificate has been provided at the conclusion of the project.

Accordingly, LPD could potentially require EUR60.5 million (about USD75 million) if it is required to cash collateralize all three guarantees in addition to making the equity injection. We are advised however that LPD is seeking to enter into a counter-guarantee and take insurance against certain risks with the effect that:

- LPD will not be required to cash collateralize the performance, temporary and downpayment guarantees; and

- LPD will have insurance against the credit risk, country risk and catastrophe risk of Alam Ara.

In this regard, LPD has advised us that its recent discussions with Atradius, the export credit agency in The Netherlands, indicates that cash collateralization of the guarantees may not be required **after** LPD's proposed debt restructuring.

Total net cashflow from the project is expected to be about USD75 million (from the forecast of EUR63 million at current exchange rates).

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

LPD-NL00173613
LPD-NL00173522

Confidential Report to the Facility Lenders

The project is subject to Iranian Government approval, which we are advised is expected to be received within the next 4 weeks, at which time an irrevocable letter of credit to secure payment to LPD for the entire project proceeds will be provided by an Iranian bank (expected to be Bank Mellat) and the project can proceed. LPD expects to have about 100 employees involved on the project.

Whilst the contracts that govern the project are effective, given time delays in obtaining approvals that has taken the commencement date past 31 December 2003, it appears that either party can currently terminate the contracts without liability. This is important as LPD was contractually bound to proceed with the project providing the other approvals were obtained **prior to** 31 December 2003. We understand however, that once Government approval is provided and the letter of credit opened, the contracts will be binding on LPD.

**Expected Cashflow**

As indicated above, LPD expects the project to be self funding excluding any cash collateralization of the guarantees and the equity injection. We have been provided with the following forecast cashflow information for the project. Please note that a start date of 31 January 2004 was assumed, however Iranian Government approval is yet to be received.

| Date | Collateral Agreement EURm | Equip. Supply EURm | Equip. Supply – Service EURm | Tech. License EURm | Equity Cont'n EURm | Total Cash Inflow EURm | Total Cash Outflow EURm | Net Cash EURm | Net Cash (accum.) EURm |
|---|---|---|---|---|---|---|---|---|---|
| 31/1/04 - 15/2/04 | 5.0 | 21.7 | 2.7 | 1.65 | (11.5) | 19.05 | | 19.05 | 19.05 |
| 28/2/04 | | | | 7.15 | | 7.15 | (6.67) | 0.48 | 20.03 |
| 31/3/04 | | | | | | | (6.67) | (6.67) | 13.36 |
| 30/6/04 | | | | | | | (6.67) | (6.67) | 6.69 |
| 30/9/04 | | 17.8 | 1.91 | | | 19.71 | (15.5) | 4.21 | 10.9 |
| 31/12/04 | | 17.8 | 1.91 | | | 19.71 | (15.5) | 4.21 | 15.11 |
| 31/3/05 | | 17.8 | 1.91 | | | 19.71 | (15.5) | 4.21 | 19.32 |
| 30/6/05 | | 17.8 | 1.91 | | | 19.71 | (15.5) | 4.21 | 23.53 |
| 30/9/05 | | 17.8 | 1.91 | | | 19.71 | (15.5) | 4.21 | 27.74 |
| 31/12/05 | | 17.8 | 1.91 | | | 19.71 | (15.5) | 4.21 | 31.95 |
| 31/3/06 | | 17.8 | 1.91 | 1.1 | | 20.81 | (15.5) | 5.31 | 37.26 |
| 30/6/06 | | 17.8 | 1.91 | 1.1 | | 20.81 | (15.5) | 5.31 | 42.57 |
| 30/9/06 | | 8.9 | | | | 8.9 | | 8.9 | 51.47 |
| 31/12/07 | | | | | 11.5 | 11.5 | | 11.5 | 63.0 |
| | | | | | | | | | |
| **Totals** | **5.0** | **173.0** | **18.0** | **11.0** | | **207.0** | **(144.0)** | **63.0** | **63.0** |

With respect to the expected cash flow, please note:

- The above cashflow does **not** include any cash collateralization of the temporary bank guarantee (EUR26.7 million), the performance guarantee (EUR19.6 million) and the downpayment guarantee (EUR2.7 million).

- The cashflow does provide for payment of the equity contribution of EUR11.5 million in early 2004 and the recovery of that equity at the end of 2007.

- The project is self funding based on the forecast cashflows providing the guarantees are not cash collateralized.

- Payment to LPD is to be secured by way of an irrevocable letter of credit.

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

LPD-NL00173614
LPD-NL00173522

Confidential Report to the Facility Lenders

---

**Contractual Obligations**

LPD has entered into a series of contractual agreements ("the contracts") with Alam Ara, all dated 23 December 2002 as follows:

(i)  Equipment Supply Agreement
     *(Provides for the supply of equipment, know-how, installation, training and commissioning of the production lines.)*

(ii)  Early Works Agreement
     *(Provides for the basic design of buildings and utilities.)*

(iii)  Collateral Agreement
     *(Guarantees the performance of LG.Philips Displays Netherlands B.V by LG.Philips Displays Holding B.V.)*

(iv)  CPT Technology Licence Agreement
     *(Relates to furnishing of technology and the granting of a license.  The duration of this Agreement is for 10 years from the Effective Date and is renewable.)*

(v)  Long Term Supply Contract for Raw Materials and Components
     *(Provides for LPD to supply raw materials and components to the factory for at least 10 years.)*

(vi)  Off Take Agreement
     *(Provides for LPD to purchase a certain quantity of product from the factory. This agreement will remain in force and effect for 5 years from the date of issuance of the Provisional Acceptance Certificate as defined in the Equipment Supply Contract. Any extension is subject to mutual agreement.)*

The contracts became effective on their signing (23 December 2002) save that the commencement of the project was conditional on various regulatory approvals being received.

The Offtake Agreement obliges LPD to buy 1.4 million tubes over a 5 year period. The price to be paid for the tubes by LPD will be based on the average market price in Europe for the preceding quarter, less 5%.

If the irrevocable letter of credit in place for payment was not opened by 31 December 2003 (ie because regulatory approvals had not been received), either party could terminate the contracts without liability. We understand that whilst either party can terminate the contracts currently, once the letter of credit is opened, LPD will be bound by the contracts.

The Equipment Supply contract requires LPD to provide:

- Commercially feasible and proven manufacturing technology and technical know-how.

- Design and engineering experience in the field of CPTs.

- Supply and delivery of equipment.

- Training of Alam Ara's personnel.

- Supervision of installation and commissioning including performance tests.

---

- 90 -

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

Confidential Report to the Facility Lenders

Specifically, LPD is required to install:

- A CPT manufacturing plant consisting of two production lines for the production of the Contract Products; and

- A component manufacturing plant consisting of production lines for electron gun and deflection yokes with stipulated capacities.

The two CPT lines are to manufacture the following products:

(i) 21" Real Flat CPTs on a production line, comparable to LPD's Hranice factory and processes comparable to LPD's Durham factory, capable of producing 1.28 million units per annum.

(ii) 29" Real Flat Slim CPTs on a production line, comparable to LPD's Hranice factory and processes comparable to LPD's Dreux factory, capable of producing 960,000 units per annum.

One of the production lines is an existing fully depreciated line and the other will be a new line.

Production is for domestic supply in Iran and its neighboring countries other than Turkey (given LPD has customers in Turkey). Given the relatively low production volumes compared to world production, there is not expected to be any real effect on world supply or demand.

**Ferrier Hodgson Comment**

We have discussed the Middle East Project with LPD's management. The project appears to generate strong cashflow which would provide upside for LPD over its existing budget.

We note however that there are risks associated with business in locations such as Iran that are difficult to quantify. We have had limited direct experience with business ventures in Iran and as such it is difficult for us to comment in detail.

In addition, whilst we have reviewed the cashflow information provided to us, we have not been able to verify the expected costs associated with the project.

Notwithstanding the limitations of our analysis, LPD has experience in establishing new product lines and readying factories for production. LPD is also seeking to obtain counter-guarantees (to avoid cash collateralizing the guarantees it is required to provide) and insurance against key risks involved in the project. We are advised that recent discussions by LPD with Gerling NCM indicate cash collateralization of the guarantees may not be required once LPD's proposed debt restructuring proceeds.

We would be concerned about LPD proceeding with this project if it was required to cash collateralize the three guarantees around the same time as the debt restructuring occurs as it provides the potential for much greater stress on LPD's cashflow at a critical time for the company. This may adversely affect LPD's cash position and prepayment forecast at the end of 2004.

The project is forecast to be self funding including payment of the equity on the basis that the guarantees are not required to be cash collateralized.

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

LPD-NL00173616
LPD-NL00173522

Confidential Report to the Facility Lenders

Accordingly, in our view, the Middle East Project should only proceed if:

- The counter-guarantees and insurance are obtained to the satisfaction of the Facility lenders.

- A cashflow of actual performance compared to budget with rolling forecast is provided to the Facility lenders on say a quarterly basis including an explanation of any deviation from forecast.

### 5.8.2 Super Slim

In order to compete with LCD and PDP manufacturers, CRT manufacturers have developed products with similar characteristics eg flat screens. A key advantage that LCDs and PDPs have over CRTs is that the depth of LCDs and PDPs is much smaller.

CRT manufacturers have previously developed slimmer depth products in response.

LPD has now developed a product that is slimmer again, called the "Super Slim". In this regard, the depth of the proposed 32" Super Slim is only 35cm compared to 53cm for a conventional tube.

Whilst LCDs and PDPs are still much slimmer, the Super Slim closes the gap and is slimmer than the depth of a standard DVD player (at 40cm) that most people would have in the same cabinet as their television.



LPD has advised us of the following regarding the potential commercialisation of this product:

- The product has been displayed at technology shows and received substantial interest from buyers and from LPD's competitors, including SDI and Thomson, to jointly market the product. LPD has not considered whether they would produce the Super Slim in partnership with any other parties yet.

- The product can be produced from existing production lines, thereby reducing the capex cost. It would be produced in Gumi in the first instance. The estimated capex cost of commencing production will be about USD10 million.

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

LPD-NL00173617
LPD-NL00173522

Confidential Report to the Facility Lenders

- LPD estimates it can charge a premium over the current 32" wide screen real flat CPT of 8% and reducing over time.

- LPD estimates the market for the Super Slim to be about 50,000 units in 2005, increasing to 165,000 units in 2008.

- LPD estimates the product can generate a gross margin of 31% to 40% after 2005.

- LPD has prepared various scenarios to consider lower prices and volumes than expected. The longest payback period forecasted is just over 4 years and the shortest is 2.6 years based on greater demand than expected.

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

LPD-NL00173618
LPD-NL00173522

Confidential Report to the Facility Lenders

# 6   FACTORY ANALYSIS

## 6.1   Introduction

In this section of our report we have provided an analysis of LPD's CPT and CDT factories.

Based on LPD's 2003 financial results, the performance of the factories is substantially varied. Depicted below is an analysis of each factory's net income as a percentage of sales for 2003.



With respect to the above, we note the following:

* The best performing factories are the Asian based factories, excluding the two CDT factories that are to be closed (Hua Fei CDT and Hua Pu).

* The European factories (other than Hranice) have had negative net incomes in 2003.

* Gomez Palacio's performance was well below that of the other factories to be retained and its performance must improve or it may need to be closed. Sao Jose dos Campos will also need to improve its performance.

* Hranice's performance is expected to improve as its production increases.

## 6.2   Factory Summaries

We have attached at **Annexure 11** factory summaries highlighting the performance, strategic and other issues affecting each of LPD's factories. Please note the following regarding these summaries:

* We have not provided factory summaries for factories that have closed during 2001 to 2003.

---

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

LPD-NL00173619
LPD-NL00173522

- The forecast financial information provided for each factory is **based on LPD's Restructuring Case cashflow rather than its Management Target**. Accordingly, LPD expects each factory's forecast performance to be better than as shown. In certain instances this results in material declines in, for example, production volumes in 2005, given that the 2004 Management Target and Restructure Case scenarios are the same.

- Financial information for 2003 is based on the year end results.

- We have ranked each of LPD's factories by key financial criteria. The factory ranking relates to only those factories shown and not closed factories. A factory ranking of "1" for any criteria means that factory was the best performing for that criteria (eg highest revenue, lowest cost) in 2003.

- We have included key forecast financial data **based on LPD's Restructuring Case budgets**. Attached at **Annexure 12** is a more detailed summary of the forecast financial data utilised in the Restructure Case cashflow.

- The gross margin information provided is calculated in LPD's management accounts **after materials related costs, manufacturing labour and depreciation**.

## 6.3   Factory Review

### 6.3.1   Profitability

Only 6 of LPD's 13 factories (Hua Fei CPT and CDT are treated as separate factories) generated positive net income before restructuring costs. Net income for these factories, however, includes in many instances quite large depreciation and amortisation expenses reflecting the high fixed asset value of many of LPD's assets.

On a cashflow basis, only one factory (Gomez Palacio) did not generate positive cashflow in 2003. LPD's cashflow by factory is somewhat distorted given intercompany movements and irregular working capital movements as some factories ramp up production and other factories reduce production prior to their closure.

Accordingly, we have calculated the EBITDA for each factory for 2003 as follows:

| Positive | Neutral | Negative |
|---|---|---|
| Gumi | Dreux | Gomez Palacio |
| Changsha | Durham | Hua Fei CDT |
| Hua Fei CPT | | |
| Changwon | | |
| Hranice | | |
| Bekasi | | |
| Aachen | | |
| Sao Jose dos Campos | | |
| Hua Pu | | |

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

LPD-NL00173620
LPD-NL00173522

This position can also be shown as follows:



Notwithstanding our comments above, the cashflow before financing for each factory for 2003 can be shown as follows:



On a cashflow basis, the contribution of the Korean factories of Gumi and Changwon is substantial. The significant negative cashflow for Gomez Palacio reflects high capex and given it is a relatively new factory.

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

LPD-NL00173621
LPD-NL00173522

Confidential Report to the Facility Lenders

The financial model prepared for LPD does not provide forecast cashflow information for each factory separately. Forecast gross margins as a percentage of sales for each factory for 2007 (note some factories will be closed by 2007) compared to 2003 are as follows:



The above graph highlights the importance of LPD's Asian factories and the expected future strong performance of Hranice.

### 6.3.2   Revenue

A comparison of actual factory revenue contribution for 2003 with forecast factory revenue for 2007 is as follows:



LPD's revenue contribution is currently dominated by Gumi and Changsha. By 2007 it is expected that there will be a more even distribution of revenue amongst certain key factories.

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL
LPD-NL00173622
LPD-NL00173522

Confidential Report to the Facility Lenders

### 6.3.3   ASPs

A comparison of ASPs for LPD's factories for 2003 and forecast for 2007 can be shown as follows:



The above graph highlights the greater ASPs that can be achieved in Europe and the US (through Gomez Palacio), although this is somewhat distorted given the product mix in those factories (ie large, jumbo and wide screen televisions). We have excluded Aachen from the graph, given it has a disproportionately high ASP of USD230 per unit.

### 6.3.4   Factory Loading

Factory loading refers to a factory's production as a percentage of its capacity. LPD's factory loading for 2003 can be shown as follows:



This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

LPD-NL00173623
LPD-NL00173522

Confidential Report to the Facility Lenders

The factory loading figures reflects the short term shut down of European factories during 2003 and the slower than expected ramping up of production at the Gomez Palacio factory. LPD's China based factories have the highest factory loading figures. Despite their generally very good performance, the Korean factories have some further capacity. The Changsha factory in China is able to achieve a loading rate above 100% given efficiency improvements.

### 6.3.5   Materials Costs

As indicated in other parts of this report, LPD's ability to drive cost reductions will be critical to its ability to generate cash in a declining market. LPD's largest cost is its materials cost. There is however, a large discrepancy for materials costs as a percentage of revenue for different factories as shown below:



The above graph highlights the greater comparative materials costs in the Chinese factories, although this is influenced by product mix as these factories produce a greater proportion of the smaller screen televisions and CDTs which have lower ASPs.

### 6.3.6   Salary Costs

As expected a comparison of salary cost for each factory highlights the disparity between East and West with respect to wages, which underlines the move of production to lower wage countries.

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

LPD-NL00173624
LPD-NL00173522

Confidential Report to the Facility Lenders

Salary costs as a percentage of revenue for 2003 and forecast 2007 can be summarised as follows:



### 6.3.7   Factory Analysis - Concluding Remarks

The following conclusions can be drawn from this analysis:

- The Asian based factories are the most profitable and efficient of LPD's factories.

- Despite having higher labour costs, the European based factories are able to compete through higher ASPs, lower materials costs and through protection against imports. In this regard, import duties are set at about 10%, at least until 2008.

- CDT factories have a higher materials cost (as a percentage of sales), reflecting the lower ASPs for CDTs and the greater relative cost of glass in manufacturing CDTs compared to CPTs. In this regard, glass is the most expensive component in the manufacture of CRTs.

- Factories in China have the highest materials costs (as a percentage of sales). Whilst this result may be surprising it reflects the comparative greater CDT manufacturing in China (where other costs are lower to offset higher materials costs) and provides opportunity to reduce costs further.

- Wage costs in the European factories are substantially greater than the Asian factories. Hranice will be of strategic benefit given its lower wage costs and access to the European market. Similarly, Gomez Palacio may be able to take advantage of its ability to access the US market but with lower wage costs than US based manufacturers.

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

LPD-NL00173625
LPD-NL00173522

Confidential Report to the Facility Lenders

# 7    HISTORICAL FINANCIAL RESULTS

We have commented on LPD's financial performance in more detail in various other parts of this report. We have however provided some brief comments on LPD's consolidated historical financial performance below.

## 7.1    Balance Sheet

- LPD's consolidated balance sheet for 1 July 2001 to 31 December 2003 can be summarised as follows:

| | 1 July 2001 USDm | 31 Dec 2001 USDm | 31 Dec 2002 USDm | 31 Dec 2003* USDm |
|---|---|---|---|---|
| **Current Assets** | | | | |
| Cash and Cash Equivalents | 159 | 382 | 125 | 322 |
| Accounts Receivable (Net) | 624 | 585 | 805 | 636^ |
| Inventories | 662 | 434 | 364 | 289 |
| Deferred Tax Assets | - | 9 | 6 | |
| Other | 259 | 115 | 137 | 90 |
| **Total Current Assets** | **1,704** | **1,525** | **1,437** | **1,337** |
| | | | | |
| **Non Current Assets** | | | | |
| Deferred Tax Assets | 12 | 13 | 35 | 22 |
| Property, Plant and Equipment | 2,617 | 2,698 | 2,453 | 1,724 |
| Goodwill and Intangible Assets | 435 | 397 | 390 | 290 |
| Other | 57 | 37 | 34 | 35^ |
| **Total Non Current Assets** | **3,121** | **3,145** | **2,912** | **2,071** |
| **Total Assets** | **4,825** | **4,670** | **4,349** | **3,408** |
| | | | | |
| **Current Liabilities** | | | | |
| Accounts Payable | 816 | 758 | 937 | 759 |
| Deferred Taxation | - | 8 | 3 | - |
| Provisions | - | 78 | 73 | 107 |
| Loans - Current | 324 | 952 | 513 | 1,654 |
| Other | 416 | 193 | 133 | 175^ |
| **Total Current Liabilities** | **1,556** | **1,989** | **1,659** | **2,695** |
| | | | | |
| **Non Current Liabilities** | | | | |
| Loans - Long-Term | 1,614 | 1,377 | 1,546 | 444 |
| Deferred Taxation | 71 | 71 | 45 | 19 |
| Provisions - Non-Current | 109 | 79 | 86 | 109 |
| **Total Non Current Liabilities** | **1,794** | **1,527** | **1,677** | **572** |
| **Total Liabilities** | **3,350** | **3,516** | **3,336** | **3,267** |
| **Net Assets** | **1,475** | **1,154** | **1,013** | **141** |
| | | | | |
| Minority Interests | 179 | 184 | 197 | 205 |
| **Stockholders' Equity** | | | | |
| Share Premium | 1,296 | 1,296 | 1,546 | 808 |
| Accumulated Loss | - | (348) | (880) | (872) |
| Accumulated Other Comprehensive Income | - | 22 | 150 | |
| **Total Stockholders' Equity** | **1,296** | **970** | **816** | **(64)** |

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

LPD-NL00173626
LPD-NL00173522

Confidential Report to the Facility Lenders

---

* Based on audited Management Accounts for year ended 31 December 2003.
^ Some items in the Management Accounts for year ended 31 December 2003 are categorised/allocated differently to the Audited Financial Accounts for 2001 and 2002.

### Assets

Attached as **Annexure 13** is a schedule of assets owned by each of the LPD Group companies as at 31 December 2003. This schedule can be summarised as follows:

| Company | Current Assets USDm | Tangible Fixed Assets USDm | Intangible Assets USDm | Other Assets USDm | Total Assets USDm |
|---|---|---|---|---|---|
| Hua Fei Colour Displays Systems | 151 | 249 | 0 | 3 | 409 |
| LPD Brazil | 48 | 120 | 0 | 4 | 172 |
| LPD Czech Republic | 20 | 340 | 1 | 9 | 370 |
| LPD France | 24 | 67 | 1 | 2 | 93 |
| LPD Holding | 135 | 0 | 0 | 16 | 152 |
| LPD Korea | 287 | 263 | 273 | 17 | 840 |
| LPD Netherlands | 177 | 40 | 0 | 0 | 217 |
| LPD USA | 67 | 18 | 0 | 0 | 85 |
| LG.Philips Shuguang Electronics | 168 | 424 | 0 | 3 | 595 |
| LPD Indonesia | 56 | 88 | 0 | 0 | 144 |
| Other | 204 | 115 | 15 | 3 | 337 |
| **Total (unconsolidated)** | **1,337** | **1,724** | **290** | **57** | **3,408** |

### Cash and Cash Equivalents (USD322 million)

• LPD had cash holdings, including the China Joint Ventures, as at 31 December 2003 of USD322 million as follows:

| Company | USDm |
|---|---|
| LPD Holding (The Netherlands) | 128.7 |
| LPD Korea | 118.7 |
| China Joint Ventures | 43.5 |
| LPD Indonesia | 14.4 |
| Others | 16.6 |
| **Total** | **321.9** |

### Accounts Receivable (USD636 million)

• Accounts receivable includes trade and notes receivable from sales of goods and services to customers.

• Accounts receivable can be summarised as follows:

| Accounts Receivable | USDm |
|---|---|
| Non related party accounts receivable | 487.2 |
| LGE accounts receivable | 65.8 |
| Philips accounts receivable | 83.4 |
| **Total** | **636.4** |

---

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

LPD-NL00173627
LPD-NL00173522

Confidential Report to the Facility Lenders

---

**Inventories (USD289 million)**

- LPD has been able to substantially reduce its inventories during the year (from USD364 million to USD289 million) as a result of better inventory management.

- Inventories represent LPD's finished goods, work in progress and raw materials at all factories, including its components factories.

**Property, Plant and Equipment (USD1,724 million)**

- The decline in property, plant and equipment during 2003 reflects the substantial impairment charges raised against certain of LPD's factories during 2003. Further impairment charges were also raised against goodwill during 2003 (discussed below).

- The impairment charges from property, plant and equipment can be summarised as follows:

| Factory | Impairment Charges USDm |
|---------|-------------------------|
| Gomez Palacio | 280 |
| Aachen CPT | 89 |
| HuaPu | 82 |
| Durham | 52 |
| Hua Fei | 46 |
| Dreux | 22 |
| Others | 101 |
| **Total** | **672** |

- The impairment charges have been raised in accordance with US GAAP reflecting the expected future cashflow from these assets.

**Goodwill and Intangibles (USD290 million)**

- Goodwill and intangible assets comprise goodwill, patents, licenses, software and intellectual property rights.

- The reduction in 2003 reflects the writedown of goodwill by USD89 million in conjunction with the impairment charges relating to CDTs.

**Liabilities**

**Accounts Payable (USD759 million)**

- Accounts payable include amounts owing to LGE and Philips as at 31 December 2003 of USD39.3 million and USD9.2 million respectively with respect to certain component and spare parts supplied to LPD.

**Loans - Current (USD1,654 million)**

- Current loans include amounts owing to the Facility lenders and lenders to the China Joint Ventures.

---

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

LPD-NL00173628
LPD-NL00173522

Confidential Report to the Facility Lenders

- The increase in the current portion of the loans reflects movements of non-current loans to current based on the maturity of those loans and breach of covenants causing amounts to be payable on demand.

- Further details of LPD's lending facilities is shown at Section 3.3 of this report.

**Loans - Long term (USD444 million)**

- As stated above, a large portion of LPD's loans has been reallocated from non-current to current loans reflecting the maturity date of the loans.

- Further details of LPD's lending facilities are shown at Section 3.3 of this report.

**Provisions (USD216 million)**

- The bulk of provisions relates to restructuring, pensions, other post-retirement benefits and obligatory severance payments.

- Other items include provisions for replacement and guarantee.

- Provisions can be summarised as follows:

| Provisions | Current USDm | Non Current USDm |
|---|---|---|
| Pensions | - | 7.0 |
| Restructuring | 91.8 | 28.0 |
| Other post retirement benefits | 1.2 | 37.5 |
| Obligatory severance payments | 7.2 | 25.2 |
| Other | 7.0 | 11.0 |
| **Total** | **107.2** | **108.7** |

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL
LPD-NL00173629
LPD-NL00173522

## 7.2   Profit and Loss Statement

- LPD's Profit and Loss Statement can be summarised as follows for the 6 months ending 31 December 2001 and 12 months ending 31 December 2002 and 2003:

| | 2001 USDm | 2002 USDm | 2003 * USDm |
|---|---|---|---|
| **Revenues** | | | |
| CPT | 1,347 | 2,999 | 2,868 |
| CDT | 634 | 1,201 | 974 |
| Other | 64 | 202 | 124 |
| **Total Revenue** | **2,045** | **4,402** | **3,966** |
| | | | |
| Direct cost of sales | (1,841) | (3,714) | (3,319)^ |
| **Gross profit** | **204** | **688** | **647** |
| | | | |
| **Expenses** | | | |
| Selling expenses | (71) | (59) | (73)^ |
| General and administrative expenses | (52) | (102) | (107)^ |
| Research and development expenses | (59) | (112) | (108)^ |
| Other income, net | 36 | 51 | 62^ |
| Restructuring (cash) costs | (57) | (114) | (181) |
| **EBITDA** | **1** | **352** | **240** |
| | | | |
| Depreciation expenses | (147) | (290) | (297) |
| Amortisation expenses | (41) | (11) | |
| Impairment (non cash) charges | (101) | (456) | (761) |
| **Loss from operations** | **(288)** | **(405)** | **(818)** |
| | | | |
| Financial expenses | (57) | (122) | (57) |
| **Loss before income taxes and minority interests** | **(345)** | **(527)** | **(875)** |
| Income taxes | (10) | 2 | 18 |
| **Loss after income taxes and before minority interests** | **(355)** | **(525)** | **(857)** |
| Minority interests | 7 | (2) | (13) |
| **Net loss from continuing operations** | **(348)** | **(527)** | **(870)** |
| Changes in accounting principles | | (5) | |
| | | | |
| **Net loss** | **(348)** | **(532)** | **(870)** |

&ast;  Based on audited Management Accounts for year ended 31 December 2003.
^  Some items in the Management Accounts for year ended 31 December 2003 are categorised/allocated differently to the Audited Financial Accounts for 2001 and 2002.

**Sales (USD3,966 million)**

- LPD's sales fell by approximately 10% during 2003 based on lower ASPs and lower production.

- LPD's ASPs for CPTs and CDTs fell by about 3.5% and 12.5% respectively from 2002 to 2003.

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

LPD-NL00173630
LPD-NL00173522

Confidential Report to the Facility Lenders

- LPD's production for CPTs and CDTs declined by about 1.5% and 6% respectively from 2002 to 2003.

- Revenue from components declined by about 12% from 2002 to 2003.

### Direct Cost of Sales (USD3,319 million)

- Direct cost of sales is USD3,319 million, however this figure has been calculated on a different basis to gross margins referred to in other parts of this report and should not be compared to those figures. In this regard, gross margins in LPD's management accounts are prepared after materials related costs, manufacturing labour and depreciation.

### Restructuring and Impairment Costs (USD942 million)

- Restructuring and impairment costs include non cash impairment charges representing the write down of assets referred to above and cash restructuring costs, primarily reflecting redundancy costs.

- Restructuring and impairment costs for 2001 to 2003 are as follows:

| | 2001 USDm | 2002 USDm | 2003 USDm |
|---|---|---|---|
| Restructuring (ie cash) Costs | 57 | 114 | 181 |
| Impairment (ie non cash) Charges | 101 | 456 | 761 |
| **Total** | **158** | **570** | **942** |

### Net Loss (USD870 million)

- LPD's net income has been substantially affected by the restructuring and impairment costs referred to above and due to LPD's declining revenue.

- We have referred in greater detail to LPD's profitability in other parts of this report and refer you to section 6 with respect to factory performance and section 9 with respect to forecasts in this regard.

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

LPD-NL00173631
LPD-NL00173522

Confidential Report to the Facility Lenders

## 7.3   Results for 2004

**Profit and Loss Performance**

LPD's unaudited management accounts for January and February 2004 compared to budget (note Restructure Case and Management Target are the same for 2004) can be summarised as follows:

| | Budget USDm | Budget % Sales | Actual USDm | Actual % Sales | Variance USDm |
|---|---|---|---|---|---|
| CPT Sales | 424 | 76.3 | 455 | 69.5 | 31 |
| CDT Sales | 116 | 20.9 | 174 | 26.6 | 58 |
| Other Sales | 16 | 2.8 | 26 | 3.9 | 10 |
| **Total Sales** | **556** | **100.0** | **655** | **100.0** | **99** |
| Materials Cost | (298) | (53.6) | (366) | (55.9) | (68) |
| Salary & Wages | (77) | (13.8) | (85) | (13.0) | (8) |
| Depreciation & Amortisation | (41) | (7.4) | (40) | (6.1) | 1 |
| Other Costs of Operations | (84) | (15.1) | (89) | (13.6) | (5) |
| **Gross Margin** | **58** | **10.4** | **76** | **11.6** | **18** |
| Selling Expenses | (18) | (3.2) | (16) | (2.4) | 2 |
| G&A Expenses | (14) | (2.5) | (16) | (2.4) | (2) |
| R&D Expenses | (12) | (2.2) | (11) | (1.7) | 1 |
| Other Income/charges | 2 | (0.4) | 2 | 0.3 | - |
| **IFO Before Restructuring** | **16** | **2.9** | **35** | **5.3** | **19** |
| Restructuring Costs | (26) | (4.7) | (27) | (4.1) | (1) |
| IFO After Restructuring | (9) | (1.6) | 8 | 1.2 | 17 |
| Financing Costs | (20) | (3.6) | (18) | (2.7) | 2 |
| Income Taxes | 0 | 0 | (4) | (0.6) | (4) |
| Minority Interest | (2) | (0.4) | (8) | (1.2) | (6) |
| **Net Income** | **(32)** | **(5.8)** | **(22)** | **(3.4)** | **10** |

With respect to the above, we note the following:

- LPD's sales were USD99 million above forecast with CDT sales being very strong. Sales have been above budget in both January and February. Exchange rate movements have contributed additional revenue of about USD15 million.

- Sales in each geographic location (ie Europe, China, Asia Pacific, Americas) were above budget.

- The stronger sales result was primarily led by greater volume than budget for both CPTs and CDTs. In particular, CDT volumes were well above budget. ASPs for CPTs were marginally below budget whereas CDT ASPs were 6.4% above budget. Wide screen CPT ASPs were well above budget.

- Most cost items were lower than budget in percentage terms, although materials cost was 2.3% higher as a percentage of sales than budget. Aachen had very high materials consumption (ie wastage) during the month. Hranice and Hua Fei CDT had materials costs well above budget, with a number of factories struggling to reach budgeted materials cost levels as a percentage of sales. Exchange rate movements also contributed about USD18 million of greater costs.

- Given higher than budgeted sales and the satisfactory cost performance, net income was USD10 million above budget, but was still a net loss of USD22 million.

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

LPD-NL00173632
LPD-NL00173522

Confidential Report to the Facility Lenders

- LPD's EBITDA was USD49.2 million compared to the budget of USD33.2 million.

**Cashflow Performance**

LPD's cashflow performance for January 2004 compared to budget was as follows:

| | Budget USDm | Actual USDm | Variance USDm |
|---|---|---|---|
| Net Income | (32) | (22) | 10 |
| Depreciation & Amortisation | 42 | 41 | (1) |
| Changes in Working Capital | | | |
| - Changes in Inventory | (51) | (11) | 40 |
| - Changes in Accounts Rec. | 57 | 47 | (10) |
| - Changes in Accounts Pay. | 6 | (17) | (23) |
| **- Total Working Capital Change** | **12** | **19** | **7** |
| Changes in Provisions | (4) | 29 | 33 |
| Capex | (32) | (10) | 22 |
| Other | (13) | (3) | 10 |
| **Cash Flow Before Financing** | **(26)** | **54** | **80** |

With respect to the above, we note the following:

- LPD's working capital movement was above budget, primarily given higher inventories than expected, whereas accounts receivable and accounts payable movements were lower than expected.

- LPD also had favourable movements in provisions and lower capex than budgeted, assisting it to generate cashflow before financing that was substantially above budget.

- The positive cashflow variance was all generated in February, primarily due to favourable working capital movements during the month.

**Concluding Remarks**

- LPD's performance compared to budget for January and February 2004 is good, dominated by stronger revenue than budgeted.

- LPD's working capital movements were favourable in February after being unfavourable in January. Maintaining tight control of working capital will be important for LPD in order to achieve the targets set for the remainder of the year.

- LPD produces a rolling forecast for 2004 taking into account the actual result for January and February and its forecast for the remainder of the year. The rolling forecast suggests stronger sales, net income and cashflow before financing than budgeted, however there is obviously many months to go yet.

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

LPD-NL00173633
LPD-NL00173522

Confidential Report to the Facility Lenders

# 8    PROPOSED DEBT RESTRUCTURING

## 8.1   The December Proposal

The Facility lenders will be aware from earlier communications from LPD in December 2003 and January 2004 of headline terms for the debt restructuring that had been agreed by the Steering Committee, LPD, LGE and Philips ("the December Proposal").

The December Proposal can be summarised as follows:

**Payments to Facility Lenders**

- The contribution of equity by LGE and Philips of USD500 million to be paid at closing of the restructuring representing their existing guarantees of USD400 million and USD100 million additional cash.

- The payment of USD100 million to the Facility lenders by way of a prepayment of receivables due by LGE and Philips to LPD. This amount was paid during January 2004 to the Facility lenders. This prepayment is to be maintained for the term of the restructured Facility.

- The balance of the Facility to be paid in instalments as follows:

| Year | Amount (USDm) |
|------|---------------|
| 2004 | 70 |
| 2005 | 90 |
| 2006 | 90 |
| 2007 | 160 |
| 2008 | 160 |
| 2009 | 120 |
| 2010 | 143 |
| **Total** | **833** |

- Cash generated in excess of LPD's requirements and after repayment of the amortisation payments to the Facility lenders is to be paid into a Cash Reserve Account to be funded to a maximum of USD50 million. Cash generated once the Cash Reserve Account is fully funded is to be paid to the Facility lenders in reverse order of maturity.

- Cash generated from certain activities, such as asset sales over a certain level and additional borrowings, are to be paid into a Mandatory Prepayment Account and paid to the Facility lenders in reverse order of maturity.

- Interest is to be paid to Facility lenders reflecting a weighted average of 1% over the term of the restructured debt based on the amortisation schedule.

**Guarantees and Security**

- The existing guarantees provided by LGE and Philips of USD200 million each are to be replaced by new guarantees of USD50 million each, also on a several basis.

- The existing guarantees granted by certain LPD Group companies will remain, except for 2 companies, and a further two LPD Group company guarantees will be provided to the Facility lenders.

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

LPD-NL00173634
LPD-NL00173522

Confidential Report to the Facility Lenders

- Security is to be provided over all of the shares or in certain instances over all material fixed assets and receivables, in a number of LPD Group companies.

- The Facility lenders will also be granted security over the Cash Reserve Account.

**MIVAR**

- MIVAR was to be contractually subordinated and paid in two instalments in 2010 and 2011 of USD125 million each.

- The position of MIVAR is discussed further at section 8.2 below.

**Approvals Required**

- Approval of each Facility lender and documentation satisfactory to the lenders.

- Other regulatory approvals and the absence of prohibitions against LPD to implement the debt restructuring.

## 8.2   The Position of MIVAR

When the December Proposal was presented to the Facility lenders, it was on the basis that MIVAR had agreed in principle to the contractual subordination of its debt on certain terms.

Unfortunately, MIVAR has retreated from this position and a series of negotiations have taken place between LPD and Philips on behalf of the shareholders with the owner of MIVAR in order to seek to agree a position acceptable to all parties. In addition, Rod Sutton from Ferrier Hodgson Limited attended one of the meetings held with the owner of MIVAR.

We have been provided with the following chronology of the dealings with MIVAR:

| Date | Event |
|---|---|
| 22 December 2003 | ➢ MIVAR agrees in principle to the contractual subordination of its debt and extension of its repayment terms to 2010 and 2011 |
| 15 January 2004 | ➢ MIVAR indicates it will only agree to the extension of repayment terms if it is satisfied with LPD's business model |
| 3 February 2004 | ➢ Representatives of Philips and LPD and Rod Sutton meet with the owner of MIVAR to discuss the business model<br>➢ The owner of MIVAR states he is satisfied with the business model, however will only agree to an extension of repayment terms if he is provided with parent guarantees for all of MIVAR's debt |
| 21 February 2004 | ➢ MIVAR advises it is no longer prepared to accept a deferral of its repayment terms on any basis |
| 22 February 2004 | ➢ MIVAR indicates it would be prepared to agree to a deferral of its repayment providing it is treated more like the Facility lenders and receives amortisation payments from 2007 |
| 26 February 2004 | ➢ Following two days of negotiation with the Steering Committee as to acceptable terms, a proposal is made to MIVAR that would allow it to receive amortisation payments from 2007 to 2011 from Excess Cash generated |
| 28 February 2004 | ➢ MIVAR indicates it wishes to share in all repayments to the Facility lenders, including the equity contribution of USD500 million and permanent reduction of receivables of USD100 million |

- 110 -

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

LPD-NL00173635
LPD-NL00173522

We are advised that LPD and Philips on behalf of the shareholders have had further discussions with MIVAR in early March 2004 in order to seek to negotiate a position acceptable to all stakeholders. At the time of writing, no such proposal has been agreed.

We understand that, at least until recently, MIVAR considers that it is in the same legal position as the Facility lenders, however this is not the case. LPD wrote to MIVAR on 11 March 2004 providing confirmation of MIVAR's legal position compared to the Facility lenders and restating the 26 February 2004 proposal. LPD requested a response by 15 March 2004, which had not been received when this report was finalised.

The significance of MIVAR to the debt restructuring can be summarised as follows:

- LPD Finance is the borrower of the MIVAR FRN, however it is guaranteed by LPD Holding. LPD Holding is the effective holding company of the LPD Group. Both LPD Holding and LPD Finance are dependent on funds being provided to them through dividends (for LPD Holding only) or loans.

- LPD Holding is also the borrower of the Facility with the lenders. The lenders have guarantees from a number of other key LPD Group companies and over the Korean FRN. In this regard, the Facility lenders have access to most key operating companies ahead of MIVAR. Given this position, MIVAR is structurally subordinated to the lenders.

- The Facility lenders do not, however, have guarantees from all operating companies. As a result, MIVAR has equal access with the lenders through company shareholdings to certain companies eg Hua Fei Colour Display Systems Co Ltd.

We also refer you to the LPD Group structure attached as **Annexure 3**, which outlines the guarantees available to the Facility lenders.

The Steering Committee has offered for its legal advisors to discuss the legal position of the Facility lenders and MIVAR with MIVAR's legal advisors. We are advised that MIVAR declined this invitation.

As indicated above, the Steering Committee met with representatives of LPD, LGE and Philips on 24 and 25 February 2004 to negotiate a proposal that could be offered to MIVAR. The proposal that was agreed at these meetings allowed for amortisation payments to be paid to MIVAR from 2007 to 2011 from Excess Cash (ie cash generated in excess of amortisation payments to be paid to the Facility lenders), a guarantee from LGE and Philips for USD50 million each on a several basis and to share incremental security that is to be provided to the Facility lenders.

In our view, this proposal provides certain benefits to MIVAR and is reasonable to all parties in the circumstances. If MIVAR continues to reject the proposal, its position may be further weakened compared to the Facility lenders as a result of additional security that is likely to be provided to the Facility lenders under the restructuring proposal.

We and the Steering Committee have been considering various proposals over the past month in order to allow the debt restructuring to proceed without the agreement of MIVAR to that proposal. At the time of writing, it is expected that further discussions will be held with LPD, LGE and Philips prior to the bank meetings on 22 and 24 March 2004 so that further information can be provided to the Facility lenders at that time.

We and the Steering Committee will also discuss further information with respect to the position of MIVAR at these meetings.

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

LPD-NL00173636
LPD-NL00173522

# 9   FORECASTS

In this section of our report we have detailed the modeling performed by LPD in conjunction with ourselves.

We have summarised and analysed different forecasting scenarios and commented on the achievability of those scenarios.

The assumptions to the forecast scenarios presented in this section of the report have been prepared after discussions with the Steering Committee and the output of each scenario has been agreed with LPD.

It is not the intention of Ferrier Hodgson Limited or LPD to provide each bank with a soft copy of the model to consider alternative scenarios. We discuss the basis for each scenario presented and the forecast outcomes under those scenarios and have provided supporting schedules as annexures to this report.

**Once the term sheet for the debt restructuring proposal has been agreed, we will prepare a second report to Facility lenders that will analyse in detail the ability of the cashflow forecasts in each scenario to enable repayment to the lenders. We will also provide certain sensitivities and other analysis.**

## 9.1   Background

LPD has historically maintained a highly detailed Strategy Review Model ("the SR Model"). The SR Model contains forecast revenue, expense, capacity and production data for each line of each factory operated by LPD.

Like many strategy models, the SR Model is not however, a cashflow model. Accordingly, in around September 2003, LPD commenced building a new model to forecast cashflow, profit and loss and balance sheet information. This model is known as the "Top-Down Model". The Top-Down Model was prepared based on two scenarios:

| | | |
|---|---|---|
| (i) | **Management Target** | - representing management's target performance for the forecast period. |
| (ii) | **Restructure Case** | - representing a more conservative view of forecast performance, upon which the proposed debt restructuring is to be based ie it is intended that cashflows generated under the Restructure Case will support the proposed amortisation payments to Facility lenders. LPD expects to exceed this result. |

Please note that in 2004, both the Management Target and the Restructure Case are identical (other than some minor variations only) as they represent LPD's budget for 2004.

## 9.2   Revised Models

Following our engagement we have worked with LPD to revise the functionality and ability to make the Top-Down Model interactive. It has also been necessary to separate the cashflow from the China Joint Ventures in the model given that previously, LPD's share of total cashflow was assumed to be available rather than LPD's share of dividends as is actually the case. The revised model also adopts both the Management Target and Restructure Case scenarios.

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

LPD-NL00173637
LPD-NL00173522

The key revisions to the Top-Down Model are as follows:

- The model has been separated into the following segments:

    ➤ **China Joint Ventures** – a separate model for the China Joint Ventures has been built allowing variations to volumes, ASPs and cost assumptions. A separate balance sheet, profit and loss statement and cashflow exist for the China Joint Ventures. Dividends from these companies flow through to the Rest of the World segment.

    ➤ **Components** – LPD's components factories have been modeled separately to the CDT and CPT operations with cashflow flowing through to the Rest of the World segment. There are separate profit and loss statements and cashflows for China Joint Venture Components, Rest of the World Components and on a consolidated basis.

    ➤ **Rest of the World** – cashflow from LPD's CPT and CDT factory operations are modeled in this segment of the model, including incorporation of the China Joint Venture dividends and Components segments. There are separate balance sheets, profit and loss statements and cashflows.

    ➤ **Consolidated** – there are separate balance sheets, profit and loss statements and cashflows consolidating all segments.

    ➤ **Other** – the financial model also incorporates separate debt schedules and covenant schedules.

- Alternative scenarios can be prepared by changing certain inputs for any year over the forecast period, including the following:

    ➤ Global demand for CPTs and CDTs
    ➤ ASPs for CPTs and CDTs
    ➤ LPD's market share of CPTs and CDTs
    ➤ Materials costs
    ➤ Other costs
    ➤ Working capital

- The revisions to the model have allowed the following scenarios to be prepared in addition to the Restructure Case and Management Target scenarios:

    ➤ **SRIC-BI Case** – a scenario prepared by us in conjunction with SRIC-BI's assumptions for the industry and LPD.

    ➤ **Downside Case** – a scenario that assumes a more severe downturn of the industry than is forecast. Neither we nor LPD considers this forecast to be realistic but we have prepared the scenario to assist the Facility lenders understand the impact on the business (and their repayments) in that scenario.

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

Confidential Report to the Facility Lenders

There are certain limitations with respect to the revised model as follows:

- The model is not fully interactive given, for example, if global demand is increased by a substantial level, it would be necessary to reallocate production amongst LPD factories (to the extent capacity exists) and incorporate alternative cost assumptions. In this regard, to properly model such scenarios, it would be necessary for us to visit each factory to better understand labour and capacity limits. This is a cost prohibitive exercise in the circumstances and given the time available to us.

- If production was reduced by substantial levels, certain factories would likely be closed as their profitability would be adversely affected.

- The model is prepared in nominal terms. In this regard, there is an implicit assumption that revenue and costs are affected by inflation in the same proportions.

- The model is prepared in USD. No exchange rate movements are considered. LPD's main foreign exchange risks relate to certain cash outflows it has in Euros, including amounts to be paid to MIVAR, and outflows in Czech Krona.

## 9.3   Forecast Scenarios and Outcomes - Summary

We have presented the following scenarios in this report:

**(i)      Restructure Case**

Adopts revenue and cost assumptions upon which the debt restructuring proposal is to be based. These are more conservative assumptions than the Management Target case. The assumptions adopted are LPD's assumptions.

**(ii)     Management Target**

Adopts revenue and cost assumptions that LPD is targeting to achieve. LPD is hopeful of exceeding this position. The assumptions adopted are LPD's assumptions.

**(iii)    SRIC-BI Case**

Adopts revenue and cost assumptions based on forecasts and assumptions prepared by SRIC-BI in conjunction with us.

**(iv)    Downside Case**

Adopts more conservative revenue and cost assumptions to consider the effect of a more severe downturn in the CRT industry is forecast. The Downside Case is a separate scenario prepared by us and is not a scenario that we or LPD expects to occur. This scenario has only been prepared to show the possible result from far more conservative assumptions. In effect, the Restructure Case represents LPD's view of a low case scenario.

The key parts of the financial model for the four scenarios are attached at **Annexures 14 to 17** respectively. We will include further parts of the model in our second report, including balance sheet and debt servicing forecasts once a debt restructure proposal has been finalized.

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

LPD-NL00173639
LPD-NL00173522

Confidential Report to the Facility Lenders

### 9.3.1   Key Outcomes

The key outcomes of the above scenarios are as follows:

## Restructure Case

| | 2004 USDm | 2005 USDm | 2006 USDm | 2007 USDm | 2008 USDm | 2009 USDm | 2010 USDm | 2011 USDm | Total USDm |
|---|---|---|---|---|---|---|---|---|---|
| Sales | 3,413 | 2,925 | 2,738 | 2,526 | 2,245 | 1,982 | 1,770 | 1,591 | 19,190 |
| Materials Cost (%) | 55.8% | 55.9% | 57.0% | 57.6% | 57.7% | 57.6% | 57.9% | 58.0% | 57.0% |
| Gross Margin | 638 | 591 | 562 | 505 | 441 | 394 | 349 | 313 | 3,793 |
| EBITDA (pre rest. costs) | 392 | 385 | 378 | 341 | 288 | 271 | 250 | 233 | 2,538 |
| EBIT (post rest costs) | 87 | 27 | 127 | 93 | 15 | 28 | 22 | 5 | 404 |
| Cashflow before financing and interest excl China | 178 | 169 | 162 | 164 | 85 | 101 | 93 | 92 | 1,045 |
| China Dividends | 0 | 0 | 0 | 50 | 45 | 45 | 32 | 45 | 217 |
| Total Cashflow before financing & int + China div | 178 | 169 | 162 | 214 | 130 | 146 | 125 | 137 | 1,261 |

## Management Target

| | 2004 USDm | 2005 USDm | 2006 USDm | 2007 USDm | 2008 USDm | 2009 USDm | 2010 USDm | 2011 USDm | Total USDm |
|---|---|---|---|---|---|---|---|---|---|
| Sales | 3,413 | 3,134 | 3,058 | 2,879 | 2,666 | 2,434 | 2,241 | 2,071 | 21,896 |
| Materials Cost (%) | 55.8% | 56.0% | 56.1% | 57.8% | 58.0% | 57.9% | 58.2% | 58.4% | 57.4% |
| Gross Margin | 626 | 624 | 586 | 560 | 506 | 472 | 425 | 389 | 4,188 |
| EBITDA (pre rest. costs) | 412 | 429 | 400 | 395 | 344 | 335 | 311 | 299 | 2,925 |
| EBIT (post rest costs) | 107 | 71 | 149 | 147 | 71 | 92 | 83 | 71 | 791 |
| Cashflow before financing and interest excl China | 198 | 212 | 196 | 212 | 143 | 167 | 157 | 159 | 1,442 |
| China Dividends | 0 | 0 | 0 | 50 | 45 | 45 | 32 | 45 | 217 |
| Total Cashflow before financing & int + China div | 198 | 212 | 196 | 262 | 188 | 212 | 189 | 204 | 1,659 |

## SRIC-BI Case

| | 2004 USDm | 2005 USDm | 2006 USDm | 2007 USDm | 2008 USDm | 2009 USDm | 2010 USDm | 2011 USDm | Total USDm |
|---|---|---|---|---|---|---|---|---|---|
| Sales | 3,583 | 3,224 | 2,917 | 2,754 | 2,537 | 2,300 | 2,036 | 1,783 | 21,134 |
| Materials Cost (%) | 56.0% | 56.2% | 56.4% | 58.1% | 57.9% | 58.6% | 58.7% | 58.8% | 57.6% |
| Gross Margin | 664 | 643 | 559 | 535 | 491 | 435 | 382 | 335 | 4,044 |
| EBITDA (pre rest. costs) | 404 | 414 | 376 | 369 | 326 | 297 | 272 | 248 | 2,706 |
| EBIT (post rest. costs) | 99 | 56 | 125 | 121 | 53 | 54 | 44 | 20 | 573 |
| Cashflow before financing and interest excl China | 190 | 199 | 172 | 185 | 121 | 133 | 114 | 105 | 1,221 |
| China Dividends | 0 | 0 | 0 | 50 | 45 | 45 | 32 | 45 | 217 |
| Total Cashflow before financing & int + China div | 190 | 199 | 172 | 235 | 166 | 178 | 146 | 150 | 1,438 |

## Downside Case

| | 2004 USDm | 2005 USDm | 2006 USDm | 2007 USDm | 2008 USDm | 2009 USDm | 2010 USDm | 2011 USDm | Total USDm |
|---|---|---|---|---|---|---|---|---|---|
| Sales | 3,296 | 2,827 | 2,652 | 2,446 | 2,174 | 1,922 | 1,716 | 1,542 | 18,575 |
| Materials Cost (%) | 56.3% | 56.5% | 57.7% | 58.2% | 58.2% | 58.3% | 58.4% | 58.5% | 57.6% |
| Gross Margin | 552 | 519 | 495 | 444 | 388 | 349 | 310 | 279 | 3,336 |
| EBITDA (pre rest. costs) | 315 | 320 | 317 | 287 | 241 | 230 | 214 | 201 | 2,126 |
| EBIT (post rest costs) | 10 | -38 | 66 | 39 | -32 | -13 | -14 | -27 | -8 |
| Cashflow before financing and interest excl China | 107 | 103 | 101 | 109 | 85 | 59 | 57 | 59 | 633 |
| China Dividends | 0 | 0 | 0 | 50 | 45 | 45 | 32 | 45 | 217 |
| Total Cashflow before financing & int + China div | 107 | 103 | 101 | 159 | 83 | 104 | 89 | 104 | 850 |

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

LPD-NL00173640
LPD-NL00173522

Confidential Report to the Facility Lenders

---

With respect to the scenarios, we make the following comments:

- Total cashflow **before financing <u>and interest</u>** is shown for LPD with dividends from the China Joint Ventures added separately to show the cash actually available to LPD. All other figures above are consolidated. We have excluded interest from the cashflows given an agreed restructuring plan is not available at the time of writing.

- Attached at **Annexures 14 to 17** are copies of relevant parts of the financial model for each of the above scenarios. We have provided forecast profit and loss information to the EBIT level only given that interest will be dependent on the terms of the final debt restructuring proposal with respect to payment of debt.

- Under the Management Target, SRIC-BI Case and Restructure Case scenarios, sufficient cash is generated to enable the Facility lenders to be repaid in accordance with the proposed amortisation schedule in the December Proposal. We will provide further commentary and analysis regarding LPD's ability to meet the agreed debt restructuring proposal repayments in our second report.

### 9.3.2   LPD Cashflow

LPD's cashflow before financing and interest assumes the following:

- The following items are **not** included in the model on the basis of conservatism:

  - ➢ The sale proceeds from the sale of the shares in the companies owning the deflection yoke factories (refer Section 5.6.2).

  - ➢ The cashflow from the Middle East Project (refer Section 5.8.1).

  - ➢ The cashflow from the proposed Super Slim (refer Section 5.8.2).

- No amount is included in the cashflows for any contribution by LPD to the restructuring of the Spanish companies (refer section 5.6.1).

### 9.3.3   China Joint Ventures

<u>**IMPORTANT**</u>

Most of the Facility lenders will be used to reviewing financial results for LPD on a consolidated basis. The financial model calculates a consolidated cashflow but LPD does not have access to all of this cashflow. At a cashflow level, it is more important to consider cash from LPD's non China operations plus a dividend flow from the China Joint Ventures. Royalty payments for the China Joint Ventures are also reflected in the Rest of the World Cashflow.

Accordingly, the financial model has been built to show dividends paid from the China Joint Ventures as a cash inflow to LPD's other operations (referred to as the Rest of the World).

The estimated dividends payable by the China Joint Ventures assume the following:

- Minimum cash is retained totalling USD20 million.

- Lenders to the China Joint Ventures are paid as required.

---

- 116 -

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

LPD-NL00173641
LPD-NL00173522

Confidential Report to the Facility Lenders

- A dividend payout ratio of 80% of net profits providing sufficient cash is also available.

An important assumption of the China Joint Venture cashflows is that they are the same in all four scenarios. Each scenario is the same for the China Joint Ventures for the following reasons:

- Production at the China factories is near full capacity currently.

- If there is a more severe downturn in the CRT industry than expected, LPD may be forced to reduce production and close certain factories. If this occurred, LPD would **not** close its China factories (other than the two CDT factories scheduled to close in 2004 and 2005) given these factories are better performing factories with much lower cost structures than say, the European factories.

The estimated performance and dividends payable from the China Joint Ventures in all scenarios (ie each of the scenarios adopts the same assumptions for the China Joint Ventures) can be summarised as follows:

**China Joint Venture Cashflow**

| | 2004 USDm | 2005 USDm | 2006 USDm | 2007 USDm | 2008 USDm | 2009 USDm | 2010 USDm | 2011 USDm | Total USDm |
|---|---|---|---|---|---|---|---|---|---|
| Sales | 1,238 | 1,052 | 1,041 | 1,000 | 899 | 839 | 783 | 730 | 7,582 |
| Materials Costs (%) | 69.0 | 69.0 | 69.0 | 69.0 | 68.0 | 67.7 | 67.7 | 67.2 | 69.5 |
| EBITDA (pre rest. costs) | 159 | 136 | 138 | 129 | 121 | 115 | 107 | 102 | 1,005 |
| | | | | | | | | | |
| Opening Cash | 45 | 15 | 6 | 19 | 20 | 20 | 20 | 20 | |
| Cashflow before financing | 19 | 90 | 100 | 95 | 93 | 88 | 84 | 82 | 651 |
| China debt repayments | -49 | -99 | -87 | -4 | -11 | -7 | -26 | 0 | -283 |
| Divs to Shareholders | 0 | 0 | 0 | -90 | -82 | -81 | -59 | -82 | -394 |
| Closing Cash | 15 | 6 | 19 | 20 | 20 | 20 | 20 | 20 | |
| Net Cashflow | -30 | -9 | 13 | 1 | 0 | 0 | 0 | 0 | -24 |

With respect to the above, we note that:

- The model assumes that LPD's share of the dividends to shareholders is 55% of total dividends.

- A dividend of USD16 million is to be paid in 2004. A provision has previously been raised for payment of the dividend and accordingly the cashflow is reflected as the movement in the provision rather than as payment of a dividend.

- No dividends are forecast to be made in 2004 to 2006 given debt repayments to be made to lenders of the China Joint Ventures.

- Dividends are forecast to be quite strong from 2007.

- It is possible that the China Joint Ventures could borrow additional funds from which to pay dividends (providing retained earnings also exist) or rollover their existing facilities.

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

LPD-NL00173642
LPD-NL00173522

Confidential Report to the Facility Lenders

## 9.4   Forecast Scenarios – Revenue Assumptions

### 9.4.1   Introduction

Forecast revenue in each scenario has been estimated by considering for each of CPTs and CDTs the following:

- Total market size
- LPD's market share
- ASPs

Given that the financial model separates the China Joint Ventures from LPD's other operations, ASPs are separately calculated for the China factories.

We have summarised and analysed the assumptions adopted further below, incorporating the forecasts provided in Section 4 of this report with respect to industry analysis.

### 9.4.2   Revenue Assumptions – CPTs

Market size, LPD's market share and ASPs for CPTs can be summarised as follows:

**Market Size - CPTs**

|  | 2004 000's | 2005 000's | 2006 000's | 2007 000's | 2008 000's | 2009 000's | 2010 000's | 2011 000's |
|---|---|---|---|---|---|---|---|---|
| Restructure Case | 159,100 | 155,000 | 150,000 | 145,000 | 141,000 | 137,000 | 133,000 | 129,000 |
| Management Target | 159,100 | 161,500 | 162,400 | 160,000 | 158,000 | 154,000 | 150,000 | 146,000 |
| SRIC-BI Case | 160,000 | 158,000 | 155,000 | 151,000 | 147,000 | 143,000 | 139,000 | 135,000 |
| Downside Case | 159,100 | 155,000 | 150,000 | 145,000 | 141,000 | 137,000 | 133,000 | 129,000 |

The above can be compared to industry forecasts as follows:



With respect to the above, we note the following:

- LPD's Restructure Case forecast is more conservative than Stanford Resources and SRIC-BI but less conservative than Display Search.

- 118 -

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

LPD-NL00173643
LPD-NL00173522

Confidential Report to the Facility Lenders

---

- LPD's Management Target forecast is in line with Stanford Resources but above SRIC-BI.

**LPD's Market Share - CPTs**

|  | 2004 % | 2005 % | 2006 % | 2007 % | 2008 % | 2009 % | 2010 % | 2011 % |
|---|---|---|---|---|---|---|---|---|
| Restructure Case | 24.6 | 24.6 | 25.3 | 25.9 | 25.9 | 25.9 | 25.9 | 26.0 |
| Management Target | 24.6 | 24.6 | 25.5 | 25.9 | 25.9 | 26.0 | 26.0 | 26.0 |
| SRIC-BI Case | 24.6 | 24.6 | 25.3 | 25.9 | 25.9 | 25.9 | 25.9 | 26.0 |
| Downside Case | 24.2 | 24.3 | 25.0 | 25.5 | 25.5 | 25.5 | 25.6 | 26.0 |

With respect to the above we note:

- Market share growth for CPTs is expected to increase only by a relatively small amount in any scenario.

- The market share forecast reflects the view that there will be less industry consolidation for CPTs than CDTs. In this regard, the market share forecast is based on currently announced factory or line closures of LPD's competitors. Should there be greater closures than currently expected, LPD's market share may increase further.

**ASPs for Rest of World ("ROW") and China – CPTs**

|  | 2004 USD | 2005 USD | 2006 USD | 2007 USD | 2008 USD | 2009 USD | 2010 USD | 2011 USD |
|---|---|---|---|---|---|---|---|---|
| Restructure Case – ROW | 68.1 | 59.5 | 58.3 | 55.1 | 52.6 | 51.1 | 49.1 | 47.6 |
| Management Target - ROW | 68.1 | 62.3 | 60.9 | 58.3 | 57.6 | 56.6 | 56.1 | 55.6 |
| SRIC-BI Case – ROW | 64.4 | 60.5 | 58.4 | 56.6 | 54.6 | 52.6 | 50.6 | 48.6 |
| Downside Case – ROW | 66.8 | 58.3 | 57.1 | 54.0 | 51.5 | 50.1 | 48.1 | 46.6 |
| All Scenarios - China | 64.8 | 62.7 | 61.2 | 59.7 | 55.1 | 50.7 | 45.7 | 42.0 |

ASP erosion compared to industry forecast can be shown as follows:



---

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

LPD-NL00173644
LPD-NL00173522

Confidential Report to the Facility Lenders

We note the following with respect to the above:

- LPD's Restructure Case forecast is more conservative than the industry forecasts of Stanford Resources and SRIC-BI.

- LPD's Restructure Case and Management Target forecast for 2005 appears excessive compared to industry forecasts and may provide room for upside. LPD has advised that the reason for the large decline in 2005 is due to conservatism and as a result of the closure of the Aachen factory which has very high ASPs.

### 9.4.3   Revenue Assumptions – CDTs

Market size, LPD's market share and ASPs for CDTs can be summarised as follows:

**Market Size - CDTs**

| | 2004 000's | 2005 000's | 2006 000's | 2007 000's | 2008 000's | 2009 000's | 2010 000's | 2011 000's |
|---|---|---|---|---|---|---|---|---|
| Restructure Case | 54,300 | 44,800 | 36,900 | 29,800 | 22,000 | 12,000 | 8,000 | 5,000 |
| Management Target | 54,300 | 44,800 | 36,900 | 29,800 | 22,000 | 12,000 | 8,000 | 5,000 |
| SRIC-BI Case | 67,000 | 55,000 | 42,000 | 35,000 | 32,000 | 25,000 | 18,000 | 11,000 |
| Downside Case | 54,300 | 44,800 | 36,900 | 29,800 | 22,000 | 12,000 | 8,000 | 5,000 |

The above can be compared to industry forecasts as follows:



With respect to the above, we note the following:

- The market size for CDTs is assumed to be the same in each scenario other than the SRIC-BI Case.

- SRIC-BI considers that the forecast decline of CDTs has been too pessimistic (as discussed in Section 4 of this report). Accordingly, the other scenarios assume volumes at more conservative levels than SRIC-BI.

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

LPD-NL00173645
LPD-NL00173522

Confidential Report to the Facility Lenders

- LPD's forecast is broadly in line with Display Search but well above Stanford Resources, who has a negative view of the CDT market (whereas they are far more bullish on the CPT market).

**LPD's Market Share - CDTs**

|  | 2004 % | 2005 % | 2006 % | 2007 % | 2008 % | 2009 % | 2010 % | 2011 % |
|---|---|---|---|---|---|---|---|---|
| Restructure Case | 33.2 | 35.7 | 37.4 | 39.6 | 39.5 | 39.6 | 40.0 | 40.0 |
| Management Target | 33.2 | 35.7 | 37.4 | 39.6 | 39.5 | 39.6 | 40.0 | 40.0 |
| SRIC-BI Case | 33.2 | 35.7 | 37.4 | 39.6 | 39.5 | 39.6 | 40.0 | 40.0 |
| Downside Case | 33.2 | 35.7 | 37.4 | 39.6 | 39.5 | 39.6 | 40.0 | 40.0 |

With respect to the above we note:

- The same market share assumptions are assumed in each scenario for CDTs.

- This market share forecast reflects the view that there will be greater industry consolidation for CDTs than CPTs. In this regard, by the end of 2004, the only main manufacturers of CDTs are expected to be LPD, SDI and Chunghwa. LPD expects to gain market share from Chunghwa in future years.

**ASPs for Rest of World ("ROW") and China – CDTs**

|  | 2004 USD | 2005 USD | 2006 USD | 2007 USD | 2008 USD | 2009 USD | 2010 USD | 2011 USD |
|---|---|---|---|---|---|---|---|---|
| Restructure Case – ROW | 37.84 | 33.28 | 31.69 | 31.68 | 32.93 | - | - | - |
| Management Target - ROW | 37.84 | 33.28 | 31.69 | 29.70 | 28.20 | - | - | - |
| SRIC-BI Case – ROW | 41.7 | 36.68 | 33.38 | 31.71 | 30.72 | - | - | - |
| Downside Case – ROW | 37.08 | 32.61 | 31.06 | 31.05 | 32.27 | - | - | - |
| All Scenarios - China | 37.5 | 33.8 | 30.4 | 27.4 | 24.6 | 26.7 | 25.0 | 23.0 |

ASP erosion compared to industry forecast can be shown as follows:



- 121 -

CONFIDENTIAL

LPD-NL00173646
LPD-NL00173522

Confidential Report to the Facility Lenders

We note the following with respect to the above:

- LPD's only CDT production from 2009 is expected to be in China and therefore no Rest of World ASPs are shown in the table above from this time.

- The movement in the SRIC-BI forecast for 2004 is due to their expected more favourable market conditions for CRT monitors given LCD component shortages.

- The increase in CDT ASPs in 2008 compared to 2007 is due to LPD reducing production of its smaller screen CDTs ie a product mix change.

- The Restructure Case and Management Target forecasts are generally in line with the industry forecasts.

### 9.4.4   Revenue Assumptions – Recap

With respect to revenue assumptions adopted in the Restructure Case scenario, we summarise the key comments from comparisons to industry forecasts from above as follows:

| Assumption | Comment Regarding Restructure Case |
|---|---|
| **CPTs** | |
| **Market Size** | ❖ The forecast is more conservative than both SRIC-BI and Stanford Resources but less conservative than Display Search |
| **Market Share** | ❖ The forecast adopts only a modest increase in market share based on currently announced line or factory shutdowns – if competitors drop out of the market that have not been announced, LPD is well placed to increase its market share |
| **ASPs** | ❖ The forecast decline of ASPs is more conservative than the industry forecasts with a large forecast decline in 2005 that may be excessive |
| **CDTs** | |
| **Market Size** | ❖ The forecast is more conservative than SRIC-BI, in line with Display Search but above Stanford Resources |
| **Market Share** | ❖ The forecast shows market share growth based on announced line and factory closures. By the end of 2004, LPD will be one of only three main competitors in CDTs |
| **ASPs** | ❖ The forecast is more conservative than SRIC-BI in 2004 and 2005 but less conservative in later years – LPD expects its changing product mix to allow it to maintain greater than market average ASPs |

## 9.5   Forecast Scenarios – Cost Assumptions

LPD's key cost items are:

- Materials related costs
- Labour costs
- Other costs of operations

The financial model also adopts assumptions for other costs, including selling costs, general and administration costs, research and development costs and depreciation and amortisation expenses. We have not commented on these costs below and refer you to **Annexures 14 to 17** for more information for each scenario in this regard.

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

LPD-NL00173647
LPD-NL00173522

Confidential Report to the Facility Lenders

We have summarised the cost assumptions used for these cost items below.

**Materials Related Costs**

| | 2004 % | 2005 % | 2006 % | 2007 % | 2008 % | 2009 % | 2010 % | 2011 % |
|---|---|---|---|---|---|---|---|---|
| Restructure Case | 55.8 | 55.9 | 57.0 | 57.6 | 57.7 | 57.6 | 57.9 | 58.0 |
| Management Target | 55.8 | 56.0 | 56.1 | 57.8 | 58.0 | 57.9 | 58.2 | 58.4 |
| SRIC-BI Case | 56.0 | 56.2 | 56.4 | 58.1 | 57.9 | 58.6 | 58.7 | 58.8 |
| Downside Case | 56.3 | 56.5 | 57.7 | 58.2 | 58.2 | 58.3 | 58.4 | 58.4 |

With respect to the above we note that:

- Whilst there is not a lot of difference between the scenarios, based on forecast 2004 sales, a 1% difference in materials costs represents about USD34 million.

- Materials costs will generally increase throughout the forecast period, indicating that cost reductions will be slightly behind ASP erosion. Greater outsourcing will contribute to slightly higher materials costs but is expected to generate cost savings with respect to labour costs and other costs of operations.

- The Downside Case scenario cost assumptions are the most conservative in the early part of the forecast period. SRIC-BI has more conservative materials cost over the entire period, reflecting greater concern that LPD may not achieve its materials cost targets.

**Labour Costs**

| | 2004 % | 2005 % | 2006 % | 2007 % | 2008 % | 2009 % | 2010 % | 2011 % |
|---|---|---|---|---|---|---|---|---|
| Restructure Case | 11.9 | 11.3 | 10.6 | 10.8 | 10.8 | 10.7 | 10.6 | 10.9 |
| Management Target | 11.7 | 11.2 | 10.6 | 10.8 | 10.9 | 10.9 | 11.0 | 11.2 |
| SRIC-BI Case | 12.0 | 11.4 | 10.7 | 10.9 | 11.0 | 11.0 | 11.0 | 11.1 |
| Downside Case | 12.5 | 11.9 | 11.2 | 11.4 | 11.4 | 11.3 | 11.3 | 11.4 |

With respect to the above, we note that:

- Downside Case labour costs are about 0.6% to 0.7% higher as a percentage of sales than the Restructure Case labour costs.

- The SRIC-BI Case has adopted marginally higher labour costs than the Restructure Case labour costs.

- The declining labour costs in all scenarios in 2005 reflect the closure the Aachen factory. Labour costs are then assumed to gradually increase in all scenarios thereafter.

**Other Costs of Operations**

| | 2004 % | 2005 % | 2006 % | 2007 % | 2008 % | 2009 % | 2010 % | 2011 % |
|---|---|---|---|---|---|---|---|---|
| Restructure Case | 13.7 | 12.6 | 11.8 | 11.6 | 11.8 | 11.8 | 11.8 | 11.4 |
| Management Target | 14.3 | 13.0 | 12.2 | 11.9 | 12.2 | 11.9 | 11.8 | 11.7 |
| SRIC-BI Case | 13.6 | 12.5 | 11.8 | 11.5 | 11.8 | 11.5 | 11.5 | 11.3 |
| Downside Case | 14.5 | 13.3 | 12.5 | 12.3 | 12.5 | 12.2 | 12.2 | 12.0 |

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

LPD-NL00173648
LPD-NL00173522

With respect to the above, we note the following:

- The Management Target scenario assumes slightly higher other operating costs reflecting the cost of additional production in that scenario.

- The Downside Case other operating costs are set at a higher rate than for the Management Target scenario.

- The SRIC-BI case has adopted other operating costs very similar to the Restructure Case other operating costs assumptions.

- LPD considers these costs can be reduced from 2003 and 2004 levels given areas of "fat" that exist in this cost category.

## 9.6   Concluding Remarks Regarding Forecasts

In our opinion, the areas of greatest risk for LPD in seeking to achieve the Restructure Case forecast are as follows:

- Whether LPD can achieve the cost assumptions set. Broadly, LPD has forecast that it can reduce its costs at levels similar to or greater than its own ASP erosion. This is a critical assumption. LPD has taken measures to reduce its costs, including the following:

  - ➢ The closure of non-performing factories over the past two years and with further closures planned for 2004 and early 2005. In particular, the closures of the Hua Fei CDT factory and the Hua Pu factory, which have high materials costs will assist LPD to achieve its materials cost target.

  - ➢ Setting stringent cost reduction programs with targets set for all departments, which are closely monitored.

  - ➢ Substantially reducing its headcount through factory closures and other employee reductions.

  - ➢ Declining capex requirements.

- Whether the performance of certain factories can improve to the extent forecast. Specifically we are concerned as to whether Gomez Palacio, Durham and Dreux can achieve the improved performance forecast for those factories. LPD has also forecast dramatically improved results for Hua Fei CDT and Hua Pu prior to their closures.

- Whether any factory closures may need to be brought forward. In this regard, should factory closures need to be brought forward, there will be an upfront cash cost of doing so which may affect LPD's ability to repay Facility lenders even if its financial performance is as otherwise forecast.

- That the restructuring measures implemented by LPD may take additional time to be reflected in the results of the company eg materials cost reductions may not be achieved to the extent forecast in 2004 until 2005, improved factory performances are not reached until later than forecast.

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

LPD-NL00173649
LPD-NL00173522

- LPD is unable to improve its working capital management as forecast, particularly in 2004.

- The extent of contribution that is to be made to the restructuring of the Spanish companies. This remains an unresolved issue between LPD and the Steering Committee at the time of writing.

Notwithstanding the above, there are areas of potential upside for LPD as follows:

- Its revenue assumptions in the Restructure Case scenario appear conservative. Should the Management Target scenario be achieved for instance, LPD will be able to repay the Facility lenders earlier than contemplated in the Restructure Case scenario. We note, however, that the future decline of the CRT industry is difficult to forecast with respect to both volume and ASPs as shown by the extent of variation in certain industry forecasts.

- Forecast cashflow that may be received from the Middle East Project should it proceed. In this regard, total forecast net cashflow is USD75 million (EUR63 million) to be received in instalments through to the end of 2006. We note however, that a performance bond of EUR19.6 million, a temporary bank guarantee of EUR26.7 million and a downpayment guarantee of EUR2.7 million may need to be cash collateralized at the commencement of the project. LPD is also required to make an equity contribution of EUR11.5 million at the commencement of the project. LPD is seeking to arrange counter-guarantees and insurance against certain risks so it can avoid cash collateralizing the guarantees. If LPD is unable to arrange this, the project may not be viable given the likely stress that would be placed on LPD's 2004 cashflow.

- Additional revenue that may be received from the Super Slim CPT should it proceed and it proves to be successful.

- Proceeds from the sale of the deflection yoke businesses (USD15 million) has been excluded from the financial model.

- It is possible that one or more of the China Joint Ventures may borrow additional funds or roll over existing debt facilities to enable dividends to be paid in earlier years than is currently forecast.

**In our view, on balance, and subject to the comments above, we believe LPD can achieve the forecasts set out in its Restructure Case scenario. We consider that there is greater risk of LPD not achieving its cost forecasts, particularly in 2004, given the cost and working capital reductions required compared to 2003, however upside from additional revenue may offset this risk.**

**We will provide further analysis and commentary with respect to the forecasts in our second report, once the debt restructuring proposal has been finalised.**

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

LPD-NL00173650
LPD-NL00173522

Confidential Report to the Facility Lenders

# 10   CONCLUSION

LPD's recent financial performance has been poor. The business has suffered from:

- A faster than expected decline in the CRT industry.

- Poor performing factories eg Gomez Palacio, Dapon, Newport, Ottawa, Lebring.

- Excess costs eg labour costs in Western factories, working capital.

- Integration issues as a result of bringing the CRT businesses of LGE and Philips together as LPD.

As a result, LPD is currently unable to fully service amounts owing to the Facility lenders.

LPD has undertaken a series of restructuring measures to improve its profitability, particularly with respect to factory closures and cost reductions. LPD continues to seek to modify its business to maintain, and indeed enhance, its position in the industry.

## Business Forecasts

LPD has prepared revised budgets (Restructure Case and Management Target), which have been used in determining the debt restructuring proposal to be adopted. We have worked with LPD to substantially modify the structure of its financial model, which has enabled us to perform two further forecast scenarios (SRIC-BI Case and Downside Case). These forecast scenarios indicate the following outcomes:

### Restructure Case

| | 2004 USDm | 2005 USDm | 2006 USDm | 2007 USDm | 2008 USDm | 2009 USDm | 2010 USDm | 2011 USDm | Total USDm |
|---|---|---|---|---|---|---|---|---|---|
| Sales (Consolidated) | 3,413 | 2,925 | 2,738 | 2,526 | 2,245 | 1,982 | 1,770 | 1,591 | 19,190 |
| EBITDA (Consolidated) | 392 | 385 | 378 | 341 | 288 | 271 | 250 | 233 | 2,538 |
| Cashflow pre financing & interest + China Dividend | 178 | 169 | 162 | 214 | 130 | 146 | 125 | 137 | 1,261 |

### Management Target

| | 2004 USDm | 2005 USDm | 2006 USDm | 2007 USDm | 2008 USDm | 2009 USDm | 2010 USDm | 2011 USDm | Total USDm |
|---|---|---|---|---|---|---|---|---|---|
| Sales (Consolidated) | 107 | 20 | 143 | 98 | 84 | 54 | 101 | 42 | 649 |
| EBITDA (Consolidated) | 412 | 429 | 400 | 395 | 344 | 335 | 311 | 299 | 2,925 |
| Cashflow pre financing & interest + China Dividend | 198 | 212 | 196 | 262 | 188 | 212 | 189 | 204 | 1,659 |

### SRIC-BI Case

| | 2004 USDm | 2005 USDm | 2006 USDm | 2007 USDm | 2008 USDm | 2009 USDm | 2010 USDm | 2011 USDm | Total USDm |
|---|---|---|---|---|---|---|---|---|---|
| Sales (Consolidated) | 3,583 | 3,224 | 2,917 | 2,754 | 2,537 | 2,300 | 2,036 | 1,783 | 21,134 |
| EBITDA (Consolidated) | 404 | 414 | 376 | 369 | 326 | 297 | 272 | 248 | 2,706 |
| Cashflow pre financing & interest + China Dividend | 190 | 199 | 172 | 235 | 166 | 178 | 146 | 150 | 1,438 |

### Downside Case

| | 2004 USDm | 2005 USDm | 2006 USDm | 2007 USDm | 2008 USDm | 2009 USDm | 2010 USDm | 2011 USDm | Total USDm |
|---|---|---|---|---|---|---|---|---|---|
| Sales (Consolidated) | 3,296 | 2,827 | 2,652 | 2,446 | 2,174 | 1,922 | 1,716 | 1,542 | 18,575 |
| EBITDA (Consolidated) | 315 | 320 | 317 | 287 | 241 | 230 | 214 | 201 | 2,126 |
| Cashflow pre financing & interest + China Dividend | 107 | 103 | 101 | 159 | 83 | 104 | 89 | 104 | 850 |

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

LPD-NL00173651
LPD-NL00173522

Confidential Report to the Facility Lenders

We have conducted a business and industry assessment to enable us to form an independent view with respect to LPD's forecasts.

Having performed this work, on balance, we consider LPD's Restructuring Case budget is achievable based on the information provided to us and our review of the business. In this regard, we note the following key restructuring measures that have been implemented to improve LPD's business:

- Closing unprofitable factories in order to lower its cost structure eg Dapon, Newport, Lebring and Ottawa plus further closures to come.

- Shifting production from higher cost countries (ie Europe) to lower cost countries (ie Asia).

- Programs and initiatives to drive continuous cost reductions.

- Improving product mix to larger screen products which have higher margins.

- Seeking operational efficiencies in the production process to reduce production times and cost.

- Better working capital management as evidenced by the substantially lower inventories and accounts receivables.

There are risks with LPD's business however, particularly as to:

- The extent of future decline in the CRT industry.

- Whether LPD can achieve the cost reductions and working capital targets that it requires as quickly as it has forecast.

- Whether its underperforming factories can achieve a satisfactory performance level and in relatively short periods of time in some cases.

- Whether it agrees to or is required to contribute funds to a restructuring of the Spanish companies.

LPD has areas of upside which may offset the above if they were to occur as follows:

- The revenue assumptions adopted in the Restructure Case forecast appear conservative compared to industry forecasts.

- The Middle East Project has the potential to provide additional cashflow. We recommend that this project only proceed if the counter-guarantees and insurance is put in place.

- Additional revenue from the Super Slim if it proceeds.

- Additional borrowings or rolling over the existing China Joint Venture debt facilities to enable earlier dividends to be paid to LPD.

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

LPD-NL00173652
LPD-NL00173522

Some of our key observations with respect to LPD's business are:

| Level | Observation | Example |
|---|---|---|
| **Factory Specific** | ➢ The Asian based factories are strong performing factories | ❖ Gumi, Changwon, Changsha, Hua Fei CPT |
| | ➢ Certain factories will need to materially improve in 2004 | ❖ Gomez Palacio, Hua Fei CDT (pre closure), Hua Pu (pre closure) |
| | ➢ Certain factories may struggle to maintain their current performance | ❖ Durham, Dreux |
| | ➢ Certain factories have strategic significance given their location | ❖ Hranice, Gomez Palacio, Changsha |
| **Company Specific** | ➢ Working capital targets will require excellent management | ❖ Achieving target debtors & inventories days |
| | ➢ Cost reduction programs are working but will need to continue to be very diligently applied | ❖ Gross margin improved in 2003 despite 10% lower revenue<br>❖ Labour cost and capex reductions have been strong |
| | ➢ Business strategy is sound | ❖ Focus on moving production from West to East |
| | ➢ There are clear areas of upside | ❖ The Middle East project, the Super Slim, stronger revenue than forecast |
| **Industry Specific** | ➢ SRIC-BI considers greater upside to exist for CRT monitors than LPD has forecast | ❖ LCD manufacturers are facing supply shortages and diverting resources to televisions |
| | ➢ Industry consolidation will be greater in CDTs than CPTs | ❖ LPD's only real CDT competitors are SDI and Chunghwa |

# Proposal to Restructure Facility

The key terms of the debt restructuring proposal were agreed in December 2003, which broadly provide for cash to be paid upfront to the Facility lenders with the balance of debt to be paid in amortisation payments through to 2010.

There are a number of attractive elements to the debt restructuring that are expected to be available to the Facility lenders once a final debt restructuring proposal has been agreed, principally with respect to the reduction of debt in the short term.

One of the elements of the December Proposal was for MIVAR to agree to the contractual subordination and deferment of payment of its debt to 2010 and 2011. We are advised that MIVAR gave its in principle acceptance of those terms in December 2003.

Unfortunately MIVAR has retreated from this position, which has caused delays in completing the debt restructuring. At the time of writing, discussions are ongoing with MIVAR in order to reach agreement on a position that is acceptable to all stakeholders.

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

LPD-NL00173653
LPD-NL00173522

Confidential Report to the Facility Lenders

The Steering Committee has also been considering other options that will enable the debt restructuring to proceed without the agreement of MIVAR. The Steering Committee expects to hold further discussions with LPD, LGE and Philips prior to the bank meetings regarding these options.

We and the Steering Committee will discuss the position of MIVAR and the options for the debt restructuring to proceed at the bank meetings.

## Future Timing

A proposed timetable for the next steps in the debt restructuring proposal will be discussed at the forthcoming bank meetings on 22 and 24 March 2004.

We will provide a second report to the Facility lenders once the terms of the debt restructuring have been agreed, outlining the forecast financial position for LPD as impacted by those terms.

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

LPD-NL00173654
LPD-NL00173522

Confidential Report to the Facility Lenders

# LIST OF KEY TERMS

| | |
|---|---|
| **ASP** | Average Selling Price |
| **ASP erosion** | The decline in average selling prices |
| **Business Creation** | The purchaser of 90% of the shares in the Spanish companies in April 2003 |
| **China Joint Ventures** | The factories operated in China through joint venture arrangements with other parties |
| **CDTs** | Colour Display Tubes or tubes used for computer monitors |
| **CPTs** | Colour Picture Tubes or tubes for televisions |
| **CRTs** | Cathode Ray Tubes – the conventional form of display technology which LPD manufactures |
| **Deflection Yoke Factories** | The 3 component factories to be sold to Hengdian Group via a share sale of the companies owning the factories |
| **The Facility** | The USD2.0 billion syndicated facility |
| **FPDs** | Flat Panel Displays – include LCDs, PDPs and flat screen CRTs |
| **FRN** | Floating Rate Note |
| **IFO** | Income From Operations or EBIT |
| **The Korean FRN** | A FRN issued by LPD Korea to LPD Holding to enable cash to be transferred out of Korea |
| **LCDs** | Liquid Crystal Displays – a newer form of display technology competing against CRTs |
| **LGE** | LG Electronics Inc. |
| **LPD or LPD Group** | All of the companies in which LPD Holding has a direct or indirect interest |
| **LPD Holding** | The ultimate holding company of the LPD Group |
| **Management Target** | LPD's target financial performance |
| **Middle East Project** | A proposed turnkey project to set up a factory in Iran |
| **MIVAR** | Trading name of SIREF Fiduciaria S.p.A., holder of a EUR200 million FRN |
| **OCOO** | Other Cost of Operations |
| **PDPs** | Plasma Display Panels – a newer form of display technology competing against CRTs |
| **Philips** | Koninklijke Philips Electronics N.V. |
| **Restructure Case** | The financial forecast on which the proposed debt restructuring has been based |
| **SDI** | Samsung SDI, LPD's major competitor |
| **The Spanish companies** | The two companies that operate the Barcelona factory, 90% of the shares of which were sold in April 2003 |
| **SRIC-BI** | SRI Consulting Business Intelligence, industry expert assisting us |
| **Super Slim** | A proposed CPT with substantially reduced depth |

This report is confidential and may not be copied, distributed or reproduced except with the written consent of Ferrier Hodgson Limited and LPD

CONFIDENTIAL

LPD-NL00173655
LPD-NL00173522