Vaughn R Walker
ADR/Law Office of Vaughn R Walker
Four Embarcadero Center, Suite 2200
San Francisco, CA 94111
Tel: (415) 871-2888
vrw@judgewalker.com

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Relates to:<br><br>*ALL DIRECT PURCHASER ACTIONS*<br><br>*ALL INDIRECT PURCHASER ACTIONS* | Master Case No 4:07-cv-05944-JST<br><br>MDL No 1917<br><br>**ORDER APPROVING SPECIAL MASTER'S REPORT & RECOMMENDATION ON YAN DOCUMENT DISPUTE** |

By letter dated February 17, 2023, Defendants, Irico Display Devices Co, Ltd and Irico Group Corporation (collectively "Irico") and the Direct Purchaser Plaintiffs and Indirect Purchaser Plaintiffs (collectively, "Plaintiffs"), have jointly agreed to seek the undersigned's assistance in resolving a discovery dispute regarding whether a specific document in Irico's possession (the "Yan Document") is responsive to Plaintiffs' discovery requests. 2/17/23 Taladay Letter. Irico has submitted the parties' correspondence on this issue and the disputed document for *in camera* review by the undersigned. *Id.* Specifically, the parties request a determination (1) whether the Yan Document is responsive to Plaintiffs' discovery requests; and (2) if so, whether the Yan Document is privileged and should be included on a privilege log.

1

The undersigned issues this discovery report and recommendation pursuant to the court's appointments. See ECF 5301, 6107.

Having reviewed the Yan Document, Plaintiffs' discovery requests and the related submissions, the undersigned finds that the Yan Document is responsive to Direct Purchaser Plaintiffs' Second Set of Requests for Production of Documents, Requests 37 and 39. See Ex F to 2/17/23 Taladay Letter. The Yan Document relates to and was prepared for Irico "as a result of any investigation or research conducted either internally or by an outside entity with respect to price fixing, price manipulation or manipulation of production or capacity of CRT or CRT Products," as specified by Request No 37. The Yan Document specifically refers to and relates to an outside entity's investigation. The Yan Document also "refer[s] to or relat[es] to plaintiffs in this litigation," as specified by Request No 39. Hence, the Yan Document is responsive to Plaintiffs' discovery requests.

The information submitted for *in camera* review suggests, but is insufficient to determine whether the Yan Document is privileged. To the extent Irico asserts a privilege, the undersigned concludes that the Yan Document should be included on a privilege log forthwith, in light of the scheduled deposition of Mr Yan during the week of March 13, 2023.

Date:   February 18th, 2023

_____
Vaughn R Walker
United States District Judge (Ret)

The Recommended Order of the Special Master is Accepted and Ordered / Denied / Modified.

Date:   March 7, 2023

_____
Honorable Jon S Tigar
United States District Judge

2