Nathan P. Eimer (*pro hac vice*)
neimer@eimerstahl.com
Vanessa G. Jacobsen (*pro hac vice*)
vjacobsen@eimerstahl.com
Brian Y. Chang (CA Bar No. 287757)
bchang@eimerstahl.com
EIMER STAHL LLP
224 South Michigan Avenue
Suite 1100
Chicago, IL 60604
Phone: (312) 660-7600
Fax: (312) 692-1718

*Attorneys for LG Electronics, Inc.,
LG Electronics USA, Inc., and
LG Electronics Taiwan Taipei Co., Ltd.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No.: 4:08-cv-01559 |
| | Master File No. 4:07-cv-05944-JST |
| This document relates to: | MDL No. 1917 |
| ANTHONY GIANASCA AND BARBARA CALDWELL *on behalf of themselves and all others similarly situated,* | **REPLY IN SUPPORT OF LGE'S CORRECTED ADMINISTRATIVE MOTION TO CLARIFY ORDER** |
| Plaintiffs, | Judge: Hon. Jon S. Tigar |
| v. | Courtroom: Courtroom 6, 2nd Floor |
| LG ELECTRONICS, INC., et al., | |
| Defendants. | |

Case No. 4:07-cv-05944-JST
Reply iso LGE's Admin. Mot. to Clarify Order

1    LGE filed a straightforward administrative motion to clarify that LGE was not a party to the "Stipulation with [Proposed] Order as to Withdrawal of Motion to Amend and All Related Motions and to Dismissal with Prejudice and without Costs" (ECF No. 6162) that Massachusetts IPPs filed on February 23, 2023. Massachusetts IPPs do not oppose LGE's motion. *See* ECF No. 6173. Instead, they filed a "Response" to improperly address LGE's pending *sanctions* motion, ECF No. 6126. But the opposition to the sanctions motion was due almost two months ago, and Massachusetts IPP counsel did not address *any* of LGE's sanctions arguments in that opposition. *See* ECF No. 6139. Massachusetts IPP counsel have thus waived any opposition to LGE's sanctions motion and cannot belatedly oppose that motion by way of a response to an administrative motion to clarify a stipulation. *See Azpeitia v. Tesoro Refin. & Mktg. Co. LLC*, No. 17-cv-00123-JST, 2017 WL 3115168, at *10 (N.D. Cal. July 21, 2017) ("[I]n most circumstances, failure to respond in an opposition brief to an argument . . . constitutes waiver or abandonment in regard to the uncontested issue").

But Massachusetts IPPs' response to LGE's administrative motion does unequivocally admit all of the relevant facts underlying LGE's motion for sanctions: that Massachusetts IPP counsel wrongly named LGE as a defendant in their proposed complaint and did not take any steps to remedy their mistake. ECF No. 6173. Instead of fixing their mistake by timely filing a corrected pleading, Massachusetts IPP counsel now argues that LGE should have ignored various filing deadlines in favor of Massachusetts IPP counsel's "written commitment to remove LGE from the litigation." *Id.* at 1. But parties cannot ignore deadlines, and Massachusetts IPP counsel should have honored their commitment when it was made six months ago. Instead, they did nothing, forcing LGE to file various papers to extricate itself from this litigation and recover the cost of doing so. To be clear, LGE does not fault Massachusetts IPP counsel for their former associate's "inadvertent error" (*Id.* at 2) last September, but the deliberate failure to fix that error needlessly increased the cost of litigation and multiplied the proceedings in this case unreasonably and vexatiously. *See* Fed. R. Civ. P. 11(b)(1); 28 U.S.C. § 1927.

For the foregoing reasons, LGE respectfully requests that this Court grant the Corrected Administrative Motion to Clarify Order.

1

Case No. 4:07-cv-05944-JST
Reply iso LGE's Admin. Mot. to Clarify Order

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: March 8, 2023 | By: */s/ Nathan P. Eimer* |
| | | Nathan P. Eimer (*pro hac vice*) |
| 3 | | neimer@eimerstahl.com |
| 4 | | Vanessa G. Jacobsen (*pro hac vice*) |
| | | vjacobsen@eimerstahl.com |
| 5 | | EIMER STAHL LLP |
| | | 224 South Michigan Avenue, Suite 1100 |
| 6 | | Chicago, IL 60604 |
| | | Telephone: (312) 660-7600 |
| 7 | | Facsimile: (312) 692-1718 |

Brian Y. Chang (CA Bar No. 287757)
bchang@eimerstahl.com
99 South Almaden Boulevard, Suite 642
San Jose, CA  95113
Telephone: (669) 231-8755

*Attorneys for LG Electronics, Inc.,
LG Electronics USA, Inc., and
LG Electronics Taiwan Taipei Co., Ltd.*

2

Case No. 4:07-cv-05944-JST
Reply iso LGE's Admin. Mot. to Clarify Order

**CERTIFICATE OF SERVICE**

I hereby certify that on March 8, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: March 8, 2023

                                                */s/ Nathan P. Eimer*
                                                  Nathan P. Eimer