R. Alexander Saveri (173102)
  *rick@saveri.com*
Geoffrey C. Rushing (126910)
  *grushing@saveri.com*
Matthew D. Heaphy (227224)
  *mheaphy@saveri.com*
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone:  (415) 217-6810
Facsimile:  (415) 217-6813

*Lead Counsel for Direct Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-CV-5944-JST |
| ———————————————— | MDL No. 1917 |
| This Document Relates to: | **DECLARATION OF DEREK SMITH RE: NOTICE OF DIRECT PURCHASER CLASS CERTIFICATION** |
| *ALL DIRECT PURCHASER ACTIONS* | |

I, Derek Smith, declare as follows:

1.      I am employed by KCC Class Action Services, LLC, the successor company of Gilardi & Co. LLC (collectively "KCC"), located at 1 McInnis Parkway, Suite 250, San Rafael, California. KCC was hired by Class Counsel as the Settlement Administrator in this matter.  I am over 21 years of age and am not a party to this action.  Except as otherwise stated, I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2.      I make this declaration to report on Notice Procedures regarding the Court's August 1, 2022 Order Granting Motion for Class Certification (ECF No. 6042) and pursuant to the Court's December 20, 2022 Order Approving Notice of Direct Purchaser Class Certification (ECF No. 6124), and to report on requests for exclusion received by KCC.

**Summary of Notice Procedures**

3.      KCC caused the Notice of Class Certification ("Notice") to be printed and mailed to the 19,766 records in the potential class list on January 10, 2023. Prior to mailing, the addresses were checked against the National Change of Address ("NCOA") database maintained by the USPS; certified via the Coding Accuracy Support System ("CASS"); and verified through Delivery Point Validation ("DPV"). A true and correct copy of the Notice is attached hereto as Exhibit A.

4.      Notices returned by the USPS as undeliverable were re-mailed to any address available through postal service information. Any returned mailing that did not contain an expired forwarding order with a new address indicated was researched through standard skip tracing and re-mailed if a new address was obtained. These efforts resulted in the re-mailing of 4 Notices to updated addresses.

5.      Through its in-house advertising agency, Larkspur Design Group, KCC caused the Summary Notice to be published in the national editions of the *New York Times* and the *Wall Street Journal* on January 13, 2023. True and correct copies of the tear sheets provided by the *New York Times* and the *Wall Street Journal* are attached hereto as Exhibits B and C.

6.      KCC also updated the settlement website (www.CRTDirectPurchaserAntitrustSettlement.com), case dedicated email address

1   ([claims@CRTDirectPurchaserAntitrustSettlement.com](mailto:claims@CRTDirectPurchaserAntitrustSettlement.com)), and toll free number (877-224-3063)

2   maintained by KCC to include additional information and documents about the litigation, including

3   the Notice and related Court orders.

4                                          **Requests for Exclusion**

5          7.      The postmark deadline for Class Members to request exclusion from the Litigated

6   Class was February 24, 2023. To date, KCC has received 7 requests for exclusion from the

7   Litigated Class, including one request that listed numerous subsidiaries. Attached hereto as Exhibit

8   D is a list of all requests for exclusion and the letter listing the numerous subsidiaries.

9

10         I declare under penalty of perjury that the foregoing is true and correct and that this

11  declaration was executed this 10th day of March 2023.

12

13

14                                                          _____

15                                                          DEREK SMITH

# EXHIBIT A

CRT Direct Class Action
P.O. Box 301130
Los Angeles, CA 90030-1130

# CART

«Barcode»

Postal Service: Please do not mark barcode

Claim#: CART-«Claim8»-«CkDig»
«FirstNAME» «LastNAME»
«Addr2» «Addr1»
«City», «State»«FProv»  «Zip»«FZip»
«FCountry»

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

**If You Bought A Cathode Ray Tube Product, A Class Action Ruling May Affect You.**

Cathode Ray Tube (CRT) Products include Cathode Ray Tubes and finished products that
contain a Cathode Ray Tube such as Televisions and Computer Monitors.

| Important Date | |
|---|---|
| Deadline to Request Exclusion from Litigated Class | **February 24, 2023** |

*A Federal Court authorized this Notice. This is not a solicitation from a lawyer.*

- A class action lawsuit that includes direct purchasers of CRT Products is currently pending.

- Plaintiffs claim that Defendants (listed below) and Co-Conspirators engaged in an unlawful conspiracy to fix, raise, maintain or stabilize the prices of Cathode Ray Tubes. Plaintiffs further claim that direct purchasers of televisions and monitors that contain a cathode ray tube from the Defendants may recover for the effect that the cathode ray tube conspiracy had on the prices of televisions and monitors.  Plaintiffs allege that, as a result of the unlawful conspiracy involving cathode ray tubes, they and other direct purchasers paid more for CRT Products than they would have paid absent the conspiracy.  Defendants deny Plaintiffs' claims.

- On August 1, 2022, the District Court certified a direct purchaser plaintiff class. A copy of the Order granting class certification is available on the class website at **www.CRTDirectPurchaserAntitrustSettlement.com**. The class consists of "All persons and entities who, between March 1, 1995 and November 25, 2007, directly purchased a CRT Product in the United States from any Defendant or any subsidiary or affiliate thereof, or any co-conspirator or any subsidiary or affiliate thereof. Excluded from the class are defendants, their parent companies, subsidiaries or affiliates, any co-conspirators, all governmental entities, and any judges or justices assigned to hear any aspect of this action."

- Your legal rights will be affected whether you act or don't act. This Notice includes information on the certified class and the continuing lawsuit. Please read the entire Notice carefully.

- You may exclude yourself from the class by submitting a request for exclusion postmarked by **February 24, 2023**.

**Your rights are explained in this Notice.**

1

**For More Information: Call 1-877-224-3063 or Visit www.CRTDirectPurchaserAntitrustSettlement.com**

## WHAT THIS NOTICE CONTAINS

**Basic Information** ........................................................................................................................... **Page 2**

    1.   Why did I get this Notice?

    2.   Who are the Defendant and Co-Conspirator companies?

    3.   Who are the affiliates and subsidiaries mentioned in the class definition?

    4.   What is this lawsuit about?

    5.   What is a Cathode Ray Tube Product?

    6.    What is a class action?

**The Litigated Class** ....................................................................................................................... **Page 3**

    7.   How do I know if I'm part of the Litigated Class?

    8.   What are my rights in the Litigated Class and how do I exclude myself?

    9.    What am I giving up to stay in the Litigated Class?

    10.  Who are the Class Representatives?

**The Lawyers Representing You** ................................................................................................... **Page 4**

    11.  Do I have a lawyer in the case?

**Getting More Information** ........................................................................................................... **Page 4**

    12.  How do I get more information?

## BASIC INFORMATION

### 1.   Why did I get this Notice?

You or your company may have directly purchased Cathode Ray Tubes (CRTs) or certain products containing those tubes between March 1, 1995 and November 25, 2007.  A direct purchaser is a person or business who bought a CRT, or a television or computer monitor containing a CRT directly from one or more of the Defendants, Co-Conspirators, affiliates, or subsidiaries themselves, as opposed to an intermediary (such as a retail store).

You have the right to know about the litigation and about your legal rights and options before you decide whether to request exclusion from the Litigated Class.

This Notice explains the litigation and your legal rights.

The Court in charge of the case is the United States District Court for the Northern District of California, and the case is called *In re Cathode Ray Tube (CRT) Antitrust Litigation*, MDL No. 1917. The people who sued are called Plaintiffs and the companies they sued are called Defendants.

### 2.   Who are the Defendant and Co-Conspirator companies?

The Defendants and alleged Co-Conspirators are: Beijing-Matsushita Color CRT Company, Ltd.; Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.; Chunghwa Picture Tubes, Ltd.; Daewoo Electronics Corporation (f/k/a Daewoo Electronics Company, Ltd.); Daewoo International Corporation; Daewoo-Orion Societe Anonyme; Hitachi America, Ltd.; Hitachi Asia, Ltd.; Hitachi Displays, Ltd.; Hitachi Electronic Devices (USA), Inc.; Hitachi Ltd.; Irico Display Devices Co., Ltd.; Irico Group Corporation; Koninklijke Philips Electronics N.V. (n/k/a Koninklijke Philips N.V.); LG Electronics Taiwan Taipei Co., Ltd.; LG Electronics USA, Inc.; LG Electronics, Inc.; LP Displays International, Ltd.; Matsushita Electronic Corporation (Malaysia) Sdn. Bhd.; Mitsubishi Electric Corporation; Mitsubishi Electric US, Inc. (f/k/a Mitsubishi Electric & Electronics USA, Inc.); Mitsubishi Electric Visual Solutions America, Inc. (f/k/a Mitsubishi Digital Electronics America Inc. (f/k/a Mitsubishi Consumer Electronics America, Inc.)); MT Picture Display Co., Ltd. (f/k/a Matsushita Toshiba Picture Display Co., Ltd.); Orion Electric Co.; Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.); Panasonic Corporation of North America; Philips Consumer Electronics Co.; Philips da Amazonia Industria Electronica Ltda. (n/k/a Philips do Brasil, Ltda.); Philips Electronics Industries (Taiwan), Ltd. (n/k/a Philips Taiwan Limited); Philips Electronics Industries Ltd.; Philips Electronics North America Corporation; Samsung Electronics

2

America, Inc.; Samsung SDI (Malaysia) Sdn. Bhd.; Samsung SDI Brasil Ltda.; Samsung SDI Co., Ltd. (f/k/a Samsung Display Device Company); Samsung SDI Mexico S.A. de C.V.; Shenzhen Samsung SDI Co. Ltd.; Shenzhen SEG Hitachi Color Display Devices, Ltd.; Technicolor SA (f/k/a Thomson SA); Technicolor USA, Inc. (f/k/a Thomson Consumer Electronics, Inc.); Technologies Displays Americas LLC (f/k/a Thomson Displays Americas LLC); Thai CRT Company, Ltd.; Tianjin Samsung SDI Co., Ltd.; Toshiba America Consumer Products LLC; Toshiba America Consumer Products, Inc.; Toshiba America Electronic Components, Inc.; Toshiba America Information Systems, Inc.; Toshiba America, Inc.; Toshiba Corporation; Toshiba Display Devices (Thailand) Company, Ltd.; and Videocon Industries, Ltd.

### 3.  Who are the affiliates and subsidiaries mentioned in the class definition?

The "affiliates and subsidiaries" are: Chunghwa Picture Tubes Fuzhou; Chunghwa Picture Tubes Taiwan; Daewoo Electronics America, Inc.; Hitachi Electronic Display (USA); Hitachi High-Technologies America, Inc. (f/k/a Nissei Sangyo America, Ltd.); Hitachi High-Technologies Corporation (f/k/a Nissei Sangyo Co., Ltd.); Irico Group New Energy Co., Ltd. (f/k/a Irico Group Electronics Co., Ltd.); LG Electronics Service Europe Netherlands B.V.; LG Electronics Wales Ltd.; LG Philips Displays; LG.Philips Displays Brasil Ltda.; LG.Philips Displays Holding B.V.; LG.Philips Displays International Ltd.; LG.Philips Displays Korea Co. Ltd.; LG.Philips Displays Mexico SA de CV; LG.Philips Displays USA Inc.; MELCO Display Devices Mexico, S.A. de C.V.; Mitsubishi Display Devices America, Inc.; Mitsubishi Electric Sales America, Inc.; Mitsubishi Electric US Holdings, Inc.; Mitsubishi Electronics America, Inc.; Mitsubishi Electronics Industries Canada, Inc.; MT Picture Display Corporation of America (New York); MT Picture Display Corporation of America (Ohio); NEC-Mitsubishi Electric Visual Systems Corporation; NEC-Mitsubishi Electronics Display of America, Inc.; NM Visual Systems de Mexico S. A. de C.V.; Orion Electric Components, Co., Ltd.; Orion Engineering & Service, Inc.; Orion Mexicana, SA de CV; P.T. Tosummit Electronic Devices Indonesia; Panasonic AVC Networks America; Panasonic Sikoku Electronics Corporation of America; PCB Integrated Manufacturing System, S.A. de C.V.; Philips Holding USA Inc.; PT.MT Picture Display Indonesia; Samsung Electronics Co., Ltd.; Samsung SDI (Hong Kong), Ltd.; Samsung SDI America, Inc.; Samsung SDI Co. Ltd. (Korea); Samsung SDI Germany GmbH; Samsung SDI Hungary Ltd.; Samtel Color, Ltd.; Tatung Company of America, Inc.; TCL International Holdings Ltd.; TCL Thomson Electronics Corporation; Technologies Displays Mexicana, S.A. de C.V. (f/k/a Thomson Displays Mexicana, S.A. de C.V.); Tianjin Samsung SDI Co. Ltd.; TTE Technology, Inc.; and Zenith Electronics Corporation (a/k/a Zenith Electronics LLC).

### 4.  What is this lawsuit about?

The lawsuit alleges that Defendants and Co-Conspirators conspired to raise and fix the prices of CRTs and the CRTs contained in certain finished products for over ten years, resulting in overcharges to direct purchasers of those CRTs and certain finished products containing CRTs.  The complaint describes how the Defendants and Co-Conspirators allegedly violated the U.S. antitrust laws by establishing a global cartel that set artificially high prices for, and restricted the supply of CRTs and the televisions and monitors that contained them. Defendants deny Plaintiffs' allegations.  The Court has not decided who is right.

### 5.  What is a Cathode Ray Tube Product?

For the purposes of the class definition, Cathode Ray Tube Products (or "CRT Product") means Cathode Ray Tubes of any type (e.g., color display tubes and color picture tubes) and finished products which contain Cathode Ray Tubes, such as Televisions and Computer Monitors.

### 6.  What is a class action?

In a class action, one or more people, called class representatives, sue on behalf of people who have similar claims.  All these people are members of the class, except for those who exclude themselves from the class.

If the Plaintiffs obtain money or benefits as a result of a trial or future settlement, you will be notified about those settlements at that time. Important information about the case will be posted on the website, **www.CRTDirectPurchaserAntitrustSettlement.com** as it becomes available. Please check the website to be kept informed about any future developments.

### THE LITIGATED CLASS

### 7.  How do I know if I'm part of the Litigated Class?

As a result of a motion filed by the Plaintiffs, on August 1, 2022, the District Court certified a class of Direct Purchaser Plaintiffs (the "Litigated Class"). The Litigated Class includes:

All persons and entities who, between March 1, 1995 and November 25, 2007, directly purchased a CRT Product in the United States from any Defendant or any subsidiary or affiliate thereof, or any Co-Conspirator or any subsidiary or affiliate thereof. Excluded from the class are Defendants, their parent companies, subsidiaries or affiliates, any Co-Conspirators, all governmental entities, and any judges or justices assigned to hear any aspect of this action.

**8.   What are my rights in the Litigated Class and how do I exclude myself?**

<u>**Remain in the Litigated Class:**</u> If you wish to remain a member of the Litigated Class, you do not need to take any action at this time.

If you remain a class member, you will be bound by the District Court's rulings in the lawsuit, including any final judgment.

<u>**Get out of the Litigated Class:**</u> If you wish to keep your rights to individually sue the Defendants about the claims in this case, you must exclude yourself from the Litigated Class. You will not get any money from any future judgment awarded to the class if you exclude yourself from the Litigated Class.

To exclude yourself from the Litigated Class, you must send a letter that includes the following:

- Your name, address and telephone number;
- A statement stating that you want to be excluded from *In re Cathode Ray Tube (CRT) Antitrust Litigation*, MDL No. 1917, Litigated Class; and
- Your signature.

You must mail your exclusion request, postmarked no later than **February 24, 2023**, to:

<div align="center">

CRT Direct Class Action
P.O. Box 301130
Los Angeles, CA 90030-1130

</div>

**9.   What am I giving up to stay in the Litigated Class?**

Unless you exclude yourself from the Settlement Class, you can't sue the Defendants, or be part of any other lawsuit against these Defendants about the legal issues in this case. It also means that all of the decisions by the Court (including any future class judgment) will bind you.

**10. Who are the Class Representatives?**

The Class Representatives are: Arch Electronics, Inc.; Crago, d/b/a Dash Computers, Inc.; Meijer, Inc. and Meijer Distribution, Inc.; Nathan Muchnick, Inc.; Princeton Display Technologies, Inc.; Radio & TV Equipment, Inc.; Studio Spectrum, Inc.; and Wettstein and Sons, Inc., d/b/a Wettstein's.

<div align="center">

**THE LAWYERS REPRESENTING YOU**

</div>

**11. Do I have a lawyer in the case?**

Yes. The Court has appointed the law firm of Saveri & Saveri, Inc. to represent you as Lead Counsel. You do not have to pay Lead Counsel. If you want to be represented by your own lawyer, and have that lawyer appear in court for you in this case, you may hire one at your own expense.

<div align="center">

**GETTING MORE INFORMATION**

</div>

**12. How do I get more information?**

This Notice summarizes the lawsuit. You can get more information about the lawsuit (including relevant case documents) at **www.CRTDirectPurchaserAntitrustSettlement.com**, by calling 1-877-224-3063, or writing to CRT Direct Class Action, P.O. Box 301130, Los Angeles, CA 90030-1130.  Please do not contact the Court about this case.

Dated: January 10, 2023

<div align="right">

BY ORDER OF THE COURT

</div>

# EXHIBIT B

**ECONOMIES | SPACEFLIGHT**

# U.S. Budget Deficit Dips to $1.4 Trillion; Fiscal Fight Looms

By ALAN RAPPEPORT and JIM TANKERSLEY

WASHINGTON — The federal budget deficit fell to $1.4 trillion for the 2022 calendar year, down from $2.6 trillion a year ago, as pandemic emergency spending slowed, the economy reopened and tax revenue rose, according to the Treasury Department.

While the annual gap between what the nation spends and what it takes in narrowed, the monthly deficit for December 2022 widened compared with a year ago, suggesting that the deficit will most likely grow again in the year to come. The federal government recorded an $85 billion shortfall last month, up from a $21 billion deficit in December 2021.

The figures released on Thursday come at a moment of heightened attention on the nation's finances, with Republicans, who now control the House, pledging to push for deep spending cuts and slash the national debt. Despite the smaller annual shortfall, America's long-term fiscal picture has darkened somewhat in the last year. The national debt topped $31 trillion for the first time in 2022 and interest rates are rising, increasing the amount of money the United States must pay to investors who buy its debt.

Net interest costs have risen by 41 percent over the last calendar year, the data showed. The Peterson Foundation, which advocates debt reduction, reported on Thursday that the jump was larger than the biggest increase in interest costs in any single fiscal year, dating back to 1962.

Republicans have said repeatedly that they will make balancing the federal budget over the course of a decade and reducing the national debt a central focus of their economic agenda this year. They say large deficits under President Biden have contributed to high inflation, which hit a 40-year peak last summer but has eased in re-

## $31T
The national debt in 2022, an all-time high.

cent months. The Labor Department reported on Thursday that prices receded slightly in December.

Speaker Kevin McCarthy said this week that Republicans would use their leverage, including the need to raise the country's debt limit this year, to corral spending.

"One of the greatest threats we have to this nation is our debt," Mr. McCarthy said on Fox News. "It makes us weak in every place that we can."

But Republicans have also prioritized policies this month that would add to deficits. The House passed legislation this week that would rescind much of the $80 billion that was allocated to the Internal Revenue Service last year to beef up its enforcement capacity. The nonpartisan Congressional Budget Office said that the Republican bill to cut the money would actually increase the deficit by $114 billion through 2032.

Mr. Biden said on Thursday that he would veto such legislation and assailed Republicans for backing a measure that would add to the deficit and make it easier for the wealthy to cheat on their taxes by

cutting the I.R.S. enforcement budget. He has repeatedly said he will not negotiate with Republicans on the debt ceiling and will insist that lawmakers raise the limit with no strings attached.

"I was disappointed that the very first bill the Republicans in the House of Representatives passed would help wealthy people and big corporations cheat on their taxes at the expense of ordinary, middle-class taxpayers," Mr. Biden told reporters at the end of remarks about inflation and the economy. "And it would add $114 billion to the deficit. Their very first bill."

The president and his aides


Speaker Kevin McCarthy said this week that Republicans would use their leverage, including the need to raise the debt limit later this year, to corral spending. KENNY HOLSTON/THE NEW YORK TIMES

have said he is open to working with Republicans to reduce the deficit by raising taxes on high earners and corporations — proposals that Republican lawmakers have roundly rejected.

Budget watchdog groups that advocate fiscal restraint have called on lawmakers to enact policies that will stabilize the debt.

"We should not be borrowing $4 billion a day, an apparent debt addiction that is harmful to the economy and the budget," said Maya MacGuineas, the president of the Committee for a Responsible Federal Budget. "We hear a lot of talk about fiscal responsibility, but very little action."

Ms. MacGuineas and other fiscal hawks have also attacked House Republicans over their debt limit threats, saying that they risk economic calamity — and that Republicans' vow to balance the budget over 10 years without raising taxes is both politically unfeasible and economically inadvisable.

Mr. Biden has claimed credit for the decline in the budget deficit last year, but it was in large part the result of Congress forgoing another round of pandemic stimulus spending like the $1.9 trillion economic aid package Mr. Biden signed early in 2021. The president has contended that such

spending, and other efforts by his administration to fuel economic growth in the recovery from pandemic recession, contributed to stronger-than-expected tax receipts in 2022, helping to lower the deficit.

But administration officials have also predicted that the deficit is set to rise again this year. In an August update to the president's budget proposal for the 2023 fiscal year, White House economists predicted that the deficit would grow by about 30 percent from the 2022 to 2023 fiscal years. They forecast further increases in the deficit in each of the two years after that.

---

# Virgin Orbit Says Problem With Second-Stage Engine Caused Failure of Rocket

By STANLEY REED


The rocket was launched from Virgin Orbit's modified Boeing 747 in southwest England on Monday night. HENRY NICHOLLS/REUTERS

Virgin Orbit, the company that tried to launch satellites into space from Britain for the first time this week, said on Thursday that a problem with the rocket's second-stage engine about 10 miles above the earth caused the failure of the mission.

Virgin Orbit said in a statement that the problem, which it called an anomaly, "prematurely ended the first burn of the upper stage," or second stage, of the rocket carrying the satellites. In other words the second-stage engine, which was supposed to lift the satellites high enough to begin orbit, shut down for some reason.

The company said that the rocket and its nine satellites fell to earth within what it called "the approved safety corridor."

The rocket was launched from Virgin Orbit's modified Boeing 747 that had taken off from Newquay

airport in southwest England late Monday night. The plane and its crew returned safely, but Virgin Orbit clearly has work to do to maintain its business and reputation.

The company, founded by Richard Branson and based in California, has only a handful of launches in the United States under its belt, but it aspires to establish itself as a global launch provider. The failure of its first international launch is obviously a blow to this effort as well as to Britain's emerging space program.

Some of the satellites on board belonged to Britain, the United States and other governments, which are unlikely to feel much financial pain from the loss. But for one of the satellite makers, Horizon Technologies, a start-up based in Reading, England, the loss of its device could threaten the company's existence.

John Beckner, the company's

chief executive, said Horizon had put $4 million into developing the marine intelligence satellite, a tiny device known as a cubesat, for a British government-funded organization, and that "for a company of our size, this loss, if not rectified, could be mortal."

Mr. Beckner said he was "working with Virgin and the U.K. government in getting compensation for the loss."

Mr. Beckner also said the company also hoped to launch further versions of the satellite.

When Virgin Orbit will be ready to launch again is unclear. The company said it anticipated returning to Newquay airport for additional launches, but that its next flight would be from its main base, in the Mojave Desert.

It said Jim Sponnick, a space industry veteran, was helping to lead an investigation into the causes of the failure.

---

# I.M.F. Sees World Economy as 'Bottomed Out'

By ALAN RAPPEPORT

WASHINGTON — The International Monetary Fund expects that global economic growth will begin to rebound later this year and that a worldwide recession can be averted if China continues to ease its pandemic restrictions and Russia's war in Ukraine does not worsen.

Kristalina Georgieva, the managing director of the I.M.F., expressed optimism on Thursday that the recent run of downgrades to global growth could be coming to an end and that an economic expansion could accelerate next year. Her comments, made to reporters during a briefing at the I.M.F. headquarters in Washington, suggested that the storm clouds hanging over the world economy could soon dissipate. The I.M.F., which is expected to release its new global forecasts later this month, projected last October that world output would slow to 2.7 percent in 2023 from 3.2 percent in 2022.

"We think we've bottomed out," Ms. Georgieva said. "We are going to see, toward the end of 2023, hopefully a reversal in trend to ward a higher growth trajectory in 2024."

Despite her optimism, Ms. Georgieva warned that this would be a "tough year" and that the global economy continues to be fragile. She noted that inflation remains stubbornly high and that the cost of living crisis was not over.

Ms. Georgieva said it was impossible to predict what crisis was around the corner and that the world economy was more prone to


Kristalina Georgieva of the I.M.F. FILIP SINGER/EPA, VIA SHUTTERSTOCK

shocks. The outcome of Russia's war in Ukraine is particularly hard to predict, and it remains unclear how long labor markets can continue to be resilient in the face of rising interest rates.

Central banks around the world, including the Federal Reserve, are raising borrowing costs to try and tame the most rapid inflation in decades. In the United States, the Fed is actively trying to slow the economy — and the labor market — to get price increases under control.

Still, Ms. Georgieva said that fears about a global energy shock that could plunge the world into a recession have not materialized. And China, which had adopted a strict zero-Covid policy over the past two years, appears poised to contribute to global growth again this year as a result of its recent decision to end its lockdown policies to contain the coronavirus spread.

"What is most important is for China to stay the course, not to

back off from that reopening," Ms. Georgieva said.

The managing director also expressed optimism that the United States economy was poised for a "soft landing" and that even if a recession did occur, it would likely be mild. Ms. Georgieva noted that consumer demand remained strong in the United States and that it was shifting back to services after a period in which there was too much appetite for goods that were in short supply.

The changing power dynamics in Congress could cloud the outlook this year, as Republicans have threatened to wage a battle over raising the U.S. debt limit — which caps the country's ability to borrow money — unless Democrats agree to spending cuts or other concessions. Despite Republican comments suggesting they are willing to allow the United States to default on its debt, Ms. Georgieva said that she believed that such an outcome — which would be catastrophic for the global financial system — would not transpire.

"The discussions of debt limits are always quite intense," Ms. Georgieva said. "History teaches us that in the end, a solution is being found."

Although advanced economies are poised for a rebound, many poor countries continue to face the prospect of recessions or defaults because of heavy debt.

Earlier this week, the World Bank projected that global growth would slow to 1.7 percent this year, a sharp downgrade from its previous projection of 3 percent, and warned of a "crisis" facing developing economies.

---

**LEGAL NOTICE**

**If You Bought A Cathode Ray Tube ("CRT") or CRT Product, A Class Action May Affect You.**

**CRT Products include Televisions or Computer Monitors that contain Cathode Ray Tubes**

On August 1, 2022, the District Court certified a direct purchaser plaintiff class. A copy of the Order granting class certification is available on the class website at www.CRTDirectPurchaserAntitrustSettlement.com. This class consists of "All persons and entities who, between March 1, 1995 and November 25, 2007, directly purchased a CRT Product in the United States from any Defendant or any subsidiary or affiliate thereof, or any co-conspirator or any subsidiary or affiliate thereof. Excluded from the class are defendants, their parent companies, subsidiaries or affiliates, any co-conspirators, all governmental entities, and any judges or justices assigned to hear any aspect of this action."

**What is this lawsuit about?**

The lawsuit alleges that Defendants and Co-Conspirators engaged in an unlawful conspiracy to fix, raise, maintain or stabilize the prices of CRTs. Plaintiffs further claim that direct purchasers of televisions and monitors that contain a cathode ray tube from the Defendants may recover for the effect that the cathode ray tube conspiracy had on the prices of televisions and monitors. Plaintiffs allege that, as a result of the unlawful conspiracy, they and other direct purchasers paid more for CRT Products than they would have absent the conspiracy. Defendants deny Plaintiffs' claims.

**Who are the Defendant and Co-Conspirator companies?**

Beijing-Matsushita Color CRT Company, Ltd.; Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.; Chunghwa Picture Tubes, Ltd.; Daewoo Electronics Corporation (f/k/a Daewoo Electronics Company, Ltd.); Daewoo International Corporation; Daewoo-Orion Society Anonyme; Hitachi America, Ltd.; Hitachi Asia, Ltd.; Hitachi Displays, Ltd.; Hitachi Electronic Devices (USA), Inc.; Hitachi Ltd.; Irico Display Devices Co., Ltd.; Irico Group Corporation; Koninklijke Philips Electronics N.V. (n/k/a Koninklijke Philips N.V.); LG Electronics Taiwan Taipei Co., Ltd.; LG Electronics USA, Inc.; LG Electronics, Inc.; LP Displays International, Ltd.; Matsushita Electronic Corporation (Malaysia) Sdn. Bhd.; Mitsubishi Electric Corporation; Mitsubishi Electric US, Inc. (f/k/a Mitsubishi Electric & Electronics USA, Inc.); Mitsubishi Electric Visual Solutions America, Inc. (f/k/a Mitsubishi Digital Electronics America Inc. (f/k/a Mitsubishi Consumer Electronics America, Inc.)); MT Picture Display Co., Ltd. (f/k/a Matsushita Toshiba Picture Display Co., Ltd.); Orion Electric Co.; Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.); Panasonic Corporation of North America; Philips Consumer Electronics Co.; Philips da Amazonia Industria Electronica Ltda. (n/k/a Philips do Brasil, Ltda.); Philips Electronics Industries (Taiwan), Ltd. (n/k/a Philips Taiwan Limited); Philips Electronics Industries Ltd.; Philips Electronics North America Corporation; Samsung Electronics America, Inc.; Samsung SDI (Malaysia) Sdn. Bhd.; Samsung SDI Brasil Ltda.; Samsung SDI Co., Ltd. (f/k/a Samsung Display Device Company); Samsung SDI Mexico S.A. de C.V.; Shenzhen Samsung SDI Co. Ltd.; Shenzhen SEG Hitachi Color Display Devices, Ltd.; Technicolor SA (f/k/a Thomson SA); Technicolor USA, Inc. (f/k/a Thomson Consumer Electronics, Inc.); Technologies Displays Americas LLC (f/k/a Thomson Displays Americas LLC); Thai CRT

Company, Ltd.; Tianjin Samsung SDI Co., Ltd.; Toshiba America Consumer Products LLC; Toshiba America Consumer Products, Inc.; Toshiba America Electronic Components, Inc.; Toshiba America Information Systems, Inc.; Toshiba America, Inc.; Toshiba Corporation; Toshiba Display Devices (Thailand) Company, Ltd.; and Videocon Industries, Ltd.

**Who are the affiliates and subsidiaries mentioned in the class definition?**

Chunghwa Picture Tubes Fuzhou; Chunghwa Picture Tubes Taiwan; Daewoo Electronics America, Inc.; Hitachi Electronic Display (USA); Hitachi High-Technologies America, Inc. (f/k/a Nissei Sangyo America, Ltd.); Hitachi High-Technologies Corporation (f/k/a Nissei Sangyo Co., Ltd.); Irico Group New Energy Co., Ltd. (f/k/a Irico Group Electronics Co., Ltd.); LG Electronics Service Europe Netherlands B.V.; LG Electronics Wales Ltd.; LG Philips Displays; LG.Philips Displays Korea Ltd.; LG.Philips Displays Holding B.V.; LG.Philips Displays International Ltd.; LG.Philips Displays Mexico S.A. de C.V.; LG.Philips Displays Mexico SA de CV; LG.Philips Displays USA, Inc.; MELCO Display Devices Mexico S.A. de C.V.; Mitsubishi Display Devices America, Inc.; Mitsubishi Electric Sales America, Inc.; Mitsubishi Electric US Holdings, Inc.; Mitsubishi Electronics America, Inc.; Mitsubishi Electronics Industries Canada, Inc.; MT Picture Display Corporation of America (New York); MT Picture Display Corporation of America (Ohio); NEC-Mitsubishi Electric Visual Systems Corporation; NEC-Mitsubishi Electronics Display of America, Inc.; NM Visual Systems de Mexico S.A. de C.V.; Orion Electric Components, Co., Ltd.; Orion Engineering & Service, Inc.; Orion Mexicana, SA de CV; P.T. Tosummit Electronic Devices Indonesia; Panasonic AVC Networks America; Panasonic Sikoku Electronics Corporation of America; PCB Integrated Manufacturing System, S.A. de C.V.; Philips Holding USA Inc.; PT.MT Picture Display Indonesia; Samsung Electronics Co., Ltd.; Samsung SDI (Hong Kong), Ltd.; Samsung SDI America, Inc.; Samsung SDI Co. Ltd. (Korea); Samsung SDI Germany GmbH; Samsung SDI Hungary Ltd.; Samtel Color, Ltd.; Tatung Company of America, Inc.; TCL International Holdings Ltd.; TCL Thomson Electronics Corporation; Technologies Displays Mexicana, S.A. de C.V. (f/k/a Thomson Displays Mexicana, S.A. de C.V.); Tianjin Samsung SDI Co. Ltd.; TTE Technology, Inc.; and Zenith Electronics Corporation (a/k/a Zenith Electronics LLC).

**What are my rights?**

If you wish to remain a member of the Litigated Class, you do not need to take any action at this time. If you do not want to be legally bound by future judgments with regard to the Litigated Class, you must exclude yourself in writing by February 24, 2023, or you will not be able to sue, or continue to sue, the remaining Defendants about the legal claims in this case.

This is a Summary Notice. For more details, call toll-free 1-877-224-3063, visit www.CRTDirectPurchaserAntitrustSettlement.com or write to CRT Direct Class Action, P.O. Box 301130, Los Angeles, CA 90030-1130.

# EXHIBIT C

# COMMODITIES

wsj.com/market-data/commodities

## Futures Contracts

### Metal & Petroleum Futures

| | Open | High | hi lo | Low | Settle | Chg | Open interest |
|---|---|---|---|---|---|---|---|
| **Copper-High (CMX)**-25,000 lbs.; $ per lb. | | | | | | | |
| Jan | 4.1505 | 4.1910 | ▲ | 4.1460 | **4.1860** | 0.0315 | 1,099 |
| March | 4.1755 | 4.2115 | ▲ | 4.1295 | **4.1965** | 0.0305 | 125,646 |
| **Gold (CMX)**-100 troy oz.; $ per troy oz. | | | | | | | |
| Jan | 1877.20 | 1897.40 | ▲ | 1877.20 | **1895.50** | 20.90 | 1,240 |
| Feb | 1879.70 | 1906.50 | ▲ | 1872.40 | **1898.80** | 19.90 | 293,793 |
| March | 1887.60 | 1912.10 | ▲ | 1881.00 | **1906.20** | 19.80 | 731 |
| April | 1895.20 | 1922.80 | ▲ | 1891.00 | **1915.50** | 20.00 | 144,416 |
| June | 1913.80 | 1939.60 | ▲ | 1908.20 | **1932.30** | 20.10 | 25,657 |
| Aug | 1930.30 | 1955.60 | ▲ | 1930.30 | **1948.60** | 20.00 | 7,570 |
| **Palladium (NYM)** - 50 troy oz.; $ per troy oz. | | | | | | | |
| Jan | | | | | **1781.10** | 9.80 | |
| March | 1768.50 | 1797.50 | | 1736.00 | **1790.90** | 9.80 | 8,148 |
| **Platinum (NYM)**-50 troy oz.; $ per troy oz. | | | | | | | |
| Jan | 1068.00 | 1076.00 | | 1064.00 | **1074.60** | 0.80 | 118 |
| April | 1081.50 | 1092.50 | | 1067.00 | **1084.30** | ... | 70,254 |
| **Silver (CMX)**-5,000 troy oz.; $ per troy oz. | | | | | | | |
| Jan | 23.805 | 23.805 | | 23.805 | **23.863** | 0.536 | 18 |
| March | 23.530 | 24.330 | | 23.500 | **24.004** | 0.523 | 109,306 |
| **Crude Oil, Light Sweet (NYM)**-1,000 bbls.; $ per bbl. | | | | | | | |
| Feb | 77.70 | 79.16 | | 77.10 | **78.39** | 0.98 | 151,256 |
| March | 77.90 | 79.37 | | 77.35 | **78.65** | 0.97 | 250,845 |
| April | 78.16 | 79.55 | | 77.54 | **78.88** | 0.98 | 120,279 |
| June | 78.25 | 79.54 | | 77.57 | **78.95** | 0.92 | 185,303 |
| Dec | 76.22 | 77.23 | | 75.56 | **76.77** | 0.67 | 182,662 |
| Dec'24 | 72.10 | 72.64 | | 71.55 | **72.33** | 0.32 | 76,600 |
| **NY Harbor ULSD (NYM)**-42,000 gal.; $ per gal. | | | | | | | |
| Feb | 3.1926 | 3.2673 | | 3.1672 | **3.2190** | .0011 | 59,532 |
| March | 3.0811 | 3.1558 | | 3.0581 | **3.1198** | .0236 | 54,419 |
| **Gasoline-NY RBOB (NYM)**-42,000 gal.; $ per gal. | | | | | | | |
| Feb | 2.4424 | 2.4944 | | 2.4216 | **2.4753** | .0408 | 71,028 |
| March | 2.4488 | 2.4996 | | 2.4263 | **2.4819** | .0427 | 59,983 |
| **Natural Gas (NYM)**-10,000 MMBtu.; $ per MMBtu. | | | | | | | |
| Feb | 3.694 | 3.946 | | 3.607 | **3.695** | .024 | 87,175 |
| March | 3.396 | 3.556 | | 3.309 | **3.355** | .009 | 214,747 |
| April | 3.318 | 3.485 | | 3.259 | **3.306** | .014 | 99,940 |
| May | 3.374 | 3.532 | | 3.316 | **3.363** | .016 | 100,899 |
| Sept | 3.589 | 3.761 | | 3.562 | **3.616** | .015 | 55,783 |
| Oct | 3.696 | 3.825 | | 3.631 | **3.680** | .012 | 65,536 |

### Agriculture Futures

| | Open | High | hi lo | Low | Settle | Chg | Open interest |
|---|---|---|---|---|---|---|---|
| **Corn (CBT)**-5,000 bu.; cents per bu. | | | | | | | |
| March | 656.00 | 673.50 | | 649.25 | **671.00** | 15.00 | 494,585 |
| July | 647.00 | 664.50 | | 642.50 | **661.50** | 13.00 | 232,600 |
| **Oats (CBT)**-5,000 bu.; cents per bu. | | | | | | | |
| March | 350.00 | 362.25 | | 350.00 | **361.25** | 12.00 | 3,141 |
| May | 349.00 | 357.75 | | 349.00 | **355.25** | 8.50 | 494 |
| **Soybeans (CBT)**-5,000 bu.; cents per bu. | | | | | | | |
| Jan | 1511.50 | 1541.75 | ▲ | 1511.50 | **1529.50** | 14.50 | 1,065 |
| March | 1494.00 | 1527.00 | | 1493.25 | **1518.50** | 25.50 | 299,400 |
| **Soybean Meal (CBT)**-100 tons; $ per ton. | | | | | | | |
| Jan | 511.60 | 515.30 | ▲ | 507.70 | **513.00** | 8.00 | 403 |
| March | 474.60 | 484.40 | ▲ | 474.10 | **481.30** | 6.70 | 203,488 |
| **Soybean Oil (CBT)**-60,000 lbs.; cents per lb. | | | | | | | |
| Jan | | | | | **63.25** | .86 | 5 |
| March | 62.15 | 63.65 | | 62.15 | **63.25** | 1.14 | 144,657 |
| **Rough Rice (CBT)**-2,000 cwt.; $ per cwt. | | | | | | | |
| Jan | | | | | **17.78** | .31 | 19 |
| March | 17.80 | 18.07 | | 17.60 | **18.06** | .29 | 6,132 |
| **Wheat (CBT)**-5,000 bu.; cents per bu. | | | | | | | |
| March | 739.00 | 747.25 | | 723.00 | **742.75** | 2.75 | 161,419 |
| July | 750.50 | 758.75 | | 736.75 | **754.25** | 2.00 | 72,423 |
| **Wheat (KC)**-5,000 bu.; cents per bu. | | | | | | | |
| March | 823.50 | 839.00 | | 810.50 | **835.00** | 12.75 | 84,669 |
| May | 821.00 | 835.50 | | 807.50 | **831.50** | 12.25 | 31,088 |
| **Cattle-Feeder (CME)**-50,000 lbs.; cents per lb. | | | | | | | |
| Jan | 183.000 | 183.425 | ▼ | 182.025 | **182.125** | –1.000 | 4,384 |
| March | 185.500 | 185.775 | ▼ | 183.775 | **184.275** | –1.275 | 23,048 |
| **Cattle-Live (CME)**-40,000 lbs.; cents per lb. | | | | | | | |
| Feb | 157.800 | 158.000 | | 156.950 | **157.550** | –.200 | 91,750 |
| April | 161.250 | 161.575 | | 160.650 | **160.925** | –.400 | 111,285 |
| **Hogs-Lean (CME)**-40,000 lbs.; cents per lb. | | | | | | | |
| Feb | 79.100 | 80.075 | ▼ | 77.575 | **78.750** | –.550 | 48,890 |
| April | 88.400 | 88.725 | ▼ | 86.250 | **87.175** | –1.225 | 62,420 |
| **Lumber (CME)**-110,000 bd. ft., $ per 1,000 bd. ft. | | | | | | | |
| Jan | 340.80 | 355.90 | ▼ | 338.00 | **351.80** | 6.80 | 112 |
| March | 405.50 | 423.00 | ▲ | 401.50 | **420.20** | 17.30 | 2,584 |
| **Milk (CME)**-200,000 lbs., cents per lb. | | | | | | | |
| Jan | 19.58 | 19.63 | | 19.52 | **19.52** | –.06 | 3,864 |
| Feb | 19.29 | 19.37 | ▲ | 18.71 | **18.78** | –.51 | 5,105 |
| **Cocoa (ICE-US)**-10 metric tons; $ per ton. | | | | | | | |
| March | 2,641 | 2,665 | | 2,620 | **2,640** | 7 | 123,875 |
| May | 2,653 | 2,673 | | 2,632 | **2,651** | 10 | 63,572 |
| **Coffee (ICE-US)**-37,500 lbs.; cents per lb. | | | | | | | |
| March | 143.90 | 150.75 | | 143.90 | **149.40** | 5.50 | 106,719 |
| May | 145.60 | 151.45 | | 144.90 | **150.15** | 5.45 | 53,315 |
| **Sugar-World (ICE-US)**-112,000 lbs.; cents per lb. | | | | | | | |
| March | 19.65 | 19.81 | | 19.45 | **19.59** | –.06 | 345,466 |
| May | 18.37 | 18.47 | | 18.18 | **18.34** | ... | 210,659 |
| **Sugar-Domestic (ICE-US)**-112,000 lbs.; cents per lb. | | | | | | | |
| March | | | | | **36.10** | ... | 1,917 |
| **Cotton (ICE-US)**-50,000 lbs.; cents per lb. | | | | | | | |
| March | 84.40 | 84.87 | | 81.85 | **82.04** | –2.22 | 91,619 |
| May | 84.49 | 85.00 | | 82.11 | **82.27** | –2.12 | 42,132 |
| **Orange Juice (ICE-US)**-15,000 lbs.; cents per lb. | | | | | | | |
| March | 208.00 | 208.20 | | 206.55 | **207.40** | –.20 | 10,065 |
| May | 203.85 | 203.95 | ▲ | 202.45 | **203.25** | –.20 | 1,002 |

### Interest Rate Futures

| | Open | High | hi lo | Low | Settle | Chg | Open interest |
|---|---|---|---|---|---|---|---|
| **Ultra Treasury Bonds (CBT)** - $100,000; pts 32nds of 100% | | | | | | | |
| March | 140-220 | 143-240 | | 139-160 | **143-030** | 2-18.0 | 1,401,417 |
| June | 142-090 | 144-050 | | 140-020 | **143-190** | 2-18.0 | n.a. |
| **Treasury Bonds (CBT)**-$100,000; pts 32nds of 100% | | | | | | | |
| March | 129-060 | 130-310 | | 127-300 | **130-210** | 1-18.0 | 1,175,661 |
| June | 130-090 | 132-000 | | 129-160 | **131-270** | 1-17.0 | 1,457 |
| **Treasury Notes (CBT)**-$100,000; pts 32nds of 100% | | | | | | | |
| March | 114-160 | 115-135 | | 114-000 | **115-075** | 25.5 | 3,915,137 |
| June | 115-010 | 116-000 | | 114-160 | **115-265** | 26.0 | 821 |
| **5 Yr. Treasury Notes (CBT)**-$100,000; pts 32nds of 100% | | | | | | | |
| March | 109-087 | 109-287 | | 108-270 | **109-250** | 17.7 | 4,099,161 |
| **2 Yr. Treasury Notes (CBT)**-$200,000; pts 32nds of 100% | | | | | | | |
| March | 102-293 | 103-042 | | 102-210 | **103-021** | 5.1 | 2,312,170 |
| June | 103-110 | 103-156 | | 103-047 | **103-158** | 5.1 | 59 |
| **30 Day Federal Funds (CBT)**-$5,000,000; 100 - daily avg. | | | | | | | |
| Jan | 95.6700 | 95.6725 | ▲▼ | 95.6675 | **95.6675** | .0000 | 438,863 |
| Feb | 95.3700 | 95.4150 | ▲▼ | 95.2950 | **95.4050** | .0400 | 431,128 |
| **10 Yr. Del. Int. Rate Swaps (CBT)**-$100,000; pts 32nds of 100% | | | | | | | |
| March | 104-215 | 105-095 | | 104-030 | **105-030** | 26.0 | 16,236 |
| **Three-Month SOFR (CME)**-$1,000,000; 100 - daily avg. | | | | | | | |
| Dec | 95.5100 | 95.5325 | ▲▼ | 95.4675 | **95.5275** | .0175 | 768,612 |
| June'23 | 95.0800 | 95.1600 | ▲▼ | 94.8300 | **95.1200** | .0400 | 1,284,471 |
| **Eurodollar (CME)**-$1,000,000; pts of 100% | | | | | | | |
| Jan | 95.1800 | 95.2325 | ▲▼ | 95.1400 | **95.2100** | .0325 | 146,230 |
| March | 94.9300 | 94.9900 | ▲▼ | 94.7700 | **94.9650** | .0450 | 863,613 |
| June | 94.8650 | 94.9450 | ▲▼ | 94.6200 | **94.9050** | .0400 | 681,383 |
| Dec | 95.3850 | 95.5000 | ▲ | 95.1500 | **95.4550** | .0600 | 699,378 |

### Currency Futures

| | Open | High | hi lo | Low | Settle | Chg | Open interest |
|---|---|---|---|---|---|---|---|
| **Japanese Yen (CME)**-¥12,500,000; $ per 100¥ | | | | | | | |
| Jan | .7563 | .7761 | ▲ | .7555 | **.7736** | .0179 | 386 |
| March | .7612 | .7819 | ▲ | .7610 | **.7793** | .0179 | 174,448 |
| **Canadian Dollar (CME)**-CAD 100,000; $ per CAD | | | | | | | |
| Jan | .7451 | .7493 | ▲ | .7432 | **.7488** | .0036 | 249 |
| March | .7453 | .7497 | ▲ | .7432 | **.7491** | .0036 | 129,015 |
| **British Pound (CME)**-£62,500; $ per £ | | | | | | | |
| Jan | 1.2162 | 1.2246 | ▲ | 1.2090 | **1.2224** | .0068 | 955 |
| March | 1.2170 | 1.2264 | ▲ | 1.2083 | **1.2240** | .0067 | 199,926 |
| **Swiss Franc (CME)**-CHF 125,000; $ per CHF | | | | | | | |
| March | 1.0805 | 1.0859 | | 1.0719 | **1.0834** | .0024 | 34,517 |
| June | 1.0900 | 1.0969 | | 1.0860 | **1.0947** | .0025 | 425 |
| **Australian Dollar (CME)**-AUD 100,000; $ per AUD | | | | | | | |
| Jan | .6911 | .6985 | ▲ | .6881 | **.6973** | .0060 | 384 |
| March | .6921 | .7001 | ▲ | .6874 | **.6988** | .0060 | 124,252 |
| **Mexican Peso (CME)**-MXN 500,000; $ per MXN | | | | | | | |
| Jan | .05298 | .05306 | ▲ | .05276 | **.05304** | .00029 | 135 |
| March | .05224 | .05260 | ▲ | .05195 | **.05251** | .00031 | 271,395 |
| **Euro (CME)**-€125,000; $ per € | | | | | | | |
| Jan | 1.0759 | 1.0868 | ▲ | 1.0733 | **1.0850** | .0083 | 1,238 |
| March | 1.0803 | 1.0912 | ▲ | 1.0758 | **1.0892** | .0083 | 728,994 |

### Index Futures

| | Open | High | hi lo | Low | Settle | Chg | Open interest |
|---|---|---|---|---|---|---|---|
| **Mini DJ Industrial Average (CBT)**-$5 x index | | | | | | | |
| March | 34119 | 34422 | ▲ | 33850 | **34319** | 209 | 78,869 |
| June | 34362 | 34675 | ▲ | 34145 | **34580** | 211 | 428 |
| **Mini S&P 500 (CME)**-$50 x index | | | | | | | |
| March | 3991.75 | 4021.50 | ▲ | 3954.00 | **4003.50** | 13.50 | 2,045,588 |
| June | 4025.00 | 4056.00 | ▲ | 3991.00 | **4038.25** | 13.75 | 9,347 |
| **Mini S&P Midcap 400 (CME)**-$100 x index | | | | | | | |
| March | 2558.90 | 2587.20 | ▲ | 2545.10 | **2582.10** | 22.80 | 42,102 |
| June | | | | | **2601.40** | 23.30 | n.a. |
| **Mini Nasdaq 100 (CME)**-$20 x index | | | | | | | |
| March | 11474.50 | 11579.75 | ▲ | 11291.00 | **11534.25** | 57.75 | 255,073 |
| June | 11585.25 | 11698.00 | ▲ | 11425.00 | **11653.75** | 57.75 | 1,151 |
| **Mini Russell 2000 (CME)**-$50 x index | | | | | | | |
| March | 1857.10 | 1887.20 | ▲ | 1843.20 | **1885.80** | 30.60 | 428,822 |
| **Mini Russell 1000 (CME)**-$50 x index | | | | | | | |
| March | 2195.40 | 2206.90 | ▲ | 2173.50 | **2200.20** | 8.40 | 13,101 |
| **U.S. Dollar Index (ICE-US)**-$1,000 x index | | | | | | | |
| March | 102.90 | 103.10 | ▼ | 101.81 | **102.00** | –.93 | 41,346 |
| June | 102.52 | 102.71 | ▼ | 101.50 | **101.65** | –.94 | 730 |

Source: FactSet

## Bonds | wsj.com/market-data/bonds/benchmarks

### Tracking Bond Benchmarks

Return on investment and spreads over Treasurys and/or yields paid to investors compared with 52-week highs and lows for different types of bonds

| Total return close | YTD total return (%) | Index | Yield (%) Latest | Low | High |
|---|---|---|---|---|---|
| **Broad Market** Bloomberg Fixed Income Indices | | | | | |
| 2011.91 | 3.1 | U.S. Aggregate | 4.290 | 1.960 | 5.210 |
| **U.S. Corporate Indexes** Bloomberg Fixed Income Indices | | | | | |
| 2979.16 | 3.7 | U.S. Corporate | 4.980 | 2.540 | 6.130 |
| 2844.02 | 2.1 | Intermediate | 4.900 | 2.060 | 6.050 |
| 4060.59 | 6.9 | Long term | 5.110 | 3.310 | 6.370 |
| 581.82 | 4.1 | Double-A-rated | 4.380 | 2.230 | 5.320 |
| 792.04 | 3.9 | Triple-B-rated | 5.230 | 2.770 | 6.440 |
| **High Yield Bonds** ICE BofA | | | | | |
| 481.28 | 3.9 | High Yield Constrained | 8.144 | 4.552 | 9.623 |
| 442.42 | 5.2 | Triple-C-rated | 14.484 | 7.956 | 16.916 |
| 3239.93 | 4.1 | High Yield 100 | 7.355 | 3.959 | 8.753 |
| 419.12 | 3.3 | Global High Yield Constrained | 8.256 | 4.798 | 9.945 |
| 315.58 | 2.2 | Europe High Yield Constrained | 7.123 | 2.862 | 8.508 |
| **U.S Agency** Bloomberg Fixed Income Indices | | | | | |
| 1715.81 | 1.5 | U.S Agency | 4.250 | 1.320 | 4.910 |
| 1515.16 | 1.2 | 10-20 years | 4.250 | 1.230 | 4.890 |
| 3364.26 | 5.4 | 20-plus years | 4.380 | 2.330 | 5.240 |
| 2594.89 | 2.4 | Yankee | 4.840 | 2.210 | 5.840 |

| Total return close | YTD total return (%) | Index | Yield (%) Latest | Low | High |
|---|---|---|---|---|---|
| **Mortgage-Backed** Bloomberg Fixed Income Indices | | | | | |
| 2004.43 | 3.4 | Mortgage-Backed | 4.330 | 2.220 | 5.380 |
| 1973.14 | 3.5 | Ginnie Mae (GNMA) | 4.390 | 2.260 | 5.370 |
| 1180.56 | 3.4 | Fannie mae (FNMA) | 4.310 | 2.200 | 5.390 |
| 1801.14 | 3.1 | Freddie Mac (FHLMC) | 4.310 | 2.210 | 5.370 |
| 567.70 | 2.0 | Muni Master | 2.945 | 1.104 | 3.936 |
| 405.82 | 1.9 | 7-12 year | 2.625 | 1.132 | 3.794 |
| 454.03 | 2.5 | 12-22 year | 3.454 | 1.380 | 4.428 |
| 428.15 | 3.9 | 22-plus year | 4.169 | 1.888 | 5.131 |
| **Global Government** J.P. Morgan† | | | | | |
| 533.04 | 2.2 | Global Government | 2.820 | 1.090 | 3.250 |
| 782.12 | 2.4 | Canada | 3.020 | 1.740 | 3.780 |
| 343.73 | 3.2 | EMU§ | 2.877 | 0.522 | 3.308 |
| 639.61 | 3.2 | France | 2.700 | 0.400 | 3.110 |
| 455.69 | 2.7 | Germany | 2.160 | -0.140 | 2.540 |
| 275.90 | -0.7 | Japan | 1.060 | 0.370 | 1.060 |
| 495.96 | 3.4 | Netherlands | 2.390 | 0.050 | 2.800 |
| 804.01 | 2.7 | U.K. | 3.550 | 1.150 | 4.690 |
| 785.34 | 2.2 | Emerging Markets ** | 7.494 | 5.231 | 9.159 |

*Constrained indexes limit individual issuer concentrations to 2%; the High Yield 100 are the 100 largest bonds
† In local currency § Euro-zone bonds
** EMBI Global Index
Sources: ICE Data Services; Bloomberg Fixed Income Indices; J.P.Morgan

### Global Government Bonds: Mapping Yields

Yields and spreads over or under U.S. Treasurys on benchmark two-year and 10-year government bonds in selected other countries; arrows indicate whether the yield rose(▲) or fell (▼) in the latest session

| Coupon (%) | Country/ Maturity, in years | Yield (%) Latest | Previous | Month ago | Year ago | Spread Under/Over U.S. Treasurys, in basis points Latest | Prev | Year ago |
|---|---|---|---|---|---|---|---|---|
| 4.250 | **U.S.** 2 | 4.138 ▼ | 4.226 | 4.401 | 0.905 | | | |
| 4.125 | 10 | 3.446 ▼ | 3.554 | 3.611 | 1.724 | | | |
| 0.250 | **Australia** 2 | 3.182 ▼ | 3.279 | 3.083 | 0.683 | -95.4 | -93.7 | -23.2 |
| 1.750 | 10 | 3.608 ▼ | 3.733 | 3.392 | 1.844 | 16.1 | 19.2 | 9.7 |
| 0.000 | **France** 2 | 2.667 ▼ | 2.728 | 2.237 | -0.625 | -147 | -148.8 | -154.0 |
| 2.000 | 10 | 2.617 ▼ | 2.671 | 2.399 | 0.323 | -83.1 | -87.0 | -142.3 |
| 2.200 | **Germany** 2 | 2.564 ▼ | 2.590 | 2.207 | -0.586 | -157 | -162.6 | -150.1 |
| 1.700 | 10 | 2.124 ▼ | 2.174 | 1.940 | -0.058 | -132.3 | -136.7 | -180.5 |
| 2.500 | **Italy** 2 | 2.940 ▼ | 2.972 | 2.644 | -0.101 | -119.7 | -124.4 | -101.6 |
| 2.500 | 10 | 3.989 ▼ | 4.041 | 3.822 | 1.257 | 54.2 | 50.0 | -49.0 |
| 0.005 | **Japan** 2 | 0.049 ▲ | 0.026 | -0.009 | -0.082 | -408.8 | -419.0 | -99.7 |
| 0.500 | 10 | 0.505 ▼ | 0.506 | 0.257 | 0.129 | -294.2 | -303.5 | -161.7 |
| 0.000 | **Spain** 2 | 2.815 ▼ | 2.849 | 2.401 | -0.508 | -132.1 | -136.7 | -142.2 |
| 2.550 | 10 | 3.145 ▼ | 3.209 | 2.943 | 0.623 | -30.2 | -33.2 | -112.3 |
| 0.125 | **U.K.** 2 | 3.419 ▼ | 3.503 | 3.446 | 0.808 | -71.8 | -71.2 | -10.7 |
| 4.250 | 10 | 3.334 ▼ | 3.409 | 3.200 | 1.141 | -11.4 | -13.3 | -60.6 |

Source: Tullett Prebon, Tradeweb ICE U.S. Treasury Close

### Corporate Debt

Prices of firms' bonds reflect factors including investors' economic, sectoral and company-specific expectations

#### Investment-grade spreads that tightened the most...

| Issuer | Symbol | Coupon (%) | Yield (%) | Maturity | Spread*, in basis points Current | One-day change | Last week |
|---|---|---|---|---|---|---|---|
| Ally Financial | ALLY | 8.000 | 6.79 | Nov. 1, '31 | 335 | –20 | 372 |
| Royal Bank of Canada | RY | 6.000 | 4.74 | Nov. 1, '27 | 115 | –19 | 112 |
| ING Groep | INTNED | 3.950 | 4.80 | March 29, '27 | 126 | –18 | 140 |
| Credit Suisse | CS | 3.700 | 7.18 | Feb. 21, '25 | 305 | –15 | 352 |
| Societe Generale | SOCGEN | 7.367 | 6.73 | Jan. 10, '53 | 314 | –15 | n.a. |
| UBS | UBS | 4.125 | 4.97 | Sept. 24, '25 | 80 | –15 | n.a. |
| Morgan Stanley | MS | 4.375 | 4.95 | Jan. 22, '47 | 134 | –14 | 149 |
| Westpac Banking | WSTP | 3.735 | 4.43 | Aug. 26, '25 | 29 | –11 | n.a. |

#### ...And spreads that widened the most

| Issuer | Symbol | Coupon (%) | Yield (%) | Maturity | Spread*, in basis points Current | One-day change | Last week |
|---|---|---|---|---|---|---|---|
| Toronto–Dominion Bank | TD | 4.108 | 4.76 | June 8, '27 | 117 | 20 | 109 |
| Intesa Sanpaolo | ISPIM | 7.000 | 5.87 | Nov. 21, '25 | 171 | 17 | 181 |
| Apple | AAPL | 3.200 | 4.39 | May 13, '25 | 23 | 13 | 25 |
| KeyCorp | KEY | 4.900 | 5.65 | Aug. 8, '32 | 209 | 13 | n.a. |
| Mercedes–Benz Finance North America | MBGGR | 5.250 | 4.64 | Nov. 29, '27 | 110 | 12 | 96 |
| Westpac Banking | WSTP | 2.350 | 4.61 | Feb. 19, '25 | 46 | 11 | n.a. |
| Blackstone Private Credit Fund | BCRED | 4.700 | 6.29 | March 24, '25 | 215 | 10 | n.a. |
| Nordea Bank | NDASS | 4.750 | 4.71 | Sept. 22, '25 | 58 | 10 | 60 |

#### High-yield issues with the biggest price increases...

| Issuer | Symbol | Coupon (%) | Yield (%) | Maturity | Bond Price as % of face value Current | One-day change | Last week |
|---|---|---|---|---|---|---|---|
| Navient | NAVI | 5.625 | 8.64 | Aug. 1, '33 | 79.400 | 2.15 | 73.125 |
| Telecom Italia Capital | TITIM | 7.721 | 9.25 | June 4, '38 | 87.559 | 1.56 | 82.350 |
| Ford Motor | F | 4.750 | 6.82 | Jan. 15, '43 | 77.591 | 1.34 | 72.736 |
| Teva Pharmaceutical Finance Netherlands | ... | 4.100 | 7.04 | Oct. 1, '46 | 66.375 | 1.25 | 63.019 |
| Nokia | NOKIA | 6.625 | 6.60 | May 15, '39 | 100.200 | 1.20 | n.a. |
| Toyota Motor Credit | TOYOTA | 4.700 | 4.54 | Jan. 12, '33 | 101.289 | 1.11 | n.a. |
| Sprint Capital | ... | 8.750 | 5.55 | March 15, '32 | 122.750 | 1.00 | 119.750 |

#### ...And with the biggest price decreases

| Issuer | Symbol | Coupon (%) | Yield (%) | Maturity | Bond Price as % of face value Current | One-day change | Last week |
|---|---|---|---|---|---|---|---|
| Carnival | CCL | 7.875 | 8.60 | June 1, '27 | 97.375 | –1.70 | 95.625 |
| Rakuten | RAKUTN | 10.250 | 10.61 | Nov. 30, '24 | 99.375 | –1.38 | 101.250 |
| Bausch Health | BHCCN | 11.000 | 15.83 | Sept. 30, '28 | 82.250 | –0.75 | 79.450 |
| Dish DBS | ... | 5.125 | 12.90 | June 1, '29 | 66.890 | –0.49 | 65.200 |
| OneMain Finance | OMF | 7.125 | 7.26 | March 15, '26 | 99.625 | –0.25 | 96.647 |
| ADT Security | ADT | 4.125 | 5.35 | June 15, '23 | 99.500 | –0.23 | 99.375 |
| Seagate HDD Cayman | ... | 4.750 | 5.35 | Jan. 1, '25 | 98.891 | –0.20 | 98.000 |
| Teva Pharmaceutical Finance Netherlands | ... | 2.800 | 5.90 | July 21, '23 | 98.459 | –0.09 | 98.250 |

*Estimated spread over 2-year, 3-year, 5-year, 10-year or 30-year hot-run Treasury; 100 basis points=one percentage pt.; change in spread shown is for Z-spread.
Note: Data are for the most active issue of bonds with maturities of two years or more

Source: MarketAxess

ADVERTISEMENT

## The Marketplace

To advertise: 800-366-3975 or WSJ.com/classifieds

CLASS ACTION

LEGAL NOTICE

### If You Bought A Cathode Ray Tube ("CRT") or CRT Product, A Class Action May Affect You.

**CRT Products include Televisions or Computer Monitors that contain Cathode Ray Tubes**

On August 1, 2022, the District Court certified a direct purchaser plaintiff class. A copy of the Order granting class certification is available on the class website at www.CRTDirectPurchaserAntitrustSettlement.com. The class consists of "All persons and entities who, between March 1, 1995 and November 25, 2007, directly purchased a CRT Product in the United States from any Defendant or any subsidiary or affiliate thereof, or any co-conspirator or any subsidiary or affiliate thereof. Excluded from the class are defendants, their parent companies, subsidiaries or affiliates, any co-conspirators, all governmental entities, and any judges or justices assigned to hear any aspect of this action."

*What is this lawsuit about?*

The lawsuit alleges that Defendants and Co-Conspirators engaged in an unlawful conspiracy to fix, raise, maintain or stabilize the prices of CRTs. Plaintiffs further claim that direct purchasers of televisions and monitors that contain a cathode ray tube from the Defendants may recover for the effect that the cathode ray tube conspiracy had on the prices of televisions and monitors. Plaintiffs allege that, as a result of the unlawful conspiracy, they and other direct purchasers paid more for CRT Products than they would have absent the conspiracy. Defendants deny Plaintiffs' claims.

*Who are the Defendant and Co-Conspirator companies?*

Beijing-Matsushita Color CRT Company, Ltd.; Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.; Chunghwa Picture Tubes, Ltd.; Daewoo Electronics Corporation (f/k/a Daewoo Electronics Company, Ltd.); Daewoo International Corporation; Daewoo-Orion Societe Anonyme; Hitachi America, Ltd.; Hitachi Asia, Ltd.; Hitachi Displays, Ltd.; Hitachi Electronic Devices (USA), Inc.; Hitachi Ltd.; Irico Display Devices Co., Ltd.; Irico Group Corporation; Koninklijke Philips Electronics N.V. (n/k/a Koninklijke Philips N.V.); LG Electronics Taiwan Taipei Co., Ltd.; LG Electronics USA, Inc.; LG Electronics, Inc.; LP Displays International, Ltd.; Matsushita Electronic Corporation (Malaysia) Sdn. Bhd.; Mitsubishi Electric Corporation; Mitsubishi Electric US, Inc. (f/k/a Mitsubishi Electric & Electronics USA, Inc.); Mitsubishi Electric Visual Solutions America, Inc. (f/k/a Mitsubishi Digital Electronics America Inc. (f/k/a Mitsubishi Consumer Electronics America, Inc.)); MT Picture Display Co., Ltd. (f/k/a Matsushita Toshiba Picture Display Co., Ltd.); Orion Electric Co.; Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.); Panasonic Corporation of North America; Philips Consumer Electronics Co.; Philips da Amazonia Industria Electronica Ltda. (n/k/a Philips do Brasil, Ltda.); Philips Electronics Industries (Taiwan), Ltd. (n/k/a Philips Taiwan Limited); Philips Electronics Industries Ltd.; Philips Electronics North America Corporation; Samsung Electronics America, Inc.; Samsung SDI (Malaysia) Sdn. Bhd.; Samsung SDI Brasil Ltda.; Samsung SDI Co., Ltd. (f/k/a Samsung Display Device Company); Samsung SDI Mexico S.A. de C.V.; Shenzhen Samsung SDI Co. Ltd.; Shenzhen SEG Hitachi Color Display Devices, Ltd.; Technicolor SA (f/k/a Thomson SA); Technicolor USA, Inc. (f/k/a Thomson Consumer Electronics, Inc.); Technologies Displays Americas LLC (f/k/a Thomson Displays Americas LLC); Thai CRT Company, Ltd.; Tianjin Samsung SDI Co., Ltd.; Toshiba America Consumer Products LLC; Toshiba America Consumer Products, Inc.; Toshiba America Electronic Components, Inc.; Toshiba America Information Systems, Inc.; Toshiba America, Inc.; Toshiba Corporation; Toshiba Display Devices (Thailand) Company, Ltd.; and Videocon Industries, Ltd.

*Who are the affiliates and subsidiaries mentioned in the class definition?*

Chunghwa Picture Tubes Fuzhou; Chunghwa Picture Tubes Taiwan; Daewoo Electronics America, Inc.; Hitachi Electronic Display (USA); Hitachi High-Technologies America, Inc. (f/k/a Nissei Sangyo America, Ltd.); Hitachi High-Technologies Corporation (f/k/a Nissei Sangyo Co., Ltd.); Irico Group New Energy Co., Ltd. (f/k/a Irico Group Electronics Co., Ltd.); LG Electronics Service Europe Netherlands B.V.; LG Electronics Wales Ltd.; LG Philips Displays; LG.Philips Displays Brasil Ltda.; LG.Philips Displays Holding B.V.; LG.Philips Displays International Ltd.; LG.Philips Displays Korea Co. Ltd.; LG.Philips Displays Mexico SA de CV; LG.Philips Displays USA Inc.; MELCO Display Devices Mexico, S.A. de C.V.; Mitsubishi Display Devices America, Inc.; Mitsubishi Electric Sales America, Inc.; Mitsubishi Electric US Holdings, Inc.; Mitsubishi Electronics America, Inc.; Mitsubishi Electronics Industries Canada, Inc.; MT Picture Display Corporation of America (New York); MT Picture Display Corporation of America (Ohio); NEC-Mitsubishi Electric Visual Systems Corporation; NEC-Mitsubishi Electronics Display of America, Inc.; NM Visual Systems de Mexico S. A. de C.V.; Orion Electric Components, Co., Ltd.; Orion Engineering & Service, Inc.; Orion Mexicana, SA de CV; P.T. Tosummit Electronic Devices Indonesia; Panasonic AVC Networks America; Panasonic Sikoku Electronics Corporation of America; PCB Integrated Manufacturing System, S.A. de C.V.; Philips Holding USA Inc.; PT.MT Picture Display Indonesia; Samsung Electronics Co., Ltd.; Samsung SDI (Hong Kong), Ltd.; Samsung SDI America, Inc.; Samsung SDI Co. Ltd. (Korea); Samsung SDI Germany GmbH; Samsung SDI Hungary Ltd.; Samtel Color, Ltd.; Tatung Company of America, Inc.; TCL International Holdings Ltd.; TCL Thomson Electronics Corporation; Technologies Displays Mexicana, S.A. de C.V. (f/k/a Thomson Displays Mexicana, S.A. de C.V.); Tianjin Samsung SDI Co. Ltd.; TTE Technology, Inc.; and Zenith Electronics Corporation (a/k/a Zenith Electronics LLC).

*What are my rights?*

If you wish to remain a member of the Litigated Class, you do not need to take any action at this time. If you do not want to be legally bound by future judgments with regard to the Litigated Class, you must exclude yourself in writing by February 24, 2023, or you will not be able to sue, or continue to sue, the remaining Defendants about the legal claims in this case.

This is a Summary Notice. For more details, call toll-free 1-877-224-3063, visit www.CRTDirectPurchaserAntitrustSettlement.com, or write to CRT Direct Class Action, P.O. Box 301130, Los Angeles, CA 90030-1130.

BUSINESS OPPORTUNITIES

**ATTN. MANUFACTURERS**
NEED SALES REPS?
OVER 14,000 EXP. REPS
COMMISSION ONLY
NORVELT ENT., LLC
800 511 0597
Manufacturerrep.biz

NOTICE OF SALE

NOTICE OF SECURED PARTY PUBLIC SALE OF INVENTORY AND EQUIPMENT

PLEASE TAKE NOTICE that, in accordance with the applicable provisions of the Uniform Commercial Code, HITACHI CONSTRUCTION MACHINERY CO. LTD., 16-1, HIGASHIUENO 2-CHOME, TAITO-KU, TOKYO, 110-0015, JAPAN ("Secured Party"), will sell certain inventory and equipment owned by ACME BUSINESS HOLDCO, LLC, 9175 E. Pima Center Parkway, Scottsdale, AZ 85258 and ACME LIFT COMPANY, L.L.C., 4751 E. Indigo St, Mesa, AZ 85205 (the "Collateral"), consisting of excavators, base machines, wheel loaders, telehandlers and crawler carriers and manufactured by Secured Party, JLG or John Deere Construction, to the highest qualified bidders at a public sale. The public sale will take place beginning at 2:00 p.m. Eastern Standard Time (New York) on January 19, 2023, both in person at and remotely from the offices of Paul Hastings LLP, 200 Park Avenue, 26 th Floor, New York, NY 10166, with access afforded in-person and remotely via Zoom or other web-based video conferencing and/or telephonic conferencing program selected by Secured Party. Remote log-in credentials will be provided to registered bidders at e-mail addresses provided by them. The Collateral will be sold to the highest qualified bidders; provided, however, that Secured Party reserves the right to cancel the sale in its entirety, or to adjourn the sale to a future date by announcement made at the time and place scheduled for the public sale. The Collateral will be offered for sale first as two (2) larger, bulk lots and then either as individual items or as a number of smaller lots, such individual items or smaller lots to be determined by the Secured Party and announced at the time of the public auction. Interested parties who intend to bid on the above Collateral must contact Takayuki Umabiki at t.umabiki.pf@hitachi-kenki.com or at 813-5826-8155 to receive the Terms of Sale, which include the bidding instructions. Interested parties who do not contact the Secured Party and qualify and register prior to the public sale will not be permitted to enter a bid or participate at the public sale either in person or remotely.

PAUL HASTINGS LLP
Attorneys for Secured Party
Attn: Harvey A. Strickon, Esq.
200 Park Avenue
New York, NY 10166
Tel: (212) 318-6380
Fax: (212) 230-7689
E-mail:
harveystrickon@paulhastings.com

COMMERCIAL REAL ESTATE

**NOTICE OF SECURED PARTY PUBLIC AUCTION OF COLLATERAL INCLUDING 100% OF THE MEMBERSHIP INTERESTS IN CLAVER NY LLC**

NOTICE IS HEREBY GIVEN that Jones Lang LaSalle, on behalf of BIG Real Estate Capital I, LLC, a Delaware limited liability company (the "Secured Party"), will offer for sale at public auction the following property:

all right, title and interest of Secured Party in the Collateral, as such term is defined in that certain Mezzanine Loan Agreement, dated as of November 1, 2018, by and between 35 Claver LLC, a Delaware limited liability company, as borrower ("the Debtor"), and the Secured Party, as lender, and that certain Pledge and Security Agreement, dated as of November 1, 2018, by and between the Debtor and the Secured Party, as such agreements may have been further amended or modified from time to time, including all of the Debtor's limited liability company membership interests in Claver NY LLC (the "Mortgage Borrower") (collectively, the "Collateral").

It is the understanding and belief of the Secured Party, but without any warranty or representation by the Secured Party as to accuracy or completeness, that the Collateral consists of, among other things, 100% of the membership interests of the Debtor in the Mortgage Borrower, the owner of the land and building known as 35 Claver Place, Brooklyn, New York.

The public auction will take place on **Friday, January 20, 2023 at 12:00 p.m. Eastern Prevailing Time in front of the Delaware Court of Chancery located at 500 North King Street, Wilmington, Delaware 19801**. The sale will be conducted virtually via online video conference; provided, however, that if, at the time of sale, applicable state and city laws and rules permit the sale to be conducted in-person, and if relevant building management rules permit the same, then Secured Party may conduct the sale both virtually and in-person in front of the Delaware Court of Chancery located at 500 North King Street, Wilmington, Delaware 19801. The URL address and password for the online video conference will be provided to all confirmed participants that have properly registered pursuant to the Terms of Sale.

All interested prospective purchasers are invited to become "qualified bidders." Only qualified bidders and their duly appointed agents and representatives may participate at the public auction. The terms of sale may be obtained by contacting Brett Rosenberg, JLL Capital Markets, T +1 212 812 5926, M +1 646 413 4861, e-mail Brett.Rosenberg@am.jll.com.

Dated: January 3, 2023, SILLS CUMMIS & GROSS, P.C., Attorneys for Secured Party, Attn: Robert Hempstead, Esq., 101 Park Avenue, 28th Floor, New York, NY 10178, Tel: (973) 643-5689, Fax: (973) 643-6500, E-mail: rhempstead@sillscummis.com

THE WALL STREET JOURNAL.
THE MARKETPLACE
ADVERTISE TODAY
(800) 366-3975
For more information visit:
wsj.com/classifieds
© 2023 Dow Jones & Company, Inc.
All Rights Reserved.

# EXHIBIT D

IN RE: CATHODE RAY TUBE ANTITRUST LITIGATION OPT OUTS

1) CART-100009352          AMSURG CORPORATION (HOS)

2) CART-100072550          DELL COMPUTER CORP

3) CART-100113770          TAMURA SUPERETTE

4) CART-100120636          JACK WADA ELECTRONICS

5) CART-100126898          EMC CORPORATION

6) CART-100160522          SMITHSONIAN INSTITUTION

7) CART-100190715          SMITHSONIAN INSTITUTION

# ALSTON & BIRD

One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
404-881-7000 | Fax: 404-881-7777

Matthew D. Kent        Direct Dial: **+1 404 881 7948**        Email: **matthew.kent@alston.com**

February 21, 2023

***VIA USPS CERTIFIED MAIL***

CRT Direct Class Action
P.O. Box 301130
Los Angeles, CA 90030-1130

           Re:      *In re Cathode Ray Tube (CRT) Antitrust Litigation*, MDL No. 1917,
                  Exclusion from Litigated Class

To Whom It May Concern:

     Dell Technologies Inc. ("Dell"), on behalf of itself and its subsidiaries (as set forth in Attachment A), hereby provides notice that it and its subsidiaries wish to be excluded from the ***Litigated Class*** in *In re Cathode Ray Tube (CRT) Antitrust Litigation*, MDL No. 1917. Dell may be contacted through Mary Pape, Esq., at One Dell Way, Round Rock, Texas 78682, telephone number (512) 723-0529, though Dell may also be contacted through counsel, directed to my attention at the above-listed information.

Sincerely,

Matthew D. Kent

MDK:mdk

Attachment

cc:   Rick Saveri, Esq. (via email)
      Geoff Rushing, Esq. (via email)

Alston & Bird LLP        www.alston.com

Atlanta | Beijing | Brussels | Charlotte | Dallas | Fort Worth | London | Los Angeles | New York | Raleigh | San Francisco | Silicon Valley | Washington, D.C.

**Attachment A – List of Dell Technologies Inc. Subsidiaries**

**Dell Technologies Inc. Subsidiary List**

**Company Name**

Bracknell Boulevard (Block C) LLC

Bracknell Boulevard (Block D) LLC

Bracknell Boulevard Management Company Limited

Branch of Dell (Free Zone Company L.L.C)

Branch office of foreign company Dell Emerging Markets (EMEA) Limited United Kingdom – Branch Office Skopje

Conchango Limited

DCC Executive Security Inc.

Dell (Chengdu) Company Limited

Dell (China) Company Limited

Dell (China) Company Limited - Beijing Branch

Dell (China) Company Limited - Beijing Information Technology Branch Office

Dell (China) Company Limited - Dalian Branch

Dell (China) Company Limited - Guangzhou Branch

Dell (China) Company Limited - Hangzhou Branch

Dell (China) Company Limited - Jinan Branch

Dell (China) Company Limited - Nanjing Branch

Dell (China) Company Limited - Shanghai Branch

Dell (China) Company Limited - Shen Zhen Liaison Office

Dell (China) Company Limited - Shenyang Branch

Dell (China) Company Limited - Shenzhen Branch

Dell (China) Company Limited - Wuhan Branch

Dell (China) Company Limited - Xian Branch

Dell (PS) Limited

Dell (Switzerland) GmbH

Dell (Xiamen) Company Limited

Dell (Xiamen) Company Limited - Dalian Branch

Dell A/S

Dell AB

Dell America Latina Corp.

Dell America Latina Corp., Sucursal Argentina

Dell AS

Dell Asia Holdings Pte. Ltd.

Dell Asia Pacific Sdn. Bhd.

Dell Asset Revolving Trust-B

Dell Asset Syndication L.L.C.

Dell Australia Pty Limited

Dell B.V.

Dell B.V., Taiwan Branch

Dell Bank International Designated Activity Company

Dell Bank International Designated Activity Company, Sucursal en España

Dell Canada Inc.

Dell Colombia Inc.

Dell Colombia Inc. - COLOMBIA BRANCH

Dell Computadores do Brasil - Fortaleza Branch

Dell Computadores do Brasil - Hortolandia/SP Branch (A)

Dell Computadores do Brasil - Hortolandia/SP Branch (B)

Dell Computadores do Brasil - Rio de Janeiro Branch

Dell Computadores do Brasil - Sao Paulo Branch (Barueri - Alameda Rio Negro)

Dell Computadores do Brasil - Sao Paulo Branch (Barueri - Tambore)

Dell Computadores do Brasil - Sao Paulo Branch (Cajamar)

Dell Computadores do Brasil - Sao Paulo Branch (Rua Verbo Divino)

Dell Computadores do Brasil Ltda.

Dell Computer (Pty) Limited

Dell Computer de Chile Ltda.

Dell Computer Holdings L.P.

Dell Computer SAU

Dell Computer UKEIG

DELL Computer, spol. s r.o.

Dell Conduit Funding-B L.L.C.

Dell Conduit Funding-C L.L.C.

Dell Corporation (Thailand) Co., Ltd.

Dell Corporation Limited

Dell Costa Rica SA

Dell Depositor L.L.C.

Dell DFS Corporation

Dell DFS Group Holdings L.L.C.

Dell DFS Holdings Kft

Dell DFS Holdings L.L.C.

Dell El Salvador, Limitada

Dell Emerging Markets (EMEA) Limited

Dell Emerging Markets (EMEA) Limited

Dell Emerging Markets (EMEA) Limited

3

Dell Emerging Markets (EMEA) Limited - Representative Office

Dell Emerging Markets (EMEA) Limited (Kazakhstan Representative Office)

Dell Emerging Markets (EMEA) Limited (Kenya Branch)

Dell Emerging Markets (EMEA) Limited (Trade Representative Office Bulgaria)

Dell Emerging Markets (EMEA) Limited (Uganda Representative Office)

Dell Emerging Markets (EMEA) Limited External Company (Ghana)

DELL EMERGING MARKETS (EMEA) LIMITED za usluge, Podružnica Zagreb

Dell Equipment Finance Trust 2018-2

Dell Equipment Finance Trust 2019-1

Dell Equipment Finance Trust 2019-2

Dell Equipment Finance Trust 2020-1

Dell Equipment Finance Trust 2020-2

Dell Equipment Finance Trust 2021-1

Dell Equipment Finance Trust 2021-2

Dell Equipment Finance Trust 2022-1

Dell Equipment Funding LP

Dell Equipment GP LLC

Dell Federal Systems Corporation

Dell Federal Systems GP L.L.C.

Dell Federal Systems L.P.

Dell Federal Systems LP L.L.C.

Dell Financial Services Canada Limited

Dell Financial Services Holding Pty Ltd

Dell Financial Services International Ireland Designated Activity Company

Dell Financial Services L.L.C.

Dell Financial Services Pte. Ltd.

Dell Financial Services Pty Ltd

Dell Financial Services Pty Ltd (Registered overseas ASIC company)

Dell FZ-LLC

Dell FZ-LLC - Abu Dhabi Branch

Dell FZ-LLC - BAHRAIN BRANCH

Dell FZ-LLC - Qatar Branch

Dell Gesellschaft m.b.H

Dell Global B.V.

Dell Global B.V. - Bangladesh Liaison Office

Dell Global B.V. - Pakistan Liaison Office

Dell Global B.V. - Philippines Representative Office

Dell Global B.V. - Sri Lanka Liaison / Representative Office

Dell Global B.V. (Singapore Branch)

Dell Global Business Center Sdn. Bhd.

Dell Global Holdings III B.V.

Dell Global Holdings XIV L.L.C.

Dell Global Holdings XV L.L.C.

Dell Global Holdings XVI L.L.C.

Dell GmbH

Dell GmbH - Munich Branch

Dell Guatemala, Ltda.

Dell Hong Kong Limited

Dell Hungary Technology Solutions Trade LLC

Dell III - Comercio de Computadores, Unipessoal Lda

Dell Inc.

Dell International Holdings II Limited

Dell International Holdings IX B.V.

Dell International Holdings Kft

Dell International Holdings Limited

Dell International Holdings VIII B.V.

Dell International Inc. (Korea)

Dell International Inc. (Korea) (the Non-Hong Kong company registered in Hong Kong, Company No.: F30190)

Dell International L.L.C.

Dell International Services India Private Limited

Dell International Services Philippines, Inc.

Dell Latinoamerica, S. de R.L.

Dell Leasing Mexico S. de RL de C.V.

Dell LLC

Dell Marketing Corporation

Dell Marketing GP L.L.C.

Dell Marketing L.P.

Dell Marketing LP L.L.C.

Dell Mexico S.A. de C.V.

Dell Morocco SAS

Dell New Zealand Limited

Dell NV

Dell Panama S de RL

Dell Peru S.A.C.

Dell Procurement (Xiamen) Company Limited

Dell Procurement (Xiamen) Company Limited - Shanghai Branch

Dell Procurement (Xiamen) Company Limited - Shenzhen Branch

Dell Procurement (Xiamen) Company Limited - Shenzhen Liaison Office

Dell Product and Process Innovation Services Corp.

Dell Products (Poland) Sp.z.o.o.

Dell Products Corporation

Dell Products GP L.L.C.

Dell Products L.P.

Dell Products LP L.L.C.

Dell Products Unlimited Company

Dell PS Limited

Dell Puerto Rico Corp.

Dell Revolver Company L.P.

Dell Revolver GP L.L.C.

Dell Revolving Transferor L.L.C.

Dell S.à r.l

Dell S.p.A.

Dell s.r.o.

Dell SA

Dell Sales Malaysia Sdn. Bhd.

Dell SAS

Dell SAS

Dell Services (China) Company Limited

Dell Services (China) Company Limited - Beijing Consulting Branch

Dell Services GmbH

Dell Singapore Pte. Ltd. (In Liquidation)

Dell Sp. z o.o.

Dell Systems (UK) Limited

Dell Systems Applications Solutions, Inc.

Dell Systems TSI (Hungary) Likviditásmenedzsment Korlátolt Felelısségő Társaság

Dell Taiwan B.V.

Dell Taiwan B.V., Taiwan Branch

Dell Technologies Capital, LLC

Dell Technologies Egypt Limited

Dell Technologies Inc.

Dell Technologies Japan Inc.

Dell Technologies Pakistan (Private) Limited

Dell Technologies Philippines Inc.

Dell Technology & Solutions Israel Ltd
Dell Technology & Solutions LLC
Dell Technology & Solutions Nigeria Limited
Dell Technology Products And Services Single Member S.A.
Dell Technology S.R.L.
Dell Teknoloji Limited Sirketi
Dell Teknoloji Limited Sirketi - Ankara Branch
Dell Trading (Kunshan) Company Limited
Dell USA Corporation
Dell USA GP L.L.C.
Dell USA L.P.
Dell USA LP LLC
Dell Vendor Finance Facility 2017 L.L.C.
Dell Vietnam Company Limited
Dell Vietnam Company Limited – Hanoi Branch
Dell World Trade Corporation
Dell World Trade GP L.L.C.
Dell World Trade L.P.
Dell World Trade LP L.L.C.
Denali Intermediate Inc.
DFS B.V.
ECM Software Group Limited
EMC (Benelux) B.V.
EMC Australia Pty Limited
EMC Computer Storage Systems (Sales & Services) Ltd.
EMC Computer Systems
EMC Computer Systems (China) Co., Ltd.
EMC Computer Systems (China) Co., Ltd. - Changsha Branch Office
EMC Computer Systems (China) Co., Ltd. - Chengdu Branch Office
EMC Computer Systems (China) Co., Ltd. - Chongqing Branch Office
EMC Computer Systems (China) Co., Ltd. - Guangzhou Branch Office
EMC Computer Systems (China) Co., Ltd. - Hefei Branch Office
EMC Computer Systems (China) Co., Ltd. - Kunming Branch Office
EMC Computer Systems (China) Co., Ltd. - Nanning Branch Office
EMC Computer Systems (China) Co., Ltd. - Qingdao Branch Office
EMC Computer Systems (China) Co., Ltd. - Shanghai Branch Office
EMC Computer Systems (China) Co., Ltd. - Shenzhen Branch Office
EMC Computer Systems (China) Co., Ltd. - Shenzhen Futian Branch Office
EMC Computer Systems (China) Co., Ltd. - Urumqi Branch Office

EMC Computer Systems (China) Co., Ltd. - Xian Branch Office

EMC Computer Systems (China) Co., Ltd. - Zhengzhou Branch Office

EMC Computer Systems (FE) Limited, Taiwan Branch

EMC Computer Systems (Malaysia) Sdn. Bhd.

EMC Computer Systems (S A) (Pty) Ltd

EMC Computer Systems (South Asia) Pte. Ltd.

EMC Computer Systems (U.K.) Limited

EMC Computer Systems Argentina S.A.

EMC Computer Systems Austria GmbH

EMC Computer Systems Austria GmbH ("Rep Office in Egypt")

EMC Computer Systems Austria GmbH - Abu Dhabi

EMC Computer Systems Austria GmbH ("Rep Office in Bahrain")

EMC Computer Systems Austria GmbH ("Rep Office in Jordan")

EMC Computer Systems Austria GmbH ("Saudi Arabia" branch)

EMC Computer Systems Austria GmbH atstovybé ("Representative Office in Lithuania")

EMC Computer Systems Austria GmbH Eesti filiaal

EMC Computer Systems Austria GmbH, organizacna zlozka

EMC Computer Systems Austria GmbH, podruznica Ljubljana

EMC Computer Systems Bilgisayar Sistemleri Ticaret A.S.

EMC Computer Systems Bilgisayar Sistemleri Ticaret A.S. (Ankara Branch)

EMC Computer Systems Mexico, S.A. de CV

EMC Computer Systems Philippines, Inc.

EMC Computer Systems Venezuela, S.A.

EMC Corporation

EMC Egypt Service Center Limited

EMC Equity Assets LLC

EMC Europe Limited

EMC Global Holdings Company

EMC Global Holdings Company (Foreign company registered in Australia)

EMC Group 2

EMC Information Systems (Thailand) Limited

EMC Information Systems CIS

EMC Information Systems Colombia Ltda.

EMC Information Systems International Unlimited Company

EMC Information Systems Kazakhstan LLP

EMC Information Systems Management Limited

EMC Information Systems Management Limited (the Non-Hong Kong company registered in Hong Kong, Company No.: F20969)

EMC Information Systems Management Limited Singapore Branch

EMC Information Systems Management Limited, German Branch

EMC Information Systems Nigeria Limited

EMC Information Technology Research & Development (Beijing) Co., Ltd.

EMC Information Technology Research & Development (Chengdu) Co., Ltd.

EMC Information Technology Research & Development (Shanghai) Co., Ltd.

EMC International Unlimited Company

EMC IP Holding Company LLC

EMC Ireland Holdings Unlimited Company

EMC Israel Advanced Information Technologies Ltd.

EMC Israel Development Center Ltd.

EMC IT Solutions India Private Limited

EMC Middle East

EMC Puerto Rico, Inc.

EMC Research and Development Centre

EMC Software and Services India Private Limited

EMC St. Petersburg Development Centre

EMC Technology India Private Limited

Flanders Road Holdings LLC

Liaison Office (Bureau d'Etudes) of EMC Computer Systems Austria GmbH

LLC "EMC Information Systems Ukraine"

LLC Dell Ukraine

More I.T. Resources Ltd.

NBT Investment Partners LLC

Newfound Investment Partners LLC

Oy Dell Ab

PT Dell Indonesia

Redstone Holdings LLC

Representative Office of "Dell Emerging Markets (EMEA) Limited" in the Republic of Azerbaijan

Representative Office of EMC Computer Systems Austria GmbH Belgrade

ScaleIO LLC

ScaleIO, Ltd.

SecureWorks Australia Pty. Ltd.

SecureWorks Corp.

SecureWorks Europe Limited

SecureWorks Europe S.R.L.

SecureWorks India Private Limited

SecureWorks Japan K.K.

SecureWorks SAS

Secureworks Software Canada ULC

SecureWorks, Inc.

Sichuan An Cheng Security Technology Company

The Representative Office of Dell Global B.V. in Hanoi City

The Representative Office of Dell Global B.V. in Ho Chi Minh City

The Representative Office of EMC Computer Systems (South Asia) Pte. Ltd. in Hanoi City

The Representative Office of EMC Computer Systems (South Asia) Pte. Ltd. in Ho Chi Minh City

VCE Solutions Limited

VCE Technologies Pty Ltd

VCE Technology Solutions Limited

Virtustream Bulgaria EOOD

Virtustream Canada Holdings, Inc.

Virtustream Cayman Holdings Limited

Virtustream Cloud Services Australia Pty Limited

Virtustream Cloud Services Ireland Unlimited Company

Virtustream Cloud Services Japan K.K. (JAPAN)

Virtustream Germany GmbH

Virtustream Group Holdings LLC

Virtustream IP Holding Company LLC

Virtustream Ireland Limited

Virtustream Limited

Virtustream LLC

Virtustream LT UAB

Virtustream Security Solutions Private Limited

Virtustream Security Solutions, LLC

Virtustream Switzerland Sàrl

Virtustream UK Limited

Wyse Technology International B.V.

XtremIO Ltd.



7015 1730 0002 4105 5113

Hasler
02/21/2023
USPOSTAGE $009.24
FIRST-CLASS MAIL
ZIP 30309
01*D12604148



# FIRST CLASS MAIL

**ALSTON&BIRD LLP**
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424

**CERTIFIED MAIL - RRR**

CRT Direct Class Action
P.O. Box 301130
Los Angeles, CA 90030-1130

RECEIVED

FEB 2 7 2023







