Nathan P. Eimer (*pro hac vice*)
neimer@eimerstahl.com
Vanessa G. Jacobsen (*pro hac vice*)
vjacobsen@eimerstahl.com
Brian Y. Chang (CA Bar No. 287757)
bchang@eimerstahl.com
EIMER STAHL LLP
224 South Michigan Avenue
Suite 1100
Chicago, IL 60604
Phone: (312) 660-7600
Fax: (312) 692-1718

*Attorneys for LG Electronics, Inc.,
LG Electronics USA, Inc., and
LG Electronics Taiwan Taipei Co., Ltd.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No.: 4:08-cv-01559 |
| | Master File No. 4:07-cv-05944-JST |
| This document relates to: | MDL No. 1917 |
| ANTHONY GIANASCA AND BARBARA CALDWELL *on behalf of themselves and all others similarly situated,* | **[PROPOSED]** ORDER CLARIFYING ORDER [6163] |
| Plaintiffs, | Judge: Hon. Jon S. Tigar |
| v. | Courtroom: Courtroom 6, 2nd Floor |
| LG ELECTRONICS, INC., et al., | |
| Defendants. | |

**Order**

Pursuant to LG Electronics, Inc., LG Electronics USA, Inc., and LG Electronics Taiwan Taipei Co., Ltd. (collectively "LGE")'s Corrected Administrative Motion to Clarify Order [6163], ECF No. 6167, this Court clarifies its February 23, 2023, Order, ECF No. 6163.

The Stipulation with [Proposed] Order as to Withdrawal of Motion to Amend and All Related Motions and to Dismissal with Prejudice and Without Costs, ECF No. 6162, did not apply to LGE's Motion for Sanctions, ECF No. 6126. The Court's Order granting the stipulation, ECF No. 6163, does not resolve the Motion for Sanctions.

Dated: March 10, 2023

Hon. Jon S. Tigar
United States District Judge