MARIO N. ALIOTO (56433)
LAUREN C. CAPURRO (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2001 Union Street, Suite 482
San Francisco, CA  94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: malioto@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| In re:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION <br><br> This Document Relates to: <br><br> *Luscher, et al. v. Mitsubishi Electric Corp.*, 17-cv-04067-JST | Master File No. 4:07-cv-05944-JST <br><br> Case No. 17-cv-04067-JST <br><br> **ADMINISTRATIVE MOTION PURSUANT TO L.R. 7-11 FOR LEAVE FOR EXCESS PAGES** <br><br> Judge: Hon. Jon S. Tigar |

**ADMINISTRATIVE MOTION PURSUANT TO L.R. 7-11 FOR EXCESS PAGES**

Pursuant to N.D. Cal. L.R. 7-11, the Indirect Purchaser Plaintiffs ("IPPs") move the Court for leave to file a Memorandum of Points and Authorities In Support of their Second Motion For An Award Of Attorneys' Fees, Reimbursement of Expenses, And Incentive Awards For Class Representatives ("Fee Motion") of thirty-four (34) pages. Mitsubishi Electric does not oppose this motion.

IPPs' administrative motion should be granted. This litigation has been pending for more than fifteen years. In order to satisfy the standards for an award of attorneys' fees under Fed. R. Civ. P. 23(e), and provide the information required by that Rule, the relevant case law, and the Northern District of California's Procedural Guidance, IPPs need an additional nine pages to fully describe the long and complex history of this litigation and all of the work performed by IPP Counsel, including the motions to dismiss, discovery, class certification, expert work, motions for summary judgment, trial preparations, the settlement terms and negotiations with Mitsubishi Electric Corporation, and the connection between the Mitsubishi Electric Settlement and the Prior Settlements. The memorandum also provides an accounting of the expenses incurred over the 15-year history of the litigation, and describes the services performed by the Class Representatives.

Accordingly, IPPs respectfully request that the Court grant this Administrative Motion and allow IPPs to file a memorandum of thirty-four (34) pages in support of their Fee Motion.

Dated:  March 10, 2023                                  Respectfully submitted,

                                                         /s/ Mario N. Alioto
                                                        Mario N. Alioto (56433)
                                                        malioto@tatp.com
                                                        Lauren C. Capurro (241151)
                                                        laurenrussell@tatp.com
                                                        TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
                                                        2001 Union Street, Suite 482
                                                        San Francisco, CA 94123
                                                        Telephone: 415-563-7200
                                                        Facsimile: 415-346-0679

                                                        *Lead Counsel for Indirect Purchaser Plaintiffs*