MARIO N. ALIOTO (56433)
LAUREN C. CAPURRO (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2001 Union Street, Suite 482
San Francisco, CA  94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: malioto@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| In re:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 4:07-cv-05944-JST |
| | Case No. 17-cv-04067-JST |
| This Document Relates to: *Luscher, et al. v. Mitsubishi Electric Corp.,* 17-cv-04067-JST | **DECLARATION OF LAUREN C. CAPURRO IN SUPPORT PLAINTIFFS' ADMINISTRATIVE MOTION PURSUANT TO L.R. 7-11 FOR LEAVE FOR EXCESS PAGES** |
| | Judge: Hon. Jon S. Tigar |

I, Lauren C. Capurro, declare as follows:

1. I am an attorney duly licensed by the State of California and am admitted to practice before this Court. I am a partner with the law firm Trump, Alioto, Trump & Prescott, LLP and my firm serves as Lead Counsel for the Indirect Purchaser Plaintiffs ("IPPs") in the above-captioned action. I submit this declaration in support of IPPs' Administrative Motion Pursuant to L.R. 7-11 For Leave For Excess Pages ("Administrative Motion"). I have personal knowledge of the facts stated herein, and I could and would competently testify thereto if called as a witness.

2. IPPs are moving for an award of attorneys' fees, reimbursement of expenses, and incentive awards for Class Representatives in connection with their settlement with defendant Mitsubishi Electric Corporation ("Mitsubishi Electric"). IPPs have been litigating this case for over fifteen years.

3. In order to satisfy the standards for an award of attorneys' fees under Fed. R. Civ. P. 23(e), and provide the information required by that Rule, the relevant case law, and the Northern District of California's Procedural Guidance, IPPs need an additional nine pages to fully describe the long and complex history of this litigation and all of the work performed by IPP Counsel, including the motions to dismiss, discovery, class certification, expert work, motions for summary judgment, trial preparations, the settlement terms and negotiations with Mitsubishi Electric Corporation, and the connection between the Mitsubishi Electric Settlement and the Prior Settlements. The memorandum also provides an accounting of the expenses incurred over the 15-year history of the litigation, and describes the services performed by the Class Representatives.

4. Counsel for Mitsubishi Electric has informed me that Mitsubishi Electric does not oppose this motion.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 11, 2023, in Novato, California.

                                                  /s/ Lauren C. Capurro
                                                  Lauren C. Capurro