MARIO N. ALIOTO (56433)
LAUREN C. CAPURRO (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2001 Union Street, Suite 482
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: malioto@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*Luscher, et al. v. Mitsubishi Electric Corp.,* 17-cv-04067-JST | Master File No. 4:07-cv-05944-JST<br><br>MDL No. 1917<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION PURSUANT TO L.R. 7-11 FOR LEAVE FOR EXCESS PAGES**<br><br>Judge: Hon. Jon S. Tigar |

**[PROPOSED] ORDER**

Upon consideration of the Indirect Purchaser Plaintiffs' ("IPPs") Administrative Motion Pursuant to L.R. 7-11 for Leave for Excess Pages ("Administrative Motion"), it is hereby ORDERED that the Administrative Motion is GRANTED.

It is further ORDERED that IPPs may file a brief not to exceed thirty-eight (34) pages in support of the IPPs' Second Motion For An Award Of Attorneys' Fees, Reimbursement of Expenses, And Incentive Awards For Class Representatives.

IT IS SO ORDERED

Dated: _____, 2023

_____
The Honorable Jon S. Tigar
Northern District of California