MARIO N. ALIOTO (56433)
LAUREN C. CAPURRO (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2001 Union Street, Suite 482
San Francisco, CA  94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: malioto@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| In re:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 4:07-cv-05944-JST |
| | MDL No. 1917 |
| This Document Relates to: | [PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION PURSUANT TO L.R. 7-11 FOR LEAVE FOR EXCESS PAGES |
| *Luscher, et al. v. Mitsubishi Electric Corp.,* 17-cv-04067-JST | |
| | Judge: Hon. Jon S. Tigar |

# [PROPOSED] ORDER

Upon consideration of the Indirect Purchaser Plaintiffs' ("IPPs") Administrative Motion Pursuant to L.R. 7-11 for Leave for Excess Pages ("Administrative Motion"), it is hereby ORDERED that the Administrative Motion is GRANTED.

It is further ORDERED that IPPs may file a brief not to exceed thirty-eight (34) pages in support of the IPPs' Second Motion For An Award Of Attorneys' Fees, Reimbursement of Expenses, And Incentive Awards For Class Representatives.

IT IS SO ORDERED

Dated: ____March 17____, 2023

_____
The Honorable Jon S. Tigar
Northern District of California