R. Alexander Saveri (173102)
  *rick@saveri.com*
Geoffrey C. Rushing (126910)
  *grushing@saveri.com*
Matthew D. Heaphy (227224)
  *mheaphy@saveri.com*
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Lead Counsel for Direct Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-CV-5944-JST |
| | MDL No. 1917 |
| This Document Relates to: | **SUPPLEMENTAL DECLARATION OF DEREK SMITH RE: NOTICE OF DIRECT PURCHASER CLASS CERTIFICATION** |
| *ALL DIRECT PURCHASER ACTIONS* | |

I, Derek Smith, declare as follows:

1. I am employed by KCC Class Action Services, LLC, the successor company of Gilardi & Co. LLC (collectively "KCC"), located at 1 McInnis Parkway, Suite 250, San Rafael, California. KCC was hired by Class Counsel as the Settlement Administrator in this matter. I am over 21 years of age and am not a party to this action. Except as otherwise stated, I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. I make this declaration to supplement my March 10, 2023 Declaration of Derek Smith re Notice of Direct Purchaser Class Certification (ECF No. 6175).

**Requests for Exclusion**

3. The postmark deadline for Class Members to request exclusion from the Litigated Class was February 24, 2023. To date, KCC has received a total of 9 requests for exclusion from the Litigated Class, including one request that listed numerous subsidiaries. Since my March 10, 2023 Declaration reporting 7 requests for exclusion, a late request associated with two separate records listed in the Litigated Class was received. Attached hereto as Exhibit A is an updated list of all requests for exclusion. Attached hereto as Exhibit B is the request for exclusion postmarked March 7, 2023, and received after my March 10, 2023 Declaration was filed.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 17th day of March 2023.

_____
DEREK SMITH

# EXHIBIT A

IN RE: CATHODE RAY TUBE ANTITRUST LITIGATION OPT OUTS

1) CART-100009352	AMSURG CORPORATION (HOS)
2) CART-100072550	DELL COMPUTER CORP
3) CART-100113770	TAMURA SUPERETTE
4) CART-100120636	JACK WADA ELECTRONICS
5) CART-100126898	EMC CORPORATION
6) CART-100160522	SMITHSONIAN INSTITUTION
7) CART-100190715	SMITHSONIAN INSTITUTION
8) CART-100101666	AUTO NICA S A
9) CART-100101674	AUTO NICA S A

# EXHIBIT B

February 16, 2023

Distinguised
United States District Court
For the Northern District
Of California

Honorable Court:

My name is, Carlos Humberto Sandino Cuadra, acting like General Manager and Legal Representative of company AUTO NICA S.A. with adress Managua, Nicaragua, km 3.5 carretera norte, contiguo donde fue la ferretera, telephone number: +505 2266-6555.
In advanced to your notice on Januare 10, 2023, we want to stating that we want to be excluded from In re Cathode Ray Tube (CRT) Antitrust Ligitation, MDL No. 1917, Litigated Class.

Sincerelly,

Carlos H. Sandino Cuadra
Legal Representative


c.c. archivo


# AUTO NICA, S.A.



VEHICULOS * REPUESTOS * SERVICIOS
59 AÑOS DE EXPERIENCIA A SUS ÓRDENES

Telf: 22-666-555 Fax: 22-660-552
Email: info@autonica.com
Apdo. Postal 1595
Kilómetro 3 ½ Ctra., Sur Managua

**AUTO NICA, S.A.**
**CENTRO TOYOTA**

Km. 3 1/2 Carretera Sur • Tels.: 22-666-555 / 22-666-455
Fax: 22-660-552 • Aptdo. Postal 1595
www.autonica.com • e-mail: info@autonica.com
Managua, Nicaragua

MIAMI FL 330

7 MAR 2023 PM 4 L



$0.60
US POSTAGE
FIRST-CLASS
062S0014950475
33166

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**CRT Direct Class Action**
**P.O. Box 301130**
**Los Angeles, CA. 90030-1130**

RECEIVED
MAR 1 3 2023
KURTZMAN CARSON CONSULTANTS

90030-113030




Segundad y Facilidad

