**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS | Master File No. 4:07-cv-05944-JST<br><br>MDL No. 1917<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS IRICO GROUP CORP. AND IRICO DISPLAY DEVICES CO., LTD.'S MOTION TO PARTIALLY EXCLUDE THE PROPOSED EXPERT TESTIMONY OF DR. JANET NETZ** |

**[PROPOSED] ORDER**

Upon consideration of Defendants Irico Group Corp. and Irico Display Devices Co. Ltd.'s ("Irico Defendants'") Motion to Partially Exclude the Proposed Expert Testimony of Dr. Janet Netz (ECF No. 6149), all papers filed in support of and in opposition to said motion, and arguments made by counsel, if any, IT IS HEREBY ORDERED:

Irico Defendants' Motion to Partially Exclude the Proposed Expert Testimony of Dr. Janet Netz is **DENIED.**

Dated: _____, 2023

                                                The Honorable Jon S. Tigar
                                                United States District Judge