BAKER BOTTS L.L.P.
John M. Taladay (*pro hac vice*)
Evan J. Werbel (*pro hac vice*)
Thomas E. Carter (*pro hac vice*)
Andrew L. Lucarelli (*pro hac vice*)
700 K Street, N.W.
Washington, D.C. 20001
(202)-639-7700
(202)-639-7890 (fax)
Email: john.taladay@bakerbotts.com
       evan.werbel@bakerbotts.com
       tom.carter@bakerbotts.com
       drew.lucarelli@bakerbotts.com

*Attorneys for Defendants
Irico GROUP CORP. and
Irico DISPLAY DEVICES CO., LTD.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | Case No. 4:07-cv-05944-JST<br><br>MDL No.: 1917 |
| THIS DOCUMENT RELATES TO:<br><br>*ALL INDIRECT PURCHASER ACTIONS* | **DECLARATION OF THOMAS CARTER IN SUPPORT OF DEFENDANTS IRICO GROUP CORP. AND IRICO DISPLAY DEVICES CO., LTD.'S REPLY ON MOTION TO PARTIALLY EXCLUDE THE PROPOSED EXPERT TESTIMONY OF DR. JANET NETZ**<br><br>Date:  May 4, 2023<br>Time:  2:00 pm<br>Judge: Hon. Jon S. Tigar<br>Courtroom: 6, 2nd Floor |

I, Thomas Carter, declare as follows:

1. I am an attorney admitted to practice law in Washington, D.C. and am employed by the law firm of Baker Botts L.L.P., which represents Defendants Irico Group Corporation ("Irico Group") and Irico Display Devices Co., Ltd. ("Irico Display") (collectively, "Irico" or the "Irico Defendants").  I make this Declaration based on my personal knowledge and in support of the Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.'s Reply in Support of Irico Defendants' Motion to Partially Exclude the Proposed Testimony of Dr. Janet Netz.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts of a transcript of the deposition of Li Miao, dated March 8-9, 2023.

3. Attached hereto as Exhibit 2 is a true and correct copy of a certified translation of excerpts of Irico Display's 1999 Annual Report, Bates labeled IRI-CRT-0003198E.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 5th day of April, 2023, in West Bloomfield, Michigan.

*/s/ Thomas Carter*
Thomas Carter
tom.carter@bakerbotts.com
BAKER BOTTS LLP
700 K St. NW
Washington, D.C. 20001
Telephone: (202) 693-7702
Mobile: (202) 412-4352

*Attorneys for Defendants*
*IRICO GROUP CORP. and*
*IRICO DISPLAY DEVICES CO., LTD.*