# Exhibit 1

```
 1                 UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3                      OAKLAND DIVISION
 4
 5    IN RE: CATHODE RAY TUBE (CRT)  ) MASTER FILE NO.
      ANTITRUST LITIGATION           ) CV-07-5944 JST
 6    _____)
                                     )
 7    THIS DOCUMENT RELATES TO:      )
                                     )
 8    ALL INDIRECT PURCHASER ACTIONS )
      ALL DIRECT PURCHASER ACTIONS   )
 9                                   )
                  DEFENDANTS.        )
10    _____)
11
12
13
14
15             VIDEOTAPED DEPOSITION OF LI MIAO
16                          VOLUME II
17                 WEDNESDAY, MARCH 8, 2023
18                         HONG KONG
19
20
21
22
23
      FILE NO.  SF 5759553
24
      REPORTED BY  MARK McCLURE, CRR
25               CAL CSR 12203
```

Page 124

```
 1   VIDEOTAPED DEPOSITION OF LI MIAO, VOLUME II, TAKEN AT
 2   7:58 A.M., WEDNESDAY, MARCH 8, 2023, HONG KONG, VIA
 3   VERITEXT REMOTE TECHNOLOGY, BEFORE MARK McCLURE, C.S.R.
 4   #12203, CERTIFIED SHORTHAND REPORTER IN AND FOR THE
 5   STATE OF CALIFORNIA.
 6
 7   APPEARANCES OF COUNSEL:
 8   FOR THE PLAINTIFF, ALL INDIRECT PURCHASER:
 9            (APPEARING BY VIDEOCONFERENCE)
              TRUMP, ALIOTO, TRUMP & PRESCOTT
10            BY:  LAUREN CAPURRO, ESQ.
              120 HOLSTROM CIRCLE
11            NOVATO, CALIFORNIA 94947-2072
              415.860.5051
12            LAURENRUSSELL@TATP.COM
13            (APPEARING BY VIDEOCONFERENCE)
              BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER
14            BY:  DANIEL BIRKHAEUSER, ESQ.
              2125 OAK GROVE ROAD, SUITE 125
15            WALNUT CREEK, CALIFORNIA 94598-2534
              925.945.0200
16            DBIRKHAEUSER@BRAMSONPLUTZIK.COM
17   FOR THE PLAINTIFF ALL DIRECT PURCHASER:
18            (APPEARING BY VIDEOCONFERENCE)
              SAVERI & SAVERI
19            BY:  DAVID HWU, ESQ.
              706 SANSOME STREET
20            SAN FRANCISCO, CALIFORNIA 94111
              415.217.6810
21            DHWU@SAVERI.COM
22            (APPEARING BY VIDEOCONFERENCE)
              SAVERI & SAVERI
23            BY:  MATTHEW HEAPHY, ESQ.
              706 SANSOME STREET
24            SAN FRANCISCO, CALIFORNIA 94111
              415.217.6810
25            MHEAPHY@SAVERI.COM
```

Page 128

```
 1   APPEARANCES OF COUNSEL:  CONTINUING
 2              (APPEARING BY VIDEOCONFERENCE)
                SAVERI & SAVERI
 3              BY:  GEOFFREY C. RUSHING, ESQ.
                706 SANSOME STREET
 4              SAN FRANCISCO, CALIFORNIA 94111
                415.217.6810
 5              GRUSHING@SAVERI.COM
 6
     FOR THE DEFENDANT, IRICO, AND THE WITNESS, LI MIAO :
 7
                (APPEARING BY VIDEOCONFERENCE)
 8              BAKER BOTTS, LLP
                BY:  EVAN WERBEL, ESQ.
 9              700 K STREET NW
                WASHINGTON, DC 20001
10              202.639.1323
                EVAN.WERBEL@BAKERBOTTS.COM
11
                (APPEARING BY VIDEOCONFERENCE)
12              BAKER BOTTS, LLP
                BY:  THOMAS E. CARTER, ESQ.
13              700 K STREET NW
                WASHINGTON, DC 20001
14              202.639.1323
                THOMAS.CARTER@BAKERBOTTS.COM
15
                (APPEARING BY VIDEOCONFERENCE)
16              NORTON ROSE FULBRIGHT US, LLP
                BY:  KAYLEE YANG, ESQ.
17              555 CALIFORNIA STREET, SUITE 3300
                SAN FRANCISCO, CALIFORNIA 94104
18              628.231.6827
                KAYLEE.YANG@NORTONROSEFULBRIGHT.COM
19
20
     ALSO PRESENT:
21
                WENKAI ZHANG, IN-HOUSE COUNSEL, IRICO GROUP
22
                AMANDA LIN, CHINESE INTERPRETER
23
                RAMON PERAZA, VIDEOGRAPHER
24
25
```

```
 1                        I N D E X
 2   WITNESS            EXAMINATION                    PAGE
 3   MIAO LI
 4                      BY MR. RUSHING                  132
 5
 6
 7                      E X H I B I T S
 8   NUMBER                DESCRIPTION                  PAGE
 9   EXHIBIT 8639   IRICO VISIT DETAILS -               133
                    SDCRT_0091465 - SDCRT_0091467 -
10                  7 PAGES
11   EXHIBIT 8640   IRICO DEFENDANTS' OBJECTIONS AND    167
                    RESPONSES TO INDIRECT PURCHASER
12                  PLAINTIFFS' FIRST SET OF
                    REQUESTS FOR ADMISSION TO
13                  DEFENDANTS IRICO GROUP
                    CORPORATION AND IRICO DISPLAY
14                  DEVICES CO., LTD - 30 PAGES
15   EXHIBIT 8641   EMAIL FROM JILL-YY@163.COM TO       190
                    YANG SHENG JEN - RE: MEETING
16                  MINUTES OF 2006 COLOR TUBE
                    INDUSTRY PRESIDENTS' MEETING -
17                  CHU00102751 - CHU00102762 - 33
                    PAGES
18
     EXHIBIT 8642   EMAIL FROM JILL-YY@163.COM TO       209
19                  YANG SHENG JEN, OTHERS - RE:
                    MEETING MINUTES - CHU00447509 -
20                  CHU00447512 - 9 PAGES
21   EXHIBIT 8643   REPORT OF A MEETING OF THE          216
                    MARKETING PERSONNEL OF NINE
22                  MAJOR COLOR TUBE MAKERS'
                    MARKETING PERSONNEL -
23                  CHU00032940 - CHU00032947 - 24
                    PAGES
24
25
```

| | | |
|---|---|---|
| 1 | would be displayed.  It would be shown. | 18:59:58 |
| 2 | Q.   The 14-inch CPT that was manufactured at this | 19:00:01 |
| 3 | time, June of 2005, was that round or flat?  How would | 19:00:06 |
| 4 | you describe that CPT? | 19:00:15 |
| 5 | MR. CARTER:  Object to form. | 19:00:19 |
| 6 | THE WITNESS:  The 14-inch has always been FS. | 19:00:35 |
| 7 | BY MR. RUSHING: | 19:00:35 |
| 8 | Q.   FS?  Is that what you said? | 19:00:41 |
| 9 | A.   Yes, it's always been FS for the 14-inch. | 19:00:48 |
| 10 | Q.   And what does "FS" mean? | 19:00:53 |
| 11 | A.   FS refers to -- I'm not sure if you used to | 19:00:56 |
| 12 | have a CRT TV set at home.  On the surface, it still has | 19:01:19 |
| 13 | some curvage. | 19:01:26 |
| 14 | Q.   And then "PF" stands for pure flat, is that | 19:01:36 |
| 15 | correct? | 19:01:44 |
| 16 | A.   Correct. | 19:01:44 |
| 17 | Q.   And am I correct to understand that PF CPTs | 19:01:51 |
| 18 | have no curvature? | 19:01:59 |
| 19 | A.   For common users, consumers, the surface that | 19:02:01 |
| 20 | you can see, that's visible to you at home, does not | 19:02:23 |
| 21 | have curvature. | 19:02:27 |
| 22 | Q.   And am I correct to understand that the | 19:02:42 |
| 23 | smallest CPT, the 14-inch CPT, would have the lowest | 19:02:45 |
| 24 | cost to manufacture of all of the CPTs manufactured by | 19:03:00 |
| 25 | Irico? | 19:03:11 |

| | | |
|---|---|---|
| 1 | A.   Your understanding is correct, if we | 19:03:12 |
| 2 | understand it or look at it from the absolute value | 19:03:40 |
| 3 | perspective. | 19:03:45 |
| 4 | Q.   And what perspective would it be potentially | 19:03:50 |
| 5 | incorrect? | 19:03:56 |
| 6 | A.   Let me think how I can explain this to you. | 19:03:56 |
| 7 | There's a cost-performance ratio. | 19:04:18 |
| 8 | For example, if I buy a foot of fabric versus | 19:05:10 |
| 9 | buying a meter of fabric, the price for a foot of fabric | 19:05:16 |
| 10 | might be lower than the price of a meter of the fabric. | 19:05:21 |
| 11 | So the average value, the average price for the foot of | 19:05:26 |
| 12 | fabric might be lower. | 19:05:33 |
| 13 | So if we are talking about this from the | 19:05:35 |
| 14 | perspective of a unit, your understanding might not be | 19:05:38 |
| 15 | wrong, but it also may not be correct. | 19:05:45 |
| 16 | Q.   Okay, thank you. | 19:05:50 |
| 17 | But the total cost to manufacture a 14-inch | 19:05:58 |
| 18 | tube, on average, would be lower than the total cost to | 19:06:01 |
| 19 | manufacture a larger tube? | 19:06:07 |
| 20 | A.   I said earlier that, in general, you can | 19:06:24 |
| 21 | understand it that way. | 19:06:35 |
| 22 | Q.   Okay. And in general, is the cost to | 19:06:36 |
| 23 | manufacture a pure flat screen greater than the cost to | 19:06:42 |
| 24 | manufacture a standard flat screen of the same size? | 19:06:54 |
| 25 | A.   In general, you can say it that way. | 19:06:59 |

Page 177

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                    OAKLAND DIVISION
 4
 5   IN RE: CATHODE RAY TUBE (CRT)  ) MASTER FILE NO.
     ANTITRUST LITIGATION           ) CV-07-5944 JST
 6   _____ )
                                    )
 7   THIS DOCUMENT RELATES TO:      )
                                    )
 8   ALL INDIRECT PURCHASER ACTIONS )
     ALL DIRECT PURCHASER ACTIONS   )
 9                                  )
                DEFENDANTS.         )
10   _____ )
11
12
13
14
15           VIDEOTAPED DEPOSITION OF LI MIAO
16                      VOLUME III
17               THURSDAY, MARCH 9, 2023
18                      HONG KONG
19
20
21
22
23
     FILE NO.  SF 5759557
24
     REPORTED BY  MARK McCLURE, CRR
25             CAL CSR 12203

                                              Page 234
```

```
 1   VIDEOTAPED DEPOSITION OF LI MIAO, VOLUME III, TAKEN AT
 2   7:56 A.M., THURSDAY, MARCH 9, 2023, HONG KONG, VIA
 3   VERITEXT REMOTE TECHNOLOGY, BEFORE MARK McCLURE, C.S.R.
 4   #12203, CERTIFIED SHORTHAND REPORTER IN AND FOR THE
 5   STATE OF CALIFORNIA.
 6
 7   APPEARANCES OF COUNSEL:
 8   FOR THE PLAINTIFF, ALL INDIRECT PURCHASER:
 9              (APPEARING BY VIDEOCONFERENCE)
                TRUMP, ALIOTO, TRUMP & PRESCOTT
10              BY:  LAUREN CAPURRO, ESQ.
                120 HOLSTROM CIRCLE
11              NOVATO, CALIFORNIA 94947-2072
                415.860.5051
12              LAURENRUSSELL@TATP.COM
13              (APPEARING BY VIDEOCONFERENCE)
                BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER
14              BY:  DANIEL BIRKHAEUSER, ESQ.
                2125 OAK GROVE ROAD, SUITE 125
15              WALNUT CREEK, CALIFORNIA 94598-2534
                925.945.0200
16              DBIRKHAEUSER@BRAMSONPLUTZIK.COM
17              (APPEARING BY VIDEOCONFERENCE)
                SAVERI & SAVERI
18              BY:  DAVID HWU, ESQ.
                706 SANSOME STREET
19              SAN FRANCISCO, CALIFORNIA 94111
                415.217.6810
20              DHWU@SAVERI.COM
21              (APPEARING BY VIDEOCONFERENCE)
                SAVERI & SAVERI
22              BY:  MATTHEW HEAPHY, ESQ.
                706 SANSOME STREET
23              SAN FRANCISCO, CALIFORNIA 94111
                415.217.6810
24              MHEAPHY@SAVERI.COM
25
```

Page 235

```
 1   APPEARANCES OF COUNSEL:  CONTINUING
 2            (APPEARING BY VIDEOCONFERENCE)
              SAVERI & SAVERI
 3            BY:  GEOFFREY C. RUSHING, ESQ.
              706 SANSOME STREET
 4            SAN FRANCISCO, CALIFORNIA 94111
              415.217.6810
 5            GRUSHING@SAVERI.COM
 6
     FOR THE DEFENDANT, IRICO, AND THE WITNESS, LI MIAO:
 7
              (APPEARING BY VIDEOCONFERENCE)
 8            BAKER BOTTS, LLP
              BY:  EVAN WERBEL, ESQ.
 9            700 K STREET NW
              WASHINGTON, DC 20001
10            202.639.1323
              EVAN.WERBEL@BAKERBOTTS.COM
11
12   FOR THE DEFENDANT, IRICO, AND THE WITNESS, LI MIAO:
13            (APPEARING BY VIDEOCONFERENCE)
              BAKER BOTTS, LLP
14            BY:  THOMAS E. CARTER, ESQ.
              700 K STREET NW
15            WASHINGTON, DC 20001
              202.639.1323
16            THOMAS.CARTER@BAKERBOTTS.COM
17            (APPEARING BY VIDEOCONFERENCE)
              NORTON ROSE FULBRIGHT US, LLP
18            BY:  KAYLEE YANG, ESQ.
              555 CALIFORNIA STREET, SUITE 3300
19            SAN FRANCISCO, CALIFORNIA 94104
              628.231.6827
20            KAYLEE.YANG@NORTONROSEFULBRIGHT.COM
21
22   ALSO PRESENT:
23            WENKAI ZHANG, IN-HOUSE COUNSEL, IRICO GROUP
24            AMANDA LIN, CHINESE INTERPRETER
25            RAMON PERAZA, VIDEOGRAPHER
```

Page 236

```
 1                          I N D E X
 2    WITNESS                 EXAMINATION                    PAGE
 3    LI MAIO
 4                              BY MR. BIRKHAEUSER            239
 5                              BY MR. WERBEL                 282
 6
 7
 8                          E X H I B I T S
 9    NUMBER                    DESCRIPTION                  PAGE
10    EXHIBIT 8644   INDUSTRY MEETING MINUTES -               272
                     BMCC-CRT000105586 -
11                   BMCC-CRT000105590 - 11 PAGES
12    EXHIBIT 8645   ARTICLE - CRT INDUSTRY STOPS             277
                     PRODUCTION TO SAVE ITSELF - 5
13                   PAGES
14    EXHIBIT 8646   RESOLUTION OF THE ADMINISTRATIVE         298
                     OFFICE MEETING OF IRICO COLOR
15                   PICTURE TUBE GENERAL FACTORY -
                     IRI-CRT-00009364 -
16                   IRI-CRT-00009365 - 5 PAGES
17
18
                     PREVIOUSLY MARKED EXHIBITS
19
                            NUMBER     PAGE
20
                             8571      256
21
                             8630      304
22
                             8633      319
23
24
25
```

Page 237

| | | |
|---|---|---|
| 1 | are under the oath to tell the truth. | 16:22:11 |
| 2 |     A.   Yes. | 16:22:36 |
| 3 |     Q.   So you mentioned that the specification of the | 16:22:37 |
| 4 | deflection yoke is contained in the model number, is | 16:22:46 |
| 5 | that right? | 16:22:49 |
| 6 |     A.   Yes. | 16:22:50 |
| 7 |     Q.   What other attributes of the finished product | 16:23:02 |
| 8 | are reflected in the model number? | 16:23:07 |
| 9 |     A.   I did not understand the meaning of the | 16:23:27 |
| 10 | question. | 16:23:29 |
| 11 |     Q.   Well, from what you just told me, the model | 16:23:30 |
| 12 | number is -- contains information about the tube, is | 16:23:33 |
| 13 | that right? | 16:23:42 |
| 14 |     A.   Yes. | 16:23:50 |
| 15 |     Q.   What type of information can be learned from | 16:23:51 |
| 16 | the model number of a tube that Irico produces? | 16:24:05 |
| 17 |     A.   Information regarding the dimension, the size, | 16:24:25 |
| 18 | safety information, and also another piece of | 16:24:33 |
| 19 | information, which I'm not sure how to describe. | 16:24:53 |
| 20 |     It's the information about whether it | 16:24:56 |
| 21 | satisfies the 50-hertz, 60-hertz, 110-hertz, and also | 16:24:59 |
| 22 | information regarding whether it's a standard flat, | 16:25:17 |
| 23 | ultra flat or pure flat, information regarding if it's a | 16:25:20 |
| 24 | long tube or a short tube.  That's the information. | 16:25:35 |
| 25 |     I may not remember all of it, but that's the | 16:25:41 |

Page 246

| | | |
|---|---|---|
| 1 | information. | 16:25:44 |
| 2 | Q. Okay. You mentioned something called a shadow | 16:25:44 |
| 3 | mask earlier. | 16:25:47 |
| 4 | Is information about the shadow mask contained | 16:25:50 |
| 5 | in the model number? | 16:25:54 |
| 6 | A. Only in special circumstances. In most | 16:25:55 |
| 7 | circumstances, it will not be contained in the model | 16:26:13 |
| 8 | number. | 16:26:16 |
| 9 | Q. When would you include information about the | 16:26:17 |
| 10 | shadow mask in the model number? | 16:26:20 |
| 11 | A. In the last two days, a lot of exhibits were | 16:26:22 |
| 12 | shown by the attorney to me, and only the one that has | 16:26:52 |
| 13 | AK in the model number would include the shadow mask | 16:26:58 |
| 14 | information. All the others would not include the | 16:27:01 |
| 15 | shadow mask information in the model numbers. | 16:27:04 |
| 16 | Q. Do you remember, after thinking about it now, | 16:27:10 |
| 17 | what the "AK" stands for? | 16:27:12 |
| 18 | A. I don't understand your question. | 16:27:14 |
| 19 | What did you mean? | 16:27:29 |
| 20 | Q. Does "AK" -- is that an acronym for a word? | 16:27:31 |
| 21 | A. Yesterday, when I was asked about this, I gave | 16:27:37 |
| 22 | a positive answer. Yes, AK is the abbreviation of a | 16:27:55 |
| 23 | phrase. | 16:28:01 |
| 24 | MR. BIRKHAEUSER: Of what? | 16:28:02 |
| 25 | I didn't hear that, Miss Translator. | 16:28:04 |

Page 247

```
 1   conversion to the CPT 54-centimeter PF?                    20:17:34

 2           MR. BIRKHAEUSER:  Objection.  Leading.             20:17:41

 3           THE WITNESS:  It says the G line was converted     20:18:13

 4   into the production line for the 20-inch pure flat, but    20:18:17

 5   it doesn't indicate that the time for the conversion was   20:18:23

 6   in 2001.                                                   20:18:26

 7           It's possible that the conversion took place       20:18:45

 8   in 2002 or 2001 -- or 2003.  A bigger possibility is       20:18:47

 9   that the conversion took place in 2002.                    20:18:54

10   BY MR. WERBEL:                                             20:19:01

11      Q.   Thank you, Mr. Li.                                 20:19:01

12           Moving to some of your earlier testimony also      20:19:02

13   today that I wanted to ask you about.                      20:19:07

14           Mr. Birkhaeuser asked you about the different      20:19:13

15   information that was available in the model number         20:19:19

16   itself.                                                    20:19:23

17           Do you remember that line of questioning?          20:19:24

18      A.   He asked some questions earlier today              20:19:26

19   regarding model numbers, yes.                              20:19:53

20      Q.   I believe you stated that one factor that the      20:19:57

21   model number would reveal is whether the product itself    20:20:00

22   is a standard, an ultra flat or a pure flat.               20:20:05

23           Do you remember saying that?                       20:20:12

24           MR. BIRKHAEUSER:  Object to form.                  20:20:14

25           THE WITNESS:  There was such a question and        20:20:37
```

Page 306

| | | |
|---|---|---|
| 1 | answer. | 20:20:39 |
| 2 | BY MR. WERBEL: | 20:20:39 |
| 3 | Q.   So when you referred to a product as a | 20:20:40 |
| 4 | standard, what does that mean? | 20:20:48 |
| 5 | A.   For a standard product, the model number would | 20:20:57 |
| 6 | not include any special marking.  For example, if it's | 20:21:16 |
| 7 | 14-inch, it would just say "14-inch."  It doesn't say | 20:21:21 |
| 8 | any extra suffix in the model number. | 20:21:25 |
| 9 | 21-inch FS refers to the 21-inch ultimate | 20:21:40 |
| 10 | flat.  21-inch pure flat would be the 21-inch PF. | 20:21:47 |
| 11 | That's how the names of these three product | 20:22:03 |
| 12 | types differ. | 20:22:07 |
| 13 | Q.   And is a regular flat the same as a standard | 20:22:09 |
| 14 | flat? | 20:22:13 |
| 15 | A.   I don't know about the English phrase you just | 20:22:28 |
| 16 | used. | 20:22:31 |
| 17 | MR. WERBEL:  Madam translator, was there a | 20:22:36 |
| 18 | difference in Chinese between the standard flat and the | 20:22:39 |
| 19 | regular flat? | 20:22:42 |
| 20 | THE INTERPRETER:  Yes. | 20:22:43 |
| 21 | MR. WERBEL:  So which does he refer to it as | 20:22:48 |
| 22 | the standard? | 20:22:50 |
| 23 | MR. BIRKHAEUSER:  Is there a question pending? | 20:22:53 |
| 24 | MS. YANG:  Amanda, can I say something about | 20:23:08 |
| 25 | the translation between these two words, the standard | 20:23:10 |

Page 307