BAKER BOTTS L.L.P.
John M. Taladay (*pro hac vice*)
Evan J. Werbel (*pro hac vice*)
Thomas E. Carter (*pro hac vice*)
Andrew L. Lucarelli (*pro hac vice*)
700 K Street, N.W.
Washington, D.C. 20001
(202)-639-7700
(202)-639-7890 (fax)
Email: john.taladay@bakerbotts.com
          evan.werbel@bakerbotts.com
          tom.carter@bakerbotts.com
          drew.lucarelli@bakerbotts.com

*Attorneys for Defendants*
*IRICO GROUP CORP. and*
*IRICO DISPLAY DEVICES CO., LTD.*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-05944-JST |
| | MDL No. 1917 |
| THIS DOCUMENT RELATES TO: | **CERTIFICATE OF SERVICE** |
| *ALL INDIRECT PURCHASER ACTIONS* | |

# CERTIFICATE OF SERVICE

I declare that I am employed in Washington, District of Columbia. I am over the age of eighteen years and not a party to the within case; my business address is: Baker Botts L.L.P., 700 K Street, N.W., Washington, D.C. 20001.

On April 5, 2023, I served the following document(s) described as:

- **REPLY IN SUPPORT OF DEFENDANTS IRICO GROUP CORP. AND IRICO DISPLAY DEVICES CO., LTD.'S MOTION TO PARTIALLY EXCLUDE THE PROPOSED EXPERT TESTIMONY OF DR. JANET NETZ (ECF NO. 6149)**

- **DECLARATION OF THOMAS CARTER IN SUPPORT OF DEFENDANTS IRICO GROUP CORP. AND IRICO DISPLAY DEVICES CO., LTD.'S REPLY ON MOTION TO PARTIALLY EXCLUDE THE PROPOSED EXPERT TESTIMONY OF DR. JANET NETZ; EXHIBITS 1-2**

- **DECLARATION OF MARGARET E. GUERIN-CALVERT IN RESPONSE TO DECLARATION OF DR. JANET NETZ OPPOSING MOTION TO PARTIALLY EXCLUDE THE TESTIMONY OF DR. NETZ**

on the following interested parties in this action at the email addresses listed below:

R. Alexander Saveri (rick@saveri.com)
Geoffrey C. Rushing (geoff@saveri.com)
Matthew D. Heaphy (mheaphy@saveri.com)
SAVERI & SAVERI, INC.
706 Sansome St # 200
San Francisco, CA 94111
*Lead Counsel for the Direct Purchaser Plaintiffs*

Mario N. Alioto (malioto@tatp.com)
Lauren C. Capurro (laurenrussell@tatp.com)
TRUMP ALIOTO TRUMP & PRESCOTT LLP
2280 Union Street
San Francisco, CA 94123
*Lead Counsel for the Indirect Purchaser Plaintiffs*

Daniel E. Birkhaeuser
(dbirkhaeuser@bramsonplutzik.com)
BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
2125 Oak Grove Rd. Suite 125
Walnut Creek, CA 94598
*Counsel for the Indirect Purchaser Plaintiffs*

Joseph Goldberg (jg@fbdlaw.com)
Gerald A. Dever (gdever@finekaplan.com)
FREEDMAN BOYD HOLLANDER GOLDBERG P.A.
20 First Plaza, Suite 700
Albuquerque, NM 87102

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 5, 2023, in West Bloomfield, Michigan.

 /s/ Thomas E. Carter
Thomas E. Carter

CERTIFICATE OF SERVICE   1   CASE NO. 07-cv-05944-JST
MDL No. 1917