Andrew Rhys Davies
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 295-6475
Email: Andrew.Davies@wilmerhale.com

*Attorneys for Defendants Samsung SDI Co., Ltd.; Samsung SDI America, Inc.; Samsung SDI Mexico S.A. De C.V.; Samsung SDI Brasil Ltda.; Shenzhen Samsung SDI Co., Ltd.; Tianjin Samsung SDI Co., Ltd.; and Samsung SDI (Malaysia) Sdn. Bhd.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 4:07-CV-5944-JST |
|---|---|
| | MDL No. 1917 |
| This document relates to: | |
| ALL ACTIONS | **NOTICE OF CHANGE OF FIRM AFFILIATION** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Andrew Rhys Davies, counsel for Defendants Samsung SDI Co., Ltd., Samsung SDI America, Inc., Samsung SDI (Malaysia) SDN BHD, Samsung SDI Mexico S.A. de C.V., Samsung SDI Brasil Ltda., Shenzen Samsung SDI Co., Ltd. and Tianjin Samsung SDI Co., Ltd. in the above-captioned matter, is no longer affiliated with the law firm Allen & Overy LLP. Mr. Davies is now affiliated with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, and his new contact information is as follows:

>Andrew Rhys Davies
>WILMER CUTLER PICKERING HALE AND DORR LLP
>7 World Trade Center
>250 Greenwich Street
>New York, NY 10007
>Tel: (212) 295-6475
>Email: Andrew.Davies@wilmerhale.com

Dated: April 12, 2023                         Respectfully submitted,

>/s/ *Andrew Rhys Davies*
>WILMER CUTLER PICKERING HALE AND DORR LLP
>ANDREW RHYS DAVIES
>7 World Trade Center
>250 Greenwich Street
>New York, NY 10007
>Telephone: (212) 295-6475
>Email: Andrew.Davies@wilmerhale.com
>
>*Attorneys for Defendants Samsung SDI Co., Ltd.; Samsung SDI America, Inc.; Samsung SDI Mexico S.A. De C.V.; Samsung SDI Brasil Ltda.; Shenzhen Samsung SDI Co., Ltd.; Tianjin Samsung SDI Co., Ltd.; and Samsung SDI (Malaysia) Sdn. Bhd.*[1]

---

[1] Samsung SDI Mexico S.A. De C.V., Samsung SDI Brasil Ltda., Shenzhen Samsung SDI Co., Ltd., and Samsung SDI (Malaysia) Sdn. Bhd. have been dissolved.