R. Alexander Saveri (173102)
  rick@saveri.com
Geoffrey C. Rushing (126910)
  grushing@saveri.com
Matthew D. Heaphy (227224)
  mheaphy@saveri.com
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone:  (415) 217-6810
Facsimile:  (415) 217-6813

*Lead Counsel for Direct Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-CV-5944-JST |
| | MDL No. 1917 |
| This Document Relates to: | **NOTICE OF CHANGE IN COUNSEL** |
| *ALL DIRECT PURCHASER ACTIONS* | Judge:     Honorable Jon S. Tigar |

1  TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE, pursuant to Civil Local Rule 5-1(c)(2)(C), that Sarah Jane Van Culin is no longer associated with the law firm of Saveri & Saveri, Inc., Lead Counsel for Direct Purchaser Plaintiffs ("DPPs"), in the above referenced matter, and thus should be removed from all applicable service lists, including Notices of Electronic Filing.

Saveri & Saveri, Inc. continues to represent DPPs in this matter.

Dated: April 20, 2023

Respectfully submitted,

/s/ *R. Alexander Saveri*
R. Alexander Saveri (173102)
Geoffrey C. Rushing (126910)
Matthew D. Heaphy (227224)
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Lead Counsel for Direct Purchaser Plaintiffs*