Mario N. Alioto (56433)
Lauren C. Capurro (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2001 Union Street, Suite 482
San Francisco, CA 94123
Telephone:     (415) 563-7200
Facsimile:     (415) 346-0679
Email:  malioto@tatp.com
Email:  laurenrussell@tatp.com

Lead Counsel for Indirect Purchaser Plaintiffs

[Additional stipulating counsel listed on signature page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 4:07-cv-5944-JST<br>MDL No. 1917 |
| This Document Relates to: | **STIPULATION AND [PROPOSED] ORDER REGARDING TRIAL EVIDENCE** |
| *ALL INDIRECT PURCHASER ACTIONS* | The Honorable Jon S. Tigar |

WHEREAS, Indirect Purchaser Plaintiffs ("Plaintiffs") and defendants Irico Group Corporation and Irico Display Devices Co., Ltd. (together, the "Irico Defendants"), the parties in the above referenced action, in an effort to avoid the costs and burdens of discovery over the authenticity and status as business records of certain documents produced in the action, have committed to submitting an agreed-upon list of documents proposed to be presented by Plaintiffs at trial addressing those issues (and any limitations thereto) (the "Stipulation").

NOW THEREFORE, IT IS HEREBY STIPULATED by the undersigned counsel on behalf of the parties identified above (the "Stipulating Parties") that:

1.      None of the Stipulating Parties will object that the documents identified in Column A of the attached Appendix are authentic, true, and correct copies under Federal Rule of Evidence 901, where designated with an "X" in Column D.   For those documents so designated, the Stipulation does not apply to any staple marks, three-hole punches, or other markings that were not part of the original document produced by the parties.

2.      None of the Stipulating Parties will object that the documents identified in Column A of the attached Appendix constitute Records of Regularly Conducted Activities or Business Records as those terms are used in Federal Rule of Evidence 803(6), where designated with an "X" in Column E.

3.      The parties agree that the designations in Columns D and E are subject to any limitations set forth in Column F (the "Limitations").  Such Limitations must clearly state the nature of the Limitation, the portion of the document to which it applies, and the basis for the Limitation.

4.      The Stipulating Parties agree to waive any challenge to the admissibility of documents identified in Column A on the designated ground(s) of either authenticity (as indicated in Column D) under FRE 901, or business records (as indicated in Column E) under FRE 803(6),

STIPULATION AND [PROPOSED] ORDER REGARDING AUTHENTICITY AND BUSINESS RECORDS
Master File No. 4:07-cv-5944-JST

subject to the Limitations set forth in Column F.  The parties reserve all other objections to the admissibility of the listed documents.

5.      The Stipulating Parties expect and anticipate that the documents listed in Column A of the attached Appendix will be supplemented in connection with exchanging exhibit lists in preparation for trial of the above matter.  The parties agree to work together cooperatively and in good faith in this regard.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____          _____

HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE

Dated:  April 21, 2023              TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP

By:  */s/ Mario N. Alioto*
          Mario N. Alioto (56433)
          Lauren C. Capurro (241151)
          TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
          2001 Union Street, Suite 482
          San Francisco, CA 94123
          Telephone:     (415) 563-7200
          Facsimile:      (415) 346-0679
          Email:  malioto@tatp.com
          Email:  laurenrussell@tatp.com

          *Lead Counsel for Indirect Purchaser Plaintiffs*

Dated:  April 21, 2023          By:  */s/ John M. Taladay*
          John M. Taladay *(pro hac vice)*
          Evan J. Werbel *(pro hac vice)*

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Thomas E. Carter *(pro hac vice)*
Andrew L. Lucarelli *(pro hac vice)*
BAKER BOTTS LLP
700 K Street, N.W.
Washington, D.C. 20001
(202) 639-7700
(202) 639-7890 (fax)
Email: john.taladay@bakerbotts.com
       evan.werbel@bakerbotts.com
       tom.carter@bakerbotts.com
       drew.lucarelli@bakerbotts.com

*Attorneys for Defendants Irico Group Corp.
and Irico Display Devices Co., Ltd.*

3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ATTESTATION**

I, Lauren C. Capurro, hereby attest, pursuant to United States District Court, Northern District of California Civil Local Rule 5-1(h)(3), that each of the other Signatories have concurred in the filing of the document.


Dated: April 21, 2023                                   */s/ Lauren C. Capurro*
                                                               Lauren C. Capurro

4

*In re Cathode Ray Tube (CRT) Antitrust Litig.* , Master File No. 4:07-cv-05944, MDL No. 1917 (N.D. Cal.)

**Appendix to Stipulation and [Proposed] Order Regarding Trial Evidence (IPP Actions)**[1]

| Column A (Temporary Trial Exhibit Number) | Column B (Beginning Bates) | Column C (Ending Bates) | Column D (Authentic) | Column E (Business Record) | Column F (Limitation) |
|---|---|---|---|---|---|
| 2697 | BMCC-CRT000142063 | BMCC-CRT000142063 | X | | |
| 1319 | CHU00014218 | CHU00014218 | X | X | |
| 1879 | CHU00014223 | CHU00014226 | X | X | |
| 1327 | CHU00014232 | CHU00014232 | X | X | |
| 1298 | CHU00020779 | CHU00020781 | X | X | |
| 1107 | CHU00021289 | CHU00021289 | X | X | |
| 5600 | CHU00024560 | CHU00024563 | X | X | |
| 1161 | CHU00028209 | CHU00028210 | X | X | |
| 1261 | CHU00028224 | CHU00028225 | X | X | |
| 1258 | CHU00028229 | CHU00028230 | X | X | |
| 1251 | CHU00028240 | CHU00028240 | X | X | |
| 1119 | CHU00028283 | CHU00028285 | X | X | |
| 1113 | CHU00028300 | CHU00028301 | X | X | |
| 1110 | CHU00028311 | CHU00028313 | X | X | |
| 1169 | CHU00028374 | CHU00028375 | X | X | |
| 1165 | CHU00028376 | CHU00028376 | X | X | |
| 1135 | CHU00028385 | CHU00028387 | X | X | |
| 1015 | CHU00028393 | CHU00028393 | X | X | |
| 1104 | CHU00028396 | CHU00028397 | X | X | |
| 1263 | CHU00028424 | CHU00028424 | X | X | Irico notes that this document is duplicatied on chart. |
| 1263 | CHU00028424 | CHU00028424 | X | X | Irico notes that this document is duplicatied on chart. |
| 2613 | CHU00028425 | CHU00028426 | X | X | |
| 1253 | CHU00028438 | CHU00028438 | X | X | |
| 1133 | CHU00028463 | CHU00028464 | X | X | |
| 1128 | CHU00028490 | CHU00028492 | X | X | |
| 1234 | CHU00028503 | CHU00028504 | X | X | |
| 2600 | CHU00028521 | CHU00028523 | X | X | |
| 1290 | CHU00028524 | CHU00028525 | X | X | |
| 1111 | CHU00028558 | CHU00028558 | X | X | |
| 1299 | CHU00028613 | CHU00028614 | X | X | |

1. Pursuant to ¶ 4 of the Stipulation and [Proposed] Order Regarding Trial Evidence, Irico reserves the right to challenge the admissibility of these documents and statements within them on other grounds including under FRE 805.

*In re Cathode Ray Tube (CRT) Antitrust Litig.* , Master File No. 4:07-cv-05944, MDL No. 1917 (N.D. Cal.)

**Appendix to Stipulation and [Proposed] Order Regarding Trial Evidence (IPP Actions)[1]**

| Column A (Temporary Trial Exhibit Number) | Column B (Beginning Bates) | Column C (Ending Bates) | Column D (Authentic) | Column E (Business Record) | Column F (Limitation) |
|---|---|---|---|---|---|
| 1241 | CHU00028642 | CHU00028644 | X | X | |
| 1243 | CHU00028648 | CHU00028650 | X | X | |
| 1240 | CHU00028654 | CHU00028655 | X | X | |
| 1254 | CHU00028656 | CHU00028657 | X | X | |
| 1230 | CHU00028670 | CHU00028671 | X | X | |
| 1127 | CHU00028687 | CHU00028688 | X | X | |
| 1237 | CHU00028691 | CHU00028693 | X | X | |
| 1125 | CHU00028701 | CHU00028703 | X | X | |
| 1124 | CHU00028707 | CHU00028710 | X | X | |
| 1235 | CHU00028711 | CHU00028712 | X | X | |
| 1295 | CHU00028723 | CHU00028724 | X | X | |
| 1016 | CHU00028725 | CHU00028727 | X | X | |
| 1106 | CHU00028730 | CHU00028733 | X | X | |
| 1122 | CHU00028734 | CHU00028735 | X | X | |
| 1120 | CHU00028740 | CHU00028743 | X | X | |
| 1117 | CHU00028760 | CHU00028762 | X | X | |
| 1229 | CHU00028768 | CHU00028770 | X | X | |
| 1293 | CHU00028786 | CHU00028788 | X | X | |
| 1208 | CHU00028791 | CHU00028793 | X | X | |
| 1115 | CHU00028803 | CHU00028804 | X | X | |
| 688 | CHU00028809 | CHU00028810 | X | X | |
| 1289 | CHU00028841 | CHU00028843 | X | X | |
| 1288 | CHU00028869 | CHU00028872 | X | X | |
| 1109 | CHU00028873 | CHU00028873 | X | X | |
| 1246 | CHU00028889 | CHU00028892 | X | X | |
| 1287 | CHU00028933 | CHU00028933 | X | X | |
| 1130 | CHU00028955 | CHU00028957 | X | X | |
| 1168 | CHU00028975 | CHU00028976 | X | X | |
| 1315 | CHU00029050 | CHU00029051 | X | X | |

1. Pursuant to ¶ 4 of the Stipulation and [Proposed] Order Regarding Trial Evidence, Irico reserves the right to challenge the admissibility of these documents and statements within them on other grounds including under FRE 805.

**Appendix to Stipulation and [Proposed] Order Regarding Trial Evidence (IPP Actions)[1]**

| Column A (Temporary Trial Exhibit Number) | Column B (Beginning Bates) | Column C (Ending Bates) | Column D (Authentic) | Column E (Business Record) | Column F (Limitation) |
|---|---|---|---|---|---|
| 1255 | CHU00029065 | CHU00029067 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |
| 1264 | CHU00029108 | CHU00029109 | X | | |
| 2260 | CHU00029110 | CHU00029115 | X | X | |
| 709 | CHU00029116 | CHU00029123 | X | X | |
| 710 | CHU00029131 | CHU00029137 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |
| 1260 | CHU00029155 | CHU00029162 | X | X | |
| 1157 | CHU00029163 | CHU00029170 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |
| 1153 | CHU00029175 | CHU00029178 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |
| 719 | CHU00029179 | CHU00029184 | X | X | |
| 1146 | CHU00029189 | CHU00029190 | X | X | |
| 1108 | CHU00029191 | CHU00029194 | X | X | |
| 1142 | CHU00029235 | CHU00029237 | X | X | |
| 1140 | CHU00029245 | CHU00029247 | X | | |
| 1134 | CHU00029259 | CHU00029261 | X | X | |
| 1300 | CHU00029262 | CHU00029264 | X | X | |
| 660 | CHU00029316 | CHU00029320 | X | X | |
| 1273 | CHU00030051 | CHU00030051 | X | X | |
| 1271 | CHU00030058 | CHU00030058 | X | X | |
| 1272 | CHU00030064 | CHU00030065 | X | X | |
| 1268 | CHU00030559 | CHU00030562 | X | X | |

1. Pursuant to ¶ 4 of the Stipulation and [Proposed] Order Regarding Trial Evidence, Irico reserves the right to challenge the admissibility of these documents and statements within them on other grounds including under FRE 805.            **Page 3 of 15**

*In re Cathode Ray Tube (CRT) Antitrust Litig.* , Master File No. 4:07-cv-05944, MDL No. 1917 (N.D. Cal.)

**Appendix to Stipulation and [Proposed] Order Regarding Trial Evidence (IPP Actions)**[1]

| Column A (Temporary Trial Exhibit Number) | Column B (Beginning Bates) | Column C (Ending Bates) | Column D (Authentic) | Column E (Business Record) | Column F (Limitation) |
|---|---|---|---|---|---|
| 1312 | CHU00030679 | CHU00030683 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. Irico also notes that this document is duplicative of Temporary Trial Exhibit 8424. |
| 8424 | CHU00030679 | CHU00030683 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. Irico also notes that this document is duplicative of Temporary Trial Exhibit 1312. |
| 8420 | CHU00030684 | CHU00030687 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |
| 1303 | CHU00030688 | CHU00030691 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |
| 1301 | CHU00030695 | CHU00030697 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |
| 1136 | CHU00030698 | CHU00030700 | X | X | |
| 1137 | CHU00030701 | CHU00030704 | X | X | |
| 1138 | CHU00030713 | CHU00030716 | X | X | |
| 8421 | CHU00030734 | CHU00030737 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |
| 1143 | CHU00030749 | CHU00030751 | X | X | |
| 8422 | CHU00030752 | CHU00030755 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |
| 8423 | CHU00030769 | CHU00030770 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |

1. Pursuant to ¶ 4 of the Stipulation and [Proposed] Order Regarding Trial Evidence, Irico reserves the right to challenge the admissibility of these documents and statements within them on other grounds including under FRE 805.

*In re Cathode Ray Tube (CRT) Antitrust Litig.* , Master File No. 4:07-cv-05944, MDL No. 1917 (N.D. Cal.)

**Appendix to Stipulation and [Proposed] Order Regarding Trial Evidence (IPP Actions)**[1]

| Column A (Temporary Trial Exhibit Number) | Column B (Beginning Bates) | Column C (Ending Bates) | Column D (Authentic) | Column E (Business Record) | Column F (Limitation) |
|---|---|---|---|---|---|
| 1314 | CHU00030777 | CHU00030780 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |
| 1147 | CHU00030787 | CHU00030794 | X | X | |
| 1302 | CHU00030799 | CHU00030800 | X | X | |
| 1305 | CHU00030819 | CHU00030822 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. Irico also notes that this entry is duplicative of Temporary Trial Exhibit 8621. |
| 8621 | CHU00030819 | CHU00030822 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. Irico also notes that this entry is duplicative of Temporary Trial Exhibit 1305. |
| 1150 | CHU00030835 | CHU00030838 | X | X | |
| 1212 | CHU00030839 | CHU00030840 | X | X | |
| 1155 | CHU00030899 | CHU00030903 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |
| 1993 | CHU00030916 | CHU00030916 | X | X | |
| 1158 | CHU00030960 | CHU00030962 | X | X | |
| 1159 | CHU00030979 | CHU00030984 | X | X | |
| 1316 | CHU00030985 | CHU00030990 | X | X | |
| 1306 | CHU00030992 | CHU00030994 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |
| 1160 | CHU00030995 | CHU00030997 | X | X | |
| 1317 | CHU00030998 | CHU00030998 | X | X | |
| 1307 | CHU00031006 | CHU00031009 | X | X | |
| 1163 | CHU00031010 | CHU00031012 | X | X | |
| 1308 | CHU00031015 | CHU00031016 | X | X | |

1. Pursuant to ¶ 4 of the Stipulation and [Proposed] Order Regarding Trial Evidence, Irico reserves the right to challenge the admissibility of these documents and statements within them on other grounds including under FRE 805.

*In re Cathode Ray Tube (CRT) Antitrust Litig.* , Master File No. 4:07-cv-05944, MDL No. 1917 (N.D. Cal.)

**Appendix to Stipulation and [Proposed] Order Regarding Trial Evidence (IPP Actions)[1]**

| Column A (Temporary Trial Exhibit Number) | Column B (Beginning Bates) | Column C (Ending Bates) | Column D (Authentic) | Column E (Business Record) | Column F (Limitation) |
|---|---|---|---|---|---|
| 1162 | CHU00031028 | CHU00031030 | X | X | |
| 2261 | CHU00031056 | CHU00031057 | X | X | |
| 1167 | CHU00031075 | CHU00031087 | X | X | |
| 8623 | CHU00031092 | CHU00031093 | X | X | |
| 1170 | CHU00031111 | CHU00031112 | X | X | |
| 1171 | CHU00031113 | CHU00031114 | X | X | |
| 1266 | CHU00031123 | CHU00031125 | X | X | |
| 1173 | CHU00031136 | CHU00031136 | X | X | |
| 1175 | CHU00031142 | CHU00031147 | X | X | |
| 1176 | CHU00031150 | CHU00031152 | X | X | |
| 1304 | CHU00031176 | CHU00031176 | X | X | |
| 1182 | CHU00031178 | CHU00031179 | X | X | |
| 1202 | CHU00031180 | CHU00031181 | X | X | |
| 1184 | CHU00031182 | CHU00031182 | X | X | |
| 1187 | CHU00031194 | CHU00031201 | X | X | |
| 1188 | CHU00031209 | CHU00031213 | X | X | |
| 1189 | CHU00031214 | CHU00031220 | X | X | |
| 1193 | CHU00031240 | CHU00031247 | X | X | |
| 1211 | CHU00031254 | CHU00031254 | X | X | |
| 1199 | CHU00031274 | CHU00031277 | X | X | |
| 1186 | CHU00031804 | CHU00031804 | X | X | |
| 1277 | CHU00036390 | CHU00036391 | X | X | |
| 2354 | CHU00036394 | CHU00036395 | X | X | |
| 1178 | CHU00036410 | CHU00036411 | X | X | |
| 1177 | CHU00036412 | CHU00036413 | X | X | |
| 1278 | CHU00040992 | CHU00040993 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |
| 8626 | CHU00102752 | CHU00102754 | X | X | |

1. Pursuant to ¶ 4 of the Stipulation and [Proposed] Order Regarding Trial Evidence, Irico reserves the right to challenge the admissibility of these documents and statements within them on other grounds including under FRE 805.

*In re Cathode Ray Tube (CRT) Antitrust Litig.* , Master File No. 4:07-cv-05944, MDL No. 1917 (N.D. Cal.)

**Appendix to Stipulation and [Proposed] Order Regarding Trial Evidence (IPP Actions)**[1]

| Column A (Temporary Trial Exhibit Number) | Column B (Beginning Bates) | Column C (Ending Bates) | Column D (Authentic) | Column E (Business Record) | Column F (Limitation) |
|---|---|---|---|---|---|
| 8569 | CHU00102864 | CHU00102865 | X | | Irico notes that this document is duplicative of Temporary Trial Exhibit 8620. |
| 8620 | CHU00102864 | CHU00102865 | X | | Irico notes that this document is duplicative of Temporary Trial Exhibit 8569. |
| 1276 | CHU00123358 | CHU00123361 | X | | |
| 1321 | CHU00125849 | CHU00125858 | X | | |
| 1322 | CHU00125895 | CHU00125899 | X | | |
| 1227 | CHU00647932 | CHU00647943 | X | | |
| 1220 | CHU00660373 | CHU00660382 | X | | |
| 1217 | CHU00660383 | CHU00660394 | X | | |
| 1216 | CHU00660395 | CHU00660407 | X | | |
| 158 | CHU00660408 | CHU00660418 | X | | |
| 1218 | CHU00660454 | CHU00660463 | X | | |
| 1221 | CHU00660606 | CHU00660615 | X | | |
| 1222 | CHU00660626 | CHU00660632 | X | | |
| 162 | CHU00660671 | CHU00660680 | X | | |
| 1224 | CHU00660709 | CHU00660716 | X | | |
| 1198 | CHU00660717 | CHU00660727 | X | | |
| 2388 | HDP-CRT00042019 | HDP-CRT00042023 | X | | |
| 8393 | IRI-CRT-00003498 | IRI-CRT-00003499 | X | | |
| 8413 | IRI-CRT-00003546 | IRI-CRT-00003546 | X | X | Irico asserts that this document was created by a non-Irico entity |
| 8405 | IRI-CRT-00003566 | IRI-CRT-00003567 | X | X | Irico asserts that this document was created by a non-Irico entity |
| 8404 | IRI-CRT-00003568 | IRI-CRT-00003569 | X | X | Irico asserts that this document was created by a non-Irico entity |
| 8406 | IRI-CRT-00003570 | IRI-CRT-00003571 | X | X | Irico asserts that this document was created by a non-Irico entity |
| 8407 | IRI-CRT-00003576 | IRI-CRT-00003577 | X | X | Irico asserts that this document was created by a non-Irico entity |

1. Pursuant to ¶ 4 of the Stipulation and [Proposed] Order Regarding Trial Evidence, Irico reserves the right to challenge the admissibility of these documents and statements within them on other grounds including under FRE 805.

*In re Cathode Ray Tube (CRT) Antitrust Litig.* , Master File No. 4:07-cv-05944, MDL No. 1917 (N.D. Cal.)

**Appendix to Stipulation and [Proposed] Order Regarding Trial Evidence (IPP Actions)**[1]

| Column A (Temporary Trial Exhibit Number) | Column B (Beginning Bates) | Column C (Ending Bates) | Column D (Authentic) | Column E (Business Record) | Column F (Limitation) |
|---|---|---|---|---|---|
| 8408 | IRI-CRT-00003578 | IRI-CRT-00003579 | X | X | Irico asserts that this document was created by a non-Irico entity |
| 8409 | IRI-CRT-00003584 | IRI-CRT-00003585 | X | X | Irico asserts that this document was created by a non-Irico entity |
| 8410 | IRI-CRT-00003586 | IRI-CRT-00003587 | X | X | Irico asserts that this document was created by a non-Irico entity |
| 8411 | IRI-CRT-00003588 | IRI-CRT-00003589 | X | X | Irico asserts that this document was created by a non-Irico entity |
| 8412 | IRI-CRT-00003594 | IRI-CRT-00003595 | X | X | Irico asserts that this document was created by a non-Irico entity |
| 8603 | IRI-CRT-00005995 | IRI-CRT-00005995 | X | | |
| 8602 | IRI-CRT-00005996 | IRI-CRT-00005996 | X | | |
| 8563 | IRI-CRT-00020490; IRI-CRT-00020501 | IRI-CRT-00020490; IRI-CRT-00020502 (3 pg. document, not consecutive Bates numbering) | X | X | |
| 8611 | IRI-CRT-00025698 | IRI-CRT-00025701 | X | X | |
| 8612 | IRI-CRT-00025753 | IRI-CRT-00025754 | X | X | Irico asserts that this document was created by a non-Irico entity |
| 8585 | IRI-CRT-00032472; IRI-CRT-00032477 | IRI-CRT-00032472; IRI-CRT-00032477 (2 single page documents) | X | X | |
| 8598 | IRI-CRT-00033400 | IRI-CRT-00033402 | X | X | |
| 813 | LGE00089844 | LGE00089849 | X | X | |
| 1942 | MTPD-0024384 | MTPD-0024384 | X | | |
| 802 | MTPD-0035375 | MTPD-0035376 | X | | |
| 801 | MTPD-0038856 | MTPD-0038862 | X | | |
| 905 | MTPD-0094874 | MTPD-0094880 | X | | |

1. Pursuant to ¶ 4 of the Stipulation and [Proposed] Order Regarding Trial Evidence, Irico reserves the right to challenge the admissibility of these documents and statements within them on other grounds including under FRE 805.

**Appendix to Stipulation and [Proposed] Order Regarding Trial Evidence (IPP Actions)[1]**

| Column A (Temporary Trial Exhibit Number) | Column B (Beginning Bates) | Column C (Ending Bates) | Column D (Authentic) | Column E (Business Record) | Column F (Limitation) |
|---|---|---|---|---|---|
| 1932 | MTPD-0423675 | MTPD-0423677 | X | | |
| 815 | MTPD-0426017 | MTPD-0426018 | X | | |
| 1414 | MTPD-0479721 | MTPD-0479723 | X | | |
| 808 | MTPD-0492286 | MTPD-0492289 | X | | |
| 3402 | MTPD-0576449 | MTPD-0576452 | X | | |
| 810 | SDCRT-0005645 | SDCRT-0005646 | X | | |
| 3336 | SDCRT-0006799 | SDCRT-0006801 | X | | |
| 1885 | SDCRT-0086416 | SDCRT-0086418 | X | | |
| 1527 | SDCRT-0086419 | SDCRT-0086420 | X | | |
| 5611 | SDCRT-0086512 | SDCRT-0086513 | X | | |
| 1505 | SDCRT-0086532 | SDCRT-0086536 | X | | |
| 8425 | SDCRT-0091524 | SDCRT-0091530 | X | | |
| 8625 | SDCRT-0091569 | SDCRT-0091572 | X | | |
| 2681 | SDCRT-0105131 | SDCRT-0105134 | X | | |
| 2445 | SDCRT-0180438 | SDCRT-0180438 | X | | |
| 8644 | BMCC-CRT000105586 | BMCC-CRT000105590 | X | | |
| | BMCC-CRT000540532 | BMCC-CRT000540536 | X | | |
| | CHU00006004 | CHU00006006 | X | X | |
| | CHU00014200 | CHU00014201 | X | X | |
| | CHU00017037 | CHU00017045 | X | X | |
| | CHU00023392 | CHU00023394 | X | | |
| | CHU00028377 | CHU00028379 | X | X | |
| | CHU00028749 | CHU00028751 | X | X | |
| | CHU00028758 | CHU00028759 | X | X | |
| | CHU00028776 | CHU00028780 | X | | |
| | CHU00029046 | CHU00029047 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |

1. Pursuant to ¶ 4 of the Stipulation and [Proposed] Order Regarding Trial Evidence, Irico reserves the right to challenge the admissibility of these documents and statements within them on other grounds including under FRE 805.                    **Page 9 of 15**

*In re Cathode Ray Tube (CRT) Antitrust Litig.* , Master File No. 4:07-cv-05944, MDL No. 1917 (N.D. Cal.)

**Appendix to Stipulation and [Proposed] Order Regarding Trial Evidence (IPP Actions)**[1]

| Column A (Temporary Trial Exhibit Number) | Column B (Beginning Bates) | Column C (Ending Bates) | Column D (Authentic) | Column E (Business Record) | Column F (Limitation) |
|---|---|---|---|---|---|
| | CHU00029048 | CHU00029049 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |
| | CHU00029214 | CHU00029220 | X | | |
| | CHU00029985 | CHU00029986 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |
| | CHU00030008 | CHU00030009 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |
| | CHU00030067 | CHU00030067 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |
| | CHU00030085 | CHU00030086 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |
| | CHU00030661 | CHU00030663 | X | X | |
| | CHU00030665 | CHU00030667 | X | X | |
| | CHU00030668 | CHU00030669 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |
| | CHU00030705 | CHU00030708 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |
| | CHU00030745 | CHU00030747 | X | X | |
| | CHU00030756 | CHU00030756 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |

1. Pursuant to ¶ 4 of the Stipulation and [Proposed] Order Regarding Trial Evidence, Irico reserves the right to challenge the admissibility of these documents and statements within them on other grounds including under FRE 805.

*In re Cathode Ray Tube (CRT) Antitrust Litig.* , Master File No. 4:07-cv-05944, MDL No. 1917 (N.D. Cal.)

**Appendix to Stipulation and [Proposed] Order Regarding Trial Evidence (IPP Actions)[1]**

| Column A (Temporary Trial Exhibit Number) | Column B (Beginning Bates) | Column C (Ending Bates) | Column D (Authentic) | Column E (Business Record) | Column F (Limitation) |
|---|---|---|---|---|---|
| | CHU00030797 | CHU00030798 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |
| | CHU00030827 | CHU00030830 | X | X | |
| | CHU00030843 | CHU00030845 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |
| | CHU00030872 | CHU00030874 | X | X | |
| | CHU00030881 | CHU00030884 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |
| | CHU00030910 | CHU00030911 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |
| | CHU00030917 | CHU00030919 | X | X | |
| | CHU00030941 | CHU00030943 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |
| | CHU00030946 | CHU00030947 | X | X | |
| | CHU00030953 | CHU00030956 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |
| | CHU00030973 | CHU00030975 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |
| | CHU00031002 | CHU00031005 | X | X | |
| | CHU00031018 | CHU00031020 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |

1. Pursuant to ¶ 4 of the Stipulation and [Proposed] Order Regarding Trial Evidence, Irico reserves the right to challenge the admissibility of these documents and statements within them on other grounds including under FRE 805.

*In re Cathode Ray Tube (CRT) Antitrust Litig.* , Master File No. 4:07-cv-05944, MDL No. 1917 (N.D. Cal.)

**Appendix to Stipulation and [Proposed] Order Regarding Trial Evidence (IPP Actions)[1]**

| Column A (Temporary Trial Exhibit Number) | Column B (Beginning Bates) | Column C (Ending Bates) | Column D (Authentic) | Column E (Business Record) | Column F (Limitation) |
|---|---|---|---|---|---|
| | CHU00031032 | CHU00031035 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |
| | CHU00031040 | CHU00031043 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |
| | CHU00031044 | CHU00031046 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |
| | CHU00031070 | CHU00031074 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |
| | CHU00031088 | CHU00031091 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |
| | CHU00031101 | CHU00031104 | X | X | |
| | CHU00031105 | CHU00031106 | X | X | |
| | CHU00031107 | CHU00031109 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |
| | CHU00036382 | CHU00036383 | X | X | |
| | CHU00047663 | CHU00047674 | X | X | |
| | CHU00124993 | CHU00124994 | X | X | |
| | CHU00125190 | CHU00125191 | X | X | |
| | CHU00660699 | CHU00660708 | X | | |
| | CHU00661917 | CHU00661928 | X | | |
| | CHU00725770 | CHU00725772 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |
| | CHU00734728 | CHU00734728 | X | X | |

1. Pursuant to ¶ 4 of the Stipulation and [Proposed] Order Regarding Trial Evidence, Irico reserves the right to challenge the admissibility of these documents and statements within them on other grounds including under FRE 805.

*In re Cathode Ray Tube (CRT) Antitrust Litig.* , Master File No. 4:07-cv-05944, MDL No. 1917 (N.D. Cal.)

**Appendix to Stipulation and [Proposed] Order Regarding Trial Evidence (IPP Actions)[1]**

| Column A (Temporary Trial Exhibit Number) | Column B (Beginning Bates) | Column C (Ending Bates) | Column D (Authentic) | Column E (Business Record) | Column F (Limitation) |
|---|---|---|---|---|---|
| | IRI-CRT-00003547 | IRI-CRT-00003547 (Native Excel document) | X | X | Irico asserts that this document was created by a non-Irico entity |
| | IRI-CRT-00003561; ITI-CRT-00003565 | IRI-CRT-00003561; ITI-CRT-00003565 | X | X | Irico asserts that this document was created by a non-Irico entity |
| | IRI-CRT-00003580 | IRI-CRT-00003581 | X | X | Irico asserts that this document was created by a non-Irico entity |
| | IRI-CRT-00003582 | IRI-CRT-00003583 | X | X | Irico asserts that this document was created by a non-Irico entity |
| | IRI-CRT-00003592 | IRI-CRT-00003593 | X | X | Irico asserts that this document was created by a non-Irico entity |
| | IRI-CRT-00003598 | IRI-CRT-00003598 (Native Excel document) | X | X | Irico asserts that this document was created by a non-Irico entity |
| | IRI-CRT-00012210; IRI-CRT-00012219 | IRI-CRT-00012210; IRI-CRT-00012220 | X | X | |
| | IRI-SUPP-000001 | IRI-SUPP-000005 | X | | |
| | IRI-SUPP-000006 | IRI-SUPP-000011 | X | | |
| | IRI-SUPP-000012 | IRI-SUPP-000021 | X | | |
| | IRI-SUPP-000022; IRI-SUPP-000023 | IRI-SUPP-000022; IRI-SUPP-000028 | X | | |
| | IRI-SUPP-000029 | IRI-SUPP-000030 | X | | |
| | IRI-SUPP-000031 | IRI-SUPP-000033 | X | | |
| | IRI-SUPP-000034 | IRI-SUPP-000036 | X | | |
| | SDCRT-0086672 | SDCRT-0086674 (Produced as part of a larger Bates range beginning at SDCRT-0086256.) | X | | |
| | SDCRT-0087312 | SDCRT-0087313 | X | | |
| | SDCRT-0087340 | SDCRT-0087342 | X | | |
| | SDCRT-0087694 | SDCRT-0087698 | X | | |

1. Pursuant to ¶ 4 of the Stipulation and [Proposed] Order Regarding Trial Evidence, Irico reserves the right to challenge the admissibility of these documents and statements within them on other grounds including under FRE 805.

*In re Cathode Ray Tube (CRT) Antitrust Litig.* , Master File No. 4:07-cv-05944, MDL No. 1917 (N.D. Cal.)

**Appendix to Stipulation and [Proposed] Order Regarding Trial Evidence (IPP Actions)**[1]

| Column A (Temporary Trial Exhibit Number) | Column B (Beginning Bates) | Column C (Ending Bates) | Column D (Authentic) | Column E (Business Record) | Column F (Limitation) |
|---|---|---|---|---|---|
| | SDCRT-0087700 | SDCRT-0087702 (Produced as part of a larger Bates range beginning at SDCRT-0086256.) | X | | |
| | SDCRT-0091537 | SDCRT-0091538 (Produced as part of a larger Bates range beginning at SDCRT-0091027) | X | | |
| | SDCRT-0091584 | SDCRT-0091588 (Produced as part of a larger Bates range beginning at SDCRT-0091027) | X | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

1. Pursuant to ¶ 4 of the Stipulation and [Proposed] Order Regarding Trial Evidence, Irico reserves the right to challenge the admissibility of these documents and statements within them on other grounds including under FRE 805.

*In re Cathode Ray Tube (CRT) Antitrust Litig.* , Master File No. 4:07-cv-05944, MDL No. 1917 (N.D. Cal.)

**Appendix to Stipulation and [Proposed] Order Regarding Trial Evidence (IPP Actions)**[1]

| Column A (Temporary Trial Exhibit Number) | Column B (Beginning Bates) | Column C (Ending Bates) | Column D (Authentic) | Column E (Business Record) | Column F (Limitation) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

1. Pursuant to ¶ 4 of the Stipulation and [Proposed] Order Regarding Trial Evidence, Irico reserves the right to challenge the admissibility of these documents and statements within them on other grounds including under FRE 805.

**Page 15 of 15**