1   Mario N. Alioto (56433)
    Lauren C. Capurro (241151)
2   TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
    2001 Union Street, Suite 482
3   San Francisco, CA 94123
    Telephone:     (415) 563-7200
4   Facsimile:     (415) 346-0679
    Email:  malioto@tatp.com
5   Email:  laurenrussell@tatp.com

6   Lead Counsel for Indirect Purchaser Plaintiffs

7   [Additional stipulating counsel listed on signature page]

8

9                         **UNITED STATES DISTRICT COURT**

10                      **NORTHERN DISTRICT OF CALIFORNIA**

11                               **OAKLAND DIVISION**

12

13
    IN RE CATHODE RAY TUBE (CRT)          )   Master File No. 4:07-cv-5944-JST
14  ANTITRUST LITIGATION                  )   MDL No. 1917
                                          )
15  _____)
                                          )
16  This Document Relates to:             )   **STIPULATION AND [PROPOSED]**
                                          )   **ORDER REGARDING TRIAL**
17  *ALL INDIRECT PURCHASER ACTIONS*      )   **EVIDENCE**
                                          )
18                                        )   The Honorable Jon S. Tigar
                                          )
19                                        )
                                          )
20                                        )
                                          )
21                                        )
                                          )
22  _____)

23

24

25

26

27

28

WHEREAS, Indirect Purchaser Plaintiffs ("Plaintiffs") and defendants Irico Group Corporation and Irico Display Devices Co., Ltd. (together, the "Irico Defendants"), the parties in the above referenced action, in an effort to avoid the costs and burdens of discovery over the authenticity and status as business records of certain documents produced in the action, have committed to submitting an agreed-upon list of documents proposed to be presented by Plaintiffs at trial addressing those issues (and any limitations thereto) (the "Stipulation").

NOW THEREFORE, IT IS HEREBY STIPULATED by the undersigned counsel on behalf of the parties identified above (the "Stipulating Parties") that:

1. None of the Stipulating Parties will object that the documents identified in Column A of the attached Appendix are authentic, true, and correct copies under Federal Rule of Evidence 901, where designated with an "X" in Column D.   For those documents so designated, the Stipulation does not apply to any staple marks, three-hole punches, or other markings that were not part of the original document produced by the parties.

2. None of the Stipulating Parties will object that the documents identified in Column A of the attached Appendix constitute Records of Regularly Conducted Activities or Business Records as those terms are used in Federal Rule of Evidence 803(6), where designated with an "X" in Column E.

3. The parties agree that the designations in Columns D and E are subject to any limitations set forth in Column F (the "Limitations").  Such Limitations must clearly state the nature of the Limitation, the portion of the document to which it applies, and the basis for the Limitation.

4. The Stipulating Parties agree to waive any challenge to the admissibility of documents identified in Column A on the designated ground(s) of either authenticity (as indicated in Column D) under FRE 901, or business records (as indicated in Column E) under FRE 803(6),

1   subject to the Limitations set forth in Column F.  The parties reserve all other objections to the

2   admissibility of the listed documents.

3        5.        The Stipulating Parties expect and anticipate that the documents listed in Column A

4   of the attached Appendix will be supplemented in connection with exchanging exhibit lists in

5   preparation for trial of the above matter.  The parties agree to work together cooperatively and in

6

7   good faith in this regard.

8

9

10       **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

11

12  Dated:   _____April 25, 2023_____          _____

13                                              HONORABLE JON S. TIGAR

14                                              UNITED STATES DISTRICT JUDGE

15

16

17

18  Dated:  April 21, 2023              TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP

19                                      By: _/s/ Mario N. Alioto_____

20                                           Mario N. Alioto (56433)
                                             Lauren C. Capurro (241151)
21                                           TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
                                             2001 Union Street, Suite 482
22                                           San Francisco, CA 94123
                                             Telephone:    (415) 563-7200
23                                           Facsimile:    (415) 346-0679
                                             Email:  malioto@tatp.com
24                                           Email:  laurenrussell@tatp.com

25                                           *Lead Counsel for Indirect Purchaser Plaintiffs*

26

27  Dated:  April 21, 2023              By: _/s/ John M. Taladay_____
                                             John M. Taladay *(pro hac vice)*
28                                           Evan J. Werbel *(pro hac vice)*

2

1

2

3

4

5

6

Thomas E. Carter *(pro hac vice)*
Andrew L. Lucarelli *(pro hac vice)*
BAKER BOTTS LLP
700 K Street, N.W.
Washington, D.C. 20001
(202) 639-7700
(202) 639-7890 (fax)
Email: john.taladay@bakerbotts.com
          evan.werbel@bakerbotts.com
          tom.carter@bakerbotts.com
          drew.lucarelli@bakerbotts.com

7

8

*Attorneys for Defendants Irico Group Corp.*
*and Irico Display Devices Co., Ltd.*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

*In re Cathode Ray Tube (CRT) Antitrust Litig.* , Master File No. 4:07-cv-05944, MDL No. 1917 (N.D. Cal.)

**Appendix to Stipulation and [Proposed] Order Regarding Trial Evidence (IPP Actions)**[1]

| Column A (Temporary Trial Exhibit Number) | Column B (Beginning Bates) | Column C (Ending Bates) | Column D (Authentic) | Column E (Business Record) | Column F (Limitation) |
|---|---|---|---|---|---|
| 2697 | BMCC-CRT000142063 | BMCC-CRT000142063 | X | | |
| 1319 | CHU00014218 | CHU00014218 | X | X | |
| 1879 | CHU00014223 | CHU00014226 | X | X | |
| 1327 | CHU00014232 | CHU00014232 | X | X | |
| 1298 | CHU00020779 | CHU00020781 | X | X | |
| 1107 | CHU00021289 | CHU00021289 | X | X | |
| 5600 | CHU00024560 | CHU00024563 | X | X | |
| 1161 | CHU00028209 | CHU00028210 | X | X | |
| 1261 | CHU00028224 | CHU00028225 | X | X | |
| 1258 | CHU00028229 | CHU00028230 | X | X | |
| 1251 | CHU00028240 | CHU00028240 | X | X | |
| 1119 | CHU00028283 | CHU00028285 | X | X | |
| 1113 | CHU00028300 | CHU00028301 | X | X | |
| 1110 | CHU00028311 | CHU00028313 | X | X | |
| 1169 | CHU00028374 | CHU00028375 | X | X | |
| 1165 | CHU00028376 | CHU00028376 | X | X | |
| 1135 | CHU00028385 | CHU00028387 | X | X | |
| 1015 | CHU00028393 | CHU00028393 | X | X | |
| 1104 | CHU00028396 | CHU00028397 | X | X | |
| 1263 | CHU00028424 | CHU00028424 | X | X | Irico notes that this document is duplicatied on chart. |
| 1263 | CHU00028424 | CHU00028424 | X | X | Irico notes that this document is duplicatied on chart. |
| 2613 | CHU00028425 | CHU00028426 | X | X | |
| 1253 | CHU00028438 | CHU00028438 | X | X | |
| 1133 | CHU00028463 | CHU00028464 | X | X | |
| 1128 | CHU00028490 | CHU00028492 | X | X | |
| 1234 | CHU00028503 | CHU00028504 | X | X | |
| 2600 | CHU00028521 | CHU00028523 | X | X | |
| 1290 | CHU00028524 | CHU00028525 | X | X | |
| 1111 | CHU00028558 | CHU00028558 | X | X | |
| 1299 | CHU00028613 | CHU00028614 | X | X | |

1. Pursuant to ¶ 4 of the Stipulation and [Proposed] Order Regarding Trial Evidence, Irico reserves the right to challenge the admissibility of these documents and statements within them on other grounds including under FRE 805.

*In re Cathode Ray Tube (CRT) Antitrust Litig.* , Master File No. 4:07-cv-05944, MDL No. 1917 (N.D. Cal.)

**Appendix to Stipulation and [Proposed] Order Regarding Trial Evidence (IPP Actions)[1]**

| Column A (Temporary Trial Exhibit Number) | Column B (Beginning Bates) | Column C (Ending Bates) | Column D (Authentic) | Column E (Business Record) | Column F (Limitation) |
|---|---|---|---|---|---|
| 1241 | CHU00028642 | CHU00028644 | X | X | |
| 1243 | CHU00028648 | CHU00028650 | X | X | |
| 1240 | CHU00028654 | CHU00028655 | X | X | |
| 1254 | CHU00028656 | CHU00028657 | X | X | |
| 1230 | CHU00028670 | CHU00028671 | X | X | |
| 1127 | CHU00028687 | CHU00028688 | X | X | |
| 1237 | CHU00028691 | CHU00028693 | X | X | |
| 1125 | CHU00028701 | CHU00028703 | X | X | |
| 1124 | CHU00028707 | CHU00028710 | X | X | |
| 1235 | CHU00028711 | CHU00028712 | X | X | |
| 1295 | CHU00028723 | CHU00028724 | X | X | |
| 1016 | CHU00028725 | CHU00028727 | X | X | |
| 1106 | CHU00028730 | CHU00028733 | X | X | |
| 1122 | CHU00028734 | CHU00028735 | X | X | |
| 1120 | CHU00028740 | CHU00028743 | X | X | |
| 1117 | CHU00028760 | CHU00028762 | X | X | |
| 1229 | CHU00028768 | CHU00028770 | X | X | |
| 1293 | CHU00028786 | CHU00028788 | X | X | |
| 1208 | CHU00028791 | CHU00028793 | X | X | |
| 1115 | CHU00028803 | CHU00028804 | X | X | |
| 688 | CHU00028809 | CHU00028810 | X | X | |
| 1289 | CHU00028841 | CHU00028843 | X | X | |
| 1288 | CHU00028869 | CHU00028872 | X | X | |
| 1109 | CHU00028873 | CHU00028873 | X | X | |
| 1246 | CHU00028889 | CHU00028892 | X | X | |
| 1287 | CHU00028933 | CHU00028933 | X | X | |
| 1130 | CHU00028955 | CHU00028957 | X | X | |
| 1168 | CHU00028975 | CHU00028976 | X | X | |
| 1315 | CHU00029050 | CHU00029051 | X | X | |

1. Pursuant to ¶ 4 of the Stipulation and [Proposed] Order Regarding Trial Evidence, Irico reserves the right to challenge the admissibility of these documents and statements within them on other grounds including under FRE 805.

*In re Cathode Ray Tube (CRT) Antitrust Litig.* **, Master File No. 4:07-cv-05944, MDL No. 1917 (N.D. Cal.)**

**Appendix to Stipulation and [Proposed] Order Regarding Trial Evidence (IPP Actions)**[1]

| Column A (Temporary Trial Exhibit Number) | Column B (Beginning Bates) | Column C (Ending Bates) | Column D (Authentic) | Column E (Business Record) | Column F (Limitation) |
|---|---|---|---|---|---|
| 1255 | CHU00029065 | CHU00029067 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |
| 1264 | CHU00029108 | CHU00029109 | X | | |
| 2260 | CHU00029110 | CHU00029115 | X | X | |
| 709 | CHU00029116 | CHU00029123 | X | X | |
| 710 | CHU00029131 | CHU00029137 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |
| 1260 | CHU00029155 | CHU00029162 | X | X | |
| 1157 | CHU00029163 | CHU00029170 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |
| 1153 | CHU00029175 | CHU00029178 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |
| 719 | CHU00029179 | CHU00029184 | X | X | |
| 1146 | CHU00029189 | CHU00029190 | X | X | |
| 1108 | CHU00029191 | CHU00029194 | X | X | |
| 1142 | CHU00029235 | CHU00029237 | X | X | |
| 1140 | CHU00029245 | CHU00029247 | X | | |
| 1134 | CHU00029259 | CHU00029261 | X | X | |
| 1300 | CHU00029262 | CHU00029264 | X | X | |
| 660 | CHU00029316 | CHU00029320 | X | X | |
| 1273 | CHU00030051 | CHU00030051 | X | X | |
| 1271 | CHU00030058 | CHU00030058 | X | X | |
| 1272 | CHU00030064 | CHU00030065 | X | X | |
| 1268 | CHU00030559 | CHU00030562 | X | X | |

1. Pursuant to ¶ 4 of the Stipulation and [Proposed] Order Regarding Trial Evidence, Irico reserves the right to challenge the admissibility of these documents and statements within them on other grounds including under FRE 805.

*In re Cathode Ray Tube (CRT) Antitrust Litig.* , Master File No. 4:07-cv-05944, MDL No. 1917 (N.D. Cal.)

**Appendix to Stipulation and [Proposed] Order Regarding Trial Evidence (IPP Actions)**[1]

| Column A (Temporary Trial Exhibit Number) | Column B (Beginning Bates) | Column C (Ending Bates) | Column D (Authentic) | Column E (Business Record) | Column F (Limitation) |
|---|---|---|---|---|---|
| 1312 | CHU00030679 | CHU00030683 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. Irico also notes that this document is duplicative of Temporary Trial Exhibit 8424. |
| 8424 | CHU00030679 | CHU00030683 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. Irico also notes that this document is duplicative of Temporary Trial Exhibit 1312. |
| 8420 | CHU00030684 | CHU00030687 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |
| 1303 | CHU00030688 | CHU00030691 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |
| 1301 | CHU00030695 | CHU00030697 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |
| 1136 | CHU00030698 | CHU00030700 | X | X | |
| 1137 | CHU00030701 | CHU00030704 | X | X | |
| 1138 | CHU00030713 | CHU00030716 | X | X | |
| 8421 | CHU00030734 | CHU00030737 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |
| 1143 | CHU00030749 | CHU00030751 | X | X | |
| 8422 | CHU00030752 | CHU00030755 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |
| 8423 | CHU00030769 | CHU00030770 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |

1. Pursuant to ¶ 4 of the Stipulation and [Proposed] Order Regarding Trial Evidence, Irico reserves the right to challenge the admissibility of these documents and statements within them on other grounds including under FRE 805.

*In re Cathode Ray Tube (CRT) Antitrust Litig.*, Master File No. 4:07-cv-05944, MDL No. 1917 (N.D. Cal.)

**Appendix to Stipulation and [Proposed] Order Regarding Trial Evidence (IPP Actions)[1]**

| Column A (Temporary Trial Exhibit Number) | Column B (Beginning Bates) | Column C (Ending Bates) | Column D (Authentic) | Column E (Business Record) | Column F (Limitation) |
|---|---|---|---|---|---|
| 1314 | CHU00030777 | CHU00030780 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |
| 1147 | CHU00030787 | CHU00030794 | X | X | |
| 1302 | CHU00030799 | CHU00030800 | X | X | |
| 1305 | CHU00030819 | CHU00030822 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. Irico also notes that this entry is duplicative of Temporary Trial Exhibit 8621. |
| 8621 | CHU00030819 | CHU00030822 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. Irico also notes that this entry is duplicative of Temporary Trial Exhibit 1305. |
| 1150 | CHU00030835 | CHU00030838 | X | X | |
| 1212 | CHU00030839 | CHU00030840 | X | X | |
| 1155 | CHU00030899 | CHU00030903 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |
| 1993 | CHU00030916 | CHU00030916 | X | X | |
| 1158 | CHU00030960 | CHU00030962 | X | X | |
| 1159 | CHU00030979 | CHU00030984 | X | X | |
| 1316 | CHU00030985 | CHU00030990 | X | X | |
| 1306 | CHU00030992 | CHU00030994 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |
| 1160 | CHU00030995 | CHU00030997 | X | X | |
| 1317 | CHU00030998 | CHU00030998 | X | X | |
| 1307 | CHU00031006 | CHU00031009 | X | X | |
| 1163 | CHU00031010 | CHU00031012 | X | X | |
| 1308 | CHU00031015 | CHU00031016 | X | X | |

1. Pursuant to ¶ 4 of the Stipulation and [Proposed] Order Regarding Trial Evidence, Irico reserves the right to challenge the admissibility of these documents and statements within them on other grounds including under FRE 805.

*In re Cathode Ray Tube (CRT) Antitrust Litig.* , Master File No. 4:07-cv-05944, MDL No. 1917 (N.D. Cal.)

**Appendix to Stipulation and [Proposed] Order Regarding Trial Evidence (IPP Actions)**[1]

| Column A (Temporary Trial Exhibit Number) | Column B (Beginning Bates) | Column C (Ending Bates) | Column D (Authentic) | Column E (Business Record) | Column F (Limitation) |
|---|---|---|---|---|---|
| 1162 | CHU00031028 | CHU00031030 | X | X | |
| 2261 | CHU00031056 | CHU00031057 | X | X | |
| 1167 | CHU00031075 | CHU00031087 | X | X | |
| 8623 | CHU00031092 | CHU00031093 | X | X | |
| 1170 | CHU00031111 | CHU00031112 | X | X | |
| 1171 | CHU00031113 | CHU00031114 | X | X | |
| 1266 | CHU00031123 | CHU00031125 | X | X | |
| 1173 | CHU00031136 | CHU00031136 | X | X | |
| 1175 | CHU00031142 | CHU00031147 | X | X | |
| 1176 | CHU00031150 | CHU00031152 | X | X | |
| 1304 | CHU00031176 | CHU00031176 | X | X | |
| 1182 | CHU00031178 | CHU00031179 | X | X | |
| 1202 | CHU00031180 | CHU00031181 | X | X | |
| 1184 | CHU00031182 | CHU00031182 | X | X | |
| 1187 | CHU00031194 | CHU00031201 | X | X | |
| 1188 | CHU00031209 | CHU00031213 | X | X | |
| 1189 | CHU00031214 | CHU00031220 | X | X | |
| 1193 | CHU00031240 | CHU00031247 | X | X | |
| 1211 | CHU00031254 | CHU00031254 | X | X | |
| 1199 | CHU00031274 | CHU00031277 | X | X | |
| 1186 | CHU00031804 | CHU00031804 | X | X | |
| 1277 | CHU00036390 | CHU00036391 | X | X | |
| 2354 | CHU00036394 | CHU00036395 | X | X | |
| 1178 | CHU00036410 | CHU00036411 | X | X | |
| 1177 | CHU00036412 | CHU00036413 | X | X | |
| 1278 | CHU00040992 | CHU00040993 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |
| 8626 | CHU00102752 | CHU00102754 | X | X | |

1. Pursuant to ¶ 4 of the Stipulation and [Proposed] Order Regarding Trial Evidence, Irico reserves the right to challenge the admissibility of these documents and statements within them on other grounds including under FRE 805.

*In re Cathode Ray Tube (CRT) Antitrust Litig.* , Master File No. 4:07-cv-05944, MDL No. 1917 (N.D. Cal.)

**Appendix to Stipulation and [Proposed] Order Regarding Trial Evidence (IPP Actions)**[1]

| Column A (Temporary Trial Exhibit Number) | Column B (Beginning Bates) | Column C (Ending Bates) | Column D (Authentic) | Column E (Business Record) | Column F (Limitation) |
|---|---|---|---|---|---|
| 8569 | CHU00102864 | CHU00102865 | X | | Irico notes that this document is duplicative of Temporary Trial Exhibit 8620. |
| 8620 | CHU00102864 | CHU00102865 | X | | Irico notes that this document is duplicative of Temporary Trial Exhibit 8569. |
| 1276 | CHU00123358 | CHU00123361 | X | | |
| 1321 | CHU00125849 | CHU00125858 | X | | |
| 1322 | CHU00125895 | CHU00125899 | X | | |
| 1227 | CHU00647932 | CHU00647943 | X | | |
| 1220 | CHU00660373 | CHU00660382 | X | | |
| 1217 | CHU00660383 | CHU00660394 | X | | |
| 1216 | CHU00660395 | CHU00660407 | X | | |
| 158 | CHU00660408 | CHU00660418 | X | | |
| 1218 | CHU00660454 | CHU00660463 | X | | |
| 1221 | CHU00660606 | CHU00660615 | X | | |
| 1222 | CHU00660626 | CHU00660632 | X | | |
| 162 | CHU00660671 | CHU00660680 | X | | |
| 1224 | CHU00660709 | CHU00660716 | X | | |
| 1198 | CHU00660717 | CHU00660727 | X | | |
| 2388 | HDP-CRT00042019 | HDP-CRT00042023 | X | | |
| 8393 | IRI-CRT-00003498 | IRI-CRT-00003499 | X | | |
| 8413 | IRI-CRT-00003546 | IRI-CRT-00003546 | X | X | Irico asserts that this document was created by a non-Irico entity |
| 8405 | IRI-CRT-00003566 | IRI-CRT-00003567 | X | X | Irico asserts that this document was created by a non-Irico entity |
| 8404 | IRI-CRT-00003568 | IRI-CRT-00003569 | X | X | Irico asserts that this document was created by a non-Irico entity |
| 8406 | IRI-CRT-00003570 | IRI-CRT-00003571 | X | X | Irico asserts that this document was created by a non-Irico entity |
| 8407 | IRI-CRT-00003576 | IRI-CRT-00003577 | X | X | Irico asserts that this document was created by a non-Irico entity |

1. Pursuant to ¶ 4 of the Stipulation and [Proposed] Order Regarding Trial Evidence, Irico reserves the right to challenge the admissibility of these documents and statements within them on other grounds including under FRE 805.

*In re Cathode Ray Tube (CRT) Antitrust Litig.* , Master File No. 4:07-cv-05944, MDL No. 1917 (N.D. Cal.)

**Appendix to Stipulation and [Proposed] Order Regarding Trial Evidence (IPP Actions)[1]**

| Column A (Temporary Trial Exhibit Number) | Column B (Beginning Bates) | Column C (Ending Bates) | Column D (Authentic) | Column E (Business Record) | Column F (Limitation) |
|---|---|---|---|---|---|
| 8408 | IRI-CRT-00003578 | IRI-CRT-00003579 | X | X | Irico asserts that this document was created by a non-Irico entity |
| 8409 | IRI-CRT-00003584 | IRI-CRT-00003585 | X | X | Irico asserts that this document was created by a non-Irico entity |
| 8410 | IRI-CRT-00003586 | IRI-CRT-00003587 | X | X | Irico asserts that this document was created by a non-Irico entity |
| 8411 | IRI-CRT-00003588 | IRI-CRT-00003589 | X | X | Irico asserts that this document was created by a non-Irico entity |
| 8412 | IRI-CRT-00003594 | IRI-CRT-00003595 | X | X | Irico asserts that this document was created by a non-Irico entity |
| 8603 | IRI-CRT-00005995 | IRI-CRT-00005995 | X | | |
| 8602 | IRI-CRT-00005996 | IRI-CRT-00005996 | X | | |
| 8563 | IRI-CRT-00020490; IRI-CRT-00020501 | IRI-CRT-00020490; IRI-CRT-00020502 (3 pg. document, not consecutive Bates numbering) | X | X | |
| 8611 | IRI-CRT-00025698 | IRI-CRT-00025701 | X | X | |
| 8612 | IRI-CRT-00025753 | IRI-CRT-00025754 | X | X | Irico asserts that this document was created by a non-Irico entity |
| 8585 | IRI-CRT-00032472; IRI-CRT-00032477 | IRI-CRT-00032472; IRI-CRT-00032477 (2 single page documents) | X | X | |
| 8598 | IRI-CRT-00033400 | IRI-CRT-00033402 | X | X | |
| 813 | LGE00089844 | LGE00089849 | X | X | |
| 1942 | MTPD-0024384 | MTPD-0024384 | X | | |
| 802 | MTPD-0035375 | MTPD-0035376 | X | | |
| 801 | MTPD-0038856 | MTPD-0038862 | X | | |
| 905 | MTPD-0094874 | MTPD-0094880 | X | | |

1. Pursuant to ¶ 4 of the Stipulation and [Proposed] Order Regarding Trial Evidence, Irico reserves the right to challenge the admissibility of these documents and statements within them on other grounds including under FRE 805.

**Appendix to Stipulation and [Proposed] Order Regarding Trial Evidence (IPP Actions)[1]**

| Column A (Temporary Trial Exhibit Number) | Column B (Beginning Bates) | Column C (Ending Bates) | Column D (Authentic) | Column E (Business Record) | Column F (Limitation) |
|---|---|---|---|---|---|
| 1932 | MTPD-0423675 | MTPD-0423677 | X | | |
| 815 | MTPD-0426017 | MTPD-0426018 | X | | |
| 1414 | MTPD-0479721 | MTPD-0479723 | X | | |
| 808 | MTPD-0492286 | MTPD-0492289 | X | | |
| 3402 | MTPD-0576449 | MTPD-0576452 | X | | |
| 810 | SDCRT-0005645 | SDCRT-0005646 | X | | |
| 3336 | SDCRT-0006799 | SDCRT-0006801 | X | | |
| 1885 | SDCRT-0086416 | SDCRT-0086418 | X | | |
| 1527 | SDCRT-0086419 | SDCRT-0086420 | X | | |
| 5611 | SDCRT-0086512 | SDCRT-0086513 | X | | |
| 1505 | SDCRT-0086532 | SDCRT-0086536 | X | | |
| 8425 | SDCRT-0091524 | SDCRT-0091530 | X | | |
| 8625 | SDCRT-0091569 | SDCRT-0091572 | X | | |
| 2681 | SDCRT-0105131 | SDCRT-0105134 | X | | |
| 2445 | SDCRT-0180438 | SDCRT-0180438 | X | | |
| 8644 | BMCC-CRT000105586 | BMCC-CRT000105590 | X | | |
| | BMCC-CRT000540532 | BMCC-CRT000540536 | X | | |
| | CHU00006004 | CHU00006006 | X | X | |
| | CHU00014200 | CHU00014201 | X | X | |
| | CHU00017037 | CHU00017045 | X | X | |
| | CHU00023392 | CHU00023394 | X | | |
| | CHU00028377 | CHU00028379 | X | X | |
| | CHU00028749 | CHU00028751 | X | X | |
| | CHU00028758 | CHU00028759 | X | X | |
| | CHU00028776 | CHU00028780 | X | | |
| | CHU00029046 | CHU00029047 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |

1. Pursuant to ¶ 4 of the Stipulation and [Proposed] Order Regarding Trial Evidence, Irico reserves the right to challenge the admissibility of these documents and statements within them on other grounds including under FRE 805.

**Appendix to Stipulation and [Proposed] Order Regarding Trial Evidence (IPP Actions)[1]**

| Column A (Temporary Trial Exhibit Number) | Column B (Beginning Bates) | Column C (Ending Bates) | Column D (Authentic) | Column E (Business Record) | Column F (Limitation) |
|---|---|---|---|---|---|
| | CHU00029048 | CHU00029049 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |
| | CHU00029214 | CHU00029220 | X | | |
| | CHU00029985 | CHU00029986 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |
| | CHU00030008 | CHU00030009 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |
| | CHU00030067 | CHU00030067 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |
| | CHU00030085 | CHU00030086 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |
| | CHU00030661 | CHU00030663 | X | X | |
| | CHU00030665 | CHU00030667 | X | X | |
| | CHU00030668 | CHU00030669 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |
| | CHU00030705 | CHU00030708 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |
| | CHU00030745 | CHU00030747 | X | X | |
| | CHU00030756 | CHU00030756 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |

1. Pursuant to ¶ 4 of the Stipulation and [Proposed] Order Regarding Trial Evidence, Irico reserves the right to challenge the admissibility of these documents and statements within them on other grounds including under FRE 805.

**Appendix to Stipulation and [Proposed] Order Regarding Trial Evidence (IPP Actions)[1]**

| Column A (Temporary Trial Exhibit Number) | Column B (Beginning Bates) | Column C (Ending Bates) | Column D (Authentic) | Column E (Business Record) | Column F (Limitation) |
|---|---|---|---|---|---|
| | CHU00030797 | CHU00030798 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |
| | CHU00030827 | CHU00030830 | X | X | |
| | CHU00030843 | CHU00030845 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |
| | CHU00030872 | CHU00030874 | X | X | |
| | CHU00030881 | CHU00030884 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |
| | CHU00030910 | CHU00030911 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |
| | CHU00030917 | CHU00030919 | X | X | |
| | CHU00030941 | CHU00030943 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |
| | CHU00030946 | CHU00030947 | X | X | |
| | CHU00030953 | CHU00030956 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |
| | CHU00030973 | CHU00030975 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |
| | CHU00031002 | CHU00031005 | X | X | |
| | CHU00031018 | CHU00031020 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |

1. Pursuant to ¶ 4 of the Stipulation and [Proposed] Order Regarding Trial Evidence, Irico reserves the right to challenge the admissibility of these documents and statements within them on other grounds including under FRE 805.

*In re Cathode Ray Tube (CRT) Antitrust Litig.* , Master File No. 4:07-cv-05944, MDL No. 1917 (N.D. Cal.)

**Appendix to Stipulation and [Proposed] Order Regarding Trial Evidence (IPP Actions)**[1]

| Column A (Temporary Trial Exhibit Number) | Column B (Beginning Bates) | Column C (Ending Bates) | Column D (Authentic) | Column E (Business Record) | Column F (Limitation) |
|---|---|---|---|---|---|
| | CHU00031032 | CHU00031035 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |
| | CHU00031040 | CHU00031043 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |
| | CHU00031044 | CHU00031046 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |
| | CHU00031070 | CHU00031074 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |
| | CHU00031088 | CHU00031091 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |
| | CHU00031101 | CHU00031104 | X | X | |
| | CHU00031105 | CHU00031106 | X | X | |
| | CHU00031107 | CHU00031109 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |
| | CHU00036382 | CHU00036383 | X | X | |
| | CHU00047663 | CHU00047674 | X | X | |
| | CHU00124993 | CHU00124994 | X | X | |
| | CHU00125190 | CHU00125191 | X | X | |
| | CHU00660699 | CHU00660708 | X | | |
| | CHU00661917 | CHU00661928 | X | | |
| | CHU00725770 | CHU00725772 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |
| | CHU00734728 | CHU00734728 | X | X | |

1. Pursuant to ¶ 4 of the Stipulation and [Proposed] Order Regarding Trial Evidence, Irico reserves the right to challenge the admissibility of these documents and statements within them on other grounds including under FRE 805.

*In re Cathode Ray Tube (CRT) Antitrust Litig.* , Master File No. 4:07-cv-05944, MDL No. 1917 (N.D. Cal.)

**Appendix to Stipulation and [Proposed] Order Regarding Trial Evidence (IPP Actions)**[1]

| Column A (Temporary Trial Exhibit Number) | Column B (Beginning Bates) | Column C (Ending Bates) | Column D (Authentic) | Column E (Business Record) | Column F (Limitation) |
|---|---|---|---|---|---|
| | IRI-CRT-00003547 | IRI-CRT-00003547 (Native Excel document) | X | X | Irico asserts that this document was created by a non-Irico entity |
| | IRI-CRT-00003561; ITI-CRT-00003565 | IRI-CRT-00003561; ITI-CRT-00003565 | X | X | Irico asserts that this document was created by a non-Irico entity |
| | IRI-CRT-00003580 | IRI-CRT-00003581 | X | X | Irico asserts that this document was created by a non-Irico entity |
| | IRI-CRT-00003582 | IRI-CRT-00003583 | X | X | Irico asserts that this document was created by a non-Irico entity |
| | IRI-CRT-00003592 | IRI-CRT-00003593 | X | X | Irico asserts that this document was created by a non-Irico entity |
| | IRI-CRT-00003598 | IRI-CRT-00003598 (Native Excel document) | X | X | Irico asserts that this document was created by a non-Irico entity |
| | IRI-CRT-00012210; IRI-CRT-00012219 | IRI-CRT-00012210; IRI-CRT-00012220 | X | X | |
| | IRI-SUPP-000001 | IRI-SUPP-000005 | X | | |
| | IRI-SUPP-000006 | IRI-SUPP-000011 | X | | |
| | IRI-SUPP-000012 | IRI-SUPP-000021 | X | | |
| | IRI-SUPP-000022; IRI-SUPP-000023 | IRI-SUPP-000022; IRI-SUPP-000028 | X | | |
| | IRI-SUPP-000029 | IRI-SUPP-000030 | X | | |
| | IRI-SUPP-000031 | IRI-SUPP-000033 | X | | |
| | IRI-SUPP-000034 | IRI-SUPP-000036 | X | | |
| | SDCRT-0086672 | SDCRT-0086674 (Produced as part of a larger Bates range beginning at SDCRT-0086256.) | X | | |
| | SDCRT-0087312 | SDCRT-0087313 | X | | |
| | SDCRT-0087340 | SDCRT-0087342 | X | | |
| | SDCRT-0087694 | SDCRT-0087698 | X | | |

1. Pursuant to ¶ 4 of the Stipulation and [Proposed] Order Regarding Trial Evidence, Irico reserves the right to challenge the admissibility of these documents and statements within them on other grounds including under FRE 805.

*In re Cathode Ray Tube (CRT) Antitrust Litig.* , Master File No. 4:07-cv-05944, MDL No. 1917 (N.D. Cal.)

**Appendix to Stipulation and [Proposed] Order Regarding Trial Evidence (IPP Actions)**[1]

| Column A (Temporary Trial Exhibit Number) | Column B (Beginning Bates) | Column C (Ending Bates) | Column D (Authentic) | Column E (Business Record) | Column F (Limitation) |
|---|---|---|---|---|---|
| | SDCRT-0087700 | SDCRT-0087702 (Produced as part of a larger Bates range beginning at SDCRT-0086256.) | X | | |
| | SDCRT-0091537 | SDCRT-0091538 (Produced as part of a larger Bates range beginning at SDCRT-0091027) | X | | |
| | SDCRT-0091584 | SDCRT-0091588 (Produced as part of a larger Bates range beginning at SDCRT-0091027) | X | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

1. Pursuant to ¶ 4 of the Stipulation and [Proposed] Order Regarding Trial Evidence, Irico reserves the right to challenge the admissibility of these documents and statements within them on other grounds including under FRE 805.

*In re Cathode Ray Tube (CRT) Antitrust Litig.* , Master File No. 4:07-cv-05944, MDL No. 1917 (N.D. Cal.)

**Appendix to Stipulation and [Proposed] Order Regarding Trial Evidence (IPP Actions)**[1]

| Column A (Temporary Trial Exhibit Number) | Column B (Beginning Bates) | Column C (Ending Bates) | Column D (Authentic) | Column E (Business Record) | Column F (Limitation) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

1. Pursuant to ¶ 4 of the Stipulation and [Proposed] Order Regarding Trial Evidence, Irico reserves the right to challenge the admissibility of these documents and statements within them on other grounds including under FRE 805.