1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-CV-5944-JST |
| | MDL No. 1917 |
| This Document Relates to: | **STIPULATION AND [PROPOSED] ORDER RE: DEADLINE TO SUBMIT LI MIAO DEPOSITION ERRATA** |
| *ALL DIRECT PURCHASER ACTIONS* | |
| *ALL INDIRECT PURCHASER ACTIONS* | Judge:      Honorable Jon S. Tigar |

1. Direct Purchaser Plaintiffs ("DPPs"), Indirect Purchaser Plaintiffs ("IPPs") and Defendants Irico Group Corporation and Irico Display Devices Co., Ltd. ("Irico" or the "Irico Defendants," collectively the "Parties"), by and through the undersigned counsel and pursuant to Federal Rule of Civil Procedure 16(b)(4) and Civil Local Rule 7-12, hereby stipulate as follows:

WHEREAS, pursuant to the Court's Order dated February 9, 2023 (ECF No. 6148), the Deposition of Irico employee Li Miao was taken during the period March 7 through March 9, 2023;

WHEREAS, on April 3, 2012, the Court approved the Order re Discovery and Case Management Protocol setting forth the procedures for depositions in this case and that provided, in relevant part in Section XII.1., that the signed witness attestation, including any corrections to the transcript, are to be submitted within 30 days of receipt of the transcript from the court reporter (ECF No. 1128);

WHEREAS, Mr. Li has requested additional time to review the transcript and identify any corrections due to his limited ability to speak English; and,

WHEREAS, the Parties agree that a brief extension of the current deadline is in the best interests of the Parties and the Court and would not impact any other scheduled deadlines for the DPP or IPP actions;

IT IS HEREBY STIPULATED AND AGREED by and between counsel for DPPs, IPPs, and the Irico Defendants that good cause exists to modify the deadlines pursuant to the Order re Discovery and Case Management Protocol as follows:

1. The deadline for Li Miao to sign his transcripts and submit any corrections for his deposition on March 7-9, 2023, under Section XII.1. of the Order re Discovery and Case Management Protocol is extended to May 16, 2023.

**PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED.**

Dated: April 25, 2023

_____
HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE

Dated: April 21, 2023

/s/  *R. Alexander Saveri*
R. Alexander Saveri (173102)
Geoffrey C. Rushing (126910)
Matthew D. Heaphy (227224)
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Lead Counsel for Direct Purchaser Plaintiffs*

/s/  *Lauren C. Capurro*
Mario N. Alioto (56433)
Joseph M. Patane (72202)
Lauren C. Capurro (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2001 Union Street, Suite 482
San Francisco, CA 94123
Telephone: 415-563-7200
Facsimile: 415- 346-0679
Email: malioto@tatp.com
jpatane@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the Indirect Purchaser Plaintiffs*

/s/  *John M. Taladay*
John M. Taladay (*pro hac vice*)
Evan J. Werbel (*pro hac vice*)
Thomas E. Carter (*pro hac vice*)
Andrew L. Lucarelli (*pro hac vice*)
BAKER BOTTS LLP
700 K Street, N.W.
Washington, D.C. 20001
(202) 639-7700
(202) 639-7890 (fax)
Email: john.taladay@bakerbotts.com
evan.werbel@bakerbotts.com
tom.carter@bakerbotts.com
drew.lucarelli@bakerbotts.com

*Attorneys for Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.*