# DECLARATION OF JOSEPH M. FISHER

## LIST OF EXHIBITS

Exhibit A . . . . . . . . . . . . . . . . . . . .   Settlement Website Homepage

Exhibit B . . . . . . . . . . . . . . . . . . . .   Summary Notice

Exhibit C . . . . . . . . . . . . . . . . . . . .   Summary Notice (Spanish)

Exhibit D . . . . . . . . . . . . . . . . . . . .   Detailed Notice

Exhibit E . . . . . . . . . . . . . . . . . . . .   Detailed Notice (Spanish)

Exhibit F . . . . . . . . . . . . . . . . . . . .   Claim Form and Instructions for Individuals

Exhibit G . . . . . . . . . . . . . . . . . . . .   Claim Form and Instructions for Individuals (Spanish)

Exhibit H . . . . . . . . . . . . . . . . . . . .   Claim Form and Instructions for Businesses

Exhibit I . . . . . . . . . . . . . . . . . . . .   Claim Form and Instructions for Businesses (Spanish)

Exhibit J . . . . . . . . . . . . . . . . . . . .   Settlement Website Page for Settlement Documents

Exhibit K . . . . . . . . . . . . . . . . . . . .   Digital Media Notices

Exhibit L  . . . . . . . . . . . . . . . . . . .   Print Media Notices

Exhibit M . . . . . . . . . . . . . . . . . . . .   Press Release (English & Spanish) and Visibility Report

Exhibit N . . . . . . . . . . . . . . . . . . . .   Magazine eNewsletter Notices and Companion Banners

Exhibit O . . . . . . . . . . . . . . . . . . . .   Summary Email Notice – Claim Representatives

Exhibit P . . . . . . . . . . . . . . . . . . . .   Summary Mail Notice - Prior Claimants

Exhibit Q . . . . . . . . . . . . . . . . . . . .   Summary Email Notice - Prior Claimants

Exhibit R . . . . . . . . . . . . . . . . . . . .   Summary Mail Notice (Postcard) - Compiled Lists of Businesses and Organizations

Exhibit S . . . . . . . . . . . . . . . . . . . .   Summary Email Notice - Small Businesses and Consumers

Exhibit T . . . . . . . . . . . . . . . . . . . .   Exclusion Requests

# DECLARATION OF JOSEPH M. FISHER

## EXHIBIT A

CRT INDIRECT PURCHASER CLASS ACTION SETTLEMENTS
(https://crtclaims.com/)

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND DIVISION | IN RE: CRT

ANTITRUST LITIGATION (MDL 1917)



# CRT Indirect Purchaser Class Action Settlement

## If You Bought a Cathode Ray Tube (CRT) or a TV or Computer Monitor That Contained a CRT You Could Get Money from a New $33 Million Settlement.

**Submit a Claim (http://claims.crtclaims.com/)**

## New Settlement Information

A class action Settlement has been reached with Mitsubishi Electric Corporation ("New Settlement") involving **Cathode Ray Tubes ("CRTs")**, a display device that was the main component in TVs and computer monitors. The lawsuit claims that Mitsubishi Electric conspired with other CRT manufacturers to fix the prices of CRTs, causing consumers to pay more for CRTs and products containing CRTs, such as TVs and computer monitors ("CRT Products"). This settlement is in addition to the previous nine settlements reached with Defendants Chunghwa, LG, Philips, Panasonic,

## Important Dates

**April 14, 2023:** Deadline to Object or Exclude yourself from the Settlement

**June 1, 2023:**  Attend the Final Approval Hearing on June 1, 2023 at 2:00 p.m.

Hitachi, Toshiba, Samsung SDI, Thomson, and Technologies Displays America (the "Prior Settlements").

**June 13, 2023:** Deadline to Submit a Claim

## Who Is a Class Member?

Individuals and businesses who or which:

- Indirectly purchased a CRT Product, such as a CRT television or CRT computer monitor, in Arizona, Arkansas, California, District of Columbia, Florida, Hawaii, Iowa, Kansas, Maine, Massachusetts, Michigan, Minnesota, Mississippi, Nebraska, Nevada, New Hampshire, New Mexico, New York, North Carolina, North Dakota, Oregon, South Carolina, South Dakota, Tennessee, Utah, Vermont, West Virginia, and Wisconsin between March 1, 1995 and November 25, 2007 (Hawaii, Nebraska, and Nevada have shorter claim periods; review **here (https://crtclaims.com/faq/#Question7)**);
- For their own use and not for resale.

Purchases in Missouri, Montana and Rhode Island must have been made primarily for personal, family, or household purposes. Indirectly purchased means you purchased any brand of CRT Product (except Sony) from someone other than the manufacturer of the CRT Product, such as a retailer like Best Buy or Costco. The purchase must have been made in one of these states but you do not have to be a resident of these states. IMPORTANT: The Settlement Class includes nine states that were not included in the settlement class for the Prior Settlements. The nine new states are: Arkansas, Massachusetts, Missouri, Montana, New Hampshire, Oregon, Rhode Island, South Carolina and Utah.

## How To Get A Payment

If you are a member of the Settlement Class AND

- did not submit a claim in connection with the Prior Settlements or
- did make a claim in connection with the Prior Settlements but want to make a new claim based on additional purchases of CRT Products not included in your original claim as accepted (for example, purchases you made in states not included in the Prior Settlements),

you must complete and submit a **Claim Form (http://claims.crtclaims.com/)**.

If you submitted a valid claim in connection with the Prior Settlements and you do not submit a claim in the New Settlement, then your valid claim in the Prior Settlements will be automatically submitted in the New Settlement without further action by you. Late Claims submitted after the deadline for the Prior Settlements but which are otherwise valid are considered a "valid claim" for the purposes of the New Settlement and need not be resubmitted unless you wish to submit a claim for additional purchases of CRT Products.

## Your Legal Rights and Options

| Option and Deadline | Your Legal Rights |
|---|---|
| **SUBMIT A CLAIM BY**<br><br>June 13, 2023 | If you submitted a valid claim in the Prior Settlements and you do not submit a claim in the New Settlement, then your prior claim will automatically be submitted in the New Settlement. See **FAQ 9 (https://crtclaims.com/faq/#Question9)**. If you want to submit a claim for purchases not previously part of your valid claim in the Prior Settlements, you must submit a claim to receive a payment from the New Settlement. Your claim should include ALL eligible purchases of CRT Products including those you previously claimed in the Prior Settlements. |
| **EXCLUDE YOURSELF BY**<br><br>Deadline Passed | Excluding yourself from the Settlement Class is the only option that allows you to individually sue Mitsubishi Electric Corporation about the claims in this case. See **FAQ 12 (https://crtclaims.com/faq/#Question12)** and **FAQ 13 (https://crtclaims.com/faq/#Question13)**. |
| **OBJECT BY**<br><br>Deadline Passed | You can file an objection with the Court explaining why you disagree with the New Settlement, the plan of distribution, the requested attorneys' fees and litigation expenses, and/or the Class Representative awards. See **FAQ 17 (https://crtclaims.com/faq/#Question17)**. |
| **GO TO THE HEARING** | Ask to speak to the Court about the New Settlement. See **FAQ 18** |

| | |
|---|---|
| **ON**<br><br>June 1, 2023<br>at 2:00 p.m. | **(https://crtclaims.com/faq/#Question18)** and **FAQ 20**<br><br>**(https://crtclaims.com/faq/#Question20)**. |
| **DO NOTHING**<br><br>No Deadline | If you submitted a valid claim in the Prior Settlements and you have no additional CRT Product purchases to claim, you need not do anything and your previously-submitted valid claim will automatically be submitted in the New Settlement.  If you did **not** submit a valid claim in the Prior Settlements, or if you have additional CRT Products not previously claimed, then you must submit a claim now. If you do nothing, then you will **not** receive payment from the New Settlement for CRT Products not previously claimed and you will give up any rights you currently have to separately sue Mitsubishi Electric for the conduct that is the subject of this litigation. |

## Dates and Deadlines

| **Claims Deadline**<br><br>*June 13, 2023* | **Exclusion Deadline**<br><br>*April 14, 2023* | **Objection Deadline**<br><br>*April 14, 2023* | **Final Hearing**<br><br>*June 1, 2023* |
|---|---|---|---|

This website is supervised by Counsel and the Court and is controlled by the Claims Administrator that handles all aspects of the notice program and claims processing. This is the only authorized website for this litigation. Other websites may contain incorrect information about this litigation and should not be relied upon. If you have questions, please contact the Claims Administrator.

Privacy Policy (https://crtclaims.com/privacy-policy/)

Copyright ©

# DECLARATION OF JOSEPH M. FISHER

# EXHIBIT B

# If You Bought Cathode Ray Tubes
## or
## Products containing Cathode Ray Tubes

## Get Money from a $33 Million Settlement

## Simple Online Claim Form Takes 3-5 Minutes

A class action Settlement has been reached with Mitsubishi Electric Corporation involving **Cathode Ray Tubes ("CRTs")**, a display device that was the main component in TVs and computer monitors. The lawsuit claims that Mitsubishi Electric conspired with other CRT manufacturers to fix the prices of CRTs, causing consumers to pay more for CRTs and products containing CRTs, such as TVs and computer monitors ("CRT Products").

### Who is included in the Settlement?

Individuals and businesses who or which:

- Indirectly purchased a CRT Product, such as a CRT television or CRT computer monitor, in AZ, AR, CA, FL, HI, IA, KS, MA, ME, MI, MN, MO, MS, MT, NE, NH, NV, NM, NY, NC, ND, OR, RI, SC, SD, TN, UT, VT, WV, WI, or the District of Columbia between March 1, 1995 and November 25, 2007 (HI, NE and NV have shorter claim periods);
- For their own use and not for resale.

Purchases in MO, MT and RI must have been made primarily for personal, family, or household purposes. Indirectly purchased means you purchased any brand of CRT Products (except Sony) from someone other than the manufacturer of the CRT Products, such as a retailer like Best Buy or Costco. Purchases made directly from Mitsubishi Electric or an alleged co-conspirator are not included (alleged co-conspirators are listed at **www.CRTclaims.com** or by calling 1-800-649-0963).

### What does the Settlement provide?

Mitsubishi Electric has agreed to pay $33 million to settle the claims against it. Qualifying individuals and businesses that purchased CRT Products in the above-listed states are eligible to file a claim. You must have purchased in one of those states, but you do not have to be a resident of one of those states.

The amount of money you will receive depends on the type and quantity of CRT Products you purchased and the total number of claims made. Eligible claimants are expected to receive a minimum payment of $10. More information is available at **www.CRTclaims.com** or by calling 1-800-649-0963.

### How can I get a payment?

Claim online or by mail by **June 13, 2023.** The simple online Claim Form only takes 3-5 minutes for most individuals. If you previously submitted a valid claim as an end user for indirect purchases of CRT Products in related prior settlements (*In re: Cathode Ray Tube (CRT) Antitrust Litigation*, MDL No. 1917 (N.D. Cal.)), you do not have to resubmit your claim to benefit from this Settlement unless you have additional purchases to claim.

### What are my rights?

If you do nothing, you will be bound by the Court's decisions.  If you want to keep your right to sue Mitsubishi Electric, you must send a written request to the Class Administrator for exclusion from the Settlement Class by **April 14, 2023.** The Court will exclude any class member who timely requests exclusion. If you stay in the Settlement Class, you may object to the Settlement by **April 14, 2023.**

On **June 1, 2023** at **2:00 p.m.** the Court will conduct a hearing via Zoom, with the link available at https://cand.uscourts.gov/judges/tigar-jon-s-jst/, to consider whether to approve the Settlement and a request for attorneys' fees up to one-third of the Settlement Fund, plus reimbursement of litigation expenses, and awards to Class Representatives. This date may change so please check the settlement website. You or your own lawyer may appear and speak at the hearing at your own expense.

| | |
|---|---|
| **For More Information:** | For details on how to make a claim, exclude yourself, or object, visit the settlement website: **www.CRTclaims.com**. You may also write to:<br><br>CRT Class Administrator, c/o The Notice Company, P.O. Box 778, Hingham, MA 02043 or call 1-800-649-0963<br><br>Para una notificacion en Espanol, llamar o visitar nuestro website.<br><br>PLEASE DO NOT CONTACT THE COURT |

# DECLARATION OF JOSEPH M. FISHER

# EXHIBIT C

| | |
|---|---|
| **Si compró tubos de rayos catódicos o Productos que contienen tubos de rayos catódicos** | Se ha llegado a un acuerdo de demanda colectiva con Mitsubishi Electric Corporation relacionado con **tubos de rayos catódicos ("CRT")**, un dispositivo de visualización que era el componente principal en televisores y monitores de computadora. La demanda afirma que Mitsubishi Electric conspiró con otros fabricantes de CRT para fijar los precios de los CRT, lo que provocó que los consumidores pagaran más por los CRT y los productos que contienen CRT, como televisores y monitores de computadora ("Productos con CRT"). |

### ¿Quién está incluido en el Acuerdo?

Individuos y empresas que:

- Compraron indirectamente un Producto con CRT, como un televisor CRT o un monitor de computadora CRT, en AZ, AR, CA, FL, HI, IA, KS, MA, ME, MI, MN, MO, MS, MT, NE, NH, NV, NM, NY, NC, ND, OR, RI, SC, SD, TN, UT, VT, WV, WI o el Distrito de Columbia entre el 1 de marzo de 1995 y el 25 de noviembre, 2007 (HI, NE y NV tienen períodos de reclamos más cortos);
- Para su propio uso y no para reventa.

Las compras en MO, MT y RI deben haberse realizado principalmente para fines personales, familiares o domésticos. Comprado indirectamente significa que compró cualquier marca de Productos con CRT (excepto Sony) de alguien que no sea el fabricante de los Productos con CRT, como un minorista como Best Buy o Costco. Las compras realizadas directamente a Mitsubishi Electric o a un presunto copartícipe no están incluidas (los presuntos copartícipes se enumeran en **www.CRTclaims.com**, o puede llamar al 1-800-649-0963 para recibir información).

### ¿Qué ofrece el Acuerdo?

Mitsubishi Electric acordó pagar $33 millones para resolver los reclamos en su contra. Las personas y empresas que califiquen y que compraron Productos con CRT en los estados mencionados anteriormente son elegibles para presentar un reclamo. Debe haber comprado en uno de esos estados, pero no es necesario que sea residente de uno de esos estados.

La cantidad de dinero que recibirá depende del tipo y la cantidad de Productos con CRT que compró y de la cantidad total de reclamos realizados. Se espera que los demandantes elegibles reciban un pago mínimo de $10. Hay más información disponible en **www.CRTclaims.com** o llamando al 1-800-649-0963.

### ¿Cómo puedo obtener un pago?

Reclame en línea o por correo antes del **13 de junio de 2023**. La mayoría de las personas solo tardarán de 3 a 5 minutos para completar el sencillo formulario de reclamo en línea. Si anteriormente presentó un reclamo válido como usuario final por compras indirectas de Productos con CRT en acuerdos anteriores relacionados (*en relación con: Litigio antimonopolio de tubo de rayos catódicos (CRT)*, MDL n. ° 1917 [N.D. Cal.]), no tiene que volver a presentar su reclamo para beneficiarse de este Acuerdo a menos que tenga compras adicionales que reclamar.

### ¿Cuáles son mis derechos?

Si no hace nada, estará sujeto a las decisiones del Tribunal. Si desea conservar su derecho a demandar a Mitsubishi Electric, debe enviar una solicitud por escrito al Administrador de la Demanda Colectiva para excluirse de la Demanda Colectiva antes del **14 de abril de 2023**. El Tribunal excluirá a cualquier miembro de la demanda colectiva que solicite oportunamente su exclusión. Si continúa formando parte de la Demanda Colectiva, puede oponerse al Acuerdo antes del **14 de abril de 2023**.

El **1 de junio de 2023** a las **2:00 p. m.** el Tribunal llevará a cabo una audiencia a través de Zoom, con el enlace disponible en https://cand.uscourts.gov/judges/tigar-jon-s-jst/, para considerar si aprueba el Acuerdo y una solicitud de honorarios de abogados de hasta un tercio del fondo del Acuerdo, más el reembolso de los gastos de litigio y las compensaciones a los representantes de la Demanda Colectiva. Esta fecha podría cambiar, así que consulte el sitio web del acuerdo. Usted o su abogado pueden comparecer y hablar en la audiencia por su cuenta.

**Obtenga dinero de un acuerdo de $33 millones**

**Simple y en línea Formulario de Reclamo Tardará de 3 a 5 minutos**

| | |
|---|---|
| **Más información:** | Para obtener detalles sobre cómo presentar un reclamo, excluirse u objetar, visite el sitio de Internet: **www.CRTclaims.com**. También puede escribir a: CRT Class Administrator, c/o The Notice Company, P.O. Box 778, Hingham, MA 02043 o llamar al 1-800-649-0963 NO SE PONGA EN CONTACTO CON EL TRIBUNAL |

# DECLARATION OF JOSEPH M. FISHER

# EXHIBIT D

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

# If You Bought a Cathode Ray Tube (CRT) or a TV or Computer Monitor That Contained a CRT
## *You Could Get Money from a $33 Million Settlement.*

*A Federal Court authorized this notice. This is not a solicitation from a lawyer.*

### PLEASE READ THIS NOTICE CAREFULLY. YOUR LEGAL RIGHTS MAY BE AFFECTED WHETHER OR NOT YOU ACT.

- This is the fifth legal notice in this litigation involving alleged overcharges on the price of Cathode Ray Tube ("CRT") Products purchased indirectly from the Defendants. **A $33 million settlement has been reached with Mitsubishi Electric Corporation ("New Settlement").** This settlement is in addition to the previous nine settlements reached with Defendants Chunghwa, LG, Philips, Panasonic, Hitachi, Toshiba, Samsung SDI, Thomson, and Technologies Displays America (the "Prior Settlements").

- "CRT Products" include CRTs and products containing CRTs, such as televisions and computer monitors. "Indirectly" means that you purchased the CRT Product from someone other than the manufacturer of the CRT Product. For example, you bought a CRT television from a retailer, such as Best Buy, or a CRT monitor from Dell.

- You can make a claim for money if you indirectly purchased CRT Products, for your own use and not for resale, in Arizona, Arkansas, California, the District of Columbia, Florida, Hawaii, Iowa, Kansas, Maine, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Hampshire, New Mexico, New York, North Carolina, North Dakota, Oregon, Rhode Island, South Carolina, South Dakota, Tennessee, Utah, Vermont, West Virginia or Wisconsin (the "Settlement Class"). The purchase must have been made in one of these states but you do not have to be a resident of these states. Purchases in Missouri, Montana and Rhode Island must have been made primarily for personal, family or household purposes.

- Purchasers in nine additional states are included in the New Settlement that were not included in the Prior Settlements. Those states are Arkansas, Massachusetts, Missouri, Montana, New Hampshire, Oregon, Rhode Island, South Carolina, and Utah.

- Sony Corporation is **not** a defendant and is **not** alleged to have participated in the conspiracy. Purchases of Sony® branded CRT Products are **not** eligible to be included in claims filed under the New Settlement. All other brands of CRT Products are eligible.

| YOUR LEGAL RIGHTS AND OPTIONS IN THE NEW SETTLEMENT | |
| --- | --- |
| **SUBMIT A CLAIM BY June 13, 2023** | If you submitted a valid claim in the Prior Settlements and you do not submit a claim in the New Settlement, then your prior claim will automatically be submitted in the New Settlement. *See* Question 9 below. If you want to submit a claim for purchases not previously part of your valid claim in the Prior Settlements, you must submit a claim to receive a payment from the New Settlement. Your claim should include ALL eligible purchases of CRT Products including those you previously claimed in the Prior Settlements. |
| **OBJECT BY April 14, 2023** | You can file an objection with the Court explaining why you disagree with the New Settlement, the plan of distribution, the requested attorneys' fees and litigation expenses, and/or the Class Representative awards. *See* Question 17. |
| **GO TO THE HEARING ON June 1, 2023** | Ask to speak to the Court about the New Settlement. *See* Questions 18 and 20. |
| **EXCLUDE YOURSELF BY April 14, 2023** | Excluding yourself from the Settlement Class is the only option that allows you to individually sue Mitsubishi Electric Corporation about the claims in this case. *See* Questions 12 and 13. |

| | |
|---|---|
| **DO NOTHING** | If you submitted a valid claim in the Prior Settlements and you have no additional CRT Product purchases to claim, you need not do anything and your previously-submitted valid claim will automatically be submitted in the New Settlement.  If you did **not** submit a valid claim in the Prior Settlements, or if you have additional CRT Products not previously claimed, then you must submit a claim now. If you do nothing, then you will **not** receive payment from the New Settlement for CRT Products not previously claimed and you will give up any rights you currently have to separately sue Mitsubishi Electric for the conduct that is the subject of this litigation. |

These rights and options – **and the deadlines to exercise them** – are explained in this Notice.

## What This Notice Contains

**BASIC INFORMATION** ............................................................................................ Page 4
   1.  What is this Notice about?
   2.  What is a Cathode Ray Tube ("CRT")?
   3.  What is a CRT Product?
   4.  What is the lawsuit about?
   5.  What is a class action?

**WHO IS INCLUDED IN THE LAWSUIT** ............................................................ Page 6
   6.  Who are the Defendant companies?
   7.  How do I know if I am in the Settlement Class?

**THE NEW SETTLEMENT'S BENEFITS** ............................................................ Page 7
   8.  What does the New Settlement provide?
   9.  How much money can I get?
   10.  When will I get a payment?

**HOW TO GET A PAYMENT** .................................................................................. Page 9
   11.  How can I get a payment?

**RIGHT TO EXCLUDE YOURSELF** ...................................................................... Page 9
   12.  Who has the right to be excluded?
   13.  How do I exclude myself from the Settlement Class?

**REMAINING IN THE SETTLEMENT CLASS** .................................................... Page 10
   14.  What am I giving up if I remain a member of the Settlement Class?

**THE LAWYERS REPRESENTING YOU** .............................................................. Page 10
   15.  Do I have a lawyer representing me?
   16.  How will the lawyers be paid?

**OBJECTING OR COMMENTING ON THE NEW SETTLEMENT, PLAN OF DISTRIBUTION, ATTORNEYS' FEES, LITIGATION EXPENSES, AND AWARDS TO CLASS REPRESENTATIVES** ............................................................ Page 11
   17.  How do I object or comment on the New Settlement?

**THE FAIRNESS HEARING** .................................................................................. Page 11
   18.  When and where will the Court consider the New Settlement, the plan of distribution, request for attorneys' fees, litigation expenses and awards to Class Representatives?
   19.  Do I have to come to the hearing?
   20.  May I speak at the hearing?

**GET MORE INFORMATION** ................................................................................ Page 12
   21.  Where can I get more information?

**VISIT www.CRTclaims.com OR CALL TOLL FREE 1-800-649-0963**
**PARA UNA NOTIFICACIÓN EN ESPAÑOL, VISITAR NUESTRO WEBSITE O LLAMAR**

## BASIC INFORMATION

### 1. What is this Notice about?

This Notice is to inform you about a New Settlement that has been reached which may affect your rights, including your right to file a claim, object to, or exclude yourself from the New Settlement. You have the right to know about the New Settlement and about your legal rights and options before the Court decides whether to approve the New Settlement.

**Settlement Class members are now eligible to file a claim to get a payment from the New Settlement (*see* Question 11).**

The Court in charge is the United States District Court for the Northern District of California. The case is called *In re: Cathode Ray Tube (CRT) Antitrust Litigation*, MDL No. 1917. The New Settlement relates to claims against Mitsubishi Electric Corporation in *Luscher, et al. v. Mitsubishi Electric Corp.,* Case No. 17-cv-04067-JST ("the Action"). The people and businesses that sued are called the Plaintiffs, and the companies they sued are called the Defendants (*see* Question 6).

### 2. What is a Cathode Ray Tube ("CRT")?

Cathode Ray Tubes ("CRTs") are a display technology that was widely used in televisions and computer monitors. Before LCD, Plasma and LED display technologies became popular, CRTs were the main technology used in displays. There are two main types of CRTs: Color Display Tubes ("CDTs" or "Monitor Tubes"), which were used to manufacture computer monitors, and Color Picture Tubes ("CPTs" or "TV Tubes"), which were used to manufacture televisions. This is what a CRT looks like:



### 3. What is a CRT Product?

For the purposes of the lawsuit and the New Settlement, "CRT Products" means products containing Cathode Ray Tubes, such as televisions and computer monitors. This is what a CRT Product looks like:

**CRT Monitor:**



**CRT Television:**



---

**4. What is the lawsuit about?**

The lawsuit claims that Mitsubishi Electric Corporation conspired with other CRT manufacturers to fix the prices of CRTs from March 1, 1995 to November 25, 2007, resulting in overcharges to people and businesses that bought CRT Products, such as televisions and computer monitors.  Mitsubishi Electric and its alleged co-conspirators deny these claims.  The Court has not decided who is right.

The Court previously approved settlements with Chunghwa Picture Tubes Ltd. on March 22, 2012, LG Electronics on April 18, 2014, and Philips, Panasonic, Hitachi, Toshiba, Samsung SDI, Thomson, and TDA on July 13, 2020. The total amount of these Prior Settlements is $547,750,000.  The New Settlement with Mitsubishi Electric Corporation provides an additional $33,000,000. The Court still has to decide whether to approve the New Settlement. Based on IPP Counsel's experience and their knowledge of the law and the facts in this case, they believe the proposed New Settlement is fair and reasonable, and is in the best interests of class members.

---

**5. What is a class action?**

In a class action, one or more persons or businesses called class representatives sues on behalf of a group or a "class" of o t h e r s  w i t h  similar claims. If the Court determines that a case should proceed as a class action,

everyone's claims can be combined into a single proceeding, creating efficiencies for the parties and the courts. In a class action, the court resolves the issues for all class members except those who exclude themselves from the Class.

## WHO IS INCLUDED IN THE LAWSUIT?

### 6. Who are the Defendant and its alleged co-conspirators?

The "Defendant" is **Mitsubishi Electric Corporation**, a manufacturer and/or seller of CRTs.

The Defendant's alleged co-conspirators (the "Defendants" or "Alleged Co-Conspirators") are other CRT manufacturers that are alleged to have conspired with Defendant to fix CRT prices, and which Plaintiffs also sued:

- Chunghwa Picture Tubes Ltd.; Chunghwa Picture Tubes (Malaysia) SDN. BHD ("Chunghwa");

- LG Electronics Inc.; LG Electronics USA, Inc.; LG Electronics Taiwan Taipei Co., Ltd. ("LG");

- Koninklijke Philips N.V. (f/k/a Koninklijke Philips Electronics N.V.); Philips Electronics North America Corporation; Philips Taiwan Limited (f/k/a Philips Electronics Industries (Taiwan), Ltd.); Philips do Brasil, Ltda. (f/k/a Philips da Amazonia Industria Electronica Ltda.) (collectively "Philips");

- Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.); Panasonic Corporation of North America; MT Picture Display Co., Ltd.; and an affiliate of Panasonic Corporation, Beijing Matsushita Color CRT Co., Ltd. (collectively "Panasonic");

- Hitachi, Ltd.; Hitachi Displays, Ltd. (n/k/a Japan Display Inc.); Hitachi Electronic Devices (USA), Inc.; Hitachi Asia, Ltd.; Hitachi America, Ltd. ("Hitachi");

- Toshiba Corporation; Toshiba America Information Systems, Inc.; Toshiba America Consumer Products, L.L.C.; Toshiba America Electronic Components, Inc. ("Toshiba");

- Samsung SDI Co. Ltd; Samsung SDI America, Inc.; Samsung SDI Brasil, Ltda.; Tianjin Samsung SDI Co., Ltd.; Shenzhen Samsung SDI Co., Ltd; Samsung SDI Malaysia Sdn. Bhd; Samsung SDI Mexico S.A. de C.V. ("Samsung SDI");

- Technicolor SA (f/k/a Thomson SA); Technicolor USA, Inc. (f/k/a Thomson Consumer Electronics, Inc.) ("Thomson");

- Technologies Displays Americas LLC (f/k/a Thomson Americas LLC) ("TDA");

- LG.Philips Displays, a/k/a LP Displays International, Ltd.;

- IRICO Group Corporation; IRICO Display Devices Co., Ltd.; and IRICO Group Electronics Co., Ltd.;

- Thai CRT Company, Ltd.;

- Samtel Color, Ltd.;

- Orion Electric Company, Ltd.; and

- Videocon Industries, Ltd.

### 7. How do I know if I am in the Settlement Class?

The New Settlement has recovered money ("damages") for consumers who indirectly purchased CRT Products in 30 states and the District of Columbia (the "Settlement Class"). These states and the District of Columbia (together the "States") have antitrust and/or consumer protection laws permitting consumers to sue for damages for antitrust violations.

6

**VISIT www.CRTclaims.com OR CALL TOLL FREE 1-800-649-0963**
**PARA UNA NOTIFICACIÓN EN ESPAÑOL, VISITAR NUESTRO WEBSITE O LLAMAR**

The "Settlement Class" includes:

- All persons or business entities who or which indirectly purchased in Arizona, Arkansas, California, District of Columbia, Florida, Hawaii, Iowa, Kansas, Maine, Massachusetts, Michigan, Minnesota, Mississippi, Nebraska, Nevada, New Hampshire, New Mexico, New York, North Carolina, North Dakota, Oregon, South Carolina, South Dakota, Tennessee, Utah, Vermont, West Virginia, and Wisconsin, for their own use and not for resale, CRTs or CRT Products manufactured or sold by the Defendant or any Alleged Co-Conspirator (listed in Question 6);
- All persons or business entities who or which indirectly purchased in Missouri or Montana, for their own use and not for resale, and primarily for personal, family, or household purposes, CRTs or CRT Products manufactured or sold by the Defendant or any Alleged Co-Conspirator (listed in Question 6);
- All natural persons who indirectly purchased in Rhode Island, for their own use and not for resale, and primarily for personal, family, or household purposes, CRTs or CRT Products manufactured or sold by the Defendant or any Alleged Co-Conspirator (listed in Question 6).

The purchase must have been made in one of the States. You do not have to be a resident of one of the States to qualify as a member of the Settlement Class.

IMPORTANT: The Settlement Class includes nine states that were not included in the settlement class for the Prior Settlements. The nine new states are: Arkansas, Massachusetts, Missouri, Montana, New Hampshire, Oregon, Rhode Island, South Carolina and Utah.

**The Class Period:** In order to bring a claim, you must have purchased the CRT Product(s) between March 1, 1995 and November 25, 2007. However, Hawaii, Nebraska and Nevada have slightly shorter class periods.

- Purchases of CRT Products in Hawaii must have been made between June 25, 2002 and November 25, 2007.
- Purchases of CRT Products in Nebraska must have been made between July 20, 2002 and November 25, 2007.
- Purchases of CRT Products in Nevada must have been made between February 4, 1999 and November 25, 2007.

**Exclusions:**

- Specifically excluded from the Settlement Class are the Defendant; its officers, directors or employees; any entity in which the Defendant has a controlling interest; and, any of the Defendant's affiliates, legal representatives, heirs or assigns.
- Also excluded are the Alleged Co-Conspirators, any federal, state or local government entities, any judicial officer presiding over this action and members of his/her immediate family and judicial staff, and any juror assigned to this action.
- Sony Corporation is not a defendant and purchases of Sony® branded CRTs and CRT Products are excluded from the New Settlement.

The specific class definitions are available at www.CRTclaims.com.

## THE NEW SETTLEMENT'S BENEFITS

**8. What does the New Settlement provide?**

The New Settlement provides that Mitsubishi Electric Corporation will pay Thirty-Three Million Dollars ($33,000,000) to Plaintiffs in exchange for a release of the class claims against it. The New Settlement is being presented to the Court for approval. The Court has previously approved nine settlements totaling $547,750,000.

7

VISIT www.CRTclaims.com OR CALL TOLL FREE 1-800-649-0963
PARA UNA NOTIFICACIÓN EN ESPAÑOL, VISITAR NUESTRO WEBSITE O LLAMAR

The Settlement Fund of $33,000,000 will be used to pay eligible claimants who purchased CRT Products in the jurisdictions listed in Question 7 based on an allocation plan described in Question 9.  Any interest earned on the Settlement Fund will be added to the Settlement Fund.  The cost to administer the New Settlement as well as attorneys' fees, litigation expenses and payments to the Class Representatives will be paid from the Settlement Fund (*see* Question 16).

The Settlement Agreement and the papers filed in support of the New Settlement are available for review and download at www.CRTclaims.com, or you can request copies by calling 1-800-649-0963.

| **9. How much money can I get?** |
| --- |

A plan has been submitted to the Court proposing a method for distributing the Settlement Fund to the Settlement Class Members. Those Settlement Class Members who already submitted a valid claim in the Prior Settlements and do not submit a claim in the New Settlement ("Prior Claimants") will be deemed to have filed a claim in the New Settlement without any further action taken by that claimant. Settlement Class Members who submitted claims after the applicable claims deadlines passed for the Prior Settlements but are otherwise valid claims ("Late Claimants") will be treated the same as Prior Claimants for the purposes of the New Settlement. All other Class Members, including those who did not previously submit a claim in the Prior Settlements and those who did previously submit a claim and now want to claim for additional CRT purchases that were not previously accepted in the Prior Settlements, should submit a claim in the New Settlement in order to receive their pro-rata share of the Settlement Fund.

If your claim in the Prior Settlements was denied, then it will not be automatically submitted in the New Settlement. If your claim in the Prior Settlements was only partially accepted, then your valid claim consists only of the accepted portion of your prior submission. Only valid claims from the Prior Settlements are automatically submitted in the New Settlement. For example, if you previously submitted a claim for 6 CRT computer monitors and only 4 monitors were accepted in the Prior Settlements, then your valid claim for 4 (and only 4) CRT computer monitors will be automatically submitted in the New Settlement. Reseller claims submitted in the Prior Settlements do not qualify; only end-user claims qualify to be submitted in the New Settlement.

If you submit a claim for additional CRT purchases in the New Settlement, then your claim in the Prior Settlements will NOT be automatically submitted in the New Settlement. Any claim you submit in the New Settlement must include ALL of your qualifying CRT purchases: those previously claimed plus any additional purchases. If you submit a claim in the New Settlement, it will not replace or change your claim in the Prior Settlements.

As with the Prior Settlements, payments to claimants will be determined on an adjusted pro-rata basis.  This means that payment amounts will be based on the number of valid claims filed and on the number and type of CRT Products purchased. Based on data obtained during the course of the litigation, claims for different types of CRT Products will be weighted as follows:

- Claims for purchases of Standard CPTs or CRT Televisions (screen size of less than 30 inches) will be weighted as 1 CRT unit;
- Claims for purchases of Large CPTs or CRT Televisions (screen size of 30 inches or larger) will be weighted as 4.3 CRT units; and
- Claims for purchases of CDTs or CRT Computer Monitors will be weighted as 3 CRT units.

Each new claim will be assigned a weighted CRT unit count based on the types of CRT Products purchased, as described above. For example, a Settlement Class Member that purchased two Standard CRT televisions (2 x 1 CRT unit) and one CRT monitor (3 CRT units) would have five CRT units (2 + 3 = 5). A Settlement Class Member that purchased five CRT monitors (5 x 3 = 15 CRT units) and two Large CRT televisions (4.3 x 2 = 8.6 CRT units) would have 23.6 CRT units (15 + 8.6 = 23.6). This is the same methodology approved by the Court for the Prior Settlements.

At this time, it is unknown exactly how much money each Settlement Class Member will recover because it will

depend on how many valid claims are submitted. It is expected that a minimum payment of $10 will be made to all Class Members who submit a valid claim, including claims that are simply carried over from the Prior Settlements.

The maximum payment will be three times the estimated money damages for each claimant, subject to a $10 minimum payment. The plan of distribution is subject to final Court approval and it is possible that the Court may order changes to the plan of distribution. Any changes to the plan of distribution may result in changes to the amount you ultimately receive from the New Settlement. Please continue to check the website for information about changes to the plan of distribution.

More details about the anticipated distribution of the Settlement Fund are available in the papers filed with the Court in support of settlement approval, which are available on the settlement website, www.CRTclaims.com.

The Claim Form provides additional details on how to submit a claim. Further information is available at www.CRTclaims.com or by calling 1-800-649-0963.

| **10. When will I get a payment?** |
| --- |

Payments will be distributed after the Court grants final approval to the New Settlement and after any appeals are resolved. If the Court approves the New Settlement after the hearing on **June 1, 2023**, there may be appeals. We do not know how much time it could take to resolve any appeals that may be filed.

## HOW TO GET A PAYMENT

| **11. How can I get a payment?** |
| --- |

If you (i) are a member of the Settlement Class; and (ii) did not submit a claim in connection with the Prior Settlements **or** did make a claim in connection with the Prior Settlements but want to make a new claim based on additional purchases of CRT Products not included in your original claim as accepted (for example, purchases you made in states not included in the Prior Settlements), you must complete and submit a Claim Form. We strongly encourage you to submit a claim online at www.CRTclaims.com because it reduces administrative costs, leaving more money for distribution to class members. If you do not file online, you can submit a claim by mail.

If you submitted a valid claim in connection with the Prior Settlements and you do not submit a claim in the New Settlement, then your valid claim in the Prior Settlements will be automatically submitted in the New Settlement without further action by you. *See* Question 9 above. Late Claims submitted after the deadline for the Prior Settlements but which are otherwise valid are considered a "valid claim" for the purposes of the New Settlement and need not be resubmitted unless you wish to submit a claim for additional purchases of CRT Products.

The Claim Form can be found and completed or downloaded at www.CRTclaims.com, or you can obtain a copy by calling, toll free, 1-800-649-0963. If you choose to submit your claim online, you must do so on or before **June 13, 2023**. If you choose to submit a Claim Form by mail, it must be postmarked by **June 13, 2023**, and mailed to:

CRT Claims
c/o The Notice Company
P.O. Box 778
Hingham, MA 02043

## RIGHT TO EXCLUDE YOURSELF

| **12. Do I have a right to exclude myself from the Settlement Class?** |
| --- |

Yes. If you are a Settlement Class Member and you wish to keep your right to sue Mitsubishi Electric Corporation

about the claims alleged and settled in this case (*see* Questions 4 and 7), you must exclude yourself from the Settlement Class. You will not get any money from the New Settlement if you exclude yourself. You may not submit a Claim Form if you exclude yourself from the New Settlement. Requests for exclusion from the Settlement Class in the New Settlement will not result in exclusion from the Prior Settlements.

### 13. How do I exclude myself from the Settlement Class?

If you choose to exclude yourself from the Settlement Class in the New Settlement and keep your right to sue Mitsubishi Electric Corporation on your own, you must send a letter that includes the following:

- Your name, address and telephone number;
- A statement saying that you request exclusion from the Settlement Class and do not wish to participate in the settlement with Mitsubishi Electric Corporation in *Luscher, et al. v. Mitsubishi Electric Corp.*, Case No. 17-cv-04067-JST; and
- Your signature.

You must mail your exclusion request, postmarked no later than **April 14, 2031,** to:

CRT Indirect Exclusions
c/o The Notice Company
P.O. Box 778
Hingham, MA 02043

## REMAINING IN THE SETTLEMENT CLASS

### 14. What am I giving up if I stay in the Settlement Class?

If you do not exclude yourself from the Settlement Class, you will have given up your right to sue Mitsubishi Electric Corporation on your own for the claims alleged and settled in this case (*see* Questions 4 and 7) and you will be bound by the New Settlement and all subsequent proceedings, orders and judgments in this lawsuit. In consideration of the Settlement Amount (*see* Question 8), Settlement Class members will release Mitsubishi Electric Corporation (and certain related entities defined in the Settlement Agreement) from all claims arising under any federal law or under the laws of any of the 30 States or the District of Columbia relating to the facts underlying the Action, as more fully described in the Settlement Agreement.

The Settlement Agreement describes the released claims in detail, so read it carefully since the Settlement Agreement is binding on you. If you have any questions, you may call the toll-free number, **1-800-649-0963**, and speak to the Settlement Administrator for free. You may also consult your own lawyer at your own expense. The Settlement Agreement and the specific release are available at www.CRTclaims.com.

## THE LAWYERS REPRESENTING YOU

### 15. Do I have a lawyer representing me?

The Court has appointed Trump, Alioto, Trump & Prescott LLP, 2001 Union Street, Suite 482, San Francisco, CA 94123, to represent you as "Class Counsel" for the Settlement Class. You do not have to pay Class Counsel separately. Class Counsel will seek compensation by asking the Court for a share of the settlement proceeds. If you want to be represented by your own lawyer, and have that lawyer appear in court for you in this case, you may hire one at your own expense.

### 16. How will the lawyers be paid?

Class Counsel will ask the Court for attorneys' fees based on their work on this litigation in the amount of one-

third of the $33,000,000 Settlement Fund ($11,000,000), plus reimbursement of their litigation expenses. Class Counsel will also request awards of $2,000 to each of the Class Representatives who helped the lawyers on behalf of the Classes. Any payment to the attorneys or the Class Representatives will be subject to Court approval, and the Court may award less than the requested amount. Any award of attorneys' fees, litigation expenses and Class Representative awards that the Court orders, plus the costs to administer the Settlements, will come out of the Settlement Fund and are subject to Court approval.

The attorneys' motion for fees, litigation expenses and Class Representative awards will be filed on or before **March 10, 2023**. The motion will be posted on the website at www.CRTclaims.com.

## OBJECTING T O OR COMMENTING ON THE NEW SETTLEMENT, PLAN OF DISTRIBUTION, ATTORNEYS' FEES AND LITIGATION EXPENSES, AND AWARDS TO CLASS REPRESENTATIVES

| **17. How do I object or comment on the New Settlement?** |
|---|

You can ask the Court to deny approval by filing an objection to the New Settlement. You cannot ask the Court to order a different settlement; the Court can only approve or reject the Settlement. If the Court denies approval, no settlement payments will be sent out and the lawsuit will continue. If that is what you want to happen, you must object.

If you decide to object to the New Settlement, you must do so in writing. The written objection must include the following information:

- Your name, address, telephone number, and if you are being assisted by a lawyer, their name, address and telephone number;
- The Action name and number (*Luscher, et al. v. Mitsubishi Electric Corp.*, Case No. 17-cv-04067-JST, MDL No. 1917);
- Proof of membership in the class;
- A brief but specific explanation of your reasons for objecting; and
- Your signature.

The objection must be submitted to the Court either by mailing it to the Clerk of Court at the address below, or by filing it in person at any location of the United States District Court for the Northern District of California. **The objection must be filed with the Court or postmarked on or before April 14, 2023:**

| **COURT** |
|---|
| Clerk of Court<br>United States District Court for the<br>Northern District of California<br>1301 Clay Street, Suite 400 S<br>Oakland, CA 94612 |

## THE FAIRNESS HEARING

| **18. When and where will the Court consider the New Settlement, the plan of distribution, request for attorneys' fees and litigation expenses, and awards to Class Representatives?** |
|---|

The Court is scheduled to hold a Fairness Hearing to consider the New Settlement at **2:00 PM** on **June 1, 2023,**

via Zoom, with the link available at: https://cand.uscourts.gov/judges/tigar-jon-s-jst/. The hearing may be moved to a different date or time without additional notice, so you should check the website www.CRTclaims.com for current information.

At this hearing the Court will consider whether the New Settlement is fair, reasonable, and adequate. The Court will also consider the plan of distribution, and the requests for attorneys' fees, litigation expenses and awards to Class Representatives. If there are objections or comments, the Court will consider them at this time. After the hearing, the Court will decide whether to approve the New Settlement, the plan of distribution and the requests for attorneys' fees, litigation expenses and awards to Class Representatives. We do not know how long these decisions will take.

| **19. Do I have to come to the hearing?** |
| --- |

No. Class Counsel will answer any questions the Court may have. But you are welcome to come at your own expense. If you file a timely written objection, you may, but are not required to, appear at the Final Approval Hearing, either in person or through your own attorney. If you appear through your own attorney, you are responsible for hiring and paying that attorney. If you file an objection or comment, you do not have to come to Court to talk about it. As long as you filed your written objection on time, your objection will be presented to the Court for its consideration.

| **20. May I speak at the hearing?** |
| --- |

You may ask the Court for permission to speak at the Fairness Hearing. To do so, you must file a "Notice of Intent to Appear in *In re: Cathode Ray Tube (CRT) Antitrust Litigation*, MDL No. 1917." Be sure to include your name, address, telephone number and your signature. Your Notice of Intent to Appear must be submitted to the Court either by mailing it to the Clerk of Court at the address in Question 17, or by filing it in person at any location of the United States District Court for the Northern District of California no later than **April 14, 2023**. You cannot speak at the hearing if you excluded yourself from the Settlement Class.

>>   **Instructions for attending the hearing via Zoom will be available on the Court's web page: https://cand.uscourts.gov/judges/tigar-jon-s-jst/.**

# GET MORE INFORMATION

| **21. Where can I get more information?** |
| --- |

This notice summarizes the New Settlement. For the precise terms and conditions of the New Settlement, please see the Settlement Agreement available at www.CRTclaims.com. We encourage you to check this website regularly for developments in this case. You can also get more information about the settlements in the litigation by:

- Calling 1-800-649-0963;
- Writing to CRT Questions, c/o The Notice Company, P.O. Box 778, Hingham, MA 02043;
- Accessing the Court docket in this case through the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.cand.uscourts.gov; or
- Visiting the office of the Clerk of Court for the United States District Court for the Northern District of California, 1301 Clay Street, Suite 400 S, Oakland, CA 94612, between 9:00 a.m. and 1:00 p.m., Monday through Friday, excluding Court holidays.

**ALL INQUIRIES CONCERNING THIS NOTICE
SHOULD BE MADE TO THE SETTLEMENT ADMINISTRATOR**

**PLEASE DO NOT TELEPHONE THE COURT OR THE COURT CLERK'S OFFICE**

# DECLARATION OF JOSEPH M. FISHER

# EXHIBIT E

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO NORTE DE CALIFORNIA

# Si compró un tubo de rayos catódicos (CRT) o un televisor o monitor de computadora que contenía un CRT
## *Podría obtener dinero de un acuerdo de $ 33 millones.*

*Un tribunal federal autorizó esta notificación. Esta no es la solicitud de un abogado.*

**LEA ESTE AVISO DETENIDAMENTE. SUS DERECHOS LEGALES PUEDEN VERSE AFECTADOS INDEPENDIENTEMENTE DE QUE USTED HAGA O NO HAGA NADA AL RESPECTO.**

- Este es el quinto aviso legal en este litigio que involucra supuestos sobrecargos sobre el precio de Productos con tubos de rayos catódicos ("CRT") comprados indirectamente a los demandados. **Se ha llegado a un acuerdo de 33 millones de dólares con Mitsubishi Electric Corporation ("Nuevo Acuerdo").** Este acuerdo se suma a los nueve acuerdos anteriores alcanzados con los demandados Chunghwa, LG, Philips, Panasonic, Hitachi, Toshiba, Samsung SDI, Thomson y Technologies Displays America (los "Acuerdos Anteriores").

- Los "Productos con CRT" incluyen CRT y productos que contienen CRT, como televisores y monitores de computadora. "Indirectamente" significa que compró el Producto con CRT a alguien que no es el fabricante del Producto con CRT. Por ejemplo, compró un televisor CRT en un distribuidor, como Best Buy, o un monitor CRT de Dell.

- Puede presentar un reclamo de dinero si compró indirectamente Productos con CRT, para su propio uso y no para reventa, en Arizona, Arkansas, California, el Distrito de Columbia, Florida, Hawái, Iowa, Kansas, Maine, Massachusetts, Michigan, Minnesota, Mississippi, Misuri, Montana, Nebraska, Nevada, Nuevo Hampshire, Nuevo México, Nueva York, Carolina del Norte, Dakota del Norte, Oregón, Rhode Island, Carolina del Sur, Dakota del Sur, Tennessee, Utah, Vermont, Virginia Occidental o Wisconsin (la "Demanda Colectiva del Acuerdo"). La compra debe haberse hecho en uno de esos estados, pero no es necesario que sea residente de uno de esos estados. Las compras en Misuri, Montana y Rhode Island deben haberse realizado principalmente para fines personales, familiares o domésticos.

- Los compradores en nueve estados adicionales están incluidos en el Nuevo Acuerdo que no se incluyeron en los Acuerdos Anteriores. Esos estados son Arkansas, Massachusetts, Misuri, Montana, New Hampshire, Oregón, Rhode Island, Carolina del Sur y Utah.

- Sony Corporation **no** es parte demandada y presuntamente **no** participó en la conspiración. Las compras de Productos con CRT de la marca Sony® **no** son elegibles para su inclusión en reclamos presentados conforme al Nuevo Acuerdo. Todas las demás marcas de Productos con CRT son elegibles.

| SUS DERECHOS LEGALES Y OPCIONES EN EL NUEVO ACUERDO | |
|---|---|
| **PRESENTE UN RECLAMO ANTES DEL 13 de junio de 2023** | Si presentó un reclamo válido en los Acuerdos Anteriores y no presenta un reclamo en el Nuevo Acuerdo, su reclamo anterior se presentará automáticamente en el Nuevo Acuerdo. *Consulte* la pregunta 9 a continuación. Si desea presentar un reclamo por compras que anteriormente no formaban parte de su reclamo válido en los Acuerdos Anteriores, debe presentar un reclamo para recibir un pago del Nuevo Acuerdo. Su reclamo debe incluir TODAS las compras elegibles de Productos con CRT, incluidas las que reclamó anteriormente en los Acuerdos Anteriores. |
| **PRESENTE UNA OBJECIÓN antes del 14 de abril de 2023** | Puede presentar una objeción ante el tribunal explicando por qué no está de acuerdo con el Nuevo Acuerdo, el plan de distribución, los honorarios de abogados solicitados y los gastos de litigio, o las compensaciones del Representante de la Clase. *Consulte* la pregunta 17. |
| **VAYA A LA AUDIENCIA DEL 1 de junio de 2023** | Puede pedir hablar ante el Tribunal sobre el Nuevo Acuerdo. *Consulte las* preguntas 18 y 20. |
| **EXCLÚYASE ANTES DEL 14 de abril de 2023** | Excluirse de la demanda colectiva es la única opción que le permite demandar individualmente a Mitsubishi Electric Corporation por los reclamos en este caso. *Consulte las* preguntas 12 y 13. |

**VISITE www.CRTclaims.com O LLAME AL NÚMERO GRATUITO 1-800-649-0963**
**PARA UNA NOTIFICACIÓN EN ESPAÑOL, VISITE NUESTRO SITIO DE INTERNET O LLAME**

| **NO HAGA NADA** | Si presentó un reclamo válido en los Acuerdos Anteriores y no tiene compras adicionales de Productos con CRT que reclamar, no necesita hacer nada y su reclamo válido presentado anteriormente se presentará automáticamente en el Nuevo Acuerdo. Si **no** presentó un reclamo válido en las Liquidaciones Anteriores, o si tiene Productos con CRT adicionales no reclamados anteriormente, debe presentar un reclamo ahora. Si no hace nada, entonces **no** recibirá el pago del Nuevo Acuerdo por los Productos con CRT no reclamados anteriormente y renunciará a cualquier derecho que tenga actualmente para demandar por separado a Mitsubishi Electric por la conducta que es objeto de este litigio. |

En este Aviso se explican estos **derechos y opciones, así como los plazos para ejercerlos** .

## QUÉ C ONTIENE E STE A VISO

INFORMACIÓN BÁSICA.................................................................................... Página 4

   1.  ¿De qué trata este aviso?
   2.  ¿Qué es un tubo de rayos catódicos ("CRT")?
   3.  ¿Qué es un producto con CRT?
   4.  ¿De qué trata el proceso judicial?
   5.  ¿Qué es una demanda colectiva?

¿QUIÉNES ESTÁN INCLUIDOS EN LA DEMANDA? ........................................ Página 6

   6.  ¿Quiénes son las empresas demandadas?
   7.  ¿Cómo puedo saber estoy dentro de la Demanda Colectiva del Acuerdo?

LOS BENEFICIOS DEL NUEVO ACUERDO ........................................................ Página 8

   8.  ¿Qué ofrece el Nuevo Acuerdo?
   9.  ¿Cuánto dinero puedo obtener?
  10.  ¿Cuándo recibiré mi pago?

¿CÓMO OBTENGO UN PAGO? ....................................................................... Página 9

  11.  ¿Cómo puedo obtener un pago?

DERECHO A EXCLUIRSE ............................................................................... Página 10

  12.  ¿Quién tiene derecho a excluirse?
  13.  ¿Cómo me excluyo de la Demanda Colectiva?

PERMANECER EN LA DEMANDA COLECTIVA ................................................ Página 10

  14.  ¿A qué renuncio si sigo siendo miembro de la Demanda Colectiva?

LOS ABOGADOS QUE LO REPRESENTAN......................................................... Página 11

  15.  ¿Tengo un abogado que me represente?
  16.  ¿Cómo se les pagará a los abogados?

OBJETAR O COMENTAR SOBRE EL NUEVO ACUERDO , PLANDE DISTRIBUCIÓN,
ARANCELESDE ABOGADOS , GASTOS DELITIGIO Y COMPENSACIONES PARA LOS
REPRESENTANTES DE LA DEMANDA COLECTIVA ............................................ Página 11

  17.  ¿Cómo puedo objetar o comentar sobre el Nuevo Acuerdo?

LA AUDIENCIA D E IMPARCIALIDAD ............................................................ Página 12

  18.  ¿Cuándo y dónde considerará el Tribunal el Nuevo Acuerdo, el plan de distribución,
       la solicitud de honorarios de abogados, los gastos de litigio y las compensaciones a
       los Representantes de la Demanda Colectiva?
  19.  ¿Tengo que asistir a la audiencia?
  20.  ¿Puedo hablar en la audiencia?

OBTENER MÁS INFORMACIÓN ...................................................................... Página 13

  21.  ¿Dónde puedo obtener más información?

3

## INFORMACIÓN BÁSICA

### 1. ¿De qué trata este aviso?

Este Aviso es para informarle sobre un Nuevo Acuerdo que se ha alcanzado y que puede afectar sus derechos, incluido su derecho para presentar un reclamo, objetar o excluirse del Nuevo Acuerdo. Usted tiene derecho a conocer el Nuevo Acuerdo y sus derechos legales y opciones antes de que el Tribunal decida aprobar el Nuevo Acuerdo.

**Los miembros de la Demanda Colectiva ahora son elegibles para presentar un reclamo para obtener un pago del Nuevo Acuerdo (*ver* Pregunta 11).**

El Tribunal a cargo es el Tribunal de Distrito de los Estados Unidos para el Distrito Norte de California. El caso se conoce como *En relación con: Litigio antimonopolio de tubo de rayos catódicos (CRT)* , MDL n. ° 1917.El Nuevo Acuerdo se refiere a reclamos contra Mitsubishi Electric Corporation e n *Luscher, et al. v. Mitsubishi Electric Corp.,* caso n. ° 17-cv-04067-JST ("la Acción").Las personas y empresas que demandaron se denominan Demandantes, y las compañías a las que demandaron se denominan Demandados (*ver* Pregunta 6).

### 2. ¿Qué es un tubo de rayos catódicos ("CRT")?

Los tubos de rayos catódicos ("CRT") son una tecnología de visualización que se usó ampliamente en televisores y monitores de computadora. Antes de que las tecnologías de pantalla LCD, plasma y LED se hicieran populares, los CRT eran la tecnología principal utilizada en las pantallas. Hay dos tipos principales de CRT: tubos de pantalla en color ("CDT" o "tubos de monitor"), que se utilizaron para fabricar monitores de computadora, y tubos de imagen en color ("CPT" o "tubos de TV"), que se utilizaron para fabricar televisores. Así es como se ve un CRT:



### 3. ¿Qué es un producto con CRT?

A los efectos de la demanda y del Nuevo Acuerdo, "Productos con CRT" significa productos que contienen tubos de rayos catódicos, como televisores y monitores de computadora. Así es como se ve un producto con CRT:

**Monitor CRT:**



**Televisor CRT:**



**4.¿De qué trata el proceso judicial?**

La demanda afirma que Mitsubishi Electric Corporation conspiró con otros fabricantes de CRT para fijar los precios de los CRT desde el 1 de marzo de 1995 hasta el 25 de noviembre de 2007, lo que dio lugar a que las personas y empresas que compraron Productos con CRT, como televisores y monitores de computadora, pagaran sobrecargos. Mitsubishi Electric y sus supuestos copartícipes niegan estas afirmaciones. El Tribunal no ha decidido que parte tiene razón.

El Tribunal aprobó previamente acuerdos con Chunghwa Picture Tubes Ltd. el 22 de marzo de 2012, LG Electronics el 18 de abril de 2014 y Philips, Panasonic, Hitachi, Toshiba, Samsung SDI, Thomson y TDA el 13 de julio de 2020. El monto total de estos Acuerdos Anteriores es de $547,750,000. El Nuevo acuerdo con Mitsubishi Electric Corporation proporciona $33,000,000 adicionales. El Tribunal aún tiene que decidir si aprueba o no el Nuevo Acuerdo. Con base en la experiencia del abogado de IPP y su conocimiento de la ley y los hechos en este caso, creen que el Nuevo Acuerdo propuesto es justo y razonable, y es lo mejor para los miembros de la demanda colectiva.

**5. ¿Qué es una demanda colectiva?**

En una demanda colectiva, una o más personas o empresas llamadas representantes demandan en nombre de un grupo o una "clase" de otras personas con reclamos similares. Si el Tribunal determina que un caso debe proceder como una demanda colectiva, las reclamos de todos pueden combinarse en un solo procedimiento, lo que resulta en mayor eficiencia para las partes y los tribunales. En una demanda *Litigio antimonopolio* colectiva, un tribunal resuelve los problemas de todos los miembros de la demanda, excepto aquellos que se excluyen de la misma.

# ¿QUIÉNES ESTÁN INCLUIDOS EN LA DEMANDA?

**6. ¿Quiénes son los Demandados y sus supuestos copartícipes?**

El "Demandado" es **Mitsubishi Electric Corporation**, un fabricante y/o vendedor de CRT.

Los supuestos copartícipes del Demandado (los "Demandados" o "Presuntos Copartícipes") son otros fabricantes de CRT que presuntamente conspiraron con el Demandado para fijar los precios de CRT, y a quienes los Demandantes también demandaron:

- Chunghwa Picture Tubes Ltd.; Chunghwa Picture Tubes (Malasia) SDN. BHD ("Chunghwa");

- LG Electronics Inc.; LG Electronics USA, Inc.; LG Electrónica Taiwan Taipei Co., Ltd. ("LG");

- Koninklijke Philips N.V. (anteriormente conocida como Koninklijke Philips Electronics N.V.); Philips Electronics North America Corporation; Philips Taiwan Limited (anteriormente conocida como Philips Electronics Industries (Taiwan), Ltd.); Philips do Brasil, Ltda. (anteriormente conocida como Philips da Amazonia Industria Electronica Ltda.) (colectivamente "Philips");

- Panasonic Corporation (anteriormente conocida como Matsushita Electric Industrial Co., Ltd.); Panasonic Corporation of North America; MT Picture Display Co., Ltd.; y una filial de Panasonic Corporation, Beijing Matsushita Color CRT Co., Ltd. (colectivamente "Panasonic");

- Hitachi, Ltd.; Hitachi Displays, Ltd. (ahora conocida como Japan Display Inc.); Hitachi Electronic Devices (EE. UU.), Inc.; Hitachi Asia, Ltd.; Hitachi America, Ltd. ("Hitachi");

- Corporación Toshiba; Toshiba America Information Systems, Inc.; Toshiba America Consumer Products, L.L.C.; Toshiba America Electronic Components, Inc. ("Toshiba");

- Samsung SDI Co. Ltd; Samsung SDI America, Inc.; Samsung SDI Brasil, Ltda.; Tianjin Samsung SDI Co., Ltd.; Shenzhen Samsung SDI Co., Ltd; Samsung SDI Malasia Sdn. Bhd; Samsung SDI México S.A. de C.V. ("Samsung SDI");

- Technicolor SA (anteriormente conocida como Thomson SA); Technicolor USA, Inc. (anteriormente conocida como Thomson Consumer Electronics, Inc.) ("Thomson");

- Technologies Displays Americas LLC (anteriormente conocida como Thomson Americas LLC) ("TDA");

- LG. Philips Displays, también conocida como LP Displays International, Ltd.;

- Corporación del Grupo RICO; IRICO Display Devices Co., Ltd. e IRICO Group Electronics Co., Ltd.;

- Thai CRT Company, Ltd.;

- Samtel Color, Ltd.;

- Orion Electric Company, Ltd.; y

- Videocon Industrias, Ltd.

## 7. ¿Cómo puedo saber si estoy dentro de la Demanda Colectiva?

El Nuevo Acuerdo ha obtenido dinero ("daños") para los consumidores que compraron indirectamente Productos con CRT en 30 estados y el Distrito de Columbia (la "Demanda Colectiva"). Estos estados y el Distrito de Columbia (en conjunto, los "Estados") tienen leyes antimonopolio y/o de protección al consumidor que permiten a los consumidores demandar por daños y perjuicios por violaciones antimonopolio.

La "Demanda Colectiva" incluye a:

- Todas las personas o entidades comerciales que compraron indirectamente en Arizona, Arkansas, California, el Distrito de Columbia, Florida, Hawái, Iowa, Kansas, Maine, Massachusetts, Michigan, Minnesota, Mississippi, Nebraska, Nevada, Nuevo Hampshire, Nuevo México, Nueva York, Carolina del Norte, Dakota del Norte, Oregón, Carolina del Sur,el Sur, Dakota del Sur, Tennessee, Utah, Vermont, Virginia Occidental y Wisconsin, para su propio uso y no para reventa, CRT o Productos con CRT fabricados o vendidos por el Demandado o cualquiera Presunto Copartícipes (enumerados en la pregunta 6);
- Todas las personas o entidades comerciales que compraron indirectamente en Misuri o Montana, para su propio uso y no para reventa, y principalmente para fines personales, familiares o domésticos, CRT o Productos con CRT fabricados o vendidos por el Demandado o cualquier Presunto Copartícipe (enumerados en la pregunta 6);
- Todas las personas físicas que compraron indirectamente en Rhode Island, para su propio uso y no para reventa, y principalmente para fines personales, familiares o domésticos, CRT o Productos con CRT fabricados o vendidos por el Demandado o cualquier Presunto Copartícipe (enumerados en la pregunta 6).

La compra debe haberse realizado en uno de los estados. No es necesario que sea residente de uno de los estados para calificar como miembro de la Demanda Colectiva.

IMPORTANTE: la Demanda Colectiva incluye nueve estados que no fueron incluidos en la demanda colectiva para los Acuerdos Anteriores. Los nuevos estados son Arkansas, Massachusetts, Misuri, Montana, Nuevo Hampshire, Oregón, Rhode Island, Carolina del Sur y Utah.

**Plazo de la Demanda Colectiva:** para presentar un reclamo, debe haber comprado los Productos con CRT entre el 1 de marzo de 1995 y el 25 de noviembre de 2007. Sin embargo, Hawái, Nebraska y Nevada tienen plazos un poco más cortos para la demanda.

- Las compras de Productos con CRT en Hawái deben haberse realizado entre el 25 de junio de 2002 y el 25 de noviembre de 2007.
- Las compras de Productos con CRT en Nebraska deben haberse realizado entre el 20 de julio de 2002 y el 25 de noviembre de 2007.
- Las compras de Productos con CRT en Nevada deben haberse realizado entre el 4 de febrero de 1999 y el 25 de noviembre de 2007.

**Exclusiones:**

- Se excluye específicamente de la Demanda Colectiva al Demandado, sus funcionarios, directores o empleados; cualquier entidad en la que el Demandado tenga una participación mayoritaria y cualquiera de las filiales, representantes legales, herederos o cesionarios del Demandado.
- También se excluyen los Presuntos Co-Conspiradores, cualquier entidad gubernamental federal, estatal o local, cualquier funcionario judicial que presida esta acción y miembros de su familia inmediata y personal judicial, y cualquier jurado asignado a esta acción.
- Sony Corporation no es demandada y las compras de CRT y Productos con CRT de la marca Sony® están excluidas del Nuevo Acuerdo.

Las definiciones específicas de la demanda colectiva están disponibles en www.CRTclaims.com.

7

VISITE www.CRTclaims.com O LLAME AL NÚMERO GRATUITO 1-800-649-0963
PARA UNA NOTIFICACIÓN EN ESPAÑOL, VISITE NUESTRO SITIO DE INTERNET O LLAME

# LOS BENEFICIOS DEL NUEVO ACUERDO

## 8. ¿Qué ofrece el Nuevo Acuerdo?

El Nuevo Acuerdo establece que Mitsubishi Electric Corporation pagará treinta y tres millones de dólares ($33,000,000) a los Demandantes a cambio de una exoneración de las demandas colectivas en su contra. El Nuevo Acuerdo se está presentando al Tribunal para su aprobación. El Tribunal ha aprobado previamente nueve acuerdos por un total de $547,750,000.

El Fondo del Acuerdo de $33,000,000 se utilizará para pagar a los demandantes que compraron Productos con CRT en las jurisdicciones enumeradas en la pregunta 7 sobre la base de un plan de asignación descrito en la pregunta 9. Todos los intereses ganados en el Fondo del Acuerdo se agregará al Fondo del Acuerdo. El costo de administrar el Nuevo Acuerdo, así como los honorarios de abogados, gastos de litigio y pagos a los Representantes de la Demanda Colectiva se pagarán con el Fondo del Acuerdo (*ver* pregunta 16).

Puede revisar y descargar el Convenio del Acuerdo y los documentos presentados en apoyo del Nuevo Acuerdo en www.CRTclaims.com, o puede solicitar copias llamando al 1-800-649-0963.

## 9. ¿Cuánto dinero puedo obtener?

Se ha presentado un plan al Tribunal en el que se propone un método para distribuir el Fondo del Acuerdo a los Miembros de la Demanda Colectiva. Se considerará que aquellos Miembros de la Demanda Colectiva que ya presentaron un reclamo válido en los Acuerdos Anteriores y no presentan un reclamo en el Nuevo Acuerdo ("Demandantes Anteriores") han presentado un reclamo en el Nuevo Acuerdo sin que hayan tomado ninguna otra medida. Los Miembros de la Demanda Colectiva que presentaron reclamos después de que los plazos de reclamo aplicables hayan pasado para los Acuerdos Anteriores, pero que por lo demás sean reclamos válidos ("Demandantes Tardíos") recibirán el mismo trato que los Reclamantes Anteriores a los efectos del Nuevo Acuerdo. Todos los demás Miembros de la Demanda Colectiva, incluidos aquellos que no presentaron previamente un reclamo en los Acuerdos Anteriores y aquellos que sí presentaron un reclamo y ahora desean reclamar compras adicionales de CRT que no fueron aceptadas previamente en los Acuerdos Anteriores, deben presentar un reclamo en el Nuevo Acuerdo para recibir su parte prorrateada del Fondo del Acuerdo.

Si su reclamo en los Acuerdos Anteriores fue denegado, entonces no se presentará automáticamente en el Nuevo Acuerdo. Si su reclamo en los Acuerdos Anteriores solo fue aceptado parcialmente, entonces su reclamo válido consiste solo en la parte aceptada de su presentación anterior. Solo las reclamos válidos de los Acuerdos Anteriores se presentan automáticamente en el Nuevo Acuerdo. Por ejemplo, si anteriormente presentó un reclamo por 6 monitores de computadora CRT y solo se aceptaron 4 monitores en los Acuerdos Anteriores, entonces su reclamo válido de 4 (y solo 4) monitores de computadora CRT se presentará automáticamente en el Nuevo Acuerdo. Los reclamos de revendedores presentados en los Acuerdos Anteriores no califican; solo los reclamos de usuarios finales califican para ser presentados en el Nuevo Acuerdo.

Si presenta un reclamo por compras de CRT adicionales en el Nuevo Acuerdo, su reclamo en los Acuerdos Anteriores NO se presentará automáticamente en el Nuevo Acuerdo. Cualquier reclamo que presente en el Nuevo Acuerdo debe incluir TODAS sus compras de CRT que califiquen: las reclamadas anteriormente más cualquier compra adicional. Si presenta un reclamo en el Nuevo Acuerdo, no reemplazará ni cambiará su reclamo en los Acuerdos Anteriores.

Al igual que con los Acuerdos Anteriores, los pagos a los demandantes se determinarán sobre una base prorrateada ajustada. Esto significa que los montos de pago se basarán en el número de reclamos válidos presentados y en el número y tipo de Productos con CRT comprados. Sobre la base de los datos obtenidos durante el curso del litigio, las reclamos por diferentes tipos de Productos con CRT se ponderarán de la siguiente manera:

- Las reclamos por compras de televisores CPT o CRT estándar (tamaño de pantalla inferior a 30 pulgadas) se ponderarán como 1 unidad CRT;

8

VISITE www.CRTclaims.com O LLAME AL NÚMERO GRATUITO 1-800-649-0963
PARA UNA NOTIFICACIÓN EN ESPAÑOL, VISITE NUESTRO SITIO DE INTERNET O LLAME

- Las reclamos por compras de televisores CPT o CRT grandes (tamaño de pantalla de 30 pulgadas o más) se ponderarán como unidades CRT 4.3; y
- Los reclamos por compras de monitores de computadora CRT o CDT se ponderarán como 3 unidades CRT.

A cada nuevo reclamo se le asignará un recuento ponderado de unidades CRT basado en los tipos de Productos con CRT comprados, como se describe anteriormente. Por ejemplo, un Miembro de la Demanda Colectiva que compró dos televisores CRT estándar (2 x 1 unidad CRT) y un monitor CRT (3 unidades CRT) tendría cinco unidades CRT (2 + 3 = 5). Un Miembro de la Demanda Colectiva que compró cinco monitores CRT (5 x 3 = 15 unidades CRT) y dos televisores CRT grandes (4.3 x 2 = 8.6 unidades CRT) tendría 23.6 unidades CRT (15 + 8.6 = 23.6). Esta es la misma metodología aprobada por el Tribunal para los Acuerdos Anteriores.

En este momento, se desconoce exactamente cuánto dinero recuperará cada Miembro de la Demanda Colectiva porque dependerá de cuántos reclamos válidos se presenten. Se espera que se realice un pago mínimo de $10 a todos los Miembros de la Demanda Colectiva que presenten un reclamo válido, incluidos los reclamos que simplemente se transfieren de los Acuerdos Anteriores.

El pago máximo será tres veces el dinero estimado por daños para cada demandante, sujeto a un pago mínimo de $10. El plan de distribución está sujeto a la aprobación final del Tribunal y es posible que el Tribunal ordene cambios en el plan de distribución. Cualquier cambio en el plan de distribución puede resultar en cambios en la cantidad que finalmente reciba del Nuevo Acuerdo. Continúe visitando el sitio web para obtener información sobre los cambios en el plan de distribución.

Puede encontrar más información sobre la distribución anticipada del Fondo del Acuerdo en los documentos presentados ante el Tribunal en apoyo de la aprobación del acuerdo, disponibles en el sitio web del acuerdo, www.CRTclaims.com.

El formulario de reclamo proporciona detalles adicionales sobre cómo presentar un reclamo. Hay más información disponible en www.CRTclaims.com o llamando al 1-800-649-0963.

| **10. ¿Cuándo recibiré mi pago?** |
|---|

Los pagos se distribuirán después de que el Tribunal haya aprobado definitivamente el Nuevo Acuerdo y cuando se hayan resuelto las apelaciones. Si el Tribunal aprueba el Nuevo Acuerdo después de la audiencia del **1 de junio de 2023**, es posible que se interpongan apelaciones. No sabemos cuánto tiempo podría tomar resolver cualquier apelación que se pueda presentar.

# ¿CÓMO OBTENGO UN PAGO?

| **11. ¿Cómo puedo obtener un pago?** |
|---|

Si usted (i) es miembro de la Demanda Colectiva; y (ii) no presentó un reclamo en relación con los Acuerdos Anteriores **o** hizo un reclamo en relación con los Acuerdos Anteriores pero desea hacer un nuevo reclamo basado en compras adicionales de Productos con CRT no incluidos en su reclamo original como aceptados (por ejemplo, compras que realizó en estados no incluidos en los Acuerdos Anteriores), debe completar y enviar un Formulario de Reclamo. Le recomendamos e n c a r e c i d a m e n t e  que presente un reclamo en línea en www.CRTclaims.com ya que así se reducen los costos administrativos y queda más dinero para distribuir entre los miembros de la demanda colectiva. Si no presenta su solicitud en línea, puede enviar un reclamo por correo.

Si presentó un reclamo válido en relación con los Acuerdos Anteriores y no presenta un reclamo en el Nuevo Acuerdo, su reclamo válido en los Acuerdos Anteriores se presentará automáticamente en el Nuevo Acuerdo sin necesidad de que realice ninguna otra acción. *Vea* la pregunta 9 anterior. Los Reclamos Tardíos presentadas después de la fecha límite para los Acuerdos Anteriores, pero que por lo demás son válidas, se consideran un "reclamo válido" a los efectos del Nuevo Acuerdo y no es necesario volver a presentarlos a menos que desee presentar un reclamo por compras adicionales de Productos con CRT.

El Formulario de Reclamo se puede encontrar y completar o descargar en www.CRTclaims.com, o puede obtener una copia llamando al número gratuito 1-800-649-0963. Si decide presentar su reclamo en línea, debe hacerlo antes del **13 de junio de 2023**. Si opta por presentar el Formulario de Reclamación por correo, deberá enviarlo con sello postal antes del **13 de junio de 2023** a:

CRT Claims
c/o The Notice Company
P.O. Box 778
Hingham, MA 02043

## DERECHO A EXCLUIRSE

### 12. ¿Tengo derecho a excluirme de la Demanda Colectiva?

Sí. Si usted es un Miembro de la Demanda Colectiva y desea conservar su derecho a demandar a Mitsubishi Electric Corporation por los reclamos alegados y resueltos en este caso (*ver* preguntas 4 y 7), debe excluirse de la Demanda Colectiva. Si se excluye, no obtendrá dinero del Nuevo Acuerdo. Si se excluye del Nuevo Acuerdo, no presente un Formulario de Reclamo. Las solicitudes de exclusión de la Demanda Colectiva en el Nuevo Acuerdo no darán lugar a la exclusión de los Acuerdos Anteriores.

### 13. ¿Cómo me excluyo de la Demanda Colectiva?

Si decide excluirse de la Demanda Colectiva en el Nuevo Acuerdo y conservar su derecho a demandar a Mitsubishi Electric Corporation por su cuenta, debe enviar una carta que incluya lo siguiente:

- Su nombre, dirección y número de teléfono;
- Una declaración en la que se indique que solicita la exclusión de la Demanda Colectiva y que no desea participar en el acuerdo con Mitsubishi Electric Corporation en *Luscher, et al. v. Mitsubishi Electric Corp.*, caso n. ° 17-cv-04067-JST; y
- Su firma.

Debe enviar por correo este pedido de exclusión con sello postal antes del **14 de abril de 2023**a:

CRT Indirect Exclusions
c/o The Notice Company
P.O. Box 778
Hingham, MA 02043

## PERMANECER EN LA DEMANDA COLECTIVA

### 14. ¿A qué renuncio si sigo siendo miembro de la Demanda Colectiva?

Si no se excluye de la Demanda Colectiva, habrá renunciado a su derecho a demandar a Mitsubishi Electric Corporation por su cuenta por los reclamos alegados y resueltos en este caso (*ver* preguntas 4 y 7) y estará obligado por el Nuevo Acuerdo y todos los procedimientos, órdenes y sentencias posteriores en esta demanda. En consideración del Monto del Acuerdo (*ver* pregunta 8), los miembros de la Demanda Colectiva eximirán a Mitsubishi Electric Corporation (y a ciertas entidades relacionadas definidas en el Convenio del Acuerdo) de todos los reclamos que surjan en virtud de cualquier ley federal o de las leyes de cualquiera de los 30 estados o del Distrito de Columbia en relación con los hechos subyacentes a la Acción, como se describe más detalladamente en el Convenio del Acuerdo.

10

VISITE www.CRTclaims.com O LLAME AL NÚMERO GRATUITO 1-800-649-0963
PARA UNA NOTIFICACIÓN EN ESPAÑOL, VISITE NUESTRO SITIO DE INTERNET O LLAME

El Convenio del Acuerdo describe los reclamos exonerados en detalle, así que léalo detenidamente ya que el Convenio del Acuerdo es vinculante para usted. Si tiene alguna pregunta, puede llamar al número gratuito, **1-800-649-0963**, y habla con el Administrador del Acuerdo. También puede consultar a su propio abogado a su propio costo. El Convenio del Acuerdo y las exoneraciones específicas están disponibles en www.CRTclaims.com.

## LOS ABOGADOS QUE LO REPRESENTAN

### 15. ¿Tengo un abogado que me represente?

El Tribunal ha designado a Trump, Alioto, Trump & Prescott LLP, 2001 Union Street, Suite 482, San Francisco, CA 94123, para que lo represente como "abogado de la Demanda Colectiva" para la Demanda Colectiva. Usted no tiene que pagar por los servicios de los abogados de la Demanda Colectiva. Los abogados de la Demanda Colectiva buscarán una compensación solicitando al Tribunal una parte de los ingresos del acuerdo. Si desea que lo represente su propio abogado y este abogado comparece ante el tribunal en su nombre en este caso, puede contratar uno por su cuenta.

### 16. ¿Cómo se les pagará a los abogados?

Los abogados de la Demanda Colectiva solicitarán al Tribunal los honorarios de los abogados en función de su trabajo en este litigio por un monto de un tercio del Fondo de Acuerdo de $33,000,000 ($11,000,000), más el reembolso de sus gastos de litigio. Los Abogados de la Demanda Colectiva también solicitarán indemnizaciones de $2.000 para cada uno de los Representantes de la Demanda Colectiva que ayudaron a los abogados en nombre de la Demanda Colectiva. Cualquier pago a los abogados o los Representantes de la Demanda Colectiva estará sujeto a la aprobación del Tribunal, y el Tribunal puede otorgar menos de la cantidad solicitada. Los honorarios de los abogados, los gastos del litigio y las compensaciones de los Representantes de la Demanda Colectiva que ordene el Tribunal, además de los costos de administración de los Acuerdos, provendrán del Fondo del Acuerdo y están sujetos a la aprobación del Tribunal.

La moción de los abogados para honorarios, gastos de litigio y compensaciones de los Representantes de la Demanda Colectiva se presentará el **10 de marzo de 2023 o antes de esa fecha**. La moción se publicará en el sitio web en www.CRTclaims.com.

## OBJETAR O COMENTAR SOBRE EL NUEVO ACUERDO , PLANDE DISTRIBUCIÓN, ARANCELESDE ABOGADOS , GASTOS DELITIGIO Y COMPENSACIONES PARA LOS REPRESENTANTES DE LA DEMANDA COLECTIVA

### 17. ¿Cómo puedo objetar o comentar sobre el Nuevo Acuerdo?

Puede solicitar al Tribunal que niegue la aprobación presentando una objeción al Nuevo Acuerdo. No puede pedirle al Tribunal que ordene un acuerdo diferente; el Tribunal solo puede aprobar o rechazar el Acuerdo. Si el Tribunal niega la aprobación, no se emitirán pagos transaccionales y el proceso seguirá. Si eso es lo que quiere que suceda, debe objetar.

Si decide oponerse al Nuevo Acuerdo, debe hacerlo por escrito. La objeción por escrito debe incluir la siguiente información:

- Su nombre, dirección, número de teléfono y, si está siendo asistido por un abogado, su nombre, dirección y número de teléfono;
- El nombre y el número de acción (*Luscher, et al. v. Mitsubishi Electric Corp.*, caso n. °. 17-cv-04067-JST, MDL n. º 1917);
- Prueba de inclusión en la demanda colectiva;

- Una explicación breve pero específica de sus razones para objetar; y
- Su firma.

La objeción debe presentarse al Tribunal ya sea enviándola por correo al Secretario del Tribunal a la dirección a continuación, o presentándola en persona en cualquier lugar del Tribunal de Distrito de los Estados Unidos para el Distrito Norte de California. **La objeción debe presentarse ante el Tribunal o tener sello postal a más tardar del 14 de abril de 2023 o antes:**

| **COURT** |
|:---:|
| Clerk of Court<br>United States District Court for the<br>Northern District of California<br>1301 Clay Street, Suite 400 S<br>Oakland, CA 94612 |

# LA AUDIENCIA DE IMPARCIALIDAD

**18. ¿Cuándo y dónde considerará el Tribunal el Nuevo Acuerdo, el plan de distribución, la solicitud de honorarios de abogados, los gastos de litigio y las compensaciones a los Representantes de la**

El Tribunal tiene previsto celebrar una audiencia de imparcialidad para considerar el Nuevo Acuerdo **el 1 de junio de 2023** a las **2 p. m.** vía Zoom, con el enlace disponible en: https://cand.uscourts.gov/judges/tigar-jon-s-jst/. La audiencia puede cambiar de fecha u hora sin previo aviso, así que debe consultar en el sitio de Internet www.CRTclaims.com para obtener información actualizada.

En esta audiencia el Tribunal considerará si el Acuerdo es justo, razonable y suficiente. El Tribunal considerará el Nuevo Acuerdo, el plan de distribución, la solicitud de honorarios de abogados, los gastos de litigio y las compensaciones a los Representantes de la Demanda Colectiva. Si hay objeciones o comentarios, el Tribunal las considerará en este momento. Después de la audiencia, el Tribunal decidirá si aprueba o no el Nuevo Acuerdo, el plan de distribución, la solicitud de honorarios de abogados, los gastos de litigio y las compensaciones a los Representantes de la Demanda Colectiva. No sabemos cuánto puede tardar en tomar esas decisiones.

**19. ¿Tengo que asistir a la audiencia?**

No. Los abogados del grupo responderán a cualquier pregunta que tenga el Tribunal. Pero puede comparecer por su cuenta. Si presenta una objeción por escrito a tiempo, puede comparecer en la audiencia de aprobación definitiva, aunque no está obligado a hacerlo, ya sea en persona o mediante su propio abogado. Si comparece mediante su propio abogado, usted es responsable de contratar y pagar a ese abogado. Si envía una objeción o comentario, no es necesario que acuda al Tribunal para hablar sobre ello. Su objeción se presentará al Tribunal para su consideración siempre y cuando la haya presentado a tiempo.

**20. ¿Puedo hablar en la audiencia?**

Puede pedirle permiso al tribunal para hablar en la Audiencia de Imparcialidad. Para hacerlo, debe presentar un "Aviso de intención de comparecer en la causa *En relación con: Litigio antimonopolio de tubo de rayos catódicos (CRT)*, MDL n. ° 1917." Asegúrese de incluir su nombre, dirección, número de teléfono y su firma. Su aviso de intención de comparecer debe presentarse al Tribunal ya sea enviándola por correo al Secretario del Tribunal a la dirección que aparece en la pregunta 17, o presentándola en persona en cualquier lugar del Tribunal de Distrito de los Estados Unidos para el Distrito Norte de California a más tardar el **14 de abril de 2023.** No puede hablar en la audiencia si se excluyó del Colectivo de la Demanda Colectiva.

>>   **Las instrucciones para asistir a la audiencia a través de Zoom estarán disponibles en la página de Internet del Tribunal: https://cand.uscourts.gov/judges/tigar-jon-s-jst/.**

## OBTENER MÁS INFORMACIÓN

| **21. ¿Dónde puedo obtener más información?** |
| --- |

En este Aviso se resume el Acuerdo propuesto. Para conocer los términos y condiciones precisos del Nuevo Acuerdo, consulte el Acuerdo de Conciliación disponible en www.CRTclaims.com. Le recomendamos que visite este sitio web regularmente para conocer las novedades de este caso. También puede obtener más información sobre los acuerdos en el litigio de las siguientes maneras:

- Llamando al 1-800-649-0963;
- Escribiendo a CRT Questions, c/o The Notice Company, P.O. Box 778, Hingham, MA 02043;
- Accediendo al expediente de la Corte en este caso a través del sistema de Acceso Público a los Registros Electrónicos de la Corte (Court's Public Access to Court Electronic Records, PACER) en https://ecf.cand.uscourts.gov; o
- Visitando la oficina del Secretario del Tribunal del Tribunal de Distrito de los Estados Unidos para el Distrito Norte de California, 1301 Clay Street, Suite 400 S, Oakland, CA 94612, entre las 9:00 a.m. y la 1:00 p.m., de lunes a viernes, excepto los feriados del Tribunal.

**TODAS LAS CONSULTAS RELACIONADAS CON ESTE AVISO
DEBEN HACERSE AL ADMINISTRADOR DEL ACUERDO**

**NO LLAME POR TELÉFONO AL TRIBUNAL NI A LA OFICINA DEL SECRETARIO DEL TRIBUNAL**

# DECLARATION OF JOSEPH M. FISHER

# EXHIBIT F

## In Re: Cathode Ray Tube (CRT) Antitrust Litigation (MDL No. 1917)

*(U.S. District Court for the Northern District of California)*

## MITSUBISHI ELECTRIC SETTLEMENT
### CATHODE RAY TUBE (CRT) INDIRECT PURCHASER CLAIM FORM
### Deadline for Submission is June 13, 2023

### For INDIVIDUAL (NATURAL PERSONS) use only.  Not for business claims.
*See pages 2-3 for General Instructions and Definitions*

☐ Check here if you are submitting this claim on behalf of someone else. If so, please email audit@CRTclaims.com for directions.

### PART 1:  CLAIMANT INFORMATION

First Name of Class Member / M.I.

Last Name of Class Member

Class Member's (or Estate Representative's) Mailing Address: Number and Street or P.O. Box

City / State / Zip Code

Email Address

Provide Last 4 Digits of Social Security Number: X X X - X X -   *OR*   Provide Date of Birth (Month and Year): / X X /

Did you submit a claim in the Prior Settlements?
*If yes, this claim form must include previously claimed CRT units as well as newly claimed CRT units.*

Yes        No

### PART 2:  PURCHASE INFORMATION

Provide the **total number** (*NOT amount paid*) of CRT Products purchased during the Claims Periods in eligible states (see pg. 3).
For example, if you purchased two 19" TVs & one 32" TV, you would put a 2 under Standard CRT TV & 1 under Large CRT TV.

| PRODUCT TYPE | Standard CRT Television (screen size less than 30 inches) | Large CRT Television (screen size 30 inches or larger) | CRT Computer Monitor | Other CRT Product(s) (Describe the products in the space below) |
|---|---|---|---|---|
| NUMBER OF CRT PRODUCTS PURCHASED | | | | |
| DESCRIPTION OF OTHER CRT PRODUCTS | | | | |

### PART 3: SIGN AND DATE CLAIM FORM

I declare under penalty of perjury under the laws of the United States of America, that the information provided in this Claim Form is true and correct to the best of my knowledge and belief. I declare that my purchases were made in eligible states, within the eligible Claims Periods, and that my purchases were NOT directly from Mitsubishi Electric nor an Alleged Co-Conspirator.
**REVIEW THE STATE AND CLAIMS PERIODS ON PAGE 3 TO CONFIRM YOUR PURCHASES ARE ELIGIBLE FOR COMPENSATION.**

Signature of Class Member (or Estate Representative) / Date (MM/DD/YYYY)     /     /

Print Name

### *Claims may be audited and any false or fraudulent claim is subject to prosecution.*

### In Re: Cathode Ray Tube (CRT) Antitrust Litigation (MDL No. 1917)

*(U.S. District Court for the Northern District of California)*

## MITSUBISHI ELECTRIC SETTLEMENT
### CATHODE RAY TUBE (CRT) INDIRECT PURCHASER CLAIM FORM
### Deadline for Submission is June 13, 2023

## GENERAL INSTRUCTIONS & DEFINITIONS

This Claim Form is for the Mitsubishi Electric Settlement ("**New Settlement**") in the Cathode Ray Tube ("CRT") indirect purchaser litigation. Your claim must be submitted online, or mailed and postmarked, on or before June 13, 2023. **Additional information is provided in the Detailed Notice of Settlement, available at www.CRTclaims.com.**

The New Settlement **includes** indirect purchases of **CRT Products manufactured by Mitsubishi AND by other companies**. Only Sony® branded CRT Products are NOT eligible to be included in this case.  All other brands of CRT Products are eligible.

**What are CRT Products?**  CRT Products include Cathode Ray Tubes ("CRTs") and products containing CRTs, such as televisions and computer monitors.  **What is an "Indirect" Purchase?**  "Indirect" means that you purchased the CRT Product from someone other than the manufacturer of the CRT Product. For example, you bought a CRT television from a retailer, such as Best Buy, or a CRT monitor from Dell. **See the Detailed Notice for additional information**.

**Who should submit a claim in the New Settlement?**

- **First-time Claimants:** If you did *not* submit a claim in prior settlements involving indirect purchases of CRT Products ("Prior Settlements") or you submitted a claim that was denied ("Invalid Claim"), then you are considered a "First-time Claimant."  **You *must* complete and submit a Claim Form in order to get a payment from the New Settlement.**

- **Prior Claimants:**  If you (or someone on your behalf) submitted a Claim that was not denied in the Prior Settlements ("Valid Claim")  *and* you do not have any additional purchases on which to base claims in the New Settlement, you are considered a "Prior Claimant." **You do *not* need to submit a claim in the New Settlement.**  Your Valid Claim from the Prior Settlements will be automatically submitted in the New Settlement without any further action taken by you, ***unless*** you make a New Claim Submission. If your claim in the Prior Settlements was only **partially accepted**, then your Valid Claim consists only of the accepted portion of your prior submission. *For example*, if you previously submitted a claim for 6 CRT computer monitors and only 4 monitors were accepted in the Prior Settlements, then your Valid Claim for 4 (and only 4) CRT computer monitors will be automatically submitted in the New Settlement.

- **Repeat Claimants:**  If you already submitted a Valid Claim in connection with the Prior Settlements but you now want to submit a claim for purchases of **additional CRT Products that were not included in your prior Valid Claim ("Newly Claimed Units")**, you are considered a "Repeat Claimant." Repeat Claimants are expected because you can now claim for purchases in **nine states** that were not included in the Prior Settlements. The new states are Arkansas, Massachusetts, Missouri, Montana, New Hampshire, Oregon, Rhode Island, South Carolina, and Utah.

- **IMPORTANT: If you submit a claim in the New Settlement ("New Claim Submission"), then your previous claim in the Prior Settlements will NOT be submitted in the New Settlement**. Your New Claim Submission must include **ALL** of your qualifying CRT purchases, including those previously claimed *and* your additional purchases not previously claimed. Purchases claimed in the Prior Settlements will **NOT** be automatically included in a New Claim Submission.

| REMINDER |
|---|
| Please make sure that you:<br>1. Complete the entire Claim Form on page 1;<br>2. Sign and date the Claim Form;<br>3. Submit your Claim Form on or before **June 13, 2023**, online or by mail to: |

|  |  |  |
|---|---|---|
| **www.CRTclaims.com** | **OR** | CRT Claims<br>c/o The Notice Company<br>P.O. Box 778<br>Hingham, MA 02043 |

4. Keep a copy of the completed Claim Form for your records;
5. Retain any proof of purchase documentation you may have for CRT Products until your claim is closed; You will be notified if you are required to provide this documentation during the claim verification process.
6. We urge you to check the website, **www.CRTclaims.com**, above regularly for further developments in this case.

**In Re: Cathode Ray Tube (CRT) Antitrust Litigation (MDL No. 1917)**
(*U.S. District Court for the Northern District of California*)

## MITSUBISHI ELECTRIC SETTLEMENT
### CATHODE RAY TUBE (CRT) INDIRECT PURCHASER CLAIM FORM
### Deadline for Submission is June 13, 2023

**Which States and Consumers does the New Settlement cover?**

In order to make a valid claim, you must have been an "Eligible Consumer" who purchased your CRT Product(s) in an "Eligible State" during the specified timeframes ("Claims Periods") as follows:

| Eligible States | Eligible Consumers | Claims Periods |
|---|---|---|
| Arizona, Arkansas, California, District of Columbia, Florida, Iowa, Kansas, Maine, Massachusetts, Michigan, Minnesota, Mississippi, New Hampshire, New Mexico, New York, North Carolina, North Dakota, Oregon, South Carolina, South Dakota, Tennessee, Utah, Vermont, West Virginia, and Wisconsin | All persons or entities (individual or business) that indirectly purchased CRT Products for their own use and not for resale | March 1, 1995 through November 25, 2007 |
| Hawaii | All persons or entities (individual or business) that indirectly purchased CRT Products for their own use and not for resale | June 25, 2002 through November 25, 2007 |
| Nebraska | All persons or entities (individual or business) that indirectly purchased CRT Products for their own use and not for resale | July 20, 2002 through November 25, 2007 |
| Nevada | All persons or entities (individual or business) that indirectly purchased CRT Products for their own use and not for resale | February 4, 1999 through November 25, 2007 |
| Missouri and Montana | All persons or entities (individual or business) that indirectly purchased CRT Products for their own use and not for resale, and primarily for personal, family or household purposes | March 1, 1995 through November 25, 2007 |
| Rhode Island | All **natural persons** who indirectly purchased CRT Products for their own use and not for resale, and primarily for personal, family, or household purposes | March 1, 1995 through November 25, 2007 |

The Claim Form must be dated and signed by the Class Member (or, if deceased, by an estate representative). Your signature affirms that your purchases meet the Eligibility Criteria (see below).

**ELIGIBILITY CRITERIA**: To qualify for compensation in this settlement, your claimed CRT purchases must:
1. Have been made in an Eligible State(s) within the relevant Claim Period(s) listed in the above chart;
2. Meet the Eligible Consumers restrictions for the Eligible State(s), paying particular attention to those purchases made in Missouri, Montana and Rhode Island;
3. Have been Indirect Purchases (see definition on page 2);
4. Not include any purchases of Sony® branded CRT Products; and
5. Not include purchases of CRT Products intended for resale to others.

**THIRD-PARTY SUBMISSIONS:** If you are submitting a Claim Form on behalf of someone else, either an individual (natural person), an estate, or a business, you must register with the Settlement Administrator.  Please email audit@CRTclaims.com for directions.

# DECLARATION OF JOSEPH M. FISHER

# EXHIBIT G

**En relación con: Litigio antimonopolito de tubos de rayos catódicos (CRT) (MDL N.° 1917)**

*(Tribunal de Distrito de los EE. UU. para el Distrito Norte de California)*

## ACUERDO DE MITSUBISHI ELECTRIC
### FORMULARIO DE RECLAMO DEL COMPRADOR INDIRECTO DEL TUBO DE RAYOS CATÓDICOS (CRT)
### La fecha límite para la presentación es el 13 de junio de 2023

**Solo para uso de PERSONAS INDIVIDUALES (PERSONAS FÍSICAS). No usar para reclamos comerciales.**
*Consulte las páginas 2-3 para obtener instrucciones generales y definiciones.*

☐ Verifique aquí si está enviando este reclamo en nombre de otra persona. Si es así, envíe un correo electrónico a audit@CRTclaims.com para obtener instrucciones.

### SECCIÓN 1:  INFORMACIÓN DEL DEMANDANTE

Nombre del miembro de la Demanda Colectiva | M.I.

Apellido del miembro de la Demanda Colectiva

Dirección postal del miembro de la Demanda Colectiva (o del representante del patrimonio): número y calle o casilla de correo

Ciudad | Estado | Código postal

Dirección de correo electrónico

Indique los últimos 4 dígitos del número de Seguro Social

X X X - X X -      ***O***      Indique la fecha de nacimiento (mes y año)      / X X /

¿Presentó un reclamo en los Acuerdos Previos?
*En caso afirmativo, este formulario de reclamo debe incluir unidades CRT previamente reclamadas, así como unidades CRT recientemente reclamadas.*

Sí      No

### SECCIÓN 2:  INFORMACIÓN DE COMPRA

Proporcione la **cantidad total** (*NO el monto pagado*) de Productos con CRT comprados durante los períodos de reclamos en estados elegibles (ver pág. 3).

Por ejemplo, si compró dos televisores de 19 "y un televisor de 32", debe poner un 2 debajo de TV CRT estándar y un 1 debajo de TV CRT grande.

| TIPO DE PRODUCTO | Televisión CRT estándar (tamaño de pantalla inferior a 30 pulgadas) | Televisor CRT grande (tamaño de pantalla 30 pulgadas o más grande) | Monitor de computadora CRT | Otro(s) producto(s) con CRT (Describa los productos en el espacio a continuación) |
|---|---|---|---|---|
| CANTIDAD DE PRODUCTOS CON CRT COMPRADOS | | | | |
| DESCRIPCIÓN DE OTROS PRODUCTOS CON CRT | | | | |

### SECCIÓN 3: FIRMAR Y FECHAR FORMULARIO DE RECLAMACIÓN

Declaro bajo pena de perjurio de conformidad con las leyes de los Estados Unidos de América que la información brindada en este formulario de reclamo es verdadera y correcta a mi leal saber y entender. Declaro que mis compras se realizaron en estados elegibles, dentro de los períodos de reclamaciones elegibles, y que mis compras NO se hicieron directamente a Mitsubishi Electric ni a un presunto coparticipante. **REVISE EL ESTADO Y LOS PERÍODOS DE RECLAMOS EN LA PÁGINA 3 PARA CONFIRMAR QUE SUS COMPRAS SON ELEGIBLES PARA OBTENER COMPENSACIÓN.**

Firma del miembro de la Demanda Colectiva (o del representante del patrimonio) | Fecha (MM/DD/AAAA)      /      /

Nombre en letra de imprenta

*Los reclamos pueden ser auditados y cualquier reclamación falsa o fraudulenta está sujeta a acciones judiciales.*

**En relación con: Litigio antimonopolio de tubos de rayos catódicos (CRT) (MDL N.° 1917)**
(*Tribunal de Distrito de los EE. UU. para el Distrito Norte de California*)

## ACUERDO DE MITSUBISHI ELECTRIC
### FORMULARIO DE RECLAMO DEL COMPRADOR INDIRECTO DEL TUBO DE RAYOS CATÓDICOS (CRT)
### La fecha límite para la presentación es el 13 de junio de 2023

## INSTRUCCIONES GENERALES Y DEFINICIONES

Este formulario de reclamo es para el Acuerdo de Mitsubishi Electric ("**Nuevo Acuerdo**") en el litigio de compradores indirectos de tubo de rayos catódicos ("CRT"). Su reclamo debe enviarse en línea, o enviarse por correo y estampillado, antes del 13 de junio de 2023. **Se proporciona información adicional en el Aviso detallado del acuerdo, disponible en www.CRTclaims.com.**

El Nuevo Acuerdo **incluye** compras indirectas de **Productos con CRT fabricados por Mitsubishi Y por otras compañías**. Solo los Productos con CRT de la marca Sony® NO son elegibles para ser incluidos en este caso. Todas las demás marcas de Productos con CRT son elegibles.

**¿Qué son los Productos con CRT?** Los "Productos con CRT" incluyen CRT y productos que contienen CRT, como televisores y monitores de computadora. **¿Qué es una compra "indirecta"?** "Indirectamente" significa que compró el Producto con CRT a alguien que no es el fabricante del Producto con CRT. Por ejemplo, compró un televisor CRT en un distribuidor, como Best Buy, o un monitor CRT de Dell. **Consulte el Aviso detallado para obtener información adicional**.

**¿Quién debe presentar un reclamo en el Nuevo Acuerdo?**

- **Demandantes por primera vez:** Si *no* presentó un reclamo en acuerdos anteriores que impliquen compras indirectas de Productos con CRT ("Liquidaciones Previas") o usted presentó un reclamo que fue denegado ("Reclamo no válido"), entonces se le considera un "Demandante por primera vez". *Debe* completar y enviar un Formulario de reclamo **para obtener un pago del Nuevo Acuerdo.**

- **Reclamantes anteriores:** si usted (o alguien en su nombre) presentó un reclamo que no fue denegado en los Acuerdos Anteriores ("Reclamo válido") *y* no tiene ninguna compra adicional en la que basar los reclamos en el Nuevo Acuerdo, se le considera un "Demandante anterior". *No es necesario que presente un reclamo en el Nuevo Acuerdo.* Su Reclamo válido de los Acuerdos anteriores se presentará automáticamente en el Nuevo Acuerdo sin que usted haya tomado ninguna otra medida, *a menos que* realice una presentación de un Nuevo Reclamo. Si su reclamo en los Acuerdos Anteriores solo fue **aceptado parcialmente**, entonces su reclamo válido consiste solo en la parte aceptada de su presentación anterior. *Por ejemplo*, si anteriormente presentó un reclamo por 6 monitores de computadora CRT y solo se aceptaron 4 monitores en los Acuerdos Anteriores, entonces su reclamo válido de 4 (y solo 4) monitores de computadora CRT se enviará automáticamente en el Nuevo Acuerdo.

- **Demandantes reincidentes:** si ya presentó un reclamo válido en relación con los Acuerdos Anteriores, pero ahora desea presentar un reclamo por compras de **Productos con CRT adicionales que no estaban incluidos en su reclamo válido anterior ("Unidades recientemente reclamadas")**, se le considera un "Demandante reincidente". Se espera la presentación de Reclamantes reincidentes porque ahora se puede reclamar por compras en **nueve estados** que no se incluyeron en los acuerdos anteriores. Los nuevos estados son Arkansas, Massachusetts, Misuri, Montana, Nuevo Hampshire, Oregón, Rhode Island, Carolina del Sur y Utah.

- **IMPORTANTE: Si presentó un reclamo en el Nuevo Acuerdo ("Presentación del Nuevo Reclamo), su reclamo anterior en los Acuerdos Anteriores NO se presentará en el Nuevo Acuerdo**. La Presentación de Nuevo Reclamo debe incluir **TODAS las compras** de CRT que califiquen, incluidas las reclamadas anteriormente *y* sus compras adicionales no reclamadas anteriormente. Las compras reclamadas en los Acuerdos Previos **NO** se incluirán automáticamente en la Presentación de un Nuevo Reclamo.

## RECORDATORIO

Asegúrese de:
1. Completar todo el Formulario de Reclamo en la página 1;
2. Firmar y fechar el Formulario de Reclamo;
3. Enviar el Formulario de Reclamo el **13 de junio de 2023, o antes de esa fecha,** en línea o por correo a:

| | | |
|---|---|---|
| **www.CRTclaims.com** | **O** | CRT Claims<br>c/o The Notice Company<br>P.O. Box 778<br>Hingham, MA 02043 |

4. Conserve una copia del Formulario de Reclamo completado para sus registros.
5. Conserve cualquier documentación de prueba de compra que pueda tener de los Productos con CRT hasta que se cierre su reclamo; se le notificará si debe proporcionar esta documentación durante el proceso de verificación de reclamos.
6. Le recomendamos que consulte el sitio web, **www.CRTclaims.com**, que aparece arriba periódicamente para futuros desarrollos en este caso.

## En relación con: Litigio antimonopolio de tubos de rayos catódicos (CRT) (MDL N. ° 1917)
*(Tribunal de Distrito de los EE. UU. para el Distrito Norte de California)*

### ACUERDO DE MITSUBISHI ELECTRIC
### FORMULARIO DE RECLAMO DEL COMPRADOR INDIRECTO DEL TUBO DE RAYOS CATÓDICOS (CRT)
### La fecha límite para la presentación es el 13 de junio de 2023

**¿Qué estados y consumidores cubre el Nuevo Acuerdo?**

Para realizar un reclamo válido, debe haber sido un "Consumidor Elegible" que compró su(s) Producto(s) con CRT en un "Estado Elegible" durante los plazos especificados ("Períodos de Reclamos") de la siguiente manera:

| Estados Elegibles | Consumidores Elegibles | Períodos de Reclamos |
|---|---|---|
| Arizona, Arkansas, California, Distrito de Columbia, Florida, Iowa, Kansas, Maine, Massachusetts, Michigan, Minnesota, Mississippi, Nuevo Hampshire, Nuevo México, Nueva York, Carolina del Norte, Dakota del Norte, Oregón, Carolina del Sur, Dakota del Sur, Tennessee, Utah, Vermont, Virginia Occidental y Wisconsin. | Todas las personas o entidades (individuales o comerciales) que compraron indirectamente Productos con CRT para su propio uso y no para reventa. | Desde el 1 de marzo de 1995 hasta el 25 de noviembre de 2007 |
| Hawái | Todas las personas o entidades (individuales o comerciales) que compraron indirectamente Productos con CRT para su propio uso y no para reventa. | Del 25 de junio de 2002 hasta el 25 de noviembre de 2007 |
| Nebraska | Todas las personas o entidades (individuales o comerciales) que compraron indirectamente Productos con CRT para su propio uso y no para reventa. | Del 20 de julio de 2002 hasta el 25 de noviembre de 2007 |
| Nevada | Todas las personas o entidades (individuales o comerciales) que compraron indirectamente Productos con CRT para su propio uso y no para reventa. | Del 4 de febrero de 1999 hasta el 25 de noviembre de 2007 |
| Misuri y Montana | Todas las personas o entidades (individuales o comerciales) que compraron indirectamente Productos con CRT para su propio uso y no para reventa. | Desde el 1 de marzo de 1995 hasta el 25 de noviembre de 2007 |
| Rhode Island | Todas las **personas físicas** que compraron indirectamente Productos con CRT para su propio uso y no para reventa, y especialmente para fines personales, familiares o domésticos. | Desde el 1 de marzo de 1995 hasta el 25 de noviembre de 2007 |

El Formulario de Reclamo debe estar fechado y firmado por el Miembro de la Demanda Colectiva (o, si falleció, por un representante de la herencia). Su firma confirma que sus compras cumplen con los Criterios de elegibilidad (ver a continuación).

**CRITERIOS DE ELEGIBILIDAD**: para calificar para una compensación en este acuerdo, sus compras de CRT reclamadas deben:
1. Haberse realizado en uno o varios Estados Elegibles dentro de los Períodos de Reclamos pertinentes enumerados en el cuadro anterior;

2. Cumplir con las restricciones de Consumidores Elegibles para el(los) Estado(s) Elegible(s), prestando especial atención a las compras realizadas en Misuri, Montana y Rhode Island;
3. Haber sido compras indirectas (véase la definición en la página 2);
4. No incluye ninguna compra de productos con CRT de la marca Sony®; y
5. No incluyen las compras de Productos con CRT destinados a la reventa a terceros.

**PRESENTACIONES DE TERCEROS**: si presenta un Formulario de Reclamo en nombre de otra persona, ya sea un particular (persona física), un patrimonio o una empresa, debe registrarse con el administrador del acuerdo. Envíe un correo electrónico a audit@CRTclaims.com para obtener instrucciones.

# DECLARATION OF JOSEPH M. FISHER

# EXHIBIT H

**In Re: Cathode Ray Tube (CRT) Antitrust Litigation (MDL No. 1917)**

*(U.S. District Court for the Northern District of California)*

## MITSUBISHI ELECTRIC SETTLEMENT
### CATHODE RAY TUBE (CRT) INDIRECT PURCHASER CLAIM FORM
### Deadline for Submission is June 13, 2023

**For BUSINESS use only.  Not for individual (natural persons) claims.**

*See pages 2-3 for General Instructions and Definitions*

☐ Check here if you are submitting this claim on behalf of someone else. If so, please email audit@CRTclaims.com for directions.

### PART 1:  CLAIMANT INFORMATION

Entity Name / Business Name of Class Member

Person to contact if there are questions regarding this claim

Class Member's Mailing Address: Number and Street or P.O. Box

City                                                                 State     Zip Code

Email Address

Provide Federal Taxpayer Identification Number          Provide Date of Formation/Incorporation          Did you submit a claim in the Prior Settlements?

*If yes, this claim form must include previously claimed CRT units as well as newly claimed CRT units.*

**OR**          / /

During the Claims Period, provide the average number of *(Include Eligible States only):*

**Employees**          **AND**     **Locations**          **Yes**     **No**

### PART 2:  PURCHASE INFORMATION

Provide the **total number** (*NOT amount paid*) of CRT Products purchased during the Claims Periods in eligible states (see pg. 3).
For example, if you purchased two 19" TVs & one 32" TV, you would put a 2 under Standard CRT TV & 1 under Large CRT TV.

| PRODUCT TYPE | Standard CRT Television (screen size less than 30 inches) | Large CRT Television (screen size 30 inches or larger) | CRT Computer Monitor | Other  CRT Product(s) (Describe the products in the space below) |
|---|---|---|---|---|
| NUMBER OF CRT PRODUCTS PURCHASED | | | | |
| DESCRIPTION OF OTHER CRT PRODUCTS | | | | |

### PART 3: SIGN AND DATE CLAIM FORM

I declare under penalty of perjury under the laws of the United States of America, that the information provided in this Claim Form is true and correct to the best of my knowledge and belief. I declare that my purchases were made in eligible states, within the eligible Claims Periods, and that my purchases were NOT directly from Mitsubishi Electric nor an Alleged Co-Conspirator.
**REVIEW THE STATE AND CLAIMS PERIODS ON PAGE 3 TO CONFIRM YOUR PURCHASES ARE ELIGIBLE FOR COMPENSATION.**

Signature of Authorized Business Representative                    Date (MM/DD/YYYY)

/ /

Print Name of Authorized Business Representative

Title of Authorized Business Representative

*Claims may be audited and any false or fraudulent claim is subject to prosecution.*

## In Re: Cathode Ray Tube (CRT) Antitrust Litigation (MDL No. 1917)

*(U.S. District Court for the Northern District of California)*

# MITSUBISHI ELECTRIC SETTLEMENT
## CATHODE RAY TUBE (CRT) INDIRECT PURCHASER CLAIM FORM
### Deadline for Submission is June 13, 2023

## GENERAL INSTRUCTIONS & DEFINITIONS

This Claim Form is for the Mitsubishi Electric Settlement ("**New Settlement**") in the Cathode Ray Tube ("CRT") indirect purchaser litigation. Your claim must be submitted online, or mailed and postmarked, on or before June 13, 2023. **Additional information is provided in the Detailed Notice of Settlement, available at www.CRTclaims.com.**

The New Settlement **includes** indirect purchases of **CRT Products manufactured by Mitsubishi AND by other companies**. Only Sony® branded CRT Products are NOT eligible to be included in this case.  All other brands of CRT Products are eligible.

**What are CRT Products?** CRT Products include Cathode Ray Tubes ("CRTs") and products containing CRTs, such as televisions and computer monitors.  **What is an "Indirect" Purchase?** "Indirect" means that you purchased the CRT Product from someone other than the manufacturer of the CRT Product. For example, you bought a CRT television from a retailer, such as Best Buy, or a CRT monitor from Dell. **See the Detailed Notice for additional information**.

**Who should submit a claim in the New Settlement?**

- **First-time Claimants:** If you did *not* submit a claim in prior settlements involving indirect purchases of CRT Products ("Prior Settlements") or you submitted a claim that was denied ("Invalid Claim"), then you are considered a "First-time Claimant." **You *must* complete and submit a Claim Form in order to get a payment from the New Settlement.**

- **Prior Claimants:**  If you (or someone on your behalf) submitted a Claim that was not denied in the Prior Settlements ("Valid Claim")  *and* you do not have any additional purchases on which to base claims in the New Settlement, you are considered a "Prior Claimant." **You do *not* need to submit a claim in the New Settlement.**  Your Valid Claim from the Prior Settlements will be automatically submitted in the New Settlement without any further action taken by you, ***unless*** you make a New Claim Submission. If your claim in the Prior Settlements was only **partially accepted**, then your Valid Claim consists only of the accepted portion of your prior submission. *For example*, if you previously submitted a claim for 6 CRT computer monitors and only 4 monitors were accepted in the Prior Settlements, then your Valid Claim for 4 (and only 4) CRT computer monitors will be automatically submitted in the New Settlement.

- **Repeat Claimants:**  If you already submitted a Valid Claim in connection with the Prior Settlements but you now want to submit a claim for purchases of **additional CRT Products that were not included in your prior Valid Claim ("Newly Claimed Units")**, you are considered a "Repeat Claimant." Repeat Claimants are expected because you can now claim for purchases in **nine states** that were not included in the Prior Settlements. The new states are Arkansas, Massachusetts, Missouri, Montana, New Hampshire, Oregon, Rhode Island, South Carolina, and Utah.

- **IMPORTANT: If you submit a claim in the New Settlement ("New Claim Submission"), then your previous claim in the Prior Settlements will NOT be submitted in the New Settlement**. Your New Claim Submission must include **ALL** of your qualifying CRT purchases, including those previously claimed *and* your additional purchases not previously claimed. Purchases claimed in the Prior Settlements will **NOT** be automatically included in a New Claim Submission.

| REMINDER |
|---|
| Please make sure that you:<br>1. Complete the entire Claim Form on page 1;<br>2. Sign and date the Claim Form;<br>3. Submit your Claim Form on or before **June 13, 2023**, online or by mail to: |

|  |  |  |
|---|---|---|
| **www.CRTclaims.com** | **OR** | CRT Claims<br>c/o The Notice Company<br>P.O. Box 778<br>Hingham, MA 02043 |

4. Keep a copy of the completed Claim Form for your records;
5. Retain any proof of purchase documentation you may have for CRT Products until your claim is closed; You will be notified if you are required to provide this documentation during the claim verification process.
6. We urge you to check the website, **www.CRTclaims.com**, above regularly for further developments in this case.

**In Re: Cathode Ray Tube (CRT) Antitrust Litigation (MDL No. 1917)**
*(U.S. District Court for the Northern District of California)*

## MITSUBISHI ELECTRIC SETTLEMENT
### CATHODE RAY TUBE (CRT) INDIRECT PURCHASER CLAIM FORM
### Deadline for Submission is June 13, 2023

**Which States and Consumers does the New Settlement cover?**

In order to make a valid claim, you must have been an "Eligible Consumer" who purchased your CRT Product(s) in an "Eligible State" during the specified timeframes ("Claims Periods") as follows:

| Eligible States | Eligible Consumers | Claims Periods |
|---|---|---|
| Arizona, Arkansas, California, District of Columbia, Florida, Iowa, Kansas, Maine, Massachusetts, Michigan, Minnesota, Mississippi, New Hampshire, New Mexico, New York, North Carolina, North Dakota, Oregon, South Carolina, South Dakota, Tennessee, Utah, Vermont, West Virginia, and Wisconsin | All persons or entities (individual or business) that indirectly purchased CRT Products for their own use and not for resale | March 1, 1995 through November 25, 2007 |
| Hawaii | All persons or entities (individual or business) that indirectly purchased CRT Products for their own use and not for resale | June 25, 2002 through November 25, 2007 |
| Nebraska | All persons or entities (individual or business) that indirectly purchased CRT Products for their own use and not for resale | July 20, 2002 through November 25, 2007 |
| Nevada | All persons or entities (individual or business) that indirectly purchased CRT Products for their own use and not for resale | February 4, 1999 through November 25, 2007 |
| Missouri and Montana | All persons or entities (individual or business) that indirectly purchased CRT Products for their own use and not for resale, and primarily for personal, family or household purposes | March 1, 1995 through November 25, 2007 |
| Rhode Island | All **natural persons** who indirectly purchased CRT Products for their own use and not for resale, and primarily for personal, family, or household purposes | March 1, 1995 through November 25, 2007 |

The Claim Form must be dated and signed by the Class Member (or, if deceased, by an estate representative). Your signature affirms that your purchases meet the Eligibility Criteria (see below).

**ELIGIBILITY CRITERIA**: To qualify for compensation in this settlement, your claimed CRT purchases must:
1. Have been made in an Eligible State(s) within the relevant Claim Period(s) listed in the above chart;
2. Meet the Eligible Consumers restrictions for the Eligible State(s), paying particular attention to those purchases made in Missouri, Montana and Rhode Island;
3. Have been Indirect Purchases (see definition on page 2);
4. Not include any purchases of Sony® branded CRT Products; and
5. Not include purchases of CRT Products intended for resale to others.

**THIRD-PARTY SUBMISSIONS:**  If you are submitting a Claim Form on behalf of someone else, either an individual (natural person), an estate, or a business, you must register with the Settlement Administrator.  Please email audit@CRTclaims.com for directions.

# DECLARATION OF JOSEPH M. FISHER

# EXHIBIT I

**En relación con: Litigio antimonopolito de tubos de rayos catódicos (CRT) (MDL n.° 1917)**

## ACUERDO DE MITSUBISHI ELECTRIC
### FORMULARIO DE RECLAMO DEL COMPRADOR INDIRECTO DEL TUBO DE RAYOS CATÓDICOS (CRT)
### La fecha límite para la presentación es el 13 de junio de 2023

**Solo para uso de EMPRESAS. No usar para reclamos individuales (personas físicas).**

*Consulte las páginas 2-3 para obtener instrucciones generales y definiciones.*

Verifique aquí si está enviando este reclamo en nombre de otra persona. Si es así, envíe un correo electrónico a audit@CRTclaims.com para obtener instrucciones.

### SECCIÓN 1: INFORMACIÓN DEL DEMANDANTE

Nombre de la entidad/Nombre comercial del miembro del colectivo

Persona a contactar si hay preguntas sobre este reclamo

Dirección postal del miembro del colectivo: número y calle o casilla de correo

Ciudad

Estado   Código postal

Dirección de correo electrónico

Proporcionar el número de identificación federal del contribuyente

Proporcionar la fecha de formación/incorporación

¿Presentó una reclamación en los acuerdos previos?

*En caso afirmativo, este formulario de reclamación debe incluir unidades CRT previamente reclamadas, así como unidades CRT recientemente reclamadas.*

**—**   **O**   **/   /**

Durante el período de reclamos, proporcione el número promedio de *(incluye solo los estados elegibles):*

**Empleados**   **Y**   **Ubicaciones**   **Sí**   **No**

### SECCIÓN 2: INFORMACIÓN DE COMPRA

Proporcione la **cantidad total** (*NO el monto pagado*) de Productos con CRT comprados durante los períodos de reclamos en estados elegibles (ver pág. 3). Por ejemplo, si compró dos televisores de 19 "y un televisor de 32", debe poner un 2 debajo de TV CRT estándar y un 1 debajo de TV CRT grande.

| TIPO DE PRODUCTO | Televisor CRT estándar (tamaño de pantalla inferior a 30 pulgadas) | Televisor CRT grande (tamaño de pantalla de 30 pulgadas o más) | Monitor de computadora CRT | Otro(s) producto(s) CRT (Describa los productos en el espacio a continuación) |
|---|---|---|---|---|
| CANTIDAD DE PRODUCTOS CON CRT COMPRADOS | | | | |
| DESCRIPCIÓN DE OTROS PRODUCTOS CON CRT | | | | |

### SECCIÓN 3: FIRMAR Y FECHAR FORMULARIO DE RECLAMACIÓN

Declaro bajo pena de perjurio de conformidad con las leyes de los Estados Unidos de América que la información brindada en este formulario de reclamo es verdadera y correcta a mi leal saber y entender. Declaro que mis compras se realizaron en estados elegibles, dentro de los períodos de reclamos elegibles, y que mis compras NO se hicieron directamente a Mitsubishi Electric ni a un presunto coparticipante. **REVISE EL ESTADO Y LOS PERÍODOS DE RECLAMOS EN LA PÁGINA 3 PARA CONFIRMAR QUE SUS COMPRAS SON ELEGIBLES PARA OBTENER COMPENSACIÓN.**

Firma del representante comercial autorizado

Fecha (MM/DD/AAAA)

**/   /**

Nombre en letra de imprenta del representante comercial autorizado

Cargo del representante comercial autorizado

*Los reclamos pueden ser auditados y cualquier reclamación falsa o fraudulenta está sujeta a acciones judiciales.*

**En relación con: Litigio antimonopolio de tubos de rayos catódicos (CRT) (MDL N.° 1917)**
(*Tribunal de Distrito de los EE. UU. para el Distrito Norte de California*)

## ACUERDO DE MITSUBISHI ELECTRIC
### FORMULARIO DE RECLAMO DEL COMPRADOR INDIRECTO DEL TUBO DE RAYOS CATÓDICOS (CRT)
#### La fecha límite para la presentación es el 13 de junio de 2023

### INSTRUCCIONES GENERALES Y DEFINICIONES

Este formulario de reclamo es para el Acuerdo de Mitsubishi Electric ("**Nuevo Acuerdo**") en el litigio de compradores indirectos de tubo de rayos catódicos ("CRT"). Su reclamo debe enviarse en línea, o enviarse por correo y estampillado, antes del 13 de junio de 2023. **Se proporciona información adicional en el Aviso detallado del acuerdo, disponible en www.CRTclaims.com.**

El Nuevo Acuerdo **incluye** compras indirectas de **Productos con CRT fabricados por Mitsubishi Y por otras compañías.** Solo los Productos con CRT de la marca Sony® NO son elegibles para ser incluidos en este caso. Todas las demás marcas de Productos con CRT son elegibles.

**¿Qué son los Productos con CRT?** Los "Productos con CRT" incluyen CRT y productos que contienen CRT, como televisores y monitores de computadora. **¿Qué es una compra "indirecta"?** "Indirectamente" significa que compró el Producto con CRT a alguien que no es el fabricante del Producto con CRT. Por ejemplo, compró un televisor CRT en un distribuidor, como Best Buy, o un monitor CRT de Dell. **Consulte el Aviso detallado para obtener información adicional**.

**¿Quién debe presentar un reclamo en el Nuevo Acuerdo?**

- **Demandantes por primera vez:** Si *no* presentó un reclamo en acuerdos anteriores que impliquen compras indirectas de Productos con CRT ("Liquidaciones Previas") o usted presentó un reclamo que fue denegado ("Reclamo no válido"), entonces se le considera un "Demandante por primera vez". *Debe* completar y enviar un Formulario de reclamo **para obtener un pago del Nuevo Acuerdo.**

- **Reclamantes anteriores:** si usted (o alguien en su nombre) presentó un reclamo que no fue denegado en los Acuerdos Anteriores ("Reclamo válido") *y* no tiene ninguna compra adicional en la que basar los reclamos en el Nuevo Acuerdo, se le considera un "Demandante anterior". *No es necesario que presente un reclamo en el Nuevo Acuerdo.* Su Reclamo válido de los Acuerdos anteriores se presentará automáticamente en el Nuevo Acuerdo sin que usted haya tomado ninguna otra medida, *a menos que* realice una presentación de un Nuevo Reclamo. Si su reclamo en los Acuerdos Anteriores solo fue **aceptado parcialmente**, entonces su reclamo válido consiste solo en la parte aceptada de su presentación anterior. *Por ejemplo*, si anteriormente presentó un reclamo por 6 monitores de computadora CRT y solo se aceptaron 4 monitores en los Acuerdos Anteriores, entonces su reclamo válido de 4 (y solo 4) monitores de computadora CRT se enviará automáticamente en el Nuevo Acuerdo.

- **Demandantes reincidentes:** si ya presentó un reclamo válido en relación con los Acuerdos Anteriores, pero ahora desea presentar un reclamo por compras de **Productos con CRT adicionales que no estaban incluidos en su reclamo válido anterior ("Unidades recientemente reclamadas")**, se le considera un "Demandante reincidente". Se espera la presentación de Reclamantes reincidentes porque ahora se puede reclamar por compras en **nueve estados** que no se incluyeron en los acuerdos anteriores. Los nuevos estados son Arkansas, Massachusetts, Misuri, Montana, Nuevo Hampshire, Oregón, Rhode Island, Carolina del Sur y Utah.

- **IMPORTANTE: Si presentó un reclamo en el Nuevo Acuerdo ("Presentación del Nuevo Reclamo), su reclamo anterior en los Acuerdos Anteriores NO se presentará en el Nuevo Acuerdo**. La Presentación de Nuevo Reclamo debe incluir **TODAS las compras** de CRT que califiquen, incluidas las reclamadas anteriormente *y* sus compras adicionales no reclamadas anteriormente. Las compras reclamadas en los Acuerdos Previos **NO** se incluirán automáticamente en la Presentación de un Nuevo Reclamo.

### RECORDATORIO

Asegúrese de:
1. Completar todo el Formulario de Reclamo en la página 1;
2. Firmar y fechar el Formulario de Reclamo;
3. Enviar el Formulario de Reclamo el **13 de junio de 2023, o antes de esa fecha,** en línea o por correo a:

| | | |
|---|---|---|
| **www.CRTclaims.com** | **O** | CRT Claims<br>c/o The Notice Company<br>P.O. Box 778<br>Hingham, MA 02043 |

4. Conserve una copia del Formulario de Reclamo completado para sus registros.

5. Conserve cualquier documentación de prueba de compra que pueda tener de los Productos con CRT hasta que se cierre su reclamo; se le notificará si debe proporcionar esta documentación durante el proceso de verificación de reclamos.

6. Le recomendamos que consulte el sitio web, **www.CRTclaims.com**, que aparece arriba periódicamente para futuros desarrollos en este caso.

## En relación con: Litigio antimonopolio de tubos de rayos catódicos (CRT) (MDL N. ° 1917)
*(Tribunal de Distrito de los EE. UU. para el Distrito Norte de California)*

**ACUERDO DE MITSUBISHI ELECTRIC**
**FORMULARIO DE RECLAMO DEL COMPRADOR INDIRECTO DEL TUBO DE RAYOS CATÓDICOS (CRT)**
**La fecha límite para la presentación es el 13 de junio de 2023**

**¿Qué estados y consumidores cubre el Nuevo Acuerdo?**

Para realizar un reclamo válido, debe haber sido un "Consumidor Elegible" que compró su(s) Producto(s) con CRT en un "Estado Elegible" durante los plazos especificados ("Períodos de Reclamos") de la siguiente manera:

| Estados Elegibles | Consumidores Elegibles | Períodos de Reclamos |
|---|---|---|
| Arizona, Arkansas, California, Distrito de Columbia, Florida, Iowa, Kansas, Maine, Massachusetts, Michigan, Minnesota, Mississippi, Nuevo Hampshire, Nuevo México, Nueva York, Carolina del Norte, Dakota del Norte, Oregón, Carolina del Sur, Dakota del Sur, Tennessee, Utah, Vermont, Virginia Occidental y Wisconsin. | Todas las personas o entidades (individuales o comerciales) que compraron indirectamente Productos con CRT para su propio uso y no para reventa. | Desde el 1 de marzo de 1995 hasta el 25 de noviembre de 2007 |
| Hawái | Todas las personas o entidades (individuales o comerciales) que compraron indirectamente Productos con CRT para su propio uso y no para reventa. | Del 25 de junio de 2002 hasta el 25 de noviembre de 2007 |
| Nebraska | Todas las personas o entidades (individuales o comerciales) que compraron indirectamente Productos con CRT para su propio uso y no para reventa. | Del 20 de julio de 2002 hasta el 25 de noviembre de 2007 |
| Nevada | Todas las personas o entidades (individuales o comerciales) que compraron indirectamente Productos con CRT para su propio uso y no para reventa. | Del 4 de febrero de 1999 hasta el 25 de noviembre de 2007 |
| Misuri y Montana | Todas las personas o entidades (individuales o comerciales) que compraron indirectamente Productos con CRT para su propio uso y no para reventa. | Desde el 1 de marzo de 1995 hasta el 25 de noviembre de 2007 |
| Rhode Island | Todas las **personas físicas** que compraron indirectamente Productos con CRT para su propio uso y no para reventa, y especialmente para fines personales, familiares o domésticos. | Desde el 1 de marzo de 1995 hasta el 25 de noviembre de 2007 |

El Formulario de Reclamo debe estar fechado y firmado por el Miembro de la Demanda Colectiva (o, si falleció, por un representante de la herencia). Su firma confirma que sus compras cumplen con los Criterios de elegibilidad (ver a continuación).

**CRITERIOS DE ELEGIBILIDAD**: para calificar para una compensación en este acuerdo, sus compras de CRT reclamadas deben:
   1. Haberse realizado en uno o varios Estados Elegibles dentro de los Períodos de Reclamos pertinentes enumerados en el cuadro anterior;

2.  Cumplir con las restricciones de Consumidores Elegibles para el(los) Estado(s) Elegible(s), prestando especial atención a las compras realizadas en Misuri, Montana y Rhode Island;
3.  Haber sido compras indirectas (véase la definición en la página 2);
4.  No incluye ninguna compra de productos con CRT de la marca Sony®; y
5.  No incluyen las compras de Productos con CRT destinados a la reventa a terceros.

**PRESENTACIONES DE TERCEROS**: si presenta un Formulario de Reclamo en nombre de otra persona, ya sea un particular (persona física), un patrimonio o una empresa, debe registrarse con el administrador del acuerdo. Envíe un correo electrónico a audit@CRTclaims.com para obtener instrucciones.

# DECLARATION OF JOSEPH M. FISHER

# EXHIBIT J

# CRT INDIRECT PURCHASER CLASS ACTION SETTLEMENTS (https://crtclaims.com/)

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND DIVISION | IN RE: CRT ANTITRUST LITIGATION (MDL 1917)

☰

# Settlement Documents

## Notice of New Settlement

📄 **Detailed Notice of Settlement**

**(http://crtclaims.com/wp-content/uploads/2023/02/CRT-Detailed-Notice-of-Settlement.pdf)**

📄 **Summary Notice of Settlement**

**(http://crtclaims.com/wp-content/uploads/2023/03/Summary-Notice-of-Settlement.pdf)**

## Forms

📄 **Mail-In Claim Form and Instructions – Individual (Natural Persons)**

**(http://crtclaims.com/wp-content/uploads/2023/01/Mail-In-Claim-Form-Instructions_Individual-Natural-Persons.pdf)**

📄 **Mail-In Claim Form and Instructions – Business**

**(http://crtclaims.com/wp-content/uploads/2023/01/Mail-In-Claim-Form-Instructions_Business.pdf)**

## Court Documents

📄 **Motion for Preliminary Approval: 8/18/22**

**(http://crtclaims.com/wp-content/uploads/2023/01/Mitsubishi-Motion-for-Preliminary-Approval-1.pdf)**

📄 **Order Granting Preliminary Approval: 10/31/22**

**(http://crtclaims.com/wp-content/uploads/2023/01/Mitsubishi-Motion-for-Preliminary-Approval.pdf)**

📄 **Stipulation and Order Extending Deadline to Publish Notice: 11/21/22**

**(http://crtclaims.com/wp-content/uploads/2023/01/Mitsubishi-Extension-Order.pdf)**

📄 **Motion for Award of Attorneys' Fees, Reimbursement of Litigation Expenses, and Incentive Awards to Class Representatives: 3/10/23**

**(http://crtclaims.com/wp-content/uploads/2023/03/Mitsubishi-Motion-Award-Attorneys-Fees.pdf)**

This website is supervised by Counsel and the Court and is controlled by the Claims Administrator that handles all aspects of the notice program and claims processing. This is the only authorized website for this litigation. Other websites may contain incorrect information about this litigation and should not be relied upon. If you have questions, please contact the Claims Administrator.

Privacy Policy (https://crtclaims.com/privacy-policy/)

Copyright ©

**DECLARATION OF JOSEPH M. FISHER**

**EXHIBIT K**



While scrolling Facebook, a quiz catches your eye: "Answer these questions and see which 'Winnie the Pooh' character matches your personality," for example, or "What dog breed would you be?" You're asked to name your first pet, favorite ice cream or top vacation destination. Revealing such trivia seems harmless — just fun chitchat with friends — so you dive in.

But that haste could cost you.

"Online quizzes on social media are kind of a recipe for disaster for identity theft," says Steve Bernas, president and CEO of the Chicago office of the Better Business Bureau (BBB). If, for example, you share the name of your childhood pet, you may be disclosing part of one of your passwords, he cautions.

ADVERTISEMENT

If You Bought Cathode Ray Tube (CRT) Products such as TVs or Computer Monitors, You Could Get Money from a $33 Million Settlement

LEARN MORE



By Donna Fuscaldo,  AARP

EN ESPAÑOL  |  February 06, 2023

Cutting corners is the new mantra for countless households as the nation wrestles with high inflation, rising interest rates and growing layoffs. But even though the urge to save makes sense, chopping in the wrong places can cause more harm than good. That's particularly true if a recession is short-lived and inflation comes back down to more normal levels soon. You could end up making short-term moves at the expense of your long-term financial goals.

"Yes, you need to start looking for places to cut, assuming your expenses have gone up, your income has gone down or both," says Anne Lester, a retirement expert. "But rather than starting with the



AARP   Join   Renew   Membership & Benefits   What We Do   ★ AARP Rewards   Register   |   Login

Health   Money   Work & Jobs   Social Security   Medicare   Caregiving   Games   More...   AARP EN ESPAÑOL   Help ?

**AARP Membership — $12 for your first year when you sign up for Automatic Renewal**

Get instant access to members-only products and hundreds of discounts, a free second membership, and a subscription to *AARP the Magazine.*

Join Now ›

## The advice

Terry's letter was one of several I received from readers with a similar complaint: After years of paying annual premiums on long-term care (LTC) insurance policies that are meant to cover many of the costs of late-life in-home or nursing-home care, they'd suddenly been hit with big rate increases, along with a menu of alternatives if they couldn't or wouldn't pay the higher amount.

This has happened because insurers that have sold LTC policies have been getting the math wrong. They've overestimated the number of people who would drop their policies. They underestimated how long people would live. They faced unexpectedly low interest rates that reduced returns on the investments intended to cover claims.

ADVERTISEMENT

If You Bought Cathode Ray Tube (CRT) Products such as TVs or Computer Monitors, You Could Get Money from a $33 Million Settlement

LEARN MORE

AARP NEWSLETTERS



### IRS Tax Volunteers

The IRS Volunteer Income Tax Assistance and Tax Counseling for the Elderly programs offer free basic tax return preparation to qualified taxpayers. The VITA program has operated for over 50 years. VITA sites offer free tax help to people who need assistance in preparing their own tax returns, including people who make $60,000 or less, people with disabilities and limited English-speaking taxpayers. TCE offers free tax help, particularly for those who are 60 years and older, and specializes in questions about pensions and retirement-related issues pertinent to seniors.

For more information, visit the Tax Counseling for the Elderly page and the Free Tax Return Preparation for Qualifying Taxpayers pages. You can also contact the help line at 800-906-9887.

---

*John Waggoner covers all things financial for AARP, from budgeting and taxes to retirement planning and Social Security. Previously he was a reporter for Kiplinger's Personal Finance and USA Today.*

---

| MORE FROM AARP

ADVERTISEMENT



If You Bought Cathode Ray Tube (CRT) Products such as TVs or Computer Monitors, You Could Get Money from a $33 Million Settlement

SUBMIT A CLAIM FORM

AARP NEWSLETTERS





https://www.aarp.org/money/investing/info-2023/long-term-care-insurance-rate-hikes.html

InPrivate (2)

ADVERTISEMENT

If You Bought Cathode Ray Tube (CRT) Products such as TVs or Computer Monitors, You Could Get Money from a $33 Million Settlement

LEARN MORE

Applications are open now for the AARP Purpose Prize, which honors people 50+ who tap into life experience to build a better future. Find out more. ›

**AARP**    Join    Renew        Membership & Benefits    What We Do    ★ AARP Rewards    Register    |    Login

Health    Money    Work & Jobs    Social Security    Medicare    Caregiving    Games    More...        AARP EN ESPAÑOL    Help ?    🔍

Take control of your health        Access the AARP Staying Sharp® online brain health program, free annual hearing tests, quality insurance coverage, and discounts on prescriptions and eyeglasses.        $12    For your first year when you sign up for Automatic Renewal        Join Today

MONEY

# A Long-Term Care Insurance Rate Headache

What can you do if you're hit with a steep rise in your annual premium?

Estableciendo conexión segura...



ADVERTISEMENT

If You Bought Cathode Ray Tube (CRT) Products such as TVs or Computer Monitors, You Could Get Money from a $33 Million Settlement

SUBMIT A CLAIM FORM

Applications are open now for the AARP Purpose Prize, which honors people 50+ who tap into life experience to build a better future. Find out more. ›     ✕

**AARP**    Join    Renew        Membership & Benefits    What We Do    ★ AARP Rewards    Register    |    Login ⊙

Health    Money    Work & Jobs    Social Security    Medicare    Caregiving    Games    More...        AARP EN ESPAÑOL    |    Help ?    🔍

Take control of your health

Access the AARP Staying Sharp® online brain health program, free annual hearing tests, quality insurance coverage, and discounts on prescriptions and eyeglasses.

$12    For your first year when you sign up for Automatic Renewal    Join Today

MONEY

# A Long-Term Care Insurance Rate Headache

What can you do when you're hit with a steep rise in your annual premium?



If You Bought Cathode Ray Tube (CRT) Products such as TVs or Computer Monitors, You Could Get Money from a $33 Million Settlement

**LEARN MORE**

HEALTH

# Why Your Joints Ache More in Colder Weather — And What to Do About It

https://www.aarp.org/home-family/your-home/info-2023/replacing-important-documents.html

If You Bought Cathode Ray Tube (CRT) Products such as TVs or Computer Monitors, You Could Get Money from a $33 Million Settlement

SUBMIT A CLAIM FORM



**AARP**   Join   Renew      Membership & Benefits   What We Do   ★ AARP Rewards   Register   |   Login

Health   Money   Work & Jobs   Social Security   Medicare   Caregiving   Games   More...

AARP EN ESPAÑOL   |   Help ?

Are you ready for your next vacation?
AARP has destination ideas, guides, discounts on hotels, car rentals, vacation packages & more.

$12  For your first year when you sign up for Automatic Renewal

Join Today

HOME & FAMILY

# You've Lost an Important Document. Now What?

How to proceed when you can't find the paperwork you need



The AARP Minute: February 14, 2023

 **☰  CNBC**   MARKETS   BUSINESS   INVESTING   TECH   POLITICS   CNBC TV   INVESTING CLUB 🔒   PRO 🔒                    🔍

TECH

# Microsoft will let companies create their own custom versions of ChatGPT, source says

PUBLISHED TUE, FEB 7 2023·5:14 PM EST | UPDATED TUE, FEB 7 2023·11:46 PM EST

 **Jordan Novet**
@JORDANNOVET

SHARE   

**KEY POINTS**

- Microsoft plans to release technology to help big companies launch their own chatbots using the OpenAI ChatGPT technology, a person familiar with the plans told CNBC.

- Companies would be able to remove Microsoft or OpenAI branding when they release chatbots developed with the software.

- Microsoft is working on incorporating ChatGPT technology into many of its products, including Bing and Edge, which it announced Tuesday.

**In this article**

 MSFT +2.09 (+0.78%) ⊞          Follow your favorite stocks
CREATE FREE ACCOUNT



VIDEO 03:14
SATYA NADELLA
**Existing jobs will be more productive because of AI, says Microsoft CEO Satya Nadella**

Microsoft ⊞ plans to release software to help large companies create their own chatbots similar to ChatGPT, CNBC has learned.

In the two months since startup OpenAI released ChatGPT to the public, it has become a hit, impressing people with its ability to spit out comments on a wide


🔷 TV
**Fast Money Halftime Report**   WATCH LIVE ▶
UP NEXT | **The Exchange** 01:00 pm ET    Listen


If You Bought Cathode Ray Tube (CRT) Products such as TVs or Computer Monitors, You Could Get Money from a $33 Million Settlement
SUBMIT A CLAIM FORM

**TRENDING NOW**

 1  A neuroscientist says these 4 'highly coveted' skills make introverts more successful than others

 2  Alphabet shares fall 8% following Google's A.I. event

 3  Wholesale egg prices have 'collapsed.' Why consumers may soon see relief

 4  This 35-year-old mom built a side hustle that brings in $240,000/month: 'I only work 4 hours a day now'

 Here's how much you need to save every



If You Bought Cathode Ray Tube (CRT) Products such as TVs or Computer Monitors, You Could Get Money from a $33 Million Settlement

LEARN MORE

ALL STORIES TAGGED:

# Tech

The latest tech news about the world's best (and sometimes worst) hardware, apps, and much more. From top companies like Google and Apple to tiny startups vying for your attention, Verge Tech has the latest in what matters in technology daily.



## Shift Happens celebrates 150 years of typewriters, keyboards, and the people who use them

A wide-ranging interview with Marcin Wichary, author of *Shift Happens*, which launches today on Kickstarter.

JON PORTER  FEB 7



## All the news from Microsoft's February AI event

Is this the rise of ChatGPT-powered Bing?

MITCHELL CLARK  FEB 7



Your guide to a better future

Tech   Money   Home   Wellness   News & Culture   Science   Deals & Reviews   •New! Price Finder   More ⌄

# Get the tech that takes you places

Our experts share the newest products and technologies that get you the most out of your world.

Tech    Home Entertainment    Mobile    Computing    Services & Software    Gaming



### NFL Playoffs 2023: Super Bowl 57 Schedule and How to Watch and Stream Online for Free

We're less than a week away from crowning a Super Bowl champion.

BY ELI BLUMENTHAL



### Samsung Galaxy S23 Deals: Preorder Upgrades, Trade-In Discounts, Gift Cards and More

Samsung's new flagship phones are now official and you can already save on one with these Galaxy S23 deals.

BY ADAM ORAM

### Google Unveils Bard, Its ChatGPT Rival for AI-Powered Conversation

With a Microsoft event Tuesday expected to center on ChatGPT, the AI chatbot war is heating up.

BY STEPHEN SHANKLAND





If You Bought Cathode Ray Tube (CRT) Products such as TVs or Computer Monitors, You Could Get Money from a $33 Million Settlement

SUBMIT A CLAIM FORM

## Our Favorite Picks   All best

    

Discover The West
Coast Perspective

# Los Angeles Times

Limited-Time Offer
**$1 for 6 Months**
then $4/week

FEB. 8, 2023

COVID-19    FOR SUBSCRIBERS    101 RESTAURANTS    LATINO LIFE    HOLLYWOOD BOWL    OSCARS

ADVERTISEMENT



If You Bought Cathode Ray Tube (CRT)
Products such as TVs or Computer
Monitors, You Could Get Money
from a $33 Million Settlement

**LEARN MORE**

STATE OF THE UNION ADDRESS

## Analysis: Why Biden's big speech may boost his reelection prospects

Biden's State of the Union address doubled as the launch of his reelection campaign. The speech aimed to sell voters on his accomplishments and his stamina.

- A feisty Biden spars with hecklers and calls for bipartisanship
- Brandon Tsay, still grieving, gets the 'hero' treatment in Washington



CALIFORNIA COMMUTATIONS

FOR SUBSCRIBERS

## Newsom told 123 prisoners they could get out early. Why are a third still behind bars?

Newsom has granted 123



OPINION >



Editorial: Cars, poisons are killing California's cougars. Time for stronger protections

Ode to the Santa Anas

Column: Bad news: A Texas judge holds the future of medication abortion in his very conservative hands

Granderson: Sure, LeBron James can break records ... but what about the Lakers?

Editorial: Oil companies spent millions to keep drilling in neighborhoods. California shouldn't let them




**Fútbol** ⌄ | **F. Americano** ⌄ | **Básquetbol** ⌄ | **MMA** ⌄ | **Serie del Caribe** ⌄ | **Boxeo** ⌄ | **•••** ⌄ | **Watch** ⌄ | **Juegos** ⌄ 

**Básquetbol** | Portada | Resultados | Calendario | Posiciones | Estadísticas | Equipos ⌄ | Power Index | Jugadores | Draft

## Personaliza ESPN

**Registrarse**

**Entrar**

### Conéctate

- Suscríbete Ahora ESPN+
- Watch ESPN Deportes
- ESPN+ (Streaming en Español)
- ESPN Deportes Podcenter

### ESPN App

- ESPN App

### Seguir a ESPN en

- Facebook
- Twitter
- YouTube
- Instagram



## LeBron James es mucho más que un récord de puntos en la NBA

LeBron James superó a Kareem Abdul-Jabbar con el título de máximo anotador de todos los tiempos en la NBA. Esa marca parecía imposible de quebrar, récord insólito para un jugador inmenso como el ex centro de Lakers, hoy curiosamente no lo define a James.

**ESPN+** • 6h • Bruno Alfieri | ESPN Digital



**La grandeza de LeBron James y los récords imposibles del mundo del deporte**
1h • Bruno Alfieri



**Las camisetas con las que LeBron James hizo historia**
11h

### Titulares

- Kyrie sintió poco respeto por oficina de Nets
- Head coach de Nets le desea lo mejor a Irving
- Aprueban venta de los Phoenix Suns y Mercury
- Pau Gasol, embajador del Mundial 2023
- La boricua Arella Guirantes firma con el Storm
- Curry se perdería el Juego de Estrellas
- Suspendidos y multados tras pelea en Magic-Wolves
- Brooks, suspendido; Mitchell, multado por altercado
- LeBron James es mucho más que un récord de puntos en la NBA



Si compró productos con tubos de rayos catódicos (CRT), como televisores y monitores de computadoras, podría obtener dinero de un acuerdo de $33 millones.

**Más información**

### El camino de 'El Rey' al trono



**LeBron James rompe el récord de Kareem**
LeBron James superó el récord de puntos de la NBA de Kareem Abdul-Jabbar. Aquí las últimas estadísticas mientras la estrella de los Lakers celebra el hito.

### Power Rankings 2022-23



 AccuWeather   Miami, Florida 77°

HOY   CADA HORA   DIARIO   RADAR   MINUTECAST   MENSUAL   CALIDAD DEL AIRE   SALUD Y ACTIVIDADES

 SEE YOUR WHOLE BUSINESS.

intuit quickbooks

Save 50% now

⚠ **Declaración de fuerte corriente** →

| EL TIEMPO AHORA | | |
| --- | --- | --- |
| 12:26 | RealFeel Shade™ | 74° |
| | Calidad del aire | Buena |
| **77°** F | Viento | E 8 mi/h |
| | Ráfagas de viento | 12 mi/h |

RealFeel® 77°

Nublado                     MÁS DETALLES →

**CALIDAD ACTUAL DEL AIRE**

HOY
8/2                                                    ?



**Buena**

La calidad del aire es generalmente aceptable para la mayoría de personas. Sin embargo, los grupos sensibles pueden experimentar síntomas de menores a a moderados por la exposición a largo plazo.

Basado en los contaminantes actuales

35
AQI

Más detalles →

Más información en
 plume labs



Si compró productos con tubos de rayos catódicos (CRT), como televisores y monitores de computadoras, podría obtener dinero de un acuerdo de $33 millones.

Presentar un formulario de reclamo




Si compró productos con tubos de rayos catódicos (CRT), como televisores y monitores de computadoras, podría obtener dinero de un acuerdo de $33 millones.

**Presentar un formulario de reclamo**

Publicidad

 Latam | EE.UU. | Mundo | Negocios | Entretenimiento | Deportes | Tecno | Viajes | Salud | Estilo | Opinión | Video | Podcasts      

**TEMAS DEL DÍA**   Terremoto en Turquía y Siria | Estado de la Unión | Ucrania | Celia Cruz | Niña protegió a su hermano | Dron muestra destrucción



**MINUTO A MINUTO**

## Rescates, frío y caos: ya hay más de 11.000 muertos tras el terremoto

Las condiciones meteorológicas extremas dificultan las tareas de búsqueda y rescate tras el terremoto de magnitud 7,8 en Turquía y Siria. Miles de familias siguen buscando a sus seres queridos entre los escombros.

- Cómo ayudar a las víctimas del terremoto en Turquía y Siria
- Vidas resurgen de entre los escombros: rescatan a niños en Siria
- Imágenes de desolación y destrucción, las huellas del mortal terremoto
- FOTOS | Feroz terremoto deja caos y destrucción


**SIRIA**
Una niña protegió a su hermano debajo de los escombros durante 36 horas


**JOE BIDEN**
Las claves del discurso del estado de la Unión de Biden


**ANÁLISIS**
La dramática advertencia de Biden a China


**CUBA**
Celia Cruz tendrá su moneda de 25 centavos de dólar


**SIRIA**
Esperanza tras la tragedia: emotivos rescates tras el terremoto


**MEDICINA**
¿Sufres estreñimiento crónico? Esta píldora vibradora te puede ayudar


Ad:12

**Celebridades**  El rostro de Celia Cruz estará en una moneda de EE.UU.

**TERREMOTOS**                    2 horas
Se registra sismo de magnitud 5.5 en el golfo de Honduras

**NOTICIAS DE EE.UU.**           2 horas
¿Qué es el impuesto al consumo y cuánto se paga en Estados Unidos?

**POLÍTICA**                     3 horas
Opinión: La larga y extraña historia de los globos espía


**New YorkÂ Govt Covers The Cost To Install Solar In These Zip Codes**
Lower Your Bill

Publicidad



EN DIRECTO   NOTA A NUESTROS LECTORES: Tiempo de transformación y oportunidades   ✕



FEB. 8, 2023

ANUNCIO



## TITULARES DE HOY



NOTICIAS DE ÚLTIMA HORA

### Tiempo de transformación y oportunidades



**Un reverendo y una estriper se unen para paliar los efectos de las redadas**



**Los Niños Triquis visitaron a Los Ángeles y Las Vegas para participar en torneos locales**



**VIDEO: Alianza de El Salvador vence a Tauro y buscará en Panamá pase a cuartos**



**¿Quieres ir al cine? Estos son los estrenos del 23 de agosto**

## ÚLTIMAS NOTICIAS DE L.A. TIMES EN ESPAÑOL ›



AGENDA. Maná, Kiko, Ramón Ayala, Caifanes, La Adictiva y Frozen le ponen amor al fin de semana en L.A.

LeBron James se convierte en el máximo anotador histórico de la NBA al pasar a Kareem Abdul-Jabbar

Gustavo Dudamel dejará la Filarmónica de L.A. por la Filarmónica de N.Y.

Por qué algunos terremotos de gran magnitud causan gran destrucción y otros pocos daños

ANUNCIO







☰  🔍

SUBSCRIBE FOR $1/WEEK   LOG IN

# The New York Times

Miércoles, 8 de febrero de 2023

Síguenos: Facebook  Twitter


**¿Fin a la vista?**
La emergencia de salud pública terminará en mayo en EE. UU., terremoto en Turquía y Siria y más para estar al día.


**Suscribirse a El Times**
Suscríbete para recibir por correo el boletín gratuito de The New York Times en español.

SUSCRIBIRSE

 
☀ 49°F  52° 28°
Hauppauge, NY



JASON HENRY PARA THE NEW YORK TIMES

## Elon Musk prometió eliminar de Twitter las publicaciones de abuso de menores. Ha sido difícil

Las imágenes se difunden en la plataforma incluso después de notificar a la empresa: un video tuvo 120.000 vistas y hay demoras al atender reportes.

Hace 4 h · Por MICHAEL H. KELLER y KATE CONGER



SIMON BAILEY

ENSAYO INVITADO

### Imagina que te dicen que vivirás más tiempo del que creías

Se esperaba que los pacientes con fibrosis quística tuvieran muertes prematuras. Pero un tratamiento farmacológico ha cambiado ese pronóstico.

Hace 5 h · Por DANIELA J. LAMAS

## Felipe Calderón, expresidente de México, es señalado en el juicio a García Luna

La acusación, que fue refutada velozmente, la hizo un exfuncionario  mexicano en el juicio en Brooklyn al antiguo secretario de Seguridad Pública del país.

Hace 16 h · Por ALAN FEUER y MARIA ABI-HABIB

PREGÚNTALE A WELL

### ¿Qué pasa si tomo melatonina y también bebo alcohol?

A los médicos que estudian el sueño les preocupa esa combinación. 

Hace 10 h · Por RACHEL RABKIN PEACHMAN

---

MICHELLE GOLDBERG



Biden ha sido un buen presidente. Y sin embargo…



Después del terremoto: escenas de Turquía y Siria



Así se prepara Joe Biden para el discurso del Estado de la Unión: sin siglas y con trucos para el tartamudeo

ANÁLISIS NOTICIOSO



Lo que revela el incidente del globo chino que sobrevoló EE. UU.



El último Boeing 747 que salió de la fábrica

---

ADVERTISEMENT


ⓘ ✕
**Si compró productos con tubos de rayos catódicos (CRT), como televisores y monitores de computadoras, podría obtener dinero de un acuerdo de $33 millones.**

**Más información**

---

**Opinión**

Más en Opinión ›




**yahoo!**

Mail    News    Finance    Sports    Entertainment    Life    Shopping    Yahoo Plus    More...    Sign in    Mail



# After shouts of 'liar,' Biden takes on his detractors

His State of the Union address was not exactly a celebration of a unity agenda. But President Biden seemed to relish the scrimmage.

**Times have changed »**

**Trending Now**    Valentine's Day 💗

1. State Of The Union 20...    6. Jerry Lawler
2. Turkey Earthquake    7. Tom Brady
3. Madonna    8. Russia-Ukraine Conflict
4. Kyle Busch Arrested    9. Alex Murdaugh Trial
5. LeBron James    10. NBA Trade Rumors



**Decline of civility in politics on show during Biden speech**


**Greg Olsen might make Fox regret hiring Brady**


**Famous surfer threatens boycott over trans policy**


**IRS urges certain recipients to delay filing taxes**


**High-rise in China isn't housing; it's a pig farm**



ᐅ✕

**If You Bought Cathode Ray Tube (CRT) Products such as TVs or Computer Monitors, You Could Get Money from a $33 Million Settlement**

**LEARN MORE**

## Stories for you



**Politics** HuffPost

### Sarah Huckabee Sanders' 'Normal Or Crazy' Challenge Backfires Spectacularly


**Sanders gets the limelight with GOP's State of the Union response**
Yahoo News


**Does the State of the Union speech matter anymore? Here's what an...**
Yahoo News

**Weather**    Hauppauge 📍

| Today | Thu | Fri | Sat |
|---|---|---|---|
|  | | | |
| 53° 28° | 49° 45° | 60° 38° | 45° 32° |

**See More »**    ◉ AccuWeather

Ad   OnlineShoppingTools


**Prime Is Now $179, But Few Know This Saving Hack**


**Amazon Shoppers Predict Huge "Cash Frenzy" In 2023**


**2023: Prime Is $179, But Few Know This Saving Hack**

**Scoreboard**    Trending ⇕

Yesterday    **Today**    Tomorrow

| 🏀 Philadelphia | |
| 🏀 Boston | 7:30 PM EST |

| 🏀 Dallas | |
| 🏀 LA Clippers | 10:00 PM EST |

| Boston U. | 34 |
| American | 14 |  9:50 3rd |

**More scores »**


**Sports** Yahoo Sports

### Super Bowl 2023: Michael Irvin pulled from NFL Network after misconduct allegations

A woman reportedly filed a complaint against Irvin after an encounter in a hotel lobby Sunday

**Daily Horoscope**

 Sign in   Mail

yahoo!sports

# Super Bowl 2023: Michael Irvin pulled from NFL Network after misconduct allegations

 **Tyler Greenawalt**
Wed, February 8, 2023 at 12:03 PM EST







Michael Irvin has been an analyst for NFL Network since 2009. (Photo by: 2018 Nick Cammett/Diamond Images/Getty Images)

NFL Network pulled former Dallas Cowboys and Hall-of-Fame wide receiver Michael Irvin from its Super Bowl coverage this week following allegations of misconduct at a hotel Sunday night, the network announced.



If You Bought Cathode Ray Tube (CRT) Products such as TVs or Computer Monitors, You Could Get Money from a $33 Million Settlement

SUBMIT A CLAIM FORM



If You Bought Cathode Ray Tube (CRT) Products such as TVs or Computer Monitors, You Could Get Money from a $33 Million Settlement

SUBMIT A CLAIM FORM

# yahoo!entertainment

Sign in    Mail

Entertainment    Role Recall    Anniversary Party    Game Changers    The It List    Under the Covers    The Never-Weres    Are the Kids Alright?    Interviews    ...

## yahoo!entertainment
# ROLE RECALL



**yahoo!entertainment**

### 'Groundhog Day' at 30: Andie MacDowell reveals Bill Murray's on-set shenanigans

To celebrate Groundhog Day and the film's 30th anniversary, Andie MacDowell shares amusing behind-the-scenes Bill Murray...

6d ago



**yahoo!entertainment**

### Nia Long on thinking a white guy wrote 'Boyz n the Hood,' her deep love for Wi...

Nia Long shares candid behind-the-scenes stories from "Boyz n the Hood," "The Fresh Prince of Bel-Air," "Friday," "Love Jones," "The...

19d ago



**yahoo!entertainment**

### 'Django Unchained' at 10: Jamie Foxx says he 'understood the text' of Quenti...

The Oscar winner actor, who thought he might lose the part to Will Smith or Idris Elba, defends Tarantino a decade after the film's...

a month ago



Civilian Jobs In The Military Offer Incredible Perks (Including $50K...
Military Jobs Are Now Available - Explore Your Options

sponsored by: WalletGenius    LEARN MORE

**Latest Trailers**




The Covenant    The Boogeym...
 Play trailer     Play trailer

## ▮ TRENDING

**'Jeopardy!' host Ken Jennings pokes fun at 'The Price Is Right' on air**

Yahoo TV · 2 min read



**Madonna blames 'ageism and misogyny' for judgmental**





**yahoo!entertainment**

### 'Scent of a Woman' at 30: Al Pacino talks Oscar-winning role, explains the origins...



**yahoo!entertainment**

### 'Saturday Night Fever' at 45: John Travolta says that 'Stayin' Alive' almost...



**yahoo!entertainment**

### Don Johnson talks 'intoxicating' fame of 'Miami Vice,' Melanie Griffith...



**yahoo!news**

Sign in   Mail

News   US   Politics   World   COVID-19   Climate Change   Health   Science   Originals   Contact Us

If You Bought Cathode Ray Tube (CRT) Products such as TVs or Computer Monitors, you could Get Money from a $33 Million Settlement

LEARN MORE

## Health



USA TODAY

### Widely used test kept Black people from getting kidney transplants sooner. Now that's changing.

The widely used eGFR test overestimates kidney function in Black patients, leaving some off the transplant list. A new policy tries to correct that.



Ad   Aporia | Search Ads

### What is the Market Value of Your House?

Check Estimate.



Associated Press

### Primary care remains hot deal target with CVS $10.6B bid

Big money is pouring into primary care clinics as the nation's health care giants hunt for ways to cut costs by keeping people healthy. CVS Health said Wednesday that it will spend about...



Politico

### Mpox is simmering south of the border, threatening a resurgence

Mexico and much of Latin America have refused the vaccines that worked here.



Associated Press

### Toxic gases connected to Ohio train derailment cause concern

Days after crews released and burned toxic chemicals transported by a wrecked train in Ohio, residents remain concerned about the toxic substances that could be lingering in their...

Ad   Bonvoyaged.com

### Lemon Alert: 32 New Cars To Avoid At All Costs



The 360
Perspectives on the news

### Should rent control make a comeback?

   

"Rent control restricts supply and is economic madness."

Read the 360



 





An advertisement



### Kyrie Irving says he 'deletes a lot of things' after taking down apology for sharing antisemitic video



💬 904



Jack Baer  ·  Writer

Tue, February 7, 2023 at 2:10 PM EST  ·  4 min read

**In this article:**




If you bought products such as TV's or computer monitors containing Cathode Ray Tubes, which are commonly known as CRTs, you may be eligible for money from a $33 million dollar settlement.

Visit www.CRTclaims.com to see if you qualify.





**Google**

CRT Computer Monitor

Shopping | Images | Videos | News | Maps | Books | Flights | Finance

All filters ▾ | Tools

Curved | Input | Port | Samsung | Dell | Apple | ViewSonic | Sony | Used | VGA | DVI

About 15,000,000 results (0.68 seconds)

Ad · https://www.crtclaims.com/

**Purchased a CRT TV or Monitor? - You May Be Entitled to Money**

If You Bought Cathode Ray Tube (**CRT**) Products such as TVs or **Computer Monitors**. You Could Get Money from a $33 Million Settlement.

https://www.ebay.com › ... › Monitors

**CRT Computer Monitors for sale - eBay**

Get the best deals on **CRT Computer Monitors** and find everything you'll need to improve your home office setup at eBay.com. Fast & Free shipping on many ...

https://www.ebay.com › ... › Monitors

**4:3 CRT Computer Monitors for sale - eBay**

Get the best deals on 4:3 **CRT Computer Monitors** and find everything you'll need to improve your home office setup at eBay.com. Fast & Free shipping on many ...

**People also ask**

What is a CRT computer monitor?

Can you still buy a CRT monitor?

Is CRT better than LCD?

Is CRT better than LED?

Feedback

https://www.pcworld.com › Accessories › Feature

What to look for in a CRT monitor: The ultimate guid



 Google

CRT Class Action

News · Images · Shopping · Videos · + Payout date · + Checks · + Updates · + Illinois · All filters ▾

About 12,000,000 results (0.40 seconds)

Ad · https://www.crtclaims.com/

### If You Purchased a CRT Product - You May Be Eligible For Money

If You Bought Cathode Ray Tubes or Products Containing Cathode Ray Tubes. You Could Get Money from a $33 Million Settlement.

https://crtclaims.com

### CRT INDIRECT PURCHASER CLASS ACTION ...

The **lawsuit** claims that Mitsubishi Electric conspired with other **CRT** manufacturers to fix the prices of CRTs, causing consumers to pay more for CRTs and ...

Electronic Payment · Settlement Documents · FAQ · Contact

## People also ask

What is the CRT class action?                                    ⌄

How much did the CRT settlement pay?                             ⌄

What is the Illinois CRT class action settlement?               ⌄

How much will class action lawsuits pay in 2022?                ⌄

Feedback

https://topclassactions.com › closed-settlements › crt-ant...

### CRT Antitrust Litigation Class Action Settlement

The **CRT** antitrust litigation alleges that the defendants conspired to fix, raise, maintain or stabilize prices of **CRT** products, resulting in overcharges to ...

https://topclassactions.com › electronics › judge-approv...

### Judge Approves $542M CRT Class Action Settlement

Mar 13, 2020 — A $542 million **settlement** deal has been reached after customers claimed tech companies colluded to fix prices of cathode ray tubes or CRTs.

https://openclassactions.com › settlement_crt

### CRT Class Action Settlement - When is the Payout Date?

Dec 3, 2022 — A $576,750,000 **Class Action Lawsuit** has been settled with nine manufacturers of **CRT** products. "CRTs" are **Cathode Ray Tube** screens



 CRT TV Lawsuit ✕

Shopping   News   Images   Videos   Books   Maps   Flights   Finance          All filters ▾   Tools

About 1,540,000 results (0.36 seconds)

Ad · https://www.crtclaims.com/   ⋮

### CRT TV or Monitor Purchasers - You Could Get Money

If You Bought Cathode Ray Tube (**CRT**) Products such as TVs or Computer Monitors. You Could Get Money from a $33 Million Settlement.

https://crtclaims.com   ⋮

### CRT INDIRECT PURCHASER CLASS ACTION ...

The **lawsuit** claims that Mitsubishi Electric conspired with other **CRT** manufacturers to fix the prices of **CRTs**, causing consumers to pay more for **CRTs** and ...

https://topclassactions.com › closed-settlements › crt-ant...   ⋮

### CRT Antitrust Litigation Class Action Settlement

The **CRT** antitrust **litigation** alleges that the defendants conspired to fix, raise, maintain or stabilize prices of **CRT** products, resulting in overcharges to ...

https://openclassactions.com › settlement_crt   ⋮

### CRT Class Action Settlement - When is the Payout Date?

Dec 3, 2022 — A $576,750,000 **Class Action Lawsuit** has been settled with nine manufacturers of **CRT** products. "**CRTs**" are **Cathode Ray Tube** screens, ...

## People also ask   ⋮

| How much did the CRT settlement pay? | ⌄ |
|---|---|
| Is CRT class action lawsuit legit? | ⌄ |
| What is the CRT TV class action lawsuit? | ⌄ |
| How much will class action lawsuits pay in 2022? | ⌄ |

Feedback

http://www.crtdirectpurchaserantitrustsettlement.com   ⋮

### Cathode Ray Tube Antitrust Litigation









**DECLARATION OF JOSEPH M. FISHER**

**EXHIBIT L**



**Escape From a College Sex Cult**
*A SURVIVOR'S HARROWING STORY*

**People**

John Legend
New Baby,
New Music

*The*
**Aftermath**
*of* **Harry's**
**Memoir**

February 20, 2023

*EXCLUSIVE*
*DETAILS*

# Kate *&* William
# Under Pressure

How the royal family is
picking up the pieces after Harry's
bombshell revelations—and
whether the brothers will reconcile
before King Charles' coronation

**If You Bought Cathode Ray Tubes or Products containing Cathode Ray Tubes, You Could Get Money from a $33 Million Settlement. Simple Online Claim Form Takes 3-5 Minutes.**

*Para una notificación en Español, llamar o visitar nuestro website.*

A class action Settlement has been reached with Mitsubishi Electric Corporation involving **Cathode Ray Tubes ("CRTs")**, a display device that was the main component in TVs and computer monitors. The lawsuit claims that Mitsubishi Electric conspired with other CRT manufacturers to fix the prices of CRTs, causing consumers to pay more for CRTs and products containing CRTs, such as TVs and computer monitors ("CRT Products").

### Who is included in the Settlement?

Individuals and businesses who or which:

- Indirectly purchased a CRT Product, such as a CRT television or CRT computer monitor, in AZ, AR, CA, FL, HI, IA, KS, MA, ME, MI, MN, MO, MS, MT, NE, NH, NV, NM, NY, NC, ND, OR, RI, SC, SD, TN, UT, VT, WV, WI, or the District of Columbia between March 1, 1995 and November 25, 2007 (HI, NE and NV have shorter claim periods);

- For their own use and not for resale.

Purchases in MO, MT and RI must have been made primarily for personal, family, or household purposes. Indirectly purchased means you purchased any brand of CRT Product (except Sony) from someone other than the manufacturer of the CRT Product, such as a retailer like Best Buy or Costco. Purchases made directly from Mitsubishi Electric or an alleged co-conspirator are not included (alleged co-conspirators are listed at www.CRTclaims.com or by calling 1-800-649-0963).

### What does the Settlement provide?

Mitsubishi Electric has agreed to pay $33 million to settle the claims against it. Qualifying individuals and businesses that purchased CRT Products in the above-listed states are eligible to file a claim. You must have purchased in one of those states, but you do not have to be a resident of one of those states.

The amount of money you will receive depends on the type and quantity of CRT Products you purchased and the total number of claims made. Eligible claimants are expected to receive a minimum payment of $10. More information is available at www.CRTclaims.com or by calling 1-800-649-0963.

### How can I get a payment?

Claim online or by mail by **June 13, 2023**. The simple online Claim Form only takes 3-5 minutes for most individuals. If you previously submitted a valid claim as an end user for indirect purchases of CRT Products in related prior settlements (*In re: Cathode Ray Tube (CRT) Antitrust Litigation*, MDL No. 1917 (N.D. Cal.)), you do not have to resubmit your claim to benefit from this Settlement unless you have additional purchases to claim.

### What are my rights?

If you do nothing, you will be bound by the Court's decisions. If you want to keep your right to sue Mitsubishi Electric, you must send a written request to the Class Administrator for exclusion from the Settlement Class by **April 14, 2023**. The Court will exclude any class member who timely requests exclusion. If you stay in the Settlement Class, you may object to the Settlement by **April 14, 2023**.

On **June 1, 2023 at 2:00 p.m.** the Court will conduct a hearing via Zoom, with the link available at https://cand.uscourts.gov/judges/tigar-jon-s-jst, to consider whether to approve the Settlement and a request for attorneys' fees up to one-third of the Settlement Fund, plus reimbursement of litigation expenses, and awards to Class Representatives. This date may change so please check the settlement website. You or your own lawyer may appear and speak at the hearing at your own expense.

### More Information

For details on how to make a claim, exclude yourself, or object, visit: www.CRTclaims.com. You may also write to: CRT Class Administrator, c/o The Notice Company, P.O. Box 778, Hingham, MA 02043 or call 1-800-649-0963.

PLEASE DO NOT CONTACT THE COURT

**1-800-649-0963**
**www.CRTclaims.com**

**People picks**



Bautista (left) with Abby Quinn and Nikki Amuka-Bird.

## MOVIE | Knock at the Cabin

**HORROR** Eric (Jonathan Groff) and Andrew (Ben Aldridge) are settling in at a vacation rental with their daughter (Kristen Cui) when four strangers barge in. Anguished and apologetic, their leader (Dave Bautista) explains that the apocalypse is at hand, and one of the family must choose to die so the world can be saved. This is unmistakably a movie by writer-director M. Night Shyamalan—nutty conceit, genuine suspense and, finally, a little surprise, like an amuse-bouche at the wrong end of the meal. *(In theaters, R)*



Fun and games—and nights of fear!—in Scotland.

## PEACOCK | The Traitors

**REALITY** In an enjoyably flapdoodle competition, a batch of contestants (including reality stars like *Shahs of Sunset*'s Reza Farahan) are brought to a Scottish castle. There, night by night, a player will be targeted for murder. No one really dies, of course, but this setup gives host Alan Cumming the opportunity to add some plummy spin to the line: "To sleep, perchance to *die*." *(Streaming now)*

FROM TOP: PHONYMO/UNIVERSAL PICTURES; EUAN CHERRY/PEACOCK



## Us WEEKLY

Issue 8
February 20, 2023

**Jennifer Coolidge's Untold Story**

# TO HELL & BACK

FROM COCKTAIL WAITRESS TO HOLLYWOOD ICON

- Tragedy, setbacks & surgery — how the *White Lotus* star finally found peace at 61

**Plus!**

**MEG'S SHOCK**
**HARRY'S FIRST LOVER BREAKS HER SILENCE**

**INSIDE ALEC'S PRISON NIGHTMARE**

**GRAMMYS**
MINUTE-BY-MINUTE BEHIND THE SCENES

**Tom Brady** HIS NEXT CHAPTER

**Jessica** KISS & TELL BOMBSHELL

**Presleys** FAMILY AT WAR

$6.99US  $7.99CAN

08>

7 22627 40534 0

A360 MEDIA



## ADAM & ANNE

# *The Quiet Life*

**Anne Hathaway** and husband **Adam Shulman** may have enjoyed a rare public date night in Paris on Jan. 25, but the actress, 40, and the businessman, 41, are more than happy staying out of the spotlight. "They're both very low-key," an insider tells *Us*, noting that family is the most important thing to the parents of two. "Anne is in awe of what an incredible father Adam is," adds the insider. "Both of them have really lucked out; it's a perfect match."



### Beachy Keen

It was a birthday to remember for **Alicia Keys**, who turned 42 on Jan. 25 during a tropical getaway with **Swizz Beatz**, 44. "He bought her a diamond necklace," a source tells *Us*, adding that the pair's relationship "is in an amazing place."

CLOCKWISE FROM LEFT: SARA DE BOER/STARTRAKS; ALFONSO CATALANO/SHUTTERSTOCK; ALICIA KEYS/INSTAGRAM

---

**If You Bought Cathode Ray Tubes or Products containing Cathode Ray Tubes, You Could Get Money from a $33 Million Settlement. Simple Online Claim Form Takes 3-5 Minutes.**

*Para una notificación en Español o llamar o visitar nuestro website*

A class action Settlement has been reached with Mitsubishi Electric Corporation involving **Cathode Ray Tubes ("CRTs")**, a display device that was the main component in TVs and computer monitors. The lawsuit claims that Mitsubishi Electric conspired with other CRT manufacturers to fix the prices of CRTs, causing consumers to pay more for CRTs and products containing CRTs, such as TVs and computer monitors ("CRT Products").

**Who is included in the Settlement?**

Individuals and businesses who or which:

- Indirectly purchased a CRT Product, such as a CRT television or CRT computer monitor, in AZ, AR, CA, FL, HI, IA, KS, MA, ME, MI, MN, MO, MS, MT, NE, NH, NV, NM, NY, NC, ND, OR, RI, SC, SD, TN, UT, VT, WV, WI, or the District of Columbia between March 1, 1995 and November 25, 2007 (HI, NE and NV have shorter claim periods);
- For their own use and not for resale.

Purchases in MO, MT and RI must have been made primarily for personal, family, or household purposes. Indirectly purchased means you purchased a CRT or a CRT Product from someone other than the manufacturer of the CRT Product, such as a retailer like Best Buy or Costco. Purchases made directly from Mitsubishi Electric or an alleged co-conspirator are not included (alleged co-conspirators are listed at www.CRTclaims.com or by calling 1-800-649-0963).

**What does the Settlement provide?**

Mitsubishi Electric has agreed to pay $33 million to settle the claims against it. Qualifying individuals and businesses that purchased CRT Products in the states listed above are eligible to claim. You must have purchased in one of those states, but you do not have to be a resident of one of those states.

The amount of money you will receive depends on the type and quantity of CRT Products you purchased and the total number of valid claims submitted. Eligible claimants are entitled to a minimum payment of $10. More information is available at www.CRTclaims.com or by calling 1-800-649-0963.

**How can I get a payment?**

Claim online or by mail by **June 13, 2023**. The simple online Claim Form only takes 3-5 minutes for most individuals. If you previously submitted a valid claim as an end user for indirect purchases of CRT Products in related prior settlements (*In re: Cathode Ray Tube (CRT) Antitrust Litigation*, MDL No. 1917 (N.D. Cal.)), you do not have to resubmit its your claim to be eligible, from this Settlement unless you have additional purchases to claim.

**What are my rights?**

If you do nothing, you will be bound by the Court's decisions. If you want to keep your right to sue Mitsubishi Electric, you must send a written request to the Class administrator before exclusion from the Settlement Class by **April 14, 2023**. The Court will include all class members who do not request exclusion. If you stay in the Settlement Class, you may object to the Settlement by **April 14, 2023**.

On **June 1, 2023** at **2:00 p.m.** the Court will conduct a hearing via Zoom, with the link available at https://cand.uscourts.gov/judges/tigar-jon-s-jst, to consider whether to approve the Settlement and a request for attorneys' fees up to one-third of the Settlement Fund, plus reimbursement of costs and expenses, and awards to Class Representatives. This date may change so please check the settlement website. You or your own lawyer may appear and speak at the hearing at your own expense.

**More Information**

For details on how to make a claim, exclude yourself, or object, visit: www.CRTclaims.com. You may also write to: CRT Claims Administrator c/o The Notice Company, P.O. Box 778, Hingham, MA 02043 or call 1-800-649-0963.

PLEASE DO NOT CONTACT THE COURT

**1-800-649-0963**
**www.CRTclaims.com**



# Reader's Digest

MAY 2023

**LOVE IS A HOOT!**
By RD READERS

## FRIENDS ARE THE BEST!

### Why We Need Them
*****
### How to Make & Keep Them

**Pizza Man SAVES 5 KIDS from Fire**
A DRAMA IN REAL LIFE

**Finding Fallen Soldiers**
By STEVE GOLDSTEIN

**13 FRESH FLOWER FACTS**
By SAMANTHA RIDEOUT

**New Help for Hearing Loss**
An RD ORIGINAL

**Sisterhood of the Traveling Diary**
From THE WASHINGTON POST

REX READER'S DIGEST | CELEBRATING FRIENDSHIP | MAY 2023

$5.99

0 748254 2
08730
0 5

## If You Bought Cathode Ray Tubes or Products containing Cathode Ray Tubes, You Could Get Money from a $33 Million Settlement.
### Simple Online Claim Form Takes 3-5 Minutes.

*Para una notificación en Español, llamar o visitar nuestro website.*

A class action Settlement has been reached with Mitsubishi Electric Corporation involving **Cathode Ray Tubes ("CRTs")**, a display device that was the main component in TVs and computer monitors. The lawsuit claims that Mitsubishi Electric conspired with other CRT manufacturers to fix the prices of CRTs, causing consumers to pay more for CRTs and products containing CRTs, such as TVs and computer monitors ("CRT Products"). This settlement is in addition to the previous nine settlements reached with other defendants.

### Who is included in the Settlement?

Individuals and businesses who or which:

- Indirectly purchased a CRT Product, such as a CRT television or CRT computer monitor, in AZ, AR, CA, FL, HI, IA, KS, MA, ME, MI, MN, MO, MS, MT, NE, NH, NV, NM, NY, NC, ND, OR, RI, SC, SD, TN, UT, VT, WV, WI, or the District of Columbia between March 1, 1995 and November 25, 2007 (HI, NE and NV have shorter claim periods);
- For their own use and not for resale.

Purchases in MO, MT and RI must have been made primarily for personal, family, or household purposes. Indirectly purchased means you purchased any brand of CRT Products (except Sony) from someone other than the manufacturer of the CRT Products, such as a retailer like Best Buy or Costco. Purchases made directly from Mitsubishi Electric or an alleged co-conspirator are not included (alleged co-conspirators are listed at www.CRTclaims.com or by calling 1-800-649-0963).

### What does the Settlement provide?

Mitsubishi Electric has agreed to pay $33 million to settle the claims against it. Qualifying individuals and businesses that purchased CRT Products in the above-listed states are eligible to file a claim. You must have purchased in one of those states, but you do not have to be a resident of one of those states.

The amount of money you will receive depends on the type and quantity of CRT Products you purchased and the total number of claims made. Eligible claimants are expected to receive a minimum payment of $10. More information is available at www.CRTclaims.com or by calling 1-800-649-0963.

### How can I get a payment?

Visit www.CRTclaims.com and complete a simple online Claim Form if you indirectly purchased **any brand** of CRT Products (except Sony). Claim online or by mail by **June 13, 2023**. The simple online Claim Form only takes 3-5 minutes for most individuals. If you previously submitted a valid claim as an end user for indirect purchases of CRT Products in related prior settlements (*In re: Cathode Ray Tube (CRT) Antitrust Litigation*, MDL No. 1917 (N.D. Cal.)), you do not have to resubmit your claim to benefit from this Settlement unless you have additional purchases to claim.

### What are my rights?

If you do nothing, you will be bound by the Court's decisions.  If you want to keep your right to sue Mitsubishi Electric, you must send a written request to the Class Administrator for exclusion from the Settlement Class by **April 14, 2023**. The Court will exclude any class member who timely requests exclusion. If you stay in the Settlement Class, you may object to the Settlement by **April 14, 2023**.

On **June 1, 2023** at **2:00 p.m.** the Court will conduct a hearing via Zoom, with the link available at https://cand.uscourts.gov/judges/tigar-jon-s-jst, to consider whether to approve the Settlement and a request for attorneys' fees up to one-third of the Settlement Fund, plus reimbursement of litigation expenses, and awards to Class Representatives. This date may change so please check the settlement website. You or your own lawyer may appear and speak at the hearing at your own expense.

### More information

For details on how to make a claim, exclude yourself, or object, visit: www.CRTclaims.com. You may also write to: CRT Class Administrator, c/o The Notice Company, P.O. Box 778, Hingham, MA 02043 or call 1-800-649-0963.

PLEASE DO NOT CONTACT THE COURT

**www.CRTclaims.com**                    **1-800-649-0963**

# DECLARATION OF JOSEPH M. FISHER

# EXHIBIT M

# If You Bought Cathode Ray Tubes or Products containing Cathode Ray Tubes, You Could Get Money from a $33 Million Settlement.

USA - English ▾

NEWS PROVIDED BY
**The Notice Company →**
Feb 13, 2023, 08:00 ET

OAKLAND, Calif., Feb. 13, 2023 /PRNewswire/ -- The following notice is being issued today by The Notice Company, Inc. regarding *In Re: Cathode Ray Tube (CRT) Antitrust Litigation*, MDL No. 1917, U.S. District Court, N.D. Cal.

A class action Settlement has been reached with Mitsubishi Electric Corporation involving **Cathode Ray Tubes ("CRTs")**, a display device that was the main component in TVs and computer monitors. The lawsuit claims that Mitsubishi Electric conspired with other CRT manufacturers to fix the prices of CRTs, causing consumers to pay more for CRTs and products containing CRTs, such as TVs and computer monitors ("CRT Products"). This settlement is in addition to the previous nine settlements reached with other defendants.

**Who is included in the Settlement?**

Individuals and businesses who or which:

**A $33 million class action Settlement has been reached with Mitsubishi Electric Corp. involving Cathode Ray Tubes.**

🐦 Tweet this

- Indirectly purchased a CRT Product, such as a CRT television or CRT computer monitor, in AZ, AR, CA, FL, HI, IA, KS, MA, ME, MI, MN, MO, MS, MT, NE, NH, NV, NM, NY, NC, ND, OR, RI, SC, SD, TN, UT, VT, WV, WI, or the District of Columbia between March 1, 1995 and November 25, 2007 (HI, NE and NV have shorter claim periods);
- For their own use and not for resale.

Purchases in MO, MT and RI must have been made primarily for personal, family, or household purposes. Indirectly purchased means you purchased any brand of CRT Products (except Sony) from someone other than the manufacturer of the CRT Products, such as a retailer like Best Buy or Costco. Purchases made directly from Mitsubishi Electric or an alleged co-conspirator are not included (alleged co-conspirators are listed at www.CRTclaims.com or by calling 1-800-649-0963).

**What does the Settlement provide?**

Mitsubishi Electric has agreed to pay $33 million to settle the claims against it. Qualifying individuals and businesses that purchased CRT Products in the above-listed states are eligible to file a claim. You must have purchased in one of those states, but you do not have to be a resident of one of those states.

The amount of money you will receive depends on the type and quantity of CRT Products you purchased and the total number of claims made. Eligible claimants are expected to receive a minimum payment of $10. More information is available at www.CRTclaims.com or by calling 1-800-649-0963.

**How can I get a payment?**

Visit www.CRTclaims.com and complete a simple online Claim Form if you indirectly purchased **any brand** of CRT Products (except Sony). Claim online or by mail by **June 13, 2023**. If you previously submitted a valid claim as an end user for indirect purchases of CRT Products in related prior settlements (*In re: Cathode Ray Tube (CRT) Antitrust Litigation*, MDL No. 1917 (N.D. Cal.)), you do not have to resubmit your claim to benefit from this Settlement unless you have additional purchases to claim.

**What are my rights?**

If you do nothing, you will be bound by the Court's decisions. If you want to keep your right to sue Mitsubishi Electric, you must send a written request to the Class Administrator for exclusion from the Settlement Class by **April 14, 2023**. The Court will exclude any class member who timely requests exclusion. If you stay in the Settlement Class, you may object to the Settlement by **April 14, 2023**.

On **June 1, 2023** at **2:00 p.m.** the Court will conduct a hearing via Zoom, with the link available at https://cand.uscourts.gov/judges/tigar-jon-s-jst/, to consider whether to approve the Settlement and a request for attorneys' fees up to one-third of the Settlement Fund, plus reimbursement of litigation expenses, and awards to Class Representatives. This date may change so please check the settlement website. You or your own lawyer may appear and speak at the hearing at your own expense.

For details on how to make a claim, exclude yourself, or object, visit: <u>www.CRTclaims.com</u>. You may also write to: CRT Class Administrator, c/o The Notice Company, P.O. Box 778, Hingham, MA 02043 or call 1-800-649-0963.

SOURCE The Notice Company

# Si compró tubos de rayos catódicos o productos que contienen tubos de rayos catódicos, podría obtener dinero de un acuerdo de $33 millones USA - español ▾

NEWS PROVIDED BY
**The Notice Company →**
Feb 13, 2023, 08:00 ET

OAKLAND, Calif., 13 de febrero de 2023 /PRNewswire-HISPANIC PR WIRE/ -- The Notice Company, Inc. emite hoy el siguiente aviso. con respecto a *Ref.: Litigio antimonopolio de tubo de rayos catódicos (CRT)*, MDL N. ° 1917, Tribunal de distrito de EE. UU., N.D. Cal.

Se ha llegado a un acuerdo de demanda colectiva con Mitsubishi Electric Corporation relacionado con **tubos de rayos catódicos ("CRT")**, un dispositivo de visualización que era el componente principal en televisores y monitores de computadora. La demanda afirma que Mitsubishi Electric conspiró con otros fabricantes de CRT para fijar los precios de los CRT, lo que provocó que los consumidores pagaran más por los CRT y los productos que contienen CRT, como televisores y monitores de computadora ("Productos con CRT"). Este acuerdo se suma a los nueve acuerdos anteriores alcanzados con otros demandados.

### ¿Quién está incluido en el Acuerdo?

Individuos y empresas que:

- Compraron indirectamente un Producto con CRT, como un televisor CRT o un monitor de computadora CRT, en AZ, AR, CA, FL, HI, IA, KS, MA, ME, MI, MN, MO, MS, MT, NE, NH, NV, NM, NY, NC, ND, OR, RI, SC, SD, TN, UT, VT, WV, WI o el Distrito de Columbia entre el 1 de marzo de 1995 y el 25 de noviembre, 2007 (HI, NE y NV tienen períodos de reclamos más cortos);
- Para su propio uso y no para reventa.

Las compras en MO, MT y RI deben haberse realizado principalmente para fines personales, familiares o domésticos.

Comprado indirectamente significa que compró cualquier marca de Productos con CRT (excepto Sony) de alguien que no sea el fabricante de los Productos con CRT, como un minorista como Best Buy o Costco. Las compras realizadas directamente a Mitsubishi Electric o a un presunto copartícipe no están incluidas (los presuntos copartícipes se enumeran en www.CRTclaims.com o puede llamar al 1-800-649-0963 para recibir información).

### ¿Qué ofrece el Acuerdo?

Mitsubishi Electric acordó pagar $33 millones para resolver los reclamos en su contra. Las personas y empresas que califiquen y que compraron Productos con CRT en los estados mencionados anteriormente son elegibles para presentar un reclamo. Debe haber comprado en uno de esos estados, pero es necesario que sea residente de uno de esos estados.

La cantidad de dinero que recibirá depende del tipo y la cantidad de Productos con CRT que compró y de la cantidad total de reclamos realizados. Se espera que los demandantes elegibles reciban un pago mínimo de $10. Hay más información disponible en www.CRTclaims.com o llamando al 1-800-649-0963.

### ¿Cómo puedo obtener un pago?

Visite www.CRTclaims.com y complete un formulario de reclamo simple en línea si compró indirectamente **cualquier marca** de Productos con CRT (excepto Sony). Reclame en línea o por correo antes del **13 de junio de 2023**. Si anteriormente presentó un reclamo válido como usuario final por compras indirectas de Productos con CRT en acuerdos anteriores relacionados (*en relación con: Litigio antimonopolio de tubo de rayos catódicos (CRT)*, MDL n. ˚ 1917 [N.D. Cal.]), no tiene que volver a presentar su reclamo para beneficiarse de este Acuerdo a menos que tenga compras adicionales que reclamar.

### ¿Cuáles son mis derechos?

Si no hace nada, estará sujeto a las decisiones del Tribunal. Si desea conservar su derecho a demandar a Mitsubishi Electric, debe enviar una solicitud por escrito al Administrador de la Demanda Colectiva para excluirse de la Demanda Colectiva antes del **14 de abril de 2023**. El Tribunal excluirá a cualquier miembro de la demanda colectiva que solicite oportunamente su exclusión. Si continúa formando parte del Colectivo del Acuerdo, puede oponerse al Acuerdo antes del **14 de abril de 2023**.

El **1 de junio de 2023** a las **2:00 p. m.** el Tribunal llevará a cabo una audiencia a través de Zoom, con el enlace disponible en https://cand.uscourts.gov/judges/tigar-jon-s-jst/, para considerar si aprueba el Acuerdo y una solicitud de honorarios de abogados de hasta un tercio del fondo del Acuerdo, más el reembolso de los gastos de litigio y las compensaciones a los representantes de la Demanda Colectiva. Esta fecha podríacambiar, así que consulte el sitio web del acuerdo. Usted o su abogado pueden comparecer y hablar en la audiencia por su cuenta.

**Más información**

Para obtener detalles sobre cómo presentar un reclamo, excluirse u objetar, visite: www.CRTclaims.com. También puede escribir a: CRT Class Administrator, c/o The Notice Company, P.O. Box 778, Hingham, MA 02043 o llamar al 1-800-649-0963.

FUENTE The Notice Company

SOURCE The Notice Company

If You Bought Cathode Ray Tubes or Products containing Cathode Ray Tubes, You Could Get Money from a $33 Million Settlement.

Composite

English | PR Newswire ID: 3777655-1 | Clear Time Feb 13, 2023 8:00 AM ET | View Release ▾

Report shows data for: All 2 releases ▾

📄 Pickup

| 203.6M | 457 |
|---|---|
| TOTAL POTENTIAL AUDIENCE | TOTAL EXACT MATCHES |

TOP EXACT MATCH PICKUP



**AP NEWS [The ...**
32.5M visitors/month [1]

**MarketWatch**
23.5M visitors/month [1]

**PR Newswire**
7.6M visitors/month [1]

**Seeking Alpha**
6.4M visitors/month [1]

**KTLA [Los Ang...**
5.7M visitors/month [1]

**Markets Insider**
5M visitors/month [1]

**WFLA [Tampa, FL]**
5M visitors/month [1]

**Benzinga**
4.8M visitors/month [1]

**WJW-TV FOX-8 ...**
2.6M visitors/month [1]

**WREG [Memphis...**
2.3M visitors/month [1]

**Morningstar**
2.3M visitors/month [1]

**KDVR [Denver,...**
2.2M visitors/month [1]

**KXAN-TV NBC-3...**
2.2M visitors/month [1]

**KTVK-TV IND-3...**
2M visitors/month [1]

**WGHP [Greensb...**
2M visitors/month [1]

*DATA SOURCES: [1] **similarweb** [2] ALEXA, [3] SITEWORTHTRAFFIC.COM [4] CISION DIGITAL REACH

*THE DATA CITED HERE BY SIMILARWEB REPRESENTS SITE TRAFFIC DATA OF WORLDWIDE UNIQUE VISITORS ON DESKTOP AND MOBILE DEVICES. DATA IS UPDATED MONTHLY.

## Views & Engagement

Views & Engagement data will continue to mature over time. Totals below are expected to have reached 98% maturity when the circles below are darker in color.

| 1,560 | 2 | 5,600 |
|:---:|:---:|:---:|
| CLICK-THROUGHS | SHARES | RELEASE VIEWS |

## Distribution

| 949 | 1.8K |
|:---:|:---:|
| TOTAL AP OUTLETS DISTRIBUTED | TOTAL INFLUENCERS DISTRIBUTED |

TOP AP OUTLETS

CISION INFLUENCER LISTS


**C-SPAN**
86.2M Visitors/Month
Washington, DC


**Scribd, Inc.**
43.5M Visitors/Month
San Francisco, CA


**FoxNews.com**
32.5M Visitors/Month
New York, NY


**CBS News Radio**
30M Visitors/Month
New York, NY


**New York Time...**
29.9M Visitors/Month
New York, NY


**Apple Inc.**
29.7M Visitors/Month
Cupertino, CA

**CNBC.com**



26.1M Visitors/Month
Englewood Cliffs, NJ

**CBSnews.com**
26.1M Visitors/Month
New York, NY

| List Name | Outlet | Recipients |
|-----------|--------|-----------:|
| **Business & Fi...** | **Freelancer** | **14** |
| **Business & Fi...** | **El Observador** | **5** |
| **Business & Fi...** | **The Associated Press** | **4** |
| **Business & Fi...** | **Dos Mundos** | **3** |
| **Business & Fi...** | **Hispanic Network Maga...** | **3** |
| **Business & Fi...** | **LATINA Style** | **3** |

# Pickup

## Overview

| TOTAL PICKUP | **457** |
|---|---|

Exact Match   **457** postings

| TOTAL POTENTIAL AUDIENCE | **203.6M** |
|---|---|

Exact Match   **203.6M** visitors

## Total Pickup Over Time
Total pickup since your content was distributed



## Total Pickup by Source Type



- Broadcast Media (249/55.1%)
- Newspaper (106/23.5%)
- Online News Sites & Other Influencers (75/16.6%)
- Blog (8/1.8%)
- News & Information Service (6/1.3%)
- Other (8/1.8%)

## Total Pickup by Industry



- Media & Information (344/75.3%)
- Multicultural & Demographic (88/19.3%)
- General (11/2.4%)
- Financial (7/1.5%)
- Business Services (2/0.4%)
- Other (5/1.1%)

# Exact Match Pickup

Exact matches are full text postings of your content which we have found in the online and social media that we monitor. Understand how it is calculated.

Total Exact Matches: **457**
Total Potential Audience: **203,610,938**

| Logo | Outlet Name | Location | Source Type | Industry | Potential Audience |
|---|---|---|---|---|---|
| AP | AP NEWS [The Associated Press]<br>Online 🖥 View Release | United States | News & Information Service | Media & Information | 32,543,202 [1]<br>visitors/month |
| MarketWatch | MarketWatch<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Financial | 23,546,451 [1]<br>visitors/month |
| MarketWatch | MarketWatch<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Financial | 23,546,451 [1]<br>visitors/month |
| CISION | PR Newswire<br>Online 🖥 View Release | Global | PR Newswire | Media & Information | 7,560,415 [1]<br>visitors/month |
| CISION | PR Newswire<br>Online 🖥 View Release | Global | PR Newswire | Media & Information | 7,560,415 [1]<br>visitors/month |

| | | | | |
|---|---|---|---|---|
| Seeking Alpha<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Financial | 6,422,118 [1]<br>visitors/month |
| KTLA [Los Angeles, CA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 5,734,752 [1]<br>visitors/month |
| Markets Insider<br>Online 🖥 View Release | Global | Online News Sites & Other Influencers | Financial | 5,045,824 [1]<br>visitors/month |
| WFLA [Tampa, FL]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 4,996,461 [1]<br>visitors/month |
| Benzinga<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Financial | 4,827,545 [1]<br>visitors/month |
| WJW-TV FOX-8 [Cleveland, OH]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 2,625,212 [1]<br>visitors/month |
| WREG [Memphis, TN]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 2,305,274 [1]<br>visitors/month |
| Morningstar<br>Online 🖥 View Release | Global | Financial Data, Research & Analytics | Financial | 2,259,775 [1]<br>visitors/month |
| KDVR [Denver, CO]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 2,235,763 [1]<br>visitors/month |
| KXAN-TV NBC-36 [Austin, TX]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 2,169,103 [1]<br>visitors/month |
| KTVK-TV IND-3 [Phoenix, AZ]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 2,025,395 [1]<br>visitors/month |
| WGHP [Greensboro, NC]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 1,979,941 [1]<br>visitors/month |
| WGN [Chicago, IL]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 1,935,097 [1]<br>visitors/month |
| KTVI-TV FOX-2 [St. Louis, MO]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 1,562,887 [1]<br>visitors/month |

| | | | | | |
|---|---|---|---|---|---|
| KRON 4 | KRON [San Francisco, CA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 1,474,777 [1]<br>visitors/month |
| FOX 59 | WXIN-TV FOX-59 [Indianapolis, IN]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 1,473,443 [1]<br>visitors/month |
| 8 NEWSNOW LAS VEGAS | KLAS-TV CBS-8 [Las Vegas, NV]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 1,441,909 [1]<br>visitors/month |
| 27 NEWS | WHTM [Harrisburg, PA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 1,405,218 [1]<br>visitors/month |
| WAVY.com | WAVY-TV NBC-10 [Portsmouth, VA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 1,402,376 [1]<br>visitors/month |
| 4 KMOV.com | KMOV-TV CBS-4 [St. Louis, MO]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 1,381,854 [1]<br>visitors/month |
| KCTV 05 | KCTV-TV CBS-5 [Kansas City, MO]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 1,351,265 [1]<br>visitors/month |
| KOIN 06 WATCHING OUT FOR YOU | KOIN-TV CBS-6 [Portland, OR]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 1,294,213 [1]<br>visitors/month |
| 11 NEWS YOUR BREAKING NEWS LEADER | KKTV-TV CBS-11 [Colorado Springs, CO]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 1,184,925 [1]<br>visitors/month |
| FOX 12 OREGON | KPTV-TV FOX-12 [Portland, OR]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 1,156,880 [1]<br>visitors/month |
| EYEWITNESS NEWS 3 | WFSB-TV CBS-3 (Hartford, CT)<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 1,134,815 [1]<br>visitors/month |
| 10 KWTX | KWTX-TV [Waco,TX]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 1,080,353 [1]<br>visitors/month |
| PIX 11 | WPIX-TV CW-11 [New York, NY]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 1,079,643 [1]<br>visitors/month |
| FOX 5 KVVU-TV | KVVU-TV FOX-5 [Las Vegas, NV]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 1,051,972 [1]<br>visitors/month |
| WLBT 3 ON YOUR SIDE | WLBT-TV [Jackson, MS]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 1,048,036 [1]<br>visitors/month |

| | | | | | |
|---|---|---|---|---|---|
|  | KFOR [Oklahoma City, OK]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 1,011,607 [1]<br>visitors/month |
|  | KY3-TV [Springfield, TX]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 998,335 [1]<br>visitors/month |
|  | WDAF [Kansas City, MO]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 988,743 [1]<br>visitors/month |
|  | WBTV-TV [Charlotte, NC]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 975,562 [1]<br>visitors/month |
|  | WOOD [Grand Rapids, MI]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 900,716 [1]<br>visitors/month |
|  | WKBN-TV CBS-27 [Youngstown, OH]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 887,607 [1]<br>visitors/month |
|  | KHNL-TV Hawaii News Now [Honolulu, HI]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 887,487 [1]<br>visitors/month |
|  | WOIO-TV CBS-19 [Cleveland, OH]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 862,850 [1]<br>visitors/month |
|  | WXIX-TV FOX-19 [Cincinnati, OH]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 843,626 [1]<br>visitors/month |
|  | WMTV-TV NBC-15 [Madison, WI]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 826,055 [1]<br>visitors/month |
|  | WKRN [Nashville, TN]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 823,102 [1]<br>visitors/month |
|  | WRIC [Richmond, VA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 814,818 [1]<br>visitors/month |
|  | WNCN [Raleigh, NC]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 807,796 [1]<br>visitors/month |
|  | WPRI/WNAC [Providence, RI]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 798,247 [1]<br>visitors/month |
|  | WWBT-TV NBC-12 [Richmond, VA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 797,622 [1]<br>visitors/month |

| | | | | |
|---|---|---|---|---|
| KCRG-TV ABC-9 [Cedar Rapids, IA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 789,414 [1]<br>visitors/month |
| KBTX-TV News 3 [Bryan, TX]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 787,712 [1]<br>visitors/month |
| WCMH [Columbus, OH]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 780,554 [1]<br>visitors/month |
| KSWB [San Diego, CA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 776,237 [1]<br>visitors/month |
| WVLT-TV [Knoxville, TN]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 761,410 [1]<br>visitors/month |
| KRQE [Albuquerque, NM]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 735,537 [1]<br>visitors/month |
| WWSB-TV ABC-7 [Sarasota, FL]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 733,847 [1]<br>visitors/month |
| WRDW-TV [Augusta, GA ]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 731,494 [1]<br>visitors/month |
| WHNT [Huntsville, AL]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 709,311 [1]<br>visitors/month |
| WBAY-TV [Green Bay, WI]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 692,863 [1]<br>visitors/month |
| KHON [Honolulu, HI]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 679,419 [1]<br>visitors/month |
| WAFB-TV [Midland, TX]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 674,742 [1]<br>visitors/month |
| WISTV-TV [Columbia, SC]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 667,347 [1]<br>visitors/month |
| WTVG-TV ABC-13 [Toledo, OH]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 666,233 [1]<br>visitors/month |

| | | | | |
|---|---|---|---|---|
| WCAX-TV [South Burlington, VT]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 652,610 [1]<br>visitors/month |
| KWCH12-TV [Wichita, KS]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 649,990 [1]<br>visitors/month |
| WHSV-TV [Harrisonburg, VA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 645,324 [1]<br>visitors/month |
| WTNH [New Haven, CT]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 637,277 [1]<br>visitors/month |
| WSMV-TV NBC 4 [Nashville, TN]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 634,061 [1]<br>visitors/month |
| WCTV-TV [Tallahassee, FL]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 630,974 [1]<br>visitors/month |
| WAVE-TV [Louisville, KY]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 625,469 [1]<br>visitors/month |
| WGCL-TV CBS 46 [Atlanta, GA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 620,008 [1]<br>visitors/month |
| KOLN-TV [Lincoln, NE]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 616,817 [1]<br>visitors/month |
| WLOX-TV [Biloxi, MS]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 611,453 [1]<br>visitors/month |
| WANE [Fort Wayne, IN]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 607,580 [1]<br>visitors/month |
| KTVX [Salt Lake City, UT]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 607,000 [1]<br>visitors/month |
| KOLD-TV [Tucson, AZ]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 604,303 [1]<br>visitors/month |
| WSFA-TV [Montgomery, AL ]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 603,823 [1]<br>visitors/month |
| WATE [Knoxville, TN]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 602,222 [1]<br>visitors/month |

| | | | | |
|---|---|---|---|---|
| WIBW-TV [Topeka, KS]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 598,057 [1]<br>visitors/month |
| WCSC-TV CBS-5 [Charleston, SC]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 596,542 [1]<br>visitors/month |
| WBRC-TV [Birmingham, AL]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 590,716 [1]<br>visitors/month |
| WDBJ7-TV [Roanoke, VA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 589,985 [1]<br>visitors/month |
| WQRF/WTVO [Rockford, IL]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 580,828 [1]<br>visitors/month |
| WSAW-TV [Wausau, WI]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 562,821 [1]<br>visitors/month |
| WHNS-TV FOX [Greenville, SC]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 561,706 [1]<br>visitors/month |
| WSAZ-TV [Huntington, WV]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 541,002 [1]<br>visitors/month |
| WJHL-TV/ABC Tri-Cities [Johnson City, TN]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 529,145 [1]<br>visitors/month |
| WKYT-TV [Lexington, KY]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 525,912 [1]<br>visitors/month |
| WECT-TV [Wilmington, NC]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 511,158 [1]<br>visitors/month |
| KCBD-TV [Lubbock, TX]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 502,111 [1]<br>visitors/month |
| WITN-TV [Greenville, NC]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 477,546 [1]<br>visitors/month |
| WILX-TV [Lansing, MI]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 466,018 [1]<br>visitors/month |
| WTEN/ WXXA-TV [Albany, NY]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 465,558 [1]<br>visitors/month |

| | | | | | |
|---|---|---|---|---|---|
| | WVUE-TV FOX-8 [New Orleans, LA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 458,688 [1]<br>visitors/month |
| | WOWT-TV [Omaha, NE]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 457,108 [1]<br>visitors/month |
| | WBOY [Clarksburg, WV]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 455,785 [1]<br>visitors/month |
| | WNDU-TV [South Bend, IN]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 453,928 [1]<br>visitors/month |
| | WEAU-TV [Eau Claire, WI]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 450,125 [1]<br>visitors/month |
| | WFIE-TV NBC-14 [Evansville, IN]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 447,608 [1]<br>visitors/month |
| | WIVB [Buffalo, NY]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 439,363 [1]<br>visitors/month |
| | WAFF-TV [Huntsville, AL]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 437,682 [1]<br>visitors/month |
| | WWLP-TV NBC-22 [Springfield, MA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 428,517 [1]<br>visitors/month |
| | WTOC-TV [Savannah, GA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 427,787 [1]<br>visitors/month |
| | WFRV [Green Bay, WI]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 422,593 [1]<br>visitors/month |
| | KLTV-TV [Tyler, TX]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 397,944 [1]<br>visitors/month |
| | KTXL [Sacramento, CA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 389,988 [1]<br>visitors/month |
| | KFYR-TV [Bismarck, ND]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 388,785 [1]<br>visitors/month |
| | KTUU-TV [Anchorage, AK]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 385,990 [1]<br>visitors/month |

| | | | | | |
|---|---|---|---|---|---|
| WHO-TV NBC-13 [Des Moines, IA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 383,891 [1]<br>visitors/month |
| KVLY-TV [Fargo, ND]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 373,175 [1]<br>visitors/month |
| WALB-TV [Albany, GA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 368,812 [1]<br>visitors/month |
| WDTN/WBDT [Dayton, OH]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 368,028 [1]<br>visitors/month |
| WSPA/WYCW [Spartanburg, SC]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 365,739 [1]<br>visitors/month |
| KELO [Sioux Falls, SD]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 365,007 [1]<br>visitors/month |
| WCJB-TV [Gainesville, FL]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 364,263 [1]<br>visitors/month |
| WKRG [Mobile, AL]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 363,031 [1]<br>visitors/month |
| WBNG-TV NEWS 12 [Binghamton, NY]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 362,499 [1]<br>visitors/month |
| WMBF-TV [Myrtle Beach, SC]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 362,216 [1]<br>visitors/month |
| KNWA/KFTA [Fayetteville, AR]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 360,909 [1]<br>visitors/month |
| WBRE/WYOU [Wilkes-Barre, PA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 355,999 [1]<br>visitors/month |
| WALA-TV FOX 10 [Mobile, AB]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 355,355 [1]<br>visitors/month |
| WLUC-TV [Negaunee, MI]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 354,344 [1]<br>visitors/month |
| WROC/WUHF/WZDX [Rochester, NY]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 354,138 [1]<br>visitors/month |

| | | | | |
|---|---|---|---|---|
| WSYR-TV ABC-9 NewsChannel [Syracuse, NY]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 353,477 [1]<br>visitors/month |
| KAMC/KLBK<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 348,229 [1]<br>visitors/month |
| WTRF [Wheeling, WV]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 343,460 [1]<br>visitors/month |
| WNEM-TV CBS-5 [Saginaw, MI]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 341,586 [1]<br>visitors/month |
| KOSA-TV CBS-7 [Odessa, TX]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 340,069 [1]<br>visitors/month |
| KARK-TV NBC-4 [Little Rock, AR]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 336,827 [1]<br>visitors/month |
| KOLO-TV [Reno, NV]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 324,555 [1]<br>visitors/month |
| WBTW [Myrtle Beach, SC]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 314,403 [1]<br>visitors/month |
| KSFY-TV [Sioux Falls, SD]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 311,843 [1]<br>visitors/month |
| WJHG-TV [Panama City Beach, FL]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 307,516 [1]<br>visitors/month |
| KSNW [Wichita, KS]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 301,932 [1]<br>visitors/month |
| KWQC-TV [Davenport, IA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 300,095 [1]<br>visitors/month |
| WIFR-TV [Rockford, IL]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 293,127 [1]<br>visitors/month |
| KVEO-TV CBS-4 [Harlingen, TX]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 285,323 [1]<br>visitors/month |
| KAIT-TV [Jonesboro, AR]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 282,024 [1]<br>visitors/month |

| | | | | |
|---|---|---|---|---|
| WOWK-TV CBS-13 [Charleston, WV]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 281,664 [1]<br>visitors/month |
| WWNY-TV [Watertown, NY]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 280,726 [1]<br>visitors/month |
| KXII-TV [Sherman, TX]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 264,530 [1]<br>visitors/month |
| KSLA-TV [Shreveport, LA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 260,541 [1]<br>visitors/month |
| KTTC NBC-10 [Rochester, MN]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 258,780 [1]<br>visitors/month |
| KPLC-TV [Lake Charles, LA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 256,452 [1]<br>visitors/month |
| KETK-TV FOX-51 [Tyler, TX]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 242,710 [1]<br>visitors/month |
| WTVM-TV [Columbus, GA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 241,290 [1]<br>visitors/month |
| KTSM [El Paso, TX]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 241,239 [1]<br>visitors/month |
| KARD/KTVE [West Monroe, LA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 237,682 [1]<br>visitors/month |
| WGGB-TV FOX-6 / ABC-40 / CBS-3 [Springfield, MA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 235,035 [1]<br>visitors/month |
| WCBD-TV NBC-2 [Charleston, SC]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 234,836 [1]<br>visitors/month |
| KGET [Bakersfield, CA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 233,823 [1]<br>visitors/month |
| KFDA-TV [Amarillo, TX]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 227,743 [1]<br>visitors/month |
| WJTV-TV CBS-12 [Jackson, MS]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 226,707 [1]<br>visitors/month |

| | | | | |
|---|---|---|---|---|
| KFVS-TV [Cape Girardeau, MO]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 226,623 [1]<br>visitors/month |
| WSAV [Savannah, GA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 223,980 [1]<br>visitors/month |
| KGNS-TV NBC/ABC/Telemundo-8 [Laredo, TX]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 223,927 [1]<br>visitors/month |
| KGWN-TV CBS-5 [Cheyenne, WY]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 221,748 [1]<br>visitors/month |
| KLFY [Lafayette, LA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 220,884 [1]<br>visitors/month |
| KSEE/KGPE [Fresno, CA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 220,434 [1]<br>visitors/month |
| KSNT-TV NBC-27 [Topeka, KS]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 218,100 [1]<br>visitors/month |
| WABI-TV [Bangor, ME]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 217,782 [1]<br>visitors/month |
| WDAM-TV [Moselle, MS]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 216,702 [1]<br>visitors/month |
| WMBD-TV CBS 31 / WYZZ-TV FOX 43 [Peoria, IL]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 207,939 [1]<br>visitors/month |
| WETM-TV NBC-18 [Elmira, NY]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 204,661 [1]<br>visitors/month |
| WJET-TV ABC-24 / WFXP-TV FOX-44 [Erie, PA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 204,078 [1]<br>visitors/month |
| WTVY-TV [Dothan, AL]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 203,212 [1]<br>visitors/month |
| WYMT-TV [Hazard, KY ]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 203,026 [1]<br>visitors/month |
| KXRM [Colorado Springs, CO]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 200,166 [1]<br>visitors/month |

| | | | | |
|---|---|---|---|---|
| KALB-TV [Alexandria, LA] <br> Online 🖥 View Release | United States | Broadcast Media | Media & Information | 193,188 [1] <br> visitors/month |
| KOLR/KOZL [Springfield, MO] <br> Online 🖥 View Release | United States | Broadcast Media | Media & Information | 192,169 [1] <br> visitors/month |
| KTIV-TV NBC-4 [Sioux City, IA] <br> Online 🖥 View Release | United States | Broadcast Media | Media & Information | 191,980 [1] <br> visitors/month |
| WIAT [Birmingham, AL] <br> Online 🖥 View Release | United States | Broadcast Media | Media & Information | 188,873 [1] <br> visitors/month |
| WEEK-TV 25 News Now [East Peoria, IL] <br> Online 🖥 View Release | United States | Broadcast Media | Media & Information | 179,756 [1] <br> visitors/month |
| WVIR-TVNBC-29 [Charlottesville, VA] <br> Online 🖥 View Release | United States | Broadcast Media | Media & Information | 179,617 [1] <br> visitors/month |
| WJBF [Augusta, GA] <br> Online 🖥 View Release | United States | Broadcast Media | Media & Information | 179,520 [1] <br> visitors/month |
| WLNS-TV CBS-6 [Lansing, MI] <br> Online 🖥 View Release | United States | Broadcast Media | Media & Information | 175,921 [1] <br> visitors/month |
| WCIA-TV CBS 3 [Champaign, IL] <br> Online 🖥 View Release | United States | Broadcast Media | Media & Information | 175,072 [1] <br> visitors/month |
| KKCO-TV NBC-11 [Grand Junction, CO] <br> Online 🖥 View Release | United States | Broadcast Media | Media & Information | 170,820 [1] <br> visitors/month |
| KNOE-TV [Monroe, LA] <br> Online 🖥 View Release | United States | Broadcast Media | Media & Information | 167,933 [1] <br> visitors/month |
| Ser Padres <br> Online 🖥 View Release | United States | Magazine | Multicultural & Demographic | 164,467 [1] <br> visitors/month |
| KTAB/KRBC [Abilene, TX] <br> Online 🖥 View Release | United States | Broadcast Media | Media & Information | 162,841 [1] <br> visitors/month |
| WRBL [Columbus, GA] <br> Online 🖥 View Release | United States | Broadcast Media | Media & Information | 154,873 [1] <br> visitors/month |
| WBKO-TV [Bowling Green, KY] <br> Online 🖥 View Release | United States | Broadcast Media | Media & Information | 154,773 [1] <br> visitors/month |

| | | | | |
|---|---|---|---|---|
| WNCT [Greenville, NC]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 153,693 [1]<br>visitors/month |
| EDGE Media Network<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Multicultural & Demographic | 153,064 [1]<br>visitors/month |
| EDGE Sacramento [Sacramento, CA]<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Multicultural & Demographic | 153,064 [1]<br>visitors/month |
| EDGE Indianapolis [Indianapolis, IN]<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Multicultural & Demographic | 153,064 [1]<br>visitors/month |
| EDGE Hudson Valley [Hudson Valley, NY]<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Multicultural & Demographic | 153,064 [1]<br>visitors/month |
| WMBB-TV ABC-13 [Panama City, FL]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 149,834 [1]<br>visitors/month |
| KDAF-TV CW-33 [Dallas, TX]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 148,951 [1]<br>visitors/month |
| KTRE-TV [Pollok, TX]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 148,681 [1]<br>visitors/month |
| KXMA/KXMB [Bismark, ND]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 148,254 [1]<br>visitors/month |
| WDTV-TV [Bridgeport, WV]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 147,035 [1]<br>visitors/month |
| WGNO [New Orleans, LA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 140,961 [1]<br>visitors/month |
| WDVM-TV IND-25 [Washington, DC]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 140,644 [1]<br>visitors/month |
| KOTA-TV [Rapid City, SD]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 139,000 [1]<br>visitors/month |
| KLRT-TV FOX-16 [Little Rock, AR]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 131,267 [1]<br>visitors/month |
| WEHT/WTVW [Evansville, IN]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 127,256 [1]<br>visitors/month |

| | | | | |
|---|---|---|---|---|
| WTTV [Indianapolis, IN]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 125,466 [1]<br>visitors/month |
| WVLA [Baton Rouge, LA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 125,024 [1]<br>visitors/month |
| KEYC-TV [North Mankato, MN]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 123,703 [1]<br>visitors/month |
| WGEM-TV NBC-10 [Quincy, IL]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 123,123 [1]<br>visitors/month |
| KJCT-TV ABC-8 [Grand Junction, CO]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 122,407 [1]<br>visitors/month |
| WTOK-TV [Meridian, MS]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 119,806 [1]<br>visitors/month |
| WTWO-TV NBC-2/WAWV-TV ABC-38<br>MyWabashValley [Terre Haute IN]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 116,916 [1]<br>visitors/month |
| QuadCities WHBF-TV CBS-4 / KLJB-TV FOX-18<br>[Rock Island, IL]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 115,421 [1]<br>visitors/month |
| KSWO-TV [Lawton, OK]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 114,950 [1]<br>visitors/month |
| WTAP-TV [Parkersburg, WV]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 113,950 [1]<br>visitors/month |
| KMVT-TV News-11 / KSVT-14 FOX [Twin Falls, ID]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 113,840 [1]<br>visitors/month |
| AmericaTeVe<br>Online 🖥 View Release | United States | News & Information Service | Multicultural & Demographic | 111,280 [1]<br>visitors/month |
| KMID/KPEJ [Odessa, TX]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 108,496 [1]<br>visitors/month |
| WVVA NBC-6 [Bluefield, WV]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 107,761 [1]<br>visitors/month |
| WTAJ [Altoona, PA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 105,853 [1]<br>visitors/month |

| | | | | | |
|---|---|---|---|---|---|
|  | KIAH [Houston, TX]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 104,635 [1]<br>visitors/month |
|  | KFDX-TV NBC-3 / KJTL-TV FOX-18 [Wichita Falls, TX]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 103,656 [1]<br>visitors/month |
|  | Myhighplains<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 97,795 [1]<br>visitors/month |
|  | WFXR [Roanoke, VA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 97,429 [1]<br>visitors/month |
|  | WPTA-TV Fort Wayne's NBC [Fort Wayne, IN]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 97,426 [1]<br>visitors/month |
|  | KSNF/KODE [Joplin, MO]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 93,720 [1]<br>visitors/month |
|  | WVNS [Beckley, WV]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 92,782 [1]<br>visitors/month |
|  | WFFF-TV FOX 44 / WVNY-TV ABC-22 [Colchester, VT]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 92,263 [1]<br>visitors/month |
|  | Salisbury Post<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 88,056 [1]<br>visitors/month |
|  | KLST/KSAN [San Angelo, TX]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 84,441 [1]<br>visitors/month |
|  | KSNB-TV [Hastings, NE]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 83,889 [1]<br>visitors/month |
|  | Natchez Democrat<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 78,249 [1]<br>visitors/month |
|  | Quizame<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | General | 73,283 [1]<br>visitors/month |
|  | KTAL-TV NBC-6 [Shreveport, LA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 73,084 [1]<br>visitors/month |
|  | Port Arthur News<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 72,468 [1]<br>visitors/month |

| | | | | |
|---|---|---|---|---|
| KCAU-TV ABC-9 Siouxland Proud [Sioux City, IA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 71,159 [1]<br>visitors/month |
| KBJR-TV NBC-6 [Duluth, MN]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 71,018 [1]<br>visitors/month |
| WDKY-TV FOX-56 [Lexington, KY]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 67,201 [1]<br>visitors/month |
| The Costa Rica News - TCRN<br>Online 🖥 View Release | Costa Rica | Online News Sites & Other Influencers | Media & Information | 63,841 [1]<br>visitors/month |
| WJZY-TV FOX-46 [Charlotte, NC]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 62,566 [1]<br>visitors/month |
| WAGM-TV [Presque Isle, ME]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 60,756 [1]<br>visitors/month |
| KWKT-TV FOX-44 / KYLE-TV MyNetworkTV [Woodway, TX]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 58,651 [1]<br>visitors/month |
| The Vicksburg Post<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 56,686 [1]<br>visitors/month |
| American Press<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 56,552 [1]<br>visitors/month |
| WPHL [Philadelphia, PA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 55,646 [1]<br>visitors/month |
| WDHN-TV ABC [Webb, AL]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 54,235 [1]<br>visitors/month |
| Shelby County Reporter<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 53,851 [1]<br>visitors/month |
| The Coastland Times<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 49,645 [1]<br>visitors/month |
| KREX/KFQX/KGJT [Grand Junction, CO]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 48,691 [1]<br>visitors/month |
| Magnolia State Live<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 46,350 [1]<br>visitors/month |

| | | | | | |
|---|---|---|---|---|---|
| | KEVN-TV [Rapid City, SD]<br>Online 🖵 View Release | United States | Broadcast Media | Media & Information | 44,880 [1]<br>visitors/month |
| WKBN 27 FIRST NEWS | WYTV-TV ABC-33 [Youngstown, OH]<br>Online 🖵 View Release | United States | Broadcast Media | Media & Information | 44,352 [1]<br>visitors/month |
| Outlook | Alexander City Outlook<br>Online 🖵 View Release | United States | Newspaper | Media & Information | 44,196 [1]<br>visitors/month |
| NBC 2 NEBRASKA | KNOP-TV [North Platte, NE]<br>Online 🖵 View Release | United States | Broadcast Media | Media & Information | 42,841 [1]<br>visitors/month |
| YOUR BigSky.com | KHMT/KSVI [Billings, MT]<br>Online 🖵 View Release | United States | Broadcast Media | Media & Information | 42,365 [1]<br>visitors/month |
| Herald | Austin Daily Herald<br>Online 🖵 View Release | United States | Newspaper | Media & Information | 41,512 [1]<br>visitors/month |
| L'OBSERVATEUR | L'Observateur<br>Online 🖵 View Release | United States | Newspaper | Media & Information | 40,846 [1]<br>visitors/month |
| UP | WJMN-TV CBS 3 [Escanaba, WI]<br>Online 🖵 View Release | United States | Broadcast Media | Media & Information | 40,221 [1]<br>visitors/month |
| State Journal | The State Journal<br>Online 🖵 View Release | United States | Newspaper | Media & Information | 38,812 [1]<br>visitors/month |
| Picayune Item | Picayune Item<br>Online 🖵 View Release | United States | Newspaper | Media & Information | 38,578 [1]<br>visitors/month |
| CenLA Now | WNTZ [Alexandria, LA]<br>Online 🖵 View Release | United States | Broadcast Media | Media & Information | 38,528 [1]<br>visitors/month |
| Daily News | LaGrange Daily News<br>Online 🖵 View Release | United States | Newspaper | Media & Information | 38,463 [1]<br>visitors/month |
| Suffolk News-Herald | The Suffolk News-Herald<br>Online 🖵 View Release | United States | Newspaper | Media & Information | 38,312 [1]<br>visitors/month |
| The Farmville Herald | The Farmville Herald<br>Online 🖵 View Release | United States | Newspaper | Media & Information | 36,993 [1]<br>visitors/month |
| Albert Lea Tribune | Albert Lea Tribune [Albert Lea, MN]<br>Online 🖵 View Release | United States | Newspaper | Media & Information | 36,904 [1]<br>visitors/month |

| | | | | | |
|---|---|---|---|---|---|
| Spoke | Spoke<br>Online 🖥 View Release | United States | News & Information Service | Business Services | 36,503 [1]<br>visitors/month |
| BINGHAMTON homepage | WBGH/WIVT [Binghamton, NY]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 36,089 [1]<br>visitors/month |
| One News Page | One News Page Global Edition<br>Online 🖥 View Release | Global | Online News Sites & Other Influencers | Media & Information | 35,197 [1]<br>visitors/month |
| One News Page | One News Page Global Edition<br>Online 🖥 View Release | Global | Online News Sites & Other Influencers | Media & Information | 35,197 [1]<br>visitors/month |
| DAILY LEADER | Daily Leader<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 34,450 [1]<br>visitors/month |
| Elizabethton Star | Elizabethton Star<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 32,887 [1]<br>visitors/month |
| troymessenger.com | The Troy Messenger<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 31,135 [1]<br>visitors/month |
| BOREAL | Boreal Community Media<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 30,730 [1]<br>visitors/month |
| THE OXFORD EAGLE | The Oxford Eagle<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 30,642 [1]<br>visitors/month |
| INFORMNNY | WWTI-TV ABC-50 [Watertown, NY]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 30,492 [1]<br>visitors/month |
| 11·13 WEBCENTER FAIRBANKS | KTVF/KXDF-TV [Fairbanks, AK]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 30,346 [1]<br>visitors/month |
| The Winchester Sun | Winchester Sun<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 29,248 [1]<br>visitors/month |
| Star-News | The Andalusia Star-News<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 28,892 [1]<br>visitors/month |
| DAILY NEWS | Washington Daily News<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 27,143 [1]<br>visitors/month |
| LeaderPublications | Leader Publications<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 26,449 [1]<br>visitors/month |

| | | | | | |
|---|---|---|---|---|---|
| | CNYhomepage<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 26,316 [1]<br>visitors/month |
| | Ironton Tribune<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 23,901 [1]<br>visitors/month |
| | Mega TV<br>Online 🖥 View Release | United States | Broadcast Media | Multicultural & Demographic | 22,950 [1]<br>visitors/month |
| | Valley Times-News<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 22,286 [1]<br>visitors/month |
| | The Tryon Daily Bulletin<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 20,959 [1]<br>visitors/month |
| | BocaLista<br>Online 🖥 View Release | Puerto Rico | Online News Sites & Other Influencers | Multicultural & Demographic | 19,877 [1]<br>visitors/month |
| | The Wetumpka Herald<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 19,552 [1]<br>visitors/month |
| | The Stanly News & Press<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 17,879 [1]<br>visitors/month |
| | The Costa Rica News - TCRN<br>Online 🖥 View Release | Costa Rica | Online News Sites & Other Influencers | Media & Information | 17,395 [1]<br>visitors/month |
| | Smithfield Times<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 17,091 [1]<br>visitors/month |
| | The Advocate-Messenger<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 16,706 [1]<br>visitors/month |
| | EDGE Boston [Boston, MA]<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Multicultural & Demographic | 16,677 [1]<br>visitors/month |
| | KYOU-TV [Ottumwa, IA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 16,530 [1]<br>visitors/month |
| | EDGE Providence [Providence, RI]<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Multicultural & Demographic | 16,063 [1]<br>visitors/month |
| | The Selma Times-Journal<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 13,918 [1]<br>visitors/month |

| | | | | | |
|---|---|---|---|---|---|
| CreditRiskMonitor | United States | Financial Data, Research & Analytics | Financial | 13,427 [1] visitors/month |
| Online 🖥 View Release | | | | |
| The Greenville Advocate | United States | Newspaper | Media & Information | 11,926 [1] visitors/month |
| Online 🖥 View Release | | | | |
| The Bogalusa Daily News | United States | Newspaper | Media & Information | 11,650 [1] visitors/month |
| Online 🖥 View Release | | | | |
| Orange Leader | United States | Newspaper | Media & Information | 11,393 [1] visitors/month |
| Online 🖥 View Release | | | | |
| La Mega 106.9 FM | Puerto Rico | Broadcast Media | Multicultural & Demographic | 11,307 [1] visitors/month |
| Online 🖥 View Release | | | | |
| NewsBlaze US | United States | Online News Sites & Other Influencers | Media & Information | 10,768 [1] visitors/month |
| Online 🖥 View Release | | | | |
| The Clanton Advertiser | United States | Newspaper | Media & Information | 10,652 [1] visitors/month |
| Online 🖥 View Release | | | | |
| The Brewton Standard | United States | Newspaper | Media & Information | 10,422 [1] visitors/month |
| Online 🖥 View Release | | | | |
| The Roanoke Chowan News Herald | United States | Newspaper | Media & Information | 10,015 [1] visitors/month |
| Online 🖥 View Release | | | | |
| Portada-Online.com | United States | News & Information Service | Multicultural & Demographic | 9,382 [1] visitors/month |
| Online 🖥 View Release | | | | |
| La Nueva 94 FM | Puerto Rico | Broadcast Media | Multicultural & Demographic | 9,019 [1] visitors/month |
| Online 🖥 View Release | | | | |
| The Tidewater News | United States | Newspaper | Media & Information | 8,823 [1] visitors/month |
| Online 🖥 View Release | | | | |
| KNEP-TV NBC-4 [Scottsbluff, NE] | United States | Broadcast Media | Media & Information | 8,278 [1] visitors/month |
| Online 🖥 View Release | | | | |
| Univision Canada | Canada | Broadcast Media | Multicultural & Demographic | 8,181 [1] visitors/month |
| Online 🖥 View Release | | | | |
| Davie County Enterprise Record | United States | Newspaper | Media & Information | 8,105 [1] visitors/month |
| Online 🖥 View Release | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | Claiborne Progress<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 8,020 [1]<br>visitors/month |
| | EDGE Las Vegas [Las Vegas, NV]<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Multicultural & Demographic | 7,533 [1]<br>visitors/month |
| | The Post-Searchlight<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 7,142 [1]<br>visitors/month |
| | Americus Times-Recorder<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 6,398 [1]<br>visitors/month |
| | The Atmore Advance<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 6,182 [1]<br>visitors/month |
| | The Panolian<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 6,133 [1]<br>visitors/month |
| | EDGE Dallas [Dallas, TX]<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Multicultural & Demographic | 6,070 [1]<br>visitors/month |
| | WLAX-TV FOX 28/45 [La Crosse, WI]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 6,033 [1]<br>visitors/month |
| | EDGE Miami [Miami, FL]<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Multicultural & Demographic | 5,845 [1]<br>visitors/month |
| | Middlesboro News<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 5,716 [1]<br>visitors/month |
| | Luverne Journal<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 5,621 [1]<br>visitors/month |
| | EDGE Los Angeles [Los Angeles, CA]<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Multicultural & Demographic | 5,357 [1]<br>visitors/month |
| | La Raza 97.9 FM<br>Online 🖥 View Release | United States | Broadcast Media | Multicultural & Demographic | 5,353 [1]<br>visitors/month |
| | El Zol 106.7 FM<br>Online 🖥 View Release | United States | Broadcast Media | Multicultural & Demographic | 5,227 [1]<br>visitors/month |
| | Lowndes Signal<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 4,781 [1]<br>visitors/month |

| | | | | | |
|---|---|---|---|---|---|
|  | La Mega 97.9 FM<br>Online 🖥 View Release | United States | Broadcast Media | Multicultural & Demographic | 4,739 [1]<br>visitors/month |
|  | The Interior Journal<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 4,667 [1]<br>visitors/month |
|  | EDGE Philadelphia [Philadelphia, PA]<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Multicultural & Demographic | 4,501 [1]<br>visitors/month |
|  | WMC-TV Action News 5 [Memphis, TN]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 4,152 [1]<br>visitors/month |
|  | Kenbridge Victoria Dispatch<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 3,972 [1]<br>visitors/month |
|  | Amor 93.1 FM<br>Online 🖥 View Release | United States | Broadcast Media | Multicultural & Demographic | 3,861 [1]<br>visitors/month |
|  | La Zeta 93.7 FM<br>Online 🖥 View Release | Puerto Rico | Broadcast Media | Multicultural & Demographic | 3,745 [1]<br>visitors/month |
|  | Cordele Dispatch<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 3,721 [1]<br>visitors/month |
|  | Time Bulletin USA<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | General | 3,467 [1]<br>visitors/month |
|  | Prentiss Headlight<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 2,879 [1]<br>visitors/month |
|  | Mercadotecnia y Medios<br>Online 🖥 View Release | United States | News & Information Service | Multicultural & Demographic | 2,812 [1]<br>visitors/month |
|  | Alabama Now<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 2,778 [1]<br>visitors/month |
|  | Washington City Paper [Washington, DC]<br>Online 🖥 View Release | United States | Newspaper | General | 2,765 [1]<br>visitors/month |
|  | The Demopolis Times<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 2,614 [1]<br>visitors/month |
|  | Latin Business Today<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Multicultural & Demographic | 2,520 [1]<br>visitors/month |

| | | | | | |
|---|---|---|---|---|---|
|  | Latin Business Today<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Multicultural & Demographic | 2,520 [1]<br>visitors/month |
|  | Latin Business Hoy<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Multicultural & Demographic | 2,520 [1]<br>visitors/month |
|  | ChicaNOL<br>Online 🖥 View Release | United States | Blog | Multicultural & Demographic | 2,477 [1]<br>visitors/month |
|  | EDGE Charlotte [Charlotte, NC]<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Multicultural & Demographic | 2,465 [1]<br>visitors/month |
|  | The Tallassee Tribune<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 2,062 [1]<br>visitors/month |
|  | Zeta 92.3 FM<br>Online 🖥 View Release | United States | Broadcast Media | Multicultural & Demographic | 1,891 [1]<br>visitors/month |
|  | Jessamine Journal<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 1,890 [1]<br>visitors/month |
|  | El Perico<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Multicultural & Demographic | 1,784 [1]<br>visitors/month |
|  | El Perico<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Multicultural & Demographic | 1,784 [1]<br>visitors/month |
|  | La Raza 93.3 FM<br>Online 🖥 View Release | United States | Broadcast Media | Multicultural & Demographic | 1,714 [1]<br>visitors/month |
|  | La Ley 107.9 FM<br>Online 🖥 View Release | United States | Broadcast Media | Multicultural & Demographic | 1,680 [1]<br>visitors/month |
|  | The Clemmons Courier<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 1,666 [1]<br>visitors/month |
|  | Ismael Cala<br>Online 🖥 View Release | United States | Blog | Multicultural & Demographic | 1,553 [1]<br>visitors/month |
|  | EDGE Buffalo [Buffalo, NY]<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Multicultural & Demographic | 1,488 [1]<br>visitors/month |
|  | Play 96.5 FM<br>Online 🖥 View Release | Puerto Rico | Broadcast Media | Multicultural & Demographic | 1,443 [1]<br>visitors/month |

| | | | | | |
|---|---|---|---|---|---|
| | Leesville Leader<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 1,428 [1]<br>visitors/month |
| | Mega 96.3 FM<br>Online 🖥 View Release | United States | Broadcast Media | Multicultural & Demographic | 1,378 [1]<br>visitors/month |
| | Hoy en Delaware<br>Online 🖥 View Release | United States | Newspaper | Multicultural & Demographic | 1,338 [1]<br>visitors/month |
| | Windsor Weekly<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 1,175 [1]<br>visitors/month |
| | Southwest Daily News<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 792 [1]<br>visitors/month |
| | My Silly Little Gang<br>Online 🖥 View Release | United States | Blog-Parental Influencers | Retail & Consumer | 751 [1]<br>visitors/month |
| | La Prensa Hispana<br>Online 🖥 View Release | United States | Newspaper | Multicultural & Demographic | 737 [1]<br>visitors/month |
| | El Colombiano<br>Online 🖥 View Release | United States | Newspaper | Multicultural & Demographic | 690 [1]<br>visitors/month |
| | Bluegrass Live<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 686 [1]<br>visitors/month |
| | La Familia de Broward<br>Online 🖥 View Release | United States | Magazine | Multicultural & Demographic | 672 [1]<br>visitors/month |
| | Mahalsa US<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | General | 646 [1]<br>visitors/month |
| | Mi Ciudad Tampa Bay<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Multicultural & Demographic | 401 [1]<br>visitors/month |
| | Cheap Fun Things To Do<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Travel & Leisure | 388 [1]<br>visitors/month |
| | Society Magazine<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | General | 381 [1]<br>visitors/month |
| | Business Class News<br>Online 🖥 View Release | United States | Blog | Media & Information | 376 [1]<br>visitors/month |

| | | | | | |
|---|---|---|---|---|---|
|  | EDGE Fire Island [Fire Island, NY]<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Multicultural & Demographic | 366 [1]<br>visitors/month |
|  | EDGE New York [New York, NY]<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Multicultural & Demographic | 336 [1]<br>visitors/month |
|  | EDGE Nashville [Nashville, TN]<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Multicultural & Demographic | 328 [1]<br>visitors/month |
|  | Ismael Cala Foundation<br>Online 🖥 View Release | United States | Blog | Multicultural & Demographic | 312 [1]<br>visitors/month |
|  | EDGE Columbus [Columbus, OH]<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Multicultural & Demographic | 311 [1]<br>visitors/month |
|  | EDGE Austin [Austin, TX]<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Multicultural & Demographic | 299 [1]<br>visitors/month |
|  | Energía, Industria, Comercio y Minería<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Multicultural & Demographic | 282 [1]<br>visitors/month |
|  | WZZS-FM 106.9 La Número Uno / WTMY-AM 1280 La Número Uno<br>Online 🖥 View Release | United States | Broadcast Media | Multicultural & Demographic | 280 [1]<br>visitors/month |
|  | Prensa Mexicana<br>Online 🖥 View Release | United States | Newspaper | Multicultural & Demographic | 278 [1]<br>visitors/month |
|  | Show Continental<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Multicultural & Demographic | 277 [1]<br>visitors/month |
|  | EDGE Atlantic City [Atlantic City, NJ]<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Multicultural & Demographic | 254 [1]<br>visitors/month |
|  | EDGE Atlanta [Atlanta, GA]<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Multicultural & Demographic | 254 [1]<br>visitors/month |
|  | Hola Arkansas!<br>Online 🖥 View Release | United States | Newspaper | Multicultural & Demographic | 253 [1]<br>visitors/month |
|  | ChineseWire<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Media & Information | 241 [1]<br>visitors/month |
|  | Cuba Journal<br>Online 🖥 View Release | Cuba | Online News Sites & Other Influencers | Multicultural & Demographic | 237 [1]<br>visitors/month |

| | EDGE Minneapolis-St. Paul [Minneapolis-St. Paul, MN]<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Multicultural & Demographic | 217 [1]<br>visitors/month |
|---|---|---|---|---|---|
| | EDGE Palm Springs [Palm Springs, CA]<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Multicultural & Demographic | 209 [1]<br>visitors/month |
| | Manhattanweek<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Media & Information | 209 [1]<br>visitors/month |
| | EDGE Chicago [Chicago, IL]<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Multicultural & Demographic | 206 [1]<br>visitors/month |
| | Conexion Florida<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Multicultural & Demographic | 202 [1]<br>visitors/month |
| | US Times Mirror<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | General | 184 [1]<br>visitors/month |
| | The Charlotte Gazette<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 172 [1]<br>visitors/month |
| | EDGE San Diego [San Diego, CA]<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Multicultural & Demographic | 172 [1]<br>visitors/month |
| | EDGE Denver [Denver, CO]<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Multicultural & Demographic | 170 [1]<br>visitors/month |
| | EDGE Washington [Washington, DC]<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Multicultural & Demographic | 168 [1]<br>visitors/month |
| | Transporte, Logística & Comercio Internacional<br>Online 🖥 View Release | United States | Newspaper | Multicultural & Demographic | 167 [1]<br>visitors/month |
| | USA Times<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | General | 166 [1]<br>visitors/month |
| | EDGE Key West [Key West, FL]<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Multicultural & Demographic | 162 [1]<br>visitors/month |
| | Folsom Local News [Folsom, CA]<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Media & Information | 153 [1]<br>visitors/month |
| | EDGE Baltimore [Baltimore, MD]<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Multicultural & Demographic | 146 [1]<br>visitors/month |

| | | | | | |
|---|---|---|---|---|---|
|  | EDGE Houston [Houston, TX]<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Multicultural & Demographic | 145 [1]<br>visitors/month |
|  | areaLosAngele<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Multicultural & Demographic | 144 [1]<br>visitors/month |
|  | EDGE New Orleans [New Orleans, LA]<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Multicultural & Demographic | 142 [1]<br>visitors/month |
|  | EDGE Ft. Lauderdale [Ft. Lauderdale, FL]<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Multicultural & Demographic | 142 [1]<br>visitors/month |
|  | EDGE San Francisco [San Francisco, CA]<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Multicultural & Demographic | 141 [1]<br>visitors/month |
|  | EDGE Pittsburgh [Pittsburgh, PA]<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Multicultural & Demographic | 141 [1]<br>visitors/month |
|  | Sangri Times<br>Online 🖥 View Release | India | Online News Sites & Other Influencers | General | 139 [1]<br>visitors/month |
|  | EDGE Phoenix [Phoenix, AZ]<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Multicultural & Demographic | 138 [1]<br>visitors/month |
|  | Conexión Hispana<br>Online 🖥 View Release | United States | Broadcast Media | Multicultural & Demographic | 136 [1]<br>visitors/month |
|  | EDGE Orlando [Orlando, FL]<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Multicultural & Demographic | 134 [1]<br>visitors/month |
|  | EDGE Portland [Portland, OR]<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Multicultural & Demographic | 130 [1]<br>visitors/month |
|  | EDGE Detroit [Detroit, MI]<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Multicultural & Demographic | 100 [1]<br>visitors/month |
|  | Network Today<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Policy & Public Interest | 98 [1]<br>visitors/month |
|  | EDGE Seattle [Seattle, WA]<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Multicultural & Demographic | 72 [1]<br>visitors/month |
|  | EDGE Cleveland [Cleveland, OH]<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Multicultural & Demographic | 11 [1]<br>visitors/month |

| | | | | | |
|---|---|---|---|---|---|
| Kasi Broadcasting<br>Online 🖥 View Release | South Africa | News & Information Service | Business Services | Not Available |
| Coastal Today Magazine<br>Online 🖥 View Release | United States | Magazine | Travel & Leisure | Not Available |
| Buenos Dias Nebraska<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Multicultural & Demographic | Not Available |
| SuperLatina TV<br>Online 🖥 View Release | United States | Blog | Multicultural & Demographic | Not Available |
| Gates County Index<br>Online 🖥 View Release | United States | Newspaper | Media & Information | Not Available |
| West Valley City Journal<br>Online 🖥 View Release | United States | Newspaper | Media & Information | Not Available |
| WNC Business<br>Online 🖥 View Release | United States | Newspaper | Media & Information | Not Available |
| West Jordan Journal<br>Online 🖥 View Release | United States | Newspaper | Media & Information | Not Available |
| Walnut Creek Magazine<br>Online 🖥 View Release | United States | Newspaper | Media & Information | Not Available |
| City Journals<br>Online 🖥 View Release | United States | Newspaper | Media & Information | Not Available |
| Times of San Diego<br>Online 🖥 View Release | United States | Newspaper | Media & Information | Not Available |
| MB News<br>Online 🖥 View Release | United States | Newspaper | Media & Information | Not Available |
| Taylorsville Journal<br>Online 🖥 View Release | United States | Newspaper | Media & Information | Not Available |
| Style Magazine<br>Online 🖥 View Release | United States | Newspaper | Media & Information | Not Available |

| | | | | | |
|---|---|---|---|---|---|
|  | South Jordan Journal<br>Online 🖵 View Release | United States | Newspaper | Media & Information | Not Available |
|  | Sandy Journal<br>Online 🖵 View Release | United States | Newspaper | Media & Information | Not Available |
|  | South Valley Journal<br>Online 🖵 View Release | United States | Newspaper | Media & Information | Not Available |
|  | Omaha Magazine<br>Online 🖵 View Release | United States | Newspaper | Media & Information | Not Available |
|  | Norwood Town News<br>Online 🖵 View Release | United States | Newspaper | Media & Information | Not Available |
|  | Norfolk & Wrentham News<br>Online 🖵 View Release | United States | Newspaper | Media & Information | Not Available |
|  | Natick Town News<br>Online 🖵 View Release | United States | Newspaper | Media & Information | Not Available |
|  | Sugar House Journal<br>Online 🖵 View Release | United States | Newspaper | Media & Information | Not Available |
|  | Murray Journal<br>Online 🖵 View Release | United States | Newspaper | Media & Information | Not Available |
|  | Medway & Millis News<br>Online 🖵 View Release | United States | Newspaper | Media & Information | Not Available |
|  | Millcreek Journal<br>Online 🖵 View Release | United States | Newspaper | Media & Information | Not Available |
|  | Midvale Journal<br>Online 🖵 View Release | United States | Newspaper | Media & Information | Not Available |
|  | Hopedale Town News<br>Online 🖵 View Release | United States | Newspaper | Media & Information | Not Available |
|  | Holliston Town News<br>Online 🖵 View Release | United States | Newspaper | Media & Information | Not Available |

| | Holladay Journal<br>Online 🖥 View Release | United States | Newspaper | Media & Information | Not Available |
|---|---|---|---|---|---|
| | Herriman Journal<br>Online 🖥 View Release | United States | Newspaper | Media & Information | Not Available |
| | Hattiesburg.com<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Media & Information | Not Available |
| | Greenville Business Magazine<br>Online 🖥 View Release | United States | Newspaper | Media & Information | Not Available |
| | Franklin Town News<br>Online 🖥 View Release | United States | Newspaper | Media & Information | Not Available |
| | Draper Journal<br>Online 🖥 View Release | United States | Newspaper | Media & Information | Not Available |
| | Davis Journal<br>Online 🖥 View Release | United States | Newspaper | Media & Information | Not Available |
| | Cottonwood Heights Journal<br>Online 🖥 View Release | United States | Newspaper | Media & Information | Not Available |
| | Columbia Business Monthly<br>Online 🖥 View Release | United States | Newspaper | Media & Information | Not Available |
| | Chester County Press<br>Online 🖥 View Release | United States | Newspaper | Media & Information | Not Available |
| | Bradfordville Bugle<br>Online 🖥 View Release | United States | Newspaper | Media & Information | Not Available |
| | Ashland Town News<br>Online 🖥 View Release | United States | Newspaper | Media & Information | Not Available |
| | Legal Magazine<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Legal | Not Available |
| | Jornal Web Digital<br>Online 🖥 View Release | Brazil | Online News Sites & Other Influencers | General | Not Available |
| | Industry News<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | General | Not Available |

| | | | | | |
|---|---|---|---|---|---|
| PANORAMA GLOBAL con Geovanny Vicente Romero | Geovanny Vicente Romero<br>Online 🖥 View Release | United States | Blog | Multicultural & Demographic | Not Available |
| PANORAMA GLOBAL con Geovanny Vicente Romero | Geovanny Vicente Romero<br>Online 🖥 View Release | United States | Blog | Multicultural & Demographic | Not Available |
| AMERICAN TALK | American Talk<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | General | Not Available |
| Nancy Clara | Nancy Clara<br>Online 🖥 View Release | United States | Blog | Multicultural & Demographic | Not Available |
| MUJERES | Revista MUJERES Internacional<br>Online 🖥 View Release | United States | Magazine | Multicultural & Demographic | Not Available |
| LA ZETA | WZSP-FM 105.3 La Zeta [Nocatee, FL]<br>Online 🖥 View Release | United States | Broadcast Media | Multicultural & Demographic | Not Available |

*Data sources: ◆ similarweb   [2] Alexa, [3] siteworthtraffic.com [4] Cision Digital
[1]                                                Reach

*The data cited here by SimilarWeb represents site traffic data of worldwide unique visitors on desktop and mobile devices. Data is updated monthly.

# SocialPost

View activity relating to your SocialPost distribution.

🐦 Posted at 2 hour intervals.

A $33 million class action Settlement has been reached with Mitsubishi Electric Corp. involving Cathode Ray Tubes (… https://t.co/5DiD4tyZms

@PRNlegal
293
followers

# Social Activity

| 293 | 0 | 293 | 0 | 293 |
|---|---|---|---|---|
| Impressions | Retweets | SocialPost Audience | Clicks from Twitter | Average Potential Audience |

# Traffic

## Overview

RELEASE VIEWS & HITS    6.1K          MULTIMEDIA                    0

| | |
|---|---|
| Release Views | **5.6K** |
| Media Views | **116** |
| Public Views | **5.5K** |
| Partner Sites | **406** |
| PR Newswire Properties | **5.1K** |
| Release Web Crawler Hits | **479** |

# Release Views

## Release Views Over Time

10000

1,228



## Media Views on PR Newswire for Journalists

### Top 10 Outlets



## Views on Partner Sites

## Top 10 Sites



## Traffic to PR Newswire Properties

### Type of Views



 Desktop Views
Mobile/Tablet Views

### Views

| Type | Views |
|---|---|
| Desktop Views | 2,965 |
| Mobile/Tablet Views | 2,113 |
| **Total Views on PR Newswire Properties** | **5,078** |

## External Traffic Sources

Understand how viewers found your release.

| Source Type | Source | Instances |
|---|---|---|
| Direct | | 2,009 |
| Direct | Direct | 2,009 |
| ⌄ Search Engine (6) | | 2,498 |
| **Total** | | **4,769** |

| Source Type | Source | Instances |
|---|---|---|
| Search Engine | Google | 2,255 |
| Search Engine | DuckDuckGo | 130 |
| Search Engine | Bing | 67 |
| Search Engine | Yahoo! | 36 |
| Search Engine | Start Page | 6 |
| Search Engine | AOL | 4 |
| ⌄ Social Media (2) | | 12 |
| Social Media | Facebook | 6 |
| Social Media | Twitter | 6 |
| ⌄ PR Newswire Properties (1) | | 216 |
| PR Newswire Properties | prnewswire.com | 216 |
| ⌄ Other Sites (10) | | 34 |
| Other Sites | search.brave.com | 12 |
| Other Sites | prn.to | 7 |
| Other Sites | t.me | 4 |
| Other Sites | preppernet.net | 4 |
| Other Sites | dnserrorassist.att.net | 2 |
| Other Sites | web.telegram.org | 1 |
| Other Sites | trendradars.com | 1 |
| Other Sites | fox4kc.com | 1 |
| Other Sites | portal.prnewswire.com | 1 |
| Other Sites | links.streem.com.au | 1 |
| **Total** | | **4,769** |



- Direct
- Search Engine
- Social Media
- PR Newswire Properties
- Other Sites

# Audience

## Overview

| VIEWS FROM IDENTIFIED AUDIENCES | | AP & INFLUENCER LIST RECIPIENTS | |
|---|---|---|---|
| | **316** | | **2.8K** |

| Media Views | 116 |
|---|---|
| Organization Views | 200 |

| Wire Distribution / AP Outlets | 949 |
|---|---|
| Targeted Influencers | 1.8K |

## Audience Summary

### Media Demographics
A break down of the industries covered, the media types and the locations of the journalists & bloggers accessing your releases on PR Newswire for Journalists.

### Top Industries



### Top Media Types



### Top Locations



## Geo-segmentation

See where views of your release originated. Hover over map to see totals by location.

Select a region:

World View









| | | > 0 |
| | | 1 - 10 |
| | | 10 - 30 |
| | | 30 - 100 |
| | | 100 - 300 |
| | | 300 - 1 000 |
| | | > 1 000 |

## Audience Details

### Media Views
See the details of each media outlet from PR Newswire for Journalists that viewed your release.

| Outlet | Industry | Source Type | Location | Views ⌄ |
|--------|----------|-------------|----------|---------|
| New York 1 News | Other | Television | United States | 3 |
| **Total** | | | | **116** |

| | | | | |
|---|---|---|---|---|
| News Aktuell | Other | Wire Service | Switzerland | 3 |
| Next Dimension Story | Other | Other | United Kingdom | 3 |
| NBC | Broadcast, Consumer Products, Entertainment, Environment, Features, Financial Services, General Business, Healthcare, Media, Other, Technology, Travel | Blogger, Freelance/Writer, Newspaper, Radio, Television, Web/On-Line Service | United States | 3 |
| Nawae Pakistan | Public Issues | Web/On-Line Service | Pakistan | 3 |
| Accion Labs | Auto, Entertainment, Environment, Features | Newspaper, Radio | India | 3 |
| MT Newswires | Auto, Broadcast, Consumer Products, Energy, Entertainment, Environment, Features, Financial Services, General Business, Healthcare, Heavy Industry, Media, Other, Public Issues, Sports, Technology, Transportation, Travel | Wire Service | Philippines | 3 |
| Okinawa Marine | Broadcast, Environment, Features, Financial Services, Media, Public Issues, Technology, Transportation, Travel | Freelance/Writer, Newspaper, Web/On-Line Service, Wire Service | Japan | 3 |
| PR | Technology | Other | Malaysia | 3 |
| The huntington news | Public Issues | Newspaper | United States | 3 |
| Times of News 24x7 | Healthcare | Blogger, Other, Web/On-Line Service | India | 3 |
| Target Aid | Other | Other | Sweden | 3 |
| STEWAWEL News & Information | Auto, Broadcast, Consumer Products, Energy, Entertainment, Environment, Features, Financial Services, General Business, Healthcare, Heavy Industry, Media, Other, Public Issues, Sports, Technology, Transportation, Travel | Radio, Television, Web/On-Line Service, Wire Service | United States | 3 |
| Randall-Reilly Publishing Co. | Transportation | Trade Periodicals | United States | 3 |
| Soap Opera Network / ErrolLewis.com | Broadcast, Entertainment, Features, Media, Technology, Travel | Blogger, Freelance/Writer, Other, Television | United States | 3 |
| Houston Chronicle | Features | Newspaper | United States | 3 |
| Legal Support World | Other | Blogger, Freelance/Writer | United States | 3 |
| Cision (PR Newswire) | Auto, Broadcast, Consumer Products, Energy, Entertainment, Environment, Features, Financial Services, General Business, Healthcare, Heavy Industry, Media, Other, Public Issues, Sports, Technology, Transportation, Travel | Blogger, Consumer Periodicals, Freelance/Writer, Newspaper, Other, Radio, Television, Trade Periodicals, Web/On-Line Service, Wire Service | United States | 3 |
| Daily News | Other | Other | South Africa | 3 |
| Economic Review | Auto, Energy, Features, Financial Services, Media, Public Issues, Sports | Freelance/Writer, Newspaper, Trade Periodicals | Pakistan | 3 |
| cision | Auto | Blogger | United States | 3 |
| **Total** | | | | **116** |

| | | | | |
|---|---|---|---|---|
| Cision | Academe, Auto, Broadcast, Consumer Products, Energy, Entertainment, Environment, Features, Financial Services, General Business, Healthcare, Heavy Industry, Media, Multicultural, Other, Public Issues, Sports, Technology, Transportation, Travel | Blogger, Newspaper, Television | India | 3 |
| AtmosEsp | Entertainment, Media | Other | United States | 3 |
| CHANTELLEW | Financial Services, General Business, Public Issues | Blogger | Monaco | 3 |
| Eli Rogers Media | Entertainment, Sports, Technology | Blogger, Freelance/Writer | United States | 3 |
| Delion | Environment, Financial Services, General Business, Other, Technology | Blogger, Newspaper | Canada | 3 |
| heart & soul | Entertainment, Healthcare, Travel | Consumer Periodicals, Radio, Web/On-Line Service | United States | 3 |
| Freelancer | Entertainment, Features, Healthcare | Freelance/Writer, Newspaper | United States | 3 |
| Gaceta UNAM | Environment, Features, Healthcare, Media, Public Issues, Sports, Travel | Newspaper, Web/On-Line Service | Mexico | 3 |
| Kingsport Times-New | Other | Newspaper | United States | 2 |
| The Epoch Times | Media, Public Issues, Technology | Newspaper | United States | 2 |
| Industry Dive | Consumer Products | Trade Periodicals | United States | 2 |
| WRHU 88.7 FM | Financial Services | Radio | United States | 2 |
| YouSeeNothing | Entertainment, Environment, Financial Services, Healthcare, Media, Public Issues, Technology | Blogger, Web/On-Line Service | United States | 2 |
| WSAZ | Financial Services | Television | United States | 2 |
| Formula4Media/Sports Insight Extra/Footwear Insight | Consumer Products, General Business, Media, Sports, Technology | Blogger, Freelance/Writer, Other, Trade Periodicals, Web/On-Line Service | United States | 2 |
| KrazzyMag | Auto, Entertainment, Financial Services, Healthcare, Media, Sports, Technology, Travel | Blogger, Other, Web/On-Line Service | India | 2 |
| Record Gazette | Entertainment, General Business, Media, Public Issues | Newspaper | United States | 2 |
| Freelancer | Other | Trade Periodicals | United States | 2 |
| NewsRx | Auto, Broadcast, Consumer Products, Energy, Entertainment, Environment, Features, Financial Services, General Business, Healthcare, Heavy Industry, Media, Other, Public Issues, Sports, Technology, Transportation, Travel | Web/On-Line Service | United States | 2 |
| **Total** | | | | **116** |

| | | | | |
|---|---|---|---|---|
| Sing Tao Daily Toronto Edition 多伦多星岛 | Other | Newspaper | Canada | 2 |
| Feather River Bulletin | Other | Newspaper | United States | 2 |
| hispanic pr blog | Media | Freelance/Writer | United States | 2 |
| Voice of America | Media | Web/On-Line Service | United States | 1 |
| **Total** | | | | **116** |

## Organization Views
See which organizations have viewed your releases

| Organization | Headquarters | Visitor Location | Parent Organization | Industry | Views |
|---|---|---|---|---|---|
| HUAWEI INTERNATIONAL PTE. LTD. | 15A Changi Business Park Central 1 Eightrium # 03-03/04 , Singapore | CHINA | | | 36 |
| Pacific Lutheran University | Computing & Telecommunication Services 121st & Park Avenue , United States | UNITED STATES | Pacific Lutheran University | Education | 8 |
| Packethub S.A. | Office 76, Plaza 2000, 50 Street and Marbella, Bella Vista Panama City , France | UNITED STATES | | | 7 |
| Akamai Technologies, Inc. | 145 Broadway , United States | UNITED STATES | | Software & Internet | 5 |
| Fastly, Inc. | PO Box 78266 94107 , Sweden | UNITED STATES | | | 5 |
| Roanoke Connect | 518 NC 561 W , United States | UNITED STATES | | | 3 |
| Iowa State University | Information Technology Services 291 Durham Center , United States | UNITED STATES | Iowa State University | Education | 3 |
| SpaceX Services, Inc. | 1 Rocket Rd , United States | UNITED STATES | | Manufacturing | 3 |
| Breezeline | Batterymarch Park Suite 200 , United States | UNITED STATES | | | 3 |
| TOTAL RADIO SERVICE, INC. | 14559 AL HWY 69 NONE N , United States | UNITED STATES | Total Radio Service Inc | | 3 |
| SAGE 7 LLC | United States | UNITED STATES | | | 3 |
| WESTERN NEW YORK R-AHEC (OSWEGO HOSPITAL) | 110 W 6TH ST , United States | UNITED STATES | | | 2 |
| City of Sandy | 39250 Pioneer Blvd. , United States | UNITED STATES | City of Sandy | Government | 2 |
| Jerusalem College of Technology | Israel | ISRAEL | | Education | 2 |
| Sappi Fine Paper North America | 179 John Roberts Rd. , United States | UNITED STATES | Sappi Fine Paper North America | Manufacturing | 2 |
| Allergan, Inc. | 18700 Von Karman Ave , United States | UNITED STATES | | | 2 |
| **Total** | | | | | **200** |

| | | | | | |
|---|---|---|---|---|---|
| SpaceX Canada Corp. | P.O. Box 997 , Canada | UNITED STATES | | | 2 |
| Exiger | 1095 Avenue of the Americas 5th floor , United States | UNITED STATES | Exiger LLC | Business Services | 2 |
| montanavision.com | | UNITED STATES | montanavision.com | | 2 |
| Wire 3 LLC | 4 Commercial St 6th floor , United States | UNITED STATES | | | 2 |
| Static IP Services | 111 New South Rd , United States | UNITED STATES | | | 2 |
| Chippewa Valley Technical College | 620 West Clairemont Ave. , United States | UNITED STATES | Chippewa Valley Technical College | Education | 2 |
| Western Alliance Bancorporation | 120 EAST VAN BUREN STREET , | UNITED STATES | | | 2 |
| Lackawanna County Government | 123 Wyoming Avenue , United States | UNITED STATES | | | 2 |
| FROST, BROWN, TODD, LLC | 400 W MARKET ST FL 32 , United States | UNITED STATES | Frost Brown Todd LLC | Law Firms & Legal Services | 2 |
| University of the South | 735 University Avenue Computing and Network Services , United States | UNITED STATES | University of the South | Education | 2 |
| Wisprenn | 13581 JOHN GLENN ROAD , | UNITED STATES | | | 2 |
| Casair | 617 Lake St M-66 Use as many Customer Address lines as needed to specify , United States | UNITED STATES | Casair Inc | Media & Entertainment | 1 |
| Skadden, Arps, Slate, Meagher & Flom | One Manhattan West , United States | UNITED STATES | | | 1 |
| SHIRE US INC | 735 CHESTERBROOK BLVD , United States | UNITED STATES | Shire plc | Healthcare, Pharmaceuticals, & Biotech | 1 |
| Gundersen Lutheran | 3190 Gundersen Dr. , United States | UNITED STATES | | | 1 |
| Queens University of Charlotte | Queens University of Charlotte 1900 Selwyn Avenue , United States | UNITED STATES | McColl School of Business | Education | 1 |
| 4Stechnologies | 1st Floor United Complex , India | UNITED STATES | | | 1 |
| Quicken Loans, LLC | 1050 Woodward Ave , United States | UNITED STATES | | | 1 |
| Wilmer Cutler Pickering Hale & Dorr | 21571 BEAUMEADE CIRCLE , | UNITED STATES | | | 1 |
| The Computer Care Company Inc. | 247 S. Main St. , United States | UNITED STATES | TC3Net | Telecommunications | 1 |
| Reedsburg Utility Commission | PO Box 230 501 Utility Ct , United States | UNITED STATES | Reedsburg Utility Commission | Retail | 1 |
| STERICYCLE, INC. | 28161 N. Keith Drive , United States | UNITED STATES | Stericycle Inc | Energy & Utilities | 1 |
| U.S. Department of Energy | 1000 Independence Avenue, S.W. , United States | UNITED STATES | Department of Energy | Government | 1 |
| SEIData | | UNITED STATES | | | 1 |
| **Total** | | | | | **200** |

| | | | | | |
|---|---|---|---|---|---|
| Summit Accounting Group, Inc. | 464 Midland Rd. , United States | UNITED STATES | SUMMIT ACCOUNTING GROUP, INC | Business Services | 1 |
| MCNC | PO Box 12889 , United States | UNITED STATES | MCNC | Software & Internet | 1 |
| University of Wisconsin Whitewater | 800 W Main Street , United States | UNITED STATES | University of Wisconsin - Whitewater | Education | 1 |
| Epicor Software Corporation | 804 LAS CIMAS PARKWAY SUITE 200 , United States | UNITED STATES | | | 1 |
| Longo Brothers Fruit Market Inc | 5636 Glen Erin Drive , Canada | CANADA | | | 1 |
| New York State | Office For Technology , United States | UNITED STATES | New York State Education Department | Government | 1 |
| Internal Revenue Service | 1111 Constitution Ave. NW , United States | UNITED STATES | Internal Revenue Service | Government | 1 |
| RapidScale, Inc | 510 Glenwood Ave, Suite 201 , United States | UNITED STATES | | | 1 |
| Secura Insurance Companies | 2401 South Memorial Drive , United States | UNITED STATES | SECURA Insurance Companies | Insurance | 1 |
| VELOCITY, A MANAGED SERVICES COMPANY | 7130 Spring Meadows West Drive , United States | UNITED STATES | | | 1 |
| F-Secure Freedome | 1735 Technology Drive, Suite 850 , United States | UNITED STATES | | | 1 |
| Nuvera | 27 North Minnesota Street , United States | UNITED STATES | | | 1 |
| Polarish Co | Flat 503A, 5/F, Kaiser Centre 18 Centre Street , Hong Kong | AUSTRALIA | | | 1 |
| Institutional Protection Services Ltd | United Kingdom | UNITED KINGDOM | | | 1 |
| FRTR - TX | 14 W Twohig , United States | UNITED STATES | | | 1 |
| Virtua Health | 301 Lippincott Dr. , United States | UNITED STATES | Virtua Health Inc | Healthcare, Pharmaceuticals, & Biotech | 1 |
| Wave Rural Connect, LLC | P.O. BOX 77 , United States | UNITED STATES | | | 1 |
| William Beaumont Hospital | 3601 West 13 Mile Road , United States | UNITED STATES | William Beaumont Hospital | Healthcare, Pharmaceuticals, & Biotech | 1 |
| The Pennsylvania State University | 105 USB 2 , United States | UNITED STATES | Penn State Limited | Education | 1 |
| IPXO LLC | 3132 State Street , United States | UNITED STATES | | | 1 |
| MOTIVE CREATIVE LLC | 755 SEWARD NONE , United States | UNITED STATES | | | 1 |
| GREEN MOUNTAIN POWER CORPORATION | 163 ACORN LN , United States | UNITED STATES | Green Mountain Power Corporation | Energy & Utilities | 1 |
| Boise State University | 1910 University Drive OIT , United States | UNITED STATES | Boise State University | Education | 1 |
| HUSTON PATTERSON CORPORATION - SIGMA GRAPHICS INC. | 4001 BAKER RD , United States | UNITED STATES | | | 1 |
| **Total** | | | | | **200** |

| | | | | | |
|---|---|---|---|---|---|
| University of Arkansas | 155 Razorback Road, ADSB 220 , United States | UNITED STATES | University of Arkansas | Education | 1 |
| Anexia | 152 W. 57th Street , United States | UNITED STATES | | | 1 |
| SPECIALISTS IN REPRODUCTIVE | 12611 WORLD PLAZA LN BLDG 53 , United States | UNITED STATES | | | 1 |
| Tzulo-PHX | 3402 E University Dr , United States | UNITED STATES | | | 1 |
| Appalachian Regional Healthcare, Inc. | 2260 Executive Dr , United States | UNITED STATES | | | 1 |
| Inteliquent, inc. | 550 West Adams St. Suite 900 , United States | UNITED STATES | Inteliquent | Business Services | 1 |
| SLATER VECCHIO LLP Co | 777-Dunsmuir Street , Canada | CANADA | | | 1 |
| Blauer Manufacturing Co | 20 Aberdeen Street , United States | UNITED STATES | | | 1 |
| St. Joseph's College | P.O. Box 909 , United States | UNITED STATES | | Education | 1 |
| Minnesota Landowner's Rights Association | Route 2 Box 75 , United States | UNITED STATES | Minnesota Landowner's Rights Association | Non-Profit | 1 |
| COUNTY OF KERN ITS MT VERNON ACCT 16439400 | 1215 TRUXTUN AVE , United States | UNITED STATES | | | 1 |
| Department of Veterans Affairs | 810 Vermont Ave., NW , United States | UNITED STATES | Department of Veterans Affairs | Government | 1 |
| State of Maryland | 45 Calvert Street, Rm 418 , United States | UNITED STATES | State Highway | Government | 1 |
| WinchesterPC.Com | 7718 Main Street , United States | UNITED STATES | | | 1 |
| Auburn Essential Services - Voice Subscribers - POTS | 210 S Cedar St 3rd Floor , United States | UNITED STATES | | | 1 |
| FLINT LAW FIRM LLC | 222 E PARK NONE , United States | UNITED STATES | Flint Law Firm LLC | | 1 |
| Eastbanc 3307 Mst | Hosting Center Address , | UNITED STATES | | | 1 |
| Heap Layer, LLC | 1968 S. Coast Hwy # 777 92651 , United States | UNITED KINGDOM | | | 1 |
| City of Dallas | 1500 Marilla St. , United States | UNITED STATES | Dallas City Hall | Government | 1 |
| APPLECON | 617 E HURON ST , United States | UNITED STATES | ApplEcon LLC | Media & Entertainment | 1 |
| WESTSTAR MULTIMEDIA | 6135 N 7TH ST , United States | UNITED STATES | | | 1 |
| Clarity Connect Inc | 200 Pleasant Grove Road , United States | UNITED STATES | Clarity Connect Inc | Business Services | 1 |
| Rockion LLC | 685 East 380 South , United States | UNITED STATES | | | 1 |
| Belmere | 1008 Algare Loop , United States | UNITED STATES | | | 1 |
| BAILLIE LUMBER CO. | 1024 OWEGO RD , United States | UNITED STATES | | | 1 |
| **Total** | | | | | **200** |

| | | | | | |
|---|---|---|---|---|---|
| Oracle Corporation | 500 Oracle Parkway , United States | UNITED STATES | Oracle Corporation | Software & Internet | 1 |
| BRAZOS ELECTRIC POWER CO-OP, | 7616 BAGBY AVE , United States | UNITED STATES | | | 1 |
| Mount Sinai School of Medicine | One Gustave L. Levy Place Mailstop 1102 , United States | UNITED STATES | National Foundation for Jewish Genetic Diseases , Inc. | Non-Profit | 1 |
| Platinum Connect LLC | 339 1st Ave NE PO Box 200 , United States | | | | 1 |
| Magna5 LLC | 3001 Dallas Pkwy, Suite 610 , United States | UNITED STATES | | | 1 |
| MAINE BUREAU OF TAXATION | OIT NETWORK SERVICES DIVISION STATE HOUSE STATION 145 , United States | UNITED STATES | Maine Department of Education | Government | 1 |
| reselling MMO Cetin ZL1 | Czech Republic | CZECH REPUBLIC | | | 1 |
| Alston & Bird, LLP | 1201 West Peachtree Street , United States | UNITED STATES | Alston & Bird LLP | Law Firms & Legal Services | 1 |
| WAKE FOREST UNIVERSITY BAPTIST MEDICAL CENTER (WFUBMC) | 415 E 3RD ST , United States | UNITED STATES | | | 1 |
| Allina Health System, Inc. | 2925 Chicago Ave , United States | UNITED STATES | Allina Hospitals & Clinics | Healthcare, Pharmaceuticals, & Biotech | 1 |
| Federal Express Corp. | 70 FedEx Parkway , United States | UNITED STATES | | | 1 |
| University of New Mexico | 2701 Campus Blvd., NE , United States | UNITED STATES | University of New Mexico | Education | 1 |
| The Toledo Hospital | 2142 N. Cove Blvd. , United States | UNITED STATES | The Toledo Hospital | Healthcare, Pharmaceuticals, & Biotech | 1 |
| University of Florida | Networking Services PO BOX 112050 , United States | UNITED STATES | University of Florida | Education | 1 |
| State of Arkansas | Department of Computer Services , United States | UNITED STATES | Arkansas , Inc. | Government | 1 |
| UPMC | Information Technology Suite 2024 , United States | UNITED STATES | | | 1 |
| Florida Department of Corrections | 501 South Calhoun Street , United States | UNITED STATES | Florida Department of Corrections | | 1 |
| Applied Measurement Professionals, Inc 1151379 | 18000 W. 105th St. , United States | UNITED STATES | Applied Measurement Professionals , Inc. | Non-Profit | 1 |
| Davis Wright Tremaine LLP | 1201 Third Ave Suite #2200 , United States | UNITED STATES | Davis Wright Tremaine LLP | Law Firms & Legal Services | 1 |
| Avago Technologies U.S. Inc. | 1320 Ridder Park Drive , United States | UNITED STATES | | | 1 |
| Ithaca College | 953 Danby Road , United States | UNITED STATES | Ithaca College | Education | 1 |
| SecureVision | PO Box 839 , United States | UNITED STATES | | | 1 |
| Hope College | Computer & Info Tech 110 E 10th St , United States | UNITED STATES | Hope College | Education | 1 |
| State of Tennessee | Strategic Technology Solutions , United States | UNITED STATES | | Government | 1 |
| **Total** | | | | | **200** |

| | | | | | |
|---|---|---|---|---|---|
| County of Fresno | 1020 South 10th Street , United States | UNITED STATES | | | 1 |
| El Paso County | Information Services Department 27 East Vermijo, Room 402 , United States | UNITED STATES | El Paso County CO | Government | 1 |
| AXOS BANK | 9205 W RUSSELL RD SUIT 400 , United States | UNITED STATES | | | 1 |
| **Total** | | | | | **200** |

# Targeted Audience

The lists below represent categories of targeted audiences you selected for your release.

## Cision Influencer Lists

### Business & Finance (English) (162 organizations, 212 recipients)

| Organization | Number of recipients |
|---|---|
| Freelancer | 14 |
| El Observador | 5 |
| The Associated Press | 4 |
| Dos Mundos | 3 |
| Hispanic Network Magazine | 3 |
| LATINA Style | 3 |
| NBC News Latino | 3 |
| PlanetM | 3 |
| Al día en América | 2 |
| ¡Que Onda! Magazine | 2 |

### Business & Finance (Spanish) (680 organizations, 1,261 recipients)

| Organization | Number of recipients |
|---|---|
| Freelancer | 70 |
| Univisión Network | 41 |
| Univisión 34 Los Ángeles | 21 |
| CNN en Español | 15 |
| Telemundo 52 | 14 |
| Univisión 21 Fresno | 11 |
| WJAN LD Ch. 41 América TeVe | 11 |
| Agencia EFE | 10 |
| KRCA Ch. 62 Estrella TV | 10 |

| Organization | Number of recipients |
|---|---|
| Univisión Arizona | 10 |

## Consumer Electronics (297 organizations, 448 recipients)

| Organization | Number of recipients |
|---|---|
| Engadget | Internet Blog | 17 |
| Digital Trends | Internet Magazine - Online Only | 7 |
| IDC - International Data Corporation | Industry Research Firm | 7 |
| Reviewed | Internet Magazine - Online Only | 7 |
| Wirecutter | Internet Magazine - Online Only | 7 |
| Wired | Magazine | 7 |
| PCMag.com | Internet Magazine - Online Only | 6 |
| Secrets of Home Theater and High Fidelity | Internet Magazine - Online Only | 6 |
| Verge | Internet Magazine - Online Only | 6 |
| CNET - New York Bureau | Internet Magazine - Online Bureau | 5 |

## Associated Press Outlets

Every PR Newswire U.S. wire newsline includes targeted distribution to the Associated Press, an essential global news network that delivers content to an extensive set of media platforms and formats. The list below represents the outlets you reach via this partnership.

| Outlet Name | City | State | Location | Newsline | Type | Audience |
|---|---|---|---|---|---|---|
| C-SPAN | Washington | DC | US | US1 | Television | 86,200,000 Subscribers |
| Scribd, Inc. | San Francisco | CA | US | US1 | Aggregator | 43,531,670 Visitors per Month |
| FoxNews.com | New York | NY | US | US1 | Online | 32,516,438 Visitors per Month |
| CBS News Radio | New York | NY | US | US1 | Radio | 30,000,000 Broadcast Audience |
| New York Times Digital | New York | NY | US | US1 | Newspaper | 29,886,442 Visitors per Month |
| Apple Inc. | Cupertino | CA | US | US1 | Organization/Company | 29,709,459 Visitors per Month |
| CNBC.com | Englewood Cliffs | NJ | US | US1 | Online | 26,089,260 Visitors per Month |
| CBSnews.com | New York | NY | US | US1 | Online | 26,080,671 Visitors per Month |
| abcnews.com | New York | NY | US | US1 | Online | 24,167,779 Visitors per Month |
| U.S. News & World Report | Washington | DC | US | US1 | Magazine | 23,945,529 Visitors per Month |

# Engagement

## Overview

TOTAL ENGAGEMENT ACTIONS                                    1.6K

| | |
|---|---:|
| **Click-throughs** | **1.6K** |
| **Shares** | **2** |

## Engagement Timeline
See when your audience engaged with your release.



## Engagement Details
A break down of click-throughs, shares and other engagement actions.

### Click-throughs
The number of times your releases sent visitors to the pages you linked to.

| URL | Click-throughs |
|---|---:|
| **Total** | **1,560** |

| URL | Click-throughs |
|---|---|
| https://crtclaims.com/?utm_source=PRN&utm_medium=GetAPayment&utm_campaign=CRT | 335 |
| https://crtclaims.com/?utm_source=PRN&utm_medium=MoreInfo&utm_campaign=CRT | 281 |
| https://crtclaims.com/?utm_source=PRN&utm_medium=StlmtProvide&utm_campaign=CRT | 271 |
| https://crtclaims.com/?utm_source=PRN&utm_medium=WhosIncluded&utm_campaign=CRT | 264 |
| https://crtclaims.com/?utm_source=PRN | 218 |
| https://cand.uscourts.gov/judges/tigar-jon-s-jst/ | 161 |
| https://crtclaims.com/?utm_source=PRN_Spa&utm_medium=GetAPayment&utm_campaign=CRT | 8 |
| https://crtclaims.com/?utm_source=PRN_Spa&utm_medium=StlmtProvide&utm_campaign=CRT | 8 |
| https://crtclaims.com/?utm_source=PRN_Spa&utm_medium=WhosIncluded&utm_campaign=CRT | 8 |
| https://crtclaims.com/?utm_source=PRN_Spa&utm_medium=MoreInfo&utm_campaign=CRT | 6 |
| **Total** | **1,560** |

## Shares

A break down of the types of sharing your releases generated.

| Type of share | Shares |
|---|---|
| Print | 2 |
| **Total Shares** | **2** |

About Cision PR Newswire    Contact    Terms of Use    Privacy    Blog

Copyright © 2023 Cision US Inc., 130 E Randolph St., 7th Floor, Chicago, IL 60601. View our Privacy Policy.

# DECLARATION OF JOSEPH M. FISHER

# EXHIBIT N

View in Browser
You are receiving this e-mail because you have opted in to receive this message.

# If You Bought Cathode Ray Tubes or Products containing Cathode Ray Tubes, You Could Get Money from a $33 Million Settlement.

## Simple Online Claim Form Takes 3-5 Minutes.

**Submit a Claim**

A class action Settlement has been reached with Mitsubishi Electric Corporation involving **Cathode Ray Tubes ("CRTs")**, a display device that was the main component in TVs and computer monitors. The lawsuit claims that Mitsubishi Electric conspired with other CRT manufacturers to fix the prices of CRTs, causing consumers to pay more for CRTs and products containing CRTs, such as TVs and computer monitors ("CRT Products"). This settlement is in addition to the previous nine settlements reached with other defendants.

### Who is included in the Settlement?

Individuals and businesses who or which:

- Indirectly purchased a CRT Product, such as a CRT television or CRT computer monitor, in AZ, AR, CA, FL, HI, IA, KS, MA, ME, MI, MN, MO, MS, MT, NE, NH, NV, NM, NY, NC, ND, OR, RI, SC, SD, TN, UT, VT, WV, WI, or the District of Columbia between March 1, 1995 and November 25, 2007 (HI, NE and NV have shorter claim periods);
- For their own use and not for resale.

Purchases in MO, MT and RI must have been made primarily for personal, family, or household purposes. Indirectly purchased means you purchased any brand of CRT Products (except Sony) from someone other than the manufacturer of the CRT Products, such as a retailer like Best Buy or Costco. Purchases made directly from Mitsubishi Electric or an alleged co-conspirator are not included (alleged co-conspirators are listed at www.CRTclaims.com or by calling 1-800-649-0963).

### What does the Settlement provide?

Mitsubishi Electric has agreed to pay $33 million to settle the claims against it. Qualifying individuals and businesses that purchased CRT Products in the above-listed states are eligible to file a claim. You must have purchased in one of those states, but you do not have to be a resident of one of those states.

The amount of money you will receive depends on the type and quantity of CRT Products you purchased and the total number of claims made. Eligible claimants are expected to receive a minimum payment of $10. More information is available at www.CRTclaims.com or by calling 1-800-649-0963.

### How can I get a payment?

Visit www.CRTclaims.com and complete a simple online Claim Form if you indirectly purchased **any brand** of CRT Products (except Sony). Claim online or by mail by **June 13, 2023**. If you previously submitted a valid claim as an end user for indirect purchases of CRT Products in related prior settlements (*In re: Cathode Ray Tube (CRT) Antitrust Litigation*, MDL No. 1917 (N.D. Cal.)), you do not have to resubmit your claim to benefit from this Settlement unless you have additional purchases to claim.

### What are my rights?

If you do nothing, you will be bound by the Court's decisions. If you want to keep your right to sue Mitsubishi Electric, you must send a written request to the Class Administrator for exclusion from the Settlement Class by **April 14, 2023**. The Court will exclude any class member who timely requests exclusion. If you stay in the Settlement Class, you may object to the Settlement by **April 14, 2023**.

On **June 1, 2023** at **2:00 p.m.** the Court will conduct a hearing via Zoom, with the link available at https://cand.uscourts.gov/judges/tigar-jon-s-jst, to consider whether to approve the Settlement and a request for attorneys' fees up to one-third of the Settlement Fund, plus reimbursement of litigation expenses, and awards to Class Representatives. This date may change so please check the settlement website. You or your own lawyer may appear and speak at the hearing at your own expense.

### More Information

For details on how to make a claim, exclude yourself, or object, visit: www.CRTclaims.com. You may also write to: CRT Class Administrator, c/o The Notice Company, P.O. Box 778, Hingham, MA 02043 or call 1-800-649-0963.

PLEASE DO NOT CONTACT THE COURT

If you would prefer not to receive such messages in the future, you may unsubscribe from our email list by clicking here.
144 North 7th Street Brooklyn, NY 11211 SUITE 419

**Tiger reveals secret to changing iron trajectory**

 ○ **GOLF <golf@email.golf.com>**                                    Yesterday at 8:04 AM

**To:** ⊗ Heather Joralemon

Image

■ **APPROACH-SHOTS**

## Tiger Woods explains how to easily change the trajectory of your irons

In today's edition of Play Smart, we look at a simple tip from Tiger Woods on how to change the trajectory of your irons.

**READ MORE**


If You Bought Cathode Ray Tube (CRT) Products such as TVs or Computer Monitors, You Could Get Money from a $33 Million Settlement

**LEARN MORE**



■ **DRIVERS**

## How a small driver tweak helped Scottie Scheffler add 10



■ **NEWS**

## What to expect from Stacy Lewis' back-to-back Solheim

February 24, 2023

# A Step Ahead

Protect your business and investments in turbulent times

**Kiplinger**

CONNECT WITH KIPLINGER

SIGN UP · WEBSITE

---

**TOP STORY**

## Why Your Tax Refund Might Be Lower This Year


(Getty Images)

Don't say the IRS didn't warn you. The expiration of several popular tax breaks has so far resulted in federal tax refunds averaging 11% lower than last year. Will yours be affected?

---

**Cathode Ray Tube (CRT) Class Action**

Qualifying individuals and businesses that bought Cathode Ray Tube (CRT) products such as TVs or computer monitors, could get money from a $33 million class action settlement. **Visit www.CRTclaims.com for more information and to submit a claim.**

ADVERTISEMENT

---

**INVESTING**

## Updated: The 12 Best Stocks to Buy Now


(Getty Images)

Ace the coming transition from bear market to bull market. Our list of top-rated stocks emphasizes quality with a focus on earnings consistency and good profitability.

---

**PERSONAL FINANCE**

## The 25 Cheapest U.S. Cities to Live: February Edition


(Getty Images)

These metros beat back the high cost of living - with some serious tradeoffs. Carefully consider our ranking of cheapest cities for a change of pace and a way to slash your bills.

---



## 7 Mistakes to Avoid When Hiring an Advisor

Life should be a balance of adventure and relaxation - not balancing finances. Working with a financial advisor can be a crucial part of any healthy retirement plan. Avoid these 7 common mistakes when hiring one so you can get back to the balance that matters most.
**READ MORE**

ADVERTISEMENT

---

**ALSO ON KIPLINGER**

- The 12 ways retirement income gets taxed.
- Expert tips to avoid failure when starting a business.
- Savings vs checking accounts: What's the difference?
- For the complete economic outlook and trustworthy forecasts to help you profit in your business and investments, rely on the unbiased advice and guidance in the weekly Kiplinger Letter.

---

**ABOUT KIPLINGER**

**When we write about money, we get it right.**
**So the decisions you make with your dollars are also right.**

Since 1920, Kiplinger has earned a reputation as a trusted provider of unbiased financial advice, objective business and economic forecasts, and practical help to millions of business professionals, investors, and individuals seeking to make more profitable decisions with their money.

Our flagship publications include Kiplinger's Personal Finance magazine, The Kiplinger Letter, The Kiplinger Tax Letter, Kiplinger's Retirement Report, and Kiplinger's Investing for Income. All are regarded as the leading publications in their respective fields.

Every day, millions of readers rely on our free e-newsletters and podcasts for help on everything from getting the best rate on a mortgage or car loan, to managing their businesses in an uncertain world, avoiding an IRS audit, building wealth for a secure retirement, or investing wisely in any kind of market.

Now it's your turn to reap all the rewards Kiplinger has to offer. Visit Kiplinger.com, your gateway to all of the above and much more. Check in any time for our latest advice on how to make more money, and keep more of the money you make.

**Stay right on the money, with Kiplinger.**



---

Sign Up  |  Print Publications  |  Unsubscribe

Privacy Policy  |  Cookies Policy  |  Terms and Conditions

**CONTACT US:** FEEDBACK  |  ADVERTISE

FUTURE    Future US LLC ©
Full 7th Floor, 130 West 42nd Street, New York, NY, 10036

March 17, 2023

CONNECT WITH KIPLINGER



# A Step Ahead

Protect your business and investments in turbulent times

**Kiplinger**

SIGN UP · WEBSITE

---

**TOP STORY**

## Will eBay, PayPal and Etsy Users Need Special Tax Forms for a Mere $600 in Earnings?

Online shopping companies want Congress to raise a new $600 reporting threshold for Form 1099-K and save millions of online sellers from extra IRS paperwork.

*(Getty Images)*

---



### Cathode Ray Tube (CRT) Class Action

Qualifying individuals and businesses that bought Cathode Ray Tube (CRT) products such as TVs or computer monitors, could get money from a $33 million class action settlement. **Visit www.CRTclaims.com for more information and to submit a claim.**

ADVERTISEMENT

---

**CARS**

## Car Insurance Rates Have Surged Nationwide. Our Savings Tool Can Help.



From 2022 to 2023, the average car insurance rate increased from $1,771 to $2,014. Find out the latest on car insurance rates and use our tool to help you save.

*(Getty Images)*

---

**INVESTING**

## Netflix Stock Delivers Eye-Popping Return on $1,000 Early Investment.



Lucky Netflix investors who bought in 20 years ago would have achieved market-smashing gains from a stake of only $1,000. See how much their investment would be worth today.

*(Getty Images)*

---



### Advice From Vanguard That Puts You Back in Control

At Vanguard, we're invested in you. Which is precisely why we've created Vanguard Personal Advisor Services®, providing remote access to financial advisors, real-time goal tracking, and more confidence you'll meet your goals. **There's never been a more perfect time to get started.**

*Paid non-client promotion*

ADVERTISEMENT

---

**ALSO ON KIPLINGER**

- Four steps to prepare your finances for divorce.
- Kiplinger's inflation outlook: Inflation eases a bit, but price pressures lurk.
- Rise of ChatGPT could be a boon for savvy business owners.
- For the complete economic outlook and trustworthy forecasts to help you profit in your business and investments, rely on the unbiased advice and guidance in the weekly *Kiplinger Letter*.

---

**ABOUT KIPLINGER**

**When we write about money, we get it right.**
**So the decisions you make with your dollars are also right.**

Since 1920, Kiplinger has earned a reputation as a trusted provider of unbiased financial advice, objective business and economic forecasts, and practical help to millions of business professionals, investors, and individuals seeking to make more profitable decisions with their money.

Our flagship publications include *Kiplinger's Personal Finance* magazine, *The Kiplinger Letter*, *The Kiplinger Tax Letter*, *Kiplinger's Retirement Report*, and *Kiplinger's Investing for Income*. All are regarded as the leading publications in their respective fields.

Every day, millions of readers rely on our free e-newsletters and podcasts for help on everything from getting the best rate on a mortgage or car loan, to managing their businesses in an uncertain world, avoiding an IRS audit, building wealth for a secure retirement, or investing wisely in any kind of market.

Now it's your turn to reap all the rewards Kiplinger has to offer. Visit Kiplinger.com, your gateway to all of the above and much more. Check in any time for our latest advice on how to make more money, and keep more of the money you make.

**Stay right on the money, with Kiplinger.**



---

Sign Up | Print Publications | Unsubscribe

Privacy Policy | Cookies Policy | Terms and Conditions

CONTACT US: FEEDBACK | ADVERTISE

---

FUTURE

Future US LLC ©
Full 7th Floor, 130 West 42nd Street, New York, NY, 10036

March 22, 2023

CONNECT WITH KIPLINGER

# A Step Ahead

Protect your business and investments in turbulent times

**Kiplinger**

SIGN UP · WEBSITE

---

**TOP STORY**

## Can Stocks Picked by Artificial Intelligence Beat the Market? Three Stocks to Watch



Artificial intelligence to the rescue? A new AI-powered investing algorithm, formerly limited to institutional investors, highlights three stocks for their superior combo of risk and reward.

(Getty Images)

---



### Cathode Ray Tube (CRT) Class Action

Qualifying individuals and businesses that bought Cathode Ray Tube (CRT) products such as TVs or computer monitors, could get money from a $33 million class action settlement. **Visit www.CRTclaims.com for more information and to submit a claim.**

ADVERTISEMENT

---

**REAL ESTATE**

## Fed Hikes Interest Rates Again. Here's What It Means for Investors and Savers

As expected, the Federal Reserve raised rates by 25 basis points at today's crucial meeting. Learn what experts are saying, and what could come next for markets and your money.

---

**TAXES**

## Tax Scam: IRS Warns Taxpayers Against Filing False W-2 Info



A scam circulating widely on social media advises lying on your W-2 to falsely claim credits and bigger refunds. Here's what taxpayers should know - and what they should do instead.

(Getty Images)

---

### Optimize Your Retirement Income With This Advisor

Our advisors use several strategies, including active funds exclusive to Personal Advisor clients. Low-cost funds, automated tax-loss harvesting, and minimal fees also help you keep more of your savings. **Take the first step with Vanguard today.**

*Paid non-client promotion*

ADVERTISEMENT

---

**ALSO ON KIPLINGER**

- Stock market holidays in 2023: NYSE, NASDAQ and Wall Street holidays
- Vote in the Kiplinger Readers' Choice Awards 2023
- Best consumer discretionary stocks to buy now
- For the complete economic outlook and trustworthy forecasts to help you profit in your business and investments, rely on the unbiased advice and guidance in the weekly Kiplinger Letter.

---

**ABOUT KIPLINGER**

**When we write about money, we get it right.**
**So the decisions you make with your dollars are also right.**

Since 1920, Kiplinger has earned a reputation as a trusted provider of unbiased financial advice, objective business and economic forecasts, and practical help to millions of business professionals, investors, and individuals seeking to make more profitable decisions with their money.

Our flagship publications include *Kiplinger's Personal Finance* magazine, *The Kiplinger Letter, The Kiplinger Tax Letter, Kiplinger's Retirement Report,* and *Kiplinger's Investing for Income.* All are regarded as the leading publications in their respective fields.

Every day, millions of readers rely on us for help on everything from getting the best rate on a mortgage or car loan, to managing their businesses in an uncertain world, avoiding an IRS audit, building wealth for a secure retirement, or investing wisely in any kind of market.

Now it's your turn to reap all the rewards Kiplinger has to offer. Visit Kiplinger.com, your gateway to all of the above and much more. Check in any time for our latest advice on how to make more money, and keep more of the money you make.

**Stay right on the money, with Kiplinger.**

**Kiplinger**

---

Sign Up  |  Print Publications  |  Unsubscribe
Privacy Policy  |  Cookies Policy  |  Terms and Conditions
CONTACT US: FEEDBACK  |  ADVERTISE

FUTURE

Future US LLC ©
Full 7th Floor, 130 West 42nd Street, New York, NY, 10036



CONNECT WITH KIPLINGER

# Kiplinger Today

Build wealth, spend wisely, cut taxes, retire rich

**Kiplinger**

SIGN UP · WEBSITE

---

**TOP STORY**

### Taxes on Gambling Winnings and Losses: 8 Tips to Remember



If you're lucky enough to win some cash from a smart bet, don't forget that the federal government wants its cut. Make sure you know these 8 tax gambling tips so you don't find yourself in trouble with the IRS.

---

**SOCIAL SECURITY**

### Kate Meets "Tony" and Loses $39,000: How To Spot Romance Scams



Scammers will be out in force on Valentine's Day preying on unsuspecting singletons. We've some heartbreaking stories to help you know what to avoid. See how many have been deceived and what to look out for.

---



### Cathode Ray Tube (CRT) Class Action

Qualifying individuals and businesses that bought Cathode Ray Tube (CRT) products such as TVs or computer monitors, could get money from a $33 million class action settlement. Visit www.CRTclaims.com for more information and to submit a claim.

ADVERTISEMENT

---

**STOCKS**

### Will You Pay Taxes on Your 2022 & 2023 Stimulus Check? We Finally Have The Answer



Twenty-one states sent "stimulus checks" to millions of eligible residents, which raised the question: Will the payments be taxed as income? Now we know.

---

**TAXES**

### Social Security Benefits After Divorce: Is Income Disparity OK?



When negotiating a divorce settlement, a 50-50 split of assets isn't always equitable when Social Security benefits are taken into account, explains financial planner Chris Chen.

---



### 7 Critical Tips for Estate Planning

What legacy do you want to leave? Estate planning can be one of the most important (and complicated) financial moves you should make. If you've worked hard to build a business, a portfolio of stocks, or real estate - a financial advisor can help structure your assets. Here are 7 tips to get started. READ MORE

ADVERTISEMENT

---

**PERSONAL FINANCE**

### Charitable Giving Strategies for Not-as-Wealthy Donors

High-net-worth charitable giving could decline for years because of high inflation, so charities look to highlight tax-savvy options for average investors, writes trust attorney Timothy Barrett.

**Read More**

---

**KIPLINGER'S INFLATION OUTLOOK**

### Online Thrifting Platforms Help Create Five-Figure Side Hustles

Financial planner Sara Stanich explains that frugal fashionistas are using online thrifting platforms like Poshmark to rack up sales. But there's an art to it.

**Read More**

---



### Try These Free Retirement Tools

Find out how much you can afford each month with our data-driven spending plan.
READ MORE

ADVERTISEMENT

---

**ABOUT KIPLINGER**

When we write about money, we get it right.
So the decisions you make with your dollars are also right.

Since 1920, Kiplinger has earned a reputation as a trusted provider of unbiased financial advice, objective business and economic forecasts, and practical help to millions of business professionals, investors, and individuals seeking to make more profitable decisions with their money.

Our flagship publications include Kiplinger's Personal Finance magazine, The Kiplinger Letter; The Kiplinger Tax Letter; Kiplinger's Retirement Report, and Kiplinger's Investing for Income. All are regarded as the leading publications in their respective fields.

Every day, millions of readers rely on our free e-newsletters and podcasts for help on everything from getting the best rate on a mortgage or car loan, to managing their businesses in an uncertain world, avoiding an IRS audit, building wealth for a secure retirement, or investing wisely in any kind of market.

Now it's your turn to reap all the rewards Kiplinger has to offer. Visit Kiplinger.com, your gateway to all of the above and much more. Check in any time for our latest advice on how to make more money, and keep more of the money you make.

Stay right on the money, with Kiplinger.

**Kiplinger**

---

Sign Up | Print Publications | Unsubscribe

Privacy Policy | Cookies Policy | Terms and Conditions

CONTACT US: FEEDBACK | ADVERTISE

Future US LLC © Full 7th Floor, 130 West 42nd Street, New York, NY, 10036



# Kiplinger Today
Build wealth, spend wisely, cut taxes, retire rich.

**Kiplinger**

SIGN UP · WEBSITE

## TOP STORY

### The IRS Says THIS is the Best Way to Receive Your Tax Refund



A federal tax refund is the largest check some people receive all year, so get it into your bank account as easily as possible by enrolling in this IRS program.

## WEALTH CREATION

### Worried About Checking Your Portfolio? Don't Be, Now Is the Time



Though the markets are still fluctuating, financial planner Andrew Rosen sees an encouraging upward trend. This shift shouldn't be ignored, especially when keeping on track with your long-term financial goal in a bumpy environment.



**Cathode Ray Tube (CRT) Class Action**

Qualifying individuals and businesses that bought Cathode Ray Tube (CRT) products such as TVs or computer monitors, could get money from a $33 million class action settlement. **Visit www.CRTclaims.com for more information and to submit a claim.**

ADVERTISEMENT

## RETIREMENT PLANNING

### Considering Annuities? How to Find the Right One for You



An annuity should fit your specific needs and goals. Picking the best fit for your future is as simple as asking the right questions, writes president of Longevity Financial, Bradley Rosen.

## PERSONAL FINANCE

### Best Blue Chip Stocks: 21 Hedge Fund Top Picks



What is the reputed smart money up to lately? Here are the 21 most popular blue chip stocks among the hedge fund crowd.



**Should You Plan Out Your Monthly Retirement?**

See what retirement might look like for you and get a feel for what our award-winning free dashboard can do. Want a more accurate assessment? READ MORE

ADVERTISEMENT

## ANNUITIES

### What Is APR?

Even if you pay off your credit card balance every month, knowing your APR is part of good credit habits.

**Read More**

## HOME SAVINGS

### How to Prepare For a Hurricane and Other Natural Disasters

It's natural to worry about the effect of wildfires, floods and other natural disasters on your home. Get ready for whatever might come your way.

**Read More**



**Trusted Financial Advice Backed by Personal Attention**

At Vanguard, we're invested in you. Which is precisely why we've created Vanguard Personal Advisor Services®, providing remote access to financial advisors, real-time goal tracking, and more confidence you'll meet your goals. **There's never been a more perfect time to get started.**

*Paid non-client promotion.*

ADVERTISEMENT

## ABOUT KIPLINGER

**When we write about money, we get it right.**
**So the decisions you make with your dollars are also right.**

Since 1920, Kiplinger has earned a reputation as a trusted provider of unbiased financial advice, objective business and economic forecasts, and practical help to millions of business professionals, investors, and individuals seeking to make more profitable decisions with their money.

Our flagship publications include Kiplinger's Personal Finance magazine, The Kiplinger Letter, The Kiplinger Tax Letter, Kiplinger's Retirement Report, and Kiplinger's Investing for Income. All are regarded as the leading publications in their respective fields.

Every day, millions of readers rely on our free e-newsletters and podcasts for help on everything from getting the best rate on a mortgage or car loan, to managing their businesses in an uncertain world, avoiding an IRS audit, building wealth for a secure retirement, or investing wisely in any kind of market.

Now it's your turn to reap all the rewards Kiplinger has to offer. Visit Kiplinger.com, your gateway to all of the above and much more. Check in any time for our latest advice on how to make more money, and keep more of the money you make.

**Stay right on the money, with Kiplinger.**

**Kiplinger**

Sign Up  |  Print Publications  |  Unsubscribe
Privacy Policy  |  Cookies Policy  |  Terms and Conditions
CONTACT US:  FEEDBACK  |  ADVERTISE

FUTURE
Future US LLC ®
Full 7th Floor, 130 West 42nd Street, New York, NY, 10036

March 8, 2023

# Kiplinger Today
Build wealth, spend wisely, cut taxes, retire rich

**Kiplinger**

SIGN UP · WEBSITE

---

**TOP STORY**

## Will Rising Interest Rates Lead to Soft Landing or Recession?



The Fed funds rate is at its highest level since 2007. Modest hikes shouldn't cause significant market upheaval, but more aggressive hikes could harm the economy, explains financial planner Don Calcagni.

---

**INSURANCE**

## How to Choose Between Look-Alike ETFs and Mutual Funds



Exchange-traded funds continue to gain in popularity. When choosing between ETFs and mutual funds, these 6 important factors should help make your decision easier.

## 7 Tips for Women Executives Who Want to Rise to the Top



Happy International Women's Day! Is attitude everything? You bet it is when it comes to making it to the top ranks of any company. Accredited investment fiduciary Kelli Kiemle breaks down tips for ambitious women in any industry looking to ascend the ladder.

---



**Cathode Ray Tube (CRT) Class Action**

Qualifying individuals and businesses that bought Cathode Ray Tube (CRT) products such as TVs or computer monitors, could get money from a $33 million class action settlement. **Visit www.CRTclaims.com for more information and to submit a claim.**

ADVERTISEMENT

---

**BONDS**

## New CDs Rates Tool - As Rates Rise, How To Get 5% Returns



Yields on CDs are rising as the Fed raises interest rates. We list the pros and cons and how to find the best 5% deals. See our guide to shopping around for the best CD rates, including a new tool for finding the best deals.

---

**STOCKS**

## 13 Tax Breaks for Homeowners and Home Buyers

Owning (or buying) a home is expensive. Fortunately, Uncle Sam has a few tax tricks to help you buy a home, save on home-related costs, and sell your home tax-free.

**Read More**

---

**TAXES**

## The U.S. Gender Pay Gap Has Barely Budged in the Last 20 Years

Over the last two decades, the U.S. gender pay gap remains firmly unchanged.

**Read More**

---



**5 Tips to Withdraw From Investments Wisely**

Withdrawing from your investments in the right order could help save you years worth of income in unnecessary taxes. The wrong order could potentially eat into your retirement nest egg. Work to enhance your financial future with these 5 tips. **READ MORE**

ADVERTISEMENT

---

**ABOUT KIPLINGER**

**When we write about money, we get it right.**

**So the decisions you make with your dollars are also right.**

Since 1920, Kiplinger has earned a reputation as a trusted provider of unbiased financial advice, objective business and economic forecasts, and practical help to millions of business professionals, investors, and individuals seeking to make more profitable decisions with their money.

Our flagship publications include *Kiplinger's Personal Finance* magazine, *The Kiplinger Letter*, *The Kiplinger Tax Letter*, *Kiplinger's Retirement Report*, and *Kiplinger's Investing for Income*. All are regarded as the leading publications in their respective fields.

Every day, millions of readers rely on our free e-newsletters and podcasts for help on everything from getting the best rate on a mortgage or car loan, to managing their businesses in an uncertain world, avoiding an IRS audit, building wealth for a secure retirement, or investing wisely in any kind of market.

Now it's your turn to reap all the rewards Kiplinger has to offer. Visit Kiplinger.com, your gateway to all of the above and much more. Check in any time for our latest advice on how to make more money, and keep more of the money you make.

**Stay right on the money, with Kiplinger.**

**Kiplinger**

---

Sign Up | Print Publications | Unsubscribe

Privacy Policy | Cookies Policy | Terms and Conditions

CONTACT US: FEEDBACK | ADVERTISE

FUTURE    Future US LLC ®
Full 7th Floor, 130 West 42nd Street, New York, NY, 10036

March 20, 2023

# Kiplinger Today



Build wealth, spend wisely, cut taxes, retire rich

**Kiplinger**

SIGN UP · WEBSITE

---

**TOP STORY**

## Leaving an Inheritance? Is It Better to Give to Kids Now or Later?



Retirees should secure themselves first, and if you're all set there, then consider a few other things, such as the impact on the kids and tax issues, writes financial planner Evan Beach

(Getty Images)

---

**SAVINGS**

## Are You Considering an Annuity? The Experts Say You Should



Rising interest rates, pressure on Social Security, unpredictable markets, and longevity risks are making annuities ever more attractive as part of retirement planning, writes investment adviser Jerry Golden.

(Getty Images)

---



## Cathode Ray Tube (CRT) Class Action

Qualifying individuals and businesses that bought Cathode Ray Tube (CRT) products such as TVs or computer monitors, could get money from a $33 million class action settlement. Visit www.CRTclaims.com for more information and to submit a claim.

ADVERTISEMENT

---

**PERSONAL FINANCE**

## How to Declutter Your Home If You're Moving or Downsizing



Planning to declutter your home — whether you're moving or downsizing — can be overwhelming. Here's how to do it

(Getty Images)

---

**TAXES**

## Controlling Your Spending and Growing Your Savings



Many people could benefit from some tips and tricks to get on top of their spending and build a savings stash so they can make it on their own

(Getty Images)

---



## Are You on Track for Retirement?

Vanguard Advisors can help you think through your retirement income and budget and balancing your expectations for growth with a disciplined approach to risk. **There's never been a more perfect time to get started.**

*Paid non-client promotion.*

ADVERTISEMENT

---

**REAL ESTATE**

## 5 Stocks to Sell or Avoid Now

In a difficult market like this, weak positions can get even weaker. Wall Street analysts believe these five stocks should be near the front of your sell list.

**Read More**

---

**CHARITY**

## Imports Will Boost Q1 GDP

The trade deficit widened in January as imports rose more strongly than exports. Exports should give U.S. GDP a boost in the first quarter.

**Read More**

---



## This Billion Dollar Startup Wants to Help You Retire

This Princeton grad's startup raised $161 million to help you plan a comfortable retirement. SmartAsset's simple, no-cost tool can help match you with up to 3 vetted financial advisors serving your area. Take this free quiz to see if you can retire comfortably. **READ MORE**

ADVERTISEMENT

---

**ABOUT KIPLINGER**

When we write about money, we get it right.
So the decisions you make with your dollars are also right.

Since 1920, Kiplinger has earned a reputation as a trusted provider of unbiased financial advice, objective business and economic forecasts, and practical help to millions of business professionals, investors, and individuals seeking to make more profitable decisions with their money.

Our flagship publications include Kiplinger's Personal Finance magazine, The Kiplinger Letter, The Kiplinger Tax Letter, Kiplinger's Retirement Report, and Kiplinger's Investing for Income. All are regarded as the leading publications in their respective fields.

Every day, millions of readers rely on our free e-newsletters and podcasts for help on everything from getting the best rate on a mortgage or loan, to managing their businesses in an uncertain world, avoiding an IRS audit, building wealth for a secure retirement, or investing wisely in any kind of market.

Now it's your turn to reap all the rewards Kiplinger has to offer. Visit Kiplinger.com, your gateway to all of the above and much more. Check in any time for our latest advice on how to make more money, and keep more of the money you make.

Stay right on the money, with Kiplinger.

**Kiplinger**

---


FUTURE                    Future US LLC ©
                          Full 7th Floor, 130 West 42nd Street, New York, NY, 10036

# DECLARATION OF JOSEPH M. FISHER

# EXHIBIT O

## Notice of CRT Settlement with Mitsubishi Electric Corporation

CRT Indirect Purchaser Class Action - Audit

Fri 2/10/2023 10:26 AM

To: CRT Indirect Purchaser Class Action - Audit <Audit@crtclaims.com>

📎 1 attachments (140 KB)

CRT Mitsubishi_Summary Notice_01.27.2023.pdf;

Dear Claimant Representative:

The Court has preliminarily approved a settlement in the CRT indirect purchaser class action entitled *Luscher, et al. v. Mitsubishi Electric Corp.*, Case No. 17-cv-04067-JST in the United States District Court for the Northern District of California. Detailed Notice of the settlement is available online at https://crtclaims.com/wp-content/uploads/2023/02/CRT-Detailed-Notice-of-Settlement.pdf. A copy of the Summary Notice of Settlement is attached. Additional settlement information is available at www.CRTclaims.com. Please distribute these notices and information links to your clients who submitted claims, or who considered submitting claims, in the Prior Settlements involving indirect purchases by end users of CRT Products.

**The deadline for submission of claims is June 13, 2023.**

All claimants who submitted a valid claim in the Prior Settlements for end-user purchases (not intended for resale) of CRT Products will automatically have their previously accepted purchase numbers submitted as a claim in the New Settlement with Mitsubishi.  The quantities accepted in the Prior Settlements will be entered in the New Settlement without reductions that otherwise applied in the Prior Settlements on account of the District Court's rulings regarding late claims.

To facilitate claim updates, as well as to allow you to review, maintain, update and add to your listing of claims submitted, we have developed a portal for the use of claimant representatives.

Through the portal, you will be able to:

- View all of the claims from the Prior Settlements that have been imported into the New Settlement, where your firm is shown as the authorized representative;
- Review, update and correct claim information, including claimant name, address, and CRT product quantities claimed;
- File claims for new clients/claimants, completing all required steps through the portal interface, including uploading of representation documentation; newly submitted claims will be added to your summary view of claims once submitted;
- Download for your records a full report of your claims, including the current quantities listed for each claim; and
- Maintain the user access for your staff.

We have already taken the action of carrying over your claims from the Prior Settlements. You will see those claims when you login to your portal account. If there is a claimant that you believe should receive payment from the New Settlement who is not already shown in your portal, you must complete the steps to submit a claim for that claimant through the portal. You do not need to contact our office to take those steps. Our office has completed its process for bringing forward claimant data from the Prior Settlements to the New Settlement; we will not bring any additional claims forward. You are responsible for adding or updating this data if needed. Our office reserves the right to review and audit any updates.

The New Settlement includes purchases for the same 22 states and D.C. as in the Prior Settlements, as well as nine (9) additional states. We recognize that some of your clients may have added units to claim as it relates to the nine additional states. When you login to the portal, you will see the purchase quantities that were carried over from the Prior Settlements. If you see a claim where purchase quantities should be updated, you must make the update through the portal. Please note that if a claim from the Prior Settlements is updated with additional purchases of CRT Products, this update will entirely replace and supersede the numbers from the prior claim. Thus, if a prior claim is updated, the update should include all purchases by your client of CRT Products including those previously claimed in the Prior Settlements as well as any additional purchases. As noted above, our office has completed its process for bringing forward claimant data from the Prior Settlements to the New Settlement; we will not be modifying the types or numbers of CRT Product purchases as reported in the portal. If changes are needed, you are responsible for updating this data in the portal, including any changes to the types and quantities of CRT Products that were purchased by your clients. Our office reserves the right to review and audit any updates.

**Please be sure to submit all of your updates and changes to the online portal on or before the deadline for claim submissions. Quantities and types of CRT Product purchases as shown in the portal as of the claims deadline will be treated as your complete and final claim submission and will be used for any and all review and audit processes. We will finalize our claim calculations and awards based on our review of the data in the portal as of the claims deadline.**

Please note that when you first login, and throughout the claims process, you may see some of your claims locked and you may be unable to edit them. There are three primary reasons this may be the case:

1. You have previously indicated that you do not maintain contact with this client and must confirm with our office that you have reestablished communication with the client to update their claim;
2. Your claim has been through the audit process, with quantities agreed to and confirmed. Further edits/changes will not be allowed without prior communication with our office; or
3. The process to finalize claim calculations and awards has begun and additional changes will not be accepted.

**In order to establish your login access to the portal**, you must designate one person who will serve as the primary administrator for your firm's access. The administrator will be able to add and remove users who will have access to your firm's claims. Each user must have a separate login to access the portal and logins should not be shared. There is no limit to the number of staff you can add to the portal. You and your team will only be able to view and access your clients' claims.

Please reply back to this email with the name and email address for the person who will be your firm's administrator.

If you have questions, please email audit@crtclaims.com.

Thank you,

The Office of the CRT Indirect Purchaser Settlement Claims Administrator

# DECLARATION OF JOSEPH M. FISHER

# EXHIBIT P

<u>Legal Notice</u>

## If You Bought Cathode Ray Tubes or Products Containing Cathode Ray Tubes, You Could Get Money from a $33 Million Settlement.

---

### READ THIS NOTICE CAREFULLY.
### YOUR LEGAL RIGHTS MAY BE AFFECTED WHETHER YOU ACT OR DO NOT ACT.

---

*This Notice is authorized by the U.S. District Court for the Northern District of California in the case entitled In re: Cathode Ray Tube (CRT) Antitrust Litigation, MDL No. 1917. This is not a solicitation from a lawyer.*

A class action Settlement has been reached with Mitsubishi Electric Corporation involving Cathode Ray Tubes ("CRTs"), a display device that was the main component in TVs and computer monitors. The lawsuit claims that Mitsubishi Electric conspired with other CRT manufacturers to fix the prices of CRTs, causing consumers to pay more for CRTs and products containing CRTs, such as TVs and computer monitors ("CRT Products").

| Number of Units Previously Claimed (See Reverse for More Details) | | |
|---|---|---|
| Standard CRT Televisions: [Std] | Large CRT Televisions: [Large] | CRT Computer Monitors: [Monitors] |

**CRT Claims Administrator**
**c/o The Notice Company**
P.O. Box 778
Hingham, MA 02043

**ELECTRONIC SERVICE REQUESTED**

[ENDORSE}
Settlement Claim ID: [number]
[FIRST NAME] [LAST NAME]
[ADDRESS]
[ADDRESS]
[CITY] [STATE] [ZIP]

PRESORTED
FIRST CLASS
U.S. POSTAGE
**PAID**
FPI



SCAN ME



**Postal Service:** Do not mark or cover barcode

QV88

## Who is included in the Settlement?

If you indirectly bought televisions, computer monitors, or other products containing CRTs, you could get money from this Settlement totaling $33 million. "Indirectly" means that you purchased the CRT Products from someone other than the manufacturer of the CRT Products. For example, you bought a CRT television from a retailer, such as Best Buy, or a CRT monitor from Dell.

**You have been identified as a Class Member** based upon your claim submission from the Prior Settlements. Please carefully read this legal Notice and visit www.CRTClaims.com for more information. As a Prior Settlement claimant, you do not have to submit a claim to benefit from this Settlement unless you have additional purchases to claim. If you take no action, a claim will be submitted on your behalf based on your approved purchase quantities in the Prior Settlements, listed on the reverse of this postcard for your reference. **If you submit a claim in the New Settlement ("New Claim Submission"), then your previous claim in the Prior Settlements will NOT be submitted in the New Settlement.** Your New Claim Submission must include ALL of your qualifying CRT purchases, including those previously claimed and your additional purchases not previously claimed. The number of units previously claimed in the Prior Settlements are listed on the reverse of this postcard.

You can make a claim for money if you indirectly purchased CRT Products, for your own use and not for resale, in Arizona, Arkansas, California, the District of Columbia, Florida, Hawaii, Iowa, Kansas, Maine, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Hampshire, New Mexico, New York, North Carolina, North Dakota, Oregon, Rhode Island, South Carolina, South Dakota, Tennessee, Utah, Vermont, West Virginia or Wisconsin (the "Settlement Class").

The purchase must have been made in one of these states but you do not have to be a resident of these states. Purchases in Missouri, Montana and Rhode Island must have been made primarily for personal, family or household purposes.

Purchasers in nine additional states are included in this Settlement with Mitsubishi Electric Corporation that were not included in prior settlements involving indirect purchases of CRT Products. The nine additional states are: Arkansas, Massachusetts, Missouri, Montana, New Hampshire, Oregon, Rhode Island, South Carolina, and Utah.

Be sure to check your eligibility by going to **www.CRTClaims.com**.

## How can I get a payment?

Claim online or by mail by **June 13, 2023**. If you previously submitted a valid claim as an end user for indirect purchases of CRT Products in related prior settlements (*In re: Cathode Ray Tube (CRT) Antitrust Litigation*, MDL No. 1917 (N.D. Cal.)), you do not have to resubmit your claim to benefit from this Settlement unless you have additional purchases to claim.

The amount of money you will receive depends on the type and quantity of CRT Products you purchased and the total number of claims made. Eligible claimants are expected to receive a minimum payment of $10.

## What are my rights?

If you do nothing, you will be bound by the Court's decisions. If you want to keep your right to sue Mitsubishi Electric, you must send a written request to the Class Administrator for exclusion from the Settlement Class by **April 14, 2023**. The Court will exclude any class member who timely requests exclusion. If you stay in the Settlement Class, you may object to the Settlement by **April 14, 2023**.

The Court will hold a hearing on **June 1, 2023** at **2:00 p.m.** via Zoom, with the link available at https://cand.uscourts.gov/ judges/tigar-jon-s-jst/, to consider whether to approve the Settlement and a request for attorneys' fees up to one-third of the Settlement Fund, plus reimbursement of litigation expenses, and awards to Class Representatives. This date may change so please check the website. You or your own lawyer may appear and speak at the hearing at your own expense.

**A simple online Claim Form and more detailed notice of the Settlements is available online at www.CRTClaims.com or by calling toll-free at 1-800-649-0963.**

**PLEASE DO NOT CONTACT THE COURT.**

**DECLARATION OF JOSEPH M. FISHER**

**EXHIBIT Q**

**Important Legal Notice - You Could Get Money from a Settlement Involving TVs and Computer Monitors**
**CRT Indirect Purchaser Class Action Settlements notice@pnclassaction.com**
Reply-To: info@CRTclaims.com
To: Test@email.com


Dear Default,


**LEGAL NOTICE**

**CRT Indirect Purchase Class Action Settlements**

*In re: Cathode Ray Tube (CRT) Antitrust Litigation*, MDL No. 1917 (N.D. Cal.)


**Important Legal Notice - You Could Get Money from a Settlement Involving TVs and Computer Monitors**


This Notice is authorized by the U.S. District Court for the Northern District of California in the case entitled In re: Cathode Ray Tube (CRT) Antitrust Litigation, MDL No. 1917. This is not a solicitation from a lawyer.

A class action Settlement has been reached with Mitsubishi Electric Corporation involving Cathode Ray Tubes ("CRTs"), a display device that was the main component in TVs and computer monitors. The lawsuit claims that Mitsubishi Electric conspired with other CRT manufacturers to fix the prices of CRTs, causing consumers to pay more for CRTs and products containing CRTs, such as TVs and computer monitors ("CRT Products").

If you indirectly bought televisions, computer monitors, or other products containing CRTs, you could get money from this Settlement totaling $33 million.

"Indirectly" means that you purchased the CRT Products from someone other than the manufacturer of the CRT Products. For example, you bought a CRT television from a retailer, such as Best Buy, or a CRT monitor from Dell.

You have been identified as a Class Member based upon your claim submission from the Prior Settlements. Please carefully read this legal Notice and visit www.CRTClaims.com for more information. As a Prior Settlement claimant, you do not have to submit a claim to benefit from this Settlement unless you have additional purchases to claim. If you take no action, a claim will be submitted on your behalf based on your approved purchase quantities in the Prior Settlements, listed below for your reference. **If you submit a claim in the New Settlement ("New Claim Submission"), then your previous claim in the Prior Settlements will NOT be submitted in the New Settlement.** Your New Claim Submission must include **ALL** of your qualifying CRT purchases,

including those previously claimed **and** your additional purchases not previously claimed. The number of units previously claimed in the Prior  settlements are listed below.

**Number of Units Previously Claimed**
**Number of Standard CRT Televisions Previously Claimed:** 0
**Number of Large CRT Televisions Previously Claimed:** 0
**Number of CRT Computer Monitors Previously Claimed:** 0

A simple online Claim Form and more detailed notice of the Settlements is available online at www.CRTClaims.com or by calling toll-free at 1-800-649-0963.

Claim online or by mail by **June 13, 2023**. If you previously submitted a valid claim as an end user for indirect purchases of CRT Products in related prior settlements (*In re: Cathode Ray Tube (CRT) Antitrust Litigation*, MDL No. 1917 (N.D. Cal.)), you do not have to resubmit your claim to benefit from this Settlement unless you have additional purchases to claim.

The amount of money you will receive depends on the type and quantity of CRT Products you purchased and the total number of claims made. Eligible claimants are expected to receive a minimum payment of $10.

Please read the notice carefully. Your legal rights may be affected whether or not you act.

You can make a claim for money if you indirectly purchased CRT Products, for your own use and not for resale, in Arizona, Arkansas, California, the District of Columbia, Florida, Hawaii, Iowa, Kansas, Maine, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Hampshire, New Mexico, New York, North Carolina, North Dakota, Oregon, Rhode Island, South Carolina, South Dakota, Tennessee, Utah, Vermont, West Virginia or Wisconsin (the "Settlement Class").

The purchase must have been made in one of these states but you do not have to be a resident of these states. Purchases in Missouri, Montana and Rhode Island must have been made primarily for personal, family or household purposes.

Purchasers in nine additional states are included in this Settlement with Mitsubishi Electric Corporation that were not included in prior settlements involving indirect purchases of CRT Products. The nine additional states are: Arkansas, Massachusetts, Missouri, Montana, New Hampshire, Oregon, Rhode Island, South Carolina, and Utah.

Be sure to check your eligibility by going to www.CRTClaims.com.

If you do nothing, you will be bound by the Court's decisions. If you want to keep your right to sue Mitsubishi Electric, you must send a written request to the Class Administrator for exclusion from the Settlement Class by **April 14, 2023**. The Court will exclude any class member who timely requests exclusion. If you stay in the Settlement Class, you may object to the Settlement by **April 14, 2023**.

The Court will hold a hearing on **June 1, 2023 at 2:00 p.m.** via Zoom, with the link available at https://cand.uscourts.gov/judges/tigar-jon-s-jst/, to consider whether to approve the Settlement and a request for attorneys' fees up to one-third of the Settlement Fund, plus reimbursement of litigation expenses, and awards to Class Representatives. This date may change so please check the website. You or your own lawyer may appear and speak at the hearing at your own expense.

Questions? Contact us as follows:

CRT Claims Administrator
c/o The Notice Company
P.O. Box 778
Hingham, MA 02043
1-800-649-0963
www.CRTClaims.com

Para una notificacion en Espanol, llamar o visitar nuestro website.
PLEASE DO NOT CONTACT THE COURT
Unsubscribe - Unsubscribe Preferences

**DECLARATION OF JOSEPH M. FISHER**

**EXHIBIT R**

## If You Bought Cathode Ray Tubes or Products Containing Cathode Ray Tubes, You Could Get Money from a $33 Million Settlement.

### READ THIS NOTICE CAREFULLY.
### YOUR LEGAL RIGHTS MAY BE AFFECTED WHETHER YOU ACT OR DO NOT ACT.

*This Notice is authorized by the U.S. District Court for the Northern District of California in the case entitled In re: Cathode Ray Tube (CRT) Antitrust Litigation, MDL No. 1917. This is not a solicitation from a lawyer.*

A class action Settlement has been reached with Mitsubishi Electric Corporation involving Cathode Ray Tubes ("CRTs"), a display device that was the main component in TVs and computer monitors. The lawsuit claims that Mitsubishi Electric conspired with other CRT manufacturers to fix the prices of CRTs, causing consumers to pay more for CRTs and products containing CRTs, such as TVs and computer monitors ("CRT Products").

**CRT Claims Administrator**
**c/o The Notice Company**
P.O. Box 778
Hingham, MA 02043

**ELECTRONIC SERVICE REQUESTED**

[FIRST NAME] [LAST NAME]
[ADDRESS]
[ADDRESS]
[CITY] [STATE] [ZIP]





Postal Service: Do Not Mark or Cover Barcode

## Who is included in the Settlement?

If you indirectly bought televisions, computer monitors, or other products con-taining CRTs, you could get money from this Settlement totaling $33 million. "Indirectly" means that you purchased the CRT Products from someone other than the manufacturer of the CRT Products. For example, you bought a CRT tele-vision from a retailer, such as Best Buy, or a CRT monitor from Dell.

You can make a claim for money if you indirectly purchased CRT Products, for your own use and not for resale, in Arizona, Arkansas, California, the District of Columbia, Florida, Hawaii, Iowa, Kansas, Maine, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Hampshire, New Mexico, New York, North Carolina, North Dakota, Oregon, Rhode Island, South Carolina, South Dakota, Tennessee, Utah, Vermont, West Virginia or Wis-consin (the "Settlement Class").

The purchase must have been made in one of these states but you do not have to be a resident of these states. Purchases in Missouri, Montana and Rhode Island must have been made primarily for personal, family or household purposes.

Purchasers in nine additional states are included in this Settlement with Mitsub-ishi Electric Corporation that were not included in prior settlements involving indirect purchases of CRT Products. The nine additional states are: Arkansas, Massachusetts, Missouri, Montana, New Hampshire, Oregon, Rhode Island, South Carolina, and Utah.

Be sure to check your eligibility by going to **www.CRTClaims.com.**

## How can I get a payment?

Claim online or by mail by **June 13, 2023**. If you previously submitted a valid claim as an end user for indirect purchases of CRT Products in related prior settle-ments (*In re: Cathode Ray Tube (CRT) Antitrust Litigation*, MDL No. 1917 (N.D. Cal.)), you do not have to resubmit your claim to benefit from this Settlement unless you have additional purchases to claim.

The amount of money you will receive depends on the type and quantity of CRT Products you purchased and the total number of claims made. Eligible claimants are expected to receive a minimum payment of $10.

## What are my rights?

If you do nothing, you will be bound by the Court's decisions. If you want to keep your right to sue Mitsubishi Electric, you must send a written request to the Class Administrator for exclusion from the Settlement Class by **April 14, 2023**. The Court will exclude any class member who timely requests exclusion. If you stay in the Settlement Class, you may object to the Settlement by **April 14, 2023**.

The Court will hold a hearing on **June 1, 2023** at **2:00 p.m.** via Zoom, with the link available at https://cand.uscourts.gov/ judges/ tigar-jon-s-jst/, to consider whether to approve the Settlement and a request for attorneys' fees up to one-third of the Settlement Fund, plus reimbursement of litigation expenses, and awards to Class Representatives. This date may change so please check the website. You or your own lawyer may appear and speak at the hearing at your own expense.

A simple online Claim Form and more detailed notice of the Settlements is available online at www.CRTClaims.com or by calling toll-free at 1-800-649-0963.

**PLEASE DO NOT CONTACT THE COURT.**

# DECLARATION OF JOSEPH M. FISHER

# EXHIBIT S

**Notice of Settlement - In re: Cathode Ray Tube (CRT) Antitrust Litigation Important Legal Notice - You Could Get Money from a Settlement Involving TVs and Computer Monitors**

**CRT Indirect Purchaser Class Action Settlements notice@pnclassaction.com**
Reply-To: info@CRTclaims.com
To: Test@email.com

Unsubscribe - Unsubscribe Preferences

**LEGAL NOTICE**

**CRT Indirect Purchaser Class Action Settlements**

*In re: Cathode Ray Tube (CRT) Antitrust Litigation*, MDL No. 1917 (N.D. Cal.)

**Important Legal Notice - You Could Get Money from a Settlement Involving TVs and Computer Monitors**

This Notice is authorized by the U.S. District Court for the Northern District of California in the case entitled In re: Cathode Ray Tube (CRT) Antitrust Litigation, MDL No. 1917. This is not a solicitation from a lawyer.

A class action Settlement has been reached with Mitsubishi Electric Corporation involving Cathode Ray Tubes ("CRTs"), a display device that was the main component in TVs and computer monitors. The lawsuit claims that Mitsubishi Electric conspired with other CRT manufacturers to fix the prices of CRTs, causing consumers to pay more for CRTs and products containing CRTs, such as TVs and computer monitors ("CRT Products").

If you indirectly bought televisions, computer monitors, or other products containing CRTs, you could get money from this Settlement totaling $33 million.

"Indirectly" means that you purchased the CRT Products from someone other than the manufacturer of the CRT Products. For example, you bought a CRT television from a retailer, such as Best Buy, or a CRT monitor from Dell.

A simple online Claim Form and more detailed notice of the Settlements is available online at www.CRTClaims.com or by calling toll-free at 1-800-649-0963.

Claim online or by mail by **June 13, 2023**. If you previously submitted a valid claim as an end user for indirect purchases of CRT Products in related prior settlements (*In re: Cathode Ray Tube (CRT) Antitrust Litigation*, MDL No. 1917 (N.D. Cal.)), you do not have to resubmit your claim to benefit from this Settlement unless you have additional purchases to claim.

The amount of money you will receive depends on the type and quantity of CRT Products you purchased and the total number of claims made. Eligible claimants are expected to receive a minimum payment of $10.

Please read the notice carefully. Your legal rights may be affected whether or not you act.

You can make a claim for money if you indirectly purchased CRT Products, for your own use and not for resale, in Arizona, Arkansas, California, the District of Columbia, Florida, Hawaii, Iowa, Kansas, Maine, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Hampshire, New Mexico, New York, North Carolina, North Dakota, Oregon, Rhode Island, South Carolina, South Dakota, Tennessee, Utah, Vermont, West Virginia or Wisconsin (the "Settlement Class").

The purchase must have been made in one of these states but you do not have to be a resident of these states. Purchases in Missouri, Montana and Rhode Island must have been made primarily for personal, family or household                                                                                                                                       purposes.

Purchasers in nine additional states are included in this Settlement with Mitsubishi Electric Corporation that were not included in prior settlements involving indirect purchases of CRT Products. The nine additional states are: Arkansas, Massachusetts, Missouri, Montana, New Hampshire, Oregon, Rhode Island, South Carolina, and Utah.

Be sure to check your eligibility by going to www.CRTClaims.com.

If you do nothing, you will be bound by the Court's decisions. If you want to keep your right to sue Mitsubishi Electric, you must send a written request to the Class Administrator for exclusion from the Settlement Class by **April 14, 2023**. The Court will exclude any class member who timely requests exclusion. If you stay in the Settlement Class, you may object to the Settlement by **April 14, 2023**.

The Court will hold a hearing on **June 1, 2023 at 2:00 p.m.** via Zoom, with the link available at https://cand.uscourts.gov/judges/tigar-jon-s-jst/, to consider whether to approve the Settlement and a request for attorneys' fees up to one-third of the Settlement Fund, plus reimbursement of litigation expenses, and awards to Class Representatives. This date may change so please check the website. You or your own lawyer may appear and speak at the hearing at your own expense.

Questions? Contact us as follows:

CRT Claims Administrator
c/o The Notice Company
P.O. Box 778
Hingham, MA 02043
1-800-649-0963
www.CRTClaims.com

Para una notificacion en Espanol, llamar o visitar nuestro website.

PLEASE DO NOT CONTACT THE COURT

Unsubscribe - Unsubscribe Preferences

**DECLARATION OF JOSEPH M. FISHER**

**EXHIBIT T**

CRT Indirect Exclusions
c/o The Notice Company
P.O. Box 778
Hingham, MA 02043

Wednesday, March 1, 2023

To whom it may concern:

This is in regards to the following case: Luscher, et al. v. Mitsubishi Electric Corp., Case No. 17-cv-04067-JST.

Please exclude me from the settlement that involves Luscher, et al. v. Mitsubishi Electric Corp., Case No. 17-cv-04067-JST.  I do not want to be part of the settlement.

If there are any questions or concerns, please let me know.

Sincerely,

Mr. Ali Ratzel

Jefferson City, MO 65109



Mr. Ali Ratzel

Jefferson City, MO 65109-5502

CRT Indirect Exclusions
c/o The Notice Company
P.O. Box 778
Hingham, MA 02043

