1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION <br><br> This Document Relates to: <br><br> *ALL INDIRECT PURCHASER ACTIONS* | Master File No. 07-CV-5944-JST <br><br> MDL No. 1917 <br><br> **STIPULATION AND [PROPOSED] ORDER RE: CASE SCHEDULE** <br><br> Judge:   Honorable Jon S. Tigar |

Indirect Purchaser Plaintiffs ("IPPs") and Defendants Irico Group Corporation and Irico Display Devices Co., Ltd. ("Irico" or the "Irico Defendants," collectively the "Parties"), by and through the undersigned counsel and pursuant to Federal Rule of Civil Procedure 16(b)(4) and Civil Local Rule 7-12, hereby stipulate as follows:

WHEREAS, on January 5, 2023, this Court entered an Amended Scheduling Order setting a trial date of January 8, 2024 and certain associated deadlines. [ECF No. 6135] ("Scheduling Order");

WHEREAS, the Parties met and conferred and agreed that modified dates could allow the parties more time for the initial exchange of trial exhibit lists, witness lists, and deposition designations, as well as the filing of dispositive motions, without impacting the trial date;

WHEREAS, the Parties agree that good cause exists to modify certain existing deadlines and the Scheduling Order as outlined in the chart below, subject to Court approval;

WHEREAS, the Parties agree that the proposed modification of the deadlines for dispositive motions is without prejudice to the Parties' positions with respect to Plaintiffs' pending motion for sanctions that seeks in part to alter the scope of certain summary judgment motions.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between counsel for IPPs and the Irico Defendants that good cause exists to modify the case schedule as outlined in the chart below.

**PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED THAT THE CASE SCHEDULE AND DEADLINES ARE MODIFIED AS FOLLOWS:**

| Event | Current Deadline | [Proposed] Deadline |
|---|---|---|
| First simultaneous exchange of proposed jury instructions and special verdict forms | June 16, 2023 | June 16, 2023 |
| Last day to exchange trial exhibit lists, witness lists, and deposition designations[1] | May 26, 2023 | June 30, 2023 |
| Last day to file dispositive motions | June 30, 2023 | July 28, 2023 |

---

[1] The Parties agree that any proposed deposition excerpts will include all relevant objections, including objections to translations.

| Event | Current Deadline | [Proposed] Deadline |
|---|---|---|
| Second simultaneous exchange of proposed jury instructions and special verdict forms | July 31, 2023 | July 31, 2023 |
| Last day to file motions in limine | August 11, 2023 | August 11, 2023 |
| Last day to exchange objections to trial exhibits and deposition designations, along with any counter-designations; simultaneous exchange of objections to proposed jury instructions and special verdict forms | July 14, 2023 | August 18, 2023 |
| Second simultaneous exchange of objections to proposed jury instructions and special verdict forms | August 25, 2023 | August 25, 2023 |
| Last day to exchange objections to counter-designations of deposition testimony | July 28, 2023 | August 30, 2023 |
| Last day to file oppositions to motions in limine[2] | September 1, 2023 | September 1, 2023 |
| Last day to file responses to dispositive motions | August 4, 2023 | September 6, 2023 |
| Last day to file replies to dispositive motions | August 18, 2023 | September 20, 2023 |
| Hearing on dispositive motions | September 7, 2023 at 2:00 pm | October 6, 2023 at 2:00 p.m. |
| Hearings on motions in limine | October 6, 2023, at 2:00 p.m | October 13, 2023, at 2:00 p.m. |
| Last day to file parties' joint and any alternatively proposed jury instructions and verdict form | October 9, 2023 | October 9, 2023 |
| Last day to meet and confer before pretrial conference | October 13, 2023 | October 13, 2023 |
| Last day to submit disputed deposition designations to Court | September 15, 2023 | October 20, 2023 |
| Last day to file stipulation on pre-admission of trial exhibits | October 24, 2023 | November 21, 2023 |
| Last day to file joint pretrial statement, proposed findings of fact, and proposed conclusions of law | December 8, 2023 | December 8, 2023 |
| Exhibits marked and exchanged | December 14, 2023 | December 14, 2023 |
| Pretrial conference | December 15, 2023, at 2:00 p.m. | December 15, 2023, at 2:00 p.m. |
| Last day to deliver trial exhibits to the Court | December 21, 2023 | December 21, 2023 |
| Trial | January 8, 2024, at 8:00 a.m. | January 8, 2024, at 8:00 a.m. |

---

[2] No motion in limine or opposition to motion in limine shall exceed five pages.

Dated: _____

                        HONORABLE JON S. TIGAR
                        UNITED STATES DISTRICT JUDGE

Dated: May 15, 2023

/s/ *Mario N. Alioto*
Mario N. Alioto (56433)
Joseph M. Patane (72202)
Lauren C. Capurro (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2001 Union Street, Suite 482
San Francisco, CA 94123
Telephone: 415-563-7200
Facsimile: 415- 346-0679
Email: malioto@tatp.com
jpatane@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the Indirect Purchaser Plaintiffs*

/s/ *John M. Taladay*
John M. Taladay (*pro hac vice*)
Evan J. Werbel (*pro hac vice*)
Thomas E. Carter (*pro hac vice*)
Andrew L. Lucarelli (*pro hac vice*)
BAKER BOTTS LLP
700 K Street, N.W.
Washington, D.C. 20001
(202) 639-7700
(202) 639-7890 (fax)
Email: john.taladay@bakerbotts.com
       evan.werbel@bakerbotts.com
       tom.carter@bakerbotts.com
       drew.lucarelli@bakerbotts.com

*Attorneys for Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.*

**ATTESTATION**

I, Lauren C. Capurro, hereby attest, pursuant to United States District Court, Northern District of California Civil Local Rule 5-1(i)(3), that each of the other Signatories have concurred in the filing of the document.

By: /s/ *Lauren C. Capurro*
Mario N. Alioto