1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-CV-5944-JST |
|---|---|
| | MDL No. 1917 |
| This Document Relates to: | **STIPULATION AND [PROPOSED] ORDER RE: CASE SCHEDULE (AS MODIFIED)** |
| *ALL INDIRECT PURCHASER ACTIONS* | Judge:   Honorable Jon S. Tigar |

1   Indirect Purchaser Plaintiffs ("IPPs") and Defendants Irico Group Corporation and Irico
2   Display Devices Co., Ltd. ("Irico" or the "Irico Defendants," collectively the "Parties"), by and
3   through the undersigned counsel and pursuant to Federal Rule of Civil Procedure 16(b)(4) and
4   Civil Local Rule 7-12, hereby stipulate as follows:

5   WHEREAS, on January 5, 2023, this Court entered an Amended Scheduling Order setting a
6   trial date of January 8, 2024 and certain associated deadlines. [ECF No. 6135] ("Scheduling
7   Order");

8   WHEREAS, the Parties met and conferred and agreed that modified dates could allow the
9   parties more time for the initial exchange of trial exhibit lists, witness lists, and deposition
10  designations, as well as the filing of dispositive motions, without impacting the trial date;

11  WHEREAS, the Parties agree that good cause exists to modify certain existing deadlines
12  and the Scheduling Order as outlined in the chart below, subject to Court approval;

13  WHEREAS, the Parties agree that the proposed modification of the deadlines for
14  dispositive motions is without prejudice to the Parties' positions with respect to Plaintiffs' pending
15  motion for sanctions that seeks in part to alter the scope of certain summary judgment motions.

16  THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between counsel
17  for IPPs and the Irico Defendants that good cause exists to modify the case schedule as outlined in
18  the chart below.

19  **PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO
20  ORDERED THAT THE CASE SCHEDULE AND DEADLINES ARE MODIFIED AS
21  FOLLOWS:**

| Event | Current Deadline | [Proposed] Deadline |
|---|---|---|
| First simultaneous exchange of proposed jury instructions and special verdict forms | June 16, 2023 | June 16, 2023 |
| Last day to exchange trial exhibit lists, witness lists, and deposition designations[1] | May 26, 2023 | June 30, 2023 |

---

[1] The Parties agree that any proposed deposition excerpts will include all relevant objections, including objections to translations.

| Event | Current Deadline | [Proposed] Deadline |
|---|---|---|
| Last day to file dispositive motions | June 30, 2023 | July 28, 2023 |
| Second simultaneous exchange of proposed jury instructions and special verdict forms | July 31, 2023 | July 31, 2023 |
| Last day to file motions in limine | August 11, 2023 | August 11, 2023 |
| Last day to exchange objections to trial exhibits and deposition designations, along with any counter-designations; simultaneous exchange of objections to proposed jury instructions and special verdict forms | July 14, 2023 | August 18, 2023 |
| Second simultaneous exchange of objections to proposed jury instructions and special verdict forms | August 25, 2023 | August 25, 2023 |
| Last day to exchange objections to counter-designations of deposition testimony | July 28, 2023 | August 30, 2023 |
| Last day to file oppositions to motions in limine[2] | September 1, 2023 | September 1, 2023 |
| Last day to file responses to dispositive motions | August 4, 2023 | September 6, 2023 |
| Last day to file replies to dispositive motions | August 18, 2023 | September 20, 2023 |
| Hearing on dispositive motions | September 7, 2023 at 2:00 pm | November 9, 2023, ~~October 6, 2023~~ at 2:00 p.m. |
| Hearings on motions in limine | October 6, 2023, at 2:00 p.m | December 15, 2023, ~~October 13, 2023,~~ at 2:00 p.m. |
| Last day to file parties' joint and any alternatively proposed jury instructions and verdict form | October 9, 2023 | ~~October 9~~ December 18, 2023 |
| Last day to meet and confer before pretrial conference | October 13, 2023 | ~~October 13~~ December 22, 2023 |
| Last day to submit disputed deposition designations to Court | September 15, 2023 | ~~October 20~~ December 1, 2023 |
| Last day to file stipulation on pre-admission of trial exhibits | October 24, 2023 | ~~November 21, 2023~~ January 22, 2024 |

---

[2] No motion in limine or opposition to motion in limine shall exceed five pages.

| Event | Current Deadline | [Proposed] Deadline |
|---|---|---|
| Last day to file joint pretrial statement, proposed findings of fact, and proposed conclusions of law | December 8, 2023 | ~~December 8, 2023~~ January 26, 2024 |
| Exhibits marked and exchanged | December 14, 2023 | ~~December 14, 2023~~ February 1, 2024 |
| Pretrial conference | December 15, 2023, at 2:00 p.m. | ~~December 15, 2023~~ February 2, 2024, at 2:00 p.m. |
| Last day to deliver trial exhibits to the Court | December 21, 2023 | ~~December 21, 2023~~ February 20, 2024 |
| Trial | January 8, 2024, at 8:00 a.m. | ~~January 8~~ February 26, 2024, at 8:00 a.m. |

Dated: May 19, 2023

_____
HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE

Dated: May 18, 2023

/s/ *Mario N. Alioto*
Mario N. Alioto (56433)
Joseph M. Patane (72202)
Lauren C. Capurro (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2001 Union Street, Suite 482
San Francisco, CA 94123
Telephone: 415-563-7200
Facsimile: 415- 346-0679
Email: malioto@tatp.com
jpatane@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the Indirect Purchaser Plaintiffs*

/s/ *John M. Taladay*
John M. Taladay (*pro hac vice*)
Evan J. Werbel (*pro hac vice*)
Thomas E. Carter (*pro hac vice*)

Andrew L. Lucarelli (*pro hac vice*)
BAKER BOTTS LLP
700 K Street, N.W.
Washington, D.C. 20001
(202) 639-7700
(202) 639-7890 (fax)
Email: john.taladay@bakerbotts.com
　　　　evan.werbel@bakerbotts.com
　　　　tom.carter@bakerbotts.com
　　　　drew.lucarelli@bakerbotts.com

*Attorneys for Defendants Irico Group Corp.*
*and Irico Display Devices Co., Ltd.*