**WEITZ & LUXENBERG, P.C.**
Paul F.  Novak (P39524)
The Fisher Building
3011 W.  Grand Boulevard, 24th Floor
Detroit, Michigan 48202
Tel: (313) 800-4170
pnovak@weitzlux.com

*Attorney for Plaintiffs Kory Pentland, Travis
Burau, James Brown, Ryan Rizzo, and Joshua
Maida*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-05944-JST<br>MDL Docket No. 1917 |
| | Honorable Jon S. Tigar |
| This document relates to:<br><br>ALL ACTIONS | **NOTICE OF WITHDRAWAL OF COUNSEL** |

PLEASE TAKE NOTICE that Paul F. Novak of Weitz & Luxenberg, P.C. submits this Notice of Withdrawal of Counsel for Paul F. Novak on behalf of Plaintiffs Kory Pentland, James Brown, Ryan Rizzo, Joshua Maida and Travis Burau. Mr. Novak also requests that his name be removed from all ECF service lists in this action. Plaintiffs continue to be represented by counsel from Milberg Coleman Bryson Phillips Grossman, PLLC.

Dated: May 25, 2023                    Respectfully submitted,

                                       WEITZ & LUXENBERG, P.C.

                         By:    */s/ Paul F. Novak*_____
                                Paul F. Novak (P39524)
                                The Fisher Building
                                3011 W. Grand Boulevard, 24th Floor
                                Detroit, Michigan 48202
                                Tel: (313) 800-4170
                                pnovak@weitzlux.com

                                *Attorney for Plaintiffs Kory Pentland, Travis Burau, James Brown, Ryan Rizzo, and Joshua Maida*

**WEITZ & LUXENBERG, P.C.**
Paul F. Novak (P39524)
The Fisher Building
3011 W. Grand Boulevard, 24th Floor
Detroit, Michigan 48202
Tel: (313) 800-4170
pnovak@weitzlux.com

*Attorney for Plaintiffs Kory Pentland, Travis Burau, James Brown, Ryan Rizzo, and Joshua Maida*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-05944-JST MDL Docket No. 1917 |
| | Honorable Jon S. Tigar |
| This document relates to: | **CERTIFICATE OF SERVICE** |
| ALL ACTIONS | |

I, Paul F. Novak, attorney at Weitz & Luxenberg, P.C., certify that:

On May 25, 2023, a copy of the foregoing NOTICE OF WITHDRAWAL OF COUNSEL was served by the USDC/NDCA CM/ECF System on all parties registered for e-Filing in the above-captioned case.

By:     */s/ Paul F. Novak*
        Paul F. Novak