| | |
|---|---|
| 1 | BAKER BOTTS L.L.P. |
| 2 | Erik T. Koons (*pro hac vice*) |
|   | 700 K Street, NW |
| 3 | Washington, D.C. 20001 |
|   | Telephone: (202) 639-7700 |
| 4 | Facsimile:  (202) 639-7890 |
|   | Email: erik.koons@bakerbotts.com |
| 5 | |
|   | *Attorneys for Defendants Koninklijke Philips N.V.* |
| 6 | *and Philips North America LLC* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 4:07-cv-05944-JST |
| | MDL No. 1917 |
| This Document Relates to | |
| ALL ACTIONS | **NOTICE OF WITHDRAWAL OF COUNSEL JOSEPH A. OSTOYICH** |

# NOTICE OF WITHDRAWAL OF COUNSEL

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Joseph A. Ostoyich will no longer be associated with the firm of Baker Botts L.L.P. and is hereby withdrawing as counsel for Defendants Koninklijke Philips N.V. and Philips Electronics North America Corporation (n/k/a Philips North America LLC)[1] ("PNA") ("Philips Defendants") in the above referenced matter.  We respectfully request that his name be removed from all applicable service lists, including Notices of Electronic Filing.

The law firm of Baker Botts L.L.P. will continue to serve as counsel for the Philips Defendants.

Dated: May 30, 2023

Respectfully Submitted:

By: /s/ *Erik T. Koons*

Erik T. Koons (*pro hac vice*)
BAKER BOTTS L.L.P.
700 K Street, NW
Washington, D.C. 20001
Telephone: (202) 639-7700
Facsimile:  (202) 639-7890
Email: erik.koons@bakerbotts.com

*Attorney for Defendants Koninklijke Philips N.V. and Philips North America LLC*

---

[1] *See* Dkt. 5660. Philips Electronics North America Corporation ("PENAC") is now known as Philips North America LLC.