Robert J. Bonsignore (Admitted *pro hac vice* Massachusetts BBO # 547880)
BONSIGNORE, PLLC
23 Forest Street
Medford, MA  02155
Cell Phone: (781) 856-7650
Facsimile: (702) 852-5726
rbonsignore@classactions.us
melanie@classactions.us

Joseph M. Alioto (CSBN 42680)
Tatiana V. Wallace (CSBN 233939)
ALIOTO LAW FIRM
One Sansone Street, 35th Floor
San Francisco, CA 94104
Telephone: (415) 434-8900
Email: jmalioto@aliotolaw.com

***Counsel for Massachusetts Only Indirect Purchaser Plaintiffs Gianasca and Caldwell***

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Case No.: 4:08-cv-01599<br>Master File No. 4:07-cv-05944-JST<br>Related MDL No. 1917 |
| This Document Relates to<br><br>All Indirect Purchaser Actions | **PLAINTIFFS' UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO SANCTIONS ORDER (DKT. NO. 6201) and [PROPOSED] ORDER**<br><br>Courtroom:    Courtroom 6, 2nd Floor<br>Judge:          Hon. Jon S. Tigar |

**Introduction**

On May 25, 2023, this Honorable Court granted Defendant LG Electronics, Inc., LG Electronics USA, Inc., and LG Electronics Taiwan Taipei Co., Ltd. ("LGE's") Motion for Sanctions against Massachusetts Indirect Purchaser (IPP) Plaintiffs and Putative Class Representatives Anthony Gianasca and Barbara Caldwell's (together "Giansaca" or "Plaintiffs"). *See* Dkt. No. 6201.

Massachusetts IPPs strongly believe that the most efficient way to resolve the Order granting sanctions against the Plaintiffs is through the meet and confer process with LGE. However, due to Massachusetts IPP counsel's pending conflicts, resolving the sanctions by the Court's deadline of June 22, 2023 would be nearly impossible. For these reasons, Massachusetts IPPs request a 30-day extension to respond to this Court's order on sanctions.

**Argument**

1. On November 3, 2022, Plaintiffs' counsel Robert Bonsignore and Joseph Alioto filed suit advancing allegations under the Clayton act against JetBlue and Spirit to stop the proposed merger in *Garavanian v. Jet Blue Airways Corp. and Spirit Airlines, Inc.*, Case No. 1:23-cv-10678-WGY ("*Garavanian* case"). *See* Exhibit A to Affidavit of Robert J. Bonsignore ("Bonsignore Aff.").

2. On March 7, 2023, the Department of Justice joined the above-referenced case and filed suit against JetBlue and Spirit to stop the proposed merger between the two airlines in *United States v. JetBlue Airways Corp. and Spirit Airlines, Inc.,* Case No. 23-cv-10511 WGY ("DOJ case").

3. On May 23, 2023, Judge Young of the United States District Court for the District Massachusetts ordered the consolidation of discovery between the DOJ case and the *Garavanian* case. The Court further ordered fact discovery to be completed by June 28, 2023. *See* Exhibit B to Bonsignore Aff. at page 3.

4. Robert Bonsignore is scheduled to complete 18 depositions within the next 14 days in the above *Garavanian* case. *See* Exhibit C to Bonsginore Aff.

5. Joseph Alioto is also scheduled to conduct multiple depositions in the *Garavanian* case.

6. On May 25, 2023, this Court issued an order instructing Mr. Bonsignore and Mr. Alioto to confer with counsel for LGE for the purposes of determining a fair sanction award, finding among other things, that an email representation that the action against LGE would not be pursued, was of no effect to "him exactly, and that LG had no alternative other than to file a motion to dismiss" to quote him exactly. *See* Dkt. No. 6201.

8. On June 5, 2023, counsel for LGE electronically mailed Massachusetts IPPs counsel their related billing. *See* Exhibit D to Bonsignore Aff. at page 3.

9. On June 5, 2023, Attorney Bonsignore responded that the bills were excessive and asked LGE's counsel to review them again and to return the final billing in affidavit form under oath and under the pains and penalties of perjury. *See* Exhibit D to Bonsignore Aff. at page 3.

10. On June 14, 2023, counsel for LGE sent an updated billing total and requested a meet and confer, or alternatively, to simultaneously exchange inserts for the joint submission required by this Court's order. *See* Exhibit D to Bonsignore Aff. at pages 1-2. This date falls in the middle of the *Garavanian* case expedited discovery schedule, during which time Mr. Bonsignore and Mr. Alioto are leading multiple depositions for their clients. While Massachusetts IPPs are willing to meet and confer with counsel for LGE, the standing date and timeline directed by this Court puts an extreme burden on Massachusetts IPPs' counsel.

11. On June 15, 2023, Massachusetts IPP counsel sent notice to counsel for LGE explaining that Mr. Bonsignore and Mr. Alioto were on an extremely tight discovery schedule in their other case

(*Garavanian* case) and advised that he would be sending this motion to LGE to confirm whether LGE would join this motion or oppose it. *See* Exhibit D to Bonsignore Aff. at Page 1.

12. On June 19, 2023, counsel for LGE, Nathan P. Eimer, advised Massachusetts IPPs' counsel that LGE does not object to a 30-day extension to respond to this Court's Order on Sanctions. *See* Exhibit E to Bonsignore Aff. at Page 1.

**CONCLUSION**

The MA IPPs believe that a good faith meet and confer with LGE will be the most efficient and effective way to resolve the Order granting sanctions against Massachusetts IPPs (Dkt. No. 6201) without burdening the court. Accordingly, Massachusetts IPPs' counsel seeks a 30-day extension to further engage in the meet and confer process with LGE's counsel. For the foregoing reasons, Masschusetts IPPs pray that this Court will grant its Unopposed Motion to Extend Time to Respond to this Court's Order on Sanctions.

Dated:  June 20, 2023                                Respectfully submitted,

/s/ *Robert J. Bonsignore*
Robert J. Bonsignore (Admitted *pro hac vice*
Massachusetts BBO # 547880)
BONSIGNORE TRIAL LAWYERS, PLLC
23 Forest Street
Medford, Massachusetts 02155
Tel: (781) 350-0000
Cell (781) 856-7650
Fax: (702) 983-8673
rbonsignore@classactions.us
Melanie@classactions.us

Joseph M. Alioto (CSBN 42680)
Tatiana Wallace (CSBN 233939)
ALIOTO LAW FIRM
One Sansone Street, 35th Floor
San Francisco, CA 94104
Telephone: (415) 434-8900
Email: jmalioto@aliotolaw.com
**Counsel for the Massachusetts Only
Indirect Purchaser Plaintiffs Gianasca and
Caldwell**

**[PROPOSED] ORDER**

On June _____, 2023, Pursuant to Local Rule 6-3, Massachusetts Counsel filed a Motion

to Extend Time to Respond to Motion for Sanctions (ECF _____).  Having considered the Motion,

the papers and records on file in this action, an all other matters of which the Court may properly

consider, it is hereby **ORDERED** that the Motion is **GRANTED**.  Within __ days of this order,

the parties shall file a joint stipulation and proposed order if they can reach agreement, or if they

are unable to reach agreement, a joint brief of not more than eight pages, along with sufficient

documentation to allow the Court to determine a reasonable sanction.


Dated: June _____, 2023


_____
Hon. Jon S. Tigar
UNITED STATES DISTRICT COURT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

PLAINITFFS' UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO SANCTIONS ORDER
(Dkt. No. 6201) and [PROPOSED] ORDER
Case No. 4:08-cv-01559, Master File No. 4:07-cv-05944-JST, MDL No. 1917

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing **PLAINTIFFS' UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO SANCTIONS ORDER (DKT. NO. 6201) and [PROPOSED] ORDER** was filed *via* CM/ECF on June 20th, 2023 and as a result has been served on all counsel of record *via* transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Robert J. Bonsignore*

PLAINITFFS' UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO SANCTIONS ORDER
(Dkt. No. 6201) and [PROPOSED] ORDER
Case No. 4:08-cv-01559, Master File No. 4:07-cv-05944-JST, MDL No. 1917