Robert J. Bonsignore (Admitted *pro hac vice* Massachusetts BBO # 547880)
BONSIGNORE, PLLC
23 Forest Street
Medford, MA  02155
Cell Phone: (781) 856-7650
Facsimile: (702) 852-5726
rbonsignore@classactions.us
melanie@classactions.us

Joseph M. Alioto (CSBN 42680)
Tatiana V. Wallace (CSBN 233939)
ALIOTO LAW FIRM
One Sansone Street, 35th Floor
San Francisco, CA 94104
Telephone: (415) 434-8900
Email: jmalioto@aliotolaw.com

***Counsel for Massachusetts Only Indirect Purchaser Plaintiffs Gianasca and Caldwell***

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Case No.: 4:08-cv-01599<br>Master File No. 4:07-cv-05944-JST<br>Related MDL No. 1917 |
| This Document Relates to<br><br>All Indirect Purchaser Actions | **AFFIDAVIT OF ROBERT J. BONSIGNORE IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO SANCTIONS ORDER (DKT. NO. 6201)**<br><br>Courtroom:   Courtroom 6, 2nd Floor<br>Judge:          Hon. Jon S. Tigar |

I, Robert Bonsignore, under oath swear and depose that I have personal knowledge of the following:

1. I am counsel for the Plaintiffs in the *Garavanian v. Jet Blue Airways Corp. and Spirit Airlines, Inc.*, Case No. 1:23-cv-10678-WGY ("*Garavanian* Case") currently pending in the Federal District Court – District of Massachusetts. Attached hereto as Exhibit A is a true and correct copy of the operative complaint for the *Garavanian* Case.

2. Discovery was ordered to be complete in the Garavanian Case by June 28, 2023. A true and correct copy of the *Garavanian* Court's Scheduling Order is attached here to as Exhibit B.

3. I am personally responsible for defending 18 depositions occurring between June 16 through June 28, 2023 in the *Garavanian* Case. Attached hereto as Exhibit C is a true and correct copy of my deposition schedule for the *Garavanian* Case.

4. This Court granted LGE's Motion for Sanctions on May 25, 2023.

5. Per this Court's Order (Dkt. No. 6201), counsel for Massachusetts IPPs and LGE are required to meet and confer in an attempt to agree on an appropriate monetary sanction with 28 days of the order, the deadline of which is June 22, 2023.

6. I have exchanged several electronic communications with Nathan P. Eimer, counsel for LGE, from June 5, 2023., relating to the Court's Order (Dkt. No. 6201). Attached hereto as Exhibit D is a true and correct copy of my email correspondence with Mr. Eimer.

7. On June 19, 2023, counsel for LGE, Nathan P. Eimer, advised Massachusetts IPPs' counsel that LGE does not object to a 30-day extension to respond to this Court's Order on Sanctions (Dkt. No. 6201). Attached hereto as Exhibit E is a true and correct copy of my email correspondence with Mr. Eimer.

8. Because of my deposition schedule in the *Garavanian* Case, it would be near impossible to come to an appropriate monetary agreement with LGE counsel by this Court's June 22, 2023 deadline.

9. I am hopeful that Massachusetts IPPs and LGE will be able to determine an appropriate monetary agreement for sanctions during a meet and confer if this brief request for an extension is granted.

Signed this 20th Day of June, 2023, under the pains and penalties of perjury.

/s/ *Robert J. Bonsignore*
Robert J. Bonsignore (Admitted *pro hac vice*
Massachusetts BBO # 547880)
BONSIGNORE TRIAL LAWYERS, PLLC
23 Forest Street
Medford, Massachusetts 02155
Tel: (781) 350-0000
Cell (781) 856-7650
Fax: (702) 983-8673
rbonsignore@classactions.us
Melanie@classactions.us

**Counsel for the Massachusetts Only Indirect Purchaser Plaintiffs Gianasca and Caldwell**

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing AFFIDAVIT OF ROBERT J. BONSIGNORE IN SUPPORT OF PLAINTIFFS' MOTION TO EXTEND TIME TO RESPOND TO MOTION FOR SANCTIONS was filed *via* CM/ECF on June 20th, 2023 and as a result has been served on all counsel of record *via* transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Robert J. Bonsignore

3

AFFIDAVIT OF ROBERT J. BONSIGNORE IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO SANCTIONS ORDER (DKT. NO. 6201)
Case No. 4:08-cv-01559, Master File No. 4:07-cv-05944-JST, MDL No. 1917