# EXHIBIT C

JETBLUE - Plaintiff Deposition Schedule (FINAL)

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| **JUNE** | | | | **1** | **2** | **3** |
| **4** | **5** | **6** | **7** | **8** | **9** | **10** |
| **11** | **12** | **13** 9am ET RUBINSOHN, BILL; 1pm ET ARCEL, KATHERINE; 5pm ET BRITO, JOSE | **14** 9am ET TALEWSKY, GARY; 1pm ET WARD, PAMELA; 5pm ET D'AUGUSTA, ROSEMARY | **15** | **16** | **17** |
| **18** 1pm ET NIEBOER, TIMOTHY | **19** 9am ET GARAVANIAN, GABRIEL; 1pm ET RUSSELL, SONDRA; 5pm ET FREELAND, DON | **20** 9am ET GARAVANIAN, HARRY; 1pm ET GARDNER, YVONNE; 5pm ET FRY, DONNA | **21** 9am ET MALANEY, MICHAEL; 1pm ET JOLLY, VALARIE; 5pm ET BROWN, JAN-MARIE | **22** 9am ET MCCARTHY, LISA; 1pm ET DAVIS, BRENDA; 5pm ET STENSRUD, CLYDE | **23** 9am ET FAUST, PAMELA; 1pm ET PULFER, DEBORAH; 5pm ET FJORD, CAROLYN | **24** |
| **25** | **26** | **27** | **28** 1pm ET WHALEN, CHRISTINE; 5pm ET MARAZZO, LEN | **29** | **30** | **AWAITING CONFIRMATION** / **SCHEDULE CONFIRMED** / **SCHEDULING CONFLICT** / **UNAVAILABLE** |