# EXHIBIT D

**Subject:** Re: CRT: Sanctions Motion
**Date:** Thursday, June 15, 2023 at 7:32:24 PM Eastern Daylight Time
**From:** Robert Bonsignore
**To:** Eimer, Nate
**CC:** Joe Alioto, Jacobsen, Vanessa G., Chang, Brian

Elmer,'

I responded to that email by defining the billing as excessive and respectfully requesting you take a second look at it and send it back in affidavit form.

Joe and I are in a Clayton Act case and must complete discovery by June 27, 2023. To give you more context I am attaching my deposition schedule. In sum I am doing three depositions a day.

I have rough drafted a motion to request more time. I plan to forward it to you for your review. At that time I will ask if you oppose or will join in that request.

Please send the billing to Joe who has asked that you call him to discuss resolution.

His schedule is also tied to the Clayton Act case and my opinion is that it would be best to wait until that discovery is over on June 29, 2023. That of course is your call.

---

**From:** Eimer, Nate <neimer@EimerStahl.com>
**Date:** Wednesday, June 14, 2023 at 3:49 PM
**To:** Robert Bonsignore <rbonsignore@classactions.us>
**Cc:** Joe Alioto <jmalioto@aliotolaw.com>, Jacobsen, Vanessa G. <vjacobsen@EimerStahl.com>, Chang, Brian <bchang@EimerStahl.com>
**Subject:** RE: CRT: Sanctions Motion

Dear Bob and Joe,

On June 5th I sent you our time sheets for time incurred since the filing of your motion to amend the complaint per Bob's request and suggested that per the Court's order we try to come to agreement on a reasonable payment to LGE in light of the Court's sanctions order against you. Having heard nothing from you in response to my email below, and given the court's order directing us to meet and confer on the appropriate amount of a monetary sanction, attached is a summary of the billed time that we intend to submit to the Court and on which we will seek fees and expenses. As I noted below, the invoice information you already have is the total amount of work that your frivolous filing caused, but the attached reflects only the time spent on the work necessary to extricate LGE from the litigation and recover sanctions as well as

engaging with you on these issues which I believe is the minimum the Court will award.  If you have some alternative proposal, please let me know and provide the basis for your proposal.  We can set up a meet and confer call or video meeting if you'd like to propose a date and time.

If we are unable to reach agreement, I suggest exchanging inserts for the joint submission required by the Court's order simultaneously at 2:00 pm Pacific time on June 22.  We can take responsibility for inserting each of our positions into a joint brief and filing it with the Court.  To ensure a fair process, we commit to not making any changes to our insert after we see your insert so that we each are on the same footing.  If you have a different suggestion for how to approach the joint submission, please let us know.

Best,

Nate

**Nathan P. Eimer**
312-660-7601

www.eimerstahl.com

NOTICE: This e-mail message and any attachments transmitted with it may contain legally privileged and confidential information. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message and all attachments. Legal advice contained in the preceding message is solely for the benefit of the Eimer Stahl LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party.

**From:** Eimer, Nate <neimer@EimerStahl.com>
**Sent:** Monday, June 5, 2023 12:50 PM
**To:** Robert Bonsignore <rbonsignore@classactions.us>
**Cc:** Joe Alioto <jmalioto@aliotolaw.com>; Jacobsen, Vanessa G. <vjacobsen@EimerStahl.com>; Chang, Brian <bchang@EimerStahl.com>
**Subject:** RE: CRT: Sanctions Motion

I don't think there are any pains and penalties of perjury.  That is the time we spent for the matter you needlessly provoked.  I am happy to hear what you propose to pay in light of the time incurred.  We are under order to attempt to agree on a sanction.  You now see all of the time entries that we have in our system related to that matter.  Please let me know what you propose as reasonable.

Nate

**Nathan P. Eimer**
312-660-7601

www.eimerstahl.com

NOTICE: This e-mail message and any attachments transmitted with it may contain legally privileged and confidential information. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message and all attachments. Legal advice contained in the preceding message is solely for the benefit of the Eimer Stahl LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party.

**From:** Robert Bonsignore <rbonsignore@classactions.us>
**Sent:** Monday, June 5, 2023 12:42 PM
**To:** Eimer, Nate <neimer@EimerStahl.com>
**Cc:** Robert J. Bonsignore <rbonsignore@classactions.us>; Joe Alioto <jmalioto@aliotolaw.com>; Jacobsen, Vanessa G. <vjacobsen@EimerStahl.com>; Chang, Brian <bchang@EimerStahl.com>
**Subject:** CRT: Sanctions Motion

<mark>WARNING: External Email</mark>
Nate this is extremely excessive.

Please give it another look then send it back under the pains and penalties of perjury.

Robert J. Bonsignore, Esq.
Trial Lawyer
Bonsignore, LLC
3771 Meadowcrest Drive
Las Vegas, NV 89121
Cell: (781) 856-7650
Fax (702) 852-5726

RECEIPT OF THIS EMAIL INCLUDING ATTACHMENTS DOES NOT CREATE OR INFER LEGAL REPRESENTATION. WE ONLY REPRESENT CLIENTS WHO HAVE EXECUTED A WRITTEN RETENTION AGREEMENT.

GENERAL NOTICE: This e-mail, including any attachment(s) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, is confidential and may be legally privileged.  If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited.
Please reply to the sender that you have received the message in error, then delete it. Thank you.

NOTICE TO CLIENTS: This e-mail has been sent as a confidential communication by the law office of Bonsignore, PLLC in furtherance of and for the purpose of facilitating the rendition of professional legal services.  If you are a client, this e-mail may be protected by the attorney-client privilege and the work product doctrine.  Do not share this e-mail with opposing parties, opposing counsel or any other third-person or entity. Copies of this e-mail should not be kept in your regular files.  If you print a copy of this e-mail, place it in a separate file labeled "Attorney-Client Privilege."
DO NOT PRODUCE A COPY OF THIS E-MAIL IN DISCOVERY.

Please consider the environment before you print this email.

> On Jun 5, 2023, at 10:32 AM, Eimer, Nate <neimer@EimerStahl.com> wrote:
>
> Dear Bob and Joe:
>
> Per the Court's May 25th order, attached please find a summary of our time incurred as a result of the filing of your motion to include the LGE entities in an amended complaint by the Massachusetts plaintiffs.  I look forward to seeing if we can come up with a reasonable payment by you to satisfy the sanctions awarded in that order.
>
> Best regards,
>
> Nate

**Nathan P. Eimer**

Eimer Stahl LLP
224 South Michigan Avenue, Suite 1100
Chicago, Illinois 60604


[www.eimerstahl.com](http://www.eimerstahl.com)

Phone: 312-660-7601 Fax: 312-692-1718
[neimer@EimerStahl.com](mailto:neimer@EimerStahl.com)

NOTICE: This e-mail message and any attachments transmitted with it may contain legally privileged and confidential information. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message and all attachments. Legal advice contained in the preceding message is solely for the benefit of the Eimer Stahl LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party.

-

<LGE MASS. CRT Sept 2022 - March 2023.pdf>

-