# EXHIBIT E

                                                   Robert Bonsignore <rbonsignore@classactions.us>

# CRT: Sanctions Motion

**Eimer, Nate** <neimer@eimerstahl.com>                                          Mon, Jun 19, 2023 at 3:47 PM
To: Robert Bonsignore <rbonsignore@classactions.us>
Cc: Joe Alioto <jmalioto@aliotolaw.com>, "Jacobsen, Vanessa G." <vjacobsen@eimerstahl.com>, "Chang, Brian" <bchang@eimerstahl.com>, Melanie Porter <melanie@classactions.us>, "Joseph M. Alioto" <josephalioto@mac.com>

While not stipulating to it, LGE will not object to a 30 day extension.  You may so advise the court.

Nate

**Nathan P. Eimer**
312-660-7601



**www.eimerstahl.com**

NOTICE: This e-mail message and any attachments transmitted with it may contain legally privileged and confidential information. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message and all attachments. Legal advice contained in the preceding message is solely for the benefit of the Eimer Stahl LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party.

[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]

> [Quoted text hidden]
> [Quoted text hidden]

**Nathan P. Eimer**
312-660-7601                                                                   **www.eimerstahl.com**

NOTICE: This e-mail message and any attachments transmitted with it may contain legally privileged and confidential information. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message and all attachments. Legal advice contained in the preceding message is solely for the benefit of the Eimer Stahl LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party.

**From:** Eimer, Nate <neimer@EimerStahl.com>
**Sent:** Monday, June 5, 2023 12:50 PM
**To:** Robert Bonsignore <rbonsignore@classactions.us>
**Cc:** Joe Alioto <jmalioto@aliotolaw.com>; Jacobsen, Vanessa G. <vjacobsen@EimerStahl.com>; Chang, Brian <bchang@EimerStahl.com>
**Subject:** RE: CRT: Sanctions Motion

I don't think there are any pains and penalties of perjury. That is the time we spent for the matter you needlessly provoked. I am happy to hear what you propose to pay in light of the time incurred. We are under order to attempt to agree on a sanction. You now see all of the time entries that we have in our system related to that matter. Please let me know what you propose as reasonable.

Nate

**Nathan P. Eimer**
312-660-7601                                                                                      www.eimerstahl.com

NOTICE: This e-mail message and any attachments transmitted with it may contain legally privileged and confidential information. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message and all attachments. Legal advice contained in the preceding message is solely for the benefit of the Eimer Stahl LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party.

[Quoted text hidden]
[Quoted text hidden]

[Quoted text hidden]

[Quoted text hidden]
[Quoted text hidden]

**[Quoted text hidden]**
neimer@EimerStahl.com                                                                             www.eimerstahl.com

NOTICE: This e-mail message and any attachments transmitted with it may contain legally privileged and confidential information. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message and all attachments. Legal advice contained in the preceding message is solely for the benefit of the Eimer Stahl LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party.

-

<LGE MASS. CRT Sept 2022 - March 2023.pdf>

-

-

-