UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917<br>Case No. 07-cv-05944-JST |
| This order relates to:<br>BRIGID TERRY, et al.,<br>　　　　　Plaintiffs,<br>　　v.<br>LG ELECTRONICS, INC., et al.,<br>　　　　　Defendants. | Case No. 08-cv-01559-JST<br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO EXTEND TIME**<br>Re: ECF No. 6207 |

The Court grants the unopposed motion for an extension of time, ECF No. 6207, filed by Massachusetts indirect purchaser plaintiffs. The joint stipulation and proposed order or joint brief required by the Court's May 25, 2023 order, ECF No. 6201, is now due by July 21, 2023.

**IT IS SO ORDERED.**

Dated: June 21, 2023

_____
JON S. TIGAR
United States District Judge