Vaughn R Walker
ADR/Law Office of Vaughn R Walker
Four Embarcadero Center, Suite 2200
San Francisco, CA 94111
Tel: (415) 871-2888
vrw@judgewalker.com

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Relates to:<br><br>*ALL DIRECT PURCHASER ACTIONS*<br><br>*ALL INDIRECT PURCHASER ACTIONS* | Master Case No 07-cv-05944-JST<br><br>MDL No 1917<br><br>**ORDER APPROVING SPECIAL MASTER'S REPORT & RECOMMENDATION ON IRICO'S REQUEST FOR LEAVE TO FILE A SUR-REPLY TO PLAINTIFFS' MOTION FOR SANCTIONS** |

On June 9, 2023, Defendants Irico Display Devices Co, Ltd and Irico Group Corporation (collectively "Irico") requested leave to file their sur-reply in opposition to Plaintiffs' Motion for Sanctions so they could respond to new cases cited in Plaintiffs' May 26, 2023 Reply. Plaintiffs do not agree that a sur-reply is warranted and intend to respond to Irico's contentions at the hearing on their motion.

Considering the seriousness of the requested relief in this motion, Irico's request to file a sur-reply is GRANTED. To schedule a hearing on the motion for sanctions, the parties are requested to confer regarding their mutual availability and to advise FedArb.

/

/

SPECIAL MASTER'S REPORT & RECOMMENDATION                    PAGE **1** OF **2**

1  SO ORDERED.

2

3  Date:    June  16, 2023

4  _____

5  Vaughn R Walker
   United States District Judge (Ret)

6

7  The Recommended Order of the Special Master is Accepted and Ordered / Denied / Modified.

8

9  Date:    July 3, 2023

10

11  _____
    Honorable Jon S Tigar
12  United States District Judge