BAKER BOTTS L.L.P.
John M. Taladay (*pro hac vice*)
Evan J. Werbel (*pro hac vice*)
Thomas E. Carter (*pro hac vice*)
Andrew L. Lucarelli (*pro hac vice*)
700 K Street, N.W.
Washington, D.C. 20001
(202)-639-7700
(202)-639-7890 (fax)
Email: john.taladay@bakerbotts.com
       evan.werbel@bakerbotts.com
       tom.carter@bakerbotts.com
       drew.lucarelli@bakerbotts.com

*Attorneys for Defendants*
*IRICO GROUP CORP. and*
*IRICO DISPLAY DEVICES CO., LTD.*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*ALL INDIRECT PURCHASER ACTIONS* | Master File No. 07-cv-05944-JST<br><br>MDL No. 1917<br><br>**DECLARATION OF EVAN J. WERBEL IN SUPPORT OF IRICO DEFENDANTS' SUBMISSION IN RESPONSE TO ORDER RE: PARTIES' DISPUTES REGARDING SCOPE OF SUMMARY JUDGMENT MOTION (ECF NO. 6216)**<br><br>Judge:   Honorable Jon S. Tigar |

Werbel Decl. ISO Irico Resp. to Order re MSJs

Master File No.:07-cv-05944-JST
MDL No. 1917

I, Evan J. Werbel, declare as follows:

1. I am a member of the bar of the District of Columbia and admitted to practice before this Court *pro hac vice*. I am an attorney with Baker Botts L.L.P., which represents Defendants Irico Group Corporation ("Irico Group") and Irico Display Devices Co., Ltd. ("Irico Display") (collectively, "Irico" or the "Irico Defendants") in this action. I make this Declaration in support of the Irico Defendants' Response to Order re: Parties' Disputes Regarding Scope of Summary Judgment Motion. If called as a witness, I could and would testify to the matters set forth in this declaration of my own personal knowledge.

2. On August 30, 2022, I participated in an unreported Case Management Conference ("CMC") before the Court, along with counsel for the Direct Purchaser Plaintiffs ("DPPs") and Indirect Purchaser Plaintiffs ("IPPs"), regarding case schedules for the Direct Purchaser Actions. *See* ECF No. 6066. During the CMC and in DPPs' proposed schedule, Rick Saveri, lead counsel for DPPs, suggested to the Court that Irico should not be allowed to file any dispositive or *Daubert* motions in the Direct Purchaser Actions until filing the trial briefs shortly before trial. The Court stated that DPPs' proposed plan might be objectionable and told Mr. Saveri it was the Court's view that Irico was "entitled" to bring a motion under Rule 56 (of the Federal Rules of Civil Procedure) and have that motion resolved.

3. On December 21, 2022, I participated in a meet and confer with counsel for IPPs to discuss a new proposed pretrial schedule for the Indirect Purchaser Action. Among the specific topics discussed was the schedule for dispositive motions. During that discussion, Joseph Goldberg, counsel for IPPs, stated that the parties would need to confer regarding dispositive motion topics as directed by the Court. Mr. Goldberg reminded Irico counsel that they would need to provide a list of prospective summary judgment topics prior to meeting and conferring on summary judgment topics. The parties agreed to further discussions regarding the IPP pretrial schedule, which culminated in the parties filing a joint stipulation on December 28, 2022. *See* ECF No. 6131.

///

///

I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of July, 2023, in Washington, D.C.

/s/ Evan J. Werbel

Evan J. Werbel (*pro hac vice*)
BAKER BOTTS L.L.P.
700 K Street, N.W.
Washington, D.C. 20001
Phone: (202)-639-7700
Fax: (202)-639-7890
Email: evan.werbel@bakerbotts.com

*Attorney for Defendants*
*IRICO GROUP CORP. and*
*IRICO DISPLAY DEVICES CO., LTD.*