**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This document relates to:<br><br>ANTHONY GIANASCA AND BARBARA CALDWELL *on behalf of themselves and all others similarly situated,*<br><br>    Plaintiffs,<br><br>v.<br><br>LG ELECTRONICS, INC., et al.,<br><br>    Defendants. | Case No.: 4:08-cv-01559<br><br>Master File No. 4:07-cv-05944-JST<br><br>MDL No. 1917<br><br>**JOINT STIPULATION RE: ORDER GRANTING LGE'S MOTION FOR SANCTIONS, ECF NO. 6201**<br><br>Judge:         Hon. Jon S. Tigar<br>Courtroom:  Courtroom 6, 2nd Floor |

Pursuant to this Court's Order Granting LGE's Motion for Sanctions, ECF No. 6201, counsel for LG Electronics, Inc., LG Electronics USA, Inc., LG Electronics Taiwan Taipei Co., Ltd. (collectively, "LGE") and counsel for the Massachusetts Indirect Purchaser Plaintiffs ("Massachusetts IPPs") submit this joint stipulation.

On May 25, 2023, the Court ordered counsel for LGE and Massachusetts IPPs to meet and confer to attempt to agree on an appropriate monetary sanction. ECF No. 6201, at 6. The order directs the parties to "file a joint stipulation and proposed order if they can reach agreement." *Id.* The parties stipulate that they have met and conferred and have reached agreement as to an appropriate remedy. Counsel for LGE is satisfied.

| | | |
|---|---|---|
| 1 | Dated: July 21, 2023 | By: */s/ Nathan P. Eimer* |
| 2 | | Nathan P. Eimer (*pro hac vice*) |
| | | neimer@eimerstahl.com |
| 3 | | Vanessa G. Jacobsen (*pro hac vice*) |
| | | vjacobsen@eimerstahl.com |
| 4 | | EIMER STAHL LLP |
| | | 224 South Michigan Avenue, Suite 1100 |
| 5 | | Chicago, IL 60604 |
| | | Telephone: (312) 660-7600 |
| 6 | | Facsimile: (312) 692-1718 |

Brian Y. Chang (CA Bar No. 287757)
bchang@eimerstahl.com
99 South Almaden Boulevard, Suite 642
San Jose, CA  95113
Telephone: (669) 231-8755

*Attorneys for LG Electronics, Inc.,
LG Electronics USA, Inc., and
LG Electronics Taiwan Taipei Co., Ltd.*


By: */s/ Robert J. Bonsignore*
Robert J. Bonsignore (*pro hac vice*)
BONSIGNORE, PLLC
23 Forest Street
Medford, MA 02155
Cell Phone: (781) 856-7650
Facsimile: (702) 852-5726
rbonsignore@classactions.us

Joseph M. Alioto (CSBN 42680)
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco, CA 94104
Telephone: (915) 434-8900
jmalioto@aliotolaw.com

*Attorneys for the Massachusetts Only Indirect
Purchaser Plaintiffs Gianasca and Caldwell*

Case No. 4:07-cv-05944-JST
Joint Stipulation re ECF No. 6201

**ATTESTATION**

I, Nathan P. Eimer, hereby attest, pursuant to United States District Court, Northern District of California Civil Local Rule 5-1(h)(3), that each of the other Signatories have concurred in the filing of this document.

Dated: July 21, 2023

                                                */s/ Nathan P. Eimer*
                                                  Nathan P. Eimer

**CERTIFICATE OF SERVICE**

I hereby certify that on July 21, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: July 21, 2023

                                          */s/ Nathan P. Eimer*
                                             Nathan P. Eimer