**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No.: 4:08-cv-01559 |
| | Master File No. 4:07-cv-05944-JST |
| This document relates to: | MDL No. 1917 |
| ANTHONY GIANASCA AND BARBARA CALDWELL *on behalf of themselves and all others similarly situated,* | **MASSACHUSETTS IPPS AND LGE'S JOINT ADMINISTRATIVE MOTION TO VACATE ORDER [ECF NO. 6201]** |
| Plaintiffs, | Judge: Hon. Jon S. Tigar<br>Courtroom: Courtroom 6, 2nd Floor |
| v. | |
| LG ELECTRONICS, INC., et al., | |
| Defendants. | |

**JOINT ADMINISTRATIVE MOTION TO VACATE ORDER**

Massachusetts Indirect Purchaser Plaintiffs ("Massachusetts IPPs") and LG Electronics, Inc., LG Electronics USA, Inc., LG Electronics Taiwan Taipei Co., Ltd. (collectively, "LGE") hereby jointly move for an administrative order vacating this Court's Order Granting LGE's Motion for Sanctions, ECF No. 6201.

This is an administrative motion being filed under Civil Local Rule 7-11, which provides in relevant part: "[t]he Court recognizes that during the course of case proceedings a party may require a Court order with respect to miscellaneous administrative matters, not otherwise governed by a federal statute, Federal Rule, local rule, or standing order of the assigned Judge." (*See* Civil L.R. 7-11).

On May 25, 2023, this Court entered an order, ECF No. 6201 ("Order"), granting LGE's motions for sanctions and ordering counsel for the Massachusetts IPPs to pay reasonable attorney's fees and costs incurred in opposing Massachusetts IPPs' motion for leave to amend and in pursuing sanctions. The parties filed a stipulation reflecting that the parties reached an agreement as to an appropriate remedy. ECF No. 6218.

For the reasons stated in Massachusetts IPPs' counsels' forthcoming letter to the Court, which they will file solely on their own behalf, Massachusetts IPPs seek to have this Court vacate its Order, ECF No. 6201. LGE consents to this motion and the relief sought.

**CONCLUSION**

**WHEREFORE**, Massachusetts IPPs' counsel and LGE respectfully request that the Court vacate its Order dated May 25, 2023, ECF No. 6102.

1

Case No. 4:07-cv-05944-JST
MA IPPs & LGE's Joint Admin. Mot. to Vacate Order

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: July 21, 2023 | By: */s/ Robert J. Bonsignore* |
| | | Robert J. Bonsignore (*pro hac vice*) |
| 3 | | BONSIGNORE, PLLC |
| | | 23 Forest Street |
| 4 | | Medford, MA 02155 |
| | | Cell Phone: (781) 856-7650 |
| 5 | | Facsimile: (702) 852-5726 |
| | | rbonsignore@classactions.us |
| 6 | | Joseph M. Alioto (CSBN 42680) |
| | | ALIOTO LAW FIRM |
| 7 | | One Sansome Street, 35th Floor |
| | | San Francisco, CA 94104 |
| 8 | | Telephone: (915) 434-8900 |
| | | jmalioto@aliotolaw.com |
| 9 | | *Attorneys for the Massachusetts Only Indirect Purchaser Plaintiffs Gianasca and Caldwell* |
| 10 | | |
| 11 | | By: */s/ Nathan P. Eimer* |
| | | Nathan P. Eimer (*pro hac vice*) |
| 12 | | neimer@eimerstahl.com |
| | | Vanessa G. Jacobsen (*pro hac vice*) |
| 13 | | vjacobsen@eimerstahl.com |
| | | EIMER STAHL LLP |
| 14 | | 224 South Michigan Avenue, Suite 1100 |
| | | Chicago, IL 60604 |
| 15 | | Telephone: (312) 660-7600 |
| | | Facsimile: (312) 692-1718 |
| 16 | | |
| 17 | | Brian Y. Chang (CA Bar No. 287757) |
| | | bchang@eimerstahl.com |
| 18 | | 99 South Almaden Boulevard, Suite 642 |
| | | San Jose, CA  95113 |
| 19 | | Telephone: (669) 231-8755 |
| 20 | | |
| | | *Attorneys for LG Electronics, Inc.,* |
| 21 | | *LG Electronics USA, Inc., and* |
| | | *LG Electronics Taiwan Taipei Co., Ltd.* |
| 22 | | |

**ATTESTATION**

I, Robert J. Bonsignore, hereby attest, pursuant to United States District Court, Northern District of California Civil Local Rule 5-1(h)(3), that each of the other Signatories have concurred in the filing of this document.

Dated: July 21, 2023

                                              */s/Robert J. Bonsignore*
                                                Robert J. Bonsignore

**CERTIFICATE OF SERVICE**

I hereby certify that on July 21, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: July 21, 2023

                                              */s/Robert J. Bonsignore*
                                                Robert J. Bonsignore