# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No.: 4:08-cv-01559 <br><br> Master File No. 4:07-cv-05944-JST <br><br> MDL No. 1917 |
| This document relates to: <br><br> ANTHONY GIANASCA AND BARBARA CALDWELL *on behalf of themselves and all others similarly situated,* <br><br> Plaintiffs, <br><br> v. <br><br> LG ELECTRONICS, INC., et al., <br><br> Defendants. | **[PROPOSED] ORDER GRANTING MASSACHUSETTS IPPS AND LGE'S JOINT ADMINISTRATIVE MOTION TO VACATE ORDER [ECF NO. 6201]** <br><br> Judge:  Hon. Jon S. Tigar <br> Courtroom: Courtroom 6, 2nd Floor |

**Order**

Pursuant to Massachusetts Indirect Purchaser Plaintiffs' ("Massachusetts IPPs'") and LG Electronics, Inc., LG Electronics USA, Inc., LG Electronics Taiwan Taipei Co., Ltd. (collectively, "LGE's") Joint Motion to Vacate this Court's Order Granting LGE's Motion for Sanctions, ECF No. 6201, and the reasonable attorney's fees that have been paid by Massachusetts IPPs to LGE, IT IS HEREBY ORDERED that this Court's Order, ECF No. 6201, is vacated.

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Jon S. Tigar
United States District Judge

1

Case No. 4:07-cv-05944-JST
[Proposed] Order Granting MA IPPs & LGE's Joint Admin. Mot. to Vacate Order