UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917<br>Case No. 07-cv-05944-JST |
| This order relates to:<br>ALL INDIRECT PURCHASER ACTIONS | **SECOND ORDER RE: PARTIES' DISPUTES REGARDING SCOPE OF SUMMARY JUDGMENT MOTION**<br>Re: ECF Nos. 6214, 6217 |

Indirect Purchaser Plaintiffs ("IPPs") and Defendants Irico Group Corporation and Irico Display Devices Co., Ltd. (collectively, "Irico") filed a letter with the Court regarding disputes over the scope of Irico's intended motion for summary judgment. ECF No. 6214. The Court previously ordered that it would allow argument on state law issues and addressed IPPs' claims for injunctive relief. ECF No. 6216 at 2. The Court ordered Irico to submit a supplemental brief regarding whether it timely notified IPPs of its intent to move for summary judgment on international comity grounds. *Id.* at 1–2.

Having reviewed both the parties' initial joint letter and Irico's supplemental response, ECF No. 6217, the Court will allow Irico to raise international comity arguments in its intended motion for summary judgment.

**IT IS SO ORDERED.**

Dated: July 24, 2023

JON S. TIGAR
United States District Judge