UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917<br>Case No. 07-cv-05944-JST |
| This order relates to:<br>BRIGID TERRY, et al.,<br>        Plaintiffs,<br>   v.<br>LG ELECTRONICS, INC., et al.,<br>        Defendants. | Case No. 08-cv-01559-JST<br>**ORDER DENYING MOTION TO VACATE ORDER GRANTING LGE'S MOTION FOR SANCTIONS**<br>Re: ECF No. 6219 |

The Court granted a motion for sanctions filed by Defendants LG Electronics, Inc., LG Electronics USA, Inc., and LG Electronics Taiwan Taipei Co., Ltd. (collectively, "LGE") and ordered Robert Bonsignore and Joseph M. Alioto, counsel for Massachusetts indirect purchaser plaintiffs ("IPPs"), "to pay LGE reasonable attorney's fees and costs incurred in opposing Massachusetts IPPs' motion for leave to amend and in pursuing sanctions." ECF No. 6201 at 6. The Court further ordered counsel for Massachusetts IPPs and LGE to "meet and confer to attempt to agree on an appropriate monetary sanction." *Id.* The parties have now "reached agreement as to an appropriate remedy," and "[c]ounsel for LGE is satisfied." ECF No. 6218 at 1.

The Court denies the parties' joint "request that the Court vacate its Order dated May 25, 2023, ECF No. 6102." ECF No. 6219 at 2. Although Bonsignore and Alioto have complied with

/ / /

/ / /

/ / /

the sanctions order to LGE's satisfaction, that does not provide grounds for vacating the order imposing sanctions.

**IT IS SO ORDERED.**

Dated:  July 27, 2023



JON S. TIGAR
United States District Judge