

1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-CV-5944-JST |
| | MDL No. 1917 |
| This Document Relates to: | **STIPULATION AND [PROPOSED] ORDER RE: WITHDRAWAL OF CLAIMS** |
| *ALL INDIRECT PURCHASER ACTIONS* | Judge:      Honorable Jon S. Tigar |

Indirect Purchaser Plaintiffs ("IPPs") and Defendants Irico Group Corporation and Irico Display Devices Co., Ltd. ("Irico" or the "Irico Defendants," collectively the "Parties"), by and through the undersigned counsel and pursuant to Civil Local Rule 7-12, hereby stipulate as follows:

WHEREAS, on September 19, 2019, IPPs filed their Fifth Consolidated Amended Class Action Complaint, ECF No. 5589 (the "Complaint"), which contained a nationwide claim for injunctive relief under Section 16 of the Clayton Act, 15 U.S.C. § 26. *See* Compl. § XI.A (the "Injunctive Relief Claim");

WHEREAS, on December 18, 2020, the Irico Defendants filed answering pleadings to the Complaints [ECF Nos. 5873, 5875];

WHEREAS, the Parties have met and conferred to discuss the viability of the Injunctive Relief Claim, and on July 14, 2023, counsel for IPPs' notified counsel for the Irico Defendants that IPPs are willing to withdraw the Injunctive Relief Claim; and,

WHEREAS, the Irico Defendants have confirmed that they do not presently manufacture or sell any CRT Products, as defined in the Complaint.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between counsel for IPPs and the Irico Defendants that:

1. The Indirect Purchaser Plaintiffs hereby withdraw the Injunctive Relief Claim under Section 16 of the Clayton Act, 15 U.S.C. § 26, as reflected in Section XI.A of the Complaint, against the Irico Defendants, and those claims are hereby dismissed with prejudice.

2. Pursuant to Paragraph 1 above, the language in Section XI.A, and all other references to injunctive relief, will be considered excised from the Complaint, with all attendant legal and procedural effect of such removal from the Complaint.

3. The Indirect Purchaser Plaintiffs are barred from pursuing any claim(s) for injunctive relief against the Irico Defendants on behalf of any nationwide class, state class, individual plaintiff, or in any other form.

4. The Complaint otherwise remains in full effect and Indirect Purchaser Plaintiffs need not file an amended complaint.

5. Neither party shall seek fees or costs regarding the withdrawal of the Injunctive Relief Claim.

///

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____                    _____
                                                 HONORABLE JON S. TIGAR
                                                 UNITED STATES DISTRICT JUDGE

Dated: July 27, 2023


/s/ *Mario N. Alioto*
Mario N. Alioto (56433)
Joseph M. Patane (72202)
Lauren C. Capurro (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2001 Union Street, Suite 482
San Francisco, CA 94123
Telephone: 415-563-7200
Facsimile: 415- 346-0679
Email: malioto@tatp.com
jpatane@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the Indirect Purchaser Plaintiffs*



/s/ *John M. Taladay*
John M. Taladay (*pro hac vice*)
Evan J. Werbel (*pro hac vice*)
Thomas E. Carter (*pro hac vice*)
Andrew L. Lucarelli (*pro hac vice*)
BAKER BOTTS LLP
700 K Street, N.W.
Washington, D.C. 20001
(202) 639-7700
(202) 639-7890 (fax)
Email: john.taladay@bakerbotts.com
          evan.werbel@bakerbotts.com

tom.carter@bakerbotts.com
drew.lucarelli@bakerbotts.com

*Attorneys for Defendants Irico Group Corp.
and Irico Display Devices Co., Ltd.*

**ATTESTATION**

I, John M. Taladay, hereby attest, pursuant to United States District Court, Northern District of California Civil Local Rule 5-1(i)(3), that each of the other Signatories have concurred in the filing of the document.

By: /s/ *John M. Taladay*
John M. Taladay