UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-cv-5944-JST<br><br>MDL No. 1917 |
| This Document Relates to:<br><br>*ALL INDIRECT PURCHASER ACTIONS* | **[PROPOSED] ORDER GRANTING DEFENDANTS IRICO GROUP CORP. AND IRICO DISPLAY DEVICES CO., LTD.'S MOTION FOR SUMMARY JUDGMENT** |

1   TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2       Before the Court is Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.'s

3   Motion for Summary Judgment (ECF No. _____). Having considered all papers filed by the parties

4   and being full informed in the premises,

5       IT IS HEREBY ORDERED THAT the Court rules on the issues identified in Defendants

6   Irico Group Corp. and Irico Display Devices Co., Ltd.'s Motion for Summary Judgment as follows:

| ISSUE | RULING |
|---|---|
| Summary judgment to Defendants Irico Group Corp. and Irico Display Devices Co., Ltd. pursuant to Rule 56 of the Federal Rules of Civil Procedure on Due Process grounds regarding the Indirect Purchaser Plaintiffs' claims brought under the laws of Arizona, the District of Columbia, Florida, Hawaii, Iowa, Kansas, Maine, Michigan, Minnesota, Mississippi, Nebraska, New Mexico, New York, North Carolina, North Dakota, South Dakota, Tennessee, Vermont, West Virginia, and Wisconsin. | Granted |
| Summary judgment to Defendants Irico Group Corp. and Irico Display Devices Co., Ltd. pursuant to Rule 56 of the Federal Rules of Civil Procedure regarding the Indirect Purchaser Plaintiffs' claims brought under the laws of Arizona, Florida, Michigan, and North Dakota due to Irico's lack of intrastate conduct within those states. | Granted |
| Summary judgment to Defendants Irico Group Corp. and Irico Display Devices Co., Ltd. pursuant to Rule 56 of the Federal Rules of Civil Procedure regarding the Indirect Purchaser Plaintiffs' New York claims prior to December 1, 1998 | Granted |
| Summary judgment to Defendants Irico Group Corp. and Irico Display Devices Co., Ltd. pursuant to Rule 56 of the Federal Rules of Civil Procedure as to Irico's purported participation in the alleged conspiracy prior to August 5, 1998. | Granted |
| Dismissal of Indirect Purchaser Plaintiffs' claims pursuant to the doctrine of international comity and Rules 44.1 and 56 of the Federal Rules of Civil Procedure. | Granted |

**IT IS SO ORDERED.**

Dated: _____                    _____
                                                JON S. TIGAR
                                            United States District Judge