BAKER BOTTS L.L.P.
John M. Taladay (*pro hac vice*)
Evan J. Werbel (*pro hac vice*)
Thomas E. Carter (*pro hac vice*)
Andrew L. Lucarelli (*pro hac vice*)
700 K Street, N.W.
Washington, D.C. 20001
(202)-639-7700
(202)-639-7890 (fax)
Email: john.taladay@bakerbotts.com
 evan.werbel@bakerbotts.com
 tom.carter@bakerbotts.com
 drew.lucarelli@bakerbotts.com

*Attorneys for Defendants*
*IRICO GROUP CORP. and*
*IRICO DISPLAY DEVICES CO., LTD.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*ALL INDIRECT PURCHASER ACTIONS* | Master File No. 07-cv-05944-JST (N.D. Cal.)<br><br>MDL No. 1917<br><br>**IRICO DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER BEIJING MATSUSHITA COLOR CRT CO., LTD. SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(f)**<br><br>Date: November 9, 2023<br>Time: 2:00 pm<br>Judge: Hon. Jon S. Tigar<br>Courtroom: Videoconference |

Pursuant to Civil Local Rules 7-11 and 79-5(f), Defendants Irico Group Corporation and Irico Display Devices Co., Ltd. (collectively, "Irico") hereby move the Court to consider whether material designated as confidential by Beijing Matsushita Color CRT Co., Ltd. ("BMCC") should be sealed.

Irico has reviewed and complied with this Court's Standing Order Governing Administrative Motions to File Materials Under Seal Before District Judge Jon S. Tigar (Mar. 14, 2022) and Civil Local Rule 79-5, including the requirement to file separate motions if a party seeks to file under seal a document containing "portions that more than one party bears the burden of showing is sealable." Civil L.R. 79-5(f)(5). This motion relates solely to materials designated confidential by BMCC.

Irico proposes to seal the following documents or portions thereof:

| Document Proposed to Be Sealed or Redacted | Designating Entity |
| --- | --- |
| Exhibit 11 to the Declaration of Andrew Lucarelli in Support of Irico Defendants' Administrative Motion to Consider Whether BMCC Material Should Be Sealed – A certified translation of a document produced by BMCC, Bates labeled BMCC-CRT000113367. | BMCC |
| Exhibit 12 to the Declaration of Andrew Lucarelli in Support of Irico Defendants' Administrative Motion to Consider Whether BMCC Material Should Be Sealed – A certified translation of a document produced by BMCC, Bates labeled BMCC-CRT000113368. | BMCC |
| Exhibit 13 to the Declaration of Andrew Lucarelli in Support of Irico Defendants' Administrative Motion to Consider Whether BMCC Material Should Be Sealed – A certified translation of a document produced by BMCC, Bates labeled BMCC-CRT000113372. | BMCC |

| Exhibit | Designating Party |
|---|---|
| Exhibit 14 to the Declaration of Andrew Lucarelli in Support of Irico Defendants' Administrative Motion to Consider Whether BMCC Material Should Be Sealed – A certified translation of a document produced by BMCC, Bates labeled BMCC-CRT000113374. | BMCC |
| Exhibit 15 to the Declaration of Andrew Lucarelli in Support of Irico Defendants' Administrative Motion to Consider Whether BMCC Material Should Be Sealed – A certified translation of a document produced by BMCC, Bates labeled BMCC-CRT000113378. | BMCC |
| Exhibit 16 to the Declaration of Andrew Lucarelli in Support of Irico Defendants' Administrative Motion to Consider Whether BMCC Material Should Be Sealed – A certified translation of a document produced by BMCC, Bates labeled BMCC-CRT000113379. | BMCC |
| Exhibit 17 to the Declaration of Andrew Lucarelli in Support of Irico Defendants' Administrative Motion to Consider Whether BMCC Material Should Be Sealed – A certified translation of a document produced by BMCC, Bates labeled BMCC-CRT000113380. | BMCC |
| Exhibit 18 to the Declaration of Andrew Lucarelli in Support of Irico Defendants' Administrative Motion to Consider Whether BMCC Material Should Be Sealed – A certified translation of a document produced by BMCC, Bates labeled BMCC-CRT000113381. | BMCC |
| Exhibit 19 to the Declaration of Andrew Lucarelli in Support of Irico Defendants' Administrative Motion to Consider Whether BMCC Material Should Be Sealed – A certified translation of a document produced by BMCC, Bates labeled BMCC-CRT000113382. | BMCC |

| Exhibit | Custodian |
|---|---|
| Exhibit 20 to the Declaration of Andrew Lucarelli in Support of Irico Defendants' Administrative Motion to Consider Whether BMCC Material Should Be Sealed – A certified translation of a document produced by BMCC, Bates labeled BMCC-CRT000113392-3393. | BMCC |
| Exhibit 21 to the Declaration of Andrew Lucarelli in Support of Irico Defendants' Administrative Motion to Consider Whether BMCC Material Should Be Sealed – A certified translation of a document produced by BMCC, Bates labeled BMCC-CRT000113394. | BMCC |
| Exhibit 22 to the Declaration of Andrew Lucarelli in Support of Irico Defendants' Administrative Motion to Consider Whether BMCC Material Should Be Sealed – A certified translation of a document produced by BMCC, Bates labeled BMCC-CRT000113395. | BMCC |
| Exhibit 23 to the Declaration of Andrew Lucarelli in Support of Irico Defendants' Administrative Motion to Consider Whether BMCC Material Should Be Sealed – A certified translation of a document produced by BMCC, Bates labeled BMCC-CRT000113396. | BMCC |
| Exhibit 24 to the Declaration of Andrew Lucarelli in Support of Irico Defendants' Administrative Motion to Consider Whether BMCC Material Should Be Sealed – A certified translation of a document produced by BMCC, Bates labeled BMCC-CRT000113397. | BMCC |
| Exhibit 25 to the Declaration of Andrew Lucarelli in Support of Irico Defendants' Administrative Motion to Consider Whether BMCC Material Should Be Sealed – A certified translation of a document produced by BMCC, Bates labeled BMCC-CRT000113398. | BMCC |

| | |
|---|---|
| Exhibit 26 to the Declaration of Andrew Lucarelli in Support of Irico Defendants' Administrative Motion to Consider Whether BMCC Material Should Be Sealed – A certified translation of a document produced by BMCC, Bates labeled BMCC-CRT000113399. | BMCC |
| Exhibit 27 to the Declaration of Andrew Lucarelli in Support of Irico Defendants' Administrative Motion to Consider Whether BMCC Material Should Be Sealed – A certified translation of a document produced by BMCC, Bates labeled BMCC-CRT000113400. | BMCC |
| Exhibit 28 to the Declaration of Andrew Lucarelli in Support of Irico Defendants' Administrative Motion to Consider Whether BMCC Material Should Be Sealed – A certified translation of a document produced by BMCC, Bates labeled BMCC-CRT000113401. | BMCC |
| Exhibit 29 to the Declaration of Andrew Lucarelli in Support of Irico Defendants' Administrative Motion to Consider Whether BMCC Material Should Be Sealed – A certified translation of a document produced by BMCC, Bates labeled BMCC-CRT000113402. | BMCC |
| Exhibit 30 to the Declaration of Andrew Lucarelli in Support of Irico Defendants' Administrative Motion to Consider Whether BMCC Material Should Be Sealed – A certified translation of a document produced by BMCC, Bates labeled BMCC-CRT000113403. | BMCC |
| Exhibit 31 to the Declaration of Andrew Lucarelli in Support of Irico Defendants' Administrative Motion to Consider Whether BMCC Material Should Be Sealed – A certified translation of a document produced by BMCC, Bates labeled BMCC-CRT000113404. | BMCC |

| | |
|---|---|
| Exhibit 32 to the Declaration of Andrew Lucarelli in Support of Irico Defendants' Administrative Motion to Consider Whether BMCC Material Should Be Sealed – A certified translation of a document produced by BMCC, Bates labeled BMCC-CRT000113405. | BMCC |
| Exhibit 33 to the Declaration of Andrew Lucarelli in Support of Irico Defendants' Administrative Motion to Consider Whether BMCC Material Should Be Sealed – A certified translation of a document produced by BMCC, Bates labeled BMCC-CRT000113406. | BMCC |
| Exhibit 34 to the Declaration of Andrew Lucarelli in Support of Irico Defendants' Administrative Motion to Consider Whether BMCC Material Should Be Sealed – A certified translation of a document produced by BMCC, Bates labeled BMCC-CRT000113407. | BMCC |
| Exhibit 35 to the Declaration of Andrew Lucarelli in Support of Irico Defendants' Administrative Motion to Consider Whether BMCC Material Should Be Sealed – A certified translation of a document produced by BMCC, Bates labeled BMCC-CRT000113408. | BMCC |
| Exhibit 36 to the Declaration of Andrew Lucarelli in Support of Irico Defendants' Administrative Motion to Consider Whether BMCC Material Should Be Sealed – A certified translation of a document produced by BMCC, Bates labeled BMCC-CRT000113409. | BMCC |
| Exhibit 37 to the Declaration of Andrew Lucarelli in Support of Irico Defendants' Administrative Motion to Consider Whether BMCC Material Should Be Sealed – A certified translation of a document produced by BMCC, Bates labeled BMCC-CRT000113410-3411. | BMCC |

| | |
|---|---|
| Exhibit 38 to the Declaration of Andrew Lucarelli in Support of Irico Defendants' Administrative Motion to Consider Whether BMCC Material Should Be Sealed – A certified translation of a document produced by BMCC, Bates labeled BMCC-CRT000113412. | BMCC |
| Exhibit 39 to the Declaration of Andrew Lucarelli in Support of Irico Defendants' Administrative Motion to Consider Whether BMCC Material Should Be Sealed – A certified translation of a document produced by BMCC, Bates labeled BMCC-CRT000113413. | BMCC |
| Exhibit 40 to the Declaration of Andrew Lucarelli in Support of Irico Defendants' Administrative Motion to Consider Whether BMCC Material Should Be Sealed – A certified translation of a document produced by BMCC, Bates labeled BMCC-CRT000113414. | BMCC |
| Exhibit 41 to the Declaration of Andrew Lucarelli in Support of Irico Defendants' Administrative Motion to Consider Whether BMCC Material Should Be Sealed – A certified translation of a document produced by BMCC, Bates labeled BMCC-CRT000113415. | BMCC |
| Exhibit 42 to the Declaration of Andrew Lucarelli in Support of Irico Defendants' Administrative Motion to Consider Whether BMCC Material Should Be Sealed – A certified translation of a document produced by BMCC, Bates labeled BMCC-CRT000113416. | BMCC |
| Exhibit 43 to the Declaration of Andrew Lucarelli in Support of Irico Defendants' Administrative Motion to Consider Whether BMCC Material Should Be Sealed – A certified translation of a document produced by BMCC, Bates labeled BMCC-CRT000113418-3419. | BMCC |

| | |
|---|---|
| Exhibit 48 to the Declaration of Andrew Lucarelli in Support of Irico Defendants' Administrative Motion to Consider Whether BMCC Material Should Be Sealed – A certified translation of a document produced by BMCC, Bates labeled BMCC-CRT000113389-3391. | BMCC |
| Exhibit 49 to the Declaration of Andrew Lucarelli in Support of Irico Defendants' Administrative Motion to Consider Whether BMCC Material Should Be Sealed – A certified translation of a document produced by BMCC, Bates labeled BMCC-CRT000113384-3388. | BMCC |
| Exhibit 68 to the Declaration of Andrew Lucarelli in Support of Irico Defendants' Administrative Motion to Consider Whether BMCC Material Should Be Sealed – A certified translation of a document produced by BMCC, Bates labeled BMCC-CRT000181673-1677. | BMCC |
| Exhibit 69 to the Declaration of Andrew Lucarelli in Support of Irico Defendants' Administrative Motion to Consider Whether BMCC Material Should Be Sealed – A certified translation of a document produced by BMCC, Bates labeled BMCC-CRT000142685. | BMCC |
| Exhibit 70 to the Declaration of Andrew Lucarelli in Support of Irico Defendants' Administrative Motion to Consider Whether BMCC Material Should Be Sealed – A certified translation of a document produced by BMCC, Bates labeled BMCC-CRT000138732-8735. | BMCC |
| Exhibit 71 to the Declaration of Andrew Lucarelli in Support of Irico Defendants' Administrative Motion to Consider Whether BMCC Material Should Be Sealed – A certified translation of a document produced by BMCC, Bates labeled BMCC-CRT000139461-9463. | BMCC |

| | |
|---|---|
| Exhibit 72 to the Declaration of Andrew Lucarelli in Support of Irico Defendants' Administrative Motion to Consider Whether BMCC Material Should Be Sealed – A certified translation of a document produced by BMCC, Bates labeled BMCC-CRT000054691. | BMCC |

Civil Local Rule 79-5 governs the filing under seal of documents in civil cases. In compliance with Civil Local Rule 79-5(f), Irico submits this Motion in order to file (a) material designated by BMCC pursuant to the Stipulated Protective Order, ECF No. 0306, as "Confidential" or "Highly Confidential;" or (b) references to or quotations from material or data designated by BMCC pursuant to the Stipulated Protective Order as "Confidential" or "Highly Confidential."

Irico seeks to file the above material under seal in good faith in order to comply with the Protective Order in this action and the applicable Local Rules. Under Civil L.R. 79-5(c) and (f), the parties that contend the material they have designated is confidential in nature bear the burden to establish that the designated information meets the requirements for sealing. *See Kamakana v. City of Honolulu*, 447 F.3d 1172, 1178-80 (9th Cir. 2006). Irico understands that, given the Court's direction at the hearing on Direct Purchaser Plaintiffs' November 19, 2021 sealing motion (ECF No. 5966), the designated materials subject to this motion may not qualify for filing under seal. Irico has undertaken to reach out to all parties that have designated information or materials attached to the Declaration of Evan Werbel in Support of Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.'s Motion for Summary Judgment as "Confidential" or "Highly Confidential," in order to secure their permission to file the materials publicly. However, efforts to reach out to BMCC's counsel of record were unsuccessful and Irico is not able to advise the Court of BMCC's position on this motion as of the time of filing.

WHEREFORE, Irico respectfully submits this administrative motion pursuant to the Stipulated Protective Order and Civil Local Rule 79-5(f).

///

///

Dated: July 28, 2023

Respectfully submitted,

*/s/ Andrew L. Lucarelli*
Andrew L. Lucarelli (*pro hac vice*)
drew.lucarelli@bakerbotts.com
BAKER BOTTS L.L.P.
700 K St. NW
Washington, D.C. 20001
Telephone: (202) 639-1323
Mobile: (202) 744-0819

*Attorneys for Defendants
IRICO GROUP CORP. and
IRICO DISPLAY DEVICES CO., LTD.*