```
BAKER BOTTS L.L.P.
John M. Taladay (pro hac vice)
Evan J. Werbel (pro hac vice)
Thomas E. Carter (pro hac vice)
Andrew L. Lucarelli (pro hac vice)
700 K Street, N.W.
Washington, D.C. 20001
(202)-639-7700
(202)-639-7890 (fax)
Email: john.taladay@bakerbotts.com
       evan.werbel@bakerbotts.com
       tom.carter@bakerbotts.com
       drew.lucarelli@bakerbotts.com
```

*Attorneys for Defendants*
*Irico Group Corp. and*
*Irico Display Devices Co., Ltd.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | Case No. 07-cv-05944-JST |
| | MDL No.: 1917 |
| THIS DOCUMENT RELATES TO: | **DECLARATION OF ANDREW LUCARELLI IN SUPPORT OF IRICO DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER BEIJING MATSUSHITA COLOR CRT CO., LTD. MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(f)** |
| *ALL INDIRECT PURCHASER ACTIONS* | |

I, Andrew Lucarelli, declare as follows:

1. I am an attorney admitted to practice law in Washington, D.C. and am employed by the law firm of Baker Botts L.L.P., which represents Defendants Irico Group Corporation ("Irico Group") and Irico Display Devices Co., Ltd. ("Irico Display") (collectively, "Irico Defendants"). I make this Declaration based on my personal knowledge and in support of the Irico Defendants' Administrative Motion to Consider Whether Beijing Matsushita Color CRT Co., Ltd. Material Should Be Sealed Pursuant to Civil Local Rules 7-11 and 79-5(f).

2. Attached hereto as Exhibit 11 is a true and correct copy of a certified translation of a document produced by defendant Beijing-Matsushita Color CRT Corp. (hereinafter, "BMCC") in this litigation and bearing the Bates label BMCC-CRT000113367

1. Attached hereto as Exhibit 12 is a true and correct copy of a certified translation of a document produced by defendant BMCC in this litigation and bearing the Bates label BMCC-CRT000113368.

2. Attached hereto as Exhibit 13 is a true and correct copy of a certified translation of a document produced by defendant BMCC in this litigation and bearing the Bates label BMCC-CRT000113372.

3. Attached hereto as Exhibit 14 is a true and correct copy of a certified translation of a document produced by defendant BMCC in this litigation and bearing the Bates label BMCC-CRT000113374.

4. Attached hereto as Exhibit 15 is a true and correct copy of a certified translation of a document produced by defendant BMCC in this litigation and bearing the Bates label BMCC-CRT000113378.

5. Attached hereto as Exhibit 16 is a true and correct copy of a certified translation of a document produced by defendant BMCC in this litigation and bearing the Bates label BMCC-CRT000113379.

6. Attached hereto as Exhibit 17 is a true and correct copy of a certified translation of a document produced by defendant BMCC in this litigation and bearing the Bates label BMCC-CRT000113380.

7. Attached hereto as Exhibit 18 is a true and correct copy of a certified translation of a document produced by defendant BMCC in this litigation and bearing the Bates label BMCC-CRT000113381.

8. Attached hereto as Exhibit 19 is a true and correct copy of a certified translation of a document produced by defendant BMCC in this litigation and bearing the Bates label BMCC-CRT000113382.

9. Attached hereto as Exhibit 20 is a true and correct copy of a certified translation of a document produced by defendant BMCC in this litigation and bearing the Bates label BMCC-CRT000113392-3393.

10. Attached hereto as Exhibit 21 is a true and correct copy of a certified translation of a document produced by defendant BMCC in this litigation and bearing the Bates label BMCC-CRT000113394.

11. Attached hereto as Exhibit 22 is a true and correct copy of a certified translation of a document produced by defendant BMCC in this litigation and bearing the Bates label BMCC-CRT000113395.

12. Attached hereto as Exhibit 23 is a true and correct copy of a certified translation of a document produced by defendant BMCC in this litigation and bearing the Bates label BMCC-CRT000113396.

13. Attached hereto as Exhibit 24 is a true and correct copy of a certified translation of a document produced by defendant BMCC in this litigation and bearing the Bates label BMCC-CRT000113397.

14. Attached hereto as Exhibit 25 is a true and correct copy of a certified translation of a document produced by defendant BMCC in this litigation and bearing the Bates label BMCC-CRT000113398.

15. Attached hereto as Exhibit 26 is a true and correct copy of a certified translation of a document produced by defendant BMCC in this litigation and bearing the Bates label BMCC-CRT000113399.

16. Attached hereto as Exhibit 27 is a true and correct copy of a certified translation of a document produced by defendant BMCC in this litigation and bearing the Bates label BMCC- CRT000113400.

17. Attached hereto as Exhibit 28 is a true and correct copy of a certified translation of a document produced by defendant BMCC in this litigation and bearing the Bates label BMCC-CRT000113401.

18. Attached hereto as Exhibit 29 is a true and correct copy of a certified translation of a document produced by defendant BMCC in this litigation and bearing the Bates label BMCC-CRT000113402.

19. Attached hereto as Exhibit 30 is a true and correct copy of a certified translation of a document produced by defendant BMCC in this litigation and bearing the Bates label BMCC-CRT000113403.

20. Attached hereto as Exhibit 31 is a true and correct copy of a certified translation of a document produced by defendant BMCC in this litigation and bearing the Bates label BMCC-CRT000113404.

21. Attached hereto as Exhibit 32 is a true and correct copy of a certified translation of a document produced by defendant BMCC in this litigation and bearing the Bates label BMCC-CRT000113405.

22. Attached hereto as Exhibit 33 is a true and correct copy of a certified translation of a document produced by defendant BMCC in this litigation and bearing the Bates label BMCC-CRT000113406.

23. Attached hereto as Exhibit 34 is a true and correct copy of a certified translation of a document produced by defendant BMCC in this litigation and bearing the Bates label BMCC-CRT000113407.

24. Attached hereto as Exhibit 35 is a true and correct copy of a certified translation of a document produced by defendant BMCC in this litigation and bearing the Bates label BMCC-CRT000113408.

25. Attached hereto as Exhibit 36 is a true and correct copy of a certified translation of a document produced by defendant BMCC in this litigation and bearing the Bates label BMCC-CRT000113409.

26. Attached hereto as Exhibit 37 is a true and correct copy of a certified translation of a document produced by defendant BMCC in this litigation and bearing the Bates label BMCC-CRT000113410-3411.

27. Attached hereto as Exhibit 38 is a true and correct copy of a certified translation of a document produced by defendant BMCC in this litigation and bearing the Bates label BMCC-CRT000113412.

28. Attached hereto as Exhibit 39 is a true and correct copy of a certified translation of a document produced by defendant BMCC in this litigation and bearing the Bates label BMCC-CRT000113413.

29. Attached hereto as Exhibit 40 is a true and correct copy of a certified translation of a document produced by defendant BMCC in this litigation and bearing the Bates label BMCC-CRT000113414.

30. Attached hereto as Exhibit 41 is a true and correct copy of a certified translation of a document produced by defendant BMCC in this litigation and bearing the Bates label BMCC-CRT000113415.

31. Attached hereto as Exhibit 42 is a true and correct copy of a certified translation of a document produced by defendant BMCC in this litigation and bearing the Bates label BMCC-CRT000113416.

32. Attached hereto as Exhibit 43 is a true and correct copy of a certified translation of a document produced by defendant BMCC in this litigation and bearing the Bates label BMCC-CRT000113418-3419.

33. Attached hereto as Exhibit 48 is a true and correct copy of Deposition Exhibit 8559, which is a certified translation of a document produced by defendant BMCC in this litigation and bearing the Bates label BMCC-CRT000113389-3391.

34. Attached hereto as Exhibit 49 is a true and correct copy of a certified translation of a document produced by defendant BMCC in this litigation and bearing the Bates label BMCC-CRT000113384-3388.

35. Attached hereto as Exhibit 68 is a true and correct copy of a certified translation of a document produced by defendant BMCC in this litigation and bearing the Bates label BMCC-CRT000181673-1677.

36. Attached hereto as Exhibit 69 is a true and correct copy of a certified translation of a document produced by defendant BMCC in this litigation and bearing the Bates label BMCC-CRT000142685.

37. Attached hereto as Exhibit 70 is a true and correct copy of a certified translation of a document produced by defendant BMCC in this litigation and bearing the Bates label BMCC-CRT000138732-8735.

38. Attached hereto as Exhibit 71 is a true and correct copy of a certified translation of a document produced by defendant BMCC in this litigation and bearing the Bates label BMCC-CRT000139461-9463.

39. Attached hereto as Exhibit 72 is a true and correct copy of a certified translation of a document produced by defendant BMCC in this litigation and bearing the Bates label BMCC-CRT000054691.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 28th day of July, 2023, in Rockville, Maryland.

                     */s/ Andrew L. Lucarelli*
                     Andrew L. Lucarelli (*pro hac vice*)
                     drew.lucarelli@bakerbotts.com
                     BAKER BOTTS L.L.P.
                     700 K St. NW
                     Washington, D.C. 20001
                     Telephone: (202) 639-1323
                     Mobile: (202) 744-0819

                     *Attorneys for Defendants*
                     *IRICO GROUP CORP. and*
                     *IRICO DISPLAY DEVICES CO., LTD.*