UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 4:07-cv-5944-JST<br><br>MDL No. 1917 |
|---|---|
| This Document Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS | **[PROPOSED] ORDER REGARDING IRICO DEFENDANT'S MOTION TO CONSIDER WHETHER BEIJING MATSUSHITA COLOR CRT CO., LTD. MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(f)** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Before the Court is Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.'s Motion to Consider Whether Beijing Matsushita Color CRT Co., Ltd. Material Should Be Sealed Pursuant to Civil Local Rules 7-11 and 79-5(f) (ECF No. _____). Having considered the arguments made by Beijing Matsushita Color CRT Co., Ltd. ("BMCC") in favor of sealing under Civil Local Rule 79-5(c)(1),

IT IS HEREBY ORDERED THAT the Court rules on Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.'s Motion to Consider Whether BMCC Material Should Be Sealed Pursuant to Civil Local Rules 7-11 and 79-5(f) as follows:

| Document Proposed to Be Sealed or Redacted | Designating Entity | Ruling |
|---|---|---|
| Exhibit 11 to the Declaration of Andrew Lucarelli in Support of Irico Defendants' Administrative Motion to Consider Whether BMCC Material Should Be Sealed – A certified translation of a document produced by BMCC, Bates labeled BMCC-CRT000113367. | BMCC | |
| Exhibit 12 to the Declaration of Andrew Lucarelli in Support of Irico Defendants' Administrative Motion to Consider Whether BMCC Material Should Be Sealed – A certified translation of a document produced by BMCC, Bates labeled BMCC-CRT000113368. | BMCC | |
| Exhibit 13 to the Declaration of Andrew Lucarelli in Support of Irico Defendants' Administrative Motion to Consider Whether BMCC Material Should Be Sealed – A certified translation of a document produced by BMCC, Bates labeled BMCC-CRT000113372. | BMCC | |

| Document Proposed to Be Sealed or Redacted | Designating Entity | Ruling |
|---|---|---|
| Exhibit 14 to the Declaration of Andrew Lucarelli in Support of Irico Defendants' Administrative Motion to Consider Whether BMCC Material Should Be Sealed – A certified translation of a document produced by BMCC, Bates labeled BMCC-CRT000113374. | BMCC | |
| Exhibit 15 to the Declaration of Andrew Lucarelli in Support of Irico Defendants' Administrative Motion to Consider Whether BMCC Material Should Be Sealed – A certified translation of a document produced by BMCC, Bates labeled BMCC-CRT000113378. | BMCC | |
| Exhibit 16 to the Declaration of Andrew Lucarelli in Support of Irico Defendants' Administrative Motion to Consider Whether BMCC Material Should Be Sealed – A certified translation of a document produced by BMCC, Bates labeled BMCC-CRT000113379. | BMCC | |
| Exhibit 17 to the Declaration of Andrew Lucarelli in Support of Irico Defendants' Administrative Motion to Consider Whether BMCC Material Should Be Sealed – A certified translation of a document produced by BMCC, Bates labeled BMCC-CRT000113380. | BMCC | |
| Exhibit 18 to the Declaration of Andrew Lucarelli in Support of Irico Defendants' Administrative Motion to Consider Whether BMCC Material Should Be Sealed – A certified translation of a document produced by BMCC, Bates labeled BMCC-CRT000113381. | BMCC | |
| Exhibit 19 to the Declaration of Andrew Lucarelli in Support of Irico Defendants' Administrative Motion to Consider Whether BMCC Material Should Be Sealed – A certified translation of a document produced by BMCC, Bates labeled BMCC-CRT000113382. | BMCC | |

| Document Proposed to Be Sealed or Redacted | Designating Entity | Ruling |
|---|---|---|
| Exhibit 20 to the Declaration of Andrew Lucarelli in Support of Irico Defendants' Administrative Motion to Consider Whether BMCC Material Should Be Sealed – A certified translation of a document produced by BMCC, Bates labeled BMCC-CRT000113392-3393. | BMCC | |
| Exhibit 21 to the Declaration of Andrew Lucarelli in Support of Irico Defendants' Administrative Motion to Consider Whether BMCC Material Should Be Sealed – A certified translation of a document produced by BMCC, Bates labeled BMCC-CRT000113394. | BMCC | |
| Exhibit 22 to the Declaration of Andrew Lucarelli in Support of Irico Defendants' Administrative Motion to Consider Whether BMCC Material Should Be Sealed – A certified translation of a document produced by BMCC, Bates labeled BMCC-CRT000113395. | BMCC | |
| Exhibit 23 to the Declaration of Andrew Lucarelli in Support of Irico Defendants' Administrative Motion to Consider Whether BMCC Material Should Be Sealed – A certified translation of a document produced by BMCC, Bates labeled BMCC-CRT000113396. | BMCC | |
| Exhibit 24 to the Declaration of Andrew Lucarelli in Support of Irico Defendants' Administrative Motion to Consider Whether BMCC Material Should Be Sealed – A certified translation of a document produced by BMCC, Bates labeled BMCC-CRT000113397. | BMCC | |
| Exhibit 25 to the Declaration of Andrew Lucarelli in Support of Irico Defendants' Administrative Motion to Consider Whether BMCC Material Should Be Sealed – A certified translation of a document produced by BMCC, Bates labeled BMCC-CRT000113398. | BMCC | |

| Document Proposed to Be Sealed or Redacted | Designating Entity | Ruling |
|---|---|---|
| Exhibit 26 to the Declaration of Andrew Lucarelli in Support of Irico Defendants' Administrative Motion to Consider Whether BMCC Material Should Be Sealed – A certified translation of a document produced by BMCC, Bates labeled BMCC-CRT000113399. | BMCC | |
| Exhibit 27 to the Declaration of Andrew Lucarelli in Support of Irico Defendants' Administrative Motion to Consider Whether BMCC Material Should Be Sealed – A certified translation of a document produced by BMCC, Bates labeled BMCC-CRT000113400. | BMCC | |
| Exhibit 28 to the Declaration of Andrew Lucarelli in Support of Irico Defendants' Administrative Motion to Consider Whether BMCC Material Should Be Sealed – A certified translation of a document produced by BMCC, Bates labeled BMCC-CRT000113401. | BMCC | |
| Exhibit 29 to the Declaration of Andrew Lucarelli in Support of Irico Defendants' Administrative Motion to Consider Whether BMCC Material Should Be Sealed – A certified translation of a document produced by BMCC, Bates labeled BMCC-CRT000113402. | BMCC | |
| Exhibit 30 to the Declaration of Andrew Lucarelli in Support of Irico Defendants' Administrative Motion to Consider Whether BMCC Material Should Be Sealed – A certified translation of a document produced by BMCC, Bates labeled BMCC-CRT000113403. | BMCC | |
| Exhibit 31 to the Declaration of Andrew Lucarelli in Support of Irico Defendants' Administrative Motion to Consider Whether BMCC Material Should Be Sealed – A certified translation of a document produced by BMCC, Bates labeled BMCC-CRT000113404. | BMCC | |

| Document Proposed to Be Sealed or Redacted | Designating Entity | Ruling |
|---|---|---|
| Exhibit 32 to the Declaration of Andrew Lucarelli in Support of Irico Defendants' Administrative Motion to Consider Whether BMCC Material Should Be Sealed – A certified translation of a document produced by BMCC, Bates labeled BMCC-CRT000113405. | BMCC | |
| Exhibit 33 to the Declaration of Andrew Lucarelli in Support of Irico Defendants' Administrative Motion to Consider Whether BMCC Material Should Be Sealed – A certified translation of a document produced by BMCC, Bates labeled BMCC-CRT000113406. | BMCC | |
| Exhibit 34 to the Declaration of Andrew Lucarelli in Support of Irico Defendants' Administrative Motion to Consider Whether BMCC Material Should Be Sealed – A certified translation of a document produced by BMCC, Bates labeled BMCC-CRT000113407. | BMCC | |
| Exhibit 35 to the Declaration of Andrew Lucarelli in Support of Irico Defendants' Administrative Motion to Consider Whether BMCC Material Should Be Sealed – A certified translation of a document produced by BMCC, Bates labeled BMCC-CRT000113408. | BMCC | |
| Exhibit 36 to the Declaration of Andrew Lucarelli in Support of Irico Defendants' Administrative Motion to Consider Whether BMCC Material Should Be Sealed – A certified translation of a document produced by BMCC, Bates labeled BMCC-CRT000113409. | BMCC | |
| Exhibit 37 to the Declaration of Andrew Lucarelli in Support of Irico Defendants' Administrative Motion to Consider Whether BMCC Material Should Be Sealed – A certified translation of a document produced by BMCC, Bates labeled BMCC-CRT000113410-3411. | BMCC | |

| Document Proposed to Be Sealed or Redacted | Designating Entity | Ruling |
|---|---|---|
| Exhibit 38 to the Declaration of Andrew Lucarelli in Support of Irico Defendants' Administrative Motion to Consider Whether BMCC Material Should Be Sealed – A certified translation of a document produced by BMCC, Bates labeled BMCC-CRT000113412. | BMCC | |
| Exhibit 39 to the Declaration of Andrew Lucarelli in Support of Irico Defendants' Administrative Motion to Consider Whether BMCC Material Should Be Sealed – A certified translation of a document produced by BMCC, Bates labeled BMCC-CRT000113413. | BMCC | |
| Exhibit 40 to the Declaration of Andrew Lucarelli in Support of Irico Defendants' Administrative Motion to Consider Whether BMCC Material Should Be Sealed – A certified translation of a document produced by BMCC, Bates labeled BMCC-CRT000113414. | BMCC | |
| Exhibit 41 to the Declaration of Andrew Lucarelli in Support of Irico Defendants' Administrative Motion to Consider Whether BMCC Material Should Be Sealed – A certified translation of a document produced by BMCC, Bates labeled BMCC-CRT000113415. | BMCC | |
| Exhibit 42 to the Declaration of Andrew Lucarelli in Support of Irico Defendants' Administrative Motion to Consider Whether BMCC Material Should Be Sealed – A certified translation of a document produced by BMCC, Bates labeled BMCC-CRT000113416. | BMCC | |
| Exhibit 43 to the Declaration of Andrew Lucarelli in Support of Irico Defendants' Administrative Motion to Consider Whether BMCC Material Should Be Sealed – A certified translation of a document produced by BMCC, Bates labeled BMCC-CRT000113418-3419. | BMCC | |

| Document Proposed to Be Sealed or Redacted | Designating Entity | Ruling |
|---|---|---|
| Exhibit 48 to the Declaration of Andrew Lucarelli in Support of Irico Defendants' Administrative Motion to Consider Whether BMCC Material Should Be Sealed – A certified translation of a document produced by BMCC, Bates labeled BMCC-CRT000113389-3391. | BMCC | |
| Exhibit 49 to the Declaration of Andrew Lucarelli in Support of Irico Defendants' Administrative Motion to Consider Whether BMCC Material Should Be Sealed – A certified translation of a document produced by BMCC, Bates labeled BMCC-CRT000113384-3388. | BMCC | |
| Exhibit 68 to the Declaration of Andrew Lucarelli in Support of Irico Defendants' Administrative Motion to Consider Whether BMCC Material Should Be Sealed – A certified translation of a document produced by BMCC, Bates labeled BMCC-CRT000181673-1677. | BMCC | |
| Exhibit 69 to the Declaration of Andrew Lucarelli in Support of Irico Defendants' Administrative Motion to Consider Whether BMCC Material Should Be Sealed – A certified translation of a document produced by BMCC, Bates labeled BMCC-CRT000142685. | BMCC | |
| Exhibit 70 to the Declaration of Andrew Lucarelli in Support of Irico Defendants' Administrative Motion to Consider Whether BMCC Material Should Be Sealed – A certified translation of a document produced by BMCC, Bates labeled BMCC-CRT000138732-8735. | BMCC | |
| Exhibit 71 to the Declaration of Andrew Lucarelli in Support of Irico Defendants' Administrative Motion to Consider Whether BMCC Material Should Be Sealed – A certified translation of a document produced by BMCC, Bates labeled BMCC-CRT000139461-9463. | BMCC | |

| Document Proposed to Be Sealed or Redacted | Designating Entity | Ruling |
|---|---|---|
| Exhibit 72 to the Declaration of Andrew Lucarelli in Support of Irico Defendants' Administrative Motion to Consider Whether BMCC Material Should Be Sealed – A certified translation of a document produced by BMCC, Bates labeled BMCC-CRT000054691. | BMCC | |

**IT IS SO ORDERED.**

Dated: _____

_____
JON S. TIGAR
United States District Judge