BAKER BOTTS L.L.P.
John M. Taladay (*pro hac vice*)
Evan J. Werbel (*pro hac vice*)
Thomas E. Carter (*pro hac vice*)
Andrew L. Lucarelli (*pro hac vice*)
700 K Street, N.W.
Washington, D.C. 20001
(202)-639-7700
(202)-639-7890 (fax)
Email: john.taladay@bakerbotts.com
 evan.werbel@bakerbotts.com
 tom.carter@bakerbotts.com
 drew.lucarelli@bakerbotts.com

*Attorneys for Defendants
Irico Group Corp. and
Irico Display Devices Co., Ltd.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | Case No. 07-cv-05944-JST |
| | MDL No.: 1917 |
| THIS DOCUMENT RELATES TO: | **DECLARATION OF ANDREW LUCARELLI IN SUPPORT OF IRICO DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CHUNGHWA MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(f)** |
| *ALL INDIRECT PURCHASER ACTIONS* | |

I, Andrew Lucarelli, declare as follows:

1. I am an attorney admitted to practice law in Washington, D.C. and am employed by the law firm of Baker Botts L.L.P., which represents Defendants Irico Group Corporation ("Irico Group") and Irico Display Devices Co., Ltd. ("Irico Display") (collectively, "Irico Defendants"). I make this Declaration based on my personal knowledge and in support of the Irico Defendants' Administrative Motion to Consider Whether Chunghwa Material Should Be Sealed Pursuant to Civil Local Rules 7-11 and 79-5(f).

1. Attached hereto as Exhibit 5 is a true and correct copy of a document produced in this litigation by defendant Chunghwa Picture Tubes, Ltd. and bearing the bates label CHU00030668-0669E.

2. Attached hereto as Exhibit 52 is a true and correct copy of excerpts from the deposition of Jin-Song Lu, dated February 28, 2023.

2. Attached hereto as Exhibit 73 is a true and correct copy of a certified translation of a document produced by defendant Chunghwa Picture Tubes, Ltd. in this litigation and bearing the Bates label CHU00047273.

3. Attached hereto as Exhibit 75 is a true and correct copy of Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.'s Notice of Motion and Motion for Summary Judgment, dated July 28, 2023.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 28th day of July, 2023, in Rockville, Maryland.

       /s/ Andrew L. Lucarelli
Andrew. L. Lucarelli (*pro hac vice*)
drew.lucarelli@bakerbotts.com
BAKER BOTTS L.L.P.
700 K St. NW
Washington, D.C. 20001
Telephone: (202) 639-1323
Mobile: (202) 744-0819

*Attorneys for Defendants*
*IRICO GROUP CORP. and*
*IRICO DISPLAY DEVICES CO., LTD.*