1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 4:07-cv-5944-JST |
| | MDL No. 1917 |
| This Document Relates to: | **[PROPOSED] ORDER REGARDING IRICO DEFENDANT'S MOTION TO CONSIDER WHETHER CHUNGHWA MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(f)** |
| ALL INDIRECT PURCHASER ACTIONS | |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Before the Court is Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.'s Motion to Consider Whether Chunghwa Picture Tubes, Ltd. Material Should Be Sealed Pursuant to Civil Local Rules 7-11 and 79-5(f) (ECF No. _____). Having considered the arguments made by Chunghwa Picture Tubes, Ltd. ("Chunghwa") in favor of sealing under Civil Local Rule 79-5(c)(1),

IT IS HEREBY ORDERED THAT the Court rules on Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.'s Motion to Consider Whether Chunghwa Material Should Be Sealed Pursuant to Civil Local Rules 7-11 and 79-5(f) as follows:

| Document Proposed to Be Sealed or Redacted | Designating Entity | Ruling |
|---|---|---|
| Exhibit 5 to the Declaration of Andrew Lucarelli in Support of Irico Defendants' Administrative Motion to Consider Whether Chunghwa Material Should Be Sealed – A document produced by Chunghwa, Bates labeled CHU000CHU00030668-0669E. | Chunghwa | |
| Exhibit 52 to the Declaration of Andrew Lucarelli in Support of Irico Defendants' Administrative Motion to Consider Whether Chunghwa Material Should Be Sealed – An excerpt from deposition of Jin-Song Lu, dated February 28, 2013. | Chunghwa | |
| Exhibit 73 to the Declaration of Andrew Lucarelli in Support of Irico Defendants' Administrative Motion to Consider Whether Chunghwa Material Should Be Sealed – A certified translation of a document produced by Chunghwa, Bates labeled CHU00047273. | Chunghwa | |
| Gray highlighted portions on pages 4 and 13 of Exhibit 75 to the Declaration of Andrew Lucarelli in Support of Irico Defendants' Administrative Motion to Consider Whether Chunghwa Material Should Be Sealed – Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.'s Notice of Motion and Motion for Summary Judgment, dated July 28, 2023. | Chunghwa | |

1  **IT IS SO ORDERED.**

2

3

4  Dated: _____               _____

5                                                                  JON S. TIGAR
                                                           United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28