BAKER BOTTS L.L.P.
John M. Taladay (*pro hac vice*)
Evan J. Werbel (*pro hac vice*)
Thomas E. Carter (*pro hac vice*)
Andrew L. Lucarelli (*pro hac vice*)
700 K Street, N.W.
Washington, D.C. 20001
(202)-639-7700
(202)-639-7890 (fax)
Email: john.taladay@bakerbotts.com
  evan.werbel@bakerbotts.com
  tom.carter@bakerbotts.com
  drew.lucarelli@bakerbotts.com

*Attorneys for Defendants*
*IRICO GROUP CORP. and*
*IRICO DISPLAY DEVICES CO., LTD.*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*ALL INDIRECT PURCHASER ACTIONS* | Case No. 07-cv-05944-JST<br><br>MDL No. 1917<br><br>**CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

I declare that I am employed in Washington, District of Columbia. I am over the age of eighteen years and not a party to the within case; my business address is: Baker Botts L.L.P., 700 K Street, N.W., Washington, D.C. 20001.

On July 28, 2023, I served the following document(s) described as:

- **DEFENDANTS IRICO GROUP CORP. AND IRICO DISPLAY DEVICES CO., LTD.'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 6225)**
- **DECLARATION OF EVAN J. WERBEL IN SUPPORT OF DEFENDANTS IRICO GROUP CORP. AND IRICO DISPLAY DEVICES CO., LTD.'S MOTION FOR SUMMARY JUDGMENT; EXHIBITS 1-74**

on the following interested parties in this action at the email addresses listed below:

| | |
|---|---|
| R. Alexander Saveri (rick@saveri.com) <br> Geoffrey C. Rushing (geoff@saveri.com) <br> Matthew D. Heaphy (mheaphy@saveri.com) <br> SAVERI & SAVERI, INC. <br> 706 Sansome St # 200 <br> San Francisco, CA 94111 <br> *Lead Counsel for the Direct Purchaser Plaintiffs* | Mario N. Alioto (malioto@tatp.com) <br> Lauren C. Capurro (laurenrussell@tatp.com) <br> TRUMP ALIOTO TRUMP & PRESCOTT LLP <br> 2280 Union Street <br> San Francisco, CA 94123 <br> *Lead Counsel for the Indirect Purchaser Plaintiffs* |
| Daniel E. Birkhaeuser (dbirkhaeuser@bramsonplutzik.com) <br> BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP <br> 2125 Oak Grove Rd. Suite 125 <br> Walnut Creek, CA 94598 <br> *Counsel for the Indirect Purchaser Plaintiffs* | Joseph Goldberg (jg@fbdlaw.com) <br> Gerald A. Dever (gdever@finekaplan.com) <br> FREEDMAN BOYD HOLLANDER GOLDBERG P.A. <br> 20 First Plaza, Suite 700 <br> Albuquerque, NM 87102 |

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 28, 2023, in Rockville, Maryland.

                                         */s/ Andrew L. Lucarelli*
                                               Andrew L. Lucarelli