BAKER BOTTS L.L.P.
John M. Taladay (*pro hac vice*)
Evan J. Werbel (*pro hac vice*)
Thomas E. Carter (*pro hac vice*)
Andrew L. Lucarelli (*pro hac vice*)
700 K Street, N.W.
Washington, D.C. 20001
(202)-639-7700
(202)-639-7890 (fax)
Email: john.taladay@bakerbotts.com
          evan.werbel@bakerbotts.com
          tom.carter@bakerbotts.com
          drew.lucarelli@bakerbotts.com

*Attorneys for Defendants*
*IRICO GROUP CORP. and*
*IRICO DISPLAY DEVICES CO., LTD.*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> *ALL INDIRECT PURCHASER ACTIONS* | Case No. 07-cv-05944-JST <br><br> MDL No. 1917 <br><br> **CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

I declare that I am employed in Washington, District of Columbia.  I am over the age of eighteen years and not a party to the within case; my business address is:  Baker Botts L.L.P., 700 K Street, N.W., Washington, D.C. 20001.

On July 28, 2023, I served the following document(s) described as:

- **ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED REGARDING BEIJING MATSUSHITA COLOR CRT (ECF NO. 6227)**
- **DECLARATION OF ANDREW LUCARELLI ISO BMCC SEALING MOTION**
- **EXHIBITS 11-43, 48-49, 68-72 ATTACHED THERETO**

on the following interested parties in this action at the email addresses listed below:

Christine Laciak (christine.laciak@freshfields.com)
FRESHFIELDS BRUCKHAUS
DERINGER LLP
700 13th Street, NW, 10th floor
Washington, DC 20005

*Attorneys for Defendant Beijing-Matsushita Color CRT Company, Ltd.*

I declare under penalty of perjury that the foregoing is true and correct.  Executed on July 28, 2023, in Rockville, Maryland.

　　　　　　　　　　　　　　　　　　　　*/s/ Andrew L. Lucarelli*
　　　　　　　　　　　　　　　　　　　　　　Andrew L. Lucarelli