UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*ALL INDIRECT PURCHASER ACTIONS* | Master File No. 07-CV-5944-JST<br><br>MDL No. 1917<br><br>**[PROPOSED] ORDER GRANTING INDIRECT PURCHASER PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING CLASS REPRESENTATIVE STANDING**<br><br>Judge:       Honorable Jon S. Tigar |

This matter has come before the Court on the Indirect Purchaser Plaintiffs' (the "IPPs") Motion for Partial Summary Judgment Regarding Class Representative Standing (the "Motion"). The Court, after carefully considering all papers filed and proceedings held herein and otherwise being fully informed in the premises, hereby finds as follows:

1. This Motion is appropriate because it will narrow the issues for trial, promote judicial efficiency, and save the Court and the Parties considerable time and expense at trial; and

2. There is no genuine dispute as to the materials facts relating to the twenty-three Moving Plaintiffs' standing. During the Class Period, each of the Moving Plaintiffs purchased a television or computer monitor containing a Cathode Ray Tube ("CRT") manufactured or sold by a Defendant or an alleged co-conspirator for their own use and not for resale, and each Moving Plaintiff's purchase was made in their respective State while they were a resident of that State.

3. The twenty-three Moving Plaintiffs have standing as a matter of law to assert their claims against Defendants Irico Group Corporation and Irico Display Devices Co., Ltd. at trial on their own behalf and on behalf of their respective State Classes.

For all of these reasons, this Court hereby GRANTS IPP's Motion for Partial Summary Judgment.

IT IS SO ORDERED this _____ day of _____, 2023

_____
Hon, Jon S. Tigar
United States District Judge