# EXHIBIT 1

COSTCO WHOLESALE
#436 TEMPE

BUSINESS MEMBER #819230641001      7

    4||||| PHILIPS 27"      549.99 T

***** 8.1 % TAX RATE        44.55

                    TOTAL   594.54

VF    American Express      594.54

XXXXXXXXXXXXXXXX1008  0304  SWIPED
Seq #: 0L0L34 Ref #: 500038
American Express      Resp: 00A

      00APPROVED
      AMOUNT: $594.54
      0436 006 0000000270 0209

      CHANGE           .00

TOTAL NUMBER OF ITEMS SOLD = 1

Executive Members receive
approximately 2% back annually
up to $500, or $10.99 on this
purchase. If you have not yet
upgraded, stop by the membership
counter for information.

CASHIER:AMBER U           REG#6
  8/15/2001 15:44 0436 06 0209 270

Online Shopping  WWW.COSTCO.COM
Member Service  1-800-774-2678
      THANK  YOU !
PLEASE  COME  AGAIN !



EXHIBIT NO. 108
Luscher
4.25.12

CRT000014

—————————————— Produced on 9/7/11 ——————————————

**SAMSUNG EXHIBIT B2**

**PLAINTIFF BRIAN LUSCHER**

1. **CRT PRODUCT:** Philips HDTV

2. **DATE OF PURCHASE:** 8/15/01

3. **LOCATION of PURCHASE:** Costco Wholesale – Tempe, Arizona

4. **PERSONS INVOLVED IN PURCHASE:** Brian Luscher (plaintiff)

5. **PRICE:** $549.99

6. **TAXES/FEES:** $44.55

7. **BUNDLE:** Not purchased as part of a bundle or system.

8. **WARRANTIES:** None other than any standard manufacturers' warranties.

9. **PURPOSE of PURCHASE:** Personal use.

See also CRT000014.



EXHIBIT NO. 109
Luscher
4.25.12

# EXHIBIT 2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 4:07-cv-05944-JST<br><br>MDL No. 1917 |
| This Document Relates to:<br><br>Indirect-Purchaser Class Action | **SUPPLEMENTAL DECLARATION OF CLASS REPRESENTATIVE BRIAN LUSCHER** |

I, BRIAN LUSCHER, declare as follows:

1.      I am the appointed Arizona class representative in this action.

2.      I have personal knowledge of the matters set forth below, and if I was called to testify about these matters I could and would do so.

3.      As I have previously testified, I purchased a Philips television on August 15, 2001 from Costco in Tempe, Arizona.

4.      I was an Arizona resident at the time I purchased the Philips television.

I declare under penalty of perjury under the laws of the state of Arizona that the statements in this Declaration are truthful and accurate.


Dated: July 25, 2023                    By: _____

2

# EXHIBIT 3



# COSTCO WHOLESALE
## EL CAMINO    #475

BUSINESS MEMBER #303802976000

10509 GRAPES BUNCH          6.99
.... PHIL....               9.99

**** 8.0 % TAX ....          22.96

TOTAL     309.94

VF      Costco Wholesale

XXXXXXXXXXXXXXXX8000  1224  SWIPED
Seq #: 000267 Ref #: 07307200
Costco Wholesale    Resp: 00A

OOAPPROVED
AMOUNT: $309.94

CHANGE

TOTAL NUMBER OF ITEMS SOLD = 2

Executive Members receive
approximately 2% back annually
up to $500, or $5.73 on this
purchase.  If you have not yet
upgraded, stop by the membership
counter for information.

CASHIER:GUIAMELYN B.        REG#10
5/22/01 10:50 0475 10 0016 4

Online Shopping WWW.COSTCO.COM
Member Service 1-800-774-2678
## THANK YOU!!
## PLEASE COME AGAIN!



EXHIBIT
69
Cranz    4.4.12

Produced on 9/7/11

**SAMSUNG EXHIBIT B6**

**PLAINTIFF STEVEN GANZ**

1. **CRT PRODUCT:**
   a. 27" Phillips Television
   b. 27" Toshiba Television

2. **DATE OF PURCHASE:**
   a. May 22, 2001
   b. May 2, 2005

3. **LOCATION of PURCHASE:**
   a. Costco Wholesale – El Camino #475, South San Francisco, California
   b. Best Buy - Colma, California

4. **PERSONS INVOLVED IN PURCHASE:**  Steven Ganz (plaintiff)

5. **PRICE:**
   a. $279.99
   b. $329.99

6. **TAXES/FEES:**  The standard sales tax was applied to the purchase of the televisions.

7. **BUNDLE:**   Neither television was purchased as part of a bundle or system.

8. **WARRANTIES:**  None other than any standard manufacturers' warranties.

9. **PURPOSE of PURCHASE:**  Personal use.

See also CRT000239-371.



6



WELCOME TO BEST BUY
COLMA, CA 94014
(650)755-877

NON-RETURNABLE ITEMS

Vol #   0688 4465 483

0873 006 0272 050206

SALE

7027415    27AF45
27AF45 27" FLAT PICTURE TUBE
6715986    CA RECYCLE
CA RECYCLE 8.00

SUBTOTAL              337.99
SALES TAX 8.25 %

TOTAL
xxxxxxxxxxxx2654         VISA    36x
STEVEN GANZ
APPROVAL 04539
************************************
QUALIFYING REBATES SUMMARY
NO QUALIFIED REBATES
************************************

KEEP YOUR RECEIPT

I HAVE READ AND AGREED TO ALL RETURN AND
REFUND POLICIES PRINTED ON THE BACK OF THIS
RECEIPT AND POSTED IN THE STORE. I HAVE
RECEIVED GOODS AND/OR SERVICES IN THE
AMOUNT SHOWN ABOVE.

YOUR CUSTOMER SERVICE
0873 006 0272 050206



EXHIBIT

73
Ganz

# EXHIBIT 4

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION



IN RE CATHODE RAY TUBE (CRT)          Master File No.
ANTITRUST LITIGATION                  07-5944 SC

                                      MDL NO. 1917

_____

VIDEOTAPED DEPOSITION OF STEVEN GANZ

April 4, 2012

9:04 a.m.

One Market, Spear Street Tower, 28th Floor

San Francisco, California

REPORTED BY:

Ingrid Skorobohaty

CSR No. 11669

Steven Ganz

```
1          A.   Okay.

2          Q.   Mr. Ganz, is there any reason that you can't

3     testify fully and truthfully today?

4          A.   No.

5          Q.   Okay.  All right.  So we'll just do some

6     background information first.

7               Could you give us your current home address,

8     please?

9          A.   49 Stillings, San Francisco, 94131.

10         Q.   And how long have you lived there?

11         A.   15 years.

12         Q.   Is this your primary home?

13         A.   Yes, it is.

14         Q.   Do you own any other homes?

15         A.   No.

16         Q.   And in what states do you pay taxes?

17         A.   California, New Mexico, Kansas, Colorado,

18    Michigan.  Yes.

19         Q.   And do you earn income --

20         A.   And Rhode Island.

21         Q.   Do you earn income in all those states?

22         A.   I earn -- I'm in a partnership that earns

23    income.

24         Q.   For all of those states?

25         A.   Yes, but not earned income.
```

                                                            12

Steven Ganz

```
1          Q.   And when you say you pay taxes in all of those

2     states, are those income taxes or --

3          A.   Income taxes.

4          Q.   Income taxes.

5               Do you pay property taxes in any of those

6     states?

7          A.   No.

8          Q.   And where is your primary vehicle registered?

9          A.   California.

10         Q.   Do you own any vehicles -- any other vehicles

11    besides your primary vehicle?

12         A.   I have two.

13         Q.   And are those -- where are those registered?

14         A.   In California.

15         Q.   And where are you registered to vote?

16         A.   In San Francisco.

17         Q.   And do you reside -- spend any time residing

18    in any of those states that you named where you pay

19    income taxes?

20         A.   No.

21         Q.   So you live 100 percent in California?

22         A.   Yes.

23         Q.   Mr. Ganz, did you attend college?

24         A.   Yes, I did.

25         Q.   And where did you go?
```

13

# EXHIBIT 5

Produced 10/19/12

**SAMSUNG EXHIBIT B3 (AMENDED)**

### PLAINTIFF JEFFREY FIGONE

1. **CRT PRODUCTS:**
   a. Sharp television – Model Number: 13K-M100
   b. Panasonic television – Model Number: PV-C1332W
   c. Panasonic television – Model Number: PV-C1332W

2. **DATE OF PURCHASES:**
   a. 1999 or 2000
   b. 2002 or 2003
   c. 2002 or 2003

3. **LOCATION of PURCHASES:**
   a. Costco - Novato, California
   b. Target - Novato, California
   c. Target - Novato, California

4. **PERSONS INVOLVED IN PURCHASES:** Jeffrey Figone (plaintiff)

5. **PRICES:**
   a. Not available.
   b. Not available.
   c. Not available.

6. **TAXES/FEES:** The standard sales tax was applied to the purchases of the televisions.

7. **BUNDLES:** None of the televisions were purchased as part of a bundle or system.

8. **WARRANTIES:** None other than any standard manufacturers' warranties.

9. **PURPOSE of PURCHASES:** Personal use.

See also CRT000000157-167.



EXHIBIT
5C5





**SHARP** CORPORATION

MARKETED BY:
SHARP ELECTRONICS CORPORATION
SHARP PLAZA, MAHWAH, NEW JERSEY 07430-2135
Model No.        13K-M100
120 VOLTS AC   60Hz   69        WATTS
MANUFACTURED:        DECEMBER 1998
SERIAL NO.        937873
MADE IN MALAYSIA        M1004PE





**Panasonic**
VIDEO PRODUCT
130 CBI
MANUFACTURED FEBRUARY 2002
MODEL NO. PV-C1332W
120V AC 60Hz 69W

UL
LISTED 3C38
E150940

Distributed by Matsushita Electric
Corporation of America, Secaucus,
NJ 07094
Made in Indonesia

(LSQL1324)

CAUTION          AVIS

MODEL NO. PV-C1332W

SERIAL NO. B2IA71397

**Panasonic**

VIDEO PRODUCT
130 CBI
MANUFACTURED    FEBRUARY 2002

MODEL NO.    PV-C1332W
120V AC 60Hz      69W



**LISTED** 3C38
E150940

Distributed by Matsushita Electric
Corporation of America, Secaucus,
NJ 07094
Made in Indonesia

(LSQL1324) ⓘ

CAUTION                AVIS

RISK OF ELECTRIC SHOCK   RISQUE DE CHOC ÉLECTRIQUE





**Panasonic**
VIDEO PRODUCT
130 CBI
MANUFACTURED   FEBRUARY 2002
MODEL NO.   PV-C1332W
120V AC 60Hz   69W

Distributed by Matsushita Electric
Corporation of America, Secaucus,
NJ 07094
Made in Indonesia
(LSQL1324) ①

UL
LISTED 3C38
E150940

⚠ CAUTION
RISK OF ELECTRIC SHOCK
DO NOT OPEN

AVIS
RISQUE DE CHOC ELECTRIQUE
NE PAS OUVRIR ⚠

MODEL NO. PV-C1332W

SERIAL NO. B2IA70082







**Panasonic**
VIDEO PRODUCT
130 CBI
MANUFACTURED   FEBRUARY 2002
MODEL NO.   PV-C1332W
120V AC 60Hz   69W

Distributed by Matsushita Electric
Corporation of America, Secaucus,
NJ 07094
Made in Indonesia   (LSQL1324)

(UL) LISTED 3C38
E150940

# EXHIBIT 6

```
1              IN THE UNITED STATES DISTRICT COURT

2                FOR THE NORTHERN OF CALIFORNIA

3                    SAN FRANCISCO DIVISION

4

5    IN RE:  CATHODE RAY TUBE (CRT)   )
     ANTITRUST LITIGATION,            ) Master File No.
6                                     )
                                      ) 3:07-cv-05944 SC
7    _____ )
                                      )
8    THIS DOCUMENT RELATES TO:        )
                                      )
9                                     )
     ALL INDIRECT PURCHASER ACTIONS   ) MDL No. 1917
10                                    )
     _____ )
11

12

13

14        VIDEOTAPED DEPOSITION OF JEFFREY FIGONE

15

16             Held at Winston & Strawn

17          101 California Street, 39th Floor

18             San Francisco, California

19

20             Friday, October 19, 2012

21             10:06 a.m. - 1:56 p.m.

22

23

24

25    REPORTED BY:  JAMES BEASLEY, RPR, CA CSR No. 12807
```

2

BARKLEY
Court Reporters

1   also helps the reporter to make a good record of

2   today's testimony.  Okay?

3        A.   Thank you.

4        Q.   Finally, so long as there's not a question

10:09   5   pending, please let me know at any time you'd like

6   to take a break for whatever reason.  Okay?

7        A.   Yes, I will.

8        Q.   Great.  Mr. Figone, what is your current

9   home address?

10:09   10        A.   370 School Road, Novato, California 94945.

11        Q.   Is that your primary residence?

12        A.   Yes.

13        Q.   How long have you lived there?

14        A.   Approximately 22 years.

10:09   15        Q.   Do you have any homes outside California?

16        A.   No.

17        Q.   Did you have any homes outside California

18   during the period 1995 through 2007?

19        A.   No.

10:09   20        Q.   You're represented today by counsel?

21        A.   Yes.

22             MS. DONOVAN:  I would like to mark as

23   Exhibit 501 a document entitled:  "Notice of

24   Deposition of Jeffrey Figone."  It's a three-page

10:10   25   document.

11

JEFFREY FIGONE

BARKLEY
Court Reporters

# EXHIBIT 7

**SAMSUNG EXHIBIT B34**

**PLAINTIFF DAVID ROOKS**

1. **CRT PRODUCT:**  Panasonic Television Model # CT 36HX41

2. **DATE OF PURCHASE:** 9/1/01

3. **LOCATION of PURCHASE:** Circuit City, Daytona Beach, Florida

4. **PERSONS INVOLVED IN PURCHASE:** David Rooks (plaintiff)

5. **PRICE:** $2,099.99

6. **TAXES/FEES:** The standard sales tax was applied to the purchase of the television.

7. **BUNDLE:** Not purchased as part of a bundle or system.

8. **WARRANTIES:** An extended service contract was purchased for $359.99.

9. **PURPOSE of PURCHASE:**  Personal use.

See also CRT000912-914.

2



CRT000913



CRT000914



**Circuit City Stores, Inc.**
Store 708
DAYTONA BEACH, FL 32114
(904) 252-9882

20:40:24 09/01/01

Sold to:
DAVID ROOKS
(386) 760-8697
3051 S ATLANTIC AVE     2004
DAYTONA BEACH, FL 32118-4982

CUSTOMER COPY

Ticket
0766013#0923

Orig Date 09/01/01

| Salesperson | Trans# | Register | Cashier |
|---|---|---|---|
| S: P PALL | 0766013#0923 | 02 | 041180 |

| Item | | | Tax | Amount |
|---|---|---|---|---|
| 1 SL | 1 PAN CT36HX41 | 31" ANU ARGER T | Y | 2,133.99 |
| 2 PJT | 4-PAN CT36HX41 | Price Adjustment | | -1.00 |
| 3 SL | 1 ESP Contract | Service Plan | Y | 359.95 |
| 4 SL | 1 THC TP44 | TV BASE 121-120 | Y | 99.97 |

** OPEN BOX **

| | | |
|---|---|---|
| Total Taxable | $ | 2,559.95 |
| Sales Tax | $ | 153.60 |
| TOTAL PURCHASE | $ | 2,713.55 |
| VISA | $ | 36.04 |
| BALANCE | $ | 0.00 |

Item

2 PAN CT36HX41 has been adjusted to reflect our
  Commitment to our Low Price Guarantee.
1 The Extended Service Contract for Home service for the
  PAN CT36HX41 starts 09/01/01 and expires 09/01/06.
4 THC TP44, Tag Number 0766213397.
  This product was a store display model or a customer
  return that has been previously opened and may have been
  serviced to ensure your satisfaction. It carries the
  same warranty coverage as a factory sealed item.

Return Policy
Most merchandise may be exchanged or refunded within 30
days of purchase. Computers and related merchandise may
be exchanged or refunded within 14 days of purchase.
Computers and related merchandise that are returned opened
or in a non-factory sealed box are subject to a 15% open
box fee unless exchanged for the exact same item.
Merchandise purchased as Open Box is not subject to the 15%
open box fee.
See store for additional details.

Shop with us online at CircuitCity.com

** This sales receipt and the accompanying terms and
conditions constitute your WARRANTY CONTRACT
CM 14 DAY HOLD ON ALL CHECKS      NOW HIRING FOR

COMPUTERS!!

For repair service call (585) 234-2833

EXHIBIT 11302
CRT 595
Books



Circuit City Stores, Inc.
Store 766
DAYTONA BEACH, FL 32114
(904) 252-9882

19:48:08  09/01/01

Sold to:                                    Ticket
DAVID ROOKS                                 076602980923
(386) 760-8697
3051 S ATLANTIC AVE      2004
DAYTONA BEACH, FL 32118-4982

CUSTOMER COPY                               Orig Date 09/01/01

REPRINT

| Salesperson | Transf# | Register | Cashier |
|---|---|---|---|
| S.P. PAIZ | 076602980928 | 25 | 120104 |

| Item | Qty | Model | Description | Tax | Amount |
|---|---|---|---|---|---|
| 1 | SL | 1 PAN CT36HX41 | 31" AND LARGER | Y | 2,133.99 |
| 2 | SL | 1 ESP Contract | Service Plan | Y | 359.99 |
| 3 | SL | 1 THC TP44 | TV BASE 121-125 | Y | 99.97 |

** OPEN BOX **

Total Taxable    $   2,593.95
Sales Tax        $     155.64
TOTAL PURCHASE   $   2,749.59
BALANCE          $       0.00

Item

** THIS IS NOT AN ORIGINAL TICKET - REPRINT
1 The Extended Service Contract for Home service for the
  PAN CT36HX41 starts  09/01/01 and expires  09/01/06.
3 THC TP44, Tag Number 076621397
  This product was a store display model or a customer
  return that has been previously opened and may have been
  serviced to ensure your satisfaction. It carries the
  same warranty coverage as a factory sealed item.

Return Policy
Most merchandise may be exchanged or refunded within 30
days of purchase. Computers and related merchandise may
be exchanged or refunded within 14 days of purchase.
Computers and related merchandise that are returned opened
or in a non-factory sealed box are subject to a 15% open
box fee unless exchanged for the exact same item.
Merchandise purchased as Open Box is not subject to the 15%
open box fee.
See store for additional details.

Shop with us online at CircuitCity.com.

** This sales receipt and the accompanying terms and
   conditions constitute your WARRANTY CONTRACT.
CM 14 DAY HOLD ON ALL CHECKS          NOW HIRING FOR

  COMPUTERS!!!

                   For repair service call: (888) 333-2335

REPRINT



Circuit City Stores, Inc.
Store 766
DAYTONA BEACH, FL 32114
(904) 252-9882                          19:48:08  09/01/01

Sold to:                                    Ticket
DAVID ROOKS                              - 076602980923
(386) 760-8697
3051 S ATLANTIC AVE        2004
DAYTONA BEACH, FL 32118-4982
CUSTOMER COPY                            Orig Date 09/01/01
REPRINT

| Salesperson | Trans# | Register | Cashier |
|---|---|---|---|
| S.P.PAIZ | 076602980926 | 25 | 120104 |
| Item Qty Model | Description | Tax | Amount |

                TAG #: 0766213397
                THC TP44
                OPEN BOX
                PAID



# EXHIBIT 8

# EXHIBIT 9

——————————————————— Produced on 9/7/11 ———————————————————

SAMSUNG EXHIBIT B9

**PLAINTIFF DANIEL RIEBOW**

1. **CRT PRODUCT:** Panasonic 27" television

2. **DATE OF PURCHASE:** 4/22/04

3. **LOCATION of PURCHASE:** Sears, Ala Moana Store, Hawaii

4. **PERSONS INVOLVED IN PURCHASE:** Daniel Riebow (plaintiff)

5. **PRICE:** $233.89

6. **TAXES/FEES:** The standard sales tax was applied to the purchase of the television.

7. **BUNDLE:** The television was not purchased as part of a bundle or system.

8. **WARRANTIES:** There was an extended warranty in connection with the purchase of this television.

9. **PURPOSE of PURCHASE:** Personal use.

See also CRT000063-70.



9



**Mast**

Retain thi

SEARS
ALA MOANA STORE, HI 01158

RETAIN FOR COMPARISON WITH MONTHLY
STATEMENT OR FOR RETURN OR EXCHANGE

SALESCHECK #
011580035115

CUSTOMER:          DANIEL E. RIEBOW

EXPECTED DATE:      04/22/04

SPECIAL INSTRUCTIONS:
CPU 27IN PANA TV #47523

TRAN#   PG/STORE  REG#   ASSOC #
5115   99 01158  003      9857

MERCHANDISE-UP HOLDING
CUSTOMER PICKUP
2057 47523  APR 2 2 2004  SAL  259.881
SALE CREDIT $            25.991-
70 57509292             MDS  215.991
EXPIRES:  04/22/09

          SUBTOTAL    449.88
          TAX 04.166%   18.74
CARD TYPE: AMEX
ACCT #: W2001
AUTH CODE: 684541
04/22/04      AMEX TOTAL   468.62

CARDHOLDER ACKNOWLEDGES RECEIPT
OF GOODS AND/OR SERVICES IN THE
AMOUNT OF
$468.62
AND AGREES TO PERFORM THE
OBLIGATIONS SET FORTH IN THE
CARDHOLDER'S AGREEMENT WITH THE
ISSUER IDENTIFIED HEREON.

a. any product located outside the United States and Puerto Rico. Service is available in Canada provided you have obtained a Hydro Commission CSA certificate for the product(s) at your expense.
b. any product used for business or commercial purposes. A product is "used for commercial purposes" if it is used for any purpose other than single family household purposes.
c. repair of any product which is damaged or malfunctioning due to causes beyond our control including, but not limited to, repairs necessitated by operator or owner negligence (such as the failure to maintain the product according to the owner's manual instructions), improper installation,

**EXHIBIT**
100
Riebow
GR85 4-17-12













# EXHIBIT 10



CRT001132



M68LGL061X  A

M Ⓣ 39

LR 29058

E11893

WARNING. Do not operate this tube above the maximum voltage ratings. Such abnormal operation may produce x-Radiation which may create a shock hazard. CAUTION: High vacuum tube is dangerous to handle. Refer servicing to qualified service personnel. MADE IN USA

ご注意：このブラウン管は補聴型です。交換する場合は耐衝撃新安全性を保つため、同一型名のブラウン管をご使用下さい。

WARNING: THIS PICTURE TUBE EMPLOYS INTEGRAL IMPLOSION PRO-
TECTION. REPLACE ONLY WITH A TUBE HAVING THE SAME TYPE NUMBER
FOR CONTINUED X-RADIATION PROTECTION AND PRODUCT SAFETY.

AVERTISSEMENT: CETTE LAMPE-ÉCRAN EST DOTÉE D'UN SYSTÈME
PROTECTEUR D'IMPLOSION. AFIN DE CONSERVER
UNE PROTECTION INTÉGRALE, EN CAS DE REMPLACEMENT, N'UTILISER
QU'UNE LAMPE-ÉCRAN D'ORIGINE PORTANT LE MÊME NUMÉRO.

EIA130

CRT001133