# EXHIBIT 31



EXHIBIT 540
WIT: Jenkins
DATE: 11-14-12
MELISSA MAGEE, CSR, RMR

# ORION

EIA 577

BSI NO. 773

CSR L 003   **ℛ**U E59389   NO:

A34AGT13X98 (DL)
CPJ370BVBK1S-TC
H4525312370

Ex ...nsichere Kathodenstrahlröhre nach Anlage III Röntgenverordnung.

**CAUTION:** HIGH-VACUUM PICTURE TUBE IS DANGEROUS TO HANDLE. REFER SERVICING TO QUALIFIED SERVICE PERSONNEL.

**X-RAY WARNING:** When picture tubes are operated at very high voltage and when personal exposure is prolonged at close range, special shielding precautions against x-ray radiation may be needed.

**WARNING:** THIS PICTURE TUBE EMPLOYS INTEGRAL IMPLOSION PROTECTION. REPLACE WITH A TUBE OF THE SAME TYPE NUMBER FOR CONTINUED SAFETY.

**AVERTISSEMENT :** CE TUBE CATHODIQUE EMPLOIE UNE PROTECTION D'IMPLOSION INTÉGRALE. REMPLACER PAR UN TUBE DU MÊME TYPE NUMÉRO POUR LA SÛRETÉ CONTINUE.   T1424   M

EXHIBIT 541
WIT: Jenkins
DATE: 11-14-12
MELISSA MAGEE, CSR, RMR

# EXHIBIT 32



EXHIBIT 546
WIT: Jenkins
DATE: 11-14-12
MELISSA MAGEE, CSR, RMR



## CHUNGHWA

EIA 577

CPJ370BV AP15 FC

**CAUTION:** HIGH-VACUUM PICTURE TUBE IS DANGEROUS TO HANDLE. REFER SERVICING TO QUALIFIED SERVICE PERSONNEL.

Eigensichere Kathodenstrahlröhre nach Anlage III Röntgenverordnung.

**WARNING:** THIS PICTURE TUBE EMPLOYS INTEGRAL IMPLOSION PROTECTION, REPLACE WITH A TUBE OF THE SAME TYPE NUMBER FOR CONTINUED SAFETY.

**AVERTISSEMENT** CE TUBE CATHODIQUE EMPLOIE UNE PRO-TECTION D'IMPLOSION INTÉGRALE. REMPLACER PAR UN TUBE DE MÊME TYPE NUMÉRO POUR LA SURETÉ CONTINUE.

EXHIBIT 547
WIT: Jenkins
DATE: 11-14-12
MELISSA MAGEE, CSR, RMR

# EXHIBIT 33

Produced on 9/12 12

**SAMSUNG EXHIBIT A40**

**PLAINTIFF STEVEN FINK**

**CRTs**: Mr. Fink does not believe he reviewed any trade publications, advertisements, or news articles relating to the price or product features of CRTs during the relevant time period.

**CRT Products**: Mr. Fink believes he probably reviewed advertisements for CRT products in various newspapers and online during the relevant time period. Mr. Fink does not have specific recollection of the contents of any of the advertisements he saw.





Produced at: 9/17/12

**SAMSUNG EXHIBIT A40**

**PLAINTIFF STEVEN FINK**

Steven Fink
12932 Camden Ave.
Omaha, NE 68164-1772

Joel M. Carney
WALENTINE, O'TOOLE, MCQUILLAN & GORDON, LLP
11240 Davenport Street
P.O. Box 540125
Omaha, NE 68154-0125

Michael Belancio
FOLAND, WICKENS, EISFELDER, ROPER & HOFER, PC
Commerce Bank Building
911 Main Street, 30th Floor
Kansas City, MO 64105

Robert J. Gralewski, Jr.
KIRBY McINERNEY LLP
825 Third Avenue
New York, NY 10022

8

Produced on 9/17/12

**SAMSUNG EXHIBIT A40**

### PLAINTIFF STEVEN FINK

1. **CRT PRODUCT:** Toshiba Television Model # 32AF53

2. **DATE OF PURCHASE:** 3/14/04

3. **LOCATION of PURCHASE:** Nebraska Furniture Mart, Omaha, Nebraska

4. **PERSONS INVOLVED IN PURCHASE:** Steven Fink

5. **PRICE:** $639.99

6. **TAXES/FEES:** The standard sales tax was applied to the purchase of the television.

7. **BUNDLE:** The television was not purchased as part of a bundle or system.

8. **WARRANTIES:** None other than any standard manufacturers' warranties.

9. **PURPOSE of PURCHASE:** Personal use.

See also CRT000854-906.

8

Produced on 4/17/12

**SAMSUNG EXHIBIT E40**

**PLAINTIFF STEVEN FINK**

Mr. Fink did not purchase any non-CRT televisions or computer monitors during the
relevant time period.

*Nebraska*
**Furniture Mart**     Omaha, NE 68114, Kansas City, KS 66111, Des Moines, IA 50235

Customer Service: (402) 392-3499 or (800) 544-6638

**3158 13:15** ⊙  REVOLVING CHARGE ACCOUNT

03-14-04
✪  **SALE**



ORDER: SL **13065451**  V 1 PG 1

### CUSTOMER COPY

BUYER      10905370 Called/Placed by: JCR:STEVEN W FI

        JULIE FINK
        STEVEN W FINK
        12932 CAMDEN AVE
        OMAHA        NE 68164-1772

        llllullullllllullllllllullllllllulllllll

**PICKUP FROM:**
#1 SO. END NEW WAREHOUSE - 695 ROSE BLUMKIN DRIVE

**PICKUP HOURS: M-SA 10am-9pm / SU 10am-6pm**

PICKUP DATE: 03/14/04

Home Tel: 402 964-9456  Work Tel: 402 333-5063          Order Date: 03-14-2004 SUN Sold by: 2019 Matt F

| Ln | Quant | SKU | SHIP DATE | Item Description | Price | Unit | T X | Extended Amount |
|----|-------|-----|-----------|------------------|-------|------|-----|-----------------|
| 1 | 1 | 19350693 | 03/14/04 | TOSHB-32AF53-32" Tv | 639.99 | Each | Y | 639.99 |
| 2 | 1 | 18770578 | 03/14/04 | NEWES-XELE9992Y-2 Yr Comp (500-999) | 49.99 | Each | Y | 49.99 |

Sub Total  **$689.98**

NOTE: Credit/Debit Cards are accepted for purchases; however we CANNOT accept Account Payments by Credit/Debit Card.

PURCHASE POLICY: Unless stated otherwise above, purchases made at NFM may be returned for Exchange,
Refund or Store Credit within 30 days from the date of purchase.  Receipt and original packaging is required for
all returns. Labor, Delivery and Installation charges are non-refundable.

If you have any questions about your order, call the Customer Service number found at the top of this document.
Please note our Customer Service TELEPHONE SUPPORT hours: Mon-Fri 8am-9pm ; Sat 9am-8pm ; Sun 10am-6pm.

        Thank you for choosing Nebraska Furniture Mart for your home furnishing needs, **MATT F.**

My purchase, made for personal, family or household use, is subject to the terms of my NFM Revolving Charge Agreement. Until my purchase is fully paid, NFM retains a security interest under the Uniform Commercial Code in the goods described above.

NOTICE - SPECIAL PROMOTIONAL TERMS. EXTENDED GRACE PERIOD.  N O  I N T E R E S T  I F  P A I D by September 1, 2005. Interest accrues at 18% APR from date of delivery, but will be waived if full purchase price and any elected payment protection charges, are paid before September 1, 2005.

M I N I M U M   M O N T H L Y   P A Y M E N T S  A R E  R E Q U I R E D. (Initial here):_____

X _____
     Authorized Buyer's Signature

| DELIVERY: | + | 0.00 |
|-----------|---|------|
| Sales TaxX  7.000 | + | 48.30 |
| A. CASH PRICE | = | 738.28 |
| DOWNPAYMENTS | | |
| B. Deposit/Payments | - | 0.00 |
| C. Pending Credits | - | 0.00 |
| D. BBD Amount Due | - | $0.00 |
| E. FINANCED AMOUNT | = | 738.28 |

**BR80**
Revl.-- Sept '05

CAJ  SL 13065451 V1P1 13223CAJ47714



EXHIBIT
589
11-28-12.16+

depobook.com

# EXHIBIT 34



# EXHIBIT 35

CERTIFIED COPY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

IN RE: CATHODE RAY TUBE (CRT) ) CASE NO.
ANTITRUST LITIGATION        ) 3:07-CV-05944 SC
————————————————————————————)
                            )
THIS DOCUMENT RELATES TO:   )
                            )
ALL ACTIONS                 )
                            )
————————————————————————————)

DEPOSITION OF STEVEN FINK

November 28, 2012

Kristin M. Teel, Notary Public
350081

**BARKLEY**
*Court Reporters*
barkley.com

40 YEARS

(310) 207-8000 Los Angeles    (415) 433-5777 San Francisco    (949) 955-0400 Irvine    (858) 455-5444 San Diego
(916) 922-5777 Sacramento     (408) 885-0550 San Jose         (760) 322-2240 Palm Springs    (951) 686-0606 Riverside
(818) 702-0202 Woodland Hills (212) 808-8500 New York City    (347) 821-4611 Brooklyn    (518) 490-1910 Albany
(516) 277-9494 Garden City    (914) 510-9110 White Plains     (312) 379-5566 Chicago    (702) 366-0500 Las Vegas
+33 1 70 72 65 26 Paris    +971 4 8137744 Dubai    +852 3693 1522 Hong Kong

16:00  1                  (At 4:01 p.m., with parties present as

       2     before, the following proceedings were had, to-wit:)

       3                        VIDEOGRAPHER:  Counsel, the

       4     approximate time is 4:01 p.m.  We're on the record.

16:01  5     BY MS. KRISTOVICH:

       6          Q.   Mr. Fink, what's your date of birth?

       7          A.   My date of birth is October 1, 1965.

       8                        MR. GRALEWSKI:  I'm sorry.  I don't

       9     mean to interrupt.  Can we just get the two counsel

16:02 10     who joined on the phone to --

      11                        MS. KRISTOVICH:  Oh, sorry.  I

      12     forgot.

      13                        MR. GRALEWSKI:  -- state their

      14     appearances for the video?

16:02 15              Thank you.  Go ahead, gentlemen.

      16                        MR. MALAISE:  This is Charles Malaise

      17     from Baker Botts for the Philips defendants.

      18                        MR. McALLISTER:  And this is Aaron

      19     McAllister from White & Case for the Toshiba

16:02 20     entities.

      21     BY MS. KRISTOVICH:

      22          Q.   Okay.  Mr. Fink, what's your current home

      23     address?

      24          A.   My current home address is 12932 Camden

16:02 25     Avenue, Omaha, Nebraska 68164.

                                    11

                              STEVEN FINK

BARKLEY
Court Reporters

16:02   1         Q.   How long have you lived there?

        2         A.   I've lived there 15 years.

        3         Q.   Is that '97?

        4         A.   '97.  November 24, '97.

16:02   5         Q.   That's exactly 15 years.

        6              How -- where did you live before that?

        7         A.   I lived in St. Louis, Missouri.

        8         Q.   How long did you live in St. Louis,

        9    Missouri?

16:03  10         A.   On and off, 20 -- 28 years, 29 years.

       11         Q.   Where were you living immediately before

       12    you moved to the Camden Avenue address?

       13         A.   I was living in St. Louis in Florrisant,

       14    Missouri.  It's 480 South Saint Jacques.

16:03  15         Q.   And how did -- how long did you live at

       16    480 South Saint Jacques?

       17         A.   Probably five years.

       18         Q.   So you moved there approximately in 1992?

       19         A.   Uh-huh.

16:03  20         Q.   So --

       21         A.   After I was married.

       22              COURT REPORTER:  I'm sorry?

       23              THE WITNESS:  After I was married.

       24    BY MS. KRISTOVICH:

16:03  25         Q.   When were you married?

                                 12

STEVEN FINK

BARKLEY
Court Reporters

17:29 1    A.    I think it was with -- before tax.

2    Q.    Did Nebraska Furniture Mart offer you any

3    sort of low price match guarantee?

4    A.    No.

17:29 5    Q.    Do you know how much of the $639 was for

6    the CRT contained within the television?

7    A.    No, I do not.

8    Q.    How would you find that out?

9    A.    Wouldn't be able to.

17:29 10    Q.    Did you purchase any other products along

11    with the TV, such as a VCR or DVD player?

12    A.    Nope.

13            MR. GRALEWSKI:  I'm going to

14    belatedly object to the prior question, how did you

17:30 15    find out.  It calls for legal and expert testimony.

16          Thank you.

17    BY MS. KRISTOVICH:

18    Q.    Could you have gotten any sort of service

19    deal, other than the two-year warranty that you

17:30 20    signed up for?

21    A.    I don't recall if they were offering a

22    longer deal at that time.

23    Q.    And I take it Nebraska Furniture Mart is

24    here in Nebraska?

17:30 25    A.    Of course.

77

STEVEN FINK

BARKLEY
Court Reporters

17:30 1      Q.    Okay.   And were you living in Nebraska at

2      the time that you bought the television?

3      A.    Yes.

4      Q.    And I take it you put the -- do you have a

17:30 5      truck?  Did you put the TV in the truck?

6      A.    Yes.

7      Q.    In just the back of the truck and drove it

8      home?

9      A.    Yes.

17:30 10      Q.    So there was no delivery or anything?

11      A.    No.

12      Q.    Okay.  And you've -- have you used the TV

13      in your family room since you bought it?

14      A.    Yes.

17:31 15      Q.    Has it ever been used for a business

16      purpose?

17      A.    No.

18      Q.    Did you have any claim that it should be

19      tax deductible or reimbursable through your

17:31 20      business?

21      A.    No.

22      Q.    Okay.  And has the Toshiba been a good

23      television, in your opinion?

24      A.    Yes.

17:31 25      Q.    And do you have any complaints about it?

78

STEVEN FINK

BARKLEY
Court Reporters

# EXHIBIT 36

Produced on 9/7/11

**SAMSUNG EXHIBIT B18**

**PLAINTIFF CRAIG STEPHENSON**

1. **CRT PRODUCT:** MAG Technology computer monitor – S/N: FXHA 1709 1973U

2. **DATE OF PURCHASE:** 5/20/01

3. **LOCATION of PURCHASE:** Best Buy, 338 W, Albuquerque, New Mexico

4. **PERSONS INVOLVED IN PURCHASE:** Craig Stephenson (plaintiff)

5. **PRICE:** $57.13 (including tax)

6. **TAXES/FEES:** The standard sales tax was applied to the purchase of the computer monitor.

7. **BUNDLE:** The computer monitor was not purchased as part of a bundle or system.

8. **WARRANTIES:** None other than any standard manufacturers' warranties.

9. **PURPOSE of PURCHASE:** Personal use.

See also CRT000051-53.



19

# EXHIBIT 37

**SAMSUNG**

TYPE
型号
序号S—

**M46QCE261X115
(A/SKD)
C31 10700110**

MADE BY SAMSUNG

**X-RAY WARNING :** When picture tubes are operated at very high voltage and when personal exposure is prolonged at close range, special shielding precautions against x-ray radiation may be needed.
**CAUTION :** HIGH-VACUUM PICTURE TUBE IS DANGEROUS TO HANDLE. REFER SERVICING TO QUALIFIED SERVICE PERSONNEL.
Eigensichere Kathodenstrahlröhre nach Anlage III Röntgenverordnung.

HS

**WARNING :** THIS CATHODE RAY TUBE EMPLOYS INTEGRAL IMPLOSION PROTECTION. REPLACE WITH A CATHODE RAY TUBE OF THE SAME TYPE NUMBER FOR CONTINUED SAFETY.

**AVERTISSEMENT :** CE TUBE CATHODIQUE EMPLOIE UNE PROTECTION D'IMPLOSION INTÉGRALE. REMPLACER PAR UN TUBE DE MÊME TYPE NUMÉRO POUR LA SÛRETÉ CONTINUE.

X射线警告 : 显象管在高电压下工作时产生的辐射对长期暴露在其周围的人体有害。因此必须 采取特殊的
X射线屏蔽预防措施。 小心 : 高压真空管搬动时应咨询专业人员，以免发生危险。 注意 : 本产品为防爆型
显象管替换时，为防止 X 射线损伤，保证管子的防爆安全性，请使用同一型号的管子。

**UL** E65779-S  **CSA** LR29831  **C(TB)** G07012  **TÜV**



**MAG TECHNOLOGY CO., LTD.**
21F, NO. 456, SEC. 4, HSIN-YI RD,
TAIPEI, TAIWAN.

Product No :    **986FS**

Model No:    **986N**

Power:    **100~240V ~ 2.0A 50/60HZ**

Serial No:    **FXHA17091973U**



Manufactured:    JULY,2001



Tested To Comply with FCC Standards
FOR HOME OR OFFICE USE

CE      

This Class B Digital apparatus meets all requirements of the Canadian Interference Causing Equipment Regulations.
Get appareil numérique de la class B respecte toutes les exigences du Règlemnte sur le matérielbrouilleur du canada.

Die diesem great entstehende Röntgenstrahlun gist ausreic hend durch die eigensichere Kathod enstrahlröhre
Abgeschirmt: Max. 29KV
Strahlstrom: Max. 1mA

This device complies with DHHS Radiation Performance Standards, 21 CFR Subcharter J

This device complies with Part 15 of the FCC Rules.Operation is subject to the following two conditions:(1)this device may not cause harmful interference,and (2) this device must accept any interference received. including interference that may cause undesired operation.

MADE IN CHINA



Flat square color monitor

# 19"

## 986FS

- 19" (17.9" VIS) Flat square tube
- 0.21mm horizontal dot pitch
- 30-86KHz horizontal frequency
- 1600x1200 maximum resolution
- 160Hz maximum refresh rate
- On-screen-display with JAG™ control
- Enhanced e-DVD mode
- Microsoft Windows® plug & play

# MAG ®
### INNOVISION



# EXHIBIT 38

1            UNITED STATES DISTRICT COURT

2           NORTHERN DISTRICT OF CALIFORNIA

3              SAN FRANCISCO DIVISION

4                  ---oOo---

5

6   In Re: CATHODE RAY TUBE (CRT)    )
    ANTITRUST LITIGATION,             )
7                                     )
                      Plaintiff,      )
8   _____)   Case No.
                                      )   07-5944 SC
9                                     )   MDL No. 1917
    This Document Relates to:         )
10                                    )
    ALL ACTIONS,                      )
11  _____)

12

13

14       HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

15      VIDEOTAPED DEPOSITION OF CRAIG STEPHENSON

16             THURSDAY, APRIL 26, 2012

17

18

19

20

21

22

23

24

25   REPORTER: BALINDA DUNLAP, CSR 10710, RPR, CRR, RMR

                        2

BARKLEY
Court Reporters

1    the time period of March 1st, 1995, through

2    November 25th of 2007.

3        A.   Okay.

4        Q.   Okay.  And I may sometimes call that the

09:29  5    "relevant time period," okay?

6        A.   All right.

7        Q.   Mr. Stephenson, what's your home address?

8        A.   I live at 1331 Park Avenue Southwest, Unit

9    410 here in Albuquerque, zip 87102.

09:30  10        Q.   How long have you lived at that address?

11        A.   Since 20 -- October 2006.

12        Q.   Where did you live before that?

13        A.   I lived in Taos, New Mexico.

14        Q.   All right.  How long did you live in Taos?

09:30  15        A.   Since 1994.

16        Q.   So have you lived in New Mexico

17    continuously since 1994?

18        A.   Yes.

19        Q.   The Park Avenue address that you just gave

09:30  20    me, do you own your home there?

21        A.   Yes.

22        Q.   Do you own any other homes?

23        A.   No.

24        Q.   Do you live there year-round?

09:30  25        A.   Yes.

13

BARKLEY
Court Reporters

# EXHIBIT 39

Mario N. Alioto, Esq. (56433)
Lauren C. Capurro, Esq. (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA 94123
Telephone:   (415) 563-7200
Facsimile:    (415) 346-0679
malioto@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 4:07-cv-05944-JST (N.D. Cal.) |
| | MDL No. 1917 |
| This Document Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS | **INDIRECT PURCHASER PLAINTIFF GREGORY PAINTER'S OBJECTIONS AND RESPONSES TO DEFENDANTS IRICO GROUP CORP. AND IRICO DISPLAY DEVICES CO., LTD.'S FIRST SET OF INTERROGATORIES** |

**PROPOUNDING PARTY:      IRICO GROUP CORP. AND IRICO DISPLAY DEVICES CO., LTD.**

**RESPONDING PARTY:      INDIRECT PURCHASER PLAINTIFF GREGORY PAINTER**

**SET NUMBER:          ONE**

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Indirect Purchaser Plaintiff Gregory Painter ("Plaintiff Painter") hereby responds and objects to the First Set of Interrogatories propounded by Defendants Irico Group Corp. and Irico Display Devices Co., Ltd. ("Defendants"), as set forth below.

**PRELIMINARY STATEMENT**

Each of the following responses is subject to all objections of and concerning relevance, materiality, and admissibility, as well as to all and any other objections on any ground requiring exclusion of any response if introduced in Court. All evidentiary objections and grounds accordingly are expressly reserved. Furthermore, Plaintiff Painter's decision, now or in the future, to provide information notwithstanding the objectionable nature of the Interrogatories shall not be construed as (a) an admission that he agrees with any of Defendants' definitions or characterizations contained therein, (b) an admission that the information sought likely will lead to the discovery of admissible evidence, or (c) an agreement that requests for similar information will be treated in a similar manner.

For purposes of these Interrogatories, Plaintiff Painter defines the term "CRT Products" as televisions and computer monitors containing CRTs.

Plaintiff Painter's responses to the First Set of Interrogatories are made without prejudice to his right to introduce any or all evidence of any kind in this case.

The specific responses and objections set forth below are based upon information now known. Plaintiff Painter has not yet completed discovery or preparation for trial in this case, and, therefore, reserves the right to amend, modify, or supplement any general or specific objection or response.

Nothing in his responses to these Interrogatories shall be construed as an admission by Plaintiff Painter going to the competence, admissibility, relevance, or materiality of any fact or document, or as an admission of the truth or accuracy of any characterization of any information of any kind sought by these Interrogatories.

Plaintiff Painter reserves his right to object to use of his responses herein, or the subject matter thereof, on any ground in this or in any subsequent proceeding, including, without limitation, the right to object on any ground at any time to the use of such responses in any discovery procedures in this or any proceeding, and/or at trial.

2

Plaintiff Painter's responses to the Interrogatories are subject to the provisions of the Stipulated Protective Order entered by the Court June 18, 2008 (Document 306) (the "Protective Order"). Plaintiff Painter's Interrogatory Responses hereby are designated "Confidential" in accordance with the provisions of the Protective Order.

Each of the General Objections herein is considered applicable to and is hereby incorporated into each and every response by Plaintiff Painter to the Interrogatories, and each response is given without waiving any of the General Objections. The assertion of any General Objection in response to any Interrogatory should not be considered a waiver of the remaining General Objections. By making the responses herein, Plaintiff Painter does not concede that the information provided is relevant to the claims or defenses of any party or reasonably calculated to lead to the discovery of admissible evidence.

## GENERAL OBJECTIONS

1.      Plaintiff Painter objects to, and will not answer, the Interrogatories to the extent they seek discovery of information, legal analysis, and/or strategies concerning any Class Certification motion Indirect Purchaser Plaintiffs may file under Rule 23 of the Federal Rules of Civil Procedure. Such information, legal analysis, and/or strategies are protected from disclosure by the attorney-client privilege and/or the work-product doctrine.

2.      Plaintiff Painter objects to, and will not answer, the Interrogatories to the extent Defendants intend or purport to impose obligations beyond those required or permitted by the Federal Rules of Civil Procedure and the Local Rules of the Northern District of California, or to the extent they are outside the scope of any order or opinion of this Court or of the Special Master, or contrary to any applicable rules of law.

3.      Plaintiff Painter objects to, and will not answer, the Interrogatories to the extent they comprise premature "contention interrogatories," the answers to which are dependent on merits and/or expert discovery. Pursuant to Rule 33(a)(2) of the Federal Rules of Civil Procedure, Plaintiff Painter, as necessary or appropriate, will respond to proper "contention interrogatories" after merits and expert discovery is complete, and/or after some other time as

3

directed by the Court or Special Master. *See, e.g., In re Convergent Technologies Securities Litigation*, 108 F.R.D. 328, 336 N.D. Cal. 1985) ("There is considerable recent authority for the view that the wisest general policy is to defer propounding and answering contention interrogatories until near the end of the discovery period."); *In re eBay Seller Antitrust Litigation*, No. C 07-1882 JF (RS), 2008 WL 5212170, at *1 (N.D. Cal. Dec. 11, 2008) ("Courts using their Rule 33(a)(2) discretion generally disfavor contention interrogatories asked before discovery is undertaken.").

4.   Plaintiff Painter objects to the Interrogatories, including the Definitions and Instructions set forth therein, to the extent (a) they seek to elicit information relating or referring to matters not raised by the pleadings, (b) they seek to elicit information that is not relevant to the claims or defenses of the parties to this action, (c) they seek to elicit information that is not within Plaintiff Painter's possession, custody, or control, or (d) they seek to elicit information not reasonably calculated to lead to the discovery of admissible evidence.

5.   Plaintiff Painter objects to, and will not answer, the Interrogatories to the extent they seek information protected by the attorney-client privilege, work-product doctrine, or any other applicable privilege, protection, immunity, or rule (collectively, "Privileged Information"), including, without limitation, information concerning communications between Plaintiff Painter's attorneys, and/or between Plaintiff Painter and his attorneys, made during, or in anticipation of, litigation. Any inadvertent disclosure of such information is not intended to, and shall not, constitute a general or specific waiver, in whole or in part, of the foregoing privileges or immunities, or the subject matter thereof. Relatedly, any inadvertent disclosure of such information is not intended to, nor shall it, constitute a waiver of the right to object to any use of such information, and any such disclosure shall be treated as specified in Rule 26(b)(5)(B) of the Federal Rules of Civil Procedure.

6.   Plaintiff Painter objects to, and will not answer, the Interrogatories to the extent that (a) they seek the premature disclosure of expert material subject to Rule 26(a)(2)(C) of the Federal Rules of Civil Procedure, and/or (b) they seek disclosure of information concerning any

4

person or entity whom Indirect Purchaser Plaintiff Gregory Painter will not designate as an opinion or other witness at trial.

7.      Plaintiff Painter objects to the Interrogatories, including the Definitions and Instructions set forth therein, to the extent they seek information that is equally accessible to Defendants as it is to Plaintiff Painter, or that has been provided by other parties or witnesses.

8.      Plaintiff Painter objects to the Interrogatories, including the Definitions and Instructions set forth therein, to the extent they are cumulative to or duplicative of other Interrogatories.

9.      Plaintiff Painter objects to, and will not answer, the Interrogatories to the extent that they seek confidential or proprietary business information and research.

10.     Plaintiff Painter objects to the purported definition of the terms "You" and "Your" because they are vague, ambiguous, overly broad, and unduly burdensome, as they seek information that is neither relevant nor reasonably calculated to lead to the discovery of admissible information. Plaintiff Painter further objects to the inclusion of "attorneys, agents, and representatives of any of the above, and all persons acting or purporting to act on their behalf," within this Definition to the extent it purports to encompass information that is protected by attorney-client privilege and/or work-product doctrine, or any other applicable privilege, protection, immunity, or rule.

11.     Plaintiff Painter objects to the purported definition of the term "Document(s)" to the extent it attempts to impose burdens on him greater than or inconsistent with those imposed by the Federal Rules of Civil Procedure or the Local Rules for the United States District Court for the Northern District of California.

12.     Plaintiff Painter objects to the Interrogatories, including the Definitions and Instructions set forth therein, to the extent they purport to require Plaintiff Painter to identify documents supportive of a response on the ground that any such information is subject to the attorney-client privilege and/or work product doctrine at this stage of this case.

13.     Plaintiff Painter objects to the Interrogatories, including the Definitions and Instructions set forth therein, to the extent any one or more or all of them assume disputed facts or legal conclusions. Any response or objection herein is without prejudice to this objection and Plaintiff Painter's right to dispute such purported facts or legal conclusions.

## SPECIFIC OBJECTIONS AND RESPONSES

**INTERROGATORY NO. 1:**

Identify all Persons who participated or assisted in the preparation of Your responses to these interrogatories.

**RESPONSE NO. 1:**

In addition to the General Objections listed above, Plaintiff Painter objects to Interrogatory No. 1 because it calls for the disclosure of privileged information, including, without limitation, information subject to the attorney-client privilege and/or the work product doctrine. Plaintiff Painter also objects to Interrogatory No. 1 because it seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence.

Subject to and without waving the objections stated above, Plaintiff Painter responds that his counsel participated or assisted in the preparation of these responses.

**INTERROGATORY NO. 2:**

Separately identify each acquisition of a CRT or CRT Product upon which You base any claim in this action, including without limitation the date and place of acquisition, the type and manufacturer of each CRT acquired, and the Identity of each Person involved in the acquisition and the time period and nature of each Person's involvement.

As part of Your response, Identify each Document that supports Your response.

**RESPONSE NO. 2:**

In addition to the General Objections listed above, Plaintiff Painter objects to Interrogatory No. 2 because the term "acquisition" is vague, ambiguous, and overly broad.

Subject to and without waiving the objections stated above, Plaintiff Painter responds by stating that he personally purchased an HP Pavilion MX Multimedia CRT Monitor from Office

6

Depot, 222 Fairview Drive, Carson City, NV 89701 (Store #0973) on January 16, 2002. Plaintiff Painter refers Defendants to CRT001000-001128.

Plaintiff Painter's discovery and investigation is ongoing, and he reserves the right to supplement this response as appropriate.

**INTERROGATORY NO. 3:**

For each acquisition of a CRT or CRT Product identified in Interrogatory No. 2, state all terms and conditions that were a part of the acquisition, including without limitation all terms and conditions Relating To pricing, taxes, tariffs, duties, freight charges, or any other fees paid by any Person in connection with the acquisition.

As part of Your response, Identify each Document that supports Your response.

**RESPONSE NO. 3:**

In addition to the General Objections listed above, Plaintiff Painter objects to Interrogatory No. 3 because the term "acquisition" is vague, ambiguous, and overly broad.

Subject to and without waiving the objections stated above, Plaintiff Painter responds by stating that he paid seven percent sales tax. Plaintiff Painter refers Defendants to CRT001128.

**INTERROGATORY NO. 4:**

For each acquisition of a CRT or CRT Product identified in Interrogatory No. 2, state whether the CRT or CRT Product was acquired as part of a system or other bundled product (e.g., a CRT computer monitor acquired in conjunction with a computer, keyboard, speakers, warranty, service plan, or other services) and, if so, the value of each component of such system or bundled product.

As part of Your response, Identify each Document that supports Your response.

**RESPONSE NO. 4:**

In addition to the General Objections listed above, Plaintiff Painter objects to Interrogatory No. 4 because the term "acquisition" is vague, ambiguous, and overly broad.

Subject to and without waiving the objections stated above, Plaintiff Painter responds by stating that he did not purchase his CRT Product as part of a system or other bundled product.

**INTERROGATORY NO. 5:**

For each acquisition of a CRT or CRT Product identified in Interrogatory No. 2, identify any warranties, servicing plans or agreements, membership rewards, or other benefits received by You Relating To the acquisition.

As part of Your response, Identify each Document that supports Your response.

**RESPONSE NO. 5:**

In addition to the General Objections listed above, Plaintiff Painter objects to Interrogatory No. 5 because the term "acquisition" is vague, ambiguous, and overly broad. Plaintiff Painter further objects that the terms "membership rewards" and "other benefits received by You" are vague, ambiguous, overly broad, irrelevant, and not reasonably calculated to lead to the discovery of admissible evidence.

Subject to and without waiving the objections stated above, Plaintiff Painter responds by stating that he did not purchase an extended warranty or service plan in connection with his acquisition of the HP Pavilion MX Multimedia CRT Monitor.

**INTERROGATORY NO. 6:**

Identify the purpose(s) for which You acquired each CRT or CRT Product during the Relevant Period, including without limitation whether the CRT was acquired for resale and, if so, whether and under what terms and conditions it was resold.

**RESPONSE NO. 6:**

In addition to the General Objections listed above, Plaintiff Painter objects to Interrogatory No. 6 because the term "acquired" is vague, ambiguous, and overly broad.

Subject to and without waiving the objections stated above, Plaintiff Painter responds by stating that he purchased the HP Pavilion MX Multimedia CRT Monitor for personal use and not for resale.

**INTERROGATORY NO. 7:**

Identify in detail every Communication between You and any actual or potential member of the putative class relating to Your potential service as a class representative in this action,

8

1  including without limitation the Identity of each Person with whom You have so Communicated,

2  whether each such Person has consented, refused to consent, or otherwise responded to Your

3  purported authority to institute this action or serve as a class representative, and the date, time,

4  place, and content of the Communication.

5      As part of Your response, Identify each Document that supports Your response.

6  **RESPONSE NO. 7:**

7      In addition to the General Objections listed above, Plaintiff Painter objects to

8  Interrogatory No. 7 because it calls for the disclosure of privileged information, including,

9  without limitation, information subject to the attorney-client privilege and/or the work product

10  doctrine. Plaintiff Painter also objects to Interrogatory No. 7 because it seeks information that is

11  neither relevant nor reasonably calculated to lead to the discovery of admissible evidence.

12      Subject to and without waiving the objections stated above, Plaintiff Painter has had no

13  such Communication.

14  **INTERROGATORY NO. 8:**

15      Identify each civil action, excluding this action, in which You have participated or are

16  currently participating, including without limitation whether You provided deposition, trial, or

17  other testimony in a civil or criminal action, including the date, location, and case number of the

18  action in which the testimony was provided and whether any motion was filed to certify or

19  decertify a class and, if so, the disposition of any such motion.

20  **RESPONSE NO. 8:**

21      In addition to the General Objections listed above, Plaintiff Painter objects to

22  Interrogatory No. 8 because it is overly broad and seeks information that is neither relevant nor

23  reasonably calculated to lead to the discovery of admissible evidence.

24      Subject to and without waiving the objections stated above, Plaintiff Painter responds that

25  he will identify (a) any putative or certified class actions in which he serves/served as a Class

26  Representative, and (b) any other litigation in which he has been involved relating to his

27  purchases of CRT(s) and/or CRT Products.

28

1  Plaintiff Painter responds by stating: *In re: Hard Disk Drive Suspension Assemblies*

2  *Antitrust Litigation*, Case No. 3:19-md-02918-MMC, MDL 2918 (N.D. Cal.).

3  **INTERROGATORY NO. 9:**

4  Describe in detail how, when, the manner in which, and the extent to which You believe

5  You have been damaged as a result of the conduct alleged in the Complaint, including the total

6  dollar amount by which You allege You were overcharged. As part of Your answer, Identify

7  each Person with whom You have consulted, and each Document that You contend supports

8  Your response.

9  **RESPONSE NO. 9:**

10  In addition to the General Objections listed above, Plaintiff Painter objects to

11  Interrogatory No. 9 because (a) it calls for the premature disclosure of expert material subject to

12  Rule 26(a)(2)(C) of the Federal Rules of Civil Procedure, and (b) it seeks disclosure of privileged

13  information, including, without limitation, information subject to the attorney-client privilege

14  and/or work product doctrine. Plaintiff Painter further objects that this Interrogatory is a

15  premature contention interrogatory, served before Defendants have provided fact discovery

16  and/or expert analysis and disclosures. *See In re Convergent Technologies Securities Litig.*, 108

17  F.R.D. 328, 332-38 (N.D. Cal. 1985).

18  Subject to and without waiving the objections stated above, Plaintiff Painter responds that

19  he suffered damages by paying higher CRT Product prices than he would have in the absence of

20  Defendants' conduct. Plaintiff Painter refers Defendants to (1) the Expert Report of Janet S. Netz

21  Ph.D. dated April 15, 2014, (2) the Errata to the Expert Report of Janet S. Netz Ph.D. dated July

22  3, 2014, (3) the Rebuttal Report of Janet S. Netz Ph.D. dated September 26, 2014, (4) the

23  Indirect Purchaser Plaintiffs' Objections and Responses to Defendant Hitachi Ltd.'s First

24  Request Set of Interrogatories to the Indirect Purchaser Plaintiffs, Attachment A, and (5) the

25  productions of documents and written discovery responses by the other defendants in this action.

26  Plaintiff Painter's discovery and investigation is ongoing, and he reserves the right to

27  supplement this response as appropriate.

28

**INTERROGATORY NO. 10:**

Describe in detail and in narrative form (including by Identifying each Document, Person or other evidentiary source that You rely upon) the factual basis for your allegation that Irico Group Corp. manufactured, marketed, sold and/or distributed CRT Products directly or indirectly throughout the United States, as alleged in paragraph 95 of the Complaint.

**RESPONSE NO. 10:**

In addition to the General Objections listed above, Plaintiff Painter objects to Interrogatory No. 10 because it is a premature contention interrogatory, served before Defendants have provided fact discovery and/or expert analysis and disclosures. *See In re Convergent Technologies Securities Litig.*, 108 F.R.D. 328, 332-38 (N.D. Cal. 1985).

Subject to and without waiving the foregoing objections, Plaintiff Painter responds by referring Defendants to (1) the Indirect Purchaser Plaintiffs' Opposition to the Irico Defendants' Amended Motions to Dismiss Claims of Indirect Purchaser Plaintiffs For Lack of Subject Matter Jurisdiction (Fed. R. Civ. P. 12(b)(1)), ECF No. 5440 at 4-10, (2) the Declaration of Mario N. Alioto in Support of Indirect Purchaser Plaintiffs' Opposition to Irico Defendants' Amended Motion to Dismiss for Lack of Subject Matter Jurisdiction, ECF No. 5440-1, Exs. 1-39, and (3) the Declaration of R. Alexander Saveri in Support of Direct Purchaser Plaintiffs' Opposition to the Irico Defendants' Amended Motion to Dismiss for Lack of Subject Matter Jurisdiction, ECF No. 5419-1 & 5460-2, Exs. 12, 15, 16, 17 & 22.

Pursuant to Plaintiff Painter's obligations under Federal Rule of Civil Procedure 26(e), he will supplement his response to this Interrogatory at the appropriate time following completion of other fact discovery.

**INTERROGATORY NO. 11:**

Describe in detail and in narrative form (including by Identifying each Document, Person or other evidentiary source that You rely upon) the factual basis for your allegation that Irico Display Devices, Co., Ltd. manufactured, marketed, sold and/or distributed CRT Products

11

directly or indirectly, including through its subsidiaries or affiliates, throughout the United States, as alleged in paragraph 96 of the Complaint.

**RESPONSE NO. 11:**

*See* Plaintiff Painter's Objections and Responses to Interrogatory No. 10.

**INTERROGATORY NO. 12:**

Describe in detail and in narrative form (including by Identifying each Document, Person or other evidentiary source that You rely upon) the factual basis for your allegation that Irico Group Corp. was an active participant in the alleged conspiracy, or participated through Display or Electronics, as alleged in paragraph 185 of the Complaint.

**RESPONSE NO. 12:**

In addition to the General Objections listed above, Plaintiff Painter objects to Interrogatory No. 12 because it is a premature contention interrogatory, served before Defendants have provided fact discovery and/or expert analysis and disclosures. *See In re Convergent Technologies Securities Litig.*, 108 F.R.D. 328, 332-38 (N.D. Cal. 1985). Plaintiff Painter further objects that information responsive to this interrogatory is equally accessible to Defendants as it is to Plaintiff Painter because it has been provided by other parties or witnesses.

Subject to and without waiving the foregoing objections, Plaintiff Painter refers Defendants to (1) the Indirect Purchaser Plaintiffs' Objections and Responses to Defendant Hitachi Ltd.'s First Request Set of Interrogatories to the Indirect Purchaser Plaintiffs, Attachment A, (2) the productions of documents and written discovery responses by the other defendants in this action, (3) the Indirect Purchaser Plaintiffs' Opposition to the Irico Defendants' Amended Motions to Dismiss Claims of Indirect Purchaser Plaintiffs For Lack of Subject Matter Jurisdiction (Fed. R. Civ. P. 12(b)(1)), ECF No. 5440 at 4-6, (4) the Declaration of Mario N. Alioto in Support of Indirect Purchaser Plaintiffs' Opposition to Irico Defendants' Amended Motion to Dismiss for Lack of Subject Matter Jurisdiction, ECF No. 5440-1, Exs. 1-39, and (5) Declaration of R. Alexander Saveri In Support of Direct Purchaser Plaintiffs' Opposition to Irico

Defendants' Motion to Set Aside Default, ECF No. 5226-1, Exs. 11-32 (identifying meetings attended by Irico personnel).

Pursuant to his obligations under Federal Rule of Civil Procedure 26(e), Plaintiff Painter will supplement his response to this Interrogatory at the appropriate time following completion of other fact discovery.

**INTERROGATORY NO. 13:**

Describe in detail and in narrative form (including by Identifying each Document, Person or other evidentiary source that You rely upon) the factual basis for your allegation that Irico Display Devices, Co., Ltd.  was an active participant in the alleged conspiracy, or participated through Group, as alleged in paragraph 185 of the Complaint.

**RESPONSE NO. 13:**

*See* Plaintiff Painter's Objections and Responses to Interrogatory No. 12.

**INTERROGATORY NO. 14:**

Separately Identify each meeting or communication with a competitor or competitors not previously disclosed in Supplemented Attachment A to the Indirect Purchaser Plaintiffs' Objections and Responses to Defendant Koninklijke Philips N.V.'s First Set of Interrogatories to Indirect Purchaser Plaintiffs, dated September 5, 2014, including the Irico employee(s) associated with each meeting or communication, in which you contend Irico participated, as alleged in paragraph 185 of the Complaint.

**RESPONSE NO. 14:**

*See* Plaintiff Painter's Objections and Responses to Interrogatory No. 12.

//
//
//
//
//
//

Dated: April 19, 2021

By:   */s/ Mario N. Alioto*

Mario N. Alioto (56433)
Lauren C. Russell (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA 94123
Telephone:   (415) 563-7200
Facsimile:    (415) 346-0679
malioto@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the*
*Indirect Purchaser Plaintiffs*

# EXHIBIT 40

1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

# NORTHERN DISTRICT OF CALIFORNIA

8
9

# OAKLAND DIVISION

10

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 4:07-cv-05944-JST |
| | MDL No. 1917 |
| | |
| This Document Relates to: | **DECLARATION OF CLASS REPRESENTATIVE GREGORY PAINTER** |
| Indirect-Purchaser Class Action | |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

I, GREGORY PAINTER, declare as follows:

I am the Nevada class representative in this action.

1.      I have personal knowledge of the matters set forth below, and if I was called to testify about these matters I could and would do so.

2.      I purchased a 17-inch HP monitor on January 16, 2002 from Office Depot in Carson City, Nevada.

3.      I was a Nevada resident at the time I purchased the HP monitor.

4.      I disposed of this HP monitor some time prior to joining this case as a plaintiff in 2019.

5.      In July 2023, I purchased the same HP Monitor with the same model number, that was manufactured 3-4 months prior to my purchase date to analyze the cathode ray tube contained inside.

6.      I removed the back cover from the HP monitor. The process of removing the back cover did not require any specialized training or equipment and was quick and straightforward. Once the back cover was removed, the cathode ray tube and the labels on the tube were readily apparent to me and easy to see. I took pictures of the tube and the labels on the tube.

7.      Attached to this Declaration as Exhibit A are photographs of the cathode ray tube inside the monitor, which is the same make and model of monitor and the labels on

2

that tube. The label shows that the tube inside the monitor was manufactured by defendant Chunghwa Picture Tubes.

I declare under penalty of perjury under the laws of the state of Nevada that the statements in this Declaration are truthful and accurate.


Dated: July **2 5**, 2023                    By: *Gregory W. Painter*


3

# EXHIBIT A





# EXHIBIT 41

COSTCO WHOLESALE

##### MEMBER 101830338006

| | |
|---|---|
| 795224 10GBITBYS1A14 | 299.99 T |
| 801222 DOLL SET | 37.99 T |
| 795116 GLAMOUR CASE | 19.99 T |

| 546 600IVA BOX | 13.99 T |

| **** 8.025% TAX RATE | 32.08 |
| TOTAL | 404.04 |
| Amer Icas Express | 404.04 |

XXXXXXXXXXXX1007 03/08 SWIPED
Seq# 000043 Ref# E 3500
American Express Resp APPR

APPROVED
AMOUNT $404.04

0243-013 000900026 0085

CHANGE .00

TOTAL NUMBER OF ITEMS 0000



EXHIBIT
382
10/15/12



Exhibit No. 383
Lorraine B. Abate, CSR, RPR, CLR
10/15/12

Produced on 9/17/12

**SAMSUNG EXHIBIT B33**

## PLAINTIFF LAWYER'S CHOICE SUITES, INC.

1. **CRT PRODUCT:** Dell 17 inch E773 Conventional CRT Monitor

2. **DATE OF PURCHASE:** 3/20/06

3. **LOCATION of PURCHASE:** Purchased online at Dell.com

4. **PERSONS INVOLVED IN PURCHASE:** Alvin Guttman

5. **PRICE**: $777

6. **TAXES/FEES:** $70.06

7. **BUNDLE:** Purchased as part of a Dell Dimension 1100 bundle

8. **WARRANTIES:** None other than any standard manufacturers' warranties.

9. **PURPOSE of PURCHASE:** Use within business and not for resale.

See also CRT000907-911.

Exhibit No. _391_
Lorraine B. Abate, CSR, RPR, CLR
10/15/12

1

Produced on 9/17/12

**SAMSUNG EXHIBIT B34**

**PLAINTIFF DAVID ROOKS**

1. **CRT PRODUCT:** Panasonic Television Model # CT 36HX41

2. **DATE OF PURCHASE:** 9/1/01

3. **LOCATION of PURCHASE:** Circuit City, Daytona Beach, Florida

4. **PERSONS INVOLVED IN PURCHASE:** David Rooks (plaintiff)

5. **PRICE:** $2,099.99

6. **TAXES/FEES:** The standard sales tax was applied to the purchase of the television.

7. **BUNDLE:** Not purchased as part of a bundle or system.

8. **WARRANTIES:** An extended service contract was purchased for $359.99.

9. **PURPOSE of PURCHASE:** Personal use.

See also CRT000912-914.

Produced on 9/17/12

**SAMSUNG EXHIBIT B35**

**PLAINTIFF PATRICIA ANDREWS**

1. **CRT PRODUCT:**  Toshiba Television Model # 27A32; Serial Number 4982370607A

2. **DATE OF PURCHASE:**  2/15/03

3. **LOCATION of PURCHASE:** Best Buy, Hickory, North Carolina

4. **PERSONS INVOLVED IN PURCHASES:** Patricia Andrews (plaintiff)

5. **PRICE:** $249.99

6. **TAXES/FEES:** The standard sales tax was applied to the purchase of the television.

7. **BUNDLE:** The television was not purchased as part of a bundle or system.

8. **WARRANTIES:**  None other than any standard manufacturers' warranties.

9. **PURPOSE of PURCHASE:**  Personal use.

See also CRT000766-851.

3

Produced on 9/17/12

**SAMSUNG EXHIBIT B36**

**PLAINTIFF MISTI WALKER**

1. **CRT PRODUCT:** Philips Television

2. **DATE OF PURCHASE:** 1/19/02

3. **LOCATION of PURCHASE:** Best Buy, Omaha, Nebraska

4. **PERSONS INVOLVED IN PURCHASES:** Misti Walker (plaintiff)

5. **PRICE:** $329.96

6. **TAXES/FEES:** $21.45

7. **BUNDLE:** The television was not purchased as part of a bundle or system.

8. **WARRANTIES:** None other than any standard manufacturers' warranties.

9. **PURPOSE of PURCHASE:** Personal use.

See also CRT000917-918 and CRT000920-922.

4

Produced on 9/17/12

**SAMSUNG EXHIBIT B37**

**PLAINTIFF LOUISE WOOD**

1. **CRT PRODUCT:** Toshiba Television Model # 32A14

2. **DATE OF PURCHASE:** 11/21/04

3. **LOCATION of PURCHASE:** Costco, Queens, New York

4. **PERSONS INVOLVED IN PURCHASE:** Louise Wood (plaintiff)

5. **PRICE:** $299.99

6. **TAXES/FEES:** The standard sales tax was applied to the purchase of the television.

7. **BUNDLE:** The television was not purchased as part of a bundle or system.

8. **WARRANTIES:** None other than any standard manufacturers' warranties.

9. **PURPOSE of PURCHASE:** Personal use.

See also CRT000919.

Produced on 9/17/12

**SAMSUNG EXHIBIT B38**

**PLAINTIFF GLORIA COMEAUX**

1. **CRT PRODUCT:** Sanyo Television Model # 0531590

2. **DATE OF PURCHASE:** Approximately 2002

3. **LOCATION of PURCHASE:** Wal-Mart, Las Vegas, NV

4. **PERSONS INVOLVED IN PURCHASE:** Gloria Comeaux (plaintiff)

5. **PRICE:** Approximately $250.00

6. **TAXES/FEES:** The standard sales tax was applied to the purchase of the television.

7. **BUNDLE:** The television was not purchased as part of a bundle or system.

8. **WARRANTIES:** None other than any standard manufacturers' warranties.

9. **PURPOSE of PURCHASE:** Personal use.

See also CRT000852-853.

Produced on 9/17/12

**SAMSUNG EXHIBIT B39**

**PLAINTIFF JEFFREY SPEAECT**

1. **CRT PRODUCT:** Toshiba Television Model # MD24FP1

2. **DATE OF PURCHASE:** Approximately 2004

3. **LOCATION of PURCHASE:** Wal-Mart, Pierre, South Dakota

4. **PERSONS INVOLVED IN PURCHASE:** Jeffrey Speaect (plaintiff)

5. **PRICE:** Between $250.00 and $300.00

6. **TAXES/FEES:** The standard sales tax was applied to the purchase of the television.

7. **BUNDLE:** The television was not purchased as part of a bundle or system.

8. **WARRANTIES:** None other than any standard manufacturers' warranties.

9. **PURPOSE of PURCHASE:** Personal use.

See also CRT000915-916.

7

Produced on 9/12/12

**SAMSUNG EXHIBIT A40**

## PLAINTIFF STEVEN FINK

1. **CRT PRODUCT:** Toshiba Television Model # 32AF53

2. **DATE OF PURCHASE:** 3/14/04

3. **LOCATION of PURCHASE:** Nebraska Furniture Mart, Omaha, Nebraska

4. **PERSONS INVOLVED IN PURCHASE:** Steven Fink

5. **PRICE:** $639.99

6. **TAXES/FEES:** The standard sales tax was applied to the purchase of the television.

7. **BUNDLE:** The television was not purchased as part of a bundle or system.

8. **WARRANTIES:** None other than any standard manufacturers' warranties.

9. **PURPOSE of PURCHASE:** Personal use.

See also CRT000854-906.

# EXHIBIT 42

```
 1              UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3                (SAN FRANCISCO DIVISION)

 4

 5  - - - - - - - - - - - - - - - - - - - - - -

 6  IN RE:  CATHODE RAY TUBE (CRT)

 7  ANTITRUST LITIGATION                    Case No.

 8                                          07-5944 SC

 9                                          MDL No. 1917

10  - - - - - - - - - - - - - - - - - - - - - -

11  This Document Relates to:

12  INDIRECT PURCHASER ACTIONS

13  - - - - - - - - - - - - - - - - - - - - - -

14                SUPERIOR COURT OF CALIFORNIA

15              CITY AND COUNTY OF SAN FRANCISCO

16  - - - - - - - - - - - - - - - - - - - - - -

17  STATE OF CALIFORNIA,

18              Plaintiffs

19      vs.                                 Case No.

20                                          CGC-11-51584

21  SAMSUNG SDI, INC., CO., LTD., et al.,

22

23              Defendants.

24  - - - - - - - - - - - - - - - - - - - - - -

25
```

<div align="center">2</div>

BARKLEY
Court Reporters

1

2          VIDEOTAPED TRANSCRIPT of LOUISE WOOD in

3  the above-entitled matter, as taken by and before

4  LORRAINE B. ABATE, a Certified Shorthand Reporter and

5  Notary Public of the State of New York and Registered

6  Professional Reporter, held at the offices of Weil

7  Gotshal & Manges 767 5th Avenue, New York, New York,

8  on October 15, 2012, commencing at 10:18 a.m.,

9  pursuant to Notice.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

3

BARKLEY
Court Reporters

1

2   A P P E A R A N C E S:

3

4              KIRBY McINERNEY LLP

5              Attorneys for the Indirect

6              Purchaser Plaintiffs

7                  825 Third Avenue

8                  New York, New York  10022

9              BY:  ROBERT J. GRALEWSKI, JR., ESQ.

10

11             WHITE & CASE LLP (VIA TELEPHONE)

12             Attorneys for Defendants

13             Toshiba Corporation, Toshiba America,

14             Inc.,Toshiba America Information

15             Systems, Inc., Toshiba America Consumer

16             Products, LLC and Toshiba America

17             Electronic Components, Inc.

18                  701 Thirteenth Street, NW

19                  Washington DC  20005

20             BY: MATTHEW FRUTIG, ESQ.

21

22

23

24

25

4

BARKLEY
Court Reporters

1

2   A P P E A R A N C E S:

3   (CONTINUED)

4

5              WEIL GOTSHAL & MANGES, LLP

6              Attorneys for Defendants Panasonic

7              Corporation of North America,

8              MT Picture Display Co., Ltd.,

9              and Panasonic Corporation (f/k/a

10             Matsushita Electric Industrial Co., Ltd.

11                767 Fifth Avenue

12                New York, New York  10153-0119

13             BY: KEVIN GOLDSTEIN, ESQ.

14

15             BAKER BOTTS LLP (VIA TELEPHONE)

16             Attorneys for the Defendants

17             Koninklijke Philips

18             Electronics N.V., Philips Electronics

19             North America Corporation

20                1299 Pennsylvania Avenue N.W.

21                Washington, DC  20004-400

22             BY:  CHARLES MALAISE, ESQ.

23

24

25

5

BARKLEY
Court Reporters

```
1

2    A P P E A R A N C E S:

3    (CONTINUED)

4

5              O'MELVENY & MYERS, LLP (VIA TELEPHONE)

6              Attorneys for Samsung

7              Electronics Co, Ltd. and Samsung

8              Electronics America, Inc.

9                 1625 Eye Street, NW

10                Washington, DC  20006

11             BY:  COURTNEY C. BYRD, ESQ.

12

13

14   A L S O   P R E S E N T:

15       Tatsuya Nakayama

16       Hideto Oku

17       Satoshi Hosokawa, Weil Gotshal & Manges

18       James Roberts, Videographer

19

20

21

22

23

24

25
```

6

BARKLEY
Court Reporters

```
1

2                    I N D E X

3

4    WITNESS            EXAMINATION BY         PAGE

5    Louise Wood     Mr. Goldstein         10, 98

6                    Mr. Gralewski         160

7

8                    E X H I B I T S

9    EXHIBIT                                  PAGE

10   381         Notice of Deposition        22

11   382         Copy of Receipt             38

12   383         Copy of Receipt             98

13   384         Indirect Purchaser

14               Plaintiffs' Notice of Motion

15               And Motion for Leave to

16               Amend the Complaint         107

17   385         Indirect Purchaser Plaintiffs'

18               Notice of Motion and Motion

19               For Leave to Amend Complaint;

20               Memorandum of Points and

21               Authorities in Support

22               Thereof                     112

23   386         Toshiba Exhibits A 33

24               Through A 40                145

25
```

7

**BARKLEY**
Court Reporters

```
1
2                    E X H I B I T S
3                      (CONTINUED)
4    EXHIBIT                                    PAGE
5    387          Toshiba Exhibits B 33
6                 Through B 39 and A 40          145
7    388          Toshiba Exhibit C 33
8                 Through C 39 and C 40          145
9    389          Plaintiff Verification         149
10   390          Samsung Exhibit A 33
11                Through A 40                   152
12   391          Samsung Exhibit B 33
13                Through B 39 and A 40          153
14   392          Samsung Exhibit D 33
15                Through D 39 and D 40          153
16   393          Samsung Exhibits E 33
17                Through E 40                   153
18   394          Plaintiff Verification         158
19                DIRECTIONS NOT TO ANSWER
20   PAGE- 57, 60, 61, 62, 92, 94, 104, 105, 106, 110, 141
21                MARKED FOR COUNSEL
22   PAGE- 127, 158
23                REQUESTS FOR PRODUCTION
24   PAGE- 140
25
```

8

LOUISE WOOD

BARKLEY
Court Reporters

```
 1                  Wood - October 15, 2012
 2                  THE VIDEOGRAPHER:  Good morning.  We're
 3      now on the record.  My name is James Roberts here
 4      with Barkley Court Reporting with offices in Los
 5      Angeles, California.  Today's date is October 15,
 6      2012.  The time is approximately 10:18 a.m.  This
 7      deposition is being held in the offices of Weil
 8      Gotshal & Manges located at 767 Fifth Avenue, New
 9      York City, New York.
10                  The caption of the case is In Re:
11      Cathode Ray Tube Antitrust Litigation in the U.S.
12      District Court, Northern District of California, San
13      Francisco division.  The name of the witness is
14      Louise Wood.
15                  At this time, attorneys will please
16      state their appearances for the record.
17                  MR. GOLDSTEIN:  This is Kevin Goldstein
18          of Weil Gotshal & Manges on behalf of the
19          Panasonic defendants.
20                  There are also attending, we have
21          Mr. Hosokawa, Mr. Oku and Mr. Nakayama who are
22          law clerks with Weil Gotshal.
23                  MR. GRALEWSKI:  Bob Gralewski, Kirby &
24          McInerney on behalf of the witness and the
25          class, and if we could have the telephone
```

9

LOUISE WOOD

BARKLEY
Court Reporters

```
 1                    Wood - October 15, 2012
 2          appearances, too.
 3               MR. MALAISE:  This is Charles Malaise on
 4          behalf of the Philip defendants.
 5               MS. BYRD:  This is Courtney Byrd,
 6          O'Melveney & Myers, on behalf of the SEC and
 7          SEA.
 8               MR. FRUTIG:  This is Matt Frutig from
 9          White & Case on behalf of the entity.
10               THE VIDEOGRAPHER:  The court reporter is
11          Lorraine Abate, also of Barkley Court Reporting.
12          Please swear in the witness.
13  L O U I S E    W O O D,
14          Having been first duly sworn by a Notary
15          Public of the State of New York, was
16          examined and testified as follows:
17  EXAMINATION BY
18  MS. GOLDSTEIN:
19          Q.    Good morning, Ms. Wood.
20          A.    Good morning.
21          Q.    As I said a moment ago, I'm Kevin
22  Goldstein of Weil Gotshal.  I represent the Panasonic
23  defendants in this case.
24               Before we begin any questions, I would
25  like to just explain the rules for a deposition.
```

<center>10</center>

BARKLEY
Court Reporters

```
 1                    Wood - October 15, 2012
 2                Have you ever been deposed before?
 3       A.     No.
 4       Q.     Okay.  Do you understand that you are
 5   testifying under oath today?
 6       A.     I do.
 7       Q.     Is there any reason you cannot testify
 8   fully and truthfully today?
 9       A.     No.
10       Q.     Are you represented by counsel?
11       A.     Yes.
12       Q.     Is that Mr. Gralewski next to you?
13       A.     Yes.
14       Q.     So during the deposition today, your
15   attorney may object to certain questions I ask.  If
16   he does that, unless he specifically instructs you
17   not to answer, you still need to answer my questions
18   today.
19            MR. GRALEWSKI:  She'll answer your
20       question if she understands your question.  And
21       if she doesn't, she'll tell you she doesn't
22       understand.
23            MR. GOLDSTEIN:  That was my next point.
24       Q.     If you don't understand, please ask me
25   to rephrase.
```

<div align="center">11</div>

BARKLEY
Court Reporters

```
 1                    Wood - October 15, 2012
 2              Please let me finish my question.  You
 3    may know where I'm going with the question, but so
 4    that we're not talking over each other, just let me
 5    finish my questions and let Mr. Gralewski finish any
 6    objections he may have before answering.
 7              We'll take breaks throughout today's
 8    deposition.  If you need to take a break, please let
 9    me know.  However, if there is a question pending,
10    I'll ask that you finish and answer the question
11    before we take a break.
12              The only other rule is that you know, as
13    you can see, while we do have a videotape, we also
14    have the court reporter here, so please answer
15    audibly.  Don't just nod your head yes or no for
16    questions.
17         A.    I understand.
18         Q.    Okay.  Any questions?
19         A.    No.
20         Q.    Okay.  Ms. Wood, can you tell me your
21    age and date of birth.
22         A.    I am 60 years old.  My date of birth is
23    August 29, 1952.
24         Q.    And what is your current address?
25         A.    My address is 301 East 47th Street, New
```

12

LOUISE WOOD

BARKLEY
Court Reporters

```
                       Wood - October 15, 2012
```

1                        Wood - October 15, 2012

2     York, New York 10017.

3          Q.      How long have you lived at that address?

4          A.      I've lived there for 19 years.

5          Q.      For 19 years.

6                  Is that your primary home?

7          A.      Yes.

8          Q.      Do you have any other homes?

9          A.      No.

10         Q.      Do you live with anyone?

11         A.      No.

12         Q.      Are you married?

13         A.      No.

14         Q.      Have you ever been married?

15         A.      No.

16         Q.      Have you -- are you registered to vote

17    in New York?

18         A.      Yes.

19         Q.      Do you own any vehicles?

20         A.      No.

21         Q.      Do you have a driver's license?

22         A.      Yes.

23         Q.      You have a New York license?

24         A.      Yes.

25         Q.      Do you earn income anywhere outside of

                              13

BARKLEY
Court Reporters

```
 1                  Wood - October 15, 2012
 2  New York?
 3        A.     No.
 4        Q.     Do you pay taxes to any state other than
 5  New York?
 6        A.     No.
 7        Q.     Ms. Wood, did you graduate high school?
 8        A.     Yes.
 9        Q.     Did you attend college?
10        A.     Yes.
11        Q.     Where was that?
12        A.     State University of New York at Stoney
13  Brook.
14        Q.     Do you own any degrees?
15        A.     Yes.
16        Q.     And what is that?
17        A.     Bachelors degree.
18        Q.     Did you do any post graduate education?
19        A.     Yes.
20        Q.     Where was that?
21        A.     Fordham University.
22        Q.     And what did you study?
23        A.     An M -- I earned an MBA.
24        Q.     When was that?
25        A.     1985.
```

14

LOUISE WOOD

BARKLEY
Court Reporters

```
 1                    Wood - October 15, 2012
 2        Q.     Do you have any other degrees other than
 3    the bachelors and the MBA?
 4        A.     No.
 5        Q.     Are you currently employed?
 6        A.     Yes.
 7        Q.     By whom?
 8        A.     MetLife.
 9        Q.     What's your business address with
10    MetLife?
11        A.     My business address is in Long Island
12    City.  I don't know the exact address --
13        Q.     Okay.
14        A.     -- to be honest with you.
15        Q.     Do you work out of any other offices?
16        A.     I do.
17        Q.     Which offices are they?
18        A.     1095 Sixth Avenue, New York, New York.
19        Q.     And anywhere else?
20        A.     No.
21        Q.     How long have you worked at MetLife?
22        A.     Ten months.
23        Q.     Ten months.  Okay.
24               Where did you work prior to that?
25        A.     I worked for Black Rock.
```

15

BARKLEY
Court Reporters

```
 1                    Wood - October 15, 2012
 2        Q.    How long did you work at Black Rock?
 3        A.    Six months.
 4        Q.    Six months.
 5              Where did you work for Black Rock?
 6        A.    East 51st Street.
 7        Q.    In New York City?
 8        A.    New York, New York.
 9        Q.    Prior to Black Rock, where were you
10   employed?
11        A.    Marsh & McLennan.
12        Q.    And how long were you employed there?
13        A.    18 months.
14        Q.    Okay.  And where did you work at that
15   company?
16        A.    45th and Sixth Avenue.
17        Q.    In New York City?
18        A.    In New York City.
19        Q.    So we'll start using some dates here to
20   keep track.
21              I'm sorry, can you give me that
22   employer's name again.
23        A.    The last employer, the one we just
24   described?
25        Q.    Yes.
```

                               16

BARKLEY
Court Reporters

```
 1                   Wood - October 15, 2012
 2          A.      Marsh & McLennan.
 3          Q.      When did you start working with them?
 4          A.      October 2009.
 5          Q.      Okay.  And prior to that, where were you
 6   employed?
 7          A.      CitiGroup.
 8          Q.      Okay.  How long did you work with
 9   CitiGroup?
10          A.      Almost nine years.
11          Q.      And where was your office with
12   CitiGroup?
13          A.      425 Park Avenue.
14          Q.      In New York City?
15          A.      New York, New York.
16          Q.      Okay.  Were you at that office for all
17   nine years?
18          A.      No.
19          Q.      Which other offices were you at?
20          A.      111 Wall Street and 850 Third Avenue.
21          Q.      Both in New York City?
22          A.      Both in New York City.
23          Q.      Okay.  So let's go back to CitiGroup and
24   then work forward from there.
25          A.      Okay.
```

17

LOUISE WOOD

BARKLEY
Court Reporters

1                  Wood - October 15, 2012

2        Q.     At CitiGroup, what was the nature of

3  your position?

4        A.     I was a senior vice-president, a senior

5  human resource generalist.

6        Q.     So were all of your responsibilities in

7  the human resources area?

8        A.     Correct.

9        Q.     And you went to Marsh & McLennan.

10       A.     I was a vice-president in recruiting.

11       Q.     In recruiting.  Okay.

12              And then at Black Rock?

13       A.     I was a director of recruiting.

14       Q.     And at MetLife are you --

15       A.     I'm a director of recruiting.

16       Q.     Okay.  In your recruits and HR

17  positions, have you ever had any contact with any

18  entities that manufacture or sell cathode ray tubes?

19       A.     No.

20       Q.     Have you ever had any contact with

21  entities that manufacture or sell televisions or

22  computer monitors that contain cathode ray tubes?

23       A.     No.

24       Q.     Have you ever hired an employee from one

25  of the defendants in this case?

                          18

LOUISE WOOD

BARKLEY
Court Reporters

```
 1                   Wood - October 15, 2012
 2        A.    No.
 3        Q.    That's true at all of your positions; to
 4   the best of your knowledge, or at least the ones
 5   we've discussed going back to CitiGroup?
 6        A.    Correct.
 7        Q.    Outside of MetLife currently, do you
 8   have any other employment?
 9        A.    No.
10        Q.    During the roughly 11-year period we
11   discussed, did you have any other employment?
12        A.    No.
13        Q.    Sorry.  Let me go back a little bit
14   farther than CitiGroup.
15              Where were you before CitiGroup?
16        A.    I worked for a company called Tac
17   Worldwide.
18        Q.    Tac?
19        A.    T-A-C Worldwide.
20        Q.    And how long did you work there?
21        A.    Two years.
22        Q.    Two years.  So was that --
23        A.    That was from '98 to 2000.
24        Q.    And what was your position at Tac
25   Worldwide?
```

19

BARKLEY
Court Reporters

```
 1                  Wood - October 15, 2012
 2        A.     I was a program manager.
 3        Q.     What did you do as a program manager?
 4        A.     I was in recruiting.
 5        Q.     And prior to Tac Worldwide?
 6        A.     I had my own firm.
 7        Q.     Okay.  How long did you have that?
 8        A.     Seven years.
 9        Q.     Seven years.
10               And what was the name of your firm?
11        A.     Louise Wood & Associates.
12        Q.     And what sort of business did Louise
13   Wood & Associates engage in?
14        A.     Executive recruiting.
15        Q.     In either of those two positions at Tac
16   Worldwide or with your own firm, did you ever hire
17   any individuals from any of the defendant companies
18   in this case?
19        A.     No.
20        Q.     Have you ever been a member of a trade
21   association?
22        A.     Yes.
23        Q.     Which associations?
24        A.     The Direct Marketing Association.
25        Q.     What --
```

                              20

BARKLEY
Court Reporters

```
 1                 Wood - October 15, 2012
 2      A.     Honestly, I don't know if it is a trade
 3  association, but I think it is.
 4      Q.     And what sort of -- what are the members
 5  of the direct marketing association?
 6      A.     People who work in the direct marketing
 7  industry.
 8      Q.     Did you work in the direct market
 9  industry?
10      A.     Yes.  I recruited in the direct
11  marketing industry.
12      Q.     Okay.  So just to recap, have you ever
13  worked for a company that was involved in the cathode
14  ray tube or television and monitor business?
15      A.     No.
16      Q.     Since 1995, have you held stock in any
17  of the defendant companies in this case?
18      A.     No.
19      Q.     Since 1995, have you held stock in any
20  company that manufactures, buys or sells or
21  distributes, cathode ray tubes or cathode ray tube
22  products?
23      A.     Not that I'm aware.
24             MR. GOLDSTEIN:  I'm going to ask the
25         court reporter to mark as Exhibit 381 the
```

21

LOUISE WOOD

BARKLEY
Court Reporters

```
1                       Wood - October 15, 2012

2          deposition notice for today.

3                  (Exhibit 381, Notice of Deposition,

4          marked for identification, as of this date.)

5          Q.     Ms. Wood, please take a second to look

6    it over.

7          A.     Okay.

8          Q.     Do you recognize Exhibit 381?

9          A.     Yes.

10         Q.     Can you identify it, please.

11         A.     Notice of deposition.

12         Q.     When did you first see this document?

13         A.     The beginning of this month.

14         Q.     How did you receive the document?

15         A.     Electronically.

16         Q.     From whom?

17         A.     From my lawyer.

18         Q.     Is that from Mr. Gralewski?

19         A.     Yes.

20         Q.     Did you discuss the notice with

21   Mr. Gralewski?

22                MR. GRALEWSKI:  You can answer that

23         question yes or no, but you cannot disclose the

24         substance of anything that we talked about, if

25         indeed, we did talk about the notice.
```

LOUISE WOOD

BARKLEY
Court Reporters

```
 1                    Wood - October 15, 2012
 2               Do you understand?
 3               THE WITNESS:  Yes.
 4        A.     Can you repeat the question, please.
 5        Q.     Did you discuss the notice with
 6   Mr. Gralewski?
 7        A.     Yes.
 8        Q.     You said earlier that you have never
 9   been deposed before.
10        A.     Yes.
11        Q.     Have you ever testified at all in any
12   trial or administrative proceeding?
13        A.     No.
14        Q.     And you understand that you're
15   testifying today pursuant to this notice?
16        A.     Correct.
17        Q.     Ms. Wood, in your own words, can you
18   describe the claim that you're making in this case.
19        A.     The claim is about the over charges and
20   price fixing of CRTs that were inserted into
21   televisions and computer monitors.
22        Q.     And by CRTs --
23        A.     Cathode ray tubes.
24        Q.     Cathode ray tubes?
25        A.     Right.
```

23

BARKLEY
Court Reporters

1                Wood - October 15, 2012

2       Q.    I'll agree that we can say CRT

3  throughout the deposition today.

4       A.    Okay.

5       Q.    You mentioned televisions and computer

6  monitors.

7       A.    Correct.

8       Q.    Are there other products that contain

9  CRTs?

10      A.    Yes.

11      Q.    What are those?

12      A.    I honestly -- I believe there are.  I

13  don't know what they are.

14      Q.    Are your claims based on any products

15  other than TVs or monitors?

16      A.    No.

17      Q.    Are your claims based on, in this case,

18  based on anything other than televisions or computer

19  monitors?

20      A.    No.

21      Q.    Okay.  So throughout this deposition, if

22  I refer to CRT products, I'm talking about

23  televisions or computer monitors that contain CRTs

24  unless I specify one or the other.

25         Have you ever purchased a CRT standing

<center>24</center>

BARKLEY
Court Reporters

```
 1                  Wood - October 15, 2012
 2   alone?
 3        A.     No.
 4        Q.     Can you list for me the CRT products
 5   that you purchased during the period March 1st, 1995
 6   through November 25, 2007.
 7        A.     I purchased a Toshiba television set.
 8        Q.     Is that the only CRT product you
 9   purchased during that time period?
10        A.     That's the only one that I'm aware of.
11        Q.     Okay.  Do you think there could be some
12   that you're not aware of?
13        A.     I don't believe so.
14        Q.     So you didn't purchase any computer
15   monitors during that time period?
16               MR. GRALEWSKI:  Object to the form.
17        Vague and ambiguous.
18        Q.     During the time period March 1st, 1995
19   through November 25, 2007, which I'll call the
20   relevant time period during the deposition, did you
21   purchase any computer monitors?
22               MR. GRALEWSKI:  Object to the form.
23        Vague and ambiguous.  You can answer.
24        A.     I did.
25        Q.     Did you purchase any computer monitors
```

25

BARKLEY
Court Reporters

```
 1                  Wood - October 15, 2012
 2   that contained a CRT during the relevant time period?
 3         A.    I don't believe so.
 4         Q.    How many computer monitors did you
 5   purchase during that time period?
 6         A.    Two.
 7         Q.    Two.  Can you describe those.  Who made
 8   the monitors?
 9         A.    They were Dell products.
10         Q.    When did you first purchase the first
11   one?
12         A.    I don't remember.
13         Q.    If you had to guess, we can -- we'll
14   acknowledge it's a guess or approximation.
15         A.    2000.
16              MR. GRALEWSKI:  Hold on a second.
17         Object to the form.  Calls for speculation,
18         vague and ambiguous, argumentative.  You can
19         answer.
20         Q.    And when did you purchase the second
21   monitor?
22              MR. GRALEWSKI:  Same objections.
23         A.    2005.
24         Q.    Do you know what type of display
25   technology these monitors used?
```

26

LOUISE WOOD

BARKLEY
Court Reporters

1                    Wood - October 15, 2012

2        A.      No.

3        Q.      For the monitor purchased around 2000,

4    why do you think it wasn't a CRT monitor?

5                MR. GRALEWSKI:  Object to the form.

6        Lacks foundation, misstates testimony, calls for

7        speculation.  You can answer.

8        A.      It was a small screen.

9        Q.      When you say small, do you mean small in

10   diagonal as in you have a 9-inch screen or --

11       A.      It was a 14-inch screen.  But for the

12   weight and the size, it seemed small.

13       Q.      Was it an LCD monitor?

14       A.      I don't know.

15       Q.      Approximately how thick is the monitor?

16       A.      I don't have it in my possession.

17       Q.      You say you don't have it in your

18   possession or you no longer own it?

19       A.      I no longer own it.

20       Q.      You're not asserting any claims in this

21   case based on that purchase?

22       A.      No, I'm not.

23       Q.      For the monitor purchased around 2005,

24   was that an LCD monitor?

25       A.      I don't know.

                            27

LOUISE WOOD

BARKLEY
Court Reporters

```
 1                    Wood - October 15, 2012
 2         Q.      What size screen did that monitor have?
 3         A.      Small screen.
 4         Q.      Can you -- are you able to approximate
 5    how many inches?
 6         A.      14 inches.
 7         Q.      Are you able to approximate how thick
 8    the screen is?
 9         A.      I don't own it.
10         Q.      And you're not asserting any claims
11    based on the monitor purchased around 2005?
12         A.      I am not.
13         Q.      Do you think the monitor purchased in
14    2005 contained a CRT?
15         A.      I don't know.
16         Q.      So for your -- start again.
17                 Your Toshiba television you mentioned
18    earlier, does that TV contain a CRT?
19         A.      Yes.
20         Q.      How do you know it contains a CRT?
21         A.      Given the size and weight and
22    dimensions.
23         Q.      So you're confident based on the size
24    that it contains a CRT?
25         A.      Yes.
```

28

BARKLEY
Court Reporters

1                   Wood - October 15, 2012
2        Q.     And for the two computer monitors, how
3    do you know they do not contain a CRT?
4                   MR. GRALEWSKI:  Object to the form.
5        Misstates testimony, asked and answered.
6        A.     I don't know.
7        Q.     I believe you said earlier, and I don't
8    want to misquote you, that it was because the size of
9    the monitors led you to think that they did not
10   contain a CRT?
11       A.     Yes.
12       Q.     So is your testimony that you are
13   certain the Toshiba television contains a CRT because
14   it is large, but you do not know if the monitors
15   contained a CRT at all?
16                  MR. GRALEWSKI:  Object to the form.
17       Vague and ambiguous, compound.
18                  MR. FRUTIG:  This is Matt from White and
19       Case, and I object to the form of the question,
20       vague and ambiguous as to Toshiba.
21       A.     Can you please repeat the question.
22       Q.     So is your testimony that you are
23   certain your Toshiba television contains a CRT?
24       A.     Yes.
25       Q.     And is that -- is your certainty based

                              29

LOUISE WOOD

BARKLEY
Court Reporters

1                    Wood - October 15, 2012

2    solely on the fact that the TV is large, in your

3    judgment?

4         A.    The size and the weight.

5         Q.    Based on the size and weight of the

6    monitors, can you make any judgments about whether

7    they contain a CRT?

8              MR. GRALEWSKI:  I object to the form.

9         Asked and answered, lacks foundation, misstates

10        testimony.

11        A.    I cannot.

12        Q.    When you purchased the two -- well, when

13   you purchased the computer monitor around 2000, was

14   the -- what were the factors that led you to purchase

15   that particular monitor?

16             MR. GRALEWSKI:  Object to the form.

17        Misstates testimony, lacks foundation.

18        A.    It was part of a bundle.

19        Q.    With what was it bundled?

20        A.    With a desktop.

21        Q.    Desktop computer?

22        A.    Yes.

23        Q.    Was the bundle all purchased from Dell?

24        A.    Yes.

25        Q.    When you selected the computer package

                            30

LOUISE WOOD

BARKLEY
Court Reporters

```
 1                    Wood - October 15, 2012
 2   from Dell, did you have a choice in monitors that
 3   came with the bundle?
 4        A.    I don't remember.
 5        Q.    For the monitor purchased around 2005,
 6   was that also purchased as part of a bundle?
 7        A.    Yes.
 8        Q.    Was that also from Dell?
 9        A.    Yes.
10        Q.    When you purchased that bundle, did you
11   have the choice as to the computer monitor?
12        A.    I don't remember.
13        Q.    When you purchased the bundle in around
14   2000, was it important to you that the -- was the
15   computer monitor an important feature for you?
16             MR. GRALEWSKI:  Object to the form.
17        Vague and ambiguous, lacks foundation, misstates
18        testimony.
19        A.    I don't remember.
20        Q.    Did you consider buying a stand alone
21   computer and then a monitor separately?
22        A.    No.
23        Q.    So was it important to have a bundle?
24        A.    Maybe.
25        Q.    Was it your preference to purchase your
```

31

LOUISE WOOD

BARKLEY
Court Reporters

1     Wood - October 15, 2012

2 computer monitor as a bundle instead of separately?

3   A. Yes.

4   Q. When you purchased the computer bundle

5 around 2005, did you consider buying a separate

6 computer CPU and separate monitor?

7   A. No.

8   Q. And why was that?

9   A. It was easier to buy them together.

10   Q. Were the features of the computer

11 monitor and bundle important to you in that purchase

12 decision?

13   A. I don't remember.

14   Q. Going back to the Toshiba television we

15 mentioned before, is that the only product for which

16 you're claiming damages in this case?

17   A. Yes.

18   MR. GRALEWSKI:  Objection to the form.

19   Asked and answered.

20   MR. FRUTIG:  I have to also state an

21   objection, vague and ambiguous as to Toshiba.

22   Q. Do you still own the television that's

23 the basis for your claim?

24   A. No, I do not.

25   Q. When did you buy the television?

LOUISE WOOD

BARKLEY
Court Reporters

```
1                     Wood - October 15, 2012
2         A.        November 2004.
3         Q.        When did you cease to own the Toshiba
4    television?
5         A.        2009.
6                   MR. FRUTIG:  Objection.  Vague and
7         ambiguous as to Toshiba.  This is Matt from
8         White & Case.
9                   MR. GOLDSTEIN:  Matt, what can I do to
10        have -- to make that better for you or to just
11        leave that as a standing objection?
12                  MR. FRUTIG:  Let's just leave that as a
13        standing objection.
14                  MR. GOLDSTEIN:  Okay.
15                  MR. GRALEWSKI:  What is the standing
16        objection to?
17                  MR. FRUTIG:  Because there are various
18        Toshiba entities named.  Without one particular
19        being named, the question is vague and
20        ambiguous.
21                  MR. GRALEWSKI:  I mean, I got the gist
22        of that, but I mean, what -- so any time the
23        word Toshiba is used in his questions, you have
24        a standing objection to it?  Is that the -- I
25        just want to clarify what you're objecting to.
```

<div align="center">33</div>

BARKLEY
Court Reporters

```
 1                  Wood - October 15, 2012
 2              MR. FRUTIG:  Yes, unless the specific
 3          entity, one of the named entities, is --
 4          specifically named Toshiba, is just used,
 5          generally there is a standing objection as to
 6          vague and ambiguous.
 7              MR. GRALEWSKI:  Fine.  I just wanted to
 8          clarify for the record.
 9              MR. GOLDSTEIN:  Okay.
10  BY MR. GOLDSTEIN:
11      Q.     So Ms. Wood, you said you ceased to own
12  your Toshiba television in 2009?
13      A.     Yes.
14      Q.     How did you dispose of the television or
15  how did it leave your possession?
16      A.     Two men carried it out of my apartment.
17      Q.     Why did those two men carry it out of
18  your apartment?
19      A.     Because it was too heavy for one person
20  to lift.
21      Q.     Did you sell the television?
22      A.     I did not.
23      Q.     Did you donate the television?
24      A.     No.
25      Q.     Did you throw the television in the
```

<div align="center">34</div>

BARKLEY
Court Reporters

```
 1                   Wood - October 15, 2012
 2   garbage?
 3        A.    Yes.
 4        Q.    Why did you throw the television in the
 5   garbage?
 6        A.    I purchased a new television set.
 7        Q.    Was that in 2009?
 8        A.    Correct.
 9        Q.    And what kind of television was that?
10        A.    A Samsung.
11        Q.    Samsung.
12              What size is that television?
13        A.    32 inches.
14        Q.    Is that a CRT television?
15        A.    No, it is not.
16        Q.    What do you think the size --
17        A.    It may be -- I'm sorry, it may be a
18   37-inch.
19        Q.    It's not a CRT television.  Is it an LCD
20   television?
21        A.    No.  It's a flat screen.
22        Q.    It's a flat screen.
23              Do you know if it uses plasma
24   technology?
25        A.    I do not believe so.
```

BARKLEY
Court Reporters

```
 1                  Wood - October 15, 2012
 2       Q.    Do you know if it uses LED technology?
 3       A.    I do not know.
 4       Q.    So other than that fact that the TV is
 5  flat, do you know what the display technology is?
 6       A.    No, I do not.
 7       Q.    Approximately how thick is the new
 8  television?
 9       A.    Thick?  Maybe an inch.
10       Q.    And approximately how -- approximately
11  what are the dimensions of the Toshiba television on
12  which you base your claim?
13       A.    It was 32 inches in terms of the screen.
14  And it was very deep and wide.  I would say maybe 32
15  inches deep.
16       Q.    Have you taken any photographs of the
17  Toshiba TV?
18       A.    No.
19       Q.    What sort of features did the Toshiba TV
20  have?
21       A.    It had a remote.  Standard features.
22       Q.    What does standard features mean to you?
23       A.    I'm not sure what features means.
24       Q.    Did the television have picture in
25  picture?
```

<div align="center">36</div>

BARKLEY
Court Reporters

1                    Wood - October 15, 2012

2         A.     Picture in picture?  What is that,

3    picture in picture?

4         Q.     Picture in picture.  Are you familiar

5    with what that means?

6         A.     I am familiar.  I do not believe so.

7         Q.     Did it have a built-in VCR?

8         A.     No, it did not.

9         Q.     Did it have a built-in DVD player?

10        A.     No, it did not.

11        Q.     Do you know if it had mono or digital

12   audio?

13        A.     I don't remember.

14        Q.     Do you know if it had a digital or

15   analog picture?

16        A.     I do not.

17        Q.     Did it have a curved, rounded screen or

18   a flat screen?

19        A.     We're talking about the Toshiba now,

20   correct?

21               I don't -- I don't remember.

22        Q.     Do you know the model of the TV, the

23   Toshiba TV?

24        A.     No, I do not.  It's a 32-inch Toshiba.

25   That's all I know.


                            37

BARKLEY
Court Reporters

```
 1                    Wood - October 15, 2012
 2        Q.    Is there anything that could refresh
 3   your recollection as to the model number?
 4        A.    Such as?
 5        Q.    Is there anything you can think of that
 6   would --
 7        A.    I believe I signed a verification which
 8   may have had the model number on it, but I do not
 9   have that committed to memory.
10        Q.    Okay.  How did you figure out the model
11   number to include in the verification?
12        A.    It may have been on the receipt.
13              MR. GOLDSTEIN:  I would ask the reporter
14        to mark as 382 a copy of a receipt from Costco.
15              (Exhibit 382, Copy of Receipt, marked
16        for identification, as of this date.)
17              MR. GRALEWSKI:  Counsel, this is a copy
18        of Ms. Wood's receipt that we produced to you.
19        I also have with me the original today.
20              MR. GOLDSTEIN:  Okay.
21              MR. GRALEWSKI:  Because as you'll see,
22        if you want to, the original is severely faded.
23        This is the best copy we could make.  But there
24        are some things on the original that you can't
25        make out on the copy.  So to the extent you want
```

38

LOUISE WOOD

BARKLEY
Court Reporters

1          Wood - October 15, 2012

2      it.

3            MR. GOLDSTEIN:  Yeah.  I would be happy

4      to take a look at that.

5            MR. GRALEWSKI:  So let the record

6      reflect that I'm going to hand you a copy of the

7      original receipt, which is the original of

8      Exhibit 382.  And I would like it back today.

9            MR. GOLDSTEIN:  Okay.  I note that it

10     seems that the copy that was provided cut off a

11     little bit on the bottom of the receipt.  Before

12     I give it back to you today, if possible, I

13     would like to try and make another copy

14     available.

15           MR. GRALEWSKI:  Absolutely.  I think

16     that what you'll find is of particular

17     pertinence is the fact that on the original, you

18     can make out the date --

19           MR. GOLDSTEIN:  Yes.

20           MR. GRALEWSKI:  -- of the purchase.

21           MR. GOLDSTEIN:  Yeah.

22     Q.     Ms. Wood, do you recognize Exhibit 382?

23     A.     I do.

24     Q.     And is that the receipt you mentioned a

25     moment ago?

39

LOUISE WOOD

Wood - October 15, 2012

1

2      A.      It is.

3      Q.      So I was just discussing with

4   Mr. Gralewski, does this receipt indicate the date of

5   your purchase?

6      A.      It does.

7      Q.      And what does it say?

8      A.      I believe it says November 21st, 2004.

9      Q.      Other than the slight fading I was

10  discussing with Mr. Gralewski, is Exhibit 382 a fair

11  and accurate representation of the original receipt?

12     A.      It is.

13     Q.      It's not been modified in any way?

14     A.      No.

15     Q.      Does the receipt indicate the -- it says

16  the model number for the television.

17     A.      It says 32 A14.

18     Q.      And next to it it says $299.99.

19             Is that the purchase price for the

20  Toshiba television?

21     A.      It is.

22     Q.      Does it say anywhere on here that the

23  Toshiba product is a television?

24     A.      No, it does not.

25     Q.      How do you know it's the television?

40

LOUISE WOOD

BARKLEY
Court Reporters

```
 1                    Wood - October 15, 2012
 2        A.    Because that's the receipt from the
 3   purchase of the television that I made.
 4        Q.    Did you purchase any other Toshiba
 5   products around that time period?
 6        A.    No, I did not.
 7        Q.    Does it say on here anywhere that it
 8   says CRT television?
 9        A.    It does not.
10        Q.    Does anything on the receipt indicate
11   that the Toshiba television contains a CRT?
12        A.    No.
13        Q.    What form of payment did you use to
14   purchase the television?
15        A.    American Express.
16        Q.    Was that your personal credit card?
17        A.    Yes.
18        Q.    It wasn't a corporate card?
19        A.    No.
20        Q.    Do you hold that credit account jointly
21   with anyone?
22        A.    No.
23        Q.    Do you still have the statement from
24   this purchase?
25        A.    I might.
```

41

BARKLEY
Court Reporters

```
 1                    Wood - October 15, 2012
 2        Q.     Do you think you might -- where do you
 3   think you might have it?
 4        A.     At home.
 5               MR. GOLDSTEIN:  I'm not sure we need
 6         that for anything, but I'll just note that there
 7         is a possibility we might ask you for --
 8               MR. GRALEWSKI:  I'm sorry, were you
 9         referring to the witness or to me?
10               MR. GOLDSTEIN:  To you.  I don't
11         think -- I don't think we need that statement
12         for anything, but there is a possibility we
13         might ask.
14               MR. GRALEWSKI:  I'll be happy to talk to
15         you about anything you would want to talk about.
16        Q.     So why did you purchase this particular
17   television?
18        A.     I purchased it because I wanted a larger
19   television than the one I currently owned.
20        Q.     At the time, what kind of television did
21   you own?
22        A.     A Sony 19-inch television.
23        Q.     And when did you purchase that
24   television?
25        A.     1993.
```

42

1                   Wood - October 15, 2012

2         Q.     Was the only reason you bought a new TV

3    that you wanted a larger one?

4         A.     Yes.

5         Q.     Did the Sony TV you had still function

6    in 2004?

7         A.     It did.

8         Q.     And was the picture still good on the

9    Sony television?

10         A.     It was.

11         Q.     When you -- compared to the Toshiba

12    television you purchased, would you say that the

13    picture quality was about the same?

14         A.     As far as I remember, yes.

15         Q.     Other than being larger, did the Toshiba

16    television have any features that the Sony television

17    did not?

18         A.     Not that I'm aware of, no.

19         Q.     To the best of your recollection, in

20    1993 when you bought the Sony television, were larger

21    models available at that time?

22         A.     Yes.

23         Q.     So among other large TVS, why did you

24    purchase the Toshiba model that you did?

25         A.     Given the size and the price, it was in


                            43

BARKLEY
Court Reporters

1               Wood - October 15, 2012
2   my price range.
3        Q.    Was it a better price for the Toshiba
4   than for other 32-inch models?
5        A.    I don't remember.
6        Q.    If you don't remember, why do you think
7   that price was the factor?
8               MR. GRALEWSKI:  Object to form.
9        Argumentative.
10       A.    I was working on a budget, so I knew
11  that I didn't want to spend over a certain amount of
12  money.
13       Q.    Were you -- was the Toshiba model the
14  cheapest one available?
15       A.    I don't know.
16       Q.    Do you know if there were more expensive
17  models around?
18       A.    There were.
19       Q.    Do you know what made the more expensive
20  models different from the Toshiba model?
21       A.    No.
22       Q.    At the time you purchased the TV, did
23  you do any research on the internet or any magazines
24  or elsewhere, about televisions?
25       A.    No.

                            44

BARKLEY
Court Reporters

```
 1                  Wood - October 15, 2012
 2        Q.    Did you read Consumer Reports or
 3   anything like that?
 4        A.    No.
 5        Q.    Was the Toshiba brand at all important
 6   to you?
 7        A.    It was a factor.
 8        Q.    How did you weigh the Toshiba brand, was
 9   it a positive factor?
10        A.    It was a neutral factor.
11        Q.    So how do you mean it was a neutral
12   factor?
13        A.    It was a brand I was familiar with.
14        Q.    Was it important to you to have a
15   television from a brand you were familiar with?
16        A.    Yes.
17        Q.    So if it was a -- if there was a TV
18   available that was cheaper but from a brand you had
19   not heard of, that would be --
20              MR. GRALEWSKI:  Objection to form.
21        Incomplete hypothetical, vague and ambiguous.
22        A.    Yes.
23        Q.    How much value do you put on the brand
24   name?
25              MR. GRALEWSKI:  Object to the form.
```

45

LOUISE WOOD

BARKLEY
Court Reporters

```
 1                    Wood - October 15, 2012
 2        Vague and ambiguous, calls for speculation,
 3        asked and answered.
 4        A.     Some value.
 5        Q.     If you had to put a dollar amount on the
 6   brand value --
 7        A.     I cannot do that.
 8               MR. GRALEWSKI:  Hold on a second.
 9        Object to the form.  Asked and answered, calls
10        for speculation, vague and ambiguous.
11        A.     I cannot do that.
12        Q.     Did you consider other brands other than
13   Toshiba?
14               MR. GRALEWSKI:  Object to the form.
15        Vague and ambiguous.
16        A.     Yes.
17        Q.     What brands were those?
18        A.     Panasonic, Sony, and I'm sure a few
19   others.
20        Q.     Are there any brands that you would not
21   have been interested in?
22        A.     Ones where I was unfamiliar with the
23   brand.
24        Q.     So among the Toshiba, Sony, Panasonic
25   and maybe other TVs you considered that all had a
```

<div align="center">46</div>

LOUISE WOOD

BARKLEY
Court Reporters

1               Wood - October 15, 2012

2   brand name, why did you decide on the Toshiba?

3               MR. GRALEWSKI:  Object to the form.

4       Asked and answered.

5       A.      Because it was the right size and I felt

6   for the price, the right choice.

7       Q.      So among brand name TVS that were all 32

8   inches, was price the only factor in your decision?

9       A.      No.

10      Q.      What other factors were there?

11      A.      Size.

12      Q.      Was -- so you said among the 32-inch

13  TVS, was the size of -- was size other than the

14  screen size a factor?

15      A.      No.

16      Q.      So it was only the screen size, not the

17  cabinet size that was important to you?

18      A.      Correct.

19      Q.      So I'm going to try that question again.

20              So among the brand named 32-inch TVs

21  that you considered, was price the only factor

22  leading you to choose the Toshiba television?

23      A.      No.  Did you say -- I'm sorry, could you

24  repeat that question again.

25      Q.      Yeah.  Among the 32-inch brand named

47

LOUISE WOOD

BARKLEY
Court Reporters

1                    Wood - October 15, 2012

2   TVS, all the same 32-inch size, was there any factor

3   other than size that led you to choose the Toshiba

4   TV?

5        A.    Yes.

6        Q.    And what factors were those?

7        A.    Features.

8        Q.    Features.

9              Which features were a factor in your

10  decision?

11       A.    I did not want one that came with

12  additional components such as a VCR or any tape

13  device.

14       Q.    Were there other features you didn't

15  want?

16       A.    No.  I was looking for a simple model.

17       Q.    Why did you want a simple model?

18       A.    Easier to repair.

19       Q.    Did you have the Toshiba television

20  repaired during the time you owned it?

21       A.    No, I did not.

22       Q.    Had you had your Sony television

23  repaired?

24       A.    No, I did not.

25       Q.    Why were you concerned about the ease of

                              48

LOUISE WOOD

BARKLEY
Court Reporters

1                    Wood - October 15, 2012

2    repair?

3         A.    I already owned a VCR, so I didn't need

4    to complicate it.

5         Q.    Do you think having a VCR increased the

6    price of the television?

7                 MR. GRALEWSKI:  Objection to the form.

8         Calls for speculation, vague and ambiguous.

9         A.    Yes.

10        Q.    You did not want to pay for a feature

11   you didn't need?

12        A.    Correct.

13        Q.    Okay.  So among brand named, 32-inch

14   non-VCR combo TVS, was price the only factor that led

15   you to select the Toshiba?

16        A.    As far as I know, yes.

17        Q.    Going back to your preference for brand

18   names, why do you prefer brand name TVs to ones that

19   you have not heard of?

20        A.    I always had preferred a brand name.

21        Q.    Do you perceive quality differences

22   between brand names and non-brand names?

23        A.    I do.

24        Q.    And what are some brands you associate

25   with quality?

                           49

```
 1                      Wood - October 15, 2012
 2        A.      Regarding television sets?
 3        Q.      Regarding television sets.
 4        A.      Sony, Panasonic, Samsung.
 5        Q.      Not Toshiba?
 6        A.      No.
 7        Q.      At the time you purchased your
 8   television in 2004, did you associate the Toshiba
 9   brand name with the quality television?
10        A.      I associated it with the second tier.
11        Q.      So the names you said before, Panasonic,
12   Sony, Samsung, is that the first tier in the
13   recognized names?
14        A.      Yes.
15        Q.      What other television manufacturers
16   would be on the second tier -- actually, I'm sorry,
17   is there anyone else in the first tier beside
18   Panasonic, Sony, Samsung?
19        A.      In my mind, no.
20        Q.      What TV brands are in the second tier?
21        A.      Hitachi, Daewoo, LCD.  That's it.
22        Q.      So did you say LCD?
23        A.      I think that's a brand.  Is it not?
24        Q.      I'm not sure.  Is there a third tier?
25        A.      No.
```

LOUISE WOOD

BARKLEY
Court Reporters

```
 1                    Wood - October 15, 2012
 2        Q.     On what do you base your judgments about
 3   which tier the TV manufacturers fall into?
 4        A.     On public opinion.
 5        Q.     And what is your source for public
 6   opinion?
 7        A.     Speaking with friends who own television
 8   sets and asking them their opinion.
 9        Q.     Have you, at any time, read any
10   publications that rank the quality of different
11   televisions?
12        A.     I may have.
13        Q.     Did that influence your perception of
14   which tier a manufacturer falls into?
15        A.     Collectively over the years, yes.
16        Q.     Have you ever seen any publication
17   classify TV manufacturers into tiers as you have?
18        A.     No.
19        Q.     So is the tier division solely your
20   opinion?
21        A.     It's my division.
22        Q.     Okay.  When you purchased your Toshiba
23   TV in 2004, did you consider any Hitachi models?
24        A.     I don't remember.
25        Q.     Do you remember if you considered any
```

51

LOUISE WOOD

BARKLEY
Court Reporters

1                    Wood - October 15, 2012

2  Daewoo models?

3       A.     I don't remember.

4       Q.     Did you consider any Sony models?

5       A.     I believe so.

6       Q.     And why did you decide to purchase the

7  Toshiba TV instead of the Sony TV?

8       A.     I believe it was a better price.

9       Q.     I think you also said you considered

10 Panasonic models.

11      A.     Yes.

12      Q.     Did you select the Toshiba because it

13 was cheaper than the Panasonic?

14      A.     I don't remember.

15      Q.     So why did you choose to purchase the

16 television that was in the second tier, in your

17 judgment, as opposed to in the first tier?

18      A.     Because I couldn't afford one in the

19 first tier.

20      Q.     Was the brand of the CRT inside the

21 television important to you?

22      A.     I wouldn't know what the brand was.

23      Q.     So at the time you purchased the Toshiba

24 TV, you didn't know what kind of CRT was in it?

25      A.     Correct.

                          52

LOUISE WOOD

BARKLEY
Court Reporters

1                    Wood - October 15, 2012

2        Q.      Do you know what kind of CRT was in it

3   today?

4        A.      I do not.

5        Q.      Do you know who made the CRT in your

6   Toshiba television?

7        A.      I do not.

8        Q.      Do you have any reason to believe it was

9   one of the defendants in this case who manufactured

10  the CRT?

11       A.      I do not know.

12       Q.      Do you know of any way for you to find

13  out?

14       A.      I am sure there are records that

15  demonstrate what CRTs were part of each of these

16  television sets that were produced.

17       Q.      But based on your own knowledge?

18       A.      My own knowledge, no.

19       Q.      So if one of the defendants in this case

20  did not make the CRT in your TV, would you still be

21  bringing this claim?

22              MR. GRALEWSKI:  Object to the form.

23         Vague and ambiguous, calls for speculation,

24         calls for legal conclusion, lacks foundation.

25       A.      If that were the case, I wouldn't be

                            53

BARKLEY
Court Reporters

```
 1                    Wood - October 15, 2012
 2   qualified to be speaking to you now.
 3        Q.    How do you mean that, qualified?
 4              MR. GRALEWSKI:  Object to the form.
 5        Vague and ambiguous, calls for speculation,
 6        lacks foundation, calls for a legal conclusion.
 7        A.    Could you repeat the question, please.
 8        Q.    How do you mean you wouldn't be
 9   qualified to speak with me if one of the defendants
10   had not manufactured the CRT in your Toshiba
11   television?
12              MR. GRALEWSKI:  Same objections.
13        A.    I would not be an injured party.
14        Q.    So if one of the defendants did not make
15   the CRT in your television, you wouldn't have
16   suffered any injury?
17              MR. GRALEWSKI:  Object to the form.
18        Asked and answered, vague and ambiguous, calls
19        for speculation, lacks foundation, calls for a
20        legal conclusion.
21        A.    I believe so.
22        Q.    And you believe you're qualified to
23   speak with me today; is that correct?
24        A.    Correct.
25        Q.    Why do you think that?
```

<center>54</center>

LOUISE WOOD

BARKLEY
Court Reporters

```
 1                    Wood - October 15, 2012
 2              MR. GRALEWSKI:  You can certainly answer
 3         the question.  I just caution you to not reveal
 4         any communications with your lawyers in
 5         answering the question.
 6         A.      Because I owned a Toshiba television set
 7    that contained a CRT that was purchased between 1995
 8    and 2007.
 9         Q.      Is it your claim that all CRTs
10    manufactured between 19 -- March 1st, 1995 and
11    November 25, 2007 were the subject of an antitrust
12    violation?
13         A.      I believe certain manufacturers are the
14    subject.
15         Q.      So some manufacturers did not
16    participate in the alleged conspiracy?
17              MR. GRALEWSKI:  Object to the form.
18         Lacks foundation.
19         A.      I don't know.
20         Q.      You said certain manufacturers were the
21    subject of an antitrust violation.
22              Which manufacturers were those?
23         A.      There are a number of manufacturers;
24    Hitachi, Panasonic, Chunghwa, Toshiba, Samsung.
25         Q.      Are there any others?
```

LOUISE WOOD

BARKLEY
Court Reporters

```
 1                    Wood - October 15, 2012
 2        A.     I don't know all the manufacturers'
 3   names.
 4        Q.     Was Sony a part of the alleged
 5   conspiracy?
 6        A.     No.
 7        Q.     Was Sanio a part of the alleged
 8   conspiracy?
 9        A.     I don't know.
10        Q.     Why do you think those companies were
11   part of an alleged conspiracy or part of a
12   conspiracy?
13              MR. GRALEWSKI:  Object to the form.
14         Vague and ambiguous.  You know Chunghwa has
15         already settled.
16        A.     Chunghwa has already settled.
17        Q.     With whom has Chunghwa settled?
18        A.     With the plaintiffs.
19        Q.     Does that include yourself in that?
20        A.     No, it does not.
21        Q.     So with which plaintiffs has Chunghwa
22   settled?
23        A.     The original plaintiffs.
24        Q.     The original indirect purchaser?
25        A.     The original indirect purchasers,
```

56

LOUISE WOOD

BARKLEY
Court Reporters

```
 1                   Wood - October 15, 2012
 2  correct.
 3        Q.    And does that explain the basis for your
 4  belief that Chunghwa was involved in antitrust
 5  violations?
 6        A.    Yes.
 7        Q.    What about the other companies you
 8  named?
 9        A.    Samsung has pled guilty.
10        Q.    What about Hitachi?
11        A.    I don't know anything about Hitachi.
12        Q.    So why do you believe Hitachi was
13  involved in an antitrust violation?
14        A.    I rely on my attorney.
15        Q.    Has your attorney shown you any
16  documents that indicate to you that Hitachi was
17  involved in an antitrust conspiracy?
18  (DIR)
19              MR. GRALEWSKI:  I instruct you not to
20        answer that question on the grounds of
21        attorney-client privilege.
22        Q.    Have you seen any documents that led you
23  to believe Hitachi was involved in an antitrust
24  violation?
25        A.    Yes.
```

57

LOUISE WOOD

BARKLEY
Court Reporters

```
 1                    Wood - October 15, 2012
 2        Q.      Which documents were those?
 3        A.      The complaint.
 4        Q.      Other than the complaint in this case,
 5   have you seen any other documents that lead you to
 6   believe that Hitachi was involved in an antitrust
 7   violation?
 8        A.      I rely on my attorney for that.
 9        Q.      For Panasonic, why do you believe
10   Panasonic was involved in an antitrust violation?
11        A.      I rely on my attorney for that.
12        Q.      Other than Samsung and Chunghwa, are you
13   relying on your attorney for your belief that any
14   other company was involved in an antitrust violation?
15        A.      Yes.
16             MS. BYRD:  This is Courtney Byrd.  I
17        would like to object to that question as vague
18        and ambiguous as to the term Samsung.
19             MR. GOLDSTEIN: That's a question for
20        Courtney.
21        Q.      Do you have a belief about which
22   specific Samsung or specifically, what entity named
23   Samsung was involved in --
24        A.      I believe --
25             MS. BYRD:  I believe that's she's
```

<div align="center">58</div>

LOUISE WOOD

BARKLEY
Court Reporters

```
 1                   Wood - October 15, 2012
 2         referring to Samsung SDI, but...
 3         A.     I am.
 4         Q.     Okay.  So other than for Samsung SDI and
 5    Chunghwa, is it correct that you have no basis other
 6    than what your attorney has told you to believe that
 7    any other company was involved in an antitrust
 8    violation?
 9                 MR. GRALEWSKI:  Object to the form.
10         Misstates testimony, argumentative, lacks
11         foundation.
12         A.     I'm relying on my attorney.
13         Q.     Sorry.  I'm not sure that was
14    responsive.
15         A.     You --
16                 MR. GRALEWSKI:  Hold on a second.  His
17         job is to ask questions.  Your job is to answer
18         them.  You answered the question and now he can
19         choose to ask another question if he wishes to.
20         So I object to your characterization of the
21         client's -- witness.  If we could stick to
22         asking questions, I would appreciate it.
23         Q.     You said you were relying on your
24    attorney.
25                 Are you relying on your attorney for
```

59

LOUISE WOOD

BARKLEY
Court Reporters

```
 1                   Wood - October 15, 2012
 2   your belief that companies other than Samsung, SDI
 3   and Chunghwa were involved in an antitrust violation?
 4        A.    Yes.
 5        Q.    Other than what your attorney has told
 6   you, do you have any reason to believe that companies
 7   other than Samsung SDI and Chunghwa were involved in
 8   an antitrust violation?
 9        A.    Yes.
10        Q.    What independent basis is that?
11        A.    I reviewed the documentation.
12        Q.    Which documentation?
13        A.    The complaint.
14        Q.    Did your attorneys draft the complaint?
15        A.    There are many attorneys involved in
16   this case.
17        Q.    Did you draft the complaint?
18        A.    No.
19        Q.    Did you review any documentation other
20   than the complaint?
21        A.    Yes.
22        Q.    Which documents were those?
23   (DIR)
24             MR. GRALEWSKI:  I'm going to instruct
25        the witness not to answer that question on the
```

LOUISE WOOD

BARKLEY
Court Reporters

1                    Wood - October 15, 2012

2          grounds of the attorney-client privilege if the

3          documents that you're referring to are, or you

4          would refer to in your answer, would be

5          documents that your attorneys gave you.  If

6          they're not, you can tell him.

7          A.    They were documents that my attorney

8     gave me.

9          Q.    Were they documents that your attorney

10    drafted?

11    (DIR)

12              MR. GRALEWSKI:  I'm going to instruct

13          you not to answer on the grounds of

14          attorney-client privilege.

15          Q.    Approximately how many documents did you

16    review other than the complaint?

17    (DIR)

18              MR. GRALEWSKI:  I'm going to instruct

19          you not to answer on the grounds of the

20          attorney-client privilege.

21          Q.    Do any documents other than the

22    complaint lead you to believe that there was an

23    antitrust violation in this case?

24          A.    Yes.

25          Q.    What documents lead you to believe there

                            61

BARKLEY
Court Reporters

1                    Wood - October 15, 2012
2    was an antitrust violation in this case?
3    (DIR)
4                    MR. GRALEWSKI:  Time out.  I think we
5            hoed this row.  Object to the form.  Asked and
6            answered.  The instruction I'm going to give you
7            is the same that I gave you last time.  If you
8            independently looked at documents that your
9            lawyers didn't give you, you can tell him to
10           answer that question.  To the extent those
11           documents were documents that your lawyers gave
12           you, I instruct you not to answer.
13           A.    I'm not answering.
14           Q.    Have you looked at any documents other
15   than what your lawyers gave you that form your belief
16   that there was an antitrust violation in this case?
17           A.    No.
18                   MR. GOLDSTEIN:  You want to take a
19           break?
20                   MR. GRALEWSKI:  Sure.
21                   MR. GOLDSTEIN:  Let's go off the record.
22                   THE VIDEOGRAPHER:  Going off the record
23           at 11:38 a.m.  This is the end of disk 1 in the
24           deposition of Louise Wood.
25                   (Discussion off the record.)

LOUISE WOOD

BARKLEY
Court Reporters

```
 1                   Wood - October 15, 2012

 2               THE VIDEOGRAPHER:  Going back on the

 3          record at 11:58 a.m. This is the beginning of

 4          the second disk in the deposition of Louise

 5          Wood.

 6   BY MR. GOLDSTEIN:

 7          Q.    Ms. Wood, going back to your decision to

 8   purchase the Toshiba television, at the time of your

 9   purchase, did you consider purchasing an LCD

10   television instead of a CRT TV?

11          A.    I don't believe so.

12          Q.    Why weren't you interested in LCD TVs?

13               MR. GRALEWSKI:  Object to the form.

14          Misstates testimony, lacks foundation.

15          A.    I'm not a tech person.  So I don't --

16   I'm not the first to raise my hand to get the latest

17   in technology.

18          Q.    So is it your perception that the LCD

19   technology was the latest technology in 2004?

20          A.    For televisions.

21          Q.    Do you know if there was a 32 LCD model

22   available?

23          A.    I don't know.  I assume so.

24          Q.    Did you not consider LCD TVS just

25   because they were new technology?
```

LOUISE WOOD

BARKLEY
Court Reporters

```
 1                  Wood - October 15, 2012
 2        A.      Because of price.
 3        Q.      And were they more expensive than CRT
 4   TVs?
 5        A.      I believe so.
 6        Q.      Did you check whether they were more
 7   expensive than CRT TVS or did you assume because they
 8   were new technology?
 9        A.      I believe both.  I believe that because
10   they were new technology and also, because I looked
11   at their price.
12        Q.      Other than being more expensive, was a
13   LCD TV desirable to you?
14        A.      Not particularly.
15        Q.      When you replaced your Toshiba TV in
16   2009 -- sorry, with what did you replace it?
17                MR. GRALEWSKI:  Object to form.  Asked
18           and answered, I believe.  You can answer.
19        A.      It was a Samsung flat screen, I believe
20   a 37-inch.
21        Q.      So the new TV was larger than the
22   Toshiba TV?
23        A.      Yes.
24                MR. GRALEWSKI:  Object to the form.
25           Vague and ambiguous.
```

64

LOUISE WOOD

BARKLEY
Court Reporters

1                    Wood - October 15, 2012

2        A.     A larger screen.

3        Q.     Let's go back to Exhibit 382 which is

4   your receipt from Costco.

5               Why did you purchase the TV at Costco as

6   opposed to anywhere else?

7        A.     They provide good value.

8        Q.     Does that mean they offer lower prices

9   than other retailers?

10       A.     Sometimes.

11       Q.     Are there other components of value

12  other than price?

13              MR. GRALEWSKI:  Object to the form.

14       Vague and ambiguous, calls for expert testimony.

15       Q.     I'll rephrase that.

16              When you say they offer good value, are

17  you referring to anything other than offering lower

18  prices?

19       A.     For television sets?

20       Q.     Whatever you may mean by Costco offers a

21  good value.

22       A.     I'm sorry, other than value -- good

23  value, is there anything else?

24       Q.     When you said it's a good value, do you

25  mean anything other than that their prices are lower?

                          65

BARKLEY
Court Reporters

1                    Wood - October 15, 2012

2   Are there other components of being a good value, in

3   your opinion?

4        A.    Their prices are fair.

5        Q.    What do you mean by their prices are

6   fair?

7        A.    I don't expect to pay more than I would

8   anywhere else.

9        Q.    Do you think there are places where you

10  could pay less?

11       A.    I don't know.

12       Q.    Does Costco have a price match guarantee

13  if you find a lower price elsewhere?

14       A.    Not that I'm aware of.

15       Q.    Are there other retailers offer the same

16  kind of value?

17            MR. GRALEWSKI:  Object to the form.

18       Vague and ambiguous, lacks foundation, calls for

19       speculation.

20       A.    I believe so.

21       Q.    What other retailers that offer the same

22  kind of value as Costco?

23       A.    Best Buy.

24       Q.    Anyone else?

25            MR. GRALEWSKI:  Same objections.

                           66

LOUISE WOOD

BARKLEY
Court Reporters

```
 1                    Wood - October 15, 2012
 2        A.     I live in Manhattan.  There are limited
 3   options.
 4        Q.     Did you -- you visited the Costco store
 5   personally?
 6        A.     Yes.
 7        Q.     Did you consider or did you shop on-line
 8   at all for televisions?
 9        A.     No.
10        Q.     Did you consider shopping on-line?
11        A.     I don't remember.
12        Q.     Living in Manhattan, do you think --
13   well, did you consider any retailers other than
14   Costco?
15        A.     Best Buy.
16        Q.     Did you visit a Best Buy?
17        A.     Not that I remember.
18        Q.     So when you say you considered it, to
19   what extent did you consider Best Buy?
20        A.     I knew it was available as an option.
21        Q.     Were there other options you were aware
22   of other than Best Buy and Costco?
23               MR. GRALEWSKI:  Object to form.  Asked
24        and answered.
25        A.     I'm sure there are, but I don't know
```

67

LOUISE WOOD

BARKLEY
Court Reporters

```
 1                   Wood - October 15, 2012
 2    what they are.
 3              MR. GRALEWSKI:  I'm going to withdraw
 4         that prior objection.
 5         Q.        When you went to the Costco, was that --
 6    the Costco was located in Queens?
 7         A.        Yes.
 8         Q.        Did you deal with a salesperson at
 9    Costco when you purchased the television?
10         A.        Yes.
11         Q.        So let me go back for a second.
12              Did you -- how many times did you visit
13    Costco when you were considering the television
14    purchase?
15         A.        That one time.
16         Q.        And when you went to the Costco, had
17    you -- did you go for the purpose of purchasing a
18    television?
19         A.        Yes.
20         Q.        And when you spoke with the salesperson,
21    what did you discuss?
22         A.        Features, and I believe that was it.
23    The prices are listed.
24         Q.        About how long did you speak with the
25    salesperson?
```

<center>68</center>

BARKLEY
Court Reporters

```
1                     Wood - October 15, 2012
2         A.      Ten minutes.
3         Q.      Which features did you discuss with him?
4         A.      I asked for their recommendation.
5         Q.      And what did the salesperson recommend?
6         A.      A variety of television sets in a
7  certain price range.
8         Q.      When you asked for the salesperson's
9  recommendation, did you give him parameters in terms
10 of what you were looking for?
11        A.      Based on price.
12        Q.      Did you tell him a price range you were
13 looking for?
14        A.      I believe so.
15        Q.      What was that range?
16        A.      Three to 400.
17        Q.      And how did you determine that price
18 range?
19        A.      I wasn't willing to pay more.
20        Q.      Were you set on buying a certain size
21 television?
22        A.      No, I don't believe so.
23        Q.      So was your objective to get the largest
24 television you could in that price range?
25        A.      No, I don't believe so.
```

69

LOUISE WOOD

BARKLEY
Court Reporters

1                      Wood - October 15, 2012

2        Q.      What were you looking for in that price

3   range?

4        A.      I needed a television set that would fit

5   into a unit that I had.

6        Q.      So did that limit how large of a

7   television you could get?

8        A.      It did.

9        Q.      What was the limit?

10       A.      I believe 37 inches.

11       Q.      Were you willing to put any -- go -- was

12  there a minimum size that you needed to have?

13       A.      No.

14       Q.      When you discussed features with the

15  salesperson, did you discuss CRTs?

16       A.      No.

17       Q.      Did the salesperson mention that LCD

18  televisions were available?

19       A.      I believe so.

20       Q.      What did the salesperson say about LCD

21  televisions?

22       A.      I don't remember.

23       Q.      Did the salesperson tell you that the

24  Toshiba television you ultimately purchased contained

25  a CRT?

                            70

                      LOUISE WOOD

BARKLEY
Court Reporters

1                    Wood - October 15, 2012

2          A.      No.

3          Q.      Did you negotiate the price at all?

4          A.      I did not.

5          Q.      Did you attempt to?

6          A.      No.

7          Q.      Do you know where Costco purchased the

8     Toshiba TV from?

9          A.      I do not.

10         Q.      Do you know when they bought it?

11         A.      I do not.

12         Q.      Was it a new television or a refurbished

13    or used television?

14         A.      It was a new television.

15         Q.      Do you know how much Costco paid for the

16    television?

17         A.      I do not.

18         Q.      Did you shop around at all to find the

19    best price for that Toshiba television?

20         A.      I did not.

21         Q.      So you don't know if it was available

22    cheaper elsewhere?

23         A.      I do not.

24         Q.      Other than your one visit to Costco, did

25    you do any other shopping around for a television in

                              71

BARKLEY
Court Reporters

```
 1                    Wood - October 15, 2012
 2  2004?
 3       A.    Not that I remember.
 4       Q.    About how much time did the whole visit
 5  take?
 6       A.    From beginning to end, an hour.
 7       Q.    Why didn't you shop around for a better
 8  price?
 9       A.    I was with someone who had a car and
10  they were going to transport the television back to
11  Manhattan.
12       Q.    Did you consider television delivery
13  services?
14       A.    Costco does not deliver.
15       Q.    The person who was with you who had a
16  car, did you pay that person at all for transporting
17  the television back?
18       A.    No, I did not.
19       Q.    Did you contribute for gas or anything?
20       A.    I did not.
21       Q.    Did you look at any independent delivery
22  services other than Costco's?
23       A.    No.
24       Q.    And you didn't look at any on-line
25  retailers?
```

72

BARKLEY
Court Reporters

1                    Wood - October 15, 2012

2          A.      No.

3          Q.      Do you know if you could have purchased

4     the Toshiba TV at another store?

5          A.      I don't know.

6          Q.      Was the Toshiba TV on sale when you

7     purchased it?

8          A.      No.

9          Q.      So the price on the receipt, $299.99, is

10    the full retail price?

11         A.      Correct.

12         Q.      Did you pay extra for a warrantee on the

13    TV?

14         A.      No, I did not.

15         Q.      Did you pay tax on the TV?

16         A.      I did.

17         Q.      Is it the New York City sales tax, 8.625

18    percent?

19         A.      Yes.

20         Q.      Do you know if the TV came with a

21    warrantee?

22         A.      I believe it came with a one-year

23    warrantee.

24         Q.      Was that Toshiba's warrantee or Costco's

25    warrantee or someone else's?

LOUISE WOOD

BARKLEY
Court Reporters

```
 1                    Wood - October 15, 2012
 2         A.    That's AMEX's warrantee for one year.
 3         Q.    Okay.  Other than the AMEX warrantee,
 4   was there any warrantee that you are aware of?
 5         A.    I don't remember the time period.
 6         Q.    Going back to the receipt, Exhibit 382,
 7   is it your practice to keep receipts?
 8         A.    Yes.
 9         Q.    Do you keep all of your receipts?
10         A.    I do.
11         Q.    How long do you keep them for?
12         A.    I have them going back 10 years.
13         Q.    Where do you keep them?
14         A.    In my apartment.
15         Q.    Is Costco a membership store?
16         A.    It is.
17         Q.    So you have to be a member to shop
18   there?
19         A.    Correct.
20         Q.    Were you a Costco member at the time you
21   purchased your television?
22         A.    I was.
23         Q.    How much did you pay for your Costco
24   membership?
25         A.    It was actually a gift.
```

74

BARKLEY
Court Reporters

```
 1                    Wood - October 15, 2012
 2        Q.     Are you still a Costco member?
 3        A.     I am.
 4        Q.     Do you pay for your membership now?
 5        A.     I do.
 6        Q.     How much do you pay for your membership
 7   now?
 8        A.     I believe it's $50 a year.
 9        Q.     $50 per year.
10               And is that your approximate value of
11   the membership back in 2004?
12        A.     Yes.
13               MR. GRALEWSKI:  Object to the form.
14        Vague and ambiguous.
15        Q.     Prior to receiving the membership in
16   2004 as a gift, were you a Costco member?
17        A.     Yes.
18               MR. GRALEWSKI:  Can we just take a quick
19        break and go off the record.  The videographer
20        needs a technical adjustment.  We don't have to
21        take a break, just off the record.
22               THE VIDEOGRAPHER:  Off the record, 12:20
23        p.m.
24               (Discussion off the record.)
25               THE VIDEOGRAPHER:  Back on the record,
```

                              75

LOUISE WOOD

BARKLEY
Court Reporters

```
 1                   Wood - October 15, 2012
 2         12:20 p.m.
 3    BY MR. GOLDSTEN:
 4         Q.    Did the gift membership you received in
 5    2004, did that cover the calendar year 2004?
 6         A.    It did.
 7         Q.    Were you a member in 2003?
 8         A.    I was.
 9         Q.    Did you pay for that or receive that as
10    a gift?
11         A.    That was a gift.
12         Q.    What was the value of that gift?
13              MR. GRALEWSKI:  Hold on just a second.
14         I'm not going to object, but are you going to
15         ask a lot of questions about her membership and
16         whether she got them as gifts?  Because I hope
17         not.
18              MR. GOLDSTEIN:  Yeah, I have got a
19         couple more.
20              MR. GRALEWSKI:  So that's my speaking
21         objection.
22              MR. GOLDSTEIN:  Okay.
23         Q.    Does being a Costco member entitle you
24    to certain discounts that are not available to
25    non-members?
```

<div align="center">76</div>

LOUISE WOOD

BARKLEY
Court Reporters

```
 1                  Wood - October 15, 2012
 2        A.     I don't believe so.
 3        Q.     Can non-members shop at Costco?
 4        A.     I don't believe so.
 5               MR. GRALEWSKI:  I object to the form.
 6        Calls for speculation.
 7        Q.     Why do you continue to maintain a Costco
 8   membership?
 9        A.     I appreciate good value.
10        Q.     So is it fair to say you think the value
11   is worth the membership fee?
12        A.     Correct.
13        Q.     So is it fair to say you think you can
14   obtain some things more cheaply at Costco than at
15   other stores?
16        A.     I believe so.
17        Q.     And non-members don't have access to
18   those same values?
19               MR. GRALEWSKI:  Object to the form.
20        Lacks foundation, calls for speculation.
21        A.     Non-members can't purchase products at
22   Costco.
23        Q.     Do you think that if you were not a
24   Costco member, you would have paid more for your
25   television?
```

77

LOUISE WOOD

BARKLEY
Court Reporters

1                    Wood - October 15, 2012

2                    MR. GRALEWSKI:  Object to form, lacks

3          foundation, calls for speculation.

4          A.     I don't know.

5          Q.     If the TV were $10 more, would you still

6   have bought it?

7                    MR. GRALEWSKI:  Object to the form.

8          Lacks foundation, incomplete hypothetical.

9          A.     Probably.

10         Q.     If the TV were $20 more, would you still

11  have bought it?

12                   MR. GRALEWSKI:  Same objections.

13         A.     Probably.

14         Q.     How much more would you have been

15  willing to pay for the television?

16         A.     To purchase at Costco?

17         Q.     Yes.  For the Toshiba television you

18  purchased.

19                   MR. GRALEWSKI:  Object to form,

20         incomplete hypothetical, lacks foundation, calls

21         for speculation.

22         A.     I don't know.

23         Q.     Do you know how much of the $299.99

24  purchase price for the Toshiba television was for the

25  CRT contained inside the product?

78

LOUISE WOOD

BARKLEY
Court Reporters

```
 1                    Wood - October 15, 2012
 2        A.     I do not.
 3        Q.     Would you know how to find out?
 4        A.     I rely on my lawyer for that.
 5        Q.     Generally, do you know how much a CRT
 6   cost relative to the total TV?
 7        A.     50 percent.
 8        Q.     Why do you think 50 percent?
 9        A.     I rely on my lawyer for that.
10        Q.     Do you have any basis for thinking the
11   CRT is 50 percent of the cost of the TV other than
12   what your lawyer told you?
13             MR. GRALEWSKI:  Objection to the form to
14        the extent it misstates her testimony, lacks
15        foundation.  You can answer.
16        A.     No, I do not.
17        Q.     I think you said before that the TV was
18   not on sale, correct?
19        A.     Correct.
20             MR. GRALEWSKI:  Object to the form.
21        Asked and answered.
22        Q.     Was it discounted in any way?
23        A.     I don't know.
24        Q.     Did you request a discount for any
25   reason?
```

79

LOUISE WOOD

BARKLEY
Court Reporters

1                    Wood - October 15, 2012

2          A.      I did not.

3          Q.      Did you use any coupons?

4          A.      No.

5          Q.      Was there any rebate for purchasing it?

6          A.      No.

7          Q.      Did you ask if there were any sales or

8     rebates?

9          A.      No.

10         Q.      Did you monitor the price of the Toshiba

11    TV after you purchased it?

12         A.      No.

13         Q.      I know you said the TV was new.

14                 Was it a floor model or did it come --

15         A.      No.  It came in a box.

16         Q.      Did you consider purchasing a floor

17    model?

18         A.      No.

19         Q.      Why not?

20         A.      Why not?

21                 MR. GRALEWSKI:  Object to the form.

22         Lacks foundation.

23         A.      I wanted a new television.

24         Q.      Did any accessories come with the TV?

25         A.      Just a remote.

                           80

LOUISE WOOD

BARKLEY
Court Reporters

1                    Wood - October 15, 2012

2        Q.        Did you get any cables that would

3    connect it to anything?

4        A.        No.

5        Q.        Was -- do you know if customer technical

6    support was available to help you with installing the

7    TV?

8        A.        I do not believe there was any technical

9    support available.

10       Q.        Did you pay for any installation

11   services, any customer support?

12       A.        No, I did not.

13       Q.        Did you -- was the TV purchased as part

14   of a package with anything else?

15       A.        No, it was not.

16       Q.        During the time you owned the Toshiba

17   TV, what did you use it for?

18       A.        Personal use.

19       Q.        Was it always in your home?

20       A.        Yes.

21       Q.        Do you have a home office?

22       A.        No.

23       Q.        Did anyone else reimburse you for any

24   part of the purchase price of the TV?

25       A.        No.

                          81

BARKLEY
Court Reporters

1                    Wood - October 15, 2012

2        Q.    Did anyone else use the TV other than

3    you?

4        A.    No.

5        Q.    In your opinion, was the -- is the TV a

6    good product?

7              MR. GRALEWSKI:  Object to the form.

8        Vague and ambiguous.

9        A.    It performed as I expected.

10       Q.    Were you happy with your purchase?

11       A.    It performed as I expected.

12       Q.    Have you had any complaints about it?

13       A.    No.

14       Q.    At the time you purchased the Toshiba

15   TV, did you feel you paid a competitive price?

16             MR. GRALEWSKI:  Can I have that question

17       read back, please.

18             (The record was read.)

19       A.    With the information available to me, I

20   believe so.

21       Q.    Why did you think it was a competitive

22   price?

23       A.    Since I purchased it from Costco, I

24   believe that their prices are competitive.

25       Q.    What about now, do you think you -- do

82

LOUISE WOOD

BARKLEY
Court Reporters

1              Wood - October 15, 2012
2   you still think you paid a competitive price for the
3   Toshiba TV?
4        A.    No, I do not.
5        Q.    Why not?
6        A.    I believe that there was price fixing
7   for CRTs.
8        Q.    And do you believe that raised the price
9   of your Toshiba television?
10       A.    Yes, I do.
11       Q.    How much do you think it raised it?
12       A.    I do not know.
13       Q.    Do you know how you would figure out how
14   much it was raised?
15       A.    I would rely on the attorneys and the
16   economists to figure that out.
17       Q.    So now do you think that Costco did not
18   offer a competitive price for the TV?
19             MR. GRALEWSKI:  Object to the form.
20       Asked and answered.
21       A.    I believe that as an indirect purchaser,
22   I paid a higher price.
23       Q.    So while you had the Toshiba TV, did you
24   open it at any point, open the back of the TV?
25       A.    I did not.

                          83

LOUISE WOOD

BARKLEY
Court Reporters

1                    Wood - October 15, 2012

2        Q.      Did anyone else ever open the TV for

3    repair or anything?

4        A.      They did not.

5        Q.      Do you know if CRTs come in different

6    sizes?

7        A.      I do not.

8        Q.      Do you know what size the CRT was inside

9    your TV?

10       A.      I do not.

11       Q.      When you got the TV, did it come with an

12   owner's manual?

13       A.      I believe it did.

14       Q.      Do you still have the owner's manual?

15       A.      I do not.

16       Q.      Do you know who manufactured your TV?

17       A.      Toshiba manufactured the television.

18       Q.      Do you know if Toshiba actually made the

19   TV or someone else made the TV and Toshiba stuck its

20   label on it?

21       A.      I do not.

22       Q.      Do you know where the manufacturer

23   purchased the CRT that went inside the TV?

24       A.      I do not.

25       Q.      And you don't know who manufactured the

84

BARKLEY
Court Reporters

```
 1                  Wood - October 15, 2012
 2   CRT that was inside the TV?
 3            MR. GRALEWSKI:  Objection.  Asked and
 4       answered.
 5       A.    I do not.
 6       Q.    Are you aware that there are other CRT
 7   manufacturers besides the defendants in this case?
 8       A.    I am.
 9            MR. GRALEWSKI:  Hold on a second.  I'm
10       going to object to the form as asked and
11       answered.  You asked identical questions before
12       the break and I would really encourage you not
13       to ask identical questions of this witness who
14       is making herself available today.  So objection
15       to the form.  Asked and answered.
16       A.    I am.
17       Q.    So companies that sell CRT products like
18   Costco, in your opinion, do they generally compete
19   for business?
20       A.    Yes.
21       Q.    Who do you perceive as Costco's main
22   competitors?
23            MR. GRALEWSKI:  Object to the form.
24       Vague and ambiguous, calls for a narrative.
25       A.    Sam's Club.
```

85

LOUISE WOOD

BARKLEY
Court Reporters

1                    Wood - October 15, 2012

2         Q.     Is Best Buy a competitor?  You mentioned

3    them before.

4         A.     Sam's, Best Buy, fine.

5              MR. GRALEWSKI:  The question also seeks

6         expert testimony, lacks foundation, as to this

7         witness.

8         Q.     To your knowledge, did Costco advertise

9    TV prices in 2004?

10        A.     They advertise products through flyers,

11   but I cannot tell you if I received a flyer with

12   information in it.

13        Q.     Have you ever seen flyers from other

14   companies advertising TV pricing?

15        A.     Yes.

16        Q.     What companies have you seen advertising

17   TV prices?

18        A.     In 2004?

19        Q.     At any time in the relevant period.

20        A.     Best Buy, J&R Music World.

21        Q.     Do companies that manufacture

22   televisions containing CRTs, in your opinion, do they

23   compete for business?

24              MR. GRALEWSKI:  Object to the form.

25        Lacks foundation, calls for speculation.

86

LOUISE WOOD

BARKLEY
Court Reporters

```
1                    Wood - October 15, 2012
2         A.      Could you repeat the question, please.
3         Q.      In your opinion, do companies that
4    manufacture TVs containing CRTs, do they compete for
5    business?
6                 MR. GRALEWSKI:  Same objections.
7         A.      They compete, yes.
8         Q.      And companies that manufactured CRTs, in
9    your opinion, do they compete for business?
10                MR. GRALEWSKI:  Object to the form.
11        Vague and ambiguous.
12        A.      No.
13        Q.      You said earlier that you now believe
14   you were overcharged for your television, correct?
15        A.      Yes.
16        Q.      How do you know that you paid the
17   alleged overcharge and not Costco?
18                MR. GRALEWSKI:  I object to the form.
19        Calls for legal and expert testimony.
20        A.      I believe that as an indirect purchaser,
21   the price fixing that began at the beginning of the
22   chain was passed on through the retailer to myself.
23        Q.      Why do you believe it was passed on?
24                MR. GRALEWSKI:  Same objections.
25        A.      Because the price was fixed.
```

87

LOUISE WOOD

BARKLEY
Court Reporters

```
 1                   Wood - October 15, 2012
 2         Q.     The price of what was fixed?
 3         A.     The CRTs.
 4         Q.     And what is your understanding of the
 5    sales chain of the CRT before it came to you?
 6         A.     The manufacturer of the CRTs provided
 7    the CRTs to the manufacturers of the televisions who
 8    then manufactured the television sets and provided
 9    them to the retailers who then provided them to the
10    indirect purchaser of the cathode -- CRTs for their
11    use, for their personal use, or small business use.
12         Q.     You said earlier that you think TV
13    manufacturers compete for business.
14                How do you know that they didn't absorb
15    the overcharge?
16                MR. GRALEWSKI:  Object to the form.
17         Lacks foundation, calls for speculation, calls
18         for legal and expert testimony.
19         A.     I do not know that.
20         Q.     Same question for the retailers.
21                How do you know that the retailers had
22    possibly not absorbed the overcharge?
23                MR. GRALEWSKI:  Same objection.
24         A.     I do not know except as if you set the
25    price at the beginning, it gets passed onto everyone
```

LOUISE WOOD

BARKLEY
Court Reporters

1                   Wood - October 15, 2012
2    else.
3         Q.    When you say everyone else, do you mean
4    everyone in the sales chain?
5         A.    To the manufacturers of the television
6    sets to the retailers to the purchasers.
7         Q.    So you believe that all three of those
8    groups paid a higher price than they should have?
9         A.    I do.
10        Q.    Do you believe that all three of those
11   groups were harmed?
12        A.    This is not about that.
13              MR. GRALEWSKI:  I just want to object to
14        that question.  Calls for legal and expert
15        testimony.
16        A.    I rely on my lawyer for that.
17        Q.    What is the total amount you expect the
18   class to receive if it's successful in this lawsuit?
19        A.    Whatever is fair and equitable.
20        Q.    Do you think everyone in the class
21   should get the same amount if the class wins?
22        A.    I do not know.
23        Q.    Would you agree that a manufacturer is
24   entitled to make a profit on their products that it
25   produces?

                            89

BARKLEY
Court Reporters

```
 1                   Wood - October 15, 2012
 2               MR. GRALEWSKI:  Object to the form.
 3        Incomplete hypothetical, vague and ambiguous.
 4        A.     That is --
 5               MR. GRALEWSKI:  Calls for legal
 6        testimony.
 7        A.     That is their prerogative.
 8        Q.     Is there an element as to how much
 9   profit is reasonable?
10               MR. GRALEWSKI:  Object to the form.
11        Vague and ambiguous, lacks foundation, calls for
12        legal testimony, incomplete hypothetical.
13        A.     I do not know.
14        Q.     If the price for a CRT fell, would you
15   expect a manufacturer to increase or decrease
16   production?
17               MR. GRALEWSKI:  Object to the form.
18        Lacks foundation, incomplete hypothetical, calls
19        for legal and expert testimony.
20        A.     I do not know.
21        Q.     When did you first come to think that
22   you were overcharged for your Toshiba TV?
23        A.     In 2012.
24        Q.     What led you to think you were
25   overcharged?
```

BARKLEY
Court Reporters

1                    Wood - October 15, 2012

2          A.      I rely on my lawyer for that.

3          Q.      So how did you first become aware that

4    you might have been overcharged?

5          A.      I received an e-mail.

6          Q.      From whom did you receive an e-mail?

7          A.      From my lawyer.

8          Q.      From Mr. Gralewski?

9          A.      From Silvy Kern.

10         Q.      And Ms. Kern is also your attorney in

11   this matter?

12         A.      Yes.

13         Q.      How did you first meet Ms. Kern?

14         A.      I met her in San Francisco when I was

15   there on business.

16         Q.      When was that, what year?

17         A.      2011.

18         Q.      Were you doing business with Ms. Kern?

19         A.      I was not.

20         Q.      Under what circumstances did you meet

21   her?

22         A.      Social.

23         Q.      Has Ms. Kern represented you in any

24   other matters, any transactions, anything?

25         A.      No.


                            91

BARKLEY
Court Reporters

1              Wood - October 15, 2012

2      Q.    So prior to -- at the time Ms. Kern

3   e-mailed you in 2012, was she your attorney?

4      A.    No, she was not.

5      Q.    She subsequently became your attorney?

6      A.    Yes.

7      Q.    Did you have -- so before hearing from

8   Mr. Kern, had you read any news articles or seen any

9   stories in the media that might have alerted you to

10  the CRT litigation?

11     A.    No.

12     Q.    Did anyone other than a lawyer tell you

13  that you may have been overcharged for a CRT?

14          MR. GRALEWSKI:  Object to form.

15     Misstates testimony, lacks foundation.

16     A.    Not that I'm aware of.

17     Q.    Other than Ms. Kern, has anyone else

18  told you that you might have been overcharged for a

19  CRT?

20     A.    I rely --

21  (DIR)

22          MR. GRALEWSKI:  Hold on a second.  I'm

23     going to instruct you not to answer that

24     question as phrased.  You're not allowed to tell

25     him anything that your lawyers told you.  Okay?

                      92

LOUISE WOOD

```
 1                    Wood - October 15, 2012
 2              If you can answer that question carving
 3        out anything that your lawyers told you, you can
 4        answer it.  But you're instructed not to divulge
 5        anything that you told your lawyers or your
 6        lawyer told you.
 7        A.    I rely on my lawyer for that.
 8        Q.    I can make it an easier question for
 9   you.
10        A.    Okay.
11        Q.    Which lawyers have told you that you
12   have been overcharged for CRTs?
13   (DIR)
14              MR. GRALEWSKI:  I object to the question
15        and instruct the witness not to answer that
16        question.
17              MR. GOLDSTEIN:  I can't ask her which
18        lawyers she spoke to?
19              MR. GRALEWSKI:  Counsel, my objection
20        stands, but I will answer your question this
21        once.  Divulging or answering that question
22        would necessarily divulge the nature of
23        communications, so I'm instructing her not to
24        answer that question as phrased.
25              MR. GOLDSTEIN:  The fact of
```

93

LOUISE WOOD

BARKLEY
Court Reporters

1          Wood - October 15, 2012

2     representation that a conversation occurred is

3     not privileged.

4          MR. GRALEWSKI:  If you would like to ask

5     another question, please feel free.  My

6     objection stands.

7          You know, just let me hear his question

8     back just to clarify in my own mind I'm

9     comfortable with the objection.  I'm happy to

10    withdraw it if the question is proper.

11          (The record was read.)

12          MR. GRALEWSKI:  My objection stands.

13    You're instructed not to answer that question on

14    the grounds of attorney-client privilege.

15    A.     I rely on my lawyers.

16          MR. GRALEWSKI:  If I instruct you not to

17    answer, you don't have to answer the question.

18    Q.     Subsequent to the e-mail from Ms. Kern,

19  did you meet with her?

20    A.     No, I did not.  I met her once socially

21  many months after that.

22    Q.     Did she -- prior to today, have you met

23  with Mr. Gralewski?

24    A.     Yes.

25    Q.     Approximately how many times?

94

LOUISE WOOD

BARKLEY
Court Reporters

1                    Wood - October 15, 2012

2          A.      How do you define meeting?

3          Q.      Well, have you spoken with him on the

4   phone?

5          A.      Yes.

6          Q.      Have you met him face-to-face?

7          A.      Yes.

8          Q.      Were all of those meetings related to

9   this case?

10          A.      Yes.

11          Q.      How many face-to-face meetings were

12   there?

13          A.      One.

14          Q.      How many phone calls did you have?

15          A.      One.

16          Q.      Did you have face-to-face meetings with

17   any lawyers other than Mr. Gralewski to discuss this

18   case?

19          A.      No.

20          Q.      Did you have phone calls with any

21   attorneys other than Mr. Gralewski to discuss this

22   case?

23          A.      Yes.

24          Q.      Approximately how many phone calls?

25          A.      Three.

95

BARKLEY
Court Reporters

```
 1                    Wood - October 15, 2012

 2        Q.      Were those with Ms. Kern?

 3        A.      Yes.

 4        Q.      Was there anybody else on the phone?

 5        A.      No.  Well, Mr. Gralewski.

 6        Q.      And when you met with Mr. Gralewski, was

 7   anyone else present?

 8        A.      No, other than Ms. Kern on the phone.

 9        Q.      When did you decide to become a

10   plaintiff in this lawsuit?

11        A.      In January 2012.

12        Q.      Did you sign a contract or retention

13   agreement with your attorney?

14        A.      I did.

15        Q.      Was that with Ms. Kern?

16        A.      I did.

17        Q.      Did you sign a contract or retention

18   agreement with Mr. Gralewski?

19        A.      I did not.

20        Q.      Why do you want to participate in this

21   lawsuit and come to this fun deposition?

22        A.      I believe that there was a conspiracy to

23   fix the prices of CRTs and to set the production

24   availability of CRTs, and I believe it was unfair and

25   against the law.
```

LOUISE WOOD

BARKLEY
Court Reporters

1                    Wood - October 15, 2012

2        Q.      Have you spoken about your claims in

3    this case with anyone other than your attorneys?

4        A.      I have not.

5        Q.      Other than your social meeting with

6    Ms. Kern, do you have any relationship with any

7    person employed by any of the plaintiffs' law firms

8    in this case?

9        A.      I do not.

10       Q.      Do you know the name of the law firm

11   that is acting as lead counsel in the indirect

12   purchaser case?

13       A.      Yes.

14       Q.      And what is that?

15       A.      Trump Alioto Trump Prescott.

16       Q.      Have you had any communication with

17   them?

18       A.      Not directly.

19              MR. GOLDSTEIN:  You want to take another

20        short break?

21              MR. GRALEWSKI:  Sure.

22              THE VIDEOGRAPHER:  Off the record at

23        12:56 p.m.  This is the end of disk 2 of the

24        deposition of Louise Wood.

25              (There was a luncheon recess taken.)

                          97

BARKLEY
Court Reporters

```
1              Wood - October 15, 2012

2      A F T E R N O O N   S E S S I O N

3            THE VIDEOGRAPHER:  Going back on the

4      record at 1:42 p.m.  This is the beginning of

5      disk 3 in the deposition of Louise Wood.

6  L O U I S E    W O O D,

7      Having been previously duly sworn was

8      examined and testified further as follows:

9  EXAMINATION BY

10 MR. GOLDSTEIN:

11     Q.    Going back to Exhibit 382 which is a

12 copy of your Costco receipt which is Bates numbered

13 CRT 000919.

14            MR. GOLDSTEIN:  I just want to note that

15     I appreciate having the original receipt.

16     During the break, I made another copy of it

17     which I think is a little bit better.  So I

18     would like to introduce that and ask the

19     reporter to mark that.  I believe we would be at

20     383.

21            (Exhibit 383, Copy of Receipt, marked

22     for identification, as of this date.)

23     Q.     Ms. Wood, can you just look at the copy

24 for a second of Exhibit 383 and tell me, is this a

25 copy of the same receipt as in -- as you produced by
```

98

LOUISE WOOD

BARKLEY
Court Reporters

1          Wood - October 15, 2012

2    Bates Nos. CRT 000919 that we discussed earlier as

3    Exhibit 382?

4          A.      Yes, it is.

5          Q.      It's a true and correct copy and no

6    modifications?

7          A.      It is a true and correct copy.

8          Q.      Everything we discussed about Exhibit

9    382 applies equally to Exhibit 383?

10         A.      Correct.

11         Q.      Okay.  Thanks.

12                 Actually, I have a question about 383

13   also.  I believe it says here toward the bottom

14   executive members receive approximately 2 percent

15   back annually and up to $500 on -- I'm sorry, I can't

16   read that.

17                 Are you able to read that?  I believe it

18   says or $7.43 on this purchase.

19                 Were you, in 2004, an executive member

20   of Costco?

21         A.      I was not the primary holder of the

22   executive membership.

23         Q.      Okay.  Do you know if you received 2

24   percent back on your purchase of the Toshiba

25   television?

99

LOUISE WOOD

BARKLEY
Court Reporters

```
 1                    Wood - October 15, 2012
 2       A.    I did not.
 3       Q.    Do you know if the primary holder --
 4             THE VIDEOGRAPHER:  Off the record, 1:45
 5       p.m.
 6             (Discussion off the record.)
 7             THE VIDEOGRAPHER:  Back on the record.
 8       1:46 p.m.
 9             MR. GRALEWSKI:  Sorry, counsel, for that
10       interruption.  It honesty went down the wrong
11       pipe.  I apologize.
12             MR. GOLDSTEIN:  Not a problem.  I'm glad
13       you're okay.
14             MR. GRALEWSKI:  I'm fine.  Thank you.
15       Please proceed.
16  BY MR. GOLDSTEIN:
17       Q.    Ms. Wood, you said you did not receive 2
18  percent back on the purchase of the Toshiba
19  television, but you were not the primary account
20  holder, correct?
21       A.    Correct.
22       Q.    Do you know if the primary account
23  holder received 2 percent back?
24             MR. GRALEWSKI:  Object to the form.
25       Calls for speculation, lacks foundation.
```

LOUISE WOOD

BARKLEY
Court Reporters

```
 1                  Wood - October 15, 2012
 2      A.      I do not know.
 3      Q.      Who is the primary account holder?
 4      A.      Roberta Portilla.
 5      Q.      And how do you know Ms. Portilla?
 6      A.      We're friends since the eighth grade.
 7      Q.      Are you related at all?
 8      A.      No.
 9      Q.      Do you think Ms. Portilla would be able
10   to tell us if she got 2 percent back on your
11   purchase?
12              MR. GRALEWSKI:  Object to the form.
13      Calls for speculation, lacks foundation.
14      A.      I do not know.
15      Q.      Is she -- does Ms. Portilla live in New
16   York?
17      A.      No.
18      Q.      Where does she live?
19      A.      New Jersey.
20      Q.      And she is alive and healthy?
21      A.      Yes.
22      Q.      Are you currently the primary holder of
23   the Costco membership?
24      A.      No.
25      Q.      Have you ever been?
```

LOUISE WOOD

BARKLEY
Court Reporters

1                    Wood - October 15, 2012

2         A.    I believe so.

3         Q.    When you were the primary holder, do you

4    know if you received 2 percent back or any refund on

5    your purchases?

6         A.    I don't remember ever receiving a

7    refund.

8         Q.    I'm going to show you another document

9    that was marked as Exhibit 36 in a prior deposition.

10        A.    Thank you.

11              MR. GRALEWSKI:  Thank you.

12        Q.    Ms. Wood, have you seen Exhibit 36

13   before?

14        A.    I have.

15        Q.    What is it?

16        A.    The indirect purchaser plaintiffs'

17   consolidated amended complaint.

18        Q.    If you go to pages -- well, paragraph 19

19   on page 5, it begins a section called plaintiffs.

20   And that section continues to paragraph 49 on page 9.

21              Is it correct that your name is not

22   included as one of the plaintiffs?

23        A.    Correct.

24        Q.    Do you know why you were not named as a

25   plaintiff?

                           102

BARKLEY
Court Reporters

```
 1                  Wood - October 15, 2012

 2        A.    Because --

 3  (DIR)

 4              MR. GRALEWSKI:  Hold on a second.

 5        You're not allowed to tell him anything that

 6        would divulge conversations with attorneys.

 7              To the extent you can answer the

 8        question without divulging communications with

 9        your lawyers, please go ahead.  Otherwise, I'll

10        instruct you not to answer.

11        A.    I was not aware of this until 2012.

12        Q.    We'll go through this quickly.

13              I'm going to show you another document

14  that was previously marked Exhibit 37 in another

15  deposition.

16              MR. GRALEWSKI:  So you can move that,

17        maybe keep it in a pile so you don't get

18        unnecessarily distracted.

19        Q.    Have you seen Exhibit 37 before?

20        A.    I believe I have.

21        Q.    When have you seen it before?

22        A.    I believe in August of 2012.

23        Q.    How did you come to see it?

24        A.    Electronically.

25        Q.    It was e-mailed to you?
```

LOUISE WOOD

BARKLEY
Court Reporters

1                    Wood - October 15, 2012

2        A.    Yes.

3        Q.    By whom?

4    (DIR)

5              MR. GRALEWSKI:  I instruct you not to

6        answer on the ground of the attorney-client

7        privilege.

8        Q.    I have to assume it was e-mailed to you

9    by your attorney.

10   (DIR)

11             MR. GRALEWSKI:  Well, that's not what

12       that instruction means.  Well, I'm instructing

13       the witness not to answer the question on the

14       grounds of the attorney-client privilege.

15       Q.    So what is this document, Ms. Wood?

16       A.    Indirect purchaser plaintiffs' second

17   consolidated amended complaint.

18       Q.    And now, if you go again to page 5,

19   paragraph 19 here, it begins the section called

20   plaintiffs.  And continues on through paragraph 51.

21             Is it correct that you're not named as a

22   plaintiff here?

23       A.    Yes.

24       Q.    Is that because you were not aware at

25   that time that you might have a claim in this case?

                           104

LOUISE WOOD

BARKLEY
Court Reporters

```
1                    Wood - October 15, 2012
2         A.    Yes.
3         Q.    Going next to a document that was
4    previously marked as Exhibit 11 in another
5    deposition, I think the reporter provided copies she
6    wanted us to use for that.
7              MR. GRALEWSKI:  If you need that, I have
8         my own copy.
9              MR. GOLDSTEIN:  I have a copy, but I
10        don't have one that was -- the actual marked
11        copy.
12             MR. GRALEWSKI:  You can use that.  I
13        have my own copy.  Thank you.
14        Q.    Ms. Wood, do you recognize Exhibit 11?
15        A.    I do.
16        Q.    What is it?
17        A.    Indirect purchaser plaintiffs' third
18   consolidated amended complaint.
19        Q.    And have you seen this before?
20        A.    I have.
21        Q.    When was that?
22             MR. GRALEWSKI:  Object to the form.
23        Vague and ambiguous.
24        Q.    When did you first see Exhibit 11?
25        A.    I believe in August 2012.
```

<div align="center">105</div>

BARKLEY
Court Reporters

```
 1                   Wood - October 15, 2012
 2        Q.     Was that at the same time as you saw the
 3   previous two documents, Exhibit 36 and 37?
 4        A.     Yes.
 5        Q.     And that was the first time you had seen
 6   any of those three documents?
 7        A.     I cannot say for sure.
 8        Q.     Do you think you might have seen them
 9   prior to August 2011?
10        A.     I might have.
11        Q.     Where do you think you might have seen
12   them?
13        A.     They were sent to me electronically.
14        Q.     I'll ask again, let your attorney
15   object, but by whom were they sent to you?
16   (DIR)
17             MR. GRALEWSKI:  I instruct you not to
18        answer on the grounds of attorney-client
19        privilege.
20        Q.     Okay.  And then can you look here at
21   page 5.  Again, paragraph 19.  The section entitled
22   plaintiff that continues onto paragraph 50.
23             Is it correct that you are not named as
24   a plaintiff in this third consolidated amended
25   complaint?
```

LOUISE WOOD

BARKLEY
Court Reporters

```
1                      Wood - October 15, 2012
2        A.      Correct.
3               MR. GOLDSTEIN:  I'm going to ask the
4        reporter to mark another Exhibit here with 384.
5               (Exhibit 384, Indirect Purchaser
6        Plaintiffs' Notice of Motion and Motion for
7        Leave to Amend the Complaint, marked for
8        identification, as of this date.)
9        Q.      Ms. Wood, do you recognize Exhibit 384?
10       A.      I do not believe I saw this document
11  previously.
12       Q.      So this document says Indirect Purchaser
13  Plaintiffs' Notice of Motion and Motion for Leave to
14  Amend the Complaint, and it's dated, filed June 11th,
15  2012.
16              If you flip through to what would be
17  page 10, the numbering restart, and there is a new
18  caption that says Declaration of Robert J. Gralewski
19  in Support of the Indirect Purchaser Plaintiffs'
20  Notice of Motion and Motion to Amend the Complaint.
21       A.      On page 10?
22              MR. GRALEWSKI:  Well, it comes after 9.
23       And then it's actually page No. 1.  It's the
24       10th page of the document, I believe.  May I
25       help her?
```

107

LOUISE WOOD

BARKLEY
Court Reporters

```
1                   Wood - October 15, 2012
2              MR. GOLDSTEIN:  Yeah.
3              MR. GRALEWSKI:  So that's page 9 and
4      this is the page he's referring to.
5      A.    Okay.
6      Q.    Take a second to look back.
7      A.    I do believe I have seen this document.
8      Q.    Okay.  Have you seen the -- do you now
9  think you have seen the entirety of Exhibit 384 or
10  just from Mr. Gralewski's declaration forward?
11     A.    I believe just his declaration forward.
12  I don't remember the beginning of it.
13     Q.    If we could then turn two more pages to
14  Exhibit A to the declaration.
15     A.    Okay.
16     Q.    Do you recognize this document that is
17  Exhibit A?
18     A.    I believe I saw the third consolidated
19  amended complaint, but not the fourth.
20     Q.    So you believe you have not seen this?
21     A.    I'm not sure.
22     Q.    Do you know whether your name appears in
23  the fourth consolidated amended complaint?
24     A.    I rely on counsel for that.
25     Q.    Are you relying on counsel to -- as to
```

LOUISE WOOD

BARKLEY
Court Reporters

1                    Wood - October 15, 2012

2  whether or not to include your name in the complaint?

3                    MR. GRALEWSKI:  Object to the form.

4         Vague and ambiguous.

5         A.    Yes.

6         Q.    Are you -- so you relied upon counsel to

7  determine whether to bring a claim in this case?

8                    MR. GRALEWSKI:  Object to the form.

9         Misstates testimony, vague and ambiguous.

10        A.    I rely on counsel for that.

11        Q.    Although you're not sure if you have

12  seen this fourth consolidated amended complaint, do

13  you know if you were involved in drafting it?

14        A.    I was not.

15        Q.    Can you please turn to page 8 of the

16  proposed fourth consolidated amended complaint,

17  paragraph 41.

18                   Paragraph 41 says "Plaintiff Louise Wood

19  is a New York resident.  During the relevant period,

20  Ms. Wood indirectly purchased CRT products from one

21  or more of the defendants or their co-conspirators

22  and had been injured by reason of the antitrust

23  violations alleged in this complaint."

24                   That's what it says, correct?

25        A.    Correct.

                          109

                    LOUISE WOOD

BARKLEY
Court Reporters

1                    Wood - October 15, 2012

2        Q.      And you understand that Louise Wood to

3   be you?

4        A.      Correct.

5        Q.      Do you believe that statement to be

6   true?

7        A.      Yes, I do.

8        Q.      Do you believe all of the statements

9   contained in the complaint to be true?

10       A.      I rely on counsel for that.

11       Q.      Do you have any independent knowledge of

12  any of the statements in the complaint?

13       A.      No.

14       Q.      Do you know the sources of information

15  contained in the complaint?

16       A.      I rely on counsel for that.

17       Q.      Did you ask your attorneys if you could

18  review any of the sources of information?

19  (DIR)

20              MR. GRALEWSKI:  Object, and instruct you

21          not to answer on the grounds of the

22          attorney-client privilege.

23       Q.      What did you do to confirm that the

24  facts alleged in the complaint were true before it

25  was filed?

                              110

                        LOUISE WOOD

1          Wood - October 15, 2012

2               MR. GRALEWSKI:  And you can answer that

3          question except that in answering it, you're not

4          allowed to divulge any communications you had

5          with your lawyers.  Just tell him about anything

6          else that you may or may not have done.

7          A.     I verified that Chunghwa had settled --

8          Q.     Did you do anything else?

9          A.     -- by reading it.  And that was it.

10         Q.     What did you read to verify that

11    Chunghwa had settled?

12         A.     I Googled it.

13         Q.     And when you Googled it, did you find --

14    what sorts of sources did you find?

15         A.     I believe it said that they settled for

16    $10 million against indirect purchasers of CRTs.

17         Q.     Did you find news articles, press

18    releases; what sort of document told you this?

19         A.     I believe there were several articles.

20         Q.     So I believe you said before that you

21    had not seen this document before.

22              MR. GRALEWSKI:  Object to the form.

23         Misstates testimony, vague and ambiguous,

24         compound.

25         Q.     I believe your prior testimony was that

                        111

LOUISE WOOD

BARKLEY
Court Reporters

```
1                    Wood - October 15, 2012
2    you had not seen the --
3         A.    I'm not sure if I saw the fourth.  I
4    know I saw the third.
5         Q.    Okay.
6         A.    They all look the same to me.
7         Q.    I note another document here which I'll
8    ask the reporter to mark as Exhibit 385.
9              (Exhibit 385, Indirect Purchaser
10        Plaintiffs' Notice of Motion and Motion for
11        Leave to Amend Complaint; Memorandum of Points
12        and Authorities in Support Thereof, marked for
13        identification, as of this date.)
14        Q.    Ms. Wood, have you ever seen this
15   document before?
16        A.    Yes, I believe I have.
17        Q.    What is this document?
18        A.    Indirect Purchaser Plaintiffs Notice of
19   Motion and Motion for Leave to Amend Complaint;
20   Memorandum of Points and Authorities in Support
21   Thereof.
22        Q.    And when was it filed?
23        A.    It was filed August 22nd, 2012.
24        Q.    Have you seen all of this document
25   including the memorandum of points and authorities
```

<div align="center">112</div>

LOUISE WOOD

BARKLEY
Court Reporters

```
 1                    Wood - October 15, 2012
 2   which is on the page 4, using the page numbers to the
 3   top of the document?
 4              MR. GRALEWSKI:  You know, I apologize.
 5         Can you say that again.  You had me confused,
 6         too.  Just one more time.  I was looking at
 7         something else.
 8         Q.    The question was, Ms. Wood, have you
 9   seen all of this document in addition to the motion
10   of the -- the notice of the motion at the beginning?
11              There are several attachments and
12   exhibits to this document.  Have you seen them all?
13              MR. GRALEWSKI:  Okay.  I'm going to
14         object as vague and ambiguous and compound.
15              MR. GOLDSTEIN:  I'll go back to the
16         original question, then.
17              MR. GRALEWSKI:  I thought you said
18         something about --
19              MR. GOLDSTEIN:  On page 4, using the
20         page numbers at the top of the document.  That's
21         what got you.
22              MR. GRALEWSKI:  Yes.  So thank you very
23         much.  Using the page numbers at the top
24         right-hand corner, correct?
25              There we go.
```

113

LOUISE WOOD

BARKLEY
Court Reporters

```
 1                    Wood - October 15, 2012
 2        Q.    So page 4 of 12, memorandum of
 3   authorities.
 4              MR. GRALEWSKI:  So it's hidden by a
 5        clip.  All right.  Here we go.  Cooking with
 6        gas, now.
 7        A.    Yes.
 8        Q.    Okay.  And moving farther into the
 9   document, after page 12, the numbering resumes again.
10   Page 1 of 109.
11              MR. GRALEWSKI:  Again, are you talking
12        about the top right?
13              MR. GOLDSTEIN:  At the top right corner.
14              MR. GRALEWSKI:  So he wants you to look
15        for page 1 of 109 up here.
16        A.    Page --
17              MR. GRALEWSKI:  Go to page 1 of 109.
18              THE WITNESS:  That's page 5 of 109.
19              MR. GRALEWSKI:  Keep going.
20              THE WITNESS:  Sorry.
21              MR. GRALEWSKI:  That's okay.
22        Q.    Have you seen this before, Ms. Wood?
23        A.    I don't know if I have seen Mr. Alioto's
24   document.
25        Q.    Going ahead to where you just where,
```

<div align="center">114</div>

BARKLEY
Court Reporters

```
 1                   Wood - October 15, 2012
 2   page 5 of 109 which is Exhibit A to Mr. Alioto's
 3   declaration, please take a second to look at Exhibit
 4   A and let me know if you have seen that document
 5   before.
 6        A.    I have seen this document, the fourth
 7   consolidated amended complaint, beginning on page 5.
 8        Q.    Is your understanding that this fourth
 9   consolidated amended complaint in Exhibit 385 is
10   different than the proposed fourth amended complaint
11   in Exhibit 384 that we discussed a moment ago?
12        A.    I don't know.
13        Q.    When did you first see the fourth
14   consolidated amended complaint in Exhibit 385?
15        A.    I believe in October.
16        Q.    In October of 2012?
17        A.    Yes.
18        Q.    So is that after this document was filed
19   with the clerk?
20        A.    Yes.
21        Q.    So prior to October 2012, you hadn't
22   seen either the -- you hadn't seen the fourth
23   consolidated amended complaint?
24             MR. GRALEWSKI:  Objection to the form.
25        Vague and ambiguous and asked and answered.
```

LOUISE WOOD

**BARKLEY**
Court Reporters

```
 1                    Wood - October 15, 2012
 2        A.    I rely on my lawyer for that.
 3        Q.    You do not have an independent memory of
 4   whether you saw the document?
 5        A.    I reviewed many documents.  I do not
 6   know the exact dates.
 7        Q.    But you do not believe you reviewed this
 8   document prior to October 2012?
 9        A.    I do not believe so.
10        Q.    Do you know whether your name appears in
11   the draft complaint in Exhibit 385?
12        A.    I do not know, but I do not believe so.
13        Q.    Did you have any involvement in drafting
14   the fourth consolidated amended complaint?
15        A.    No, I did not.
16        Q.    Do you intend to -- sorry.  Strike that.
17              Please turn to paragraph 40 of the
18   fourth consolidated amended complaint.
19        A.    Page 40 of 109?
20        Q.    I'm sorry, paragraph 40.
21              MR. GRALEWSKI:  So it's at page 15 of
22        109.  And paragraph 40, right?
23        A.    Okay.  Yes, there I am.
24        Q.    Okay.  Can you tell me what paragraph 40
25   says.
```

116

LOUISE WOOD

1                    Wood - October 15, 2012

2          A.      "Plaintiff Louise Wood is a New York

3     resident.  During the relevant period, Ms. Wood

4     indirectly purchased CRT products by one or more of

5     the defendants or their conspirators and has been

6     injured by the alleged antitrust violation in this

7     complaint."

8          Q.      Your understanding is that Louise Wood

9     is you?

10          A.      Yes.

11          Q.      And is it your intent to file this

12     fourth amended --  fourth consolidated amended

13     complaint if given leave by the court to do so?

14          A.      Yes.

15          Q.      Do you believe the statements contained

16     in the complaint are true?

17          A.      I rely on my lawyer for that.

18          Q.      Are there any statements in the

19     complaint for which you have independent knowledge

20     beyond relying on your lawyer?

21          A.      Other than what I previously mentioned,

22     no.

23          Q.      By what you previously mentioned, are

24     you referring to reviewing the Google search about

25     Chunghwa --

                          117

BARKLEY
Court Reporters

```
 1                    Wood - October 15, 2012
 2        A.      Correct.
 3        Q.      Nothing other than that?
 4        A.      No.
 5        Q.      So what is your knowledge of the
 6   allegations in this complaint?
 7                MR. GRALEWSKI:  I object to the form.
 8        Vague and ambiguous, asked and answered.
 9        A.      I rely on my lawyer for that.
10        Q.      Are you saying that you have no
11   knowledge beyond what your lawyer has told you?
12                MR. GRALEWSKI:  Object to the form.
13        Misstates testimony, mischaracterizes --
14        misstates testimony, vague and ambiguous.
15        A.      As I earlier stated, my knowledge is
16   related to the Chunghwa settlement.
17        Q.      Without divulging anything, any
18   privileged communications with your lawyer, what is
19   your understanding of the legal claims being made in
20   the complaint?
21                MR. GRALEWSKI:  Object to the form.
22        Asked and answered.
23        A.      That there was conspiracy to set the
24   price of CRTs by the manufacturers of the CRTs and to
25   limit the production of CRTs.
```

<center>118</center>

LOUISE WOOD

BARKLEY
Court Reporters

1                     Wood - October 15, 2012

2        Q.      Do you know where the lawsuit is now

3    pending?

4                MR. GRALEWSKI:  I didn't catch that,

5        counsel.

6                MR. GOLDSTEIN:  Do you know where the

7        lawsuit is now pending?

8                MR. GRALEWSKI:  Thank you.

9        A.      It's pending in San Francisco.

10       Q.      Is it State or Federal Court?

11       A.      It's Federal, I believe.

12       Q.      What are you hoping to get out of this

13   lawsuit?

14       A.      Fair and equitable payment for the

15   overcharge that I paid.

16       Q.      Was this complaint only filed or -- is

17   it intended to be filed only on behalf of individual

18   plaintiffs listed here or on behalf of a class?

19               MR. GRALEWSKI:  Object to the form.

20       Vague, ambiguous, confusing, misleading,

21       compound.  Sorry.  You can answer.

22       A.      I believe the class action status is

23   still pending.

24       Q.      Do you know how the proposed class is

25   defined?

                            119

LOUISE WOOD

BARKLEY
Court Reporters

1                    Wood - October 15, 2012

2        A.      I rely on my lawyer for that.

3        Q.      And is it your intention to sue each of

4    the defendants listed in this complaint?

5        A.      I rely on my lawyer for that.

6        Q.      Is it your intent to sue anyone with

7    this complaint?

8        A.      Yes.

9        Q.      And whom do you intend to sue?

10       A.      I rely on my lawyer for that.

11       Q.      Did you have any input in deciding which

12   defendants to include in this complaint?

13       A.      I did not.

14       Q.      Is it your contention that each of the

15   defendants listed in this complaint was involved in a

16   conspiracy?

17       A.      I rely on my lawyer for that.

18       Q.      Do you believe that other companies

19   besides those listed in the complaint were involved

20   in the conspiracy?

21       A.      I rely on my lawyer for that.

22       Q.      Let's -- can you take a look at

23   paragraphs 19 through 48 which is the section --

24   Section 4, plaintiffs.

25               Paying attention to the names of the

                             120

LOUISE WOOD

BARKLEY
Court Reporters

```
 1                    Wood - October 15, 2012
 2   other plaintiffs listed here, do you know any of
 3   them?
 4         A.    I do not.
 5         Q.    Have you ever had any discussions with
 6   any of them?
 7         A.    No.
 8         Q.    We discussed this a little bit earlier,
 9   but do you know what the time period covered by this
10   complaint is for which you are alleging harm?
11         A.    March 1, 1995 until November 25, 2007.
12         Q.    Did you play any role in deciding that
13   class period?
14         A.    I did the not.
15         Q.    Without divulging anything, any
16   privileged communication, do you know why this class
17   period was chosen?
18         A.    I do not.
19         Q.    So turning to paragraph 1 of the
20   complaint, it says "Defendants conspired to fix --
21              MR. GRALEWSKI:  Counsel, just a sec.
22         Because we're both confused about where to turn.
23              MR. GOLDSTEIN:  Page 8 of 109.
24              MR. GRALEWSKI:  You know, there's two
25         complaints attached to this document.  So you
```

121

LOUISE WOOD

BARKLEY
Court Reporters

```
 1                   Wood - October 15, 2012
 2       want her to turn to the first one, to page 8 of
 3       109, correct?  Wherever you want us to turn is
 4       fine.  I just want to make sure we're both --
 5       all three of us are on the same page, literally,
 6       and I'm confused.  So I can only imagine, you
 7       know, with all the paper in front of the
 8       witness -- I just want to make sure that she is
 9       looking at what you want her to look at.
10            MR. GOLDSTEIN:  That's a fair point.
11       Actually, let's jump to the other, fourth.
12            MR. GRALEWSKI:  So that's 8 of 108?
13            MR. GOLDSTEIN:  Yes.
14            MR. GRALEWSKI:  So the back half of this
15       document is what he is referring to.
16            THE WITNESS:  Oh, okay.
17            MR. GRALEWSKI:  Now.  I mean, I don't
18       know what he -- now we're going to look at page
19       what?
20            THE WITNESS:  Page 8.
21            MR. GRALEWSKI:  Page 8 of 108.  Okay.
22            MR. GOLDSTEIN:  Actually, let's go to
23       page 1 of 108 first.
24            MR. GRALEWSKI:  So page 1 of 108.  It
25       says proposed reporting recommendation.
```

LOUISE WOOD

BARKLEY
Court Reporters

1               Wood - October 15, 2012

2               MR. GOLDSTEIN:  Yes.

3               MR. GRALEWSKI:  Okay.  Do you have that?

4               THE WITNESS:  Yes.

5        Q.     Proposed report and recommendation of

6   indirect purchaser plaintiffs' motion for leave to

7   amend the complaint.

8               Ms. Wood, have you seen this proposed

9   report and recommendation before which is also part

10  of Exhibit 385 that we've been discussing?

11       A.     I'm not sure.

12       Q.     Turning two pages to Exhibit A to the

13  proposed report and recommendation which is page 4 of

14  108, Exhibit page numbers in the top right.

15              MR. GRALEWSKI:  He wants you to turn to

16       page 4 of 108.

17              THE WITNESS:  Okay.

18              MR. GRALEWSKI:  That's where you should

19       be.

20              THE WITNESS:  Okay.

21              MR. GRALEWSKI:  Do you mind if I --

22              MR. GOLDSTEIN:  Yeah, please.

23              MR. GRALEWSKI:  So that's where he wants

24       you to turn.

25              THE WITNESS:  Okay.

LOUISE WOOD

BARKLEY
Court Reporters

1                    Wood - October 15, 2012

2         Q.    Can you look at Exhibit A for a second.

3    Please feel free to flip through.

4         A.    Okay.

5         Q.    Is your understanding that -- sorry.

6    Strike that.

7               What is Exhibit A to the proposed report

8    and recommendation?

9         A.    I'm sorry?

10        Q.    What is Exhibit A?

11        A.    The indirect purchaser plaintiffs'

12   fourth consolidated amended complaint.

13        Q.    And is your understanding that this is

14   the same as the indirect purchaser plaintiffs' fourth

15   consolidated amended complaint that appears earlier

16   in Exhibit 385?

17        A.    I'm sorry.  I'm not following you.

18        Q.    This document is a little complicated.

19              So there are two copies of the indirect

20   purchaser plaintiffs' fourth consolidated amended

21   complaint --

22        A.    Okay.

23        Q.    -- in this document.  Previously, we

24   were discussing one that was attached to a

25   declaration of Mario Alioto.  Now we're discussing

                            124

BARKLEY
Court Reporters

```
 1                    Wood - October 15, 2012
 2   one that is attached to a proposed report and
 3   recommendation.
 4                Is your understanding that these two
 5   drafts of the fourth consolidated amended complaint
 6   are substantively identical?
 7                MR. GRALEWSKI:  Object to the form of
 8        the question.  Vague, ambiguous, compound,
 9        confusing.
10        A.    I rely on my lawyer for that.
11        Q.    We'll go through this again.
12                Have you seen the fourth consolidated
13   amended complaint that is attached to the proposed
14   report and recommendation before?
15        A.    Yes.
16        Q.    Is it your intent to file this complaint
17   if given leave by the court to do so?
18        A.    Yes.
19        Q.    When did you first see this fourth
20   consolidated amended complaint?
21        A.    In October.
22        Q.    And that's after this complaint was
23   filed with the court?
24        A.    Yes.
25                MR. GRALEWSKI:  Object to the form.
```

LOUISE WOOD

BARKLEY
Court Reporters

1                      Wood - October 15, 2012

2          Lacks foundation.

3          Q.      Do you know when this fourth

4    consolidated amended complaint was filed with the

5    court?

6                  MR. GRALEWSKI:   Object to the form.

7          Lacks foundation, vacuous, misleading and

8          confusing.

9          A.      August 22nd, 2012.

10         Q.      Do you know if your name appears in this

11   fourth proposed consolidated amended complaint?

12         A.      It does.

13         Q.      Okay.  Let's turn to paragraph 1 of the

14   proposed fourth amended consolidated complaint.

15                 MR. GRALEWSKI:   And that's -- at the top

16         it says page 8 of 101, correct?

17                 MR. GOLDSTEIN:   8 of 108.

18                 MR. GRALEWSKI:   I'm sorry.  8 of 108.

19         Thank you.

20         Q.      Okay.  Here in paragraph 1, it states

21   "Defendants conspired to fix, raise, maintain, and/or

22   stabilize prices of CRTs sold in the United States."

23                 Do you have any personal knowledge

24   supporting that allegation?

25         A.      I rely on my lawyers for that.

126

LOUISE WOOD

BARKLEY
Court Reporters

Wood - October 15, 2012

1

2          Q.      Does that mean that you do not have

3     personal knowledge other than what your lawyers have

4     told you?

5          A.      I have the knowledge that Chunghwa

6     pleaded guilty.  Well, actually, Chunghwa was settled

7     and Samsung pleaded guilty.

8          Q.      Did you do any independent research to

9     verify that Samsung SDI had pleaded guilty?

10         A.      I did not.

11         Q.      When did you Google Chunghwa's

12    settlement?

13    (MKD)

14              MR. GRALEWSKI:  I object to the form.

15         Asked and answered.  I would like the section in

16         the transcript marked, please.  You can answer

17         the question.

18         A.      October 2012.

19         Q.      So other than Gooogling Chunghwa's

20    settlement, you have done no independent research to

21    verify the allegations in the complaint?

22         A.      I have not.

23         Q.      Let's turn to paragraph 223 of this

24    fourth consolidated amended complaint which is

25    proposed --

127

BARKLEY
Court Reporters

```
1                    Wood - October 15, 2012
2               MR. GRALEWSKI:  That's at page --
3               THE WITNESS:  58.
4               MR. GRALEWSKI:  And at the top, it's 58
5        of 108, yeah.
6               THE WITNESS:  Yeah.
7        Q.     Paragraph 223 says in its entirety
8   "Defendants' conspiracy to fix, raise, maintain and
9   stabilize the price of CRT products at artificial
10  levels resulted in harm to plaintiffs and the
11  indirect purchaser consumer classes alleged herein
12  because it resulted in their paying higher prices for
13  CRT products than they would have paid in the absence
14  of defendants' conspiracy.  The entire overcharge at
15  issue was passed onto plaintiffs and members of the
16  indirect purchaser classes.  As the DOJ acknowledged
17  in announcing the indictment of defendant Chunghwa's
18  former chairman and CEO, this conspiracy harmed
19  countless Americans who purchased computers and
20  televisions using cathode ray tubes sold at fixed
21  prices."
22               Ms. Wood, when it states the entire
23  overage is passed onto plaintiffs and members of
24  indirect purchaser classes, what is the overcharge
25  issue?
```

128

LOUISE WOOD

BARKLEY
Court Reporters

```
 1                   Wood - October 15, 2012
 2              MR. GRALEWSKI:  Object to the form.
 3        Calls for legal and expert testimony.  You can
 4        answer.
 5        A.    I do not know the amount.
 6        Q.    Do you know if the overcharge is on CRTs
 7   or on products containing CRTs?
 8        A.    On the overcharge of CRTs.
 9        Q.    Do you think Costco, from what you
10   purchased here, Toshiba TV, may have made less profit
11   because of the alleged conspiracy between
12   manufacturers of CRTs?
13              MR. GRALEWSKI:  Object to the form.
14        Calls for legal and expert testimony, calls for
15        speculation.
16        A.    I would just be conjecturing.
17        Q.    Have you attempted to recover the
18   overcharge from any party other than the defendants?
19        A.    I have not.
20        Q.    And what amount do you believe you were
21   damaged by the alleged conspiracy?
22              MR. GRALEWSKI:  Object to the form.
23        Asked and answered.
24        A.    I do not know.
25        Q.    Have you ever read any articles in the
```

LOUISE WOOD

BARKLEY
Court Reporters

```
 1                  Wood - October 15, 2012
 2   media or elsewhere about products containing CRTs at
 3   any time during the relevant period?
 4         A.    I do not remember.
 5         Q.    Do you read any business journals or
 6   newspapers?
 7         A.    I do.
 8         Q.    Which ones?
 9         A.    The New York Times and The Wall Street
10   Journal.
11         Q.    Did you have subscriptions to those or
12   read them regularly all the way from 1995 through
13   2007?
14         A.    I had subscriptions from time to time to
15   either publication.
16         Q.    Are there years where you did not read
17   The New York Times?
18         A.    No.
19         Q.    Are there years where you did not
20   regularly read the Wall Street Journal?
21         A.    Yes.
22         Q.    Which years are those?
23         A.    I do not remember.
24         Q.    Is it correct that you don't recall
25   reading anything about CRTs or CRT product prices
```

<center>130</center>

1                    Wood - October 15, 2012

2    during that time?

3                    MR. GRALEWSKI:  Object to the form.

4         Asked and answered.

5         A.     I do not remember reading articles on

6    CRTs.

7         Q.     Please turn to paragraph 292 of the

8    proposed fourth amended complaint.  292 says

9    "Plaintiffs and the members of the classes did not

10   discover and could not discover through the exercise

11   of reasonable diligence that defendants were

12   violating the law as alleged here until shortly

13   before this litigation was commenced."

14                 What prevented you from discovering the

15   existence of the alleged conspiracy until shortly

16   before this litigation commenced?

17        A.     It was not something I was following.

18        Q.     Do you think if you were following it,

19   you would have discovered the same facts?

20                 MR. GRALEWSKI:  Object to the form.

21        Calls for legal testimony.

22        A.     I do not know.

23        Q.     Did you take any steps to discover the

24   alleged conspiracy prior to when this litigation was

25   commenced?

                          131

LOUISE WOOD

BARKLEY
Court Reporters

1                   Wood - October 15, 2012

2       A.    No.

3       Q.    What's your understanding of the phrase

4    reasonable diligence in paragraph 292?

5            MR. GRALEWSKI:  Object to the form.

6       Calls for a legal conclusion.

7       A.    Reasonable diligence would only have

8    meant read articles.  That would have been the only

9    diligence.

10      Q.    So if there were articles available

11   giving evidence of the alleged conspiracy, you could

12   have -- one could reasonably have discovered them?

13           MR. GRALEWSKI:  Object to the form.

14      Lacks foundation, calls for a legal conclusion,

15      argumentative, compound.

16      A.    If I was following it and if there was

17   documentation, then there could have been diligence.

18      Q.    Can you turn to paragraph 196 of the

19   complaint, the proposed fourth amended complaint.

20      A.    196?

21      Q.    Yes.

22      A.    Okay.

23           MR. GRALEWSKI:  Just so we're on the top

24      number, what is the top number?

25           THE WITNESS:  54.

                        132

LOUISE WOOD

BARKLEY
Court Reporters

```
1                  Wood - October 15, 2012

2              MR. GOLDSTEIN:  Yeah, correct.  54 on

3        the top and then on the bottom, it's page 47 on

4        the proposed complaint itself.

5        Q.    Ms. Wood, can you read 196.

6        A.    "After experiencing over supply of

7   17-inch CRTs in the second half of 1999, the average

8   selling price of CRTs rose again in early 2000.  A

9   March 13th, 2000 article in Info Tech Weekly quoted

10  an industry analyst as saying that this price

11  increase was unlike most other PC-related products."

12       Q.    Have you ever read an issue of Info Tech

13  Weekly?

14       A.    Never.

15       Q.    Was this article publically-available in

16  March 2000?

17       A.    Yes.

18       Q.    And you said you haven't read the

19  publication.

20              You didn't read this particular article,

21  either?

22       A.    I did not.

23       Q.    Does the price increase in CRTs that

24  this article is discussing suggest that there may

25  have been a price fixing conspiracy?
```

                                133

BARKLEY
Court Reporters

```
 1                   Wood - October 15, 2012
 2                   MR. GRALEWSKI:  Object to the form.
 3          Calls for a legal conclusion.
 4          A.       It is unclear.
 5          Q.       Let's move to paragraph 202 on the next
 6   page.
 7                   Can you read paragraph 202, please.
 8          A.       "During the class period, there were not
 9   only periods of unnatural and sustained price
10   stability, but there were also increases in prices of
11   CRT products.  These price increases were despite the
12   declining demand due to the approaching obsolescence
13   of CRT products caused by the emergence of a new
14   potentially superior and clearly more popular
15   suitable technology."
16                   Putting aside what your lawyers have
17   told you, do you have any personal understanding of
18   what unnatural and sustained price stability means?
19                   MR. GRALEWSKI:  Object to the form.
20          Calls for a legal conclusion.
21          A.       I'm relying on counsel for that.
22          Q.       Does it refer to the prices that
23   manufacturers charge their customers, that CRT
24   manufacturers charge their customers?
25                   MR. GRALEWSKI:  Object to the form.
```

<div align="center">134</div>

LOUISE WOOD

BARKLEY
Court Reporters

```
 1                    Wood - October 15, 2012
 2         Calls for a legal conclusion.
 3         A.    I believe it refers to the prices of the
 4    CRTs.
 5         Q.    Do you know if this information was
 6    publicly available at any time between 1995 and 2007?
 7                    MR. GRALEWSKI:  Object to the form.
 8    Vague and ambiguous.
 9         A.    I do not know.
10         Q.    Do you have any reason to believe that
11    information about CRT pricing was not available
12    between 1995 and 2007?
13                    MR. GRALEWSKI:  Object to the form.
14    Vague and ambiguous.
15         A.    I rely on counsel for that.
16         Q.    Prices of CRT TVS are public, correct?
17         A.    Correct.
18                    MR. GRALEWSKI:  Object to the form.
19    Vague and ambiguous.
20         Q.    Retail prices of CRT TVs are public,
21    correct?
22         A.    Are public, was that the question?
23         Q.    Yes.
24         A.    Yes.
25         Q.    So if there were a period of sustained
```

<center>135</center>

BARKLEY
Court Reporters

```
 1                    Wood - October 15, 2012
 2   price stability with regard to CRT TVS, that would
 3   have been public, correct?
 4                  MR. GRALEWSKI:  Object to the form.
 5          Lacks foundation, calls for speculation, calls
 6          for legal testimony, conclusion.
 7          A.    Could you please repeat the question.
 8          Q.    If there was a period of sustained price
 9   stability with regard to televisions, would that be
10   public?
11          A.    I do not know.
12          Q.    Next paragraph, paragraph 2 of 3, can
13   you read that, Ms. Wood.
14          A.    "These price increases and price
15   stability in the market for CRT products during the
16   class period are inconsistent with the competitive
17   market for a product facing rapid decreasing demand
18   caused by a new substitutable technology."
19          Q.    Why do you think there were price
20   increases during the class period?
21          A.    Because there was price fixing.
22          Q.    You say in the complaint that price
23   increases and price stability are inconsistent with
24   the competitive market for a product facing rapidly
25   decreasing demand.
```

LOUISE WOOD

BARKLEY
Court Reporters

```
1                      Wood - October 15, 2012
2                      What would be consistent with a
3    competitive market for a product facing rapidly
4    decreasing demand?
5                      MR. GRALEWSKI:  Object to the form.
6         Calls for legal and expert testimony.
7         A.    I would expect the price to decrease.
8         Q.    So you're saying that if the price of
9    TVS decreased over the class period, that would be
10   evidence of a competitive market?
11                     MR. GRALEWSKI:  Object to the form.
12        Calls for legal and expert testimony.
13        A.    I rely on counsel for that.
14        Q.    But you would expect in a competitive
15   market the prices to go down?
16                     MR. GRALEWSKI:  Object to the form.
17        Asked and answered, calls for legal and expert
18        testimony.
19        A.    I would expect that with new technology
20   available in the market, that the price, the prices
21   of certain products, would go down.
22        Q.    And is your understanding that the
23   purpose of the alleged Cartel was to raise prices?
24        A.    To fix prices.
25        Q.    So to fix, but not necessarily to raise?
```

<center>137</center>

LOUISE WOOD

BARKLEY
Court Reporters

```
 1                  Wood - October 15, 2012
 2        A.      To fix and increase prices.
 3        Q.      So the purpose of the Cartel was not to
 4   decrease prices?
 5        A.      I do --
 6                MR. GRALEWSKI:  Object to form.  Asked
 7        and answered.
 8        A.      I do not believe so.
 9        Q.      If prices decreased over the class
10   period, would that indicate to you that the alleged
11   Cartel was ineffective or didn't exist?
12                MR. GRALEWSKI:  Object to the form.
13        Calls for legal and expert testimony.
14        A.      Not necessarily.
15        Q.      What would it indicate to you?
16                MR. GRALEWSKI:  Object to the form.
17        Calls for legal and expert testimony.
18        A.      I rely on counsel for that.
19                MR. GOLDSTEIN:  We can take a break now.
20        Off the record.
21                THE VIDEOGRAPHER:  Going off the record,
22        2:57 p.m.  This is the end of disk 3 in the
23        deposition of Louise Wood.
24                (There was a recess taken.)
25                THE VIDEOGRAPHER:  Going back on the
```

138

LOUISE WOOD

BARKLEY
Court Reporters

1              Wood - October 15, 2012

2         record at 3:07 p.m.  This is the beginning of

3         disk 4 in the deposition of Louise Wood.

4    BY MR. GOLDSTEIN:

5         Q.    Ms. Wood, are you sitting as the class

6    representative in this case?

7         A.    I am.

8         Q.    What is your understanding of the

9    obligations of a class representative in a class

10   action?

11        A.    That I will represent them to the best

12   of my ability, and that I will review any decisions

13   that are made.

14        Q.    Do you think you've been fulfilling that

15   role adequately thus far?

16        A.    I do.

17        Q.    Is the -- what decisions have you

18   reviewed so far?

19        A.    There haven't been any decisions.

20        Q.    If any.

21        A.    None.

22        Q.    Is a class representative entitled to

23   compensation for serving in that role?

24        A.    No.

25        Q.    Have you been promised anything for

                           139

LOUISE WOOD

BARKLEY
Court Reporters

```
 1                    Wood - October 15, 2012
 2   bringing this lawsuit?
 3        A.    No.
 4        Q.    Are you now or have you ever been a
 5   class representative before?
 6        A.    No.
 7        Q.    Have you ever been a party in any other
 8   lawsuit?
 9        A.    No.
10        Q.    Neither as a plaintiff nor as a
11   defendant?
12        A.    No.
13        Q.    I believe you testified earlier that you
14   have a retention agreement with Ms. Kern; is that
15   correct?
16        A.    Correct.
17   (REQ)
18             MR. GOLDSTEIN:  I believe we've been
19        putting on the record in all or most of these
20        depositions that we would ask the retention
21        agreements to be produced.
22        Q.    According to your retention agreement,
23   who is responsible for the attorney's fees?
24             MR. GRALEWSKI:  Let me think about that
25        question for a second.  Can you read it back.
```

LOUISE WOOD

BARKLEY
Court Reporters

```
1                    Wood - October 15, 2012
2                    (The record was read.)
3    (DIR)
4                    MR. GRALEWSKI:  I'm going to instruct
5          her not to answer that question as phrased on
6          the grounds of the attorney-client privilege.
7          You can rephrase it if you'd like.
8          Q.    Ms. Wood, are you responsible for paying
9    your attorney's fees in this matter?
10         A.    No, I believe not.
11         Q.    How are your attorneys paid?
12         A.    They are paid on a contingency.
13         Q.    Who's responsible or are you responsible
14   for your attorneys's litigation costs in this matter?
15         A.    No, I am not.
16         Q.    Are you responsible for paying any
17   monies for fees, costs or anything else to your
18   attorneys?
19         A.    No, I am not.
20         Q.    Have your attorneys given you any money?
21         A.    No.
22         Q.    Have they promised you any money?
23         A.    No.
24         Q.    Is one of your obligations as class
25   representative to preserve documents in your
```

LOUISE WOOD

BARKLEY
Court Reporters

1                      Wood - October 15, 2012

2    possession that could potentially be relevant to this

3    case?

4         A.    Yes.

5         Q.    Since you initiated this lawsuit, have

6    you destroyed or altered any documents related to

7    this case in any way?

8         A.    No.

9         Q.    I'd like you to look at an exhibit that

10   was previously marked as Exhibit 38 in another

11   deposition.

12             Ms. Wood, have you seen this document

13   before?

14        A.    Yes.

15        Q.    And what is it?

16        A.    Samsung SDI Company Limited's First Set

17   of Requests for Production of Documents to New

18   Indirect Purchaser Plaintiffs.

19        Q.    Is your understanding that this request

20   applies to you?

21        A.    Yes.

22        Q.    Did you search for documents in response

23   to these requests?

24        A.    I did.

25        Q.    Did you find documents that were

142

LOUISE WOOD

BARKLEY
Court Reporters

1                    Wood - October 15, 2012

2   responsive to these requests?

3        A.    I did.

4        Q.    Does that include the receipt that was

5   previously produced to us and has been marked as

6   Exhibit 382?

7        A.    Yes.

8        Q.    Did you locate any other documents that

9   were responsive to this request?

10       A.    I was not able to locate any other

11   documents.

12       Q.    Where did you search for documents?

13       A.    In my apartment.

14       Q.    About how long did you take to conduct

15   the search?

16       A.    45 minutes.

17       Q.    Is there any place that might have

18   documents potentially responsive that you didn't

19   search?

20       A.    No.

21       Q.    Not your office?

22       A.    No.

23       Q.    I'm going to show you another document

24   that was previously marked in another deposition as

25   Exhibit 39.

                              143

BARKLEY
Court Reporters

1                    Wood - October 15, 2012

2              Ms. Wood, have you seen this Exhibit 39

3    before?

4         A.    Yes.

5         Q.    And what is it?

6         A.    Toshiba America Information Systems

7    Inc.'s First Set of Interrogatories to Indirect

8    Purchaser Plaintiffs.

9         Q.    Did you do anything to respond to these

10   interrogatories?

11        A.    I rely on counsel for that.

12              MR. GRALEWSKI:  Object to the form.

13        Vague and ambiguous.

14        Q.    Do you remember when you first saw these

15   interrogatories?

16        A.    I believe in July.

17        Q.    Do you understand that these

18   interrogatories apply to you or asked of you?

19        A.    Yes.

20        Q.    Did you respond to these

21   interrogatories?

22        A.    I rely on counsel for that.

23        Q.    I show you another exhibit that was

24   previously marked in a prior deposition as Exhibit

25   40.

144

LOUISE WOOD

BARKLEY
Court Reporters

1        Wood - October 15, 2012

2        Ms. Wood, do you recognize this document

3   that's titled New Indirect Purchaser Plaintiffs'

4   Objections and Responses to Defendant Toshiba

5   Information America's First Set of Interrogatories?

6        A.    Yes.

7        MR. GOLDSTEIN:  I'm also going to

8        introduce -- I think we can do these quickly.

9        I ask the reporter to mark as -- I think

10       we're up to 386.  386, this document which is

11       Toshiba Exhibit A 33 through A 40.

12       (Exhibit 386, Toshiba Exhibits A 33

13       through A 40, marked for identification, as of

14       this date.)

15       And then as 387, we're going to mark

16       Toshiba Exhibit B 33 through B 40.

17       (Exhibit 387, Toshiba Exhibits B 33

18       through B 39 and A 40, marked for

19       identification, as of this date.)

20       MR. GOLDSTEIN:  Then as 388, we have

21       Toshiba Exhibit C 33 through C 40.

22       (Exhibit 388, Toshiba Exhibit C 33

23       through C 39 and C 40, marked for

24       identification, as of this date.)

25       Q.    Ms. Wood, do you recognize Exhibits 386,

145

BARKLEY
Court Reporters

Wood - October 15, 2012

1    387 and 388?

2          A.      Yes, I do.

3          Q.      And what are they?

4          A.      They are my verifications.  I don't

5    know -- they're exhibits for both Toshiba -- from my

6    Toshiba Exhibit A 37.

7          Q.      Is that Exhibit 386 is the -- scratch

8    that.

9          A.      I'm sorry, go ahead.

10         Q.      I'm sorry.  Are these exhibits a

11   supplement to Exhibit 40 which is the New Indirect

12   Purchaser Plaintiffs' Objections and Responses to

13   Defendant Toshiba America Information Systems Inc.'s

14   First Set of Interrogatories?

15         A.      Yes, they are.

16         Q.      And do they -- do Exhibits 386 all

17   through 388 contain your answers to Toshiba's

18   interrogatories which were contained in Exhibit 39 in

19   this case?

20         A.      Yes, they do.

21         Q.      Were you involved in preparing these

22   answers?

23         A.      I did not prepare the documents.

24         Q.      Did you provide information used to

146

LOUISE WOOD

BARKLEY
Court Reporters

```
                      Wood - October 15, 2012
 1
 2    prepare the documents?
 3         A.      Yes, I did.
 4         Q.      To whom?
 5         A.      To my attorney.
 6         Q.      What did you do to gather the
 7    information you provided to your attorney to respond
 8    to the interrogatories?
 9         A.      I was asked questions and I responded.
10              MR. GRALEWSKI:  Hold it.  In answering
11         the question, you're instructed not to divulge
12         either what lawyers may have told you or asked
13         you or what you told your lawyers.  So if you
14         can answer the question without doing that, I'll
15         instruct you to do that.  And if you can't
16         answer the question, you can tell counsel that
17         you can't answer the question.  But you can't
18         tell him what you and your lawyers discussed.
19         You want the question read back?
20              THE WITNESS:  Please.
21              MR. GRALEWSKI:  Could you read back the
22         question, madam court reporter.
23              (The record was read.)
24         A.      I responded to my attorney's questions.
25         Q.      Looking at Exhibit 386, page 5 is
```

147

LOUISE WOOD

BARKLEY
Court Reporters

1                    Wood - October 15, 2012

2    Toshiba Exhibit A 37.

3         A.      I'm sorry, which one is 386?

4                 MR. GRALEWSKI:   386 is this one.

5                 I would like to note for the record that

6         the court reporter should stamp the front of

7         386, 387 and 388 at the end of the deposition.

8         They were mistakenly stamped on the last page.

9         Thank you.

10                He wants you to look at -- yeah.   You

11        got it.

12                Counsel, were you on the telephone

13        during the Washington D.C. deposition on

14        Thursday when I discussed the issue of the

15        exhibit numbers in the formal written responses

16        with counsel at White and Case?

17                MR. GOLDSTEIN:   I do not believe I was.

18                MR. GRALEWSKI:   Okay.   We provided

19        interrogatory responses on behalf of the newest

20        group of plaintiffs to Eva Cole a couple --

21        three weeks ago, I forget exactly when.   In

22        connection with doing that, we did not also

23        produce new formal written responses.   But the

24        exhibits that we produced on behalf of the

25        plaintiffs are addendums to the previous written

148

LOUISE WOOD

1              Wood - October 15, 2012

2     responses, and I discussed that on the record

3     with counsel from White and Case last Thursday.

4              MR. GOLDSTEIN:  So you're essentially

5     stipulating that these -- you know, her answer

6     in Exhibit A 37 is her response to interrogatory

7     No. 4?

8              MR. GRALEWSKI:  Yeah, I am stipulating,

9     and it was an oversight, and as I told counsel,

10    that we will certainly endeavor to clean that

11    up, but yes, the exhibit numbers in the formal

12    responses don't match the newest group of

13    plaintiffs' exhibit numbers, but they are

14    intended to be the responses to those questions

15    in the formal written responses.

16             MR. GOLDSTEIN:  Okay.

17             MR. GRALEWSKI:  For both the Toshiba set

18    and the Samsung set.  And I apologize for

19    whatever confusion that may have caused, and we

20    will stipulate to that.

21             MR. GOLDSTEIN:  Okay.

22             Let's jump ahead and mark one more

23    exhibit as 389.

24             (Exhibit 389, Plaintiff Verification,

25    marked for identification, as of this date.)

149

LOUISE WOOD

BARKLEY
Court Reporters

1           Wood - October 15, 2012

2       Q.      Ms. Wood, is this your verification of

3   your answers to the new indirect purchaser

4   plaintiffs -- your answers contained in the New

5   Indirect Purchasers Plaintiffs' objections and

6   Responses to Defendant Toshiba America Information

7   Systems, Inc.'s First Set of Interrogatories?

8       A.      Yes, it is.

9       Q.      You understand you signed that

10  verification under penalty of purgery?

11      A.      Yes, I do.

12      Q.      Is there anything in your answers in

13  Exhibits 386, 87 and 88, that you believe may not

14  have been complete and accurate?

15      A.      No, it is all accurate.

16      Q.      Okay.  I'm going to show you an exhibit

17  previously marked as 42 in a prior deposition.

18           MR. GRALEWSKI:  So you're going to get a

19           lot more paper, so it might help you to put all

20           of this in a pile.

21           THE WITNESS:  Okay.  Am I taking these

22           with me?

23           MR. GRALEWSKI:  You are not.  You're not

24           allowed to.  So you might want to just do this

25           to help you out.

150

LOUISE WOOD

1                    Wood - October 15, 2012

2         Q.      Ms. Wood, do you recognize that Exhibit

3    42?

4         A.      Yes, I do.

5         Q.      And what is it?

6         A.      Samsung STI Company Limited's First Set

7    of Interrogatories to New Indirect Purchaser

8    Plaintiffs.

9         Q.      Do you recall when you first received

10   this document, when you first saw this document?

11        A.      I believe in October.

12        Q.      And do you understand that these

13   interrogatories are asked of you?

14        A.      Yes.

15        Q.      Did you do anything to respond to these

16   interrogatories?

17        A.      I rely on counsel for that.

18        Q.      Also I'm going to show you an exhibit

19   previously marked as 43 in another deposition.

20               Ms. Wood, do you recognize this

21   document?

22        A.      Yes, I do.

23        Q.      Were you involved in preparing any of

24   the responses or objections in this document?

25        A.      I did not prepare the document.

151

LOUISE WOOD

**BARKLEY**
Court Reporters

1                    Wood - October 15, 2012

2        Q.      Did you provide any information that was

3    used to prepare this document?

4        A.      I rely on counsel for that.

5        Q.      I'm going to do another group exhibit.

6    It's just going to be Samsung Exhibits A, B, C -- or

7    A, B, D and E, 33 through 40.

8                MR. GOLDSTEIN:  Bob, I believe A 33

9            through A 40 was marked yesterday.  We can

10           remark it to be --

11               MR. GRALEWSKI:  We marked I believe all

12           of those at the Thursday deposition as separate

13           exhibits, but you can remark them.  It will not

14           be the first time there has been duplication.

15               MR. GOLDSTEIN:  I do not have marked

16           copies.  So I will -- could we do that.

17               MR. GRALEWSKI:  That's fine.

18               MR. GOLDSTEIN:  Which I believe we'll

19           make A -- Samsung Exhibit A 33 through A 40.

20           Could the reporter please mark as 390.

21               (Exhibit 390, Samsung Exhibit A 33

22           through A 40, marked for identification, as of

23           this date.)

24               MR. GOLDSTEIN:  And then Samsung Exhibit

25           B 33 through B 40, will you please mark as

152

BARKLEY
Court Reporters

1              Wood - October 15, 2012

2       Exhibit 391.

3              (Exhibit 391, Samsung Exhibit B 33

4       through B 39 and A 40, marked for

5       identification, as of this date.)

6              MR. GOLDSTEIN:  And then we are going to

7       have 392, if you could please mark that on this

8       document which is Samsung Exhibit D 33 through D

9       40.

10             (Exhibit 392, Samsung Exhibit D 33

11      through D 39 and D 40, marked for

12      identification, as of this date.)

13             MR. GOLDSTEIN:  And lastly, please mark

14      as Exhibit 393 the documents marked Samsung

15      Exhibit E 33 through E 40.

16             (Exhibit 393, Samsung Exhibits E 33

17      through E 40, marked for identification, as of

18      this date.)

19             MR. GRALEWSKI:  Counsel, I appreciate

20      you're doing this in this manner.  Thank you.

21             MR. GOLDSTEIN:  Not a problem.

22      Q.     Ms. Wood, do you recognize Exhibits 390,

23  391, 392 and 393?

24      A.     I do.

25      Q.     And what are they?

LOUISE WOOD

BARKLEY
Court Reporters

1              Wood - October 15, 2012

2         A.      They're the answers to interrogatories.

3         Q.      Do they contain your answers to --

4         A.      Yes, they do.

5         Q.      -- Samsung SDI's interrogatories?

6         A.      Yes, they do.

7         Q.      So these are -- to be clear for the

8    record, your answers to the interrogatories in

9    Exhibit 42, the Samsung SDI Company Ltd. First Set of

10   Interrogatories to New Indirect Purchaser Plaintiffs?

11        A.      Yes.

12        Q.      Please look at Exhibit 391, and turn to

13   page 5 which is Samsung Exhibit B 37.

14        A.      I'm sorry, to which exhibit?

15        Q.      391.  It is the B series of exhibits.

16              MR. GRALEWSKI:  And you want her to turn

17        to which one?

18              MR. GOLDSTEIN:  Page 5, B 37.

19        A.      Okay.

20        Q.      Ms. Wood, specifically this page is your

21   answers to -- is it interrogatory No. 3 from the

22   Samsung SDI?

23              MR. GRALEWSKI:  And counsel, just to be

24        clear for the record, just as with the Toshiba

25        ones, these exhibits for the newest group of

154

LOUISE WOOD

1              Wood - October 15, 2012

2         plaintiffs produced on September 17th, 2012

3         relate to the new indirect purchaser plaintiffs'

4         formal written responses, even though the

5         exhibit numbers are off.

6                   MR. GOLDSTEIN:  Understood.

7                   MR. GRALEWSKI:  And we'll stipulate to

8         that and clean that up as necessary.

9                   MR. GOLDSTEIN:  Thank you for

10        clarifying.

11        A.       I rely on counsel for that.

12        Q.       Okay.  Ms. Wood, did you have any part

13   in drafting page B 37?

14        A.       No, I did not.

15        Q.       Did you provide information to your

16   attorneys that is reflected in Exhibit B 37?

17        A.       Yes, I did.

18        Q.       Was the -- what was the source of that

19   information?

20        A.       The source of the information was the

21   receipt that I had of the Toshiba television set that

22   I purchased in 2004.

23        Q.       To the best of your knowledge, does

24   the -- do your answers to the interrogatories as

25   reflected in Samsung Exhibit B 37 rely upon anything

                            155

LOUISE WOOD

BARKLEY
Court Reporters

```
 1                 Wood - October 15, 2012
 2  other than the receipt you've produced in this case?
 3       A.     It relies on the truth.
 4       Q.     Is that your recollection of events?
 5       A.     Right.
 6       Q.     Other than look at your receipt, did you
 7  look at any other documents to provide this
 8  information to your attorneys?
 9       A.     I checked to make sure I had no other
10  documents associated with this which I stated
11  earlier.
12       Q.     Is your response to point No. 8 here
13  about warranties, is that complete and accurate?
14       A.     As far as I recall.
15       Q.     I `believe earlier --
16       A.     I said I had an AMEX warrantee for one
17  year.
18       Q.     Would you like to amend your answers to
19  point No. 8 to reflect the AMEX warrantee that you
20  mentioned?
21            MR. GRALEWSKI:  Object to form.  Calls
22       for legal conclusion and legal testimony.
23       A.     I rely on my counsel for that.
24       Q.     Are there any other corrections that
25  need to be -- or any corrections that need to be made
```

156

LOUISE WOOD

BARKLEY
Court Reporters

1                    Wood - October 15, 2012

2    notwithstanding that AMEX issue?

3         A.    No, no.

4         Q.    Turning to Exhibit 393 which is called

5    Samsung Exhibit E 33 through E 40, if you could look

6    at page 5 of that.  That page is labelled Samsung

7    Exhibit E 37.

8              Ms. Wood, the answer here says -- I'm

9    sorry.  Is this your answer to interrogatory number

10   16 of Samsung SDI's interrogatories which asked

11   whether at any time during the relevant period you

12   elected to acquire a non-CRT TV or computer monitor?

13        A.    I rely on my counsel for that.

14        Q.    Earlier, we talked about two computer

15   monitors you had purchased around -- one around 2000

16   and the other in 2005.

17              Are those the same two computer monitors

18   referred to in your answer to this interrogatory?

19        A.    Yes, they are.

20        Q.    Earlier, you expressed uncertainty as to

21   whether they were LCD monitors.

22              Does reading your response to the

23   interrogatory refresh your recollection as to what

24   type of technology was used in those computer

25   monitors?

                          157

LOUISE WOOD

BARKLEY
Court Reporters

1          Wood - October 15, 2012

2          MR. GRALEWSKI:  Object to the form.

3     Misstates testimony.

4     A.     I rely on my lawyer for that.

5     Q.     Do you know if your two computer

6  monitors were LCD monitors?

7          MR. GRALEWSKI:  Object to the form.

8     Asked and answered.

9     A.     I rely on my lawyer for that.

10    Q.     I've marked as Exhibit 394.  Ms. Wood,

11  can you take a look at Exhibit 394.

12          (Exhibit 394, Plaintiff Verification,

13     marked for identification, as of this date.)

14    Q.     Ms. Wood, do you recognize Exhibit 394?

15    A.     I do.

16    Q.     What is it?

17    A.     It's a plaintiff verification.

18    Q.     And what -- is it your verification?

19    A.     Yes, it is.

20    Q.     And what are you verifying with this

21  document?

22    A.     That the -- that the answers to the

23  interrogatories were correct and true.

24    Q.     And is it your understanding that you

25  were verifying the correctness and truth of Exhibits

158

LOUISE WOOD

BARKLEY
Court Reporters

1                   Wood - October 15, 2012

2    3 -- Exhibits 43, 390, 31, 392 and 393 with that

3    verification?

4         A.    Yes.

5         Q.    Is there anything that you now believe

6    may not be complete and accurate in your responses to

7    Samsung SDI's interrogatories?

8         A.    No.

9         Q.    Is it correct that your belief as to the

10   correctness of your answer in Exhibit 393 which is

11   Samsung Exhibit E 37 is based -- strike that.

12              Ms. Wood, do you have any plans to

13   purchase any CRTs in the future?

14        A.    I do not.

15        Q.    Any CRT televisions or monitors in the

16   future?

17        A.    I do not.

18        Q.    If you wanted to purchase a CRT

19   television or a monitor, do you know where to get

20   one?

21        A.    I don't know if they're still on the

22   market.

23              MR. GOLDSTEIN:  I'm done.  Does anyone

24        on the phone have any questions?  We'll take

25        that as either no or there is no one on the

                          159

LOUISE WOOD                                    BARKLEY
                                               Court Reporters

```
 1                    Wood - October 15, 2012
 2       phone.
 3               MR. GRALEWSKI:  If anyone is speaking,
 4       you're on mute.
 5               Does anyone have any questions on the
 6       phone?
 7               MR. FRUTIG:  I do not.  Frutig from
 8       White & Case, there's no questions.
 9               MS. BYRD:  This is Courtney Byrd.  I
10       don't have any questions.
11               MR. GOLDSTEIN:  Bob, do you have?
12               MR. GRALEWSKI:  Yeah.  Just real quick.
13   EXAMINATION BY
14   MR. GRALEWSKI:
15       Q.    I have a couple of questions for you,
16   Ms. Wood.
17       A.    Okay.
18       Q.    Maybe just one.  Probably more than one.
19   Thank you for your time today.
20       A.    You're welcome.
21       Q.    You understand that you're a proposed
22   class representative, correct?
23       A.    I do.
24       Q.    What is your understanding of who you're
25   standing up for, who or what you're standing up for
```

LOUISE WOOD

BARKLEY
Court Reporters

```
 1                    Wood - October 15, 2012
 2   as class representative?
 3        A.    I'm standing up for the people in New
 4   York State who are indirect purchasers of televisions
 5   and monitors that had CRTs during the time period
 6   1995 to 2007.
 7        Q.    And is it your understanding that you
 8   represent end uses of those products, or what kind of
 9   end users do you understand that you represent?
10        A.    End users in the sense of personal use.
11        Q.    And that those include individuals like
12   yourself, correct?
13        A.    Those include individuals and small
14   businesses who would have used it in their small
15   business.
16             MR. GRALEWSKI:  Okay.  I have no further
17        questions.
18             MR. GOLDSTEIN:  I have no further
19        questions either.
20             THE VIDEOGRAPHER:  Going off the record
21        at 3:49 p.m. This is the end of disk 4 and
22        concludes the deposition of Louise Wood.
23             (Time noted:  3:49 p.m.)
24
25
```

161

LOUISE WOOD

BARKLEY
Court Reporters

1                    I have read the foregoing deposition

2      transcript and by signing hereafter, approve same.

3

4      Dated_____.

5

6

                            _____
7                                 (Signature of Deponent)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

162

BARKLEY
Court Reporters

```
 1              DEPOSITION OFFICER'S CERTIFICATE
 2   STATE OF CALIFORNIA    )
                            ) ss.
 3   COUNTY OF NEW YORK     )

 4

 5

 6          I, LORRAINE B. ABATE , hereby certify:
 7          I am a duly qualified Certified Shorthand
 8   Reporter in the State of California, holder of
 9   Certificate Number CSR XI01992 issued by the Court
10   Reporters Board of California and which is in full force
11   and effect.  (Fed. R. Civ. P. 28(a)).
12          I am authorized to administer oaths or
13   affirmations pursuant to California Code of Civil
14   Procedure, Section 2093(b) and prior to being examined,
15   the witness was first duly sworn by me.  (Fed. R. Civ.
16   P. 28(a), 30(f)(1)).
17          I am not a relative or employee or attorney or
18   counsel of any of the parties, nor am I a relative or
19   employee of such attorney or counsel, nor am I
20   financially interested in this action.  (Fed. R. Civ. P.
21   28).
22          I am the deposition officer that
23   stenographically recorded the testimony in the foregoing
24   deposition and the foregoing transcript is a true record
25                          / / /
```

163

LOUISE WOOD

BARKLEY
Court Reporters

1    of the testimony given by the witness.   (Fed. R. Civ. P.

2    30(f)(1)).

3            Before completion of the deposition, review of

4    the transcript [XX] was [  ] was not requested.   If

5    requested, any changes made by the deponent (and

6    provided to the reporter) during the period allowed, are

7    appended hereto.   (Fed. R. Civ. P. 30(e)).

8

9    Dated: OCTOBER 26, 2012

10

11                    _____

12

13

14

15

16

17

18

19

20

21

22

23

24

25

164

LOUISE WOOD

IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION                                    LOUISE WOOD
STATE OF CALIFORNIA v. SAMSUNG SDI, INC., CO., LTD.                                October 15, 2012

## $

**$10 (2)**
78:5;111:16
**$20 (1)**
78:10
**$299.99 (3)**
40:18;73:9;78:23
**$50 (2)**
75:8,9
**$500 (1)**
99:15
**$7.43 (1)**
99:18

## `

**`believe (1)**
156:15

## A

**A14 (1)**
40:17
**Abate (1)**
10:11
**ability (1)**
139:12
**able (5)**
28:4,7;99:17;
101:9;143:10
**absence (1)**
128:13
**Absolutely (1)**
39:15
**absorb (1)**
88:14
**absorbed (1)**
88:22
**access (1)**
77:17
**accessories (1)**
80:24
**According (1)**
140:22
**account (4)**
41:20;100:19,22;
101:3
**accurate (5)**
40:11;150:14,15;
156:13;159:6
**acknowledge (1)**
26:14
**acknowledged (1)**
128:16
**acquire (1)**
157:12
**acting (1)**
97:11
**action (2)**
119:22;139:10
**actual (1)**

105:10
**actually (8)**
50:16;74:25;
84:18;99:12;107:23;
122:11,22;127:6
**addendums (1)**
148:25
**addition (1)**
113:9
**additional (1)**
48:12
**address (6)**
12:24,25;13:3;
15:9,11,12
**adequately (1)**
139:15
**adjustment (1)**
75:20
**administrative (1)**
23:12
**advertise (2)**
86:8,10
**advertising (2)**
86:14,16
**afford (1)**
52:18
**again (12)**
16:22;28:16;
47:19,24;104:18;
106:14,21;113:5;
114:9,11;125:11;
133:8
**against (2)**
96:25;111:16
**age (1)**
12:21
**ago (4)**
10:21;39:25;
115:11;148:21
**agree (2)**
24:2;89:23
**agreement (4)**
96:13,18;140:14,
22
**agreements (1)**
140:21
**ahead (4)**
103:9;114:25;
146:10;149:22
**alerted (1)**
92:9
**Alioto (2)**
97:15;124:25
**Alioto's (2)**
114:23;115:2
**alive (1)**
101:20
**allegation (1)**
126:24
**allegations (2)**
118:6;127:21
**alleged (17)**
55:16;56:4,7,11;

87:17;109:23;
110:24;117:6;
128:11;129:11,21;
131:12,15,24;
132:11;137:23;
138:10
**alleging (1)**
121:10
**allowed (4)**
92:24;103:5;
111:4;150:24
**Almost (1)**
17:10
**alone (2)**
25:2;31:20
**altered (1)**
142:6
**Although (1)**
109:11
**always (2)**
49:20;81:19
**ambiguous (43)**
25:17,23;26:18;
29:17,20;31:17;
32:21;33:7,20;34:6;
45:21;46:2,10,15;
49:8;53:23;54:5,18;
56:14;58:18;64:25;
65:14;66:18;75:14;
82:8;85:24;87:11;
90:3,11;105:23;
109:4,9;111:23;
113:14;115:25;
118:8,14;119:20;
125:8;135:8,14,19;
144:13
**Amend (7)**
107:7,14,20;
112:11,19;123:7;
156:18
**amended (29)**
102:17;104:17;
105:18;106:24;
108:19,23;109:12,
16;115:7,9,10,14,23;
116:14,18;117:12,
12;124:12,15,20;
125:5,13,20;126:4,
11,14;127:24;131:8;
132:19
**America (5)**
5:7,19;144:6;
146:14;150:6
**American (1)**
41:15
**Americans (1)**
128:19
**America's (1)**
145:5
**AMEX (4)**
74:3;156:16,19;
157:2
**AMEX's (1)**

74:2
**among (7)**
43:23;46:24;47:7,
12,20,25;49:13
**amount (6)**
44:11;46:5;89:17,
21;129:5,20
**analog (1)**
37:15
**analyst (1)**
133:10
**and/or (1)**
126:21
**Angeles (1)**
9:5
**announcing (1)**
128:17
**annually (1)**
99:15
**answered (25)**
29:5;30:9;32:19;
46:3,9;47:4;54:18;
59:18;62:6;64:18;
67:24;79:21;83:20;
85:4,11,15;115:25;
118:8,22;127:15;
129:23;131:4;
137:17;138:7;158:8
**Antitrust (18)**
9:11;55:11,21;
57:4,13,17,23;58:6,
10,14;59:7;60:3,8;
61:23;62:2,16;
109:22;117:6
**apartment (4)**
34:16,18;74:14;
143:13
**apologize (3)**
100:11;113:4;
149:18
**appearances (2)**
9:16;10:2
**appears (4)**
108:22;116:10;
124:15;126:10
**applies (2)**
99:9;142:20
**apply (1)**
144:18
**appreciate (4)**
59:22;77:9;98:15;
153:19
**approaching (1)**
134:12
**approximate (3)**
28:4,7;75:10
**approximately (9)**
9:6;27:15;36:7,10,
10;61:15;94:25;
95:24;99:14
**approximation (1)**
26:14
**area (1)**

18:7
**argumentative (4)**
26:18;44:9;59:10;
132:15
**around (14)**
27:3,23;28:11;
30:13;31:5,13;32:5;
41:5;44:17;71:18,
25;72:7;157:15,15
**article (4)**
133:9,15,20,24
**articles (7)**
92:8;111:17,19;
129:25;131:5;132:8,
10
**artificial (1)**
128:9
**aside (1)**
134:16
**asserting (2)**
27:20;28:10
**associate (2)**
49:24;50:8
**associated (2)**
50:10;156:10
**Associates (2)**
20:11,13
**association (4)**
20:21,24;21:3,5
**associations (1)**
20:23
**assume (3)**
63:23;64:7;104:8
**attached (4)**
121:25;124:24;
125:2,13
**attachments (1)**
113:11
**attempt (1)**
71:5
**attempted (1)**
129:17
**attend (1)**
14:9
**attending (1)**
9:20
**attention (1)**
120:25
**attorney (21)**
11:15;57:14,15;
58:8,11,13;59:6,12,
24,25;60:5;61:7,9;
91:10;92:3,5;96:13;
104:9;106:14;147:5,
7
**attorney-client (10)**
57:21;61:2,14,20;
94:14;104:6,14;
106:18;110:22;
141:6
**Attorneys (16)**
5:6,16,9:15;60:14,
15;61:5;83:15;

IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION
STATE OF CALIFORNIA v. SAMSUNG SDI, INC., CO., LTD.

LOUISE WOOD
October 15, 2012

95:21;97:3;103:6;
110:17;141:11,18,
20;155:16;156:8
**attorney's (3)**
140:23;141:9;
147:24
**attorneys's (1)**
141:14
**audibly (1)**
12:15
**audio (1)**
37:12
**August (6)**
12:23;103:22;
105:25;106:9;
112:23;126:9
**Authorities (4)**
112:12,20,25;
114:3
**availability (1)**
96:24
**available (17)**
39:14;43:21;
44:14;45:18;63:22;
67:20;70:18;71:21;
76:24;81:6;9;82:19;
85:14;132:10;135:6,
11;137:20
**Avenue (7)**
5:11,20;9:8;15:18;
16:16;17:13,20
**average (1)**
133:7
**aware (12)**
21:23;25:10,12;
43:18;66:14;67:21;
74:4;85:6;91:3;
92:16;103:11;
104:24

**B**

**Bachelors (2)**
14:17;15:3
**back (36)**
17:23;19:5,13;
32:14;39:8,12;
49:17;63:2,7;65:3;
68:11;72:10,17;74:6,
12;75:11,25;82:17;
83:24;94:8;98:3,11;
99:15,24;100:7,18,
23;101:10;102:4;
108:6;113:15;
122:14;138:25;
140:25;147:19,21
**BAKER (1)**
5:15
**Barkley (2)**
9:4;10:11
**base (2)**
36:12;51:2
**based (11)**

24:14,17,18;
27:21;28:11,23;
29:25;30:5;53:17;
69:11;159:11
**basis (5)**
32:23;57:3;59:5;
60:10;79:10
**Bates (2)**
98:12;99:2
**became (1)**
92:5
**become (2)**
91:3;96:9
**began (1)**
87:21
**begin (1)**
10:24
**beginning (10)**
22:13;63:3;72:6;
87:21;88:25;98:4;
108:12;113:10;
115:7;139:2
**begins (2)**
102:19;104:19
**behalf (9)**
9:18,24;10:4,6,9;
119:17,18;148:19,24
**belief (6)**
57:4;58:13,21;
60:2;62:15;159:9
**beside (1)**
50:17
**besides (2)**
85:7;120:19
**best (14)**
19:4;38:23;43:19;
66:23;67:15,16,19,
22;71:19;86:2,4,20;
139:11;155:23
**better (5)**
33:10;44:3;52:8;
72:7;98:17
**beyond (2)**
117:20;118:11
**birth (2)**
12:21,22
**bit (4)**
19:13;39:11;
98:17;121:8
**Black (5)**
15:25;16:2,5,9;
18:12
**Bob (3)**
9:23;152:8;160:11
**Both (7)**
17:21,22;64:9;
121:22;122:4;146:6;
149:17
**bottom (3)**
39:11;99:13;133:3
**BOTTS (1)**
5:15
**bought (5)**

43:2,20;71:10;
78:6,11
**box (1)**
80:15
**brand (21)**
45:5,8,13,15,18,
23;46:6,23;47:2,7,
20,25;49:13,17,18,
20,22;50:9,23;52:20,
22
**brands (5)**
46:12,17,20;
49:24;50:20
**break (9)**
12:8,11;62:19;
75:19,21;85:12;
97:20;98:16;138:19
**breaks (1)**
12:7
**bring (1)**
109:7
**bringing (2)**
53:21;140:2
**Brook (1)**
14:13
**budget (1)**
44:10
**built-in (2)**
37:7,9
**bundle (10)**
30:18,23;31:3,6,
10,13,23;32:2,4,11
**bundled (1)**
30:19
**business (14)**
15:9,11;20:12;
21:14;85:19;86:23;
87:5,9;88:11,13;
91:15,18;130:5;
161:15
**businesses (1)**
161:14
**buy (10)**
32:9,25;66:23;
67:15,16,19,22;86:2,
4,20
**buying (3)**
31:20;32:5;69:20
**buys (1)**
21:20
**BYRD (7)**
10:5,5;58:16,16,
25;160:9,9

**C**

**cabinet (1)**
47:17
**cables (1)**
81:2
**calendar (1)**
76:5
**California (2)**

9:5,12
**call (1)**
25:19
**called (4)**
19:16;102:19;
104:19;157:4
**Calls (48)**
26:17;27:6;46:2,9;
49:8;53:23,24;54:5,
6,18,19;65:14;66:18;
77:6,20;78:3,20;
85:24;86:25;87:19;
88:17,17;89:14;90:5,
11,18;95:14,20,24;
100:25;101:13;
129:3,14,14;131:21;
132:6,14;134:3,20;
135:2;136:5,5;137:6,
12,17;138:13,17;
156:21
**came (4)**
31:3;48:11;73:20,
22;80:15;88:5
**can (61)**
12:13,20;16:21;
22:10,22;23:4,17;
24:2;25:4,23;26:7,
13,18;27:7;28:4;
29:21;30:6;33:9;
38:5;39:18;55:2;
59:18;61:6;62:9;
64:18;75:18;77:3,
13;79:15;82:16;
93:2,3,8;98:23;
103:7,16;105:12;
106:20;109:15;
111:2;113:5;116:24;
119:21;120:22;
122:6;124:2;127:16;
129:3;132:18;133:5;
134:7;136:12;
138:19;140:25;
141:7;145:8;147:14,
16;152:9,13;158:11
**caption (2)**
9:10;107:18
**car (2)**
72:9,16
**card (2)**
41:16,18
**carried (1)**
34:16
**carry (1)**
34:17
**Cartel (3)**
137:23;138:3,11
**carving (1)**
93:2
**case (37)**
9:10;10:9,23;
18:25;20:18;21:17;
23:18;24:17;27:21;
29:19;32:16;33:8;

53:9,19,25;58:4;
60:16;61:23;62:2,
16;85:7;95:9,18,22;
97:3,8,12;104:25;
109:7;139:6;142:3,
7;146:20;148:16;
149:3;156:2;160:8
**catch (1)**
119:4
**Cathode (10)**
9:11;18:18,22;
21:13,21,21;23:23,
24;88:10;128:20
**caused (3)**
134:13;136:18;
149:19
**caution (1)**
55:3
**cease (1)**
33:3
**ceased (1)**
34:11
**CEO (1)**
128:18
**certain (10)**
11:15;29:13,23;
44:11;55:13,20;69:7,
20;76:24;137:21
**certainly (2)**
55:2;149:10
**certainty (1)**
29:25
**chain (3)**
87:22;88:5;89:4
**chairman (1)**
128:18
**characterization (1)**
59:20
**charge (2)**
134:23,24
**charges (1)**
23:19
**CHARLES (2)**
5:22;10:3
**cheaper (3)**
45:18;52:13;71:22
**cheapest (1)**
44:14
**cheaply (1)**
77:14
**check (1)**
64:6
**checked (1)**
156:9
**choice (3)**
31:2,11;47:6
**choose (4)**
47:22;48:3;52:15;
59:19
**chosen (1)**
121:17
**Chunghwa (16)**
55:24;56:14,16,17,

Case 4:07-cv-05944-JST   Document 6232-3   Filed 07/29/23   Page 230 of 618

IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION                                    LOUISE WOOD
STATE OF CALIFORNIA v. SAMSUNG SDI, INC., CO., LTD.                              October 15, 2012

21;57:4;58:12;59:5;
60:3,7;111:7,11;
117:25;118:16;
127:5,6
**Chunghwa's (3)**
127:11,19;128:17
**circumstances (1)**
91:20
**CitiGroup (8)**
17:7,9,12,23;18:2;
19:5,14,15
**City (9)**
9:9;15:12;16:7,17,
18;17:14,21,22;
73:17
**claim (8)**
23:18,19;32:23;
36:12;53:21;55:9;
104:25;109:7
**claiming (1)**
32:16
**claims (6)**
24:14,17;27:20;
28:10;97:2;118:19
**clarify (3)**
33:25;34:8;94:8
**clarifying (1)**
155:10
**class (22)**
9:25;89:18,20,21;
119:18,22,24;
121:13,16;134:8;
136:16,20;137:9;
138:9;139:5,9,9,22;
140:5;141:24;
160:22;161:2
**classes (4)**
128:11,16,24;
131:9
**classify (1)**
51:17
**clean (2)**
149:10;155:8
**clear (2)**
154:7,24
**clearly (1)**
134:14
**clerk (1)**
115:19
**clerks (1)**
9:22
**client's (1)**
59:21
**clip (1)**
114:5
**Club (1)**
85:25
**Co (2)**
5:8,10
**co-conspirators (1)**
109:21
**Cole (1)**
148:20

**Collectively (1)**
51:15
**college (1)**
14:9
**combo (1)**
49:14
**comfortable (1)**
94:9
**commenced (3)**
131:13,16,25
**committed (1)**
38:9
**communication (2)**
97:16;121:16
**communications (5)**
55:4;93:23;103:8;
111:4;118:18
**companies (13)**
20:17;21:17;
56:10;57:7;60:2,6;
85:17;86:14,16,21;
87:3,8;120:18
**company (9)**
16:15;19:16;
21:13,20;58:14;
59:7;142:16;151:6;
154:9
**compared (1)**
43:11
**compensation (1)**
139:23
**compete (6)**
85:18;86:23;87:4,
7,9;88:13
**competitive (10)**
82:15,21,24;83:2,
18;136:16,24;137:3,
10,14
**competitor (1)**
86:2
**competitors (1)**
85:22
**complaint (68)**
58:3,4;60:13,14,
17,20;61:16,22;
102:17;104:17;
105:18;106:25;
107:7,14,20;108:19,
23;109:2,12,16,23;
110:9,12,15,24;
112:11,19;115:7,9,
10,14,23;116:11,14,
18;117:7,13,16,19;
118:6,20;119:16;
120:4,7,12,15,19;
121:10,20;123:7;
124:12,15,21;125:5,
13,16,20,22;126:4,
11,14;127:21,24;
131:8;132:19,19;
133:4;136:22
**complaints (2)**
82:12;121:25

**complete (3)**
150:14;156:13;
159:6
**complicate (1)**
49:4
**complicated (1)**
124:18
**components (3)**
48:12;65:11;66:2
**compound (6)**
29:17;111:24;
113:14;119:21;
125:8;132:15
**computer (25)**
18:22;23:21;24:5,
18,23;25:14,21,25;
26:4;29:2;30:13,21,
25;31:11,15,21;32:2,
4,6,10;157:12,14,17,
24;158:5
**computers (1)**
128:19
**concerned (1)**
48:25
**concludes (1)**
161:22
**conclusion (10)**
53:24;54:6,20;
132:6,14;134:3,20;
135:2;136:6;156:22
**conduct (1)**
143:14
**confident (1)**
28:23
**confirm (1)**
110:23
**confused (3)**
113:5;121:22;
122:6
**confusing (3)**
119:20;125:9;
126:8
**confusion (1)**
149:19
**conjecturing (1)**
129:16
**connect (1)**
81:3
**connection (1)**
148:22
**consider (13)**
31:20;32:5;46:12;
51:23;52:4;63:9,24;
67:7,10,13,19;72:12;
80:16
**considered (5)**
46:25;47:21;
51:25;52:9;67:18
**considering (1)**
68:13
**consistent (1)**
137:2
**consolidated (25)**

102:17;104:17;
105:18;106:24;
108:18,23;109:12,
16;115:7,9,14,23;
116:14,18;117:12;
124:12,15,20;125:5,
12,20;126:4,11,14;
127:24
**conspiracy (19)**
55:16;56:5,8,11,
12;57:17;96:22;
118:23;120:16,20;
128:8,14,18;129:11,
21;131:15,24;
132:11;133:25
**conspirators (1)**
117:5
**conspired (2)**
121:20;126:21
**Consumer (2)**
45:2;128:11
**contact (2)**
18:17,20
**contain (9)**
18:22;24:8,23;
28:18;29:3,10;30:7;
146:18;154:3
**contained (11)**
26:2;28:14;29:15;
55:7;70:24;78:25;
110:9,15;117:15;
146:19;150:4
**containing (4)**
86:22;87:4;129:7;
130:2
**contains (5)**
28:20,24;29:13,
23;41:11
**contention (1)**
120:14
**contingency (1)**
141:12
**continue (1)**
77:7
**CONTINUED (1)**
5:3
**continues (3)**
102:20;104:20;
106:22
**contract (2)**
96:12,17
**contribute (1)**
72:19
**conversation (1)**
94:2
**conversations (1)**
103:6
**Cooking (1)**
114:5
**copies (3)**
105:5;124:19;
152:16
**copy (19)**

38:14,15,17,23,25;
39:6,10,13;98:12,16,
21,23,25;99:5,7;
105:8,9,11,13
**corner (2)**
113:24;114:13
**corporate (1)**
41:18
**Corporation (3)**
5:7,9,19
**corrections (2)**
156:24,25
**correctness (2)**
158:25;159:10
**cost (2)**
79:6,11
**Costco (39)**
38:14;65:4,5,20;
66:12,22;67:4,14,22;
68:5,6,9,13,16;71:7,
15,24;72:14;74:15,
20,23;75:2,16;76:23;
77:3,7,14,22,24;
78:16;82:23;83:17;
85:18;86:8;87:17;
98:12;99:20;101:23;
129:9
**Costco's (3)**
72:22;73:24;85:21
**costs (2)**
141:14,17
**counsel (31)**
11:10;38:17;
93:19;97:11;100:9;
108:24,25;109:6,10;
110:10,16;119:5;
121:21;134:21;
135:15;137:13;
138:18;144:11,22;
147:16;148:12,16;
149:3,9;151:17;
152:4;153:19;
154:23;155:11;
156:23;157:13
**countless (1)**
128:19
**couple (3)**
76:19;148:20;
160:15
**coupons (1)**
80:3
**Court (13)**
9:4,12;10:10,11;
12:14;21:25;117:13;
119:10;125:17,23;
126:5;147:22;148:6
**Courtney (4)**
10:5;58:16,20;
160:9
**cover (1)**
76:5
**covered (1)**
121:9

Case 4:07-cv-05944-JST   Document 6232-3   Filed 07/29/23   Page 231 of 618
IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION
STATE OF CALIFORNIA v. SAMSUNG SDI, INC., CO., LTD.

LOUISE WOOD
October 15, 2012

**CPU (1)**
32:6
**credit (2)**
41:16,20
**CRT (64)**
24:2,22,25;25:4,8;
26:2;27:4;28:14,18,
20,24;29:3,10,13,15,
23;30:7;35:14,19;
41:8,11;52:20,24;
53:2,5,10,20;54:10,
15;55:7;63:10;64:3,
7;70:25;78:25;79:5,
11;84:8,23;85:2,6,
17;88:5;90:14;
92:10,13,19;98:13;
99:2;109:20;117:4;
128:9,13;130:25;
134:11,13,23;
135:11,16,20;136:2,
15;159:15,18
**CRTs (37)**
23:20,22;24:9,23;
53:15;55:9;70:15;
83:7;84:5;86:22;
87:4,8;88:3,6,7,10;
93:12;96:23,24;
111:16;118:24,24,
25;126:22;129:6,7,8,
12;130:2,25;131:6;
133:7,8,23;135:4;
159:13;161:5
**current (1)**
12:24
**currently (4)**
15:5;19:7;42:19;
101:22
**curved (1)**
37:17
**customer (2)**
81:5,11
**customers (2)**
134:23,24
**cut (1)**
39:10

**D**

**Daewoo (2)**
50:21;52:2
**damaged (1)**
129:21
**damages (1)**
32:16
**date (19)**
9:5;12:21,22;22:4;
38:16;39:18;40:4;
98:22;107:8;112:13;
145:14,19,24;
149:25;152:23;
153:5,12,18;158:13
**dated (1)**
107:14

**dates (2)**
16:19;116:6
**DC (2)**
5:21;148:13
**deal (1)**
68:8
**decide (3)**
47:2;52:6;96:9
**deciding (2)**
120:11;121:12
**decision (4)**
32:12;47:8;48:10;
63:7
**decisions (3)**
139:12,17,19
**Declaration (6)**
107:18;108:10,11,
14;115:3;124:25
**declining (1)**
134:12
**decrease (3)**
90:15;137:7;138:4
**decreased (2)**
137:9;138:9
**decreasing (3)**
136:17,25;137:4
**deep (2)**
36:14,15
**defendant (7)**
20:17;21:17;
128:17;140:11;
145:4;146:14;150:6
**Defendants (20)**
5:6,16;9:19;10:4,
23;18:25;53:9,19;
54:9,14;85:7;
109:21;117:5;120:4,
12,15;121:20;
126:21;129:18;
131:11
**Defendants' (2)**
128:8,14
**define (1)**
95:2
**defined (1)**
119:25
**degree (1)**
14:17
**degrees (2)**
14:14;15:2
**deliver (1)**
72:14
**delivery (2)**
72:12,21
**Dell (4)**
26:9;30:23;31:2,8
**demand (4)**
134:12;136:17,25;
137:4
**demonstrate (1)**
53:15
**deposed (2)**
11:2;23:9

**deposition (29)**
9:7;10:25;11:14;
12:8;22:2,3,11;24:3,
21;25:20;62:24;
63:4;96:21;97:24;
98:5;102:9;103:15;
105:5;138:23;139:3;
142:11;143:24;
144:24;148:7,13;
150:17;151:19;
152:12;161:22
**depositions (1)**
140:20
**describe (2)**
23:18;26:7
**described (1)**
16:24
**desirable (1)**
64:13
**desktop (2)**
30:20,21
**despite (1)**
134:11
**destroyed (1)**
142:6
**determine (2)**
69:17;109:7
**device (1)**
48:13
**diagonal (1)**
27:10
**differences (1)**
49:21
**different (4)**
44:20;51:10;84:5;
115:10
**digital (2)**
37:11,14
**diligence (5)**
131:11;132:4,7,9,
17
**dimensions (2)**
28:22;36:11
**DIR (13)**
57:18;60:23;
61:11,17;62:3;
92:21;93:13;103:3;
104:4,10;106:16;
110:19;141:3
**Direct (5)**
20:24;21:5,6,8,10
**directly (1)**
97:18
**director (2)**
18:13,15
**disclose (1)**
22:23
**discount (1)**
79:24
**discounted (1)**
79:22
**discounts (1)**
76:24

**discover (3)**
131:10,10,23
**discovered (2)**
131:19;132:12
**discovering (1)**
131:14
**discuss (7)**
22:20,23;5:68:21;
69:3;70:15;95:17,21
**discussed (10)**
19:5,11;70:14;
99:2,8;115:11;
121:8;147:18;
148:14;149:2
**discussing (6)**
40:3,10;123:10;
124:24,25;133:24
**Discussion (3)**
62:25;75:24;100:6
**discussions (1)**
121:5
**disk (7)**
62:23;63:4;97:23;
98:5;138:22;139:3;
161:21
**Display (3)**
5:8;26:24;36:5
**dispose (1)**
34:14
**distracted (1)**
103:18
**distributes (1)**
21:21
**District (2)**
9:12,12
**division (3)**
9:13;51:19,21
**divulge (5)**
93:4,22;103:6;
111:4;147:11
**Divulging (4)**
93:21;103:8;
118:17;121:15
**document (44)**
22:12,14;102:8;
103:13;104:15;
105:3;107:10,12,24;
108:7,16;111:18,21;
112:7,15,17,24;
113:3,9,12,20;114:9,
24;115:4,6,18;116:4,
8;121:25;122:15;
124:18,23;142:12;
143:23;145:2,10;
151:10,10,21,24,25;
152:3;153:8;158:21
**documentation (4)**
60:11,12,19;
132:17
**documents (33)**
57:16,22;58:2,5;
60:22;61:3,5,7,9,15,
21,25;62:8,11,11,14;

106:3,6;116:5;
141:25;142:6,17,22,
25;143:8,11,12,18;
146:24;147:2;
153:14;156:7,10
**DOJ (1)**
128:16
**dollar (1)**
46:5
**donate (1)**
34:23
**done (3)**
111:6;127:20;
159:23
**down (3)**
100:10;137:15,21
**draft (3)**
60:14,17;116:11
**drafted (1)**
61:10
**drafting (3)**
109:13;116:13;
155:13
**drafts (1)**
125:5
**driver's (1)**
13:21
**due (1)**
134:12
**duly (2)**
10:14;98:7
**duplication (1)**
152:14
**during (22)**
11:14;19:10;25:5,
9,15,18,20;26:2,5;
48:20;81:16;98:16;
109:19;117:3;130:3;
131:2;134:8;136:15,
20;148:13;157:11;
161:5
**DVD (1)**
37:9

**E**

**earlier (14)**
23:8;28:18;29:7;
87:13;88:12;99:2;
118:15;121:8;
124:15;140:13;
156:11,15;157:14,20
**early (1)**
133:8
**earn (1)**
13:25
**earned (1)**
14:23
**ease (1)**
48:25
**easier (3)**
32:9;48:18;93:8
**East (2)**

IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION
STATE OF CALIFORNIA v. SAMSUNG SDI, INC., CO., LTD.

LOUISE WOOD
October 15, 2012

12:25;16:6
**economists (1)**
83:16
**education (1)**
14:18
**eighth (1)**
101:6
**either (7)**
20:15;115:22;
130:15;133:21;
147:12;159:25;
161:19
**elected (1)**
157:12
**Electric (1)**
5:10
**Electronically (3)**
22:15;103:24;
106:13
**Electronics (2)**
5:18,18
**element (1)**
90:8
**else (20)**
15:19;50:17;65:6,
23;66:8,24;81:14,23;
82:2;84:2,19;89:2,3;
92:17;96:4,7;111:6,
8;113:7;141:17
**else's (1)**
73:25
**elsewhere (4)**
44:24;66:13;
71:22;130:2
**e-mail (3)**
91:5,6;94:18
**e-mailed (3)**
92:3;103:25;104:8
**emergence (1)**
134:13
**employed (5)**
15:5;16:10,12;
17:6;97:7
**employee (1)**
18:24
**employer (1)**
16:23
**employer's (1)**
16:22
**employment (2)**
19:8,11
**encourage (1)**
85:12
**end (9)**
62:23;72:6;97:23;
138:22;148:7;161:8,
9,10,21
**endeavor (1)**
149:10
**engage (1)**
20:13
**entire (2)**
128:14,22

**entirety (1)**
108:9;128:7
**entities (4)**
18:18,21;33:18;
34:3
**entitle (1)**
76:23
**entitled (5)**
89:24;106:21;
139:22
**entity (3)**
10:9;34:3;58:22
**equally (1)**
99:9
**equitable (2)**
89:19;119:14
**ESQ (2)**
5:13,22
**essentially (1)**
149:4
**Eva (1)**
148:20
**even (1)**
155:4
**events (1)**
156:4
**everyone (4)**
88:25;89:3,4,20
**evidence (2)**
132:11;137:10
**exact (2)**
15:12;116:6
**exactly (1)**
148:21
**EXAMINATION (3)**
10:17;98:9;160:13
**examined (2)**
10:16;98:8
**except (2)**
88:24;111:3
**Executive (4)**
20:14;99:14,19,22
**exercise (1)**
131:10
**Exhibit (103)**
21:25;22:3,8;
38:15;39:8,22;
40:10;65:3;74:6;
98:11,21,24;99:3,8,
9;102:9,12;103:14,
19;105:4,14,24;
106:3;107:4,5,9;
108:9,14,17;112:8,9;
115:2,3,9,11,14;
116:11;123:10,12,
14;124:2,7,10,16;
142:9,10;143:6,25;
144:2,23,24;145:11,
12,16,17,21,22,22;
146:7,8,12,19;
147:25;148:4,15;
149:6,11,13,23,24;
150:16;151:2,18;

152:5,19,21,21,24;
153:2,3,3,8,10,10,14,
15,16;154:9,12,13,
14;155:5,16,25;
157:4,5,7;158:10,11,
12,14;159:10,11
**exhibits (17)**
113:12;145:12,17,
25;146:6,11,17;
148:24;150:13;
152:6,13;153:16,22;
154:15,25;158:25;
159:2
**exist (1)**
138:11
**existence (1)**
131:15
**expect (6)**
66:7;89:17;90:15;
137:7,14,19
**expected (2)**
82:9,11
**expensive (5)**
44:16,19;64:3,7,12
**experiencing (1)**
133:6
**expert (13)**
65:14;86:6;87:19;
88:18;89:14;90:19;
129:3,14;137:6,12,
17;138:13,17
**explain (2)**
10:25;57:3
**Express (1)**
41:15
**expressed (1)**
157:20
**extent (5)**
38:25;62:10;
67:19;79:14;103:7
**extra (1)**
73:12

**F**

**f/k/a (1)**
5:9
**face-to-face (3)**
95:6,11,16
**facing (3)**
136:17,24;137:3
**fact (4)**
30:2;36:4;39:17;
93:25
**factor (11)**
44:7;45:7,9,10,12;
47:8,14,21;48:2,9;
49:14
**factors (3)**
30:14;47:10;48:6
**facts (2)**
110:24;131:19
**faded (1)**

38:22
**fading (1)**
40:9
**fair (8)**
40:10;66:4,6;
77:10,13;89:19;
119:14;122:10
**fall (1)**
51:3
**falls (1)**
51:14
**familiar (4)**
37:4,6;45:13,15
**far (5)**
43:14;49:16;
139:15,18;156:14
**farther (2)**
19:14;114:8
**feature (2)**
31:15;49:10
**features (13)**
32:10;36:19,21,22,
23;43:16;48:7,8,9,
14;68:22;69:3;70:14
**Federal (2)**
119:10,11
**fee (1)**
77:11
**feel (3)**
82:15;94:5;124:3
**fees (3)**
140:23;141:9,17
**fell (1)**
90:14
**felt (1)**
47:5
**few (1)**
46:18
**Fifth (2)**
5:11;9:8
**figure (3)**
38:10;83:13,16
**file (2)**
117:11;125:16
**filed (9)**
107:14;110:25;
112:22,23;115:18;
119:16,17;125:23;
126:4
**find (9)**
39:16;53:12;
66:13;71:18;79:3;
111:13,14,17;142:25
**Fine (5)**
34:7;86:4;100:14;
122:4;152:17
**finish (4)**
12:2,5,5,10
**firm (4)**
20:6,10,16;97:10
**firms (1)**
97:7
**first (29)**

10:14;22:12;
26:10,10;50:12,17;
52:17,19;63:16;
90:21;91:3,13;
105:24;106:5;
115:13;122:2,23;
125:19;142:16;
144:7,14;145:5;
146:15;150:7;151:6,
9,10;152:14;154:9
**fit (1)**
70:4
**fix (7)**
96:23;121:20;
126:21;128:8;
137:24,25;138:2
**fixed (3)**
87:25;88:2;128:20
**fixing (7)**
23:20;83:6;87:21;
133:25;136:21
**flat (5)**
35:21,22;36:5;
37:18;64:19
**flip (2)**
107:16;124:3
**floor (2)**
80:14,16
**flyer (1)**
86:11
**flyers (2)**
86:10,13
**following (4)**
124:17;131:17,18;
132:16
**follows (2)**
10:16;98:8
**Fordham (1)**
14:21
**forget (1)**
148:21
**form (94)**
25:16,22;26:17;
27:5;29:4,16,19;
30:8,16;31:16;
32:18;41:13;44:8;
45:20,25;46:9,14;
47:3;49:7;53:22;
54:4,17;55:17;
56:13;59:9;62:5,15;
63:13;64:17,24;
65:13;66:17;67:23;
75:13;77:5,19;78:2,
7,19;79:13,20;80:21;
82:7;83:19;85:10,15,
23;86:24;87:10,18;
88:16;90:2,10,17;
92:14;100:24;
101:12;105:22;
109:3,8;111:22;
115:24;118:7,12,21;
119:19;125:7,25;
126:6;127:14;129:2,

13,22;131:3,20;
132:5,13;134:2,19,
25;135:7,13,18;
136:4;137:5,11,16;
138:6,12,16;144:12;
156:21;158:2,7
**formal (5)**
148:15,23;149:11,
15;155:4
**former (1)**
128:18
**forward (3)**
17:24;108:10,11
**foundation (29)**
27:6;30:9,17;
31:17;53:24;54:6,
19;55:18;59:11;
63:14;66:18;77:20;
78:3,8,20;79:15;
80:22;86:6,25;
88:17;90:11,18;
92:15;100:25;
101:13;126:2,7;
132:14;136:5
**fourth (27)**
108:19,23;109:12,
16;112:3;115:6,8,10,
13,22;116:14,18;
117:12,12;122:11;
124:12,14,20;125:5,
12,19;126:3,11,14;
127:24;131:8;
132:19
**Francisco (3)**
9:13;91:14;119:9
**free (2)**
94:5;124:3
**friends (2)**
51:7;101:6
**front (2)**
122:7;148:6
**Frutig (10)**
10:8,8;29:18;
32:20;33:6,12,17;
34:2;160:7,7
**fulfilling (1)**
139:14
**full (1)**
73:10
**fully (1)**
11:8
**fun (1)**
96:21
**function (1)**
43:5
**further (2)**
98:8;161:16,18
**future (2)**
159:13,16

## G

**garbage (2)**

35:2,5
**gas (2)**
72:19;114:6
**gather (1)**
147:6
**gave (5)**
61:5,8;62:7,11,15
**generalist (1)**
18:5
**generally (3)**
34:5;79:5;85:18
**gets (1)**
88:25
**gift (6)**
74:25;75:16;76:4,
10,11,12
**gifts (1)**
76:16
**gist (1)**
33:21
**Given (5)**
28:21;43:25;
117:13;125:17;
141:20
**giving (1)**
132:11
**glad (1)**
100:12
**GOLDSTEIN (69)**
5:13;9:17,17;
10:18,22;11:23;
21:24;33:9,14;34:9,
10;38:13,20;39:3,9,
19,21;42:5,10;58:19;
62:18,21;63:6;76:18,
22;93:17,25;97:19;
98:10,14;100:12,16;
105:9;107:3;108:2;
113:15,19;114:13;
119:6;121:23;
122:10,13,22;123:2,
22;126:17;133:2;
138:19;139:4;
140:18;145:7,20;
148:17;149:4,16,21;
152:8,15,18,24;
153:6,13,21;154:18;
155:6,9;159:23;
160:11;161:18
**GOLDSTEN (1)**
76:3
**Good (12)**
9:2;10:19,20;43:8;
65:7,16,21,22,24;
66:2;77:9;82:6
**Google (2)**
117:24;127:11
**Googled (2)**
111:12,13
**Gooogling (1)**
127:19
**GOTSHAL (5)**
5:5;9:8,18,22;

10:22
**grade (1)**
101:6
**graduate (2)**
14:7,18
**GRALEWSKI (213)**
9:23,23;11:12,19;
12:5;22:18,21,22;
23:6;25:16,22;26:16,
22;27:5;29:4,16;
30:8,16;31:16;
32:18;33:15,21;
34:7;38:17,21;39:5,
15,20;40:4,10;42:8,
14;44:8;45:20,25;
46:8,14;47:3;49:7;
53:22;54:4,12,17;
55:2,17;56:13;
57:19;59:9,16;
60:24;61:12,18;62:4,
20;63:13;64:17,24;
65:13;66:17,25;
67:23;68:3;75:13,
18;76:13,20;77:5,19;
78:2,7,12,19;79:13,
20;80:21;82:7,16;
83:19;85:3,9,23;
86:5,24;87:6,10,18,
24;88:16,23;89:13;
90:2,5,10,17;91:8;
92:14,22;93:14,19;
94:4,12,16,23;95:17,
21;96:5,6,18;97:21;
100:9,14,24;101:12;
102:11;103:4,16;
104:5,11;105:7,12,
22;106:17;107:18,
22;108:3;109:3,8;
110:20;111:2,22;
113:4,13,17,22;
114:4,11,14,17,19,
21;115:24;116:21;
118:7,12,21;119:4,8,
19;121:21,24;
122:12,14,17,21,24;
123:3,15,18,21,23;
125:7,25;126:6,15,
18;127:14;128:2,4;
129:2,13,22;131:3,
20;132:5,13,23;
134:2,19,25;135:7,
13,18;136:4;137:5,
11,16;138:6,12,16;
140:24;141:4;
144:12;147:10,21;
148:4,18;149:8,17;
150:18,23;152:11,
17;153:19;154:16,
23;155:7;156:21;
158:2,7;160:3,12,14;
161:16
**Gralewski's (1)**
108:10

**ground (1)**
104:6
**grounds (9)**
57:20;61:2,13,19;
94:14;104:14;
106:18;110:21;
141:6
**group (4)**
148:20;149:12;
152:5;154:25
**groups (2)**
89:8,11
**guarantee (1)**
66:12
**guess (2)**
26:13,14
**guilty (4)**
57:9;127:6,7,9

## H

**half (2)**
122:14;133:7
**hand (2)**
39:6;63:16
**happy (4)**
39:3;42:14;82:10;
94:9
**harm (2)**
121:10;128:10
**harmed (2)**
89:11;128:18
**head (1)**
12:15
**healthy (1)**
101:20
**hear (1)**
94:7
**heard (2)**
45:19;49:19
**hearing (1)**
92:7
**heavy (1)**
34:19
**held (3)**
9:7;21:16,19
**help (4)**
81:6;107:25;
150:19,25
**herein (1)**
128:11
**herself (1)**
85:14
**hidden (1)**
114:4
**high (1)**
14:7
**higher (3)**
83:22;89:8;128:12
**hire (1)**
20:16
**hired (1)**
18:24

**Hitachi (9)**
50:21;51:23;
55:24;57:10,11,12,
16,23;58:6
**hoed (1)**
62:5
**Hold (9)**
26:16;41:20;46:8;
59:16;76:13;85:9;
92:22;103:4;147:10
**holder (7)**
99:21;100:3,20,
23;101:3,22;102:3
**home (4)**
13:6;42:4;81:19,
21
**homes (1)**
13:8
**honest (1)**
15:14
**Honestly (2)**
21:2;24:12
**honesty (1)**
100:10
**hope (1)**
76:16
**hoping (1)**
119:12
**Hosokawa (1)**
9:21
**hour (1)**
72:6
**HR (1)**
18:16
**human (2)**
18:5,7
**hypothetical (6)**
45:21;78:8,20;
90:3,12,18

## I

**identical (3)**
85:11,13;125:6
**identification (14)**
22:4;38:16;98:22;
107:8;112:13;
145:13,19,24;
149:25;152:22;
153:5,12,17;158:13
**identify (1)**
22:10
**imagine (1)**
122:6
**important (8)**
31:14,15,23;
32:11;45:5,14;
47:17;52:21
**inch (1)**
36:9
**inches (7)**
28:5,6;35:13;
36:13,15;47:8;70:10

Case 4:07-cv-05944-JST   Document 6232-3   Filed 07/29/23   Page 234 of 618
IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION
STATE OF CALIFORNIA v. SAMSUNG SDI, INC., CO., LTD.

LOUISE WOOD
October 15, 2012

**include (7)**
38:11;56:19;
109:2;120:12;143:4;
161:11,13
**included (1)**
102:22
**including (1)**
112:25
**income (1)**
13:25
**Incomplete (6)**
45:21;78:8,20;
90:3,12,18
**inconsistent (2)**
136:16,23
**increase (4)**
90:15;133:11,23;
138:2
**increased (1)**
49:5
**increases (5)**
134:10,11;136:14,
20,23
**Inc's (3)**
144:7;146:14;
150:7
**indeed (1)**
22:25
**independent (7)**
60:10;72:21;
110:11;116:3;
117:19;127:8,20
**independently (1)**
62:8
**indicate (6)**
40:4,15;41:10;
57:16;138:10,15
**indictment (1)**
128:17
**indirect (32)**
56:24,25;83:21;
87:20;88:10;97:11;
102:16;104:16;
105:17;107:5,12,19;
111:16;112:9,18;
123:6;124:11,14,19;
128:11,16,24;
142:18;144:7;145:3;
146:12;150:3,5;
151:7;154:10;155:3;
161:4
**indirectly (2)**
109:20;117:4
**individual (1)**
119:17
**individuals (3)**
20:17;161:11,13
**Industrial (1)**
5:10
**industry (4)**
21:7,9,11;133:10
**ineffective (1)**
138:11

**influence (1)**
51:13
**Info (2)**
133:9,12
**information (17)**
82:19;86:12;
110:14,18;135:5,11;
144:6;145:5;146:14,
25;147:7;150:6;
152:2;155:15,19,20;
156:8
**initiated (1)**
142:5
**injured (3)**
54:13;109:22;
117:6
**injury (1)**
54:16
**input (1)**
120:11
**inserted (1)**
23:20
**inside (5)**
52:20;78:25;84:8,
23;85:2
**installation (1)**
81:10
**installing (1)**
81:6
**instead (3)**
32:2;52:7;63:10
**instruct (14)**
57:19;60:24;
61:12,18;62:12;
92:23;93:15;94:16;
103:10;104:5;
106:17;110:20;
141:4;147:15
**instructed (3)**
93:4;94:13;147:11
**instructing (2)**
93:23;104:12
**instruction (2)**
62:6;104:12
**instructs (1)**
11:16
**intend (2)**
116:16;120:9
**intended (2)**
119:17;149:14
**intent (3)**
117:11;120:6;
125:16
**intention (1)**
120:3
**interested (2)**
46:21;63:12
**internet (1)**
44:23
**Interrogatories (21)**
144:7,10,15,18,21;
145:5;146:15,19;
147:8;150:7;151:7,

13,16;154:2,5,8,10;
155:24;157:10;
158:23;159:7
**interrogatory (6)**
148:19;149:6;
154:21;157:9,18,23
**interruption (1)**
100:10
**into (6)**
23:20;51:3,14,17;
70:5;114:8
**introduce (2)**
98:18;145:8
**involved (18)**
21:13;57:4,13,17,
23;58:6,10,14,23;
59:7;60:3,7,15;
109:13;120:15,19;
146:22;151:23
**involvement (1)**
116:13
**Island (1)**
15:11
**issue (5)**
128:15,25;133:12;
148:14;157:2

**J**

**J&R (1)**
86:20
**James (1)**
9:3
**January (1)**
96:11
**Jersey (1)**
101:19
**job (2)**
59:17,17
**jointly (1)**
41:20
**Journal (2)**
130:10,20
**journals (1)**
130:5
**judgment (2)**
30:3;52:17
**judgments (2)**
30:6;51:2
**July (1)**
144:16
**jump (2)**
122:11;149:22
**June (1)**
107:14

**K**

**keep (7)**
16:20;74:7,9,11,
13;103:17;114:19
**Kern (14)**
91:9,10,13,18,23;

13,16;154:2,5,8,10;
155:24;157:10;
158:23;159:7
92:2,8,17;94:18;
96:2,8,15;97:6;
140:14
**KEVIN (3)**
5:13;9:17;10:21
**kind (7)**
35:9;42:20;52:24;
53:2;66:16,22;161:8
**Kirby (1)**
9:23
**knew (2)**
44:10;67:20
**knowledge (13)**
19:4;53:17,18;
86:8;110:11;117:19;
118:5,11,15;126:23;
127:3,5;155:23
**Koninklijke (1)**
5:17

**L**

**label (1)**
84:20
**labelled (1)**
157:6
**Lacks (29)**
27:6;30:9,17;
31:17;53:24;54:6,
19;55:18;59:10;
63:14;66:18;77:20;
78:2,8,20;79:14;
80:22;86:6,25;
88:17;90:11,18;
92:15;100:25;
101:13;126:2,7;
132:14;136:5
**large (4)**
29:14;30:2;43:23;
70:6
**larger (6)**
42:18;43:3,15,20;
64:21;65:2
**largest (1)**
69:23
**last (4)**
16:23;62:7;148:8;
149:3
**lastly (1)**
153:13
**latest (2)**
63:16,19
**law (5)**
9:22;96:25;97:7,
10;131:12
**lawsuit (9)**
89:18;96:10,21;
119:2,7,13;140:2,8;
142:5
**lawyer (24)**
22:17;79:4,9,12;
89:16;91:2,7;92:12;
93:6,7;116:2;117:17,

20;118:9,11,18;
120:2,5,10,17,21;
125:10;158:4,9
**lawyers (19)**
55:4;62:9,11,15;
92:25;93:3,5,11,18;
94:15;95:17;103:9;
111:5;126:25;127:3;
134:16;147:12,13,18
**LCD (15)**
27:13,24;35:19;
50:21,22;63:9,12,18,
21,24;64:13;70:17,
20;157:21;158:6
**lead (4)**
58:5;61:22,25;
97:11
**leading (1)**
47:22
**least (1)**
19:4
**leave (10)**
33:11,12;34:15;
107:7,13;112:11,19;
117:13;123:6;
125:17
**led (7)**
29:9;30:14;36:2;
48:3;49:14;57:22;
90:24
**legal (26)**
53:24;54:6,20;
87:19;88:18;89:14;
90:5,12,19;118:19;
129:3,14;131:21;
132:6,14;134:3,20;
135:2;136:6;137:6,
12,17;138:13,17;
156:22,22
**less (2)**
66:10;129:10
**levels (1)**
128:10
**license (2)**
13:21,23
**lift (1)**
34:20
**limit (3)**
70:6,9;118:25
**limited (1)**
67:2
**Limited's (2)**
142:16;151:6
**list (1)**
25:4
**listed (6)**
68:23;119:18;
120:4,15,19;121:2
**literally (1)**
122:5
**Litigation (6)**
9:11;92:10;
131:13,16,24;141:14

**little (5)**
19:13;39:11;
98:17;121:8;124:18
**live (4)**
13:10;67:2;
101:15,18
**lived (2)**
13:3,4
**Living (1)**
67:12
**LLP (2)**
5:5,15
**locate (2)**
143:8,10
**located (2)**
9:8;68:6
**long (11)**
13:3;15:11,21;
16:2,12;17:8;19:20;
20:7;68:24;74:11;
143:14
**longer (2)**
27:18,19
**look (21)**
22:5;39:4;72:21,
24;98:23;106:20;
108:6;112:6;114:14;
115:3;120:22;122:9,
18;124:2;142:9;
148:10;154:12;
156:6,7;157:5;
158:11
**looked (3)**
62:8,14;64:10
**looking (7)**
48:16;69:10,13;
70:2;113:6;122:9;
147:25
**Lorraine (1)**
10:11
**Los (1)**
9:4
**lot (2)**
76:15;150:19
**Louise (14)**
9:14;20:11,12;
62:24;63:4;97:24;
98:5;109:18;110:2;
117:2,8;138:23;
139:3;161:22
**lower (4)**
65:8,17,25;66:13
**Ltd (3)**
5:8,10;154:9
**luncheon (1)**
97:25

**M**

**madam (1)**
147:22
**magazines (1)**
44:23

**main (1)**
85:21
**maintain (3)**
77:7;126:21;128:8
**making (2)**
23:18;85:14
**MALAISE (3)**
5:22;10:3,3
**manager (2)**
20:2,3
**MANGES (3)**
5:5;9:8,18
**Manhattan (3)**
67:2,12;72:11
**manner (1)**
153:20
**manual (2)**
84:12,14
**manufacture (4)**
18:18,21;86:21;
87:4
**manufactured (8)**
53:9;54:10;55:10;
84:16,17,25;87:8;
88:8
**manufacturer (5)**
51:14;84:22;88:6;
89:23;90:15
**manufacturers (16)**
50:15;51:3,17;
55:13,15,20,22,23;
85:7;88:7,13;89:5;
118:24;129:12;
134:23,24
**manufacturers' (1)**
56:2
**manufactures (1)**
21:20
**many (11)**
26:4;28:5;60:15;
61:15;68:12;94:21,
25;95:11,14,24;
116:5
**March (6)**
25:5,18;55:10;
121:11;133:9,16
**Mario (1)**
124:25
**mark (12)**
21:25;38:14;
98:19;107:4;112:8;
145:9,15;149:22;
152:20,25;153:7,13
**marked (30)**
22:4;38:15;98:21;
102:9;103:14;105:4,
10;107:7;112:12;
127:16;142:10;
143:5,24;144:24;
145:13,18,23;
149:25;150:17;
151:19;152:9,11,15,
22;153:4,11,14,17;

158:10,13
**market (9)**
21:8;136:15,17,
24;137:3,10,15,20;
159:22
**Marketing (4)**
20:24;21:5,6,11
**married (2)**
13:12,14
**Marsh (3)**
16:11;17:2;18:9
**match (2)**
66:12;149:12
**Matsushita (1)**
5:10
**Matt (4)**
10:8;29:18;33:7,9
**matter (3)**
91:11;141:9,14
**matters (1)**
91:24
**may (19)**
11:15;12:3,6;
35:17,17;38:8,12;
51:12;65:20;92:13;
107:24;111:6,6;
129:10;133:24;
147:12;149:19;
150:13;159:6
**Maybe (6)**
31:24;36:9,14;
46:25;103:17;
160:18
**MBA (2)**
14:23;15:3
**McInerney (1)**
9:24
**McLennan (3)**
16:11;17:2;18:9
**mean (14)**
27:9;33:21,22;
36:22;45:11;54:3,8;
65:8,20,25;66:5;
89:3;122:17;127:2
**means (4)**
36:23;37:5;
104:12;134:18
**meant (1)**
132:8
**media (2)**
92:9;130:2
**meet (3)**
91:13,20;94:19
**meeting (2)**
95:2;97:5
**meetings (3)**
95:8,11,16
**member (9)**
20:20;74:17,20;
75:2,16;76:7,23;
77:24;99:19
**members (5)**
21:4;99:14;

128:15,23;131:9
**membership (12)**
74:15,24;75:4,6,
11,15;76:4,15;77:8,
11;99:22;101:23
**Memorandum (4)**
112:11,20,25;
114:2
**memory (2)**
38:9;116:3
**men (2)**
34:16,17
**mention (1)**
70:17
**mentioned (8)**
24:5;28:17;32:15;
39:24;86:2;117:21,
23;156:20
**met (5)**
91:14;94:20,22;
95:6;96:6
**MetLife (5)**
15:8,10,21;18:14;
19:7
**might (15)**
41:25;42:2,3,7,13;
91:4;92:9,18;
104:25;106:8,10,11;
143:17;150:19,24
**million (1)**
111:16
**mind (3)**
50:19;94:8;123:21
**minimum (1)**
70:12
**minutes (2)**
69:2;143:16
**mischaracterizes (1)**
118:13
**misleading (2)**
119:20;126:7
**misquote (1)**
29:8
**misstates (14)**
27:6;29:5;30:9,17;
31:17;59:10;63:14;
79:14;92:15;109:9;
111:23;118:13,14;
158:3
**mistakenly (1)**
148:8
**MKD (1)**
127:13
**model (13)**
37:22;38:3,8,10;
40:16;43:24;44:13,
20;48:16,17;63:21;
80:14,17
**models (8)**
43:21;44:4,17,20;
51:23;52:2,4,10
**modifications (1)**
99:6

**modified (1)**
40:13
**moment (3)**
10:21;39:25;
115:11
**money (3)**
44:12;141:20,22
**monies (1)**
141:17
**monitor (23)**
21:14;26:21;27:3,
4,13,15,23,24;28:2,
11,13;30:13,15;31:5,
11,15,21;32:2,6,11;
80:10;157:12;
159:19
**monitors (25)**
18:22;23:21;24:6,
15,19,23;25:15,21,
25;26:4,8,25;29:2,9,
14;30:6;31:2;
157:15,17,21,25;
158:6,6;159:15;
161:5
**mono (1)**
37:11
**month (1)**
22:13
**months (6)**
15:22,23;16:3,4,
13;94:21
**more (21)**
44:16,19;64:3,6,
12;66:7;69:19;
76:19;77:14,24;78:5,
10,14;108:13;
109:21;113:6;117:4;
134:14;149:22;
150:19;160:18
**morning (3)**
9:2;10:19,20
**most (2)**
133:11;140:19
**Motion (13)**
107:6,6,13,13,20,
20;112:10,10,19,19;
113:9,10;123:6
**move (2)**
103:16;134:5
**moving (1)**
114:8
**MT (1)**
5:8
**much (12)**
45:23;71:15;72:4;
74:23;75:6;78:14,
23;79:5;83:11,14;
90:8;113:23
**Music (1)**
86:20
**mute (1)**
160:4
**Myers (1)**

Case 4:07-cv-05944-JST   Document 6232-3   Filed 07/29/23   Page 236 of 618
IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION
STATE OF CALIFORNIA v. SAMSUNG SDI, INC., CO., LTD.

LOUISE WOOD
October 15, 2012

10:6
**myself (1)**
87:22

## N

**Nakayama (1)**
9:21
**name (16)**
9:3,13;16:22;
20:10;45:24;47:2,7;
49:18,20;50:9;
97:10;102:21;
108:22;109:2;
116:10;126:10
**named (12)**
33:18,19;34:3,4;
47:20,25;49:13;
57:8;58:22;102:24;
104:21;106:23
**names (7)**
49:18,22,22;50:11,
13;56:3;120:25
**narrative (1)**
85:24
**nature (2)**
18:2;93:22
**necessarily (3)**
93:22;137:25;
138:14
**necessary (1)**
155:8
**need (9)**
11:17;12:8;42:5,
11;49:3,11;105:7;
156:25,25
**needed (2)**
70:4,12
**needs (1)**
75:20
**negotiate (1)**
71:3
**Neither (1)**
140:10
**neutral (2)**
45:10,11
**New (56)**
5:12,12;9:8,9;
10:15;12:25;13:2,17,
23;14:2,5,12;15:18,
18;16:7,8,8,17,18;
17:14,15,15,21,22;
35:6;36:7;43:2;
63:25;64:8,10,21;
71:12,14;73:17;
80:13,23;101:15,19;
107:17;109:19;
117:2;130:9,17;
134:13;136:18;
137:19;142:17;
145:3;146:12;
148:23;150:3,4;
151:7;154:10;155:3;

161:3
**newest (3)**
148:19;149:12;
154:25
**news (2)**
92:8;111:17
**newspapers (1)**
130:6
**next (6)**
11:12,23;40:18;
105:3;134:5;136:12
**nine (2)**
17:10,17
**nod (1)**
12:15
**non-brand (1)**
49:22
**non-CRT (1)**
157:12
**None (1)**
139:21
**non-members (4)**
76:25;77:3,17,21
**non-VCR (1)**
49:14
**nor (1)**
140:10
**North (2)**
5:7,19
**Northern (1)**
9:12
**Nos (1)**
99:2
**Notary (1)**
10:14
**note (5)**
39:9;42:6;98:14;
112:7;148:5
**noted (1)**
161:23
**notice (13)**
22:2,3,11,20,25;
23:5,15;107:6,13,20;
112:10,18;113:10
**notwithstanding (1)**
157:2
**November (6)**
25:6,19;33:2;40:8;
55:11;121:11
**number (8)**
38:3,8,11;40:16;
55:23;132:24,24;
157:9
**numbered (1)**
98:12
**numbering (2)**
107:17;114:9
**numbers (8)**
113:2,20,23;
123:14;148:15;
149:11,13;155:5
**NV (1)**
5:18

**NW (1)**
5:20

## O

**oath (1)**
11:5
**object (95)**
11:15;25:16,22;
26:17;27:5;29:4,16,
19;30:8,16;31:16;
44:8;45:25;46:9,14;
47:3;53:22;54:4,17;
55:17;56:13;58:17;
59:9,20;62:5;63:13;
64:17,24;65:13;
66:17;67:23;75:13;
76:14;77:5,19;78:2,
7,19;79:20;80:21;
82:7;83:19;85:10,
23;86:24;87:10,18;
88:16;89:13;90:2,10,
17;92:14;93:14;
100:24;101:12;
105:22;106:15;
109:3,8;110:20;
111:22;113:14;
118:7,12,21;119:19;
125:7,25;126:6;
127:14;129:2,13,22;
131:3,20;132:5,13;
134:2,19,25;135:7,
13,18;136:4;137:5,
11,16;138:6,12,16;
144:12;156:21;
158:2,7
**objecting (1)**
33:25
**Objection (21)**
32:18,21;33:6,11,
13,16,24;34:5;45:20;
49:7;68:4;76:21;
79:13;85:3,14;
88:23;93:19;94:6,9,
12;115:24
**objections (11)**
12:6;26:22;54:12;
66:25;78:12;87:6,
24;145:4;146:13;
150:5;151:24
**objective (1)**
69:23
**obligations (2)**
139:9;141:24
**obsolescence (1)**
134:12
**obtain (1)**
77:14
**occurred (1)**
94:2
**October (162)**
9:1,5;10:1;11:1;
12:1;13:1;14:1;15:1;

16:1;17:1,4;18:1;
19:1;20:1;21:1;22:1;
23:1;24:1;25:1;26:1;
27:1;28:1;29:1;30:1;
31:1;32:1;33:1;34:1;
35:1;36:1;37:1;38:1;
39:1;40:1;41:1;42:1;
43:1;44:1;45:1;46:1;
47:1;48:1;49:1;50:1;
51:1;52:1;53:1;54:1;
55:1;56:1;57:1;58:1;
59:1;60:1;61:1;62:1;
63:1;64:1;65:1;66:1;
67:1;68:1;69:1;70:1;
71:1;72:1;73:1;74:1;
75:1;76:1;77:1;78:1;
79:1;80:1;81:1;82:1;
83:1;84:1;85:1;86:1;
87:1;88:1;89:1;90:1;
91:1;92:1;93:1;94:1;
95:1;96:1;97:1;98:1;
99:1;100:1;101:1;
102:1;103:1;104:1;
105:1;106:1;107:1;
108:1;109:1;110:1;
111:1;112:1;113:1;
114:1;115:1,15,16,
21;116:1,8;117:1;
118:1;119:1;120:1;
121:1;122:1;123:1;
124:1;125:1,21;
126:1;127:1,18;
128:1;129:1;130:1;
131:1;132:1;133:1;
134:1;135:1;136:1;
137:1;138:1;139:1;
140:1;141:1;142:1;
143:1;144:1;145:1;
146:1;147:1;148:1;
149:1;150:1;151:1,
11;152:1;153:1;
154:1;155:1;156:1;
157:1;158:1;159:1;
160:1;161:1

**off (15)**
39:10;62:21,22,
25;75:19,21,22,24;
97:22;100:4,6;
138:20,21;155:5;
161:20
**offer (5)**
65:8;16;66:15,21;
83:18
**offering (1)**
65:17
**offers (1)**
65:20
**office (4)**
17:11,16;81:21;
143:21
**offices (5)**
9:4,7;15:15,17;
17:19

**Oku (1)**
9:21
**old (1)**
12:22
**O'Melveney (1)**
10:6
**once (2)**
93:21;94:20
**one (42)**
16:23;18:24;
24:24;25:10;26:11;
33:18;34:3,19;
42:19;43:3;44:14;
48:11;52:18;53:9,
19;54:9,14;68:15;
71:24;74:2;95:13,
15;102:22;105:10;
109:20;113:6;117:4;
122:2;124:24;125:2;
132:12;141:24;
148:3,4;149:22;
154:17;156:16;
157:15;159:20,25;
160:18,18
**ones (5)**
19:4;46:22;49:18;
130:8;154:25
**one-year (1)**
73:22
**on-line (3)**
67:7,10;72:24
**only (15)**
12:12;25:8,10;
32:15;43:2;47:8,16,
21;49:14;119:16,17;
122:6;132:7,8;134:9
**onto (4)**
88:25;106:22;
128:15,23
**open (3)**
83:24,24;84:2
**opinion (10)**
51:4,6,8,20;66:3;
82:5;85:18;86:22;
87:3,9
**opposed (2)**
52:17;65:6
**option (1)**
67:20
**options (2)**
67:3,21
**original (12)**
38:19,22,24;39:7,
7,17;40:11;56:23,24,
25;98:15;113:16
**others (2)**
46:19;55:25
**Otherwise (1)**
103:9
**out (14)**
15:15;34:16,17;
38:10,25;39:18;
53:13;62:4;79:3;

IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION
STATE OF CALIFORNIA v. SAMSUNG SDI, INC., CO., LTD.

LOUISE WOOD
October 15, 2012

83:13,16;93:3;
119:12;150:25
**outside (2)**
13:25;19:7
**over (8)**
12:4;22:6;23:19;
44:11;51:15;133:6;
137:9;138:9
**overage (1)**
128:23
**overcharge (9)**
87:17;88:15,22;
119:15;128:14,24;
129:6,8,18
**overcharged (7)**
87:14;90:22,25;
91:4;92:13,18;93:12
**oversight (1)**
149:9
**own (18)**
13:19;14:14;20:6,
16;23:17;27:18,19;
28:9;32:22;33:3;
34:11;42:21;51:7;
53:17,18;94:8;105:8,
13
**owned (5)**
42:19;48:20;49:3;
55:6;81:16
**owner's (2)**
84:12,14

**P**

**package (2)**
30:25;81:14
**page (50)**
102:19,20;104:18;
106:21;107:17,21,
23,24;108:3,4;
109:15;113:2,2,19,
20,23;114:2,9,10,15,
16,17,18;115:2,7;
116:19,21;121:23;
122:2,5,18,20,21,23,
24;123:13,14,16;
126:16;128:2;133:3;
134:6;147:25;148:8;
154:13,18,20;
155:13;157:6,6
**pages (3)**
102:18;108:13;
123:12
**paid (11)**
71:15;77:24;
82:15;83:2,22;
87:16;89:8;119:15;
128:13;141:11,12
**Panasonic (14)**
5:6,9,9;19;10:22;
46:18,24;50:4,11,18;
52:10,13;55:24;58:9,
10

**paper (2)**
122:7;150:19
**paragraph (24)**
102:18,20;104:19,
20;106:21,22;
109:17,18;116:17,
20,22,24;121:19;
126:13,20;127:23;
128:7;131:7;132:4,
18;134:5,7;136:12,
12
**paragraphs (1)**
120:23
**parameters (1)**
69:9
**Park (1)**
17:13
**part (11)**
30:18;31:6;53:15;
56:4,7,11,11;81:13,
24;123:9;155:12
**participate (1)**
55:16;96:20
**particular (5)**
30:15;33:18;
39:16;42:16;133:20
**particularly (1)**
64:14
**party (3)**
54:13;129:18;
140:7
**passed (5)**
87:22,23;88:25;
128:15,23
**pay (14)**
14:4;49:10;66:7,
10;69:19;72:16;
73:12,15;74:23;75:4,
6;76:9;78:15;81:10
**Paying (4)**
120:25;128:12;
141:8,16
**payment (2)**
41:13;119:14
**PC-related (1)**
133:11
**penalty (1)**
150:10
**pending (5)**
12:9;119:3,7,9,23
**Pennsylvania (1)**
5:20
**People (2)**
21:6;161:3
**per (1)**
75:9
**perceive (2)**
49:21;85:21
**percent (10)**
73:18;79:7,8,11;
99:14,24;100:18,23;
101:10;102:4
**perception (2)**

51:13;63:18
**performed (2)**
82:9,11
**period (26)**
19:10;25:5,9,15,
18,20;26:2,5;41:5;
74:5;86:19;109:19;
117:3;121:9,13,17;
130:3;134:8;135:25;
136:8,16,20;137:9;
138:10;157:11;
161:5
**periods (1)**
134:9
**person (5)**
34:19;63:15;
72:15,16;97:7
**personal (7)**
41:16;81:18;
88:11;126:23;127:3;
134:17;161:10
**personally (1)**
67:5
**pertinence (1)**
39:17
**Philip (1)**
10:4
**Philips (2)**
5:17,18
**phone (9)**
95:4,14,20,24;
96:4,8;159:24;160:2,
6
**photographs (1)**
36:16
**phrase (1)**
132:3
**phrased (3)**
92:24;93:24;141:5
**Picture (12)**
5:8;36:24,25;37:2,
2,3,3,4,4,15;43:8,13
**pile (2)**
103:17;150:20
**pipe (1)**
100:11
**place (1)**
143:17
**places (1)**
66:9
**plaintiff (11)**
96:10;102:25;
104:22;106:22,24;
109:18;117:2;
140:10;149:24;
158:12,17
**plaintiffs (22)**
56:18,21,23;
102:19,22;104:20;
112:18;119:18;
120:24;121:2;
128:10,15,23;131:9;
142:18;144:8;

148:20,25;150:4;
151:8;154:10;155:2
**plaintiffs' (17)**
97:7;102:16;
104:16;105:17;
107:6,13,19;112:10;
123:6;124:11,14,20;
145:3;146:13;
149:13;150:5;155:3
**plans (1)**
159:12
**plasma (1)**
35:23
**play (1)**
121:12
**player (1)**
37:9
**pleaded (3)**
127:6,7,9
**please (31)**
9:15;10:12;11:24;
12:2,8,14;22:5,10;
23:4;29:21;54:7;
82:17;87:2;94:5;
100:15;103:9;
109:15;115:3;
116:17;123:22;
124:3;127:16;131:7;
134:7;136:7;147:20;
152:20,25;153:7,13;
154:12
**pled (1)**
57:9
**pm (10)**
75:23;76:2;97:23;
98:4;100:5,8;
138:22;139:2;
161:21,23
**point (5)**
11:23;83:24;
122:10;156:12,19
**Points (3)**
112:11,20,25
**popular (1)**
134:14
**Portilla (4)**
101:4,5,9,15
**position (2)**
18:3;19:24
**positions (3)**
18:17;19:3;20:15
**positive (1)**
45:9
**possession (4)**
27:16,18;34:15;
142:2
**possibility (2)**
42:7,12
**possible (1)**
39:12
**possibly (1)**
88:22
**post (1)**

14:18
**potentially (3)**
134:14;142:2;
143:18
**practice (1)**
74:7
**prefer (1)**
49:18
**preference (2)**
31:25;49:17
**preferred (1)**
49:20
**prepare (4)**
146:24;147:2;
151:25;152:3
**preparing (2)**
146:22;151:23
**prerogative (1)**
90:7
**Prescott (1)**
97:15
**present (1)**
96:7
**preserve (1)**
141:25
**press (1)**
111:17
**prevented (1)**
131:14
**previous (2)**
106:3;148:25
**previously (13)**
98:7;103:14;
105:4;107:11;
117:21,23;124:23;
142:10;143:5,24;
144:24;150:17;
151:19
**price (64)**
23:20;40:19;
43:25;44:2,3,7;47:6,
8,21;49:6,14;52:8;
64:2,11;65:12;66:12,
13;69:7,11,12,17,24;
70:2;71:3,19;72:8;
73:9,10;78:24;
80:10;81:24;82:15,
22;83:2,6,8,18,22;
87:21,25;88:2,25;
89:8;90:14;118:24;
128:9;133:8,10,23,
25;134:9,11,18;
136:2,8,14,14,19,21,
22,23;137:7,8,20
**prices (26)**
65:8,18,25;66:4,5;
68:23;82:24;86:9,
17;96:23;126:22;
128:12,21;130:25;
134:10,22;135:3,16,
20;137:15,20,23,24;
138:2,4,9
**pricing (2)**

86:14;135:11
**primary (8)**
13:6;99:21;100:3,
19,22;101:3,22;
102:3
**prior (16)**
15:24;16:9;17:5;
20:5;68:4;75:15;
92:2;94:22;102:9;
106:9;111:25;
115:21;116:8;
131:24;144:24;
150:17
**privilege (10)**
57:21;61:2,14,20;
94:14;104:7,14;
106:19;110:22;
141:6
**privileged (3)**
94:3;118:18;
121:16
**Probably (3)**
78:9,13;160:18
**problem (2)**
100:12;153:21
**proceed (1)**
100:15
**proceeding (1)**
23:12
**produce (1)**
148:23
**produced (8)**
38:18;53:16;
98:25;140:21;143:5;
148:24;155:2;156:2
**produces (1)**
89:25
**product (9)**
25:8;32:15;40:23;
78:25;82:6;130:25;
136:17,24;137:3
**production (4)**
90:16;96:23;
118:25;142:17
**products (23)**
21:22;24:8,14,22;
25:4;26:9;41:5;
77:21;85:17;86:10;
89:24;109:20;117:4;
128:9,13;129:7;
130:2;133:11;
134:11,13;136:15;
137:21;161:8
**profit (3)**
89:24;90:9;129:10
**program (2)**
20:2,3
**promised (2)**
139:25;141:22
**proper (1)**
94:10
**proposed (17)**
109:16;115:10;

119:24;122:25;
123:5,8,13;124:7;
125:2,13;126:11,14;
127:25;131:8;
132:19;133:4;
160:21
**provide (5)**
65:7;146:25;
152:2;155:15;156:7
**provided (7)**
39:10;88:6,8,9;
105:5;147:7;148:18
**Public (8)**
10:15;51:4,5;
135:16,20,22;136:3,
10
**publically-available (1)**
133:15
**publication (3)**
51:16;130:15;
133:19
**publications (1)**
51:10
**publicly (1)**
135:6
**purchase (37)**
25:14,21,25;26:5,
10,20;27:21;30:14;
31:25;32:11;39:20;
40:5,19;41:3,4,14,
24;42:16,23;43:24;
52:6,15;63:8;9;65:5;
68:14;77:21;78:16,
24;81:24;82:10;
99:18,24;100:18;
101:11;159:13,18
**purchased (42)**
24:25;25:5,7,9;
27:3,23;28:11,13;
30:12,13,23;31:5,6,
10,13;32:4;35:6;
42:18;43:12;44:22;
50:7;51:22;52:23;
55:7;68:9;70:24;
71:7;73:3,7;74:21;
78:18;80:11;81:13;
82:14,23;84:23;
109:20;117:4;
128:19;129:10;
155:22;157:15
**purchaser (28)**
56:24;83:21;
87:20;88:10;97:12;
102:16;104:16;
105:17;107:5,12,19;
112:9,18;123:6;
124:11,14,20;
128:11,16,24;
142:18;144:8;145:3;
146:13;150:3;151:7;
154:10;155:3
**purchasers (5)**
56:25;89:6;

111:16;150:5;161:4
**purchases (1)**
102:5
**purchasing (4)**
63:9;68:17;80:5,
16
**purgery (1)**
150:10
**purpose (3)**
68:17;137:23;
138:3
**pursuant (1)**
23:15
**put (4)**
45:23;46:5;70:11;
150:19
**Putting (2)**
134:16;140:19

**Q**

**qualified (4)**
54:2,3,9,22
**quality (5)**
43:13;49:21,25;
50:9;51:10
**Queens (1)**
68:6
**quick (2)**
75:18;160:12
**quickly (2)**
103:12;145:8
**quoted (1)**
133:9

**R**

**raise (5)**
63:16;126:21;
128:8;137:23,25
**raised (3)**
83:8,11,14
**range (7)**
44:2;69:7,12,15,
18,24;70:3
**rank (1)**
51:10
**rapid (1)**
136:17
**rapidly (2)**
136:24;137:3
**Ray (9)**
9:11;18:18,22;
21:14,21,21,23:23,
24;128:20
**Re (1)**
9:10
**read (26)**
45:2;51:9;82:17,
18;92:8;94:11;
99:16,17;111:10;
129:25;130:5,12,16,
20;132:8;133:5,12,

18,20;134:7;136:13;
140:25;141:2;
147:19,21,23
**reading (4)**
111:9;130:25;
131:5;157:22
**real (1)**
160:12
**really (1)**
85:12
**reason (7)**
11:7;43:2;53:8;
60:6;79:25;109:22;
135:10
**reasonable (4)**
90:9;131:11;
132:4,7
**reasonably (1)**
132:12
**rebate (1)**
80:5
**rebates (1)**
80:8
**recall (3)**
130:24;151:9;
156:14
**recap (1)**
21:12
**receipt (23)**
38:12,14,15,18;
39:7,11,24;40:4,11,
15;41:2,10;65:4;
73:9;74:6;98:12,15,
21,25;143:4;155:21;
156:2,6
**receipts (2)**
74:7,9
**receive (6)**
22:14;76:9;89:18;
91:6;99:14;100:17
**received (7)**
76:4;86:11;91:5;
99:23;100:23;102:4;
151:9
**receiving (2)**
75:15;102:6
**recess (2)**
97:25;138:24
**recognize (11)**
22:8;39:22;
105:14;107:9;
108:16;145:2,25;
151:2,20;153:22;
158:14
**recognized (1)**
50:13
**recollection (4)**
38:3;43:19;156:4;
157:23
**recommend (1)**
69:5
**recommendation (9)**
69:4,9;122:25;

18,20;134:7;136:13;
140:25;141:2;
147:19,21,23
**record (31)**
9:3,16;34:8;39:5;
62:21,22,25;63:3;
75:19,21,22,24,25;
82:18;94:11;97:22;
98:4;100:4,6,7;
138:20,21;139:2;
140:19;141:2;
147:23;148:5;149:2;
154:8,24;161:20
**records (1)**
53:14
**recover (1)**
129:17
**recruited (1)**
21:10
**recruiting (6)**
18:10,11,13,15;
20:4,14
**recruits (1)**
18:16
**refer (3)**
24:22;61:4;134:22
**referred (1)**
157:18
**referring (7)**
42:9;59:2;61:3;
65:17;108:4;117:24;
122:15
**refers (1)**
135:3
**reflect (2)**
39:6;156:19
**reflected (2)**
155:16,25
**refresh (2)**
38:2;157:23
**refund (2)**
102:4,7
**refurbished (1)**
71:12
**regard (2)**
136:2,9
**Regarding (2)**
50:2,3
**registered (1)**
13:16
**regularly (2)**
130:12,20
**reimburse (1)**
81:23
**relate (1)**
155:3
**related (4)**
95:8;101:7;
118:16;142:6
**relationship (1)**
97:6
**relative (1)**
79:6
**releases (1)**

111:18

**relevant (8)**
25:20;26:2;86:19;
109:19;117:3;130:3;
142:2;157:11

**relied (1)**
109:6

**relies (1)**
156:3

**rely (38)**
57:14;58:8,11;
79:4,9;83:15;89:16;
91:2;92:20;93:7;
94:15;108:24;
109:10;110:10,16;
116:2;117:17;118:9;
120:2,5,10,17,21;
125:10;126:25;
135:15;137:13;
138:18;144:11,22;
151:17;152:4;
155:11,25;156:23;
157:13;158:4,9

**relying (7)**
58:13;59:12,23,
25;108:25;117:20;
134:21

**remark (2)**
152:10,13

**remember (25)**
26:12;31:4,12,19;
32:13;37:13,21;
43:14;44:5,6;51:24,
25;52:3,14;67:11,17;
70:22;72:3;74:5;
102:6;108:12;130:4,
23;131:5;144:14

**remote (2)**
36:21;80:25

**repair (3)**
48:18;49:2;84:3

**repaired (2)**
48:20,23

**repeat (6)**
23:4;29:21;47:24;
54:7;87:2;136:7

**rephrase (3)**
11:25;65:15;141:7

**replace (1)**
64:16

**replaced (1)**
64:15

**report (6)**
123:5,9,13;124:7;
125:2,14

**reporter (12)**
10:10;12:14;
21:25;38:13;98:19;
105:5;107:4;112:8;
145:9;147:22;148:6;
152:20

**Reporting (3)**
9:4;10:11;122:25

**Reports (1)**
45:2

**represent (4)**
10:22;139:11;
161:8,9

**representation (2)**
40:11;94:2

**representative (3)**
139:6,9,22;140:5;
141:25;160:22;
161:2

**represented (2)**
11:10;91:23

**REQ (1)**
140:17

**request (3)**
79:24;142:19;
143:9

**Requests (3)**
142:17,23;143:2

**research (3)**
44:23;127:8,20

**resident (2)**
109:19;117:3

**resource (1)**
18:5

**resources (1)**
18:7

**respond (4)**
144:9,20;147:7;
151:15

**responded (2)**
147:9,24

**response (4)**
142:22;149:6;
156:12;157:22

**Responses (13)**
145:4;146:13;
148:15,19,23;149:2,
12,14,15;150:6;
151:24;155:4;159:6

**responsibilities (1)**
18:6

**responsible (5)**
140:23;141:8,13,
13,16

**responsive (4)**
59:14;143:2,9,18

**restart (1)**
107:17

**resulted (2)**
128:10,12

**resumes (1)**
114:9

**retail (2)**
73:10;135:20

**retailer (1)**
87:22

**retailers (9)**
65:9;66:15,21;
67:13;72:25;88:9,20,
21;89:6

**retention (5)**

96:12,17;140:14,
20,22

**reveal (1)**
55:3

**review (4)**
60:19;61:16;
110:18;139:12

**reviewed (4)**
60:11;116:5,7;
139:18

**reviewing (1)**
117:24

**Right (9)**
23:25;47:5,6;
114:5,12,13;116:22;
123:14;156:5

**right-hand (1)**
113:24

**Robert (1)**
107:18

**Roberta (1)**
101:4

**Roberts (1)**
9:3

**Rock (5)**
15:25;16:2,5,9;
18:12

**role (3)**
121:12;139:15,23

**rose (1)**
133:8

**roughly (1)**
19:10

**rounded (1)**
37:17

**row (1)**
62:5

**rule (1)**
12:12

**rules (1)**
10:25

## S

**sale (2)**
73:6;79:18

**sales (4)**
73:17;80:7;88:5;
89:4

**salesperson (8)**
68:8,20,25;69:5;
70:15,17,20,23

**salesperson's (1)**
69:8

**Same (22)**
26:22;43:13;48:2;
54:12;62:7;66:15,21,
25;77:18;78:12;
87:6,24;88:20,23;
89:21;98:25;106:2;
112:6;122:5;124:14;
131:19;157:17

**Sam's (2)**

85:25;86:4

**Samsung (40)**
35:10,11;50:4,12,
18;55:24;57:9;
58:12,18,22,23;59:2,
4;60:2,7;64:19;
127:7,9;142:16;
149:18;151:6;152:6,
19,21,24;153:3,8,10,
14,16;154:5,9,13,22;
155:25;157:5,6,10;
159:7,11

**San (3)**
9:12;91:14;119:9

**Sanio (1)**
56:7

**saw (8)**
106:2;107:10;
108:18;112:3,4;
116:4;144:14;
151:10

**saying (3)**
118:10;133:10;
137:8

**school (1)**
14:7

**scratch (1)**
146:8

**screen (15)**
27:8,10,11;28:2,3,
8;35:21,22;36:13;
37:17,18;47:14,16;
64:19;65:2

**SDI (8)**
59:2,4;60:2,7;
127:9;142:16;154:9,
22

**SDI's (3)**
154:5;157:10;
159:7

**SEA (1)**
10:7

**search (5)**
117:24;142:22;
143:12,15,19

**SEC (2)**
10:6;121:21

**second (22)**
22:5;26:16,20;
46:8;50:10,16,20;
52:16;59:16;63:4;
68:11;76:13;85:9;
92:22;98:24;103:4;
104:16;108:6;115:3;
124:2;133:7;140:25

**section (7)**
102:19,20;104:19;
106:21;120:23,24;
127:15

**seeks (1)**
86:5

**seemed (1)**
27:12

**seems (1)**
39:10

**select (2)**
49:15;52:12

**selected (1)**
30:25

**sell (4)**
18:18,21;34:21;
85:17

**selling (1)**
133:8

**sells (1)**
21:20

**senior (2)**
18:4,4

**sense (1)**
161:10

**sent (2)**
106:13,15

**separate (3)**
32:5,6;152:12

**separately (2)**
31:21;32:2

**September (1)**
155:2

**series (1)**
154:15

**services (3)**
72:13,22;81:11

**serving (1)**
139:23

**set (18)**
25:7;35:6;55:6;
69:20;70:4;88:24;
96:23;118:23;
142:16;144:7;145:5;
146:15;149:17,18;
150:7;151:6;154:9;
155:21

**sets (8)**
50:2,3;51:8;53:16;
65:19;69:6;88:8;
89:6

**settled (8)**
56:15,16,17,22;
111:7,11,15;127:6

**settlement (3)**
118:16;127:12,20

**Seven (2)**
20:8,9

**several (2)**
111:19;113:11

**severely (1)**
38:22

**shop (5)**
67:7;71:18;72:7;
74:17;77:3

**shopping (2)**
67:10;71:25

**short (1)**
97:20

**shortly (2)**
131:12,15

IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION
STATE OF CALIFORNIA v. SAMSUNG SDI, INC., CO., LTD.

LOUISE WOOD
October 15, 2012

**show (6)**
102:8;103:13;
143:23;144:23;
150:16;151:18
**shown (1)**
57:15
**sign (2)**
96:12,17
**signed (2)**
38:7;150:9
**Silvy (1)**
91:9
**simple (2)**
48:16,17
**sitting (1)**
139:5
**Six (2)**
16:3,4
**Sixth (2)**
15:18;16:16
**size (22)**
27:12;28:2,21,23;
29:8;30:4,5;35:12,
16;43:25;47:5,11,13,
13,14,16,17;48:2,3;
69:20;70:12;84:8
**sizes (1)**
84:6
**slight (1)**
40:9
**small (8)**
27:8,9,9,12;28:3;
88:11;161:13,14
**Social (2)**
91:22;97:5
**socially (1)**
94:20
**sold (2)**
126:22;128:20
**solely (2)**
30:2;51:19
**someone (3)**
72:9;73:25;84:19
**Sometimes (1)**
65:10
**Sony (14)**
42:22;43:5,9,16,
20;46:18,24;48:22;
50:4,12,18;52:4,7;
56:4
**sorry (24)**
16:21;19:13;
35:17;42:8;47:23;
50:16;59:13;64:16;
65:22;99:15;100:9;
114:20;116:16,20;
119:21;124:5,9,17;
126:18;146:10,11;
148:3;154:14;157:9
**sort (4)**
20:12;21:4;36:19;
111:18
**sorts (1)**

111:14
**source (3)**
51:5;155:18,20
**sources (3)**
110:14,18;111:14
**speak (3)**
54:9,23;68:24
**Speaking (4)**
51:7;54:2;76:20;
160:3
**specific (2)**
34:2;58:22
**specifically (4)**
11:16;34:4;58:22;
154:20
**specify (1)**
24:24
**speculation (19)**
26:17;27:7;46:2,
10;49:8;53:23;54:5,
19;66:19;77:6,20;
78:3,21;86:25;
88:17;100:25;
101:13;129:15;
136:5
**spend (1)**
44:11
**spoke (2)**
68:20;93:18
**spoken (2)**
95:3;97:2
**stability (6)**
134:10,18;136:2,9,
15,23
**stabilize (2)**
126:22;128:9
**stamp (1)**
148:6
**stamped (1)**
148:8
**stand (1)**
31:20
**Standard (2)**
36:21,22
**standing (9)**
24:25;33:11,13,15,
24;34:5;160:25,25;
161:3
**stands (3)**
93:20;94:6,12
**start (3)**
16:19;17:3;28:16
**state (7)**
9:16;10:15;14:4,
12;32:20;119:10;
161:4
**stated (2)**
118:15;156:10
**statement (3)**
41:23;42:11;110:5
**statements (4)**
110:8,12;117:15,
18

**states (3)**
126:20,22;128:22
**status (1)**
119:22
**steps (1)**
131:23
**STI (1)**
151:6
**stick (1)**
59:21
**still (13)**
11:17;32:22;
41:23;43:5,8;53:20;
75:2;78:5,10;83:2;
84:14;119:23;
159:21
**stipulate (2)**
149:20;155:7
**stipulating (2)**
149:5,8
**stock (2)**
21:16,19
**Stoney (1)**
14:12
**store (3)**
67:4;73:4;74:15
**stores (1)**
77:15
**stories (1)**
92:9
**Street (5)**
12:25;16:6;17:20;
130:9,20
**Strike (3)**
116:16;124:6;
159:11
**stuck (1)**
84:19
**study (1)**
14:22
**subject (3)**
55:11,14,21
**subscriptions (2)**
130:11,14
**Subsequent (1)**
94:18
**subsequently (1)**
92:5
**substance (1)**
22:24
**substantively (1)**
125:6
**substitutable (1)**
136:18
**successful (1)**
89:18
**sue (3)**
120:3,6,9
**suffered (1)**
54:16
**suggest (1)**
133:24
**suitable (1)**

134:15
**superior (1)**
134:14
**supplement (1)**
146:12
**supply (1)**
133:6
**support (6)**
81:6,9,11;107:19;
112:12,20
**supporting (1)**
126:24
**sure (17)**
36:23;42:5;46:18;
50:24;53:14;59:13;
62:20;67:25;97:21;
106:7;108:21;
109:11;112:3;122:4,
8;123:11;156:9
**sustained (4)**
134:9,18;135:25;
136:8
**swear (1)**
10:12
**sworn (2)**
10:14;98:7
**Systems (3)**
144:6;146:14;
150:7

**T**

**Tac (5)**
19:16,18,24;20:5,
15
**T-A-C (1)**
19:19
**talk (3)**
22:25;42:14,15
**talked (2)**
22:24;157:14
**talking (4)**
12:4;24:22;37:19;
114:11
**tape (1)**
48:12
**tax (2)**
73:15,17
**taxes (1)**
14:4
**tech (3)**
63:15;133:9,12
**technical (3)**
75:20;81:5,8
**technology (14)**
26:25;35:24;36:2,
5;63:17,19,19,25;
64:8,10;134:15;
136:18;137:19;
157:24
**TELEPHONE (3)**
5:15;9:25;148:12
**television (96)**

21:14;25:7;28:17;
29:13,23;32:14,22,
25;33:4;34:12,14,21,
23,25;35:4,6,9,12,14,
19,20;36:8,11,24;
40:16,20,23,25;41:3,
8,11,14;42:17,19,20,
22,24;43:9,12,16,16,
20;45:15;47:22;
48:19,22;49:6;50:2,
3,8,9,15;51:7;52:16,
21;53:6,16;54:11,15;
55:6;63:8,10;65:19;
68:9,13,18;69:6,21,
24;70:4,7,24;71:12,
13,14,16,19,25;
72:10,12,17;74:21;
77:25;78:15,17,24;
80:23;83:9;84:17;
87:14;88:8;89:5;
99:25;100:19;
155:21;159:19
**televisions (17)**
18:21;23:21;24:5,
18,23;44:24;51:11;
63:20;67:8;70:18,
21;86:22;88:7;
128:20;136:9;
159:15;161:4
**Ten (3)**
15:22,23;69:2
**term (1)**
58:18
**terms (2)**
36:13;69:9
**testified (4)**
10:16;23:11;98:8;
140:13
**testify (1)**
11:7
**testifying (2)**
11:5;23:15
**testimony (35)**
27:6;29:5,12,22;
30:10,17;31:18;
59:10;63:14;65:14;
79:14;86:6;87:19;
88:18;89:15;90:6,12,
19;92:15;109:9;
111:23,25;118:13,
14;129:3,14;131:21;
136:6;137:6,12,18;
138:13,17;156:22;
158:3
**Thanks (1)**
99:11
**Thereof (2)**
112:12,21
**thick (4)**
27:15;28:7;36:7,9
**thinking (1)**
79:10
**Third (6)**

Case 4:07-cv-05944-JST   Document 6232-3   Filed 07/29/23   Page 241 of 618

IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION
STATE OF CALIFORNIA v. SAMSUNG SDI, INC., CO., LTD.

LOUISE WOOD
October 15, 2012

17:20;50:24;
105:17;106:24;
108:18;112:4
**though (1)**
155:4
**thought (1)**
113:17
**Three (7)**
69:16;89:7,10;
95:25;106:6;122:5;
148:21
**throughout (3)**
12:7;24:3,21
**throw (2)**
34:25;35:4
**Thursday (3)**
148:14;149:3;
152:12
**thus (1)**
139:15
**tier (12)**
50:10,12,16,17,20,
24;51:3,14,19;52:16,
17,19
**tiers (1)**
51:17
**times (4)**
68:12;94:25;
130:9,17
**titled (1)**
145:3
**today (15)**
11:5,8,14,18;22:2;
23:15;24:3;38:19;
39:8,12;53:3;54:23;
85:14;94:22;160:19
**Today's (2)**
9:5;12:7
**together (1)**
32:9
**told (16)**
59:6;60:5;79:12;
92:18,25;93:3,5,6,
11;111:18;118:11;
127:4;134:17;
147:12,13;149:9
**top (11)**
113:3,20,23;
114:12,13;123:14;
126:15;128:4;
132:23,24;133:3
**Toshiba (87)**
25:7;28:17;29:13,
20,23;32:14,21;33:3,
7,18,23;34:4,12;
36:11,17,19;37:19,
23,24;40:20,23;41:4,
11;43:11,15,24;44:3,
13,20;45:5,8;46:13,
24;47:2,22;48:3,19;
49:15;50:5,8;51:22;
52:7,12,23;53:6;
54:10;55:6,24;63:8;

64:15,22;70:24;71:8,
19;73:4,6;78:17,24;
80:10;81:16;82:14;
83:3,9,23;84:17,18,
19;90:22;99:24;
100:18;129:10;
144:6;145:4,11,12,
16,17,21,22;146:6,7,
14;148:2;149:17;
150:6;154:24;
155:21
**Toshiba's (2)**
73:24;146:18
**total (2)**
79:6;89:17
**toward (1)**
99:13
**track (1)**
16:20
**trade (2)**
20:20;21:2
**transactions (1)**
91:24
**transcript (1)**
127:16
**transport (1)**
72:10
**transporting (1)**
72:16
**trial (1)**
23:12
**true (8)**
19:3;99:5,7;110:6,
9,24;117:16;158:23
**Trump (2)**
97:15,15
**truth (2)**
156:3;158:25
**truthfully (1)**
11:8
**try (2)**
39:13;47:19
**Tube (3)**
9:11;21:14,21
**tubes (6)**
18:18,22;21:21;
23:23,24;128:20
**turn (14)**
108:13;109:15;
116:17;121:22;
122:2,3;123:15,24;
126:13;127:23;
131:7;132:18;
154:12,16
**turning (3)**
121:19;123:12;
157:4
**TV (66)**
28:18;30:2;36:4,
17,19;37:22,23;43:2,
5;44:22;45:17;48:4;
50:20;51:3,17,23;
52:7,7,24;53:20;

63:10;64:13,15,21,
22;65:5;71:8;73:4,6,
13,15,20;78:5,10;
79:6,11,17;80:11,13,
24;81:7,13,17,24;
82:2,5,15;83:3,18,
23,24;84:2,9,11,16,
19,19,23;85:2;86:9,
14,17;88:12;90:22;
129:10;157:12
**TVs (18)**
24:15;43:23;
46:25;47:7,13,20;
48:2;49:14,18;63:12,
24;64:4,7;87:4;
135:16,20;136:2;
137:9
**Two (18)**
19:21,22;20:15;
26:6,7;29:2;30:12;
34:16,17;106:3;
108:13;121:24;
123:12;124:19;
125:4;157:14,17;
158:5
**type (2)**
26:24;157:24

## U

**ultimately (1)**
70:24
**uncertainty (1)**
157:20
**unclear (1)**
134:4
**under (3)**
11:5;91:20;150:10
**understands (1)**
11:20
**Understood (1)**
155:6
**unfair (1)**
96:24
**unfamiliar (1)**
46:22
**unit (1)**
70:5
**United (1)**
126:22
**University (1)**
14:12,21
**unless (3)**
11:16;24:24;34:2
**unlike (1)**
133:11
**unnatural (2)**
134:9,18
**unnecessarily (1)**
103:18
**up (8)**
99:15;114:15;
145:10;149:11;

155:8;160:25,25;
161:3
**upon (2)**
109:6;155:25
**use (11)**
41:13;80:3;81:17,
18;82:2;88:11,11,11;
105:6,12;161:10
**used (8)**
26:25;33:23;34:4;
71:13;146:25;152:3;
157:24;161:14
**users (2)**
161:9,10
**uses (3)**
35:23;36:2;161:8
**using (5)**
16:19;113:2,19,
23;128:20

## V

**vacuous (1)**
126:7
**Vague (43)**
25:17,23;26:18;
29:17,20;31:17;
32:21;33:6,19;34:6;
45:21;46:2,10,15;
49:8;53:23;54:5,18;
56:14;58:17;64:25;
65:14;66:18;75:14;
82:8;85:24;87:11;
90:3,11;105:23;
109:4,9;111:23;
113:14;115:25;
118:8,14;119:20;
125:8;135:8,14,19;
144:13
**value (17)**
45:23;46:4,6;65:7,
11,16,21,22,23,24;
66:2,16,22;75:10;
76:12;77:9,10
**values (1)**
77:18
**variety (1)**
69:6
**various (1)**
33:17
**VCR (4)**
37:7;48:12;49:3,5
**vehicles (1)**
13:19
**verification (9)**
38:7,11;149:24;
150:2,10;158:12,17,
18;159:3
**verifications (1)**
146:5
**verified (1)**
111:7
**verify (3)**

111:10;127:9,21
**verifying (2)**
158:20,25
**VIA (1)**
5:15
**vice-president (2)**
18:4,10
**VIDEOGRAPHER (14)**
9:2;10:10;62:22;
63:2;75:19,22,25;
97:22;98:3;100:4,7;
138:21,25;161:20
**videotape (1)**
12:13
**violating (1)**
131:12
**violation (14)**
55:12,21;57:13,
24;58:7,10,14;59:8;
60:3,8;61:23;62:2,
16;117:6
**violations (2)**
57:5;109:23
**visit (4)**
67:16;68:12;
71:24;72:4
**visited (1)**
67:4
**vote (1)**
13:16

## W

**Wall (3)**
17:20;130:9,20
**wants (4)**
114:14;123:15,23;
148:10
**warrantee (10)**
73:12,21,23,24,25;
74:2,3,4;156:16,19
**warranties (1)**
156:13
**Washington (2)**
5:21;148:13
**way (5)**
40:13;53:12;
79:22;130:12;142:7
**Weekly (2)**
133:9,13
**weeks (1)**
148:21
**weigh (1)**
45:8
**weight (4)**
27:12;28:21;30:4,
5
**WEIL (5)**
5:5;9:7,18,22;
10:22
**welcome (1)**
160:20
**weren't (1)**

Case 4:07-cv-05944-JST   Document 6232-3   Filed 07/29/23   Page 242 of 618
IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION
STATE OF CALIFORNIA v. SAMSUNG SDI, INC., CO., LTD.

LOUISE WOOD
October 15, 2012

63:12
**What's (2)**
 15:9;132:3
**Wherever (1)**
 122:3
**White (6)**
 10:9;29:18;33:8;
 148:16;149:3;160:8
**whole (1)**
 72:4
**Who's (1)**
 141:13
**wide (1)**
 36:14
**willing (3)**
 69:19;70:11;78:15
**wins (1)**
 89:21
**wishes (1)**
 59:19
**withdraw (2)**
 68:3;94:10
**Without (5)**
 33:18;103:8;
 118:17;121:15;
 147:14
**witness (25)**
 9:13,24;10:12;
 23:3;42:9;59:21;
 60:25;85:13;86:7;
 93:15;104:13;
 114:18,20;122:8,16,
 20;123:4,17,20,25;
 128:3,6;132:25;
 147:20;150:21
**Wood (207)**
 9:1,14;10:1,19;
 11:1;12:1,20;13:1;
 14:1,7;15:1;16:1;
 17:1;18:1;19:1;20:1,
 11,13;21:1;22:1,5;
 23:1,17;24:1;25:1;
 26:1;27:1;28:1;29:1;
 30:1;31:1;32:1;33:1;
 34:1,11;35:1;36:1;
 37:1;38:1;39:1,22;
 40:1;41:1;42:1;43:1;
 44:1;45:1;46:1;47:1;
 48:1;49:1;50:1;51:1;
 52:1;53:1;54:1;55:1;
 56:1;57:1;58:1;59:1;
 60:1;61:1;62:1,24;
 63:1,5,7;64:1;65:1;
 66:1;67:1;68:1;69:1;
 70:1;71:1;72:1;73:1;
 74:1;75:1;76:1;77:1;
 78:1;79:1;80:1;81:1;
 82:1;83:1;84:1;85:1;
 86:1;87:1;88:1;89:1;
 90:1;91:1;92:1;93:1;
 94:1;95:1;96:1;97:1,
 24;98:1,5,23;99:1;
 100:1,17;101:1;

102:1,12;103:1;
 104:1,15;105:1,14;
 106:1;107:1,9;
 108:1;109:1,18,20;
 110:1,2;111:1;112:1,
 14;113:1,8;114:1,22;
 115:1;116:1;117:1,2,
 3,8;118:1;119:1;
 120:1;121:1;122:1;
 123:1,8;124:1;
 125:1;126:1;127:1;
 128:1;129:1;
 130:1;131:1;132:1;
 133:1,5;134:1;
 135:1;136:1,13;
 137:1;138:1,23;
 139:1,3,5;140:1;
 141:1,8;142:1,12;
 143:1;144:1,2;145:1,
 2,25;146:1;147:1;
 148:1;149:1;150:1,
 2;151:1,2,20;152:1;
 153:1,22;154:1,20;
 155:1,12;156:1;
 157:1,8;158:1,10,14;
 159:1,12;160:1,16;
 161:1,22
**Wood's (1)**
 38:18
**word (1)**
 33:23
**words (1)**
 23:17
**work (10)**
 15:15,24;16:2,5,
 14;17:8,24;19:20;
 21:6,8
**worked (4)**
 15:21,25;19:16;
 21:13
**working (2)**
 17:3;44:10
**World (1)**
 86:20
**Worldwide (5)**
 19:17,19,25;20:5,
 16
**worth (1)**
 77:11
**written (5)**
 148:15,23,25;
 149:15;155:4
**wrong (1)**
 100:10

---
 **Y**
---

**year (6)**
 74:2;75:8,9;76:5;
 91:16;156:17
**years (14)**
 12:22;13:4,5;
 17:10,17;19:21,22;

20:8,9;51:15;74:12;
 130:16,19,22
**yesterday (1)**
 152:9
**York (31)**
 5:12,12;9:9,9;
 10:15;13:2,2,17,23;
 14:2,5,12;15:18,18;
 16:7,8,8,17,18;
 17:14,15,15,21,22;
 73:17;101:16;
 109:19;117:2;130:9,
 17;161:4

---
 **0**
---

**000919 (2)**
 98:13;99:2

---
 **1**
---

**1 (11)**
 62:23;107:23;
 114:10,15,17;
 121:11,19;122:23,
 24;126:13,20
**1:42 (1)**
 98:4
**1:45 (1)**
 100:4
**1:46 (1)**
 100:8
**10 (3)**
 74:12;107:17,21
**10:18 (1)**
 9:6
**10017 (1)**
 13:2
**101 (1)**
 126:16
**10153-0119 (1)**
 5:12
**108 (9)**
 122:12,21,23,24;
 123:14,16;126:17,
 18;128:5
**109 (9)**
 114:10,15,17,18;
 115:2;116:19,22;
 121:23;122:3
**1095 (1)**
 15:18
**10th (1)**
 107:24
**11 (3)**
 105:4,14,24
**11:38 (1)**
 62:23
**11:58 (1)**
 63:3
**111 (1)**
 17:20
**11th (1)**

107:14
**11-year (1)**
 19:10
**12 (2)**
 114:2,9
**12:20 (2)**
 75:22;76:2
**12:56 (1)**
 97:23
**1299 (1)**
 5:20
**13th (1)**
 133:9
**14 (1)**
 28:6
**14-inch (1)**
 27:11
**15 (155)**
 9:1,5;10:1;11:1;
 12:1;13:1;14:1;15:1;
 16:1;17:1;18:1;19:1;
 20:1;21:1;22:1;23:1;
 24:1;25:1;26:1;27:1;
 28:1;29:1;30:1;31:1;
 32:1;33:1;34:1;35:1;
 36:1;37:1;38:1;39:1;
 40:1;41:1;42:1;43:1;
 44:1;45:1;46:1;47:1;
 48:1;49:1;50:1;51:1;
 52:1;53:1;54:1;55:1;
 56:1;57:1;58:1;59:1;
 60:1;61:1;62:1;63:1;
 64:1;65:1;66:1;67:1;
 68:1;69:1;70:1;71:1;
 72:1;73:1;74:1;75:1;
 76:1;77:1;78:1;79:1;
 80:1;81:1;82:1;83:1;
 84:1;85:1;86:1;87:1;
 88:1;89:1;90:1;91:1;
 92:1;93:1;94:1;95:1;
 96:1;97:1;98:1;99:1;
 100:1;101:1;102:1;
 103:1;104:1;105:1;
 106:1;107:1;108:1;
 109:1;110:1;111:1;
 112:1;113:1;114:1;
 115:1;116:1,21;
 117:1;118:1;119:1;
 120:1;121:1;122:1;
 123:1;124:1;125:1;
 126:1;127:1;128:1;
 129:1;130:1;131:1;
 132:1;133:1;134:1;
 135:1;136:1;137:1;
 138:1;139:1;140:1;
 141:1;142:1;143:1;
 144:1;145:1;146:1;
 147:1;148:1;149:1;
 150:1;151:1;152:1;
 153:1;154:1;155:1;
 156:1;157:1;158:1;
 159:1;160:1;161:1
**16 (1)**

157:10
**17-inch (1)**
 133:7
**17th (1)**
 155:2
**18 (1)**
 16:13
**19 (7)**
 13:4,5;55:10;
 102:18;104:19;
 106:21;120:23
**1952 (1)**
 12:23
**196 (3)**
 132:18,20;133:5
**1985 (1)**
 14:25
**1993 (2)**
 42:25;43:20
**1995 (11)**
 21:16,19;25:5,18;
 55:7,10;121:11;
 130:12;135:6,12;
 161:6
**1999 (1)**
 133:7
**19-inch (1)**
 42:22
**1st (3)**
 25:5,18;55:10

---
 **2**
---

**2 (8)**
 97:23;99:14,23;
 100:17,23;101:10;
 102:4;136:12
**2:57 (1)**
 138:22
**2000 (9)**
 19:23;26:15;27:3;
 30:13;31:14;133:8,9,
 16;157:15
**20004-400 (1)**
 5:21
**2003 (1)**
 76:7
**2004 (15)**
 33:2;40:8;43:6;
 50:8;51:23;63:19;
 72:2;75:11,16;76:5,
 5;86:9,18;99:19;
 155:22
**2005 (7)**
 26:23;27:23;
 28:11,14;31:5;32:5;
 157:16
**2007 (9)**
 25:6,19;55:8,11;
 121:11;130:13;
 63:6,12;161:6
**2009 (5)**
 17:4;33:5;34:12;

Case 4:07-cv-05944-JST   Document 6232-3   Filed 07/29/23   Page 243 of 618
IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION
STATE OF CALIFORNIA v. SAMSUNG SDI, INC., CO., LTD.

LOUISE WOOD
October 15, 2012

35:7;64:16
**2011 (2)**
  91:17;106:9
**2012 (168)**
  9:1,6;10:1;11:1;
  12:1;13:1;14:1;15:1;
  16:1;17:1;18:1;19:1;
  20:1;21:1;22:1;23:1;
  24:1;25:1;26:1;27:1;
  28:1;29:1;30:1;31:1;
  32:1;33:1;34:1;35:1;
  36:1;37:1;38:1;39:1;
  40:1;41:1;42:1;43:1;
  44:1;45:1;46:1;47:1;
  48:1;49:1;50:1;51:1;
  52:1;53:1;54:1;55:1;
  56:1;57:1;58:1;59:1;
  60:1;61:1;62:1;63:1;
  64:1;65:1;66:1;67:1;
  68:1;69:1;70:1;71:1;
  72:1;73:1;74:1;75:1;
  76:1;77:1;78:1;79:1;
  80:1;81:1;82:1;83:1;
  84:1;85:1;86:1;87:1;
  88:1;89:1;90:1,23;
  91:1;92:1,3;93:1;
  94:1;95:1;96:1,11;
  97:1;98:1;99:1;
  100:1;101:1;102:1;
  103:1,11,22;104:1;
  105:1,25;106:1;
  107:1,15;108:1;
  109:1;110:1;111:1;
  112:1,23;113:1;
  114:1;115:1,16,21;
  116:1,8;117:1;
  118:1;119:1;120:1;
  121:1;122:1;123:1;
  124:1;125:1;126:1,
  9;127:1,18;128:1;
  129:1;130:1;131:1;
  132:1;133:1;134:1;
  135:1;136:1;137:1;
  138:1;139:1;140:1;
  141:1;142:1;143:1;
  144:1;145:1;146:1;
  147:1;148:1;149:1;
  150:1;151:1;152:1;
  153:1;154:1;155:1,
  2;156:1;157:1;
  158:1;159:1;160:1;
  161:1
**202 (2)**
  134:5,7
**21st (1)**
  40:8
**223 (2)**
  127:23;128:7
**22nd (2)**
  112:23;126:9
**25 (4)**
  25:6,19;55:11;
  121:11

**29 (1)**
  12:23
**292 (3)**
  131:7,8;132:4

**3**

**3 (5)**
  98:5;136:12;
  138:22;154:21;
  159:2
**3:07 (1)**
  139:2
**3:49 (2)**
  161:21,23
**301 (1)**
  12:25
**31 (1)**
  159:2
**32 (6)**
  35:13;36:13,14;
  40:17;47:7;63:21
**32-inch (7)**
  37:24;44:4;47:12,
  20,25;48:2;49:13
**33 (17)**
  145:11,12,16,17,
  21,22;152:7,8,19,21,
  25;153:3,8,10,15,16;
  157:5
**36 (3)**
  102:9,12;106:3
**37 (14)**
  70:10;103:14,19;
  106:3;146:7;148:2;
  149:6;154:13,18;
  155:13,16,25;157:7;
  159:11
**37-inch (2)**
  35:18;64:20
**38 (1)**
  142:10
**381 (3)**
  21:25;22:3,8
**382 (11)**
  38:14,15;39:8,22;
  40:10;65:3;74:6;
  98:11;99:3,9;143:6
**383 (5)**
  98:20,21,24;99:9,
  12
**384 (5)**
  107:4,5,9;108:9;
  115:11
**385 (7)**
  112:8,9;115:9,14;
  116:11;123:10;
  124:16
**386 (11)**
  145:10,10,12,25;
  146:8,17;147:25;
  148:3,4,7;150:13
**387 (4)**

145:15,17;146:2;
148:7
**388 (5)**
  145:20,22;146:2,
  18;148:7
**389 (2)**
  149:23,24
**39 (7)**
  143:25;144:2;
  145:18,23;146:19;
  153:4,11
**390 (4)**
  152:20,21;153:22;
  159:2
**391 (5)**
  153:2,3,23;154:12,
  15
**392 (4)**
  153:7,10,23;159:2
**393 (6)**
  153:14,16,23;
  157:4;159:2,10
**394 (4)**
  158:10,11,12,14

**4**

**4 (9)**
  113:2,19;114:2;
  120:24;123:13,16;
  139:3;149:7;161:21
**40 (24)**
  116:17,19,20,22,
  24;144:25;145:11,
  13,16,18,21,23;
  146:12;152:7,9,19,
  22,25;153:4,9,11,15,
  17;157:5
**400 (1)**
  69:16
**41 (2)**
  109:17,18
**42 (3)**
  150:17;151:3;
  154:9
**425 (1)**
  17:13
**43 (2)**
  151:19;159:2
**45 (1)**
  143:16
**45th (1)**
  16:16
**47 (1)**
  133:3
**47th (1)**
  12:25
**48 (1)**
  120:23
**49 (1)**
  102:20

**5**

**5 (10)**
  102:19;104:18;
  106:21;114:18;
  115:2,7;147:25;
  154:13,18;157:6
**50 (4)**
  79:7,8,11;106:22
**51 (1)**
  104:20
**51st (1)**
  16:6
**54 (2)**
  132:25;133:2
**58 (2)**
  128:3,4

**6**

**60 (1)**
  12:22

**7**

**767 (2)**
  5:11;9:8

**8**

**8 (11)**
  109:15;121:23;
  122:2,12,20,21;
  126:16,17,18;
  156:12,19
**8.625 (1)**
  73:17
**850 (1)**
  17:20
**87 (1)**
  150:13
**88 (1)**
  150:13

**9**

**9 (3)**
  102:20;107:22;
  108:3
**98 (1)**
  19:23
**9-inch (1)**
  27:10

# EXHIBIT 43

1 | Mario N. Alioto, Esq. (56433)
Lauren C. Russell, Esq. (241151)
2 | TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
3 | San Francisco, CA 94123
Telephone:  (415) 563-7200
4 | Facsimile:   (415) 346-0679
*malioto@tatp.com*
5 | *laurenrussell@tatp.com*

6 | *Interim Lead Counsel for the New Indirect Purchaser Plaintiffs*

7

8

9 |                    UNITED STATES DISTRICT COURT

10 |                   NORTHERN DISTRICT OF CALIFORNIA

11 |                      SAN FRANCISCO DIVISION

12

13 | IN RE: CATHODE RAY TUBE (CRT)        Master File No. CV-07-5944 SC
ANTITRUST LITIGATION
14 |                                      MDL No. 1917

15 | _____     NEW INDIRECT PURCHASER
                                     PLAINTIFFS' OBJECTIONS AND
16 | This Document Relates to:           RESPONSES TO DEFENDANT SAMSUNG
                                     SDI CO., LTD.'S FIRST SET OF
17 | ALL INDIRECT PURCHASER ACTIONS      INTERROGATORIES

18

19

20 | **PROPOUNDING PARTY:        SAMSUNG SDI CO., LTD.**

21

22 | **RESPONDING PARTY:         INDIRECT PURCHASER PLAINTIFFS:**
                            **Bedrock Management Company, Inc.; Kerry Lee Hall;**
23 |                            **Lisa Reynolds; Barry Kushner; Conrad Carty; Janet**
                            **Ackerman; Steven Hawley.**
24
**SET NUMBER:             ONE (1-16)**
25
      Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Bedrock
26
Management Company, Inc., Kerry Lee Hall, Lisa Reynolds, Barry Kushner, Conrad Carty,
27
Janet Ackerman and Steven Hawley ("New Indirect Purchaser Plaintiffs") hereby object and
28

ANDREWS
DEPOSITION
EXHIBIT
520
PENGAD 800-631-6989

1  respond to the First Set of Interrogatories propounded by Defendant Samsung SDI Co., Ltd.

2  ("Defendant"), as set forth below.

3  ### PRELIMINARY STATEMENT

4  Each of the following responses is subject to all objections of and concerning relevance,

5  materiality, and admissibility, as well as to all and any other objections on any ground requiring

6  exclusion of any response if introduced in Court. All evidentiary objections and grounds

7  accordingly are expressly reserved. Furthermore, New Indirect Purchaser Plaintiffs' decision,

8  now or in the future, to provide information notwithstanding the objectionable nature of the

9  Interrogatories shall not be construed as: (a) an admission that they agree with any of

10  Defendant's definitions or characterizations contained therein, or (b) an admission that the

11  information sought likely will lead to the discovery of admissible evidence, or (c) an agreement

12  that requests for similar information will be treated in a similar manner.

13  For purposes of these Interrogatories, New Indirect Purchaser Plaintiffs define the term

14  "CRT Products" as televisions and computer monitors containing CRTs.

15  New Indirect Purchaser Plaintiffs' objections and responses to the within First Set of

16  Interrogatories are made without prejudice to their right to introduce any or all evidence of any

17  kind in this case.

18  The specific objections and responses set forth below are based upon information now

19  known. New Indirect Purchaser Plaintiffs have not yet completed discovery or preparation for

20  trial in this case, and, therefore, reserve the right to amend, modify, or supplement any general or

21  specific objection or response.

22  Nothing in their objections and responses to these Interrogatories shall be construed as an

23  admission by New Indirect Purchaser Plaintiffs with respect to the competence, admissibility,

24  relevance, or materiality of any fact or document, or as an admission of the truth or accuracy of

25  any characterization of any information of any kind sought by these Interrogatories.

26  New Indirect Purchaser Plaintiffs reserve their right to object to use of their objections

27  and responses herein, or the subject matter thereof, on any ground in this or in any subsequent

28

1  proceeding, including, without limitation, the right to object on any ground at any time to the use

2  of such responses in any discovery procedures in this or any proceeding, and/or at trial.

3      The New Indirect Purchaser Plaintiffs' objections and responses to the Interrogatories are

4  subject to the provisions of the Stipulated Protective Order entered by the Court June 18, 2008

5  (Document 306) (the "Protective Order"). The New Indirect Purchaser Plaintiffs' Interrogatory

6  Objections and Responses hereby are designated "Confidential" in accordance with the

7  provisions of the Protective Order.

8      Each of the General Objections herein is considered applicable to and is hereby

9  incorporated into each and every response by Plaintiffs to the Interrogatories, and each response

10  is given without waiving any of the General Objections.  The assertion of any General Objection

11  in response to any Interrogatory should not be considered a waiver of the remaining General

12  Objections.  By making the responses herein, Plaintiffs do not concede that the information

13  provided is relevant to the claims or defenses of any party or reasonably calculated to lead to the

14  discovery of admissible evidence.

15                    **GENERAL OBJECTIONS**

16      1.    New Indirect Purchaser Plaintiffs object to, and will not answer, the

17  Interrogatories to the extent they seek discovery of information, legal analysis, and/or strategies

18  concerning any Class Certification motion New Indirect Purchaser Plaintiffs may file under Rule

19  23 of the Federal Rules of Civil Procedure.  Such information, legal analysis, and/or strategies

20  are protected from disclosure by the attorney-client privilege and/or the work-product doctrine.

21      2.    New Indirect Purchaser Plaintiffs object to, and will not answer, the

22  Interrogatories to the extent Defendant intends or purports to impose obligations beyond those

23  required or permitted by the Federal Rules of Civil Procedure and the Local Rules of the

24  Northern District of California, or to the extent they are outside the scope of any order or opinion

25  of this Court or of the Special Master, or contrary to any applicable rules of law.

26      3.    New Indirect Purchaser Plaintiffs object to, and will not answer, the

27  Interrogatories to the extent they comprise premature "contention interrogatories," the answers to

28

NEW INDIRECT PURCHASER PLAINTIFFS' OBJECTIONS AND RESPONSES TO DEFENDANT SAMSUNG SDI CO.,
LTD.'S FIRST SET OF INTERROGATORIES CASE NO. CV-07-5944 SC

1   which are dependent on merits and/or expert discovery. Pursuant to Rule 33(a)(2) of the Federal

2   Rules of Civil Procedure, New Indirect Purchaser Plaintiffs, as necessary or appropriate, will

3   respond to proper "contention interrogatories" after merits and expert discovery is complete,

4   and/or after some other time as directed by the Court or Special Master. *See, e.g., In re*

5   *Convergent Technologies Securities Litigation*, 108 F.R.D. 328, 336 (N.D. Cal. 1985) ("There is

6   considerable recent authority for the view that the wisest general policy is to defer propounding

7   and answering contention interrogatories until near the end of the discovery period."); *In re eBay*

8   *Seller Antitrust Litigation*, No. C 07-1882 JF (RS), 2008 WL 5212170, at *1 (N.D. Cal. Dec. 11,

9   2008) ("Courts using their Rule 33(a)(2) discretion generally disfavor contention interrogatories

10  asked before discovery is undertaken.").

11        4.    New Indirect Purchaser Plaintiffs object to the Interrogatories, including the

12  Definitions and Instructions set forth therein, to the extent (a) they seek to elicit information

13  relating or referring to matters not raised by the pleadings, or (b) they seek to elicit information

14  that is not relevant to the claims or defenses of the parties to this action, or (c) they seek to elicit

15  information that is not within New Indirect Purchaser Plaintiffs' possession, custody, or control,

16  or (d) they seek to elicit information not reasonably calculated to lead to the discovery of

17  admissible evidence.

18        5.    New Indirect Purchaser Plaintiffs object to, and will not answer, the

19  Interrogatories to the extent they seek information protected by the attorney-client privilege,

20  work-product doctrine, or any other applicable privilege, protection, immunity, or rule

21  (collectively, "Privileged Information"), including, without limitation, information concerning

22  communications between New Indirect Purchaser Plaintiffs' attorneys, and/or between New

23  Indirect Purchaser Plaintiffs and their attorneys, made during, or in anticipation of, litigation.

24  Any inadvertent disclosure of such information is not intended to, and shall not, constitute a

25  general or specific waiver, in whole or in part, of the foregoing privileges or immunities, or the

26  subject matter thereof. Relatedly, any inadvertent disclosure of such information is not intended

27  to, nor shall it, constitute a waiver of the right to object to any use of such information, and any

28

4

NEW INDIRECT PURCHASER PLAINTIFFS' OBJECTIONS AND RESPONSES TO DEFENDANT SAMSUNG SDI CO.,
LTD.'S FIRST SET OF INTERROGATORIES CASE NO. CV-07-5944 SC

1  such disclosure shall be treated as specified in Rule 26(b)(5)(B) of the Federal Rules of Civil
2  Procedure.

3        6.     New Indirect Purchaser Plaintiffs object to, and will not answer, the
4  Interrogatories to the extent that (a) they seek the premature disclosure of expert material subject
5  to Rule 26(a)(2)(C) of the Federal Rules of Civil Procedure, and/or (b) they seek disclosure of
6  information concerning any person or entity whom New Indirect Purchaser Plaintiffs will not
7  designate as an opinion or other witness at trial.

8        7.     New Indirect Purchaser Plaintiffs object to the Interrogatories, including the
9  Definitions and Instructions set forth therein, to the extent they seek information that is equally
10  accessible to Defendant as it is to New Indirect Purchaser Plaintiffs, or that has been provided by
11  other parties or witnesses.

12        8.     New Indirect Purchaser Plaintiffs object to the Interrogatories, including the
13  Definitions and Instructions set forth therein, to the extent they are cumulative to or duplicative
14  of other Interrogatories.

15        9.     New Indirect Purchaser Plaintiffs object to, and will not answer, the
16  Interrogatories to the extent that they seek confidential or proprietary business information and
17  research.

18        10.    New Indirect Purchaser Plaintiffs object to the purported definition of the terms
19  "YOU" and "YOUR" because they are vague, ambiguous, overly broad, and unduly
20  burdensome, as they seek information that is neither relevant nor reasonably calculated to lead to
21  the discovery of admissible information.  Responding further, New Indirect Purchaser Plaintiffs
22  object to the inclusion of "agents, attorneys, representatives, or other persons acting or
23  purporting to act on behalf of the responding Plaintiff," within this Definition to the extent it
24  purports to encompass information that is protected by attorney-client privilege and/or work-
25  product doctrine, or any other applicable privilege, protection, immunity, or rule.

26        11.    New Indirect Purchaser Plaintiffs object to the purported definition of the term
27  "DOCUMENT" to the extent it attempts to impose burdens on them greater than or inconsistent

28

1  with those imposed by the Federal Rules of Civil Procedure or the Local Rules for the United

2  States District Court for the Northern District of California.

3       12.    New Indirect Purchaser Plaintiffs object to the purported definition of the term

4  "COMPLAINT" as overly broad to the extent it is construed to refer to any Complaint other than

5  Indirect Purchaser Plaintiffs' Third Consolidated Amended Complaint filed December 11, 2010

6  in the United States District Court for the Northern District of California.

7       13.    New Indirect Purchaser Plaintiffs object to the Interrogatories, including the

8  Definitions and Instructions set forth therein, to the extent any one or more or all of them assume

9  disputed facts or legal conclusions. Any response or objection herein is without prejudice to this

10  objection and New Indirect Purchaser Plaintiffs' right to dispute such purported facts or legal

11  conclusions.

12  <div align="center">**SPECIFIC OBJECTIONS AND RESPONSES**</div>

13  **INTERROGATORY NO. 1:**

14       IDENTIFY all PERSONS who participated or assisted in the preparation of YOUR

15  responses to these interrogatories.

16  **RESPONSE NO. 1:**

17       In addition to their General Objections listed above, New Indirect Purchaser Plaintiffs

18  object to Interrogatory No. 1 because it calls for the disclosure of privileged information,

19  including without limitation, information subject to the attorney-client privilege and/or the work

20  product doctrine. New Indirect Purchaser Plaintiffs also object to Interrogatory No. 1 because it

21  seeks information that is neither relevant nor reasonably calculated to lead to the discovery of

22  admissible evidence.

23       Subject to and without waving the objections stated above, New Indirect Purchaser

24  Plaintiffs respond by referring to Samsung Exhibit A-26 through A-32.

25  **INTERROGATORY NO. 2:**

26       Separately identify each acquisition of a CRT upon which YOU base any claim in this

27  action, including without limitation the date and place of acquisition, the type and manufacturer

28

<div align="center">6</div>

1 | of each CRT acquired, and the IDENTITY of each PERSON involved in the acquisition and the

2 | time period and nature of each PERSON'S involvement.

3 | As part of YOUR response, IDENTIFY each DOCUMENT that YOU contend supports

4 | YOUR response.

5 | **RESPONSE NO. 2:**

6 | In addition to the General Objections listed above, New Indirect Purchaser Plaintiffs

7 | object to Interrogatory No. 2 because the term "acquisition" is vague, ambiguous, and overly

8 | broad.

9 | Subject to and without waiving the objections stated above, New Indirect Purchaser

10 | Plaintiffs respond by stating that they are end users of CRT Products and did not acquire any

11 | stand-alone CRTs during the relevant period.

12 | **INTERROGATORY NO. 3:**

13 | Separately identify each acquisition of a CRT PRODUCT upon which YOU base any

14 | claim in this action, including without limitation the date and place of acquisition, the type and

15 | manufacturer of each CRT PRODUCT acquired, and the IDENTITY of each PERSON involved

16 | in the acquisition and the time period and nature of each PERSON'S involvement.

17 | As part of YOUR response, IDENTIFY each DOCUMENT that YOU contend supports

18 | YOUR response.

19 | **RESPONSE NO. 3:**

20 | In addition to the General Objections listed above, New Indirect Purchaser Plaintiffs

21 | object to Interrogatory No. 3 because the term "acquisition" is vague, ambiguous, and overly

22 | broad.

23 | Subject to and without waiving the objections stated above, New Indirect Purchaser

24 | Plaintiffs respond by stating that they purchased CRT Products containing CRTs. Responding

25 | further, New Indirect Purchaser Plaintiffs refer to Samsung Exhibit B-26 through B-32.

26

27

28

1   **INTERROGATORY NO. 4:**

2       For each acquisition of a CRT identified in Interrogatory No. 2, state all terms and

3   conditions that were a part of the acquisition, including without limitation all terms and

4   conditions RELATING TO pricing, taxes, tariffs, duties, freight charges, or any other fees paid

5   by any PERSON in connection with the acquisition.

6       As part of YOUR response, IDENTIFY each DOCUMENT that YOU contend supports

7   YOUR response.

8   **RESPONSE NO. 4:**

9       In addition to the General Objections listed above, New Indirect Purchaser Plaintiffs

10  object to Interrogatory No. 4 because the term "acquisition" is vague, ambiguous, and overly

11  broad.

12      Subject to and without waiving the objections stated above, New Indirect Purchaser

13  Plaintiffs respond by stating that they are end users of CRT Products and did not acquire any

14  stand-alone CRTs during the relevant period.

15  **INTERROGATORY NO. 5:**

16      For each acquisition of a CRT PRODUCT identified in Interrogatory No. 3, state all

17  terms and conditions that were a part of the acquisition, including without limitation all terms

18  and conditions RELATING TO pricing, taxes, tariffs, duties, freight charges, or any other fees

19  paid by any PERSON in connection with the acquisition.

20      As part of YOUR response, IDENTIFY each DOCUMENT that YOU contend supports

21  YOUR response.

22  **RESPONSE NO. 5:**

23      In addition to the General Objections listed above, New Indirect Purchaser Plaintiffs

24  object to Interrogatory No. 5 because the term "acquisition" is vague, ambiguous, and overly

25  broad.

26      Subject to and without waiving the objections stated above, New Indirect Purchaser

27  Plaintiffs respond by referring to Samsung Exhibit B-26 through B-32.

28

8

NEW INDIRECT PURCHASER PLAINTIFFS' OBJECTIONS AND RESPONSES TO DEFENDANT SAMSUNG SDI CO.,
LTD.'S FIRST SET OF INTERROGATORIES CASE NO. CV-07-5944 SC

1  **INTERROGATORY NO. 6:**

2      For each acquisition of a CRT identified in Interrogatory No. 2, state whether the CRT

3  was acquired as part of a system or other bundled product (e.g., a CRT computer monitor

4  acquired in conjunction with a computer, keyboard, speakers, warranty, service plan, or other

5  services) and, if so, the value of each component of such system or bundled product.

6      As part of YOUR response, IDENTIFY each DOCUMENT that YOU contend supports

7  YOUR response.

8  **RESPONSE NO. 6:**

9      In addition to the General Objections listed above, New Indirect Purchaser Plaintiffs

10  object to Interrogatory No. 6 because (a) the term "acquisition" and the phrase "acquired as part

11  of a system or other bundled product (*e.g.*, a CRT computer monitor acquired in conjunction

12  with a computer, keyboard, speakers, warranty, service plan, or other services)" are vague,

13  ambiguous, overly broad, and unduly burdensome, and (b) it seeks information that is neither

14  relevant nor reasonably calculated to lead to the discovery of admissible evidence. Responding

15  further, to the extent Defendant seeks discovery related to "the value of each component of such

16  system or bundled product," New Indirect Purchaser Plaintiffs also object to Interrogatory No. 6

17  because it (a) prematurely seeks to elicit prior to merits discovery legal theories, analysis, and

18  other matters on which opinion testimony may be required at trial, (b) purports to require a

19  layperson to provide answers on matters as to which opinion testimony may be required at trial,

20  and (c) calls for legal conclusions and compels the assumption of facts not yet in evidence, and

21  (d) prematurely seeks disclosure of expert material subject to Rule 26(a)(2)(C) of the Federal

22  Rules of Civil Procedure.

23      Subject to and without waiving the objections stated above, New Indirect Purchaser

24  Plaintiffs respond by stating that they are end users of CRT Products and did not acquire any

25  stand-alone CRTs during the relevant period.

26

27

28

1  **INTERROGATORY NO. 7:**

2      For each acquisition of a CRT PRODUCT identified in Interrogatory No. 3, state whether

3  the CRT PRODUCT was acquired as part of a system or other bundled product (e.g., a CRT

4  computer monitor acquired in conjunction with a computer, keyboard, speakers, warranty,

5  service plan, or other services) and, if so, the value of each component of such system or bundled

6  product.

7      As part of YOUR response, IDENTIFY each DOCUMENT that YOU contend supports

8  YOUR response.

9  **RESPONSE NO. 7:**

10      In addition to the General Objections listed above, New Indirect Purchaser Plaintiffs

11  object to Interrogatory No. 7 because (a) the term "acquisition" the phrase "acquired as part of a

12  system or other bundled product (*e.g.*, a CRT computer monitor acquired in conjunction with a

13  computer, keyboard, speakers, warranty, service plan, or other services)" are vague, ambiguous,

14  overly broad, and unduly burdensome, and (b) it seeks information that is neither relevant nor

15  reasonably calculated to lead to the discovery of admissible evidence. Responding further, to the

16  extent Defendant seeks discovery related to "the value of each component of such system or

17  bundled product," New Indirect Purchaser Plaintiffs also object to Interrogatory No. 7 because it

18  (a) prematurely seeks to elicit prior to merits discovery legal theories, analysis, and other matters

19  on which opinion testimony may be required at trial, (b) purports to require a layperson to

20  provide answers on matters as to which opinion testimony may be required at trial, and (c) calls

21  for legal conclusions and compels the assumption of facts not yet in evidence, and (d)

22  prematurely seeks disclosure of expert material subject to Rule 26(a)(2)(C) of the Federal Rules

23  of Civil Procedure.

24      Subject to and without waiving the objections stated above, New Indirect Purchaser

25  Plaintiffs respond by referring to Samsung Exhibit B-26 through B-32.

26

27

28

**INTERROGATORY NO. 8:**

For each acquisition of a CRT identified in Interrogatory No. 2, identify any warranties, servicing plans or agreements, membership rewards, or other benefits received by YOU RELATING TO the acquisition.

As part of YOUR response, IDENTIFY each DOCUMENT that YOU contend supports YOUR response.

**RESPONSE NO. 8:**

In addition to the General Objections listed above, New Indirect Purchaser Plaintiffs object to Interrogatory No. 8 because (a) the terms "servicing plans or agreements, membership rewards, or other benefits" are vague, ambiguous, and overly broad, and (b) it seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence.

Subject to and without waiving the objections stated above, New Indirect Purchaser Plaintiffs respond by stating that they are end users of CRT Products and did not acquire any stand-alone CRTs during the relevant period.

**INTERROGATORY NO. 9:**

For each acquisition of a CRT PRODUCT identified in Interrogatory No. 3, identify any warranties, servicing plans or agreements, membership rewards, or other benefits received by YOU RELATING TO the acquisition.

As part of YOUR response, IDENTIFY each DOCUMENT that YOU contend supports YOUR response.

**RESPONSE NO. 9:**

In addition to the General Objections listed above, New Indirect Purchaser Plaintiffs object to Interrogatory No. 9 because (a) the terms "servicing plans or agreements, membership rewards, or other benefits" are vague, ambiguous, and overly broad, and (b) it seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence.

Subject to and without waiving the objections stated above, New Indirect Purchaser Plaintiffs respond by referring to Samsung Exhibit B-26 through B-32.

**INTERROGATORY NO. 10:**

Identify the purpose(s) for which YOU acquired each CRT during the RELEVANT PERIOD, including without limitation whether the CRT was acquired for resale and, if so, whether and under what terms and conditions it was resold.

**RESPONSE NO. 10:**

In addition to the General Objections listed above, New Indirect Purchaser Plaintiffs object to Interrogatory No. 10 because it seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence.

Subject to and without waiving the objections stated above, New Indirect Purchaser Plaintiffs respond by stating that they are end users of CRT Products and did not acquire any stand-alone CRTs during the relevant period.

**INTERROGATORY NO. 11:**

Identify the purpose(s) for which YOU acquired each CRT PRODUCT during the RELEVANT PERIOD, including without limitation whether the CRT PRODUCT was acquired for resale and, if so, whether and under what terms and conditions it was resold.

**RESPONSE NO. 11:**

In addition to the General Objections listed above, New Indirect Purchaser Plaintiffs object to Interrogatory No. 11 because it seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence.

Subject to and without waiving the objections stated above, New Indirect Purchaser Plaintiffs respond by stating that, as end users, they purchased CRT Products for their own use and not for resale.  New Indirect Purchaser Plaintiffs also respond by referring to Samsung Exhibit B-26 through B-32.

**INTERROGATORY NO. 12:**

IDENTIFY all PERSONS with knowledge of the factors that influenced each of YOUR decisions to acquire or not to acquire CRTs during the RELEVANT PERIOD.

12

NEW INDIRECT PURCHASER PLAINTIFFS' OBJECTIONS AND RESPONSES TO DEFENDANT SAMSUNG SDI CO., LTD.'S FIRST SET OF INTERROGATORIES CASE NO. CV-07-5944 SC

**RESPONSE NO. 12:**

In addition to the General Objections listed above, New Indirect Purchaser Plaintiffs object to Interrogatory No. 12 because (a) it seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence, and (b) it is harassing and invasive.

Subject to and without waiving the objections stated above, New Indirect Purchaser Plaintiffs respond by stating that they are end users of CRT Products and did not consider acquiring any stand-alone CRTs during the relevant period.

**INTERROGATORY NO. 13:**

IDENTIFY all PERSONS with knowledge of the factors that influenced each of YOUR decisions to acquire or not to acquire CRT PRODUCTS during the RELEVANT PERIOD.

**RESPONSE NO. 13:**

In addition to the General Objections listed above, New Indirect Purchaser Plaintiffs object to Interrogatory No. 13 because (a) it seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence, and (b) it is harassing and invasive.

Subject to and without waiving the objections stated above, New Indirect Purchaser Plaintiffs respond by referring to Samsung Exhibit B-26 through B-32.

**INTERROGATORY NO. 14:**

IDENTIFY all trade publications, advertisements, or news articles RELATING TO the price or product features of CRTs that YOU reviewed during the RELEVANT PERIOD.

**RESPONSE NO. 14:**

In addition to their General Objections listed above, New Indirect Purchaser Plaintiffs object to Interrogatory No. 14 because (a) the terms "all trade publications, advertisements, or news articles" are vague, ambiguous, and overly broad, and (b) it seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence.

1    Subject to and without waiving the objections stated above, New Indirect Purchaser
2  Plaintiffs respond by referring to Samsung Exhibit D-26 through D-32.

3  **INTERROGATORY NO. 15:**

4    IDENTIFY all trade publications, advertisements, or news articles RELATING TO the
5  price or product features of CRT PRODUCTS that YOU reviewed during the RELEVANT
6  PERIOD.

7  **RESPONSE NO. 15:**

8    In addition to their General Objections listed above, New Indirect Purchaser Plaintiffs
9  object to Interrogatory No. 15 because (a) the terms "all trade publications, advertisements, or
10 news articles" are vague, ambiguous, and overly broad, and (b) it seeks information that is
11 neither relevant nor reasonably calculated to lead to the discovery of admissible evidence.

12    Subject to and without waiving the objections stated above, New Indirect Purchaser
13 Plaintiffs respond by referring to Samsung Exhibit D-26 through D-32.

14 **INTERROGATORY NO. 16:**

15    State whether, at any time during the RELEVANT PERIOD, YOU elected to acquire a
16 non-CRT television or computer monitor instead of a CRT PRODUCT and, if so, identify
17 YOUR reasons for making each such acquisition.

18 **RESPONSE NO. 16:**

19    In addition to the General Objections listed above, New Indirect Purchaser Plaintiffs
20 object to Interrogatory No. 16 because (a) the terms "elected to acquire" are vague, ambiguous,
21 and overly broad and (b) it seeks information that is neither relevant nor reasonably calculated to
22 lead to the discovery of admissible evidence.

23    Subject to and without waiving the objections stated above, New Indirect Purchaser
24 Plaintiffs respond by referring to Samsung Exhibit E-26 through E-32.

25

26 Dated: August 31, 2011          By:    /s/ Mario N. Alioto
27                                        Mario N. Alioto (56433)
                                          Lauren C. Russell (241151)
28

                                  14
NEW INDIRECT PURCHASER PLAINTIFFS' OBJECTIONS AND RESPONSES TO DEFENDANT SAMSUNG SDI CO.,
LTD.'S FIRST SET OF INTERROGATORIES CASE NO. CV-07-5944 SC

1

TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA 94123
Telephone:   (415) 563-7200
Facsimile:    (415) 346-0679
malioto@tatp.com
laurenrussell@tatp.com

*Interim Lead Counsel for the*
*New Indirect Purchaser Plaintiffs*

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

15

Produced on 9/17/12

**SAMSUNG EXHIBIT A35**

**PLAINTIFF PATRICIA ANDREWS**

Patricia Andrews
3070 Mattie Wade Road
Sherrills Ford, NC  28673

James F. Wyatt, III
WYATT & BLAKE, L.L.P.
435 East Morehead Street
Charlotte, NC 28202-2609

Robert J. Gralewski, Jr.
KIRBY McINERNEY LLP
825 Third Avenue
New York, NY  10022

3

————————————————— Produced on 9/17/12 —————————————————

**SAMSUNG EXHIBIT B35**

**PLAINTIFF PATRICIA ANDREWS**

1. **CRT PRODUCT:** Toshiba Television Model # 27A32; Serial Number 4982370607A

2. **DATE OF PURCHASE:** 2/15/03

3. **LOCATION of PURCHASE:** Best Buy, Hickory, North Carolina

4. **PERSONS INVOLVED IN PURCHASES:** Patricia Andrews (plaintiff)

5. **PRICE:** $249.99

6. **TAXES/FEES:** The standard sales tax was applied to the purchase of the television.

7. **BUNDLE:** The television was not purchased as part of a bundle or system.

8. **WARRANTIES:** None other than any standard manufacturers' warranties.

9. **PURPOSE of PURCHASE:** Personal use.

See also CRT000766-851.

Produced on 9/17/12

**SAMSUNG EXHIBIT D35**

**PLAINTIFF PATRICIA ANDREWS**

**CRTs**:  Ms. Andrews does not believe she reviewed any trade publications, advertisements, or news articles relating to the price or product features of CRTs during the relevant time period.

**CRT Products**:  Ms. Andrews does not recall reviewing any advertisements for CRT products during the relevant time period.

3

Produced on 9/17/12

**SAMSUNG EXHIBIT E35**

**PLAINTIFF PATRICIA ANDREWS**

Ms. Andrews purchased a flat-screen computer monitor when purchasing a Gateway computer in the early 2000s.  Ms. Andrews bought this computer to replace a computer she had at the time.

9385544

**BEST BUY**

CUSTOMER NAME
Patricia Andrews

ADDRESS
5070 Mattie Wade Rd

CITY, STATE, ZIP
Sherrillsford NC 28673

HOME PHONE
145385648

WORK PHONE

| QTY | PRICE | MODEL NO. |
|-----|-------|-----------|

WELCOME TO BEST BUY #425
HICKORY, NC 28602
(828)261-0031

Val #: 0286-2902-1309-3823

0425 041 1090 02/15/03        17:38 0262946

EXCHANGE

ORIGINAL STORE#        0260
ORIGINAL TERMINAL#      002
ORIGINAL TRANSACTION#  0617
ORIGINAL SALE DATE    101602

RETURN ITEMS
4323388  4YR DVD PSP          49.99- N
4YR DVD PSP
PSP #  1910228560
2316274  RESTOCKING           3.12 N

SALE ITEMS
4533758  DVD793CH            140.99
DVD CHANGER WITH PROGRESSIVE
4528675  27A32               249.99
TOSHIBA 27" TV

SUBTOTAL          344.11
SALES TAX 7.00 %   27.37

TOTAL            371.48

xxxxxxxxxxxx5104 K SUPERCARD    371.48
APPROVAL 067616
6 Months With Payments Plan

This is a same as cash plan. Monthly
Payments required. Finance Charges accrue
from purchase date if min. monthly
payments are made when due & if purchase
paid in full before promo expires. Finance
Charges are not refunded

CUSTOMER SIGNATURE

CUSTOMER


ANDREWS
DEPOSITION
EXHIBIT
527

CRT000846



**KEEP YOUR RECEIPT!**

- Your original receipt is required for all returns, exchanges, price matches and warranty repair services. Merchandise missing the original Universal Product Code (UPC) cannot be returned, it may only be exchanged for the same product.

- We accept returns & exchanges 14 days from the original date of purchase on Computers, Monitors, Printers, Notebook Computers, Camcorders, Digital Cameras, and Radar Detectors.

- We accept returns or exchanges 30 days from the original date of purchase on our merchandise (excluding items listed above) containing all original packaging and accessories.

- You may only EXCHANGE Computer Software, DVD or VHS Videos, Video Games and Music for the same title, if the original is defective.

- No refund on labor or installation services. **No returns** on opened: Computer Software, DVD or VHS Videos, Video Games and Music.

- Refunds of cash purchases over $250 and check purchases over $100 will be issued by check from our corporate office within 14 business days of return.

- **Restocking Fees** will be applied to ANY product not returned in 'like new condition' including missing the original box, packaging materials, or contents, accessories or manuals. A 15% restocking fee will be charged on returns or exchanges of any opened: notebook computer, camcorder, digital camera or radar detector, unless defective.

- The BestBuy.com™ site's policies may vary from our in-store policies. Please see www.bestbuy.com for complete details and the BestBuy.com privacy statement.

- See your local Best Buy store for further details.

CRT000847

# EXHIBIT 44



E50423



# A68AJB82X10
# R27TNTN

ASSEMBLED IN MEXICO
BSI CERT 7525

EIA 312          WNA          
                                            S07022

 E31254  SP · LR22773

WARNING - HANDLE WITH CARE: Breakage of this tube, which contains a high vacuum, may result in injury from flying glass. Remove tube carefully from container. Do not strike or scratch the tube or subject it to more than moderate pressure when inserting into or removing from its socket in electronic equipment.
ADVERTISSEMENT - MANIER ATTENTIVEMENT. Au cas de la fracture de ce tube que contient vacuum a haut tension, on peut s'être blessé par éclats volants. Retirer tube attentivement du récipient. Ne pas trapper ou ne pas gratter le tube, et éviter trop de pressure quand on attacher le tube à ou détacher le tube de sa douille dans l'équipement électrique.
X-RAY WARNING. When picture tubes are operated above the design maximum anode voltage, and when personal exposure is prolonged at close range, special shielding precautions against x-ray radiation may be needed.
AVERTISSEMENT RAYONS-X. Quand tube image est mis surpassant le voltage maximum designé ou quand l'exposition du corpe est prolongue, au distance près, quelque bouclier special contre rayons-X puisse être nécessair.

"WARNING: THIS CATHODE RAY TUBE EMPLOYS INTEGRAL IMPLOSION PROTECTION. REPLACE WITH A CATHODE RAY TUBE OF THE SAME TYPE NUMBER FOR CONTINUED SAFETY."

"ADVERTISSMENT: CE TUBE CATHODIQUE EST ÉQUIPE D'UN DISPOSITIF INTÉGRÉ DE PROTECTION CONTRE L'IMPLOSION. REMPLACER PAR UN TUBE DE MÊME MODÈLE POUR NE PAS COMPROMETTRE LA SECURITE."



CRT000832



CRT000833



CRT000834



# EXHIBIT 45

```
1              UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3              SAN FRANCISCO DIVISION

4                   ---o0o---

5

6    In Re: CATHODE RAY TUBE (CRT)    )
     ANTITRUST LITIGATION,            )
7                                     )
                       Plaintiff,     )
8    _____)   Case No.
                                      )   07-5944 Sc
9                                     )   MDL No. 1917
     This Document Relates to:        )
10                                    )
     ALL ACTIONS,                     )
11   _____)

12

13

14

15       VIDEOTAPED DEPOSITION OF GARY HANSON

16            FRIDAY, MAY 4, 2012

17

18

19

20

21

22

23

24

25   REPORTER: BALINDA DUNLAP, CSR 10710, RPR, CRR, RMR
```

2

BARKLEY
Court Reporters

```
 1                    A P P E A R A N C E S
                          ---o0o---
 2
      FOR THE INDIRECT PURCHASER PLAINTIFFS:
 3
          KIRBY McINERNEY LLP
 4        825 Third Avenue,
          New York, New York  10022
 5        BY: ROBERT J. GRALEWSKI, JR., ESQ.
          (212) 371-6600
 6        bgralewski@kmllp.com

 7        JEFFRIES, OLSON & FLOM
          1202 27th Street South, Suite B
 8        Fargo, North Dakota  58103
          BY: JOEL FLOM, ESQ.
 9        (701) 280-2300
          joel@jeffrieslaw.com
10
11    FOR THE DEFENDANTS SAMSUNG SDI CO., LTD and SAMSUNG
      SDI AMERICA, INC., SAMSUNG SDI MEXICO S.A. DE
12    (USA), INC. CV,  SAMSUNG SDI BRASIL LTDA,  SHENZHEN
      SAMSUNG SDI CO., LTD., TIANJIN SAMSUNG SDI CO.,
13    LTD., AND SAMSUNG SDI (MALAYSIA) SDN. BHD:

14        SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP
          4 Embarcadero Center, 17th Floor
15        San Francisco, California  94111
          BY: DYLAN BALLARD, ESQ.
16        (415) 434-9100
          dballard@sheppardmullin.com
17

18    FOR THE DEFENDANTS KONINKLIJKE PHILIPS ELECTRONICS
      N.V., PHILIPS ELECTRONICS NORTH AMERICA
19    CORPORATION:
      (Telephonic Appearance)
20
          BAKER BOTTS LLP
21        1299 Pennsylvania Avenue, N.W.
          Washington, D.C.  20004-2400
22        BY: CHARLES MALAISE, ESQ.
          (202) 639-7700
23        charles.malaise@bakerbotts.com

24

25


                           3
```

BARKLEY
Court Reporters

```
1                    INDEX OF EXAMINATIONS
                           ---oOo---
2
   EXAMINATIONS                                  PAGE
3
   MR. BALLARD                                      7
4

5
                      INDEX OF EXHIBITS
6     NO.                DESCRIPTION            PAGE

7    122   Indirect Purchaser Plaintiffs' Amended    22
           and Supplemental Objections and
8          Responses to Defendant Samsung SDI
           Co., Ltd.'s First Set of
9          Interrogatories Dated August 31, 2001
           (14 Pages)
10
     123   Samsung Exhibit B19 (2 Pages)            24
11
     124   Photocopy of a Photograph of a           27
12         Television, Model No. F27240WT, Serial
           No. 536412180, Bates No. CRT000154
13
     125   Photocopy of a Photograph of a           35
14         Television, Model No. 13A22, Serial
           No. 82468602 D, Bates No. CRT000155
15
     126   Owner's Manual for a Toshiba             39
16         Television, Bates No. CRT000106
           through 53
17
     127   Photocopy of a Photograph of a           42
18         Television, Model No. 27R411T, Serial
           No. D384C72C7, Bates No. CRT000156
19
     128   Dell Invoice Dated March 31, 2003,       47
20         Bates No. CRT000497 through 99

21   129   Dell Invoice Dated April 1, 2003,        52
           Bates No. CRT000500 through 04
22

23

24

25

                            4
```

Gary Hanson

BARKLEY
Court Reporters

1                    INDEX OF EXHIBITS
     NO.                 DESCRIPTION                    PAGE
2
    130      Photocopies of Photographs of Five          60
3            Manufacturer's Stickers (5 Pages)

4   131      Photocopies of Photographs of a             63
             Toshiba and Orion Television (6 Pages)
5
     11      Indirect Purchaser Plaintiffs' Third        75
6            Consolidated Amended Complaint

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

5

Gary Hanson

BARKLEY
Court Reporters

```
 1              FARGO, NORTH DAKOTA, MAY 4, 2012

 2                        ---oOo---

 3              BE IT REMEMBERED that on Friday, the 4th

 4    day of May 2012, commencing at the hour of 9:27

 5    a.m. thereof, at 1202 27th Street South, Suite B,

 6    Fargo, North Dakota, before me, Balinda Dunlap, a

 7    Certified Shorthand Reporter in and for the County

 8    of San Francisco, State of California, personally

 9    appeared:

10              THE VIDEOGRAPHER:  We are now on the

11    record.  Good morning.  My name is Jeffrey Anders.

12    I am a videographer associated with Barkley Court

13    Reporters, located at 1875 Century Park East, Suite

14    1300, in Los Angeles, California.

15              Today's date is May 4th, 2012.  The time

16    is 9:27 a.m.  This deposition is taking place at

17    Jeffries, Olson & Flom law offices in Fargo, North

18    Dakota in the matter of In Re: Cathode Ray Tube

19    Antitrust Litigation, Case No. 07-5944 SC.

20              This is the videotape deposition of Gary

21    Hanson being taken on behalf of the plaintiff.

22              Would counsels for the parties please

23    identify themselves.

24              MR. BALLARD:  Mr. Hanson, good morning.

25    We just met.  My name is Dylan Ballard, and I
```

6

Gary Hanson

BARKLEY
Court Reporters

1    represent the Samsung SDI defendants in this case.

2           MR. FLOM:  I am Joel Flom, Jeffries, Olson

3    & Flom appearing for Mr. Hanson and with

4    Mr. Gralewski.

09:27  5           MR. GRALEWSKI:  Bob Gralewski, Kirby

6    McInerney, on behalf of the witness and the class.

7           MR. MALAISE:  Chuck Malaise, Baker Botts,

8    for the Philips defendants.

9           THE VIDEOGRAPHER:  Thank you.  And the

09:27  10   court reporter will now swear in the witness.

11   Please swear the witness.

12                     GARY HANSON

13        called as a witness by the Defendant, having

14   been sworn to tell the truth, the whole truth, and

09:28  15   nothing but the truth, was examined and testified as

16   follows:

17                     ---o0o---

18             EXAMINATION BY MR. BALLARD

19      Q.   Mr. Hanson, can we start by having you

09:28  20   state and spell your full name for the record?

21      A.   Gary W. Hanson, G-a-r-y, W, H-a-n-s-o-n.

22           MR. GRALEWSKI:  Counsel, not to interrupt

23   your questioning, but just for the record, I just

24   want to note that the deposition is being taken

09:28  25   pursuant to a notice issued by the defendants.

Gary Hanson

**BARKLEY**
Court Reporters

1          MR. BALLARD:  I meant to note that as

2    well.

3          MR. GRALEWSKI:  Thank you.

4       Q.   BY MR. BALLARD:  What does the "W" stand

09:28   5    for?

6       A.   Wayne, sorry.

7       Q.   And how old are you, sir?

8       A.   Sixty-one.

9       Q.   What's your date of birth?

09:28  10       A.   5/10/50.

11       Q.   Where do you live?

12       A.   West Fargo.

13       Q.   What's your address?

14       A.   Address, 836 Lakeridge, all one word,

09:28  15    Place, West Fargo 58078.

16       Q.   And how long have you lived at that

17    Lakeridge address?

18       A.   Nine years, going on ten.

19       Q.   And is that your only home currently?

09:29  20       A.   That is my residence, correct.

21       Q.   You don't have any other homes?

22       A.   I have lake property.

23       Q.   Where is that located?

24       A.   Fergus Falls, Minnesota.

09:29  25       Q.   About how much time do you spend in Fergus

8

Gary Hanson

BARKLEY
Court Reporters

1    Falls?

2         A.    Thirty percent.

3         Q.    Sort of a summer property?

4         A.    Correct, recreational.

09:29   5    Q.    Do you pay taxes in North Dakota?

6         A.    Yes.

7         Q.    Do you pay taxes in any other state?

8         A.    Real estate taxes, yes.

9         Q.    In Minnesota?

09:29   10   A.    In Minnesota.

11        Q.    No other taxes --

12        A.    No.

13        Q.    -- in that other state?  Do you own a car?

14        A.    Yes.

09:29   15   Q.    And what state is that registered?

16        A.    North Dakota.

17        Q.    Are you registered to vote in North

18   Dakota?

19        A.    Yes.

09:29   20   Q.    What about in any other state?

21        A.    No.

22        Q.    Have you ever lived outside of North

23   Dakota, other than the Minnesota property that we

24   just talked about?

09:30   25   A.    I was born and raised in Minnesota.

9

Gary Hanson

BARKLEY
Court Reporters

1    Q.   When did you move to North Dakota?

2    A.   1972.

3    Q.   Have you ever had your deposition taken

4  before?

09:30   5    A.   No.

6    Q.   I just want to kind of quickly go through

7  some of the ground rules, sort of a spiel that's

8  given at every deposition, but the point is just to

9  make sure that you and I and the court reporter are

09:30   10  on the same page.

11        We do have a court reporter here today.

12  She's going to be transcribing everything that is

13  said in the room that's on the record.

14        Do you understand that?

09:30   15    A.   Yes.

16    Q.   And for that reason, it's important that

17  we don't talk over each other, that we let each

18  other finish before positing a question or giving

19  an answer.

09:30   20    A.   Okay.

21    Q.   If you don't understand one of my

22  questions today, will you let me know and I'll do

23  my best to rework it?

24    A.   Yes.

09:31   25    Q.   If you don't tell me that, if you don't

10

BARKLEY
Court Reporters

```
 1   tell me that the question's confusing and you go
 2   ahead and answer it, I am going to assume that you
 3   understood it, okay?
 4       A.   Okay.
 5       Q.   Is there any reason that you can't give me
 6   complete and accurate testimony today?
 7       A.   Not that I'm aware of.
 8       Q.   Did you graduate high school, sir?
 9       A.   Yes.
10       Q.   What year did you graduate?
11       A.   1968.
12       Q.   And did you go to college?
13       A.   Yes.
14       Q.   What college did you go to?
15       A.   Moorhead State University.
16       Q.   Sorry, Moorhead?
17       A.   Moorhead State University, correct.
18       Q.   And during what years did you attend
19   Moorhead?
20       A.   '68 to '72.
21       Q.   And did you earn a degree?
22       A.   Yes.
23       Q.   What was it?
24       A.   An accounting degree.
25       Q.   A BA?
```

09:31 (lines 5, 10, 15, 20, 25)

11

BARKLEY
Court Reporters

1        A.    I believe so, yes.

2        Q.    Do you have any postgraduate education?

3        A.    No.

4        Q.    Any other education after high school --

09:32  5   after college, sorry?

6        A.    Other than professional course work,

7   seminars, et cetera in the line of my business.

8        Q.    And what is your business, sir?

9        A.    I am a trust officer.

09:32  10       Q.    Can you explain to me what a trust officer

11   does?

12       A.    Essentially we manage other people's money

13   or affairs depending upon the nature of the

14   relationship.  We are an independent trust company.

09:32  15   We provide independent third-party fiduciary

16   services in the way of estate settlement, trust and

17   retirement plan.

18       Q.    And where do you work right now?

19       A.    Heartland Trust Company.

09:32  20       Q.    And how long have you worked at Heartland?

21       A.    Company started 22 years ago.  I am a

22   partner in it.

23       Q.    You've been there since the beginning?

24       A.    Correct.

09:32  25       Q.    Okay.  And where is Heartland located?

12

Gary Hanson

1     A.   1202 27th Street South in Fargo.

2     Q.   I thought I just saw that.  And do you

3  have a job title at Heartland other than partner?

4     A.   Senior vice president.

09:33  5     Q.   And what are your sort of day-to-day

6  responsibilities?

7     A.   I head up and manage the corporate

8  retirement plan area, which is about a third of our

9  business.

09:33  10     Q.   And is that the role you've played since

11  the beginning or is that --

12     A.   Yes.

13     Q.   Do you know what a cathode ray tube is?

14     A.   Yes.

09:33  15     Q.   What is it?

16     A.   It's the tube that provides the projection

17  on a TV or a computer monitor.

18     Q.   And have you ever seen one before?

19     A.   Yes.

09:34  20     Q.   And what do they look like?

21     A.   Oblong whatever -- I don't know what the

22  word is for the description of the shape.

23     Q.   Okay.  Just to get some definitions out of

24  the way, during this deposition, I'm going to refer

09:34  25  to a cathode ray tube, the component that we just

13

Gary Hanson

BARKLEY
Court Reporters

```
     1   talked about --

     2       A.   Okay.

     3       Q.   As a CRT --

     4       A.   Okay.

09:34 5       Q.   -- is that okay?  And do you know what

     6   CRTs are used for?

     7       A.   What they're used for?

     8       Q.   What do people do with the CRT component

     9   that we just talked about?

09:34 10           MR. GRALEWSKI:  Object to the form.  Asked

    11   and answered.

    12           THE WITNESS:  I am not sure I understand

    13   what you're asking.

    14       Q.   BY MR. BALLARD:  Let me try it a different

09:34 15   way.  Are CRTs used in certain kinds of products?

    16       A.   Yes.

    17       Q.   What kind of products are they used in?

    18       A.   If I'm watching a TV or using a computer,

    19   I am using a CRT monitor screen.

09:35 20       Q.   So CRTs are used in televisions and

    21   monitors?

    22       A.   To the best of my knowledge, yes.

    23       Q.   So for the record of this definition, I am

    24   going to refer to the TV, the monitor, any other

09:35 25   product that might contain a CRT in it, as a CRT
```

14

BARKLEY
Court Reporters

```
 1  product; is that okay?
 2       A.   Okay.
 3       Q.   Have you ever worked for a company that
 4  had any involvement with CRTs?
09:35 5       A.   No.
 6       Q.   Have you ever had a job in sales or
 7  marketing?
 8       A.   No.
 9       Q.   Have you ever held stock in any of the
09:35 10 defendants in this case?
11       A.   I do not believe so.
12       Q.   Have you ever held stock, as far as you
13  know, in any company that had any involvement with
14  CRTs?
09:36 15      A.   That I don't know.
16            MR. GRALEWSKI:   Object to the form.
17  Vague.  Overbroad.
18       Q.   BY MR. BALLARD:  Did you do anything to
19  prepare for this deposition today?
09:36 20      A.   Please clarify.
21       Q.   Anything at all to get ready for this
22  event that we're holding right now?
23       A.   I reviewed some of the material that has
24  been provided to me in the normal course -- or over
09:36 25 the course of the case.
```

15

BARKLEY
Court Reporters

```
 1        Q.   And what materials did you review?

 2        A.   The original complaint, the amended

 3   complaint to look at the front page, make sure my

 4   name was on it.

 5        Q.   Other than the original complaint and the

 6   amended complaint, any other documents?

 7             MR. GRALEWSKI:  I am going to interpose an

 8   objection.  To the extent the -- well, I'll just do

 9   it this way:  As phrased, the question seeks to

10   invade the work product privilege and the

11   attorney-client privilege, and as phrased, I'll

12   instruct the witness not to answer.

13        Q.   BY MR. BALLARD:  My question is:  Other

14   than documents that you reviewed with your

15   attorney, did you review any other documents other

16   than the two complaints that you just mentioned?

17        A.   No.

18        Q.   Did you meet with an attorney before this

19   deposition?

20        A.   Yes.

21        Q.   Who did you meet with?

22        A.   Mr. Flom and Mr. Gralewski.

23        Q.   And did you meet with them together?

24        A.   Yes.

25        Q.   How many times did you guys meet?
```

09:36 (line 5)
09:37 (line 10)
09:37 (line 15)
09:37 (line 20)
09:37 (line 25)

16

Gary Hanson

BARKLEY
Court Reporters

1    A.    Once.

2    Q.    And when was that?

3    A.    Yesterday.

4    Q.    And about how long was that meeting?

09:37  5    A.    Hour and 45 minutes.

6    Q.    Did you talk with anyone else regarding

7  this deposition?

8    A.    No.

9    Q.    Taken any notes regarding this deposition?

09:37 10    A.    No.

11    Q.    Was the meeting that you had with Mr. Flom

12  and Mr. Gralewski, was that the entirety of your

13  preparation for this deposition?

14    A.    Yes.

09:38 15    Q.    Other than the lawsuit that we're here to

16  talk about today, have you ever been a party to any

17  other lawsuit?

18    A.    No.

19    Q.    Have you ever testified as a witness?

09:38 20    A.    No.  Let me amend that.

21    Q.    Sure.

22    A.    In my early career as a trust officer for

23  a local bank, I did occasionally have to appear in

24  County court for accounting testimony on trust

09:38 25  accounts.

17

Gary Hanson

1      Q.   Okay.  And so what kind of cases were

2   those?

3      A.   Routine guardianship trust accounting

4   reviews by the County court.

09:38 5      Q.   Did you have a lawyer --

6      A.   No.

7      Q.   -- in connection with that testimony?

8      A.   No.

9      Q.   And I think you said earlier that you have

09:39 10   never been deposed before?

11      A.   Correct.

12      Q.   Have you ever received a notice saying

13   that you could be a member of a class, in a class

14   action?

09:39 15      A.   Did I receive a notice?  Not sure I know

16   what notice you might be referring to.

17      Q.   Did you ever receive anything in the mail

18   that said you might be a member of a class in a

19   class action?

09:39 20      A.   After consulting with the attorney on this

21   particular one, I have received updates in the

22   mail, yes.

23      Q.   In connection with this case?

24      A.   Yes.

09:39 25      Q.   But not in connection with any other case?

18

Gary Hanson

 1      A.   No.

 2      Q.   How did you come to be a named plaintiff

 3  in this case?

 4      A.   My firm is the service provider for the

09:40  5  Olson, Jeffries & Flom retirement plan.  In that

 6  regard, in general conversation with Joel, he

 7  inquired if I had purchased a TV or computer

 8  monitor in the past few years, and I answered yes.

 9  And he said, "Are you aware of any action or a

09:40 10  class action that pertains to price-fixing

 11  regarding products in those," and I said, "No."

 12  And he said --

 13          MR. GRALEWSKI:  I am going to --

 14          MR. BALLARD:  You shouldn't interrupt the

09:40 15  witness.

 16          MR. GRALEWSKI:  I should interrupt the

 17  witness if the witness is going to divulge

 18  attorney-client communications, and I just want to

 19  instruct the witness to be cautious that in

09:40 20  answering counsel's question, you do not reveal

 21  communications with counsel.

 22          MR. BALLARD:  And I just want to say for

 23  the record that I think it is improper to interrupt

 24  the witness.  You can object to my question, but

09:41 25  you can't stop him from speaking.

19

BARKLEY
Court Reporters

1          MR. GRALEWSKI:  I am objecting to your

2     question belatedly.  So you can certainly answer

3     the question, Mr. Hanson, but in doing so, you are

4     not to reveal any communications with counsel.

09:41 5     That would be considered privileged.

6          Q.   BY MR. BALLARD:  Did you have more to say?

7          A.   In the course of that conversation that I

8     mentioned earlier, the question was asked if I

9     would be a willing participant in that class action

09:41 10    because I had purchased those products representing

11    North Dakota.  I asked what that would involve --

12         MR. GRALEWSKI:  And I am going to instruct

13    you not to disclose any more communications with

14    counsel, as any further communications would be

09:41 15    providing legal advice.  So you're not permitted to

16    divulge that information.

17         THE WITNESS:  Okay.

18         Q.   BY MR. BALLARD:  When was this

19    conversation with Mr. Flom?

09:42 20         A.   Early in 2008.

21         Q.   Do you have a recollection of the month?

22         A.   Probably February.

23         Q.   And following your conversation with

24    Mr. Flom, you agreed to become a named plaintiff in

09:42 25    this lawsuit?

20

Gary Hanson

BARKLEY
Court Reporters

1       A.   Yes.

2       Q.   Prior to filing this lawsuit, were you

3  aware that you can file a lawsuit as an individual

4  rather than as a purported representative of a

09:42 5  class?

6       A.   No.

7       Q.   Do you have a written contract with your

8  lawyer in this case?

9       A.   No, I do not.

09:42 10      Q.   Have you reached any kind of agreement,

11  even if unwritten, regarding the payment of

12  attorney fees?

13      A.   There has been no discussion in that

14  regard.

09:43 15      Q.   Nothing about the payment of litigation

16  costs?

17      A.   No.

18      Q.   Do you have an understanding as to what

19  your attorneys' fees in this case are likely to be?

09:43 20      A.   I haven't been involved in that.  I don't

21  know that that's my...

22           MR. BALLARD:  Okay.  Go off the record for

23  like 30 seconds.

24           THE VIDEOGRAPHER:  We are now going off

09:43 25  the record.

21

Gary Hanson

BARKLEY
Court Reporters

```
 1              (Whereupon a recess was taken.)

 2              (Reporter marked Exhibit No. 122 for

 3              identification.)

 4         THE VIDEOGRAPHER:  We are now back on the

09:45    5    record.

 6         Q.   BY MR. BALLARD:  So you have just been

 7    handed what's been marked as Exhibit 122, and this

 8    document is titled "Indirect Purchaser Plaintiffs'

 9    Amended and Supplemental Objections and Responses

09:45   10    to Defendant Samsung SDI Co., Ltd.'s First Set of

11    Interrogatories."

12              My first question is:  Have you ever seen

13    this document before?

14              MR. GRALEWSKI:  Just before the witness

09:45   15    answers the question, which he certainly can

16    answer, I want to interpose an objection to the use

17    of this document now going forward, as it is an

18    incomplete document.

19              You may proceed.

09:45   20         MR. BALLARD:  Could you explain that?

21         MR. GRALEWSKI:  Could I explain it?

22         MR. BALLARD:  How is it incomplete?

23         MR. GRALEWSKI:  It doesn't contain the

24    exhibits that the document references, but I have

09:45   25    stated my objection.  You can proceed.
```

<div align="center">22</div>

BARKLEY
Court Reporters

```
 1            THE WITNESS:  Would you repeat your
 2    question, please?
 3        Q.  BY MR. BALLARD:  My question is just have
 4    you ever seen this before?
 5        A.   I believe so, but I have looked at three
 6    or four or five, and I am not sure that I recall
 7    exactly which one is which.
 8        Q.   But is it your understanding that these
 9    are your and the other indirect purchaser
10    plaintiffs' responses to Samsung SDI's
11    interrogatories in this case?
12        A.   Is my specific response to questions I was
13    given in this document, is that what I'm reviewing,
14    or is this the general?
15        Q.   I guess my question is:  What is this
16    document?
17        A.   Not being an attorney, it's the document
18    filed in regard to the litigation in this case.
19        Q.   Did you have any involvement in preparing
20    this document?
21            MR. GRALEWSKI:  Object to the form.  Vague
22    and ambiguous.
23            THE WITNESS:  Directly, no.
24        Q.   BY MR. BALLARD:  Did you have any indirect
25    involvement?
```

09:46 5
09:46 10
09:46 15
09:47 20
09:47 25

23

Gary Hanson

BARKLEY
Court Reporters

```
 1              MR. GRALEWSKI:  Same objection.
 2              THE WITNESS:  That I don't know.  I'm
 3    relying on attorneys to do what they're supposed to
 4    do in this case regarding the documentation.
09:47  5      Q.  BY MR. BALLARD:  I'd like you to look at
 6    Page 7, I guess, I think, and specifically the
 7    paragraph that's headed "Interrogatory No. 3."  And
 8    I'll just read the first part of that first
 9    sentence.  It says:
09:47 10              "Separately identify each acquisition
10                of a CRT product upon which you base
12                any claim in this action."
13        Do you see that?
14    A.  Yes.
09:47 15      Q.  If you skip down to the response to No. 3,
16    the last sentence says:
17                "Responding further, indirect
18                purchaser plaintiffs refer to Samsung
19                Exhibit B1 through B25."
09:48 20        Do you see that?
21    A.  Yes.
22                (Reporter marked Exhibit No. 123 for
23                identification.)
24    Q.  BY MR. BALLARD:  So you have just been
09:48 25    handed Exhibit 123, and this document has a heading
```

24

Gary Hanson

1    saying:

2            "Samsung Exhibit B19, plaintiff Gary

3            Hanson."

4         Have you seen this document before?

09:48  5    A.   Yes.

6    Q.   And what is this?

7    A.   These are the responses I provided in

8  regard to the questions of my purchases of products

9  involved in the litigation.

09:49 10    Q.   Okay.   And the first -- there's numbered

11  sections on this page, and the first numbered

12  section says "1, CRT product," and then looks like

13  there are five products listed there.   Are those

14  the purchases for which you claim damages in this

09:49 15  case?

16    A.   Yes.

17    Q.   These five products?

18    A.   Yes.

19    Q.   Do you claim damages on any other

09:49 20  products?

21    A.   No.

22    Q.   Have you ever purchased a CRT product for

23  which you are not claiming damages in this case?

24         MR. GRALEWSKI:   Object to the form.   Vague

09:49 25  and ambiguous.

25

Gary Hanson

BARKLEY
Court Reporters

1          You can answer.

2          THE WITNESS:  I am going to say yes,

3   because I don't know that I had any other records

4   on any other products during that time period that

09:50  5   I was given.

6      Q.   BY MR. BALLARD:  What other CRT products

7   have you purchased?

8          MR. GRALEWSKI:  Object to the form.  Vague

9   and ambiguous.  Overbroad.

09:50  10          Do you want him to answer the question

11   ever?

12      Q.   BY MR. BALLARD:  Since 1995?

13          MR. GRALEWSKI:  Thank you.

14          THE WITNESS:  I am pretty sure I have

09:50  15   purchased an additional television or two not on

16   this list.

17      Q.   BY MR. BALLARD:  And do you have any

18   recollection as to when those purchases occurred?

19      A.   No, I don't.

09:50  20      Q.   And why are you not claiming damages for

21   those television purchases?

22          MR. GRALEWSKI:  You can answer the

23   question.  I just want to caution you not to

24   divulge communications with counsel or reveal any

09:50  25   legal advice.

26

BARKLEY
Court Reporters

```
 1              If you can answer that without revealing

 2      that, then go ahead.  Otherwise I instruct you not

 3      to answer.

 4              THE WITNESS:  I did not have any relevant

09:51  5      documentation to provide.

 6              MR. BALLARD:  Okay.

 7                  (Reporter marked Exhibit No. 124 for

 8                  identification.)

 9      Q.   BY MR. BALLARD:  So you have just been

09:51 10      handed Exhibit 124, and this appears to be a

11      photograph.  Is this a photo of the RCA television

12      that's identified in Part 1-A of the document we

13      were just talking about?

14      A.   I believe that might be 1-C.

09:52 15      Q.   If you look at the -- there's a label in

16      the lower right corner and it has a serial number

17      on it, says "536412180."

18      A.   Then I am mistaken, it is 1-A.

19      Q.   Okay.  Who took this photo?

09:52 20      A.   I did, and not very well.

21      Q.   And you took this photo, looks like March

22      20th, 2008, right?

23      A.   That's the date in the camera.  I'm assume

24      that would be correct.  I have been known to not

09:52 25      have correct dates in my camera when taking
```

27

Gary Hanson

**BARKLEY**
Court Reporters

1  pictures on occasion, but I will say that's

2  probably a correct date at that time.

3      Q.   You don't have any reason to think it was

4  taken on some other date?

09:53  5      A.   No.

6      Q.   Why did you take this photo?

7      A.   I was --

8           MR. GRALEWSKI:  You can answer the

9  question.  You can't tell counsel anything your

09:53  10  lawyers asked you to do or anything you told your

11  lawyers.  So if you can answer the question without

12  revealing communications, you can.  Otherwise, I

13  instruct you not to answer.

14           THE WITNESS:  I took the picture to

09:53  15  provide additional documentation in response to the

16  questions I was asked regarding the purchase.

17      Q.   BY MR. BALLARD:  Questions that you were

18  asked by whom?  Are you referring to the

19  interrogatories?

09:53  20      A.   Correct.

21      Q.   I'm sorry.

22      A.   Sorry.

23      Q.   And where was this photo taken?

24      A.   Because I don't recall exactly where I

09:54  25  took the photo, it would either be in my residence

28

BARKLEY
Court Reporters

1    or my lake property.

2        Q.   You don't know where this photo was taken

3    at?

4        A.   I can't recall where it was at the time I

09:54  5    took the photo, no.

6        Q.   Okay.  As I mentioned earlier, looks like

7    a label on the bottom right corner that says

8    "Hanson, Gary" and has a model number and a serial

9    number.  Where did this label come from?

09:54  10        A.   I don't know.

11        Q.   You didn't put it on there?

12        A.   No.

13        Q.   Do you know where the information for the

14    model number and the serial number came from?

09:54  15        A.   I provided that.

16        Q.   You have documentation that shows the

17    model number and the serial number for this TV?

18        A.   Yes, the card on the TV itself.

19        Q.   You read it off of that card?

09:54  20        A.   Yes, yes.

21        Q.   What size is this TV?

22        A.   Guessing, 25-inch.

23        Q.   Okay.  And just looking back at this

24    Exhibit B19 we were talking about, if I'm reading

09:55  25    this correctly, it says that you purchased this in

29

Gary Hanson

BARKLEY
Court Reporters

1    1995?

2         A.   Correct.

3         Q.   When in 1995 did you purchase it?

4         A.   That I don't recall.

09:55  5         Q.   How do you know that it was in 1995?

6         A.   Because when I looked at the TVs that I

7    currently have at the time in 2008, this particular

8    model, as I recall, indicated it was manufactured

9    in 1995, and I would have purchased it somewhere

09:56  10   after the time it was manufactured, but I do not

11   have specific records with the exact date of

12   purchase.

13        Q.   So you don't have any way of determining

14   in what month in 1995 you purchased this?

09:56  15        A.   No, I do not.

16        Q.   Did you purchase this new or used?

17        A.   New.

18        Q.   Do you have any documents that might shed

19   light on when you purchased this?

09:56  20        A.   No, I do not.

21        Q.   Other than this photo, do you have any

22   other documents at all relating to this TV?

23        A.   No.

24        Q.   You don't have any receipts, for example?

09:56  25        A.   No.

30

Gary Hanson

1      Q.   Do you know what you did with the receipt?

2      A.   I am sure it was recycled in my normal

3  six- or seven-year dissolution and shredding of

4  documents and put in the trash.

09:56  5      Q.   So every six or seven years you shred?

6      A.   Correct.

7      Q.   What kinds of documents?

8      A.   Credit card receipts, bills, statements,

9  check registers, canceled checks.

09:57  10      Q.   And it says that you bought this at a Best

11  Buy in Fargo, North Dakota; is that correct?

12      A.   I believe that's where I purchased it.

13  Because I used to frequent Best Buy often for my

14  electronics needs.

09:57  15      Q.   Do you have a specific memory of buying

16  this at Best Buy?

17      A.   Not exactly, no.

18      Q.   Did you ever shop at other places that

19  sold TVs during this time?

09:57  20      A.   Not that I recall.

21      Q.   Did you purchase this -- did you actually

22  walk into the store and buy it or did you buy it on

23  the Internet?

24      A.   It would be in store.

09:57  25      Q.   I guess 1995 is a little early for

31

Gary Hanson

BARKLEY
Court Reporters

1    Internet.

2          Why did you decide to buy this from Best

3    Buy?

4      A.   They were one of the first big-box

09:58 5    retailers in the area, and they would have what

6    appeared to be the best prices.

7      Q.   So did you shop around to determine that

8    Best Buy, in fact, had the best prices?

9      A.   I am sure I would have done some

09:58 10    comparative looking to see what prices were

11    available, yes.

12      Q.   How did you pay for this TV?

13      A.   I am assuming credit card.

14      Q.   And why do you assume that?

09:58 15      A.   Because I do most of my purchases through

16    credit card.

17      Q.   Is it possible you paid for it by some

18    other method?

19      A.   Possibly.

09:58 20      Q.   Assuming you paid for it with a credit

21    card, did the funds come out of a bank account?

22      A.   Credit card statement would have been paid

23    by check, correct.

24      Q.   And where would those funds -- where was

09:59 25    that bank account located?

32

Gary Hanson

BARKLEY
Court Reporters

1       A.   First National Bank, or at that time

2   Norwest.

3       Q.   And is that in North Dakota?

4       A.   Correct, Fargo, North Dakota.

09:59  5       Q.   How much did you pay for this TV?

6       A.   I do not recall exactly.

7       Q.   You have no recollection as to the price

8   that you paid?

9       A.   No, I don't.

09:59  10      Q.   Do you remember if you got a rebate for

11   the TV?

12       A.   I do not remember.

13       Q.   Do you remember if you got a warranty in

14   connection with the TV?

09:59  15      A.   I'm assuming whatever warranty would have

16   come with the product at the time.

17       Q.   But you don't know if you got a warranty

18   or not?

19            MR. GRALEWSKI:  Object to the form.  Asked

10:00  20   and answered.

21            THE WITNESS:  I did not purchase an

22   additional warranty, that I would say for sure.

23       Q.   BY MR. BALLARD:   Why did you buy this TV?

24       A.   General personal recreational use.

10:00  25      Q.   Home viewing?

33

Gary Hanson

BARKLEY
Court Reporters

1       A.    Home viewing.

2       Q.    And were there any features that were

3   important to you when you purchased this TV?

4       A.    I'm pretty sure it had a remote.

10:00  5       Q.    That was the only condition?

6       A.    Yes.

7       Q.    Price wasn't a factor?

8             MR. GRALEWSKI:  Object to the form.  Lacks

9   foundation.  Misstates testimony.

10:00 10             You can answer.

11             THE WITNESS:  As I indicated, I would have

12  done some comparative shopping to see where a

13  similar comparable -- and again, them being the

14  first big-box retailer in Fargo, that was where

10:01 15  they were.  That's where I purchased it, or would

16  have -- or think I would have purchased it for that

17  reason.

18       Q.    BY MR. BALLARD:  What price range were you

19  looking at?

10:01 20       A.    Back then I don't recall.

21       Q.    Did you have any preference when it came

22  to brand?

23       A.    Not that I recall.

24       Q.    There weren't any brands that you just

10:01 25  wouldn't buy?

34

BARKLEY
Court Reporters

1       A.    Not that I'm aware of.

2       Q.    Do you still have this TV?

3       A.    No.

4       Q.    What did you do with it?

10:01   5       A.    It was donated to the YWCA Shelter.

6       Q.    I'm sorry, YW?

7       A.    YWCA.

8       Q.    Young Womens Center of America, I think.

9             And when did that occur?

10:02   10      A.    Within the past couple of years.

11      Q.    You don't remember the precise year?

12      A.    No.  My daughter is the associate

13   executive director of the YWCA, and I have a

14   pattern of donating monetary and nonmonetary.  This

10:02   15   is one that was old and was donated to the shelter

16   for their use.

17      Q.    And you think that occurred 2010 or later?

18      A.    Correct.

19            (Reporter marked Exhibit No. 125 for

10:03   20            identification.)

21      Q.    BY MR. BALLARD:  So this is Exhibit 125.

22   This is another photo of what looks like a TV.

23            Is this a photo of the Toshiba television

24   that is referenced in Part 1-B of Exhibit B19?

10:03   25      A.    Yes, it is.

35

Gary Hanson

BARKLEY
Court Reporters

1       Q.    And did you take this photo?

2       A.    Yes.

3       Q.    And it looks like you took it on the same

4   day as the photo that we just looked at; is that

10:03   5   right?

6       A.    Yes.

7       Q.    And where was this photo taken?

8       A.    This photo was taken in my West Fargo

9   residence.

10:03  10   Q.    So would that suggest that the photo we

11  just looked at was also taken in West Fargo?

12      A.    I would concur with that, yes.

13      Q.    So in March of 2008, you had two TVs in

14  your --

10:04  15   A.    Yes.

16      Q.    -- West Fargo house?  And again, you

17  supplied the model number and serial number

18  information that's on the label?

19      A.    Yes, I did.

10:04  20   Q.    And what size is this TV?

21      A.    This is a 13-inch.

22      Q.    How do you know that?

23      A.    Because that's what the owner's manual

24  said, and that's what it is when you measure it.

10:04  25   Q.    Okay.  If you go back to your

36

Gary Hanson

BARKLEY
Court Reporters

1    interrogatory response, it says that you purchased

2    this in November or December 2002?

3        A.    Correct.

4        Q.    How do you know it was in November or

10:04  5    December?

6        A.    Because we moved into this residence in

7    November of 2002.

8        Q.    And how does that lead to the conclusion

9    that you bought this TV at this time?

10:05  10        A.    Because the TV was purchased to be on the

11    kitchen counter to watch the 6:00 o'clock news.

12        Q.    But you don't remember if it was in

13    November or December?

14        A.    Exactly, I do not know.

10:05  15        Q.    And you don't have any documents that

16    would show it?

17        A.    No, I don't.

18        Q.    Did you ever have a receipt for this TV?

19        A.    Again, that would have been gone with my

10:05  20    normal disposition of old documents.

21        Q.    Which occurs every six or seven years, you

22    said, roughly.

23            If you go down to the next section of your

24    interrogatory response it says that you bought this

10:05  25    at Target/Best Buy/Walmart in Fargo, North Dakota?

Gary Hanson

1        A.    Correct.

2        Q.    What do you base that response on?

3        A.    Because this is a smaller television just

4    to be on a kitchen counter.  It would have been

10:06  5    wherever I happened to run across one at the time I

6    was looking to purchase one, and I don't recall.

7    Those would be my three best recollections where I

8    might have been to purchase that size of TV.

9        Q.    It's possible that you bought it somewhere

10:06 10    else?

11        A.    Possible.

12        Q.    And did you purchase this one online?

13        A.    No, would have been with a credit card.

14        Q.    You went to the Target or the Best Buy or

10:06 15    the Walmart or whatever it was?

16        A.    Yes, yes.

17        Q.    And how much did you pay for this one?

18        A.    I don't recall the price.

19        Q.    Not even a ballpark?

10:07 20            MR. GRALEWSKI:  Object to the form.  Vague

21    and ambiguous.

22            THE WITNESS:  I would have to take a guess

23    at best.

24        Q.    BY MR. BALLARD:  I don't want you to do

10:07 25    that.

38

Gary Hanson

BARKLEY
Court Reporters

1          Do you remember if this TV was on sale?

2     A.    I do not recall.

3     Q.    Don't remember if it was discounted in any

4  way?

10:07  5     A.    I do not.

6     Q.    You don't remember if there was a rebate

7  for the TV?

8     A.    No, I don't.

9          (Reporter marked Exhibit No. 126 for

10:08  10          identification.)

11     Q.    BY MR. BALLARD:  So this is Exhibit 126.

12  It is a fairly lengthy document, has a Bates No.

13  CRT000106.  It is titled "Owner's Manual" and says

14  "Toshiba" at the top.

10:08  15          Is this the owner's manual for the TV

16  we've been talking about?

17     A.    I believe it is, yes.

18     Q.    Is this a copy of the original manual that

19  you received with your TV?

10:08  20     A.    Yes.

21     Q.    And how can I tell that this is the manual

22  for this TV, this model TV?

23     A.    I don't know.

24     Q.    If you go to Page 13, that's Bates

10:09  25  numbered CRT000118.

Gary Hanson

BARKLEY
Court Reporters

1        MR. GRALEWSKI:  Counsel's referring to the

2    little red numbers in the bottom, so 118.

3        THE WITNESS:  Okay.

4    Q.   BY MR. BALLARD:  Top of this page says

10:09  5    "Limited United States Warranty," and then the

6    first sentence says:

7             "Toshiba America Consumer Products

8             Incorporated and Toshiba Hawaii

9             Incorporated make the following

10:10 10             limited warranties to original

11             consumers in the United States."

12        Do you see that?

13    A.   Yes.

14    Q.   And you bought this TV new in the United

10:10 15    States?

16    A.   Yes.

17    Q.   If you look down further on the page it

18    refers to "limited 90-day warranty on labor," a

19    "limited one-year warranty on parts" and a "limited

10:10 20    two-year warranty on picture tube."

21        Do you see that?

22    A.   Yes.

23    Q.   So these are the warranties that you got

24    with this TV?

10:10 25    A.   Yes.

BARKLEY
Court Reporters

1          Q.   Other than this manual and the photo that

2     we talked about earlier, do you have any other

3     documents related to this Toshiba TV?

4          A.   Not any longer, no.

10:11  5          Q.   You don't have any receipts or invoices?

6          A.   Nope, that's gone in the cycle as well.

7          Q.   Okay.  Do you have any credit card

8     statements that would show what you paid for this

9     TV?

10:11 10          A.   No.

11          Q.   Why did you purchase this TV?

12          A.   For use in our new residence to have on

13     the countertop.

14          Q.   This was the kitchen TV?

10:11 15          A.   Correct.

16          Q.   And any reason for buying this particular

17     Toshiba model TV?

18          A.   No.

19          Q.   Did you care about the price?

10:11 20          A.   I was looking for a 13-inch TV.

21          Q.   Price wasn't a big factor for you?

22          A.   Wasn't a major factor, no.

23          Q.   How about brand, that matter to you?

24          A.   No.

10:12 25          Q.   There weren't any particular features you

                              41

BARKLEY
Court Reporters

```
 1   were looking for aside from the fact that it was 13

 2   inches?

 3        A.   That it had a remote.

 4        Q.   And that it had a remote?

 5        A.   Yes.

 6        Q.   Okay.  And do you still have this one?

 7        A.   Yes, I do.

 8        Q.   Where is it?

 9        A.   On the kitchen counter, same place.

10        Q.   And this is in your West Fargo --

11        A.   West Fargo residence, yes.

12        Q.   Okay.  Got it.

13             (Reporter marked Exhibit No. 127 for

14             identification.)

15        Q.   BY MR. BALLARD:  This is Exhibit 127.  The

16   Bates number on this is CRT000156, and this looks

17   like a photo of a TV.  It says "RCA" on the TV.  Is

18   this a photo of the television referenced in 1-C of

19   your interrogatory response?

20        A.   Yes, it is.

21        Q.   And you took this photo?

22        A.   Yes.

23        Q.   On March 20, 2008?

24        A.   Correct.

25        Q.   Again, that's the same date that you took
```

MN pirchase

42

Gary Hanson

1    the other two?

2        A.   Yes.

3        Q.   And where was this one taken?

4        A.   This one is in my lake property.

10:13  5        Q.   So the other two photos that we just

6    talked about were taken at your West Fargo house?

7        A.   Correct.

8        Q.   This one was taken somewhere else?

9        A.   Correct.

10:14  10        Q.   All on the same date?

11        A.   Yes.

12        Q.   What size is this TV?

13        A.   I believe this is also a 25-inch.

14        Q.   And your interrogatory response says you

10:14  15    bought this in 2003?

16        A.   Yes.

17        Q.   How do you know that?

18        A.   Because, again, when we were moving into

19    our West Fargo residence, I also purchased TVs for

10:14  20    both places.  And so I'm thinking this was 2003,

21    although I don't know for sure.

22        Q.   It's possible that it was some other year?

23        A.   It would have been either 2002 or 2003, to

24    the best of my recollection.

10:15  25        Q.   But you don't have any documents that

43

Gary Hanson

BARKLEY
Court Reporters

1     would tell you when it was purchased?

2          A.   No.

3          Q.   Do you have any other documents at all

4     other than the photo we just looked at?

10:15  5          A.   No.

6          Q.   And is that because the receipt was --

7          A.   Yes.

8          Q.   -- shredded?

9          A.   Yes.

10:15 10          Q.   And it says that you purchased this at a

11     Target in Fergus Falls, Minnesota, correct?

12          A.   Correct.

13          Q.   And I believe that's where you said your

14     lake house is located?

10:15 15          A.   Correct.

16          Q.   So you purchased this in Minnesota for use

17     at your house in Minnesota; is that right?

18          A.   Correct.

19          Q.   Did you actually go into the store to buy

10:15 20     this?

21          A.   Yes.

22          Q.   And why did you decide to buy this from

23     Target?

24          A.   Target was a familiar name with a national

10:16 25     reputation.

                              44

Gary Hanson

BARKLEY
Court Reporters

1    Q.   Did you shop around at all before you

2  bought it at Target?

3    A.   No.

4    Q.   Did you consider buying it anywhere else?

10:16  5    A.   It was convenient to buy it closer to the

6  location.

7    Q.   And Target really was the only option?

8    A.   Target at that time was my choice, yes.

9    Q.   And how much did you pay for this one?

10:16  10    A.   I don't recall.

11    Q.   And again, no documentation that would

12  tell you what it would be?

13    A.   No.

14    Q.   You don't remember if it was on sale?

10:16  15    A.   No, I don't.

16    Q.   Why did you purchase this TV?

17    A.   Personal recreational TV viewing.

18    Q.   Was this the only TV at your lake house?

19    A.   At the time of purchase, no, I believe I

10:17  20  had an older model that I had taken down, and this

21  was a replacement.

22    Q.   And is that older model --

23    A.   Or in addition to.

24    Q.   When did you buy that older model?

10:17  25    A.   I don't know.

45

Gary Hanson

BARKLEY
Court Reporters

1      Q.   Is that one of the purchases that you're
2    not claiming damages on in this case?
3      A.   Correct.
4      Q.   And why did you decide to buy this RCA TV?
10:17  5      A.   I was looking for a TV, and at that point
6    in Target RCA was a recognized name.
7      Q.   What do you mean by "recognized name"?
8      A.   A national brand that I had been aware of
9    forever since growing up.
10:18 10      Q.   Was a preferred brand for you?
11      A.   It was a recognized brand.
12      Q.   Was price a major factor for you in buying
13    this TV?
14      A.   No.
10:18 15      Q.   Do you still have this?
16      A.   Yes.
17      Q.   And where is it?
18      A.   At my lake property.
19      Q.   Okay.
10:18 20           (Discussion off the record.)
21           THE VIDEOGRAPHER:   We are now going off
22    the record.
23           (Whereupon a recess was taken.)
24           THE VIDEOGRAPHER:   We are now back on the
10:30 25    record.

46

Gary Hanson

BARKLEY
Court Reporters

1    (Reporter marked Exhibit No. 128 for

2    identification.)

3    Q.  BY MR. BALLARD:  You have just been handed

4  Exhibit 128.  This exhibit is three pages long,

10:31  5  Bates No. CRT000497 through 499.

6    My first question is:  Are these three

7  pages here related to the purchase of a Dell

8  computer monitor that's identified at 1-D of your

9  interrogatory responses?

10:31  10    A.  Where is the identifying number that I'm

11  looking for?

12    Q.  I don't see an identifying number.  I'm

13  just wondering if you know which purchases these

14  documents are related to?

10:31  15    A.  D or E.

16    Q.  It's either D or E?

17    A.  Okay.  Yes.

18    Q.  Is that your --

19    A.  Yes.

10:32  20    Q.  Okay.  But you can't tell by looking at

21  these three pages, which of those purchases these

22  documents have to do with?

23    A.  I don't see a specific reference to the

24  exact numbers shown on D or E, no.

10:32  25    Q.  Okay.  The first page of this exhibit is

47

Gary Hanson

BARKLEY
Court Reporters

1    titled "Packing Slip" and has a Dell logo on it.

2    Is this the packing slip that you received in

3    connection with 1-D or 1-E?

4        A.    Yes.

10:32  5        Q.    And did you -- strike that.

6              There's a date on it, and it says there's

7    an order date, says March 30, 2003, and there's a

8    date on the packing slip that says March 31st,

9    2003.  Are either of these the date in which you

10:33 10    purchased this monitor?

11       A.    I believe the 3/30 date is when I

12    purchased it, yes.

13       Q.    And how did you buy this?

14       A.    Online.

10:33 15       Q.    And it was shipped to you from Dell to

16    your home?

17       A.    It was shipped to my business address at

18    that time.

19       Q.    Why was it shipped to your business

10:33 20    address?

21       A.    Because we routinely have UPS service to

22    the office, and it's easier to have the packages

23    shipped there than my residence.

24       Q.    Did you use this at work?

10:33 25       A.    No, I did not.

48

Gary Hanson

BARKLEY
Court Reporters

1    Q.   What did you use it for?

2    A.   Personal home use.

3    Q.   And was that at your West Fargo house?

4    A.   Yes.   2003, that would have been my West

10:33  5  Fargo address.

6    Q.   Wasn't in Minnesota?

7    A.   No.

8    Q.   How did you decide to buy this online?

9    A.   A flyer in the Sunday paper.

10:34  10  Q.   What did the flyer say?

11   A.   It showed the bundled package.

12   Q.   And can you explain a little more what you

13   mean by "bundled package"?

14   A.   The processor, the monitor, the keyboard,

10:34  15  the mouse, the whatever else came with the

16   fully-operational computer package.

17   Q.   So you paid one price, and for that price

18   you got a variety of products?

19   A.   Everything on the packing list, yes.

10:35  20  Q.   And was that price lower than it otherwise

21   would have been because it was purchased as a

22   bundle?

23   A.   That I don't know.

24   Q.   What about that flyer in that offer of the

10:35  25  bundle made you want to purchase this one?

49

Gary Hanson

BARKLEY
Court Reporters

         1     A.   I was looking for computer systems at that
         2   time.
         3     Q.   Did the fact that this was sold as a
         4   bundle have anything to do with your decision?
10:35    5     A.   Convenience.
         6     Q.   What do you mean by that?
         7     A.   I'm not a real nitty-gritty techno, so
         8   that it all came in one box, unload on my desk,
         9   plug it in, convenience.
10:35   10     Q.   Before you saw the flyer in the Sunday
        11   paper, had you been looking anywhere else for your
        12   monitor?
        13     A.   Not -- no.
        14     Q.   If you look at this packing slip, like you
10:36   15   said, it lists a variety of products.  By my count
        16   there are 28 different products listed here.  Were
        17   all of these products here part of the bundle?
        18          MR. GRALEWSKI:  Object to the form.  Lacks
        19   foundation.  Document speaks for itself.
10:36   20          You can answer.
        21          THE WITNESS:  I believe so, yes.
        22     Q.   BY MR. BALLARD:  For example, the first
        23   item listed here looks like it's a CPU, computer
        24   CPU; is that right?
10:36   25     A.   Correct, it's a processor.

                                50

                            Gary Hanson

BARKLEY
Court Reporters

1       Q.   And if you go down maybe to the third

2   line, there's a keyboard?

3       A.   Correct.

4       Q.   And you also got a mouse?

10:36  5       A.   Correct.

6       Q.   And a floppy drive?

7       A.   Correct.

8       Q.   And a CD-ROM drive?

9       A.   Yes.

10:36  10      Q.   And looks like there's a variety of

11  software here; is that right?

12      A.   I believe there were three or four

13  programs included, yes.

14      Q.   And those were pre-installed on the

10:37  15  computer?

16      A.   Correct, correct.

17      Q.   And towards the bottom there's a line that

18  says "One-year limit warranty."

19           Do you see that?

10:37  20      A.   Yes.

21      Q.   So you got a one-year warranty with this;

22  that was part of the bundle?

23      A.   Part of the package.

24      Q.   And a couple of lines down it says "$100

10:37  25  mail-in rebate."  So you also got a rebate as part

51

Gary Hanson

BARKLEY
Court Reporters

1   of the bundle?

2       A.   Correct, correct.

3       Q.   Skip ahead to the last page of this

4   exhibit.   It is a document that says "Mail-in

10:37   5   Rebate Redemption Form."   Is this the form that you

6   sent in to get the $100 rebate?

7       A.   Yes.

8       Q.   And you, in fact, received that --

9       A.   Yes.

10:37  10       Q.   -- $100?

11       A.   Yes.

12               (Reporter marked Exhibit No. 129 for

13               identification.)

14       Q.   BY MR. BALLARD:  So you have just been

10:38  15   handed Exhibit 129.  This exhibit is five pages

16   long.  It's Bates numbered CRT000500 through 504.

17   You just testified that you're not sure which of

18   the Dell purchases the documents we just looked at

19   relate to.  Do you have any understanding what

10:39  20   these documents relate to?

21       A.   The second package, whichever order or

22   whichever one they're specifically referring to.

23       Q.   I'm sorry.  Do you believe that this is

24   referencing the purchase identified at 1-E on your

10:39  25   interrogatory response?

Gary Hanson

BARKLEY
Court Reporters

1     A.   One of them is 1-D and one of them is 1-E.

2     Q.   But you're not sure --

3     A.   But I'm not sure which one is which.

4     Q.   Got it.  But these were purchased at the

10:39  5  same time?

6     A.   Correct.

7     Q.   Online?

8     A.   Correct.

9     Q.   And did you get the same deal on both

10:39 10  monitors?

11    A.   Yes.

12    Q.   All the terms were the same?

13    A.   Yes.

14    Q.   Why did you purchase two monitors at the

10:39 15  same time?

16    A.   The second system was for my son for

17  college.

18    Q.   And where did he go to college?

19    A.   His first year he went to Saint John's

10:40 20  University and subsequent to Moorhead State

21  University.

22    Q.   Where is Saint John's, New York?

23    A.   The other Saint John's, St. Cloud,

24  Minnesota.

10:40 25    Q.   And where's Moorhead located?

<center>53</center>

<center>Gary Hanson</center>

BARKLEY
Court Reporters

1      A.   Across the river, Moorhead, Minnesota.

2      Q.   Okay.   And was this package, this bundle

3   also shipped to your work address?

4      A.   Correct.

10:40   5      Q.   And then you gave it to your son?

6      A.   Correct.

7      Q.   You bought this in, looks like, March

8   31st, 2003; is that right?

9      A.   Yes.

10:40  10      Q.   When did your son start college?

11      A.   August of that year.

12      Q.   So between the time you purchased it and

13   the time that he went to college?

14      A.   Correct.

10:41  15      Q.   Was this used for anything?

16      A.   Used, oh, between the time?   Ask the

17   question again, please.

18      Q.   Between the time that you bought it, which

19   was March 31st, 2003, and the time your son went to

10:41  20   college, did you use the system at all?

21      A.   Set it up to make sure it was operational,

22   yes.

23      Q.   The monitor that you purchased and that

24   you used for yourself in your own home, do you

10:41  25   still have that one?

54

Gary Hanson

BARKLEY
Court Reporters

1     A.   Yes.

2     Q.   And where is it?

3     A.   In my West Fargo residence.

4     Q.   And what about the one that you gave to

10:42  5   your son?

6     A.   I still have that, and it's at my lake

7   property.

8     Q.   So did he return it to you at some point?

9     A.   Yes.

10:42 10   Q.   When was that?

11    A.   2005 would be my best estimate.

12    Q.   And why did he give it back to you?

13    A.   Because he did a semester at the

14   University of Anchorage in Alaska, and he preferred

10:42 15   to have a laptop for that purpose.

16    Q.   And after he gave it back to you, you held

17   on to it?

18    A.   Correct.

19    Q.   And just so I am clear on this, the

10:42 20   bundle, this bundle that we're looking at here is

21   identical to the bundle we were talking about --

22    A.   Yes.

23    Q.   -- previously?

24    A.   Yes.

10:43 25   Q.   Okay.  So that included the $100 rebate?

55

Gary Hanson



1      A.   Yes.

2      Q.   If you skip ahead to the page that has 502

3  on the bottom, is this the rebate form that you

4  submitted?

10:43  5      A.   Yes.

6      Q.   And you, in fact, received the $100

7  rebate?

8      A.   Yes.

9      Q.   If you look at the next page, is this the

10:43  10  invoice for this purchase?

11      A.   I believe so, yes.

12      Q.   And I understand that you don't know which

13  purchase this is for, but did you receive an

14  identical invoice for the other monitor?

10:43  15      A.   I'm sure I did, yes.

16      Q.   If you look in the bottom there's a box,

17  and one of the lines says "Invoice total."   It says

18  "770.41."   Is that the price that you paid for each

19  of these monitors?

10:44  20      A.   I believe so, yes.   Each of the packages.

21      Q.   Right, each was $770.41?

22      A.   Correct, correct.

23      Q.   And if you look a little higher in that

24  box, it says that $99 of that was for shipping and

10:44  25  handling?

56

Gary Hanson

BARKLEY
Court Reporters

1          A.    Yes.

2          Q.    And 7.41 of that was for tax?

3          A.    Yes.

4          Q.    Do you know how that tax amount was

10:44  5    calculated?

6          A.    No, I do not.

7          Q.    If you look next to the box that says

8    "Tax," there's a box that says "Taxable" and it has

9    $114 in it.  Do you know what that means?

10:44  10         A.    No, I do not.

11         Q.    If you look to the left of the box we were

12   just talking about, there's some fine print and

13   part of it is in all caps and says that:

14              "Dell Catalog" -- "Dell Catalog sales

10:45  15              collects tax in Florida, Kentucky,

16              North Carolina, Nevada, Tennessee,

17              Texas.  Tax in other states relates

18              only to third-party service contracts.

19              The buyer is responsible for admitting

10:45  20              any additional tax to the taxing

21              authorities."

22         Do you see that?

23         A.    Uh-huh.

24         Q.    Do you have any understanding as to what

10:45  25   that means?

57

Gary Hanson

BARKLEY
Court Reporters

```
 1        A.    I have no idea what that means.

 2        Q.    Did you ever pay any additional tax for

 3   this purchase, for these purchases?

 4        A.    No.

10:45  5   Q.    If you look at the item descriptions here,

 6   this lists the same products that we talked about

 7   earlier --

 8        A.    Yes.

 9        Q.    -- that were part of the bundle, right?

10:46 10   A.    Yes.

11        Q.    And if you look at the column that says

12   "Unit Price," next to the CPU, the "Intel Pentium 4

13   processor dimension 2350 series," says the unit

14   price for that was $664; is that correct?

10:46 15   A.    Yes.

16        Q.    So that's the price you paid for the

17   computer CPU?

18              MR. GRALEWSKI:  Object to the form.  Lacks

19   foundation.  Calls for expert testimony.

10:46 20              THE WITNESS:  I don't know what that means

21   exactly.

22        Q.    BY MR. BALLARD:  If you skip down three

23   lines says, "E772 monitor."  Is that the monitor

24   that came with the bundle?

10:46 25   A.    Yes.
```

58

Gary Hanson

BARKLEY
Court Reporters

         1      Q.   If you look at the unit price for that
         2   item, it says zero dollars, correct?
         3      A.   Yes.
         4      Q.   So doesn't this say that you got the
10:47    5   monitor for free?
         6           MR. GRALEWSKI:  Object to the form.  Lacks
         7   foundation.  Vague and ambiguous.  Document speaks
         8   for itself.  Calls for expert testimony.
         9   Mischaracterizes the document.
10:47   10      Q.   BY MR. BALLARD:  Do you have my question
        11   in mind?
        12      A.   Please restate.
        13           (Reporter read back as requested.)
        14           THE WITNESS:  My understanding of my
10:48   15   purchase would be that the price listed in "Total"
        16   was for the entire package.  I do not know exactly
        17   what the components were or a price of those
        18   components.
        19      Q.   BY MR. BALLARD:  Do you have any
10:48   20   understanding as to why this invoice lists a price
        21   of $664 for the CPU and a price of zero dollars for
        22   everything else?
        23           MR. GRALEWSKI:  Object to the form.  Lacks
        24   foundation.  Calls for speculation.
10:48   25           THE WITNESS:  I do not know why it states

                                  59

                             Gary Hanson

BARKLEY
Court Reporters

1    that.

2         Q.   BY MR. BALLARD:  You said you got a $100

3    rebate for both of these monitors --

4              MR. GRALEWSKI:  Object -- sorry, Counsel.

10:48  5    I thought you were done.

6         Q.   BY MR. BALLARD:  Does that mean the price

7    for each of these monitors was 770.41 minus the

8    rebate form?

9              MR. GRALEWSKI:  Objection; calls for

10:49 10    speculation.  Objection; lacks foundation.

11             THE WITNESS:  As I recall, I paid the

12    amount on the invoice and subsequently received a

13    rebate.

14        Q.   BY MR. BALLARD:  So the ultimate amount

10:49 15    that you paid was $664?

16        A.   That would probably be correct.

17             MR. GRALEWSKI:  My prior objection was

18    calls for speculation, lacks foundation.  Sorry.

19             I am going to also interpose that that

10:50 20    question called for expert testimony.

21                  (Reporter marked Exhibit No. 130 for

22                  identification.)

23        Q.   BY MR. BALLARD:  So you have just been

24    handed Exhibit 130.  These are five photographs

10:51 25    that were handed to me by Mr. Gralewski about a

60

Gary Hanson

**BARKLEY**
Court Reporters

1    half hour before the deposition.

2              Do you know what these photographs are?

3         A.   These are pictures of the Dell computer

4    monitor and the Dell computer monitor.

10:51  5         Q.   Do you know which of the two monitors

6    these are pictures of?

7         A.   The one I have in my West Fargo residence,

8    which one specifically, I do not know unless

9    there's a number that can be matched.

10:51  10        Q.   You didn't take any photos like this of

11   the monitor in your Minnesota home?

12        A.   No.

13        Q.   If you look at the last photo, what is

14   that a photo of?

10:52  15        A.   That is a photo of the CRT tube in the

16   monitor.

17        Q.   How do you know that's a photo of the CRT

18   tube?

19        A.   Because I looked at it personally when the

10:52  20   cover was off.

21        Q.   And did you personally take the cover off?

22        A.   No, I did not.

23        Q.   Who took it off?

24        A.   My attorney.

10:52  25        Q.   Why did you take this photo?

61

Gary Hanson

BARKLEY
Court Reporters

1          MR. GRALEWSKI:  To the extent you're able

2    to answer that question without revealing any

3    communications with counsel, you can answer it.

4    Otherwise, I'll instruct you not to answer.

10:53  5          THE WITNESS:  I don't know exactly why the

6    photo was taken.

7          Q.   BY MR. BALLARD:  Does this label have any

8    significance to you?

9          A.   It identifies which CRT was in the

10:53 10   monitor.

11          Q.   And how do you know that's what this label

12   means?

13          A.   Because I personally visually saw it.

14          Q.   When you say this identifies which CRT

10:54 15   tube is in this monitor, what do you mean by that?

16          A.   The manufacturer of the CRT.

17          MR. GRALEWSKI:  Counsel, I will provide

18   Bates numbered copies of these documents.  Because

19   the documents at the present time do not have Bates

10:54 20   numbers on them, can we just very quickly, for the

21   record, maybe clarify with a description or show

22   the videotape, you know, which page is which, just

23   in case they get reshuffled or something?

24          MR. BALLARD:  You want to just have him

10:55 25   show the camera?

62

Gary Hanson

BARKLEY
Court Reporters

```
 1              MR. GRALEWSKI:  Sure, that's fine.

 2              MR. BALLARD:  That's fine.

 3              MR. GRALEWSKI:  So why don't you hold up

 4    for the video camera when he said "turn to the last

 5    page."  That was the last page, correct, Counsel?

 6              MR. BALLARD:  That's correct.

 7              MR. GRALEWSKI:  I think that's fine unless

 8    you want to document any other way.

 9              MR. BALLARD:  That's fine.

10              MR. GRALEWSKI:  Thank you, Counsel.

11                 (Reporter marked Exhibit No. 131 for

12                 identification.)

13        Q.   BY MR. BALLARD:  So you have been handed

14    Exhibit 131.  This is another set of photos that

15    were handed to me by Mr. Gralewski shortly before

16    the deposition, six photos here.  Who took these

17    photos?

18        A.   My attorney.

19        Q.   And what is your understanding of what

20    these photos depict?

21        A.   This is the Toshiba television noted in

22    the response under 1-B, and this, the last two

23    pictures depict the CRT within that television.

24        Q.   Where were these photos taken?

25        A.   In my attorney's office.
```

63

Gary Hanson

BARKLEY
Court Reporters

 1     Q.   And you said earlier that this TV lives on

 2   your kitchen counter?

 3     A.   Correct.

 4     Q.   So how did your TV get from your kitchen

10:57  5   counter to your attorney's office?

 6     A.   I brought it there.

 7     Q.   And why did you do that?

 8          MR. GRALEWSKI:  Again, you can answer the

 9   question, but you are not to reveal any

10:57 10   communications with counsel.

11          THE WITNESS:  To indicate that the

12   television and the monitor were still in my

13   possession.

14     Q.   BY MR. BALLARD:  Why was it important to

10:57 15   indicate that?

16          MR. GRALEWSKI:  Same instruction.

17          THE WITNESS:  I don't know.

18     Q.   BY MR. BALLARD:  When were these photos

19   taken?

10:57 20     A.   Wednesday.  Today's Friday.  Wednesday.

21     Q.   This Wednesday?

22     A.   Yes.

23     Q.   May 2nd --

24     A.   Correct.

10:57 25     Q.   -- 2012, correct?

64

Gary Hanson

BARKLEY
Court Reporters

1        A.     Correct.

2        Q.     And when were the photos, Dell photos we

3   just looked at, when were those taken?

4        A.     Same time.

10:58  5        Q.     If you look at the last photo in this set,

6   what is this a photo of?

7        A.     That is a photo of the CRT in the

8   television.

9        Q.     And does this label here have any

10:58 10   significance?

11        A.     Which label?

12        Q.     Do any of these labels have any

13   significance?

14        A.     Other than identifying the CRT, I don't

10:58 15   know.

16        Q.     Can you tell me what part of this label

17   identifies the CRT?

18        A.     I'm assuming the large label that has the

19   name "Orion" on it.

10:59 20        Q.     What does Orion mean?

21        A.     The manufacturer of the CRT, in my best

22   guess.

23        Q.     What is that guess based on?

24            MR. GRALEWSKI:  You can answer the

10:59 25   question if you have your own independent

Gary Hanson

BARKLEY
Court Reporters

1  knowledge.  You are not to reveal the contents of

2  any communications with your lawyers.  So in

3  answering the question, if you need to do that,

4  I'll instruct you not to answer.  Otherwise, you

10:59  5  can answer the question.

6           THE WITNESS:  Being unsure, I will not

7  answer the question.

8      Q.   BY MR. BALLARD:  Is your guess as to what

9  the word "Orion" means here based on any personal

11:00  10  knowledge?

11           MR. GRALEWSKI:  Object to the form.

12  Misstates testimony.

13           You can answer the question.

14           THE WITNESS:  Please ask the question

11:00  15  again?

16      Q.   BY MR. BALLARD:  You said it's your best

17  guess that the word "Orion" indicates who

18  manufactured this tube, and my question is:  Is

19  that based on anything of which you have personal

11:00  20  knowledge?

21      A.   No.

22           MR. GRALEWSKI:  Object to the form.

23  Misstates testimony.  Vague and ambiguous.

24      Q.   BY MR. BALLARD:  Okay.  We just looked at

11:00  25  a set of photos for one of the Dell monitors that

66

Gary Hanson

BARKLEY
Court Reporters

1   you purchased?

2       A.   Correct.

3       Q.   And we looked at another set of photos for

4   the Toshiba TV that you purchased?

11:00  5       A.   Correct.

6       Q.   Other than those two products, so I am

7   talking about the other three products that you

8   claim damages for, do you know whether any of those

9   products contain a CRT?

11:01  10       A.   Do I know they contain a CRT?

11       Q.   Do you know if they do or not?

12       A.   I am assuming they do.

13       Q.   And what do you base that assumption on?

14       A.   For the purpose of the television viewing

11:01  15   and the computer monitor viewing.

16       Q.   I am not sure --

17       A.   The CRT -- my understanding, the CRT is

18   the projection component.

19       Q.   Are there other kinds of projection

11:01  20   components?

21       A.   I don't know.

22       Q.   Are there TVs and -- or monitors out there

23   that do not have CRTs in them?

24       A.   Yes.

11:01  25       Q.   And how do you know that your TV is one of

67

Gary Hanson

BARKLEY
Court Reporters

1    the TVs that does have a CRT in it?

2        A.   Because I witnessed it taken apart and saw

3    the CRT within.

4        Q.   I'm talking about the -- I am not talking

11:01  5    about the Toshiba TV that we just talked about.

6    For those other TVs, the RCA TVs, have you ever

7    opened those to see if they have a CRT in them?

8        A.   No, I have not.

9        Q.   Do you know who manufactured the CRTs that

11:02 10    you think are contained in those TVs?

11        A.   No, I do not.

12        Q.   Are you aware that there were other

13    manufacturers of CRTs other than the named

14    defendants in this case?

11:02 15        A.   I do not know all of the manufacturers of

16    CRTs, no.

17        Q.   So you're not sure whether there may have

18    been other manufacturers of CRTs other than the

19    companies listed in the complaint?

11:02 20            MR. GRALEWSKI:  Object to the form.

21    Misstates testimony.

22            THE WITNESS:  I don't know for sure.

23        Q.   BY MR. BALLARD:  Isn't it possible that

24    the CRT that you believe is contained in these two

11:03 25    RCA TVs, that that CRT was manufactured by someone

68

Gary Hanson

BARKLEY
Court Reporters

```
 1  who was not named as a defendant in the complaint?
 2           MR. GRALEWSKI:  Object to the form.  Lacks
 3  foundation.  Calls for speculation.  Compound.
 4           You can answer.
 5           THE WITNESS:  I don't know.
 6      Q.   BY MR. BALLARD:  You don't know what?
 7      A.   If it's possible that those TVs contain
 8  other CRTs.
 9      Q.   Do you have any documentation that would
10  tell us who made the CRTs in those TVs?
11      A.   No, I do not.
12           MR. GRALEWSKI:  And you're referring to
13  the two RCA TVs, correct, Counsel?
14           MR. BALLARD:  That's correct.
15           MR. GRALEWSKI:  Thank you.
16      Q.   BY MR. BALLARD:  What about -- we looked
17  at photos of one of the monitors, Dell monitors
18  that you purchased.  What about the other monitor,
19  have you ever opened that to see if there's a CRT
20  in it?
21      A.   No, I have not.
22      Q.   So you don't know who made the CRT in that
23  monitor?
24      A.   I do not know.
25      Q.   And you don't have any documentation that
```

11:03  5
11:03 10
11:04 15
11:04 20
11:04 25

69

**BARKLEY**
*Court Reporters*

1    would tell you who made the CRT?

2         A.   No, no.

3         Q.   For the products that we did look at

4    photos of, the Toshiba TV and one of the Dell

11:04  5   monitors, did you know who manufactured the CRT in

6    those products at the time that you bought them?

7         A.   No.

8         Q.   Was the manufacturer of the CRT in the

9    product important to you when you purchased the

11:04 10   product?

11        A.   No.

12        Q.   You're claiming damages based on purchases

13   of three TVs and the purchase of two computer

14   monitors.  Is it your understanding that CRTs are

11:05 15   used in both TVs and computer monitors?

16        A.   Yes.

17        Q.   Are there any differences between the CRTs

18   that are used in TVs as compared to the CRTs that

19   are used in computer monitors?

11:05 20        A.   I don't know that as a fact.

21        Q.   You don't know whether there are any

22   differences or not?

23        A.   Correct.

24        Q.   Are you familiar with the term "color

11:05 25   picture tube"?

<div align="center">70</div>

BARKLEY
Court Reporters

1      A.    Familiar with?

2      Q.    Have you ever heard that term before?

3      A.    Possibly.

4      Q.    What does it mean?

11:05    5      A.    Not knowing for sure, another guess, it

6   would be the picture tube in a color TV, or a color

7   monitor.

8      Q.    And what are you basing that guess on?

9      A.    The wording, the definition or the

11:06   10   assumption "color picture tube."

11      Q.    So you're basing it on the words that I

12   used?

13      A.    Exactly.

14      Q.    Have you ever heard the term "color

11:06   15   display tube"?

16      A.    No.

17      Q.    You're a plaintiff class representative in

18   this class action; is that correct?

19      A.    Correct.

11:06   20      Q.    And what is your understanding of your

21   role in this lawsuit?

22      A.    I am representing others that may have had

23   similar purchases during the prescribed time period

24   and may also have had some recoverable damages

11:06   25   based on the litigation.

71

Gary Hanson

BARKLEY
Court Reporters

1    Q.   And are you seeking to represent a class

2  in this case?

3    A.   My understanding is I'm representing the

4  other residents of the state of North Dakota.

11:07  5    Q.   And what is your understanding of the term

6  "class representative"?

7    A.   I am the individual named in the

8  litigation representing the state of North Dakota

9  and the other residents that may have been in a

11:07  10  position of similar purchases.

11    Q.   And do you have any responsibilities as a

12  class representative?

13    A.   I need to be aware of what generally what

14  the status of the litigation is.  I needed to

11:07  15  provide information based on my purchases, and I am

16  here doing a deposition on that behalf as well.

17    Q.   And about how much time so far have you

18  spent doing those things, putting aside today's

19  deposition?

11:08  20    A.   Six to eight hours, rough guess.

21    Q.   And during that time, what kind of things

22  have you done?

23    A.   Gathering the information for the

24  responses as we've reviewed.  Reviewing the

11:08  25  paperwork submitted for the claim on my behalf, and

72

Gary Hanson

BARKLEY
Court Reporters

```
 1   reviewing any correspondence or any updates that
 2   have been provided to me.
 3        Q.   Do you independently monitor this case?
 4        A.   On an ongoing basis, no.
 5        Q.   Do you review the papers that are filed in
 6   this case?
 7        A.   I review what's provided to me by my
 8   attorneys.
 9        Q.   But you don't do any independent search
10   for filings?
11        A.   No, no.
12        Q.   What do you hope to get out of this case?
13        A.   If it's determined that the litigation
14   results in damages, I would be compensated for any
15   damages that I may have incurred in the purchases
16   that I've noted, and the other class
17   representatives of North Dakota would receive
18   similar compensation if they were to produce
19   claims.
20        Q.   Do you think that every member of the
21   class is entitled to receive the same amount?
22        A.   I think that's what the litigation will
23   determine.  I don't know how I would determine
24   that.
25        Q.   You don't know how it should be determined
```

73

Gary Hanson

```
 1    what each class member gets?
 2         A.   No.  I would rely on the attorneys
 3    involved.
 4         Q.   Other than an award of your damages, have
 5    you been promised anything else for bringing this
 6    lawsuit?
 7         A.   No.
 8         Q.   As a class representative, are you
 9    entitled to any kind of compensation for performing
10    that role?
11         A.   That I'm not aware of.
12         Q.   What did the defendants do wrong in this
13    case?
14         A.   My understanding was that there was
15    conversation and/or whatever else that led to
16    potential price-fixing determining prices for the
17    CRTs.
18         Q.   And what is "price-fixing"?
19         A.   Individuals in the same industry or
20    business agreeing amongst each other to have a set
21    price regardless of which product they produce, and
22    that price would be what it would be.
23         Q.   And do you contend that you were injured
24    by the defendants' conduct in this case?
25         A.   If the litigation determines there was
```

<div align="center">74</div>

<div align="center">Gary Hanson</div>

BARKLEY
Court Reporters

          1    price-fixing, then my understanding is that would

          2    have resulted in my paying more than I would have

          3    needed to for the products I purchased.

          4        Q.   But you don't know if there was

11:11     5    price-fixing or not?

          6        A.   I'm leaving that up to the attorneys and

          7    the litigation.

          8             (Previously marked Exhibit No. 11 for

          9             identification.)

11:12    10        Q.   BY MR. BALLARD:  So you have just been

         11    handed Exhibit 11, and this document is titled

         12    "Indirect Purchaser Plaintiffs' Third Consolidated

         13    Amended Complaint."

         14             Have you seen this document before?

11:12    15        A.   I believe this has been provided to me by

         16    my attorney for review.

         17        Q.   And have you read it?

         18        A.   I have reviewed it.

         19        Q.   Did you review the whole thing or just

11:13    20    certain parts of it?

         21        A.   The cursory review of the bold.

         22        Q.   I'm sorry.  You said a cursory review of

         23    the bold print to see if there were any bullet

         24    points that were -- so you only reviewed the words

11:13    25    in the complaint that are in bold; is that right?

                                  75

                             Gary Hanson

1          MR. GRALEWSKI:  Object to the form.

2    Misstates testimony.

3          THE WITNESS:  If I may rephrase that.  If

4    anything in bold caught my attention, I would have

11:13  5    reviewed a little more in-depth.  I did not review

6    all however many pages there are page by page, no.

7      Q.   BY MR. BALLARD:  About how much time did

8    you spend reading through this?

9      A.   About 15 minutes.

11:13  10     Q.   Did you have any involvement in drafting

11    this document?

12     A.   No.

13     Q.   When you said that you reviewed it, did

14    you review it before or after it was filed?

11:14  15     A.   I don't know that I recall exactly.

16     Q.   Do you remember when you reviewed it?

17     A.   Exact date, no.

18     Q.   Do you remember what year it was?

19     A.   No, I do not.

11:14  20     Q.   But it wasn't recently?

21     A.   Not that I recall.

22     Q.   This complaint, I'll represent to you, it

23    cites a number of sources of information.  For

24    example, it cites some news articles.  Have you

11:14  25    ever reviewed any of those?

Gary Hanson

BARKLEY
Court Reporters

1       A.   No.

2       Q.   Do you believe that statements in this

3   complaint are true?

4       A.   I am relying on the attorneys involved for

11:15   5   that purpose, yes.

6       Q.   So your belief that the statements

7   contained in this complaint are true is based

8   solely on the fact that they were drafted by your

9   lawyers?

11:15   10      A.   Yes.

11      Q.   How did you decide to sue the defendants

12  that are named in this complaint?

13      A.   I am not sure I understand the question.

14      Q.   This complaint names some specific

11:15   15  companies; is that correct --

16      A.   Yes.

17      Q.   -- as defendants?

18      A.   Correct.

19      Q.   How did you decide to sue those companies

11:15   20  and not some other companies?

21          MR. GRALEWSKI:   Object to the form.   Calls

22  for a legal conclusion.

23          I also caution you not to reveal any

24  communications with counsel.

11:16   25          THE WITNESS:   Then I will decline.

77

Gary Hanson

BARKLEY
Court Reporters

1      Q.   BY MR. BALLARD:  I'm sorry, you'll

2   decline?

3      A.   I'll decline.

4      Q.   Because you can't answer that question

11:16   5   without revealing attorney-client privilege?

6      A.   I don't know for sure if I can do that.

7      Q.   Do you have any current plans to purchase

8   another CRT product?

9      A.   At this time, no.

11:16  10      Q.   No plans to purchase a CRT TV or a

11   monitor?

12      A.   I am not in the market for anything at the

13   moment, no.

14      Q.   Would you ever purchase another CRT

11:16  15   product?

16      A.   I don't know.

17      Q.   There are other technologies out there

18   now, right?

19      A.   Correct.

11:17  20      Q.   There's LCDs and plasmas, right?

21      A.   Correct.

22      Q.   Given the existence of those technologies,

23   would you ever buy another CRT product?

24      A.   I'm thinking that determination would be

11:17  25   made at the time and what the circumstances are.

78

Gary Hanson

BARKLEY
Court Reporters

```
 1      Q.   Okay.  I'd like to ask you just a couple
 2  questions about Paragraph 243 of this document, and
 3  I'll give you a page number when I find it.  It is
 4  on Page 58.
 5      A.   Okay.
 6      Q.   And I'll just read that.  It says:
 7               "As a direct result of the unlawful
 8               conduct of defendants and their
 9               co-conspirators in furtherance of
10               their continuing contract, combination
11               or conspiracy, plaintiffs and the
12               members of the nationwide class have
13               been injured and will continue to be
14               injured in their business and property
15               by paying more for CRT products
16               purchased indirectly from the
17               defendants and their co-conspirators
18               than they would have paid and will pay
19               in the absence of the combination and
20               conspiracy."
21           Do you see that?
22      A.   Yes.
23      Q.   And my question is about the phrase "will
24  continue to be injured."  If you don't have any
25  plans to ever buy another CRT product, how will you
```

79

Gary Hanson

1  continue to be injured by the conduct alleged in

2  this complaint?

3       MR. GRALEWSKI:  Object to the form.

4  Misstates testimony.  Calls for a legal conclusion.

11:18  5       THE WITNESS:  If the litigation determines

6  that there was price-fixing, if that would continue

7  into the future and if I did purchase a CRT in the

8  future, I'm assuming I would be paying again too

9  much.

11:19  10     Q.  BY MR. BALLARD:  But you have no current

11  plans to do that?

12       MR. GRALEWSKI:  Object to the form.  Asked

13  and answered.  Misstates testimony.

14       THE WITNESS:  I am not currently in the

11:19  15  market for any product.

16     Q.  BY MR. BALLARD:  And if it turns out that

17  you don't ever purchase another CRT product, you

18  won't be injured in the future by the conduct

19  alleged in this complaint; is that right?

11:19  20       MR. GRALEWSKI:  Object to the form.  Lacks

21  foundation.  Calls for a legal conclusion.

22  Incomplete hypothetical.

23       THE WITNESS:  I don't know how to answer

24  it.

11:19  25     Q.  BY MR. BALLARD:  If you don't buy another

80

Gary Hanson

BARKLEY
Court Reporters

         1    CRT product, is it possible for you to be injured

         2    by the conduct alleged in this complaint and in the

         3    future?

         4             MR. GRALEWSKI:  Same objection.

11:20    5    Incomplete hypothetical.  Lacks foundation.  Calls

         6    for a legal conclusion.

         7             THE WITNESS:  If CRTs were no longer

         8    manufactured, if I did not buy one, I probably

         9    would not be injured in the future.

11:20   10       Q.   BY MR. BALLARD:  I want to flip back here,

        11    and I apologize for flipping back and forth, but

        12    I'd like to ask about Paragraphs 19 through 50 of

        13    this complaint.  I am not going to ask about each

        14    one, but feel free to look through these

11:20   15    paragraphs, which identify the plaintiffs in this

        16    case.

        17             And my question is going to be:  Do you

        18    know any of these people?

        19       A.   Having perused that part of it, I do not

11:21   20    believe I know any of the named individuals.

        21       Q.   You've never met with or spoken with any

        22    of these people?

        23       A.   No.

        24       Q.   You've never met -- go to Paragraph 35.

11:21   25    You've never met Barry Kushner from Minnesota?

                                    81

                              Gary Hanson

1       A.    No, I have not.

2       Q.    Putting aside these people who are listed

3   here, do you know anybody else who has ever filed a

4   lawsuit regarding CRTs?

11:21  5       A.    I'm sorry, who has ever filed a lawsuit?

6   No, I don't.

7       Q.    Anyone who's ever been a plaintiff in a

8   lawsuit involving CRTs?

9       A.    No.

11:21  10      Q.    Flip back a couple pages to Paragraph 1.

11  And if you look at the end of this first sentence

12  here on Lines 15 and 16, it refers to a class

13  period:

14              "Beginning at least as early as March

11:22  15              1st, 1995, until at least November 25,

16              2007."

17          Do you see that?

18      A.    Yes.

19      Q.    Do you have any understanding of the

11:22  20  meaning of the phrase "class period"?

21      A.    Maybe not in a technical sense.

22      Q.    Do you have any non-technical

23  understanding of it?

24      A.    That that would be the period for which

11:22  25  the litigation is alleging the price-fixing.

82

Gary Hanson

BARKLEY
Court Reporters

          1      Q.   And why did you choose this particular

          2   period?

          3           MR. GRALEWSKI:  I'll just caution the

          4   witness to the extent you can answer that question

11:23     5   based on your knowledge, you can, but you should

          6   not reveal any communications with counsel.

          7           THE WITNESS:  I personally do not know why

          8   that period was picked.

          9      Q.   BY MR. BALLARD:  If you look at the next

11:23    10   sentence in this paragraph, it says:

         11              "Plaintiffs allege that during the

         12              class period the defendants conspired

         13              to fix, raise, maintain and/or

         14              stabilize prices of CRT products sold

11:23    15              in the United States."

         16           Do you see that?

         17      A.   Yes.

         18      Q.   What is your basis for making this

         19   allegation?

11:23    20      A.   The litigation that was brought forth.

         21      Q.   I'm sorry?

         22      A.   The litigation in place prior to my

         23   becoming a class representative.

         24      Q.   And how does that support the sentence

11:24    25   that I just read?

                                   83

BARKLEY
Court Reporters

     1        A.    Again, relying on the attorneys involved
     2   regarding the litigation.
     3        Q.    So you don't have any personal knowledge
     4   that would form a basis for this allegation?
11:24 5        A.    Personal knowledge, no.
     6        Q.    Flip ahead, if you will, to Paragraph 214,
     7   and that's on Page 48 at the bottom, and feel free
     8   to read this entire paragraph.  I'll just read the
     9   second sentence.  It says:
11:24 10             "The entire overcharge at issue was
     11             passed on to plaintiffs and members of
     12             the indirect purchaser classes."
     13        Do you see that?
     14        A.    Yes.
11:25 15        Q.    What does the word "overcharge" mean
     16   there?
     17        A.    My understanding of what that means?
     18        Q.    Yes.
     19        A.    The conversation or the agreement between
11:25 20   the manufacturers setting a price that may not have
     21   been the one that would have been a competitive
     22   price for all of the components had they not gotten
     23   together and agreed to a fixed price.
     24        Q.    Do you have any personal knowledge that
11:25 25   there was an overcharge of CRT --

                                  84

BARKLEY
Court Reporters

1      A.   Personal knowledge, no.

2      Q.   -- products?  Do you have any personal

3  knowledge that would support the allegation here

4  that the overcharge was passed on to you?

11:25  5      A.   Personal knowledge, no.

6      Q.   Do you think the companies who sold you

7  the products that you bought, Dell, Best Buy,

8  Target, do you think that those companies made less

9  profit because of the conduct that's alleged in

11:26 10  here?

11          MR. GRALEWSKI:  Object to the form.  Calls

12  for speculation.  Lacks foundation.  Calls for

13  legal and expert testimony.

14          THE WITNESS:  I don't know.

11:26 15      Q.   BY MR. BALLARD:  Earlier you testified

16  that you came to be a named plaintiff in this case

17  following a conversation with Mr. Flom.  Prior to

18  that conversation, did you have any reason to

19  believe that you had been overcharged for the

11:26 20  products that you purchased?

21      A.   Prior to that conversation, I was not

22  aware of the pending litigation, no.

23      Q.   And you weren't aware of anything that

24  would lead you to believe that there was

11:26 25  price-fixing going on?

85

Gary Hanson

BARKLEY
Court Reporters

1      A.    I was not aware of that, no.

2      Q.    During the class period.  So since roughly

3   1995, did you come across any articles, any news

4   stories about CRTs or CRT products?

11:27  5      A.    Not that I recall.

6      Q.    Do you read any business journals

7   regularly?

8      A.    Yes.

9      Q.    Which ones?

11:27  10     A.    "Business week," "Investor News,"

11  industry-specific periodicals.

12     Q.    And the industry-specific ones are

13  specific to your job?

14     A.    Retirement area, yes.

11:27  15     Q.    Okay.  Do you read any technology

16  magazines?

17     A.    No.

18     Q.    No journals about technology?

19     A.    No.

11:27  20     Q.    Did you read "Business Week," and I'm

21  sorry, what was the other one?

22     A.    Investors -- it's a retirement-specific

23  investment periodical.

24     Q.    Okay.  Did you read "Business Weekly"

11:28  25  during the class period?

86

Gary Hanson

BARKLEY
Court Reporters

```
 1        A.    Not on a regular basis, no.

 2        Q.    About how often did you read it?

 3        A.    We get the subscription at the office.  If

 4   there's anything specific to my area, it's

 5   highlighted and distributed to my staff.

 6        Q.    The entire magazine is distributed?

 7        A.    The portion highlighted, what's relevant

 8   to my area.

 9        Q.    It is just an excerpt from a magazine?

10        A.    Correct.

11        Q.    So during the period we're talking about,

12   you didn't ever review the entire magazine?

13        A.    Not usually.

14        Q.    If you look at Paragraph 284, and that's

15   on Page 92, and that's a one-sentence paragraph,

16   and it says:

17              "Throughout the relevant period,

18              defendants affirmatively and

19              fraudulently concealed their unlawful

20              conduct against plaintiffs and the

21              classes."

22        Do you see that?

23   A.    Yes.

24   Q.    What does "fraudulently concealed" mean?

25              MR. GRALEWSKI:  Object to the form.  Calls
```

<div align="center">87</div>

BARKLEY
Court Reporters

```
 1    for a legal conclusion.  Overbroad.
 2        Q.   BY MR. BALLARD:  Just to be clear, my
 3    question is:  What does it mean as used in this
 4    sentence?
 5            MR. GRALEWSKI:  Same objections.
 6            THE WITNESS:  I don't know that I know
 7    what it means in that sentence.
 8        Q.   BY MR. BALLARD:  Do you have any personal
 9    knowledge that would suggest that the defendants
10    concealed their conduct?
11        A.   No.
12        Q.   If you look at the next paragraph, 285,
13    the first sentence says:
14                "Plaintiffs and the members of the
15                classes did not discover and could not
16                discover through the exercise of
17                reasonable diligence that defendants
18                were violating the law as alleged
19                herein until shortly before this
20                litigation was commenced."
21        Do you see that?
22        A.   Uh-huh.
23        Q.   Why were you unable to discover the
24    existence of the alleged conspiracy?
25        A.   Because I was not looking for a
```

<div align="center">88</div>

BARKLEY
Court Reporters

1    conspiracy.

2        Q.   So you didn't take any steps to try and

3    discover?

4        A.   No.

11:31  5        Q.   In this paragraph it talks about

6    reasonable diligence.  It says the plaintiffs could

7    not have discovered the conspiracy by using

8    reasonable diligence.

9            Do you have an understanding as to what

11:31 10   that phrase means?

11            MR. GRALEWSKI:  Object to the form of the

12   question.  Calls for a legal conclusion.

13            THE WITNESS:  In the context, no.

14        Q.   BY MR. BALLARD:  What would be reasonable

11:31 15   diligence in this context?

16            MR. GRALEWSKI:  Same objection.  Calls for

17   a legal conclusion.

18            THE WITNESS:  I don't know the answer to

19   that either.

11:32 20        Q.   BY MR. BALLARD:  If you could just turn to

21   Paragraph 187.  It's on Page 43, on the bottom of

22   Page 43 and runs on to Page 44.  The second

23   sentence says:

24                "A March 13th, 2000, article in

11:32 25                'Infotech Weekly' quoted an industry

89

Gary Hanson

BARKLEY
Court Reporters

```
     1              analyst as saying that this price

     2              increase was 'unlike most other

     3              PC-related products.'"

     4         Do you see that sentence?

11:32 5    A.   Yes.

     6    Q.   Have you ever read "Infotech Weekly"?

     7    A.   No, I have not.

     8    Q.   Do you know whether this article that's

     9  referenced -- have you ever read this article

11:33 10  that's referenced here?

    11    A.   No.

    12    Q.   Do you know whether this article was

    13  publicly available in March of 2000?

    14    A.   I have no idea.

11:33 15    Q.   Do you have any reason to think that it

    16  wasn't publicly available?

    17    A.    I would have no reason to believe that,

    18  no.

    19         MR. BALLARD:  I think those may be all the

11:33 20  questions that I have.  What I'd like to do is just

    21  take a short break and make sure, if that's okay

    22  with you?

    23         MR. GRALEWSKI:  Yeah.

    24         MR. BALLARD:  Thank you.

11:33 25         THE VIDEOGRAPHER:  We are now going off
```

<div align="center">90</div>

BARKLEY
Court Reporters

1    the record.

2                    (Whereupon a recess was taken.)

3              THE VIDEOGRAPHER:  We are going to go back

4    on the record.  This concludes the deposition.  We

11:43  5    are now going off the record.

6                    (Whereupon the proceedings were

7                    concluded at 11:43 a.m.)

8                        ---o0o---

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

91

BARKLEY
Court Reporters

1          I have read the foregoing deposition

2    transcript and by signing hereafter, approve same.

3

4    Dated_____.

5

6

                    _____
7                        (Signature of Deponent)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

BARKLEY
Court Reporters

1          DEPOSITION OFFICER'S CERTIFICATE

2

3     STATE OF CALIFORNIA      }
                               }   ss.
4     COUNTY OF SAN FRANCISCO  }

5

6          I, Balinda Dunlap, hereby certify:

7          I am a duly qualified Certified Shorthand

8     Reporter in the State of California, holder of

9     Certificate Number CSR 10710 issued by the Court

10    Reporters Board of California and which is in full force

11    and effect.  (Fed. R. Civ. P. 28(a)).

12         I am authorized to administer oaths or

13    affirmations pursuant to California Code of Civil

14    Procedure, Section 2093(b) and prior to being examined,

15    the witness was first duly sworn by me.  (Fed. R. Civ.

16    P. 28(a), 30(f)(1)).

17         I am not a relative or employee or attorney or

18    counsel of any of the parties, nor am I a relative or

19    employee of such attorney or counsel, nor am I

20    financially interested in this action.  (Fed. R. Civ. P.

21    28).

22         I am the deposition officer that

23    stenographically recorded the testimony in the foregoing

24    deposition and the foregoing transcript is a true record

25                         / / /

93

BARKLEY
Court Reporters

1    of the testimony given by the witness.  (Fed. R. Civ. P.

2    30(f)(1)).

3         Before completion of the deposition, review of

4    the transcript [XX] was [  ] was not requested.  If

5    requested, any changes made by the deponent (and

6    provided to the reporter) during the period allowed, are

7    appended hereto.  (Fed. R. Civ. P. 30(e)).

8

9    Dated:   MAY 2 1 2012         ,

10

11   _____

12

13

14

15

16

17

18

19

20

21

22

23

24

25

94

BARKLEY
Court Reporters

## $

**$100 (6)**
51:24;52:6,10;55:25;
56:6;60:2
**$114 (1)**
57:9
**$664 (3)**
58:14;59:21;60:15
**$770.41 (1)**
56:21
**$99 (1)**
56:24

## 0

**07-5944 (1)**
6:19

## 1

**1 (2)**
25:12;82:10
**11 (2)**
75:8,11
**11:43 (1)**
91:7
**118 (1)**
40:2
**1202 (2)**
6:5;13:1
**122 (2)**
22:2,7
**123 (2)**
24:22,25
**124 (2)**
27:7,10
**125 (2)**
35:19,21
**126 (2)**
39:9,11
**127 (2)**
42:13,15
**128 (2)**
47:1,4
**129 (2)**
52:12,15
**13 (2)**
39:24;42:1
**130 (2)**
60:21,24
**1300 (1)**
6:14
**131 (2)**
63:11,14
**13-inch (2)**
36:21;41:20
**13th (1)**
89:24
**15 (2)**
76:9;82:12
**16 (1)**

82:12
**187 (1)**
89:21
**1875 (1)**
6:13
**19 (1)**
81:12
**1968 (1)**
11:11
**1972 (1)**
10:2
**1995 (9)**
26:12;30:1,3,5,9,14;
31:25;82:15;86:3
**1-A (2)**
27:12,18
**1-B (2)**
35:24;63:22
**1-C (2)**
27:14;42:18
**1-D (3)**
47:8;48:3;53:1
**1-E (3)**
48:3;52:24;53:1
**1st (1)**
82:15

## 2

**20 (1)**
42:23
**2000 (2)**
89:24;90:13
**2002 (3)**
37:2,7;43:23
**2003 (8)**
43:15;20,23;48:7,9;
49:4;54:8,19
**2005 (1)**
55:11
**2007 (1)**
82:16
**2008 (5)**
20:20;27:22;30:7;
36:13;42:23
**2010 (1)**
35:17
**2012 (4)**
6:1,4,15;64:25
**20th (1)**
27:22
**214 (1)**
84:6
**22 (1)**
12:21
**2350 (1)**
58:13
**243 (1)**
79:2
**25 (1)**
82:15
**25-inch (2)**
29:22;43:13

**27th (2)**
6:5;13:1
**28 (1)**
50:16
**284 (1)**
87:14
**285 (1)**
88:12
**2nd (1)**
64:23

## 3

**3 (2)**
24:7,15
**3/30 (1)**
48:11
**30 (2)**
21:23;48:7
**31st (3)**
48:8;54:8,19
**35 (1)**
81:24

## 4

**4 (2)**
6:1;58:12
**43 (2)**
89:21,22
**44 (1)**
89:22
**45 (1)**
17:5
**48 (1)**
84:7
**499 (1)**
47:5
**4th (2)**
6:3,15

## 5

**5/10/50 (1)**
8:10
**50 (1)**
81:12
**502 (1)**
56:2
**504 (1)**
52:16
**536412180 (1)**
27:17
**58 (1)**
79:4
**58078 (1)**
8:15

## 6

**6:00 (1)**
37:11
**68 (1)**

11:20

## 7

**7 (1)**
24:6
**7.41 (1)**
57:2
**72 (1)**
11:20
**770.41 (2)**
56:18;60:7

## 8

**836 (1)**
8:14

## 9

**9:27 (2)**
6:4,16
**90-day (1)**
40:18
**92 (1)**
87:15

## A

**able (1)**
62:1
**absence (1)**
79:19
**account (2)**
32:21,25
**accounting (3)**
11:24;17:24;18:3
**accounts (1)**
17:25
**accurate (1)**
11:6
**acquisition (1)**
24:10
**across (3)**
38:5;54:1;86:3
**action (7)**
18:14,19;19:9,10;
20:9;24:12;71:18
**actually (2)**
31:21;44:19
**addition (1)**
45:23
**additional (5)**
26:15;28:15;33:22;
57:20;58:2
**address (7)**
8:13,14,17;48:17,20;
49:5;54:3
**admitting (1)**
57:19
**advice (2)**
20:15;26:25
**affairs (1)**

12:13
**affirmatively (1)**
87:18
**again (11)**
34:13;36:16;37:19;
42:25;43:18;45:11;
54:17;64:8;66:15;80:8;
84:1
**against (1)**
87:20
**ago (1)**
12:21
**agreed (2)**
20:24;84:23
**agreeing (1)**
74:20
**agreement (2)**
21:10;84:19
**ahead (5)**
11:2;27:2;52:3;56:2;
84:6
**Alaska (1)**
55:14
**allegation (3)**
83:19;84:4;85:3
**allege (1)**
83:11
**alleged (6)**
80:1,19;81:2;85:9;
88:18,24
**alleging (1)**
82:25
**although (1)**
43:21
**ambiguous (6)**
33:22;25:25;26:9;
38:21;59:7;66:23
**amend (1)**
17:20
**amended (4)**
16:2,6;22:9;75:13
**America (2)**
35:8;40:7
**amongst (1)**
74:20
**amount (4)**
57:4;60:12,14;73:21
**analyst (1)**
90:1
**Anchorage (1)**
55:14
**and/or (2)**
74:15;83:13
**Anders (1)**
6:11
**Angeles (1)**
6:14
**answered (4)**
14:11;19:8;33:20;
80:13
**Antitrust (1)**
6:19
**apart (1)**

68:2

**apologize (1)**
81:11
**appear (1)**
17:23
**appeared (2)**
6:9;32:6
**appearing (1)**
7:3
**appears (1)**
27:10
**area (5)**
13:8;32:5;86:14;87:4,
8
**around (2)**
32:7;45:1
**article (4)**
89:24;90:8,9,12
**articles (2)**
76:24;86:3
**aside (3)**
42:1;72:18;82:2
**associate (1)**
35:12
**associated (1)**
6:12
**assume (3)**
11:2;27:23;32:14
**assuming (6)**
32:13,20;33:15;65:18;
67:12;80:8
**assumption (2)**
67:13;71:10
**attend (1)**
11:18
**attention (1)**
76:4
**attorney (8)**
16:15,18;18:20;21:12;
23:17;61:24;63:18;
75:16
**attorney-client (3)**
16:11;19:18;78:5
**attorneys (6)**
24:3;73:8;74:2;75:6;
77:4;84:1
**attorney's (2)**
63:25;64:5
**attorneys' (1)**
21:19
**August (1)**
54:11
**authorities (1)**
57:21
**available (3)**
32:11;90:13,16
**award (1)**
74:4
**aware (11)**
11:7;19:9;21:3;35:1;
46:8;68:12;72:13;74:11;
85:22,23;86:1

## B

**B1 (1)**
24:19
**B19 (3)**
25:2;29:24;35:24
**B25 (1)**
24:19
**BA (1)**
11:25
**back (12)**
22:4;29:23;34:20;
36:25;46:24;55:12,16;
59:13;81:10,11;82:10;
91:3
**Baker (1)**
7:7
**Balinda (1)**
6:6
**BALLARD (73)**
6:24,25;7:18;8:1,4;
14:14;15:18;16:13;
19:14,22;20:6,18;21:22;
22:6,20,22;23:3,24;24:5,
24;26:6,12,17;27:6,9;
28:17;33:23;34:18;
35:21;38:24;39:11;40:4;
42:15;47:3;50:22;52:14;
58:22;59:10,19;60:2,6,
14,23;62:7,24;63:2,6,9,
13;64:14,18;66:8,16,24;
68:23;69:6,14,16;75:10;
76:7;78:1;80:10,16,25;
81:10;83:9;85:15;88:2,
8;89:14,20;90:19,24
**ballpark (1)**
38:19
**bank (2)**
17:23;32:21,25;33:1
**Barkley (1)**
6:12
**Barry (1)**
81:25
**base (3)**
24:11;38:2;67:13
**based (8)**
65:23;66:9,19;70:12;
71:25;72:15;77:7;83:5
**basing (2)**
71:8,11
**basis (4)**
73:4;83:18;84:4;87:1
**Bates (7)**
39:12,24;42:16;47:5;
52:16;62:18,19
**become (1)**
20:24
**becoming (1)**
83:23
**beginning (3)**
12:23;13:11;82:14
**behalf (4)**

**belatedly (1)**
20:2
**belief (1)**
77:6
**best (17)**
10:23;14:22;31:10,13,
16;32:2,6,8,8;38:7,14,
23;43:24;55:11;65:21;
66:16;85:7
**big (1)**
41:21
**big-box (2)**
32:4;34:14
**bills (1)**
31:8
**birth (1)**
8:9
**Bob (1)**
7:5
**bold (4)**
75:21,23,25;76:4
**born (1)**
9:25
**both (4)**
43:20;53:9;60:3;70:15
**bottom (7)**
29:7;40:2;51:17;56:3,
16;84:7;89:21
**Botts (1)**
7:7
**bought (11)**
31:10;37:9,24;38:9;
40:14;43:15;45:2;54:7,
18;70:6;85:7
**box (6)**
50:8;56:16,24;57:7,8,
11
**brand (5)**
34:22;41:23;46:8,10,
11
**brands (1)**
34:24
**break (1)**
90:21
**bringing (1)**
74:5
**brought (2)**
64:6;83:20
**bullet (1)**
75:23
**bundle (12)**
49:22,25;50:4,17;
51:22;52:1;54:2;55:20,
20,21;58:9,24
**bundled (2)**
49:11,13
**business (11)**
12:7,8;13:9;48:17,19;
74:20;79:14;86:6,10,20,
24
**Buy (23)**
31:11,13,16,22,22;

6:21;7:6;72:16,25

32:2,3,8;33:23;34:25;
38:14;44:19,22;45:5,24;
46:4;48:13;49:8;78:23;
79:25;80:25;81:8;85:7
**Buy/Walmart (1)**
37:25
**buyer (1)**
57:19
**buying (4)**
31:15;41:16;45:4;
46:12

## C

**calculated (1)**
57:5
**California (2)**
6:8,14
**called (2)**
7:13;60:20
**Calls (7)**
58:19;59:8,24;60:9,
18;69:3;77:21;80:4,21;
81:5;85:11,12;87:25;
89:12,16
**came (6)**
29:14;34:21;49:15;
50:8;58:24;85:16
**camera (1)**
27:23,25;62:25;63:4
**can (29)**
7:19;12:10;19:24;
20:2;21:3;22:15,25;
26:1,22;27:1;28:8,11,12;
34:10;39:21;49:12;
50:20;61:9;62:3,20;
64:8;65:16,24;66:5,13;
69:4;78:6;83:4,5
**canceled (1)**
31:9
**caps (1)**
57:13
**car (1)**
9:13
**card (9)**
29:18,19;31:8;32:13,
16,21,22;38:13;41:7
**care (1)**
41:19
**career (1)**
17:22
**Carolina (1)**
57:16
**Case (25)**
6:19;7:1;15:10,25;
18:23,25;19:3;21:8,19;
23:11,18;24:4;25:15,23;
46:2;62:23;68:14;72:2;
73:3,6,12;74:13,24;
81:16;85:16
**cases (1)**
18:1
**Catalog (2)**

57:14,14
**Cathode (3)**
6:18;13:13,25
**caught (1)**
76:4
**caution (3)**
26:23;77:23;83:3
**cautious (1)**
19:19
**CD-ROM (1)**
51:8
**Center (1)**
35:8
**Century (1)**
6:13
**certain (2)**
14:15;75:20
**certainly (2)**
20:2;22:15
**Certified (1)**
6:7
**cetera (1)**
12:7
**check (2)**
31:9;32:23
**checks (1)**
31:9
**choice (1)**
45:8
**choose (1)**
83:1
**Chuck (1)**
7:7
**circumstances (1)**
78:25
**cites (2)**
76:23,24
**claim (5)**
24:12;25:14,19;67:8;
72:25
**claiming (4)**
25:23;26:20;46:2;
70:12
**claims (1)**
73:19
**clarify (2)**
15:20;62:21
**class (24)**
7:6;18:13,13,18,19;
19:10;20:9;21:5;71:17,
18;72:1,6,12;73:16,21;
74:1,8;79:12;82:12,20;
83:12,23;86:2,25
**classes (3)**
84:12;87:21;88:15
**clear (2)**
55:19;88:2
**closer (1)**
45:5
**Cloud (1)**
53:23
**Co (1)**
22:10

**co-conspirators (2)**
79:9,17

**collects (1)**
57:15

**college (8)**
11:12,14;12:5;53:17,
18;54:10,13,20

**color (5)**
70:24;71:6,6,10,14

**column (1)**
58:11

**combination (2)**
79:10,19

**commenced (1)**
88:20

**commencing (1)**
6:4

**communications (12)**
19:18,21;20:4,13,14;
26:24;28:12;62:3;64:10;
66:2;77:24;83:6

**companies (6)**
68:19;77:15,19,20;
85:6,8

**company (5)**
12:14,19,21;15:3,13

**comparable (1)**
34:13

**comparative (2)**
32:10;34:12

**compared (1)**
70:18

**compensated (1)**
73:14

**compensation (2)**
73:18;74:9

**competitive (1)**
84:21

**complaint (17)**
16:2,3,5,6;68:19;69:1;
75:13,25;76:22;77:3,7,
12,14;80:2,19;81:2,13

**complaints (1)**
16:16

**complete (1)**
11:6

**component (3)**
13:25;14:8;67:18

**components (4)**
59:17,18;67:20;84:22

**Compound (1)**
69:3

**computer (15)**
13:17;14:18;19:7;
47:8;49:16;50:1,23;
51:15;58:17;61:3,4;
67:15;70:13,15,19

**concealed (3)**
87:19,24;88:10

**concluded (1)**
91:7

**concludes (1)**
91:4

**conclusion (8)**
37:8;77:22;80:4,21;
81:6;88:1;89:12,17

**concur (1)**
36:12

**condition (1)**
34:5

**conduct (8)**
74:24;79:8;80:1,18;
81:2;85:9;87:20;88:10

**confusing (1)**
11:1

**connection (5)**
18:7,23,25;33:14;48:3

**consider (1)**
45:4

**considered (1)**
20:5

**Consolidated (1)**
75:12

**conspiracy (5)**
79:11,20;88:24;89:1,7

**conspired (1)**
83:12

**consulting (1)**
18:20

**Consumer (1)**
40:7

**consumers (1)**
40:11

**contain (5)**
14:25;22:23;67:9,10;
69:7

**contained (3)**
68:10,24;77:7

**contend (1)**
74:23

**contents (1)**
66:1

**context (2)**
89:13,15

**continue (4)**
79:13,24;80:1,6

**continuing (1)**
79:10

**contract (2)**
21:7;79:10

**contracts (1)**
57:18

**Convenience (2)**
50:5,9

**convenient (1)**
45:5

**conversation (9)**
19:6;20:7,19,23;
74:15;84:19;85:17,18,21

**copies (1)**
62:18

**copy (1)**
39:18

**corner (1)**
27:16;29:7

**corporate (1)**

**conclusion (8)**
13:7

**correctly (1)**
29:25

**correspondence (1)**
73:1

**costs (1)**
21:16

**Counsel (15)**
7:22;19:21;20:4,14;
26:24;28:9;60:4;62:3,
17;63:5,10;64:10;69:13;
77:24;83:6

**counsels (1)**
6:22

**counsel's (2)**
19:20;40:1

**count (1)**
50:15

**counter (5)**
37:11;38:4;42:9;64:2,
5

**countertop (1)**
41:13

**County (3)**
6:7;17:24;18:4

**couple (4)**
35:10;51:24;79:1;
82:10

**course (4)**
12:6;15:24,25;20:7

**Court (6)**
6:12;7:10;10:9,11;
17:24;18:4

**cover (2)**
61:20,21

**CPU (5)**
50:23,24;58:12,17;
59:21

**Credit (7)**
31:8;32:13,16,20,22;
38:13;41:7

**CRT (45)**
14:3,8,19,25,25;24:11;
25:12,22;26:6;61:15,17;
62:9,14,16;63:23;65:7,
14,17,21;67:9,10,17,17;
68:1,3,7,24,25;69:19,22;
70:1,5,8;78:8,10,14,23;
79:15,25;80:7,17;81:1;
83:14;84:25;86:4

**CRT000106 (1)**
39:13

**CRT000118 (1)**
39:25

**CRT000156 (1)**
42:16

**CRT000497 (1)**
47:5

**CRT000500 (1)**
52:16

**CRTs (20)**
14:6,15,20;15:4,14;
67:23;68:9,13,16,18;

**conclusion (8)**
69:8,10;70:14,17,18;
74:17;81:7;82:4,8;86:4

**current (2)**
78:7;80:10

**currently (3)**
8:19;30:7;80:14

**cursory (2)**
75:21,22

**cycle (1)**
41:6

---

# D

**DAKOTA (16)**
6:1,6,18;9:5,16,18,23;
10:1;20:11;31:11;33:3,
4;37:25;72:4,8;73:17

**damages (11)**
25:14,19,23;26:20;
46:2;67:8;70:12;71:24;
73:14,15;74:4

**date (14)**
6:15;8:9;27:23;28:2,4;
30:11;42:25;43:10;48:6,
7,8,9,11;76:17

**dates (1)**
27:25

**daughter (1)**
35:12

**day (2)**
6:4;36:4

**day-to-day (1)**
13:5

**deal (1)**
53:9

**December (3)**
37:2,5,13

**decide (6)**
32:2;44:22;46:4;49:8;
77:11,19

**decision (1)**
50:4

**decline (1)**
77:25;78:2,3

**Defendant (3)**
7:13;22:10;69:1

**defendants (14)**
7:1,8,25;15:10;68:14;
74:12;77:11,17;79:8,17;
83:12;87:18;88:9,17

**defendants' (1)**
74:24

**definition (2)**
14:23;71:9

**definitions (1)**
13:23

**degree (2)**
11:21,24

**Dell (13)**
47:7;48:1,15;52:18;
57:14,14;61:3,4;65:2;
66:25;69:17;70:4;85:2

**depending (1)**

**conclusion (8)**
12:13

**depict (2)**
63:20,23

**deposed (1)**
18:10

**deposition (16)**
6:16,20;7:24;10:3,8;
13:24;15:19;16:19;17:7,
9,13;61:1;63:16;72:16,
19;91:4

**description (2)**
13:22;62:21

**descriptions (1)**
58:5

**desk (1)**
50:8

**determination (1)**
78:24

**determine (3)**
32:7;73:23,23

**determined (2)**
73:13,25

**determines (2)**
74:25;80:5

**determining (2)**
30:13;74:16

**differences (2)**
70:17,22

**different (2)**
14:14;50:16

**diligence (4)**
88:17;89:6,8,15

**dimension (1)**
58:13

**direct (1)**
79:7

**Directly (1)**
23:23

**director (1)**
35:13

**disclose (1)**
20:13

**discounted (1)**
39:3

**discover (2)**
88:15,16,23;89:3

**discovered (1)**
89:7

**discussion (2)**
21:13;46:20

**display (1)**
71:15

**disposition (1)**
37:20

**dissolution (1)**
31:3

**distributed (2)**
87:5,6

**divulge (3)**
19:17;20:16;26:24

**document (22)**
22:8,13,17,18,24;
23:13,16,17,20;24:25;

25:4;27:12;39:12;50:19;
52:4;59:7,9;63:8;75:11,
14;76:11;79:2
**documentation (7)**
24:4;27:5;28:15;
29:16;45:11;69:9,25
**documents (18)**
16:6,14,15;30:18,22;
31:4,7;37:15,20;41:3;
43:25;44:3;47:14,22;
52:18,20;62:18,19
**dollars (2)**
59:2,21
**donated (2)**
35:5,15
**donating (1)**
35:14
**done (4)**
32:9;34:12;60:5;72:22
**down (7)**
24:15;37:23;40:17;
45:20;51:1,24;58:22
**drafted (1)**
77:8
**drafting (1)**
76:10
**drive (2)**
51:6,8
**Dunlap (1)**
6:6
**during (10)**
11:18;13:24;26:4;
31:19;71:23;72:21;
83:11;86:2,25;87:11
**Dylan (1)**
6:25

**E**

**E772 (1)**
58:23
**earlier (7)**
18:9;20:8;29:6;41:2;
58:7;64:1;85:15
**early (4)**
17:22;20:20;31:25;
82:14
**earn (1)**
11:21
**easier (1)**
48:22
**East (1)**
6:13
**education (2)**
12:2,4
**eight (1)**
72:20
**either (5)**
28:25;43:23;47:16;
48:9;89:19
**electronics (1)**
31:14
**else (10)**

17:6;38:10;43:8;45:4;
49:15;50:11;59:22;74:5,
15;82:3
**end (1)**
82:11
**entire (5)**
59:16;84:8,10;87:6,12
**entirety (1)**
17:12
**entitled (2)**
73:21;74:9
**Essentially (1)**
12:12
**estate (2)**
9:8;12:16
**estimate (1)**
55:11
**et (1)**
12:7
**even (2)**
21:11;38:19
**event (1)**
15:22
**exact (3)**
30:11;47:24;76:17
**exactly (10)**
23:7;28:24;31:17;
33:6;37:14;58:21;59:16;
62:5;71:13;76:15
**EXAMINATION (1)**
7:18
**examined (1)**
7:15
**example (3)**
30:24;50:22;76:24
**excerpt (1)**
87:9
**executive (1)**
35:13
**exercise (1)**
88:16
**Exhibit (30)**
22:2,7;24:19,22,25;
25:2;27:7,10;29:24;
35:19,21,24;39:9,11;
42:13,15;47:1,4,4,25;
52:4,12,15,15;60:21,24;
63:11,14;75:8,11
**exhibits (1)**
22:24
**existence (2)**
78:22;88:24
**expert (4)**
58:19;59:8;60:20;
85:13
**explain (4)**
12:10;22:20,21;49:12
**extent (3)**
16:8;62:1;83:4

**F**

**fact (7)**

32:8;42:1;50:3;52:8;
56:6;70:20;77:8
**factor (4)**
34:7;41:21,22;46:12
**fairly (1)**
39:12
**Falls (3)**
8:24;9:1;44:11
**familiar (3)**
44:24;70:24;71:1
**far (2)**
15:12;72:17
**FARGO (21)**
6:1,6,17;8:12,15;13:1;
31:11;33:4;34:14;36:8,
11,16;37:25;42:10,11;
43:6,19;49:3,5;55:3;
61:7
**features (2)**
34:2;41:25
**February (1)**
20:22
**feel (2)**
81:14;84:7
**fees (2)**
21:12,19
**Fergus (3)**
8:24,25;44:11
**few (1)**
19:8
**fiduciary (1)**
12:15
**file (1)**
21:3
**filed (5)**
23:18;73:5;76:14;
82:3,5
**filing (1)**
21:2
**filings (1)**
73:10
**find (1)**
79:3
**fine (5)**
57:12;63:1,2,7,9
**finish (1)**
10:18
**firm (1)**
19:4
**First (16)**
22:10,12;24:8,8;
25:10,11;32:4;33:1;
34:14;40:6;47:6,25;
50:22;53:19;82:11;
88:13
**five (5)**
23:6;25:13,17;52:15;
60:24
**fix (1)**
83:13
**fixed (1)**
84:23
**flip (3)**

81:10;82:10;84:6
**flipping (1)**
81:11
**Flom (10)**
6:17;7:2,2,3;16:22;
17:11;19:5;20:19,24;
85:17
**floppy (1)**
51:6
**Florida (1)**
57:15
**flyer (4)**
49:9,10,24;50:10
**following (3)**
20:23;40:9;85:17
**follows (1)**
7:16
**forever (1)**
46:9
**form (29)**
14:10;15:16;23:21;
25:24;26:8;33:19;34:8;
38:20;50:18;52:5,5;
56:3;58:18;59:6,23;
60:8;66:11,22;68:20;
69:2;76:1;77:21;80:3,
12,20;84:4;85:11;87:25;
89:11
**forth (2)**
81:11;83:20
**forward (1)**
22:17
**foundation (11)**
34:9;50:19;58:19;
59:7,24;60:10,18;69:3;
80:21;81:5;85:12
**four (2)**
23:6;51:12
**Francisco (1)**
6:8
**fraudulently (2)**
87:19,24
**free (3)**
59:5;81:14;84:7
**frequent (1)**
31:13
**Friday (2)**
6:3;64:20
**front (1)**
16:3
**full (1)**
7:20
**fully-operational (1)**
49:16
**funds (2)**
32:21,24
**further (3)**
20:14;24:17;40:17
**furtherance (1)**
79:9
**future (5)**
80:7,8,18;81:3,9

**G**

**Gary (5)**
6:20;7:12,21;25:2;
29:8
**G-a-r-y (1)**
7:21
**Gathering (1)**
72:23
**gave (3)**
54:5;55:4,16
**general (3)**
19:6;23:14;33:24
**generally (1)**
72:13
**gets (1)**
74:1
**given (4)**
10:8;23:13;26:5;78:22
**giving (1)**
10:18
**Good (2)**
6:11,24
**graduate (2)**
11:8,10
**Gralewski (65)**
7:4,5,5,22;8:3;14:10;
15:16;16:7,22;17:12;
19:13,16;20:1,12;22:14,
21,23;23:21;24:1;25:24;
26:8,13,22;28:8;33:19;
34:8;38:20;40:1;50:18;
58:18;59:6,23;60:4,9,17,
25;62:1,17;63:1,3,7,10,
15;64:8,16;65:24;66:11,
22;68:20;69:2,12,15;
76:1;77:21;80:3,12,20;
81:4;83:3;85:11;87:25;
88:5;89:11,16;90:23
**ground (1)**
10:7
**growing (1)**
46:9
**guardianship (1)**
18:3
**guess (11)**
23:15;24:6;31:25;
38:22;65:22,23;66:8,17;
71:5,8;72:20
**Guessing (1)**
29:22
**guys (1)**
16:25

**H**

**half (1)**
61:1
**handed (10)**
22:7;24:25;27:10;
47:3;52:15;60:24,25;
63:13,15;75:11

**handling (1)**
  56:25
**Hanson (9)**
  6:21,24;7:3,12,19,21;
  20:3;25:3;29:8
**H-a-n-s-o-n (1)**
  7:21
**happened (1)**
  38:5
**Hawaii (1)**
  40:8
**head (1)**
  13:7
**headed (1)**
  24:7
**heading (1)**
  24:25
**heard (2)**
  71:2,14
**Heartland (4)**
  12:19,20,25;13:3
**held (3)**
  15:9,12;55:16
**herein (1)**
  88:19
**high (2)**
  11:8;12:4
**higher (1)**
  56:23
**highlighted (2)**
  87:5,7
**hold (1)**
  63:3
**holding (1)**
  15:22
**home (7)**
  8:19;33:25;34:1;
  48:16;49:2;54:24;61:11
**homes (1)**
  8:21
**hope (1)**
  73:12
**hour (3)**
  6:4;17:5;61:1
**hours (1)**
  72:20
**house (6)**
  36:16;43:6;44:14,17;
  45:18;49:3
**hypothetical (2)**
  80:22;81:5

**I**

**idea (2)**
  58:1;90:14
**identical (2)**
  55:21;56:14
**identification (11)**
  22:3;24:23;27:8;
  35:20;39:10;42:14;47:2;
  52:13;60:22;63:12;75:9
**identified (3)**

  27:12;47:8;52:24
**identifies (3)**
  62:9,14;65:17
**identify (3)**
  6:23;24:10;81:15
**identifying (3)**
  47:10,12;65:14
**important (4)**
  10:16;34:3;64:14;70:9
**improper (1)**
  19:23
**inches (1)**
  42:2
**included (2)**
  51:13;55:25
**incomplete (4)**
  22:18,22;80:22;81:5
**Incorporated (2)**
  40:8,9
**increase (1)**
  90:2
**incurred (1)**
  73:15
**independent (4)**
  12:14,15;65:25;73:9
**independently (1)**
  73:3
**in-depth (1)**
  76:5
**indicate (2)**
  64:11,15
**indicated (2)**
  30:8;34:11
**indicates (1)**
  66:17
**Indirect (6)**
  22:8;23:9,24;24:17;
  75:12;84:12
**indirectly (1)**
  79:16
**individual (2)**
  21:3;72:7
**Individuals (2)**
  74:19;81:20
**industry (2)**
  74:19;89:25
**industry-specific (2)**
  86:11,12
**information (6)**
  20:16;29:13;36:18;
  72:15,23;76:23
**Infotech (2)**
  89:25;90:6
**injured (8)**
  74:23;79:13,14,24;
  80:1,18;81:1,9
**inquired (1)**
  19:7
**instruct (7)**
  16:12;19:19;20:12;
  27:2;28:13;62:4;66:4
**instruction (1)**
  64:16

**Intel (1)**
  58:12
**Internet (2)**
  31:23;32:1
**interpose (3)**
  16:7;22:16;60:19
**Interrogatories (3)**
  22:11;23:11;28:19
**Interrogatory (7)**
  24:7;37:1,24;42:19;
  43:14;47:9;52:25
**interrupt (4)**
  7:22;19:14,16,23
**into (5)**
  31:22;37:6;43:18;
  44:19;80:7
**invade (1)**
  16:10
**investment (1)**
  86:23
**Investor (1)**
  86:10
**Investors (1)**
  86:22
**invoice (5)**
  56:10,14,17;59:20;
  60:12
**invoices (1)**
  41:5
**involve (1)**
  20:11
**involved (5)**
  21:20;25:9;74:3;77:4;
  84:1
**involvement (5)**
  15:4,13;23:19,25;
  76:10
**involving (1)**
  82:8
**issue (1)**
  84:10
**issued (1)**
  7:25
**item (3)**
  50:23;58:5;59:2

**J**

**Jeffrey (1)**
  6:11
**Jeffries (3)**
  6:17;7:2;19:5
**job (3)**
  13:3;15:6;86:13
**Joel (2)**
  7:2;19:6
**John's (3)**
  53:19,22,23
**journals (2)**
  86:6,18

**K**

**Kentucky (1)**
  57:15
**keyboard (2)**
  49:14;51:2
**kind (6)**
  10:6;14:17;18:1;
  21:10;72:21;74:9
**kinds (3)**
  14:15;31:7;67:19
**Kirby (1)**
  7:5
**kitchen (6)**
  37:11;38:4;41:14;
  42:9;64:2,4
**knowing (1)**
  71:5
**knowledge (12)**
  14:22;66:1,10,20;
  83:5;84:3,5,24;85:1,3,5;
  88:9
**known (1)**
  27:24
**Kushner (1)**
  81:25

**L**

**label (10)**
  27:15;29:7,9;36:18;
  62:7,11;65:9,11,16,18
**labels (1)**
  65:12
**labor (1)**
  40:18
**Lacks (11)**
  34:8;50:18;58:18;
  59:6,23;60:10,18;69:2;
  80:20;81:5;85:12
**lake (7)**
  8:22;29:1;43:4;44:14;
  45:18;46:18;55:6
**Lakeridge (2)**
  8:14,17
**laptop (1)**
  55:15
**large (1)**
  65:18
**last (7)**
  24:16;52:3;61:13;
  63:4,5,22;65:5
**later (1)**
  35:17
**law (2)**
  6:17;88:18
**lawsuit (10)**
  17:15,17;20:25;21:2,
  3;71:21;74:6;82:4,5,8
**lawyer (2)**
  18:5;21:8
**lawyers (4)**
  28:10,11;66:2;77:9
**LCDs (1)**
  78:20

**lead (2)**
  37:8;85:24
**least (2)**
  82:14,15
**leaving (1)**
  75:6
**led (1)**
  74:15
**left (1)**
  57:11
**legal (10)**
  20:15;26:25;77:22;
  80:4,21;81:6;85:13;
  88:1;89:12,17
**lengthy (1)**
  39:12
**less (1)**
  85:8
**light (1)**
  30:19
**likely (1)**
  21:19
**limit (1)**
  51:18
**Limited (5)**
  40:5,10,18,19,19
**line (3)**
  12:7;51:2,17
**lines (4)**
  51:24;56:17;58:23;
  82:12
**list (2)**
  26:16;49:19
**listed (6)**
  25:13;50:16,23;59:15;
  68:19;82:2
**lists (3)**
  50:15;58:6;59:20
**Litigation (18)**
  6:19;21:15;23:18;
  25:9;71:25;72:8,14;
  73:13,22;74:25;75:7;
  80:5;82:25;83:20,22;
  84:2;85:22;88:20
**little (5)**
  31:25;40:2;49:12;
  56:23;76:5
**live (1)**
  8:11
**lived (2)**
  8:16;9:22
**lives (1)**
  64:1
**local (1)**
  17:23
**located (6)**
  6:13;8:23;12:25;
  32:25;44:14;53:25
**location (1)**
  45:6
**logo (1)**
  48:1
**long (5)**

8:16;12:20;17:4;47:4;
52:16
**longer (2)**
41:4;81:7
**look (22)**
13:20;16:3;24:5;
27:15;40:17;50:14;56:9,
16,23;57:7,11;58:5,11;
59:1;61:13;65:5;70:3;
81:14;82:11;83:9;87:14;
88:12
**looked (11)**
23:5;30:6;36:4,11;
44:4;52:18;61:19;65:3;
66:24;67:3;69:16
**looking (13)**
29:23;32:10;34:19;
38:6;41:20;42:1;46:5;
47:11,20;50:1,11;55:20;
88:25
**looks (9)**
25:12;27:21;29:6;
35:22;36:3;42:16;50:23;
51:10;54:7
**Los (1)**
6:14
**lower (2)**
27:16;49:20
**Ltd's (1)**
22:10

**M**

**magazine (3)**
87:6,9,12
**magazines (1)**
86:16
**mail (2)**
18:17,22
**mail-in (2)**
51:25;52:4
**maintain (1)**
83:13
**major (2)**
41:22;46:12
**making (1)**
83:18
**MALAISE (2)**
7:7,7
**manage (2)**
12:12;13:7
**manual (6)**
36:23;39:13,15,18,21;
41:1
**manufactured (7)**
30:8,10;66:18;68:9,
25;70:5;81:8
**manufacturer (3)**
62:16;65:21;70:8
**manufacturers (4)**
68:13,15,18;84:20
**many (2)**
16:25;76:6

**March (10)**
27:21;36:13;42:23;
48:7,8;54:7,19;82:14;
89:24;90:13
**marked (12)**
22:2,7;24:22;27:7;
35:19;39:9;42:13;47:1;
52:12;60:21;63:11;75:8
**market (2)**
78:12;80:15
**marketing (1)**
15:7
**matched (1)**
61:9
**material (1)**
15:23
**materials (1)**
16:1
**matter (2)**
6:18;41:23
**MAY (13)**
6:1,4,15;22:19;64:23;
68:17;71:22,24;72:9;
73:15;76:3;84:20;90:19
**maybe (3)**
51:1;62:21;82:21
**McInerney (1)**
7:6
**mean (10)**
46:7;49:13;50:6;60:6;
62:15;65:20;71:4;84:15;
87:24;88:3
**meaning (1)**
82:20
**means (9)**
57:9,25;58:1,20;
62:12;66:9;84:17;88:7;
89:10
**meant (1)**
8:1
**measure (1)**
36:24
**meet (4)**
16:18,21,23,25
**meeting (2)**
17:4,11
**member (4)**
18:13,18;73:20;74:1
**members (3)**
79:12;84:11;88:14
**memory (1)**
31:15
**mentioned (3)**
16:16;20:8;29:6
**met (4)**
6:25;81:21,24,25
**method (1)**
32:18
**might (6)**
14:25;18:16,18;27:14;
30:18;38:8
**mind (1)**
59:11

**Minnesota (13)**
8:24;9:9,10,23,25;
44:11,16,17;49:6;53:24;
54:1;61:11;81:25
**minus (1)**
60:7
**minutes (2)**
17:5;76:9
**Mischaracterizes (1)**
59:9
**Misstates (7)**
34:9;66:12,23;68:21;
76:2;80:4,13
**mistaken (1)**
27:18
**model (10)**
29:8,14,17;30:8;
36:17;39:22;41:17;
45:20,22,24
**moment (1)**
78:13
**monetary (1)**
35:14
**money (1)**
12:12
**monitor (26)**
13:17;14:19,24;19:8;
47:8;48:10;49:14;50:12;
54:23;56:14;58:23,23;
59:5;61:4,4,11,16;62:10,
15;64:12;67:15;69:18,
23;71:7;73:3;78:11
**monitors (15)**
14:21;53:10,14;56:19;
60:3,7;61:5;66:25;
67:22;69:17,17;70:5,14,
15,19
**month (2)**
20:21;30:14
**Moorhead (7)**
11:15,16,17,19;53:20,
25;54:1
**more (6)**
20:6,13;49:12;75:2;
76:5;79:15
**morning (2)**
6:11,24
**most (3)**
32:15;90:2
**mouse (2)**
49:15;51:4
**move (1)**
10:1
**moved (1)**
37:6
**moving (1)**
43:18
**much (7)**
8:25;33:5;38:17;45:9;
72:17;76:7;80:9

**N**

**name (8)**
6:11,25;7:20;16:4;
44:24;46:6,7;65:19
**named (8)**
19:2;20:24;68:13;
69:1;72:7;77:12;81:20;
85:16
**names (1)**
77:14
**National (3)**
33:1;44:24;46:8
**nationwide (1)**
79:12
**nature (1)**
12:13
**need (2)**
66:3;72:13
**needed (2)**
72:14;75:3
**needs (1)**
31:14
**Nevada (1)**
57:16
**new (5)**
30:16,17;40:14;41:12;
53:22
**news (4)**
37:11;76:24;86:3,10
**next (6)**
37:23;56:9;57:7;
58:12;83:9;88:12
**Nine (1)**
8:18
**nitty-gritty (1)**
50:7
**nonmonetary (1)**
35:14
**non-technical (1)**
82:22
**Nope (1)**
41:6
**normal (3)**
15:24;31:2;37:20
**NORTH (17)**
6:1,6,17;9:5,16,17,22;
10:1;20:11;31:11;33:3,
4;37:25;57:16;72:4,8;
73:17
**Norwest (1)**
33:2
**note (2)**
7:24;8:1
**noted (2)**
63:21;73:16
**notes (1)**
17:9
**notice (4)**
7:25;18:12,15,16
**November (5)**
37:2,4,7,13;82:15
**number (15)**
27:16;29:8,9,14,14,17,
17;36:17,17;42:16;

**name (8)**
47:10,12;61:9;76:23;
79:3
**numbered (5)**
25:10,11;39:25;52:16;
62:18
**numbers (2)**
40:2;47:24;62:20

**O**

**o0o- (3)**
6:2;7:17;91:8
**Object (26)**
14:10;15:16;19:24;
23:21;25:24;26:8;33:19;
34:8;38:20;50:18;58:18;
59:6,23;60:4;66:11,22;
68:20;69:2;76:1;77:21;
80:3,12,20;85:11;87:25;
89:11
**objecting (1)**
20:1
**objection (9)**
8:8;22:16,25;24:1;
60:9,10,17;81:4;89:16
**Objections (2)**
22:9;88:5
**Oblong (1)**
13:21
**occasion (1)**
28:1
**occasionally (1)**
17:23
**occur (1)**
35:9
**occurred (2)**
26:18;35:17
**occurs (1)**
37:21
**o'clock (1)**
37:11
**off (10)**
21:22,24;29:19;46:20,
21;61:20,21,23;90:25;
91:5
**offer (1)**
49:24
**office (4)**
48:22;63:25;64:5;87:3
**officer (3)**
12:9,10;17:22
**offices (1)**
6:17
**often (2)**
31:13;87:2
**old (3)**
8:7;35:15;37:20
**older (3)**
45:20,22,24
**Olson (3)**
6:17;7:2;19:5
**Once (1)**
17:1

**one (37)**
   8:14;10:21;13:18;
   18:21;23:7;32:4;35:15;
   38:5,6,12,17;42:6;43:3,
   4,8;45:9;46:1;49:17,25;
   50:8;52:22;53:1,1,3;
   54:25;55:4;56:17;61:7,
   8;66:25;67:25;69:17;
   70:4;81:8,14;84:21;
   86:21
**ones (2)**
   86:9,12
**one-sentence (1)**
   87:15
**one-year (3)**
   40:19;51:18,21
**ongoing (1)**
   73:4
**online (4)**
   38:12;48:14;49:8;53:7
**only (6)**
   8:19;34:5;45:7,18;
   57:18;75:24
**opened (2)**
   68:7;69:19
**operational (1)**
   54:21
**option (1)**
   45:7
**order (2)**
   48:7;52:21
**original (4)**
   16:2,5;39:18;40:10
**Orion (4)**
   65:19,20;66:9,17
**others (1)**
   71:22
**Otherwise (5)**
   27:2;28:12;49:20;
   62:4;66:4
**out (6)**
   13:23;32:21;67:22;
   73:12;78:17;80:16
**outside (1)**
   9:22
**over (2)**
   10:17;15:24
**Overbroad (3)**
   15:17;26:9;88:1
**overcharge (4)**
   84:10,15,25;85:4
**overcharged (1)**
   85:19
**own (3)**
   9:13;54:24;65:25
**owner's (3)**
   36:23;39:13,15

**P**

**package (7)**
   49:11,13,16;51:23;
   52:21;54:2;59:16

**packages (2)**
   48:22;56:20
**Packing (1)**
   48:1,2,8;49:19;50:14
**page (23)**
   10:10;16:3;24:6;
   25:11;39:24;40:4,17;
   47:25;52:3;56:2,9;
   62:22;63:5,5;76:6,6;
   79:3,4;84:7;87:15;
   89:21,22,22
**pages (6)**
   47:4,7,21;52:15;76:6;
   82:10
**paid (11)**
   32:17,20,22;33:8;
   41:8;49:17;56:18;58:16;
   60:11,15;79:18
**paper (2)**
   49:9;50:11
**papers (1)**
   73:5
**paperwork (1)**
   72:25
**paragraph (12)**
   24:7;79:2;81:24;
   82:10;83:10;84:6,8;
   87:14,15;88:12;89:5,21
**Paragraphs (2)**
   81:12,15
**Park (1)**
   6:13
**part (11)**
   24:8;27:12;35:24;
   50:17;51:22,23,25;
   57:13;58:9;65:16;81:19
**participant (1)**
   20:9
**particular (5)**
   18:21;30:7;41:16,25;
   83:1
**parties (1)**
   6:22
**partner (2)**
   12:22;13:3
**parts (2)**
   40:19;75:20
**party (1)**
   17:16
**passed (2)**
   84:11;85:4
**past (2)**
   19:8;35:10
**pattern (1)**
   35:14
**pay (8)**
   9:5,7;32:12;33:5;
   38:17;45:9;58:2;79:18
**paying (3)**
   75:2;79:15;80:8
**payment (2)**
   21:11,15
**PC-related (1)**

   90:3
**pending (1)**
   85:22
**Pentium (1)**
   58:12
**people (4)**
   14:8;81:18,22;82:2
**people's (1)**
   12:12
**percent (1)**
   9:2
**performing (1)**
   74:9
**period (12)**
   26:4;71:23;82:13,20,
   24;83:2,8,12;86:2,25;
   87:11,17
**periodical (1)**
   86:23
**periodicals (1)**
   86:11
**permitted (1)**
   20:15
**personal (12)**
   33:24;45:17;49:2;
   66:9,19;84:3,5,24;85:1,
   2,5;88:8
**personally (5)**
   6:8;61:19,21;62:13;
   83:7
**pertains (1)**
   19:10
**perused (1)**
   81:19
**Philips (1)**
   7:8
**photo (30)**
   27:11,19,21;28:6,23,
   25;29:2,5;30:21;35:22,
   23;36:1,4,7,8,10;41:1;
   42:17,18,21;44:4;61:13,
   14,15,17,25;62:6;65:5,6,
   7
**photograph (1)**
   27:11
**photographs (2)**
   60:24;61:2
**photos (14)**
   43:5;61:10;63:14,16,
   17,20,24;64:18;65:2,2;
   66:25;67:3;69:17;70:4
**phrase (3)**
   79:23;82:20;89:10
**phrased (2)**
   16:9,11
**picked (1)**
   83:8
**picture (5)**
   28:14;40:20;70:25;
   71:6,10
**pictures (4)**
   28:1;61:3,6;63:23
**place (4)**

   6:16;8:15;42:9;83:22
**places (2)**
   31:18;43:20
**plaintiff (7)**
   6:21;19:2;20:24;25:2;
   71:17;82:7;85:16
**plaintiffs (8)**
   24:18;79:11;81:15;
   83:11;84:11;87:20;
   88:14;89:6
**Plaintiffs' (3)**
   22:8;23:10;75:12
**plan (3)**
   12:17;13:8;19:5
**plans (4)**
   78:7,10;79:25;80:11
**plasmas (1)**
   78:20
**played (1)**
   13:10
**please (7)**
   6:22;7:11;15:20;23:2;
   54:17;59:12;66:14
**plug (1)**
   50:9
**point (3)**
   10:8;46:5;55:8
**points (1)**
   75:24
**portion (1)**
   87:7
**positing (1)**
   10:18
**position (1)**
   72:10
**possession (1)**
   64:13
**possible (7)**
   32:17;38:9,11;43:22;
   68:23;69:7;81:1
**Possibly (2)**
   32:19;71:3
**postgraduate (1)**
   12:2
**potential (1)**
   74:16
**precise (1)**
   35:11
**preference (1)**
   34:21
**preferred (2)**
   46:10;55:14
**pre-installed (1)**
   51:14
**preparation (1)**
   17:13
**prepare (1)**
   15:19
**preparing (1)**
   23:19
**prescribed (1)**
   71:23
**present (1)**

   62:19
**president (1)**
   13:4
**pretty (2)**
   26:14;34:4
**previously (2)**
   55:23;75:8
**price (26)**
   33:7;34:7,18;38:18;
   41:19,21;46:12;49:17,
   17,20;56:18;58:12,14,
   16;59:1,15,17,20,21;
   60:6;74:21,22;84:20,22,
   23;90:1
**price-fixing (8)**
   19:10;74:16,18;75:1,
   5;80:6;82:25;85:25
**prices (5)**
   32:6,8,10;74:16;83:14
**print (2)**
   57:12;75:23
**Prior (5)**
   21:2;60:17;83:22;
   85:17,21
**privilege (3)**
   16:10,11;78:5
**privileged (1)**
   20:5
**Probably (4)**
   20:22;28:2;60:16;81:8
**proceed (2)**
   22:19,25
**proceedings (1)**
   91:6
**processor (3)**
   49:14;50:25;58:13
**produce (2)**
   73:18;74:21
**product (17)**
   14:25;15:1;16:10;
   24:11;25:12,22;33:16;
   70:9,10;74:21;78:8,15,
   23;79:25;80:15,17;81:1
**products (28)**
   14:15,17;19:11;20:10;
   25:8,13,17,20;26:4,6;
   40:7;49:18;50:15,16,17;
   58:6;67:6,7,9;70:3,6;
   75:3;79:15;83:14;85:2,
   7,20;86:4
**products' (1)**
   90:3
**professional (1)**
   12:6
**profit (1)**
   85:9
**programs (1)**
   51:13
**projection (3)**
   13:16;67:18,19
**promised (1)**
   74:5
**property (8)**

8:22;9:3,23;29:1;43:4;
46:18;55:7;79:14
**provide (5)**
12:15;27:5;28:15;
62:17;72:15
**provided (6)**
15:24;25:7;29:15;
73:2,7;75:15
**provider (1)**
19:4
**provides (1)**
13:16
**providing (1)**
20:15
**publicly (2)**
90:13,16
**purchase (26)**
28:16;30:3,12,16;
31:21;33:21;38:6,8,12;
41:11;45:16,19;47:7;
49:25;52:24;53:14;
56:10,13;58:3;59:15;
70:13;78:7,10,14;80:7,
17
**purchased (32)**
19:7;20:10;25:22;
26:7,15;29:25;30:9,14,
19;31:12;34:3,15,16;
37:1,10;43:19;44:1,10,
16;48:10,12;49:21;53:4;
54:12,23;67:1,4;69:18;
70:9;75:3;79:16;85:20
**Purchaser (5)**
22:8;23:9;24:18;
75:12;84:12
**purchases (15)**
25:8,14;26:18,21;
32:15;46:1;47:13,21;
52:18;58:3;70:12;71:23;
72:10,15;73:15
**purported (1)**
21:4
**purpose (3)**
55:15;67:14;77:5
**pursuant (1)**
7:25
**put (2)**
29:11;31:4
**putting (2)**
72:18;82:2

---

**Q**

**question's (1)**
11:1
**quickly (2)**
10:6;62:20
**quoted (1)**
89:25

---

**R**

**raise (1)**

83:13
**raised (1)**
9:25
**range (1)**
34:18
**rather (1)**
21:4
**Ray (3)**
6:18;13:13,25
**RCA (7)**
27:11;42:17;46:4,6;
68:6,25;69:13
**Re (1)**
6:18
**reached (1)**
21:10
**read (15)**
24:8;29:19;59:13;
75:17;79:6;83:25;84:8,
8;86:6,15,20,24;87:2;
90:6,9
**reading (2)**
29:24;76:8
**ready (1)**
15:21
**Real (2)**
9:8;50:7
**really (1)**
45:7
**reason (8)**
10:16;11:5;28:3;
34:17;41:16;85:18;
90:15,17
**reasonable (4)**
88:17;89:6,8,14
**rebate (12)**
33:10;39:6;51:25,25;
52:5,6;55:25;56:3,7;
60:3,8,13
**recall (17)**
23:6;28:24;29:4;30:4,
8;31:20;33:6;34:20,23;
38:6,18;39:2;45:10;
60:11;76:15,21;86:5
**receipt (3)**
31:1;37:18;44:6
**receipts (3)**
30:24;31:8;41:5
**receive (5)**
18:15,17;56:13;73:17,
21
**received (7)**
18:12,21;39:19;48:2;
52:8;56:6;60:12
**recently (1)**
76:20
**recess (3)**
22:1;46:23;91:2
**recognized (1)**
46:6,7,11
**recollection (4)**
20:21;26:18;33:7;
43:24

**recollections (1)**
38:7
**record (16)**
6:11;7:20,23;10:13;
14:23;19:23;21:22,25;
22:5;46:20,22,25;62:21;
91:1,4,5
**records (2)**
26:3;30:11
**recoverable (1)**
71:24
**recreational (3)**
9:4;33:24;45:17
**recycled (1)**
31:2
**red (1)**
40:2
**Redemption (1)**
52:5
**refer (3)**
13:24;14:24;24:18
**reference (1)**
47:23
**referenced (4)**
35:24;42:18;90:9,10
**references (1)**
22:24
**referencing (1)**
52:24
**referring (5)**
18:16;28:18;40:1;
52:22;69:12
**refers (2)**
40:18;82:12
**regard (4)**
19:6;21:14;23:18;25:8
**regarding (8)**
17:6,9;19:11;21:11;
24:4;28:16;82:4;84:2
**regardless (1)**
74:21
**registered (2)**
9:15,17
**registers (1)**
31:9
**regular (1)**
87:1
**regularly (1)**
86:7
**relate (2)**
52:19,20
**related (3)**
41:3;47:7,14
**relates (1)**
57:17
**relating (1)**
30:22
**relationship (1)**
12:14
**relevant (3)**
27:4;87:7,17
**rely (1)**
74:2

**relying (3)**
24:3;77:4;84:1
**remember (11)**
33:10,12,13;35:11;
37:12;39:1,3,6;45:14;
76:16,18
**REMEMBERED (1)**
6:3
**remote (3)**
34:4;42:3,4
**repeat (1)**
23:1
**rephrase (1)**
76:3
**replacement (1)**
45:21
**Reporter (15)**
6:7;7:10;10:9,11;22:2;
24:22;27:7;35:19;39:9;
42:13;47:1;52:12;59:13;
60:21;63:11
**Reporters (1)**
6:13
**represent (3)**
7:1;72:1;76:22
**representative (6)**
21:4;71:17;72:6,12;
74:8;83:23
**representatives (1)**
73:17
**representing (4)**
20:10;71:22;72:3,8
**reputation (1)**
44:25
**requested (1)**
59:13
**reshuffled (1)**
62:23
**residence (10)**
8:20;28:25;36:9;37:6;
41:12;42:11;43:19;
48:23;55:3;61:7
**residents (2)**
72:4,9
**Responding (1)**
24:17
**response (10)**
23:12;24:15;28:15;
37:1,24;38:2;42:19;
43:14;52:25;63:22
**Responses (5)**
22:9;23:10;25:7;47:9;
72:24
**responsibilities (2)**
13:6;72:11
**responsible (1)**
57:19
**restate (1)**
59:12
**result (1)**
79:7
**resulted (1)**
75:2

**results (1)**
73:14
**retailer (1)**
34:14
**retailers (1)**
32:5
**retirement (4)**
12:17;13:8;19:5;86:14
**retirement-specific (1)**
86:22
**return (1)**
55:8
**reveal (7)**
19:20;20:4;26:24;
64:9;66:1;77:23;83:6
**revealing (4)**
27:1;28:12;62:2;78:5
**review (11)**
16:1,15;73:5,7;75:16,
19,21,22;76:5,14;87:12
**reviewed (9)**
15:23;16:14;72:24;
75:18,24;76:5,13,16,25
**reviewing (3)**
23:13;72:24;73:1
**reviews (1)**
18:4
**rework (1)**
10:23
**right (16)**
12:18;15:22;27:16,22;
29:7;36:5;44:17;50:24;
51:11;54:8;56:21;58:9;
75:25;78:18,20;80:19
**river (1)**
54:1
**role (3)**
13:10;71:21;74:10
**room (1)**
10:13
**rough (1)**
72:20
**roughly (2)**
37:22;86:2
**Routine (1)**
18:3
**routinely (1)**
48:21
**rules (1)**
10:7
**run (1)**
38:5
**runs (1)**
89:22

---

**S**

**Saint (3)**
53:19,22,23
**sale (2)**
39:1;45:14
**sales (2)**
15:6;57:14

**same (18)**
10:10;24:1;36:3;42:9,
25;43:10;53:5,9,12,15;
58:6;64:16;65:4;73:21;
74:19;81:4;88:5;89:16

**Samsung (5)**
7:1;22:10;23:10;
24:18;25:2

**San (1)**
6:8

**saw (4)**
13:2;50:10;62:13;68:2

**saying (3)**
18:12;25:1;90:1

**SC (1)**
6:19

**school (2)**
11:8;12:4

**screen (1)**
14:19

**SDI (2)**
7:1;22:10

**SDI's (1)**
23:10

**search (1)**
73:9

**second (4)**
52:21;53:16;84:9;
89:22

**seconds (1)**
21:23

**section (2)**
25:12;37:23

**sections (1)**
25:11

**seeking (1)**
72:1

**seeks (1)**
16:9

**semester (1)**
55:13

**seminars (1)**
12:7

**Senior (1)**
13:4

**sense (1)**
82:21

**sent (1)**
52:6

**sentence (12)**
24:9,16;40:6;82:11;
83:10,24;84:9;88:4,7,13;
89:23;90:4

**Separately (1)**
24:10

**serial (5)**
27:16;29:8,14,17;
36:17

**series (1)**
58:13

**service (3)**
19:4;48:21;57:18

**services (1)**

12:16

**Set (7)**
22:10;54:21;63:14;
65:5;66:25;67:3;74:20

**setting (1)**
84:20

**settlement (1)**
12:16

**seven (2)**
31:5;37:21

**seven-year (1)**
31:3

**shape (1)**
13:22

**shed (1)**
30:18

**Shelter (2)**
35:5,15

**shipped (5)**
48:15,17,19,23;54:3

**shipping (1)**
56:24

**shop (5)**
31:18;32:7;45:1

**shopping (1)**
34:12

**short (1)**
90:21

**Shorthand (1)**
6:7

**shortly (2)**
63:15;88:19

**show (4)**
37:16;41:8;62:21,25

**showed (1)**
49:11

**shown (1)**
47:24

**shows (1)**
29:16

**shred (1)**
31:5

**shredded (1)**
44:8

**shredding (1)**
31:3

**significance (3)**
62:8;65:10,13

**similar (4)**
34:13;71:23;72:10;
73:18

**six (4)**
31:5;37:21;63:16;
72:20

**six- (1)**
31:3

**Sixty-one (1)**
8:8

**size (4)**
29:21;36:20;38:8;
43:12

**skip (4)**
24:15;52:3;56:2;58:22

**Slip (4)**
48:1,2,8;50:14

**smaller (1)**
38:3

**software (1)**
51:11

**sold (4)**
31:19;50:3;83:14;85:6

**solely (1)**
77:8

**someone (1)**
68:25

**somewhere (3)**
30:9;38:9;43:8

**son (5)**
53:16;54:5,10,19;55:5

**sorry (14)**
8:6;11:16;12:5;28:21,
22;35:6;52:20;60:4,18;
75:22;78:1;82:5;83:21;
86:21

**Sort (3)**
9:3;10:7;13:5

**sources (1)**
76:23

**South (2)**
6:5;13:1

**speaking (1)**
19:25

**speaks (2)**
50:19;59:7

**specific (7)**
23:12;30:11;31:15;
47:23;77:14;86:13;87:4

**specifically (3)**
24:6;52:22;61:8

**speculation (5)**
59:24;60:10,18;69:3;
85:12

**spell (1)**
7:20

**spend (2)**
8:25;76:8

**spent (1)**
72:18

**spiel (1)**
10:7

**spoken (1)**
81:21

**St (1)**
53:23

**stabilize (1)**
83:14

**staff (1)**
87:5

**stand (1)**
8:4

**start (2)**
7:19;54:10

**started (1)**
12:21

**State (11)**
6:8;7:20;9:7,13,15,20;

11:15,17;53:20;72:4,8

**stated (1)**
22:25

**statement (1)**
32:22

**statements (4)**
31:8;41:8;77:2,6

**States (6)**
40:5,11,15;57:17;
59:25;83:15

**status (1)**
72:14

**steps (1)**
89:2

**still (6)**
35:2;42:6;46:15;
54:25;55:6;64:12

**stock (2)**
15:9,12

**stop (1)**
19:25

**store (3)**
31:22,24;44:19

**stories (1)**
86:4

**Street (2)**
6:5;13:1

**strike (1)**
48:5

**submitted (2)**
56:4;72:25

**subscription (1)**
87:3

**subsequent (1)**
53:20

**subsequently (1)**
60:12

**sue (2)**
77:11,19

**suggest (2)**
36:10;88:9

**Suite (2)**
6:5,13

**summer (1)**
9:3

**Sunday (2)**
49:9;50:10

**Supplemental (1)**
22:9

**supplied (1)**
36:17

**support (2)**
83:24;85:3

**supposed (1)**
24:3

**sure (25)**
10:9;14:12;16:3;
17:21;18:15;23:6;26:14;
31:2;32:9;33:22;34:4;
43:21;52:17;53:2,3;
54:21;56:15;63:1;67:16;
68:17,22;71:5;77:13;
78:6;90:21

**swear (2)**
7:10,11

**sworn (1)**
7:14

**system (2)**
53:16;54:20

**systems (1)**
50:1

**T**

**talk (3)**
10:17;17:6,16

**talked (7)**
9:24;14:1;9;41:2;43:6;
58:6;68:5

**talking (9)**
27:13;29:24;39:16;
55:21;57:12;67:7;68:4,
4;87:11

**talks (1)**
89:5

**Target (9)**
38:14;44:11,23,24;
45:2,7,8;46:6;85:8

**Target/Best (1)**
37:25

**tax (7)**
57:2,4,8,15,17,20;58:2

**Taxable (1)**
57:8

**taxes (4)**
9:5,7,8,11

**taxing (1)**
57:20

**technical (1)**
82:21

**techno (1)**
50:7

**technologies (2)**
78:17,22

**technology (2)**
86:15,18

**television (11)**
26:15,21;27:11;35:23;
38:3;42:18;63:21,23;
64:12;65:8;67:14

**televisions (1)**
14:20

**ten (1)**
8:18

**Tennessee (1)**
57:16

**term (4)**
70:24;71:2,14;72:5

**terms (1)**
53:12

**testified (4)**
7:15;17:19;52:17;
85:15

**testimony (14)**
11:6;17:24;18:7;34:9;
58:19;59:8;60:20;66:12,

23;68:21;76:2;80:4,13;
85:13
**Texas (1)**
57:17
**thereof (1)**
6:5
**thinking (2)**
43:20;78:24
**third (3)**
13:8;51:1;75:12
**third-party (2)**
12:15;57:18
**Thirty (1)**
9:2
**thought (2)**
13:2;60:5
**three (9)**
23:5;38:7;47:4,6,21;
51:12;58:22;67:7;70:13
**Throughout (1)**
87:17
**times (1)**
16:25
**title (1)**
13:3
**titled (4)**
22:8;39:13;48:1;75:11
**today (5)**
10:11,22;11:6;15:19;
17:16
**Today's (3)**
6:15;64:20;72:18
**together (2)**
16:23;84:23
**told (1)**
28:10
**took (10)**
27:19,21;28:14,25;
29:5;36:3;42:21,25;
61:23;63:16
**top (2)**
39:14;40:4
**Toshiba (10)**
35:23;39:14;40:7,8;
41:3,17;63:21;67:4;
68:5;70:4
**total (2)**
56:17;59:15
**towards (1)**
51:17
**transcribing (1)**
10:12
**trash (1)**
31:4
**true (2)**
77:3,7
**trust (8)**
12:9,10,14,16,19;
17:22,24;18:3
**truth (3)**
7:14,14,15
**try (2)**
14:14;89:2

**Tube (13)**
6:18;13:13,16,25;
40:20;61:15,18;62:15;
66:18;70:25;71:6,10,15
**turn (2)**
63:4;89:20
**turns (1)**
80:16
**TV (52)**
13:17;14:18,24;19:7;
29:17,18,21;30:22;
32:12;33:5,11,14,23;
34:3;35:2,22;36:20;
37:9,10,18;38:8;39:1,7,
15,19,22,22;40:14,24;
41:3,9,11,14,17,20;
42:17,17;43:12;45:16,
17,18;46:4,5,13;64:1,4;
67:4,25;68:5;70:4;71:6;
78:10
**TVs (17)**
30:6;31:19;36:13;
43:19;67:22;68:1,6,6,10,
25;69:7,10,13;70:13,15,
18
**two (12)**
16:16;26:15;36:13;
43:1,5;53:14;61:5;
63:22;67:6;68:24;69:13;
70:13
**two-year (1)**
40:20

### U

**ultimate (1)**
60:14
**unable (1)**
88:23
**under (1)**
63:22
**understood (1)**
11:3
**Unit (3)**
58:12,13;59:1
**United (4)**
40:5,11,14;83:15
**University (5)**
11:15,17;53:20,21;
55:14
**unlawful (2)**
79:7;87:19
**unless (2)**
61:8;63:7
**unlike (1)**
90:2
**unload (1)**
50:8
**unsure (1)**
66:6
**unwritten (1)**
21:11
**up (5)**

13:7;46:9;54:21;63:3;
75:6
**updates (2)**
18:21;73:1
**upon (2)**
12:13;24:11
**UPS (1)**
48:21
**use (9)**
22:16;33:24;35:16;
41:12;44:16;48:24;49:1,
2;54:20
**used (15)**
14:6,7,15,17,20;30:16;
31:13;54:15,16,24;
70:15,18,19;71:12;88:3
**using (3)**
14:18,19;89:7
**usually (1)**
87:13

### V

**Vague (7)**
15:17;23:21;25:24;
26:8;38:20;59:7;66:23
**variety (3)**
49:18;50:15;51:10
**vice (1)**
13:4
**video (1)**
63:4
**VIDEOGRAPHER (9)**
6:10,12;7:9;21:24;
22:4;46:21,24;90:25;
91:3
**videotape (2)**
6:20;62:22
**viewing (5)**
33:25;34:1;45:17;
67:14,15
**violating (1)**
88:18
**visually (1)**
62:13
**vote (1)**
9:17

### W

**walk (1)**
31:22
**Walmart (1)**
38:15
**warranties (2)**
40:10,23
**warranty (10)**
33:13,15,17,22;40:5,
18,19,20;51:18,21
**watch (1)**
37:11
**watching (1)**
14:18

**way (7)**
12:16;13:24;14:15;
16:9;30:13;39:4;63:8
**Wayne (1)**
8:6
**Wednesday (3)**
64:20,20,21
**week (2)**
86:10,20
**Weekly (2)**
86:24;90:6
**Weekly' (1)**
89:25
**weren't (3)**
34:24;41:25;85:23
**West (13)**
8:12,15;36:8,11,16;
42:10,11;43:6,19;49:3,4;
55:3;61:7
**What's (5)**
8:9,13;22:7;73:7;87:7
**where's (1)**
53:25
**Whereupon (4)**
22:1;46:23;91:2,6
**wherever (1)**
38:5
**whichever (2)**
52:21,22
**whole (2)**
7:14;75:19
**who's (1)**
82:7
**willing (1)**
20:9
**Within (3)**
35:10;63:23;68:3
**without (4)**
27:1;28:11;62:2;78:5
**witness (49)**
7:6,10,11,13;14:12;
16:12;17:19;19:15,17,
17,19,24;20:17;22:14;
23:1,23;24:2;26:2,14;
27:4;28:14;33:21;34:11;
38:22;40:3;50:21;58:20;
59:14,25;60:11;62:5;
64:11,17;66:6,14;68:22;
69:5;76:3;77:25;80:5,
14,23;81:7;83:4,7;
85:14;88:6;89:13,18
**witnessed (1)**
68:2
**Womens (1)**
35:8
**wondering (1)**
47:13
**word (5)**
8:14;13:22;66:9,17;
84:15
**wording (1)**
71:9
**words (2)**

71:11;75:24
**work (5)**
12:6,18;16:10;48:24;
54:3
**worked (2)**
12:20;15:3
**written (1)**
21:7
**wrong (1)**
74:12

### Y

**year (6)**
11:10;35:11;43:22;
53:19;54:11;76:18
**years (7)**
8:18;11:18;12:21;
19:8;31:5;35:10;37:21
**Yesterday (1)**
17:3
**York (1)**
53:22
**Young (1)**
35:8
**YW (1)**
35:6
**YWCA (3)**
35:5,7,13

### Z

**zero (2)**
59:2,21

# EXHIBIT 46

1          UNITED STATES DISTRICT COURT

2         NORTHERN DISTRICT OF CALIFORNIA

3            SAN FRANCISCO DIVISION

4                 ---o0o---

5

6   In Re: CATHODE RAY TUBE (CRT)   )
    ANTITRUST LITIGATION,           )
7                                   )
                    Plaintiff,      )
8   _____) Case No.
                                    ) 07-5944 Sc
9                                   ) MDL No. 1917
    This Document Relates to:       )
10                                  )
    ALL ACTIONS,                    )
11  _____)

12

13

14

15      VIDEOTAPED DEPOSITION OF GARY HANSON

16            FRIDAY, MAY 4, 2012

17

18

19

20

21

22

23

24

25  REPORTER: BALINDA DUNLAP, CSR 10710, RPR, CRR, RMR

                        2

BARKLEY
Court Reporters

```
1                    A P P E A R A N C E S
                          ---o0o---
2
     FOR THE INDIRECT PURCHASER PLAINTIFFS:
3
          KIRBY McINERNEY LLP
4         825 Third Avenue,
          New York, New York  10022
5         BY: ROBERT J. GRALEWSKI, JR., ESQ.
          (212) 371-6600
6         bgralewski@kmllp.com

7         JEFFRIES, OLSON & FLOM
          1202 27th Street South, Suite B
8         Fargo, North Dakota  58103
          BY: JOEL FLOM, ESQ.
9         (701) 280-2300
          joel@jeffrieslaw.com
10

11   FOR THE DEFENDANTS SAMSUNG SDI CO., LTD and SAMSUNG
     SDI AMERICA, INC., SAMSUNG SDI MEXICO S.A. DE
12   (USA), INC. CV,  SAMSUNG SDI BRASIL LTDA,  SHENZHEN
     SAMSUNG SDI CO., LTD., TIANJIN SAMSUNG SDI CO.,
13   LTD., AND SAMSUNG SDI (MALAYSIA) SDN. BHD:

14        SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP
          4 Embarcadero Center, 17th Floor
15        San Francisco, California  94111
          BY: DYLAN BALLARD, ESQ.
16        (415) 434-9100
          dballard@sheppardmullin.com
17

18   FOR THE DEFENDANTS KONINKLIJKE PHILIPS ELECTRONICS
     N.V., PHILIPS ELECTRONICS NORTH AMERICA
19   CORPORATION:
     (Telephonic Appearance)
20
          BAKER BOTTS LLP
21        1299 Pennsylvania Avenue, N.W.
          Washington, D.C.  20004-2400
22        BY: CHARLES MALAISE, ESQ.
          (202) 639-7700
23        charles.malaise@bakerbotts.com

24

25
```

3

Gary Hanson

BARKLEY
Court Reporters

```
1                    INDEX OF EXAMINATIONS
                          ---oOo---
2
   EXAMINATIONS                              PAGE
3
   MR. BALLARD                                        7
4

5
                     INDEX OF EXHIBITS
6     NO.              DESCRIPTION          PAGE

7    122   Indirect Purchaser Plaintiffs' Amended   22
           and Supplemental Objections and
8          Responses to Defendant Samsung SDI
           Co., Ltd.'s First Set of
9          Interrogatories Dated August 31, 2001
           (14 Pages)
10
     123   Samsung Exhibit B19 (2 Pages)            24
11
     124   Photocopy of a Photograph of a          27
12         Television, Model No. F27240WT, Serial
           No. 536412180, Bates No. CRT000154
13
     125   Photocopy of a Photograph of a          35
14         Television, Model No. 13A22, Serial
           No. 82468602 D, Bates No. CRT000155
15
     126   Owner's Manual for a Toshiba            39
16         Television, Bates No. CRT000106
           through 53
17
     127   Photocopy of a Photograph of a          42
18         Television, Model No. 27R411T, Serial
           No. D384C72C7, Bates No. CRT000156
19
     128   Dell Invoice Dated March 31, 2003,      47
20         Bates No. CRT000497 through 99

21   129   Dell Invoice Dated April 1, 2003,       52
           Bates No. CRT000500 through 04
22

23

24

25

                          4
```

Gary Hanson

BARKLEY
Court Reporters

1

INDEX OF EXHIBITS
NO.                    DESCRIPTION                    PAGE

2

130    Photocopies of Photographs of Five          60
       Manufacturer's Stickers (5 Pages)

3

4      131    Photocopies of Photographs of a              63
              Toshiba and Orion Television (6 Pages)

5

 11    Indirect Purchaser Plaintiffs' Third         75
       Consolidated Amended Complaint

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

5

BARKLEY
Court Reporters

1        FARGO, NORTH DAKOTA, MAY 4, 2012

2              ---o0o---

3        BE IT REMEMBERED that on Friday, the 4th

4   day of May 2012, commencing at the hour of 9:27

5   a.m. thereof, at 1202 27th Street South, Suite B,

6   Fargo, North Dakota, before me, Balinda Dunlap, a

7   Certified Shorthand Reporter in and for the County

8   of San Francisco, State of California, personally

9   appeared:

09:26  10        THE VIDEOGRAPHER:  We are now on the

11   record.  Good morning.  My name is Jeffrey Anders.

12   I am a videographer associated with Barkley Court

13   Reporters, located at 1875 Century Park East, Suite

14   1300, in Los Angeles, California.

09:26  15        Today's date is May 4th, 2012.  The time

16   is 9:27 a.m.  This deposition is taking place at

17   Jeffries, Olson & Flom law offices in Fargo, North

18   Dakota in the matter of In Re: Cathode Ray Tube

19   Antitrust Litigation, Case No. 07-5944 SC.

09:27  20        This is the videotape deposition of Gary

21   Hanson being taken on behalf of the plaintiff.

22        Would counsels for the parties please

23   identify themselves.

24        MR. BALLARD:  Mr. Hanson, good morning.

09:27  25   We just met.  My name is Dylan Ballard, and I

6

Gary Hanson

BARKLEY
Court Reporters

 1   represent the Samsung SDI defendants in this case.

 2            MR. FLOM:  I am Joel Flom, Jeffries, Olson

 3   & Flom appearing for Mr. Hanson and with

 4   Mr. Gralewski.

09:27  5            MR. GRALEWSKI:  Bob Gralewski, Kirby

 6   McInerney, on behalf of the witness and the class.

 7            MR. MALAISE:  Chuck Malaise, Baker Botts,

 8   for the Philips defendants.

 9            THE VIDEOGRAPHER:  Thank you.  And the

09:27 10   court reporter will now swear in the witness.

11   Please swear the witness.

12                      GARY HANSON

13            called as a witness by the Defendant, having

14   been sworn to tell the truth, the whole truth, and

09:28 15   nothing but the truth, was examined and testified as

16   follows:

17                      ---o0o---

18            EXAMINATION BY MR. BALLARD

19       Q.   Mr. Hanson, can we start by having you

09:28 20   state and spell your full name for the record?

21       A.   Gary W. Hanson, G-a-r-y, W, H-a-n-s-o-n.

22            MR. GRALEWSKI:  Counsel, not to interrupt

23   your questioning, but just for the record, I just

24   want to note that the deposition is being taken

09:28 25   pursuant to a notice issued by the defendants.

                              7

BARKLEY
Court Reporters

```
 1            MR. BALLARD:  I meant to note that as
 2    well.
 3            MR. GRALEWSKI:  Thank you.
 4       Q.   BY MR. BALLARD:  What does the "W" stand
09:28 5    for?
 6       A.   Wayne, sorry.
 7       Q.   And how old are you, sir?
 8       A.   Sixty-one.
 9       Q.   What's your date of birth?
09:28 10      A.   5/10/50.
11       Q.   Where do you live?
12       A.   West Fargo.
13       Q.   What's your address?
14       A.   Address, 836 Lakeridge, all one word,
09:28 15    Place, West Fargo 58078.
16       Q.   And how long have you lived at that
17    Lakeridge address?
18       A.   Nine years, going on ten.
19       Q.   And is that your only home currently?
09:29 20      A.   That is my residence, correct.
21       Q.   You don't have any other homes?
22       A.   I have lake property.
23       Q.   Where is that located?
24       A.   Fergus Falls, Minnesota.
09:29 25      Q.   About how much time do you spend in Fergus
```

8

Gary Hanson

1    Falls?

2         A.    Thirty percent.

3         Q.    Sort of a summer property?

4         A.    Correct, recreational.

09:29    5         Q.    Do you pay taxes in North Dakota?

6         A.    Yes.

7         Q.    Do you pay taxes in any other state?

8         A.    Real estate taxes, yes.

9         Q.    In Minnesota?

09:29   10         A.    In Minnesota.

11         Q.    No other taxes --

12         A.    No.

13         Q.    -- in that other state?  Do you own a car?

14         A.    Yes.

09:29   15         Q.    And what state is that registered?

16         A.    North Dakota.

17         Q.    Are you registered to vote in North

18    Dakota?

19         A.    Yes.

09:29   20         Q.    What about in any other state?

21         A.    No.

22         Q.    Have you ever lived outside of North

23    Dakota, other than the Minnesota property that we

24    just talked about?

09:30   25         A.    I was born and raised in Minnesota.

9

Gary Hanson

BARKLEY
Court Reporters

1      Q.   When did you move to North Dakota?

2      A.   1972.

3      Q.   Have you ever had your deposition taken

4  before?

09:30  5      A.   No.

6      Q.   I just want to kind of quickly go through

7  some of the ground rules, sort of a spiel that's

8  given at every deposition, but the point is just to

9  make sure that you and I and the court reporter are

09:30  10  on the same page.

11          We do have a court reporter here today.

12  She's going to be transcribing everything that is

13  said in the room that's on the record.

14          Do you understand that?

09:30  15      A.   Yes.

16      Q.   And for that reason, it's important that

17  we don't talk over each other, that we let each

18  other finish before positing a question or giving

19  an answer.

09:30  20      A.   Okay.

21      Q.   If you don't understand one of my

22  questions today, will you let me know and I'll do

23  my best to rework it?

24      A.   Yes.

09:31  25      Q.   If you don't tell me that, if you don't

10

Gary Hanson

BARKLEY
Court Reporters

     1    tell me that the question's confusing and you go

     2    ahead and answer it, I am going to assume that you

     3    understood it, okay?

     4        A.   Okay.

09:31 5        Q.   Is there any reason that you can't give me

     6    complete and accurate testimony today?

     7        A.   Not that I'm aware of.

     8        Q.   Did you graduate high school, sir?

     9        A.   Yes.

09:31 10        Q.   What year did you graduate?

    11        A.   1968.

    12        Q.   And did you go to college?

    13        A.   Yes.

    14        Q.   What college did you go to?

09:31 15        A.   Moorhead State University.

    16        Q.   Sorry, Moorhead?

    17        A.   Moorhead State University, correct.

    18        Q.   And during what years did you attend

    19    Moorhead?

09:31 20        A.   '68 to '72.

    21        Q.   And did you earn a degree?

    22        A.   Yes.

    23        Q.   What was it?

    24        A.   An accounting degree.

09:31 25        Q.   A BA?

                              11

                          Gary Hanson

BARKLEY
Court Reporters

          1          A.    I believe so, yes.

          2          Q.    Do you have any postgraduate education?

          3          A.    No.

          4          Q.    Any other education after high school --

09:32     5    after college, sorry?

          6          A.    Other than professional course work,

          7    seminars, et cetera in the line of my business.

          8          Q.    And what is your business, sir?

          9          A.    I am a trust officer.

09:32    10          Q.    Can you explain to me what a trust officer

         11    does?

         12          A.    Essentially we manage other people's money

         13    or affairs depending upon the nature of the

         14    relationship.  We are an independent trust company.

09:32    15    We provide independent third-party fiduciary

         16    services in the way of estate settlement, trust and

         17    retirement plan.

         18          Q.    And where do you work right now?

         19          A.    Heartland Trust Company.

09:32    20          Q.    And how long have you worked at Heartland?

         21          A.    Company started 22 years ago.  I am a

         22    partner in it.

         23          Q.    You've been there since the beginning?

         24          A.    Correct.

09:32    25          Q.    Okay.  And where is Heartland located?

                                        12

BARKLEY
Court Reporters

 1      A.    1202 27th Street South in Fargo.

 2      Q.    I thought I just saw that.  And do you

 3  have a job title at Heartland other than partner?

 4      A.    Senior vice president.

09:33  5      Q.    And what are your sort of day-to-day

 6  responsibilities?

 7      A.    I head up and manage the corporate

 8  retirement plan area, which is about a third of our

 9  business.

09:33  10      Q.    And is that the role you've played since

 11  the beginning or is that --

 12      A.    Yes.

 13      Q.    Do you know what a cathode ray tube is?

 14      A.    Yes.

09:33  15      Q.    What is it?

 16      A.    It's the tube that provides the projection

 17  on a TV or a computer monitor.

 18      Q.    And have you ever seen one before?

 19      A.    Yes.

09:34  20      Q.    And what do they look like?

 21      A.    Oblong whatever -- I don't know what the

 22  word is for the description of the shape.

 23      Q.    Okay.  Just to get some definitions out of

 24  the way, during this deposition, I'm going to refer

09:34  25  to a cathode ray tube, the component that we just

13

Gary Hanson

BARKLEY
Court Reporters

1    talked about --

2         A.   Okay.

3         Q.   As a CRT --

4         A.   Okay.

09:34  5    Q.   -- is that okay?  And do you know what

6    CRTs are used for?

7         A.   What they're used for?

8         Q.   What do people do with the CRT component

9    that we just talked about?

09:34 10         MR. GRALEWSKI:  Object to the form.  Asked

11   and answered.

12              THE WITNESS:  I am not sure I understand

13   what you're asking.

14         Q.   BY MR. BALLARD:  Let me try it a different

09:34 15   way.  Are CRTs used in certain kinds of products?

16         A.   Yes.

17         Q.   What kind of products are they used in?

18         A.   If I'm watching a TV or using a computer,

19   I am using a CRT monitor screen.

09:35 20    Q.   So CRTs are used in televisions and

21   monitors?

22         A.   To the best of my knowledge, yes.

23         Q.   So for the record of this definition, I am

24   going to refer to the TV, the monitor, any other

09:35 25   product that might contain a CRT in it, as a CRT

14

Gary Hanson

BARKLEY
Court Reporters

1    product; is that okay?

2         A.   Okay.

3         Q.   Have you ever worked for a company that

4    had any involvement with CRTs?

09:35  5         A.   No.

6         Q.   Have you ever had a job in sales or

7    marketing?

8         A.   No.

9         Q.   Have you ever held stock in any of the

09:35  10   defendants in this case?

11        A.   I do not believe so.

12        Q.   Have you ever held stock, as far as you

13   know, in any company that had any involvement with

14   CRTs?

09:36  15        A.   That I don't know.

16             MR. GRALEWSKI:   Object to the form.

17   Vague.   Overbroad.

18        Q.   BY MR. BALLARD:   Did you do anything to

19   prepare for this deposition today?

09:36  20        A.   Please clarify.

21        Q.   Anything at all to get ready for this

22   event that we're holding right now?

23        A.   I reviewed some of the material that has

24   been provided to me in the normal course -- or over

09:36  25   the course of the case.

15

BARKLEY
Court Reporters

1    Q.    And what materials did you review?

2    A.    The original complaint, the amended

3  complaint to look at the front page, make sure my

4  name was on it.

09:36  5    Q.    Other than the original complaint and the

6  amended complaint, any other documents?

7         MR. GRALEWSKI:  I am going to interpose an

8  objection.  To the extent the -- well, I'll just do

9  it this way:  As phrased, the question seeks to

09:37 10  invade the work product privilege and the

11  attorney-client privilege, and as phrased, I'll

12  instruct the witness not to answer.

13    Q.    BY MR. BALLARD:  My question is:  Other

14  than documents that you reviewed with your

09:37 15  attorney, did you review any other documents other

16  than the two complaints that you just mentioned?

17    A.    No.

18    Q.    Did you meet with an attorney before this

19  deposition?

09:37 20    A.    Yes.

21    Q.    Who did you meet with?

22    A.    Mr. Flom and Mr. Gralewski.

23    Q.    And did you meet with them together?

24    A.    Yes.

09:37 25    Q.    How many times did you guys meet?

16

Gary Hanson

BARKLEY
Court Reporters

1       A.   Once.

2       Q.   And when was that?

3       A.   Yesterday.

4       Q.   And about how long was that meeting?

09:37  5       A.   Hour and 45 minutes.

6       Q.   Did you talk with anyone else regarding

7   this deposition?

8       A.   No.

9       Q.   Taken any notes regarding this deposition?

09:37  10      A.   No.

11      Q.   Was the meeting that you had with Mr. Flom

12  and Mr. Gralewski, was that the entirety of your

13  preparation for this deposition?

14      A.   Yes.

09:38  15      Q.   Other than the lawsuit that we're here to

16  talk about today, have you ever been a party to any

17  other lawsuit?

18      A.   No.

19      Q.   Have you ever testified as a witness?

09:38  20      A.   No.  Let me amend that.

21      Q.   Sure.

22      A.   In my early career as a trust officer for

23  a local bank, I did occasionally have to appear in

24  County court for accounting testimony on trust

09:38  25  accounts.

17

BARKLEY
Court Reporters

1  Q.  Okay.  And so what kind of cases were

2  those?

3  A.  Routine guardianship trust accounting

4  reviews by the County court.

09:38  5  Q.  Did you have a lawyer --

6  A.  No.

7  Q.  -- in connection with that testimony?

8  A.  No.

9  Q.  And I think you said earlier that you have

09:39  10  never been deposed before?

11  A.  Correct.

12  Q.  Have you ever received a notice saying

13  that you could be a member of a class, in a class

14  action?

09:39  15  A.  Did I receive a notice?  Not sure I know

16  what notice you might be referring to.

17  Q.  Did you ever receive anything in the mail

18  that said you might be a member of a class in a

19  class action?

09:39  20  A.  After consulting with the attorney on this

21  particular one, I have received updates in the

22  mail, yes.

23  Q.  In connection with this case?

24  A.  Yes.

09:39  25  Q.  But not in connection with any other case?

18

BARKLEY
Court Reporters

1      A.    No.

2      Q.    How did you come to be a named plaintiff

3   in this case?

4      A.    My firm is the service provider for the

09:40   5   Olson, Jeffries & Flom retirement plan.  In that

6   regard, in general conversation with Joel, he

7   inquired if I had purchased a TV or computer

8   monitor in the past few years, and I answered yes.

9   And he said, "Are you aware of any action or a

09:40  10   class action that pertains to price-fixing

11   regarding products in those," and I said, "No."

12   And he said --

13            MR. GRALEWSKI:  I am going to --

14            MR. BALLARD:  You shouldn't interrupt the

09:40  15   witness.

16            MR. GRALEWSKI:  I should interrupt the

17   witness if the witness is going to divulge

18   attorney-client communications, and I just want to

19   instruct the witness to be cautious that in

09:40  20   answering counsel's question, you do not reveal

21   communications with counsel.

22            MR. BALLARD:  And I just want to say for

23   the record that I think it is improper to interrupt

24   the witness.  You can object to my question, but

09:41  25   you can't stop him from speaking.

19

Gary Hanson

BARKLEY
Court Reporters

1          MR. GRALEWSKI:  I am objecting to your

2     question belatedly.  So you can certainly answer

3     the question, Mr. Hanson, but in doing so, you are

4     not to reveal any communications with counsel.

09:41 5     That would be considered privileged.

6          Q.   BY MR. BALLARD:  Did you have more to say?

7          A.   In the course of that conversation that I

8     mentioned earlier, the question was asked if I

9     would be a willing participant in that class action

09:41 10     because I had purchased those products representing

11     North Dakota.  I asked what that would involve --

12          MR. GRALEWSKI:  And I am going to instruct

13     you not to disclose any more communications with

14     counsel, as any further communications would be

09:41 15     providing legal advice.  So you're not permitted to

16     divulge that information.

17          THE WITNESS:  Okay.

18          Q.   BY MR. BALLARD:  When was this

19     conversation with Mr. Flom?

09:42 20          A.   Early in 2008.

21          Q.   Do you have a recollection of the month?

22          A.   Probably February.

23          Q.   And following your conversation with

24     Mr. Flom, you agreed to become a named plaintiff in

09:42 25     this lawsuit?

20

BARKLEY
Court Reporters

1         A.   Yes.

2         Q.   Prior to filing this lawsuit, were you

3    aware that you can file a lawsuit as an individual

4    rather than as a purported representative of a

09:42  5    class?

6         A.   No.

7         Q.   Do you have a written contract with your

8    lawyer in this case?

9         A.   No, I do not.

09:42 10    Q.   Have you reached any kind of agreement,

11   even if unwritten, regarding the payment of

12   attorney fees?

13        A.   There has been no discussion in that

14   regard.

09:43 15    Q.   Nothing about the payment of litigation

16   costs?

17        A.   No.

18        Q.   Do you have an understanding as to what

19   your attorneys' fees in this case are likely to be?

09:43 20    A.   I haven't been involved in that.  I don't

21   know that that's my...

22        MR. BALLARD:  Okay.  Go off the record for

23   like 30 seconds.

24        THE VIDEOGRAPHER:  We are now going off

09:43 25    the record.

21

Gary Hanson

BARKLEY
Court Reporters

```
 1                    (Whereupon a recess was taken.)

 2                    (Reporter marked Exhibit No. 122 for

 3                    identification.)

 4              THE VIDEOGRAPHER:  We are now back on the

09:45  5    record.

 6         Q.   BY MR. BALLARD:  So you have just been

 7    handed what's been marked as Exhibit 122, and this

 8    document is titled "Indirect Purchaser Plaintiffs'

 9    Amended and Supplemental Objections and Responses

09:45 10    to Defendant Samsung SDI Co., Ltd.'s First Set of

11    Interrogatories."

12              My first question is:  Have you ever seen

13    this document before?

14              MR. GRALEWSKI:  Just before the witness

09:45 15    answers the question, which he certainly can

16    answer, I want to interpose an objection to the use

17    of this document now going forward, as it is an

18    incomplete document.

19              You may proceed.

09:45 20         MR. BALLARD:  Could you explain that?

21              MR. GRALEWSKI:  Could I explain it?

22              MR. BALLARD:  How is it incomplete?

23              MR. GRALEWSKI:  It doesn't contain the

24    exhibits that the document references, but I have

09:45 25    stated my objection.  You can proceed.
```

<div align="center">22</div>

BARKLEY
Court Reporters

1          THE WITNESS:  Would you repeat your

2    question, please?

3      Q.   BY MR. BALLARD:  My question is just have

4    you ever seen this before?

09:46  5      A.   I believe so, but I have looked at three

6    or four or five, and I am not sure that I recall

7    exactly which one is which.

8      Q.   But is it your understanding that these

9    are your and the other indirect purchaser

09:46  10   plaintiffs' responses to Samsung SDI's

11   interrogatories in this case?

12     A.   Is my specific response to questions I was

13   given in this document, is that what I'm reviewing,

14   or is this the general?

09:46  15     Q.   I guess my question is:  What is this

16   document?

17     A.   Not being an attorney, it's the document

18   filed in regard to the litigation in this case.

19     Q.   Did you have any involvement in preparing

09:47  20   this document?

21          MR. GRALEWSKI:  Object to the form.  Vague

22   and ambiguous.

23          THE WITNESS:  Directly, no.

24     Q.   BY MR. BALLARD:  Did you have any indirect

09:47  25   involvement?

<div align="center">23</div>

<div align="center">Gary Hanson</div>

BARKLEY
Court Reporters

1          MR. GRALEWSKI:  Same objection.

2          THE WITNESS:  That I don't know.  I'm

3     relying on attorneys to do what they're supposed to

4     do in this case regarding the documentation.

09:47  5     Q.  BY MR. BALLARD:  I'd like you to look at

6     Page 7, I guess, I think, and specifically the

7     paragraph that's headed "Interrogatory No. 3."  And

8     I'll just read the first part of that first

9     sentence.  It says:

09:47 10          "Separately identify each acquisition

11          of a CRT product upon which you base

12          any claim in this action."

13     Do you see that?

14     A.  Yes.

09:47 15     Q.  If you skip down to the response to No. 3,

16     the last sentence says:

17          "Responding further, indirect

18          purchaser plaintiffs refer to Samsung

19          Exhibit B1 through B25."

09:48 20     Do you see that?

21     A.  Yes.

22          (Reporter marked Exhibit No. 123 for

23          identification.)

24     Q.  BY MR. BALLARD:  So you have just been

09:48 25     handed Exhibit 123, and this document has a heading

24

Gary Hanson

BARKLEY
Court Reporters

1   saying:

2                  "Samsung Exhibit B19, plaintiff Gary

3                  Hanson."

4              Have you seen this document before?

09:48   5   A.   Yes.

6   Q.   And what is this?

7   A.   These are the responses I provided in

8   regard to the questions of my purchases of products

9   involved in the litigation.

09:49   10   Q.   Okay.   And the first -- there's numbered

11   sections on this page, and the first numbered

12   section says "1, CRT product," and then looks like

13   there are five products listed there.   Are those

14   the purchases for which you claim damages in this

09:49   15   case?

16   A.   Yes.

17   Q.   These five products?

18   A.   Yes.

19   Q.   Do you claim damages on any other

09:49   20   products?

21   A.   No.

22   Q.   Have you ever purchased a CRT product for

23   which you are not claiming damages in this case?

24       MR. GRALEWSKI:   Object to the form.   Vague

09:49   25   and ambiguous.

25

Gary Hanson

BARKLEY
Court Reporters

```
 1            You can answer.
 2            THE WITNESS:  I am going to say yes,
 3    because I don't know that I had any other records
 4    on any other products during that time period that
09:50  5    I was given.
 6       Q.  BY MR. BALLARD:  What other CRT products
 7    have you purchased?
 8            MR. GRALEWSKI:  Object to the form.  Vague
 9    and ambiguous.  Overbroad.
09:50 10            Do you want him to answer the question
11    ever?
12       Q.  BY MR. BALLARD:  Since 1995?
13            MR. GRALEWSKI:  Thank you.
14            THE WITNESS:  I am pretty sure I have
09:50 15    purchased an additional television or two not on
16    this list.
17       Q.  BY MR. BALLARD:  And do you have any
18    recollection as to when those purchases occurred?
19       A.  No, I don't.
09:50 20       Q.  And why are you not claiming damages for
21    those television purchases?
22            MR. GRALEWSKI:  You can answer the
23    question.  I just want to caution you not to
24    divulge communications with counsel or reveal any
09:50 25    legal advice.
```

26

BARKLEY
Court Reporters

```
 1            If you can answer that without revealing

 2   that, then go ahead.  Otherwise I instruct you not

 3   to answer.

 4            THE WITNESS:  I did not have any relevant

 5   documentation to provide.

 6            MR. BALLARD:  Okay.

 7                 (Reporter marked Exhibit No. 124 for

 8                 identification.)

 9       Q.   BY MR. BALLARD:  So you have just been

10   handed Exhibit 124, and this appears to be a

11   photograph.  Is this a photo of the RCA television

12   that's identified in Part 1-A of the document we

13   were just talking about?

14       A.   I believe that might be 1-C.

15       Q.   If you look at the -- there's a label in

16   the lower right corner and it has a serial number

17   on it, says "536412180."

18       A.   Then I am mistaken, it is 1-A.

19       Q.   Okay.  Who took this photo?

20       A.   I did, and not very well.

21       Q.   And you took this photo, looks like March

22   20th, 2008, right?

23       A.   That's the date in the camera.  I'm assume

24   that would be correct.  I have been known to not

25   have correct dates in my camera when taking
```

27

Gary Hanson

BARKLEY
Court Reporters

1    pictures on occasion, but I will say that's

2    probably a correct date at that time.

3        Q.   You don't have any reason to think it was

4    taken on some other date?

09:53  5    A.   No.

6        Q.   Why did you take this photo?

7        A.   I was --

8            MR. GRALEWSKI:   You can answer the

9    question.   You can't tell counsel anything your

09:53  10   lawyers asked you to do or anything you told your

11   lawyers.   So if you can answer the question without

12   revealing communications, you can.   Otherwise, I

13   instruct you not to answer.

14           THE WITNESS:   I took the picture to

09:53  15   provide additional documentation in response to the

16   questions I was asked regarding the purchase.

17       Q.   BY MR. BALLARD:   Questions that you were

18   asked by whom?   Are you referring to the

19   interrogatories?

09:53  20   A.   Correct.

21       Q.   I'm sorry.

22       A.   Sorry.

23       Q.   And where was this photo taken?

24       A.   Because I don't recall exactly where I

09:54  25   took the photo, it would either be in my residence

28

Gary Hanson

BARKLEY
Court Reporters

1   or my lake property.

2        Q.   You don't know where this photo was taken

3   at?

4        A.   I can't recall where it was at the time I

09:54  5   took the photo, no.

6        Q.   Okay.  As I mentioned earlier, looks like

7   a label on the bottom right corner that says

8   "Hanson, Gary" and has a model number and a serial

9   number.  Where did this label come from?

09:54  10       A.   I don't know.

11       Q.   You didn't put it on there?

12       A.   No.

13       Q.   Do you know where the information for the

14   model number and the serial number came from?

09:54  15       A.   I provided that.

16       Q.   You have documentation that shows the

17   model number and the serial number for this TV?

18       A.   Yes, the card on the TV itself.

19       Q.   You read it off of that card?

09:54  20       A.   Yes, yes.

21       Q.   What size is this TV?

22       A.   Guessing, 25-inch.

23       Q.   Okay.  And just looking back at this

24   Exhibit B19 we were talking about, if I'm reading

09:55  25   this correctly, it says that you purchased this in

29

Gary Hanson

BARKLEY
Court Reporters

1    1995?

2         A.    Correct.

3         Q.    When in 1995 did you purchase it?

4         A.    That I don't recall.

09:55  5         Q.    How do you know that it was in 1995?

6         A.    Because when I looked at the TVs that I

7    currently have at the time in 2008, this particular

8    model, as I recall, indicated it was manufactured

9    in 1995, and I would have purchased it somewhere

09:56  10   after the time it was manufactured, but I do not

11   have specific records with the exact date of

12   purchase.

13        Q.    So you don't have any way of determining

14   in what month in 1995 you purchased this?

09:56  15        A.    No, I do not.

16        Q.    Did you purchase this new or used?

17        A.    New.

18        Q.    Do you have any documents that might shed

19   light on when you purchased this?

09:56  20        A.    No, I do not.

21        Q.    Other than this photo, do you have any

22   other documents at all relating to this TV?

23        A.    No.

24        Q.    You don't have any receipts, for example?

09:56  25        A.    No.

30

Gary Hanson

BARKLEY
Court Reporters

1       Q.   Do you know what you did with the receipt?

2       A.   I am sure it was recycled in my normal

3   six- or seven-year dissolution and shredding of

4   documents and put in the trash.

09:56   5       Q.   So every six or seven years you shred?

6       A.   Correct.

7       Q.   What kinds of documents?

8       A.   Credit card receipts, bills, statements,

9   check registers, canceled checks.

09:57   10      Q.   And it says that you bought this at a Best

11  Buy in Fargo, North Dakota; is that correct?

12      A.   I believe that's where I purchased it.

13  Because I used to frequent Best Buy often for my

14  electronics needs.

09:57   15      Q.   Do you have a specific memory of buying

16  this at Best Buy?

17      A.   Not exactly, no.

18      Q.   Did you ever shop at other places that

19  sold TVs during this time?

09:57   20      A.   Not that I recall.

21      Q.   Did you purchase this -- did you actually

22  walk into the store and buy it or did you buy it on

23  the Internet?

24      A.   It would be in store.

09:57   25      Q.   I guess 1995 is a little early for

31

Gary Hanson

BARKLEY
Court Reporters

1    Internet.

2         Why did you decide to buy this from Best

3    Buy?

4         A.   They were one of the first big-box

09:58 5  retailers in the area, and they would have what

6    appeared to be the best prices.

7         Q.   So did you shop around to determine that

8    Best Buy, in fact, had the best prices?

9         A.   I am sure I would have done some

09:58 10 comparative looking to see what prices were

11   available, yes.

12        Q.   How did you pay for this TV?

13        A.   I am assuming credit card.

14        Q.   And why do you assume that?

09:58 15 A.   Because I do most of my purchases through

16   credit card.

17        Q.   Is it possible you paid for it by some

18   other method?

19        A.   Possibly.

09:58 20 Q.   Assuming you paid for it with a credit

21   card, did the funds come out of a bank account?

22        A.   Credit card statement would have been paid

23   by check, correct.

24        Q.   And where would those funds -- where was

09:59 25 that bank account located?

32

Gary Hanson

BARKLEY
Court Reporters

1        A.    First National Bank, or at that time

2  Norwest.

3        Q.    And is that in North Dakota?

4        A.    Correct, Fargo, North Dakota.

09:59 5        Q.    How much did you pay for this TV?

6        A.    I do not recall exactly.

7        Q.    You have no recollection as to the price

8  that you paid?

9        A.    No, I don't.

09:59 10        Q.    Do you remember if you got a rebate for

11  the TV?

12        A.    I do not remember.

13        Q.    Do you remember if you got a warranty in

14  connection with the TV?

09:59 15        A.    I'm assuming whatever warranty would have

16  come with the product at the time.

17        Q.    But you don't know if you got a warranty

18  or not?

19            MR. GRALEWSKI:  Object to the form.  Asked

10:00 20  and answered.

21            THE WITNESS:  I did not purchase an

22  additional warranty, that I would say for sure.

23        Q.    BY MR. BALLARD:   Why did you buy this TV?

24        A.    General personal recreational use.

10:00 25        Q.    Home viewing?

33

Gary Hanson

BARKLEY
Court Reporters

1       A.   Home viewing.

2       Q.   And were there any features that were

3  important to you when you purchased this TV?

4       A.   I'm pretty sure it had a remote.

10:00  5       Q.   That was the only condition?

6       A.   Yes.

7       Q.   Price wasn't a factor?

8            MR. GRALEWSKI:  Object to the form.  Lacks

9  foundation.  Misstates testimony.

10:00  10            You can answer.

11            THE WITNESS:  As I indicated, I would have

12  done some comparative shopping to see where a

13  similar comparable -- and again, them being the

14  first big-box retailer in Fargo, that was where

10:01  15  they were.  That's where I purchased it, or would

16  have -- or think I would have purchased it for that

17  reason.

18       Q.   BY MR. BALLARD:  What price range were you

19  looking at?

10:01  20       A.   Back then I don't recall.

21       Q.   Did you have any preference when it came

22  to brand?

23       A.   Not that I recall.

24       Q.   There weren't any brands that you just

10:01  25  wouldn't buy?

34

BARKLEY
Court Reporters

|     |     |                                                        |
| --- | --- | ------------------------------------------------------ |
| 1   | A.  | Not that I'm aware of.                                  |
| 2   | Q.  | Do you still have this TV?                              |
| 3   | A.  | No.                                                    |
| 4   | Q.  | What did you do with it?                               |
10:01 5 | A.  | It was donated to the YWCA Shelter.                    |
| 6   | Q.  | I'm sorry, YW?                                         |
| 7   | A.  | YWCA.                                                  |
| 8   | Q.  | Young Womens Center of America, I think.              |
| 9   |     | And when did that occur?                              |
10:02 10 | A.  | Within the past couple of years.                      |
| 11  | Q.  | You don't remember the precise year?                  |
| 12  | A.  | No.  My daughter is the associate                     |

executive director of the YWCA, and I have a
pattern of donating monetary and nonmonetary.  This
is one that was old and was donated to the shelter
for their use.

|     |     |                                                        |
| --- | --- | ------------------------------------------------------ |
| 17  | Q.  | And you think that occurred 2010 or later?            |
| 18  | A.  | Correct.                                              |
| 19  |     | (Reporter marked Exhibit No. 125 for                  |
10:03 20 |     | identification.)                                      |
| 21  | Q.  | BY MR. BALLARD:  So this is Exhibit 125.              |

This is another photo of what looks like a TV.

23              Is this a photo of the Toshiba television
24     that is referenced in Part 1-B of Exhibit B19?
10:03 25     A.   Yes, it is.

35

Gary Hanson

BARKLEY
Court Reporters

1      Q.    And did you take this photo?

2      A.    Yes.

3      Q.    And it looks like you took it on the same

4   day as the photo that we just looked at; is that

10:03  5   right?

6      A.    Yes.

7      Q.    And where was this photo taken?

8      A.    This photo was taken in my West Fargo

9   residence.

10:03  10      Q.    So would that suggest that the photo we

11  just looked at was also taken in West Fargo?

12      A.    I would concur with that, yes.

13      Q.    So in March of 2008, you had two TVs in

14  your --

10:04  15      A.    Yes.

16      Q.    -- West Fargo house?  And again, you

17  supplied the model number and serial number

18  information that's on the label?

19      A.    Yes, I did.

10:04  20      Q.    And what size is this TV?

21      A.    This is a 13-inch.

22      Q.    How do you know that?

23      A.    Because that's what the owner's manual

24  said, and that's what it is when you measure it.

10:04  25      Q.    Okay.  If you go back to your

36

Gary Hanson

BARKLEY
Court Reporters

1    interrogatory response, it says that you purchased

2    this in November or December 2002?

3        A.    Correct.

4        Q.    How do you know it was in November or

10:04  5    December?

6        A.    Because we moved into this residence in

7    November of 2002.

8        Q.    And how does that lead to the conclusion

9    that you bought this TV at this time?

10:05  10        A.    Because the TV was purchased to be on the

11    kitchen counter to watch the 6:00 o'clock news.

12        Q.    But you don't remember if it was in

13    November or December?

14        A.    Exactly, I do not know.

10:05  15        Q.    And you don't have any documents that

16    would show it?

17        A.    No, I don't.

18        Q.    Did you ever have a receipt for this TV?

19        A.    Again, that would have been gone with my

10:05  20    normal disposition of old documents.

21        Q.    Which occurs every six or seven years, you

22    said, roughly.

23            If you go down to the next section of your

24    interrogatory response it says that you bought this

10:05  25    at Target/Best Buy/Walmart in Fargo, North Dakota?

37

Gary Hanson

BARKLEY
Court Reporters

 1        A.    Correct.

 2        Q.    What do you base that response on?

 3        A.    Because this is a smaller television just

 4   to be on a kitchen counter.  It would have been

10:06  5   wherever I happened to run across one at the time I

 6   was looking to purchase one, and I don't recall.

 7   Those would be my three best recollections where I

 8   might have been to purchase that size of TV.

 9        Q.    It's possible that you bought it somewhere

10:06 10   else?

11        A.    Possible.

12        Q.    And did you purchase this one online?

13        A.    No, would have been with a credit card.

14        Q.    You went to the Target or the Best Buy or

10:06 15   the Walmart or whatever it was?

16        A.    Yes, yes.

17        Q.    And how much did you pay for this one?

18        A.    I don't recall the price.

19        Q.    Not even a ballpark?

10:07 20        MR. GRALEWSKI:  Object to the form.  Vague

21   and ambiguous.

22        THE WITNESS:  I would have to take a guess

23   at best.

24        Q.    BY MR. BALLARD:  I don't want you to do

10:07 25   that.

38

Gary Hanson

BARKLEY
Court Reporters

1          Do you remember if this TV was on sale?

2     A.   I do not recall.

3     Q.   Don't remember if it was discounted in any

4  way?

10:07  5     A.   I do not.

6     Q.   You don't remember if there was a rebate

7  for the TV?

8     A.   No, I don't.

9          (Reporter marked Exhibit No. 126 for

10:08 10          identification.)

11     Q.   BY MR. BALLARD:  So this is Exhibit 126.

12  It is a fairly lengthy document, has a Bates No.

13  CRT000106.  It is titled "Owner's Manual" and says

14  "Toshiba" at the top.

10:08 15          Is this the owner's manual for the TV

16  we've been talking about?

17     A.   I believe it is, yes.

18     Q.   Is this a copy of the original manual that

19  you received with your TV?

10:08 20     A.   Yes.

21     Q.   And how can I tell that this is the manual

22  for this TV, this model TV?

23     A.   I don't know.

24     Q.   If you go to Page 13, that's Bates

10:09 25  numbered CRT000118.

39

Gary Hanson

BARKLEY
Court Reporters

1          MR. GRALEWSKI:  Counsel's referring to the

2     little red numbers in the bottom, so 118.

3          THE WITNESS:  Okay.

4     Q.   BY MR. BALLARD:  Top of this page says

10:09  5     "Limited United States Warranty," and then the

6     first sentence says:

7               "Toshiba America Consumer Products

8               Incorporated and Toshiba Hawaii

9               Incorporated make the following

10:10 10               limited warranties to original

11               consumers in the United States."

12          Do you see that?

13     A.   Yes.

14     Q.   And you bought this TV new in the United

10:10 15     States?

16     A.   Yes.

17     Q.   If you look down further on the page it

18     refers to "limited 90-day warranty on labor," a

19     "limited one-year warranty on parts" and a "limited

10:10 20     two-year warranty on picture tube."

21          Do you see that?

22     A.   Yes.

23     Q.   So these are the warranties that you got

24     with this TV?

10:10 25     A.   Yes.

1        Q.   Other than this manual and the photo that

2   we talked about earlier, do you have any other

3   documents related to this Toshiba TV?

4        A.   Not any longer, no.

10:11   5    Q.   You don't have any receipts or invoices?

6        A.   Nope, that's gone in the cycle as well.

7        Q.   Okay.  Do you have any credit card

8   statements that would show what you paid for this

9   TV?

10:11   10   A.   No.

11       Q.   Why did you purchase this TV?

12       A.   For use in our new residence to have on

13   the countertop.

14       Q.   This was the kitchen TV?

10:11   15   A.   Correct.

16       Q.   And any reason for buying this particular

17   Toshiba model TV?

18       A.   No.

19       Q.   Did you care about the price?

10:11   20   A.   I was looking for a 13-inch TV.

21       Q.   Price wasn't a big factor for you?

22       A.   Wasn't a major factor, no.

23       Q.   How about brand, that matter to you?

24       A.   No.

10:12   25   Q.   There weren't any particular features you

41

Gary Hanson

**BARKLEY**
Court Reporters

```
  1    were looking for aside from the fact that it was 13

  2    inches?

  3         A.   That it had a remote.

  4         Q.   And that it had a remote?

10:12 5    A.   Yes.

  6         Q.   Okay.  And do you still have this one?

  7         A.   Yes, I do.

  8         Q.   Where is it?

  9         A.   On the kitchen counter, same place.

10:12 10   Q.   And this is in your West Fargo --

 11         A.   West Fargo residence, yes.

 12         Q.   Okay.  Got it.

 13              (Reporter marked Exhibit No. 127 for

 14              identification.)

10:13 15   Q.   BY MR. BALLARD:  This is Exhibit 127.  The

 16    Bates number on this is CRT000156, and this looks

 17    like a photo of a TV.  It says "RCA" on the TV.  Is

 18    this a photo of the television referenced in 1-C of

 19    your interrogatory response?

10:13 20   A.   Yes, it is.

 21         Q.   And you took this photo?

 22         A.   Yes.

 23         Q.   On March 20, 2008?

 24         A.   Correct.

10:13 25   Q.   Again, that's the same date that you took
```

*MN pirchase*

42

Gary Hanson

BARKLEY
Court Reporters

1   the other two?

2       A.   Yes.

3       Q.   And where was this one taken?

4       A.   This one is in my lake property.

10:13  5       Q.   So the other two photos that we just

6   talked about were taken at your West Fargo house?

7       A.   Correct.

8       Q.   This one was taken somewhere else?

9       A.   Correct.

10:14 10       Q.   All on the same date?

11       A.   Yes.

12       Q.   What size is this TV?

13       A.   I believe this is also a 25-inch.

14       Q.   And your interrogatory response says you

10:14 15   bought this in 2003?

16       A.   Yes.

17       Q.   How do you know that?

18       A.   Because, again, when we were moving into

19   our West Fargo residence, I also purchased TVs for

10:14 20   both places.  And so I'm thinking this was 2003,

21   although I don't know for sure.

22       Q.   It's possible that it was some other year?

23       A.   It would have been either 2002 or 2003, to

24   the best of my recollection.

10:15 25       Q.   But you don't have any documents that

43

Gary Hanson

BARKLEY
Court Reporters

```
  1   would tell you when it was purchased?
  2       A.   No.
  3       Q.   Do you have any other documents at all
  4   other than the photo we just looked at?
10:15 5     A.   No.
  6       Q.   And is that because the receipt was --
  7       A.   Yes.
  8       Q.   -- shredded?
  9       A.   Yes.
10:15 10    Q.   And it says that you purchased this at a
 11   Target in Fergus Falls, Minnesota, correct?
 12       A.   Correct.
 13       Q.   And I believe that's where you said your
 14   lake house is located?
10:15 15    A.   Correct.
 16       Q.   So you purchased this in Minnesota for use
 17   at your house in Minnesota; is that right?
 18       A.   Correct.
 19       Q.   Did you actually go into the store to buy
10:15 20  this?
 21       A.   Yes.
 22       Q.   And why did you decide to buy this from
 23   Target?
 24       A.   Target was a familiar name with a national
10:16 25  reputation.
```

44

**BARKLEY**
Court Reporters

1      Q.   Did you shop around at all before you

2   bought it at Target?

3      A.   No.

4      Q.   Did you consider buying it anywhere else?

10:16   5      A.   It was convenient to buy it closer to the

6   location.

7      Q.   And Target really was the only option?

8      A.   Target at that time was my choice, yes.

9      Q.   And how much did you pay for this one?

10:16  10      A.   I don't recall.

11      Q.   And again, no documentation that would

12   tell you what it would be?

13      A.   No.

14      Q.   You don't remember if it was on sale?

10:16  15      A.   No, I don't.

16      Q.   Why did you purchase this TV?

17      A.   Personal recreational TV viewing.

18      Q.   Was this the only TV at your lake house?

19      A.   At the time of purchase, no, I believe I

10:17  20   had an older model that I had taken down, and this

21   was a replacement.

22      Q.   And is that older model --

23      A.   Or in addition to.

24      Q.   When did you buy that older model?

10:17  25      A.   I don't know.

45

Gary Hanson

BARKLEY
Court Reporters

1       Q.   Is that one of the purchases that you're

2   not claiming damages on in this case?

3       A.   Correct.

4       Q.   And why did you decide to buy this RCA TV?

10:17   5       A.   I was looking for a TV, and at that point

6   in Target RCA was a recognized name.

7       Q.   What do you mean by "recognized name"?

8       A.   A national brand that I had been aware of

9   forever since growing up.

10:18   10      Q.   Was a preferred brand for you?

11      A.   It was a recognized brand.

12      Q.   Was price a major factor for you in buying

13   this TV?

14      A.   No.

10:18   15      Q.   Do you still have this?

16      A.   Yes.

17      Q.   And where is it?

18      A.   At my lake property.

19      Q.   Okay.

10:18   20          (Discussion off the record.)

21          THE VIDEOGRAPHER:  We are now going off

22   the record.

23          (Whereupon a recess was taken.)

24          THE VIDEOGRAPHER:  We are now back on the

10:30   25   record.

46

Gary Hanson

BARKLEY
Court Reporters

1          (Reporter marked Exhibit No. 128 for

2          identification.)

3      Q.   BY MR. BALLARD:   You have just been handed

4   Exhibit 128.   This exhibit is three pages long,

10:31  5   Bates No. CRT000497 through 499.

6          My first question is:   Are these three

7   pages here related to the purchase of a Dell

8   computer monitor that's identified at 1-D of your

9   interrogatory responses?

10:31 10      A.   Where is the identifying number that I'm

11   looking for?

12      Q.   I don't see an identifying number.   I'm

13   just wondering if you know which purchases these

14   documents are related to?

10:31 15      A.   D or E.

16      Q.   It's either D or E?

17      A.   Okay.   Yes.

18      Q.   Is that your --

19      A.   Yes.

10:32 20      Q.   Okay.   But you can't tell by looking at

21   these three pages, which of those purchases these

22   documents have to do with?

23      A.   I don't see a specific reference to the

24   exact numbers shown on D or E, no.

10:32 25      Q.   Okay.   The first page of this exhibit is

47

Gary Hanson

BARKLEY
Court Reporters

1    titled "Packing Slip" and has a Dell logo on it.

2    Is this the packing slip that you received in

3    connection with 1-D or 1-E?

4        A.    Yes.

10:32  5        Q.    And did you -- strike that.

6              There's a date on it, and it says there's

7    an order date, says March 30, 2003, and there's a

8    date on the packing slip that says March 31st,

9    2003.  Are either of these the date in which you

10:33  10   purchased this monitor?

11       A.    I believe the 3/30 date is when I

12   purchased it, yes.

13       Q.    And how did you buy this?

14       A.    Online.

10:33  15       Q.    And it was shipped to you from Dell to

16   your home?

17       A.    It was shipped to my business address at

18   that time.

19       Q.    Why was it shipped to your business

10:33  20   address?

21       A.    Because we routinely have UPS service to

22   the office, and it's easier to have the packages

23   shipped there than my residence.

24       Q.    Did you use this at work?

10:33  25       A.    No, I did not.

48

BARKLEY
Court Reporters

1      Q.   What did you use it for?

2      A.   Personal home use.

3      Q.   And was that at your West Fargo house?

4      A.   Yes.  2003, that would have been my West

10:33    5   Fargo address.

6      Q.   Wasn't in Minnesota?

7      A.   No.

8      Q.   How did you decide to buy this online?

9      A.   A flyer in the Sunday paper.

10:34   10   Q.   What did the flyer say?

11      A.   It showed the bundled package.

12      Q.   And can you explain a little more what you

13   mean by "bundled package"?

14      A.   The processor, the monitor, the keyboard,

10:34   15   the mouse, the whatever else came with the

16   fully-operational computer package.

17      Q.   So you paid one price, and for that price

18   you got a variety of products?

19      A.   Everything on the packing list, yes.

10:35   20   Q.   And was that price lower than it otherwise

21   would have been because it was purchased as a

22   bundle?

23      A.   That I don't know.

24      Q.   What about that flyer in that offer of the

10:35   25   bundle made you want to purchase this one?

49

BARKLEY
Court Reporters

1       A.   I was looking for computer systems at that

2   time.

3       Q.   Did the fact that this was sold as a

4   bundle have anything to do with your decision?

10:35   5       A.   Convenience.

6       Q.   What do you mean by that?

7       A.   I'm not a real nitty-gritty techno, so

8   that it all came in one box, unload on my desk,

9   plug it in, convenience.

10:35   10       Q.   Before you saw the flyer in the Sunday

11   paper, had you been looking anywhere else for your

12   monitor?

13       A.   Not -- no.

14       Q.   If you look at this packing slip, like you

10:36   15   said, it lists a variety of products.  By my count

16   there are 28 different products listed here.  Were

17   all of these products here part of the bundle?

18           MR. GRALEWSKI:  Object to the form.  Lacks

19   foundation.  Document speaks for itself.

10:36   20           You can answer.

21           THE WITNESS:  I believe so, yes.

22       Q.   BY MR. BALLARD:  For example, the first

23   item listed here looks like it's a CPU, computer

24   CPU; is that right?

10:36   25       A.   Correct, it's a processor.

50

Gary Hanson

BARKLEY
Court Reporters

1    Q.   And if you go down maybe to the third

2  line, there's a keyboard?

3    A.   Correct.

4    Q.   And you also got a mouse?

10:36  5    A.   Correct.

6    Q.   And a floppy drive?

7    A.   Correct.

8    Q.   And a CD-ROM drive?

9    A.   Yes.

10:36  10    Q.   And looks like there's a variety of

11  software here; is that right?

12    A.   I believe there were three or four

13  programs included, yes.

14    Q.   And those were pre-installed on the

10:37  15  computer?

16    A.   Correct, correct.

17    Q.   And towards the bottom there's a line that

18  says "One-year limit warranty."

19         Do you see that?

10:37  20    A.   Yes.

21    Q.   So you got a one-year warranty with this;

22  that was part of the bundle?

23    A.   Part of the package.

24    Q.   And a couple of lines down it says "$100

10:37  25  mail-in rebate."  So you also got a rebate as part

51

Gary Hanson

BARKLEY
Court Reporters

1     of the bundle?

2          A.    Correct, correct.

3          Q.    Skip ahead to the last page of this

4     exhibit.   It is a document that says "Mail-in

10:37  5     Rebate Redemption Form."   Is this the form that you

6     sent in to get the $100 rebate?

7          A.    Yes.

8          Q.    And you, in fact, received that --

9          A.    Yes.

10:37 10          Q.    -- $100?

11          A.    Yes.

12               (Reporter marked Exhibit No. 129 for

13               identification.)

14          Q.    BY MR. BALLARD:  So you have just been

10:38 15     handed Exhibit 129.   This exhibit is five pages

16     long.   It's Bates numbered CRT000500 through 504.

17     You just testified that you're not sure which of

18     the Dell purchases the documents we just looked at

19     relate to.   Do you have any understanding what

10:39 20     these documents relate to?

21          A.    The second package, whichever order or

22     whichever one they're specifically referring to.

23          Q.    I'm sorry.  Do you believe that this is

24     referencing the purchase identified at 1-E on your

10:39 25     interrogatory response?

Gary Hanson

BARKLEY
Court Reporters

1       A.   One of them is 1-D and one of them is 1-E.

2       Q.   But you're not sure --

3       A.   But I'm not sure which one is which.

4       Q.   Got it.  But these were purchased at the

10:39  5  same time?

6       A.   Correct.

7       Q.   Online?

8       A.   Correct.

9       Q.   And did you get the same deal on both

10:39  10  monitors?

11      A.   Yes.

12      Q.   All the terms were the same?

13      A.   Yes.

14      Q.   Why did you purchase two monitors at the

10:39  15  same time?

16      A.   The second system was for my son for

17  college.

18      Q.   And where did he go to college?

19      A.   His first year he went to Saint John's

10:40  20  University and subsequent to Moorhead State

21  University.

22      Q.   Where is Saint John's, New York?

23      A.   The other Saint John's, St. Cloud,

24  Minnesota.

10:40  25  Q.   And where's Moorhead located?

53

Gary Hanson

BARKLEY
Court Reporters

1      A.   Across the river, Moorhead, Minnesota.

2      Q.   Okay.   And was this package, this bundle

3  also shipped to your work address?

4      A.   Correct.

10:40   5      Q.   And then you gave it to your son?

6      A.   Correct.

7      Q.   You bought this in, looks like, March

8  31st, 2003; is that right?

9      A.   Yes.

10:40  10      Q.   When did your son start college?

11      A.   August of that year.

12      Q.   So between the time you purchased it and

13  the time that he went to college?

14      A.   Correct.

10:41  15      Q.   Was this used for anything?

16      A.   Used, oh, between the time?  Ask the

17  question again, please.

18      Q.   Between the time that you bought it, which

19  was March 31st, 2003, and the time your son went to

10:41  20  college, did you use the system at all?

21      A.   Set it up to make sure it was operational,

22  yes.

23      Q.   The monitor that you purchased and that

24  you used for yourself in your own home, do you

10:41  25  still have that one?

54

Gary Hanson

BARKLEY
Court Reporters

1          A.    Yes.

2          Q.    And where is it?

3          A.    In my West Fargo residence.

4          Q.    And what about the one that you gave to

10:42  5   your son?

6          A.    I still have that, and it's at my lake

7    property.

8          Q.    So did he return it to you at some point?

9          A.    Yes.

10:42  10         Q.    When was that?

11         A.    2005 would be my best estimate.

12         Q.    And why did he give it back to you?

13         A.    Because he did a semester at the

14   University of Anchorage in Alaska, and he preferred

10:42  15   to have a laptop for that purpose.

16         Q.    And after he gave it back to you, you held

17   on to it?

18         A.    Correct.

19         Q.    And just so I am clear on this, the

10:42  20   bundle, this bundle that we're looking at here is

21   identical to the bundle we were talking about --

22         A.    Yes.

23         Q.    -- previously?

24         A.    Yes.

10:43  25         Q.    Okay.  So that included the $100 rebate?

55

BARKLEY
Court Reporters

1        A.    Yes.

2        Q.    If you skip ahead to the page that has 502

3   on the bottom, is this the rebate form that you

4   submitted?

10:43  5        A.    Yes.

6        Q.    And you, in fact, received the $100

7   rebate?

8        A.    Yes.

9        Q.    If you look at the next page, is this the

10:43 10  invoice for this purchase?

11        A.    I believe so, yes.

12        Q.    And I understand that you don't know which

13  purchase this is for, but did you receive an

14  identical invoice for the other monitor?

10:43 15        A.    I'm sure I did, yes.

16        Q.    If you look in the bottom there's a box,

17  and one of the lines says "Invoice total."   It says

18  "770.41."   Is that the price that you paid for each

19  of these monitors?

10:44 20        A.    I believe so, yes.   Each of the packages.

21        Q.    Right, each was $770.41?

22        A.    Correct, correct.

23        Q.    And if you look a little higher in that

24  box, it says that $99 of that was for shipping and

10:44 25  handling?

56

BARKLEY
Court Reporters

1      A.   Yes.

2      Q.   And 7.41 of that was for tax?

3      A.   Yes.

4      Q.   Do you know how that tax amount was

10:44  5  calculated?

6      A.   No, I do not.

7      Q.   If you look next to the box that says

8  "Tax," there's a box that says "Taxable" and it has

9  $114 in it.  Do you know what that means?

10:44  10      A.   No, I do not.

11      Q.   If you look to the left of the box we were

12  just talking about, there's some fine print and

13  part of it is in all caps and says that:

14           "Dell Catalog" -- "Dell Catalog sales

10:45  15           collects tax in Florida, Kentucky,

16           North Carolina, Nevada, Tennessee,

17           Texas.  Tax in other states relates

18           only to third-party service contracts.

19           The buyer is responsible for admitting

10:45  20           any additional tax to the taxing

21           authorities."

22      Do you see that?

23      A.   Uh-huh.

24      Q.   Do you have any understanding as to what

10:45  25  that means?

57

Gary Hanson

BARKLEY
Court Reporters

1        A.    I have no idea what that means.

2        Q.    Did you ever pay any additional tax for

3    this purchase, for these purchases?

4        A.    No.

10:45   5        Q.    If you look at the item descriptions here,

6    this lists the same products that we talked about

7    earlier --

8        A.    Yes.

9        Q.    -- that were part of the bundle, right?

10:46  10        A.    Yes.

11        Q.    And if you look at the column that says

12    "Unit Price," next to the CPU, the "Intel Pentium 4

13    processor dimension 2350 series," says the unit

14    price for that was $664; is that correct?

10:46  15        A.    Yes.

16        Q.    So that's the price you paid for the

17    computer CPU?

18            MR. GRALEWSKI:  Object to the form.  Lacks

19    foundation.  Calls for expert testimony.

10:46  20            THE WITNESS:  I don't know what that means

21    exactly.

22        Q.    BY MR. BALLARD:  If you skip down three

23    lines says, "E772 monitor."  Is that the monitor

24    that came with the bundle?

10:46  25        A.    Yes.

58

Gary Hanson

        1        Q.   If you look at the unit price for that

        2    item, it says zero dollars, correct?

        3        A.   Yes.

        4        Q.   So doesn't this say that you got the

10:47   5    monitor for free?

        6             MR. GRALEWSKI:  Object to the form.  Lacks

        7    foundation.  Vague and ambiguous.  Document speaks

        8    for itself.  Calls for expert testimony.

        9    Mischaracterizes the document.

10:47  10        Q.   BY MR. BALLARD:  Do you have my question

       11    in mind?

       12        A.   Please restate.

       13             (Reporter read back as requested.)

       14             THE WITNESS:  My understanding of my

10:48  15    purchase would be that the price listed in "Total"

       16    was for the entire package.  I do not know exactly

       17    what the components were or a price of those

       18    components.

       19        Q.   BY MR. BALLARD:  Do you have any

10:48  20    understanding as to why this invoice lists a price

       21    of $664 for the CPU and a price of zero dollars for

       22    everything else?

       23             MR. GRALEWSKI:  Object to the form.  Lacks

       24    foundation.  Calls for speculation.

10:48  25             THE WITNESS:  I do not know why it states

                                   59

BARKLEY
Court Reporters

1    that.

2         Q.   BY MR. BALLARD:  You said you got a $100

3    rebate for both of these monitors --

4              MR. GRALEWSKI:  Object -- sorry, Counsel.

10:48 5    I thought you were done.

6         Q.   BY MR. BALLARD:  Does that mean the price

7    for each of these monitors was 770.41 minus the

8    rebate form?

9              MR. GRALEWSKI:  Objection; calls for

10:49 10   speculation.  Objection; lacks foundation.

11             THE WITNESS:  As I recall, I paid the

12   amount on the invoice and subsequently received a

13   rebate.

14        Q.   BY MR. BALLARD:  So the ultimate amount

10:49 15   that you paid was $664?

16        A.   That would probably be correct.

17             MR. GRALEWSKI:  My prior objection was

18   calls for speculation, lacks foundation.  Sorry.

19             I am going to also interpose that that

10:50 20   question called for expert testimony.

21             (Reporter marked Exhibit No. 130 for

22             identification.)

23        Q.   BY MR. BALLARD:  So you have just been

24   handed Exhibit 130.  These are five photographs

10:51 25   that were handed to me by Mr. Gralewski about a

                            60

Gary Hanson

BARKLEY
Court Reporters

1    half hour before the deposition.

2            Do you know what these photographs are?

3        A.   These are pictures of the Dell computer

4    monitor and the Dell computer monitor.

10:51    5        Q.   Do you know which of the two monitors

6    these are pictures of?

7        A.   The one I have in my West Fargo residence,

8    which one specifically, I do not know unless

9    there's a number that can be matched.

10:51    10       Q.   You didn't take any photos like this of

11   the monitor in your Minnesota home?

12       A.   No.

13       Q.   If you look at the last photo, what is

14   that a photo of?

10:52    15       A.   That is a photo of the CRT tube in the

16   monitor.

17       Q.   How do you know that's a photo of the CRT

18   tube?

19       A.   Because I looked at it personally when the

10:52    20   cover was off.

21       Q.   And did you personally take the cover off?

22       A.   No, I did not.

23       Q.   Who took it off?

24       A.   My attorney.

10:52    25       Q.   Why did you take this photo?

61

Gary Hanson

BARKLEY
Court Reporters

```
 1            MR. GRALEWSKI:  To the extent you're able
 2    to answer that question without revealing any
 3    communications with counsel, you can answer it.
 4    Otherwise, I'll instruct you not to answer.
10:53  5            THE WITNESS:  I don't know exactly why the
 6    photo was taken.
 7       Q.   BY MR. BALLARD:  Does this label have any
 8    significance to you?
 9       A.   It identifies which CRT was in the
10:53 10    monitor.
11       Q.   And how do you know that's what this label
12    means?
13       A.   Because I personally visually saw it.
14       Q.   When you say this identifies which CRT
10:54 15    tube is in this monitor, what do you mean by that?
16       A.   The manufacturer of the CRT.
17            MR. GRALEWSKI:  Counsel, I will provide
18    Bates numbered copies of these documents.  Because
19    the documents at the present time do not have Bates
10:54 20    numbers on them, can we just very quickly, for the
21    record, maybe clarify with a description or show
22    the videotape, you know, which page is which, just
23    in case they get reshuffled or something?
24            MR. BALLARD:  You want to just have him
10:55 25    show the camera?
```

62

Gary Hanson

BARKLEY
Court Reporters

1          MR. GRALEWSKI:  Sure, that's fine.

2          MR. BALLARD:  That's fine.

3          MR. GRALEWSKI:  So why don't you hold up

4    for the video camera when he said "turn to the last

10:55 5    page."  That was the last page, correct, Counsel?

6          MR. BALLARD:  That's correct.

7          MR. GRALEWSKI:  I think that's fine unless

8    you want to document any other way.

9          MR. BALLARD:  That's fine.

10:55 10          MR. GRALEWSKI:  Thank you, Counsel.

11             (Reporter marked Exhibit No. 131 for

12             identification.)

13     Q.   BY MR. BALLARD:  So you have been handed

14    Exhibit 131.  This is another set of photos that

10:56 15    were handed to me by Mr. Gralewski shortly before

16    the deposition, six photos here.  Who took these

17    photos?

18     A.   My attorney.

19     Q.   And what is your understanding of what

10:56 20    these photos depict?

21     A.   This is the Toshiba television noted in

22    the response under 1-B, and this, the last two

23    pictures depict the CRT within that television.

24     Q.   Where were these photos taken?

10:56 25     A.   In my attorney's office.

63

Gary Hanson

BARKLEY
Court Reporters

         1      Q.   And you said earlier that this TV lives on

         2    your kitchen counter?

         3      A.   Correct.

         4      Q.   So how did your TV get from your kitchen

10:57    5    counter to your attorney's office?

         6      A.   I brought it there.

         7      Q.   And why did you do that?

         8           MR. GRALEWSKI:  Again, you can answer the

         9    question, but you are not to reveal any

10:57   10    communications with counsel.

        11           THE WITNESS:  To indicate that the

        12    television and the monitor were still in my

        13    possession.

        14      Q.   BY MR. BALLARD:  Why was it important to

10:57   15    indicate that?

        16           MR. GRALEWSKI:  Same instruction.

        17           THE WITNESS:  I don't know.

        18      Q.   BY MR. BALLARD:  When were these photos

        19    taken?

10:57   20      A.   Wednesday.  Today's Friday.  Wednesday.

        21      Q.   This Wednesday?

        22      A.   Yes.

        23      Q.   May 2nd --

        24      A.   Correct.

10:57   25      Q.   -- 2012, correct?

                                    64

BARKLEY
Court Reporters

1        A.    Correct.

2        Q.    And when were the photos, Dell photos we

3   just looked at, when were those taken?

4        A.    Same time.

10:58  5        Q.    If you look at the last photo in this set,

6   what is this a photo of?

7        A.    That is a photo of the CRT in the

8   television.

9        Q.    And does this label here have any

10:58 10   significance?

11        A.    Which label?

12        Q.    Do any of these labels have any

13   significance?

14        A.    Other than identifying the CRT, I don't

10:58 15   know.

16        Q.    Can you tell me what part of this label

17   identifies the CRT?

18        A.    I'm assuming the large label that has the

19   name "Orion" on it.

10:59 20        Q.    What does Orion mean?

21        A.    The manufacturer of the CRT, in my best

22   guess.

23        Q.    What is that guess based on?

24             MR. GRALEWSKI:  You can answer the

10:59 25   question if you have your own independent

65

Gary Hanson

BARKLEY
Court Reporters

1    knowledge.  You are not to reveal the contents of

2    any communications with your lawyers.  So in

3    answering the question, if you need to do that,

4    I'll instruct you not to answer.  Otherwise, you

10:59  5    can answer the question.

6         THE WITNESS:  Being unsure, I will not

7    answer the question.

8         Q.   BY MR. BALLARD:  Is your guess as to what

9    the word "Orion" means here based on any personal

11:00  10    knowledge?

11         MR. GRALEWSKI:  Object to the form.

12    Misstates testimony.

13         You can answer the question.

14         THE WITNESS:  Please ask the question

11:00  15    again?

16         Q.   BY MR. BALLARD:  You said it's your best

17    guess that the word "Orion" indicates who

18    manufactured this tube, and my question is:  Is

19    that based on anything of which you have personal

11:00  20    knowledge?

21         A.   No.

22         MR. GRALEWSKI:  Object to the form.

23    Misstates testimony.  Vague and ambiguous.

24         Q.   BY MR. BALLARD:  Okay.  We just looked at

11:00  25    a set of photos for one of the Dell monitors that

66

Gary Hanson

BARKLEY
Court Reporters

1    you purchased?

2         A.   Correct.

3         Q.   And we looked at another set of photos for

4    the Toshiba TV that you purchased?

11:00  5         A.   Correct.

6         Q.   Other than those two products, so I am

7    talking about the other three products that you

8    claim damages for, do you know whether any of those

9    products contain a CRT?

11:01  10         A.   Do I know they contain a CRT?

11         Q.   Do you know if they do or not?

12         A.   I am assuming they do.

13         Q.   And what do you base that assumption on?

14         A.   For the purpose of the television viewing

11:01  15    and the computer monitor viewing.

16         Q.   I am not sure --

17         A.   The CRT -- my understanding, the CRT is

18    the projection component.

19         Q.   Are there other kinds of projection

11:01  20    components?

21         A.   I don't know.

22         Q.   Are there TVs and -- or monitors out there

23    that do not have CRTs in them?

24         A.   Yes.

11:01  25         Q.   And how do you know that your TV is one of

67

Gary Hanson

BARKLEY
Court Reporters

1    the TVs that does have a CRT in it?

2         A.   Because I witnessed it taken apart and saw

3    the CRT within.

4         Q.   I'm talking about the -- I am not talking

11:01 5    about the Toshiba TV that we just talked about.

6    For those other TVs, the RCA TVs, have you ever

7    opened those to see if they have a CRT in them?

8         A.   No, I have not.

9         Q.   Do you know who manufactured the CRTs that

11:02 10   you think are contained in those TVs?

11        A.   No, I do not.

12        Q.   Are you aware that there were other

13   manufacturers of CRTs other than the named

14   defendants in this case?

11:02 15        A.   I do not know all of the manufacturers of

16   CRTs, no.

17        Q.   So you're not sure whether there may have

18   been other manufacturers of CRTs other than the

19   companies listed in the complaint?

11:02 20        MR. GRALEWSKI:  Object to the form.

21   Misstates testimony.

22        THE WITNESS:  I don't know for sure.

23        Q.   BY MR. BALLARD:  Isn't it possible that

24   the CRT that you believe is contained in these two

11:03 25   RCA TVs, that that CRT was manufactured by someone

68

BARKLEY
Court Reporters

         1   who was not named as a defendant in the complaint?

         2              MR. GRALEWSKI:  Object to the form.  Lacks

         3   foundation.  Calls for speculation.  Compound.

         4              You can answer.

11:03    5              THE WITNESS:  I don't know.

         6      Q.   BY MR. BALLARD:  You don't know what?

         7      A.   If it's possible that those TVs contain

         8   other CRTs.

         9      Q.   Do you have any documentation that would

11:03   10   tell us who made the CRTs in those TVs?

        11      A.   No, I do not.

        12              MR. GRALEWSKI:  And you're referring to

        13   the two RCA TVs, correct, Counsel?

        14              MR. BALLARD:  That's correct.

11:04   15              MR. GRALEWSKI:  Thank you.

        16      Q.   BY MR. BALLARD:  What about -- we looked

        17   at photos of one of the monitors, Dell monitors

        18   that you purchased.  What about the other monitor,

        19   have you ever opened that to see if there's a CRT

11:04   20   in it?

        21      A.   No, I have not.

        22      Q.   So you don't know who made the CRT in that

        23   monitor?

        24      A.   I do not know.

11:04   25      Q.   And you don't have any documentation that

                                  69

                            Gary Hanson

BARKLEY
Court Reporters

1    would tell you who made the CRT?

2        A.   No, no.

3        Q.   For the products that we did look at

4    photos of, the Toshiba TV and one of the Dell

11:04  5    monitors, did you know who manufactured the CRT in

6    those products at the time that you bought them?

7        A.   No.

8        Q.   Was the manufacturer of the CRT in the

9    product important to you when you purchased the

11:04  10    product?

11        A.   No.

12        Q.   You're claiming damages based on purchases

13    of three TVs and the purchase of two computer

14    monitors.  Is it your understanding that CRTs are

11:05  15    used in both TVs and computer monitors?

16        A.   Yes.

17        Q.   Are there any differences between the CRTs

18    that are used in TVs as compared to the CRTs that

19    are used in computer monitors?

11:05  20        A.   I don't know that as a fact.

21        Q.   You don't know whether there are any

22    differences or not?

23        A.   Correct.

24        Q.   Are you familiar with the term "color

11:05  25    picture tube"?

70

Gary Hanson

BARKLEY
Court Reporters

1      A.    Familiar with?

2      Q.    Have you ever heard that term before?

3      A.    Possibly.

4      Q.    What does it mean?

11:05  5      A.    Not knowing for sure, another guess, it

6   would be the picture tube in a color TV, or a color

7   monitor.

8      Q.    And what are you basing that guess on?

9      A.    The wording, the definition or the

11:06 10   assumption "color picture tube."

11      Q.    So you're basing it on the words that I

12   used?

13      A.    Exactly.

14      Q.    Have you ever heard the term "color

11:06 15   display tube"?

16      A.    No.

17      Q.    You're a plaintiff class representative in

18   this class action; is that correct?

19      A.    Correct.

11:06 20      Q.    And what is your understanding of your

21   role in this lawsuit?

22      A.    I am representing others that may have had

23   similar purchases during the prescribed time period

24   and may also have had some recoverable damages

11:06 25   based on the litigation.

<center>71</center>

<center>Gary Hanson</center>

<center>BARKLEY<br>Court Reporters</center>

        1       Q.   And are you seeking to represent a class
        2    in this case?
        3       A.   My understanding is I'm representing the
        4    other residents of the state of North Dakota.
11:07   5       Q.   And what is your understanding of the term
        6    "class representative"?
        7       A.   I am the individual named in the
        8    litigation representing the state of North Dakota
        9    and the other residents that may have been in a
11:07  10    position of similar purchases.
       11       Q.   And do you have any responsibilities as a
       12    class representative?
       13       A.   I need to be aware of what generally what
       14    the status of the litigation is.  I needed to
11:07  15    provide information based on my purchases, and I am
       16    here doing a deposition on that behalf as well.
       17       Q.   And about how much time so far have you
       18    spent doing those things, putting aside today's
       19    deposition?
11:08  20       A.   Six to eight hours, rough guess.
       21       Q.   And during that time, what kind of things
       22    have you done?
       23       A.   Gathering the information for the
       24    responses as we've reviewed.  Reviewing the
11:08  25    paperwork submitted for the claim on my behalf, and

                                72

BARKLEY
Court Reporters

1  reviewing any correspondence or any updates that

2  have been provided to me.

3      Q.   Do you independently monitor this case?

4      A.   On an ongoing basis, no.

11:08  5      Q.   Do you review the papers that are filed in

6  this case?

7      A.   I review what's provided to me by my

8  attorneys.

9      Q.   But you don't do any independent search

11:08  10  for filings?

11      A.   No, no.

12      Q.   What do you hope to get out of this case?

13      A.   If it's determined that the litigation

14  results in damages, I would be compensated for any

11:09  15  damages that I may have incurred in the purchases

16  that I've noted, and the other class

17  representatives of North Dakota would receive

18  similar compensation if they were to produce

19  claims.

11:09  20      Q.   Do you think that every member of the

21  class is entitled to receive the same amount?

22      A.   I think that's what the litigation will

23  determine.  I don't know how I would determine

24  that.

11:09  25      Q.   You don't know how it should be determined

73

BARKLEY
Court Reporters

1    what each class member gets?

2        A.   No.  I would rely on the attorneys

3    involved.

4        Q.   Other than an award of your damages, have

11:10  5    you been promised anything else for bringing this

6    lawsuit?

7        A.   No.

8        Q.   As a class representative, are you

9    entitled to any kind of compensation for performing

11:10 10    that role?

11        A.   That I'm not aware of.

12        Q.   What did the defendants do wrong in this

13    case?

14        A.   My understanding was that there was

11:10 15    conversation and/or whatever else that led to

16    potential price-fixing determining prices for the

17    CRTs.

18        Q.   And what is "price-fixing"?

19        A.   Individuals in the same industry or

11:11 20    business agreeing amongst each other to have a set

21    price regardless of which product they produce, and

22    that price would be what it would be.

23        Q.   And do you contend that you were injured

24    by the defendants' conduct in this case?

11:11 25        A.   If the litigation determines there was

74

Gary Hanson

BARKLEY
Court Reporters

1   price-fixing, then my understanding is that would

2   have resulted in my paying more than I would have

3   needed to for the products I purchased.

4       Q.   But you don't know if there was

11:11  5   price-fixing or not?

6       A.   I'm leaving that up to the attorneys and

7   the litigation.

8            (Previously marked Exhibit No. 11 for

9            identification.)

11:12  10      Q.   BY MR. BALLARD:  So you have just been

11  handed Exhibit 11, and this document is titled

12  "Indirect Purchaser Plaintiffs' Third Consolidated

13  Amended Complaint."

14           Have you seen this document before?

11:12  15      A.   I believe this has been provided to me by

16  my attorney for review.

17      Q.   And have you read it?

18      A.   I have reviewed it.

19      Q.   Did you review the whole thing or just

11:13  20  certain parts of it?

21      A.   The cursory review of the bold.

22      Q.   I'm sorry.  You said a cursory review of

23  the bold print to see if there were any bullet

24  points that were -- so you only reviewed the words

11:13  25  in the complaint that are in bold; is that right?

75

Gary Hanson

BARKLEY
Court Reporters

1          MR. GRALEWSKI:  Object to the form.

2    Misstates testimony.

3          THE WITNESS:  If I may rephrase that.  If

4    anything in bold caught my attention, I would have

11:13  5    reviewed a little more in-depth.  I did not review

6    all however many pages there are page by page, no.

7      Q.   BY MR. BALLARD:  About how much time did

8    you spend reading through this?

9      A.   About 15 minutes.

11:13 10     Q.   Did you have any involvement in drafting

11   this document?

12     A.   No.

13     Q.   When you said that you reviewed it, did

14   you review it before or after it was filed?

11:14 15     A.   I don't know that I recall exactly.

16     Q.   Do you remember when you reviewed it?

17     A.   Exact date, no.

18     Q.   Do you remember what year it was?

19     A.   No, I do not.

11:14 20     Q.   But it wasn't recently?

21     A.   Not that I recall.

22     Q.   This complaint, I'll represent to you, it

23   cites a number of sources of information.  For

24   example, it cites some news articles.  Have you

11:14 25   ever reviewed any of those?

76

BARKLEY
Court Reporters

1      A.    No.

2      Q.    Do you believe that statements in this

3   complaint are true?

4      A.    I am relying on the attorneys involved for

11:15   5   that purpose, yes.

6      Q.    So your belief that the statements

7   contained in this complaint are true is based

8   solely on the fact that they were drafted by your

9   lawyers?

11:15  10      A.    Yes.

11      Q.    How did you decide to sue the defendants

12   that are named in this complaint?

13      A.    I am not sure I understand the question.

14      Q.    This complaint names some specific

11:15  15   companies; is that correct --

16      A.    Yes.

17      Q.    -- as defendants?

18      A.    Correct.

19      Q.    How did you decide to sue those companies

11:15  20   and not some other companies?

21          MR. GRALEWSKI:  Object to the form.  Calls

22   for a legal conclusion.

23          I also caution you not to reveal any

24   communications with counsel.

11:16  25          THE WITNESS:  Then I will decline.

77

Gary Hanson

BARKLEY
Court Reporters

1      Q.   BY MR. BALLARD:  I'm sorry, you'll

2  decline?

3      A.   I'll decline.

4      Q.   Because you can't answer that question

11:16  5  without revealing attorney-client privilege?

6      A.   I don't know for sure if I can do that.

7      Q.   Do you have any current plans to purchase

8  another CRT product?

9      A.   At this time, no.

11:16  10      Q.   No plans to purchase a CRT TV or a

11  monitor?

12      A.   I am not in the market for anything at the

13  moment, no.

14      Q.   Would you ever purchase another CRT

11:16  15  product?

16      A.   I don't know.

17      Q.   There are other technologies out there

18  now, right?

19      A.   Correct.

11:17  20      Q.   There's LCDs and plasmas, right?

21      A.   Correct.

22      Q.   Given the existence of those technologies,

23  would you ever buy another CRT product?

24      A.   I'm thinking that determination would be

11:17  25  made at the time and what the circumstances are.

78

Gary Hanson

BARKLEY
Court Reporters

```
 1      Q.   Okay.  I'd like to ask you just a couple
 2  questions about Paragraph 243 of this document, and
 3  I'll give you a page number when I find it.  It is
 4  on Page 58.
```
11:17   5    A.    Okay.
```
 6      Q.   And I'll just read that.  It says:
 7                "As a direct result of the unlawful
 8                conduct of defendants and their
 9                co-conspirators in furtherance of
```
11:18 10    their continuing contract, combination
```
11                or conspiracy, plaintiffs and the
12                members of the nationwide class have
13                been injured and will continue to be
14                injured in their business and property
```
11:18 15    by paying more for CRT products
```
16                purchased indirectly from the
17                defendants and their co-conspirators
18                than they would have paid and will pay
19                in the absence of the combination and
```
11:18 20    conspiracy."
```
21           Do you see that?
22      A.   Yes.
23      Q.   And my question is about the phrase "will
24  continue to be injured."  If you don't have any
```
11:18 25    plans to ever buy another CRT product, how will you

<div align="center">79</div>

BARKLEY
Court Reporters

1    continue to be injured by the conduct alleged in

2    this complaint?

3            MR. GRALEWSKI:  Object to the form.

4    Misstates testimony.  Calls for a legal conclusion.

11:18  5            THE WITNESS:  If the litigation determines

6    that there was price-fixing, if that would continue

7    into the future and if I did purchase a CRT in the

8    future, I'm assuming I would be paying again too

9    much.

11:19 10      Q.   BY MR. BALLARD:  But you have no current

11    plans to do that?

12            MR. GRALEWSKI:  Object to the form.  Asked

13    and answered.  Misstates testimony.

14            THE WITNESS:  I am not currently in the

11:19 15    market for any product.

16      Q.   BY MR. BALLARD:  And if it turns out that

17    you don't ever purchase another CRT product, you

18    won't be injured in the future by the conduct

19    alleged in this complaint; is that right?

11:19 20            MR. GRALEWSKI:  Object to the form.  Lacks

21    foundation.  Calls for a legal conclusion.

22    Incomplete hypothetical.

23            THE WITNESS:  I don't know how to answer

24    it.

11:19 25      Q.   BY MR. BALLARD:  If you don't buy another

80

BARKLEY
Court Reporters

1    CRT product, is it possible for you to be injured

2    by the conduct alleged in this complaint and in the

3    future?

4            MR. GRALEWSKI:  Same objection.

11:20  5    Incomplete hypothetical.  Lacks foundation.  Calls

6    for a legal conclusion.

7            THE WITNESS:  If CRTs were no longer

8    manufactured, if I did not buy one, I probably

9    would not be injured in the future.

11:20 10    Q.   BY MR. BALLARD:  I want to flip back here,

11   and I apologize for flipping back and forth, but

12   I'd like to ask about Paragraphs 19 through 50 of

13   this complaint.  I am not going to ask about each

14   one, but feel free to look through these

11:20 15   paragraphs, which identify the plaintiffs in this

16   case.

17            And my question is going to be:  Do you

18   know any of these people?

19    A.   Having perused that part of it, I do not

11:21 20   believe I know any of the named individuals.

21    Q.   You've never met with or spoken with any

22   of these people?

23    A.   No.

24    Q.   You've never met -- go to Paragraph 35.

11:21 25   You've never met Barry Kushner from Minnesota?

81

Gary Hanson

BARKLEY
Court Reporters

1      A.   No, I have not.

2      Q.   Putting aside these people who are listed

3  here, do you know anybody else who has ever filed a

4  lawsuit regarding CRTs?

11:21   5      A.   I'm sorry, who has ever filed a lawsuit?

6  No, I don't.

7      Q.   Anyone who's ever been a plaintiff in a

8  lawsuit involving CRTs?

9      A.   No.

11:21  10      Q.   Flip back a couple pages to Paragraph 1.

11  And if you look at the end of this first sentence

12  here on Lines 15 and 16, it refers to a class

13  period:

14           "Beginning at least as early as March

11:22  15           1st, 1995, until at least November 25,

16           2007."

17       Do you see that?

18      A.   Yes.

19      Q.   Do you have any understanding of the

11:22  20  meaning of the phrase "class period"?

21      A.   Maybe not in a technical sense.

22      Q.   Do you have any non-technical

23  understanding of it?

24      A.   That that would be the period for which

11:22  25  the litigation is alleging the price-fixing.

82

Gary Hanson

BARKLEY
Court Reporters

1          Q.   And why did you choose this particular

2     period?

3               MR. GRALEWSKI:  I'll just caution the

4     witness to the extent you can answer that question

11:23   5     based on your knowledge, you can, but you should

6     not reveal any communications with counsel.

7               THE WITNESS:  I personally do not know why

8     that period was picked.

9          Q.   BY MR. BALLARD:  If you look at the next

11:23  10     sentence in this paragraph, it says:

11               "Plaintiffs allege that during the

12               class period the defendants conspired

13               to fix, raise, maintain and/or

14               stabilize prices of CRT products sold

11:23  15               in the United States."

16          Do you see that?

17          A.   Yes.

18          Q.   What is your basis for making this

19     allegation?

11:23  20          A.   The litigation that was brought forth.

21          Q.   I'm sorry?

22          A.   The litigation in place prior to my

23     becoming a class representative.

24          Q.   And how does that support the sentence

11:24  25     that I just read?

83

Gary Hanson

BARKLEY
Court Reporters

```
 1        A.    Again, relying on the attorneys involved

 2    regarding the litigation.

 3        Q.    So you don't have any personal knowledge

 4    that would form a basis for this allegation?

 5        A.    Personal knowledge, no.

 6        Q.    Flip ahead, if you will, to Paragraph 214,

 7    and that's on Page 48 at the bottom, and feel free

 8    to read this entire paragraph.  I'll just read the

 9    second sentence.  It says:

10                "The entire overcharge at issue was

11                 passed on to plaintiffs and members of

12                 the indirect purchaser classes."

13          Do you see that?

14        A.    Yes.

15        Q.    What does the word "overcharge" mean

16    there?

17        A.    My understanding of what that means?

18        Q.    Yes.

19        A.    The conversation or the agreement between

20    the manufacturers setting a price that may not have

21    been the one that would have been a competitive

22    price for all of the components had they not gotten

23    together and agreed to a fixed price.

24        Q.    Do you have any personal knowledge that

25    there was an overcharge of CRT --
```

11:24   5

11:24  10

11:25  15

11:25  20

11:25  25

84

Gary Hanson

BARKLEY
Court Reporters

1    A.   Personal knowledge, no.

2    Q.  -- products?  Do you have any personal

3 knowledge that would support the allegation here

4 that the overcharge was passed on to you?

11:25 5    A.   Personal knowledge, no.

6    Q.  Do you think the companies who sold you

7 the products that you bought, Dell, Best Buy,

8 Target, do you think that those companies made less

9 profit because of the conduct that's alleged in

11:26 10 here?

11       MR. GRALEWSKI:  Object to the form.  Calls

12 for speculation.  Lacks foundation.  Calls for

13 legal and expert testimony.

14       THE WITNESS:  I don't know.

11:26 15    Q.  BY MR. BALLARD:  Earlier you testified

16 that you came to be a named plaintiff in this case

17 following a conversation with Mr. Flom.  Prior to

18 that conversation, did you have any reason to

19 believe that you had been overcharged for the

11:26 20 products that you purchased?

21    A.   Prior to that conversation, I was not

22 aware of the pending litigation, no.

23    Q.  And you weren't aware of anything that

24 would lead you to believe that there was

11:26 25 price-fixing going on?

85

Gary Hanson

BARKLEY
Court Reporters

1        A.   I was not aware of that, no.

2        Q.   During the class period.  So since roughly

3   1995, did you come across any articles, any news

4   stories about CRTs or CRT products?

11:27  5        A.   Not that I recall.

6        Q.   Do you read any business journals

7   regularly?

8        A.   Yes.

9        Q.   Which ones?

11:27  10       A.   "Business week," "Investor News,"

11   industry-specific periodicals.

12       Q.   And the industry-specific ones are

13   specific to your job?

14       A.   Retirement area, yes.

11:27  15       Q.   Okay.  Do you read any technology

16   magazines?

17       A.   No.

18       Q.   No journals about technology?

19       A.   No.

11:27  20       Q.   Did you read "Business Week," and I'm

21   sorry, what was the other one?

22       A.   Investors -- it's a retirement-specific

23   investment periodical.

24       Q.   Okay.  Did you read "Business Weekly"

11:28  25   during the class period?

86

Gary Hanson

BARKLEY
Court Reporters

 1      A.   Not on a regular basis, no.

 2      Q.   About how often did you read it?

 3      A.   We get the subscription at the office.  If

 4   there's anything specific to my area, it's

11:28  5   highlighted and distributed to my staff.

 6      Q.   The entire magazine is distributed?

 7      A.   The portion highlighted, what's relevant

 8   to my area.

 9      Q.   It is just an excerpt from a magazine?

11:28 10      A.   Correct.

11      Q.   So during the period we're talking about,

12   you didn't ever review the entire magazine?

13      A.   Not usually.

14      Q.   If you look at Paragraph 284, and that's

11:29 15   on Page 92, and that's a one-sentence paragraph,

16   and it says:

17           "Throughout the relevant period,

18           defendants affirmatively and

19           fraudulently concealed their unlawful

11:29 20           conduct against plaintiffs and the

21           classes."

22      Do you see that?

23   A.   Yes.

24   Q.   What does "fraudulently concealed" mean?

11:29 25           MR. GRALEWSKI:  Object to the form.  Calls

87

Gary Hanson

BARKLEY
Court Reporters

          1    for a legal conclusion.  Overbroad.

          2        Q.   BY MR. BALLARD:  Just to be clear, my

          3    question is:  What does it mean as used in this

          4    sentence?

11:29     5            MR. GRALEWSKI:  Same objections.

          6            THE WITNESS:  I don't know that I know

          7    what it means in that sentence.

          8        Q.   BY MR. BALLARD:  Do you have any personal

          9    knowledge that would suggest that the defendants

11:30    10    concealed their conduct?

         11        A.   No.

         12        Q.   If you look at the next paragraph, 285,

         13    the first sentence says:

         14            "Plaintiffs and the members of the

11:30    15            classes did not discover and could not

         16            discover through the exercise of

         17            reasonable diligence that defendants

         18            were violating the law as alleged

         19            herein until shortly before this

11:30    20            litigation was commenced."

         21        Do you see that?

         22        A.   Uh-huh.

         23        Q.   Why were you unable to discover the

         24    existence of the alleged conspiracy?

11:30    25        A.   Because I was not looking for a

                                 88

BARKLEY
Court Reporters

1    conspiracy.

2        Q.    So you didn't take any steps to try and

3    discover?

4        A.    No.

11:31  5    Q.    In this paragraph it talks about

6    reasonable diligence.  It says the plaintiffs could

7    not have discovered the conspiracy by using

8    reasonable diligence.

9            Do you have an understanding as to what

11:31 10   that phrase means?

11            MR. GRALEWSKI:  Object to the form of the

12   question.  Calls for a legal conclusion.

13            THE WITNESS:  In the context, no.

14       Q.    BY MR. BALLARD:  What would be reasonable

11:31 15   diligence in this context?

16            MR. GRALEWSKI:  Same objection.  Calls for

17   a legal conclusion.

18            THE WITNESS:  I don't know the answer to

19   that either.

11:32 20   Q.    BY MR. BALLARD:  If you could just turn to

21   Paragraph 187.  It's on Page 43, on the bottom of

22   Page 43 and runs on to Page 44.  The second

23   sentence says:

24                "A March 13th, 2000, article in

11:32 25                'Infotech Weekly' quoted an industry

89

Gary Hanson

BARKLEY
Court Reporters

```
 1              analyst as saying that this price

 2              increase was 'unlike most other

 3              PC-related products.'"

 4         Do you see that sentence?

 5    A.   Yes.

 6    Q.   Have you ever read "Infotech Weekly"?

 7    A.   No, I have not.

 8    Q.   Do you know whether this article that's

 9    referenced -- have you ever read this article

10    that's referenced here?

11    A.   No.

12    Q.   Do you know whether this article was

13    publicly available in March of 2000?

14    A.   I have no idea.

15    Q.   Do you have any reason to think that it

16    wasn't publicly available?

17    A.   I would have no reason to believe that,

18    no.

19         MR. BALLARD:  I think those may be all the

20    questions that I have.  What I'd like to do is just

21    take a short break and make sure, if that's okay

22    with you?

23         MR. GRALEWSKI:  Yeah.

24         MR. BALLARD:  Thank you.

25         THE VIDEOGRAPHER:  We are now going off
```

90

Gary Hanson

1    the record.

2                    (Whereupon a recess was taken.)

3              THE VIDEOGRAPHER:  We are going to go back

4    on the record.  This concludes the deposition.  We

11:43   5    are now going off the record.

6                    (Whereupon the proceedings were

7                    concluded at 11:43 a.m.)

8                        ---o0o---

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

91

BARKLEY
Court Reporters

1            I have read the foregoing deposition

2    transcript and by signing hereafter, approve same.

3

4    Dated_____.

5

6

                    _____

7                       (Signature of Deponent)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Gary Hanson

BARKLEY
Court Reporters

1        DEPOSITION OFFICER'S CERTIFICATE

2

3    STATE OF CALIFORNIA      }
                              }   ss.
4    COUNTY OF SAN FRANCISCO  }

5

6         I, Balinda Dunlap, hereby certify:

7         I am a duly qualified Certified Shorthand

8    Reporter in the State of California, holder of

9    Certificate Number CSR 10710 issued by the Court

10   Reporters Board of California and which is in full force

11   and effect.  (Fed. R. Civ. P. 28(a)).

12        I am authorized to administer oaths or

13   affirmations pursuant to California Code of Civil

14   Procedure, Section 2093(b) and prior to being examined,

15   the witness was first duly sworn by me.  (Fed. R. Civ.

16   P. 28(a), 30(f)(1)).

17        I am not a relative or employee or attorney or

18   counsel of any of the parties, nor am I a relative or

19   employee of such attorney or counsel, nor am I

20   financially interested in this action.  (Fed. R. Civ. P.

21   28).

22        I am the deposition officer that

23   stenographically recorded the testimony in the foregoing

24   deposition and the foregoing transcript is a true record

25                           / / /

                              93

BARKLEY
Court Reporters

1  of the testimony given by the witness.  (Fed. R. Civ. P.

2  30(f)(1)).

3       Before completion of the deposition, review of

4  the transcript [XX] was [  ] was not requested.  If

5  requested, any changes made by the deponent (and

6  provided to the reporter) during the period allowed, are

7  appended hereto.  (Fed. R. Civ. P. 30(e)).

8

9  Dated:    MAY 2 1 2012      ,

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

94

BARKLEY
Court Reporters

82:12

**$**

**$100 (6)**
  51:24;52:6,10;55:25;
  56:6;60:2
**$114 (1)**
  57:9
**$664 (3)**
  58:14;59:21;60:15
**$770.41 (1)**
  56:21
**$99 (1)**
  56:24

**0**

**07-5944 (1)**
  6:19

**1**

**1 (2)**
  25:12;82:10
**11 (2)**
  75:8,11
**11:43 (1)**
  91:7
**118 (1)**
  40:2
**1202 (2)**
  6:5;13:1
**122 (2)**
  22:2,7
**123 (2)**
  24:22,25
**124 (2)**
  27:7,10
**125 (2)**
  35:19,21
**126 (2)**
  39:9,11
**127 (2)**
  42:13,15
**128 (2)**
  47:1,4
**129 (2)**
  52:12,15
**13 (2)**
  39:24;42:1
**130 (2)**
  60:21,24
**1300 (1)**
  6:14
**131 (2)**
  63:11,14
**13-inch (2)**
  36:21;41:20
**13th (1)**
  89:24
**15 (2)**
  76:9;82:12
**16 (1)**

82:12
**187 (1)**
  89:21
**1875 (1)**
  6:13
**19 (1)**
  81:12
**1968 (1)**
  11:11
**1972 (1)**
  10:2
**1995 (9)**
  26:12;30:1,3,5,9,14;
  31:25;82:15;86:3
**1-A (2)**
  27:12,18
**1-B (2)**
  35:24;63:22
**1-C (2)**
  27:14;42:18
**1-D (3)**
  47:8;48:3;53:1
**1-E (3)**
  48:3;52:24;53:1
**1st (1)**
  82:15

**2**

**20 (1)**
  42:23
**2000 (2)**
  89:24;90:13
**2002 (3)**
  37:2,7;43:23
**2003 (8)**
  43:15;20,23;48:7,9;
  49:4;54:8,19
**2005 (1)**
  55:11
**2007 (1)**
  82:16
**2008 (5)**
  20:20;27:22;30:7;
  36:13;42:23
**2010 (1)**
  35:17
**2012 (4)**
  6:1,4,15;64:25
**20th (1)**
  27:22
**214 (1)**
  84:6
**22 (1)**
  12:21
**2350 (1)**
  58:13
**243 (1)**
  79:2
**25 (1)**
  82:15
**25-inch (2)**
  29:22;43:13

**27th (2)**
  6:5;13:1
**28 (1)**
  50:16
**284 (1)**
  87:14
**285 (1)**
  88:12
**2nd (1)**
  64:23

**3**

**3 (2)**
  24:7,15
**3/30 (1)**
  48:11
**30 (2)**
  21:23;48:7
**31st (3)**
  48:8;54:8,19
**35 (1)**
  81:24

**4**

**4 (2)**
  6:1;58:12
**43 (2)**
  89:21,22
**44 (1)**
  89:22
**45 (1)**
  17:5
**48 (1)**
  84:7
**499 (1)**
  47:5
**4th (2)**
  6:3,15

**5**

**5/10/50 (1)**
  8:10
**50 (1)**
  81:12
**502 (1)**
  56:2
**504 (1)**
  52:16
**536412180 (1)**
  27:17
**58 (1)**
  79:4
**58078 (1)**
  8:15

**6**

**6:00 (1)**
  37:11
**68 (1)**

11:20

**7**

**7 (1)**
  24:6
**7.41 (1)**
  57:2
**72 (1)**
  11:20
**770.41 (2)**
  56:18;60:7

**8**

**836 (1)**
  8:14

**9**

**9:27 (1)**
  6:4,16
**90-day (1)**
  40:18
**92 (1)**
  87:15

**A**

**able (1)**
  62:1
**absence (1)**
  79:19
**account (2)**
  32:21,25
**accounting (3)**
  11:24;17:24;18:3
**accounts (1)**
  17:25
**accurate (1)**
  11:6
**acquisition (1)**
  24:10
**across (3)**
  38:5;54:1;86:3
**action (7)**
  18:14,19;19:9,10;
  20:9;24:12;71:18
**actually (2)**
  31:21;44:19
**addition (1)**
  45:23
**additional (5)**
  26:15;28:15;33:22;
  57:20;58:2
**address (7)**
  8:13,14,17;48:17,20;
  49:5;54:3
**admitting (1)**
  57:19
**advice (2)**
  20:15;26:25
**affairs (1)**

12:13
**affirmatively (1)**
  87:18
**again (11)**
  34:13;36:16;37:19;
  42:25;43:18;45:11;
  54:17;64:8;66:15;80:8;
  84:1
**against (1)**
  87:20
**ago (1)**
  12:21
**agreed (2)**
  20:24;84:23
**agreeing (1)**
  74:20
**agreement (2)**
  21:10;84:19
**ahead (5)**
  11:2;27:2;52:3;56:2;
  84:6
**Alaska (1)**
  55:14
**allegation (3)**
  83:19;84:4;85:3
**allege (1)**
  83:11
**alleged (6)**
  80:1,19;81:2;85:9;
  88:18,24
**alleging (1)**
  82:25
**although (1)**
  43:21
**ambiguous (6)**
  23:22;25:25;26:9;
  38:21;59:7;66:23
**amend (1)**
  17:20
**amended (4)**
  16:2,6;22:9;75:13
**America (2)**
  35:8;40:7
**amongst (1)**
  74:20
**amount (4)**
  57:4;60:12,14;73:21
**analyst (1)**
  90:1
**Anchorage (1)**
  55:14
**and/or (2)**
  74:15;83:13
**Anders (1)**
  6:11
**Angeles (1)**
  6:14
**answered (4)**
  14:11;19:8;33:20;
  80:13
**Antitrust (1)**
  6:19
**apart (1)**

68:2

**apologize (1)**
81:11

**appear (1)**
17:23

**appeared (2)**
6:9;32:6

**appearing (1)**
7:3

**appears (1)**
27:10

**area (5)**
13:8;32:5;86:14;87:4,
8

**around (2)**
32:7;45:1

**article (4)**
89:24;90:8,9,12

**articles (2)**
76:24;86:3

**aside (3)**
42:1;72:18;82:2

**associate (1)**
35:12

**associated (1)**
6:12

**assume (3)**
11:2;27:23;32:14

**assuming (6)**
32:13,20;33:15;65:18;
67:12;80:8

**assumption (2)**
67:13;71:10

**attend (1)**
11:18

**attention (1)**
76:4

**attorney (8)**
16:15,18;18:20;21:12;
23:17;61:24;63:18;
75:16

**attorney-client (3)**
16:11;19:18;78:5

**attorneys (6)**
24:3;73:8;74:2;75:6;
77:4;84:1

**attorney's (2)**
63:25;64:5

**attorneys' (1)**
21:19

**August (1)**
54:11

**authorities (1)**
57:21

**available (3)**
32:11;90:13,16

**award (1)**
74:4

**aware (11)**
11:7;19:9;21:3;35:1;
46:8;68:12;72:13;74:11;
85:22,23;86:1

## B

**B1 (1)**
24:19

**B19 (3)**
25:2;29:24;35:24

**B25 (1)**
24:19

**BA (1)**
11:25

**back (12)**
22:4;29:23;34:20;
36:25;46:24;55:12,16;
59:13;81:10,11;82:10;
91:3

**Baker (1)**
7:7

**Balinda (1)**
6:6

**BALLARD (73)**
6:24,25;7:18;8:1,4;
14:14;15:18;16:13;
19:14,22;20:6,18;21:22;
22:6,20,22;23:3,24;24:5,
24;26:6,12,17;27:6,9;
28:17;33:23;34:18;
35:21;38:24;39:11;40:4;
42:15;47:3;50:22;52:14;
58:22;59:10,19;60:2,6,
14,23;62:7,24;63:2,6,9,
13;64:14,18;66:8,16,24;
68:23;69:6,14,16;75:10;
76:7;78:1;80:10,16,25;
81:10;83:9;85:15;88:2,
8;89:14,20;90:19,24

**ballpark (1)**
38:19

**bank (1)**
17:23;32:21,25;33:1

**Barkley (1)**
6:12

**Barry (1)**
81:25

**base (3)**
24:11;38:2;67:13

**based (8)**
65:23;66:9,19;70:12;
71:25;72:15;77:7;83:5

**basing (2)**
71:8,11

**basis (4)**
73:4;83:18;84:4;87:1

**Bates (7)**
39:12,24;42:16;47:5;
52:16;62:18,19

**become (1)**
20:24

**becoming (1)**
83:23

**beginning (3)**
12:23;13:11;82:14

**behalf (4)**

6:21;7:6;72:16,25

**belatedly (1)**
20:2

**belief (1)**
77:6

**best (17)**
10:23;14:22;31:10,13,
16;32:2,6,8,8;38:7,14,
23;43:24;55:11;65:21;
66:16;85:7

**big (1)**
41:21

**big-box (2)**
32:4;34:14

**bills (1)**
31:8

**birth (1)**
8:9

**Bob (1)**
7:5

**bold (4)**
75:21,23,25;76:4

**born (1)**
9:25

**both (4)**
43:20;53:9;60:3;70:15

**bottom (7)**
29:7;40:2;51:17;56:3,
16;84:7;89:21

**Botts (1)**
7:7

**bought (11)**
31:10;37:9,24;38:9;
40:14;43:15;45:2;54:7,
18;70:6;85:7

**box (6)**
50:8;56:16,24;57:7,8,
11

**brand (5)**
34:22;41:23;46:8,10,
11

**brands (1)**
34:24

**break (1)**
90:21

**bringing (1)**
74:5

**brought (2)**
64:6;83:20

**bullet (1)**
75:23

**bundle (12)**
49:22,25;50:4,17;
51:22;52:1;54:2;55:20,
20,21;58:9,24

**bundled (2)**
49:11,13

**business (11)**
12:7,8;13:9;48:17,19;
74:20;79:14;86:6,10,20,
24

**Buy (23)**
31:11,13,16,22,22;

32:2,3,8;33:23;34:25;
38:14;44:19,22;45:5,24;
46:4;48:13;49:8;78:23;
79:25;80:25;81:8;85:7

**Buy/Walmart (1)**
37:25

**buyer (1)**
57:19

**buying (4)**
31:15;41:16;45:4;
46:12

## C

**calculated (1)**
57:5

**California (2)**
6:8,14

**called (2)**
7:13;60:20

**Calls (15)**
58:19;59:8,24;60:9,
18;69:3;77:21;80:4,21;
81:5;85:11,12;87:25;
89:12,16

**came (6)**
29:14;34:21;49:15;
50:8;58:24;85:16

**camera (1)**
27:23,25;62:25;63:4

**can (29)**
7:19;12:10;19:24;
20:2;21:3;22:15,25;
26:1,22;27:1;28:8,11,12;
34:10;39:21;49:12;
50:20;61:9;62:3,20;
64:8;65:16,24;66:5,13;
69:4;78:6;83:4,5

**canceled (1)**
31:9

**caps (1)**
57:13

**car (1)**
9:13

**card (9)**
29:18,19;31:8;32:13,
16,21,22;38:13;41:7

**care (1)**
41:19

**career (1)**
17:22

**Carolina (1)**
57:16

**Case (25)**
6:19;7:1;15:10,25;
18:23,25;19:3;21:8,19;
23:11,18;24:4;25:15,23;
46:2;62:23;68:14;72:2;
73:3,6,12;74:13,24;
81:16;85:16

**cases (1)**
18:1

**Catalog (2)**

57:14,14

**Cathode (3)**
6:18;13:13,25

**caught (1)**
76:4

**caution (3)**
26:23;77:23;83:3

**cautious (1)**
19:19

**CD-ROM (1)**
51:8

**Center (1)**
35:8

**Century (1)**
6:13

**certain (2)**
14:15;75:20

**certainly (2)**
20:2;22:15

**Certified (1)**
6:7

**cetera (1)**
12:7

**check (2)**
31:9;32:23

**checks (1)**
31:9

**choice (1)**
45:8

**choose (1)**
83:1

**Chuck (1)**
7:7

**circumstances (1)**
78:25

**cites (2)**
76:23,24

**claim (5)**
24:12;25:14,19;67:8;
72:25

**claiming (5)**
25:23;26:20;46:2;
70:12

**claims (1)**
73:19

**clarify (2)**
15:20;62:21

**class (24)**
7:6;18:13,13,18,19;
19:10;20:9;21:5;71:17,
18;72:1,6,12;73:16,21;
74:1,8;79:12;82:12,20;
83:12,23;86:2,25

**classes (3)**
84:12;87:21;88:15

**clear (2)**
55:19;88:2

**closer (1)**
45:5

**Cloud (1)**
53:23

**Co (1)**
22:10

**co-conspirators (2)**
79:9,17

**collects (1)**
57:15

**college (8)**
11:12,14;12:5;53:17,
18;54:10,13,20

**color (5)**
70:24;71:6,6,10,14

**column (1)**
58:11

**combination (2)**
79:10,19

**commenced (1)**
88:20

**commencing (1)**
6:4

**communications (12)**
19:18,21;20:4,13,14;
26:24;28:12;62:3;64:10;
66:2;77:24;83:6

**companies (6)**
68:19;77:15,19,20;
85:6,8

**company (5)**
12:14,19,21;15:3,13

**comparable (1)**
34:13

**comparative (2)**
32:10;34:12

**compared (1)**
70:18

**compensated (1)**
73:14

**compensation (2)**
73:18;74:9

**competitive (1)**
84:21

**complaint (17)**
16:2,3,5,6;68:19;69:1;
75:13,25;76:22;77:3,7,
12,14;80:2,19;81:2,13

**complaints (1)**
16:16

**complete (1)**
11:6

**component (3)**
13:25;14:8;67:18

**components (4)**
59:17,18;67:20;84:22

**Compound (1)**
69:3

**computer (15)**
13:17;14:18;19:7;
47:8;49:16;50:1,23;
51:15;58:17;61:3,4;
67:15;70:13,15,19

**concealed (3)**
87:19,24;88:10

**concluded (1)**
91:7

**concludes (1)**
91:4

**conclusion (8)**
37:8;77:22;80:4,21;
81:6;88:1;89:12,17

**concur (1)**
36:12

**condition (1)**
34:5

**conduct (8)**
74:24;79:8;80:1,18;
81:2;85:9;87:20;88:10

**confusing (1)**
11:1

**connection (5)**
18:7,23,25;33:14;48:3

**consider (1)**
45:4

**considered (1)**
20:5

**Consolidated (1)**
75:12

**conspiracy (5)**
79:11,20;88:24;89:1,7

**conspired (1)**
83:12

**consulting (1)**
18:20

**Consumer (1)**
40:7

**consumers (1)**
40:11

**contain (5)**
14:25;22:23;67:9,10;
69:7

**contained (3)**
68:10,24;77:7

**contend (1)**
74:23

**contents (1)**
66:1

**context (2)**
89:13,15

**continue (4)**
79:13,24;80:1,6

**continuing (1)**
79:10

**contract (2)**
21:7;79:10

**contracts (1)**
57:18

**Convenience (2)**
50:5,9

**convenient (1)**
45:5

**conversation (9)**
19:6;20:7,19,23;
74:15;84:19;85:17,18,21

**copies (1)**
62:18

**copy (1)**
39:18

**corner (1)**
27:16;29:7

**corporate (1)**

**13:7**

**correctly (1)**
29:25

**correspondence (1)**
73:1

**costs (1)**
21:16

**Counsel (15)**
7:22;19:21;20:4,14;
26:24;28:9;60:4;62:3,
17;63:5,10;64:10;69:13;
77:24;83:6

**counsels (1)**
6:22

**counsel's (2)**
19:20;40:1

**count (1)**
50:15

**counter (5)**
37:11;38:4;42:9;64:2,
5

**countertop (1)**
41:13

**County (3)**
6:7;17:24;18:4

**couple (4)**
35:10;51:24;79:1;
82:10

**course (4)**
12:6;15:24,25;20:7

**Court (6)**
6:12;7:10;10:9,11;
17:24;18:4

**cover (2)**
61:20,21

**CPU (5)**
50:23,24;58:12,17;
59:21

**Credit (7)**
31:8;32:13,16,20,22;
38:13;41:7

**CRT (45)**
14:3,8,19,25,25;24:11;
25:12,22;26:6;61:15,17;
62:9,14,16;63:23;65:7,
14,17,21;67:9,10,17,17;
68:1,3,7,24,25;69:19,22;
70:1,5,8;78:8,10,14,23;
79:15,25;80:7,17;81:1;
83:14;84:25;86:4

**CRT000106 (1)**
39:13

**CRT000118 (1)**
39:25

**CRT000156 (1)**
42:16

**CRT000497 (1)**
47:5

**CRT000500 (1)**
52:16

**CRTs (20)**
14:6,15,20;15:4,14;
67:23;68:9,13,16,18;

**69:8,10;70:14,17,18;**
74:17;81:7;82:4,8;86:4

**current (2)**
78:7;80:10

**currently (3)**
8:19;30:7;80:14

**cursory (2)**
75:21,22

**cycle (1)**
41:6

## D

**DAKOTA (16)**
6:1,6,18;9:5,16,18,23;
10:1;20:11;31:11;33:3,
4;37:25;72:4,8;73:17

**damages (11)**
25:14,19,23;26:20;
46:2;67:8;70:12;71:24;
73:14,15;74:4

**date (14)**
6:15;8:9;27:23;28:2,4;
30:11;42:25;43:10;48:6,
7,8,9,11;76:17

**dates (1)**
27:25

**daughter (1)**
35:12

**day (2)**
6:4;36:4

**day-to-day (1)**
13:5

**deal (1)**
53:9

**December (3)**
37:2,5,13

**decide (6)**
32:2;44:22;46:4;49:8;
77:11,19

**decision (1)**
50:4

**decline (1)**
77:25;78:2,3

**Defendant (3)**
7:13;22:10;69:1

**defendants (14)**
7:1,8,25;15:10;68:14;
74:12;77:11,17;79:8,17;
83:12;87:18;88:9,17

**defendants' (1)**
74:24

**definition (2)**
14:23;71:9

**definitions (1)**
13:23

**degree (2)**
11:21,24

**Dell (13)**
47:7;48:1,15;52:18;
57:14,14;61:3,4;65:2;
66:25;69:17;70:4;85:7

**depending (1)**

**12:13**

**depict (2)**
63:20,23

**deposed (1)**
18:10

**deposition (16)**
6:16,20;7:24;10:3,8;
13:24;15:19;16:19;17:7,
9,13;61:1;63:16;72:16,
19;91:4

**description (2)**
13:22;62:21

**descriptions (1)**
58:5

**desk (1)**
50:8

**determination (1)**
78:24

**determine (3)**
32:7;73:23,23

**determined (2)**
73:13,25

**determines (2)**
74:25;80:5

**determining (2)**
30:13;74:16

**differences (2)**
70:17,22

**different (2)**
14:14;50:16

**diligence (4)**
88:17;89:6,8,15

**dimension (1)**
58:13

**direct (1)**
79:7

**Directly (1)**
23:23

**director (1)**
35:13

**disclose (1)**
20:13

**discounted (1)**
39:3

**discover (4)**
88:15,16,23;89:3

**discovered (1)**
89:7

**discussion (2)**
21:13;46:20

**display (1)**
71:15

**disposition (1)**
37:20

**dissolution (1)**
31:3

**distributed (2)**
87:5,6

**divulge (3)**
19:17;20:16;26:24

**document (22)**
22:8;13,17,18,24;
23:13,16,17,20;24:25;

25:4;27:12;39:12;50:19;
52:4;59:7,9;63:8;75:11,
14;76:11;79:2
**documentation (7)**
24:4;27:5;28:15;
29:16;45:11;69:9,25
**documents (18)**
16:6,14,15;30:18,22;
31:4,7;37:15,20;41:3;
43:25;44:3;47:14,22;
52:18,20;62:18,19
**dollars (2)**
59:2,21
**donated (2)**
35:5,15
**donating (1)**
35:14
**done (4)**
32:9;34:12;60:5;72:22
**down (7)**
24:15;37:23;40:17;
45:20;51:1,24;58:22
**drafted (1)**
77:8
**drafting (1)**
76:10
**drive (2)**
51:6,8
**Dunlap (1)**
6:6
**during (10)**
11:18;13:24;26:4;
31:19;71:23;72:21;
83:11;86:2,25;87:11
**Dylan (1)**
6:25

### E

**E772 (1)**
58:23
**earlier (7)**
18:9;20:8;29:6;41:2;
58:7;64:1;85:15
**early (4)**
17:22;20:20;31:25;
82:14
**earn (1)**
11:21
**easier (1)**
48:22
**East (1)**
6:13
**education (2)**
12:2,4
**eight (1)**
72:20
**either (5)**
28:25;43:23;47:16;
48:9;89:19
**electronics (1)**
31:14
**else (10)**

17:6;38:10;43:8;45:4;
49:15;50:11;59:22;74:5,
15;82:3
**end (1)**
82:11
**entire (5)**
59:16;84:8,10;87:6,12
**entirety (1)**
17:12
**entitled (2)**
73:21;74:9
**Essentially (1)**
12:12
**estate (2)**
9:8;12:16
**estimate (1)**
55:11
**et (1)**
12:7
**even (2)**
21:11;38:19
**event (1)**
15:22
**exact (3)**
30:11;47:24;76:17
**exactly (10)**
23:7;28:24;31:17;
33:6;37:14;58:21;59:16;
62:5;71:13;76:15
**EXAMINATION (1)**
7:18
**examined (1)**
7:15
**example (3)**
30:24;50:22;76:24
**excerpt (1)**
87:9
**executive (1)**
35:13
**exercise (1)**
88:16
**Exhibit (30)**
22:2,7;24:19,22,25;
25:2;27:7,10;29:24;
35:19,21,24;39:9,11;
42:13,15;47:1,4,4,25;
52:4,12,15,15;60:21,24;
63:11,14;75:8,11
**exhibits (1)**
22:24
**existence (2)**
78:22;88:24
**expert (4)**
58:19;59:8;60:20;
85:13
**explain (4)**
12:10;22:20,21;49:12
**extent (3)**
16:8;62:1;83:4

### F

**fact (7)**

32:8;42:1;50:3;52:8;
56:6;70:20;77:8
**factor (4)**
34:7;41:21,22;46:12
**fairly (1)**
39:12
**Falls (3)**
8:24;9:1;44:11
**familiar (3)**
44:24;70:24;71:1
**far (2)**
15:12;72:17
**FARGO (21)**
6:1,6,17;8:12,15;13:1;
31:11;33:4;34:14;36:8,
11,16;37:25;42:10,11;
43:6,19;49:3,5;55:3;
61:7
**features (2)**
34:2;41:25
**February (1)**
20:22
**feel (2)**
81:14;84:7
**fees (2)**
21:12,19
**Fergus (3)**
8:24,25;44:11
**few (1)**
19:8
**fiduciary (1)**
12:15
**file (1)**
21:3
**filed (5)**
23:18;73:5;76:14;
82:3,5
**filing (1)**
21:2
**filings (1)**
73:10
**find (1)**
79:3
**fine (5)**
57:12;63:1,2,7,9
**finish (1)**
10:18
**firm (1)**
19:4
**First (16)**
22:10,12;24:8,8;
25:10,11;32:4;33:1;
34:14;40:6;47:6,25;
50:22;53:19;82:11;
88:13
**five (5)**
23:6;25:13,17;52:15;
60:24
**fix (1)**
83:13
**fixed (1)**
84:23
**flip (3)**

81:10;82:10;84:6
**flipping (1)**
81:11
**Flom (10)**
6:17;7:2,2,3;16:22;
17:11;19:5;20:19,24;
85:17
**floppy (1)**
51:6
**Florida (1)**
57:15
**flyer (4)**
49:9,10,24;50:10
**following (3)**
20:23;40:9;85:17
**follows (1)**
7:16
**forever (1)**
46:9
**form (29)**
14:10;15:16;23:21;
25:24;26:8;33:19;34:8;
38:20;50:18;52:5,5;
56:3;58:18;59:6,23;
60:8;66:11,22;68:20;
69:2;76:1;77:21;80:3,
12,20;84:4;85:11;87:25;
89:11
**forth (2)**
81:11;83:20
**forward (1)**
22:17
**foundation (11)**
34:9;50:19;58:19;
59:7,24;60:10,18;69:3;
80:21;81:5;85:12
**four (2)**
23:6;51:12
**Francisco (1)**
6:8
**fraudulently (2)**
87:19,24
**free (3)**
59:5;81:14;84:7
**frequent (1)**
31:13
**Friday (2)**
6:3;64:20
**front (1)**
16:3
**full (1)**
7:20
**fully-operational (1)**
49:16
**funds (2)**
32:21,24
**further (3)**
20:14;24:17;40:17
**furtherance (1)**
79:9
**future (5)**
80:7,8,18;81:3,9

### G

**Gary (5)**
6:20;7:12,21;25:2;
29:8
**G-a-r-y (1)**
7:21
**Gathering (1)**
72:23
**gave (3)**
54:5;55:4,16
**general (3)**
19:6;23:14;33:24
**generally (1)**
72:13
**gets (1)**
74:1
**given (4)**
10:8;23:13;26:5;78:22
**giving (1)**
10:18
**Good (2)**
6:11,24
**graduate (2)**
11:8,10
**Gralewski (65)**
7:4,5,5,22;8:3;14:10;
15:16;16:7,22;17:12;
19:13,16;20:1,12;22:14,
21,23;23:21;24:1;25:24;
26:8,13,22;28:8;33:19;
34:8;38:20;40:1;50:18;
58:18;59:6,23;60:4,9,17,
25;62:1,17;63:1,3,7,10,
15;64:8,16;65:24;66:11,
22;68:20;69:2,12,15;
76:1;77:21;80:3,12,20;
81:4;83:3;85:11;87:25;
88:5;89:11,16;90:23
**ground (1)**
10:7
**growing (1)**
46:9
**guardianship (1)**
18:3
**guess (11)**
23:15;24:6;31:25;
38:22;65:22,23;66:8,17;
71:5,8;72:20
**Guessing (1)**
29:22
**guys (1)**
16:25

### H

**half (1)**
61:1
**handed (10)**
22:7;24:25;27:10;
47:3;52:15;60:24,25;
63:13,15;75:11

**handling (1)**
   56:25
**Hanson (9)**
   6:21,24;7:3,12,19,21;
   20:3;25:3;29:8
**H-a-n-s-o-n (1)**
   7:21
**happened (1)**
   38:5
**Hawaii (1)**
   40:8
**head (1)**
   13:7
**headed (1)**
   24:7
**heading (1)**
   24:25
**heard (2)**
   71:2,14
**Heartland (4)**
   12:19,20,25;13:3
**held (3)**
   15:9,12;55:16
**herein (1)**
   88:19
**high (2)**
   11:8;12:4
**higher (1)**
   56:23
**highlighted (2)**
   87:5,7
**hold (1)**
   63:3
**holding (1)**
   15:22
**home (7)**
   8:19;33:25;34:1;
   48:16;49:2;54:24;61:11
**homes (1)**
   8:21
**hope (1)**
   73:12
**hour (3)**
   6:4;17:5;61:1
**hours (1)**
   72:20
**house (6)**
   36:16;43:6;44:14,17;
   45:18;49:3
**hypothetical (2)**
   80:22;81:5

### I

**idea (2)**
   58:1;90:14
**identical (2)**
   55:21;56:14
**identification (11)**
   22:3;24:23;27:8;
   35:20;39:10;42:14;47:2;
   52:13;60:22;63:12;75:9
**identified (3)**

27:12;47:8;52:24
**identifies (3)**
   62:9,14;65:17
**identify (3)**
   6:23;24:10;81:15
**identifying (3)**
   47:10,12;65:14
**important (4)**
   10:16;34:3;64:14;70:9
**improper (1)**
   19:23
**inches (1)**
   42:2
**included (2)**
   51:13;55:25
**incomplete (4)**
   22:18,22;80:22;81:5
**Incorporated (2)**
   40:8,9
**increase (1)**
   90:2
**incurred (1)**
   73:15
**independent (4)**
   12:14,15;65:25;73:9
**independently (1)**
   73:3
**in-depth (1)**
   76:5
**indicate (2)**
   64:11,15
**indicated (2)**
   30:8;34:11
**indicates (1)**
   66:17
**Indirect (6)**
   22:8;23:9,24;24:17;
   75:12;84:12
**indirectly (1)**
   79:16
**individual (2)**
   21:3;72:7
**Individuals (2)**
   74:19;81:20
**industry (2)**
   74:19;89:25
**industry-specific (2)**
   86:11,12
**information (6)**
   20:16;29:13;36:18;
   72:15,23;76:23
**Infotech (2)**
   89:25;90:6
**injured (8)**
   74:23;79:13,14,24;
   80:1,18;81:1,9
**inquired (1)**
   19:7
**instruct (7)**
   16:12;19:19;20:12;
   27:2;28:13;62:4;66:4
**instruction (1)**
   64:16

**Intel (1)**
   58:12
**Internet (2)**
   31:23;32:1
**interpose (3)**
   16:7;22:16;60:19
**Interrogatories (3)**
   22:11;23:11;28:19
**Interrogatory (7)**
   24:7;37:1,24;42:19;
   43:14;47:9;52:25
**interrupt (4)**
   7:22;19:14,16,23
**into (5)**
   31:22;37:6;43:18;
   44:19;80:7
**invade (1)**
   16:10
**investment (1)**
   86:23
**Investor (1)**
   86:10
**Investors (1)**
   86:22
**invoice (5)**
   56:10,14,17;59:20;
   60:12
**invoices (1)**
   41:5
**involve (1)**
   20:11
**involved (5)**
   21:20;25:9;74:3;77:4;
   84:1
**involvement (5)**
   15:4,13;23:19,25;
   76:10
**involving (1)**
   82:8
**issue (1)**
   84:10
**issued (1)**
   7:25
**item (3)**
   50:23;58:5;59:2

### J

**Jeffrey (1)**
   6:11
**Jeffries (3)**
   6:17;7:2;19:5
**job (3)**
   13:3;15:6;86:13
**Joel (2)**
   7:2;19:6
**John's (3)**
   53:19,22,23
**journals (2)**
   86:6,18

### K

**Kentucky (1)**
   57:15
**keyboard (2)**
   49:14;51:2
**kind (6)**
   10:6;14:17;18:1;
   21:10;72:21;74:9
**kinds (3)**
   14:15;31:7;67:19
**Kirby (1)**
   7:5
**kitchen (6)**
   37:11;38:4;41:14;
   42:9;64:2,4
**knowing (1)**
   71:5
**knowledge (12)**
   14:22;66:1,10,20;
   83:5;84:3,5,24;85:1,3,5;
   88:9
**known (1)**
   27:24
**Kushner (1)**
   81:25

### L

**label (10)**
   27:15;29:7,9;36:18;
   62:7,11;65:9,11,16,18
**labels (1)**
   65:12
**labor (1)**
   40:18
**Lacks (11)**
   34:8;50:18;58:18;
   59:6,23;60:10,18;69:2;
   80:20;81:5;85:12
**lake (7)**
   8:22;29:1;43:4;44:14;
   45:18;46:18;55:6
**Lakeridge (2)**
   8:14,17
**laptop (1)**
   55:15
**large (1)**
   65:18
**last (7)**
   24:16;52:3;61:13;
   63:4,5,22;65:5
**later (1)**
   35:17
**law (2)**
   6:17;88:18
**lawsuit (10)**
   17:15,17;20:25;21:2,
   3;71:21;74:6;82:4,5,8
**lawyer (2)**
   18:5;21:8
**lawyers (4)**
   28:10,11;66:2;77:9
**LCDs (1)**
   78:20

**lead (2)**
   37:8;85:24
**least (2)**
   82:14,15
**leaving (1)**
   75:6
**led (1)**
   74:15
**left (1)**
   57:11
**legal (10)**
   20:15;26:25;77:22;
   80:4,21;81:6;85:13;
   88:1;89:12,17
**lengthy (1)**
   39:12
**less (1)**
   85:8
**light (1)**
   30:19
**likely (1)**
   21:19
**limit (1)**
   51:18
**Limited (5)**
   40:5,10,18,19,19
**line (3)**
   12:7;51:2,17
**lines (4)**
   51:24;56:17;58:23;
   82:12
**list (2)**
   26:16;49:19
**listed (6)**
   25:13;50:16,23;59:15;
   68:19;82:2
**lists (3)**
   50:15;58:6;59:20
**Litigation (18)**
   6:19;21:15;23:18;
   25:9;71:25;72:8,14;
   73:13,22;74:25;75:7;
   80:5;82:25;83:20,22;
   84:2;85:22;88:20
**little (5)**
   31:25;40:2;49:12;
   56:23;76:5
**live (1)**
   8:11
**lived (2)**
   8:16;9:22
**lives (1)**
   64:1
**local (1)**
   17:23
**located (6)**
   6:13;8:23;12:25;
   32:25;44:14;53:25
**location (1)**
   45:6
**logo (1)**
   48:1
**long (5)**

8:16;12:20;17:4;47:4;
52:16
**longer (2)**
41:4;81:7
**look (22)**
13:20;16:3;24:5;
27:15;40:17;50:14;56:9,
16,23;57:7,11;58:5,11;
59:1;61:13;65:5;70:3;
81:14;82:11;83:9;87:14;
88:12
**looked (11)**
23:5;30:6;36:4,11;
44:4;52:18;61:19;65:3;
66:24;67:3;69:16
**looking (13)**
29:23;32:10;34:19;
38:6;41:20;42:1;46:5;
47:11,20;50:1,11;55:20;
88:25
**looks (9)**
25:12;27:21;29:6;
35:22;36:3;42:16;50:23;
51:10;54:7
**Los (1)**
6:14
**lower (2)**
27:16;49:20
**Ltd's (1)**
22:10

**M**

**magazine (3)**
87:6,9,12
**magazines (1)**
86:16
**mail (2)**
18:17,22
**mail-in (2)**
51:25;52:4
**maintain (1)**
83:13
**major (2)**
41:22;46:12
**making (1)**
83:18
**MALAISE (2)**
7:7,7
**manage (2)**
12:12;13:7
**manual (6)**
36:23;39:13,15,18,21;
41:1
**manufactured (7)**
30:8,10;66:18;68:9,
25;70:5;81:8
**manufacturer (3)**
62:16;65:21;70:8
**manufacturers (4)**
68:13,15,18;84:20
**many (2)**
16:25;76:6

**March (10)**
27:21;36:13;42:23;
48:7,8;54:7,19;82:14;
89:24;90:13
**marked (12)**
22:2,7;24:22;27:7;
35:19;39:9;42:13;47:1;
52:12;60:21;63:11;75:8
**market (2)**
78:12;80:15
**marketing (1)**
15:7
**matched (1)**
61:9
**material (1)**
15:23
**materials (1)**
16:1
**matter (2)**
6:18;41:23
**MAY (13)**
6:1,4,15;22:19;64:23;
68:17;71:22,24;72:9;
73:15;76:3;84:20;90:19
**maybe (3)**
51:1;62:21;82:21
**McInerney (1)**
7:6
**mean (10)**
46:7;49:13;50:6;60:6;
62:15;65:20;71:4;84:15;
87:24;88:3
**meaning (1)**
82:20
**means (9)**
57:9,25;58:1,20;
62:12;66:9;84:17;88:7;
89:10
**meant (1)**
8:1
**measure (1)**
36:24
**meet (4)**
16:18,21,23,25
**meeting (2)**
17:4,11
**member (4)**
18:13,18;73:20;74:1
**members (3)**
79:12;84:11;88:14
**memory (1)**
31:15
**mentioned (3)**
16:16;20:8;29:6
**met (4)**
6:25;81:21,24,25
**method (1)**
32:18
**might (6)**
14:25;18:16,18;27:14;
30:18;38:8
**mind (1)**
59:11

**Minnesota (13)**
8:24;9:9,10,23,25;
44:11,16,17;49:6;53:24;
54:1;61:11;81:25
**minus (1)**
60:7
**minutes (2)**
17:5;76:9
**Mischaracterizes (1)**
59:9
**Misstates (7)**
34:9;66:12,23;68:21;
76:2;80:4,13
**mistaken (1)**
27:18
**model (10)**
29:8,14,17;30:8;
36:17;39:22;41:17;
45:20,22,24
**moment (1)**
78:13
**monetary (1)**
35:14
**money (1)**
12:12
**monitor (26)**
13:17;14:19,24;19:8;
47:8;48:10;49:14;50:12;
54:23;56:14;58:23,23;
59:5;61:4,4,11,16;62:10,
15;64:12;67:15;69:18,
23;71:7;73:3;78:11
**monitors (15)**
14:21;53:10,14;56:19;
60:3,7;61:5;66:25;
67:22;69:17,17;70:5,14,
15,19
**month (2)**
20:21;30:14
**Moorhead (7)**
11:15,16,17,19;53:20,
25;54:1
**more (6)**
20:6,13;49:12;75:2;
76:5;79:15
**morning (2)**
6:11,24
**most (2)**
32:15;90:2
**mouse (2)**
49:15;51:4
**move (1)**
10:1
**moved (1)**
37:6
**moving (1)**
43:18
**much (7)**
8:25;33:5;38:17;45:9;
72:17;76:7;80:9

**N**

**name (8)**
6:11,25;7:20;16:4;
44:24;46:6,7;65:19
**named (8)**
19:2;20:24;68:13;
69:1;72:7;77:12;81:20;
85:16
**names (1)**
77:14
**National (3)**
33:1;44:24;46:8
**nationwide (1)**
79:12
**nature (1)**
12:13
**need (2)**
66:3;72:13
**needed (2)**
72:14;75:3
**needs (1)**
31:14
**Nevada (1)**
57:16
**new (5)**
30:16,17;40:14;41:12;
53:22
**news (4)**
37:11;76:24;86:3,10
**next (6)**
37:23;56:9;57:7;
58:12;83:9;88:12
**Nine (1)**
8:18
**nitty-gritty (1)**
50:7
**nonmonetary (1)**
35:14
**non-technical (1)**
82:22
**Nope (1)**
41:6
**normal (3)**
15:24;31:2;37:20
**NORTH (17)**
6:1,6,17;9:5,16,17,22;
10:1;20:11;31:11;33:3,
4;37:25;57:16;72:4,8;
73:17
**Norwest (1)**
33:2
**note (2)**
7:24;8:1
**noted (2)**
63:21;73:16
**notes (1)**
17:9
**notice (4)**
7:25;18:12,15,16
**November (5)**
37:2,4,7,13;82:15
**number (15)**
27:16;29:8,9,14,14,17,
17;36:17,17;42:16;

**name (8)**
47:10,12;61:9;76:23;
79:3
**numbered (5)**
25:10,11;39:25;52:16;
62:18
**numbers (2)**
40:2;47:24;62:20

**O**

**o0o- (3)**
6:2;7:17;91:8
**Object (26)**
14:10;15:16;19:24;
23:21;25:24;26:8;33:19;
34:8;38:20;50:18;58:18;
59:6,23;60:4;66:11,22;
68:20;69:2;76:1;77:21;
80:3,12,20;85:11;87:25;
89:11
**objecting (1)**
20:1
**objection (9)**
8:6;22:16,25;24:1;
60:9,10,17;81:4;89:16
**Objections (2)**
22:9;88:5
**Oblong (1)**
13:21
**occasion (1)**
28:1
**occasionally (1)**
17:23
**occur (1)**
35:9
**occurred (2)**
26:18;35:17
**occurs (1)**
37:21
**o'clock (1)**
37:11
**off (10)**
21:22,24;29:19;46:20,
21;61:20,21,23;90:25;
91:5
**offer (1)**
49:24
**office (4)**
48:22;63:25;64:5;87:3
**officer (3)**
12:9,10;17:22
**offices (1)**
6:17
**often (2)**
31:13;87:2
**old (3)**
8:7;35:15;37:20
**older (3)**
45:20,22,24
**Olson (3)**
6:17;7:2;19:5
**Once (1)**
17:1

**one (37)**
8:14;10:21;13:18;
18:21;23:7;32:4;35:15;
38:5,6,12,17;42:6;43:3,
4,8;45:9;46:1;49:17,25;
50:8;52:22;53:1,1,3;
54:25;55:4;56:17;61:7,
8;66:25;67:25;69:17;
70:4;81:8,14;84:21;
86:21

**ones (2)**
86:9,12

**one-sentence (1)**
87:15

**one-year (3)**
40:19;51:18,21

**ongoing (1)**
73:4

**online (4)**
38:12;48:14;49:8;53:7

**only (6)**
8:19;34:5;45:7,18;
57:18;75:24

**opened (2)**
68:7;69:19

**operational (1)**
54:21

**option (1)**
45:7

**order (2)**
48:7;52:21

**original (4)**
16:2,5;39:18;40:10

**Orion (4)**
65:19,20;66:9,17

**others (1)**
71:22

**Otherwise (5)**
27:2;28:12;49:20;
62:4;66:4

**out (6)**
13:23;32:21;67:22;
73:12;78:17;80:16

**outside (1)**
9:22

**over (2)**
10:17;15:24

**Overbroad (3)**
15:17;26:9;88:1

**overcharge (4)**
84:10,15,25;85:4

**overcharged (1)**
85:19

**own (3)**
9:13;54:24;65:25

**owner's (3)**
36:23;39:13,15

---

**P**

**package (7)**
49:11,13,16;51:23;
52:21;54:2;59:16

**packages (2)**
48:22;56:20

**Packing (5)**
48:1,2,8;49:19;50:14

**page (23)**
10:10;16:3;24:6;
25:11;39:24;40:4,17;
47:25;52:3;56:2,9;
62:22;63:5,5;76:6,6;
79:3,4;84:7;87:15;
89:21,22,22

**pages (6)**
47:4,7,21;52:15;76:6;
82:10

**paid (11)**
32:17,20,22;33:8;
41:8;49:17;56:18;58:16;
60:11,15;79:18

**paper (2)**
49:9;50:11

**papers (1)**
73:5

**paperwork (1)**
72:25

**paragraph (12)**
24:7;79:2;81:24;
82:10;83:10;84:6,8;
87:14,15;88:12;89:5,21

**Paragraphs (2)**
81:12,15

**Park (1)**
6:13

**part (11)**
24:8;27:12;35:24;
50:17;51:22,23,25;
57:13;58:9;65:16;81:19

**participant (1)**
20:9

**particular (5)**
18:21;30:7;41:16,25;
83:1

**parties (1)**
6:22

**partner (2)**
12:22;13:3

**parts (2)**
40:19;75:20

**party (1)**
17:16

**passed (2)**
84:11;85:4

**past (2)**
19:8;35:10

**pattern (1)**
35:14

**pay (8)**
9:5,7;32:12;33:5;
38:17;45:9;58:2;79:18

**paying (3)**
75:2;79:15;80:8

**payment (2)**
21:11,15

**PC-related (1)**

90:3

**pending (1)**
85:22

**Pentium (1)**
58:12

**people (4)**
14:8;81:18,22;82:2

**people's (1)**
12:12

**percent (1)**
9:2

**performing (1)**
74:9

**period (12)**
26:4;71:23;82:13,20,
24;83:2,8,12;86:2,25;
87:11,17

**periodical (1)**
86:23

**periodicals (1)**
86:11

**permitted (1)**
20:15

**personal (12)**
33:24;45:17;49:2;
66:9,19;84:3,5,24;85:1,
2,5;88:8

**personally (5)**
6:8;61:19,21;62:13;
83:7

**pertains (1)**
19:10

**perused (1)**
81:19

**Philips (1)**
7:8

**photo (30)**
27:11,19,21;28:6,23,
25;29:2,5;30:21;35:22,
23;36:1,4,7,8,10;41:1;
42:17,18,21;44:4;61:13,
14,15,17,25;62:6;65:5,6,
7

**photograph (1)**
27:11

**photographs (2)**
60:24;61:2

**photos (14)**
43:5;61:10;63:14,16,
17,20,24;64:18;65:2,2;
66:25;67:3;69:17;70:4

**phrase (3)**
79:23;82:20;89:10

**phrased (2)**
16:9,11

**picked (1)**
83:8

**picture (5)**
28:14;40:20;70:25;
71:6,10

**pictures (4)**
28:1;61:3,6;63:23

**place (4)**

6:16;8:15;42:9;83:22

**places (2)**
31:18;43:20

**plaintiff (7)**
6:21;19:2;20:24;25:2;
71:17;82:7;85:16

**plaintiffs (8)**
24:18;79:11;81:15;
83:11;84:11;87:20;
88:14;89:6

**Plaintiffs' (3)**
22:8;23:10;75:12

**plan (3)**
12:17;13:8;19:5

**plans (4)**
78:7,10;79:25;80:11

**plasmas (1)**
78:20

**played (1)**
13:10

**please (7)**
6:22;7:11;15:20;23:2;
54:17;59:12;66:14

**plug (1)**
50:9

**point (3)**
10:8;46:5;55:8

**points (1)**
75:24

**portion (1)**
87:7

**positing (1)**
10:18

**position (1)**
72:10

**possession (1)**
64:13

**possible (7)**
32:17;38:9,11;43:22;
68:23;69:7;81:1

**Possibly (2)**
32:19;71:3

**postgraduate (1)**
12:2

**potential (1)**
74:16

**precise (1)**
35:11

**preference (1)**
34:21

**preferred (2)**
46:10;55:14

**pre-installed (1)**
51:14

**preparation (1)**
17:13

**prepare (1)**
15:19

**preparing (1)**
23:19

**prescribed (1)**
71:23

**present (1)**

62:19

**president (1)**
13:4

**pretty (2)**
26:14;34:4

**previously (2)**
55:23;75:8

**price (26)**
33:7;34:7,18;38:18;
41:19,21;46:12;49:17,
17,20;56:18;58:12,14,
16;59:1,15,17,20,21;
60:6;74:21,22;84:20,22,
23;90:1

**price-fixing (8)**
19:10;74:16,18;75:1,
5;80:6;82:25;85:25

**prices (5)**
32:6,8,10;74:16;83:14

**print (2)**
57:12;75:23

**Prior (5)**
21:2;60:17;83:22;
85:17,21

**privilege (3)**
16:10,11;78:5

**privileged (1)**
20:5

**Probably (4)**
20:22;28:2;60:16;81:8

**proceed (2)**
22:19,25

**proceedings (1)**
91:6

**processor (3)**
49:14;50:25;58:13

**produce (2)**
73:18;74:21

**product (17)**
14:25;15:1;16:10;
24:11;25:12,22;33:16;
70:9,10;74:21;78:8,15,
23;79:25;80:15,17;81:1

**products (28)**
14:15,17;19:11;20:10;
25:8,13,17,20;26:4,6;
40:7;49:18;50:15,16,17;
58:6;67:6,7,9;70:3,6;
75:3;79:15;83:14;85:2,
7,20;86:4

**products' (1)**
90:3

**professional (1)**
12:6

**profit (1)**
85:9

**programs (1)**
51:13

**projection (3)**
13:16;67:18,19

**promised (1)**
74:5

**property (8)**

8:22;9:3,23;29:1;43:4;
46:18;55:7;79:14

**provide (5)**
12:15;27:5;28:15;
62:17;72:15

**provided (6)**
15:24;25:7;29:15;
73:2,7;75:15

**provider (1)**
19:4

**provides (1)**
13:16

**providing (1)**
20:15

**publicly (2)**
90:13,16

**purchase (26)**
28:16;30:3,12,16;
31:21;33:21;38:6,8,12;
41:11;45:16,19;47:7;
49:25;52:24;53:14;
56:10,13;58:3;59:15;
70:13;78:7,10,14;80:7,
17

**purchased (32)**
19:7;20:10;25:22;
26:7,15;29:25;30:9,14,
19;31:12;34:3,15,16;
37:1,10;43:19;44:1,10,
16;48:10,12;49:21;53:4;
54:12,23;67:1,4;69:18;
70:9;75:3;79:16;85:20

**Purchaser (5)**
22:8;23:9;24:18;
75:12;84:12

**purchases (15)**
25:8,14;26:18,21;
32:15;46:1;47:13,21;
52:18;58:3;70:12;71:23;
72:10,15;73:15

**purported (1)**
21:4

**purpose (3)**
55:15;67:14;77:5

**pursuant (1)**
7:25

**put (2)**
29:11;31:4

**putting (2)**
72:18;82:2

**Q**

**question's (1)**
11:1

**quickly (2)**
10:6;62:20

**quoted (1)**
89:25

**R**

**raise (1)**

83:13

**raised (1)**
9:25

**range (1)**
34:18

**rather (1)**
21:4

**Ray (3)**
6:18;13:13,25

**RCA (7)**
27:11;42:17;46:4,6;
68:6,25;69:13

**Re (1)**
6:18

**reached (1)**
21:10

**read (15)**
24:8;29:19;59:13;
75:17;79:6;83:25;84:8,
8;86:6,15,20,24;87:2;
90:6,9

**reading (2)**
29:24;76:8

**ready (1)**
15:21

**Real (2)**
9:8;50:7

**really (1)**
45:7

**reason (8)**
10:16;11:5;28:3;
34:17;41:16;85:18;
90:15,17

**reasonable (4)**
88:17;89:6,8,14

**rebate (12)**
33:10;39:6;51:25,25;
52:5,6;55:25;56:3,7;
60:3,8,13

**recall (17)**
23:6;28:24;29:4;30:4,
8;31:20;33:6;34:20,23;
38:6,18;39:2;45:10;
60:11;76:15,21;86:5

**receipt (3)**
31:1;37:18;44:6

**receipts (3)**
30:24;31:8;41:5

**receive (5)**
18:15,17;56:13;73:17,
21

**received (7)**
18:12,21;39:19;48:2;
52:8;56:6;60:12

**recently (1)**
76:20

**recess (3)**
22:1;46:23;91:2

**recognized (3)**
46:6,7,11

**recollection (4)**
20:21;26:18;33:7;
43:24

**recollections (1)**
38:7

**record (16)**
6:11;7:20,23;10:13;
14:23;19:23;21:22,25;
22:5;46:20,22,25;62:21;
91:1,4,5

**records (2)**
26:3;30:11

**recoverable (1)**
71:24

**recreational (3)**
9:4;33:24;45:17

**recycled (1)**
31:2

**red (1)**
40:2

**Redemption (1)**
52:5

**refer (3)**
13:24;14:24;24:18

**reference (1)**
47:23

**referenced (4)**
35:24;42:18;90:9,10

**references (1)**
22:24

**referencing (1)**
52:24

**referring (5)**
18:16;28:18;40:1;
52:22;69:12

**refers (2)**
40:18;82:12

**regard (4)**
19:6;21:14;23:18;25:8

**regarding (8)**
17:6,9;19:11;21:11;
24:4;28:16;82:4;84:2

**regardless (1)**
74:21

**registered (2)**
9:15,17

**registers (1)**
31:9

**regular (1)**
87:1

**regularly (1)**
86:7

**relate (2)**
52:19,20

**related (3)**
41:3;47:7,14

**relates (1)**
57:17

**relating (1)**
30:22

**relationship (1)**
12:14

**relevant (3)**
27:4;87:7,17

**rely (1)**
74:2

**relying (3)**
24:3;77:4;84:1

**remember (11)**
33:10,12,13;35:11;
37:12;39:1,3,6;45:14;
76:16,18

**REMEMBERED (1)**
6:3

**remote (3)**
34:4;42:3,4

**repeat (1)**
23:1

**rephrase (1)**
76:3

**replacement (1)**
45:21

**Reporter (15)**
6:7;7:10;10:9,11;22:2;
24:22;27:7;35:19;39:9;
42:13;47:1;52:12;59:13;
60:21;63:11

**Reporters (1)**
6:13

**represent (3)**
7:1;72:1;76:22

**representative (6)**
21:4;71:17;72:6,12;
74:8;83:23

**representatives (1)**
73:17

**representing (4)**
20:10;71:22;72:3,8

**reputation (1)**
44:25

**requested (1)**
59:13

**reshuffled (1)**
62:23

**residence (10)**
8:20;28:25;36:9;37:6;
41:12;42:11;43:19;
48:23;55:3;61:7

**residents (2)**
72:4,9

**Responding (1)**
24:17

**response (10)**
23:12;24:15;28:15;
37:1,24;38:2;42:19;
43:14;52:25;63:22

**Responses (5)**
22:9;23:10;25:7;47:9;
72:24

**responsibilities (2)**
13:6;72:11

**responsible (1)**
57:19

**restate (1)**
59:12

**result (1)**
79:7

**resulted (1)**
75:2

**results (1)**
73:14

**retailer (1)**
34:14

**retailers (1)**
32:5

**retirement (4)**
12:17;13:8;19:5;86:14

**retirement-specific (1)**
86:22

**return (1)**
55:8

**reveal (7)**
19:20;20:4;26:24;
64:9;66:1;77:23;83:6

**revealing (4)**
27:1;28:12;62:2;78:5

**review (11)**
16:1,15;73:5,7;75:16,
19,21,22;76:5,14;87:12

**reviewed (9)**
15:23;16:14;72:24;
75:18,24;76:5,13,16,25

**reviewing (3)**
23:13;72:24;73:1

**reviews (1)**
18:4

**rework (1)**
10:23

**right (16)**
12:18;15:22;27:16,22;
29:7;36:5;44:17;50:24;
51:11;54:8;56:21;58:9;
75:25;78:18,20;80:19

**river (1)**
54:1

**role (3)**
13:10;71:21;74:10

**room (1)**
10:13

**rough (1)**
72:20

**roughly (2)**
37:22;86:2

**Routine (1)**
18:3

**routinely (1)**
48:21

**rules (1)**
10:7

**run (1)**
38:5

**runs (1)**
89:22

**S**

**Saint (3)**
53:19,22,23

**sale (2)**
39:1;45:14

**sales (2)**
15:6;57:14

same (18)
10:10;24:1;36:3;42:9,
25;43:10;53:5,9,12,15;
58:6;64:16;65:4;73:21;
74:19;81:4;88:5;89:16
Samsung (5)
7:1;22:10;23:10;
24:18;25:2
San (1)
6:8
saw (4)
13:2;50:10;62:13;68:2
saying (3)
18:12;25:1;90:1
SC (1)
6:19
school (2)
11:8;12:4
screen (1)
14:19
SDI (2)
7:1;22:10
SDI's (1)
23:10
search (1)
73:9
second (4)
52:21;53:16;84:9;
89:22
seconds (1)
21:23
section (2)
25:12;37:23
sections (1)
25:11
seeking (1)
72:1
seeks (1)
16:9
semester (1)
55:13
seminars (1)
12:7
Senior (1)
13:4
sense (1)
82:21
sent (1)
52:6
sentence (12)
24:9,16;40:6;82:11;
83:10,24;84:9;88:4,7,13;
89:23;90:4
Separately (1)
24:10
serial (5)
27:16;29:8,14,17;
36:17
series (1)
58:13
service (3)
19:4;48:21;57:18
services (1)

12:16
Set (7)
22:10;54:21;63:14;
65:5;66:25;67:3;74:20
setting (1)
84:20
settlement (1)
12:16
seven (2)
31:5;37:21
seven-year (1)
31:3
shape (1)
13:22
shed (1)
30:18
Shelter (2)
35:5,15
shipped (5)
48:15,17,19,23;54:3
shipping (1)
56:24
shop (5)
31:18;32:7;45:1
shopping (1)
34:12
short (1)
90:21
Shorthand (1)
6:7
shortly (2)
63:15;88:19
show (4)
37:16;41:8;62:21,25
showed (1)
49:11
shown (1)
47:24
shows (1)
29:16
shred (1)
31:5
shredded (1)
44:8
shredding (1)
31:3
significance (3)
62:8;65:10,13
similar (4)
34:13;71:23;72:10;
73:18
six (4)
31:5;37:21;63:16;
72:20
six- (1)
31:3
Sixty-one (1)
8:8
size (4)
29:21;36:20;38:8;
43:12
skip (4)
24:15;52:3;56:2;58:22

Slip (4)
48:1,2,8;50:14
smaller (1)
38:3
software (1)
51:11
sold (4)
31:19;50:3;83:14;85:6
solely (1)
77:8
someone (1)
68:25
somewhere (3)
30:9;38:9;43:8
son (5)
53:16;54:5,10,19;55:5
sorry (14)
8:6;11:16;12:5;28:21,
22;35:6;52:23;60:4,18;
75:22;78:1;82:5;83:21;
86:21
Sort (3)
9:3;10:7;13:5
sources (1)
76:23
South (2)
6:5;13:1
speaking (1)
19:25
speaks (2)
50:19;59:7
specific (7)
23:12;30:11;31:15;
47:23;77:14;86:13;87:4
specifically (3)
24:6;52:22;61:8
speculation (5)
59:24;60:10,18;69:3;
85:12
spell (1)
7:20
spend (2)
8:25;76:8
spent (1)
72:18
spiel (1)
10:7
spoken (1)
81:21
St (1)
53:23
stabilize (1)
83:14
staff (1)
87:5
stand (1)
8:4
start (2)
7:19;54:10
started (1)
12:21
State (11)
6:8;7:20;9:7,13,15,20;

11:15,17;53:20;72:4,8
stated (1)
22:25
statement (1)
32:22
statements (4)
31:8;41:8;77:2,6
States (6)
40:5,11,15;57:17;
59:25;83:15
status (1)
72:14
steps (1)
89:2
still (6)
35:2;42:6;46:15;
54:25;55:6;64:12
stock (2)
15:9,12
stop (1)
19:25
store (3)
31:22,24;44:19
stories (1)
86:4
Street (2)
6:5;13:1
strike (1)
48:5
submitted (2)
56:4;72:25
subscription (1)
87:3
subsequent (1)
53:20
subsequently (1)
60:12
sue (2)
77:11,19
suggest (2)
36:10;88:9
Suite (2)
6:5,13
summer (1)
9:3
Sunday (2)
49:9;50:10
Supplemental (1)
22:9
supplied (1)
36:17
support (2)
83:24;85:3
supposed (1)
24:3
sure (25)
10:9;14:12;16:3;
17:21;18:15;23:6;26:14;
31:2;32:9;33:22;34:4;
43:21;52:17;53:2,3;
54:21;56:15;63:1;67:16;
68:17,22;71:5;77:13;
78:6;90:21

swear (2)
7:10,11
sworn (1)
7:14
system (2)
53:16;54:20
systems (1)
50:1

T

talk (3)
10:17;17:6,16
talked (7)
9:24;14:1;9;41:2;43:6;
58:6;68:5
talking (9)
27:13;29:24;39:16;
55:21;57:12;67:7;68:4,
4;87:11
talks (1)
89:5
Target (9)
38:14;44:11,23,24;
45:2,7,8;46:6;85:8
Target/Best (1)
37:25
tax (7)
57:2,4,8,15,17,20;58:2
Taxable (1)
57:8
taxes (4)
9:5,7,8,11
taxing (1)
57:20
technical (1)
82:21
techno (1)
50:7
technologies (2)
78:17,22
technology (2)
86:15,18
television (11)
26:15,21;27:11;35:23;
38:3;42:18;63:21,23;
64:12;65:8;67:14
televisions (1)
14:20
ten (1)
8:18
Tennessee (1)
57:16
term (4)
70:24;71:2,14;72:5
terms (1)
53:12
testified (4)
7:15;17:19;52:17;
85:15
testimony (14)
11:6;17:24;18:7;34:9;
58:19;59:8;60:20;66:12,

23;68:21;76:2;80:4,13;
85:13
**Texas (1)**
57:17
**thereof (1)**
6:5
**thinking (2)**
43:20;78:24
**third (3)**
13:8;51:1;75:12
**third-party (2)**
12:15;57:18
**Thirty (1)**
9:2
**thought (2)**
13:2;60:5
**three (9)**
23:5;38:7;47:4,6,21;
51:12;58:22;67:7;70:13
**Throughout (1)**
87:17
**times (1)**
16:25
**title (1)**
13:3
**titled (4)**
22:8;39:13;48:1;75:11
**today (5)**
10:11,22;11:6;15:19;
17:16
**Today's (3)**
6:15;64:20;72:18
**together (2)**
16:23;84:23
**told (1)**
28:10
**took (10)**
27:19,21;28:14,25;
29:5;36:3;42:21,25;
61:23;63:16
**top (2)**
39:14;40:4
**Toshiba (10)**
35:23;39:14;40:7,8;
41:3,17;63:21;67:4;
68:5;70:4
**total (2)**
56:17;59:15
**towards (1)**
51:17
**transcribing (1)**
10:12
**trash (1)**
31:4
**true (2)**
77:3,7
**trust (8)**
12:9,10,14,16,19;
17:22,24;18:3
**truth (3)**
7:14,14,15
**try (2)**
14:14;89:2

**Tube (13)**
6:18;13:13,16,25;
40:20;61:15,18;62:15;
66:18;70:25;71:6,10,15
**turn (2)**
63:4;89:20
**turns (1)**
80:16
**TV (52)**
13:17;14:18,24;19:7;
29:17,18,21;30:22;
32:12;33:5,11,14,23;
34:3;35:2,22;36:20;
37:9,10,18;38:8;39:1,7,
15,19,22,22;40:14,24;
41:3,9,11,14,17,20;
42:17,17;43:12;45:16,
17,18;46:4,5,13;64:1,4;
67:4,25;68:5;70:4;71:6;
78:10
**TVs (13)**
30:6;31:19;36:13;
43:19;67:22;68:1,6,6,10,
25;69:7,10,13;70:13,15,
18
**two (12)**
16:16;26:15;36:13;
43:1,5;53:14;61:5;
63:22;67:6;68:24;69:13;
70:13
**two-year (1)**
40:20

### U

**ultimate (1)**
60:14
**unable (1)**
88:23
**under (1)**
63:22
**understood (1)**
11:3
**Unit (3)**
58:12,13;59:1
**United (4)**
40:5,11,14;83:15
**University (5)**
11:15,17;53:20,21;
55:14
**unlawful (2)**
79:7;87:19
**unless (2)**
61:8;63:7
**unlike (1)**
90:2
**unload (1)**
50:8
**unsure (1)**
66:6
**unwritten (1)**
21:11
**up (5)**

13:7;46:9;54:21;63:3;
75:6
**updates (2)**
18:21;73:1
**upon (2)**
12:13;24:11
**UPS (1)**
48:21
**use (9)**
22:16;33:24;35:16;
41:12;44:16;48:24;49:1,
2;54:20
**used (15)**
14:6,7,15,17,20;30:16;
31:13;54:15,16,24;
70:15,18;19;71:12;88:3
**using (3)**
14:18,19;89:7
**usually (1)**
87:13

### V

**Vague (7)**
15:17;23:21;25:24;
26:8;38:20;59:7;66:23
**variety (3)**
49:18;50:15;51:10
**vice (1)**
13:4
**video (1)**
63:4
**VIDEOGRAPHER (9)**
6:10,12;7:9;21:24;
22:4;46:21,24;90:25;
91:3
**videotape (2)**
6:20;62:22
**viewing (5)**
33:25;34:1;45:17;
67:14,15
**violating (1)**
88:18
**visually (1)**
62:13
**vote (1)**
9:17

### W

**walk (1)**
31:22
**Walmart (1)**
38:15
**warranties (2)**
40:10,23
**warranty (10)**
33:13,15,17,22;40:5,
18,19,20;51:18,21
**watch (1)**
37:11
**watching (1)**
14:18

**way (7)**
12:16;13:24;14:15;
16:9;30:13;39:4;63:8
**Wayne (1)**
8:6
**Wednesday (3)**
64:20,20,21
**week (2)**
86:10,20
**Weekly (2)**
86:24;90:6
**Weekly' (1)**
89:25
**weren't (3)**
34:24;41:25;85:23
**West (13)**
8:12,15;36:8,11,16;
42:10,11;43:6,19;49:3,4;
55:3;61:7
**What's (5)**
8:9,13;22:7;73:7;87:7
**where's (1)**
53:25
**Whereupon (4)**
22:1;46:23;91:2,6
**wherever (1)**
38:5
**whichever (2)**
52:21,22
**whole (2)**
7:14;75:19
**who's (1)**
82:7
**willing (1)**
20:9
**Within (3)**
35:10;63:23;68:3
**without (4)**
27:1;28:11;62:2;78:5
**witness (49)**
7:6,10,11,13;14:12;
16:12;17:19;19:15,17,
17,19,24;20:17;22:14;
23:1,23;24:2;26:2,14;
27:4;28:14;33:21;34:11;
38:22;40:3;50:21;58:20;
59:14,25;60:11;62:5;
64:11,17;66:6,14;68:22;
69:5;76:3;77:25;80:5,
14,23;81:7;83:4,7;
85:14;88:6;89:13,18
**witnessed (1)**
68:2
**Womens (1)**
35:8
**wondering (1)**
47:13
**word (5)**
8:14;13:22;66:9,17;
84:15
**wording (1)**
71:9
**words (2)**

71:11;75:24
**work (5)**
12:6,18;16:10;48:24;
54:3
**worked (2)**
12:20;15:3
**written (1)**
21:7
**wrong (1)**
74:12

### Y

**year (6)**
11:10;35:11;43:22;
53:19;54:11;76:18
**years (7)**
8:18;11:18;12:21;
19:8;31:5;35:10;37:21
**Yesterday (1)**
17:3
**York (1)**
53:22
**Young (1)**
35:8
**YW (1)**
35:6
**YWCA (3)**
35:5,7,13

### Z

**zero (2)**
59:2,21

# EXHIBIT 47



DEPOSITION
EXHIBIT
131





# TOSHIBA
## COLOR TV
MADE IN THAILAND/FABRIQUE EN THAILANDE

MANUFACTURED/FABRIQUÉÂ : KD

**SEPTEMBER 2002**

MODEL / MODELE NO. SERIAL NO./NO. DE SERIE :
13A22

82468602 D

CHASSIS : M3L18

AC/CA 120V 60Hz 54W

CERTIFICATION : COMPLIES WITH FDA RADIATION
PERFORMANCE STANDARDS, 21 CFR SUBCHAPTER J
CABLE COMPATIBLE TELEVISION APPARATUS - TELEVISION CÂBLOCOMPATIBLE, CANADA
THIS DEVICE COMPLIES WITH PART 15 OF THE FCC RULES.
OPERATION IS SUBJECT TO THE FOLLOWING TWO CONDITIONS.
(1) THIS DEVICE MAY NOT CAUSE HARMFUL INTERFERENCE, AND
(2) THIS DEVICE MUST ACCEPT ANY INTERFERENCE RECEIVED,
INCLUDING INTERFERENCE THAT MAY CAUSE UNDESIRED OPERATION.

DISTRIBUTED BY : TOSHIBA AMERICA CONSUMER PRODUCTS, INC.
82 TOTOWA ROAD, WAYNE, NEW JERSEY 07470 U.S.A.
TOSHIBA OF CANADA LTD.
191 McNABB ST, MARKHAM, ONTARIO L3R 8H2 CANADA

CAUTION





# EXHIBIT 48

———————————— Produced on 9/7/11 ————————————

**SAMSUNG EXHIBIT B19**

**PLAINTIFF GARY HANSON**

1. **CRT PRODUCT:**
   a.  RCA Television  - S/N: S536412180
   b. Toshiba Television – S/N: A2468602D
   c. RCA Television – S/N: D384C72C7
   d. Dell Computer Monitor – Model Number E772c; S/N: CN 09M556-64180-317-03YX
   e. Dell Computer Monitor – Model Number E772c; S/N: CN 09M556-64180-338-006R

2. **DATE OF PURCHASE:**
   a. 1995
   b. November or December 2002
   c. 2003
   d. April 2003
   e. April 2003

3. **LOCATION of PURCHASE:**
   a. Best Buy – Fargo, North Dakota
   b. Target/Best Buy/Wal-Mart – Fargo, North Dakota
   c. Target – Fergus Falls, Minnesota
   d. Dell
   e. Dell

4. **PERSONS INVOLVED IN PURCHASE:**  Gary Hanson (plaintiff)

5. **PRICE:**
   a. Not available
   b. Not available
   c. Not available
   d. $770.00 (including computer and other items)
   e. $770.00 (including computer and other items)

6. **TAXES/FEES:**  The standard sales tax was applied to the purchases of the televisions. Mr. Hanson was charged $7.41 in taxes in connection with each monitor purchase.

7. **BUNDLE:**  None of the televisions were purchased as part of a bundle or  system.  Both computer monitors were part of a bundle.



DEPOSITION
EXHIBIT
123
5/4/12 Hanson

20

—————————————————— Produced on 9/7/11 ——————————————————

8. **WARRANTIES:** For the televisions, none other than any standard manufactuers' warranties. The computer monitors came with a 1 year limited warranty, and Mr. Hanson received a $100 rebate in connection with both monitor purchases.

9. **PURPOSE of PURCHASE:** Personal use.

See also CRT000106-156 and CRT000497-504.



**DELL@COM**™   THIS IS NOT AN INVOICE
Dell Computer Corporation
8801 Research Blvd.   (800) WWW-DELL
Austin, Texas 78758

# Packing Slip

| Ship To: ATTN: | GARY HANSON | Sold To: HANSON    GARY | Page 1 of 2 |
|---|---|---|---|
| PHONE | 7012352002 | 120 SOUTH 8TH ST | |
| | HANSON    GARY | FARGO,  ND | |
| | 120 SOUTH 8TH ST | 58103 | |
| | FARGO,  ND | | |

| Customer | Customer Purchase Order Number | Salesperson Name - Company Number | Order Number |
|---|---|---|---|
| 30072699 | NAONLINECUST | 29 | 310621314 |

| Date | Order Date | Shipped Via | Tracking/Bill of Lading No. |
|---|---|---|---|
| 03/31/2003 | 03/30/2003 | UPS | 1Z563E1W4255815314 |

| Quantity Ordered | Quantity Shipped | Item Number | Description | Part Number | Unit |
|---|---|---|---|---|---|
| 1 | 1 | 462-0141 | Dimension 2350 Series,     Intel Pentium 4 Processor    at 2GHz,  J3GTM21 | 0X923 | |
| 1 | 1 | 461-8524 | 256MB DDR SDRAM at 266MHz | 4K180 | |
| 1 | 1 | 310-1582 | Dell Quiet Key Keyboard | 9N495 | |
| 1 | 1 | 320-0449 | E772,17IN(16.0IN VIS)MONITOR, Midnight Grey,Dimension | 9M556 | |
| 1 | 1 | 430-3900 | Integrated Intel 3D AGP    Graphics | 00009 | |
| 1 | 1 | 340-7397 | 60GB Ultra ATA/100 Hard Drive 7200RPM | 4X117 | |
| 1 | 1 | 310-3401 | 3.5In Floppy Drive | 00009 | |
| 1 | 1 | 420-1921 | Microsoft Windows XP Home    Edition,Service Pack 1,English | 4C490 | |
| 1 | 1 | 313-7222 | Dell Application Back-up CD, Factory Install | 2296W | |
| 1 | 1 | 412-0309 | Dell Support 2.0 for    Dimension 2350 | 0W981 | |
| 1 | 1 | 310-1871 | Dell 2-button Scroll Mouse | 6U221 | |
| 1 | 1 | 430-0441 | Integrated 10/100 Ethernet | 00009 | |
| 1 | 1 | 313-1313 | 56K PCI Data Fax    Modem for Windows | 5W705 | |
| 1 | 1 | 313-1476 | 48X Max Variable CD-ROM Drive,Factory Install | 666NN | |
| 1 | 1 | 313-0847 | Integrated ADI 1885 Audio | 00009 | |
| 1 | 1 | 313-7284 | Harmon Kardon HK-395 Speakers | 7E840 | |
| 1 | 1 | 412-0326 | NETWORK ASSOCIATES MCAFEE.COM OEM,ENGLISH,90 DAY TRIAL, FACTORY INSTALL | 1Y816 | |
| 1 | 1 | 412-0298 | MusicMatch 7.1x Basic | 9W253 | |
| 1 | 1 | 412-0271 | Dell Picture Studio Image    Expert Standard,Dimension | 6T513 | |
| 1 | 1 | 412-0273 | Dell Picture Studio Paint ShopPro Try and Buy,Dimension | 9T505 | |
| 1 | 1 | 412-0365 | AOL 8.0 - DHS | C0877 | |
| 1 | 1 | 412-0371 | AOL 8.0 - Buddy ROM | G0344 | |
| 1 | 1 | 412-0337 | MS Worksuite 2003,CD with    Documentation,OEM,US,English, Factory Install | 3Y356 | |
| 1 | 1 | 950-9797 | No Warranty, Year 2 and 3 | 80689 | |
| 1 | 1 | 950-3337 | 1 Year Limited Warranty | 94443 | |
| 1 | 1 | 412-0360 | Soft Contracts - Banctec | C0374 | |
| 1 | 1 | 462-0463 | $100 MAIL-IN REBATE! 38102    Redeem your rebate after    purchase at dell4me.com/    rebateS | 00009 | |
| 1 | 1 | 460-6606 | 48x/24x/48x CD-RW Drive | 1W099 | |



DEPOSITION
EXHIBIT
128
5/4/12 Hanson

CRT000497



**DELL** ● **COM**™  Dell Computer Corporation   (800) WWW-DELL
8801 Research Blvd.
Austin, Texas 78758

**THIS IS NOT AN INVOICE**

# Packing Slip

| Ship To: ATTN: | GARY HANSON | Sold To: HANSON    GARY | Page 2 of 2 |
|---|---|---|---|
| PHONE | 7012352002 | 120 SOUTH 8TH ST | |
| | HANSON    GARY | FARGO,  ND | |
| | 120 SOUTH 8TH ST | 58103 | |
| | FARGO, ND | | |

| Customer | Customer Purchase Order Number | Salesperson Name - Company Number | Order Number |
|---|---|---|---|
| 30072699 | NAONLINECUST | 29 | 310621314 |

| Date | Order Date | Shipped Via | Tracking/Bill of Lading No. |
|---|---|---|---|
| 03/31/2003 | 03/30/2003 | UPS | 1Z563E1W4255815314 |

| Quantity Ordered | Quantity Shipped | Item Number | Description | Part Number | Unit |
|---|---|---|---|---|---|

| | Total Wt. 87.33 | Total Pcs 3 |
|---|---|---|

**For returns, see Dell's Total Satisfaction Return Policy¹. Contact customer service for an authorization number.**

Customer Care: www.dell.com/public-ccare    Technical Support: www.premiersupport.dell.com

# support.dell.com

**SERVICE CONTRACT TERMS AND CONDITIONS.** The Service Contract becomes effective on the System Invoice Date. When you turn on your computer for the first time, click on the Dell Solution Center icon located on your computer screen, and you will find your Service Contract. Please read the terms and conditions. By using the Dell system, you agree to the Service Contract terms and conditions. If you do not agree with the terms of the Service Contract, you must cancel your Service Contract according to the Service Contract terms. Only applicable to Dell Home Sales and Small/Medium Business where a Third Party Service Contract is purchased and/or when a Complete Care Service Contract is purchased. Does not apply to Custom Factory Integration images and some operating systems.

CRT000498

 **Mail-In Rebate Redemption Form**

*Congratulations on the purchase of your new Dell Home System. Use this rebate form for Dell Home Systems, Service and Payment option rebates. Please submit only one form per system purchase. If you have any questions related to Dell mail-in rebates, please go online to www.dell4me.com/rebates.*

**TO RECEIVE YOUR DELL MAIL-IN REBATE:**

1. Purchase a qualifying Dell Home System during valid mail-in rebate offer period. Rebate offer and amount will be listed on the **system packing slip** for qualifying Dell Home System purchases. Your packing slip is in the clear, plastic envelope affixed to the outside of the box of your new system.

2. Complete this form. You must sign the agreement below.

3. Mail this completed form, along with your **system packing slip**, to the address listed below. Your request must be postmarked within 30 calendar days of your system ship date ("date" listed on your packing slip to the far left column under your customer account number). Please allow 8-10 weeks for processing.

<div align="center">

**Dept # 38000**
**Dell Home Systems Mail-In Rebate**
**P.O. Box 52900**
**Phoenix, AZ  85072**

</div>

| | |
|---|---|
| Name | Gary ~~W. Bush~~ Hanson |
| Address | 836 Lakeridge Place |
| City | West Fargo, ND 58078      State _____ Zip Code _____ |

Telephone Number _____ 701-885-2022 daytime _____

E-mail Address _____ Gary@heartlandtrust.com _____

**In signing and submitting this rebate form, you acknowledge and agree to the following Terms and Conditions:**

Dell Home Systems Mail-In Rebate offer valid only with eligible U.S. Dell Home Systems purchases during valid mail-in rebate offer periods. While supplies last and no substitutions or rainchecks. Offer may not be combinable with all other offers or discounts available from Dell Home Systems Co. Not valid for refurbished products purchased through Dell Outlet. Request form must be fully completed and must include a copy of dated packing slip for purchase made direct from Dell for qualifying product purchased. Keep copies of all materials sent. Materials received become the property of Dell and will not be returned. One rebate per qualifying purchase. Dell is not responsible for lost, late, or misdirected mail. Request must be postmarked within 30 calendar days of system ship date. Any claims postmarked after 30 calendar days of system ship date will not be processed. If terms and conditions are not met, rebate will not be sent. Please allow 8-10 weeks for receipt of check. Rebate checks are void if not cashed within 90 days of issuance and cannot be reissued. To qualify for this rebate you must be a legal U.S. resident 18 years of age or older. The description of Dell mail-in rebate offer must appear on the Dell packing slip. Only actual purchaser of the qualifying products may participate in this rebate program. Requests from group or organizations will not be honored. Void where prohibited or restricted by law. Availability and terms of offer may change without notice.

Signature _____ [signature] _____        Date _4/8/03_

Printed Name _____ Gary W. Hanson _____

If you have not received your rebate check after 10 weeks, you may go to www.rebatestatus.com, or call 1-866-842-3616. Additional copies of this form are available at www.dell4me.com/rebates

CRT000499

# EXHIBIT 49

**DELL**

**DELL®** Computer Corporation

One Dell Way
Round Rock, TX 78682
www.dell.com
COLOR MONITOR (彩色显示器) 43.2cm(17")
Model No. ( 型号 ): E772c
Power Rating (电压/频率/电流): 100-240V~50/60Hz 2.5A

注意: 本显示器内有高压,非专业人员,请勿自行打开后盖,以免危险!

Geprüft nach Tested Acc. to
MPR II: MPR 1990:8/1990:10



   CH0073112-2001   检磁 **3912A294**
GB4943-1995

    MIC  **C E**
E-B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 (B)

    PG  **SAFFTY** M A R K
LR60441   S19063   BZ02   020864-00

    **DELL®**

生产厂商: 冠捷电子（福建）有限公司
地址: 福建省福州市元洪路上郏   Made in China(中国制造)
40A2045-700-1C JL

---

**FCC ID: ARSCM761U**

This device complies with Part 15 of the FCC rules. Operation is subject to the following two conditions: (1) this device may not cause harmful interference, and (2) this device must accept any interference received, including interference that may cause undesired operation.

This Class B digital apparatus meets all requirements of the Canadian Interference — Causing Equipment Regulations.
Cet appareil numérique de la classe B respecte toutes les exigences du Réglement sur le matériel brouilleur du Canada.

THIS DEVICE COMPLIES WITH FDA RADIATION PERFORMANCE STANDARDS, 21 CFR SUBCHAPTER J.

Este aparato cumple con las reglas de FCC,Parte 15.
El funcionamiento esta sujeto a las dos condiciones siguientes:
Este aparato no produce interferencias perjudiciales,y(2) no se ve afectado por interferencias externas,incluyendo interferencias ocasionadas por funcionamiento no deseado.

Es un aparato digital Clase B y cumple con todos los requerimientos Canadienses establecidos en la directiva sobre interferencias en equipos.

ESTE APARATO CUMPLE CON LAS NORMAS FDA SOBRE EJECUCION DE LA RADIACION,21 CFR SUBTITULO J.

Die in diesem Gerät entstehende Röntgenstrahlung ist ausreichend abgeschirmt.
Beschleunigungsspannung: max. 27KV
Cathode Ray Tube intrinsically safe according to appendix III Röntgenverordnung
Eigensichere Kathodenstrahlröhre nach Anlage III Röntgenverordnung


**DEPOSITION EXHIBIT**
130
Stella Hanson
PENGAD 800-631-6989







SI NO.
594



07036

# CHUNGHWA

EIA 577

M41AGE93 6 C (PLL)

CPJ440AR C1S-TC

NO: L 3015010 441

MADE IN CHINA

strahlröhre nach Anlage Röntgenverordnung.

UM PICTURE TUBE
E. REFER SERVICING
ERSONNEL.

X-RAY W NING: When picture tubes are
operated very high voltage and when
personal posure is prolonged at close
range, pecial shielding precautions
against ray radiation may be needed.

PICTURE TUBE EMPL S INTEGRAL IMPLOSION
CE WITH A TUBE OF HE SAME TYPE NUMBER
FETY.

NT : CE TUBE CATH DIQUE EMPLOIE UNE PRO-
ON INTÉGRALE. RE PLACER PAR UN TUBE DU
POUR LA SÛRETÉ ONTINUE.

D1704 F

# EXHIBIT 50

Produced on 9/7/11

**SAMSUNG EXHIBIT B20**

**PLAINTIFF DONNA MARIE ELLINGSON**

1. **CRT PRODUCT:**
   a. e-Machines computer monitor
   b. 25" Sharp television
   c. 27" Sharp television

2. **DATE OF PURCHASE:**
   a. 3/6/04
   b. 11/9/97
   c. 10/18/99

3. **LOCATION of PURCHASE:**
   a. Best Buy – Rapid City, South Dakota
   b. Rex TV & Appliance – Rapid City, SD
   c. Rex TV & Appliance – Rapid City, SD

4. **PERSONS INVOLVED IN PURCHASE:** With respect to the computer monitor purchase: Donna Ellingson (plaintiff) & Russ Penning (plaintiff's friend). With respect to the television purchases: Donna Ellingson (plaintiff).

5. **PRICE:**
   a. $209.99
   b. $306.34 (including tax)
   c. $348.69 (including tax)

6. **TAXES/FEES:** The standard sales tax was applied to all purchases.

7. **BUNDLE:** Neither of the televisions were purchased as part of a bundle or system. The computer monitor was part of a bundle.

8. **WARRANTIES:** Ms. Ellingson received Best Buy Reward Points for her purchase of the e-Machines computer. She does not recall any other specific warranties (other than any standard manufacturers' warranties), servicing plans or agreements, membership rewards, or other benefits received relating to this acquisition. She does not recall if she ever utilized the rewards points. Ms. Ellingson also received a $100 rebate on the monitor. With respect to the televisions, there were no warranties other than any standard manufacturers' warranties.

9. **PURPOSE of PURCHASE:** Personal use.

See also CRT000075-103 and CRT000525-561.

## Search Results

| Date | Acct | Num | Payee | Cat | Memo | Clr | Amount |
|------|------|-----|-------|-----|------|-----|--------|
| 10/18/1999 | BHFCU-Visa--Cl... | | Rex TV | Electronics | 27" Sharp TV | R | -348.69 |
| 11/9/1997 | BHFCU-Visa--Cl... | | Rex TV & Appliance | Electronics | 25" Sharp TV | R | -306.34 |

CRT000525

# SHARP.



**COLOR TELEVISION**

MODEL
## 27L-S180

■ **OPERATION MANUAL** ■

As an ENERGY STAR® Partner, SHARP has determined that this product meets the ENERGY STAR® guidelines for energy efficiency. ENERGY STAR® is a U.S. registered trademark.

# CONTENTS

| | PAGE |
|---|---|
| • Important Information | 2 ~ 3 |
| • Supplied Accessories | 3 |
| • Before Operating Your Television | 3 |
| • Antenna Connections | 4 |
| • Quick Reference Control Operation | 5 ~ 7 |
| • EZ SETUP during First Power On | 8 |
| • Language | 9 |
| • Sleep Timer | 9 |
| • Video Adjust | 10 |
| • Audio Select | 11 |
|   • MTS (Multichannel TV Sound) | 11 |

| | PAGE |
|---|---|
| • Closed Caption | 12 |
| • Parent Control | 13 ~ 15 |
|   • View Timer | 13 ~ 15 |
| • Energy Save | 15 |
| • Set Up | 16 ~ 21 |
|   • EZ Setup | 16 |
|   • Channel Setting | 17 ~ 19 |
|   • Blue Screen | 19 |
|   • Personal Preference | 20 |
|   • Universal Plus Function | 21 |
| • Using the Video and Audio Input Jacks | 22 |
| • Using the Audio Output Jacks | 23 |
| • Operation of Remote Control | 24 ~ 27 |
| • Before Calling for Service | 28 ~ 29 |
| • Calling for Service | 28 |
| • Limited Warranty | 32 |

This operating manual includes basic operating instructions in Spanish and French.
SPANISH is on page 6, 29.
FRENCH is on page 7.

6553 ME

Welcome to the SHARP Family. We are pleased that you are now the owner of a SHARP Color Television – built for outstanding quality, reliability and performance.

Every SHARP Color Television set is tuned and adjusted for proper color and sound, and has passed through the most stringent quality control tests at the factory. We have prepared this OPERATION MANUAL so that you may adjust the picture and color to your personal viewing preference.

We sincerely hope that you receive the greatest satisfaction and enjoyment from your new SHARP Color Television set for years to come.

Please read these instructions carefully, and keep them handy for your future reference.

**IMPORTANT**

To aid reporting in case of loss or theft, please record the TV's model and serial numbers in the space provided. The numbers are located at the rear of the TV.

**Model No.:**

**Serial No.:**

## Important Information

There are two important reasons for prompt warranty registration of your new SHARP television set using the REGISTRATION CARD packed in with the set.

**FIRST – WARRANTY**

This is to assure that you will immediately receive the full consumer benefit of the parts, service and labor warranty applicable to your purchase.

**SECOND – CONSUMER PRODUCT SAFETY ACT**

To assure that you will promptly receive any safety notification on inspection, modification or recall that SHARP may be required to give under the 1972 Consumer Product Safety Act. PLEASE READ CAREFULLY THE IMPORTANT "LIMITED WARRANTY" CLAUSE ON THE LAST PAGE.

**WHAT IS ENERGY STAR®**

TVs and VCRs use energy both when they are on and when they are off. Americans spend more than $1 billion a year on energy consumed by TVs and VCRs when they are not in use. The new ENERGY STAR® models will reduce that energy "leakage" by up to 75 percent. Ultimately, this will mean more than $500 million a year in energy savings for consumers.

The energy savings will help reduce the burning of fossil fuels and the related carbon dioxide pollution that contributes to global warming. If every American family replaced their TVs and VCRs with ENERGY STAR® models, it would reduce carbon dioxide emissions by five million tons every year — equivalent to eliminating the pollution from more than one million cars.

By using ENERGY STAR® products, you will save money on your electric bills and use less energy. That makes good economic sense and its good for our environment.

**WARNING:** TO REDUCE THE RISK OF FIRE OR ELECTRIC SHOCK, DO NOT EXPOSE THIS APPLIANCE TO WET LOCATIONS.



**CAUTION**

**RISK OF ELECTRIC SHOCK
DO NOT OPEN**

**CAUTION:** TO REDUCE THE RISK OF ELECTRIC SHOCK, DO NOT REMOVE COVER (OR BACK). NO USER-SERVICEABLE PARTS INSIDE. REFER SERVICING TO QUALIFIED SERVICE PERSONNEL.



The lightning flash with arrowhead within a triangle is intended to tell the user that parts inside the product are a risk of electric shock to persons.



The exclamation point within a triangle is intended to tell the user that important operating and servicing instructions are in the papers with the appliance.

"Note to CATV system installer: This reminder is provided to call the CATV system installer's attention to Article 820-40 of the National Electrical Code that provides guidelines for proper grounding and, in particular, specifies that the cable ground shall be connected to the grounding system of the building, as close to the point of cable entry as practical."

2

CRT000527

## Important Information (Continued)

**WARNING -** FCC Regulation state that any unauthorized changes or modifications to this equipment not expressly approved by the manufacturer could void the user's authority to operate this equipment.

## Supplied Accessories



Infrared Remote Control
Part Number : RRMCG1395CESA



Size AA
Dry Batteries

## Before Operating Your Television

**Location**
- For normal operation, your TV should be located in an area of the room where cool adequate ventilation is provided. Do not place the back of the television set in a place where free airflow will be restricted.
- Any magnetic force may disturb the color picture. Make sure that magnets, electric clocks, toys using magnets or any other magnetic substance, such as iron are kept well away from this TV set.

**Power**

Your TV operates on 120 Volts, 60 Hertz (normal household current) and has a polarized plug. If you are unable to insert the plug fully into the outlet, try reversing the plug. Should it fail to fit, contact an electrician. Do not defeat the safety feature of the polarized plug.

Note:
- If the set will not be used for a long period, such as during a vacation, unplug the set from the wall outlet to economize power. (If the TV set is plugged in, a slight current still flows, even with the POWER BUTTON in the OFF position.)
- Lines and other noise may appear in TV broadcast images when an FM tuner or radio is located near the TV and both radio and TV broadcasts are being received. Should such noise appear, turn off either the TV or the radio.
- If you are listening to an AM broadcast, turn the TV off. AM broadcast signals may not be received due to the interference of the TV.

■ **Before using the television, prepare the Remote Control**

To use the remote control, insert batteries first.

**Insert the batteries**

Pull up



Battery Cover

- With your thumb nail, pull up the slit as indicated by the arrow to remove the back cover. Insert two batteries (size "AA"). Be sure to match the battery ⊕/⊖ terminals with the ⊕/⊖ marks inside the compartment.

3

CRT000528

# Antenna Connections

**Antennas**

- The antenna requirements for good color television reception are more important than those for black & white television reception. For this reason, a good quality outdoor antenna is strongly recommended.

  The following is a brief explanation of the type of connections that are provided with the various antenna systems:



1. A 75 ohm system is generally a round cable with F-type connector that can easily be attached to a terminal without tools (not supplied).

   F-type connector

   75-ohm coaxial cable (round)

2. A 300 ohm system is a flat "twin-lead" cable that can be attached to a 75 ohm terminal through a 300-75 ohm ADAPTOR (not supplied).

   300-ohm twin-lead cable (flat)

## OUTDOOR ANTENNA CONNECTION

- Use one of the following two diagrams if you connect an outdoor antenna.
  - A: Using a VHF/UHF combination outdoor antenna.
  - B: Using separate VHF and/or UHF outdoor antenna.
- Connect an outdoor antenna cable lead-in to the COAXIAL CABLE CONNECTOR on the rear of the TV set.



**A. Combination VHF/UHF Antennas**



**B. Separate VHF/UHF Antenna**

## CABLE TV (CATV) CONNECTION

- A 75 ohm coaxial cable connector is built into the set for easy hookup. When connecting the 75 ohm coaxial cable to the set, screw the 75 ohm cable to the COAXIAL CABLE CONNECTOR.
- Some cable TV companies offer "premium pay channels". Since the signals of these premium pay channels are scrambled, a cable TV converter/descrambler is generally provided to the subscriber by the cable TV company. This converter/descrambler is necessary for normal viewing of the scrambled channels. (Place your TV on channel 3 or 4, typically one of these channels is used. If this is unknown, consult your cable TV company.) For more specific instructions on installing cable TV, consult your cable TV company. One possible method of utilizing the converter/descrambler provided by your cable TV company is explained below.
  Please note: RF switch equipped with position A/B (not provided) is required.

"A" position on the RF switch (not supplied)  : You can view all unscrambled channels using the TV's channel keys.

"B" position on the RF switch (not supplied)  : You can view the scrambled channels via the converter/descrambler using the converter's channel keys.



**Note:**
- Consult your SHARP Dealer or Service Center for the type of splitter, RF switch or combiner that might be required.

4

CRT000529

# Quick Reference Control Operation

## ■ Location of Controls

**(ENGLISH)**

### Front Panel



**POWER**
Press → On.
Press again → Off.

**VOLUME UP/DOWN**
(+) Increases sound.
(−) Decreases sound.

SENSOR AREA FOR
REMOTE CONTROL

**VIDEO/AUDIO IN 2 TERMINALS**
(VIDEO/AUDIO terminals are also
provided on the rear.)

**CHANNEL UP/DOWN**
(▲) Selects next higher channel.
(▼) Selects next lower channel.

### Basic Remote Control Functions



**POWER**
Press → On.
Press again → Off.

**REMOTE KEYPAD**
Accesses any channel from keypad.

**FLASHBACK**
Returns to previous channel.

**PERSONAL PREFERENCE**
With the Personal Preference buttons,
you can program your favorite
programs by using the 4 categories A,
B, C and D. The channels can be
accessed quickly by using these
buttons. (See page 20.)

**VOLUME UP/DOWN**
(+) Increases sound.
(−) Decreases sound.
• In menu mode, changes or selects
the TV adjustments.

**MENU**
Press → Accesses MAIN MENU.
Press again → Exits MAIN MENU.

**TV-CATV MODE SELECT SWITCH**
In TV position, sends power and
channel select commands (Channel
up/down and Random Access buttons)
to the TV.
In CATV position, sends power and
channel select commands to a cable
TV converter.

**VCR CONTROL**
See page 24.

Infrared Transmitter Window

**DISPLAY**
Press → Displays receiving channel for
4 seconds.
Press again → Removes display.
• Temporarily displays receiving
channel when in Closed Caption
mode.

**INPUT**
Press → Switch to external video
INPUT 1 mode.
Press again → Switch to external video
INPUT 2 mode.
Press 3 times → Switch back to the
original TV mode.
See page 22.

**ENTER**
Used in some instances where a VCR
or Cable Converter Box requires an
"enter" command after selecting
channels, when using the REMOTE
KEYPAD button. (See page 24)

**CHANNEL UP/DOWN**
(▲) Selects next higher channel.
(▼) Selects next lower channel.
• See pages 17 ~ 19 for channel
presetting.
• Moves the " ♦ " mark of the MENU
screens.

**MUTE**
Press → Mutes sound.
Press again → Restores sound.
• CLOSED CAPTION appears when
sound is muted.

**Note:** ▷

• The above shaded buttons on the Remote Control glow in the dark. To use the glow-in-the-dark display on the
remote control, place it under a fluorescent light or other lighting.
• The phosphorescent material contains no radioactive or toxic material, so it is safe to use.
• The degree of illumination will vary depending on the strength of lighting used.
• The degree of illumination will decrease with time and depending on the temperature.
• The time needed to charge the phosphorescent display will vary depending on the surrounding lighting.
• Sunlight and fluorescent lighting are the most effective when charging the display.

5

CRT000530

# Referencia rápida de los controles de operación

## ■ Ubicación de los Controles    (ESPAÑOL)

### Front Delantero

**ALIMENTACION (POWER)**
Pulsando → Enciende (On).
Pulsando nuevamente → Apaga (Off).

**AUMENTO/DISMINUCION DEL VOLUMEN (VOL)**
(+) Aumenta el sonido.
(−) Disminuye el sonido.



ZONA DEL SENSOR DEL MANDO A DISTANCIA

**TERMINALES DE ENTRADA VIDEO/AUDIO IN 2**
(Los terminales VIDEO/AUDIO también se encuentran en la parte posterior)

**CANAL SUPERIOR/INFERIOR (CH)**
(▲) Selecciona el siguiente canal superior.
(▼) Selecciona el siguiente canal inferior.

### Funciones Basicas Del Control Remoto

**ALIMENTACION (POWER)**
Pulsando → Enciende (On).
Pulsando nuevamente → Apaga (Off).

**TECLADO A DISTANCIA (REMOTE KEYPAD)**
Para temer acceso a cualquier canal empleando las teclas.

**RETORNO AL CANAL ANTERIOR (FLASHBACK)**
Para volver al canal anterior.

**PREFERENCIAS PERSONALES**
Con los botones Personal Preference puede programar sus programas favoritos utilizando las cuatro categorías A, B, C y D
Puede acceder a los canales rápidamente utilizando estos botones.

**AUMENTO/DISMINUCION DEL VOLUMEN (VOLUME UP/DOWN)**
(+) Aumenta el sonido.
(−) Disminuye el sonido.
• En modo de MENU cambia o selecciona el ajuste del televisor.

**PREPARACION (MENU)**
Pulsando → Accede al MENU PRINCIPAL.
Pulsando nuevamente → Sale del MENU PRINCIPAL.

**CONMUTADOR SELECTOR DE TELEVISOR/TV POR CABLE (TV-CATV)**
En la posición TV, el mando envia los comandos de alimentación y selección de canales (botones de canal superior/inferior y de acceso aleatorio) a un televisor.
En la posición CATV, envia los comandos de alimentación y selección de canales a un convertidor de TV por cable.

Ventanilla del transmisor de infrarrojos

**VISUALIZACION (DISPLAY)**
Pulsando → Aparece el canal de recepción por 4 segundos.
Pulsando nuevamente → Elimina la visualización.
• En el modo de "Closed Caption" se muestra el canal de recepción por un corto tiempo.

**ENTRADA (INPUT)**
Pulsando → Cambia al modo de entrada 1 del vídeo externo.
Pulsando nuevamente → Cambia al modo de entrada 2 del vídeo externo.
Pulsando 3 veces → Vuelve al modo TV original.

**INTRODUCIR (ENTER)**
Se utiliza en algunos casos en los cuales un VCR o una Caja de Inversor de Cable requiere una orden "enter" después de seleccionar los canales, al usar el teclado a distancia.

**CANAL SUPERIOR/INFERIOR (CHANNEL UP/DOWN)**
(▲) Selecciona el siguiente canal superior.
(▼) Selecciona el siguiente canal inferior.
• En el modo de MENU, mueve la marca "◆".

**SILENCIAMIENTO (MUTE)**
Pulsando → Silencia el sonido.
Pulsando nuevamente → Restaura el sonido.
• CLOSED CAPTION aparece automáticamente cuando el sonido es silenciado.
Siempre y cuando la transmisión tenga esta señal.

**CONTROLES DEL VIDEO**

### Nota:
• Los botones que arriba pueden verse sombreados en el Control Remoto lucen en la oscuridad. Para usar el visor del control remoto que luce en la oscuridad, colocarlo bajo una luz fluorescente u otra fuente luminosa.
• El material fosforescente no contiene elementos radiactivos ni tóxicos, de modo que su uso no representa ningún peligro.
• El grado de iluminación variará de acuerdo con la potencia de la luz utilizada.
• El grado de iluminación irá decayendo con el tiempo y dependiendo de la temperatura.
• El tiempo necesario para cargar el visor fosforescente variará de acuerdo con la iluminación circundante.
• La luz del sol y la luz fluorescente son las más eficaces para la carga del visor.

6

CRT000531

## Référence rapide sur les commandes

### ■ Emplacement des touches                                    (FRANÇAIS)

#### Panneau avant

**ALIMENTATION (POWER)**
Appuyer pour mettre sous tension.
Appuyer de nouveau pour mettre hors tension.

**AUGMENTATION/ RÉDUCTION DU VOLUME SONORE (VOL)**
(+) Pour augmenter le volume du son.
(−) Pour diminuer le volume du son.

ZONE DE DETECTION DU CAPTEUR

**PRISES D'ENTRÉE VIDÉO/ AUDIO**
**IN 2**
(Les prises VIDÉO/AUDIO sont également reprises à l'arrière.)

**TOUCHES DES CANAUX CROISSANT/DÉCROISSANT (CH)**
(▲) Sélectionne le canal supérieur suivant.
(▼) Sélectionne le canal inférieur précédent.

#### Fonctions de base de la télécommande

**ALIMENTATION (POWER)**
Appuyer pour mettre sous tension.
Appuyer de nouveau pour mettre hors tension.

**PAVÉ NUMÉRIQUE DE COMMANDE A DISTANCE (REMOTE KEYPAD)**
Sélectionne directement le canal voulu sur le pavé numérique.

**RETOUR (FLASHBACK)**
Rappelle dernier le canal regardé.

**PRÉFÉRENCES PERSONNELLES**
Grâce aux touches de préférence personnelle, vous pouvez programmer vos programmes préférés à l'aide des 4 catégories: A, B, C et D. Ces touches vous permettent d'accéder rapidement à ces canaux.

**AUGMENTATION/RÉDUCTION DU VOLUME SONORE (VOLUME UP/ DOWN)**
(+) Pour augmenter le volume du son.
(−) Pour diminuer le volume du son.
• Pour changer ou sélectionner les réglages du téléviseur en mode menu.

**RÉGLAGE (MENU)**
Appuyer → Accès au MENU PRINCIPAL.
Appuyer de nouveau → Sortie du MENU PRINCIPAL.

**SÉLECTEUR DE MODE TÉLÉVISION/ CÂBLOVISION (TV-CATV)**
En position télévision (TV), permet de mettre le téléviseur sous/hors tension et de sélectionner ses canaux (touches de canaux en ordre croissant/décroissant et d'accès direct).
En position câblovision (CATV), permet de mettre un convertisseur de téléviseur par câble sous/hors tension et de sélectionner ses canaux.

Fenêtre d'émission du signal infrarouge

**AFFICHAGE (DISPLAY)**
Appuyer pour afficher le canal reçu pendant 4 secondes.
Appuyer de nouveau pour faire disparaître le canal.
• Pour afficher temporairement le canal reçu en mode sous-titrage.

**ENTRÉE (INPUT)**
Appuyer pour sélectionner le mode ENTRÉE 1 vidéo externe.
Appuyer de nouveau pour sélectionner le mode ENTRÉE 2 vidéo externe.
Appuyer 3 fois pour revenir au mode TV initial.

**ENTRER (ENTER)**
Parfois utilisée lorsqu'un magnétoscope ou un convertisseur nécessite l'introduction d'une commande "enter" après la sélection de canaux à l'aide du pavé numérique de commande à distance.

**TOUCHES DES CANAUX CROISSANT/ DÉCROISSANT (CHANNEL UP/DOWN)**
(▲) Sélectionne le canal supérieur suivant.
(▼) Sélectionne le canal inférieur précédent.
• Déplace le curseur " ◆ " sur l'écran du MENU.

**SOURDINE (MUTE)**
Appuyer → Mise en sourdine du son.
Appuyer de nouveau → Rétablissement du son.
• CLOSED CAPTION apparaît lorsque le son est mis en sourdine.

**COMMANDE DU MAGNÉTOSCOPE**

SHARP
TV·VCR·CATV

#### Remarque:

• Les boutons ombrés de la télécommande illustrés ci-dessus brillent dans l'obscurité lorsque la télécommande a été placée sous une ampoule fluorescente ou toute autre source lumineuse.
• Le matériau phosphorescent n'est absolument pas toxique ou radioactif. Il peut donc être utilisé en toute sécurité.
• Le degré d'illumination variera en fonction de l'intensité de la source d'éclairage.
• Le degré d'illumination diminuera avec le temps, en fonction de la température.
• Le temps requis pour charger les touches phosphorescentes dépendra de l'éclairage environnant.
• Les rayons directs du soleil et les luminaires fluorescents constituent les meilleures sources de chargement des touches phosphorescentes.

7

CRT000532

## EZ SETUP during First Power On



■ **When you turn on the TV for the first time, it will automatically memorize the broadcasting channels.**
**Please perform the following instructions before you press the power button.**
(1) Insert the batteries into the remote control. (See page 3)
(2) Connect the antenna cable to the TV set. (See page 4)
(3) Plug in the AC POWER cord to the wall outlet.

---

**1** Press the **POWER** button on the TV set or on the Remote Control to turn on the TV. The SELECT LANGUAGE mode will be displayed.

(On the Set)    (Remote Control)



```
SELECT LANGUAGE

◆ENGLISH
 ESPAÑOL
 FRANCAIS
     SELECT : CHA/▼
     SET     : VOL+/−
(SELECT LANGUAGE mode)
```

---

**2** Press **CH UP (▲)** or **DOWN (▼)** to select "ENGLISH", "SPANISH (ESPAÑOL)" or "FRENCH (FRANÇAIS)".



```
SELECT LANGUAGE

◆ENGLISH
 ESPAÑOL
 FRANCAIS
     SELECT : CHA/▼
     SET     : VOL+/−
```

---

**3** Press **VOL (+)** or **(−)** to access EZ SETUP mode.



```
CONNECT ANTENNA
OR CABLE.

START EZ SETUP?

     YES : VOL+
     NO  : VOL−
(EZ SETUP mode)
```

---

**4** Press **VOL (+)**.
The tuner will automatically search for the broadcasting and cable TV channels. (The CH No. will automatically increase when it appears.)

If you want to stop the EZ SETUP process once it has started, press **VOL (−)** and it will be canceled.

If you want to SETUP again, please refer to page 16 on SETUP.

**To cancel EZ SETUP**
Press **VOL (−)**.



```
PLEASE WAIT

AUTO PROGRAMMING

18
     STOP : VOL−
```

---

**5** Once EZ SETUP is completed, the smallest channel number memorized will be displayed.

```
2
```

---

**Note:** ➢

- If EZ SETUP does not memorize all the channels in your region, please refer to page 17 for more information on manual memorizing the channels using CHANNEL SETTING.
- It may be difficult to PRESET when the broadcasting signals are weak, the channel cycle frequency is incorrect or the frequency jamming is occuring around the area. Please refer to pages 17 ~ 19 for more information on manual memorizing the channels using CHANNEL SETTING.

8

CRT000533

## Language

■ The language for the ON SCREEN DISPLAY can be set to ENGLISH, SPANISH or FRENCH.
■ Setting the ON SCREEN DISPLAY Language.

**1** Press *MENU* to access MAIN MENU screen.

MENU

```
◆SLEEP TIMER
 VIDEO ADJUST
 AUDIO SELECT
 CLOSED CAPTION
 PARENT CONTROL
 ENERGY SAVE
 SET UP
```
(MAIN MENU screen)

**2** Press *CH UP (▲)* or *DOWN (▼)* to move the "◆" mark to "SET UP".

CH▲
CH▼

```
 SLEEP TIMER
 VIDEO ADJUST
 AUDIO SELECT
 CLOSED CAPTION
 PARENT CONTROL
 ENERGY SAVE
◆SET UP
```

**3** Press *VOL (+)* or *(−)* to access SET UP mode, then press *CH UP (▲)* or *DOWN (▼)* to move the "◆" mark to "LANGUAGE".

VOL − VOL + → CH▲
CH▼

```
 BLUE SCREEN
 PERSONAL PREF.
 UNIVERSAL PLUS
◆LANGUAGE
 CH SETTING
```
(SET UP mode)

**4** Press *VOL (+)* or *(−)* to access LANGUAGE change mode.

VOL − VOL +

```
 LANGUAGE

◆ENGLISH
 ESPAÑOL
 FRANCAIS
```
(LANGUAGE change mode)

**5** Press *CH UP (▲)* or *DOWN (▼)* to select "ENGLISH", "SPANISH (ESPAÑOL)" or "FRENCH (FRANÇAIS)".

CH▲
CH▼

```
 IDIOMA

↓ENGLISH
◆ESPAÑOL
↓FRANCAIS
```

**6** Press *MENU* to exit.

MENU

## Sleep Timer

■ You can set the number of minutes for your TV to automatically turn off.

**1** Press *MENU* to access MAIN MENU screen.
**2** Press *VOL (+)* or *(−)* to access TIMER SET mode.

MENU → VOL − VOL +

```
◆SLEEP TIMER
 VIDEO ADJUST
 AUDIO SELECT
 CLOSED CAPTION
 PARENT CONTROL
 ENERGY SAVE
 SET UP
```
(MAIN MENU screen)

**3** Press *VOL (+)* or *(−)* to set a sleep time of 30, 60, 90 or 120 minutes.
**4** Press *MENU* to exit.

 

VOL − VOL + → MENU

```
 SLEEP TIMER
    120 REMAIN
```
(TIMER SET mode)

Note:
• To turn off the Sleep Timer, repeat the above SLEEP TIMER steps and select "− − − REMAIN" during step **3**.

9

CRT000534

## Video Adjust

**Description of Adjustment Items**



VOLUME (+)/(−)

CHANNEL UP (▲)/ DOWN (▼)

MENU

| Selected item | VOL UP (+) button | VOL DOWN (−) button |
|---|---|---|
| PICTURE | To increase contrast | To decrease contrast |
| TINT | To make skin tones greenish | To make skin tones purplish |
| COLOR | To increase color intensity | To decrease color intensity |
| BRIGHT | To increase brightness | To decrease brightness |
| SHARP | To increase sharpness | To decrease sharpness |
| FAVORITE COLOR | To choose a RED, BLUE or STANDARD COLOR TONE. | |
| RESET | To return all adjustments to factory preset levels. | |

**1** Press **MENU** to access MAIN MENU screen.

**2** Press **CH UP (▲)** or **DOWN (▼)** to move the " ♦ " mark to "VIDEO ADJUST".





SLEEP TIMER
♦VIDEO ADJUST
AUDIO SELECT
CLOSED CAPTION
PARENT CONTROL
ENERGY SAVE
SET UP

(MAIN MENU screen)

**3** Press **VOL (+)** or **(−)** to access PICTURE adjust mode.



PICTURE 27

(PICTURE adjust mode)

**4** Press **CH UP (▲)** or **DOWN (▼)** to select the desired mode. (Refer to the diagram below.)

PICTURE ⇄ TINT ⇄ COLOR ⇄ BRIGHT
↓ ↑                                ↓ ↑
RESET ⇄ FAVORITE COLOR ⇄ SHARP

←: CH UP (▲)    →: CH DOWN (▼)



**5** Press **VOL (+)** or **(−)** to adjust the setting.



PICTURE 27

VOL UP(+) increase contrast

VOL DOWN (−) decrease contrast

**6** Repeat steps **4** to **5** to adjust other settings.

**7** Press **MENU** to exit.

MENU

10

CRT000535

## Audio Select

- **MTS (MULTICHANNEL TV SOUND)**
  This circuit allows reception of stereo or bilingual TV sound.
- **INTERNAL SPEAKER SWITCH**
  This function turns the TV's internal speakers "ON" or "OFF" when listening to sound from external speakers by using the AUDIO OUTPUT JACKS on page 23.

---

**1** Press **MENU** to access MAIN MENU screen.

**2** Press **CH UP (▲)** or **DOWN (▼)** to move the " ⬍ " mark to "AUDIO SELECT".

 MENU → 

```
SLEEP  TIMER
VIDEO  ADJUST
⬥AUDIO  SELECT
CLOSED  CAPTION
PARENT  CONTROL
ENERGY  SAVE
SET  UP
```
(MAIN MENU screen)

---

**3** Press **VOL (+)** or **(–)** to access AUDIO SELECT mode.



```
AUDIO  SELECT

⬥MTS     : SAP
 SPEAKER : OFF
```
(AUDIO SELECT mode)

---

**4** Press **CH UP (▲)** or **DOWN (▼)** to move the " ⬍ " mark to "MTS", or "SPEAKER".

 

```
AUDIO  SELECT

⬍MTS     : SAP
⬍SPEAKER : OFF
```

---

**5** Press **VOL (+)** or **(–)** to change the AUDIO SELECT setting.



```
       MTS          SPEAKER
   ┌─[ STEREO ]      [ ON ]
   │    ↑ ↓           ↑ ↓
   │  [ SAP ]        [ OFF ]
   │    ↑ ↓
   └─[ MONO ]
```



```
AUDIO  SELECT

⬥MTS     : STEREO
 SPEAKER : OFF
```
(AUDIO SELECT setting)

---

**6** Press **MENU** to exit.

MENU

---

Ex:
Actual screen indicating ON AIR when receiving STEREO broadcasts.

Actual channel number —————————————————————— 1 2
"← ON AIR" will appear next to STEREO or
SAP when receiving STEREO or SAP
broadcasts.

```
▶STEREO—ON  A I R
 SAP     ←ON  A I R
 MONO
```
(Channel call on screen)

- **You can enjoy Hi-Fi stereo sound or SAP broadcasts where available.**
  - Stereo broadcasts
    Live television transmission of sports, shows, concerts, etc. can be received in dynamic stereo sound.
  - SAP broadcasts
    Television broadcast can be received with either MAIN or SAP sound.
    MAIN sound: The normal program soundtrack. (Monaural or stereo where available.)
    SAP sound: Second language, supplementary commentaries, etc. (SAP sound is monaural.)

- **If stereo sound is difficult to hear.**
  - You can obtain clearer sound by manually switching to fixed monaural mode.

Note: ➤

- Once MONO mode is selected, the TV sound remains monaural even if the TV set receives a stereo broadcast. You must switch the mode back to STEREO if you want to hear stereo sound again.
- Selecting MTS while in the INPUT mode does not change the type of sound; in this case, sound is determined by the video source.

11

CRT000536

## Closed Caption

### ■ HOW TO SET CLOSED CAPTION

- Your TV is equipped with an internal Closed Caption decoder. "Closed Caption" is a system which allows you to view conversations, narration, and sound effects in TV programs and home videos as subscript on your TV screen as shown on the right.
- Not all the programs and videos will offer closed caption. Please look for the " CC " symbol to ensure that captions will be shown.
- Closed Caption broadcast can be viewed in two modes: CAPTION and TEXT. For each mode, two channels are available, CH1 and CH2:

  The [CAPTION] mode subscripts dialogues and commentaries of TV dramas and news programs while allowing clear view of the picture. The [TEXT] mode displays over the picture other various information (such as TV program schedule, weather forecast, etc.) that is independent of the TV programs.




VOLUME (+)/(–)

CHANNEL UP (▲)/ DOWN (▼)
MENU

**1** Press **MENU** to access MAIN MENU screen.

**2** Press **CH UP (▲)** or **DOWN (▼)** to move the " ♦ " mark to "CLOSED CAPTION".



MENU ○ →  CH▲   CH▼

```
SLEEP  TIMER
VIDEO  ADJUST
AUDIO  SELECT
♦CLOSED  CAPTION
PARENT  CONTROL
ENERGY  SAVE
SET  UP
```
(MAIN MENU screen)

**3** Press **VOL (+)** or **(–)** to access CLOSED CAPTION setting mode.

 VOL – VOL +

```
CLOSED  CAPTION

♦MODE      : CAPTION
DATA       : CH  1
```
(CLOSED CAPTION setting mode)

**4** Press **CH UP (▲)** or **DOWN (▼)** to move the " ♦ " mark to either "MODE" or "DATA".

CH▲  CH▼

```
CLOSED  CAPTION

MODE       : CAPTION
♦DATA      : CH  1
```

**5** Press **VOL (+)** or **(–)** to change the CLOSED CAPTION setting.



MODE : ┌─ CAPTION ┐
       └─ TEXT ─┘
          ↑ ↓
          OFF

DATA : ┌─ CH 1 ┐
       └─ CH 2 ┘

 VOL – VOL +

```
CLOSED  CAPTION

♦MODE      : CAPTION
DATA       : CH  1
```

**6** Press **MENU** to exit.

MENU ○

**Note:** 

- If a broadcast has CLOSED CAPTION and the **MUTE** button is pressed, the set enters [CAPTION] mode automatically. Pressing **MUTE** again will return the set to its previous condition.
- Closed Caption may malfunction (white blocks, strange characters, etc.) if signal conditions are poor or if there are problems at the broadcast source. This does not necessarily indicate a problem with your set.
- If any button is pressed to call up the ON SCREEN DISPLAY while viewing a CLOSED CAPTION broadcast, the closed captions will disappear momentarily.
- When viewing in TEXT mode, if no TEXT broadcast is being received, for some programs the screen may become dark and blank. Should this occur, set the Closed Caption mode to "OFF".

12

CRT000537

## Parent Control

■ **VIEW TIMER**
This function allows you to restrict TV viewing time and also allows you to control TV usage. This function is to prevent your children from watching too much TV.

**VIEWING TIME (an accumulative timer: counts only the time duration acquired while the TV is on.)**
- VIEWING TIME can be set from 30M (30 minutes) to 10H00M (10 hours) in 30 minutes intervals.

**OFF TIME (Restricts TV watching after the VIEWING TIME reaches zero.)**
- OFF TIME can be set from 30M (30 minutes) to 10H00M (10 hours) in 30 minutes intervals.

**STATUS (ON/OFF setting of VIEW TIMER)**

```
VIEW TIMER
⬍VIEWING TIME
    --H --M
 OFF TIME
    --H --M
 STATUS:OFF
```

■ **How to set VIEW TIMER.**

**1** Press **MENU** to access MAIN MENU screen.

**2** Press **CH UP (▲)** or **DOWN (▼)** to move the "⬍" mark to "PARENT CONTROL".



```
 SLEEP  TIMER
 VIDEO ADJUST
 AUDIO SELECT
 CLOSED CAPTION
⬍PARENT CONTROL
 ENERGY SAVE
 SET  UP
(MAIN MENU screen)
```

**3** Press **VOL (+)** or **(–)** to access "PARENT CONTROL VIEW TIMER".



```
PARENT CONTROL

VIEW TIMER
```

**4** Press **VOL (+)** or **(–)** to access "VIEW TIMER".

 

```
VIEW TIMER
⬍VIEWING TIME
    --H --M
 OFF TIME
    --H --M
 STATUS   :OFF
```

**5** Press **CH UP (▲)** or **DOWN (▼)** to select "VIEWING TIME" and "OFF TIME". For each selection, press the **VOL (+)** or **(–)** to set the time duration.

 →  

```
VIEW TIMER
VIEWING TIME
    2H 00M
⬍OFF TIME
    --H --M
 STATUS:OFF
```

**6** Press **CH UP (▲)** or **DOWN (▼)** to select "STATUS". Press the **VOL (+)** or **(–)** to turn ON the "VIEWING TIMER". (If STATUS is OFF, VIEW TIMER is not operated)

 →  

```
VIEW TIMER
VIEWING TIME
    2H 00M
 OFF TIME
    5H 00M
⬍STATUS:ON
```

**7** Press **MENU**. "INPUT SECRET No." will be displayed.

MENU

```
INPUT SECRET No.
    - - - -
```

13

CRT000538

## Parent Control (Continued)

**8** Enter the 4-digit SECRET No. using the **REMOTE KEYPAD**.

**9** Press **MENU**, and SECRET No. is registered.



```
INPUT  SECRET  No.

      1  2  3  0
```

**Example**

- To restrict anybody from watching the TV for 5 hours, after watching the TV for 2 hours, your settings would look like this:
- They can choose to watch the 2 hours of TV however they wish. For example, they could watch 1 hour of TV, turn TV off for 30 minutes, then turn TV on and watch the remaining 1 hour on the VIEWING TIMER.

```
VIEW TIMER

VIEWING TIME
      2H  00M
OFF  TIME
      5H  00M
⬥STATUS : ON
```

### ■ To change the VIEW TIMER settings. (SECRET No. is registered)

**1** Repeat "How to set VIEW TIMER" steps and select "PARENT CONTROL VIEW TIMER" during step **3**. Press **VOL (+)** or **(–)**, and "INPUT SECRET No." will be displayed.



```
INPUT  SECRET  No.

      _  _  _  _
```

**2** Enter the 4-digit SECRET No. using the **REMOTE KEYPAD**, and the VIEW TIMER access screen will be displayed. Repeat step **5 ~ 6**.



```
INPUT  SECRET  No.

      *  *  *  *
```

> **Note:**

- When you choose the correct SECRET No., the VIEW TIMER access screen is displayed. If the wrong SECRET No. is chosen, "SECRET No. IS INCORRECT" is displayed. Input the SECRET No. again in this case.

```
SECRET  No.  IS
INCORRECT
```

### ■ To cancel the VIEW TIMER (While the TV set is OFF but the VIEW TIMER is set)

**1** Turn on TV; a blue screen message "TIME OVER" will appear. If you do nothing, the TV will turn off in approximately 30 seconds.

```
TIME OVER

INPUT  SECRET  No.

      _  _  _  _
```

**2** Enter the 4-digit SECRET No. using the **REMOTE KEYPAD**. When you choose the correct SECRET No., the VIEW TIMER is canceled. If the wrong SECRET No. is chosen, "SECRET No. IS INCORRECT" is displayed. Input the SECRET No. again in this case.



```
TIME OVER

INPUT  SECRET  No.

      *  *  *  *
```

### ■ To cancel the VIEW TIMER setting or change the SECRET No. (When you forget the SECRET No.)

**1** Repeat "How to set VIEW TIMER" steps and select "PARENT CONTROL VIEW TIMER" during step **3**. Press **VOL (+)** or **(–)**, and "INPUT SECRET No." will be displayed.



```
INPUT  SECRET  No.

      _  _  _  _
```

14

CRT000539

## Parent Control (Continued)

**2** Press and hold both **CH UP (▲)** and **DOWN (▼)** on the TV set simultaneously until the VIEW TIMER access screen is displayed. Now you can cancel the VIEW TIMER settings or can change the SECRET No. while "INPUT SECRET No." is displayed.

(On the Set)



CHANNEL UP (▲)/DOWN (▼)

■ **Notice of Remaining VIEWING TIME**
- For every 30 minute interval, the "remaining time" will be displayed for 4 seconds. For the last 5 minutes, the "remaining time" will be displayed every minute.
- "0 REMAIN" will be displayed for 10 seconds just before the VIEWING TIME is completed.



VIEWING TIME
0H  30M REMAIN

VIEWING TIME
0H  05M REMAIN

VIEWING TIME
0  REMAIN

## Energy Save

■ **This feature lets you lower the power consumption of your TV set which in turn saves you money and minimizes the impact on the environment. When this feature is turned on, it reduces the brightness of the TV to a level that consumes approximately 20% less energy than when the feature is turned off.**
**The reduction in brightness will be less noticeable under low room lighting conditions.**



VOLUME (+)/(–)
CHANNEL UP (▲)/DOWN (▼)
MENU

**1** Press **MENU** to access MAIN MENU screen.

**2** Press **CH UP (▲)** or **DOWN (▼)** to move the "♦" mark to "ENERGY SAVE".



MENU  →

```
SLEEP  TIMER
VIDEO  ADJUST
AUDIO  SELECT
CLOSED  CAPTION
PARENT  CONTROL
♦ENERGY  SAVE
SET  UP
```

(MAIN MENU screen)

**3** Press **VOL (+)** or **(–)** to access ENERGY SAVE select mode.



ENERGY  SAVE
: OFF

(ENERGY SAVE select mode)

**4** Press **VOL (+)** or **(–)** to select "ON".



ENERGY  SAVE
: ON

**5** Press **MENU** to exit.


MENU

15

CRT000540

## Set Up

■ **EZ SETUP**
**By operating the channel presetting functions, you can preset your TV to the desired channels for viewing.**



REMOTE KEYPAD

VOLUME (+)/(−)

CHANNEL UP (▲)/ DOWN (▼)

MENU

---

**1** Press **MENU** to access MAIN MENU screen.

**2** Press **CH UP (▲)** or **DOWN (▼)** to move the " ✦ " mark to "SET UP".

 → 

```
SLEEP  TIMER
VIDEO  ADJUST
AUDIO  SELECT
CLOSED  CAPTION
PARENT  CONTROL
ENERGY  SAVE
✦SET  UP
```
(MAIN MENU screen)

---

**3** Press **VOL (+)** or **(−)** to access SET UP mode, then press **CH UP (▲)** or **DOWN (▼)** to move the " ✦ " mark to "CH SETTING".



```
BLUE  SCREEN
PERSONAL  PREF.
UNIVERSAL  PLUS
LANGUAGE
✦CH  SETTING
```
(SET UP mode)

---

**4** Press **VOL (+)** or **(−)** to access CH SETTING mode.

```
✦EZ  SETUP
AIR/CABLE
CH  SEARCH
CH  MEMORY
```
(CH SETTING mode)

---

**5** Press **VOL (+)** or **(−)** to access EZ SETUP mode.

 

```
CONNECT  ANTENNA
OR  CABLE.

START  EZ  SETUP?

       YES : VOL+
       NO  : VOL−
```
(EZ SETUP mode)

---

**6** Press **VOL (+)**.
The tuner will automatically search for the broadcasting and cable TV channels. (The CH No. will automatically increase when it appears.)

If you want to stop the EZ SETUP process once it has started, press **VOL (−)**. Search will be canceled.

**To cancel EZ SETUP**
Press **VOL (−)**.



```
PLEASE  WAIT

AUTO  PROGRAMMING

18
        STOP : VOL−
```

---

**7** Once EZ SETUP is completed, the smallest channel number memorized will be displayed.

```
               2
```

---

16

CRT000541

## Set Up (Continued)

■ **CHANNEL SETTING**
  **If EZ SETUP does not memorize all the channels in your region, follow the instructions below to manually memorize the channel.**

**1** Press *MENU* to access MAIN MENU screen.

**2** Press *CH UP (▲)* or *DOWN (▼)* to move the "❖" mark to "SET UP".



| |
| --- |
| SLEEP TIMER |
| VIDEO ADJUST |
| AUDIO SELECT |
| CLOSED CAPTION |
| PARENT CONTROL |
| ENERGY SAVE |
| ❖SET UP |

(MAIN MENU screen)

**3** Press *VOL (+)* or *(–)* to access SET UP mode.

**4** Press *CH UP (▲)* or *DOWN (▼)* to move the "❖" mark to "CH SETTING".



| |
| --- |
| BLUE SCREEN |
| PERSONAL PREF. |
| UNIVERSAL PLUS |
| LANGUAGE |
| ❖CH SETTING |

(SET UP mode)

**5** Press *VOL (+)* or *(–)* to access CH SETTING mode.



| |
| --- |
| ❖EZ SETUP |
| AIR/CABLE |
| CH SEARCH |
| CH MEMORY |

(CH SETTING mode)

**6** Press *CH UP (▲)* or *DOWN (▼)* to move the "❖" mark to the "AIR/CABLE", then press *VOL (+)* or *(–)* to access AIR/CABLE mode.



| |
| --- |
| EZ SETUP |
| ❖AIR/CABLE |
| CH SEARCH |
| CH MEMORY |

(CH SETTING mode)

**7** Press *CH UP (▲)* or *DOWN (▼)* to move the "❖" mark to the desired mode.

 

| |
| --- |
| AIR/CABLE |
| ┃AIR |
| CABLE STD |
| ❖CABLE HRC |
| ┃CABLE IRC |

(AIR/CABLE mode)

**8** Press *MENU* to exit.



Note: ▷

• Receivable channels of your TV set are:
  AIR channels:                           CABLE channels:
    VHF: 2 through 13.            1 (HRC and IRC mode only)
    UHF: 14 through 69.           2 through 125 (STD, HRC and IRC)

17

CRT000542

## Set Up (Continued)

■ **Saving broadcast TV channels into memory.**

**1.1** Press **MENU** to access MAIN MENU screen, then press **CH UP (▲)** or **DOWN (▼)** to move the "♦" mark to "SET UP".



```
EZ SETUP
AIR/CABLE
♦CH SEARCH
CH MEMORY
```

**1.2** Press **VOL (+)** or **(–)** to access SET UP mode, then press **CH UP (▲)** or **DOWN (▼)** to move the "♦" mark to "CH SETTING".



(CH SETTING mode)

**1.3** Press **VOL (+)** or **(–)** to access CH SETTING screen.



**1.4** Press **CH UP (▲)** or **DOWN (▼)** to move the "♦" mark to "CH SEARCH", then press **VOL (+)** or **(–)** to access CH SEARCH mode.



**START**

**2.1** Press **VOL (+)**. The tuner will search through all available channels in your area and add them into the TV's memory.

(START)

```
CH SEARCH
AIR  12
                START:+
                STOP :–
```

**STOP**

**2.2** Press **VOL (–)**. CH SEARCH will stop at the current channel and will not add any higher channels.

(STOP)

(CH SEARCH screen)

**2.3** Press **MENU** to exit.

■ **Adding weak or additional channels or erasing unwanted channels from TV memory.**

**1.1** Press **MENU** to access MAIN MENU screen, then press **CH UP (▲)** or **DOWN (▼)** to move the "♦" mark to "SET UP".





```
EZ SETUP
AIR/CABLE
CH SEARCH
♦CH MEMORY
```

**1.2** Press **VOL (+)** or **(–)** to access SET UP mode, then press **CH UP (▲)** or **DOWN (▼)** to move the "♦" mark to "CH SETTING".



(CH SETTING mode)

**1.3** Press **VOL (+)** or **(–)** to access CH SETTING mode, then press **CH UP (▲)** or **DOWN (▼)** to move the "♦" mark to "CH MEMORY".



**2.1** Press **VOL (+)** or **(–)** to access CH MEMORY.



**2.2** Use **CH UP (▲)** or **DOWN (▼)** or **REMOTE KEYPAD** to select each desired channel to add or erase.



**2.3** Press **VOL (+)** to add a channel to the TV's memory or press **VOL (–)** to erase a channel from the TV's memory.

18

CRT000543

## Set Up (Continued)



**2.4** Press *MENU* to exit.

CH MEMORY
AIR 12
TO ADD : +

(CH MEMORY unmemorized channel)

**VOL (+)**
To add channel 12 to the TV memory
←——————
**VOL (–)**
To erase channel 12 from the TV memory

CH MEMORY
AIR 12
TO ERASE : –

(CH MEMORY memorized channel)

**Note:** >

• If you press *VOL (+)* again while in the CH SEARCH mode, auto-program will start again, and the previously memorized channels will be lost.

■ **BLUE SCREEN**
**Automatically turns the screen blue if a broadcast signal is not received.**

**1** Press *MENU* to access MAIN MENU screen.

**2** Press *CH UP (▲)* or *DOWN (▼)* to move the "⬧" mark to "SET UP".

MENU ○ → CH▲ / CH▼

```
SLEEP TIMER
VIDEO ADJUST
AUDIO SELECT
CLOSED CAPTION
PARENT CONTROL
ENERGY SAVE
⬧SET UP
```
(MAIN MENU screen)

**3** Press *VOL (+)* or *(–)* to access SET UP mode.

```
⬧BLUE SCREEN
 PERSONAL PREF.
 UNIVERSAL PLUS
 LANGUAGE
 CH SETTING
```
(SET UP mode)

**4** Press *VOL (+)* or *(–)* to access BLUE SCREEN select mode.

```
BLUE SCREEN
       : OFF
```
(BLUE SCREEN select mode)

**5** Press *VOL (+)* or *(–)* to select "ON".

```
BLUE SCREEN
        : ON
```

**6** Press *MENU* to exit.

MENU ○

**Note:** >

• Poor reception due to weak signals, or too much noise might activate the BLUE SCREEN function despite the presence of a broadcast signal. To continue watching TV under these conditions, switch the BLUE SCREEN "OFF".
• While VCR input mode is selected, the BLUE SCREEN will not be shown on your TV even if the BLUE SCREEN is turned on.

19

CRT000544

## Set Up (Continued)

■ **PERSONAL PREFERENCE**
**By setting the PERSONAL PREFERENCE channels in advance, you can select your favorite channels easily.**

PERSONAL PREFERENCE 



REMOTE KEYPAD
VOLUME (+)/(–)
CHANNEL UP (▲)/ DOWN (▼)
MENU

**1** Press **MENU** to access MAIN MENU screen.

**2** Press **CH UP (▲)** or **DOWN (▼)** to move the "✚" mark to "SET UP".

MENU  →

```
SLEEP  TIMER
VIDEO  ADJUST
AUDIO  SELECT
CLOSED  CAPTION
PARENT  CONTROL
ENERGY  SAVE
✚SET  UP
```
(MAIN MENU screen)

**3** Press **VOL (+)** or **(–)** to access SET UP mode, then press **CH UP (▲)** or **DOWN (▼)** to move the "✚" mark to "PERSONAL PREFERENCE".

 → 

```
BLUE  SCREEN
✚PERSONAL  PREF.
UNIVERSAL  PLUS
LANGUAGE
CH  SETTING
```
(PERSONAL PREFERENCE select mode)

**4** Press **VOL (+)** or **(–)** to select PERSONAL PREFERENCE in which you can program 4 favorite channels, in 4 different categories. (total of 16 channels)



```
PERSONAL  PREF.

<A>   B    C    D
✚---  ---  ---  ---
  ---  ---  ---  ---
  ---  ---  ---  ---
  ---  ---  ---  ---
```

**5** Press **CH UP (▲)** or **DOWN (▼)** to move the "✚" mark to the desired position.



```
PERSONAL  PREF.

<A>   B    C    D
|---  ---  ---  ---
✚---  ---  ---  ---
|---  ---  ---  ---
|---  ---  ---  ---
```

**6** Press **REMOTE KEYPAD** on the Remote to input the CHANNEL Number into the memory.

**Example:**

125 — Press "100" followed by "2" and then "5".



```
PERSONAL  PREF.

<A>   B    C    D
✚125  ---  ---  ---
  ---  ---  ---  ---
  ---  ---  ---  ---
  ---  ---  ---  ---
```

**7** Repeat steps 4 to 6 to input the next CHANNEL Number.

**8** Press **MENU** to exit.

MENU 

■ **To select the PERSONAL PREFERENCE channel.**
If the channels are memorized as shown to the right, press the Remote's "A" button to select the Channels below.

┌→ 125 → 25 → 40 → 4 ─┐

```
PERSONAL  PREF.

<A>   B    C    D
✚125   85   38  ---
  25  123   30  ---
  40   55  ---  ---
   4  ---  ---  ---
```

20

CRT000545

## Set Up (Continued)

■ **UNIVERSAL PLUS FUNCTION**
**VCR input mode will be selected automatically by pressing VCR
PLAY button on UNIVERSAL REMOTE CONTROL.**



VOLUME
(+)/(−)

CHANNEL
UP (▲)/
DOWN (▼)

MENU

**1** Press **MENU** to access MAIN MENU screen.

**2** Press **CH UP (▲)** or **DOWN (▼)** to move the " ✚ "
mark to "SET UP".



```
SLEEP  TIMER
VIDEO  ADJUST
AUDIO  SELECT
CLOSED  CAPTION
PARENT  CONTROL
ENERGY  SAVE
✚SET  UP
```
(MAIN MENU screen)

**3** Press **VOL (+)** or **(−)** to access SET UP mode.



```
✚BLUE  SCREEN
 PERSONAL  PREF.
 UNIVERSAL  PLUS
 LANGUAGE
 CH  SETTING
```
(SET UP mode)

**4** Press **CH UP (▲)** or **DOWN (▼)** to move the " ✚ "
mark to "UNIVERSAL PLUS".



```
 BLUE  SCREEN
 PERSONAL  PREF.
✚UNIVERSAL  PLUS
 LANGUAGE
 CH  SETTING
```

**5** Press **VOL (+)** or **(−)** to access UNIVERSAL PLUS
select mode.



```
UNIVERSAL  PLUS

VCR:    ✚CH  3
         CH  4
         INPUT1
         INPUT2
         OFF
```
(UNIVERSAL PLUS select mode)

**6** Press **CH UP (▲)** or **DOWN (▼)** to select the "CH3,
CH4", "INPUT 1", "INPUT 2" or "OFF".

Set model to the input in which your VCR is
connected to. If done through RF, select either
channel 3 or 4 to match the setting of the VCR.



```
UNIVERSAL  PLUS

VCR:    │CH  3
        │CH  4
        ✚INPUT1
        │INPUT2
        │OFF
```

**7** Press **MENU** to exit.



21

CRT000546

# Using the Video and Audio Input Jacks

■ **Connecting video equipment for playback of video material.**
- When the television is connected to video equipment as shown below, the material being played back on the video equipment can be seen on the television screen.

**Connecting video device equipped with video output terminal.**

**CONNECTIONS**



VIDEO EQUIPMENT

CAMCORDER

(Front connection terminals of TV)

To VIDEO OUTPUT
To AUDIO OUTPUT (L)
To AUDIO OUTPUT (R)

TV GAME

(Rear connection terminals of TV)

To VIDEO OUTPUT

To AUDIO OUTPUT (R)
To AUDIO OUTPUT (L)

VCR

■ **To watch video material playback.**
- Press the Remote's *INPUT* to select VIDEO INPUT mode to which the video equipment you want to playback is connected.
- The external VIDEO INPUT mode will change as follows each time the *INPUT* is pressed.



AIR or CABLE → INPUT 1 (IN-1) Rear → INPUT 2 (IN-2) Front

- INPUT mode can be selected by pressing either the *CH UP* (▲) on the TV remote control when the TV is set to the highest channel stored in memory, or by pressing the *CH DOWN* (▼) when it is set to the lowest channel.

Note:
- When connecting video or audio equipment to the television, be sure that the power is turned off in order to prevent damage to either the television or the equipment being connected.
- It is the intent of SHARP that this product be used in full compliance with the copyright law of the United States and that prior permission be obtained from copyright owners whenever necessary.
- For detailed information on the connection and use of auxiliary equipment, refer to the instruction manuals of the equipment being used.
- The connection cords can be obtained from your local video store.

22

CRT000547

## Using the Audio Output Jacks

■ These jacks are used for connecting a standard studio amplifier. Control of STEREO/MONO/ SAP, VOLUME, and MUTE are retained at the TV. These jacks relay the audio signal of all programs being displayed on the TV screen.

(AUDIO OUTPUT JACKS are located on the rear of the cabinet.)

### CONNECTIONS



(Rear connection terminals of TV)

To the audio input terminals   Stereo Amplifier   Speaker System

(1) Before connecting the cord, turn on the TV and adjust the VOLUME control on the TV for a moderate listening level.
(2) Turn off the TV and connect the audio cord to the AUDIO LINE OUTPUT JACKS on the TV.
(3) Turn the TV set and stereo amplifier on.
(4) If you desire, you can turn off the sound to the TV's internal speakers by SPEAKER mode. See page 11.
(5) Adjust the VOLUME control on the stereo amplifier for a moderate listening level.
(6) Control of the audio can be done using the audio controls (STEREO/MONO/SAP, VOLUME, and MUTE), from either the remote control, or directly from the TV set.

Note:
- For detailed information on the connection and use of auxiliary equipment, refer to the operation manuals of the equipment being used.
- When connecting monaural equipment to the AUDIO INPUT or OUTPUT of this set, use an audio connection cord and plug adaptor as shown below.
- For optimal sound quality, it is recommended to keep the TV's audio output level high.



To the TV   Pin plug x 2   Pin Plug   Pin jack/Mini plug   Plug adapter   To the equipment being connected

23

CRT000548

## Operation of Remote Control

■ **Universal Remote Control**

With the purchase of your television set you also have received the latest innovation in remote control technology. With its easy-to-use push button keyboard, your Remote can control your television set and most infrared remote controlled VCRs and cable TV converters as well.

Note:

- Depending on the model, year produced, brand and type of VCR, some models may not be compatible with the remote control.
- Some brands of VCR or Cable TV converter Box may not enable channel selection until the ENTER is pressed.

**Example:**
When you select channel 24,
(1) Press REMOTE KEYPAD "2".
(2) Press REMOTE KEYPAD "4".
(3) Press ENTER.
For detailed information on the use of the VCR or Cable TV converter Box refer to their operating manuals.

■ **Using Your Remote With Your TV**

After installing the batteries, set the *TV-CATV* on the remote to the TV position. (If you can change the channel of the TV by pressing *CH UP*(▲) or *DOWN*(▼) on the Remote Control, it is the TV position.)

■ **"Identifying" Remote VCR and Cable TV Converters**

Your Remote Control has been set at the factory to operate your TV and many remote control VCRs and Cable Converters. However, in some cases an easy one-time set-up step may be necessary before the Remote will operate accessory VCRs and Cable Converters.

- In this set-up step, the Remote locates and memorizes the remote control transmitter code for the VCR or Cable Converter.
- Once "identified", the Remote sends the proper remote signals to operate your accessory.
- This identify step will not have to be repeated until power to the Remote is interrupted due to a battery failure.

■ **USING YOUR REMOTE CONTROL WITH A VCR**

Once you make certain the Remote Control has "identified" your remote controlled VCR, the Remote Control is ready to operate your unit. The various VCR function buttons on the Remote Control will not operate your VCR if those features are not already found on your unit.

- All VCR buttons will operate whether the Remote Control is in TV or CATV modes.
- For detailed information on the use of the VCR, refer to the operation manual of the VCR.



**VCR POWER**
Press to turn the VCR on and off.

**PLAY ▶**
Press to playback a tape.

**REWIND ◀◀**
Press to rewind a tape. For some VCRs you may need to press STOP first, then REWIND.
In Playback mode, hold button down to view picture moving rapidly in reverse.

**PAUSE ‖**
Press to temporary stop the tape during playback or recording. Press again to release Pause.

**STOP ■**
Press to stop the tape.

**REMOTE KEYPAD**
Use to enter two-digit code numbers when identifying your VCR.

**ENTER**

**FF ▶▶**
Press to rapidly advance the tape. For some VCRs, you may need to press STOP first, then FF. In Playback mode, hold button down to view the picture moving rapidly in forward direction.

**VCR CHANNEL UP (▲)/ DOWN (▼)**
Press to scan up or down through channels on the VCR.

**RECORD ●**
Press to begin recording.

24

CRT000549

## Operation of Remote Control (Continued)



REMOTE KEYPAD

VCR POWER
DISPLAY

CHANNEL UP (▲)/ DOWN (▼)

TV-CATV

### ■ HOW TO IDENTIFY A VCR

The remote control may already be set to operate your VCR. Try this initial check to see if going on to the following "identify" section is necessary.

(1) Point remote towards VCR and press *VCR POWER*.
(2) Does the remote turn the VCR ON and OFF?
  • If yes, the remote is ready to operate the VCR and no further steps are needed.
  • If no, continue to the "identify" section.

### ■ To Identify Your VCR – Direct Entry Method.

Use the following steps and list to quickly find the remote control code for your accessory VCR.
  • First look up your VCR's remote control code number before going through the direct code entry steps control.
  • If this procedure does not identify your accessory VCR, use the Search method of identification (described in the next section).

(1) Slide *TV-CATV* switch to TV.
(2) Press and hold down *DISPLAY* and *CH DOWN (▼)* on your remote control. Then release both buttons.
(3) Within ten seconds after releasing *DISPLAY* and *CH DOWN (▼)* , enter your VCR's two-digit remote control code number using *REMOTE KEYPAD* (refer to list).
  • The remote control is now ready to send commands to your VCR.

Some brands have more than one remote code listed, due to changes in the remote codes from early to later model years, or due to format differences (VHS/BETA). In such cases, you may have to try more than one code to find the code your VCR accepts.

> Note: ▸

Depending on the model, year produced, brand, and type of VCR, some models may not be compatible with the remote control.

### ■ To Identify Your VCR – Search Method.

(1) Slide *TV-CATV* switch on the remote to TV.
(2) Press POWER on the VCR to ON.
(3) Stand at least six feet away from the front of the VCR.
  Point the remote towards the VCR.
  Hold down *DISPLAY* and *CH UP (▲)* at the same time. KEEP HOLDING THE BUTTONS DOWN.
(4) Watch the Channel Number indicator on the VCR, Channel numbers will scan up when the VCR has been identified.
  Release *DISPLAY* and *CH UP (▲)* as soon as the channel numbers start to scan up.
  The VCR's remote control code number has been identified, and the remote is ready to operate the VCR.

25

CRT000550

# Operation of Remote Control (Continued)



TV POWER — POWER

DISPLAY

REMOTE KEYPAD

CHANNEL UP (▲)/ DOWN (▼)

TV-CATV

| VCR BRAND | REMOTE CONTROL CODE NUMBER |
|---|---|
| Akai | 25, 26, 37 |
| Audio Dynamics | 15, 22, 30 |
| Broksonic | 32 |
| Canon | 04 |
| Capehart | 34 |
| Craig | 10, 31 |
| Curtis Mathis | 04 |
| Daewoo | 34 |
| DBX | 15, 22, 30 |
| Dynatech | 29 |
| Emerson | 21, 32, 35 |
| Fisher | 09, 10, 11 |
| Funai | 28, 29 |
| GE | 04 |
| Goldstar | 24 |
| Hitachi | 06 |
| Instant Replay | 04 |
| JC Penney | 04, 06, 24, 30 |
| JVC | 15, 41, 42 |
| Kenwood | 14, 15 |
| Lloyds | 29 |
| Magnavox | 04, 05, 08 |
| Magnin | 31 |
| Marantz | 30 |
| Memorex | 04, 10, 24, 29 |
| Minolta | 06 |
| Mitsubishi | 17, 18, 39, 40 |
| Montgomery Ward | 02, 43 |
| Multitech | 29 |
| NEC | 15, 22, 30 |
| Panasonic | 04, 44 |
| Pentax | 05, 06 |
| Philco | 04, 05 |
| Philips | 04, 05, 08 |
| Quasar | 04 |
| RCA | 06, 07, 33 |
| Realistic | 01, 02, 10, 24 |
| Samsung | 23, 31 |
| Sanyo | 14, 10 |
| Scott | 20 |
| Sears | 06, 11, 24 |
| Sharp | 01, 02, 03 |
| Shintom | 36 |
| Sony | 12, 13, 38 |
| Sound Design | 29 |
| Sylvania | 04, 05, 08 |
| Symphonic | 29 |
| Tatung | 15 |
| Teac | 15, 29 |
| Teknika | 27, 29 |
| Thomas | 29 |
| TMK | 21 |
| Toshiba | 19, 20 |
| Video Concepts | 30 |
| Yamaha | 15, 29, 30 |
| Zenith | 16 |

## TIPS ON IDENTIFYING YOUR VCR:

If your VCR model does not have the CHANNEL UP function on its remote control, it cannot be identified using the SEARCH method of identifying. For such models, please try the DIRECT ENTRY method of identifying.

Be Patient: a minute or two can seem a lot longer when you're waiting for something to happen, but the code should be identified within 2 minutes. Remember, it is only a one-time set-up.

Be careful not to let the VCR scan more than five channels when the indicator starts to move up. If you continue holding down the **DISPLAY** and **CH UP (▲)** after five channel scans, the proper remote code can be passed up, and the two minutes identify cycle will have to be repeated.

If a channel change does not occur on the VCR within two minutes, read the identifying instructions again and repeat the steps. Should a channel change still not occur the remote will not operate with the desired VCR.

- ■ **HOW TO IDENTIFY A CABLE CONVERTER**
- ■ **To Identify Your Cable Converter −Direct Entry Method.**

Use the following steps and list to quickly find the remote control code for your cable TV converter.

- • First look up your converter's remote code number before going through the direct code entry steps below.
- • If this procedure does not identify your converter, use the Search method of identification (described in the next section).
- (1) Slide **TV-CATV** switch to CATV.
- (2) Press and hold down **DISPLAY** and **CH DOWN (▼)** on your remote control.

Then release both buttons.
- (3) Within ten seconds after releasing **DISPLAY** and **CH DOWN (▼)**, enter your converter's two-digit code number using **REMOTE KEYPAD** (refer to list).
- • The remote control is now ready to send commands to your converter.

26

CRT000551

## Operation of Remote Control (Continued)

• Some brands have more than one remote code listed, due to changes in the remote codes from early to later model years. In such cases, you may have to try more than one code to find the code your converter accepts.

Note:

Depending on the model, year produced, brand, and type of CATV converter, some models may not be compatible with the remote control.

■ **To Identify Your Cable Converter – Search Method.**

(1) Slide **TV-CATV** switch on the remote to CATV.
(2) Press the POWER button on the cable converter to ON.
(3) Stand at least six feet away from the converter. Point the remote towards the converter.
Hold down the **DISPLAY** and **CH UP (▲)** at the same time. KEEP HOLDING THE BUTTONS DOWN.
(4) Watch the Channel Number indicator on the converter.
Channel numbers will scan up when the converter has been identified.
Release the **DISPLAY** and **CH UP (▲)** as soon as the channel numbers start to scan up.
The converter's remote control code number has been identified, and the remote is ready to operate the converter.

**TIPS ON IDENTIFYING YOUR CABLE CONVERTER:**

Be Patient: a minute or two can seem a lot longer when you're waiting for something to happen, but the code should be identified within 2 minutes. Remember, it is only a one-time set-up.

Be careful not to let the CATV converter scan more than five channels when the indicator starts to move up. If you continue holding down the **DISPLAY** and **CH UP (▲)** after five channel scans, the proper remote code can be passed up, and the two minutes identify cycle will have to be repeated.

If a channel change does not occur on the cable converter within two minutes, read the identifying instructions again and repeat the steps. Should a channel change still not occur, the remote will not operate with the desired converter.

Note:

Some satellite receivers can be operated by the REMOTE CONTROL. If you have a Satellite Receiver, you can use the above method to search for available channels.

| CATV CONVERTER BRAND | REMOTE CONTROL CODE NUMBER |
|---|---|
| Anvision | 07, 08 |
| Cable Star | 07, 08 |
| Eagle | 08 |
| Eastern International | 02 |
| General Instrument | 04, 05, 15, 23, 24, 25, 30, 36 |
| Hamlin | 12, 13, 34 |
| Jerrold | 04, 05, 15, 23, 24, 25 30, 36 |
| Macom | 37 |
| Magnavox | 07, 08, 19, 25, 28, 29, 32, 33, 40, 41 |
| NSC | 09 |
| Oak | 01, 16, 38 |
| Oak Sigma | 18 |
| Panasonic | 27, 39 |
| Philips | 07, 08, 19, 26, 28, 29, 32, 33, 40, 41 |
| Pioneer | 18, 20 |
| Randtek | 07, 08 |
| RCA | 27, 43 |
| Regal | 12, 13 |
| Regency | 02 |
| Scientific Atlanta | 03, 22, 42 |
| Sony | 44 |
| Sylvania | 11 |
| Teknika | 06 |
| Texscan | 11 |
| Tocom | 17, 21 |
| Unika | 31 |
| Viewstar | 07, 08, 19, 26, 28, 29 32, 33, 40, 41 |
| Zenith | 14 |

27

CRT000552

# Before Calling for Service

Check these items and see if you can correct trouble with a slight adjustment of the controls.

| QUICK SERVICE CHECK LIST — POSSIBLE REMEDY | No Playback of VCR and Disk Player | No Picture or Sound from External Video/Audio Products | Remote Control Doesn't Work | Bars on Screen | Picture Distorted | Picture Rolls Vertically | No Color | Poor Reception on Some Channels | Weak Picture | Lines or Streaks in Picture | Ghosts in Picture | Picture Blurred | Sound OK, Picture Poor | Picture OK, Sound Poor | No Picture or Sound | Dark and Blank Picture | External Electrical Noise Interfering with TV's Operation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Try a new channel, if OK, then possible station trouble. | | | | | X | X | X | X | X | X | X | X | X | X | X | | |
| Is TV plugged in? Power at outlet? | | X | X | | | | | | | | | | | | X | | |
| Is TV's POWER button on? | | X | | | | | | | | | | | | | X | | |
| Is antenna connected to terminal on the back of the set? | | | | | | | X | X | X | | X | · | X | | X | | |
| If outside antenna is being used, check for broken wire. | | | | | X | X | X | X | X | X | X | X | X | | X | | |
| Check for local interference or external electrical noise. | | | | | X | | X | X | | X | X | | X | X | | | X |
| Turn off with POWER button and then turn it on after about a minute. | | X | | | | | | | | | | | | | | X | |
| Adjust COLOR control. | | | | | | | X | | | | | | | | | | |
| Adjust PICTURE control. | | | | | | | | | X | | | | X | | | | |
| Check external Video/Audio products: look for loose/broken connection leads. (Refer to page 22, 23) | X | X | | | | | | | | | | | X | X | X | | |
| Check batteries of Remote Control. | | | X | | | | | | | | | | | | | | |
| Press CATV/TV Select Switch to TV position. | | | X | | | | | | | | | | | | | | |
| Are audio cables connected firmly? Check the volume level. | | | | | | · | | | | | | | | X | | | |
| Is SPEAKER ON? See page 11. | | | | | | · | | | | | | | | · | X | | |
| Change Closed Caption mode to "OFF" / Energy Save mode to "OFF". | | | | | | | | | | | | | | | | X | |
| Unplug the TV and plug it in again after 2 minutes. | | | X | | | X | X | X | X | | | | · | X | X | X | X |

Note:
- When viewing in TEXT mode, if no TEXT broadcast is being received, the screen may become dark and blank. Should this occur, set the Closed Caption mode to "OFF".



(Dark and Blank Picture)

# Calling for Service

For location of the nearest Sharp Authorized Service, or to obtain product literature accessories, supplies, or customer assistance, please call 1-800-BE-SHARP.

28

CRT000553

# Antes de llamar al servicio de reparaciones

Verifique estos items para ver si usted mismo puede solucionar el problema.

| LISTA DE COMPROBACIONES DE SERVICIO RAPIDO / POSIBLE SOLUCIÓN | El video o el reproductor de discos de video no reproducen imágenes | El equipo de video/audio externo no produce imágenes ni sonido | El mando a distancia no funciona | Barras en la pantalla | Imagen distorsionada | La imagen se desplaza verticalmente | No hay color | Mala recepción de algunos canales | Imagen débil | Franjas en la imagen | Imagen fantasma | Imagen borrosa | Sonido adecuado, imagen mala | Sonido adecuado, sonido malo | No hay imagen ni sonido | Imagen oscura y en blanco | Interferencia de ruido eléctrico externo con el funcionamiento del televisor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pruebe con otro canal y si todo está bien, el problema puede ser de la emisora. | | | | | X | X | X | | X | X | X | X | X | X | X | | |
| Está conectado el televisor? Llega electricidad al tomacorrientes? | | X | X | | | | | | | | | | | | | X | |
| Está conectado el interruptor del televisor? | | X | | | | | | | | | | | | | | X | |
| Está conectada la antena al terminal del panel posterior del televisor? | | | | | | | X | X | X | | X | | X | | X | | |
| Si utiliza una antena exterior, cerciórese de que el cable no esté dañado. | | | | X | X | X | X | | X | X | X | X | X | | X | | |
| Compruebe si hay interferencia local. | | | | X | | X | | | X | | X | X | | X | X | | X |
| Desconecte el interruptor POWER y vuelva a conectarlo después de transcurrir un minuto. | | X | | | | | | | | | | | | | | X | |
| Ajuste el control de COLOR. | | | | | | | X | | | | | | | | | | |
| Ajuste el control de MATIZ. | | | | | | | | | X | | | | X | | | | |
| Verifique los productos externos de Video/Audio, revise si hay gufas o rotas, conexiones sueltas o rotas. | X | X | | | | | | | | | | | X | X | X | | |
| Compruebe el estado de las pilas del mando a distancia. | | | X | | | | | | | | | | | | | | |
| Pulse CATV/TV selector para situarlo sobre la posición TV. | | | X | | | | | | | | | | | | | | |
| Están bien conectados los cables de sonido? Compruebe el nivel del volumen. | | | | | | | | | | | | | | X | | | |
| Está conectado el altavoz? | | | | | | | | | | | | | | X | | | |
| Desactive (OFF) el modo CLOSED CAPTION / Desactive (OFF) el modo Ahorro de Energía (Energy Save). | | | | | | | | | | | | | | | | X | |
| Desenchufe el televisor y vuelva a enchufarlo después de 2 minutos. | | X | | | X | X | X | X | | | | | X | X | X | X | X |

**Nota:**
- Cuando se ve en modo TEXTO sin recibir emisiones de TEXTO, la pantalla puede ponerse en blanco y negro. Si ocurriera ésto, ponga el modo CLOSED CAPTION en OFF.



(Imagen oscura y en blanco)

29

CRT000554

**Memo**

30

CRT000555

**Memo**

31

CRT000556

## Limited Warranty

**CONSUMER LIMITED WARRANTY**

SHARP ELECTRONICS CORPORATION warrants to the first consumer purchaser that this Sharp brand product (the "Product"), when shipped in its original container, will be free from defective workmanship and materials, and agrees that it will, at its option, either repair the defect or replace the defective Product or part thereof with a new or remanufactured equivalent at no charge to the purchaser for parts or labor for the period(s) set forth below.

This warranty does not apply to any appearance items of the Product nor to the additional excluded item(s) set forth below nor to any Product the exterior of which has been damaged or defaced, which has been subjected to improper voltage or other misuse, abnormal service or handling, or which has been altered or modified in design or construction.

In order to enforce the rights under this limited warranty, the purchaser should follow the steps set forth below and provide proof of purchase to the servicer.

The limited warranty described herein is in addition to whatever implied warranties may be granted to purchasers by law. ALL IMPLIED WARRANTIES INCLUDING THE WARRANTIES OF MERCHANTABILITY AND FITNESS FOR USE ARE LIMITED TO THE PERIOD(S) FROM THE DATE OF PURCHASE SET FORTH BELOW. Some states do not allow limitations on how long an implied warranty lasts, so the above limitation may not apply to you.

Neither the sales personnel of the seller nor any other person is authorized to make any warranties other than those described herein, or to extend the duration of any warranties beyond the time period described herein on behalf of Sharp.

The warranties described herein shall be the sole and exclusive warranties granted by Sharp and shall be the sole and exclusive remedy available to the purchaser. Correction of defects, in the manner and for the period of time described herein, shall constitute complete fulfillment of all liabilities and responsibilities of Sharp to the purchaser with respect to the Product, and shall constitute full satisfaction of all claims, whether based on contract, negligence, strict liability or otherwise. In no event shall Sharp be liable or in any way responsible, for any damages or defects in the Product which were caused by repairs or attempted repairs performed by anyone other than an authorized servicer. Nor shall Sharp be liable or in any way responsible for any incidental or consequential economic or property damage. Some states do not allow the exclusion of incidental or consequential damages, so that above exclusion may not apply to you.

THIS WARRANTY GIVES YOU SPECIFIC LEGAL RIGHTS. YOU MAY ALSO HAVE OTHER RIGHTS WHICH VARY FROM STATE TO STATE.

**Model Specific Section**

| | |
|---|---|
| **Your Product Model Number & Description:** | For any 27", 32" and 36" Color Television (Be sure to have this information available when you need service for your Product.) |
| **Warranty Period for this Product:** | One (1) year parts and labor. The warranty period continues for an additional one (1) year, for a total of two (2) years, with respect to the picture tube(s) in the Product for parts only. Labor and service are not provided free of charge for this additional period. |
| **Additional Item(s) Excluded from Warranty Coverage (if any):** | Non-rechargeable batteries. |
| **Where to Obtain Service:** | From a Sharp Authorized Service Station located in the United States. To find the location of the nearest Sharp Authorized Service Station, call Sharp toll free at 1-800-BE-SHARP. |
| **What to Do to Obtain Service:** | Contact your Sharp Authorized Service Station to obtain in-home service for this Product. The Servicer will come to your home and if it is necessary to remove the Product, the Servicer will reinstall it. Be sure to have **Proof of Purchase** available. |

TO OBTAIN ACCESSORY OR PRODUCT INFORMATION, CALL **1-800-BE-SHARP** OR VISIT www.sharp_usa.com

# SHARP

# SHARP ELECTRONICS CORPORATION

Sharp Plaza, Mahwah, New Jersey 07430-2135

Printed in U.S.A.
TINS-6553MEZZ
T2071-A 9P02-AMP

32

CRT000557

# IMPORTANT SAFEGUARDS

**CAUTION:** Please read all of these instructions before you operate your television and save these instructions for later use.

Electrical energy can perform many useful functions. This unit has been engineered and manufactured to assure your personal safety. But IMPROPER USE CAN RESULT IN POTENTIAL ELECTRICAL SHOCK OR FIRE HAZARDS. In order not to defeat the safeguards incorporated in this equipment, observe the following basic rules for its installation, use and servicing.



Dear Customer

Thank you very much for the purchase of your new television.
For your own protection and prolonged enjoyment of your television, please be sure to read these "Important Safeguards" carefully before use.



1. Unplug this television equipment from the wall outlet before cleaning.



2. Do not use liquid cleaners or aerosol cleaners. Use a damp cloth for cleaning.

3. Do not use attachments not recommended by the television equipment manufacturer as they may cause hazards.



4. Do not use this television equipment near water — for example, near a bathtub, washbowl, kitchen sink or laundry tub, in a wet basement, or near a swimming pool, etc.



5. Do not place this television equipment on an unstable cart, stand, or table. The television equipment may fall, causing serious injury to a child or an adult, and serious damage to the equipment. Use only with a cart or stand recommended by the manufacturer, or sold with the television equipment.



Television equipment and cart combination should be moved with care. Quick stops, excessive force, and uneven surfaces may cause the equipment and cart combination to overturn.



6. Wall or shelf mounting should follow the manufacturer's instructions, and should use a mounting kit approved by the manufacturer.



7. Slots and openings in the cabinet and the back or bottom are provided for ventilation, and to insure reliable operation of the television equipment and to protect it from overheating, these openings must not be blocked or covered. This television equipment should not be placed in a built-in insulation such as a bookcase unless proper ventilation is provided.



8. The openings should never be covered with a cloth or other material, and the bottom openings should not be blocked by placing the television equipment on a bed, sofa, rug, or other similar surface. This television equipment should never be placed near or over a radiator or heat register.

9. This television equipment should be operated only from the type of power source indicated on the marking label. If you are not sure of the type of power supplied to your home, consult your television dealer or local power company.
For television equipment designed to operate from battery power, refer to the operating instructions.



10. As a safety feature, television equipment is equipped with either a 2-wire polarized plug (one plug blade bigger than the other) or a 3-wire grounded plug (a third pin for grounding).
The 2-wire polarized plug will fit only one way into the power outlet. The 3-wire grounded plug will fit only into a grounding-type power outlet.
If the plug does not fit, ask your electrician to replace your obsolete outlet. Do not modify the plug and defeat this safety feature.



11. Do not allow anything to rest on the power cord. Do not locate this television equipment where the cord will be abused by persons walking on it.

CRT000559

12. Follow all warnings and instructions marked on the television equipment.

13. If an outside antenna is connected to the television equipment, be sure the antenna system is grounded so as to provide some protection against voltage surges and built-up static charges. Section 810 of the National Electrical Code provides information with respect to proper grounding of the mast and supporting structure, grounding of the lead-in wire to an antenna discharge unit, size of grounding conductors, location of antenna-discharge unit, connection to grounding electrodes, and requirements for the grounding electrode.

EXAMPLE OF ANTENNA GROUNDING ACCORDING TO NATIONAL ELECTRICAL CODE.



NEC – NATIONAL ELECTRICAL CODE



14. For added protection for this television equipment during a lightning storm, or when it is left unattended and unused for long periods of time, unplug it from the wall outlet and disconnect the antenna. This will prevent damage to the equipment due to lightning and power-line surges.



15. An outside antenna system should not be located in the vicinity of overhead power lines or other electric light or power circuits, or where it can fall into such power lines or circuits. When installing an outside antenna system, extreme care should be taken to keep from touching such power lines or circuits as contact with them might be fatal.



16. Do not overload wall outlets and extension cords as this can result in fire or electric shock.

CRT000560









17. Never push objects of any kind into this television equipment through cabinet slots as they may touch dangerous voltage points or short out parts that could result in a fire or electric shock. Never spill liquid of any kind on the television equipment.

18. Do not attempt to service this television equipment yourself as opening or removing covers may expose you to dangerous voltage or other hazards. Refer all servicing to qualified service personnel.

19. Unplug this television equipment from the wall outlet and refer servicing to qualified service personnel under the following conditions:

A. When the power cord or plug is damaged or frayed.

B. If liquid has been spilled into the television equipment.

C. If the television equipment has been exposed to rain or water.

D. If the television equipment does not operate normally by following the operating instructions. Adjust only those controls that are covered by the operating instructions as improper adjustment of other controls may result in damage and will often require extensive work by a qualified technician to restore the television equipment to normal operation.

E. If the television equipment has been dropped or the cabinet has been damaged.

F. When the television equipment exhibits a distinct change in performance — this indicates a need for service.

20. Upon completion of any service or repairs to this television equipment, ask the service technician to perform routine safety checks to determine that the television is in safe operating condition.

21. When replacement parts are required, be sure the service technician has used replacement parts specified by the manufacturer that have the same characteristics as the original part. Unauthorized substitutions may result in fire, electric shock, or other hazards.

3025ME T6410-A
PRINTED IN USA

CRT000561

# EXHIBIT 51

1

2

3

4

5

6 **UNITED STATES DISTRICT COURT**

7 **NORTHERN DISTRICT OF CALIFORNIA**

8

9 **OAKLAND DIVISION**

10

11 IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 4:07-cv-05944-JST

12 MDL No. 1917

13

14 This Document Relates to: | **DECLARATION OF CLASS REPRESENTATIVE DONNA ELLINGSON-MACK**

15 Indirect-Purchaser Class Action

16

17

18

19

20

21

22

23

24

25

26

27

28

I, DONNA ELLINGSON-MACK, declare as follows:

1.     I am the South Dakota class representative in this action.

2.     I have personal knowledge of the matters set forth below, and if I was called to testify about these matters I could and would do so.

3.     I purchased a Sharp television on October 18, 1999 from Rex TV in Rapid City, South Dakota.

4.     Upon information from my counsel, I believe the cathode ray tube contained inside my Sharp television is made by defendant Thomson which is supported by the Sharp TV manual (CRT001395) and a document produced by Sharp titled 2012.11.28 12_98 - 3_01 CRT Purchase Data_Replacement.xlsx.

5.     I was a South Dakota resident at the time I purchased the Sharp television.

I declare under penalty of perjury under the laws of the state of South Dakota that the statements in this Declaration are truthful and accurate.


Dated: July _27_, 2023                          By: _Donna Ellingson-Mack_

2

# EXHIBIT 52

http://diagramas.diagramasde.com/televisores/27LS100.pdf

27L-S100/27L-S180
CL27S10/CL27S18

# SHARP

# SERVICE MANUAL

S39D927L-S100



## COLOR TELEVISION
### *Chassis No. SN-91*

**MODELS** 27L-S100/27L-S180
CL27S10/CL27S18

In the interests of user-safety (Required by safety regulations in some countries) the set should be restored to its original condition and only parts identical to those specified should be used.

## CONTENTS

Page

● ELECTRICAL SPECIFICATIONS ................................................................ 1
● IMPORTANT SERVICE SAFETY PRECAUTION ......................................................... 2
● LOCATION OF USER'S CONTROL ............................................................................. 6
● INSTALLATION AND SERVICE INSTRUCTIONS ............................................................. 8
● CHASSIS LAYOUT ................................................................................................ 14
● BLOCK DIAGRAM ................................................................................................ 15
● SCHEMATIC DIAGRAMS ......................................................................................... 16
● PRINTED WIRING BOARD ASSEMBLIES ..................................................................... 26
● REPLACEMENT PARTS LIST ..................................................................................... 29
● PACKING OF THE SET .......................................................................................... 36

## ELECTRICAL SPECIFICATIONS

POWER INPUT ..................................................... 120 V  AC 60 Hz
POWER RATING ............................................................. 110 W
PICTURE SIZE ......................................... 2,187cm$^2$ (339sq inch)
CONVERGENCE .............................................................. Magnetic
SWEEP DEFLECTION .................................................... Magnetic
FOCUS .............................................. Hi-Bi-Potential Electrostatic
INTERMEDIATE FREQUENCIES
   Picture IF Carrier Frequency ...................................... 45.75 MHz
   Sound IF Carrier Frequency ...................................... 41.25 MHz
   Color Sub-Carrier Frequency ..................................... 42.17 MHz
                                                                  (Nominal)
AUDIO POWER
   OUTPUT RATING .............. 1.3W + 1.3W (at 10% distortion and
                                                    Dual CH Operate)

SPEAKER
   SIZE .................................................................. 8 cm (Round)
   VOICE COIL IMPEDANCE ............................ 32 ohm at 400 Hz
ANTENNA INPUT IMPEDANCE
   VHF/UHF .................................................. 75 ohm Unbalanced
TUNING RANGES
   VHF-Channels ............................................................ 2 thru 13
   UHF-Channels .......................................................... 14 thru 69
   CATV Channels ....................................................... 1 thru 125
                                                    (EIA, Channel Plan U.S.A.)

*Specifications are subject to change without prior notice.*

# SHARP CORPORATION

This document has been published to be used for after sales service only.
The contents are subject to change without notice.

CRT001395

# IMPORTANT SERVICE SAFETY PRECAUTION

■ **Service work should be performed only by qualified service technicians who are throughly familiar with all safety checks and the servicing guidelines which follow:**

## WARNING

1. For continued safety, no modification of any circuit should be attempted.
2. Disconnect AC power before servicing.
3. Semiconductor heat sinks are potential shock hazards when the chassis is operating.
4. The chassis in this receiver has two ground systems which are separated by insulating material. The non-isolated (hot) ground system is for the B+ voltage regulator circuit and the horizontal output circuit. The isolated ground system is for the low B+ DC voltages and the secondary circuit of the high voltage transformer.

   To prevent electrical shock use an isolation transformer between the line cord and power receptacle, when servicing this chassis.



**4A 125V**

**CAUTION**: FOR CONTINUED PROTECTION AGAINST A RISK OF FIRE, REPLACE ONLY WITH SAME TYPE 4A-125V FUSE.

## SERVICING OF HIGH VOLTAGE SYSTEM AND PICTURE TUBE

**When servicing the high voltage system, remove the static charge by connecting a 10k ohm resistor in series with an insulated wire (such as a test probe) between the picture tube ground and the anode lead. (AC line cord should be disconnected from AC outlet.)**

1. Picture tube in this receiver employs integral implosion protection.
2. Replace with tube of the same type number for continued safety.
3. Do not lift picture tube by the neck.
4. Handle the picture tube only when wearing shatterproof goggles and after discharging the high voltage anode completely.

## X-RADIATION AND HIGH VOLTAGE LIMITS

1. Be sure all service personnel are aware of the procedures and instructions covering X-radiation. The only potential source of X-ray in current solid state TV receivers is the picture tube. However, the picture tube does not emit measurable X-Ray radiation, if the high voltage is as specified in the "High Voltage Check" instructions.

   It is only when high voltage is excessive that X-radiation is capable of penetrating the shell of the picture tube including the lead in the glass material. The important precaution is to keep the high voltage below the maximum level specified.
2. It is essential that servicemen have available at all times an accurate high voltage meter.

   The calibration of this meter should be checked periodically.
3. High voltage should always be kept at the rated value −no higher. Operation at higher voltages may cause a failure of the picture tube or high voltage circuitry and;also, under certain conditions, may produce radiation in exceeding of desirable levels.
4. When the high voltage regulator is operating properly there is no possibility of an X-radiation problem. Every time a color chassis is serviced, the brightness should be tested while monitoring the high voltage with a meter to be certain that the high voltage does not exceed the specified value and that it is regulating correctly.
5. Do not use a picture tube other than that specified or make unrecommended circuit modifications to the high voltage circuitry.
6. When trouble shooting and taking test measurements on a receiver with excessive high voltage, avoid being unnecessarily close to the receiver.

   Do not operate the receiver longer than is necessary to locate the cause of excessive voltage.

CRT001396

# IMPORTANT SERVICE SAFETY PRECAUTION
## (Continued)

### BEFORE RETURNING THE RECEIVER

### (Fire & Shock Hazard)

**Before returning the receiver to the user, perform the following safety checks.**

1. Inspect all lead dress to make certain that leads are not pinched or that hardware is not lodged between the chassis and other metal parts in the receiver.
2. Inspect all protective devices such as non-metallic control knobs, insulating materials, cabinet backs, adjustment and compartment covers or shields, isolation resistor-capacity networks, mechanical insulators, etc.
3. To be sure that no shock hazard exists, check for leakage current in the following manner.
- Plug the AC cord directly into a 120 volt AC outlet, (Do not use an isolation transformer for this test).
- Using two clip leads, connect a 1.5k ohm, 10 watt resistor paralleled by a 0.15μF capacitor in series with all exposed metal cabinet parts and a known earth ground, such as electrical conduit or electrical ground connected to earth ground.
- Use an AC voltmeter having with 5000 ohm per volt, or higher, sensitivity to measure the AC voltage drop across the resistor.

- Connect the resistor connection to all exposed metal parts having a return to the chassis (antenna, metal cabinet, screw heads, knobs and control shafts, escutcheon and etc.) and measure the AC voltage drop across the resistor.
All checks must be repeated with the AC ine cord plug connection reversed. (If necessary, a non-polarized adapter plug must be used only for the purpose of completing these check.)
Any current measured must not exceed 0.5 milliamp.
Any measurements not within the limits outlined above indicate of a potential shock hazard and corrective action must be taken before returning the instrument to the customer.



TO EXPOSED
METAL PARTS

CONNECT TO
KNOWN EARTH
GROUND

---

### SAFETY NOTICE

Many electrical and mechanical parts in television receivers have special safety-related characteristics. These characteristics are often not evident from visual inspection, nor can protection afforded by them be necessarily increased by using replacement components rated for higher voltage, wattage, etc.
Replacement parts which have these special safety characteristics are identified in this manual; electrical components having such features are identified by "⚠" and shaded areas in the Replacement Parts Lists and Schematic Diagrams.

For continued protection, replacement parts must be identical to those used in the original circuit. The use of substitute replacement parts which do not have the same safety characteristics as the factory recommended replacement parts shown in this service manual, may create shock, fire, X-radiation or other hazards.

---

**3**

CRT001397

# PRECAUTIONS A PRENDRE LORS DE LA REPARATION

■ **Ne peut effectuer la réparation qu' un technicien spécialisé qui s'est parfaitement accoutumé à toute vérification de sécurité et aux conseils suivants.**

## AVERTISSEMENT

1. N'entreprendre aucune modification de tout circuit. C'est dangereux.
2. Débrancher le récepteur avant toute réparation.
3. Les déversoirs thermiques à semi-conducteurs peuvent présenter un danger de choc électrique lorsque le récéqteur est en marche.
4. Le châssis de ce récepteur possède deux systèmes de masse qui sont séparées par du matériel d'isolation. Le système de masse non-isolée (sous tension) est pour le circuit du régulateur de tension B+ et le circuit de sortie horizontale. Le système de masse isolée est pour les tensions DC B+ basses et le circuit secondaire du transformateur haute tension. Pour éviter tout risque d'électrocution lors de l'entretien de ce châssis, utiliser un transformateur d'isolation entre le cordon de ligne et la prise de courant.



**PRECAUTION**: POUR LA PROTECTION CONTINUE CONTRE LES RISQUES D'INCENDIE, REMPLACER LE FUSIBLE PAR UN FUSIBLE DE MEME TYPE 4A-125V.

4A 125V

## REPARATION DU SYSTEME A HAUTE TENSION ET DU TUBE-IMAGE

**Lors de la réparation de ce systéme, supprimer la charge statique en branchant une résistance de 10 kΩ en série avec un fil isolé (comme une sonde d'essai) entre la mise à la terre du tube-image et le fil d'anodel. (Le corden d'alimentation doit être retiré de la prise murale.)**

1. Le tube image dans ce récepteur emploie une protection intégrée contre l'implosion.
2. Par mesure de sécurité, changer le tube-image pour un tube du même numéro de type.
3. Ne pas lever le tube-image par son col.
4. Ne manipuler le tube-image qu'en porant des lunettes incassables et qu'après avoir déchargé totalement la haute tension.

## LIMITES DES RADIATIONS X ET DE LA HAUTE TENSION

1. Tout le personnel réparateur doit être instruit des instructions et procédés relatifs aux radiations X.
   Le tube-image, seule source de rayons X dons les téleviseurs transistorisés, n'émet pourtant pas de rayons mesurables si la haute tension est maintenue à un niveau préconisé dans la section "Vérification de la haute tension".
   C'est seulement quand la haute tension est excessive que les rayons X peuvent entrer dans l'enveloppe du tube-image y compris le conducteur de verre. Il est important de maintenir la haute tension en-dessous du niveau spécifié.
2. Il est essentiel que le réparateur ait sous la main un voltmètre à haute tension qui doit être périodiquement étalonné.
3. La haute tension doit toujours être maintenue à la valeur de régime -et pas plus haute. L'opération à des tensions plus élevées peut entraîner une panne du tube-image ou du circuit à haute tension et, dans certaines conditions, peut entraîner une radiation dépassant les niveaux prescrits.
4. Quand le régulateur à haute tension fonctionne correctement, il n'y a aucun problème de radiation X. Chaque fois qu'un châssis couleurs est réparé, la luminosité doit être examinée bout en contrôlant la haute tension à l'aide d'un voltmètre pour s'assurer que la haute tension ne dépasse pas la valeur spécifiée et qu'elle soit correctement réglée.
5. Ne pas utiliser un tube-image autre que celui spécifié et ne pas effectuer de modifications déconseillées du circuit à haute tension.
6. Lors de la recherche des pannes et des mesures d'essai sur un récepteur qui présente une haute tension excessive, éviter de s'approcher inutilement du récepteur.
   Ne pas faire fonctionner le récepteur plus longtemps que nécessaire pour localiser la cause de la tension excessive.

CRT001398

# PRECAUTIONS A PRENDRE LORS DE LA REPARATION
## (Suite)

## VERIFICATIONS CONTRE L'INCEN-DIE ET LE CHOC ELECTRIQUE

**Avant de rendre le récepteur à l'utilisateur, effectuer les vérifications suivantes.**

1. Inspecter tous les faisceaux de câbles pour s'assurer que les fils ne soient pas pincés ou qu'un outil ne soit pas placé entre le châssis et les autres pièces métalliques du récepteur.
2. Inspecter tous les dispositifs de protection comme les boutons de commande non-métalliques, les isolants, le dos du coffret, les couvercles ou blindages de réglage et de compartiment, les réseaux de résistance-capacité, les isolateurs mécaniques, etc.
3. S'assurer qu'il n'y ait pas de danger d'électrocution en vérifiant la fuite de courant, de la facon suivante:
- Brancher le cordon d'alimentation directem-ent à une prise de courant de 120V.  (Ne pas utiliser de transformateur d'isolation pour cet essai).
- A l'aide de deux fils à pinces, brancher une résistance de 1,5 kΩ 10 watts en parallèle avec un condensateur de 0,15µF en série avec toutes les pièces métalliques exposées du coffret et une terre connue comme une conduite électrique ou une prise de terre branchée à la terre.
- Utiliser un voltmètre CA d'une sensibilité d'au moins 5000Ω/V pour mesurer la chute de tension en travers de la résistance.

- Toucher avec la sonde d'essai les pièces métalliques exposées qui présentent une voie de retour au châssis (antenne, coffret métallique, tête des vis, arbres de commande et des boutons, écusson, etc.) et mesurer la chute de tension CA en-travers de la résistance. Toutes les vérifications doivent être refaites après avoir inversé la fiche du cordon d'alimentation. (Si nécessaire, une prise d'adpatation non polarisée peut être utilisée dans le but de terminer ces vérifications.)
Tous les courants mesurés ne doivent pas dépasser 0,5 mA.
Dans le cas contraire, il y a une possibilité de choc électrique qui doit être supprimée avant de rendre le récepteur au client.



**Voltmètre CA**

1.5k ohm
10W

0.15µF
SONDE D'ESSAI

AUX PIECES
METALLIQUES
EXPOSEES

BRANCHER A UNE
TERRE CONNUE

## AVIS POUR LA SECURITE

De nombreuses pièces, électriques et mécaniques, dans les téléviseurs présentent des caractéristiques spéciales relatives à la sécurité, qui ne sont souvent pas évidentes à vue. Le degré de protection ne peut pas être nécessairement augmentée en utilisant des pièces de remplacement étalonnées pour haute tension, puissance, etc.
Les pièces de remplacement qui présentent ces caractéristiques sont identifiées dans ce manuel; les pièces électriques qui présentent ces particularités sont identifiées par la marque " ⚠ " et hachurées dans la liste des pièces de remplacement et les diagrammes schématiques.
Pour assurer la protection, ces pièces doivent être identiques à celles utilisées dans le circuit d'origine. L'utilisation de pièces qui n'ont pas les mêmes caractéristiques que les pièces recommandées par l'usine, indiquées dans ce manuel, peut provoquer des électrocutions, incendies, radiations X ou autres accidents.

CRT001399

# LOCATION OF USER'S CONTROL
## (27L-S100, CL27S10)

**Front Panel**



**POWER**
Press → On.
Press again → Off.

**VOLUME UP/DOWN**
(+) Increases sound.
(–) Decreases sound.

SENSOR AREA FOR REMOTE CONTROL

**VIDEO/AUDIO IN 2 TERMINALS**
(VIDEO/AUDIO terminals are also provided on the rear.)

**CHANNEL UP/DOWN**
(▲) Selects next higher channel.
(▼) Selects next lower channel.

**Basic Remote Control Functions**

**POWER**
Press → On.
Press again → Off.

**REMOTE KEYPAD**
Accesses any channel from keypad.

**FLASHBACK**
Returns to previous channel.

**VOLUME UP/DOWN**
(+) Increases sound.
(–) Decreases sound.
• In menu mode, changes or selects the TV adjustments.

**MUTE**
Press → Mutes sound.
Press again → Restores sound.
• CLOSED CAPTION appears when sound is muted.

Infrared Transmitter Window

**INPUT**
Press → Switch to external video INPUT 1 mode.
Press again → Switch to external video INPUT 2 mode.
Press 3 times → Switch back to the original TV mode.

**CHANNEL UP/DOWN**
(▲) Selects next higher channel.
(▼) Selects next lower channel.
• Moves the " ⬍ " mark of the MENU screen.

**MENU**
Press → Accesses MAIN MENU.
Press again → Exits MAIN MENU.

**DISPLAY**
Press → Displays receiving channel for 4 seconds.
Press again → Removes display.
• Temporarily displays receiving channel when in Closed Caption mode.

CRT001400

# LOCATION OF USER'S CONTROL(Continued)
## (27L-S180, CL27S18)



**Front Panel**

**POWER**
Press → On.
Press again → Off.

**VOLUME UP/DOWN**
(+) Increases sound.
(–) Decreases sound.

SENSOR AREA FOR
REMOTE CONTROL

**VIDEO/AUDIO IN 2 TERMINALS**
(VIDEO/AUDIO terminals are also
provided on the rear.)

**CHANNEL UP/DOWN**
(▲) Selects next higher channel.
(▼) Selects next lower channel.

**Basic Remote Control Functions**

**POWER**
Press → On.
Press again → Off.

**REMOTE KEYPAD**
Accesses any channel from keypad.

**FLASHBACK**
Returns to previous channel.

**PERSONAL PREFERENCE**
With the Personal Preference buttons,
you can program your favorite
programs by using the 4 categories A,
B, C and D. The channels can be
accessed quickly by using these
buttons.

**VOLUME UP/DOWN**
(+) Increases sound.
(–) Decreases sound.
• In menu mode, changes or selects
  the TV adjustments.

**MENU**
Press → Accesses MAIN MENU.
Press again → Exits MAIN MENU.

**TV-CATV MODE SELECT SWITCH**
In TV position, sends power and
channel select commands (Channel
up/down and Random Access buttons)
to the TV.
In CATV position, sends power and
channel select commands to a cable
TV converter.

**VCR CONTROL**

Infrared Transmitter Window

**DISPLAY**
Press → Displays receiving channel for
4 seconds.
Press again → Removes display.
• Temporarily displays receiving
  channel when in Closed Caption
  mode.

**INPUT**
Press → Switch to external video
INPUT 1 mode.
Press again → Switch to external video
INPUT 2 mode.
Press 3 times → Switch back to the
original TV mode.

**ENTER**
Used in some instances where a VCR
or Cable Converter Box requires an
"enter" command after selecting
channels, when using the REMOTE
KEYPAD button.

**CHANNEL UP/DOWN**
(▲) Selects next higher channel.
(▼) Selects next lower channel.
• Moves the " ✦ " mark of the MENU
  screens.

**MUTE**
Press → Mutes sound.
Press again → Restores sound.
• CLOSED CAPTION appears when
  sound is muted.

**Note:**
• The above shaded buttons on the Remote Control glow in the dark. To use the glow-in-the-dark display on the
  remote control, place it under a fluorescent light or other lighting.
• The phosphorescent material contains no radioactive or toxic material, so it is safe to use.
• The degree of illumination will vary depending on the strength of lighting used.
• The degree of illumination will decrease with time and depending on the temperature.
• The time needed to charge the phosphorescent display will vary depending on the surrounding lighting.
• Sunlight and fluorescent lighting are the most effective when charging the display.

CRT001401

# INSTALLATION AND SERVICE INSTRUCTIONS

**Note:** **(1)** **When performing any adjustments to resistor controls and transformers use non-metallic screwdrivers or TV alignment tools.**
**(2)** **Before performing adjustments, the TV set must be on at least 15 minutes.**

## CIRCUIT PROTECTION

**The receiver is protected by a 4.0A fuse (F701), mounted on PWB-A, wired into one side of the AC line input.**

## X-RADIATION PROTECTOR CIRCUIT TEST

**After service has been performed on the horizontal deflection system, high voltage system, B+ system, test the X-Radiation protection circuit to ascertain proper operation as follows:**

1. Apply 120V AC using a variac transformer for accurate input voltage.
2. Allow for warm up and adjust all customer controls for normal picture and sound.
3. Receive a good local channel.
4. Connect a digital voltmeter to TP653 and make sure that the voltmeter reads 11.2 ± 0.6V.
5. Apply external 13.8V DC at TP653 by using an external DC supply, TV must be shut off.
6. To reset the protector, unplug the AC cord and make a short circuit between TP651 and TP652. Now make sure that normal picture appears on the screen.
7. If the operation of the horizontal oscillator does not stop in step 5, the circuit must be repaired before the set is returned to the customer.

## HIGH VOLTAGE CHECK

**High voltage is not adjustable but must be checked to verify that the receiver is operating within safe and efficient design limitations as specified checks should be as follows:**

1. Connect an accurate high voltage meter between ground and anode of picture tube.
2. Operate receiver for at least 15 minutes at 120V AC line voltage, with a strong air signal or a properly tuned in test signal.
3. Enter the service mode and select the service adjustment "S19" and Bus data "01" (Y-mute on).
4. The voltage should be approximately, 28.7kV (at zero beam).
   If a correct reading cannot be obtained, check circuitry for malfunctioning components. After the voltage test, make Y-mute off to the normal mode.

CRT001402

**For adjustments of this model, the bus data is converted to various analog signals by the D/A converter circuit.**

**Note: There are still a few analog adjustments in this series such as focus and master screen voltage. Follow the steps below whenever the service adjustment is required. See "Table-B" to determine, if service adjustments are required.**

## 1. Service mode

Before putting unit into the service mode, check that customer adjustments are in the normal mode. Use the reset function in the video adjustment menu to ensure customer controls are in their proper (reset) position.

## 2. Service number selection

Once in the service mode, press the Ch-up or Ch-down button on the remote controller or at the set. The service adjustment number will vary in increments of one, from "S01" to "M05". Select the item you wish to adjust.

## 3. Data number selection

Press the Vol-up or down button to adjust the data number.

## To enter the service mode and exit service mode.

While pressing the Vol-up and Ch-up buttons at the sametime, plug the AC cord into a wall socket.
Now the TV set is switched on and enters the service mode.
To exit the service mode, turn the television off by pressing the power button.

DATA NUMBER —

SERVICE ADJUSTMENT NUMBER —

CHANNEL —

S01      55(085)      02



**Figure A.**

9

CRT001403

| SERVICE NUMBER | ADJUSTMENT ITEM | DATA | | ADJUSTMENT CONTENTS |
|---|---|---|---|---|
| | | INITIAL VALUE | RANGE | |
| S01 | PICTURE | 55 | 00-7F | |
| S02 | TINT | 46 | 00-7F | |
| S03 | COLOR | 32 | 00-7F | |
| S04 | BRIGHTNESS | 40 | 00-7F | |
| S05 | SHARPNESS | 28 | 00-3F | Must be set to "28" |
| S06 | VERTICAL PHASE | 00 | 00-07 | Must be set to "00" |
| S07 | HORIZONTAL PHASE | 12 | 00-1F | |
| S08 | RF-AGC | 23 | 00-3F | |
| S09 | VERTICAL AMP | 20 | 00-3F | |
| S10 | PIF VCO | 2C | 00-7F | |
| S11 | R CUT-OFF | 00 | 00-FF | |
| S12 | G CUT -OFF | 00 | 00-FF | |
| S13 | B CUT-OFF | 00 | 00-FF | |
| S14 | G GAIN | 7F | 00-FF | |
| S15 | B GAIN | 7F | 00-FF | |
| S16 | TRAP | 00 | 00 or 01 | Must be set to "00" |
| S17 | BALANCE | 20 | 00-3F | Must be set to "20" |
| S18 | C.C.POSITION | 17 | 00-7F | |
| S19 | MUTE | 00 | 00,01,03 | "00"=Normal, "01"=No-Y, "03"=No Vertical |
| S20 | ENERGY SAVE OFFSET | 20 | 00-3F | Must be set to "23" |
| S21 | D.D.E. OFFSET | 03 | 00-1F | Must be set to "03" |
| S22 | OSD SETUP | 00 | 00-03 | Must be set to "00" |
| S23 | TUNER SETUP | 00 | 00, 01 | Must be set to "00" |
| OP. | OPTION (Set to each model) | 30 | 00-FF | Must be set to "26"=27L-S100, "3E"=27L-S180 |
| M01 | INPUT LEVEL | 0A | 00-0F | |
| M02 | ST VCO | 20 | 00-3F | |
| M03 | FILTER | 1C | 00-3F | |
| M04 | WIDE BAND | 20 | 00-3F | |
| M05 | SPECTRAL | 1B | 00-3F | |

**Table - A**

Holding down both the CH-up/down buttons on the TV set at service mode for more than 2 seconds will automatically write the above initial values into IC2101.

| PART REPLACED | ADJUSTMENT | | NOTES |
|---|---|---|---|
| | NECESSARY | UNNECESSARY | |
| IC2001 | | X | Data is stored in IC2101. |
| IC201 | X | | The adjustment is needed to compensate for characteristics of parts including IC201 and MTS level (M01). |
| IC2101 | X | | Holding down both the CH-up/down bottons on the TV set in the service mode for more than 2 seconds will automatically write the above initial values into IC2101. Then perform a complete adjustment. |
| CRT | X | | Adjust items related to picture tube only. |
| IC3001 | X | | Adjust items related to MTS only (M01~M05). |

**Table - B**

CRT001404

## ■ SERVICE ADJUSTMENT

### VCO Adjustment

1. Connect a digital voltmeter between pin (44) of IC201 and ground.
2. Receive a good local channel.
3. Enter the service mode and select the service adjustment "S10".
4. Adjust the data so that digital voltmeter reads 2.2V.
5. Adjustment is completed, remove the voltmeter, return to "normal" mode.

### RF AGC Adjustment

1. Receive a good local channel.
2. Enter the service mode and select the service adjustment "S08".
3. Set the data value to point where no noise or beat appears.
4. Select another channel to confirm that no noise or beat appears.
   Note 1 : You will have to come out of the service mode to select another channel.
   Note 2 : Setting the data to "00" will produce a black raster.

### Screen  Adjustment

1. Connect a oscilloscope between TP854 and GND on the CRT Unit.
2. Receive a good local channel.
3. Enter the service mode and select the service adjustment "S03" and set the data value to "00" to set the color level to minimum. (Record original data code under adjustment "S03" before changing) You may skip this step, if you selected a B/W picture or monoscope pattern.
4. Select the service adjustment "S19" and adjust the data value to "01", this turn off the luminance signal (Y-mute).
5. Select the service adjustment "S04" and adjust data value to obtain 2.35 volts on the oscilloscope screen.
6. Adjust the master screen cotrol until the raster darkens to the point where raster is barely seen.
7. Adjust the service adjustments "S11" red, "S12" green and "S13" blue to obtain a good grey scale with normal whites at low brightness level.
8. Select the service adjustment "S19" and reset data to "00". Select the service adjustment "S03" and reset data to obtain normal color level.
9. Remove oscilloscope, and reset the master screen control to obtain normal brightness range.

### White Balance Adjustment

1. Receive a good local channel.
2. Enter the service mode and select the service adjustment "S03" and set to "00" (minimum color)(Record original data code under adjustment "S03" before changing). "S03" does not have to be adjusted, if you selected a B/W picture or monoscope pattern.
3. Alternately adjust the service adjustment data of "S14" and "S15" until a good grey scale with normal whites is obtained.
4. Select the service adjustment "S03" and adjust data to obtain normal color level.

### Sub-Picture Adjustment

1. Receive a good local channel.
2. Make sure the customer picture control is set to maximum.
3. Enter the service mode and select the service adjustment "S01".
4. Adjust the data value to achieve normal contrast range.

### Sub-Tint Adjustment

1. Receive a good local channel.
2. Set customer tint control to center of it's range.
3. Enter the service mode and select the service adjustment "S02".
4. Adjust "S02" data value to obtain normal flesh tones.

### Sub-Color Adjustment

1. Receive a good local channel.
2. Make sure the customer  color control is set to center position .
3. Enter the service mode and select service adjustment "S03".
4. Adjust "S03" data value to obtain normal color level.

CRT001405

## Sub-Brightness Adjustment

1. Receive a good local channel.
2. Make sure the customer brightness control is set to center position.
3. Enter the service mode and select the service adjustment "S04".
4. Adjust "S04" data value to obtain normal brightness level.

## Vertical-Size Adjustment

1. Receive a good local channel.
2. Enter the service mode and select the service adjustment "S09".
3. While observing the top and bottom of the screen, adjust "S09" data value to proper vertical size.

## Vertical Phase Adjustment

1. Enter the service mode and select the service adjustment "S06".
2. Adjust data value to "00".
**Note:** This must be set "00" when changed data retrace line will appear.

## Horizontal Position Adjustment

1. Receive a good local channel.
2. Enter the service mode and select the service adjustment "S07".
3. Adjust "S07" data value so that picture is centered.

## Caption Position Adjustment (Horizontal)

1. Receive a good local channel.
2. Enter the service mode and select the service adjustment "S18".
3. A black text box appears on the screen. (see **Figure B.** below)
4. Adjust "S18" data value so that text box is positioned in the center of the screen.

## 3.58MHz Trap Adjustment

1. Receive a good local channel.
2. Enter the service mode and select the service adjustment "S16".
3. This is a two position adjustment, "00" is ON, "01" is OFF.
4. Adjust data value to "00" for normal viewing.

## Sharpness and Audio Balance Adjustments

1. Receive a good local channel.
2. Enter the service mode and select the service adjustments "S05" for sharpness and "S17" for balance.
● **Sharpness Adjustment**
3. Adjust data value to "28"(center of data range) for sharpness adjustment.
● **Audio Balance Adjustment**
4. Adjust data value to "20"(center of data range) for audio balance adjustment.

## Energy save offset Adjustment

1. Enter the service mode and select the service adjustment "S20".
2. Adjust data value to "23".
**Note :** This position is used to preset the level for the energy save function.

## Other Adjustments

1. Enter the service mode.
2. Adjust the following data values as listed below.

| S21 | "03" | DDE OFFSET |
|-----|------|------------|
| S22 | "00" | OSD SETUP |
| S23 | "00" | TUNER SETUP |



**Figure B.**

12

CRT001406

# ■ MTS ADJUSTMENT

## MTS Level Adjustment

1. Feed the following monaural signal to pin (14) of IC3001.
   Monaural signal : 300Hz, 245mVrms
2. Connect the rms voltmeter to pin (39) of IC3001.
3. Enter the service mode and select the service adjustment "M01".
4. Adjust the data so that the rms voltmeter reads.
   Spec.: 490 ±10mVrms.

## MTS VCO Adjustment

1. Keep the unit in no-signal state.
2. Connect the frequency counter to pin (39) of IC3001.
3. Connect a capacitor (100μF, 50V) in between positive(+) side of C3005 and ground.
4. Enter the service mode and select the service adjustment "M02"
5. Adjust the data so that the frequency counter reads.
   Spec.: 62.94 ±0.75kHz.

## Filter Adjustment

1. Feed the following stereo pilot signal to pin (14) of IC3001 .
   Stereo pilot signal: 9.4kHz, 600mVrms.
2. Enter the service mode and select the service adjustment "M03".
3. Adjust the data at the point where "OK" appears on the screen. The "OK" represents the approximate center of the adjustable range of the data.

## Separation Adjustment

1. Connect the rms voltmeter to pin (39) of IC3001.
2. Receive the following composite stereo signal 1.
   Composite stereo signal: 30% modulation, left channel only, noise reduction on, 300Hz
3. Enter the service mode and select the service adjustment "M04".
4. Adjust the data until the AC voltage reading of the rms voltmeter is minimum.
5. Receive the following composite stereo signal 2.
   Stereo signal: 30% modulation, left channel only, noise reduction on, 3kHz
6. Enter the service mode and select the service adjustment "M05".
7. Adjust the data until the AC voltage reading of the rms voltmeter is minimum.
8. Take the above steps 1 thru 8 again for fine adjustment.

CRT001407

# CHASSIS LAYOUT



CRT001408

# BLOCK DIAGRAM



15

CRT001409

# DESCRIPTION OF SCHEMATIC DIAGRAM

**NOTES:**
1. The unit of resistance "ohm" is omitted.
   (K=kΩ=1000Ω, M=MΩ)
2. All resistors are 1/8 watt, unless otherwise noted.
3. All capacitors are μ F, unless otherwise noted.
   (P=pF=μμF)
4. (G) indicates ±2% tolerance may be used.
5. ⏚ indicates line isolated ground.
6. ⏚ indicates hot ground.

**VOLTAGE MEASUREMENT CONDITIONS:**
1. All DC voltages are measured with DVM connected between points indicated and chassis ground, line voltage set at 120V AC and all controls set for normal picture unless otherwise indicated.
2. All voltages measured with 1000μ V B & W or Color signal.

**WAVEFORM MEASUREMENT CONDITIONS:**
1. Photographs taken on a standard gated color bar signal, the tint setting adjusted for proper color. The wave shapes at the red, green and blue cathodes of the picture tube depend on the tint, color level and picture control.
2. ◖ indicates waveform check points (See chart, waveforms are measured from point indicated to chassis ground.)

⚠ AND SHADED ( ▨ ) COMPONENTS
= SAFETY RELATED PARTS.
▲ MARK= X-RAY RELATED PARTS.

DRGANNES MARQUES ⚠ ET HACHRES ( ▨ ):
PIECES RELATIVES A LA SECURITE.
MARQUE ▲ : PIECS RELATIVE AUX RAYONS X.

This circuit diagram is a standard one, printed circuits may be subject to change for product improvement without prior notice.

# WAVE FORMS



CRT001410

# SCHEMATIC DIAGRAM: CRT and FRONT AV Units



# MODEL 27L-S100, CL27S10 SCHEMATIC DIAGRAM: MAIN-1 Unit





# MODEL 27L-S100, CL27S10 SCHEMATIC DIAGRAM: MAIN-2 Unit





# MODEL 27L-S180, CL27S18 SCHEMATIC DIAGRAM: MAIN-1 Unit



22

CRT001416



| 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 |

**23**

# MODEL 27L-S180, CL27S18 SCHEMATIC DIAGRAM: MAIN-2 Unit



24

CRT001418



# PRINTED WIRING BOARD ASSEMBLIES



**PWB-A : MAIN Unit (Wiring Side)**

CRT001420



**PWB-A : MAIN Unit (Chip Parts Side)**



**PWB-B : CRT Unit (Wiring Side)**



**PWB-H : FRONT AV Unit (Wiring Side)**

CRT001422

# PARTS LIST

## PARTS REPLACEMENT

Replacement parts which have these special safety characteristics identified in this manual; electrical components having such features are identified by ⚠ and shaded areas in the Replacement Parts Lists and Schematic Diagrams. The use of a substitute replacement part which dose no have the same safety characteristic as the factory recommended replacement parts shown in this service manual may create shock, fire or other hazards.

### "HOW TO ORDER REPLACEMENT PARTS"

To have your order filled promptly and correctly, please furnish the following informations.

1. MODEL NUMBER    2. REF. NO.
3. PART NO.    4. DESCRIPTION

in **USA**:   Contact your nearest SHARP Parts Distributor to order. For location of SHARP Parts Distributor, Please call Toll-Free; 1-800-BE-SHARP

★ MARK: SPARE PARTS-DELIVERY SECTION

▲ MARK: X- RAY RELATED PARTS

| Ref. No. | Part No. | ★ | Description | Code |
|---|---|---|---|---|

## PICTURE TUBE

| Ref. No. | Part No. | ★ | Description | Code |
|---|---|---|---|---|
| ▲⚠ V101 | VB68ADT2503*S | M | Picture Tube (I.T.C.) | CN |
| ⚠ L703 | RCiLG0038MEZZ | M | Degaussing Coil | AQ |
| | MSPRT0002MEZZ | M | Spring for CRT | AA |
| | QEARC2702MEZZ | M | Grounding Part | AH |

## PRINTED WIRING BOARD ASSEMBLIES
### (NOT REPLACEMENT ITEM)

| | | | |
|---|---|---|---|
| PWB-A DUNTK9806WEK4 | – | MAIN Unit (27L-S100, CL27S10) | — |
| PWB-A DUNTK9806WEK5 | – | MAIN Unit (27L-S180, CL27S18) | — |
| PWB-B DUNTK9510WEK1 | – | CRT Unit | — |
| PWB-C DUNTK9310WEK1 | – | FRONT AV Unit | — |

# LISTE DES PIECES

## CHANGE DES PIECES

Les pi`eces de rechange qui pr élelesentent ces caract éleristiques sp éleciales de s élecurit éle, sont identifi élees dans ce manuel : les pi`eces électriques qui pr élesentent ces particularit éles, sont rep éler élee par la marque ⚠ et sont hachur élees dans les listes de pi`eces et dans les diagrammes sch élematiques.
La substitution d'une pi`ece de rechange par une autre qui ne pr éLesente pas les m éoemes caract éLeristiques de s élecurit éle que la pi`ece recommand élee parl'usine et dans ce manuel de service, peut provoquer une éLelectrocution, un incendie ou toutautre sinistre.

### "COMMENT COMMANDER LES PIECES DE RECHANGE"

Pour que votre commande soit rapidement et correctement remplie, veuillez fournir les renseignements suivants.

1. NUMERO DU MODELE    2. NO. DE REF
3. NO. DE PIECE    4. DESCRIPTION

in **CANADA**:   Contact SHARP Electronics of Conada Limited Phone (416) 890-2100

★MARQUE: SECTION LIVRAISON DES PIECES DE RECHANGE

▲ MARQUE: PIECES RELATIVE AUX RAYONS X

| Ref. No. | Part No. | ★ | Description | Code |
|---|---|---|---|---|
| **PWB-A: DUNTK9806WEK4 (27L-S100, CL27S10)** | | | | |
| **PWB-A: DUNTK9806WEK5 (27L-S180, CL27S18)** | | | | |
| **MAIN UNIT** | | | | |

### TUNER

**NOTE:** *THE PARTS HERES SHOWN ARE SUPPLIED AS AN ASSEMBLY NOT INDEPENEDENTLY.*

| | | | | |
|---|---|---|---|---|
| ⚠ TU51 | VTU115B8035AT | M | Tuner | |

### INTEGRATED CIRCUITS

| | | | | |
|---|---|---|---|---|
| IC101 | VHiKA78S05P-1 | J | KA78S05P | AD |
| ▲⚠ IC201 | RH-iX3253CEZZ | J | TA1268AN | AV |
| IC351 | VHiAN7511//-1 | J | I.C. | AK |
| IC352 | VHiAN7511//-1 | J | I.C. | AK |
| ⚠ IC501 | VHiTA8427K/-1 | J | TA8427K | AL |
| ⚠ IC701 | VHiSTRF66261E | J | STR-F6626 | AX |
| IC702 | RH-FX0034CEZZ | J | PC817 | AE |
| ⚠ IC703 | VHiSE120N//-1 | J | SE120N | AG |
| ⚠ IC750 | VHiKA7809Pi-1 | M | KA7809PI | AE |
| ⚠ IC751 | VHiKA7809Pi-1 | M | KA7809PI | AE |
| IC951 | VHiMM1111XF1E | J | MM1111XFBE | AE |
| IC2001 | RH-iX3256CEZZ | J | TMPA8701CMF142 | |
| IC2040 | VHiKiA7045P-1 | J | KIA7045P | AD |
| IC2101 | VHiM24C01B/-1 | J | M24C01-BN6 | AF |
| IC3001 | VHiCXA2074Q-1 | J | CXA2074Q | AY |

### TRANSISTORS

| | | | | |
|---|---|---|---|---|
| Q201 | VS2SC2735//1E | J | 2SC2735 | AC |
| Q301 | VS2SD601AR/-1 | J | 2SD601 | AC |
| Q401 | VS2SD601AR/-1 | J | 2SD601 | AC |
| Q402 | VS2SB709AR/-1 | J | 2SB709 | AC |
| Q403 | VS2SD601AR/-1 | J | 2SD601 | AC |
| Q421 | VS2SB709AR/-1 | J | 2SB709 | AC |
| Q451 | VS2SB709AR/-1 | J | 2SB709 | AC |
| Q601 | VS2SC2482//-1 | J | 2SC2482 | AD |
| ⚠ Q602 | VS2SD2539//1E | J | 2SD2539 | |
| Q751 | VS2SC3198-Y-1 | J | 2SC3198(Y) | AA |

CRT001423

| Ref. No. | Part No. | ★ | Description | Code |
|---|---|---|---|---|

### PWB-A: DUNTK9806WEK4 (27L-S100, CL27S10)
### PWB-A: DUNTK9806WEK5 (27L-S180, CL27S18)
### MAIN UNIT (Continued)

| Ref. No. | Part No. | ★ | Description | Code |
|---|---|---|---|---|
| Q901 | VS2SD601AR/-1 | J | 2SD601 | AC |
|  |  |  | (27L-S180, CL27S18) |  |
| Q902 | VS2SD601AR/-1 | J | 2SD601 | AC |
|  |  |  | (27L-S180, CL27S18) |  |
| Q903 | VS2SD601AR/-1 | J | 2SD601 | AC |
|  |  |  | (27L-S180, CL27S18) |  |
| Q904 | VS2SD601AR/-1 | J | 2SD601 | AC |
|  |  |  | (27L-S180, CL27S18) |  |
| Q2060 | VS2SD601AR/-1 | J | 2SD601 | AC |
| Q2201 | VS2SD601AR/-1 | J | 2SD601 | AC |
| Q2211 | VS2SD601AR/-1 | J | 2SD601 | AC |

### DIODES

| Ref. No. | Part No. | ★ | Description | Code |
|---|---|---|---|---|
| D51 | RH-EX0611GEZZ | J | Zener Diode | AA |
| D52 | RH-EX0673GEZZ | J | Zener Diode | AB |
| D53 | RH-EX0611GEZZ | J | Zener Diode | AA |
| D103 | VHD1SS119//-1 | J | Diode | AB |
| D401 | VHD1SS119//-1 | J | Diode | AB |
| D402 | RH-EX0604GEZZ | J | Zener Diode | AB |
| D454 | RH-EX0611GEZZ | J | Zener Diode | AA |
| D455 | VHD1SS119//-1 | J | Diode | AB |
| D456 | VHD1SS119//-1 | J | Diode | AB |
| D457 | RH-EX0217CEZZ | J | Zener Diode | AB |
| D458 | RH-EX0217CEZZ | J | Zener Diode | AB |
| D459 | VHD1SS119//-1 | J | Diode | AB |
| ⚠ D501 | RH-DX0131CEZZ | J | Diode | AC |
| ⚠ D510 | RH-DX0441CEZZ | J | Diode | AC |
| D621 | RH-EX0631GEZZ | J | Zener Diode | AA |
| D622 | RH-DX0131CEZZ | J | Diode | AC |
| ▲■ D651 | RH-DX0131CEZZ | J | Diode | AC |
| ▲■ D652 | RH-EX1313CEZZ | M | Zener Diode, 9.1V | AB |
| ▲■ D653 | VHD1SS119//-1 | J | Diode | AB |
| ▲■ D654 | VHD1SS119//-1 | J | Diode | AB |
| ⚠ D701 | RH-DX0154CEZZ | J | Diode | AC |
| ⚠ D702 | RH-DX0154CEZZ | J | Diode | AC |
| ⚠ D703 | RH-DX0154CEZZ | J | Diode | AC |
| ⚠ D704 | RH-DX0154CEZZ | J | Diode | AC |
| D705 | VHD1SS82///1A | J | Diode | AB |
| D706 | RH-DX0066GEZZ | J | Diode | AB |
| D707 | VHD1SS82///1A | J | Diode | AB |
| D708 | RH-DX0066GEZZ | J | Diode | AB |
| ⚠ D709 | RH-DX0229CEZZ | J | Diode | AF |
| ⚠ D712 | RH-DX0407CEZZ | J | Diode | AD |
| ⚠ D713 | RH-EX0673GEZZ | J | Zener Diode | AB |
| ⚠ D715 | RH-EX0610GEZZ | J | Diode | AA |
| D716 | VHD1SS119//-1 | J | Diode | AB |
| ⚠ D717 | RH-EX0650GEZZ | J | Zener Diode | AB |
| ⚠ D725 | RH-DX0407CEZZ | J | Diode | AD |
| ⚠ D751 | RH-DX0441CEZZ | J | Diode | AC |
| ⚠ D752 | RH-DX0441CEZZ | J | Diode | AC |
| ⚠ D753 | RH-DX0441CEZZ | J | Diode | AC |
| ⚠ D754 | RH-DX0441CEZZ | J | Diode | AC |
| D755 | VHD1SS119//-1 | J | Diode | AB |
| ⚠ D756 | RH-DX0441CEZZ | J | Diode | AC |
| D2001 | VHD1SS119//-1 | J | Diode | AB |
| D2011 | RH-EX0611GEZZ | J | Zener Diode | AA |

### PACKAGED CITCUITS

| Ref. No. | Part No. | ★ | Description | Code |
|---|---|---|---|---|
| ⚠ PR701 | RMPTP0092CEZZ | J | Packaged Circuit | AH |
| X801 | RCRSB0205CEZZ | J | Crystal | AF |

### FILTERS

| Ref. No. | Part No. | ★ | Description | Code |
|---|---|---|---|---|
| CF301 | RFiLC0029TAZZ | J | Ceramic Filter | AD |
| CF401 | RFiLC0013CEZZ | J | Ceramic Filter | AE |
| CF631 | RFiLA0034CEZZ | J | Ceramic Filter | AD |
| CF2040 | RFiLC0121GEZZ | J | Ceramic Filter | AD |
| SF201 | RFiLC0405CEZZ | J | SAW Filter | AH |

### COILS

| Ref. No. | Part No. | ★ | Description | Code |
|---|---|---|---|---|
| L201 | VP-XF1R2K0000 | J | Peaking 1.2μH | AB |
| L202 | RCiLi0588CEZZ | J | IF Coil | AF |
| L301 | VP-XF8R2K0000 | J | Peaking 8.2μH | AB |
| L302 | RCiLi0613CEZZ | J | IF Coil | AE |
| L401 | VP-XF6R8K0000 | J | Peaking 6.8μH | AB |
| L402 | VP-XF3R3K0000 | J | Peaking 3.3μH | AB |
| L403 | VP-XF8R2K0000 | J | Peaking 8.2μH | AB |
| L404 | VP-XF8R2K0000 | J | Peaking 8.2μH | AB |
| L421 | VP-XF680K0000 | J | Peaking 68μH | AB |
| L672 | RCiLZ0101MEZZ | M | Coil | AE |
| ⚠ L701 | RCiLF0025PEZZ | M | Coil | AE |
| ⚠ L702 | RCiLF0025PEZZ | M | Coil | AE |
| ⚠ L705 | RCiLP0179CEZZ | J | Coil | AD |
| L729 | RCiLP0179CEZZ | J | Coil | AD |
| L2040 | RCiLB0159CEZZ | J | Oscillation Coil | AE |

### TRANSFORMERS

| Ref. No. | Part No. | ★ | Description | Code |
|---|---|---|---|---|
| T601 | RTRNZ0057PEZZ | R | Transformer | AK |
| ⚠ T602 | RTRNF0033MEZZ | M | H-Volt Transformer | AY |
| ⚠ T701 | RTRNP0543CEZZ | J | Power Transformer | AM |
| ⚠ T702 | RTRNZ0017MEZZ | M | Transformer | AM |

### CAPACITORS

*[EL.··· Electrolytic, M-Poly.··· Metalized Polypro Film]*

| Ref. No. | Part No. | ★ | Description | | Code |
|---|---|---|---|---|---|
| C51 | VCEA0A1CW476M | J | 47 | 16V   EL. | AB |
| C53 | VCEA0A1HW105M | J | 1.0 | 50V   EL. | AB |
| C54 | VCEA0A1HW475M | J | 4.7 | 50V   EL. | AB |
| C55 | VCEA0A1CW108M | J | 1000 | 16V   EL. | AD |
| C103 | VCEA0A1CW228M | M | 2200 | 16V   EL. | AC |
| C201 | VCKYMN1HB102K | J | 1000p | 50V   Ceramic | AA |
| C202 | VCKYCY1HF103Z | J | 0.01 | 50V   Ceramic | AA |
| C203 | VCKYCY1HB102K | J | 1000p | 50V   Ceramic | AA |
| C204 | VCKYCY1HF103Z | J | 0.01 | 50V   Ceramic | AA |
| C205 | VCEA0A1HW474M | J | 0.47 | 50V   EL. | AB |
| C206 | VCEA0A1CW337M | J | 330 | 16V   EL. | AC |
| C207 | VCKYCY1HF103Z | J | 0.01 | 50V   Ceramic | AA |
| C208 | VCEA0A1HW474M | J | 0.47 | 50V   EL. | AB |
| C209 | VCKYCY1HB222K | J | 2200p | 50V   Ceramic | AA |
| C210 | VCKYCY1HB102K | J | 1000p | 50V   Ceramic | AA |
| C301 | VCCCCY1HH330J | J | 33p | 50V   Ceramic | AA |
| C302 | VCCCCY1HH151J | J | 150p | 50V   Ceramic | AA |
| C303 | VCCCCY1HH390J | J | 39p | 50V   Ceramic | AA |
| C307 | VCCCCY1HH1R5C | J | 1.5p | 50V   Ceramic | AD |
| C308 | VCKYCY1HB102K | J | 1000p | 50V   Ceramic | AA |
| C309 | VCEA0A1CW337M | J | 330 | 16V   EL. | AC |
| C313 | VCEA0A1CW476M | J | 47 | 16V   EL. | AB |
| C351 | VCEA0A1HW106M | J | 10 | 50V   EL. | AB |
| C352 | VCKYCY1HB332K | J | 3300p | 50V   Ceramic | AA |
| C354 | VCEA0A1HW106M | J | 10 | 50V   EL. | AB |
| C355 | VCKYCY1HB332K | J | 3300p | 50V   Ceramic | AA |
| C356 | VCEA0A1HW106M | J | 10 | 50V   EL. | AB |
| C358 | VCEA0A1CW477M | J | 470 | 16V   EL. | AC |
| C359 | VCEA0A1HW106M | J | 10 | 50V   EL. | AB |
| C401 | VCKYCY1HB331K | J | 330p | 50V   Ceramic | AA |
| C402 | VCCCCY1HH101J | J | 100p | 50V   Ceramic | AA |
| C403 | VCKYCY1CB104K | J | 0.1 | 16V   Ceramic | AB |
| C404 | VCEA0A1HW106M | J | 10 | 50V   EL. | AB |
| C405 | VCEA0A1HW335M | J | 3.3 | 50V   EL. | AB |
| C406 | VCEA0A1HW225M | J | 2.2 | 50V   EL. | AB |
| C408 | VCEA0A1HW106M | J | 10 | 50V   EL. | AB |
| C409 | VCEA0A1HW335M | J | 3.3 | 50V   EL. | AB |
| C410 | RC-QZA104TAYK | J | 0.1 | 50V   Mylar | AB |
| C411 | VCEA0A1CW337M | J | 330 | 16V   EL. | AC |
| C412 | VCKYCY1HB103K | J | 0.01 | 50V   Ceramic | AA |
| C413 | VCKYCY1HB103K | J | 0.01 | 50V   Ceramic | AA |
| C414 | VCKYCY1CB104K | J | 0.1 | 16V   Ceramic | AB |
| C421 | VCCCCY1HH330J | J | 33p | 50V   Ceramic | AA |
| C422 | VCEA0A1CW476M | J | 47 | 16V   EL. | AB |
| C451 | RC-QZA104TAYK | J | 0.1 | 50V   Mylar | AB |
| C452 | VCEA0A1HW475M | J | 4.7 | 50V   EL. | AB |
| C453 | VCEA0A1CW226M | J | 22 | 16V   EL. | AB |

**30**

CRT001424

| Ref. No. | Part No. | ★ | Description | | Code |
|---|---|---|---|---|---|

**PWB-A: DUNTK9806WEK4 (27L-S100, CL27S10)**
**PWB-A: DUNTK9806WEK5 (27L-S180, CL27S18)**
**MAIN UNIT (Continued)**

| Ref. No. | Part No. | ★ | Description | | Code |
|---|---|---|---|---|---|
| C501 | VCKYPA2HB102K | J | 1000p | 500V Ceramic | AA |
| C502 | VCEA0A1VW108M | J | 1000 | 35V EL. | AD |
| C510 | VCFYSA1JA564J | J | 0.56 | 63V Mylar | AE |
| C511 | VCKYPA2HB391K | J | 390p | 500V Ceramic | AA |
| C512 | RC-QZA473TAYK | J | 0.047 | 50V Mylar | AB |
| C513 | RC-QZA103TAYK | J | 0.01 | 50V Mylar | AA |
| C514 | VCEA0A1VW107M | J | 100 | 35V EL. | AC |
| C515 | VCEA0A1HW474M | J | 0.47 | 50V EL. | AB |
| C516 | VCSATA1VE684K | J | 0.68 | 35V Tantalum | AC |
| C517 | VCEA0A1VW108M | J | 1000 | 35V EL. | AD |
| C518 | VCFYSA1JA473J | J | 0.047 | 63V Mylar | AC |
| C551 | VCSATA1CE225K | J | 2.2 | 16V Tantalum | AB |
| C552 | VCEA0A1HW225M | J | 2.2 | 50V EL. | AB |
| C606 | VCKYPA2HB561K | J | 560p | 500V Ceramic | AA |
| C607 | VCKYPA1HB472K | J | 4700p | 50V Ceramic | AA |
| ▲▲ C610 | VCFPVC3CA772H | M | 7700p | 1.6kV M-Poly. | |
| ▲▲ C611 | VCFPVC3CA772H | M | 7700p | 1.6kV M-Poly. | |
| C615 | VCKYPA2HB102K | J | 1000p | 500V Ceramic | AA |
| C623 | VCEA4A2EN106M | J | 10 | 250V EL. | AD |
| C631 | VCEA0A1HW335M | J | 3.3 | 50V EL. | AB |
| C632 | RC-QZA103TAYK | J | 0.01 | 50V Mylar | AA |
| C633 | VCEA0A1CW477M | J | 470 | 16V EL. | AC |
| C652 | VCEA0A1HW106M | J | 10 | 50V EL. | AB |
| C653 | VCEA0A1HW106M | J | 10 | 50V EL. | AB |
| C680 | VCFPVC2DB474J | M | 0.47 | 200V M-Poly. | |
| C682 | VCKYPA2HB331K | J | 330p | 500V Ceramic | AA |
| ⚠ C701 | RC-FZ017SCEZZ | J | 0.22 | AC250V Plastic | AD |
| C702 | RC-KZ0029CEZZ | J | 0.01 | AC250V Ceramic | AC |
| C703 | RC-KZ0029CEZZ | J | 0.01 | AC250V Ceramic | AC |
| ⚠ C705 | RC-EZ0800CEZZ | J | 560 | 200V EL. | AQ |
| ⚠ C706 | RC-KZ0092GEZZ | J | 0.0033 | AC250V Ceramic | AC |
| C707 | VCFPVC3CA222H | J | 2200p | 1.6kV M-Poly. | AE |
| C708 | VCCSPA1HL471J | J | 470p | 50V Ceramic | AA |
| C709 | VCEA0A1VW107M | J | 100 | 35V EL. | AC |
| C710 | RC-QZA102TAYJ | J | 1000p | Mylar | AB |
| C717 | VCKYPA2HB472K | J | 4700p | 500V Ceramic | AB |
| C718 | VCKYPA2HB472K | J | 4700p | 500V Ceramic | AB |
| C722 | RC-QZA104TAYK | J | 0.1 | 50V Mylar | AB |
| ⚠ C723 | RC-EZ0724CEZZ | J | 100 | 160V EL. | AG |
| ⚠ C725 | RC-EZ0809CEZZ | J | 220 | 160V EL. | AL |
| C726 | RC-KZ0338CEZZ | J | Capacitor | | AD |
| C727 | RC-KZ0338CEZZ | J | Capacitor | | AD |
| C729 | VCEA0A1CW106M | J | 10 | 16V EL. | AB |
| ⚠ C730 | RC-EZ0385CEZZ | J | 1000 | 15V EL. | AE |
| ⚠ C731 | RC-EZ0385CEZZ | J | 1000 | 15V EL. | AE |
| C732 | VCKYPA2HB102K | J | 1000p | 500V Ceramic | AA |
| C741 | VCKYPA2HB102K | J | 1000p | 500V Ceramic | AA |
| C742 | VCKYPA2HB102K | J | 1000p | 500V Ceramic | AA |
| C753 | VCEA0A1CW107M | J | 100 | 16V EL. | AC |
| C755 | VCEA0A1CW476M | J | 47 | 16V EL. | AB |
| C772 | VCEA0A1VW477M | J | 470 | 35V EL. | AB |
| C801 | RC-QZA223TAYK | J | 0.022 | 50V Mylar | AB |
| C802 | VCEA0A1HW474M | J | 0.47 | 50V EL. | AB |
| C803 | VCCCCY1HH110J | J | 11p | 50V Ceramic | AA |
| C804 | VCKYCY1CB104K | J | 0.1 | 16V Ceramic | AB |
| C805 | VCKYCY1CB104K | J | 0.1 | 16V Ceramic | AB |
| C806 | VCKYCY1CB104K | J | 0.1 | 16V Ceramic | AB |
| C807 | VCCCCY1HH221J | J | 220p | 50V Ceramic | AA |
| C808 | VCKYCY1HB102K | J | 1000p | 50V Ceramic | AA |
| C901 | VCEA0A1HW335M | J | 3.3 | 50V EL. | AB |
| C902 | VCEA0ACW476M | J | 47 | 16V EL. | AB |
| | | | | (27L-S180, CL27S18) | |
| C903 | VCEA0A1HW335M | J | 3.3 | 50V EL. | AB |
| | | | | (27L-S180, CL27S18) | |
| C908 | VCEA0A1HW225M | J | 2.2 | 50V EL. | AB |
| C909 | VCEA0A1HW225M | J | 2.2 | 50V EL. | AB |
| C910 | VCKYCY1HB681K | J | 680p | 50V Ceramic | AA |
| | | | | (27L-S180, CL27S18) | |
| C911 | VCKYCY1HB681K | J | 680p | 50V Ceramic | AA |
| | | | | (27L-S180, CL27S18) | |

| Ref. No. | Part No. | ★ | Description | | Code |
|---|---|---|---|---|---|
| C922 | VCEA0A1HW335M | J | 3.3 | 50V EL. | AB |
| | | | | (27L-S180, CL27S18) | |
| C923 | VCEA0A1HW335M | J | 3.3 | 50V EL. | AB |
| | | | | (27L-S180, CL27S18) | |
| C931 | VCKYCY1EB183K | J | 0.018 | 25V Ceramic | AA |
| | | | | (27L-S180, CL27S18) | |
| C932 | VCKYCY1EB183K | J | 0.018 | 25V Ceramic | AA |
| | | | | (27L-S180, CL27S18) | |
| C951 | VCEA0A1HW106M | J | 10 | 50V EL. | AB |
| C952 | VCEA0A1HW106M | J | 10 | 50V EL. | AB |
| C954 | VCKYCY1HF103Z | J | 0.01 | 50V Ceramic | AB |
| C955 | VCEA0A1CW106M | J | 10 | 16V EL. | AB |
| C2001 | VCCCCY1HH101J | J | 100p | 50V Ceramic | AA |
| C2002 | VCCCCY1HH101J | J | 100p | 50V Ceramic | AA |
| C2040 | VCEA0A1AW107M | J | 100 | 10V EL. | AB |
| C2041 | VCEA0A1HW105M | J | 1.0 | 50V EL. | AB |
| C2060 | VCKYCY1CB104K | J | 0.1 | 16V Ceramic | AB |
| C2061 | VCCCCY1HH101J | J | 100p | 50V Ceramic | AA |
| C2062 | VCEA0A1AW107M | J | 100 | 10V EL. | AB |
| C2201 | VCKYCY1HB152K | J | 1500p | 50V Ceramic | AA |
| C2202 | VCCCCY1HH390J | J | 39p | 50V Ceramic | AA |
| C2601 | VCEA0A1HW475M | J | 4.7 | 50V EL. | AB |
| C2602 | VCCCCY1HH101J | J | 100p | 50V Ceramic | AA |
| C3001 | VCE9GA1HW475M | J | 4.7 | 50V EL.(N.P) | AB |
| C3002 | VCKYCY1HB562K | J | 5600p | 50V Ceramic | AA |
| C3003 | RC-QZA123TAYK | J | 0.012 | 50V Mylar | AB |
| C3004 | VCEA0A1HW105M | J | 1.0 | 50V EL. | AB |
| C3005 | VCEA0A1HW475M | J | 4.7 | 50V EL. | AB |
| C3006 | VCEA0A1HW106M | J | 10 | 50V EL. | AB |
| C3007 | VCEA0A1HW475M | J | 4.7 | 50V EL. | AB |
| C3008 | VCKYCY1HF103Z | J | 0.01 | 50V Ceramic | AB |
| C3009 | VCEA0A1CW227M | J | 220 | 16V EL. | AC |
| C3010 | VCE9GA1HW475M | J | 4.7 | 50V EL.(N.P) | AB |
| C3011 | VCEA0A1HW475M | J | 4.7 | 50V EL. | AB |
| C3012 | VCE9GA1HW475M | J | 4.7 | 50V EL.(N.P) | AB |
| C3013 | VCKYCY1HB272K | J | 2700p | 50V Ceramic | AA |
| C3014 | RC-QZA473TAYK | J | 0.047 | 50V Mylar | AB |
| C3015 | VCSATA1CE335K | J | 3.3 | 16V Tantalum | AC |
| C3016 | VCE9GA1HW475M | J | 4.7 | 50V EL.(N.P) | AB |
| C3017 | VCSATA1CE106K | J | 10 | 16V Tantalum | AD |
| C3018 | VCEA0A1HW105M | J | 1.0 | 50V EL. | AB |
| C3019 | VCEA0A1HW475M | J | 4.7 | 50V EL. | AB |
| C3020 | VCEA0A1HW475M | J | 4.7 | 50V EL. | AB |
| C3021 | VCEA0A1HW475M | J | 4.7 | 50V EL. | AB |
| C3022 | VCEA0A1HW475M | J | 4.7 | 50V EL. | AB |

### RESISTORS

*[M-Ox.··· Metal Oxide, M-Film··· Metal Film]*

| Ref. No. | Part No. | ★ | Description | | Code |
|---|---|---|---|---|---|
| RJ1 | VRD-MN2BE000J | J | 0 | 1/8W Carbon | AA |
| RJ9 | VRD-MN2BE000J | J | 0 | 1/8W Carbon | AA |
| RJ10 | VRD-MN2BE000J | J | 0 | 1/8W Carbon | AA |
| RJ11 | VRS-CY1JF000J | J | 0 | 1/16W M-Ox. | AA |
| RJ12 | VRD-MN2BE000J | J | 0 | 1/8W Carbon | AA |
| RJ13 | VRD-MN2BE000J | J | 0 | 1/8W Carbon | AA |
| RJ14 | VRD-MN2BE000J | J | 0 | 1/8W Carbon | AA |
| RJ15 | VRS-CY1JF000J | J | 0 | 1/16W M-Ox. | AA |
| RJ16 | VRS-CY1JF000J | J | 0 | 1/16W M-Ox. | AA |
| RJ17 | VRD-MN2BE000J | J | 0 | 1/8W Carbon | AA |
| RJ19 | VRD-MN2BE000J | J | 0 | 1/8W Carbon | AA |
| RJ20 | VRD-MN2BE000J | J | 0 | 1/8W Carbon | AA |
| RJ21 | VRD-MN2BE000J | J | 0 | 1/8W Carbon | AA |
| RJ22 | VRD-MN2BE000J | J | 0 | 1/8W Carbon | AA |
| RJ25 | VRD-MN2BE000J | J | 0 | 1/8W Carbon | AA |
| RJ26 | VRS-CY1JF000J | J | 0 | 1/16W M-Ox. | AA |
| RJ28 | VRD-MN2BE000J | J | 0 | 1/8W Carbon | AA |
| RJ29 | VRD-MN2BE000J | J | 0 | 1/8W Carbon | AA |
| RJ30 | VRS-CY1JF000J | J | 0 | 1/16W M-Ox. | AA |
| RJ31 | VRS-CY1JF000J | J | 0 | 1/16W M-Ox. | AA |
| RJ32 | VRS-CY1JF000J | J | 0 | 1/16W M-Ox. | AA |
| RJ35 | VRS-CY1JF000J | J | 0 | 1/16W M-Ox. | AA |
| RJ36 | VRS-CY1JF000J | J | 0 | 1/16W M-Ox. | AA |
| RJ37 | VRS-CY1JF000J | J | 0 | 1/16W M-Ox. | AA |
| RJ38 | VRS-CY1JF000J | J | 0 | 1/16W M-Ox. | AA |
| RJ39 | VRD-MN2BE000J | J | 0 | 1/8W Carbon | AA |
| RJ40 | VRD-MN2BE000J | J | 0 | 1/8W Carbon | AA |

CRT001425

### PWB-A: DUNTK9806WEK4 (27L-S100, CL27S10)
### PWB-A: DUNTK9806WEK5 (27L-S180, CL27S18)
### MAIN UNIT (Continued)

| Ref. No. | Part No. | ★ | Description | Code |
|---|---|---|---|---|
| RJ41 | VRD-MN2BE000J | J | 0 1/8W Carbon | AA |
| RJ42 | VRS-CY1JF000J | J | 0 1/16W M-Ox. | AA |
| RJ43 | VRD-MN2BE000J | J | 0 1/8W Carbon | AA |
| RJ46 | VRS-CY1JF000J | J | 0 1/16W M-Ox. | AA |
| RJ48 | VRD-MN2BE000J | J | 0 1/8W Carbon | AA |
| RJ49 | VRD-MN2BE000J | J | 0 1/8W Carbon | AA |
| RJ50 | VRD-MN2BE000J | J | 0 1/8W Carbon | AA |
| RJ51 | VRD-MN2BE000J | J | 0 1/8W Carbon | AA |
| RJ52 | VRS-CY1JF000J | J | 0 1/16W M-Ox. | AA |
| RJ54 | VRD-MN2BE000J | J | 0 1/8W Carbon | AA |
| RJ55 | VRS-CY1JF000J | J | 0 1/16W M-Ox. | AA |
| RJ57 | VRD-MN2BE000J | J | 0 1/8W Carbon | AA |
| RJ58 | VRS-CY1JF000J | J | 0 1/16W M-Ox. | AA |
| RJ60 | VRD-MN2BE000J | J | 0 1/8W Carbon | AA |
| RJ61 | VRS-CY1JF000J | J | 0 1/16W M-Ox. | AA |
| RJ63 | VRD-MN2BE000J | J | 0 1/8W Carbon | AA |
| RJ64 | VRD-MN2BE000J | J | 0 1/8W Carbon | AA |
| RJ67 | VRS-CY1JF000J | J | 0 1/16W M-Ox. | AA |
| ⚠ R51 | VRS-RG3AB151J | M | 150 1W M-Film | |
| ⚠ R52 | VRS-RG3DB123J | J | 12k 2W M-Ox. | AA |
| ⚠ R53 | VRS-RG3AB470J | J | 47 1W M-Ox. | AA |
| R54 | VRD-MN2BE101J | J | 100 1/8W Carbon | AA |
| R55 | VRD-MN2BE101J | J | 100 1/8W Carbon | AA |
| R56 | VRD-MN2BE823J | J | 82k 1/8W Carbon | AA |
| R57 | VRD-MN2BE392J | J | 3.9k 1/8W Carbon | AA |
| R201 | VRD-MN2BE151J | J | 150 1/8W Carbon | AA |
| R202 | VRD-MN2BE122J | J | 1.2k 1/8W Carbon | AA |
| R203 | VRD-MN2BE682J | J | 6.8k 1/8W Carbon | AA |
| R204 | VRD-MN2BE270J | J | 27 1/8W Carbon | AA |
| R205 | VRS-CY1JF331J | J | 330 1/16W M-Ox. | AA |
| R206 | VRD-MN2BE121J | J | 120 1/8W Carbon | AA |
| R207 | VRD-MN2BE4R7J | J | 4.7 1/8W Carbon | AA |
| R208 | VRD-MN2BE331J | J | 330 1/8W Carbon | AA |
| R301 | VRD-MN2BE222J | J | 2.2k 1/8W Carbon | AA |
| R302 | VRS-CY1JF102J | J | 1.0k 1/16W M-Ox. | AA |
| R303 | VRD-MN2BE103J | J | 10k 1/8W Carbon | AA |
| R304 | VRD-MN2BE333J | J | 33k 1/8W Carbon | AA |
| R305 | VRD-MN2BE102J | J | 1.0k 1/8W Carbon | AA |
| R306 | VRD-MN2BE152J | J | 1.5k 1/8W Carbon | AA |
| R351 | VRD-MN2BE683J | J | 68k 1/8W Carbon | AA |
| R352 | VRD-MN2BE103J | J | 10k 1/8W Carbon | AA |
| R353 | VRD-RA2BE822J | J | 8.2k 1/8W Carbon | AA |
| R354 | VRD-MN2BE223J | J | 22k 1/8W Carbon | AA |
| R355 | VRD-MN2BE683J | J | 68k 1/8W Carbon | AA |
| R356 | VRD-MN2BE103J | J | 10k 1/8W Carbon | AA |
| R357 | VRD-MN2BE822J | J | 8.2k 1/8W Carbon | AA |
| R358 | VRD-MN2BE223J | J | 22k 1/8W Carbon | AA |
| R401 | VRS-CY1JF682J | J | 6.8k 1/16W M-Ox. | AA |
| R402 | VRS-CY1JF331J | J | 330 1/16W M-Ox. | AA |
| R403 | VRS-CY1JF391J | J | 390 1/16W M-Ox. | AA |
| R404 | VRD-MN2BE102J | J | 1.0k 1/8W Carbon | AA |
| R405 | VRS-CY1JF470J | J | 47 1/16W M-Ox. | AA |
| R406 | VRS-CY1JF680J | J | 68 1/16W M-Ox. | AA |
| R407 | VRS-CY1JF102J | J | 1.0k 1/16W M-Ox. | AA |
| R408 | VRS-CY1JF471J | J | 470 1/16W M-Ox. | AA |
| R409 | VRD-MN2BE562J | J | 5.6k 1/8W Carbon | AA |
| R410 | VRD-RA2BE154J | J | 150k 1/8W Carbon | AA |
| R411 | VRD-MN2BE153J | J | 15k 1/8W Carbon | AA |
| R412 | VRD-RA2BE561J | J | 560 1/8W Carbon | AA |
| R413 | VRS-CY1JF101J | J | 100 1/16W M-Ox. | AA |
| R414 | VRS-CY1JF101J | J | 100 1/16W M-Ox. | AA |
| R415 | VRS-CY1JF101J | J | 100 1/16W M-Ox. | AA |
| R421 | VRD-MN2BE152J | J | 1.5k 1/8W Carbon | AA |
| R422 | VRS-CY1JF472J | J | 4.7k 1/16W M-Ox. | AA |
| R423 | VRS-CY1JF152J | J | 1.5k 1/16W M-Ox. | AA |
| R424 | VRS-CY1JF102J | J | 1.0k 1/16W M-Ox. | AA |
| ⚠ R451 | VRS-RG2HC103J | J | 10k 1/2W M-Ox. | AA |
| R452 | VRD-RM2HD153J | J | 15k 1/2W Carbon | AA |
| R453 | VRD-RA2EE683J | J | 68k 1/4W Carbon | AA |
| R454 | VRD-MN2BE102J | J | 1.0k 1/8W Carbon | AA |
| R456 | VRD-MN2BE682J | J | 6.8k 1/8W Carbon | AA |
| R458 | VRD-MN2BE152J | J | 1.5k 1/8W Carbon | AA |
| R501 | VRN-RL3ABR56J | J | 0.56 1W M-Film | AA |
| R510 | VRD-MN2BE471J | J | 470 1/8W Carbon | AA |
| R511 | VRD-RA2BE823G | J | 82k 1/8W Carbon | AB |
| R512 | VRD-RA2BE124G | J | 120k 1/8W Carbon | AA |
| R513 | VRD-RA2BE473J | J | 47k 1/8W Carbon | AA |
| R514 | VRD-MN2BE101J | J | 100 1/8W Carbon | AA |
| R519 | VRD-RA2BE153G | J | 15k 1/8W Carbon | AA |
| R520 | VRD-MN2BE184J | J | 180k 1/8W Carbon | AA |
| R523 | VRN-RL3AB1R0J | M | 1.0 1W M-Film | |
| R524 | VRS-RG3AB391J | J | 390 1W M-Ox. | AA |
| R526 | VRD-MN2BE562J | J | 5.6k 1/8W Carbon | AA |
| R551 | VRS-CY1JF472J | J | 4.7k 1/16W M-Ox. | AA |
| R552 | VRS-CY1JF102J | J | 1.0k 1/16W M-Ox. | AA |
| R553 | VRD-MN2BE333J | J | 33k 1/8W Carbon | AA |
| R554 | VRD-MN2BE333J | J | 33k 1/8W Carbon | AA |
| ⚠ R604 | VRS-RG3LB392J | M | 3.9k 3.0W M-Ox. | |
| R605 | VRD-RA2BE331J | J | 330 1/8W Carbon | AA |
| R606 | VRD-RA2BE331J | J | 330 1/8W Carbon | AA |
| ⚠ R607 | VRS-RG3LB392J | M | 3.9k 3.0W M-Ox. | |
| ⚠ R609 | VRS-RG3AB562J | M | 5.6k 1W M-Ox. | |
| R610 | VRD-RM2HD220J | J | 22 1/2W Carbon | AA |
| ⚠ R611 | VRS-KA3NG3R3K | J | 3.3 7.0W M-Ox. | AD |
| R621 | VRN-RL3DB1R2J | M | 1.2 2W M-Film | |
| R622 | VRN-RL3ABR39J | M | 0.39 1W M-Film | |
| R623 | VRN-RL3AB2R7J | M | 2.7 1W M-Film | AA |
| ⚠ R624 | VRS-RG3DB332J | J | 3.3k 2W M-Ox. | |
| R625 | VRD-MN2BE102J | J | 1.0k 1/8W Carbon | AA |
| R627 | VRD-RM2HD224J | J | 220k 1/2W Carbon | AA |
| R631 | VRS-CY1JF391J | J | 390 1/16W M-Ox. | AA |
| R632 | VRS-CY1JF152J | J | 1.5k 1/16W M-Ox. | AA |
| R633 | VRD-MN2BE472J | J | 4.7k 1/8W Carbon | AA |
| R634 | VRD-RA2BE4R7J | J | 4.7 1/8W Carbon | AA |
| ▲▲ R651 | VRS-RG2HC270J | M | 27 1/2W M-Ox. | AA |
| ▲▲ R652 | VRN-RA2BK103F | J | 10k 1/8W M-Film | AA |
| ▲▲ R653 | VRD-RA2BK822F | J | 8.2k 1/8W M-Film | AA |
| ▲▲ R654 | VRD-MN2BE184J | J | 180k 1/8W Carbon | AA |
| ▲▲ R655 | VRS-CY1JF104J | J | 100k 1/16W M-Ox. | AA |
| R690 | VRS-RG2HC102J | J | 1.0k 1/2W M-Ox. | AA |
| ⚠ R701 | RR-HZ0048CEZZ | J | 3.9M 1/2W | AB |
| ⚠ R702 | VRW-KQ3NC1R2K | J | 1.2 7.00W Cement | AE |
| R704 | VRD-RM2HD154J | J | 150k 1/2W Carbon | AA |
| ⚠ R705 | VRN-RL3DBR22J | J | 0.22 2W M-Film | |
| ⚠ R706 | VRN-RL3DBR27J | M | 0.27 2W M-Film | |
| R707 | VRS-RG2HC681J | J | 680 1/2W M-Ox. | AA |
| ⚠ R709 | VRN-GA2EB1R0J | J | 1.0 1/4W M-Film | |
| R710 | VRD-RM2HD470J | J | 47 1/2W Carbon | AA |
| R711 | VRD-RA2BE242J | J | 2.4k 1/8W Carbon | AA |
| ⚠ R715 | VRS-RG3DB153J | J | 15k 2W M-Ox. | AA |
| ⚠ R723 | VRN-RL3DBR39J | M | 0.39 2W M-Film | |
| R724 | VRS-RG2HC332J | J | 3.3k 1/2W M-Ox. | AA |
| R725 | VRS-RG2HC821J | M | 820 1/2W M-Ox. | AA |
| ⚠ R726 | VRS-RG2HC122J | M | 1.2k 1/2W M-Ox. | AA |
| R727 | VRD-RA2BE271J | J | 270 1/8W Carbon | AA |
| ⚠ R728 | VRN-RL3LB4R7J | M | 4.7 3.0W M-Film | |
| R734 | VRD-RM2HD124J | J | 120k 1/2W Carbon | AA |
| ⚠ R737 | VRN-RL3DBR56J | M | 0.56 2W M-Film | |
| R751 | VRD-MN2BE473J | J | 47k 1/8W Carbon | AA |
| R801 | VRD-MN2BE332J | J | 3.3k 1/8W Carbon | AA |
| R802 | VRS-CY1JF332J | J | 3.3k 1/16W M-Ox. | AA |
| R803 | VRS-CY1JF222J | J | 2.2k 1/16W M-Ox. | AA |
| R804 | VRS-CY1JF222J | J | 2.2k 1/16W M-Ox. | AA |
| R805 | VRS-CY1JF222J | J | 2.2k 1/16W M-Ox. | AA |
| R806 | VRS-CY1JF333J | J | 33k 1/16W M-Ox. | AA |
| R807 | VRS-CY1JF152J | J | 1.5k 1/16W M-Ox. | AA |
| R808 | VRD-RA2BE102J | J | 1.0k 1/8W Carbon | AA |
| R901 | VRD-RA2BE331J | J | 330 1/8W Carbon (27L-S180, CL27S18) | |
| R903 | VRD-MN2BE102J | J | 1.0k 1/8W Carbon (27L-S180, CL27S18) | |
| R904 | VRS-CY1JF683J | J | 68k 1/16W M-Ox. (27L-S180, CL27S18) | |
| R905 | VRS-CY1JF223J | J | 22k 1/16W M-Ox. (27L-S180, CL27S18) | |
| R906 | VRS-CY1JF392J | J | 3.9k 1/16W M-Ox. (27L-S180, CL27S18) | |

CRT001426

| Ref. No. | Part No. | ★ | Description | | | Code |
|---|---|---|---|---|---|---|

## PWB-A: DUNTK9806WEK4 (27L-S100, CL27S10)
## PWB-A: DUNTK9806WEK5 (27L-S180, CL27S18)
### MAIN UNIT (Continued)

| Ref. No. | Part No. | ★ | Description | | | Code |
|---|---|---|---|---|---|---|
| R907 | VRS-CY1JF182J | J | 1.8k | 1/16W | M-Ox. (27L-S180, CL27S18) | AA |
| R908 | VRS-CY1JF102J | J | 1.0k | 1/16W | M-Ox. (27L-S180, CL27S18) | AA |
| R910 | VRD-MN2BE102J | J | 1.0k | 1/8W | Carbon (27L-S180, CL27S18) | AA |
| R911 | VRS-CY1JF683J | J | 68k | 1/16W | M-Ox. (27L-S180, CL27S18) | AA |
| R912 | VRS-CY1JF223J | J | 22k | 1/16W | M-Ox. (27L-S180, CL27S18) | AA |
| R913 | VRS-CY1JF392J | J | 3.9k | 1/16W | M-Ox. (27L-S180, CL27S18) | AA |
| R914 | VRS-CY1JF182J | J | 1.8k | 1/16W | M-Ox. (27L-S180, CL27S18) | AA |
| R915 | VRS-CY1JF102J | J | 1.0k | 1/16W | M-Ox. (27L-S180, CL27S18) | AA |
| R922 | VRS-CY1JF102J | J | 1.0k | 1/16W | M-Ox. (27L-S180, CL27S18) | AA |
| R923 | VRS-CY1JF102J | J | 1.0k | 1/16W | M-Ox. (27L-S180, CL27S18) | AA |
| R924 | VRD-MN2BE750J | J | 75 | 1/8W | Carbon | AA |
| R925 | VRD-MN2BE104J | J | 100k | 1/8W | Carbon | AA |
| R926 | VRD-MN2BE104J | J | 100k | 1/8W | Carbon | AA |
| R951 | VRD-RA2BE101J | J | 100 | 1/8W | Carbon | AB |
| R952 | VRD-MN2BE102J | J | 1.0k | 1/8W | Carbon | AA |
| R961 | VRD-RA2BE101J | J | 100 | 1/8W | Carbon | AB |
| R962 | VRD-RA2BE101J | J | 100 | 1/8W | Carbon | AB |
| R2001 | VRD-RA2BE562J | J | 5.6k | 1/8W | Carbon | AA |
| R2002 | VRD-MN2BE103J | J | 10k | 1/8W | Carbon | AA |
| R2004 | VRD-MN2BE101J | J | 100 | 1/8W | Carbon | AA |
| R2006 | VRS-CY1JF103J | J | 10k | 1/16W | M-Ox. | AA |
| R2008 | VRD-MN2BE224J | J | 220k | 1/8W | Carbon | AA |
| R2009 | VRD-RA2BE102J | J | 1.0k | 1/8W | Carbon | AA |
| R2010 | VRD-MN2BE102J | J | 1.0k | 1/8W | Carbon | AA |
| R2012 | VRS-CY1JF471J | J | 470 | 1/16W | M-Ox. | AA |
| R2020 | VRS-CY1JF223J | J | 22k | 1/16W | M-Ox. | AA |
| R2022 | VRS-CY1JF103J | J | 10k | 1/16W | M-Ox. | AA |
| R2024 | VRD-RA2BE682J | J | 6.8k | 1/8W | Carbon | AA |
| R2025 | VRD-RA2BE682J | J | 6.8k | 1/8W | Carbon | AA |
| R2026 | VRD-RA2BE682J | J | 6.8k | 1/8W | Carbon | AA |
| R2027 | VRD-MN2BE682J | J | 6.8k | 1/8W | Carbon | AA |
| R2028 | VRD-MN2BE102J | J | 1.0k | 1/8W | Carbon | AA |
| R2029 | VRS-CY1JF103J | J | 10k | 1/16W | M-Ox. | AA |
| R2030 | VRS-CY1JF103J | J | 10k | 1/16W | M-Ox. | AA |
| R2032 | VRD-RA2BE103J | J | 10k | 1/8W | Carbon | AA |
| R2035 | VRD-MN2BE223J | J | 22k | 1/8W | Carbon | AA |
| R2040 | VRD-MN2BE102J | J | 1.0k | 1/8W | Carbon | AA |
| R2041 | VRD-MN2BE333J | J | 33k | 1/8W | Carbon | AA |
| R2042 | VRD-MN2BE101J | J | 100 | 1/8W | Carbon | AA |
| R2043 | VRS-CY1JF333J | J | 33k | 1/16W | M-Ox. | AA |
| R2044 | VRD-MN2BE682J | J | 6.8k | 1/8W | Carbon | AA |
| R2045 | VRD-MN2BE101J | J | 100 | 1/8W | Carbon | AA |
| R2046 | VRD-RA2BE101J | J | 100 | 1/8W | Carbon | AB |
| R2047 | VRS-CY1JF221J | J | 220 | 1/16W | M-Ox. | AA |
| R2048 | VRS-CY1JF562J | J | 5.6k | 1/16W | M-Ox. | AA |
| R2060 | VRD-MN2BE221J | J | 220 | 1/8W | Carbon | AA |
| R2061 | VRD-MN2BE562J | J | 5.6k | 1/8W | Carbon | AA |
| R2062 | VRD-MN2BE183J | J | 18k | 1/8W | Carbon | AA |
| R2063 | VRD-MN2BE222J | J | 2.2k | 1/8W | Carbon | AA |
| R2064 | VRD-RA2BE332J | J | 3.3k | 1/8W | Carbon | AA |
| R2067 | VRS-CY1JF103J | J | 10k | 1/16W | M-Ox. | AA |
| R2068 | VRS-CY1JF103J | J | 10k | 1/16W | M-Ox. | AA |
| R2070 | VRS-CY1JF103J | J | 10k | 1/16W | M-Ox. | AA |
| R2071 | VRD-RA2BE102J | J | 1.0k | 1/8W | Carbon | AA |
| R2101 | VRS-CY1JF101J | J | 100 | 1/16W | M-Ox. | AA |
| R2102 | VRS-CY1JF101J | J | 100 | 1/16W | M-Ox. | AA |
| R2201 | VRD-MN2BE222J | J | 2.2k | 1/8W | Carbon | AA |
| R2202 | VRS-CY1JF103J | J | 10k | 1/16W | M-Ox. | AA |
| R2203 | VRS-CY1JF184J | J | 180k | 1/16W | M-Ox. | AA |
| R2211 | VRD-MN2BE222J | J | 2.2k | 1/8W | Carbon | AA |
| R2212 | VRS-CY1JF682J | J | 6.8k | 1/16W | M-Ox. | AA |
| R2213 | VRS-CY1JF333J | J | 33k | 1/16W | M-Ox. | AA |

| Ref. No. | Part No. | ★ | Description | | | Code |
|---|---|---|---|---|---|---|
| R2401 | VRS-CY1JF101J | J | 100 | 1/16W | M-Ox. | AA |
| R2402 | VRS-CY1JF101J | J | 100 | 1/16W | M-Ox. | AA |
| R2403 | VRD-MN2BE101J | J | 100 | 1/8W | Carbon | AA |
| R2404 | VRD-MN2BE101J | J | 100 | 1/8W | Carbon | AA |
| R2501 | VRD-MN2BE103J | J | 10k | 1/8W | Carbon | AA |
| R2503 | VRD-MN2BE273J | J | 27k | 1/8W | Carbon | AA |
| R2504 | VRD-MN2BE123J | J | 12k | 1/8W | Carbon | AA |
| R2505 | VRD-MN2BE563J | J | 56k | 1/8W | Carbon | AA |
| R2506 | VRD-MN2BE563J | J | 56k | 1/8W | Carbon | AA |
| R2507 | VRD-MN2BE823J | J | 82k | 1/8W | Carbon | AA |
| R2508 | VRD-MN2BE153J | J | 15k | 1/8W | Carbon | AA |
| R2509 | VRD-MN2BE272J | J | 2.7k | 1/8W | Carbon | AA |
| R2601 | VRD-RA2BE331J | J | 330 | 1/8W | Carbon | AA |
| R3001 | VRD-RA2BE101J | J | 100 | 1/8W | Carbon | AB |
| R3002 | VRD-RA2BE101J | J | 100 | 1/8W | Carbon | AB |
| R3003 | VRS-CY1JF105J | J | 1.0M | 1/16W | M-Ox. | AA |
| R3004 | VRS-CY1JF104J | J | 100k | 1/16W | M-Ox. | AA |
| R3005 | VRS-CY1JF623J | J | 62k | 1/16W | M-Ox. | AA |
| R3007 | VRS-CY1JF332J | J | 3.3k | 1/16W | M-Ox. | AA |
| R3008 | VRS-CY1JF302J | J | 3.0k | 1/16W | M-Ox. | AA |
| R3010 | VRS-CY1JF392J | J | 3.9k | 1/16W | M-Ox. | AA |
| R3011 | VRD-MN2BE102J | J | 1.0k | 1/8W | Carbon | AA |
| R3012 | VRS-CY1JF102J | J | 1.0k | 1/16W | M-Ox. | AA |
| R3013 | VRD-MN2BE104J | J | 100k | 1/8W | Carbon | AA |
| R3014 | VRD-MN2BE104J | J | 100k | 1/8W | Carbon | AA |
| R3015 | VRD-RA2BE101J | J | 100 | 1/8W | Carbon | AB |
| R3016 | VRD-MN2BE750J | J | 75 | 1/8W | Carbon | AA |
| R3017 | VRD-RA2BE102J | J | 1.0k | 1/8W | Carbon | AA |
| R3018 | VRD-RA2BE102J | J | 1.0k | 1/8W | Carbon | AA |

### SWITCHES

| Ref. No. | Part No. | ★ | Description | Code |
|---|---|---|---|---|
| S2501 | QSW-K0079GEZZ | J | Power | AB |
| S2502 | QSW-K0079GEZZ | J | Vol-down | AB |
| S2503 | QSW-K0079GEZZ | J | Vol-up | AB |
| S2504 | QSW-K0079GEZZ | J | CH-down | AB |
| S2505 | QSW-K0079GEZZ | J | CH-up | AB |

### MISCELLANEOUS PARTS

| Ref. No. | Part No. | ★ | Description | Code |
|---|---|---|---|---|
| ⚠ RY701 | RRLYJ0081CEZZ | J | Relay | AL |
| ⚠ F701 | QFS-B4023CEZZ | J | Fuse, 4A 125V | AC |
| FB601 | RBLN-0047CEZZ | J | Ferrite Bead | AB |
| FB702 | RBLN-0036CEZZ | J | Ferrite Bead | AB |
| FB704 | RBLN-0037CEZZ | J | Ferrite Bead | AB |
| FB706 | RBLN-0037CEZZ | J | Ferrite Bead | AB |
| FH701 | QFSHD1013CEZZ | J | Fuse Holder | AC |
| FH702 | QFSHD1014CEZZ | J | Fuse Holder | AC |
| P351 | QPLGN0461CEZZ | J | Plug, 4-pin (S) | AB |
| P601 | QPLGN0160FJZZ | J | Plug, 5-pin (K) | AD |
| P621 | QPLGN0461CEZZ | J | Plug, 4-pin (YBN) | AB |
| P651 | QPLGN0361CEZZ | J | Plug, 3-pin | AB |
| P701 | QPLGN0207CEZZ | J | Plug, 2-pin (M) | AA |
| P703 | QPLGN0269GEZZ | J | Plug, 2-pin (P) | AB |
| P901 | QPLGN0561CEZZ | J | Plug, 5-pin (HA) | AB |
| P903 | QPLGN0561CEZZ | J | Plug, 5-pin (GBN) | AB |
| P2401 | QPLGN0561CEZZ | J | Plug, 5-pin | AB |
| RMC2801 | RRMCU0235CEZZ | J | R/C Receiver | AK |
| HM501 | LX-GZ3001PEZZ | R | Screw | AB |
| HM601 | LX-GZ3001PEZZ | R | Screw | AB |
| HM602 | LX-GZ3001PEZZ | R | Screw | AB |
| HM603 | LX-GZ3001PEZZ | R | Screw | AB |
| HM604 | LX-GZ3001PEZZ | R | Screw | AB |
| HM605 | LX-GZ3001PEZZ | R | Screw | AB |
| HM606 | LX-GZ3002PEZZ | R | Screw | AB |
| HM607 | LX-GZ3002PEZZ | R | Screw | AB |
| HM608 | LX-GZ3001PEZZ | R | Screw | AB |
| HM609 | LX-GZ3001PEZZ | R | Screw | AB |
| HM610 | LX-GZ3002PEZZ | R | Screw | AB |
| HM611 | LX-GZ3002PEZZ | R | Screw | AB |
| HM612 | LX-GZ3001PEZZ | R | Screw | AB |
| HM613 | LX-GZ3002PEZZ | R | Screw | AB |
| HM614 | LX-GZ3002PEZZ | R | Screw | AB |
| HM615 | LX-GZ3002PEZZ | R | Screw | AB |
| HM616 | LX-GZ3002PEZZ | R | Screw | AB |
| HM617 | LX-GZ3001PEZZ | R | Screw | AB |

CRT001427

| Ref. No. | Part No. | ★ | Description | Code |
|---|---|---|---|---|

### PWB-A: DUNTK9806WEK4 (27L-S100, CL27S10)
### PWB-A: DUNTK9806WEK5 (27L-S180, CL27S18)
### MAIN UNIT (Continued)

| Ref. No. | Part No. | ★ | Description | Code |
|---|---|---|---|---|
| HM618 | LX-GZ3001PEZZ | R | Screw | AB |
| HM701 | LX-GZ3001PEZZ | R | Screw | AB |
| HM702 | LX-GZ3001PEZZ | R | Screw | AB |
| HM703 | LX-GZ3001PEZZ | R | Screw | AB |
| HM704 | LX-GZ3001PEZZ | R | Screw | AB |
| HM705 | LX-GZ3001PEZZ | R | Screw | AB |
| HM706 | LX-GZ3001PEZZ | R | Screw | AB |
| HM707 | LX-GZ3001PEZZ | R | Screw | AB |
| HM708 | LX-GZ3001PEZZ | R | Screw | AB |
| HM709 | LX-GZ3001PEZZ | R | Screw | AB |
| HM710 | LX-GZ3001PEZZ | R | Screw | AB |
| HM711 | LX-GZ3001PEZZ | R | Screw | AB |
| HM712 | LX-GZ3001PEZZ | R | Screw | AB |
| HM713 | LX-GZ3001PEZZ | R | Screw | AB |
| RDA501 | PRDAR0234PEFW | R | Heat Sink | AH |
| RDA604 | PRDAR0233PEFW | M | Heat Sink | AE |
| RDA701 | PRDAR1008MEFW | M | Heat Sink | AH |
| RDA751 | PRDAR5072CEFW | J | Heat Sink | AC |
| TAN921 | QTANJ0323CEZZ | M | AV Terminal (27L-S100, CL27S10) | AF |
| TAN921 | QTANJ0523CEZZ | M | AV Terminal (27L-S180, CL27S18) | AG |
| | LX-BZ3049GEFD | J | Screw | AA |
| | LX-HZ3007MEFD | M | Screw | |

### PWB-C: DUNTK9310WEK1
### FRONT AV UNIT

| Ref. No. | Part No. | ★ | Description | Code |
|---|---|---|---|---|
| J1001 | QJAKE0053GEZZ | J | Jack, Video in | AD |
| J1002 | QJAKE0055GEZZ | J | Jack, Audio in (L) | AD |
| J1003 | QJAKE0059GEZZ | J | Jack, Audio in (R) | AC |
| P1001 | QPLGN0541CEZZ | J | Plug, 5-pin (HA) | AB |

### PWB-B: DUNTK9510WEK1
### CRT UNIT

#### TRANSISTORS

| Ref. No. | Part No. | ★ | Description | Code |
|---|---|---|---|---|
| Q851 | VS2SC3198-Y-1 | J | 2SC3198(Y) | AA |
| Q852 | VS2SC3789//2E | M | 2SC3789 | AA |
| Q853 | VS2SC3198-Y-1 | J | 2SC3198(Y) | AA |
| Q854 | VS2SC3789//2E | M | 2SC3789 | AA |
| Q855 | VS2SC3198-Y-1 | J | 2SC3198(Y) | AA |
| Q856 | VS2SC3789//2E | M | 2SC3789 | AA |
| Q881 | VS2SA1266-Y-1 | J | 2SA1266(Y) | AA |

#### DIODES

| Ref. No. | Part No. | ★ | Description | Code |
|---|---|---|---|---|
| D881 | VHD1SS119//-1 | J | 1SS119 | AB |
| D882 | VHD1SS119//-1 | J | 1SS119 | AB |
| D884 | VHD1SS119//-1 | J | 1SS119 | AB |

#### COIL

| Ref. No. | Part No. | ★ | Description | Code |
|---|---|---|---|---|
| L851 | VP-MK820K0000 | J | Peaking 82µH | AB |

#### CAPACITORS
*[EL. ··· Electrolytic]*

| Ref. No. | Part No. | ★ | Description | | Code |
|---|---|---|---|---|---|
| C851 | VCCSPA1HL391J | J | 390p 50V | Ceramic | AA |
| C852 | VCCSPA1HL331J | J | 330p 50V | Ceramic | AA |
| C853 | VCCSPA1HL391J | J | 390p 50V | Ceramic | AA |
| C854 | RC-KZ0024CEZZ | J | 0.001 2kV | Ceramic | AC |
| C883 | VCEA0A1HW106M | J | 10 50V | EL. | AB |

#### RESISTORS
*[M-Ox. ··· Metal Oxide]*

| Ref. No. | Part No. | ★ | Description | | Code |
|---|---|---|---|---|---|
| R851 | VRD-RA2BE470J | J | 47 | 1/8W Carbon | AA |
| R852 | VRD-RA2BE181J | J | 180 | 1/8W Carbon | AA |
| R853 | VRD-RA2BE121J | J | 120 | 1/8W Carbon | AA |
| R855 | VRD-RA2BE471J | J | 470 | 1/8W Carbon | AA |
| R856 | VRD-RA2BE221J | J | 220 | 1/8W Carbon | AA |
| ⚠ R857 | VRS-VV3LB123J | J | 12k | 3.0W M-Ox. | AB |
| R858 | VRD-RM2HD222J | J | 2.2k | 1/2W Carbon | AA |
| R859 | VRD-RA2BE470J | J | 47 | 1/8W Carbon | AA |
| R860 | VRD-RA2BE181J | J | 180 | 1/8W Carbon | AA |
| R861 | VRD-RA2BE121J | J | 120 | 1/8W Carbon | AA |
| R863 | VRD-RA2BE471J | J | 470 | 1/8W Carbon | AA |
| R864 | VRD-RA2BE221J | J | 220 | 1/8W Carbon | AA |
| ⚠ R865 | VRS-VV3LB123J | J | 12k | 3.0W M-Ox. | AB |
| R866 | VRD-RM2HD222J | J | 2.2k | 1/2W Carbon | AA |
| R867 | VRD-RA2BE470J | J | 47 | 1/8W Carbon | AA |
| R868 | VRD-RA2BE181J | J | 180 | 1/8W Carbon | AA |
| R869 | VRD-RA2BE121J | J | 120 | 1/8W Carbon | AA |
| R871 | VRD-RA2BE471J | J | 470 | 1/8W Carbon | AA |
| R872 | VRD-RA2BE221J | J | 220 | 1/8W Carbon | AA |
| ⚠ R873 | VRS-VV3LB123J | J | 12k | 3.0W M-Ox. | AB |
| R874 | VRD-RM2HD222J | J | 2.2k | 1/2W Carbon | AA |
| R881 | VRD-RA2BE102J | J | 1.0k | 1/8W Carbon | AA |
| R882 | VRD-RA2BE331J | J | 330 | 1/8W Carbon | AA |
| R883 | VRD-RA2BE561J | J | 560 | 1/8W Carbon | AA |
| R884 | VRD-RA2BE152J | J | 1.5k | 1/8W Carbon | AA |
| R895 | VRD-RA2BE470J | J | 47 | 1/8W Carbon | AA |

#### MISCELLANEOUS PARTS

| Ref. No. | Part No. | ★ | Description | Code |
|---|---|---|---|---|
| P851 | QPLGN0541CEZZ | J | Plug, 5-pin (GBN) | AB |
| P852 | QPLGN0441CEZZ | J | Plug, 4-pin (YBN) | AB |
| SC851 | QSOCV0937CEZZ | M | CRT Socket | AF |

CRT001428

| Ref. No. | Part No. | ★ | Description | Code |
|----------|----------|---|-------------|------|

## CABINET PARTS

### 27L-S100, CL27S10

| | | | | |
|---|---|---|---|---|
| 1 | CCABA1302MES1 | M | Front Cabinet Ass'y | BE |
| 1-1 | *Not Available* | – | Front Cabinet | — |
| 1-2 | GCOVA1033MEKA | M | Cover for R/C | AD |
| 1-3 | HBDGB1009MESA | M | Badge, "SHARP" | AD |
| 1-4 | JBTN-1096MEKA | M | Button, Power, Vol-up/down | AD |
| 1-5 | JBTN-1097MEKA | M | Button, Ch-up/down | AD |
| 2 | GCABB1144MEKA | M | Rear Cabinet | AZ |

### 27L-S180, CL27S18

| | | | | |
|---|---|---|---|---|
| 1 | CCABA1296MES1 | M | Front Cabinet Ass'y | |
| 1-1 | *Not Available* | – | Front Cabinet | — |
| 1-2 | GCOVA1033MEKA | M | Cover for R/C | AD |
| 1-3 | HBDGB1009MESA | M | Badge, "SHARP" | AD |
| 1-4 | JBTN-1096MEKA | M | Button, Power, Vol-up/down | AD |
| 1-5 | JBTN-1097MEKA | M | Button, Ch-up/down | AD |
| 2 | GCABB1148MEKA | M | Rear Cabinet | AZ |

## MISCELLANEOUS PARTS

| | | | | |
|---|---|---|---|---|
| ⚠ ACC701 | QACCD3065CESA | M | AC Cord | AG |
| | QCNW-0130MEZZ | M | Connecting Cord | AF |
| | QCNW-0134MEZZ | M | Connecting Cord | AE |
| | QCNW-0166MEZZ | M | Connecting Cord | AD |
| | QCNW-0167MEZZ | M | Connecting Cord | AC |
| | QCNW-0239MEZZ | M | Connecting Cord | AH |
| SP1 | VSP0080PBL4YS | M | Speaker, (L) | AG |
| SP2 | VSP0080PBL4YS | M | Speaker, (R) | AG |

## SUPPLIED ACCESORRIES

| | | | | |
|---|---|---|---|---|
| | TGAN-1006MEZZ | M | Guarantee Card | AA |
| | TiNS-6552MEZZ | M | Operation Manual (27L-S100, CL27S10) | AD |
| | TiNS-6553MEZZ | M | Operation Manual (27L-S180, CL27S18) | AD |
| | RRMCG1324CESA | M | Infrared R/C Unit (27L-S100, CL27S10) | AQ |
| | RRMCG1395CESA | M | Infrared R/C Unit (27L-S180, CL27S18) | AW |

## CABINET PARTS LOCATION



## PACKING PARTS
## *(NOT REPLACEMENT ITEM)*

| | | | | |
|---|---|---|---|---|
| | SPAKC0639MEZZ | – | Packing Case | — |
| | SPAKX0165MEZZ | – | Buffer Material | — |
| | SSAKA0004MEZZ | – | Polyethylene Sack | — |

CRT001429

# PACKING OF THE SET



★ Polystyrene Bag

Operation Manual
Guarantee Card
Infrared R/C Unit
Batteries

★ Polyethylene Sack

★ Buffer Material

*FRONT*

★ Packing Case

★ Serial Number Label

*REAR*

Use 22 staples
fix the packing case.

★ Bar Code Label

★ Number Card

MARK ★ : Not replacement items.

**36**

CRT001430

CRT001431



**COPYRIGHT © 1999 BY SHARP CORPORATION**

ALL RIGHTS RESERVED.

No part of this publication may be reproduced,
stored in a retrieval system, or transmitted in
any form or by any means, electronic, mechanical,
photocopying, recording, or otherwise, without
prior written permission of the publisher.

TQ0615-S
Mar. 1999 Printed in Japan
KI. KG

SHARP CORPORATION
AV Systems Group
Quality & Reliability Control Center
Yaita, Tochigi 329-2193, Japan

CRT001432

# EXHIBIT 53

SUMMARY

| SUPPLIER | | PERIOD | | | | | GRAND TOTAL |
|---|---|---|---|---|---|---|---|
| CODE | NAME | JAN 1999 - JUNE 30 1999 | JULY 1999 - DEC 31 1999 | JAN 2000 - JUNE 30 2000 | JULY 1 2000 - DEC 31 2000 | JAN 2001 - JUNE 30 2001 | |
| H01 | HITACHI | $ 11,742,543.50 | $ 20,846,512.50 | $ 8,239,940.00 | $ 9,155,270.50 | $ 784.96 | $ 49,985,051.46 |
| M14 | MITSUBISHI | | | | | | $ - |
| P01 | PHILLIPS | $ 35,689,240.00 | $ 31,705,156.00 | $ 19,366,975.65 | $ 6,817,827.00 | | $ 93,579,198.65 |
| R01 | RCA/THOMSON | $ 37,447,244.00 | $ 32,616,401.00 | $ 36,651,497.00 | $ 26,369,402.00 | | $ 133,084,544.00 |
| S24 | SAMSUNG | $ 991,872.00 | $ 5,904.00 | $ 5,904.00 | | | $ 1,003,680.00 |
| T02 | TOSHIBA | $ 5,248,379.00 | $ 4,218,056.00 | $ 9,884,712.00 | $ 982,418.00 | | $ 20,333,565.00 |
| TOTAL | | $ 91,119,278.50 | $ 89,392,029.50 | $ 74,149,028.65 | $ 43,324,917.50 | $ 784.96 | $ 297,986,039.11 |
| | | | | | | | $ 297,986,039.11 |

Program: ZRPP0138 | Sharp Electronics Corporation | Page: 1
Date: 11/21/2012 | Six Month Parts by Supplier Re | Client: 100

Selection Options Chosen
| | | |
|---|---|---|
| Vendor | H01 | |
| Vendor | M14 | |
| Vendor | P01 | |
| Vendor | R01 | |
| Vendor | T02 | |
| Vendor | S24 | |
| Plant | SM01 | |
| GR Posting Date | 01/01/1999 - 06/30/1999 | |

Program: ZRPP0138 | Sharp Electronics Corporation | Page: 2
Date: 11/21/2012 | Six Month Parts by Supplier Re | Client: 100

| Material | GR Posting Date | Material Doc. | PO Number | Deliv.Note | GR Quantity | Unit Price | / | Price Unit | Net Price |
|---|---|---|---|---|---|---|---|---|---|
| Vendor : | H01 | | | | | | | | |
| VB80LJF3015*S | 1/6/1999 | 50003690 | T95259 | | 448 | 279,000.00 | / | 1,000 | 124,992.00 |
| VB80LJF3015*S | 1/7/1999 | 50003948 | T95259 | | 448 | 279,000.00 | / | 1,000 | 124,992.00 |
| VB80LJF3015*S | 1/7/1999 | 50003947 | T95259 | | 448 | 279,000.00 | / | 1,000 | 124,992.00 |
| VB80LJF3015*S | 1/7/1999 | 50003946 | T95259 | | 448 | 279,000.00 | / | 1,000 | 124,992.00 |
| VB80LJF3015*S | 1/8/1999 | 50004198 | T95259 | | 448 | 279,000.00 | / | 1,000 | 124,992.00 |
| VB80LJF3015*S | 1/11/1999 | 50004338 | T95259 | | 448 | 279,000.00 | / | 1,000 | 124,992.00 |
| VB80LJF3015*S | 1/11/1999 | 50004339 | T95259 | | 448 | 279,000.00 | / | 1,000 | 124,992.00 |
| VB80LJF3015*S | 1/12/1999 | 50004476 | T95259 | | 448 | 279,000.00 | / | 1,000 | 124,992.00 |
| VB80LJF3015*S | 1/13/1999 | 50004734 | T95259 | | 448 | 279,000.00 | / | 1,000 | 124,992.00 |
| VB80LJF3015*S | 1/19/1999 | 50005821 | T95259 | | 448 | 279,000.00 | / | 1,000 | 124,992.00 |
| VB80LJF3015*S | 1/19/1999 | 50005693 | T95259 | | 448 | 279,000.00 | / | 1,000 | 124,992.00 |
| VB80LJF3015*S | 3/1/1999 | 50017671 | T95259 | | 448 | 279,000.00 | / | 1,000 | 124,992.00 |
| VB80LJF3015*S | 3/1/1999 | 50017672 | T95259 | | 448 | 279,000.00 | / | 1,000 | 124,992.00 |
| VB80LJF3015*S | 3/3/1999 | 50019104 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 3/12/1999 | 50021753 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 3/16/1999 | 50022402 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 3/17/1999 | 50022585 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 3/18/1999 | 50023381 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 3/18/1999 | 50023422 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 3/19/1999 | 50023795 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 3/19/1999 | 50023871 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 3/22/1999 | 50024172 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 3/25/1999 | 50025145 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 3/25/1999 | 50025336 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 3/26/1999 | 50025456 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 3/31/1999 | 50027088 | T95287 | | -38 | 242,500.00 | / | 1,000 | -9,215.00 |
| VB80LJF3015*S | 4/6/1999 | 50028793 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 4/6/1999 | 50028682 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 4/7/1999 | 50029017 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 4/7/1999 | 50029025 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 4/12/1999 | 50030452 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 4/12/1999 | 50030453 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 4/12/1999 | 50030451 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 4/12/1999 | 50030450 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 4/14/1999 | 50030879 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 4/14/1999 | 50030878 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 4/14/1999 | 50030877 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 4/15/1999 | 50031299 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 4/15/1999 | 50031389 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 4/15/1999 | 50031244 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 4/19/1999 | 50031939 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 4/20/1999 | 50032234 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 4/20/1999 | 50032268 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 4/20/1999 | 50032235 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 4/20/1999 | 50032269 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 4/29/1999 | 50035764 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 4/29/1999 | 50035763 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 4/30/1999 | 50036203 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 4/30/1999 | 50036202 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 5/3/1999 | 50036762 | T95287 | | -15 | 242,500.00 | / | 1,000 | -3,637.50 |
| VB80LJF3015*S | 5/3/1999 | 50036785 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |

Program: ZRPP0138 | Sharp Electronics Corporation | Page: 3
Date: 11/21/2012 | Six Month Parts by Supplier Re | Client: 100

| Material | GR Posting Date | Material Doc. | PO Number | Deliv.Note | GR Quantity | Unit Price | / | Price Unit | Net Price |
|---|---|---|---|---|---|---|---|---|---|
| VB80LJF3015*S | 5/6/1999 | 50038309 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 5/7/1999 | 50038787 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 5/7/1999 | 50038495 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 5/7/1999 | 50038584 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 5/10/1999 | 50038837 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 5/11/1999 | 50039552 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 5/11/1999 | 50039579 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 5/12/1999 | 50039736 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 5/12/1999 | 50039970 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 5/13/1999 | 50040314 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 5/13/1999 | 50040318 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 5/14/1999 | 50040781 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 5/14/1999 | 50040496 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 5/14/1999 | 50040494 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 5/14/1999 | 50040786 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 6/1/1999 | 50045982 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 6/3/1999 | 50046836 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 6/3/1999 | 50046880 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 6/3/1999 | 50046837 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 6/3/1999 | 50046835 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 6/4/1999 | 50047136 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 6/4/1999 | 50047135 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 6/4/1999 | 50047137 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 6/4/1999 | 50047138 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 6/4/1999 | 50047139 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |

| Material | GR Posting Date | Material Doc. | PO Number | Deliv.Note | GR Quantity | Unit Price | / | Price Unit | Net Price |
|---|---|---|---|---|---|---|---|---|---|
| VB80LJF3015*S | 6/7/1999 | 50047528 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 6/7/1999 | 50047760 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 6/7/1999 | 50047764 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 6/8/1999 | 50048042 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 6/8/1999 | 50048043 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 6/8/1999 | 50048236 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 6/8/1999 | 50048041 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 6/9/1999 | 50048473 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 6/9/1999 | 50048470 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 6/10/1999 | 50048707 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 6/10/1999 | 50048772 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 6/10/1999 | 50048944 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 6/11/1999 | 50048928 | T95287 | | -448 | 242,500.00 | / | 1,000 | -108,640.00 |
| VB80LJF3015*S | 6/11/1999 | 50049125 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 6/11/1999 | 50049173 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 6/14/1999 | 50049812 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 6/14/1999 | 50049592 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 6/22/1999 | 50052255 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3016*S | 1/8/1999 | 50004191 | T95267 | | 448 | 279,000.00 | / | 1,000 | 124,992.00 |
| VB80LJF3016*S | 1/8/1999 | 50004217 | T95267 | | 448 | 279,000.00 | / | 1,000 | 124,992.00 |
| VB80LJF3016*S | 2/8/1999 | 50012885 | T95267 | | 448 | 279,000.00 | / | 1,000 | 124,992.00 |
| VB80LJF3016*S | 2/9/1999 | 50013600 | T95288 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3016*S | 2/12/1999 | 50014280 | T95267 | | 448 | 279,000.00 | / | 1,000 | 124,992.00 |
| VB80LJF3016*S | 2/22/1999 | 50016323 | T95267 | | 448 | 279,000.00 | / | 1,000 | 124,992.00 |
| VB80LJF3016*S | 3/15/1999 | 50022047 | T95288 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3016*S | 3/16/1999 | 50022403 | T95288 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3016*S | 3/22/1999 | 50024173 | T95288 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3016*S | 3/23/1999 | 50024406 | T95288 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |

Program: ZRPP0138  Sharp Electronics Corporation  Page: 4
Date: 11/21/2012  Six Month Parts by Supplier Re  Client: 100

| Material | GR Posting Date | Material Doc. | PO Number | Deliv.Note | GR Quantity | Unit Price | / | Price Unit | Net Price |
|---|---|---|---|---|---|---|---|---|---|
| VB80LJF3016*S | 3/24/1999 | 50024757 | T95288 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3016*S | 3/24/1999 | 50024822 | T95288 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3016*S | 3/26/1999 | 50025457 | T95288 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3016*S | 3/26/1999 | 50025458 | T95288 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3016*S | 3/31/1999 | 50027089 | T95288 | | -5 | 242,500.00 | / | 1,000 | -1,212.50 |
| VB80LJF3016*S | 5/3/1999 | 50036763 | T95288 | | -3 | 242,500.00 | / | 1,000 | -727.5 |
| VB80LJF3016*S | 6/11/1999 | 50048929 | T95288 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3021*S | 1/4/1999 | 50003178 | T95279 | | 200 | 279,000.00 | / | 1,000 | 55,800.00 |
| VB80LJF3021*S | 1/11/1999 | 50004337 | T95279 | | 200 | 279,000.00 | / | 1,000 | 55,800.00 |
| VB80LJF3021*S | 2/15/1999 | 50015049 | T95279 | | -200 | 279,000.00 | / | 1,000 | -55,800.00 |
| Vendor : | H01 | | | | | | Total Price | | 11,742,543.50 |
| | | | | | | | | | |
| Vendor : | P01 | | | | | | | | |
| VB63AFW32X/*S | 1/4/1999 | 50003189 | T95263 | | 800 | 107,500.00 | / | 1,000 | 86,000.00 |
| VB63AFW32X/*S | 1/4/1999 | 50003160 | T95263 | | 800 | 107,500.00 | / | 1,000 | 86,000.00 |
| VB63AFW32X/*S | 1/4/1999 | 50003161 | T95263 | | 800 | 107,500.00 | / | 1,000 | 86,000.00 |
| VB63AFW32X/*S | 1/4/1999 | 50003164 | T95263 | | 800 | 107,500.00 | / | 1,000 | 86,000.00 |
| VB63AFW32X/*S | 1/4/1999 | 50003169 | T95263 | | 800 | 107,500.00 | / | 1,000 | 86,000.00 |
| VB63AFW32X/*S | 1/4/1999 | 50003252 | T95263 | | 800 | 107,500.00 | / | 1,000 | 86,000.00 |
| VB63AFW32X/*S | 1/4/1999 | 50003204 | T95263 | | 800 | 107,500.00 | / | 1,000 | 86,000.00 |
| VB63AFW32X/*S | 1/4/1999 | 50003176 | T95263 | | 800 | 107,500.00 | / | 1,000 | 86,000.00 |
| VB63AFW32X/*S | 1/5/1999 | 50003567 | T95263 | | 800 | 107,500.00 | / | 1,000 | 86,000.00 |
| VB63AFW32X/*S | 1/5/1999 | 50003566 | T95263 | | 800 | 107,500.00 | / | 1,000 | 86,000.00 |
| VB63AFW32X/*S | 1/5/1999 | 50003565 | T95263 | | 800 | 107,500.00 | / | 1,000 | 86,000.00 |
| VB63AFW32X/*S | 1/5/1999 | 50003564 | T95263 | | 800 | 107,500.00 | / | 1,000 | 86,000.00 |
| VB63AFW32X/*S | 1/6/1999 | 50003576 | T95263 | | 800 | 107,500.00 | / | 1,000 | 86,000.00 |
| VB63AFW32X/*S | 1/7/1999 | 50003949 | T95263 | | 800 | 107,500.00 | / | 1,000 | 86,000.00 |
| VB63AFW32X/*S | 1/8/1999 | 50004008 | T95263 | | 800 | 107,500.00 | / | 1,000 | 86,000.00 |
| VB63AFW32X/*S | 1/11/1999 | 50004352 | T95263 | | 800 | 107,500.00 | / | 1,000 | 86,000.00 |
| VB63AFW32X/*S | 1/11/1999 | 50004331 | T95263 | | 800 | 107,500.00 | / | 1,000 | 86,000.00 |
| VB63AFW32X/*S | 1/11/1999 | 50004333 | T95263 | | 800 | 107,500.00 | / | 1,000 | 86,000.00 |
| VB63AFW32X/*S | 1/11/1999 | 50004325 | T95263 | | 800 | 107,500.00 | / | 1,000 | 86,000.00 |
| VB63AFW32X/*S | 1/11/1999 | 50004350 | T95263 | | 740 | 107,500.00 | / | 1,000 | 79,550.00 |
| VB63AFW32X/*S | 1/11/1999 | 50004326 | T95263 | | 800 | 107,500.00 | / | 1,000 | 86,000.00 |
| VB63AFW32X/*S | 1/11/1999 | 50004332 | T95263 | | 60 | 107,500.00 | / | 1,000 | 6,450.00 |
| VB63AFW32X/*S | 1/11/1999 | 50004351 | T95263 | | 800 | 107,500.00 | / | 1,000 | 86,000.00 |
| VB63AFW32X/*S | 1/12/1999 | 50004461 | T95263 | | 800 | 107,500.00 | / | 1,000 | 86,000.00 |
| VB63AFW32X/*S | 1/12/1999 | 50004465 | T95263 | | 800 | 107,500.00 | / | 1,000 | 86,000.00 |
| VB63AFW32X/*S | 1/13/1999 | 50004626 | T95263 | | 800 | 107,500.00 | / | 1,000 | 86,000.00 |
| VB63AFW32X/*S | 1/13/1999 | 50004629 | T95263 | | 800 | 107,500.00 | / | 1,000 | 86,000.00 |
| VB63AFW32X/*S | 1/13/1999 | 50004765 | T95263 | | 800 | 107,500.00 | / | 1,000 | 86,000.00 |
| VB63AFW32X/*S | 1/14/1999 | 50004884 | T95263 | | 800 | 107,500.00 | / | 1,000 | 86,000.00 |
| VB63AFW32X/*S | 1/20/1999 | 50005951 | T95263 | | 800 | 107,500.00 | / | 1,000 | 86,000.00 |
| VB63AFW32X/*S | 1/20/1999 | 50005885 | T95263 | | 800 | 107,500.00 | / | 1,000 | 86,000.00 |
| VB63AFW32X/*S | 1/22/1999 | 50006928 | T95263 | | 800 | 107,500.00 | / | 1,000 | 86,000.00 |
| VB63AFW32X/*S | 1/25/1999 | 50008190 | T95263 | | 704 | 107,500.00 | / | 1,000 | 75,680.00 |
| VB63AFW32X/*S | 1/27/1999 | 50010163 | T95263 | | 800 | 107,500.00 | / | 1,000 | 86,000.00 |
| VB63AFW32X/*S | 1/27/1999 | 50010165 | T95263 | | 800 | 107,500.00 | / | 1,000 | 86,000.00 |
| VB63AFW32X/*S | 1/28/1999 | 50010745 | T95263 | | 800 | 107,500.00 | / | 1,000 | 86,000.00 |
| VB63AFW32X/*S | 1/28/1999 | 50010744 | T95263 | | 800 | 107,500.00 | / | 1,000 | 86,000.00 |
| VB63AFW32X/*S | 1/29/1999 | 50011011 | T95263 | | 800 | 107,500.00 | / | 1,000 | 86,000.00 |
| VB63AFW32X/*S | 1/29/1999 | 50011012 | T95263 | | 800 | 107,500.00 | / | 1,000 | 86,000.00 |
| VB63AFW32X/*S | 2/1/1999 | 50011497 | T95263 | | 800 | 107,500.00 | / | 1,000 | 86,000.00 |

Program: ZRPP0138  Sharp Electronics Corporation  Page: 5
Date: 11/21/2012  Six Month Parts by Supplier Re  Client: 100

| Material | GR Posting Date | Material Doc. | PO Number | Deliv.Note | GR Quantity | Unit Price | / | Price Unit | Net Price |
|---|---|---|---|---|---|---|---|---|---|
| VB63AFW32X/*S | 2/1/1999 | 50011501 | T95263 | | 800 | 107,500.00 | / | 1,000 | 86,000.00 |
| VB63AFW32X/*S | 2/1/1999 | 50011498 | T95263 | | 800 | 107,500.00 | / | 1,000 | 86,000.00 |
| VB63AFW32X/*S | 2/1/1999 | 50011505 | T95263 | | 800 | 107,500.00 | / | 1,000 | 86,000.00 |
| VB63AFW32X/*S | 2/1/1999 | 50011503 | T95263 | | 800 | 107,500.00 | / | 1,000 | 86,000.00 |
| VB63AFW32X/*S | 2/1/1999 | 50011502 | T95263 | | 800 | 107,500.00 | / | 1,000 | 86,000.00 |
| VB63AFW32X/*S | 2/8/1999 | 50012882 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 2/8/1999 | 50012881 | T95263 | | 800 | 107,500.00 | / | 1,000 | 86,000.00 |
| VB63AFW32X/*S | 2/8/1999 | 50012883 | T95263 | | 800 | 107,500.00 | / | 1,000 | 86,000.00 |
| VB63AFW32X/*S | 2/10/1999 | 50013899 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 2/10/1999 | 50014016 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 2/10/1999 | 50013984 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 2/10/1999 | 50013921 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |

| Material | GR Posting Date | Material Doc. | PO Number | Deliv.Note | GR Quantity | Unit Price | / | Price Unit | Net Price |
|---|---|---|---|---|---|---|---|---|---|
| VB63AFW32X"S | 2/10/1999 | 50013922 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X"S | 2/10/1999 | 50013920 | T95263 | | 800 | 107,500.00 | / | 1,000 | 86,000.00 |
| VB63AFW32X"S | 2/10/1999 | 50013923 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X"S | 2/11/1999 | 50014107 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X"S | 2/11/1999 | 50014230 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X"S | 2/11/1999 | 50014105 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X"S | 2/11/1999 | 50014103 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X"S | 2/11/1999 | 50014106 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X"S | 2/12/1999 | 50014237 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X"S | 2/12/1999 | 50014287 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X"S | 2/12/1999 | 50014288 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X"S | 2/12/1999 | 50014289 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X"S | 2/15/1999 | 50015020 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X"S | 2/15/1999 | 50015019 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X"S | 2/15/1999 | 50014994 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X"S | 2/17/1999 | 50015477 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X"S | 2/17/1999 | 50015429 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X"S | 2/17/1999 | 50015398 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X"S | 2/17/1999 | 50015549 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X"S | 2/17/1999 | 50015584 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X"S | 2/17/1999 | 50015827 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X"S | 2/18/1999 | 50015770 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X"S | 2/18/1999 | 50015625 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X"S | 2/19/1999 | 50016113 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X"S | 2/19/1999 | 50016115 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X"S | 2/19/1999 | 50015906 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X"S | 2/19/1999 | 50015905 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X"S | 2/19/1999 | 50015920 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X"S | 2/19/1999 | 50015909 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X"S | 2/19/1999 | 50015908 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X"S | 2/19/1999 | 50015907 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X"S | 2/19/1999 | 50016116 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X"S | 2/19/1999 | 50016112 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X"S | 2/19/1999 | 50016085 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X"S | 2/19/1999 | 50016080 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X"S | 2/19/1999 | 50016016 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X"S | 2/19/1999 | 50015904 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X"S | 2/22/1999 | 50016327 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X"S | 2/22/1999 | 50016326 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X"S | 2/22/1999 | 50016325 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X"S | 2/22/1999 | 50016324 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |

Program: ZRPP0138　　　　Sharp Electronics Corporation　　　　Page:　6
Date: 11/21/2012　　　　Six Month Parts by Supplier Re　　　　Client: 100

| Material | GR Posting Date | Material Doc. | PO Number | Deliv.Note | GR Quantity | Unit Price | / | Price Unit | Net Price |
|---|---|---|---|---|---|---|---|---|---|
| VB63AFW32X"S | 2/22/1999 | 50016307 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X"S | 2/23/1999 | 50016652 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X"S | 2/23/1999 | 50016545 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X"S | 2/23/1999 | 50016551 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X"S | 2/23/1999 | 50016580 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X"S | 2/23/1999 | 50016544 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X"S | 2/23/1999 | 50016649 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X"S | 2/24/1999 | 50016890 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X"S | 2/24/1999 | 50016685 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X"S | 2/24/1999 | 50016689 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X"S | 2/24/1999 | 50016763 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X"S | 2/24/1999 | 50016764 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X"S | 2/24/1999 | 50016810 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X"S | 2/25/1999 | 50017311 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X"S | 2/25/1999 | 50017186 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X"S | 2/25/1999 | 50017059 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X"S | 2/25/1999 | 50017070 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X"S | 2/25/1999 | 50017071 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X"S | 2/25/1999 | 50017163 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X"S | 2/26/1999 | 50017523 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X"S | 2/26/1999 | 50017406 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X"S | 2/26/1999 | 50017404 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X"S | 2/26/1999 | 50017405 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X"S | 2/26/1999 | 50017363 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X"S | 3/1/1999 | 50017722 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X"S | 3/1/1999 | 50017721 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X"S | 3/1/1999 | 50017649 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X"S | 3/1/1999 | 50017726 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X"S | 3/1/1999 | 50017727 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X"S | 3/2/1999 | 50018747 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X"S | 3/2/1999 | 50017781 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X"S | 3/2/1999 | 50017812 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X"S | 3/2/1999 | 50018742 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X"S | 3/2/1999 | 50018807 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X"S | 3/2/1999 | 50018805 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X"S | 3/3/1999 | 50019170 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X"S | 3/3/1999 | 50019139 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X"S | 3/3/1999 | 50019138 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X"S | 3/3/1999 | 50019137 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X"S | 3/3/1999 | 50019136 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X"S | 3/4/1999 | 50019512 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X"S | 3/8/1999 | 50019965 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X"S | 3/10/1999 | 50020738 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X"S | 3/11/1999 | 50021353 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X"S | 3/11/1999 | 50021352 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X"S | 3/11/1999 | 50021232 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X"S | 3/11/1999 | 50021188 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X"S | 3/12/1999 | 50021799 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X"S | 3/12/1999 | 50021853 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X"S | 3/12/1999 | 50021917 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X"S | 3/13/1999 | 50021836 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X"S | 3/13/1999 | 50021837 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X"S | 3/15/1999 | 50022073 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |

Program: ZRPP0138　　　　Sharp Electronics Corporation　　　　Page:　7
Date: 11/21/2012　　　　Six Month Parts by Supplier Re　　　　Client: 100

| Material | GR Posting Date | Material Doc. | PO Number | Deliv.Note | GR Quantity | Unit Price | / | Price Unit | Net Price |
|---|---|---|---|---|---|---|---|---|---|

| Material | GR Posting Date | Material Doc. | PO Number | Deliv.Note | GR Quantity | Unit Price | / | Price Unit | Net Price |
|---|---|---|---|---|---|---|---|---|---|
| VB63AFW32X/*S | 3/15/1999 | 50022079 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 3/15/1999 | 50022078 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 3/15/1999 | 50022025 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 3/15/1999 | 50022024 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 3/15/1999 | 50022075 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 3/15/1999 | 50022076 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 3/15/1999 | 50022077 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 3/16/1999 | 50022448 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 3/16/1999 | 50022473 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 3/16/1999 | 50022384 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 3/17/1999 | 50022576 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 3/17/1999 | 50022577 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 3/18/1999 | 50022351 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 3/18/1999 | 50023315 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 3/18/1999 | 50023335 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 3/18/1999 | 50023338 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 3/18/1999 | 50023341 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 3/19/1999 | 50023774 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 3/20/1999 | 50024043 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 3/20/1999 | 50024042 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 3/20/1999 | 50023758 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 3/20/1999 | 50023759 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 3/22/1999 | 50024147 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 3/22/1999 | 50024146 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 3/22/1999 | 50024148 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 3/23/1999 | 50024571 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 3/24/1999 | 50024751 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 3/24/1999 | 50024789 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 3/24/1999 | 50024824 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 3/25/1999 | 50025143 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 3/25/1999 | 50025144 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 3/25/1999 | 50025022 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 3/26/1999 | 50025588 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 3/26/1999 | 50025446 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 3/26/1999 | 50025358 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 3/26/1999 | 50025445 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 3/26/1999 | 50025357 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 3/26/1999 | 50025356 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 3/26/1999 | 50025589 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 3/27/1999 | 50025720 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 3/27/1999 | 50025757 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 3/30/1999 | 50026909 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 3/30/1999 | 50026910 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 3/30/1999 | 50027059 | T95294 | | -199 | 98,000.00 | / | 1,000 | -19,502.00 |
| VB63AFW32X/*S | 3/30/1999 | 50027052 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 3/30/1999 | 50027051 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 3/30/1999 | 50027034 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 3/31/1999 | 50027073 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 3/31/1999 | 50027916 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 3/31/1999 | 50027915 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 3/31/1999 | 50027077 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 3/31/1999 | 50027984 | T95294 | | -35 | 98,000.00 | / | 1,000 | -3,430.00 |
| VB63AFW32X/*S | 3/31/1999 | 50027405 | T95294 | | -800 | 98,000.00 | / | 1,000 | -78,400.00 |

Program: ZRPP0138
Date: 11/21/2012

Sharp Electronics Corporation
Six Month Parts by Supplier Re

Page: 8
Client: 100

| Material | GR Posting Date | Material Doc. | PO Number | Deliv.Note | GR Quantity | Unit Price | / | Price Unit | Net Price |
|---|---|---|---|---|---|---|---|---|---|
| VB63AFW32X/*S | 3/31/1999 | 50027076 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 3/31/1999 | 50027075 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 3/31/1999 | 50027074 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 3/31/1999 | 50027917 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 3/31/1999 | 50028027 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 4/5/1999 | 50028402 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 4/5/1999 | 50028403 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 4/5/1999 | 50028408 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 4/6/1999 | 50028854 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 4/6/1999 | 50028794 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 4/6/1999 | 50028686 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 4/6/1999 | 50028730 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 4/6/1999 | 50028687 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 4/6/1999 | 50028685 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 4/7/1999 | 50029028 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 4/7/1999 | 50029029 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 4/7/1999 | 50029060 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 4/8/1999 | 50029551 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 4/8/1999 | 50029610 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 4/8/1999 | 50029552 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 4/8/1999 | 50029550 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 4/8/1999 | 50029611 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 4/9/1999 | 50030106 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 4/9/1999 | 50030107 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 4/9/1999 | 50030092 | T95294 | | -46 | 98,000.00 | / | 1,000 | -4,508.00 |
| VB63AFW32X/*S | 4/12/1999 | 50030460 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 4/12/1999 | 50030582 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 4/12/1999 | 50030461 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 4/13/1999 | 50030870 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 4/13/1999 | 50030869 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 4/13/1999 | 50030868 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 4/14/1999 | 50031043 | T95294 | | -16 | 98,000.00 | / | 1,000 | -1,568.00 |
| VB63AFW32X/*S | 4/14/1999 | 50031018 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 4/14/1999 | 50031017 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 4/14/1999 | 50031016 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 4/15/1999 | 50031403 | T95294 | | -16 | 98,000.00 | / | 1,000 | -1,568.00 |
| VB63AFW32X/*S | 4/16/1999 | 50031592 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 4/16/1999 | 50031595 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 4/20/1999 | 50032259 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 4/20/1999 | 50032244 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 4/21/1999 | 50032536 | T95294 | | 776 | 98,000.00 | / | 1,000 | 76,048.00 |
| VB63AFW32X/*S | 4/21/1999 | 50032523 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 4/21/1999 | 50032524 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 4/22/1999 | 50033956 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |

| Material | GR Posting Date | Material Doc. | PO Number | Deliv.Note | GR Quantity | Unit Price | / | Price Unit | Net Price |
|---|---|---|---|---|---|---|---|---|---|
| VB63AFW32X/*S | 4/22/1999 | 50033954 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 4/23/1999 | 50034198 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 4/24/1999 | 50034613 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 4/26/1999 | 50034709 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 4/27/1999 | 50035052 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 4/27/1999 | 50035053 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 4/27/1999 | 50035054 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 4/28/1999 | 50035094 | T95294 | | -32 | 98,000.00 | / | 1,000 | -3,136.00 |
| VB63AFW32X/*S | 4/28/1999 | 50035531 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |

Program: ZRPP0138  
Date: 11/21/2012  
Sharp Electronics Corporation  
Six Month Parts by Supplier Re  
Page: 9  
Client: 100

| Material | GR Posting Date | Material Doc. | PO Number | Deliv.Note | GR Quantity | Unit Price | / | Price Unit | Net Price |
|---|---|---|---|---|---|---|---|---|---|
| VB63AFW32X/*S | 4/28/1999 | 50035529 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 4/28/1999 | 50035532 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 4/29/1999 | 50035813 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 4/30/1999 | 50036222 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 4/30/1999 | 50036221 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 4/30/1999 | 50036223 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 4/30/1999 | 50036224 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 4/30/1999 | 50036225 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 4/30/1999 | 50036226 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 5/3/1999 | 50036823 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 5/3/1999 | 50036816 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 5/3/1999 | 50036815 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 5/3/1999 | 50036781 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 5/3/1999 | 50036820 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 5/3/1999 | 50036821 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 5/4/1999 | 50036937 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 5/4/1999 | 50036903 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 5/5/1999 | 50038171 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 5/5/1999 | 50037575 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 5/5/1999 | 50038175 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 5/5/1999 | 50038216 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 5/5/1999 | 50038173 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 5/5/1999 | 50038174 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 5/6/1999 | 50038355 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 5/6/1999 | 50038494 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 5/7/1999 | 50038507 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 5/7/1999 | 50038635 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 5/7/1999 | 50038621 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 5/7/1999 | 50038527 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 5/7/1999 | 50038522 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 5/7/1999 | 50038726 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 5/10/1999 | 50038971 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 5/10/1999 | 50038973 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 5/10/1999 | 50038957 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 5/10/1999 | 50038983 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 5/10/1999 | 50038954 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 5/10/1999 | 50038952 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 5/10/1999 | 50038953 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 5/10/1999 | 50038951 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 5/10/1999 | 50038939 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 5/10/1999 | 50038950 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 5/11/1999 | 50038958 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 5/11/1999 | 50038969 | T95294 | | -32 | 98,000.00 | / | 1,000 | -3,136.00 |
| VB63AFW32X/*S | 5/11/1999 | 50039601 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 5/11/1999 | 50039559 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 5/11/1999 | 50039641 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 5/11/1999 | 50039604 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 5/11/1999 | 50039557 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 5/11/1999 | 50039571 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 5/12/1999 | 50039735 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 5/12/1999 | 50039811 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 5/12/1999 | 50039996 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 5/12/1999 | 50040094 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |

Program: ZRPP0138  
Date: 11/21/2012  
Sharp Electronics Corporation  
Six Month Parts by Supplier Re  
Page: 10  
Client: 100

| Material | GR Posting Date | Material Doc. | PO Number | Deliv.Note | GR Quantity | Unit Price | / | Price Unit | Net Price |
|---|---|---|---|---|---|---|---|---|---|
| VB63AFW32X/*S | 5/13/1999 | 50040377 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 5/13/1999 | 50040378 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 5/13/1999 | 50040371 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 5/14/1999 | 50040663 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 5/14/1999 | 50040782 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 5/14/1999 | 50040690 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 5/14/1999 | 50040665 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 5/17/1999 | 50040826 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 5/17/1999 | 50040825 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 5/17/1999 | 50040827 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 5/18/1999 | 50041368 | T95294 | | -32 | 98,000.00 | / | 1,000 | -3,136.00 |
| VB63AFW32X/*S | 5/18/1999 | 50041363 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 5/18/1999 | 50041332 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 5/19/1999 | 50041625 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 5/19/1999 | 50041627 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 5/19/1999 | 50041569 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 5/20/1999 | 50043074 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 5/20/1999 | 50043075 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 5/20/1999 | 50041794 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 5/20/1999 | 50041790 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 5/20/1999 | 50042493 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 5/20/1999 | 50041795 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 5/21/1999 | 50043217 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 5/21/1999 | 50043247 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 5/21/1999 | 50043370 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 5/22/1999 | 50043429 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 5/22/1999 | 50043450 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 5/22/1999 | 50043427 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 5/22/1999 | 50043428 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 5/24/1999 | 50043493 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 5/25/1999 | 50044750 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |

| Material | GR Posting Date | Material Doc. | PO Number | Deliv.Note | GR Quantity | Unit Price | / | Price Unit | Net Price |
|---|---|---|---|---|---|---|---|---|---|
| VB63AFW32X/*S | 5/25/1999 | 50044751 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 5/26/1999 | 50044834 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 5/26/1999 | 50045026 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 5/26/1999 | 50045074 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 5/27/1999 | 50045522 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 5/27/1999 | 50045527 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 5/27/1999 | 50045438 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 5/27/1999 | 50045630 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 5/27/1999 | 50045641 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 5/27/1999 | 50045664 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 5/28/1999 | 50045931 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 5/28/1999 | 50045860 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 5/28/1999 | 50045861 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 5/28/1999 | 50045811 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 5/28/1999 | 50045810 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 5/28/1999 | 50045808 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 6/1/1999 | 50045919 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 6/1/1999 | 50045980 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 6/1/1999 | 50045981 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 6/1/1999 | 50045917 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 6/1/1999 | 50045918 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 6/2/1999 | 50046302 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |

Program: ZRPP0138  
Date: 11/21/2012  

Sharp Electronics Corporation  
Six Month Parts by Supplier Re  

Page:   11  
Client: 100  

| Material | GR Posting Date | Material Doc. | PO Number | Deliv.Note | GR Quantity | Unit Price | / | Price Unit | Net Price |
|---|---|---|---|---|---|---|---|---|---|
| VB63AFW32X/*S | 6/2/1999 | 50046289 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 6/2/1999 | 50046300 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 6/2/1999 | 50046288 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 6/2/1999 | 50046301 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 6/2/1999 | 50046279 | T95294 | | -32 | 98,000.00 | / | 1,000 | -3,136.00 |
| VB63AFW32X/*S | 6/2/1999 | 50046395 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 6/2/1999 | 50046820 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 6/3/1999 | 50046834 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 6/3/1999 | 50046822 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 6/4/1999 | 50047315 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 6/7/1999 | 50047526 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 6/7/1999 | 50047527 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 6/8/1999 | 50048155 | T95294 | | -32 | 98,000.00 | / | 1,000 | -3,136.00 |
| VB63AFW32X/*S | 6/8/1999 | 50048040 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 6/8/1999 | 50048156 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 6/8/1999 | 50047959 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 6/8/1999 | 50048263 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 6/9/1999 | 50048456 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 6/9/1999 | 50048457 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 6/9/1999 | 50048458 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 6/11/1999 | 50049123 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 6/11/1999 | 50049124 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 6/14/1999 | 50049813 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 6/16/1999 | 50050363 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 6/16/1999 | 50050417 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 6/18/1999 | 50051371 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 6/21/1999 | 50051644 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 6/21/1999 | 50051643 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 6/21/1999 | 50051642 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 6/21/1999 | 50051680 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 6/21/1999 | 50051648 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 6/21/1999 | 50051647 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 6/21/1999 | 50051646 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 6/21/1999 | 50051743 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 6/21/1999 | 50051770 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 6/22/1999 | 50052257 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 6/22/1999 | 50052253 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 6/22/1999 | 50051807 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 6/22/1999 | 50051919 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 6/22/1999 | 50051972 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 6/22/1999 | 50052235 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 6/22/1999 | 50052234 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 6/22/1999 | 50051978 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 6/22/1999 | 50051977 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 6/22/1999 | 50051941 | T95294 | | -32 | 98,000.00 | / | 1,000 | -3,136.00 |
| VB63AFW32X/*S | 6/23/1999 | 50052256 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 6/23/1999 | 50052649 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 6/24/1999 | 50052993 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 6/24/1999 | 50053314 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB80ECK27296S | 1/25/1999 | 50008189 | T95293 | | 40 | 262,000.00 | / | 1,000 | 10,480.00 |
| VB80ECK27296S | 2/11/1999 | 50014139 | T95293 | | 448 | 262,000.00 | / | 1,000 | 117,376.00 |
| VB80ECK27296S | 2/15/1999 | 50015016 | T95293 | | 448 | 262,000.00 | / | 1,000 | 117,376.00 |
| VB80ECK27296S | 2/15/1999 | 50015018 | T95293 | | 448 | 262,000.00 | / | 1,000 | 117,376.00 |

Program: ZRPP0138  
Date: 11/21/2012  

Sharp Electronics Corporation  
Six Month Parts by Supplier Re  

Page:   12  
Client: 100  

| Material | GR Posting Date | Material Doc. | PO Number | Deliv.Note | GR Quantity | Unit Price | / | Price Unit | Net Price |
|---|---|---|---|---|---|---|---|---|---|
| VB80ECK27296S | 2/15/1999 | 50015015 | T95293 | | 448 | 262,000.00 | / | 1,000 | 117,376.00 |
| VB80ECK27296S | 2/15/1999 | 50015012 | T95293 | | 448 | 262,000.00 | / | 1,000 | 117,376.00 |
| VB80ECK27296S | 2/15/1999 | 50015066 | T95293 | | 448 | 262,000.00 | / | 1,000 | 117,376.00 |
| VB80ECK27296S | 2/16/1999 | 50015206 | T95293 | | 448 | 262,000.00 | / | 1,000 | 117,376.00 |
| VB80ECK27296S | 2/16/1999 | 50015284 | T95293 | | 448 | 262,000.00 | / | 1,000 | 117,376.00 |
| VB80ECK27296S | 2/17/1999 | 50015399 | T95293 | | 448 | 262,000.00 | / | 1,000 | 117,376.00 |
| VB80ECK27296S | 2/17/1999 | 50015397 | T95293 | | 448 | 262,000.00 | / | 1,000 | 117,376.00 |
| VB80ECK27296S | 3/31/1999 | 50027985 | T95293 | | -6 | 262,000.00 | / | 1,000 | -1,572.00 |
| VB80ECK272X1E | 5/10/1999 | 50038984 | T95293 | | 448 | 262,000.00 | / | 1,000 | 117,376.00 |
| VB80ECK272X1E | 5/13/1999 | 50040376 | T95293 | | 448 | 262,000.00 | / | 1,000 | 117,376.00 |
| VB80ECK272X1E | 5/13/1999 | 50040372 | T95293 | | 448 | 262,000.00 | / | 1,000 | 117,376.00 |
| VB80ECK272X1E | 5/14/1999 | 50040664 | T95293 | | 448 | 262,000.00 | / | 1,000 | 117,376.00 |
| VB80ECK272X1E | 5/14/1999 | 50040667 | T95293 | | 448 | 262,000.00 | / | 1,000 | 117,376.00 |
| VB80ECK272X1E | 5/17/1999 | 50040824 | T95293 | | 448 | 262,000.00 | / | 1,000 | 117,376.00 |
| VB80ECK272X1E | 5/18/1999 | 50041335 | T95293 | | 448 | 262,000.00 | / | 1,000 | 117,376.00 |
| VB80ECK272X1E | 5/18/1999 | 50041336 | T95293 | | 448 | 262,000.00 | / | 1,000 | 117,376.00 |
| VB80ECK272X1E | 5/18/1999 | 50041339 | T95293 | | 448 | 262,000.00 | / | 1,000 | 117,376.00 |
| VB80ECK272X1E | 5/19/1999 | 50041624 | T95293 | | 448 | 262,000.00 | / | 1,000 | 117,376.00 |

| VB80ECK272X1E | 5/19/1999 | 50041622 T95293 | 448 | 262,000.00 | / | 1,000 | 117,376.00 |
| VB80ECK272X1E | 5/20/1999 | 50042850 T95293 | 448 | 262,000.00 | / | 1,000 | 117,376.00 |
| VB80ECK272X1E | 5/20/1999 | 50041793 T95293 | 448 | 262,000.00 | / | 1,000 | 117,376.00 |
| VB80ECK272X1E | 5/20/1999 | 50041792 T95293 | 448 | 262,000.00 | / | 1,000 | 117,376.00 |
| VB80ECK272X1E | 5/20/1999 | 50041791 T95293 | 448 | 262,000.00 | / | 1,000 | 117,376.00 |
| VB80ECK272X1E | 5/25/1999 | 50044748 T95293 | 448 | 262,000.00 | / | 1,000 | 117,376.00 |
| VB80ECK272X1E | 5/25/1999 | 50044744 T95293 | 448 | 262,000.00 | / | 1,000 | 117,376.00 |
| VB80ECK272X1E | 5/26/1999 | 50045120 T95293 | 448 | 262,000.00 | / | 1,000 | 117,376.00 |
| VB80ECK272X1E | 6/14/1999 | 50049874 T95293 | 448 | 262,000.00 | / | 1,000 | 117,376.00 |
| VB80ECK272X1E | 6/14/1999 | 50049817 T95293 | 448 | 262,000.00 | / | 1,000 | 117,376.00 |
| VB80ECK272X1E | 6/14/1999 | 50049814 T95293 | 448 | 262,000.00 | / | 1,000 | 117,376.00 |
| VB80ECK272X1E | 6/15/1999 | 50050196 T95293 | -800 | 262,000.00 | / | 1,000 | -209,600.00 |
| VB80ECK272X1E | 6/15/1999 | 50050194 T95293 | 800 | 262,000.00 | / | 1,000 | 209,600.00 |
| VB80ECK272X1E | 6/15/1999 | 50050198 T95293 | 448 | 262,000.00 | / | 1,000 | 117,376.00 |
| VB80ECK272X1E | 6/15/1999 | 50050199 T95293 | 448 | 262,000.00 | / | 1,000 | 117,376.00 |
| VB80ECK272X1E | 6/15/1999 | 50050197 T95293 | 448 | 262,000.00 | / | 1,000 | 117,376.00 |
| VB80ECK272X1E | 6/15/1999 | 50050195 T95293 | 448 | 262,000.00 | / | 1,000 | 117,376.00 |
| VB80ECK272X1E | 6/16/1999 | 50050364 T95293 | 448 | 262,000.00 | / | 1,000 | 117,376.00 |
| VB80ECK272X1E | 6/16/1999 | 50050527 T95293 | 448 | 262,000.00 | / | 1,000 | 117,376.00 |
| VB80ECK272X1E | 6/16/1999 | 50050258 T95293 | 448 | 262,000.00 | / | 1,000 | 117,376.00 |
| VB80ECK272X1E | 6/16/1999 | 50050528 T95293 | 448 | 262,000.00 | / | 1,000 | 117,376.00 |
| VB80ECK272X1E | 6/22/1999 | 50051942 T95293 | -14 | 262,000.00 | / | 1,000 | -3,668.00 |
| Vendor : | P01 | | | | Total Price | | 35,689,240.00 |

| Vendor : | R01 | | | | | | |
| VB68ADT2503*S | 1/8/1999 | 50004189 T95289 | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 1/11/1999 | 50004341 T95289 | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 1/11/1999 | 50004340 T95289 | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 1/11/1999 | 50004336 T95289 | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 1/11/1999 | 50004422 T95289 | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 1/11/1999 | 50004397 T95289 | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 1/11/1999 | 50004321 T95289 | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 1/13/1999 | 50004785 T95289 | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 1/13/1999 | 50004794 T95289 | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 1/13/1999 | 50004784 T95289 | 704 | 133,000.00 | / | 1,000 | 93,632.00 |

Program: ZRPP0138    Sharp Electronics Corporation    Page: 13
Date: 11/21/2012    Six Month Parts by Supplier Re    Client: 100

| Material | GR Posting Date | Material Doc. | PO Number | Deliv.Note | GR Quantity | Unit Price | / | Price Unit | Net Price |
|---|---|---|---|---|---|---|---|---|---|
| VB68ADT2503*S | 1/13/1999 | 50004737 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 1/14/1999 | 50004921 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 1/14/1999 | 50004973 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 1/15/1999 | 50005306 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 1/15/1999 | 50005305 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 1/15/1999 | 50005304 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 1/19/1999 | 50005726 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 1/19/1999 | 50005802 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 1/19/1999 | 50005742 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 1/19/1999 | 50005692 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 1/19/1999 | 50005691 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 1/19/1999 | 50005782 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 1/19/1999 | 50005783 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 1/19/1999 | 50005850 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 1/20/1999 | 50005848 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 1/21/1999 | 50006535 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 1/21/1999 | 50006690 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 1/21/1999 | 50006536 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 1/22/1999 | 50006919 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 1/22/1999 | 50006939 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 1/22/1999 | 50006930 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 1/22/1999 | 50006927 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 1/22/1999 | 50006920 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 1/22/1999 | 50006921 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 1/22/1999 | 50006926 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 1/22/1999 | 50006925 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 1/25/1999 | 50008209 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 1/25/1999 | 50008227 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 1/25/1999 | 50008207 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 1/25/1999 | 50008220 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 1/25/1999 | 50008201 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 1/25/1999 | 50008204 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 1/25/1999 | 50008205 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 1/25/1999 | 50008202 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 1/25/1999 | 50008203 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 1/25/1999 | 50007119 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 1/25/1999 | 50008200 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 1/26/1999 | 50008194 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 1/26/1999 | 50009093 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 1/27/1999 | 50010291 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 1/28/1999 | 50010804 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 1/28/1999 | 50010775 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 1/29/1999 | 50010856 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 1/29/1999 | 50010857 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 1/29/1999 | 50011014 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 2/1/1999 | 50011322 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 2/1/1999 | 50011510 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 2/1/1999 | 50011321 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 2/1/1999 | 50011511 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 2/2/1999 | 50011527 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 2/2/1999 | 50011700 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 2/2/1999 | 50011529 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 2/2/1999 | 50011528 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |

Program: ZRPP0138    Sharp Electronics Corporation    Page: 14
Date: 11/21/2012    Six Month Parts by Supplier Re    Client: 100

| Material | GR Posting Date | Material Doc. | PO Number | Deliv.Note | GR Quantity | Unit Price | / | Price Unit | Net Price |
|---|---|---|---|---|---|---|---|---|---|
| VB68ADT2503*S | 2/2/1999 | 50011742 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 2/4/1999 | 50012491 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 2/4/1999 | 50012447 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 2/5/1999 | 50012634 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 2/5/1999 | 50012635 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |

| Material | GR Posting Date | Material Doc. | PO Number | Deliv.Note | GR Quantity | Unit Price | Price Unit | Net Price |
|---|---|---|---|---|---|---|---|---|
| VB68ADT2503*S | 2/5/1999 | 50012711 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 2/5/1999 | 50012636 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 2/5/1999 | 50012708 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 2/5/1999 | 50012709 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 2/5/1999 | 50012713 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 2/5/1999 | 50012712 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 2/8/1999 | 50013096 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 2/8/1999 | 50012902 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 2/8/1999 | 50012901 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 2/8/1999 | 50012886 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 2/8/1999 | 50012889 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 2/8/1999 | 50012888 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 2/8/1999 | 50012900 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 2/8/1999 | 50013047 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 2/8/1999 | 50012887 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 2/9/1999 | 50013153 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 2/9/1999 | 50013521 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 2/9/1999 | 50013583 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 2/9/1999 | 50013582 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 2/9/1999 | 50013581 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 2/9/1999 | 50013580 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 2/9/1999 | 50013584 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 2/10/1999 | 50013926 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 2/10/1999 | 50013928 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 2/10/1999 | 50013927 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 2/24/1999 | 50016769 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 2/24/1999 | 50016797 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 2/24/1999 | 50016819 | T95289 | | 800 | 133,000.00 | / | 1,000 | 106,400.00 |
| VB68ADT2503*S | 2/25/1999 | 50017100 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 2/25/1999 | 50017051 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 2/25/1999 | 50017057 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 2/25/1999 | 50017103 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 2/26/1999 | 50017275 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 2/26/1999 | 50017400 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 2/26/1999 | 50017314 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 2/26/1999 | 50017524 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 2/26/1999 | 50017389 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 2/26/1999 | 50017386 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 2/26/1999 | 50017385 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/3/1999 | 50019176 | T95289 | | -800 | 133,000.00 | / | 1,000 | -106,400.00 |
| VB68ADT2503*S | 3/3/1999 | 50019177 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/5/1999 | 50019754 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/8/1999 | 50019992 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/8/1999 | 50019974 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/8/1999 | 50020057 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/8/1999 | 50019968 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/8/1999 | 50019962 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/8/1999 | 50019867 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |

Program: ZRPP0138
Date: 11/21/2012

Sharp Electronics Corporation
Six Month Parts by Supplier Re

Page:   15
Client: 100

| Material | GR Posting Date | Material Doc. | PO Number | Deliv.Note | GR Quantity | Unit Price | Price Unit | Net Price |
|---|---|---|---|---|---|---|---|---|
| VB68ADT2503*S | 3/8/1999 | 50019969 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/8/1999 | 50019973 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/8/1999 | 50019972 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/9/1999 | 50020737 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/9/1999 | 50020734 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/9/1999 | 50020649 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/9/1999 | 50020210 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/9/1999 | 50020128 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/10/1999 | 50020911 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/10/1999 | 50020996 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/10/1999 | 50021072 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/10/1999 | 50020789 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/11/1999 | 50021196 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/11/1999 | 50021195 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/11/1999 | 50021189 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/11/1999 | 50021354 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/12/1999 | 50021345 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/12/1999 | 50021810 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/12/1999 | 50021751 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/12/1999 | 50021750 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/13/1999 | 50021835 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/15/1999 | 50022026 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/15/1999 | 50022037 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/15/1999 | 50022029 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/15/1999 | 50022027 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/15/1999 | 50022124 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/15/1999 | 50022125 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/16/1999 | 50022389 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/16/1999 | 50022570 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/16/1999 | 50022388 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/16/1999 | 50022386 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/16/1999 | 50022387 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/17/1999 | 50022575 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/17/1999 | 50022620 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/17/1999 | 50022586 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/18/1999 | 50023340 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/18/1999 | 50023337 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/18/1999 | 50023319 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/18/1999 | 50022865 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/18/1999 | 50022864 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/19/1999 | 50023792 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/19/1999 | 50023775 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/19/1999 | 50023776 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/22/1999 | 50024137 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/22/1999 | 50024171 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/29/1999 | 50026110 | T95289 | | -80 | 133,000.00 | / | 1,000 | -10,640.00 |
| VB68ADT2503*S | 3/29/1999 | 50025915 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 4/6/1999 | 50028702 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 4/6/1999 | 50028711 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 4/6/1999 | 50028710 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |

| Material | GR Posting Date | Material Doc. | PO Number | Deliv.Note | GR Quantity | Unit Price | / | Price Unit | Net Price |
|---|---|---|---|---|---|---|---|---|---|
| VB68ADT2503*S | 4/6/1999 | 50028709 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 4/6/1999 | 50028707 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 4/6/1999 | 50028706 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |

Program: ZRPP0138    Sharp Electronics Corporation    Page: 16
Date: 11/21/2012    Six Month Parts by Supplier Re    Client: 100

| Material | GR Posting Date | Material Doc. | PO Number | Deliv.Note | GR Quantity | Unit Price | / | Price Unit | Net Price |
|---|---|---|---|---|---|---|---|---|---|
| VB68ADT2503*S | 4/6/1999 | 50028705 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 4/6/1999 | 50028704 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 4/6/1999 | 50028703 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 4/6/1999 | 50028708 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 4/7/1999 | 50028889 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 4/8/1999 | 50029547 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 4/12/1999 | 50030547 | T95289 | | -10 | 133,000.00 | / | 1,000 | -1,330.00 |
| VB68ADT2503*S | 4/12/1999 | 50030654 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 4/12/1999 | 50030468 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 4/12/1999 | 50030467 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 4/12/1999 | 50030462 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 4/12/1999 | 50030463 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 4/12/1999 | 50030464 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 4/12/1999 | 50030466 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 4/12/1999 | 50030465 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 4/14/1999 | 50031019 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 4/15/1999 | 50031248 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 4/15/1999 | 50031236 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 4/15/1999 | 50031413 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 4/15/1999 | 50031310 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 4/15/1999 | 50031250 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 4/16/1999 | 50031598 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 4/16/1999 | 50031601 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 4/19/1999 | 50031860 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 4/19/1999 | 50032097 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 4/19/1999 | 50032099 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 4/19/1999 | 50032096 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 4/19/1999 | 50032098 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 4/19/1999 | 50032082 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 4/19/1999 | 50031937 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 4/19/1999 | 50031990 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 4/19/1999 | 50032190 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 4/20/1999 | 50032257 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 4/20/1999 | 50032256 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 4/20/1999 | 50032255 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 4/20/1999 | 50032320 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 4/20/1999 | 50032238 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 4/20/1999 | 50032403 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 4/20/1999 | 50032404 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 4/21/1999 | 50032682 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 4/21/1999 | 50032506 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 4/21/1999 | 50032489 | T95289 | | -48 | 133,000.00 | / | 1,000 | -6,384.00 |
| VB68ADT2503*S | 4/22/1999 | 50033935 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 4/22/1999 | 50033930 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 4/22/1999 | 50033931 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 4/22/1999 | 50033929 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 4/23/1999 | 50034342 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 4/23/1999 | 50034504 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 4/23/1999 | 50034199 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 4/24/1999 | 50034612 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 4/24/1999 | 50034611 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 4/26/1999 | 50034761 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 4/26/1999 | 50034760 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |

Program: ZRPP0138    Sharp Electronics Corporation    Page: 17
Date: 11/21/2012    Six Month Parts by Supplier Re    Client: 100

| Material | GR Posting Date | Material Doc. | PO Number | Deliv.Note | GR Quantity | Unit Price | / | Price Unit | Net Price |
|---|---|---|---|---|---|---|---|---|---|
| VB68ADT2503*S | 4/26/1999 | 50034763 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 4/26/1999 | 50034764 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 4/26/1999 | 50034765 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 4/26/1999 | 50034762 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 4/26/1999 | 50034767 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 4/26/1999 | 50034766 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 4/27/1999 | 50035058 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 4/27/1999 | 50035055 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 4/27/1999 | 50035057 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 4/27/1999 | 50035056 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 4/28/1999 | 50035536 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 4/28/1999 | 50035535 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 4/28/1999 | 50035537 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 4/28/1999 | 50035534 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 4/29/1999 | 50035790 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 4/30/1999 | 50036271 | T95289 | | 432 | 133,000.00 | / | 1,000 | 57,456.00 |
| VB68ADT2503*S | 4/30/1999 | 50036228 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 5/3/1999 | 50036789 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 5/4/1999 | 50037111 | T95289 | | -35 | 133,000.00 | / | 1,000 | -4,655.00 |
| VB68ADT2503*S | 5/7/1999 | 50038598 | T95289 | | -8 | 133,000.00 | / | 1,000 | -1,064.00 |
| VB68ADT2503*S | 5/10/1999 | 50038933 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 5/10/1999 | 50038938 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 5/12/1999 | 50040093 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 5/12/1999 | 50040095 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 5/12/1999 | 50040062 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 5/13/1999 | 50040294 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 5/13/1999 | 50040295 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 5/14/1999 | 50040660 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 5/14/1999 | 50040661 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 5/17/1999 | 50040829 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 5/17/1999 | 50040866 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 5/17/1999 | 50040864 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 5/17/1999 | 50040876 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 5/17/1999 | 50040862 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 5/17/1999 | 50040886 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 5/18/1999 | 50041475 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 5/20/1999 | 50043076 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |

| Material | GR Posting Date | Material Doc. | PO Number | Deliv.Note | GR Quantity | Unit Price | / | Price Unit | Net Price |
|---|---|---|---|---|---|---|---|---|---|
| VB68ADT2503*S | 5/21/1999 | 50043167 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 5/21/1999 | 50043248 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 5/24/1999 | 50043560 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 5/24/1999 | 50043622 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 5/25/1999 | 50044757 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 5/26/1999 | 50045001 | T95289 | | -18 | 133,000.00 | / | 1,000 | -2,394.00 |
| VB68ADT2503*S | 5/26/1999 | 50045022 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 5/27/1999 | 50045665 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 5/27/1999 | 50045437 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 5/27/1999 | 50045433 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 5/27/1999 | 50045435 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 5/27/1999 | 50045436 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 5/28/1999 | 50045812 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 5/28/1999 | 50045964 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 5/28/1999 | 50045836 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 5/28/1999 | 50045962 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |

Program: ZRPP0138 Sharp Electronics Corporation Page: 18
Date: 11/21/2012 Six Month Parts by Supplier Re Client: 100

| Material | GR Posting Date | Material Doc. | PO Number | Deliv.Note | GR Quantity | Unit Price | / | Price Unit | Net Price |
|---|---|---|---|---|---|---|---|---|---|
| VB68ADT2503*S | 6/1/1999 | 50046165 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 6/1/1999 | 50045988 | T95289 | | -7 | 133,000.00 | / | 1,000 | -931 |
| VB68ADT2503*S | 6/1/1999 | 50045988 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 6/1/1999 | 50045987 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 6/1/1999 | 50045984 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 6/2/1999 | 50046823 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 6/2/1999 | 50046821 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 6/3/1999 | 50046859 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 6/7/1999 | 50047783 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 6/7/1999 | 50047782 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 6/7/1999 | 50047781 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 6/7/1999 | 50047780 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 6/7/1999 | 50047915 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 6/7/1999 | 50047769 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 6/7/1999 | 50047824 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 6/7/1999 | 50047789 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 6/7/1999 | 50047767 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 6/7/1999 | 50047765 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 6/8/1999 | 50048045 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 6/9/1999 | 50048630 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 6/9/1999 | 50048476 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 6/9/1999 | 50048475 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 6/9/1999 | 50048482 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 6/10/1999 | 50048948 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 6/17/1999 | 50050716 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 6/17/1999 | 50050715 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 6/17/1999 | 50050804 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 6/18/1999 | 50051248 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 6/21/1999 | 50051641 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 6/21/1999 | 50051684 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 6/21/1999 | 50051683 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 6/21/1999 | 50051685 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 6/21/1999 | 50051640 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 6/22/1999 | 50052254 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 6/23/1999 | 50052899 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 6/23/1999 | 50052893 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 6/23/1999 | 50052892 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 6/23/1999 | 50052891 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 6/23/1999 | 50052239 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 6/24/1999 | 50053316 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 6/24/1999 | 50053315 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 6/25/1999 | 50053804 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 6/25/1999 | 50053612 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 6/25/1999 | 50053611 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 6/25/1999 | 50053610 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 6/25/1999 | 50053339 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 6/25/1999 | 50053338 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 6/28/1999 | 50053951 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 6/28/1999 | 50054001 | T95289 | | -53 | 133,000.00 | / | 1,000 | -7,049.00 |
| VB68ADT2503*S | 6/28/1999 | 50054013 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2506*S | 1/4/1999 | 50003162 | T95264 | | 704 | 146,500.00 | / | 1,000 | 103,136.00 |
| VB68ADT2506*S | 1/4/1999 | 50003168 | T95264 | | 704 | 146,500.00 | / | 1,000 | 103,136.00 |

Program: ZRPP0138 Sharp Electronics Corporation Page: 19
Date: 11/21/2012 Six Month Parts by Supplier Re Client: 100

| Material | GR Posting Date | Material Doc. | PO Number | Deliv.Note | GR Quantity | Unit Price | / | Price Unit | Net Price |
|---|---|---|---|---|---|---|---|---|---|
| VB68ADT2506*S | 1/5/1999 | 50003526 | T95264 | | 704 | 146,500.00 | / | 1,000 | 103,136.00 |
| VB68ADT2506*S | 1/8/1999 | 50004187 | T95264 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2506*S | 1/8/1999 | 50004188 | T95264 | | 704 | 146,500.00 | / | 1,000 | 103,136.00 |
| VB68ADT2506*S | 1/25/1999 | 50008206 | T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2506*S | 1/26/1999 | 50009044 | T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2506*S | 1/28/1999 | 50010800 | T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2506*S | 2/1/1999 | 50011506 | T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2506*S | 3/9/1999 | 50020733 | T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2506*S | 3/10/1999 | 50020785 | T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2506*S | 3/10/1999 | 50020912 | T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2506*S | 3/10/1999 | 50020966 | T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2506*S | 3/11/1999 | 50021073 | T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2506*S | 3/11/1999 | 50021074 | T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2506*S | 3/12/1999 | 50021346 | T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2506*S | 3/12/1999 | 50021752 | T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2506*S | 3/12/1999 | 50021762 | T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2506*S | 3/12/1999 | 50021732 | T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2506*S | 3/12/1999 | 50021919 | T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2506*S | 3/15/1999 | 50022038 | T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2506*S | 3/15/1999 | 50022123 | T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2506*S | 3/15/1999 | 50022028 | T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2506*S | 3/15/1999 | 50022039 | T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2506*S | 3/15/1999 | 50022048 | T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2506*S | 3/16/1999 | 50022367 | T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |

| Material | GR Posting Date | Material Doc. | PO Number | Deliv.Note | GR Quantity | Unit Price | | Price Unit | | Net Price |
|---|---|---|---|---|---|---|---|---|---|---|
| VB68ADT2506*S | 4/8/1999 | 50029546 | T95290 | | -704 | 133,000.00 | / | 1,000 | | -93,632.00 |
| VB68ADT2506*S | 4/9/1999 | 50030124 | T95290 | | 704 | 133,000.00 | / | 1,000 | | 93,632.00 |
| VB68ADT2506*S | 4/12/1999 | 50030469 | T95290 | | 704 | 133,000.00 | / | 1,000 | | 93,632.00 |
| VB68ADT2506*S | 4/12/1999 | 50030548 | T95290 | | -20 | 133,000.00 | / | 1,000 | | -2,660.00 |
| VB68ADT2506*S | 4/12/1999 | 50030313 | T95290 | | 704 | 133,000.00 | / | 1,000 | | 93,632.00 |
| VB68ADT2506*S | 4/12/1999 | 50030439 | T95290 | | 704 | 133,000.00 | / | 1,000 | | 93,632.00 |
| VB68ADT2506*S | 4/15/1999 | 50031415 | T95290 | | 704 | 133,000.00 | / | 1,000 | | 93,632.00 |
| VB68ADT2506*S | 4/16/1999 | 50031599 | T95290 | | 704 | 133,000.00 | / | 1,000 | | 93,632.00 |
| VB68ADT2506*S | 4/19/1999 | 50031969 | T95290 | | 704 | 133,000.00 | / | 1,000 | | 93,632.00 |
| VB68ADT2506*S | 4/21/1999 | 50032492 | T95290 | | -11 | 133,000.00 | / | 1,000 | | -1,463.00 |
| VB68ADT2506*S | 4/22/1999 | 50033932 | T95290 | | 704 | 133,000.00 | / | 1,000 | | 93,632.00 |
| VB68ADT2506*S | 4/22/1999 | 50033933 | T95290 | | 704 | 133,000.00 | / | 1,000 | | 93,632.00 |
| VB68ADT2506*S | 4/22/1999 | 50033934 | T95290 | | 704 | 133,000.00 | / | 1,000 | | 93,632.00 |
| VB68ADT2506*S | 4/23/1999 | 50034344 | T95290 | | 704 | 133,000.00 | / | 1,000 | | 93,632.00 |
| VB68ADT2506*S | 4/23/1999 | 50034365 | T95290 | | 704 | 133,000.00 | / | 1,000 | | 93,632.00 |
| VB68ADT2506*S | 4/23/1999 | 50034341 | T95290 | | 704 | 133,000.00 | / | 1,000 | | 93,632.00 |
| VB68ADT2506*S | 4/30/1999 | 50036276 | T95290 | | 704 | 133,000.00 | / | 1,000 | | 93,632.00 |
| VB68ADT2506*S | 4/30/1999 | 50036227 | T95290 | | 704 | 133,000.00 | / | 1,000 | | 93,632.00 |
| VB68ADT2506*S | 5/3/1999 | 50036769 | T95290 | | 704 | 133,000.00 | / | 1,000 | | 93,632.00 |
| VB68ADT2506*S | 5/3/1999 | 50036786 | T95290 | | 704 | 133,000.00 | / | 1,000 | | 93,632.00 |
| VB68ADT2506*S | 5/3/1999 | 50036787 | T95290 | | 704 | 133,000.00 | / | 1,000 | | 93,632.00 |
| VB68ADT2506*S | 5/3/1999 | 50036788 | T95290 | | 704 | 133,000.00 | / | 1,000 | | 93,632.00 |
| VB68ADT2506*S | 5/3/1999 | 50036814 | T95290 | | 704 | 133,000.00 | / | 1,000 | | 93,632.00 |
| VB68ADT2506*S | 5/3/1999 | 50036782 | T95290 | | 704 | 133,000.00 | / | 1,000 | | 93,632.00 |
| VB68ADT2506*S | 5/3/1999 | 50036819 | T95290 | | 704 | 133,000.00 | / | 1,000 | | 93,632.00 |
| VB68ADT2506*S | 5/3/1999 | 50036783 | T95290 | | 704 | 133,000.00 | / | 1,000 | | 93,632.00 |
| VB68ADT2506*S | 5/4/1999 | 50036898 | T95290 | | 704 | 133,000.00 | / | 1,000 | | 93,632.00 |
| VB68ADT2506*S | 5/4/1999 | 50036977 | T95290 | | 704 | 133,000.00 | / | 1,000 | | 93,632.00 |
| VB68ADT2506*S | 5/4/1999 | 50036976 | T95290 | | 704 | 133,000.00 | / | 1,000 | | 93,632.00 |

Program: ZRPP0138      Sharp Electronics Corporation      Page: 20
Date: 11/21/2012      Six Month Parts by Supplier Re      Client: 100

| Material | GR Posting Date | Material Doc. | PO Number | Deliv.Note | GR Quantity | Unit Price | | Price Unit | | Net Price |
|---|---|---|---|---|---|---|---|---|---|---|
| VB68ADT2506*S | 5/4/1999 | 50037112 | T95290 | | -13 | 133,000.00 | / | 1,000 | | -1,729.00 |
| VB68ADT2506*S | 5/5/1999 | 50038215 | T95290 | | 704 | 133,000.00 | / | 1,000 | | 93,632.00 |
| VB68ADT2506*S | 5/6/1999 | 50038368 | T95290 | | 704 | 133,000.00 | / | 1,000 | | 93,632.00 |
| VB68ADT2506*S | 5/6/1999 | 50038371 | T95290 | | 704 | 133,000.00 | / | 1,000 | | 93,632.00 |
| VB68ADT2506*S | 5/6/1999 | 50038358 | T95290 | | 704 | 133,000.00 | / | 1,000 | | 93,632.00 |
| VB68ADT2506*S | 5/7/1999 | 50038601 | T95290 | | 704 | 133,000.00 | / | 1,000 | | 93,632.00 |
| VB68ADT2506*S | 5/7/1999 | 50038599 | T95290 | | -5 | 133,000.00 | / | 1,000 | | -665 |
| VB68ADT2506*S | 5/7/1999 | 50038589 | T95290 | | 704 | 133,000.00 | / | 1,000 | | 93,632.00 |
| VB68ADT2506*S | 5/7/1999 | 50038597 | T95290 | | 704 | 133,000.00 | / | 1,000 | | 93,632.00 |
| VB68ADT2506*S | 5/7/1999 | 50038525 | T95290 | | 704 | 133,000.00 | / | 1,000 | | 93,632.00 |
| VB68ADT2506*S | 5/10/1999 | 50038937 | T95290 | | 704 | 133,000.00 | / | 1,000 | | 93,632.00 |
| VB68ADT2506*S | 5/26/1999 | 50045002 | T95290 | | -19 | 133,000.00 | / | 1,000 | | -2,527.00 |
| VB68ADT2506*S | 6/1/1999 | 50045985 | T95290 | | -6 | 133,000.00 | / | 1,000 | | -798 |
| VB68ADT2506*S | 6/11/1999 | 50049171 | T95290 | | 704 | 133,000.00 | / | 1,000 | | 93,632.00 |
| VB68ADT2506*S | 6/14/1999 | 50049306 | T95290 | | 704 | 133,000.00 | / | 1,000 | | 93,632.00 |
| VB68ADT2506*S | 6/14/1999 | 50050092 | T95290 | | 704 | 133,000.00 | / | 1,000 | | 93,632.00 |
| VB68ADT2506*S | 6/15/1999 | 50050240 | T95290 | | 704 | 133,000.00 | / | 1,000 | | 93,632.00 |
| VB68ADT2506*S | 6/16/1999 | 50050365 | T95290 | | 704 | 133,000.00 | / | 1,000 | | 93,632.00 |
| VB68ADT2506*S | 6/16/1999 | 50050415 | T95290 | | 704 | 133,000.00 | / | 1,000 | | 93,632.00 |
| VB68ADT2506*S | 6/16/1999 | 50050416 | T95290 | | 704 | 133,000.00 | / | 1,000 | | 93,632.00 |
| VB68ADT2506*S | 6/16/1999 | 50050620 | T95290 | | 704 | 133,000.00 | / | 1,000 | | 93,632.00 |
| VB68ADT2506*S | 6/17/1999 | 50050806 | T95290 | | 704 | 133,000.00 | / | 1,000 | | 93,632.00 |
| VB68ADT2506*S | 6/18/1999 | 50051370 | T95290 | | 704 | 133,000.00 | / | 1,000 | | 93,632.00 |
| VB68ADT2506*S | 6/28/1999 | 50054002 | T95290 | | -27 | 133,000.00 | / | 1,000 | | -3,591.00 |
| VB68ADT2506*S | 6/28/1999 | 50053950 | T95290 | | 704 | 133,000.00 | / | 1,000 | | 93,632.00 |
| VB68ADT25886S | 1/4/1999 | 50003163 | T95266 | | 704 | 146,500.00 | / | 1,000 | | 103,136.00 |
| VB68ADT25886S | 1/5/1999 | 50003524 | T95266 | | 704 | 146,500.00 | / | 1,000 | | 103,136.00 |
| VB68ADT25886S | 1/5/1999 | 50003525 | T95266 | | 704 | 146,500.00 | / | 1,000 | | 103,136.00 |
| VB68ADT25886S | 1/27/1999 | 50010212 | T95292 | | 704 | 133,000.00 | / | 1,000 | | 93,632.00 |
| VB68ADT25886S | 1/28/1999 | 50010803 | T95292 | | 704 | 133,000.00 | / | 1,000 | | 93,632.00 |
| VB68ADT25886S | 3/8/1999 | 50019961 | T95292 | | 704 | 133,000.00 | / | 1,000 | | 93,632.00 |
| VB68ADT25886S | 3/8/1999 | 50019971 | T95292 | | 704 | 133,000.00 | / | 1,000 | | 93,632.00 |
| VB68ADT25886S | 4/12/1999 | 50030549 | T95292 | | -1 | 133,000.00 | / | 1,000 | | -133 |
| VB68ADT25886S | 4/21/1999 | 50032494 | T95292 | | -1 | 133,000.00 | / | 1,000 | | -133 |
| VB68ADT25886S | 4/30/1999 | 50036270 | T95292 | | 272 | 133,000.00 | / | 1,000 | | 36,176.00 |
| VB68ADT25886S | 5/27/1999 | 50045388 | T95292 | | -2 | 133,000.00 | / | 1,000 | | -266 |
| VB68ADT25893S | 5/22/1999 | 50043425 | 4500007618 | | 704 | 133,000.00 | / | 1,000 | | 93,632.00 |
| VB68ADT25893S | 6/1/1999 | 50045986 | 4500007618 | | 704 | 133,000.00 | / | 1,000 | | 93,632.00 |
| VB90AFX1513*S | 2/9/1999 | 50013587 | T95291 | | 264 | 443,000.00 | / | 1,000 | | 116,952.00 |
| VB90AFX1513*S | 2/26/1999 | 50017361 | T95291 | | 264 | 443,000.00 | / | 1,000 | | 116,952.00 |
| VB90AFX1513*S | 2/26/1999 | 50017273 | T95291 | | 264 | 443,000.00 | / | 1,000 | | 116,952.00 |

Vendor :      R01          Total Price      37,447,244.00

Vendor :      S24

| Material | GR Posting Date | Material Doc. | PO Number | Deliv.Note | GR Quantity | Unit Price | | Price Unit | | Net Price |
|---|---|---|---|---|---|---|---|---|---|---|
| VB48KRD89X/3E | 1/11/1999 | 50004410 | 4500000323 | | 1,344.00 | 61,500.00 | / | 1,000 | | 82,656.00 |
| VB48KRD89X/3E | 1/11/1999 | 50004400 | 4500000323 | | 1,344.00 | 61,500.00 | / | 1,000 | | 82,656.00 |
| VB48KRD89X/3E | 1/11/1999 | 50004408 | 4500000323 | | 1,344.00 | 61,500.00 | / | 1,000 | | 82,656.00 |
| VB48KRD89X/3E | 1/11/1999 | 50004447 | 4500000323 | | 1,344.00 | 61,500.00 | / | 1,000 | | 82,656.00 |
| VB48KRD89X/3E | 1/11/1999 | 50004406 | 4500000323 | | 1,344.00 | 61,500.00 | / | 1,000 | | 82,656.00 |
| VB48KRD89X/3E | 1/11/1999 | 50004409 | 4500000323 | | 1,344.00 | 61,500.00 | / | 1,000 | | 82,656.00 |
| VB48KRD89X/3E | 1/11/1999 | 50004401 | 4500000323 | | 1,344.00 | 61,500.00 | / | 1,000 | | 82,656.00 |
| VB48KRD89X/3E | 1/11/1999 | 50004405 | 4500000323 | | 1,344.00 | 61,500.00 | / | 1,000 | | 82,656.00 |
| VB48KRD89X/3E | 1/11/1999 | 50004402 | 4500000323 | | 1,344.00 | 61,500.00 | / | 1,000 | | 82,656.00 |

Program: ZRPP0138      Sharp Electronics Corporation      Page: 21
Date: 11/21/2012      Six Month Parts by Supplier Re      Client: 100

| Material | GR Posting Date | Material Doc. | PO Number | Deliv.Note | GR Quantity | Unit Price | | Price Unit | | Net Price |
|---|---|---|---|---|---|---|---|---|---|---|
| VB48KRD89X/3E | 1/11/1999 | 50004404 | 4500000323 | | 1,344.00 | 61,500.00 | / | 1,000 | | 82,656.00 |
| VB48KRD89X/3E | 1/11/1999 | 50004403 | 4500000323 | | 1,344.00 | 61,500.00 | / | 1,000 | | 82,656.00 |
| VB48KRD89X/3E | 1/20/1999 | 50005888 | 4500000323 | | 1,344.00 | 61,500.00 | / | 1,000 | | 82,656.00 |

Vendor :      S24          Total Price      991,872.00

Vendor :      T02

| Material | GR Posting Date | Material Doc. | PO Number | Deliv.Note | GR Quantity | Unit Price | | Price Unit | | Net Price |
|---|---|---|---|---|---|---|---|---|---|---|
| VB48KZL70X*S | 1/4/1999 | 50003167 | T95260 | | 1,344.00 | 64,000.00 | / | 1,000 | | 86,016.00 |
| VB48KZL70X*S | 1/4/1999 | 50003280 | T95260 | | 1,344.00 | 64,000.00 | / | 1,000 | | 86,016.00 |
| VB48KZL70X*S | 1/4/1999 | 50003177 | T95260 | | 1,344.00 | 64,000.00 | / | 1,000 | | 86,016.00 |
| VB48KZL70X*S | 1/5/1999 | 50003527 | T95260 | | 1,344.00 | 64,000.00 | / | 1,000 | | 86,016.00 |
| VB48KZL70X*S | 1/5/1999 | 50003529 | T95260 | | 1,344.00 | 64,000.00 | / | 1,000 | | 86,016.00 |

Jan 1999 - June 30 1999

| Material | Posting Date | Material Doc. PO Number | Deliv.Note | GR Quantity | Unit Price | / | Price Unit | Net Price |
|---|---|---|---|---|---|---|---|---|
| VB48KZL70X/*S | 1/7/1999 | 50003945 T95260 | | 1,344.00 | 64,000.00 | / | 1,000 | 86,016.00 |
| VB48KZL70X/*S | 1/8/1999 | 50004009 T95260 | | 1,344.00 | 64,000.00 | / | 1,000 | 86,016.00 |
| VB48KZL70X/*S | 1/22/1999 | 50006929 T95260 | | 300 | 64,000.00 | / | 1,000 | 19,200.00 |
| VB48KZL70X/*S | 3/31/1999 | 50027902 T95260 | | -31 | 64,000.00 | / | 1,000 | -1,984.00 |
| VB51KZR50X/*S | 1/4/1999 | 50003166 T95261 | | 1,200.00 | 72,000.00 | / | 1,000 | 86,400.00 |
| VB51KZR50X/*S | 1/5/1999 | 50003528 T95261 | | 1,200.00 | 72,000.00 | / | 1,000 | 86,400.00 |
| VB51KZR50X/*S | 3/31/1999 | 50027901 T95261 | | -20 | 72,000.00 | / | 1,000 | -1,440.00 |
| VB90AHH5006*S | 1/11/1999 | 50004313 T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 1/11/1999 | 50004334 T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 1/20/1999 | 50005849 T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 1/25/1999 | 50008167 T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 1/25/1999 | 50008166 T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 1/26/1999 | 50008545 T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 3/2/1999 | 50018780 T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 3/4/1999 | 50019622 T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 3/8/1999 | 50019966 T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 3/9/1999 | 50020698 T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 3/12/1999 | 50021733 T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 3/15/1999 | 50022127 T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 3/15/1999 | 50022042 T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 3/17/1999 | 50022582 T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 3/31/1999 | 50027900 T95286 | | -31 | 409,000.00 | / | 1,000 | -12,679.00 |
| VB90AHH5006*S | 4/9/1999 | 50030126 T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 4/9/1999 | 50030125 T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 4/12/1999 | 50030470 T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 4/14/1999 | 50031050 T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 4/16/1999 | 50031602 T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 4/19/1999 | 50031853 T95286 | | -2 | 409,000.00 | / | 1,000 | -818 |
| VB90AHH5006*S | 4/19/1999 | 50031991 T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 4/22/1999 | 50033938 T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 4/26/1999 | 50034768 T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 4/27/1999 | 50035059 T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 4/28/1999 | 50035095 T95286 | | -4 | 409,000.00 | / | 1,000 | -1,636.00 |
| VB90AHH5006*S | 5/3/1999 | 50036406 T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 5/4/1999 | 50036975 T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 5/6/1999 | 50038356 T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 5/11/1999 | 50039556 T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 5/12/1999 | 50040075 T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 5/14/1999 | 50040602 T95286 | | -4 | 409,000.00 | / | 1,000 | -1,636.00 |
| VB90AHH5006*S | 5/14/1999 | 50040428 T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 5/17/1999 | 50040910 T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 5/24/1999 | 50043496 T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |

Program: ZRPP0138                 Sharp Electronics Corporation                 Page:     22
Date: 11/21/2012                 Six Month Parts by Supplier Re                 Client: 100

| Material | GR Posting Date | Material Doc. PO Number | Deliv.Note | GR Quantity | Unit Price | / | Price Unit | Net Price |
|---|---|---|---|---|---|---|---|---|
| VB90AHH5006*S | 5/26/1999 | 50045003 T95286 | | -4 | 409,000.00 | / | 1,000 | -1,636.00 |
| VB90AHH5006*S | 5/28/1999 | 50045803 T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 6/1/1999 | 50045913 T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 6/9/1999 | 50048535 T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 6/11/1999 | 50049033 T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 6/14/1999 | 50049591 T95286 | | 228 | 409,000.00 | / | 1,000 | 93,252.00 |
| VB90AHH5006*S | 6/15/1999 | 50050284 T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 6/18/1999 | 50050913 T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 6/22/1999 | 50052121 T95286 | | -228 | 409,000.00 | / | 1,000 | -93,252.00 |
| VB90AHH5006*S | 6/22/1999 | 50052123 T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| Vendor : | T02 | | | | | Total Price | 5,248,379.00 | |

No of Records found :        1,056

Program: ZRPP0138      Sharp Electronics Corporation      Page:    1
Date: 11/21/2012      Six Month Parts by Supplier Re      Client: 100

Selection Options Chosen

| | | |
|---|---|---|
| Vendor | H01 | |
| Vendor | M14 | |
| Vendor | P01 | |
| Vendor | R01 | |
| Vendor | T02 | |
| Vendor | S24 | |
| Plant | SM01 | |
| GR Posting Date | 07/01/1999 - 12/31/1999 | |

Program: ZRPP0138      Sharp Electronics Corporation      Page:    2
Date: 11/21/2012      Six Month Parts by Supplier Re      Client: 100

| Material | GR Posting Date | Material Dc | PO Number | Deliv.Note | GR Quantity | Unit Price | / | Price Unit | Net Price |
|---|---|---|---|---|---|---|---|---|---|
| Vendor : H01 | | | | | | | | | |
| VB80LJF3015*S | 7/7/1999 | 50055544 | T95287 | 448 | 242,500.00 | | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 7/9/1999 | 50056457 | T95287 | 448 | 242,500.00 | | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 7/9/1999 | 50056458 | T95287 | 448 | 242,500.00 | | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 7/12/1999 | 50056803 | T95287 | 448 | 242,500.00 | | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 7/12/1999 | 50056804 | T95287 | 448 | 242,500.00 | | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 7/12/1999 | 50056800 | T95287 | 448 | 242,500.00 | | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 7/12/1999 | 50056801 | T95287 | 448 | 242,500.00 | | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 7/12/1999 | 50056802 | T95287 | 448 | 242,500.00 | | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 7/14/1999 | 50057811 | T95287 | 448 | 242,500.00 | | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 7/14/1999 | 50057812 | T95287 | 448 | 242,500.00 | | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 7/15/1999 | 50058252 | T95287 | 448 | 242,500.00 | | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 7/15/1999 | 50058350 | T95287 | 448 | 242,500.00 | | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 7/15/1999 | 50058401 | T95287 | 448 | 242,500.00 | | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 7/16/1999 | 50058445 | T95287 | 448 | 242,500.00 | | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 7/16/1999 | 50058446 | T95287 | 448 | 242,500.00 | | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 7/17/1999 | 50058683 | T95287 | 448 | 242,500.00 | | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 7/19/1999 | 50058834 | T95287 | 448 | 242,500.00 | | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 7/19/1999 | 50058832 | T95287 | 448 | 242,500.00 | | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 7/19/1999 | 50058831 | T95287 | 448 | 242,500.00 | | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 7/22/1999 | 50061064 | T95287 | 448 | 242,500.00 | | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 7/22/1999 | 50060680 | T95287 | 448 | 242,500.00 | | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 7/22/1999 | 50060681 | T95287 | 448 | 242,500.00 | | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 7/23/1999 | 50061300 | T95287 | 448 | 242,500.00 | | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 7/27/1999 | 50061659 | T95287 | 448 | 242,500.00 | | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 7/27/1999 | 50061991 | T95287 | 448 | 242,500.00 | | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 7/27/1999 | 50062136 | T95287 | 448 | 242,500.00 | | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 8/2/1999 | 50064130 | T95287 | 448 | 242,500.00 | | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 8/2/1999 | 50064292 | T95287 | 448 | 242,500.00 | | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 8/2/1999 | 50064103 | T95287 | 448 | 242,500.00 | | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 8/3/1999 | 50064497 | T95287 | 448 | 242,500.00 | | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 8/3/1999 | 50064707 | T95287 | 448 | 242,500.00 | | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 8/4/1999 | 50064992 | T95287 | 448 | 242,500.00 | | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 8/4/1999 | 50064779 | T95287 | 448 | 242,500.00 | | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 8/4/1999 | 50064778 | T95287 | 448 | 242,500.00 | | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 8/5/1999 | 50065129 | T95287 | 448 | 242,500.00 | | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 8/5/1999 | 50065438 | T95287 | 448 | 242,500.00 | | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 8/5/1999 | 50065160 | T95287 | 448 | 242,500.00 | | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 8/5/1999 | 50065414 | T95287 | 448 | 242,500.00 | | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 8/5/1999 | 50065128 | T95287 | 448 | 242,500.00 | | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 8/10/1999 | 50066658 | T95287 | 448 | 242,500.00 | | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 8/10/1999 | 50066657 | T95287 | 448 | 242,500.00 | | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 8/10/1999 | 50066432 | T95287 | 448 | 242,500.00 | | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 8/10/1999 | 50066600 | T95287 | 448 | 242,500.00 | | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 8/11/1999 | 50066876 | T95287 | -23 | 242,500.00 | | / | 1,000 | -5,577.50 |
| VB80LJF3015*S | 8/11/1999 | 50066725 | T95287 | 448 | 242,500.00 | | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 8/12/1999 | 50067440 | T95287 | 448 | 242,500.00 | | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 8/12/1999 | 50067346 | T95287 | 448 | 242,500.00 | | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 8/13/1999 | 50067479 | T95287 | 448 | 242,500.00 | | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 8/13/1999 | 50067470 | T95287 | 448 | 242,500.00 | | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 8/17/1999 | 50068172 | T95287 | 448 | 242,500.00 | | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 8/17/1999 | 50068116 | T95287 | 448 | 242,500.00 | | / | 1,000 | 108,640.00 |

Program: ZRPP0138      Sharp Electronics Corporation      Page:    3
Date: 11/21/2012      Six Month Parts by Supplier Re      Client: 100

| Material | GR Posting Date | Material Dc | PO Number | Deliv.Note | GR Quantity | Unit Price | / | Price Unit | Net Price |
|---|---|---|---|---|---|---|---|---|---|
| VB80LJF3015*S | 8/18/1999 | 50068439 | T95287 | 448 | 242,500.00 | | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 8/18/1999 | 50068441 | T95287 | 448 | 242,500.00 | | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 8/19/1999 | 50068734 | T95287 | 448 | 242,500.00 | | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 8/19/1999 | 50068726 | T95287 | 448 | 242,500.00 | | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 8/19/1999 | 50068724 | T95287 | 448 | 242,500.00 | | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 8/20/1999 | 50069729 | T95287 | 448 | 242,500.00 | | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 8/23/1999 | 50069955 | T95287 | 448 | 242,500.00 | | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 8/23/1999 | 50069959 | T95287 | 448 | 242,500.00 | | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 8/25/1999 | 50071487 | T95287 | 448 | 242,500.00 | | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 8/25/1999 | 50071485 | T95287 | 448 | 242,500.00 | | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 8/25/1999 | 50071486 | T95287 | 448 | 242,500.00 | | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 8/25/1999 | 50071253 | T95287 | 2 | 242,500.00 | | / | 1,000 | 485 |
| VB80LJF3015*S | 8/26/1999 | 50071559 | T95287 | 448 | 242,500.00 | | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 8/27/1999 | 50072471 | T95287 | 448 | 242,500.00 | | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 8/27/1999 | 50072429 | T95287 | 448 | 242,500.00 | | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 8/30/1999 | 50072545 | T95287 | 448 | 242,500.00 | | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 8/31/1999 | 50072874 | T95287 | 448 | 242,500.00 | | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 8/31/1999 | 50072873 | T95287 | 448 | 242,500.00 | | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 9/1/1999 | 50073096 | T95287 | 448 | 242,500.00 | | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 9/1/1999 | 50073405 | T95287 | 448 | 242,500.00 | | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 9/8/1999 | 50074842 | T95287 | 448 | 242,500.00 | | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 9/8/1999 | 50075001 | T95287 | 448 | 242,500.00 | | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 9/8/1999 | 50074742 | T95287 | 448 | 242,500.00 | | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 9/9/1999 | 50075732 | T95287 | 448 | 242,500.00 | | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 9/9/1999 | 50075649 | T95287 | 448 | 242,500.00 | | / | 1,000 | 108,640.00 |

| VB80LJF3015*S | 9/9/1999 | 50075730 T95287 | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 9/16/1999 | 50077858 T95287 | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 9/20/1999 | 50078911 T95287 | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 9/20/1999 | 50078905 T95287 | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 9/20/1999 | 50078909 T95287 | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 9/20/1999 | 50078903 T95287 | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 9/21/1999 | 50079521 T95287 | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 9/21/1999 | 50079522 T95287 | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 9/21/1999 | 50079529 T95287 | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 9/21/1999 | 50079525 T95287 | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 9/21/1999 | 50079424 T95287 | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 9/22/1999 | 50079627 T95287 | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 9/22/1999 | 50079565 T95287 | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 9/24/1999 | 50080414 T95287 | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 9/24/1999 | 50080436 T95287 | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 9/24/1999 | 50080715 T95287 | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 9/28/1999 | 50081414 T95287 | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 9/29/1999 | 50082048 T95287 | -14 | 242,500.00 | / | 1,000 | -3,395.00 |
| VB80LJF3015*S | 9/29/1999 | 50081815 T95287 | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 9/30/1999 | 50082079 T95287 | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 10/4/1999 | 50082975 T95287 | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 10/4/1999 | 50083088 T95287 | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 10/5/1999 | 50083092 T95287 | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 10/6/1999 | 50083459 T95287 | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 10/6/1999 | 50083461 T95287 | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 10/6/1999 | 50083460 T95287 | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 10/12/1999 | 50084814 T95287 | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 10/12/1999 | 50085759 T95287 | 448 | 242,500.00 | / | 1,000 | 108,640.00 |

Program: ZRPP0138  Sharp Electronics Corporation  Page:  4
Date: 11/21/2012  Six Month Parts by Supplier Re  Client: 100

| Material | GR Posting Date | Material Dc PO Number | Deliv.Note | GR Quantity | Unit Price | / | Price Unit | / | Net Price |
|---|---|---|---|---|---|---|---|---|---|
| VB80LJF3015*S | 10/12/1999 | 50085809 T95287 | 448 | 242,500.00 | | / | 1,000 | | 108,640.00 |
| VB80LJF3015*S | 10/12/1999 | 50085761 T95287 | 448 | 242,500.00 | | / | 1,000 | | 108,640.00 |
| VB80LJF3015*S | 10/13/1999 | 50085971 T95287 | 448 | 242,500.00 | | / | 1,000 | | 108,640.00 |
| VB80LJF3015*S | 10/13/1999 | 50086188 T95287 | 448 | 242,500.00 | | / | 1,000 | | 108,640.00 |
| VB80LJF3015*S | 10/13/1999 | 50086088 T95287 | 448 | 242,500.00 | | / | 1,000 | | 108,640.00 |
| VB80LJF3015*S | 10/14/1999 | 50086302 T95287 | 448 | 242,500.00 | | / | 1,000 | | 108,640.00 |
| VB80LJF3015*S | 10/14/1999 | 50086531 T95287 | 448 | 242,500.00 | | / | 1,000 | | 108,640.00 |
| VB80LJF3015*S | 10/14/1999 | 50086309 T95287 | 448 | 242,500.00 | | / | 1,000 | | 108,640.00 |
| VB80LJF3015*S | 10/15/1999 | 50086577 T95287 | 448 | 242,500.00 | | / | 1,000 | | 108,640.00 |
| VB80LJF3015*S | 10/15/1999 | 50086578 T95287 | 448 | 242,500.00 | | / | 1,000 | | 108,640.00 |
| VB80LJF3015*S | 10/15/1999 | 50087085 T95287 | 448 | 242,500.00 | | / | 1,000 | | 108,640.00 |
| VB80LJF3015*S | 10/18/1999 | 50087883 T95287 | 448 | 242,500.00 | | / | 1,000 | | 108,640.00 |
| VB80LJF3015*S | 10/18/1999 | 50087885 T95287 | 448 | 242,500.00 | | / | 1,000 | | 108,640.00 |
| VB80LJF3015*S | 10/22/1999 | 50090015 T95287 | 448 | 242,500.00 | | / | 1,000 | | 108,640.00 |
| VB80LJF3015*S | 10/22/1999 | 50089938 T95287 | -15 | 242,500.00 | | / | 1,000 | | -3,637.50 |
| VB80LJF3015*S | 10/25/1999 | 50090189 T95287 | 448 | 242,500.00 | | / | 1,000 | | 108,640.00 |
| VB80LJF3015*S | 10/25/1999 | 50090188 T95287 | 448 | 242,500.00 | | / | 1,000 | | 108,640.00 |
| VB80LJF3015*S | 10/25/1999 | 50090211 T95287 | 448 | 242,500.00 | | / | 1,000 | | 108,640.00 |
| VB80LJF3015*S | 10/26/1999 | 50090714 T95287 | 448 | 242,500.00 | | / | 1,000 | | 108,640.00 |
| VB80LJF3015*S | 10/26/1999 | 50090560 T95287 | 448 | 242,500.00 | | / | 1,000 | | 108,640.00 |
| VB80LJF3015*S | 10/26/1999 | 50090544 T95287 | 448 | 242,500.00 | | / | 1,000 | | 108,640.00 |
| VB80LJF3015*S | 10/26/1999 | 50090541 T95287 | 448 | 242,500.00 | | / | 1,000 | | 108,640.00 |
| VB80LJF3015*S | 10/26/1999 | 50090680 T95287 | 448 | 242,500.00 | | / | 1,000 | | 108,640.00 |
| VB80LJF3015*S | 10/26/1999 | 50090685 T95287 | 448 | 242,500.00 | | / | 1,000 | | 108,640.00 |
| VB80LJF3015*S | 10/27/1999 | 50091106 T95287 | 448 | 242,500.00 | | / | 1,000 | | 108,640.00 |
| VB80LJF3015*S | 10/27/1999 | 50091076 T95287 | 448 | 242,500.00 | | / | 1,000 | | 108,640.00 |
| VB80LJF3015*S | 10/27/1999 | 50091088 T95287 | 448 | 242,500.00 | | / | 1,000 | | 108,640.00 |
| VB80LJF3015*S | 10/27/1999 | 50091105 T95287 | 448 | 242,500.00 | | / | 1,000 | | 108,640.00 |
| VB80LJF3015*S | 10/28/1999 | 50091578 T95287 | 448 | 242,500.00 | | / | 1,000 | | 108,640.00 |
| VB80LJF3015*S | 10/29/1999 | 50092101 T95287 | 448 | 242,500.00 | | / | 1,000 | | 108,640.00 |
| VB80LJF3015*S | 10/29/1999 | 50092130 T95287 | 448 | 242,500.00 | | / | 1,000 | | 108,640.00 |
| VB80LJF3015*S | 10/29/1999 | 50092108 T95287 | 448 | 242,500.00 | | / | 1,000 | | 108,640.00 |
| VB80LJF3015*S | 10/29/1999 | 50092103 T95287 | 448 | 242,500.00 | | / | 1,000 | | 108,640.00 |
| VB80LJF3015*S | 10/29/1999 | 50092109 T95287 | 448 | 242,500.00 | | / | 1,000 | | 108,640.00 |
| VB80LJF3015*S | 10/29/1999 | 50092105 T95287 | 448 | 242,500.00 | | / | 1,000 | | 108,640.00 |
| VB80LJF3015*S | 11/2/1999 | 50092617 T95287 | 448 | 242,500.00 | | / | 1,000 | | 108,640.00 |
| VB80LJF3015*S | 11/2/1999 | 50092616 T95287 | 448 | 242,500.00 | | / | 1,000 | | 108,640.00 |
| VB80LJF3015*S | 11/3/1999 | 50093823 T95287 | 448 | 242,500.00 | | / | 1,000 | | 108,640.00 |
| VB80LJF3015*S | 11/3/1999 | 50093824 T95287 | 448 | 242,500.00 | | / | 1,000 | | 108,640.00 |
| VB80LJF3015*S | 11/5/1999 | 50094396 T95287 | -448 | 242,500.00 | | / | 1,000 | | -108,640.00 |
| VB80LJF3015*S | 11/5/1999 | 50094811 T95287 | 248 | 242,500.00 | | / | 1,000 | | 60,140.00 |
| VB80LJF3015*S | 11/10/1999 | 50095973 T95287 | 448 | 242,500.00 | | / | 1,000 | | 108,640.00 |
| VB80LJF3015*S | 11/10/1999 | 50095760 T95287 | 448 | 242,500.00 | | / | 1,000 | | 108,640.00 |
| VB80LJF3015*S | 11/11/1999 | 50095988 T95287 | 448 | 242,500.00 | | / | 1,000 | | 108,640.00 |
| VB80LJF3015*S | 11/11/1999 | 50096066 T95287 | 448 | 242,500.00 | | / | 1,000 | | 108,640.00 |
| VB80LJF3015*S | 11/11/1999 | 50096743 T95287 | 448 | 242,500.00 | | / | 1,000 | | 108,640.00 |
| VB80LJF3015*S | 11/11/1999 | 50096904 T95287 | 448 | 242,500.00 | | / | 1,000 | | 108,640.00 |
| VB80LJF3015*S | 11/12/1999 | 50097170 T95287 | 448 | 242,500.00 | | / | 1,000 | | 108,640.00 |
| VB80LJF3015*S | 11/12/1999 | 50097322 T95287 | 448 | 242,500.00 | | / | 1,000 | | 108,640.00 |
| VB80LJF3015*S | 11/15/1999 | 50097509 T95287 | 448 | 242,500.00 | | / | 1,000 | | 108,640.00 |
| VB80LJF3015*S | 11/15/1999 | 50097508 T95287 | 448 | 242,500.00 | | / | 1,000 | | 108,640.00 |
| VB80LJF3015*S | 11/16/1999 | 50097933 T95287 | 448 | 242,500.00 | | / | 1,000 | | 108,640.00 |
| VB80LJF3015*S | 11/16/1999 | 50098007 T95287 | 448 | 242,500.00 | | / | 1,000 | | 108,640.00 |

Program: ZRPP0138  Sharp Electronics Corporation  Page:  5
Date: 11/21/2012  Six Month Parts by Supplier Re  Client: 100

| Material | GR Posting Date | Material Dc PO Number | Deliv.Note | GR Quantity | Unit Price | / | Price Unit | | Net Price |
|---|---|---|---|---|---|---|---|---|---|
| VB80LJF3015*S | 11/16/1999 | 50098008 T95287 | 448 | 242,500.00 | | / | 1,000 | | 108,640.00 |
| VB80LJF3015*S | 11/17/1999 | 50098207 T95287 | 448 | 242,500.00 | | / | 1,000 | | 108,640.00 |
| VB80LJF3015*S | 11/17/1999 | 50098250 T95287 | 448 | 242,500.00 | | / | 1,000 | | 108,640.00 |
| VB80LJF3015*S | 11/17/1999 | 50098255 T95287 | 448 | 242,500.00 | | / | 1,000 | | 108,640.00 |
| VB80LJF3015*S | 11/19/1999 | 50098860 T95287 | 448 | 242,500.00 | | / | 1,000 | | 108,640.00 |
| VB80LJF3015*S | 11/24/1999 | 50100470 T95287 | 448 | 242,500.00 | | / | 1,000 | | 108,640.00 |
| VB80LJF3015*S | 11/24/1999 | 50100472 T95287 | 448 | 242,500.00 | | / | 1,000 | | 108,640.00 |
| VB80LJF3015*S | 11/24/1999 | 50100473 T95287 | 448 | 242,500.00 | | / | 1,000 | | 108,640.00 |
| VB80LJF3015*S | 11/24/1999 | 50100616 T95287 | 448 | 242,500.00 | | / | 1,000 | | 108,640.00 |
| VB80LJF3015*S | 11/24/1999 | 50100393 T95287 | -448 | 242,500.00 | | / | 1,000 | | -108,640.00 |
| VB80LJF3015*S | 11/29/1999 | 50100683 T95287 | 448 | 242,500.00 | | / | 1,000 | | 108,640.00 |
| VB80LJF3015*S | 11/29/1999 | 50100766 T95287 | 448 | 242,500.00 | | / | 1,000 | | 108,640.00 |

| Material | GR Posting Date | Material Dc | PO Number | Deliv.Note | GR Quantity | Unit Price | / | Price Unit | Net Price |
|---|---|---|---|---|---|---|---|---|---|
| VB80LJF3015*S | 11/29/1999 | 50101068 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 11/29/1999 | 50100943 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 11/29/1999 | 50100974 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 12/3/1999 | 50103086 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 12/3/1999 | 50103006 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 12/6/1999 | 50103523 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 12/7/1999 | 50103697 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 12/7/1999 | 50103698 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 12/7/1999 | 50103531 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 12/7/1999 | 50103695 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 12/7/1999 | 50103696 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 12/10/1999 | 50104966 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 12/13/1999 | 50105298 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 12/13/1999 | 50105299 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 12/13/1999 | 50105046 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 12/13/1999 | 50105296 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 12/14/1999 | 50105653 | T95287 | | -448 | 242,500.00 | / | 1,000 | -108,640.00 |
| VB80LJF3015*S | 12/14/1999 | 50105654 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 12/14/1999 | 50105656 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 12/14/1999 | 50105712 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 12/14/1999 | 50105421 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 12/14/1999 | 50105456 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 12/15/1999 | 50105875 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 12/15/1999 | 50105775 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 12/15/1999 | 50105818 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 12/15/1999 | 50105819 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 12/16/1999 | 50106070 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 12/16/1999 | 50106029 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 12/16/1999 | 50106172 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3016*S | 8/11/1999 | 50066877 | T95288 | | -1 | 242,500.00 | / | 1,000 | -242.5 |
| VB80LJF3016*S | 9/15/1999 | 50077702 | T95288 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3016*S | 9/15/1999 | 50077559 | T95288 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3016*S | 11/5/1999 | 50094814 | T95288 | | 200 | 242,500.00 | / | 1,000 | 48,500.00 |
| VB80LJF3016*S | 11/24/1999 | 50100471 | T95288 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3016*S | 12/16/1999 | 50106121 | T95288 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |

Vendor :   H01                                                                Total Price              20,846,512.50

Vendor :   P01

| Material | GR Posting Date | Material Dc | PO Number | Deliv.Note | GR Quantity | Unit Price | / | Price Unit | Net Price |
|---|---|---|---|---|---|---|---|---|---|
| VB63AFW32X*S | 7/9/1999 | 50056329 | T95294 | | -16 | 98,000.00 | / | 1,000 | -1,568.00 |
| VB63AFW32X*S | 7/9/1999 | 50056467 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X*S | 7/12/1999 | 50056806 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |

Program: ZRRP0138                     Sharp Electronics Corporation           Page:      6
Date: 11/21/2012                      Six Month Parts by Supplier Re          Client: 100

| Material | GR Posting Date | Material Dc | PO Number | Deliv.Note | GR Quantity | Unit Price | / | Price Unit | Net Price |
|---|---|---|---|---|---|---|---|---|---|
| VB63AFW32X*S | 7/12/1999 | 50056865 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X*S | 7/12/1999 | 50056862 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X*S | 7/12/1999 | 50056863 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X*S | 7/12/1999 | 50056864 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X*S | 7/13/1999 | 50057640 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X*S | 7/13/1999 | 50057707 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X*S | 7/13/1999 | 50057028 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X*S | 7/14/1999 | 50057814 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X*S | 7/14/1999 | 50057813 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X*S | 7/14/1999 | 50058007 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X*S | 7/14/1999 | 50058008 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X*S | 7/14/1999 | 50058009 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X*S | 7/14/1999 | 50057915 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X*S | 7/15/1999 | 50058352 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X*S | 7/15/1999 | 50058351 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X*S | 7/16/1999 | 50058251 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X*S | 7/16/1999 | 50058443 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X*S | 7/16/1999 | 50058449 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X*S | 7/16/1999 | 50058570 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X*S | 7/16/1999 | 50058682 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X*S | 7/16/1999 | 50058680 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X*S | 7/19/1999 | 50058798 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X*S | 7/19/1999 | 50058799 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X*S | 7/19/1999 | 50058810 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X*S | 7/19/1999 | 50058818 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X*S | 7/19/1999 | 50058819 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X*S | 7/21/1999 | 50060636 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X*S | 7/21/1999 | 50060520 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X*S | 7/21/1999 | 50060638 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X*S | 7/21/1999 | 50060479 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X*S | 7/22/1999 | 50060685 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X*S | 7/22/1999 | 50061060 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X*S | 7/22/1999 | 50060742 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X*S | 7/22/1999 | 50060686 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X*S | 7/22/1999 | 50060683 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X*S | 7/22/1999 | 50060684 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X*S | 7/22/1999 | 50060682 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X*S | 7/23/1999 | 50061049 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X*S | 7/23/1999 | 50061157 | T95294 | | -32 | 98,000.00 | / | 1,000 | -3,136.00 |
| VB63AFW32X*S | 7/23/1999 | 50061215 | T95294 | | -32 | 98,000.00 | / | 1,000 | -3,136.00 |
| VB63AFW32X*S | 7/23/1999 | 50061155 | T95294 | | 32 | 98,000.00 | / | 1,000 | 3,136.00 |
| VB63AFW32X*S | 7/23/1999 | 50061203 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X*S | 7/23/1999 | 50061379 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X*S | 7/23/1999 | 50061110 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X*S | 7/23/1999 | 50061048 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X*S | 7/26/1999 | 50061426 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X*S | 7/26/1999 | 50061428 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X*S | 7/27/1999 | 50062121 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X*S | 7/27/1999 | 50062356 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X*S | 7/29/1999 | 50063024 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X*S | 7/30/1999 | 50063592 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X*S | 7/30/1999 | 50063593 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X*S | 7/30/1999 | 50063543 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |

Program: ZRRP0138                     Sharp Electronics Corporation           Page:      7
Date: 11/21/2012                      Six Month Parts by Supplier Re          Client: 100

| Material | GR Posting Date | Material Dc | PO Number | Deliv.Note | GR Quantity | Unit Price | / | Price Unit | Net Price |
|---|---|---|---|---|---|---|---|---|---|

| Material | GR Posting Date | Material Doc PO Number | Deliv.Note | GR Quantity | Unit Price | / | Price Unit | Net Price |
|---|---|---|---|---|---|---|---|---|
| VB63AFW32X/*S | 7/30/1999 | 50063544 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 8/2/1999 | 50064127 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 8/2/1999 | 50064126 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 8/2/1999 | 50064108 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 8/3/1999 | 50064496 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 8/3/1999 | 50064499 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 8/3/1999 | 50064650 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 8/3/1999 | 50064360 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 8/3/1999 | 50064424 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 8/3/1999 | 50064425 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 8/3/1999 | 50064298 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 8/3/1999 | 50064297 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 8/3/1999 | 50064708 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 8/4/1999 | 50064788 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 8/4/1999 | 50064777 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 8/4/1999 | 50065130 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 8/4/1999 | 50064578 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 8/5/1999 | 50065435 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 8/5/1999 | 50065434 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 8/5/1999 | 50065433 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 8/5/1999 | 50065436 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 8/5/1999 | 50065127 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 8/5/1999 | 50065126 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 8/6/1999 | 50065319 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 8/6/1999 | 50065751 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 8/6/1999 | 50065828 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 8/9/1999 | 50066014 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 8/9/1999 | 50066015 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 8/11/1999 | 50067110 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 8/11/1999 | 50066979 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 8/11/1999 | 50067111 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 8/11/1999 | 50066969 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 8/11/1999 | 50067114 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 8/12/1999 | 50067179 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 8/12/1999 | 50067409 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 8/13/1999 | 50067471 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 8/13/1999 | 50067477 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 8/13/1999 | 50067626 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 8/13/1999 | 50067636 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 8/13/1999 | 50067637 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 8/13/1999 | 50067639 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 8/16/1999 | 50068102 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 8/17/1999 | 50068143 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 8/17/1999 | 50068140 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 8/17/1999 | 50068144 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 8/17/1999 | 50068142 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 8/17/1999 | 50068150 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 8/17/1999 | 50068109 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 8/17/1999 | 50068117 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 8/17/1999 | 50068149 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 8/17/1999 | 50068119 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 8/18/1999 | 50068173 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 8/18/1999 | 50068491 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |

Program: ZRRP0138    Sharp Electronics Corporation    Page: 8
Date: 11/21/2012    Six Month Parts by Supplier Re    Client: 100

| Material | GR Posting Date | Material Doc PO Number | Deliv.Note | GR Quantity | Unit Price | / | Price Unit | Net Price |
|---|---|---|---|---|---|---|---|---|
| VB63AFW32X/*S | 8/18/1999 | 50068440 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 8/19/1999 | 50068921 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 8/19/1999 | 50068728 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 8/19/1999 | 50068725 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 8/20/1999 | 50069913 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 8/20/1999 | 50069912 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 8/20/1999 | 50069911 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 8/20/1999 | 50068959 T95294 | | -96 | 98,000.00 | / | 1,000 | -9,408.00 |
| VB63AFW32X/*S | 8/20/1999 | 50069072 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 8/23/1999 | 50069953 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 8/25/1999 | 50071488 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 8/25/1999 | 50071337 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 8/25/1999 | 50071489 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 8/25/1999 | 50071239 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 8/25/1999 | 50071238 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 8/26/1999 | 50071650 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 8/26/1999 | 50071609 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 8/26/1999 | 50071620 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 8/26/1999 | 50072094 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 8/26/1999 | 50071608 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 8/26/1999 | 50071622 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 8/27/1999 | 50071927 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 8/27/1999 | 50071926 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 8/27/1999 | 50072199 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 8/27/1999 | 50072198 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 8/31/1999 | 50073116 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 8/31/1999 | 50072878 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 8/31/1999 | 50072883 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 8/31/1999 | 50073112 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 8/31/1999 | 50073115 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 8/31/1999 | 50072875 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 9/1/1999 | 50073098 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 9/1/1999 | 50073415 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 9/1/1999 | 50073407 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 9/1/1999 | 50073406 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 9/1/1999 | 50073342 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 9/2/1999 | 50073926 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 9/2/1999 | 50073927 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 9/2/1999 | 50073367 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 9/2/1999 | 50073934 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 9/3/1999 | 50074052 T95294 | | -48 | 98,000.00 | / | 1,000 | -4,704.00 |
| VB63AFW32X/*S | 9/8/1999 | 50074840 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 9/8/1999 | 50074713 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 9/8/1999 | 50074712 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |

| Material | GR Posting Date | Material Dc PO Number | Deliv.Note | GR Quantity | Unit Price | / | Price Unit | Net Price |
|---|---|---|---|---|---|---|---|---|
| VB63AFW32X/*S | 9/8/1999 | 50074829 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 9/8/1999 | 50074819 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 9/8/1999 | 50074826 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 9/8/1999 | 50074711 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 9/9/1999 | 50075738 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 9/9/1999 | 50075737 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 9/9/1999 | 50075899 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 9/9/1999 | 50075735 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 9/9/1999 | 50075734 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |

Program: ZRPP0138   Sharp Electronics Corporation   Page: 9
Date: 11/21/2012   Six Month Parts by Supplier Re   Client: 100

| Material | GR Posting Date | Material Dc PO Number | Deliv.Note | GR Quantity | Unit Price | / | Price Unit | Net Price |
|---|---|---|---|---|---|---|---|---|
| VB63AFW32X/*S | 9/9/1999 | 50075736 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 9/9/1999 | 50075733 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 9/10/1999 | 50076134 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 9/10/1999 | 50076135 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 9/10/1999 | 50076136 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 9/10/1999 | 50076138 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 9/10/1999 | 50076153 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 9/10/1999 | 50076340 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 9/10/1999 | 50076137 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 9/13/1999 | 50076385 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 9/13/1999 | 50076388 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 9/13/1999 | 50077058 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 9/13/1999 | 50076386 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 9/14/1999 | 50077310 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 9/14/1999 | 50077366 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 9/14/1999 | 50077388 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 9/15/1999 | 50077512 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 9/15/1999 | 50077514 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 9/20/1999 | 50078868 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 9/20/1999 | 50078878 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 9/20/1999 | 50078879 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 9/20/1999 | 50078883 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 9/20/1999 | 50078884 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 9/20/1999 | 50079160 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 9/20/1999 | 50078865 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 9/21/1999 | 50079527 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 9/21/1999 | 50079203 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 9/21/1999 | 50079528 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 9/22/1999 | 50079835 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 9/22/1999 | 50079625 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 9/23/1999 | 50080074 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 9/24/1999 | 50080561 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 9/27/1999 | 50081158 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 9/28/1999 | 50081609 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 9/28/1999 | 50081722 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 9/28/1999 | 50081731 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 9/28/1999 | 50081415 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 9/28/1999 | 50081436 T95294 | | -48 | 98,000.00 | / | 1,000 | -4,704.00 |
| VB63AFW32X/*S | 9/28/1999 | 50081595 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 9/29/1999 | 50081767 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 9/29/1999 | 50081768 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 9/29/1999 | 50081769 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 9/29/1999 | 50082049 T95294 | | -24 | 98,000.00 | / | 1,000 | -2,352.00 |
| VB63AFW32X/*S | 9/29/1999 | 50082161 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 9/30/1999 | 50082171 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 9/30/1999 | 50082170 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 9/30/1999 | 50082327 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 10/4/1999 | 50082973 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 10/4/1999 | 50082974 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 10/4/1999 | 50083028 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 10/5/1999 | 50083091 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 10/5/1999 | 50083093 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 10/6/1999 | 50083464 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |

Program: ZRPP0138   Sharp Electronics Corporation   Page: 10
Date: 11/21/2012   Six Month Parts by Supplier Re   Client: 100

| Material | GR Posting Date | Material Dc PO Number | Deliv.Note | GR Quantity | Unit Price | / | Price Unit | Net Price |
|---|---|---|---|---|---|---|---|---|
| VB63AFW32X/*S | 10/6/1999 | 50083463 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 10/6/1999 | 50083462 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 10/6/1999 | 50083465 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 10/6/1999 | 50083466 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 10/8/1999 | 50084034 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 10/8/1999 | 50084035 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 10/8/1999 | 50084036 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 10/8/1999 | 50084037 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 10/8/1999 | 50084128 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 10/11/1999 | 50084812 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 10/11/1999 | 50084552 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 10/11/1999 | 50084551 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 10/11/1999 | 50084553 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 10/11/1999 | 50084554 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 10/12/1999 | 50085808 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 10/12/1999 | 50085807 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 10/13/1999 | 50085949 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 10/13/1999 | 50085947 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 10/13/1999 | 50085948 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 10/13/1999 | 50086215 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 10/13/1999 | 50086214 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 10/13/1999 | 50086126 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 10/14/1999 | 50086521 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 10/14/1999 | 50086443 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 10/14/1999 | 50086361 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 10/14/1999 | 50086360 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 10/15/1999 | 50086529 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 10/15/1999 | 50087096 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 10/15/1999 | 50086576 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 10/15/1999 | 50086570 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 10/15/1999 | 50086528 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |

July 1999 - Dec 31 1999

| Material | GR Posting Date | Material Dc | PO Number | Deliv.Note | GR Quantity | Unit Price | / | Price Unit | Net Price |
|---|---|---|---|---|---|---|---|---|---|
| VB63AFW32X/*S | 10/18/1999 | 50087439 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 10/18/1999 | 50087432 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 10/18/1999 | 50087866 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 10/18/1999 | 50087431 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 10/18/1999 | 50087430 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 10/18/1999 | 50087861 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 10/18/1999 | 50087862 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 10/18/1999 | 50087867 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 10/19/1999 | 50088134 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 10/19/1999 | 50088136 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 10/19/1999 | 50088222 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 10/19/1999 | 50088135 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 10/19/1999 | 50088389 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 10/19/1999 | 50088420 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 10/19/1999 | 50088425 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 10/19/1999 | 50088132 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 10/19/1999 | 50088133 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 10/20/1999 | 50088493 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 10/21/1999 | 50089403 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 10/21/1999 | 50089406 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 10/21/1999 | 50089404 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 10/22/1999 | 50090014 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |

Program: ZRPP0138      Sharp Electronics Corporation      Page:   11
Date: 11/21/2012      Six Month Parts by Supplier Re      Client: 100

| Material | GR Posting Date | Material Dc | PO Number | Deliv.Note | GR Quantity | Unit Price | / | Price Unit | Net Price |
|---|---|---|---|---|---|---|---|---|---|
| VB63AFW32X/*S | 10/22/1999 | 50089953 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 10/25/1999 | 50090187 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 10/25/1999 | 50090181 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 10/25/1999 | 50090186 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 10/25/1999 | 50090183 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 10/25/1999 | 50090182 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 10/25/1999 | 50090185 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 10/25/1999 | 50090184 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 10/26/1999 | 50090719 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 10/26/1999 | 50090716 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 10/26/1999 | 50090683 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 10/26/1999 | 50090436 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 10/27/1999 | 50091044 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 10/27/1999 | 50091071 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 10/27/1999 | 50091435 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 10/28/1999 | 50091836 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 10/29/1999 | 50092133 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 11/1/1999 | 50092386 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 11/1/1999 | 50092387 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 11/1/1999 | 50092384 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 11/1/1999 | 50092591 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 11/1/1999 | 50092301 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 11/1/1999 | 50092383 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 11/1/1999 | 50092173 | T95294 | | -64 | 98,000.00 | / | 1,000 | -6,272.00 |
| VB63AFW32X/*S | 11/1/1999 | 50092385 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 11/2/1999 | 50093597 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 11/2/1999 | 50092615 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 11/2/1999 | 50092614 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 11/3/1999 | 50093825 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 11/3/1999 | 50094073 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 11/3/1999 | 50094072 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 11/3/1999 | 50094006 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 11/4/1999 | 50094181 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 11/5/1999 | 50094466 | T95294 | | -30 | 98,000.00 | / | 1,000 | -2,940.00 |
| VB63AFW32X/*S | 11/5/1999 | 50094468 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 11/5/1999 | 50094469 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 11/5/1999 | 50094816 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 11/5/1999 | 50094817 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 11/5/1999 | 50094870 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 11/8/1999 | 50095131 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 11/8/1999 | 50095128 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 11/8/1999 | 50095127 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 11/8/1999 | 50095125 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 11/8/1999 | 50095124 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 11/8/1999 | 50095123 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 11/8/1999 | 50095122 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 11/8/1999 | 50095121 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 11/9/1999 | 50095488 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 11/9/1999 | 50095645 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 11/9/1999 | 50095600 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 11/9/1999 | 50095449 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 11/10/1999 | 50096059 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 11/10/1999 | 50096058 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |

Program: ZRPP0138      Sharp Electronics Corporation      Page:   12
Date: 11/21/2012      Six Month Parts by Supplier Re      Client: 100

| Material | GR Posting Date | Material Dc | PO Number | Deliv.Note | GR Quantity | Unit Price | / | Price Unit | Net Price |
|---|---|---|---|---|---|---|---|---|---|
| VB63AFW32X/*S | 11/11/1999 | 50096772 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 11/12/1999 | 50097088 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 11/12/1999 | 50097089 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 11/12/1999 | 50097323 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 11/12/1999 | 50097403 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 11/15/1999 | 50097510 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 11/16/1999 | 50097930 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 11/16/1999 | 50097919 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 11/16/1999 | 50097931 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 11/16/1999 | 50097918 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 11/18/1999 | 50098571 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 11/18/1999 | 50098570 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 11/18/1999 | 50098489 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 11/18/1999 | 50098488 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 11/19/1999 | 50098942 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 11/19/1999 | 50098865 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 11/19/1999 | 50098864 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 11/19/1999 | 50098863 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |

| Material | GR Posting Date | Material Dc PO Number | Deliv.Note | GR Quantity | Unit Price | / | Price Unit | Net Price |
|---|---|---|---|---|---|---|---|---|
| VB63AFW32X/*S | 11/19/1999 | 50098862 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 11/19/1999 | 50098861 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 11/22/1999 | 50099187 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 11/22/1999 | 50099186 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 11/22/1999 | 50099168 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 11/22/1999 | 50099169 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 11/23/1999 | 50099580 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 11/23/1999 | 50099349 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 11/23/1999 | 50100295 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 11/23/1999 | 50100297 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 11/24/1999 | 50100610 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 11/24/1999 | 50100474 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 11/24/1999 | 50100369 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 11/24/1999 | 50100368 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 11/24/1999 | 50100390 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 11/29/1999 | 50100688 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 11/29/1999 | 50101066 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 11/29/1999 | 50101067 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 11/30/1999 | 50101214 T95294 | | -120 | 98,000.00 | / | 1,000 | -11,760.00 |
| VB63AFW32X/*S | 11/30/1999 | 50101403 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 11/30/1999 | 50101149 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 12/2/1999 | 50101906 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 12/2/1999 | 50101936 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 12/2/1999 | 50102068 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 12/3/1999 | 50103059 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 12/3/1999 | 50103058 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 12/6/1999 | 50103292 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 12/6/1999 | 50103197 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 12/6/1999 | 50103199 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 12/6/1999 | 50103291 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 12/6/1999 | 50103195 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 12/6/1999 | 50103192 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 12/6/1999 | 50103290 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 12/7/1999 | 50103532 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 12/7/1999 | 50103823 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |

Program: ZRPP0138    Sharp Electronics Corporation    Page: 13
Date: 11/21/2012    Six Month Parts by Supplier Re    Client: 100

| Material | GR Posting Date | Material Dc PO Number | Deliv.Note | GR Quantity | Unit Price | / | Price Unit | Net Price |
|---|---|---|---|---|---|---|---|---|
| VB63AFW32X/*S | 12/7/1999 | 50103699 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 12/7/1999 | 50103657 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 12/7/1999 | 50103650 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 12/7/1999 | 50103533 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 12/8/1999 | 50103860 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 12/8/1999 | 50104042 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 12/8/1999 | 50104034 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 12/8/1999 | 50104033 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 12/8/1999 | 50103912 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 12/8/1999 | 50103862 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 12/9/1999 | 50104426 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 12/9/1999 | 50104427 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 12/9/1999 | 50104087 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 12/10/1999 | 50104841 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 12/10/1999 | 50104969 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 12/13/1999 | 50105043 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 12/13/1999 | 50105044 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 12/14/1999 | 50105530 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 12/14/1999 | 50105459 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 12/14/1999 | 50105713 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 12/14/1999 | 50105531 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 12/14/1999 | 50105715 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 12/14/1999 | 50105457 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 12/14/1999 | 50105458 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 12/14/1999 | 50105714 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 12/15/1999 | 50105820 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 12/15/1999 | 50105821 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 12/15/1999 | 50105822 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 12/16/1999 | 50106185 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 12/16/1999 | 50106175 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 12/16/1999 | 50106076 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 12/16/1999 | 50106075 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 12/16/1999 | 50106074 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 12/16/1999 | 50106072 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 12/20/1999 | 50107199 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 12/20/1999 | 50107252 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 12/20/1999 | 50107256 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 12/20/1999 | 50107196 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 12/20/1999 | 50107242 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 12/20/1999 | 50107240 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 12/20/1999 | 50107241 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 12/21/1999 | 50107456 T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| Vendor : P01 | | | | | Total Price | | 31,705,156.00 | |

Vendor :  R01

| Material | GR Posting Date | Material Dc PO Number | Deliv.Note | GR Quantity | Unit Price | / | Price Unit | Net Price |
|---|---|---|---|---|---|---|---|---|
| VB68ADT2503*S | 7/7/1999 | 50055542 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 7/8/1999 | 50056253 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 7/8/1999 | 50056273 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 7/8/1999 | 50056258 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 7/8/1999 | 50056270 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 7/8/1999 | 50056257 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 7/8/1999 | 50056272 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 7/8/1999 | 50056274 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |

Program: ZRPP0138    Sharp Electronics Corporation    Page: 14
Date: 11/21/2012    Six Month Parts by Supplier Re    Client: 100

| Material | GR Posting Date | Material Dc PO Number | Deliv.Note | GR Quantity | Unit Price | / | Price Unit | Net Price |
|---|---|---|---|---|---|---|---|---|
| VB68ADT2503*S | 7/9/1999 | 50056461 T95289 | | 704 | 133,000.00 | | | 93,632.00 |
| VB68ADT2503*S | 7/9/1999 | 50056460 T95289 | | 704 | 133,000.00 | | | 93,632.00 |
| VB68ADT2503*S | 7/9/1999 | 50056545 T95289 | | 704 | 133,000.00 | | | 93,632.00 |
| VB68ADT2503*S | 7/9/1999 | 50056563 T95289 | | 704 | 133,000.00 | | | 93,632.00 |
| VB68ADT2503*S | 7/12/1999 | 50056768 T95289 | | 704 | 133,000.00 | | | 93,632.00 |

| Material | GR Posting Date | Material Do | PO Number | Deliv.Note | GR Quantity | Unit Price | / | Price Unit | Net Price |
|---|---|---|---|---|---|---|---|---|---|
| VB68ADT2503*S | 7/12/1999 | 50056769 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 7/13/1999 | 50057022 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 7/13/1999 | 50057476 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 7/13/1999 | 50057025 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 7/15/1999 | 50058156 | T95289 | | -48 | 133,000.00 | / | 1,000 | -6,384.00 |
| VB68ADT2503*S | 7/22/1999 | 50060609 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 7/22/1999 | 50060920 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 7/23/1999 | 50061158 | T95289 | | -4 | 133,000.00 | / | 1,000 | -532 |
| VB68ADT2503*S | 7/26/1999 | 50061577 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 7/26/1999 | 50061570 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 7/26/1999 | 50061424 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 7/26/1999 | 50061862 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 7/26/1999 | 50061863 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 7/26/1999 | 50061864 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 7/26/1999 | 50061422 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 7/27/1999 | 50061891 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 7/27/1999 | 50062353 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 7/27/1999 | 50062279 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 7/27/1999 | 50062134 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 7/27/1999 | 50062133 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 7/27/1999 | 50061892 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 7/28/1999 | 50062853 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 7/29/1999 | 50063145 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 7/29/1999 | 50062991 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 7/29/1999 | 50063431 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 7/29/1999 | 50062990 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 7/29/1999 | 50062789 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 7/29/1999 | 50062788 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 7/29/1999 | 50062992 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 7/30/1999 | 50063541 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 8/2/1999 | 50064120 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 8/2/1999 | 50064121 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 8/2/1999 | 50064286 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 8/2/1999 | 50064284 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 8/2/1999 | 50064123 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 8/2/1999 | 50064122 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 8/5/1999 | 50065437 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 8/6/1999 | 50065785 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 8/6/1999 | 50065784 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 8/6/1999 | 50065749 | T95289 | | -22 | 133,000.00 | / | 1,000 | -2,926.00 |
| VB68ADT2503*S | 8/9/1999 | 50066182 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 8/9/1999 | 50066111 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 8/9/1999 | 50066012 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 8/9/1999 | 50066013 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 8/9/1999 | 50066039 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 8/10/1999 | 50066315 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 8/10/1999 | 50066561 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 8/11/1999 | 50066854 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |

Program: ZRPP0138                        Sharp Electronics Corporation                Page:      15
Date: 11/21/2012                         Six Month Parts by Supplier Re               Client: 100

| Material | GR Posting Date | Material Dc | PO Number | Deliv.Note | GR Quantity | Unit Price | / | Price Unit | Net Price |
|---|---|---|---|---|---|---|---|---|---|
| VB68ADT2503*S | 8/11/1999 | 50067009 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 8/11/1999 | 50067080 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 8/11/1999 | 50066803 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 8/11/1999 | 50067008 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 8/11/1999 | 50066875 | T95289 | | -5 | 133,000.00 | / | 1,000 | -665 |
| VB68ADT2503*S | 8/11/1999 | 50067007 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 8/11/1999 | 50066978 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 8/11/1999 | 50066976 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 8/12/1999 | 50067175 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 8/12/1999 | 50067174 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 8/12/1999 | 50067137 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 8/12/1999 | 50067441 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 8/13/1999 | 50067490 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 8/13/1999 | 50067638 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 8/16/1999 | 50068100 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 8/17/1999 | 50068118 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 8/17/1999 | 50068145 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 8/17/1999 | 50068207 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 8/17/1999 | 50068148 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 8/19/1999 | 50068731 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 8/19/1999 | 50068732 | T95289 | | -30 | 133,000.00 | / | 1,000 | -3,990.00 |
| VB68ADT2503*S | 8/20/1999 | 50069811 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 8/20/1999 | 50069915 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 8/20/1999 | 50069914 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 8/20/1999 | 50069723 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 8/20/1999 | 50069810 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 8/20/1999 | 50069725 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 8/23/1999 | 50070631 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 8/24/1999 | 50070796 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 8/24/1999 | 50071141 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 8/24/1999 | 50071140 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 8/25/1999 | 50071237 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 8/25/1999 | 50071236 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 8/25/1999 | 50071580 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 8/27/1999 | 50072130 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 8/30/1999 | 50072542 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 8/30/1999 | 50072752 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 8/30/1999 | 50072669 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 8/30/1999 | 50072544 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 8/30/1999 | 50072543 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 8/31/1999 | 50072768 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 9/1/1999 | 50073400 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 9/2/1999 | 50073915 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 9/3/1999 | 50074047 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 9/3/1999 | 50074053 | T95289 | | -28 | 133,000.00 | / | 1,000 | -3,724.00 |
| VB68ADT2503*S | 9/3/1999 | 50074046 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 9/7/1999 | 50074257 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 9/7/1999 | 50074256 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 9/7/1999 | 50074258 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 9/7/1999 | 50074642 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |

| Material | GR Posting Date | Material Dc PO Number | Deliv.Note | GR Quantity | Unit Price | / | Price Unit | Net Price |
|---|---|---|---|---|---|---|---|---|
| VB68ADT2503*S | 9/7/1999 | 50074467 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 9/7/1999 | 50074255 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 9/8/1999 | 50074843 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |

Program: ZRPP0138　　　　Sharp Electronics Corporation　　　　Page:　16
Date: 11/21/2012　　　　Six Month Parts by Supplier Re　　　　Client: 100

| Material | GR Posting Date | Material Dc PO Number | Deliv.Note | GR Quantity | Unit Price | / | Price Unit | Net Price |
|---|---|---|---|---|---|---|---|---|
| VB68ADT2503*S | 9/8/1999 | 50074771 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 9/8/1999 | 50074743 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 9/8/1999 | 50074744 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 9/9/1999 | 50075004 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 9/9/1999 | 50075644 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 9/9/1999 | 50075645 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 9/9/1999 | 50075898 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 9/9/1999 | 50075936 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 9/9/1999 | 50075937 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 9/10/1999 | 50076132 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 9/10/1999 | 50076014 T95289 | | -26 | 133,000.00 | / | 1,000 | -3,458.00 |
| VB68ADT2503*S | 9/10/1999 | 50076267 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 9/13/1999 | 50076383 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 9/13/1999 | 50077059 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 9/13/1999 | 50076384 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 9/13/1999 | 50076382 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 9/16/1999 | 50076381 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 9/16/1999 | 50078037 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 9/16/1999 | 50077727 T95289 | | -10 | 133,000.00 | / | 1,000 | -1,330.00 |
| VB68ADT2503*S | 9/20/1999 | 50078889 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 9/20/1999 | 50079151 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 9/20/1999 | 50079156 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 9/20/1999 | 50078902 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 9/20/1999 | 50078901 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 9/20/1999 | 50078900 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 9/20/1999 | 50078887 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 9/20/1999 | 50078885 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 9/20/1999 | 50078888 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 9/20/1999 | 50079150 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 9/20/1999 | 50078834 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 9/21/1999 | 50079205 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 9/21/1999 | 50079204 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 9/21/1999 | 50079426 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 9/22/1999 | 50079629 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 9/22/1999 | 50079626 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 9/22/1999 | 50079833 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 9/22/1999 | 50079834 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 9/22/1999 | 50079832 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 9/23/1999 | 50080259 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 9/23/1999 | 50080073 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 9/23/1999 | 50080072 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 9/27/1999 | 50081157 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 9/27/1999 | 50081156 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 9/27/1999 | 50081155 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 9/27/1999 | 50081154 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 9/27/1999 | 50081152 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 9/27/1999 | 50081218 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 9/27/1999 | 50081153 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 9/27/1999 | 50081291 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 9/27/1999 | 50081297 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 9/27/1999 | 50081217 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 9/28/1999 | 50081388 T95289 | | -63 | 133,000.00 | / | 1,000 | -8,379.00 |

Program: ZRPP0138　　　　Sharp Electronics Corporation　　　　Page:　17
Date: 11/21/2012　　　　Six Month Parts by Supplier Re　　　　Client: 100

| Material | GR Posting Date | Material Dc PO Number | Deliv.Note | GR Quantity | Unit Price | / | Price Unit | Net Price |
|---|---|---|---|---|---|---|---|---|
| VB68ADT2503*S | 9/28/1999 | 50081411 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 9/28/1999 | 50081730 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 9/30/1999 | 50082172 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 10/4/1999 | 50083083 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 10/4/1999 | 50083085 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 10/4/1999 | 50083087 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 10/4/1999 | 50082793 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 10/4/1999 | 50082794 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 10/4/1999 | 50082972 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 10/4/1999 | 50082995 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 10/4/1999 | 50083101 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 10/4/1999 | 50083104 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 10/6/1999 | 50083457 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 10/6/1999 | 50083455 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 10/7/1999 | 50083917 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 10/7/1999 | 50083919 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 10/7/1999 | 50083938 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 10/8/1999 | 50083970 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 10/8/1999 | 50084248 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 10/8/1999 | 50084221 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 10/8/1999 | 50084033 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 10/8/1999 | 50084031 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 10/11/1999 | 50084758 T95289 | | -60 | 133,000.00 | / | 1,000 | -7,980.00 |
| VB68ADT2503*S | 10/11/1999 | 50084309 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 10/11/1999 | 50084550 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 10/11/1999 | 50084307 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 10/11/1999 | 50084308 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 10/15/1999 | 50087068 T95289 | | -41 | 133,000.00 | / | 1,000 | -5,453.00 |
| VB68ADT2503*S | 10/18/1999 | 50088078 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 10/18/1999 | 50088077 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 10/18/1999 | 50087893 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 10/21/1999 | 50089402 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 10/21/1999 | 50089401 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 10/21/1999 | 50089853 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 10/21/1999 | 50089851 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 10/21/1999 | 50089662 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 10/22/1999 | 50089950 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |

| Material | GR Posting Date | Material Dc PO Number | Deliv.Note | GR Quantity | Unit Price | / | Price Unit | Net Price |
|---|---|---|---|---|---|---|---|---|
| VB68ADT2503*S | 10/22/1999 | 50089919 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 10/26/1999 | 50090684 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 10/26/1999 | 50090715 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 10/26/1999 | 50090548 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 10/26/1999 | 50090512 T95289 | | -12 | 133,000.00 | / | 1,000 | -1,596.00 |
| VB68ADT2503*S | 10/27/1999 | 50091434 T95289 | | 37,616.00 | 133,000.00 | / | 1,000 | 5,002,928.00 |
| VB68ADT2503*S | 10/27/1999 | 50091431 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 10/27/1999 | 50091043 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 10/27/1999 | 50091107 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 10/28/1999 | 50091754 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 10/28/1999 | 50091837 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 10/28/1999 | 50091835 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 10/28/1999 | 50091750 T95289 | | ######## | 133,000.00 | / | 1,000 | -5,002,928.00 |
| VB68ADT2503*S | 10/29/1999 | 50091753 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 10/29/1999 | 50092004 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 10/29/1999 | 50092003 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |

Program: ZRPP0138                    Sharp Electronics Corporation                    Page:       18
Date: 11/21/2012                     Six Month Parts by Supplier Re                   Client: 100

| Material | GR Posting Date | Material Dc PO Number | Deliv.Note | GR Quantity | Unit Price | / | Price Unit | Net Price |
|---|---|---|---|---|---|---|---|---|
| VB68ADT2503*S | 10/29/1999 | 50092001 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 10/30/1999 | 50092264 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 11/2/1999 | 50093646 T95289 | | -15 | 133,000.00 | / | 1,000 | -1,995.00 |
| VB68ADT2503*S | 11/8/1999 | 50095275 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 11/8/1999 | 50095168 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 11/8/1999 | 50095167 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 11/8/1999 | 50095196 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 11/8/1999 | 50095274 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 11/10/1999 | 50096060 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 11/11/1999 | 50096822 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 11/12/1999 | 50097172 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 11/12/1999 | 50097171 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 11/15/1999 | 50097505 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 11/15/1999 | 50097504 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 11/15/1999 | 50097558 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 11/15/1999 | 50097507 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 11/15/1999 | 50097506 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 11/16/1999 | 50097915 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 11/16/1999 | 50097914 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 11/16/1999 | 50097912 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 11/16/1999 | 50097911 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 11/17/1999 | 50098203 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 11/17/1999 | 50098201 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 11/18/1999 | 50098422 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 11/18/1999 | 50098423 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 11/22/1999 | 50099167 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 11/23/1999 | 50100298 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 11/23/1999 | 50099960 T95289 | | -18 | 133,000.00 | / | 1,000 | -2,394.00 |
| VB68ADT2503*S | 11/24/1999 | 50100363 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 11/24/1999 | 50100364 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 11/24/1999 | 50100497 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 11/24/1999 | 50100617 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 11/24/1999 | 50100611 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 11/24/1999 | 50100499 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 11/24/1999 | 50100498 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 11/29/1999 | 50100976 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 12/1/1999 | 50101884 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 12/1/1999 | 50101883 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 12/1/1999 | 50101764 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 12/2/1999 | 50102066 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 12/2/1999 | 50102079 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 12/3/1999 | 50102206 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 12/6/1999 | 50103169 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 12/6/1999 | 50103114 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 12/6/1999 | 50103187 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 12/6/1999 | 50103186 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 12/6/1999 | 50103188 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 12/6/1999 | 50103185 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 12/8/1999 | 50104043 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 12/8/1999 | 50103832 T95289 | | -29 | 133,000.00 | / | 1,000 | -3,857.00 |
| VB68ADT2503*S | 12/10/1999 | 50104737 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 12/13/1999 | 50105108 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 12/13/1999 | 50105100 T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |

Program: ZRPP0138                    Sharp Electronics Corporation                    Page:       19
Date: 11/21/2012                     Six Month Parts by Supplier Re                   Client: 100

| Material | GR Posting Date | Material Dc PO Number | Deliv.Note | GR Quantity | Unit Price | / | Price Unit | Net Price |
|---|---|---|---|---|---|---|---|---|
| VB68ADT2506*S | 7/7/1999 | 50055541 T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2506*S | 7/7/1999 | 50055543 T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2506*S | 7/13/1999 | 50057526 T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2506*S | 7/15/1999 | 50058157 T95290 | | -15 | 133,000.00 | / | 1,000 | -1,995.00 |
| VB68ADT2506*S | 7/16/1999 | 50058681 T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2506*S | 7/19/1999 | 50059006 T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2506*S | 7/19/1999 | 50058835 T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2506*S | 7/19/1999 | 50058837 T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2506*S | 7/22/1999 | 50061065 T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2506*S | 7/22/1999 | 50060607 T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2506*S | 7/23/1999 | 50061047 T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2506*S | 7/23/1999 | 50061380 T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2506*S | 7/23/1999 | 50061159 T95290 | | -1 | 133,000.00 | / | 1,000 | -133 |
| VB68ADT2506*S | 7/26/1999 | 50061423 T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2506*S | 7/26/1999 | 50061425 T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2506*S | 8/2/1999 | 50064285 T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2506*S | 8/3/1999 | 50064296 T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2506*S | 8/3/1999 | 50064423 T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2506*S | 8/3/1999 | 50064634 T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2506*S | 8/3/1999 | 50064295 T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2506*S | 8/6/1999 | 50065750 T95290 | | -17 | 133,000.00 | / | 1,000 | -2,261.00 |
| VB68ADT2506*S | 8/18/1999 | 50068683 T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2506*S | 8/19/1999 | 50068733 T95290 | | -1 | 133,000.00 | / | 1,000 | -133 |
| VB68ADT2506*S | 8/19/1999 | 50068922 T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |

| Material | GR Posting Date | Material Dc PO Number | Deliv.Note | GR Quantity | Unit Price | / | Price Unit | Net Price |
|---|---|---|---|---|---|---|---|---|
| VB68ADT2506*S | 8/23/1999 | 50070632 T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2506*S | 8/23/1999 | 50070630 T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2506*S | 9/1/1999 | 50073404 T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2506*S | 9/1/1999 | 50073349 T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2506*S | 9/3/1999 | 50074043 T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2506*S | 9/3/1999 | 50074045 T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2506*S | 9/3/1999 | 50074054 T95290 | | -4 | 133,000.00 | / | 1,000 | -532 |
| VB68ADT2506*S | 9/7/1999 | 50074254 T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2506*S | 9/7/1999 | 50074645 T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2506*S | 9/7/1999 | 50074253 T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2506*S | 9/9/1999 | 50075645 T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2506*S | 9/10/1999 | 50076015 T95290 | | -7 | 133,000.00 | / | 1,000 | -931 |
| VB68ADT2506*S | 9/28/1999 | 50081389 T95290 | | -7 | 133,000.00 | / | 1,000 | -931 |
| VB68ADT2506*S | 10/4/1999 | 50083105 T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2506*S | 10/4/1999 | 50083103 T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2506*S | 10/6/1999 | 50083454 T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2506*S | 10/6/1999 | 50083467 T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2506*S | 10/6/1999 | 50083456 T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2506*S | 10/8/1999 | 50084127 T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2506*S | 10/8/1999 | 50084030 T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2506*S | 10/8/1999 | 50084032 T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2506*S | 10/11/1999 | 50084759 T95290 | | -7 | 133,000.00 | / | 1,000 | -931 |
| VB68ADT2506*S | 10/18/1999 | 50087960 T95290 | | -23 | 133,000.00 | / | 1,000 | -3,059.00 |
| VB68ADT2506*S | 11/2/1999 | 50093647 T95290 | | -1 | 133,000.00 | / | 1,000 | -133 |
| VB68ADT2506*S | 11/8/1999 | 50095144 T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2506*S | 11/8/1999 | 50095132 T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2506*S | 11/8/1999 | 50095146 T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2506*S | 11/8/1999 | 50095197 T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2506*S | 11/8/1999 | 50095189 T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |

Program: ZRPP0138    Sharp Electronics Corporation    Page:   20
Date: 11/21/2012    Six Month Parts by Supplier Re    Client: 100

| Material | GR Posting Date | Material Dc PO Number | Deliv.Note | GR Quantity | Unit Price | / | Price Unit | Net Price |
|---|---|---|---|---|---|---|---|---|
| VB68ADT2506*S | 11/8/1999 | 50095134 T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2506*S | 11/8/1999 | 50095147 T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2506*S | 11/9/1999 | 50095647 T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2506*S | 11/10/1999 | 50095798 T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2506*S | 11/10/1999 | 50096065 T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2506*S | 11/11/1999 | 50096742 T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2506*S | 11/23/1999 | 50099961 T95290 | | -22 | 133,000.00 | / | 1,000 | -2,926.00 |
| VB68ADT2506*S | 12/3/1999 | 50102233 T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2506*S | 12/3/1999 | 50102232 T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2506*S | 12/6/1999 | 50103166 T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2506*S | 12/6/1999 | 50103183 T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2506*S | 12/6/1999 | 50103181 T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2506*S | 12/6/1999 | 50103168 T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2506*S | 12/6/1999 | 50103182 T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2506*S | 12/6/1999 | 50103165 T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2506*S | 12/6/1999 | 50103525 T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2506*S | 12/6/1999 | 50103180 T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2506*S | 12/7/1999 | 50103658 T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2506*S | 12/7/1999 | 50103535 T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2506*S | 12/8/1999 | 50103833 T95290 | | -8 | 133,000.00 | / | 1,000 | -1,064.00 |
| VB68ADT2506*S | 12/15/1999 | 50105905 T95290 | | -704 | 133,000.00 | / | 1,000 | -93,632.00 |
| VB68ADT2506*S | 12/15/1999 | 50105878 T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT25893S | 7/7/1999 | 50055458 4500007618 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT25893S | 7/15/1999 | 50058158 4500007618 | | -1 | 133,000.00 | / | 1,000 | -133 |
| VB68ADT25893S | 7/29/1999 | 50063432 4500007618 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT25893S | 8/26/1999 | 50071606 4500007618 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT25893S | 9/1/1999 | 50073097 4500007618 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT25893S | 9/10/1999 | 50076016 4500007618 | | -3 | 133,000.00 | / | 1,000 | -399 |
| VB68ADT25893S | 9/23/1999 | 50080249 4500007618 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT25893S | 10/4/1999 | 50083051 4500007618 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT25893S | 10/25/1999 | 50090210 4500007618 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT25893S | 11/1/1999 | 50092388 4500007618 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT25893S | 12/9/1999 | 50104526 4500007618 | | -1 | 133,000.00 | / | 1,000 | -133 |
| VB68ADT25893S | 12/20/1999 | 50107253 4500007618 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB90AFX1513*S | 7/9/1999 | 50056464 T95291 | | 264 | 443,000.00 | / | 1,000 | 116,952.00 |
| VB90AFX1513*S | 7/9/1999 | 50056463 T95291 | | 264 | 443,000.00 | / | 1,000 | 116,952.00 |
| VB90AFX1513*S | 7/13/1999 | 50057024 T95291 | | 264 | 443,000.00 | / | 1,000 | 116,952.00 |
| VB90AFX1513*S | 7/13/1999 | 50057023 T95291 | | 264 | 443,000.00 | / | 1,000 | 116,952.00 |
| VB90AFX1513*S | 7/14/1999 | 50057938 T95291 | | 264 | 443,000.00 | / | 1,000 | 116,952.00 |
| VB90AFX1513*S | 7/15/1999 | 50058187 T95291 | | 264 | 443,000.00 | / | 1,000 | 116,952.00 |
| VB90AFX1513*S | 7/16/1999 | 50058448 T95291 | | 264 | 443,000.00 | / | 1,000 | 116,952.00 |
| VB90AFX1513*S | 7/19/1999 | 50058836 T95291 | | 264 | 443,000.00 | / | 1,000 | 116,952.00 |
| VB90AFX1513*S | 7/20/1999 | 50059038 T95291 | | 264 | 443,000.00 | / | 1,000 | 116,952.00 |
| VB90AFX1513*S | 7/21/1999 | 50060478 T95291 | | 264 | 443,000.00 | / | 1,000 | 116,952.00 |
| VB90AFX1513*S | 7/22/1999 | 50060608 T95291 | | 264 | 443,000.00 | / | 1,000 | 116,952.00 |
| VB90AFX1513*S | 7/23/1999 | 50061046 T95291 | | 264 | 443,000.00 | / | 1,000 | 116,952.00 |
| VB90AFX1513*S | 7/27/1999 | 50062130 T95291 | | -6 | 443,000.00 | / | 1,000 | -2,658.00 |
| VB90AFX1513*S | 8/11/1999 | 50066874 T95291 | | -7 | 443,000.00 | / | 1,000 | -3,101.00 |
| VB90AFX1513*S | 8/31/1999 | 50072872 T95291 | | 264 | 443,000.00 | / | 1,000 | 116,952.00 |
| VB90AFX1513*S | 8/31/1999 | 50072921 T95291 | | 264 | 443,000.00 | / | 1,000 | 116,952.00 |
| VB90AFX1513*S | 9/2/1999 | 50073916 T95291 | | 264 | 443,000.00 | / | 1,000 | 116,952.00 |
| VB90AFX1513*S | 9/7/1999 | 50074252 T95291 | | 264 | 443,000.00 | / | 1,000 | 116,952.00 |
| VB90AFX1513*S | 9/7/1999 | 50074644 T95291 | | 264 | 443,000.00 | / | 1,000 | 116,952.00 |

Program: ZRPP0138    Sharp Electronics Corporation    Page:   21
Date: 11/21/2012    Six Month Parts by Supplier Re    Client: 100

| Material | GR Posting Date | Material Dc PO Number | Deliv.Note | GR Quantity | Unit Price | / | Price Unit | Net Price |
|---|---|---|---|---|---|---|---|---|
| VB90AFX1513*S | 9/10/1999 | 50076131 T95291 | | 264 | 443,000.00 | / | 1,000 | 116,952.00 |
| VB90AFX1513*S | 9/10/1999 | 50076133 T95291 | | 156 | 443,000.00 | / | 1,000 | 69,108.00 |
| VB90AFX1513*S | 9/16/1999 | 50077728 T95291 | | -7 | 443,000.00 | / | 1,000 | -3,101.00 |
| VB90AFX1513*S | 10/26/1999 | 50090517 T95291 | | -6 | 443,000.00 | / | 1,000 | -2,658.00 |
| Vendor :   R01 | | | | | Total Price | | | 32,616,401.00 |
| | | | | | | | | |
| VB48KRD89X/3E | 10/22/1999 | 50090013 4500022199 | | 96 | 61,500.00 | / | 1,000 | 5,904.00 |
| Vendor :   S24 | | | | | Total Price | | | 5,904.00 |

Vendor :   T02

July 1999 - Dec 31 1999

| Material | GR Posting Date | Material Dc | PO Number | Deliv.Note | GR Quantity | Unit Price | / | Price Unit | Net Price |
|---|---|---|---|---|---|---|---|---|---|
| VB90AHH5001*S | 8/17/1999 | 50068147 | 4500018346 | | 32 | 423 | / | 1 | 13,536.00 |
| VB90AHH5006*S | 7/8/1999 | 50056147 | T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 7/12/1999 | 50056805 | T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 7/12/1999 | 50056767 | T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 8/2/1999 | 50063890 | T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 8/4/1999 | 50064576 | T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 8/5/1999 | 50065125 | T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 8/16/1999 | 50067780 | T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 8/17/1999 | 50068146 | T95286 | | 256 | 409,000.00 | / | 1,000 | 104,704.00 |
| VB90AHH5006*S | 8/17/1999 | 50068151 | T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 8/30/1999 | 50072553 | T95286 | | -6 | 409,000.00 | / | 1,000 | -2,454.00 |
| VB90AHH5006*S | 9/28/1999 | 50081412 | T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 9/29/1999 | 50081964 | T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 9/30/1999 | 50082076 | T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 9/30/1999 | 50082323 | T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 9/30/1999 | 50082324 | T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 10/18/1999 | 50088011 | T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 10/18/1999 | 50087894 | T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 10/20/1999 | 50088625 | T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 10/21/1999 | 50088719 | T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 10/27/1999 | 50091070 | T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 11/2/1999 | 50092613 | T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 11/5/1999 | 50094815 | T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 11/9/1999 | 50095367 | T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 11/10/1999 | 50095829 | T95286 | | -24 | 409,000.00 | / | 1,000 | -9,816.00 |
| VB90AHH5006*S | 11/11/1999 | 50096095 | T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 11/11/1999 | 50096096 | T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 11/17/1999 | 50098181 | T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 11/18/1999 | 50098421 | T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 11/19/1999 | 50098855 | T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 11/29/1999 | 50100962 | T95286 | | -13 | 409,000.00 | / | 1,000 | -5,317.00 |
| VB90AHH5006*S | 11/30/1999 | 50101382 | T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 12/1/1999 | 50101763 | T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 12/3/1999 | 50102231 | T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 12/6/1999 | 50103190 | T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 12/7/1999 | 50103700 | T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 12/8/1999 | 50103848 | T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 12/9/1999 | 50104565 | T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 12/10/1999 | 50104774 | T95286 | | -13 | 409,000.00 | / | 1,000 | -5,317.00 |
| VB90AHH5006*S | 12/13/1999 | 50105042 | T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 12/13/1999 | 50105041 | T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |

Vendor :   T02                                                                                         Total Price                          4,218,056.00

Program: ZRPP0138                      Sharp Electronics Corporation                      Page:      22
Date: 11/21/2012                       Six Month Parts by Supplier Re                     Client: 100

| Material | GR Posting Date | Material Dc | PO Number | Deliv.Note | GR Quantity | Unit Price | / | Price Unit | Net Price |
|---|---|---|---|---|---|---|---|---|---|

No of Records found :          1,045

Program: ZRPP0138                    Sharp Electronics Corporation                    Page:     1
Date: 11/21/2012                     Six Month Parts by Supplier Re                   Client: 100

Selection Options Chosen
    Vendor              H01
    Vendor              M14
    Vendor              P01
    Vendor              R01
    Vendor              T02
    Vendor              S24
    Plant               SM01
    GR Posting Date     01/01/2000 - 06/30/2000

Program: ZRPP0138                    Sharp Electronics Corporation                    Page:     2
Date: 11/21/2012                     Six Month Parts by Supplier Re                   Client: 100

| Material | GR Posting Date | Material Doc. | PO Number | Deliv.Note | GR Quantity | Unit Price | / | Price Unit | |
|---|---|---|---|---|---|---|---|---|---|
| Vendor : | H01 | | | | | | | | |
| RCILH0108MEZZ | 4/27/2000 | 5000031684 | 4500037773 | | 50 | 15.2 | / | 1 | 760 |
| VB80LJF3015*S | 1/4/2000 | 5000000124 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 1/11/2000 | 5000001163 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 1/11/2000 | 5000001237 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 1/12/2000 | 5000001809 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 1/12/2000 | 5000001926 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 1/12/2000 | 5000001924 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 1/12/2000 | 5000001769 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 1/13/2000 | 5000002018 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 1/13/2000 | 5000002339 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 1/13/2000 | 5000002412 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 1/14/2000 | 5000002641 | T95287 | | 488 | 242,500.00 | / | 1,000 | 118,340.00 |
| VB80LJF3015*S | 1/14/2000 | 5000002642 | T95287 | | 488 | 242,500.00 | / | 1,000 | 118,340.00 |
| VB80LJF3015*S | 1/18/2000 | 5000003526 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 1/25/2000 | 5000005480 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 1/26/2000 | 5000005595 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 1/26/2000 | 5000005596 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 1/27/2000 | 5000005817 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 1/27/2000 | 5000005816 | T95287 | | 488 | 242,500.00 | / | 1,000 | 118,340.00 |
| VB80LJF3015*S | 1/27/2000 | 5000005818 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 1/28/2000 | 5000006335 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 1/31/2000 | 5000006436 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 1/31/2000 | 5000006437 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 2/1/2000 | 5000006906 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 2/1/2000 | 5000006876 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 2/2/2000 | 5000007017 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 2/2/2000 | 5000007091 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 2/2/2000 | 5000007107 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 2/2/2000 | 5000007158 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 2/3/2000 | 5000007224 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 2/3/2000 | 5000008412 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 2/3/2000 | 5000008148 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 2/3/2000 | 5000007226 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 2/3/2000 | 5000007225 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 2/4/2000 | 5000008655 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 2/4/2000 | 5000008659 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 2/4/2000 | 5000008656 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 2/7/2000 | 5000009131 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 2/7/2000 | 5000008900 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 2/7/2000 | 5000009130 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 2/8/2000 | 5000009251 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 2/8/2000 | 5000009431 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 2/8/2000 | 5000009229 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 2/8/2000 | 5000009267 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 2/8/2000 | 5000009268 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 2/8/2000 | 5000009269 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 2/8/2000 | 5000009430 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 2/11/2000 | 5000010280 | T95287 | | -32 | 242,500.00 | / | 1,000 | -7,760.00 |
| VB80LJF3015*S | 2/16/2000 | 5000011723 | T95287 | | -448 | 242,500.00 | / | 1,000 | -108,640.00 |
| VB80LJF3015*S | 2/17/2000 | 5000012010 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 2/17/2000 | 5000012144 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |

Program: ZRPP0138                    Sharp Electronics Corporation                    Page:     3
Date: 11/21/2012                     Six Month Parts by Supplier Re                   Client: 100

| Material | GR Posting Date | Material Doc. | PO Number | Deliv.Note | GR Quantity | Unit Price | / | Price Unit | |
|---|---|---|---|---|---|---|---|---|---|
| VB80LJF3015*S | 2/18/2000 | 5000012196 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 2/18/2000 | 5000012304 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 2/22/2000 | 5000012542 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 2/22/2000 | 5000012548 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 2/23/2000 | 5000012856 | T95287 | | -40 | 242,500.00 | / | 1,000 | -9,700.00 |
| VB80LJF3015*S | 2/23/2000 | 5000012855 | T95287 | | -40 | 242,500.00 | / | 1,000 | -9,700.00 |
| VB80LJF3015*S | 2/25/2000 | 5000013528 | T95287 | | -16 | 242,500.00 | / | 1,000 | -3,880.00 |
| VB80LJF3015*S | 2/25/2000 | 5000013527 | T95287 | | -30 | 242,500.00 | / | 1,000 | -7,275.00 |
| VB80LJF3015*S | 3/2/2000 | 5000015426 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 3/2/2000 | 5000015168 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 3/2/2000 | 5000015202 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 3/2/2000 | 5000015209 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 3/2/2000 | 5000015223 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 3/2/2000 | 5000015222 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 3/6/2000 | 5000016592 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 3/6/2000 | 5000016596 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 3/7/2000 | 5000017054 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 3/7/2000 | 5000017053 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 3/7/2000 | 5000016959 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |

| Material | GR Posting Date | Material Doc. | PO Number | Deliv.Note | GR Quantity | Unit Price | | / Price Unit | |
|---|---|---|---|---|---|---|---|---|---|
| VB80LJF3015*S | 3/9/2000 | 5000017450 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 3/9/2000 | 5000017457 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 3/9/2000 | 5000017456 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 3/9/2000 | 5000017717 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 3/9/2000 | 5000017606 | T95287 | | -8 | 242,500.00 | / | 1,000 | -1,940.00 |
| VB80LJF3015*S | 3/10/2000 | 5000018328 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 3/13/2000 | 5000018740 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 3/13/2000 | 5000018583 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 3/14/2000 | 5000018805 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 3/15/2000 | 5000019396 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 3/16/2000 | 5000019459 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 3/29/2000 | 5000023504 | T95287 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3015*S | 4/7/2000 | 5000026554 | T95287 | | -26 | 242,500.00 | / | 1,000 | -6,305.00 |
| VB80LJF3016*S | 2/16/2000 | 5000011624 | T95288 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3016*S | 3/9/2000 | 5000017591 | T95288 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| VB80LJF3016*S | 3/24/2000 | 5000022356 | T95288 | | 448 | 242,500.00 | / | 1,000 | 108,640.00 |
| Vendor : | H01 | | | | | | Total Price | | 8,239,940.00 |
| | | | | | | | | | |
| Vendor : | P01 | | | | | | | | |
| VB63AFW32X/*S | 1/10/2000 | 5000000880 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 1/10/2000 | 5000000879 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 1/10/2000 | 5000000889 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 1/10/2000 | 5000000910 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 1/10/2000 | 5000000878 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 1/10/2000 | 5000000871 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 1/10/2000 | 5000000877 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 1/10/2000 | 5000000882 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 1/10/2000 | 5000000887 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 1/10/2000 | 5000000886 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 1/10/2000 | 5000000885 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 1/11/2000 | 5000001584 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 1/11/2000 | 5000001364 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 1/11/2000 | 5000001363 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 1/11/2000 | 5000001362 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |

Program: ZRPP0138          Sharp Electronics Corporation          Page:     4
Date: 11/21/2012          Six Month Parts by Supplier Re          Client: 100

| Material | GR Posting Date | Material Doc. | PO Number | Deliv.Note | GR Quantity | Unit Price | | / Price Unit | |
|---|---|---|---|---|---|---|---|---|---|
| VB63AFW32X/*S | 1/11/2000 | 5000001361 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 1/12/2000 | 5000001951 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 1/12/2000 | 5000001780 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 1/12/2000 | 5000001999 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 1/13/2000 | 5000002417 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 1/13/2000 | 5000002422 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 1/14/2000 | 5000002522 | T95294 | | -80 | 98,000.00 | / | 1,000 | -7,840.00 |
| VB63AFW32X/*S | 1/18/2000 | 5000003498 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 1/18/2000 | 5000003524 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 1/18/2000 | 5000003522 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 1/18/2000 | 5000003499 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 1/18/2000 | 5000003520 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 1/19/2000 | 5000004078 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 1/19/2000 | 5000004093 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 1/20/2000 | 5000004430 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 1/20/2000 | 5000004212 | T95294 | | -44 | 98,000.00 | / | 1,000 | -4,312.00 |
| VB63AFW32X/*S | 1/20/2000 | 5000004359 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 1/20/2000 | 5000004355 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 1/21/2000 | 5000004913 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 1/21/2000 | 5000004751 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 1/21/2000 | 5000004750 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 1/24/2000 | 5000005017 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 1/24/2000 | 5000005018 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 1/24/2000 | 5000005019 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 1/24/2000 | 5000005016 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 1/24/2000 | 5000005014 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 1/24/2000 | 5000005015 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 1/24/2000 | 5000005191 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 1/25/2000 | 5000005444 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 1/25/2000 | 5000005349 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 1/25/2000 | 5000005481 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 1/25/2000 | 5000005260 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 1/26/2000 | 5000005586 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 1/26/2000 | 5000005597 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 1/26/2000 | 5000005587 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 1/27/2000 | 5000005815 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 1/27/2000 | 5000005821 | T95294 | | -32 | 98,000.00 | / | 1,000 | -3,136.00 |
| VB63AFW32X/*S | 1/31/2000 | 5000006435 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 1/31/2000 | 5000006434 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 2/1/2000 | 5000006873 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 2/2/2000 | 5000007161 | T95294 | | -16 | 98,000.00 | / | 1,000 | -1,568.00 |
| VB63AFW32X/*S | 2/2/2000 | 5000007015 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 2/2/2000 | 5000007016 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 2/3/2000 | 5000008370 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 2/4/2000 | 5000008653 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 2/4/2000 | 5000008702 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 2/4/2000 | 5000008746 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 2/7/2000 | 5000008903 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 2/7/2000 | 5000008901 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 2/8/2000 | 5000009217 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 2/9/2000 | 5000009691 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 2/9/2000 | 5000009692 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 2/10/2000 | 5000010142 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |

Program: ZRPP0138          Sharp Electronics Corporation          Page:     5
Date: 11/21/2012          Six Month Parts by Supplier Re          Client: 100

| Material | GR Posting Date | Material Doc. | PO Number | Deliv.Note | GR Quantity | Unit Price | | / Price Unit | |
|---|---|---|---|---|---|---|---|---|---|
| VB63AFW32X/*S | 2/10/2000 | 5000010171 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |

| Material | Date | Material Doc. | PO Number | Deliv.Note | GR Quantity | Unit Price | | Price Unit | |
|---|---|---|---|---|---|---|---|---|---|
| VB63AFW32X/*S | 2/11/2000 | 5000010259 | T95294 | | -30 | 98,000.00 | / | 1,000 | -2,940.00 |
| VB63AFW32X/*S | 2/16/2000 | 5000011712 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 2/16/2000 | 5000011711 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 2/17/2000 | 5000012011 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 2/17/2000 | 5000012142 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 2/18/2000 | 5000012261 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 2/18/2000 | 5000012186 | T95294 | | -16 | 98,000.00 | / | 1,000 | -1,568.00 |
| VB63AFW32X/*S | 2/18/2000 | 5000012303 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 2/21/2000 | 5000012391 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 2/21/2000 | 5000012392 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 2/24/2000 | 5000013144 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 2/24/2000 | 5000013436 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 2/24/2000 | 5000013437 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 2/24/2000 | 5000013146 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 2/24/2000 | 5000013147 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 2/24/2000 | 5000013261 | T95294 | | -39 | 98,000.00 | / | 1,000 | -3,822.00 |
| VB63AFW32X/*S | 2/24/2000 | 5000013145 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 2/24/2000 | 5000013422 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 2/25/2000 | 5000013564 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 2/25/2000 | 5000013427 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 2/25/2000 | 5000013428 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 2/26/2000 | 5000013694 | T95294 | | -800 | 98,000.00 | / | 1,000 | -78,400.00 |
| VB63AFW32X/*S | 3/2/2000 | 5000015292 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 3/2/2000 | 5000015277 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 3/2/2000 | 5000015276 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 3/2/2000 | 5000015299 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 3/2/2000 | 5000015421 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 3/2/2000 | 5000015378 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 3/2/2000 | 5000015427 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 3/2/2000 | 5000015295 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 3/2/2000 | 5000015296 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 3/2/2000 | 5000015275 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 3/2/2000 | 5000015274 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 3/2/2000 | 5000015302 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 3/2/2000 | 5000015294 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 3/3/2000 | 5000015447 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 3/3/2000 | 5000015448 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 3/3/2000 | 5000016182 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 3/3/2000 | 5000015433 | T95294 | | -28 | 98,000.00 | / | 1,000 | -2,744.00 |
| VB63AFW32X/*S | 3/3/2000 | 5000016183 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 3/6/2000 | 5000016593 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 3/6/2000 | 5000016316 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 3/6/2000 | 5000016291 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 3/7/2000 | 5000016982 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 3/8/2000 | 5000017325 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 3/9/2000 | 5000017722 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 3/9/2000 | 5000017447 | T95294 | | -32 | 98,000.00 | / | 1,000 | -3,136.00 |
| VB63AFW32X/*S | 3/9/2000 | 5000017718 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 3/9/2000 | 5000017502 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 3/10/2000 | 5000018325 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 3/13/2000 | 5000018584 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 3/13/2000 | 5000018585 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |

Program: ZRPP0138          Sharp Electronics Corporation          Page:     6
Date: 11/21/2012          Six Month Parts by Supplier Re          Client: 100

| Material | GR Posting Date | Material Doc. | PO Number | Deliv.Note | GR Quantity | Unit Price | | Price Unit | |
|---|---|---|---|---|---|---|---|---|---|
| VB63AFW32X/*S | 3/14/2000 | 5000018804 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 3/14/2000 | 5000018942 | T95294 | ######## | | 98,000.00 | / | 1,000 | -1,148,854.00 |
| VB63AFW32X/*S | 3/14/2000 | 5000018941 | T95294 | 11,723.00 | | 98,000.00 | / | 1,000 | 1,148,854.00 |
| VB63AFW32X/*S | 3/14/2000 | 5000018998 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 3/14/2000 | 5000019019 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 3/15/2000 | 5000019145 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 3/16/2000 | 5000019457 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 3/20/2000 | 5000020096 | T95294 | | -32 | 98,000.00 | / | 1,000 | -3,136.00 |
| VB63AFW32X/*S | 3/20/2000 | 5000020393 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 3/20/2000 | 5000020392 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 3/21/2000 | 5000020658 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 3/21/2000 | 5000020657 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 3/22/2000 | 5000020847 | T95294 | | 688 | 98,000.00 | / | 1,000 | 67,424.00 |
| VB63AFW32X/*S | 3/22/2000 | 5000021552 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 3/22/2000 | 5000021748 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 3/23/2000 | 5000021819 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 3/24/2000 | 5000022256 | T95294 | | -48 | 98,000.00 | / | 1,000 | -4,704.00 |
| VB63AFW32X/*S | 3/24/2000 | 5000022266 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 3/28/2000 | 5000023353 | T95294 | | 1,515.00 | 98,000.00 | / | 1,000 | 148,470.00 |
| VB63AFW32X/*S | 3/28/2000 | 5000023354 | T95294 | | -1,515.00 | 98,000.00 | / | 1,000 | -148,470.00 |
| VB63AFW32X/*S | 3/28/2000 | 5000023355 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 3/29/2000 | 5000023502 | 4500037329 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 3/29/2000 | 5000023503 | 4500037329 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 3/30/2000 | 5000023961 | 4500037329 | | -16 | 98,000.00 | / | 1,000 | -1,568.00 |
| VB63AFW32X/*S | 3/31/2000 | 5000025140 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 3/31/2000 | 5000025068 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 3/31/2000 | 5000024456 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 4/3/2000 | 5000025187 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 4/3/2000 | 5000025186 | T95294 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 4/4/2000 | 5000025449 | 4500037329 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 4/4/2000 | 5000025536 | 4500037329 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 4/5/2000 | 5000025668 | 4500037329 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 4/5/2000 | 5000025801 | 4500037329 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 4/6/2000 | 5000026114 | 4500037329 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 4/6/2000 | 5000026196 | 4500037329 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 4/7/2000 | 5000026552 | 4500037329 | | -30 | 98,000.00 | / | 1,000 | -2,940.00 |
| VB63AFW32X/*S | 4/7/2000 | 5000026376 | 4500037329 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 4/7/2000 | 5000026377 | 4500037329 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 4/10/2000 | 5000026579 | 4500037329 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 4/11/2000 | 5000027540 | 4500037329 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 4/11/2000 | 5000026976 | 4500037329 | | 688 | 98,000.00 | / | 1,000 | 67,424.00 |

| Material | GR Posting Date | Material Doc. | PO Number | Deliv.Note | GR Quantity | Unit Price | / | Price Unit | |
|---|---|---|---|---|---|---|---|---|---|
| VB63AFW32X/*S | 4/11/2000 | 5000026939 | 4500037329 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 4/12/2000 | 5000027734 | 4500037329 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 4/13/2000 | 5000027985 | 4500037329 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 4/13/2000 | 5000027983 | 4500037329 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 4/14/2000 | 5000028400 | 4500037329 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 4/14/2000 | 5000028375 | 4500037329 | | -14 | 98,000.00 | / | 1,000 | -1,372.00 |
| VB63AFW32X/*S | 4/17/2000 | 5000028694 | 4500037329 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 4/17/2000 | 5000028715 | 4500037329 | | 752 | 98,000.00 | / | 1,000 | 73,696.00 |
| VB63AFW32X/*S | 4/17/2000 | 5000028719 | 4500037329 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 4/17/2000 | 5000028721 | 4500037329 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 4/18/2000 | 5000029004 | 4500037329 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 4/18/2000 | 5000028963 | 4500037329 | | 752 | 98,000.00 | / | 1,000 | 73,696.00 |

Program: ZRPP0138    Sharp Electronics Corporation    Page:    7
Date: 11/21/2012    Six Month Parts by Supplier Re    Client: 100

| Material | GR Posting Date | Material Doc. | PO Number | Deliv.Note | GR Quantity | Unit Price | / | Price Unit | |
|---|---|---|---|---|---|---|---|---|---|
| VB63AFW32X/*S | 4/18/2000 | 5000028966 | 4500037329 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 4/18/2000 | 5000029205 | 4500037329 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 4/18/2000 | 5000029192 | 4500037329 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 4/18/2000 | 5000029062 | 4500037329 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 4/18/2000 | 5000029003 | 4500037329 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 4/19/2000 | 5000029213 | 4500037329 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 4/19/2000 | 5000029416 | 4500037329 | | -23 | 98,000.00 | / | 1,000 | -2,254.00 |
| VB63AFW32X/*S | 4/19/2000 | 5000029373 | 4500037329 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 4/24/2000 | 5000029944 | 4500037329 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 4/25/2000 | 5000030129 | 4500037329 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 4/26/2000 | 5000030526 | 4500037329 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 4/26/2000 | 5000030525 | 4500037329 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 4/27/2000 | 5000031712 | 4500037329 | | -28 | 98,000.00 | / | 1,000 | -2,744.00 |
| VB63AFW32X/*S | 5/12/2000 | 5000035538 | 4500037329 | | -2 | 98,000.00 | / | 1,000 | -196 |
| VB63AFW32X/*S | 5/18/2000 | 5000036954 | 4500037329 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 5/18/2000 | 5000036953 | 4500037329 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 5/18/2000 | 5000037399 | 4500037329 | | -1 | 98,000.00 | / | 1,000 | -98 |
| VB63AFW32X/*S | 5/19/2000 | 5000037733 | 4500037329 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 5/19/2000 | 5000037545 | 4500037329 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 5/19/2000 | 5000037544 | 4500037329 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 5/22/2000 | 5000037880 | 4500037329 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 5/23/2000 | 5000038174 | 4500037329 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 5/23/2000 | 5000038172 | 4500037329 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 5/23/2000 | 5000038173 | 4500037329 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 5/23/2000 | 5000038304 | 4500037329 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 5/30/2000 | 5000039492 | 4500037329 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 5/30/2000 | 5000039493 | 4500037329 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 5/31/2000 | 5000040520 | 4500037329 | | -16 | 98,000.00 | / | 1,000 | -1,568.00 |
| VB63AFW32X/*S | 5/31/2000 | 5000040529 | 4500037329 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 5/31/2000 | 5000040053 | 4500037329 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 6/1/2000 | 5000040730 | 4500037329 | | 496 | 98,000.00 | / | 1,000 | 48,608.00 |
| VB63AFW32X/*S | 6/5/2000 | 5000041253 | 4500037329 | | 496 | 98,000.00 | / | 1,000 | 48,608.00 |
| VB63AFW32X/*S | 6/8/2000 | 5000042512 | 4500037329 | | 800 | 98,000.00 | / | 1,000 | 78,400.00 |
| VB63AFW32X/*S | 6/9/2000 | 5000042801 | 4500037329 | | -16 | 98,000.00 | / | 1,000 | -1,568.00 |
| VB63AFW32X/*S | 6/16/2000 | 5000044643 | 4500037329 | | -18 | 98,000.00 | / | 1,000 | -1,764.00 |
| VB63AFW36031E | 2/14/2000 | 5000010767 | 4500034612 | | 112 | 104,350.00 | / | 1,000 | 11,687.20 |
| VB63AFW36031E | 3/22/2000 | 5000020848 | 4500036521 | | 112 | 104,350.00 | / | 1,000 | 11,687.20 |
| VB63AFW36031E | 3/24/2000 | 5000022257 | 4500034612 | | -8 | 104,350.00 | / | 1,000 | -834.8 |
| VB63AFW36031E | 4/5/2000 | 5000025802 | 4500036521 | | 8 | 104,350.00 | / | 1,000 | 834.8 |
| VB63AFW36031E | 4/11/2000 | 5000026977 | 4500035112 | | 112 | 104,350.00 | / | 1,000 | 11,687.20 |
| VB63AFW36031E | 4/14/2000 | 5000028376 | 4500034612 | | -12 | 104,350.00 | / | 1,000 | -1,252.20 |
| VB63AFW36031E | 4/18/2000 | 5000028965 | 4500035112 | | 48 | 104,350.00 | / | 1,000 | 5,008.80 |
| VB63AFW36031E | 4/19/2000 | 5000029417 | 4500034612 | | -1 | 104,350.00 | / | 1,000 | -104.35 |
| VB63AFW36031E | 4/28/2000 | 5000032191 | 4500035112 | | 760 | 104,350.00 | / | 1,000 | 79,306.00 |
| VB63AFW36031E | 5/1/2000 | 5000032406 | 4500035112 | | 760 | 104,350.00 | / | 1,000 | 79,306.00 |
| VB63AFW36031E | 5/1/2000 | 5000032381 | 4500035112 | | 760 | 104,350.00 | / | 1,000 | 79,306.00 |
| VB63AFW36031E | 5/2/2000 | 5000032468 | 4500035112 | | 760 | 104,350.00 | / | 1,000 | 79,306.00 |
| VB63AFW36031E | 5/2/2000 | 5000032469 | 4500035112 | | 760 | 104,350.00 | / | 1,000 | 79,306.00 |
| VB63AFW36031E | 5/2/2000 | 5000032467 | 4500035112 | | 760 | 104,350.00 | / | 1,000 | 79,306.00 |
| VB63AFW36031E | 5/2/2000 | 5000032576 | 4500035112 | | 760 | 104,350.00 | / | 1,000 | 79,306.00 |
| VB63AFW36031E | 5/2/2000 | 5000032574 | 4500035112 | | 760 | 104,350.00 | / | 1,000 | 79,306.00 |
| VB63AFW36031E | 5/3/2000 | 5000032677 | 4500035112 | | 760 | 104,350.00 | / | 1,000 | 79,306.00 |
| VB63AFW36031E | 5/3/2000 | 5000032678 | 4500035112 | | 760 | 104,350.00 | / | 1,000 | 79,306.00 |

Program: ZRPP0138    Sharp Electronics Corporation    Page:    8
Date: 11/21/2012    Six Month Parts by Supplier Re    Client: 100

| Material | GR Posting Date | Material Doc. | PO Number | Deliv.Note | GR Quantity | Unit Price | / | Price Unit | |
|---|---|---|---|---|---|---|---|---|---|
| VB63AFW36031E | 5/4/2000 | 5000033144 | 4500035112 | | 760 | 104,350.00 | / | 1,000 | 79,306.00 |
| VB63AFW36031E | 5/5/2000 | 5000033416 | 4500035112 | | 760 | 104,350.00 | / | 1,000 | 79,306.00 |
| VB63AFW36031E | 5/5/2000 | 5000033400 | 4500035112 | | 760 | 104,350.00 | / | 1,000 | 79,306.00 |
| VB63AFW36031E | 5/5/2000 | 5000033469 | 4500035112 | | -4 | 104,350.00 | / | 1,000 | -417.4 |
| VB63AFW36031E | 5/5/2000 | 5000033417 | 4500035112 | | 760 | 104,350.00 | / | 1,000 | 79,306.00 |
| VB63AFW36031E | 5/5/2000 | 5000033493 | 4500035112 | | 760 | 104,350.00 | / | 1,000 | 79,306.00 |
| VB63AFW36031E | 5/8/2000 | 5000033579 | 4500035112 | | 760 | 104,350.00 | / | 1,000 | 79,306.00 |
| VB63AFW36031E | 5/8/2000 | 5000033590 | 4500035112 | | 760 | 104,350.00 | / | 1,000 | 79,306.00 |
| VB63AFW36031E | 5/8/2000 | 5000033591 | 4500035112 | | 760 | 104,350.00 | / | 1,000 | 79,306.00 |
| VB63AFW36031E | 5/8/2000 | 5000033578 | 4500035112 | | 760 | 104,350.00 | / | 1,000 | 79,306.00 |
| VB63AFW36031E | 5/10/2000 | 5000034107 | 4500035112 | | 760 | 104,350.00 | / | 1,000 | 79,306.00 |
| VB63AFW36031E | 5/10/2000 | 5000034104 | 4500035112 | | 760 | 104,350.00 | / | 1,000 | 79,306.00 |
| VB63AFW36031E | 5/11/2000 | 5000034557 | 4500035112 | | 760 | 104,350.00 | / | 1,000 | 79,306.00 |
| VB63AFW36031E | 5/11/2000 | 5000034556 | 4500035112 | | 760 | 104,350.00 | / | 1,000 | 79,306.00 |
| VB63AFW36031E | 5/12/2000 | 5000035531 | 4500035112 | | -16 | 104,350.00 | / | 1,000 | -1,669.60 |
| VB63AFW36031E | 5/15/2000 | 5000035896 | 4500035112 | | 760 | 104,350.00 | / | 1,000 | 79,306.00 |
| VB63AFW36031E | 5/15/2000 | 5000035897 | 4500035112 | | 760 | 104,350.00 | / | 1,000 | 79,306.00 |
| VB63AFW36031E | 5/15/2000 | 5000035895 | 4500035112 | | 760 | 104,350.00 | / | 1,000 | 79,306.00 |
| VB63AFW36031E | 5/16/2000 | 5000036380 | 4500035112 | | 760 | 104,350.00 | / | 1,000 | 79,306.00 |
| VB63AFW36031E | 5/16/2000 | 5000036286 | 4500035112 | | 760 | 104,350.00 | / | 1,000 | 79,306.00 |
| VB63AFW36031E | 5/17/2000 | 5000036771 | 4500035112 | | 760 | 104,350.00 | / | 1,000 | 79,306.00 |
| VB63AFW36031E | 5/18/2000 | 5000036947 | 4500035112 | | 760 | 104,350.00 | / | 1,000 | 79,306.00 |
| VB63AFW36031E | 5/18/2000 | 5000037398 | 4500035112 | | -25 | 104,350.00 | / | 1,000 | -2,608.75 |

| Material | | GR Posting Date | Material Doc. | PO Number | Deliv.Note | GR Quantity | Unit Price | / Price Unit | |
|---|---|---|---|---|---|---|---|---|---|
| VB63AFW36031E | | 5/19/2000 | 5000037543 | 4500035112 | | 760 | 104,350.00 | / 1,000 | 79,306.00 |
| VB63AFW36031E | | 5/25/2000 | 5000038792 | 4500035112 | | -16 | 104,350.00 | / 1,000 | -1,669.60 |
| VB63AFW36031E | | 6/1/2000 | 5000040731 | 4500035112 | | 304 | 104,350.00 | / 1,000 | 31,722.40 |
| VB63AFW36031E | | 6/2/2000 | 5000040843 | 4500035112 | | 760 | 104,350.00 | / 1,000 | 79,306.00 |
| VB63AFW36031E | | 6/2/2000 | 5000040841 | 4500035112 | | 760 | 104,350.00 | / 1,000 | 79,306.00 |
| VB63AFW36031E | | 6/2/2000 | 5000041191 | 4500035112 | | 760 | 104,350.00 | / 1,000 | 79,306.00 |
| VB63AFW36031E | | 6/5/2000 | 5000041752 | 4500035112 | | 760 | 104,350.00 | / 1,000 | 79,306.00 |
| VB63AFW36031E | | 6/5/2000 | 5000041630 | 4500035112 | | 760 | 104,350.00 | / 1,000 | 79,306.00 |
| VB63AFW36031E | | 6/5/2000 | 5000041363 | 4500035112 | | 760 | 104,350.00 | / 1,000 | 79,306.00 |
| VB63AFW36031E | | 6/5/2000 | 5000041252 | 4500035112 | | 760 | 104,350.00 | / 1,000 | 79,306.00 |
| VB63AFW36031E | | 6/7/2000 | 5000042212 | 4500035112 | | 760 | 104,350.00 | / 1,000 | 79,306.00 |
| VB63AFW36031E | | 6/7/2000 | 5000042211 | 4500035112 | | 760 | 104,350.00 | / 1,000 | 79,306.00 |
| VB63AFW36031E | | 6/7/2000 | 5000042152 | 4500035112 | | 760 | 104,350.00 | / 1,000 | 79,306.00 |
| VB63AFW36031E | | 6/7/2000 | 5000042153 | 4500035112 | | 760 | 104,350.00 | / 1,000 | 79,306.00 |
| VB63AFW36031E | | 6/8/2000 | 5000042487 | 4500035112 | | 760 | 104,350.00 | / 1,000 | 79,306.00 |
| VB63AFW36031E | | 6/8/2000 | 5000042672 | 4500035112 | | 760 | 104,350.00 | / 1,000 | 79,306.00 |
| VB63AFW36031E | | 6/9/2000 | 5000042802 | 4500035112 | | -7 | 104,350.00 | / 1,000 | -730.45 |
| VB63AFW36031E | | 6/16/2000 | 5000044644 | 4500035112 | | -8 | 104,350.00 | / 1,000 | -834.8 |
| VB63AFW36X/*S | | 6/16/2000 | 5000044727 | 4500044004 | | 800 | 98,000.00 | / 1,000 | 78,400.00 |
| VB63AFW36X/*S | | 6/16/2000 | 5000044821 | 4500044004 | | 800 | 98,000.00 | / 1,000 | 78,400.00 |
| VB63AFW36X/*S | | 6/16/2000 | 5000044714 | 4500044004 | | 800 | 98,000.00 | / 1,000 | 78,400.00 |
| VB63AFW36X/*S | | 6/19/2000 | 5000044967 | 4500044004 | | 800 | 98,000.00 | / 1,000 | 78,400.00 |
| VB63AFW36X/*S | | 6/19/2000 | 5000044963 | 4500044004 | | 800 | 98,000.00 | / 1,000 | 78,400.00 |
| VB63AFW36X/*S | | 6/20/2000 | 5000045138 | 4500044004 | | 800 | 98,000.00 | / 1,000 | 78,400.00 |
| VB63AFW36X/*S | | 6/20/2000 | 5000045139 | 4500044004 | | 800 | 98,000.00 | / 1,000 | 78,400.00 |
| VB63AFW36X/*S | | 6/21/2000 | 5000045637 | 4500044004 | | 800 | 98,000.00 | / 1,000 | 78,400.00 |
| VB63AFW36X/*S | | 6/21/2000 | 5000045630 | 4500044004 | | 800 | 98,000.00 | / 1,000 | 78,400.00 |
| VB63AFW36X/*S | | 6/22/2000 | 5000045955 | 4500044004 | | 800 | 98,000.00 | / 1,000 | 78,400.00 |
| VB63AFW36X/*S | | 6/22/2000 | 5000046183 | 4500044004 | | 800 | 98,000.00 | / 1,000 | 78,400.00 |
| VB68AJB82071E | | 4/17/2000 | 5000028716 | 4500037327 | | 48 | 129,000.00 | / 1,000 | 6,192.00 |

Program: ZRPP0138       Sharp Electronics Corporation       Page:       9
Date: 11/21/2012       Six Month Parts by Supplier Re       Client: 100

| Material | | GR Posting Date | Material Doc. | PO Number | Deliv.Note | GR Quantity | Unit Price | / Price Unit | |
|---|---|---|---|---|---|---|---|---|---|
| VB68AJB82071E | | 5/15/2000 | 5000035894 | 4500037327 | | 640 | 129,000.00 | / 1,000 | 82,560.00 |
| VB68AJB82071E | | 5/15/2000 | 5000035892 | 4500037327 | | 640 | 129,000.00 | / 1,000 | 82,560.00 |
| VB68AJB82071E | | 5/15/2000 | 5000035893 | 4500037327 | | 640 | 129,000.00 | / 1,000 | 82,560.00 |
| VB68AJB82071E | | 5/16/2000 | 5000036192 | 4500037327 | | 640 | 129,000.00 | / 1,000 | 82,560.00 |
| VB68AJB82071E | | 5/16/2000 | 5000036283 | 4500037327 | | 640 | 129,000.00 | / 1,000 | 82,560.00 |
| VB68AJB82071E | | 5/17/2000 | 5000036795 | 4500037327 | | 640 | 129,000.00 | / 1,000 | 82,560.00 |
| VB68AJB82071E | | 5/18/2000 | 5000036936 | 4500037327 | | 640 | 129,000.00 | / 1,000 | 82,560.00 |
| VB68AJB82071E | | 5/25/2000 | 5000038790 | 4500037327 | | -16 | 129,000.00 | / 1,000 | -2,064.00 |
| VB68AJB82071E | | 6/8/2000 | 5000042598 | 4500037327 | | 640 | 129,000.00 | / 1,000 | 82,560.00 |
| VB68AJB82071E | | 6/8/2000 | 5000042679 | 4500037327 | | 640 | 129,000.00 | / 1,000 | 82,560.00 |
| VB68AJB82071E | | 6/14/2000 | 5000044229 | 4500037327 | | 640 | 129,000.00 | / 1,000 | 82,560.00 |
| Vendor : | P01 | | | | | | | Total Price | 19,366,975.65 |

| Vendor : | R01 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| VB68ADT2503*S | | 1/4/2000 | 5000000064 | T95289 | | 704 | 133,000.00 | / 1,000 | 93,632.00 |
| VB68ADT2503*S | | 1/7/2000 | 5000000557 | T95289 | | 704 | 133,000.00 | / 1,000 | 93,632.00 |
| VB68ADT2503*S | | 1/7/2000 | 5000000556 | T95289 | | 704 | 133,000.00 | / 1,000 | 93,632.00 |
| VB68ADT2503*S | | 1/7/2000 | 5000000555 | T95289 | | 704 | 133,000.00 | / 1,000 | 93,632.00 |
| VB68ADT2503*S | | 1/7/2000 | 5000000554 | T95289 | | 704 | 133,000.00 | / 1,000 | 93,632.00 |
| VB68ADT2503*S | | 1/7/2000 | 5000000553 | T95289 | | 704 | 133,000.00 | / 1,000 | 93,632.00 |
| VB68ADT2503*S | | 1/7/2000 | 5000000572 | T95289 | | 704 | 133,000.00 | / 1,000 | 93,632.00 |
| VB68ADT2503*S | | 1/7/2000 | 5000000579 | T95289 | | 704 | 133,000.00 | / 1,000 | 93,632.00 |
| VB68ADT2503*S | | 1/7/2000 | 5000000573 | T95289 | | 704 | 133,000.00 | / 1,000 | 93,632.00 |
| VB68ADT2503*S | | 1/7/2000 | 5000000559 | T95289 | | 704 | 133,000.00 | / 1,000 | 93,632.00 |
| VB68ADT2503*S | | 1/7/2000 | 5000000571 | T95289 | | 704 | 133,000.00 | / 1,000 | 93,632.00 |
| VB68ADT2503*S | | 1/7/2000 | 5000000558 | T95289 | | 704 | 133,000.00 | / 1,000 | 93,632.00 |
| VB68ADT2503*S | | 1/10/2000 | 5000000864 | T95289 | | 704 | 133,000.00 | / 1,000 | 93,632.00 |
| VB68ADT2503*S | | 1/10/2000 | 5000000865 | T95289 | | 704 | 133,000.00 | / 1,000 | 93,632.00 |
| VB68ADT2503*S | | 1/10/2000 | 5000000862 | T95289 | | 704 | 133,000.00 | / 1,000 | 93,632.00 |
| VB68ADT2503*S | | 1/18/2000 | 5000003719 | T95289 | | 704 | 133,000.00 | / 1,000 | 93,632.00 |
| VB68ADT2503*S | | 1/18/2000 | 5000003495 | T95289 | | 704 | 133,000.00 | / 1,000 | 93,632.00 |
| VB68ADT2503*S | | 1/18/2000 | 5000003494 | T95289 | | 704 | 133,000.00 | / 1,000 | 93,632.00 |
| VB68ADT2503*S | | 1/19/2000 | 5000003493 | T95289 | | 704 | 133,000.00 | / 1,000 | 93,632.00 |
| VB68ADT2503*S | | 1/19/2000 | 5000004071 | T95289 | | 704 | 133,000.00 | / 1,000 | 93,632.00 |
| VB68ADT2503*S | | 1/19/2000 | 5000004072 | T95289 | | 704 | 133,000.00 | / 1,000 | 93,632.00 |
| VB68ADT2503*S | | 1/19/2000 | 5000004057 | T95289 | | 704 | 133,000.00 | / 1,000 | 93,632.00 |
| VB68ADT2503*S | | 1/19/2000 | 5000004058 | T95289 | | 704 | 133,000.00 | / 1,000 | 93,632.00 |
| VB68ADT2503*S | | 1/19/2000 | 5000004059 | T95289 | | 704 | 133,000.00 | / 1,000 | 93,632.00 |
| VB68ADT2503*S | | 1/19/2000 | 5000004070 | T95289 | | 704 | 133,000.00 | / 1,000 | 93,632.00 |
| VB68ADT2503*S | | 1/19/2000 | 5000004073 | T95289 | | 704 | 133,000.00 | / 1,000 | 93,632.00 |
| VB68ADT2503*S | | 1/19/2000 | 5000004056 | T95289 | | 704 | 133,000.00 | / 1,000 | 93,632.00 |
| VB68ADT2503*S | | 1/19/2000 | 5000003837 | T95289 | | 704 | 133,000.00 | / 1,000 | 93,632.00 |
| VB68ADT2503*S | | 1/20/2000 | 5000004302 | T95289 | | 704 | 133,000.00 | / 1,000 | 93,632.00 |
| VB68ADT2503*S | | 1/20/2000 | 5000004218 | T95289 | | -12 | 133,000.00 | / 1,000 | -1,596.00 |
| VB68ADT2503*S | | 1/20/2000 | 5000004306 | T95289 | | 704 | 133,000.00 | / 1,000 | 93,632.00 |
| VB68ADT2503*S | | 1/20/2000 | 5000004304 | T95289 | | 704 | 133,000.00 | / 1,000 | 93,632.00 |
| VB68ADT2503*S | | 1/20/2000 | 5000004309 | T95289 | | 704 | 133,000.00 | / 1,000 | 93,632.00 |
| VB68ADT2503*S | | 1/21/2000 | 5000004437 | T95289 | | 704 | 133,000.00 | / 1,000 | 93,632.00 |
| VB68ADT2503*S | | 1/21/2000 | 5000004436 | T95289 | | 704 | 133,000.00 | / 1,000 | 93,632.00 |
| VB68ADT2503*S | | 1/21/2000 | 5000004435 | T95289 | | 704 | 133,000.00 | / 1,000 | 93,632.00 |
| VB68ADT2503*S | | 1/21/2000 | 5000004869 | T95289 | | 704 | 133,000.00 | / 1,000 | 93,632.00 |
| VB68ADT2503*S | | 1/21/2000 | 5000004438 | T95289 | | 704 | 133,000.00 | / 1,000 | 93,632.00 |
| VB68ADT2503*S | | 1/21/2000 | 5000004439 | T95289 | | 704 | 133,000.00 | / 1,000 | 93,632.00 |

Program: ZRPP0138       Sharp Electronics Corporation       Page:       10
Date: 11/21/2012       Six Month Parts by Supplier Re       Client: 100

| Material | | GR Posting Date | Material Doc. | PO Number | Deliv.Note | GR Quantity | Unit Price | / Price Unit | |
|---|---|---|---|---|---|---|---|---|---|
| VB68ADT2503*S | | 1/24/2000 | 5000004979 | T95289 | | 704 | 133,000.00 | / 1,000 | 93,632.00 |
| VB68ADT2503*S | | 1/24/2000 | 5000005155 | T95289 | | 704 | 133,000.00 | / 1,000 | 93,632.00 |
| VB68ADT2503*S | | 1/24/2000 | 5000005154 | T95289 | | 704 | 133,000.00 | / 1,000 | 93,632.00 |
| VB68ADT2503*S | | 1/25/2000 | 5000005446 | T95289 | | 704 | 133,000.00 | / 1,000 | 93,632.00 |
| VB68ADT2503*S | | 1/25/2000 | 5000005445 | T95289 | | 704 | 133,000.00 | / 1,000 | 93,632.00 |

| Material | Posting Date | Material Doc. | PO Number | Deliv.Note | GR Quantity | Unit Price | / | Price Unit | |
|---|---|---|---|---|---|---|---|---|---|
| VB68ADT2503*S | 1/25/2000 | 5000005261 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 1/25/2000 | 5000005348 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 1/26/2000 | 5000005546 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 1/26/2000 | 5000005547 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 1/26/2000 | 5000005583 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 1/26/2000 | 5000005543 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 1/26/2000 | 5000005589 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 1/27/2000 | 5000005813 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 1/27/2000 | 5000006078 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 1/27/2000 | 5000005814 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 1/27/2000 | 5000005729 | T95289 | | -20 | 133,000.00 | / | 1,000 | -2,660.00 |
| VB68ADT2503*S | 1/27/2000 | 5000006077 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 1/27/2000 | 5000005810 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 1/27/2000 | 5000005659 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 1/28/2000 | 5000006192 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 1/28/2000 | 5000006193 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 1/28/2000 | 5000006324 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 1/28/2000 | 5000006356 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 1/31/2000 | 5000006438 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 1/31/2000 | 5000006439 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 2/1/2000 | 5000006850 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 2/1/2000 | 5000006903 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 2/2/2000 | 5000007157 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 2/2/2000 | 5000007156 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 2/2/2000 | 5000007092 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 2/3/2000 | 5000007227 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 2/4/2000 | 5000008817 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 2/4/2000 | 5000008703 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 2/7/2000 | 5000008904 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 2/7/2000 | 5000008905 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 2/7/2000 | 5000008906 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 2/7/2000 | 5000008907 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 2/7/2000 | 5000008916 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 2/7/2000 | 5000009079 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 2/7/2000 | 5000008912 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 2/7/2000 | 5000009132 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 2/7/2000 | 5000009080 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 2/7/2000 | 5000008911 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 2/7/2000 | 5000008908 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 2/8/2000 | 5000009276 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 2/8/2000 | 5000009273 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 2/8/2000 | 5000009272 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 2/8/2000 | 5000009277 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 2/8/2000 | 5000009432 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 2/9/2000 | 5000009714 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 2/9/2000 | 5000009713 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 2/10/2000 | 5000009792 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 2/10/2000 | 5000009794 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |

Program: ZRPP0138  
Date: 11/21/2012

Sharp Electronics Corporation  
Six Month Parts by Supplier Re

Page:    11  
Client: 100

| Material | GR Posting Date | Material Doc. | PO Number | Deliv.Note | GR Quantity | Unit Price | / | Price Unit | |
|---|---|---|---|---|---|---|---|---|---|
| VB68ADT2503*S | 2/10/2000 | 5000009793 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 2/11/2000 | 5000010147 | T95289 | | -60 | 133,000.00 | / | 1,000 | -7,980.00 |
| VB68ADT2503*S | 2/11/2000 | 5000010499 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 2/14/2000 | 5000010792 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 2/14/2000 | 5000010766 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 2/14/2000 | 5000010791 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 2/14/2000 | 5000010793 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 2/14/2000 | 5000010764 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 2/14/2000 | 5000010765 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 2/15/2000 | 5000010807 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 2/15/2000 | 5000010806 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 2/16/2000 | 5000011604 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 2/16/2000 | 5000011603 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 2/16/2000 | 5000011605 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 2/16/2000 | 5000011767 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 2/16/2000 | 5000011768 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 2/17/2000 | 5000012009 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 2/25/2000 | 5000013666 | T95289 | | -39 | 133,000.00 | / | 1,000 | -5,187.00 |
| VB68ADT2503*S | 2/25/2000 | 5000013562 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/2/2000 | 5000015227 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/2/2000 | 5000015230 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/2/2000 | 5000015231 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/2/2000 | 5000015234 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/2/2000 | 5000015251 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/2/2000 | 5000015253 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/2/2000 | 5000015254 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/6/2000 | 5000016279 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/6/2000 | 5000016290 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/9/2000 | 5000017716 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/9/2000 | 5000017359 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/10/2000 | 5000018245 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/10/2000 | 5000017688 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/13/2000 | 5000018572 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/13/2000 | 5000018574 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/13/2000 | 5000018573 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/13/2000 | 5000018571 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/13/2000 | 5000018570 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/13/2000 | 5000018419 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/13/2000 | 5000018418 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/13/2000 | 5000018417 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/14/2000 | 5000019012 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/14/2000 | 5000019091 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/15/2000 | 5000019149 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/15/2000 | 5000019340 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/15/2000 | 5000019147 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |

| Material | GR Posting Date | Material Doc. | PO Number | Deliv.Note | GR Quantity | Unit Price | / Price Unit | |
|---|---|---|---|---|---|---|---|---|
| VB68ADT2503*S | 3/15/2000 | 5000019397 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/16/2000 | 5000019707 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/16/2000 | 5000019483 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/16/2000 | 5000019481 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/16/2000 | 5000019482 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/17/2000 | 5000019786 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/17/2000 | 5000019738 | T95289 | | -26 | 133,000.00 | / | 1,000 | -3,458.00 |
| VB68ADT2503*S | 3/17/2000 | 5000019973 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |

Program: ZRPP0138          Sharp Electronics Corporation          Page:      12
Date: 11/21/2012           Six Month Parts by Supplier Re          Client: 100

| Material | GR Posting Date | Material Doc. | PO Number | Deliv.Note | GR Quantity | Unit Price | / Price Unit | |
|---|---|---|---|---|---|---|---|---|
| VB68ADT2503*S | 3/17/2000 | 5000019972 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/20/2000 | 5000020373 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/20/2000 | 5000020391 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/20/2000 | 5000020390 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/20/2000 | 5000020379 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/20/2000 | 5000020378 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/20/2000 | 5000020376 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/21/2000 | 5000020844 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/21/2000 | 5000020651 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/22/2000 | 5000021746 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/22/2000 | 5000021745 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/23/2000 | 5000021815 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/24/2000 | 5000022265 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/24/2000 | 5000022578 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/24/2000 | 5000022436 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/27/2000 | 5000022680 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/27/2000 | 5000022684 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/28/2000 | 5000023055 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/28/2000 | 5000023273 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/28/2000 | 5000023056 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/29/2000 | 5000023496 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 3/29/2000 | 5000023565 | T95289 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2503*S | 3/29/2000 | 5000023708 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 3/29/2000 | 5000023702 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 3/30/2000 | 5000024043 | T95289 | | 288 | 133,000.00 | / | 1,000 | 38,304.00 |
| VB68ADT2503*S | 3/31/2000 | 5000025109 | T95289 | | -31 | 133,000.00 | / | 1,000 | -4,123.00 |
| VB68ADT2503*S | 4/3/2000 | 5000025278 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 4/3/2000 | 5000025185 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 4/3/2000 | 5000025390 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 4/4/2000 | 5000025471 | T95289 | | -288 | 133,000.00 | / | 1,000 | -38,304.00 |
| VB68ADT2503*S | 4/4/2000 | 5000025409 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 4/4/2000 | 5000025413 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 4/4/2000 | 5000025410 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 4/4/2000 | 5000025412 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 4/4/2000 | 5000025411 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 4/5/2000 | 5000025669 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 4/5/2000 | 5000025800 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 4/5/2000 | 5000026024 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 4/5/2000 | 5000026023 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 4/5/2000 | 5000026022 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 4/6/2000 | 5000026117 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 4/6/2000 | 5000026116 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 4/7/2000 | 5000026317 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 4/7/2000 | 5000026318 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 4/7/2000 | 5000026319 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 4/7/2000 | 5000026378 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 4/10/2000 | 5000026870 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 4/10/2000 | 5000026661 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 4/10/2000 | 5000026655 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 4/10/2000 | 5000026654 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 4/10/2000 | 5000026662 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 4/11/2000 | 5000026971 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 4/11/2000 | 5000027617 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |

Program: ZRPP0138          Sharp Electronics Corporation          Page:      13
Date: 11/21/2012           Six Month Parts by Supplier Re          Client: 100

| Material | GR Posting Date | Material Doc. | PO Number | Deliv.Note | GR Quantity | Unit Price | / Price Unit | |
|---|---|---|---|---|---|---|---|---|
| VB68ADT2503*S | 4/12/2000 | 5000027733 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 4/12/2000 | 5000027878 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 4/13/2000 | 5000027989 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 4/13/2000 | 5000027988 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 4/14/2000 | 5000028404 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 4/14/2000 | 5000028401 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 4/19/2000 | 5000029530 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 4/20/2000 | 5000029537 | 4500037323 | | -59 | 131,000.00 | / | 1,000 | -7,729.00 |
| VB68ADT2503*S | 4/20/2000 | 5000029637 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 4/24/2000 | 5000029940 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 4/24/2000 | 5000029941 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 4/24/2000 | 5000029942 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 4/25/2000 | 5000030251 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 4/26/2000 | 5000030889 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 4/26/2000 | 5000030826 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 4/26/2000 | 5000030643 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 4/26/2000 | 5000030642 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 4/27/2000 | 5000031868 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 4/27/2000 | 5000031049 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 4/28/2000 | 5000032040 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 4/28/2000 | 5000032044 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 4/28/2000 | 5000032194 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 5/1/2000 | 5000032463 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 5/2/2000 | 5000032579 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 5/2/2000 | 5000032505 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 5/2/2000 | 5000032508 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 5/2/2000 | 5000032507 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |

| Material | GR Posting Date | Material Doc. | PO Number | Deliv.Note | GR Quantity | Unit Price | | / Price Unit | |
|---|---|---|---|---|---|---|---|---|---|
| VB68ADT2503*S | 5/3/2000 | 5000033111 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 5/3/2000 | 5000032794 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 5/3/2000 | 5000032795 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 5/3/2000 | 5000033102 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 5/4/2000 | 5000033166 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 5/8/2000 | 5000033572 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 5/8/2000 | 5000033573 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 5/8/2000 | 5000033574 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 5/9/2000 | 5000033910 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 5/9/2000 | 5000034027 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 5/9/2000 | 5000033844 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 5/10/2000 | 5000034100 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 5/10/2000 | 5000034105 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 5/10/2000 | 5000034431 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 5/10/2000 | 5000034442 | 4500037323 | | ######## | 131,000.00 | / | 1,000 | 26,117,601.00 |
| VB68ADT2503*S | 5/10/2000 | 5000034117 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 5/10/2000 | 5000034101 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 5/10/2000 | 5000034118 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 5/11/2000 | 5000034582 | 4500037323 | | ######## | 131,000.00 | / | 1,000 | -26,025,377.00 |
| VB68ADT2503*S | 5/11/2000 | 5000034786 | 4500037323 | | -33 | 131,000.00 | / | 1,000 | -4,323.00 |
| VB68ADT2503*S | 5/11/2000 | 5000034620 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 5/11/2000 | 5000034623 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 5/12/2000 | 5000035740 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 5/12/2000 | 5000035678 | 4500037323 | | -704 | 131,000.00 | / | 1,000 | -92,224.00 |
| VB68ADT2503*S | 5/15/2000 | 5000035899 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 5/15/2000 | 5000035908 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |

Program: ZRPP0138  Sharp Electronics Corporation  Page: 14
Date: 11/21/2012  Six Month Parts by Supplier Re  Client: 100

| Material | GR Posting Date | Material Doc. | PO Number | Deliv.Note | GR Quantity | Unit Price | | / Price Unit | |
|---|---|---|---|---|---|---|---|---|---|
| VB68ADT2503*S | 5/15/2000 | 5000035995 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 5/15/2000 | 5000036129 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 5/15/2000 | 5000035900 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 5/15/2000 | 5000035898 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 5/16/2000 | 5000036190 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 5/17/2000 | 5000036794 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 5/17/2000 | 5000036793 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 5/18/2000 | 5000036938 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 5/18/2000 | 5000036952 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 5/19/2000 | 5000037609 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 5/19/2000 | 5000037610 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 5/19/2000 | 5000037585 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 5/22/2000 | 5000037837 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 5/22/2000 | 5000037838 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 5/22/2000 | 5000037836 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 5/22/2000 | 5000037834 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 5/23/2000 | 5000038170 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 5/23/2000 | 5000038171 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 5/24/2000 | 5000038457 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 5/24/2000 | 5000038521 | 4500037323 | | -16 | 131,000.00 | / | 1,000 | -2,096.00 |
| VB68ADT2503*S | 5/24/2000 | 5000038588 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 5/24/2000 | 5000038522 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 5/24/2000 | 5000038462 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 5/24/2000 | 5000038459 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 5/25/2000 | 5000038772 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 5/25/2000 | 5000038689 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 5/30/2000 | 5000039498 | 4500037323 | | -31 | 131,000.00 | / | 1,000 | -4,061.00 |
| VB68ADT2503*S | 5/30/2000 | 5000039498 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 5/31/2000 | 5000040486 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 5/31/2000 | 5000040522 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 5/31/2000 | 5000040055 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 6/1/2000 | 5000040683 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 6/2/2000 | 5000040819 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 6/2/2000 | 5000041118 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 6/2/2000 | 5000041189 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 6/2/2000 | 5000040816 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 6/2/2000 | 5000040845 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 6/2/2000 | 5000040815 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 6/5/2000 | 5000041362 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 6/5/2000 | 5000041313 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 6/5/2000 | 5000041314 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 6/5/2000 | 5000041312 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 6/5/2000 | 5000041751 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 6/6/2000 | 5000042077 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 6/6/2000 | 5000041870 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 6/6/2000 | 5000042053 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 6/7/2000 | 5000042154 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 6/7/2000 | 5000042408 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 6/7/2000 | 5000042151 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 6/8/2000 | 5000042596 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 6/8/2000 | 5000042484 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 6/8/2000 | 5000042482 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 6/8/2000 | 5000042668 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 6/9/2000 | 5000042803 | 4500037323 | | -24 | 131,000.00 | / | 1,000 | -3,144.00 |

Program: ZRPP0138  Sharp Electronics Corporation  Page: 15
Date: 11/21/2012  Six Month Parts by Supplier Re  Client: 100

| Material | GR Posting Date | Material Doc. | PO Number | Deliv.Note | GR Quantity | Unit Price | | / Price Unit | |
|---|---|---|---|---|---|---|---|---|---|
| VB68ADT2503*S | 6/9/2000 | 5000042669 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 6/9/2000 | 5000042786 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 6/12/2000 | 5000043625 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 6/12/2000 | 5000043627 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 6/12/2000 | 5000043655 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 6/12/2000 | 5000043074 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 6/12/2000 | 5000043065 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 6/12/2000 | 5000043062 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 6/13/2000 | 5000043766 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |

| Material | GR Posting Date | Material Doc. | PO Number | Deliv.Note | GR Quantity | Unit Price | / Price Unit | |
|---|---|---|---|---|---|---|---|---|
| VB68ADT2503*S | 6/15/2000 | 5000044392 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 6/15/2000 | 5000044393 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 6/15/2000 | 5000044394 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 6/19/2000 | 5000044961 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 6/19/2000 | 5000044960 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 6/19/2000 | 5000045180 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 6/19/2000 | 5000044962 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 6/20/2000 | 5000045381 | 4500037323 | | -704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 6/23/2000 | 5000046278 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 6/23/2000 | 5000046334 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2503*S | 6/23/2000 | 5000046277 | 4500037323 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2506*S | 1/20/2000 | 5000004431 | T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2506*S | 1/21/2000 | 5000004434 | T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2506*S | 1/21/2000 | 5000004820 | T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2506*S | 1/24/2000 | 5000005013 | T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2506*S | 1/24/2000 | 5000004971 | T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2506*S | 1/24/2000 | 5000005010 | T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2506*S | 1/24/2000 | 5000005011 | T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2506*S | 1/24/2000 | 5000005012 | T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2506*S | 1/27/2000 | 5000005820 | T95290 | | -3 | 133,000.00 | / | 1,000 | -399 |
| VB68ADT2506*S | 2/10/2000 | 5000010177 | T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2506*S | 2/10/2000 | 5000010217 | T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2506*S | 2/10/2000 | 5000010216 | T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2506*S | 2/10/2000 | 5000010215 | T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2506*S | 2/11/2000 | 5000010148 | T95290 | | -14 | 133,000.00 | / | 1,000 | -1,862.00 |
| VB68ADT2506*S | 2/21/2000 | 5000012393 | T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2506*S | 2/21/2000 | 5000012398 | T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2506*S | 2/25/2000 | 5000013665 | T95290 | | -3 | 133,000.00 | / | 1,000 | -399 |
| VB68ADT2506*S | 2/25/2000 | 5000013563 | T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2506*S | 3/17/2000 | 5000019739 | T95290 | | -3 | 133,000.00 | / | 1,000 | -399 |
| VB68ADT2506*S | 3/20/2000 | 5000020374 | T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2506*S | 3/20/2000 | 5000020377 | T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2506*S | 3/21/2000 | 5000020650 | T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2506*S | 3/21/2000 | 5000020846 | T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2506*S | 3/23/2000 | 5000022102 | T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2506*S | 3/23/2000 | 5000021820 | T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2506*S | 3/24/2000 | 5000022268 | T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2506*S | 3/24/2000 | 5000022267 | T95290 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT2506*S | 3/31/2000 | 5000025141 | T95290 | | -32 | 133,000.00 | / | 1,000 | -4,256.00 |
| VB68ADT2506*S | 4/7/2000 | 5000026379 | 4500037322 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2506*S | 4/7/2000 | 5000026549 | 4500037322 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2506*S | 4/10/2000 | 5000026656 | 4500037322 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2506*S | 4/10/2000 | 5000026871 | 4500037322 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2506*S | 4/10/2000 | 5000026666 | 4500037322 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |

Program: ZRPP0138          Sharp Electronics Corporation          Page:          16
Date: 11/21/2012          Six Month Parts by Supplier Re          Client: 100

| Material | GR Posting Date | Material Doc. | PO Number | Deliv.Note | GR Quantity | Unit Price | / Price Unit | |
|---|---|---|---|---|---|---|---|---|
| VB68ADT2506*S | 4/10/2000 | 5000026650 | 4500037322 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2506*S | 4/11/2000 | 5000026970 | 4500037322 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2506*S | 4/17/2000 | 5000028723 | 4500037322 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2506*S | 4/17/2000 | 5000028699 | 4500037322 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2506*S | 4/17/2000 | 5000028722 | 4500037322 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2506*S | 4/18/2000 | 5000028961 | 4500037322 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2506*S | 4/18/2000 | 5000028960 | 4500037322 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2506*S | 4/20/2000 | 5000029674 | 4500037322 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2506*S | 4/20/2000 | 5000029638 | 4500037322 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2506*S | 4/24/2000 | 5000029976 | 4500037322 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2506*S | 4/24/2000 | 5000029929 | 4500037322 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2506*S | 4/27/2000 | 5000031799 | 4500037322 | | -704 | 131,000.00 | / | 1,000 | -92,224.00 |
| VB68ADT2506*S | 4/27/2000 | 5000031795 | 4500037322 | | -704 | 131,000.00 | / | 1,000 | -92,224.00 |
| VB68ADT2506*S | 4/27/2000 | 5000031797 | 4500037322 | | -704 | 131,000.00 | / | 1,000 | -92,224.00 |
| VB68ADT2506*S | 4/27/2000 | 5000031840 | 4500037322 | | -144 | 131,000.00 | / | 1,000 | -18,864.00 |
| VB68ADT2506*S | 4/28/2000 | 5000032046 | 4500037322 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2506*S | 5/1/2000 | 5000032432 | 4500037322 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2506*S | 5/2/2000 | 5000032509 | 4500037322 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2506*S | 5/2/2000 | 5000032504 | 4500037322 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2506*S | 5/2/2000 | 5000032511 | 4500037322 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2506*S | 5/11/2000 | 5000034864 | 4500037322 | | -18 | 131,000.00 | / | 1,000 | -2,358.00 |
| VB68ADT2506*S | 5/19/2000 | 5000037586 | 4500037322 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2506*S | 5/23/2000 | 5000038177 | 4500037322 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2506*S | 5/23/2000 | 5000038261 | 4500037322 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2506*S | 5/24/2000 | 5000038508 | 4500037322 | | -31 | 131,000.00 | / | 1,000 | -4,061.00 |
| VB68ADT2506*S | 5/25/2000 | 5000038830 | 4500037322 | | -5 | 131,000.00 | / | 1,000 | -655 |
| VB68ADT2506*S | 6/9/2000 | 5000042784 | 4500037322 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2506*S | 6/9/2000 | 5000042785 | 4500037322 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2506*S | 6/12/2000 | 5000043624 | 4500037322 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2506*S | 6/12/2000 | 5000043061 | 4500037322 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2506*S | 6/12/2000 | 5000043626 | 4500037322 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2506*S | 6/12/2000 | 5000043075 | 4500037322 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2506*S | 6/13/2000 | 5000043948 | 4500037322 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2506*S | 6/13/2000 | 5000043833 | 4500037322 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2506*S | 6/14/2000 | 5000044053 | 4500037322 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2506*S | 6/15/2000 | 5000044389 | 4500037322 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2506*S | 6/15/2000 | 5000044410 | 4500037322 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2506*S | 6/21/2000 | 5000045638 | 4500037322 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT2506*S | 6/21/2000 | 5000045631 | 4500037322 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT25893S | 1/20/2000 | 5000004219 | 4500007618 | | -1 | 133,000.00 | / | 1,000 | -133 |
| VB68ADT25893S | 1/25/2000 | 5000005442 | 4500007618 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT25893S | 3/2/2000 | 5000015255 | 4500007618 | | 704 | 133,000.00 | / | 1,000 | 93,632.00 |
| VB68ADT25893S | 4/3/2000 | 5000025215 | 4500037320 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT25893S | 5/5/2000 | 5000033404 | 4500037320 | | 704 | 131,000.00 | / | 1,000 | 92,224.00 |
| VB68ADT25893S | 6/14/2000 | 5000044090 | 4500037320 | 1,680.00 | 131,000.00 | / | 1,000 | 220,080.00 |
| VB68ADT25893S | 6/16/2000 | 5000044843 | 4500037320 | -1,680.00 | 131,000.00 | / | 1,000 | -220,080.00 |
| VB90AFX1513*S | 4/13/2000 | 5000028169 | 4500037317 | | 264 | 420,000.00 | / | 1,000 | 110,880.00 |
| VB90AFX1513*S | 4/14/2000 | 5000028269 | 4500037317 | | 264 | 420,000.00 | / | 1,000 | 110,880.00 |

Jan 2000 - June 30 2000

| Material | GR Posting Date | Material Doc. | PO Number | Deliv.Note | GR Quantity | Unit Price | / | Price Unit | |
|---|---|---|---|---|---|---|---|---|---|
| VB90AFX1513*S | 4/17/2000 | 5000028848 | 4500037317 | | 264 | 420,000.00 | / | 1,000 | 110,880.00 |
| VB90AFX1513*S | 4/17/2000 | 5000028727 | 4500037317 | | 264 | 420,000.00 | / | 1,000 | 110,880.00 |
| VB90AFX1513*S | 4/18/2000 | 5000028962 | 4500037317 | | 264 | 420,000.00 | / | 1,000 | 110,880.00 |
| VB90AFX1513*S | 4/19/2000 | 5000029218 | 4500037317 | | 264 | 420,000.00 | / | 1,000 | 110,880.00 |

Program: ZRPP0138     Sharp Electronics Corporation     Page:   17
Date: 11/21/2012     Six Month Parts by Supplier Re     Client: 100

| Material | GR Posting Date | Material Doc. | PO Number | Deliv.Note | GR Quantity | Unit Price | / | Price Unit | |
|---|---|---|---|---|---|---|---|---|---|
| VB90AFX1513*S | 4/19/2000 | 5000029214 | 4500037317 | | 264 | 420,000.00 | / | 1,000 | 110,880.00 |
| VB90AFX1513*S | 4/20/2000 | 5000029737 | 4500037317 | | 264 | 420,000.00 | / | 1,000 | 110,880.00 |
| VB90AFX1513*S | 5/1/2000 | 5000032405 | 4500037317 | | 264 | 420,000.00 | / | 1,000 | 110,880.00 |
| VB90AFX1513*S | 5/2/2000 | 5000032503 | 4500037317 | | 224 | 420,000.00 | / | 1,000 | 94,080.00 |
| VB90AFX1513*S | 5/2/2000 | 5000032514 | 4500037317 | | 264 | 420,000.00 | / | 1,000 | 110,880.00 |
| VB90AFX1513*S | 5/31/2000 | 5000040382 | 4500037317 | | -6 | 420,000.00 | / | 1,000 | -2,520.00 |
| VB90AFX1513*S | 6/8/2000 | 5000042481 | 4500037317 | | 264 | 420,000.00 | / | 1,000 | 110,880.00 |
| VB90AFX1513*S | 6/8/2000 | 5000042439 | 4500037317 | | 264 | 420,000.00 | / | 1,000 | 110,880.00 |
| VB90AFX1513*S | 6/8/2000 | 5000042480 | 4500037317 | | 264 | 420,000.00 | / | 1,000 | 110,880.00 |
| VB90AFX1513*S | 6/8/2000 | 5000042677 | 4500037317 | | 264 | 420,000.00 | / | 1,000 | 110,880.00 |
| VB90AFX1513*S | 6/12/2000 | 5000043078 | 4500037317 | | 264 | 420,000.00 | / | 1,000 | 110,880.00 |
| VB90AFX1513*S | 6/12/2000 | 5000043076 | 4500037317 | | 264 | 420,000.00 | / | 1,000 | 110,880.00 |
| VB90AFX1513*S | 6/13/2000 | 5000043761 | 4500037317 | | 264 | 420,000.00 | / | 1,000 | 110,880.00 |
| VB90AFX1513*S | 6/13/2000 | 5000043760 | 4500037317 | | 264 | 420,000.00 | / | 1,000 | 110,880.00 |
| VB90AFX1513*S | 6/14/2000 | 5000044059 | 4500037317 | | 264 | 420,000.00 | / | 1,000 | 110,880.00 |
| VB90AFX1513*S | 6/14/2000 | 5000044091 | 4500037317 | | 264 | 420,000.00 | / | 1,000 | 110,880.00 |
| VB90AFX1513*S | 6/15/2000 | 5000044390 | 4500037317 | | 264 | 420,000.00 | / | 1,000 | 110,880.00 |
| VB90AFX1513*S | 6/15/2000 | 5000044391 | 4500037317 | | 264 | 420,000.00 | / | 1,000 | 110,880.00 |
| Vendor : | R01 | | | | | Total Price | | 36,651,497.00 | |
| | | | | | | | | | |
| Vendor : | S24 | | | | | | | | |
| VB48KRD89X/3E | 5/22/2000 | 5000037971 | 4500032406 | | 96 | 61,500.00 | / | 1,000 | 5,904.00 |
| Vendor : | S24 | | | | | Total Price | | 5,904.00 | |
| | | | | | | | | | |
| Vendor : | T02 | | | | | | | | |
| VB90AHH5006*S | 1/11/2000 | 5000001359 | T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 1/11/2000 | 5000001360 | T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 1/11/2000 | 5000001583 | T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 1/12/2000 | 5000001806 | T95286 | | -448 | 409,000.00 | / | 1,000 | -183,232.00 |
| VB90AHH5006*S | 1/12/2000 | 5000001787 | T95286 | | -448 | 409,000.00 | / | 1,000 | -183,232.00 |
| VB90AHH5006*S | 1/12/2000 | 5000001767 | T95286 | | 448 | 409,000.00 | / | 1,000 | 183,232.00 |
| VB90AHH5006*S | 1/12/2000 | 5000001768 | T95286 | | 448 | 409,000.00 | / | 1,000 | 183,232.00 |
| VB90AHH5006*S | 1/12/2000 | 5000001807 | T95286 | | -448 | 409,000.00 | / | 1,000 | -183,232.00 |
| VB90AHH5006*S | 1/12/2000 | 5000001766 | T95286 | | 448 | 409,000.00 | / | 1,000 | 183,232.00 |
| VB90AHH5006*S | 1/14/2000 | 5000002514 | T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 1/18/2000 | 5000003497 | T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 1/18/2000 | 5000003496 | T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 1/19/2000 | 5000004094 | T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 1/24/2000 | 5000005041 | T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 1/24/2000 | 5000005042 | T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 1/26/2000 | 5000005427 | T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 1/27/2000 | 5000005728 | T95286 | | -7 | 409,000.00 | / | 1,000 | -2,863.00 |
| VB90AHH5006*S | 2/2/2000 | 5000007018 | T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 2/3/2000 | 5000008413 | T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 2/4/2000 | 5000008726 | T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 2/11/2000 | 5000010149 | T95286 | | -7 | 409,000.00 | / | 1,000 | -2,863.00 |
| VB90AHH5006*S | 2/23/2000 | 5000013085 | T95286 | | -2 | 409,000.00 | / | 1,000 | -818 |
| VB90AHH5006*S | 3/6/2000 | 5000016597 | T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 3/8/2000 | 5000017320 | T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 3/9/2000 | 5000017605 | T95286 | | -2 | 409,000.00 | / | 1,000 | -818 |
| VB90AHH5006*S | 3/9/2000 | 5000017358 | T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 3/13/2000 | 5000018411 | T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 3/13/2000 | 5000018412 | T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |

Program: ZRPP0138     Sharp Electronics Corporation     Page:   18
Date: 11/21/2012     Six Month Parts by Supplier Re     Client: 100

| Material | GR Posting Date | Material Doc. | PO Number | Deliv.Note | GR Quantity | Unit Price | / | Price Unit | |
|---|---|---|---|---|---|---|---|---|---|
| VB90AHH5006*S | 3/14/2000 | 5000018766 | T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 3/15/2000 | 5000019146 | T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 3/15/2000 | 5000019398 | T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 3/16/2000 | 5000019536 | T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 3/20/2000 | 5000020335 | T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 3/20/2000 | 5000020375 | T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 3/20/2000 | 5000020336 | T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 3/20/2000 | 5000020332 | T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 3/20/2000 | 5000020333 | T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 3/20/2000 | 5000020372 | T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 3/22/2000 | 5000021744 | T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 3/22/2000 | 5000021657 | T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 3/22/2000 | 5000021477 | T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 3/23/2000 | 5000022107 | T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 3/23/2000 | 5000021842 | T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 3/24/2000 | 5000022355 | T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 3/31/2000 | 5000025144 | T95286 | | -6 | 409,000.00 | / | 1,000 | -2,454.00 |
| VB90AHH5006*S | 4/3/2000 | 5000025194 | T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 4/3/2000 | 5000025275 | T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 4/3/2000 | 5000025375 | T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 4/4/2000 | 5000025408 | T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 4/5/2000 | 5000025751 | T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 4/6/2000 | 5000026044 | T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 4/6/2000 | 5000026113 | T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 4/6/2000 | 5000026118 | T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 4/10/2000 | 5000026779 | T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 4/10/2000 | 5000026651 | T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 4/10/2000 | 5000026653 | T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 4/11/2000 | 5000026934 | T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 4/12/2000 | 5000027877 | T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | 4/12/2000 | 5000027873 | T95286 | | 288 | 409,000.00 | / | 1,000 | 117,792.00 |

Jan 2000 - June 30 2000

| Material | | GR Posting Date | Material Doc. | PO Number | Deliv.Note | | GR Quantity | Unit Price | | / Price Unit | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| VB90AHH5006*S | | 4/12/2000 | 5000027861 | T95286 | | 288 | 409,000.00 | | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | | 4/13/2000 | 5000028168 | T95286 | | 288 | 409,000.00 | | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | | 4/13/2000 | 5000028166 | T95286 | | 288 | 409,000.00 | | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | | 4/14/2000 | 5000028264 | T95286 | | 288 | 409,000.00 | | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | | 5/1/2000 | 5000032433 | 4500037326 | | 288 | 409,000.00 | | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | | 5/2/2000 | 5000032519 | 4500037326 | | 288 | 409,000.00 | | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | | 5/3/2000 | 5000032736 | 4500037326 | | 288 | 409,000.00 | | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | | 5/4/2000 | 5000033190 | 4500037326 | | 288 | 409,000.00 | | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | | 5/5/2000 | 5000033408 | 4500037326 | | 288 | 409,000.00 | | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | | 5/5/2000 | 5000033407 | 4500037326 | | 288 | 409,000.00 | | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | | 5/5/2000 | 5000033409 | 4500037326 | | 288 | 409,000.00 | | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | | 5/8/2000 | 5000033703 | 4500037326 | | 288 | 409,000.00 | | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | | 5/8/2000 | 5000033660 | 4500037326 | | 288 | 409,000.00 | | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | | 5/10/2000 | 5000034159 | 4500037326 | | 288 | 409,000.00 | | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | | 5/10/2000 | 5000034309 | 4500037326 | | 288 | 409,000.00 | | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | | 5/11/2000 | 5000034898 | 4500037326 | | 288 | 409,000.00 | | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | | 5/15/2000 | 5000035915 | 4500037326 | | 288 | 409,000.00 | | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | | 5/15/2000 | 5000035916 | 4500037326 | | 288 | 409,000.00 | | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | | 5/15/2000 | 5000035958 | 4500037326 | | 288 | 409,000.00 | | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | | 5/17/2000 | 5000036790 | 4500037326 | | 288 | 409,000.00 | | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | | 5/17/2000 | 5000036670 | 4500037326 | | 288 | 409,000.00 | | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | | 5/17/2000 | 5000036783 | 4500037326 | | 288 | 409,000.00 | | / | 1,000 | 117,792.00 |

Program: ZRPP0138          Sharp Electronics Corporation          Page:     19
Date: 11/21/2012           Six Month Parts by Supplier Re         Client: 100

| Material | | GR Posting Date | Material Doc. | PO Number | Deliv.Note | | GR Quantity | Unit Price | | / Price Unit | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| VB90AHH5006*S | | 5/18/2000 | 5000037393 | 4500037326 | | 288 | 409,000.00 | | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | | 5/19/2000 | 5000037607 | 4500037326 | | 288 | 409,000.00 | | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | | 5/22/2000 | 5000037833 | 4500037326 | | 288 | 409,000.00 | | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | | 5/22/2000 | 5000037853 | 4500037326 | | 288 | 409,000.00 | | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | | 5/22/2000 | 5000037914 | 4500037326 | | 288 | 409,000.00 | | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | | 5/24/2000 | 5000038503 | 4500037326 | | 288 | 409,000.00 | | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | | 5/24/2000 | 5000038465 | 4500037326 | | 288 | 409,000.00 | | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | | 6/1/2000 | 5000040538 | 4500037326 | | 288 | 409,000.00 | | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | | 6/1/2000 | 5000040537 | 4500037326 | | 288 | 409,000.00 | | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | | 6/1/2000 | 5000040536 | 4500037326 | | 288 | 409,000.00 | | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | | 6/2/2000 | 5000040818 | 4500037326 | | 288 | 409,000.00 | | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | | 6/2/2000 | 5000041119 | 4500037326 | | 288 | 409,000.00 | | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | | 6/5/2000 | 5000041250 | 4500037326 | | 288 | 409,000.00 | | / | 1,000 | 117,792.00 |
| VB90AHH5006*S | | 6/12/2000 | 5000043044 | 4500037326 | | 288 | 409,000.00 | | / | 1,000 | 117,792.00 |

Vendor :          T02                                             Total Price                    9,884,712.00

No of Records found :          901

Program: ZRPP0138                 Sharp Electronics Corporation         Page:   1
Date: 11/21/2012                 Six Month Parts by Supplier Re         Client: 100

Selection Options Chosen

| | |
|---|---|
| Vendor | H01 |
| Vendor | M14 |
| Vendor | P01 |
| Vendor | R01 |
| Vendor | T02 |
| Vendor | S24 |
| Plant | SM01 |
| GR Posting Date | 01/01/2001 - 06/30/2001 |

Program: ZRPP0138                 Sharp Electronics Corporation         Page:   2
Date: 11/21/2012                 Six Month Parts by Supplier Re         Client: 100

| Material | GR Posting Date | Material Doc. | PO Number | Deliv.Note | GR Quantity | Unit Price | / | Price Unit | Net Price |
|---|---|---|---|---|---|---|---|---|---|
| Vendor : | P01 | | | | | | | | |
| VB63AFW36X/*S | 3/14/2001 | 5000130138 | 4500061555 | | 8 | 98,000.00 | / | 1,000 | 784 |
| VB80ECK27296S | 2/27/2001 | 5000125888 | 4500055990 | | 4 | 240 | / | 1,000 | 0.96 |
| Vendor : | P01 | | | | | Total Price | | 784.96 | |

No of Records found :    2