1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-CV-5944-JST |
|---|---|
| | MDL No. 1917 |
| This Document Relates to: *ALL INDIRECT PURCHASER ACTIONS* | **STIPULATION AND [PROPOSED] ORDER RE: CASE SCHEDULE** |
| | Judge:    Honorable Jon S. Tigar |

1    Indirect Purchaser Plaintiffs ("IPPs") and Defendants Irico Group Corporation and Irico
2    Display Devices Co., Ltd. (together, the "Irico Defendants," collectively the "Parties"), by and
3    through the undersigned counsel and pursuant to Federal Rule of Civil Procedure 16(b)(4) and
4    Civil Local Rule 7-12, hereby stipulate as follows:
5    WHEREAS, on May 19, 2023, this Court entered the Order re: Case Schedule (As
6    Modified) setting a trial date of February 26, 2024 and associated pretrial deadlines [ECF No.
7    6198] ("May Scheduling Order");
8    WHEREAS, the Parties have made significant progress in the pretrial process in accordance
9    with the May Scheduling Order, including first and second exchanges of proposed jury instructions
10   and verdict forms on June 16, 2023 and July 31, 2023, exchanges of proposed trial exhibits lists,
11   witness lists, and depositions designations on June 30, 2023, and the filing of dispositive motions
12   on July 28, 2023, and have held numerous meet and confers on various issues during that period;
13   WHEREAS, the Parties met and conferred and agree that a brief, twelve-day extension of
14   the deadline to exchange objections to trial exhibits and deposition designations will serve the best
15   interests of the Parties and the Court, while not affecting any other dates in the May Scheduling
16   Order, including the trial date; and,
17   WHEREAS, the Parties agree that good cause exists to modify certain existing deadlines
18   and the Scheduling Order as outlined in the chart below, subject to Court approval.
19   THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between counsel for
20   IPPs and the Irico Defendants that good cause exists to modify the case schedule as outlined in the
21   chart below.
22   ///
23   ///
24   ///
25   ///
26   ///
27   ///
28   ///

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED THAT THE CASE SCHEDULE AND DEADLINES ARE MODIFIED AS FOLLOWS:

| Event | Current Deadline | [Proposed] Deadline |
|---|---|---|
| Last day to file motions in limine | August 11, 2023 | August 11, 2023 |
| Last day to exchange ~~objections to trial exhibits and deposition designations, along with any~~ counter-designations <u>to deposition designations</u>; simultaneous exchange of objections to proposed jury instructions and special verdict forms | August 18, 2023 | August 18, 2023 |
| Second simultaneous exchange of objections to proposed jury instructions and special verdict forms | August 25, 2023 | August 25, 2023 |
| Last day to exchange objections to <u>trial exhibits, deposition designations, and</u> counter-designations of deposition testimony | August 30, 2023 | August 30, 2023 |
| Last day to file oppositions to motions in limine[1] | September 1, 2023 | September 1, 2023 |
| Last day to file responses to dispositive motions | September 6, 2023 | September 6, 2023 |
| Last day to file replies to dispositive motions | September 20, 2023 | September 20, 2023 |
| Hearing on dispositive motions | November 9, 2023 at 2:00 pm | November 9, 2023 at 2:00 p.m. |
| Last day to submit disputed deposition designations to Court | December 1, 2023 | December 1, 2023 |
| Hearings on motions in limine | December 15, 2023, at 2:00 p.m | December 15, 2023, at 2:00 p.m. |
| Last day to file parties' joint and any alternatively proposed jury instructions and verdict form | December 18, 2023 | December 18, 2023 |
| Last day to meet and confer before pretrial conference | December 22, 2023 | December 22, 2023 |
| Last day to file stipulation on pre-admission of trial exhibits | January 22, 2024 | January 22, 2024 |
| Last day to file joint pretrial statement, proposed findings of fact, and proposed conclusions of law | January 26, 2024 | January 26, 2024 |
| Exhibits marked and exchanged | February 1, 2024 | February 1, 2024 |
| Pretrial conference | February 2, 2024, at 2:00 p.m. | February 2, 2024, at 2:00 p.m. |
| Last day to deliver trial exhibits to the Court | February 20, 2024 | February 20, 2024 |

---

[1] No motion in limine or opposition to motion in limine shall exceed five pages.

| Event | Current Deadline | [Proposed] Deadline |
|---|---|---|
| Trial | February 26, 2024, at 8:00 a.m. | February 26, 2024, at 8:00 a.m. |

Dated: _____

                                          HONORABLE JON S. TIGAR
                                        UNITED STATES DISTRICT JUDGE

Dated: August 10, 2023

/s/ *Mario N. Alioto*
Mario N. Alioto (56433)
Joseph M. Patane (72202)
Lauren C. Capurro (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2001 Union Street, Suite 482
San Francisco, CA 94123
Telephone: 415-563-7200
Facsimile: 415- 346-0679
Email: malioto@tatp.com
jpatane@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the Indirect Purchaser Plaintiffs*


/s/ *John M. Taladay*
John M. Taladay (*pro hac vice*)
Evan J. Werbel (*pro hac vice*)
Thomas E. Carter (*pro hac vice*)
Andrew L. Lucarelli (*pro hac vice*)
BAKER BOTTS LLP
700 K Street, N.W.
Washington, D.C. 20001
(202) 639-7700
(202) 639-7890 (fax)
Email: john.taladay@bakerbotts.com
       evan.werbel@bakerbotts.com
       tom.carter@bakerbotts.com
       drew.lucarelli@bakerbotts.com

*Attorneys for Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.*

**ATTESTATION**

I, John M. Taladay, hereby attest, pursuant to United States District Court, Northern District of California Civil Local Rule 5-1(i)(3), that each of the other Signatories have concurred in the filing of the document.

By: /s/ *John M. Taladay*
John M. Taladay

5
STIPULATION AND [PROPOSED] ORDER RE: CASE SCHEDULE; Master File No. 07-CV-5944-JST