1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **NORTHERN DISTRICT OF CALIFORNIA**
10                                **OAKLAND DIVISION**

11 | IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-CV-5944-JST
12 | | MDL No. 1917
13 | This Document Relates to: | **STIPULATION AND [PROPOSED] ORDER RE: CASE SCHEDULE**
14 | *ALL DIRECT PURCHASER ACTIONS* |
15 | | Judge:    Honorable Jon S. Tigar

1  Direct Purchaser Plaintiffs ("DPPs") and Defendants Irico Group Corporation and Irico
2  Display Devices Co., Ltd. ("Irico" or the "Irico Defendants," collectively the "Parties"), by and
3  through the undersigned counsel, hereby stipulate as follows:
4  WHEREAS, on January 27, 2023, the Court's Order re Litigation Schedule established the
5  case schedule for the Direct Purchaser Actions (ECF No. 6145);
6  WHEREAS, the Parties were unable to schedule the deposition of Irico Defendants'
7  Chinese law expert witness, Donald Clarke, until August 16, 2023.
8  WHEREAS, the Parties were unable to schedule the deposition of Irico Defendants'
9  economic expert witness, Margaret E. Guerin-Calvert, until August 24, 2023.
10  WHEREAS, the Parties agree that modifying the current expert discovery schedule would
11  accommodate the Parties' efforts to complete expert discovery.
12  WHEREAS, the Parties agree that a short adjustment to the schedule for *Daubert* motions
13  is warranted to allow for full consideration of the fact and expert discovery record, and would
14  ensure the most efficient use of the Court's time and resources; and
15  WHEREAS, the Parties agree that good cause exists to set the case schedule and deadlines
16  in the Direct Purchaser Actions as outlined in the chart below, subject to Court approval.
17  THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between counsel for
18  DPPs and the Irico Defendants to set the case schedule as outlined in the chart below.
19  **PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO**
20  **ORDERED THAT THE CASE SCHEDULE AND DEADLINES ARE MODIFIED AS**
21  **FOLLOWS:**

| Category | Event | Date | [Proposed] Date |
|---|---|---|---|
| Expert Discovery | Rebuttal reports due (followed by depositions) | Friday, August 25, 2023 | Friday, September 1, 2023 |
| Expert Discovery | Expert discovery cut-off | Friday, September 15, 2023 | Friday, September 22, 2023 |
| Pretrial | Last day to file *Daubert* motions | Tuesday, October 10, 2023 | Tuesday, October 17, 2023 |
| Pretrial | Last day to file responses to *Daubert* motions | Monday, November 13, 2023 | Monday, November 20, 2023 |
| Pretrial | Last day to file replies to *Daubert* motions | Monday, December 4, 2023 | Monday, December 11, 2023 |

1
2  Dated: _____   _____
3                                           HONORABLE JON S. TIGAR
                                           UNITED STATES DISTRICT JUDGE
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Dated: August 11, 2023

| | |
|---|---|
| */s/ R. Alexander Saveri* <br> R. Alexander Saveri (173102) <br> Geoffrey C. Rushing (126910) <br> Matthew D. Heaphy (227224) <br> SAVERI & SAVERI, INC. <br> 706 Sansome Street <br> San Francisco, CA 94111 <br> Telephone: (415) 217-6810 <br> Facsimile: (415) 217-6813 <br> Email: rick@saveri.com <br> grushing@saveri.com <br> mheaphy@saveri.com <br><br> *Lead Counsel for Direct Purchaser Plaintiffs* | */s/ John M. Taladay* <br> John M. Taladay (*pro hac vice*) <br> Evan J. Werbel (*pro hac vice*) <br> Thomas E. Carter (*pro hac vice*) <br> Andrew L. Lucarelli (*pro hac vice*) <br> BAKER BOTTS L.L.P. <br> 700 K Street, N.W. <br> Washington, D.C. 20001 <br> (202) 639-7700 <br> (202) 639-7890 (fax) <br> Email: john.taladay@bakerbotts.com <br> evan.werbel@bakerbotts.com <br> tom.carter@bakerbotts.com <br> drew.lucarelli@bakerbotts.com <br><br> *Attorneys for Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.* |

## ATTESTATION

I, R. Alexander Saveri, hereby attest, pursuant to United States District Court, Northern District of California Civil Local Rule 5-1(h)(3), that each of the other Signatories have concurred in the filing of this document.

By: <u>*/s/ R. Alexander Saveri*</u>
      R. Alexander Saveri