1  MARIO N. ALIOTO, ESQ. (56433)
   LAUREN C. CAPURRO, ESQ. (241151)
2  TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
   2001 Union Street, Suite 482
3  San Francisco, CA 94123
   Telephone: (415) 563-7200
4  Facsimile: (415) 346-0679
   E-mail: malioto@tatp.com
5  laurenrussell@tatp.com

6  *Lead Counsel for the Indirect-Purchaser Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 4:07-cv-5944-JST |
| | MDL No. 1917 |
| This Document Relates to: | |
| Indirect-Purchaser Class Action | **[PROPOSED] ORDER REGARDING** |
| | **INDIRECT PURCHASER PLAINTIFFS' NOTICE OF MOTION AND MOTION *IN LIMINE* NO. 1:** |
| | **TO PRECLUDE REFERENCE TO DUPLICATIVE RECOVERY** |

**[PROPOSED] ORDER**

Upon consideration of Indirect Purchaser Plaintiffs' ("IPPs") Motion *in Limine* No. 1 to preclude reference to duplicative recovery, it is hereby

ORDERED that the motion is GRANTED, and at trial, the parties shall not make reference to or argument about the possibility of duplicative recovery (by Direct Purchaser Plaintiffs and IPPs).

Dated:

                                                                                                                                 _____
The Honorable Jon S. Tigar
United States District Judge
Northern District of California