MARIO N. ALIOTO, ESQ. (56433)
LAUREN C. CAPURRO, ESQ. (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2001 Union Street, Suite 482
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: malioto@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the Indirect-Purchaser Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION <br><br> This Document Relates to: <br><br> Indirect-Purchaser Class Action | Master File No. 4:07-cv-5944-JST <br><br> MDL No. 1917 <br><br> **[PROPOSED] ORDER REGARDING INDIRECT PURCHASER PLAINTIFFS' NOTICE OF MOTION AND MOTION *IN LIMINE* NO. 2:** <br><br> **TO PRECLUDE REFERENCE TO OR ARGUMENT ABOUT OTHER LAWSUITS INVOLVING CLASS REPRESENTATIVES, HOW CLASS REPRESENTATIVES BECAME INVOLVED IN THIS CASE, OR THAT THE CASE IS "LAWYER-DRIVEN"** |

**[PROPOSED] ORDER**

Upon consideration of Indirect Purchaser Plaintiffs' ("Plaintiffs") Motion *in Limine* No. 2 to preclude reference to or argument about other lawsuits involving Class Representatives, how Class Representatives became involved in this case, or that the case is "lawyer-driven," it is hereby

ORDERED that the motion is GRANTED, and at trial, the parties shall not refer to or make argument about other lawsuits involving any of the Class Representatives, how Class Representatives became involved in this case, or that the case is "lawyer-driven."

Dated:

_____
The Honorable Jon S. Tigar
United States District Judge
Northern District of California