MARIO N. ALIOTO, ESQ. (56433)
LAUREN C. CAPURRO, ESQ. (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2001 Union Street, Suite 482
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: malioto@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the Indirect-Purchaser Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>Indirect-Purchaser Class Action | Master File No. 4:07-cv-5944-JST<br><br>MDL No. 1917<br><br>**DECLARATION OF GERARD A. DEVER IN SUPPORT OF**<br><br>**INDIRECT PURCHASER PLAINTIFFS' NOTICE OF MOTION AND MOTION *IN LIMINE* NO. 3:**<br><br>**TO PRECLUDE REFERENCE TO AND EXCLUDE EVIDENCE OF THE ABSENCE OF CRIMINAL INDICTMENT, CONVICTION, OR GUILTY PLEA**<br><br>Hearing Date: December 15, 2023<br>Time: 2:00 p.m.<br>Courtoom: Courtroom 6 – 2nd Floor<br><br>The Honorable Jon S. Tigar |

I, Gerard A. Dever, hereby declare and state as follows:

1. I am a member of the law firm Fine, Kaplan and Black, R.P.C., counsel for the Indirect Purchaser Plaintiffs in the above-captioned action currently pending in the U.S. District Court for the Northern District of California.  I am a member in good standing of the bar of the Commonwealth of Pennsylvania and I am admitted *pro hac vice* to practice before this Court.  I submit this Declaration in support of Plaintiffs' Motion *in Limine* No. 3: to preclude reference to and exclude evidence of the absence of criminal indictment, conviction, or guilty plea.

2. Attached hereto as **Exhibit A** is a true and correct copy of the January 9, 2013, Minute Order in *In re Urethane Antitrust Litig.*, No. 04-1616 (D. Kan.) (Dkt. No. 2691).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 11, 2023, in Philadelphia, Pennsylvania.

>   */s/ Gerard A. Dever*
>   Gerard A. Dever
>   Fine, Kaplan and Black, R.P.C.
>   One South Broad Street, 23rd Floor
>   Philadelphia, PA 19107
>   Telephone:  (215) 567-6565
>   Facsimile:   (215) 568-5872
>   Email:  gdever@finekaplan.com
>
>   *Counsel for Indirect Purchaser Plaintiffs*

1

INDIRECT PURCHASER PLAINTIFFS' MOTION IN LIMINE RE ABSENCE OF CRIMINAL INDICTMENT
Master File No. 4:07-cv-5944-JST; MDL No. 1917

# EXHIBIT A

CLERK'S COURTROOM MINUTE SHEET – **CIVIL**

IN RE: URETHANE ANTITRUST
       LITIGATION

The Polyether Polyol Cases        MDL:  1616
                                         Case No:  04-md-1616-JWL

**Attorney for Plaintiffs: Roger N. Walter, Roberta Liebenberg, Joseph Goldberg and Michael Guzman**

**Attorney for Defendant: Brian Markley, David M. Bernick, Hamilton Loeb, Jeremy Evans, and Donald Morrow**

| JUDGE: | John W. Lungstrum | DATE: | 1/9/2013 |
|---|---|---|---|
| CLERK: | Sharon Scheurer | TAPE/REPORTER: | Becky Ryder |

## LIMINE CONFERENCE

#2557 - Defendant Dow's Motion in Limine to Exclude Any Reference to Alleged Conspiracies or Illegal Conduct Occurring Before 1999: **GRANTED as set forth in full on the record.**

#2558 - Defendant Dow's Motion in Limine to Preclude Reference to or Evidence of Dow's Overall Financial Condition:  **GRANTED as set forth in full on the record.**

#2559 -   Defendant Dow's Motion in Limine to Exclude Testimony from Witness Attorney Paul Costa: **DENIED as set forth in full on the record.**

#2560 -   Defendant Dow's Motion in Limine to Exclude Reference to or Allegations of Any Purported Conspiracy to Fix the Prices of Polyether Polyols Systems: **GRANTED as set forth in full on the record.**

#2561 -   Defendant Dow's Motion in Limine to Preclude Reference to Unrelated Price-Fixing Cases: **GRANTED in part and DENIED in part as set forth in full on the record.**

#2562 -   Class Plaintiffs' Motion in Limine to Preclude Reference to Class Representatives' or Class Members' Attendance or Non-Attendance at Trial: **GRANTED as set forth in full on the record.**

#2564 -   Class Plaintiffs' Motion in Limine to Preclude Evidence or Reference to the Closing of the Department of Justice Criminal Investigation Without Indictment of Dow : **GRANTED as set forth in full on the record.**

1

#2566 -   Class Plaintiffs' Motion in Limine to Preclude Reference to How Class Plaintiffs Became Involved in the Case or to the Case Being Lawyer Driven: **GRANTED as set forth in full on the record.**

#2569 -   Defendant Dow's Motion in Limine to Preclude Certain Statements by Alleged Co-Conspirators:  **DENIED as set forth in full on the record.**

#2571 -   Class Plaintiffs' Motion in l imine to preclude Reference Before the Jury to "Pass Through" of Damages, or to any Alleged benefits to Class Plaintiffs From the Alleged Price Fixing: **GRANTED in part, DENIED in part, and TAKEN UNDER ADVISEMENT in part as set forth in full on the record.**

#2573 -   Defendant Dow's Motion in Limine to Exclude Evidence of Settlement and Settlement Discussions : **GRANTED as set forth in full on the record.**

#2574 -   Class Plaintiffs' Motion in Limine to Preclude Reference to the Terms or Payment Amounts of Prior Settlements: **GRANTED as set forth in full on the record.**

#2576 -   Class Plaintiffs' Motion in Limine to Preclude Reference to Paul Seegott's Bankruptcy, to Dormant Status of Plaintiff Seegott Holdings, Inc. and to BASF Corporation's Now-Settled Counterclaim Against Seegott Holdings: **GRANTED in part and TAKEN UNDER ADVISEMENT in part as set forth in full on the record.**

#2578 -   Class Plaintiffs' Motion in Limine to Preclude Disclosure to the Jury that Any Damages Award will be Trebled **GRANTED as set forth in full on the record.**

#2580 -   Class Plaintiffs' Motion in Limine to Exclude Defendant's Initial Video Deposition Designations from Class Plaintiffs' Case in Chief : **GRANTED in part and DENIED in part as set forth in full on the record.**

#2675 -   Joint Motion to Disseminate Juror Questionnaire: **DENIED as set forth in full on the record.**

#2681 -   Class Plaintiffs' Motion to Modify Pretrial Order: **GRANTED as set forth in full on the record.**