1  MARIO N. ALIOTO, ESQ. (56433)
   LAUREN C. CAPURRO, ESQ. (241151)
2  TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
   2001 Union Street, Suite 482
3  San Francisco, CA 94123
   Telephone: (415) 563-7200
4  Facsimile: (415) 346-0679
   E-mail: malioto@tatp.com
5  laurenrussell@tatp.com

6  *Lead Counsel for the Indirect-Purchaser Plaintiffs*

7

8

9

10                      **UNITED STATES DISTRICT COURT**

11                    **NORTHERN DISTRICT OF CALIFORNIA**

12                           **OAKLAND DIVISION**

13

14  IN RE CATHODE RAY TUBE (CRT)          )   Master File No. 4:07-cv-5944-JST
    ANTITRUST LITIGATION                  )
15                                        )   MDL No. 1917
    _____ )
16  This Document Relates to:             )
                                          )   **[PROPOSED] ORDER REGARDING**
17  Indirect-Purchaser Class Action       )
                                          )   **INDIRECT PURCHASER PLAINTIFFS'**
18                                        )   **NOTICE OF MOTION AND MOTION**
                                          )   ***IN LIMINE* NO. 3:**
19                                        )
                                          )   **TO PRECLUDE REFERENCE TO AND**
20                                        )   **EXCLUDE EVIDENCE OF THE**
                                          )   **ABSENCE OF CRIMINAL INDICTMENT,**
21                                        )   **CONVICTION, OR GUILTY PLEA**
                                          )
22                                        )
                                          )
23

24

25

26

27

28

**[PROPOSED] ORDER**

Upon consideration of Indirect Purchaser Plaintiffs' ("Plaintiffs") Motion *In Limine* No. 3 to preclude reference to and exclude evidence of the absence of criminal indictment, conviction, or guilty plea, it is hereby

ORDERED that the motion is GRANTED, and at trial, the parties shall not refer to or introduce evidence regarding the closing of the Department of Justice ("DOJ") investigation of the CRT industry without issuing indictments, obtaining guilty pleas, or otherwise sanctioning certain of the Defendants.

Dated:

_____
The Honorable Jon S. Tigar
United States District Judge
Northern District of California

1