MARIO N. ALIOTO, ESQ. (56433)
LAUREN C. CAPURRO, ESQ. (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2001 Union Street, Suite 482
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: malioto@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the Indirect-Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 4:07-cv-5944-JST |
| | MDL No. 1917 |
| This Document Relates to: | **[PROPOSED] ORDER REGARDING** |
| Indirect-Purchaser Class Action | **INDIRECT PURCHASER PLAINTIFFS' NOTICE OF MOTION AND MOTION *IN LIMINE* NO. 4:** |
| | **TO PRECLUDE LIVE TESTIMONY OF IRICO DEFENDANTS' WITNESSES WHO ARE NOT MADE AVAILABLE TO TESTIFY LIVE IN PLAINTIFFS' CASE-IN-CHIEF** |

**[PROPOSED] ORDER**

Upon consideration of Indirect Purchaser Plaintiffs' ("Plaintiffs") Motion *In Limine* No. 4 to preclude live testimony by Irico Defendants' witnesses who are not made available to testify live during Plaintiffs' case-in-chief, it is hereby

ORDERED that the motion is GRANTED, and at trial, Irico Defendants shall be precluded from introducing the live testimony of any witness who is not made available to testify live during Plaintiffs' case-in-chief.

Dated:

                                          The Honorable Jon S. Tigar
                                          United States District Judge
                                          Northern District of California