1  MARIO N. ALIOTO, ESQ. (56433)
   LAUREN C. CAPURRO, ESQ. (241151)
2  TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
   2001 Union Street, Suite 482
3  San Francisco, CA 94123
   Telephone: (415) 563-7200
4  Facsimile: (415) 346-0679
   E-mail: malioto@tatp.com
5  laurenrussell@tatp.com

6  *Lead Counsel for the Indirect-Purchaser Plaintiffs*

7

8

9

10              **UNITED STATES DISTRICT COURT**

11             **NORTHERN DISTRICT OF CALIFORNIA**

12                   **OAKLAND DIVISION**

13  IN RE CATHODE RAY TUBE (CRT)           )   Master File No. 4:07-cv-5944-JST
    ANTITRUST LITIGATION                   )
14                                         )   MDL No. 1917
                                           )
15  This Document Relates to:              )
                                           )
16  Indirect-Purchaser Class Action        )   **[PROPOSED] ORDER REGARDING**
                                           )
17                                         )   **INDIRECT PURCHASER PLAINTIFFS'**
                                           )   **NOTICE OF MOTION AND MOTION *IN***
                                           )   ***LIMINE* NO. 5:**
18                                         )
                                           )   **TO LIMIT IRICO DEFENDANTS'**
19                                         )   **DEPOSITION DESIGNATIONS**
                                           )   **PRESENTED IN PLAINTIFFS' CASE TO**
20                                         )   **REASONABLE CROSS AND TO**
                                           )   **EXCLUDE UNRELATED**
21                                         )   **DESIGNATIONS**
                                           )
22                                         )

23

24

25

26

27

28

1

2

**[PROPOSED] ORDER**

3      Upon consideration of Indirect Purchaser Plaintiffs' ("Plaintiffs") Motion *In Limine* No. 5

4    to limit Irico Defendants' deposition designations presented in Plaintiffs' case to reasonable cross

5    and to exclude unrelated designations, it is hereby

6      ORDERED that the motion is GRANTED, and Irico Defendants' designations of

7    deposition testimony to be presented during Plaintiffs' case-in-chief shall not exceed the scope of

8    reasonable cross-examination of the witness's testimony presented by Plaintiffs and shall not

9    include unrelated testimony or other unrelated evidence.

10

11

12   Dated:

13

14                                        _____
                                          The Honorable Jon S. Tigar
15                                        United States District Judge
                                          Northern District of California

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER IPPS' MOTION IN LIMINE RE DEPOSITION DESIGNATIONS
Master File No. 4:07-cv-5944-JST; MDL No. 1917