MARIO N. ALIOTO, ESQ. (56433)
LAUREN C. CAPURRO, ESQ. (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2001 Union Street, Suite 482
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: malioto@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the Indirect-Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 4:07-cv-5944-JST |
| | MDL No. 1917 |
| This Document Relates to: | |
| Indirect-Purchaser Class Action | **[PROPOSED] ORDER REGARDING INDIRECT PURCHASER PLAINTIFFS' NOTICE OF MOTION AND MOTION *IN LIMINE* NO. 6:** |
| | **TO (1) PRECLUDE ARGUMENT THAT THE SAMSUNG SDI GUILTY PLEA INCLUDES DOJ FINDINGS OF FACT; (2) EXCLUDE EVIDENCE OF THE VOLUME OF AFFECTED SALES IN THE GUILTY PLEA; (3) EXCLUDE EVIDENCE OF THE FACT AND AMOUNT OF THE CRIMINAL FINE; AND (4) EXCLUDE ANY STATEMENT BY THE DOJ CHARACTERIZING THE CRT CONSPIRACY AS LIMITED TO FACTS IN SAMSUNG GUILTY PLEA** |

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | |

3   Upon consideration of Indirect Purchaser Plaintiffs' ("Plaintiffs") Motion *In Limine* No. 6

4  to (1) preclude argument that the guilty plea by Samsung SDI Company, Ltd. ("Samsung")

5  includes Department of Justice ("DOJ") findings of fact; (2) exclude evidence of the volume of

6  affected sales in the Samsung guilty plea; (3) exclude evidence of the fact and amount of the

7  criminal fine; and (4) exclude any statement by the DOJ characterizing the cathode ray tube

8  ("CRT") conspiracy as limited to facts in the Samsung guilty plea, it is hereby

9   ORDERED that the motion is GRANTED, and at trial, Irico Defendants shall be precluded

10 from:

11   (1)  arguing that the Samsung SDI guilty plea includes DOJ findings of fact;

12   (2)  offering evidence that the DOJ or the Samsung guilty plea identified a particular

13 volume of affected sales;

14   (3)  offering evidence of the fact or the amount of the criminal fine imposed on

15 Samsung; and

16   (4)  offering any public statement by the DOJ characterizing the CRT conspiracy as

17 limited to facts in the Samsung guilty plea.

20 Dated:

22   The Honorable Jon S. Tigar
23   United States District Judge
     Northern District of California