```
MARIO N. ALIOTO, ESQ. (56433)
LAUREN C. CAPURRO, ESQ. (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2001 Union Street, Suite 482
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: malioto@tatp.com
laurenrussell@tatp.com
```

*Lead Counsel for the Indirect-Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 4:07-cv-5944-JST |
| | MDL No. 1917 |
| This Document Relates to: | |
| Indirect-Purchaser Class Action | **[PROPOSED] ORDER REGARDING INDIRECT PURCHASER PLAINTIFFS' NOTICE OF MOTION AND MOTION *IN LIMINE* NO. 7:** |
| | **TO LIMIT ARGUMENT THAT PRICE-FIXING WAS PRO-COMPETITIVE OR NECESSARY** |

**[PROPOSED] ORDER**

Upon consideration of Indirect Purchaser Plaintiffs' ("Plaintiffs") Motion *In Limine* No. 7 to limit argument that price fixing was pro-competitive or necessary, it is hereby

ORDERED that the motion is GRANTED, and at trial, Irico Defendants may provide evidence or argument to rebut the Plaintiffs' claim that the existence of information exchanges is indicative of an underlying agreement to fix prices. However, Irico Defendants shall not present any other evidence or argument regarding allegedly pro-competitive or other justifications for their price-fixing. Plaintiffs may make Rule 403 objections at trial if they believe the probative value of relevant evidence is substantially outweighed by unfair prejudice.

Dated:

                                                                                                                                      _____
The Honorable Jon S. Tigar
United States District Judge
Northern District of California