MARIO N. ALIOTO, ESQ. (56433)
LAUREN C. CAPURRO, ESQ. (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2001 Union Street, Suite 482
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: malioto@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the Indirect-Purchaser Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>Indirect-Purchaser Class Action | Master File No. 4:07-cv-5944-JST<br><br>MDL No. 1917<br><br>**INDIRECT PURCHASER PLAINTIFFS' NOTICE OF MOTION AND MOTION *IN LIMINE* NO. 9:**<br><br>**TO ALLOW EVIDENCE OF IRICO DEFENDANTS' FAILURE TO PARTICIPATE IN CASE**<br><br>Hearing Date:  December 15, 2023<br>Time: 2:00 p.m.<br>Courtoom: Courtroom 6 – 2nd Floor<br><br>The Honorable Jon S. Tigar |

**NOTICE OF MOTION AND MOTION *IN LIMINE* NO. 9:**

**TO ALLOW REFERENCE TO AND EVIDENCE OF IRICO DEFENDANTS' HISTORY OF NON-PARTICIPATION IN THIS CASE**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on December 15, 2023, or as soon thereafter as this matter may be heard before the Honorable Jon S. Tigar, U.S. District Court Judge, U.S. District Court for the Northern District of California, Courtroom No. 6, 2nd Fl., 1301 Clay Street, Oakland, California, 94612, Indirect Purchaser Plaintiffs ("Plaintiffs") will and hereby do respectfully move this Court for an Order to allow argument and evidence of Irico Defendants' failure to participate in this case for seven years.

This Motion is based on this Notice of Motion and Motion, the accompanying memorandum of law in support thereof, the pleadings and correspondence on file with the Court, and such other arguments and authorities as may be presented at or before the hearing.

1

INDIRECT PURCHASER PLAINTIFFS' MOTION IN LIMINE RE FAILURE TO PARTICIPATE
Master File No. 4:07-cv-5944-JST; MDL No. 1917

## MEMORANDUM OF POINTS AND AUTHORITIES

The Indirect Purchaser Plaintiffs ("Plaintiffs" or "IPPs") submit this memorandum in support of their motion *in limine* to allow argument and evidence concerning Irico Defendants' ("Irico") history of not participating in this case. Such argument and evidence are relevant to explain the absence of other defendants at trial and the long delay between the conspiracy and the trial.

## I.   BACKGROUND

The price-fixing conspiracy at issue in this case began over 27 years ago, in 1995. *See, e.g.*, IPPs' Fifth Consol. Am. Compl. ¶ 1. This case began in 2007. *See* ECF 6112 (Report and Recommendation Nov. 11, 2022). "After appearing and litigating in these proceedings for almost two years, Irico directed their counsel to cease representing them and failed to answer or otherwise participate in their own defense in 2010. Meanwhile, this multidistrict litigation proceeded with nine other defendant groups for about seven years." *Id.* at 2.

In 2016, the Direct Purchaser Plaintiffs ("DPPs") and the IPPs obtained entry of default against Irico. *See* ECF 4727, 4729. On August 14, 2017, DPPs moved for default judgment. "On October 25, 2017, Irico reappeared and moved to set aside the entry of default, explaining that it failed to answer because it believed the court lacked subject matter jurisdiction under the FSIA." ECF 6112 at 2. On February 1, 2018, the Court set aside Irico's default, reopened the DPPs' case, and allowed DPPs to conduct jurisdictional discovery. *See id.* Shortly thereafter, the Court vacated the entry of default against Irico in the IPPs' case and allowed IPPs to take jurisdictional discovery. ECF 5271.

On October 28, 2019, the Court denied Irico's motions to dismiss the DPP and IPP cases based on lack of jurisdiction. ECF No. 5367. Irico appealed this ruling, but on October 23, 2020, after the appeal was fully briefed, Irico moved to dismiss it. *See* ECF 5861.

2

INDIRECT PURCHASER PLAINTIFFS' MOTION IN LIMINE RE FAILURE TO PARTICIPATE
Master File No. 4:07-cv-5944-JST; MDL No. 1917

## II. ARGUMENT

Argument and evidence of Irico's past failure to participate in this case are necessary to explain to the jury why this trial is taking place so long after the conspiracy occurred and why Irico is the only conspiracy participant currently on trial.

If Plaintiffs are not permitted to introduce evidence of Irico's lack of participation in the case, the jury may "draw an inference that the age of the case is due to delay or neglect on the part of [Plaintiffs]." *See Harrington v. City of Council Bluffs, Iowa*, 902 F. Supp. 2d 1195, 1205 (S.D. Iowa 2012) ("[T]he Court is inclined to agree that fairness would permit Plaintiffs to generically explain to the jury the series of events that have occurred over the years causing these cases to be filed more than twenty-five years after the Plaintiffs' 1978 trials, and to be litigated over seven years after that."); *United States v. Chon*, No. 2:01-CR-487 TS, 2007 WL 1960604, at *2 (D. Utah July 5, 2007) (holding defendant's flight and subsequent absence for years was part of the case, and failure to allow government to present evidence of flight could lead jury to infer government was responsible for delay).

Evidence regarding Irico's lack of participation is also relevant to explain why Irico is the only defendant at this trial. *Cf. Jordan v. Enrique Ventura*, No. 4:17-cv-4011, 2019 WL 1199517, at *3 (W.D. Ark. Mar. 13, 2019) (allowing plaintiff to introduce evidence that defendant did not participate in discovery).

## II. CONCLUSION

For the reasons stated above, Plaintiffs respectfully request that this Court grant their motion *in limine* to allow argument and evidence regarding Irico's failure to participate in this case.

| | |
|---|---|
| Dated: August 11, 2023 | By: /s/ Mario N. Alioto<br>Mario N. Alioto (56433)<br>Lauren C. Capurro (241151)<br>TRUMP, ALIOTO, TRUMP & PRESCOTT LLP<br>2001 Union Street, Suite 482<br>San Francisco, CA 94123<br>Telephone:    (415) 563-7200<br>Facsimile:    (415) 346-0679<br>Email: malioto@tatp.com<br>Email: laurenrussell@tatp.com<br><br>*Lead Counsel for Indirect Purchaser Plaintiffs* |

4

INDIRECT PURCHASER PLAINTIFFS' MOTION IN LIMINE RE FAILURE TO PARTICIPATE
Master File No. 4:07-cv-5944-JST; MDL No. 1917