MARIO N. ALIOTO, ESQ. (56433)
LAUREN C. CAPURRO, ESQ. (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2001 Union Street, Suite 482
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: malioto@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the Indirect-Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>Indirect-Purchaser Class Action | Master File No. 4:07-cv-5944-JST<br><br>MDL No. 1917<br><br>**[PROPOSED] ORDER REGARDING**<br><br>**INDIRECT PURCHASER PLAINTIFFS' NOTICE OF MOTION AND MOTION *IN LIMINE* NO. 9:**<br><br>**TO ALLOW EVIDENCE OF IRICO DEFENDANTS' FAILURE TO PARTICIPATE IN CASE** |

**[PROPOSED] ORDER**

Upon consideration of Indirect Purchaser Plaintiffs' ("Plaintiffs") Motion *In Limine* No. 9 to allow evidence of Irico Defendants' failure to participate in case, it is hereby

ORDERED that the motion is GRANTED, and at trial, the parties shall be permitted to present evidence and/or argument regarding Irico Defendants' past failure to participate in this case.

Dated:

                                           The Honorable Jon S. Tigar
                                           United States District Judge
                                           Northern District of California