MARIO N. ALIOTO, ESQ. (56433)
LAUREN C. CAPURRO, ESQ. (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2001 Union Street, Suite 482
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: malioto@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the Indirect-Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 4:07-cv-5944-JST |
| | MDL No. 1917 |
| This Document Relates to: | |
| Indirect-Purchaser Class Action | **[PROPOSED] ORDER REGARDING INDIRECT PURCHASER PLAINTIFFS' NOTICE OF MOTION AND MOTION *IN LIMINE* NO. 10:** |
| | **TO FIND THAT A FOUNDATION EXISTS TO ADMIT STATEMENTS UNDER THE CO-CONSPIRATOR RULE** |

**[PROPOSED] ORDER**

Upon consideration of Indirect Purchaser Plaintiffs' ("Plaintiffs") Motion *in Limine* No. 10 to find that a foundation exists to admit statements under the co-conspirator rule, it is hereby

ORDERED that the motion is GRANTED, and at trial, a foundation exists allowing IPPs to admit statements under the co-conspirator exception to the hearsay rule, and all co-conspirator documents deemed admitted for summary judgment are admissible for trial.

Dated:

_____
The Honorable Jon S. Tigar
United States District Judge
Northern District of California