1   MARIO N. ALIOTO, ESQ. (56433)
    LAUREN C. CAPURRO, ESQ. (241151)
2   TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
    2001 Union Street, Suite 482
3   San Francisco, CA 94123
    Telephone: (415) 563-7200
4   Facsimile: (415) 346-0679
    E-mail: malioto@tatp.com
5   laurenrussell@tatp.com

6   *Lead Counsel for the Indirect-Purchaser Plaintiffs*

7

8

9

10                  **UNITED STATES DISTRICT COURT**

11                  **NORTHERN DISTRICT OF CALIFORNIA**

12                  **OAKLAND DIVISION**

13

14   IN RE CATHODE RAY TUBE (CRT)          )   Master File No. 4:07-cv-5944-JST
     ANTITRUST LITIGATION                   )
15   _____    )   MDL No. 1917
                                            )
16   This Document Relates to:              )
                                            )   **[PROPOSED] ORDER REGARDING**
17   Indirect-Purchaser Class Action        )
                                            )   **INDIRECT PURCHASER PLAINTIFFS'**
18                                          )   **NOTICE OF MOTION AND MOTION**
                                            )   **_IN LIMINE_ NO. 11:**
19                                          )
                                            )   **TO EXCLUDE EVIDENCE AND**
20                                          )   **ARGUMENT PORTRAYING THE IRICO**
                                            )   **DEFENDANTS' PARTICIPATION IN**
21                                          )   **THE CONSPIRACY OR ACTS**
                                            )   **COMMITTED PURSUANT THERETO**
22                                          )   **AS COMPELLED BY THE CHINESE**
                                            )   **GOVERNMENT OR CHINESE LAW**
23                                          )
                                            )
24   _____    )

25

26

27

28

1

**[PROPOSED] ORDER**

2

3      Upon consideration of Indirect Purchaser Plaintiffs' ("Plaintiffs") Motion *in Limine* No. 11

4   to exclude evidence and argument portraying the Irico Defendants' participation in the conspiracy

5   or acts committed pursuant thereto as compelled by the Chinese government or Chinese law, it is

6   hereby

7      ORDERED that the motion is GRANTED, and at trial, the Irico Defendants ("Irico") shall

8   not offer evidence or argument in support of any of the following propositions:

9      1.      The Chinese government or Chinese law dictated the prices Irico was obligated to

10  charge for CRTs;

11     2.      Irico sold CRTs at prices mandated by the Chinese government or Chinese law; or

12     3.      The Chinese government or Chinese law imposed duties on Irico that were

13  inconsistent with, or prevented them from complying with, U.S. law.

14

15

16

17

18  Dated:

19

20                                     _____
                                       The Honorable Jon S. Tigar
21                                     United States District Judge
                                       Northern District of California
22

23

24

25

26

27

28

1