MARIO N. ALIOTO, ESQ. (56433)
LAUREN C. CAPURRO, ESQ. (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2001 Union Street, Suite 482
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: malioto@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the Indirect-Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 4:07-cv-5944-JST |
| | MDL No. 1917 |
| This Document Relates to: | |
| Indirect-Purchaser Class Action | **INDEX OF INDIRECT PURCHASER PLAINTIFFS' MOTIONS *IN LIMINE*** |
| | Hearing Date: December 15, 2023 Time: 2:00 p.m. Courtroom: Courtroom 6 – 2nd Floor |
| | The Honorable Jon S. Tigar |

## INDEX OF INDIRECT PURCHASER PLAINTIFFS' MOTIONS *IN LIMINE*

For ease of reference, Indirect Purchaser Plaintiffs ("Plaintiffs") submit the following index of Plaintiffs' Motions *in Limine* filed on August 11, 2023:

**Motion *in Limine* No. 1:** To Preclude Reference to Duplicative Recovery

**Motion *in Limine* No. 2:** To Preclude Reference to or Argument About Other Lawsuits Involving Class Representatives, How Class Representatives Became Involved in This Case, or That the Case is "Lawyer-Driven"

**Motion *in Limine* No. 3:** To Preclude Reference to and Exclude Evidence of the Absence of Criminal Indictment, Conviction, or Guilty Plea

**Motion *in Limine* No. 4:** To Preclude Live Testimony of Irico Defendants' Witnesses Who Are Not Made Available to Testify Live in Plaintiffs' Case-in-Chief

**Motion *in Limine* No. 5:** To Limit Irico Defendants' Deposition Designations Presented in Plaintiffs' Case to Reasonable Cross and to Exclude Unrelated Designations

**Motion *in Limine* No. 6:** To (1) Preclude Argument That the Samsung SDI Guilty Plea Includes DOJ Findings of Fact; (2) Exclude Evidence of the Volume of Affected Sales in the Guilty Plea; (3) Exclude Evidence of the Fact and Amount of the Criminal Fine; and (4) Exclude Any Statement by the DOJ Characterizing the CRT Conspiracy as Limited to Facts in the Samsung Guilty Plea

**Motion *in Limine* No. 7:** To Limit Argument That Price-Fixing Was Pro-Competitive or Necessary

**Motion *in Limine* No. 8:** To Exclude Character Evidence

**Motion *in Limine* No. 9:** To Allow Evidence of Irico Defendants' Failure to Participate in Case

**Motion *in Limine* No. 10:** To Find That a Foundation Exists to Admit Statements Under the Co-Conspirator Rule

**Motion *in Limine* No. 11:** To Exclude Evidence and Argument Portraying the Irico Defendants' Participation in the Conspiracy or Acts Committed Pursuant Thereto as Compelled by the Chinese Government or Chinese Law

1

Dated:  August 11, 2023

By: _/s/ Mario N. Alioto_____
Mario N. Alioto (56433)
Lauren C. Capurro (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2001 Union Street, Suite 482
San Francisco, CA 94123
Telephone:    (415) 563-7200
Facsimile:    (415) 346-0679
Email:  malioto@tatp.com
Email:  laurenrussell@tatp.com

*Lead Counsel for Indirect Purchaser Plaintiffs*

INDEX OF PLAINTIFFS' MOTIONS *IN LIMINE*
Master File No. 4:07-cv-5944-JST; MDL No. 1917