John M. Taladay *(pro hac vice)*
Evan J. Werbel *(pro hac vice)*
Thomas E. Carter *(pro hac vice)*
Andrew L. Lucarelli *(pro hac vice)*
BAKER BOTTS L.L.P.
700 K Street, N.W.
Washington, D.C. 20001
202.639.7700
202.639.7890 (fax)
Email: john.taladay@bakerbotts.com
         evan.werbel@bakerbotts.com
         tom.carter@bakerbotts.com
         drew.lucarelli@bakerbotts.com

*Attorneys for Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-CV-5944-JST<br><br>MDL No. 1917<br><br>**DECLARATION OF WYATT M. CARLOCK IN SUPPORT OF IRICO DEFENDANTS'** ***MOTION IN LIMINE*** **#1 TO COMPEL PLAINTIFFS TO REFER TO DEFENDANT IRICO GROUP CORP. AND IRICO DISPLAY DEVICES CO., LTD. AS SEPARATE CORPORATE ENTITIES**<br><br>Judge:   Honorable Jon S. Tigar |
| This Document Relates to:<br><br>*ALL INDIRECT PURCHASER ACTIONS* | |

1  I, Wyatt M. Carlock, declare as follows:

2      1.    I am a member of the bar of the District of Columbia and admitted to practice before this Court *pro hac vice*. I am an attorney with Baker Botts L.L.P., which represents Defendants Irico Group Corporation ("Irico Group") and Irico Display Devices Co., Ltd. ("Irico Display," collectively, "Irico" or the "Irico Defendants") in this action. I make this Declaration in support of Irico Defendants' Motion in Limine #1 To Compel Plaintiffs to Refer to Defendant Irico Group Corp. and Irico Display Devices Co., Ltd. as Separate Corporate Entities. If called as a witness, I could and would testify to the matters set forth in this declaration of my own personal knowledge.

    2.    Attached hereto as Exhibit 1 is a true and correct copy of various personnel notices issued by State Council, Ministries of Personnel and Electronics Industry, and Irico Group, marked Nos. 00014, 145, 70, 194, 84, 55, 145 and Bates stamped IRI-CRT-0000865 through 875, and a translation thereof.

    3.    Attached hereto as Exhibit 2 is a Request for Instructions Regarding Formation of Irico Group Company issued by the 4400 CRT Plant marked No. 274, dated October 18, 1988 and Bates stamped IRI-CRT-00000530 through 532, and a translation thereof.

    4.    Attached hereto as Exhibit 3 is a true and correct copy of a Registration Form for Change of Ownership of State-owned Assets issued by the Ministry of Findings of the People's Republic of China, dated December 25, 2000 and Bates stamped IRI-CRT-00000512 through -516, and a translation thereof.

    5.    Attached hereto as Exhibit 4 is a true and correct copy of excerpts from Irico Group Electronics Co. Ltd.'s ("Electronics") 2004 Annual Report, published by Irico Group Electronics (now known as Irico Group New Energy Co. Ltd.).

6.    Attached hereto as Exhibit 5 is a true and correct copy of excerpts from Irico Electronics 2015 Annual Report, published by Irico Electronics.

//

//

//

//

1    I declare under penalty of perjury that the foregoing is true and correct.  Executed this 11th
2 day of August, 2023, in Arlington, Virginia.

                                                        */s/ Wyatt M. Carlock*

Wyatt M. Carlock (*pro hac vice*)
BAKER BOTTS L.L.P.
700 K Street, N.W.
Washington, D.C. 20001
202.639.7723
202.639.7890 (fax)
Email: wyatt.carlock@bakerbotts.com

*Attorney for Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.*