# **<u>EXHIBIT 2</u>**



June 25, 2018

**Certification**

**Park IP Translations**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of the document with bates numbers range: IRI-CRT-00000530 - IRI-CRT-00000532.

Hanna Kang

Project Manager

Project Number: BBLLP_1806_007

10

# Document of 4400 CRT Plant

(88) Chang Ban Zi Number 274
Signed and issued by: Xia Tonghu

Request only instructions regarding formation of
IRICO Group Corporation

To the Department of Structural Reform of the Ministry of Machinery and Electronic Industry:

To meet the need of socialized large-scale production and development of a commodity economy, achieve the optimized combination of elements of production at a higher level, try to develop a high technology and export oriented economy, achieve a strategic base plan goal of "integration of four elements into one," including production and manufacture, scientific research and development, talent training and technology output for color picture tubes in our country, improve competitiveness in both international and domestic markets, use Shaanxi Color picture Tube General Plant as the main body and in accordance with the principle of free will and mutual benefit, 14 enterprises, scientific research and design units and institutions of higher learning that have inherent economic and technical connections have unanimously agreed to set up IRICO Group Corporation after consideration and discussions.

IRICO Group Corporation (hereinafter referred to as IRICO Corporation) is based on a system of public ownership. It will use the leading brand and outstanding "IRICO" products as the lead, be oriented toward high technology and export and set its goal to compete in the domestic market, the international market and with enterprise groups overseas. It will achieve a combination of industries, technologies, trade and banking and engage in a diversity of production and operations by combining imports with exports. It will become an independently operated, self-supporting, closely-knit economic entity that has comprehensive functions such as scientific research and development, production and sales,

-1-

technical services and financing, etc.
CONFIDENTIAL

IRICO Corporation will give full play to the advantages in its possession, such as technology, equipment, products, talent, funds and management, focus on scientific research and development, manufacture and sales of color picture tubes of various specifications and model numbers and special components, such as display tubes, etc., undertake the engineering designs, technical contracting and corresponding professional technical training business for electronic vacuum component projects. It will focus on the development of high technology series of to the products and gradually form a comprehensive product structure across industries which integrates industries such as electronics, machinery, chemical engineering and energy, etc., in order to make contributions to the development of our country's electronic industry.

Based on the degree of closeness of its inherent economic and technical relations, member units of IRICO Corporation are divided into a close-knit layer, a semi-close-knit layer and a loose layer. In terms of the management system, IRICO will implement a multilayer management model by combining centralization and decentralization.

Members of the close-knit layer are enterprises started by the business companies, direct subordinate plants and those with independent investments of the principal plants of IRICO Corporation. Members of the close-knit layer have integrated their assets and operations and implement centralized planning, centralized management, direct operations, centralized accounting and centralized undertaking of profits and losses in terms of personnel, property, materials, supplies, production and sales.
Members of the half close-knit layer are joint ventures and scientific research and development centers where the Group Corporation and principal plants hold more than 50% of controlling investments. Members of the half close-knit layer carry out the centralized provisions of the company, undertake tasks in accordance with the agreements, set up a closing study production, operational, financial and material supply and demand relationship with the principal plants. They implement independent operations, joint management and independent accounting, are self-supporting and distribute their profits in accordance with agreements and share losses.

Members of the loose layer are enterprises, scientific research and design organizations and institutions of higher learning that participate in coordinated professional production of accessories organized by the

-2-

IRI-CRT-00000530

NO.E 127734000000000000001010-27-168903-20170919



company. Members of the loose layer are subject to planned guidance of centralized coordination plan and the relevant quality and technical standards. They are operated independently, are self-supporting and undertake the responsibility in accordance with contracts.

IRICO Group Corporation implements a general manager's responsibility system and sets up a company management committee composed of representatives of member organizations to assist the general manager in deciding major issues of the company. It sets up a company employee representative meeting as the authority for company employees to exercise democratic management.

IRICO Group Corporation will set up a model of a dependent group institution that relies on its principal plants and implement "one institution under two signs." The functional departments of the principal plant are also the functional departments of the company. In accordance with the principle of being streamlined, centralized and effective, IRICO Group Corporation will set up several functional departments, business companies and professional centers, as management agencies of the company, where the business development department will serve as the competent management department of member organizations of the half close-knit layer and loose layer.

After the setup of IRICO Group Corporation, it will make use of its concentration of capital, concentration of science and technology and concentration of production and have an advantage from an integrated operating mechanism and seek to form a powerful economic strength and competitiveness in the domestic and international markets. Therefore, the priorities for the development of IRICO Group Corporation will be:

First, enhance its ability to develop high technology, by setting up an IRICO Group Corporation science and technology development center, making full use of the high intellectual advantages of institutions of higher learning and scientific research institutes, to research and develop color picture tubes, computer terminal displays and support projects, enhance work in the domestic manufacture of specialty equipment, automated instruments and raw materials for color picture tubes, research and develop high-technology products with a high added value, and actively promote the results of scientific research, in order to achieve integrated scientific research and production. It will closely combine imported technologies with domestic science and technology, develop color picture tubes with Chinese characteristics as soon as possible and generate a set

of IRICO Group Corporation mainstream products and mainstream technologies.

Second, to conscientiously implement the guideline of "keep the initiative in our own hands" in color picture tube product construction, give full play to the advantages of the principal plant in terms of technology, equipment, processes and talent, we will rely on the principal plant and unite engineering design organizations and key large enterprises in equipment manufacturing. We will become a general project contractor for general assembly of color picture tubes and key support engineering projects and, based on entire sets of technologies, perform technology and process designs, engineering designs and equipment manufacturing, guide construction and installation, be responsible for equipment debugging, personnel training and technical services, engage in packages of technology output and transfers, perform "turnkeys," guarantee that key state color picture tube projects will be organized and constructed in accordance with reasonable schedules and form complete production capabilities as soon as possible.

Third, give full play to the functions of the Group Corporation, achieve coordination and combination of professional production and continuously optimize the allocation of production elements. By planning coordination and expanding production, we will give play to the advantages of member enterprises, expand our capabilities of production of high-tech products, name brand and outstanding new products, seek a fissure type of production effect, and meet the demand of the public to the greatest extent possible.

Fourth, we will give full play to our advantages in production, operations, development, service and comprehensive functions and activities developed outward. In our operational strategy, we will switch from being market-oriented domestically to being market-oriented internationally, and implement the guideline of a combination of "industry and trade;" in terms of investment channels, we will switch from our reliance on mainly domestic funds and State investments to raising funds on our own. We will use foreign investments and focus on the development of high-tech products and name-brand high-end products with a high added value and build bases to earn foreign exchange through exports that are compatible with international economic activities. We will cultivate a foreign trade team that has an awareness of internationalized operations and actual talent, so that the "IRICO" brand of series of electronic products will go into the world.

-3-

-4-

CONFIDENTIAL

IRI-CRT-00000531

NO.E 12773400000000000000001010-27-168903-20170919



12

Fifth, we will use our advantages in technology, production capacity and economy of scale, grow the closely-knit layer of IRICO Corporation through enterprise acquisitions, reorganizations and the implementation of a stock system, so as to further expand our economic strength and allow IRICO Corporation to become a major enterprise group capable of competing with and counterbalancing enterprise groups from overseas.

Sixth, to achieve financial integration and provide controlling funds inside the company and enhance our financial strength, we will make active preparations to set up a financial company. By internally raising funds within IRICO Corporation, the financial company will issue special loans to members, to support technological reforms and development of new products. At the same time, it will set up business relationships with banks or other financial institutions and issue stocks and bonds upon approval, to make investments in and become shareholders of members and other enterprises. Based on this need, the financial company will gradually expand the scope of its financial business and increase its service clients until it sets up additional foreign exchange business. It will support exports and imports and use funds as a bond to enhance the cohesiveness and expansion capabilities of the company.

Seventh, to build IRICO Corporation into a group with a strong centripetal force and cohesiveness that adapts to the need for modernization, we should enhance the cultural and scientific education of our employees surrounding the general production goals of the company and form an IRICO Corporation training system, to provide technical training and cultural and scientific knowledge education for all employees of the company and cultivate a vigorous, conscientious, highly efficient and fast-paced work style and a sense of ownership for all employees; cultivate a good atmosphere of a passion for one's duty post and selfless dedication; cultivate a sense of competition for employees as being assiduous and studious and having an enterprising spirit in striving to perform first-class work, so that IRICO Corporation will use the innovations and dimensions of its vast number of employees as its motivating force for moving forward and using the conscientious actions of employees as

-5-

the basis for development, and blaze an aggressive trail of development.

Currently, in a situation where the operating strategy of the enterprise is experiencing a trend of internationalization, a new technological revolution is developing rapidly and market competition is increasingly intense, to allow the newly formed IRICO Corporation to enhance its responsibility for asset operations from a high starting point, expand its operational autonomy and push for reforms in its operational mechanism, we hope to have expanded authority for IRICO Corporation in terms of fundraising, investment decision-making and foreign economic activities, etc.

The idea of the formation of IRICO Corporation was floated as early as in 1984. Since the start of this year, with further deepening of the demand for development in the domestic and international markets and structural reforms, as well as support from the ministerial, provincial and municipal leadership, conditions and opportunities in various aspects have matured. Through the joint efforts of members, preparatory work is ready. We hope to be able to hold the founding conference for IRICO Group Corporation in January 1989.

Please issue instructions as to whether the above report is appropriate.

Attachments: 1. Feasibility study regarding the formation of IRICO Group Corporation.
2. Bylaws of IRICO Group Corporation.
3. List of members organizations of IRICO Group Corporation.
4. Recommendation regarding expanded autonomy and enjoyment of preferential policies for IRICO Group Corporation.

IRICO Group Corporation Preparatory Group
(4400 CRT Plant)
[seal: 4400 CRT Plant]
October 18, 1988

Cc: Vice Ministers Zhang Xuedong and Zeng Peiyan of the Ministry of Machinery and Electronics, China Electronics Corporation and Department of Electronics of Shaanxi Province.
File (2)

Printed by: Zhou Xiaohong          Proofread by: Wang Yanming

-6-



NO.E 12773400000000000000010010-27-168903-20170919