# **<u>EXHIBIT 3</u>**



June 25, 2018

**Certification**

**Park IP Translations**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of the document with bates numbers range: IRI-CRT-00000512 - IRI-CRT-00000516.

Hanna Kang

Project Manager

Project Number: BBLLP_1806_007

27

File number:_____

Registration form for change of ownership of State-owned assets of an enterprise

Enterprise name (seal): IRICO Group Corporation [seal: IRICO Group Corporation]
Legal representative (signature): [seal: Wei Weiren]
Date completed: December 25, 2000

Prepared by the Ministry of Findings of the People's Republic of China
NO.E 12773400000000000001010-27-168903-20170919



CONFIDENTIAL

IRI-CRT-00000512

28

| Enterprise group or enterprise management department | IRICO Group Corporation | | |
|---|---|---|---|
| Enterprise address | Number 9, Shangdi 4th Street, Haidian District, Beijing | | |
| Postal code | 100085 | Date of approval for setup | January 22, 1989 |
| Organization giving approval for setup | Ministry of Machinery and Electronics Industry | Document number giving approval for setup | Ji Dian Zheng (1989) Number 98 |
| Form of organization | Wholly State-owned company | Date of registration | March 16, 1989 |
| Registration number | 1000001001820 | Registered capital | 1,000,000 |
| Uniform enterprise and organizational code | 10001820 – 8 | | |

Ownership registration code after change

| | |
|---|---|
| Ownership registration organ code | 1 |
| Enterprise affiliation code | 1 |
| Enterprise and organizational form identification code | 1110 |
| Enterprise level secondary identification code | 1 |
| Enterprise industry code | 4160 |
| Enterprise area code | 110108 |

Information regarding changes (1)

| Changed item | Original registration | Current registration |
|---|---|---|
| Enterprise name | IRICO Group Corporation | IRICO Group Corporation |
| Legal representative | Wu Weiren | Ma Jinquan |
| Address | Number 9, Shangdi 4th Street, Haidian District, Beijing | Number 9, Shangdi 4th Street, Haidian District, Beijing |
| Enterprise group or enterprise management department | IRICO Group Corporation | IRICO Group Corporation |
| Form of organization | Wholly State-owned company | Wholly State-owned company |

NO.E 12773400000000000001010-27-168903-20170919



CONFIDENTIAL

IRI-CRT-00000513

29

Information regarding changes (2)

Amount unit: thousand yuan

| Item | | | Amount last registered | Amount after change | | |
|---|---|---|---|---|---|---|
| | | | | Amount declared by enterprise | Amount reviewed by enterprise group or enterprise management department | Amount reviewed and verified by ownership registration organ |
| Rights and interests of owners' undistributed profit | Capital actually received | State capital | 868,654 | | | |
| | | Legal person capital | | | | |
| | | Of which: capital of State-owned legal persons | | | | |
| | | Capital of foreign investor | | | | |
| | | Individual capital | | | | |
| | | Subtotal | 868,654 | | | |
| | Capital reserve | | 84,776 | | | |
| | Surplus reserve | | 1,690,161 | | | |
| | Undistributed profit | | 5,990 | | | |
| | Miscellaneous | | | | | |
| | Total | | 2,649,581 | | | |
| Rights and interests that the State capital is entitled to | | | 1,780,927 | | | |
| Rights and interests the State-owned legal person capital is entitled to | | | | | | |
| Other State-owned assets | | | | | | |
| Total State-owned assets | | | 2,649,581 | | | |
| Total liabilities | | | 3,295,061 | | | |
| Total assets | | | 5,944,642 | | | |
| Of which: long-term investments | | | 1,837,137 | | | |

NO.E 12773400000000000001010-27-168903-20170919



CONFIDENTIAL

IRI-CRT-00000514

30

Information regarding contributors after change

| No. | Name of the contributor after change | Address (administrative zoning code) | Form of organization (code) | Industry category (code) | Amount of investment (thousand yuan) | Percentage of shares (%) |
|---|---|---|---|---|---|---|
| 1 | The State Council | 110101 | 4000 | 9400 | 1,000,000 | 100 |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |
| 21 | | | | | | |
| 22 | | | | | | |
| 23 | | | | | | |
| 24 | | | | | | |
| 25 | | | | | | |

NO.E 12773400000000000001010-27-168903-20170919



CONFIDENTIAL

IRI-CRT-00000515

31

| Processor at enterprise | [Illegible] Bo | Contact phone | (010)62983387 |
|---|---|---|---|
| Examination opinion of enterprise group or enterprise management department | Processor: [illegible seal]<br><br>Signature:<br><br><br>December 25, 2000 | Reviewed by: [illegible seal]<br><br>Signature:<br><br><br>December 25, 2000 | Examined and approved by: [seal: IRICO Group Corporation]<br><br>Signature: (company seal)<br><br><br>December 25, 2000 |
| Review opinion of ownership registration organ | Processor:<br><br>Signature: [seal: Wang Tianhao]<br><br><br><br>December 26, 2000 | Reviewed by:<br><br>Signature: [seal: Zou Suping]<br><br><br><br>December 26, 2000 | Approved by: [seal: Ministry of Finance, special seal for ownership registration (2)]<br><br>Signature: [seal: Geng Hong] (special seal)<br><br>December 26, 2000 |
| Notes | Person replacing license | Person claiming license | Date of claim of license | MM DD 20__ |

Note: When the registration organ at a higher level interests registration organ at a lower level to handle the matter, indicate "– enterprise – (province, municipality, county) registered" in the space for notes. For example, "center enterprise ___ Province entrusted for registration."

NO.E 1277340000000000001010-27-168903-20170919



CONFIDENTIAL

IRI-CRT-00000516