# **EXHIBIT 4**

# Contents

**IRICO GROUP ELECTRONICS COMPANY LIMITED**



Corporate Profile                                          2

Financial Highlights                                       5

Chairman's Statement                                       7

Management Discussion and Analysis                        10

Profiles of Directors, Supervisors and Senior Management  21

Report of the Directors                                   27

Report of the Supervisory Committee                       36

Report of Corporate Governance                            37

Report of the Auditors                                    39

Consolidated Profit and Loss Account                      40

Consolidated Balance Sheet                                41

Balance Sheet                                             42

Consolidated Cash Flow Statement                          43

Consolidated Statement of Changes in Equity               44

Notes to the Accounts                                     45

1



## Corporate Profile

**2**

## 1. Introduction

IRICO Group Electronics Company Limited (the "Company") was incorporated in Xianyang, Shaanxi Province, the People's Republic of China (the "PRC" or "China") on 10 September 2004. It was established with the contribution made by IRICO Group Corporation, the controlling shareholder and sole promoter of the Company, in respect of its assets of production and sales of color picture tubes ("CPTs") in its related core businesses and, the equity interests in its eight subsidiaries engaged in related operations. The Company's H Shares were successfully listed on the main board of The Stock Exchange of Hong Kong Limited (the "Stock Exchange") on 20 December 2004.

The Company and its subsidiaries (the "Group") are the largest CPTs manufacturer in China and one of the world's major CPTs and CPT components manufacturers. We also have the longest operating history amongst all CPTs manufacturers in China, with over 20 years of experience in CPTs production.

CPT is the core component of a cathode ray tube ("CRT") television set, accounting for about 50% of the aggregate cost of all of the components of a CRT television set. The Group manufactures CPTs with various sizes ranging from 14" to 29" and a majority of CPT components, including glass bulbs, electron guns, deflection yokes, shadow masks and their frames as well as phosphor and frit.

Major customers of the Group include TCL, Skyworth, Konka, Changhong and Hisense, which are major television producers in China.



IRICO GROUP ELECTRONICS COMPANY LIMITED

## 2. Corporate information

### Executive Directors

| | |
|---|---|
| Ma Jinquan | Chairman |
| Tao Kui | Vice-chairman |
| Xing Daoqin | President |
| Guo Mengquan | Executive Director |
| Zhang Shaowen | Executive Director |
| Yun Dajun | Vice president and chief financial controller |

### Non-executive Director

| | |
|---|---|
| Zhang Xingxi | Non-executive Director |

### Independent non-executive Directors

| | |
|---|---|
| Feng Fei | Independent non-executive Director |
| Xu Xinzhong | Independent non-executive Director |
| Feng Bing | Independent non-executive Director |
| Wang Jialu | Independent non-executive Director |
| Zha Jianqiu | Independent non-executive Director |

### Place of business in Hong Kong

Room A, 29th Floor
No. 133 Wanchai Road
Hong Kong

### Principal bankers

Industrial and Commercial Bank of China (Xianyang Branch)
Construction Bank of China (Xianyang Branch)
Industrial and Commercial Bank of China (Xi'an Advanced Technology Development Zone Branch)
Industrial and Commercial Bank of China (Xi'an Branch)

### Legal adviser

Baker & McKenzie
14th Floor, Hutchison House
10 Harcourt Road
Hong Kong

3

Corporate Profile

## 2. Corporate information *(continued)*

### Joint Company secretaries
Zhang Chunning
Ng Yuk Keung

### Audit committee
Zha Jianqiu
Feng Bing
Feng Fei
Xu Xinzhong
Zhang Xingxi

### Authorised representative
Yun Dajun
Zhang Chunning

### Auditors
PricewaterhouseCoopers

### Registrar of H Shares
Computershare Hong Kong Investor Services Limited
Room 1712-1716, 17th Floor, Hopewell Center
183 Queen's Road East
Hong Kong

### Legal address in the PRC
No. 1 Caihong Road
Xianyang, Shaanxi Province
The People's Republic of China
Postal code: 712021

### Company website
www.irico.com.cn

### Investor and media relations and annual report production
Wonderful Sky Public Relations and Financial Consultant Company Limited
Unit 3103, 31st Floor, Office Tower
Convention Plaza,1 Harbour Road
Hong Kong

4

# Notes to the Accounts

## 1   Group reorganisation and basis of preparation

IRICO Group Electronics Company Limited (the "Company") was incorporated in the People's Republic of China (the "PRC") on 10th September 2004 as a joint stock company with limited liability under the PRC laws as a result of a group reorganisation (the "Reorganisation") effective as of 31st December 2003 with details set out in the Accountants' Report to the Company's prospectus dated on 8th December 2004. The Company issued 1,500,000,000 ordinary shares of RMB1 per share to IRICO Group Corporation in exchange for the core assets and businesses of IRICO Group Corporation relating to production and sale of colour picture tubes ("CPTs") and CPT-related components and materials ("Transferred Businesses"). In addition, the Company completed its initial public offering and placing of shares on 20th December 2004.  As a result, the issued share capital of the Company increased from 1,500,000,000 shares to 1,941,174,000 shares. Gross fund raised amounted to approximately HK$767 million (equivalent to approximately RMB816 million).

The Reorganisation is accounted for using merger accounting as permitted by the Hong Kong Statement of Standard Accounting Practice No. 27 "Accounting for group reconstructions" issued by the Hong Kong Institute of Certified Public Accountants ("HKICPA").  The consolidated accounts for the years ended 31st December 2003 and 2004 present the consolidated results and the state of affairs of the Group as if the Reorganisation was effective at the beginning of the earliest period presented.

The accounts have been prepared under the historical cost convention as modified by the revaluation of other investments, in accordance with the accounting principles generally accepted in Hong Kong and comply with Hong Kong Financial Reporting Standards ("HKFRSs").  The HKICPA has issued a number of new and revised HKFRSs which are effective for accounting periods beginning on or after 1st January 2005. The Group has not early adopted these new HKFRSs in the accounts for the year ended 31st December 2004. The Group has already commenced an assessment of the impact of these new HKFRSs but is not yet in a position to state whether these new HKFRSs would have a significant impact on its results of operations and financial position.

As the Company was incorporated on 10th September 2004, there are no comparative figures for the Company's balance sheet as at 31st December 2004.

**45**

# Notes to the Accounts

## 2    Principal accounting policies

The principal accounting policies adopted in the preparation of these accounts are set out below:

### (a)    Consolidation

The consolidated accounts include the accounts of the Company and its subsidiaries made up to 31st December.

Subsidiaries are those entities in which the Company, directly or indirectly, controls more than one half of the voting power; has the power to govern the financial and operating policies; to appoint or remove the majority of the members of the board of directors; or to cast majority of votes at the meetings of the board of directors.

The results of subsidiaries acquired or disposed of during the year are included in the consolidated profit and loss account from the effective date of acquisition or up to the effective date of disposal, as appropriate.

All significant intercompany transactions and balances within the Group are eliminated on consolidation.

The gain or loss on the disposal of a subsidiary represents the difference between the proceeds of the sale and the Group's share of its net assets together with any unamortised goodwill or negative goodwill and any related accumulated foreign currency translation reserve.

Minority interests represent the interests of outside shareholders in the operating results and net assets of subsidiaries.

In the Company's balance sheet the investments in subsidiaries are stated at cost less provision for impairment losses. The results of subsidiaries are accounted for by the Company on the basis of dividends received and receivable.

**46**

# Notes to the Accounts

## 2   Principal accounting policies *(continued)*

### (b)   Associated companies

An associated company is a company, not being a subsidiary or a joint venture, in which an equity interest is held for the long-term and significant influence is exercised in its management.

The consolidated profit and loss account includes the Group's share of the results of associated companies for the year, and the consolidated balance sheet includes the Group's share of the net assets of the associated companies and any unamortised goodwill / negative goodwill on acquisition.

Equity accounting is discontinued when the carrying amount of the investment in an associated company reaches zero, unless the Group has incurred obligations or guaranteed obligations in respect of the associated company.

Unrealised gains on transactions between the Group and its associates are eliminated to the extent of the Group's interest in the associates; unrealised losses are eliminated unless the transaction provides evidence of an impairment of the asset transferred.

### (c)   Fixed assets and depreciation

Fixed assets are stated at cost less accumulated depreciation and accumulated impairment losses.

Depreciation of fixed assets is calculated to write off the cost of the assets less accumulated impairment losses and estimated residual values using a straight line method over their estimated useful lives as follows:

| | |
|---|---:|
| Land use rights | over the unexpired lease term |
| Buildings | 10-40 years |
| Machinery for electronics production | 15 years |
| Machinery for glass production | 6 years |
| Other machinery | 18 years |
| Office equipment and others | 5 years |

**47**

No depreciation is provided on construction in progress.

Major costs incurred in restoring fixed assets to their normal working condition are charged to the profit and loss account. Improvements are capitalised and depreciated over their expected useful lives to the Group.

# Notes to the Accounts

## 2   Principal accounting policies *(continued)*

### (c)   Fixed assets and depreciation *(continued)*

The gain or loss on disposal of a fixed asset is the difference between the net sales proceeds and the carrying amount of the relevant asset, and is recognised in the profit and loss account.

At each balance sheet date, both internal and external sources of information are considered to assess whether there is any indication that fixed assets are impaired. If any such indication exists, the recoverable amount of the asset is estimated and where relevant, an impairment loss is recognised to reduce the asset to its recoverable amount. Such impairment losses are recognised in the profit and loss account. The impairment loss is written back to the profit and loss account when the circumstances and events that led to the write-down cease to exist and there is persuasive evidence that the new circumstances and events will persist for the foreseeable future.

### (d)   Intangibles

Expenditure on licenses is capitalised and amortised using the straight-line method over their useful lives, but not exceeding 20 years.

Where an indication of impairment exists, the carrying amount of any intangible asset is assessed and written down immediately to its recoverable amount.

### (e)   Investments

(i)   Long-term investments

Long-term investments are equity investments held for an identified long term purpose and are stated at cost less any provision for impairment losses. The carrying amounts of individual investments are reviewed at each balance sheet date to assess whether the fair values have declined below the carrying amounts. When a decline other than temporary has occurred, the carrying amount of such investments will be reduced to its fair value. The impairment loss is recognised as an expense in the profit and loss account. This impairment loss is written back to profit and loss account when the circumstances and events that led to the write-downs or write-offs cease to exist and there is persuasive evidence that the new circumstances and events will persist for the foreseeable future.

(ii)   Other investments

Other investments are investments held for trading purpose and are stated at fair value. At each balance sheet date, the net unrealised gains or losses arising from the changes in fair value of other investments are recognised in the profit and loss account. Profits or losses on disposal of other investments, representing the difference between the net sales proceeds and the carrying amounts, are recognised in the profit and loss account as they arise.

# Notes to the Accounts

## 2   Principal accounting policies *(continued)*

### (f)   Inventories

Inventories comprise stocks and work-in-progress and are stated at the lower of cost and net realisable value. Cost, calculated on the weighted-average basis, comprises materials, direct labour and an appropriate proportion of production overhead expenditure. Net realisable value is determined on the basis of anticipated sales proceeds less estimated selling expenses.

### (g)   Accounts receivable

Provision is made against accounts receivable to the extent they are considered to be doubtful. Accounts receivable in the balance sheet are stated net of such provision.

### (h)   Cash and cash equivalents

Cash and cash equivalents are carried in the balance sheet at cost. For the purposes of the cash flow statement, cash and cash equivalents comprise cash on hand and deposits held at call with banks.

### (i)   Provisions

Provisions are recognised when the Group has a present legal or constructive obligation as a result of past events, it is probable that the outflow of resources will be required to settle the obligation, and a reliable estimate of the amount can be made. The Group recognises a provision for repairs or replacement of products still under warranty at the balance sheet date.

### (j)   Deferred taxation

Deferred taxation is provided in full, using the liability method, on temporary differences arising between the tax bases of assets and liabilities and their carrying amounts in the accounts. Taxation rates enacted or substantively enacted by the balance sheet date are used to determine deferred taxation.

Deferred tax assets are recognised to the extent that it is probable that future taxable profit will be available against which the temporary differences can be utilised.

### (k)   Contingent liabilities

A contingent liability is a possible obligation that arises from past events and whose existence will only be confirmed by the occurrence or non-occurrence of one or more uncertain future events not wholly within the control of the Group. It can also be a present obligation arising from past events that is not recognised because it is not probable that outflow of economic resources will be required or the amount of obligation cannot be measured reliably.

A contingent liability is not recognised but is disclosed in the notes to the accounts. When a change in the probability of an outflow occurs so that outflow is probable, they will then be recognised as a provision.

**49**

# Notes to the Accounts

## 2   Principal accounting policies *(continued)*

### (l)   Operating leases

Leases where substantially all the risks and rewards of ownership of assets remain with the lessors are accounted for as operating leases and rentals payable net of any incentives received from the leasing company are charged to the profit and loss account evenly over the periods of the respective leases.

### (m)  Borrowing costs

Borrowing costs that are directly attributable to the acquisition, construction or production of an asset that necessarily takes a substantial period of time to get ready for its intended use or sale are capitalised as part of the cost of that asset. All other borrowing costs are charged to the profit and loss account in the period in which they are incurred.

### (n)   Foreign currencies

Transactions in foreign currencies are translated at exchange rates ruling at the transaction dates. Monetary assets and liabilities denominated in foreign currencies at the balance sheet date are translated at rates of exchange ruling at that date. Exchange differences arising in these cases are dealt with in the profit and loss account.

### (o)   Employee benefits

The full time employees of the Group are covered by various government-sponsored pension plans under which the employees are entitled to a monthly pension based on certain formulae. These government-sponsored pension plans are responsible for the pension liability to these retired employees. The Group contributes on a monthly basis to these pension plans. Under these plans, the Group has no legal or constructive obligation for retirement benefits beyond the contributions made. Contributions to these plans are expensed as incurred. Voluntary payments made to certain former employees and which were not made pursuant to a formal or informal plan are expensed as paid.

Full time employees are also entitled to participate in various government-sponsored housing funds. The Group contributes on a monthly basis to these funds based on certain percentages of the salaries of the employees. The Group's liability in respect of these funds is limited to the contributions payable in each period.

50

IRICO GROUP ELECTRONICS COMPANY LIMITED

# Notes to the Accounts

## 2    Principal accounting policies *(continued)*

### (p)   Research and development expenses

Research expenditure is recognised as an expense as incurred. Costs incurred on development projects relating to the design and testing of new or improved products are recognised as intangible assets when it is probable that the project will be a success considering its commercial and technological feasibility, and only if the cost can be measured reliably. Other development expenditures are recognised as an expense as incurred. Development costs previously recognised as an expense are not recognised as an asset in subsequent periods.

### (q)   Grants

Grants related to income are deferred and are recognised in the profit and loss account on a systematic basis to match with the related costs which they are intended to compensate, otherwise grants with no future related costs are recognised on receipt basis.

Grants relating to the purchase of fixed assets are included in non-current liabilities as deferred income and are credited to profit and loss account on a straight line basis over the expected lives of the related assets.

### (r)   Revenue recognition

Sale of goods is recognised on the transfer of risks and rewards of ownership, which generally coincide with the time when the goods are delivered to customers.

Interest income is recognised on a time proportion basis, taking into account the principal amounts outstanding and interest rates applicable.

Dividend income is recognised when the right to receive payment is established.

Service income is recognised when the relevant service is rendered.

Operating lease rental income is recognised on a straight-line basis over the period of leases.

### (s)   Segment information

A business segment is a distinguishable component of the Group that is engaged in providing products or services and is subject to risks and rewards that are different from those of other segments. The Group's revenues, expenses, assets, liabilities and capital expenditures are primarily attributable to the production and sale of CPT. The business segment of other CPT components contributed less than 10 per cent of the revenues, results and total assets of the Group and are not reported separately.

The Group's principal market is Mainland China and its sales to ultimate overseas customers were conducted through certain export agent companies in the Mainland before 13th October 2004. After 13th October 2004, the Company obtained the export right from related authorities and directly sold its products to overseas markets. However, the direct export sales made by the Group contributed less than 10 percent of the revenues and results of the Group. Accordingly, no geographical segment is presented.

**51**

# Notes to the Accounts

## 3   Turnover and revenues

The Group is principally engaged in the manufacturing of colour picture tube ("CPT") for coloured television sets, related CPT components including glass bulbs, electron guns, shadow masks and their frames, deflection yokes, frit, anode buttons, phosphor, etc and provision of related packaging, engineering and trading services. Revenues recognised during the year are as follows:

|  | 2004 | 2003 |
|---|---:|---:|
|  | **Rmb'000** | *Rmb'000* |
| Turnover |  |  |
| Sales of CPTs | **4,466,767** | 3,888,156 |
| Sales of CPT components | **482,916** | 381,625 |
|  | **4,949,683** | 4,269,781 |
| Other revenues |  |  |
| Interest income | **5,524** | 20,721 |
| Sales of raw materials, scraps and packaging materials | **47,154** | 34,309 |
| Other service income | **2,472** | 5,345 |
| Dividends from long-term investments | **396** | — |
| Rental income | **940** | 883 |
|  | **56,486** | 61,258 |
|  | **5,006,169** | 4,331,039 |

## 4   Other operating expenses

|  | 2004 | 2003 |
|---|---:|---:|
|  | **Rmb'000** | *Rmb'000* |
| Cost of raw materials and scraps sold | **11,528** | 8,690 |
| Cost of other services provided | **31** | 4,510 |
| Loss on disposal of fixed assets | **7,153** | 13,104 |
| Other PRC taxes including education and construction levies | **24,872** | 25,396 |
| Provision for doubtful debts | **302** | 1,182 |
| Write-down of inventories to net realisable value | **10,278** | 10,936 |
| Donation | **749** | 2,588 |
| Realised and unrealised losses on other investments | **11,814** | — |
| Loss on disposal of a long-term investments | **—** | 3,309 |
| Impairment loss on a long-term investments | **5,940** | — |
| Others | **6,608** | 3,889 |
|  | **79,275** | 73,604 |

IRICO GROUP ELECTRONICS COMPANY LIMITED

# Notes to the Accounts

## 5    Operating profit

|  | 2004 Rmb'000 | 2003 Rmb'000 |
|---|---|---|
| Operating profit is stated after (crediting) / charging the following: | | |
| | | |
| Wages and salaries | 409,638 | 417,050 |
| Retirement benefit contributions | 46,769 | 38,782 |
| Welfare and other expenses | 69,861 | 53,896 |
| | | |
| Total staff costs excluding directors' emoluments | 526,268 | 509,728 |
| | | |
| Cost of inventories sold (including cost of raw materials and scraps sold) | 3,822,721 | 3,187,837 |
| Auditors' remuneration | 2,083 | 474 |
| Depreciation | 242,819 | 285,587 |
| Amortisation of intangible assets | 54,150 | 50,315 |
| Operating lease rentals in respect of machinery and equipment | 1,500 | 1,500 |
| Operating lease rentals in respect of land use rights and buildings | 35,045 | — |
| Provision for warranty | 12,973 | 16,533 |
| Research and development costs | 46,980 | 31,610 |
| Grant received and amortisation of deferred income on grant received | (4,688) | (4,587) |
| Gain on disposal of other investments | (1,037) | (2,983) |
| Write-back of provision for doubtful debts | (5,200) | — |

## 6    Finance costs

|  | 2004 Rmb'000 | 2003 Rmb'000 |
|---|---|---|
| Interest on bank loans wholly repayable within five years | 55,360 | 48,829 |
| Finance charge on discounting of bills to banks | 7,606 | 7,759 |
| | | |
| | 62,966 | 56,588 |

**53**

# Notes to the Accounts

## 7   Taxation

| | 2004 Rmb'000 | 2003 Rmb'000 |
|---|---|---|
| PRC enterprise income tax ("EIT") | | |
| Company and subsidiaries | | |
| — Current | 136,243 | 164,207 |
| — Deferred (note 29) | (1,775) | 9,729 |
| | 134,468 | 173,936 |

The provision for PRC current EIT is calculated based on the statutory income tax rate of 33% of the assessable income of the Company and its subsidiaries as determined in accordance with the relevant PRC income tax rules and regulations for the year except for the Company and certain subsidiaries described in the note below. All corresponding EIT relating to the taxable profit during the year have been recognised in the consolidated profit and loss account.

The Group's effective tax rate differs from the statutory rate principally due to following factors:

| | 2004 Rmb'000 | 2003 Rmb'000 |
|---|---|---|
| Profit before taxation | 650,250 | 623,116 |
| Calculated at statutory rate of 33% | 214,583 | 205,628 |
| Income under tax exemption and reduction (note) | (80,155) | (25,430) |
| Income not subject to taxation | (2,876) | (2,067) |
| Expenses not deductible for taxation purpose | 2,916 | 2,513 |
| Tax credit arising from purchase of equipment locally in the PRC | — | (6,708) |
| | 134,468 | 173,936 |

54

# Notes to the Accounts

## 7    Taxation *(continued)*

*Note:*

Companies are entitled to the preferential tax treatment for Opening Up of Western China ("OUWC Policy") if they are engaged in the projects listed in the Catalogue for Industries, Products and Technologies Currently and Particularly Encouraged by the State for Development (as amended in 2000) as their principal business and the revenue from the principal operations account for over 70% of their total revenue.  The applicable reduced preferential EIT rate under the OUWC Policy is 15%.  From 10th September 2004 to 31st December 2004, the operations of the Company have met the requirements under the OUWC Policy, and accordingly, EIT has been provided at 15% from 10th September 2004 to 31st December 2004.

IRICO Display Devices Co., Ltd., a subsidiary of the Company, has obtained the approval from the relevant authorities for its entitlement to the OUWC Policy for the year ended 31st December 2003. Accordingly, EIT was accrued for and paid at a rate of 15% for the year ended 31st December 2003. For the year ended 31st December 2004, the operations of IRICO Display Devices Co., Ltd. have met the requirements under the OUWC Policy, and accordingly, EIT has also been provided at 15%.

Xian IRICO Zixun Co., Ltd. was granted the status of high technology company.  It is exempted from EIT for 2001 and 2002 and is required to pay EIT at a rate of 15% in 2003 and 2004.

Caizhu (Zhongshan) Electronic Glass Plant was established in 1992 without active operation until 2002. It has been granted the status of high technology company since 2003, and accordingly, EIT was provided at 15% in 2003 and 2004.

Zhuhai Caizhu Industrial Co., Ltd. and Caizhu Jinshun Electronic Industry Co., Ltd. are registered in a special economic zone and are entitled to pay income tax at 15% for 2003 and 2004.

Kunshan Caihong Yingguang Electronics Co., Ltd. is registered in a technological economic development zone and is required to pay EIT at a rate of 15% in 2003 and 2004.

Nanjing Reide Phosphor Co., Ltd., Xianyang IRICO Electronics Shadow Mask Co., Ltd. and IRICO Display Technology Co., Ltd. are Sino-foreign equity joint ventures engaging in the production business and are exempted from taxation for the first two profitable years and a 50% relief from the national PRC income tax rate (also exempted from paying the 3% local income tax) for the next three profitable years thereafter.  As a result, Nanjing Reide Phosphor Co., Ltd., which was established in 2002, is still in the exemption period. Xianyang IRICO Electronics Shadow Mask Co., Ltd., established in 2003 is in the pre-operating stage and has no assessable income.  IRICO Display Technology Co., Ltd., which was established in 2004, is still in the exemption period.

**55**

# Notes to the Accounts

## 8   Profit attributable to shareholders

The profit attributable to shareholders is dealt with in the accounts of the Company to the extent of RMB189,916,000.

## 9   Dividend / profit distribution

|  | 2004 | 2003 |
|---|---:|---:|
|  | **Rmb'000** | *Rmb'000* |
| Special dividend (note (a)) | **204,923** | — |
| Profit distribution (note (b)) | **—** | 146,084 |
|  | **204,923** | 146,084 |

*Notes:*

(a)   As described in note 1 to the accounts, the Reorganisation of the Group was consummated  on 31st December 2003 but the formal incorporation of the Company was on 10th September 2004 ("Incorporation Date"). According to the "Provisional Regulations Concerning the Management of State Capital and Certain Accounting Treatment for Enterprises Restructuring into Companies" from the Ministry of Finance of the PRC, all the net profit accrued from the operations of the Transferred Businesses transferred to the Company, as reported under the relevant accounting principles and financial regulations applicable to PRC enterprises ("PRC GAAP"), prior to the Incorporation Date was attributable to the ultimate parent company. As a result, the Company was required to make a special distribution which represents the net profit determined under PRC GAAP accrued from the Transferred Businesses from 1st January 2004 to 9th September 2004 (one day before the Incorporation Date, "Immediate Pre-incorporation Date") amounting to RMB204,923,000, to the ultimate parent company (see also Note 31). The special dividend was recorded in due to the ultimate holding company as at 31st December 2004.

(b)   The profit distribution for the year ended 31st December 2003 represented profit distribution paid by the Group to the ultimate holding company prior to the establishment of the Company. The rates of dividend and the number of shares ranking for dividends are not presented for those profit distributions as such information is not meaningful.

No final dividend was declared or proposed for the year ended 31st December 2004.

## 10   Earnings per share

The calculation of basic earnings per share is based on the Group's profit attributable to shareholders of RMB385,327,000 (2003: RMB315,825,000) and based on the weighted average of 1,516,922,000 (2003: 1,500,000,000) shares in issue, assuming that the 1,500,000,000 shares issued pursuant to the Reorganisation had been in issue throughout both years.

There were no dilutive potential shares during the years ended 31st December 2003 and 2004 and accordingly no diluted earnings per share is presented.

56

# Notes to the Accounts

## 11   Directors' and senior managements' emoluments

### (a)   Directors' emoluments

Details of emoluments paid and payable to the directors of the Company by the Group in respect of their services rendered for managing the businesses of the Group during the year are as follows:

|  | 2004 Rmb'000 | 2003 Rmb'000 |
|---|---|---|
| Fees | 163 | — |
| Salaries and allowances | 1,996 | 160 |
| Discretionary bonuses | — | 1,384 |
| Retirement benefit contributions | 38 | 26 |
|  | 2,197 | 1,570 |

No directors waived or agreed to waive any emolument during the year. Fee paid to independent non-executive directors amounted to RMB163,000 for the year (2003: Nil).

The remuneration of the directors fell within the following bands:

|  | Number of directors | |
|---|---|---|
|  | 2004 | 2003 |
| Nil to RMB1,000,000 | 12 | 12 |

### (b)   Supervisors' emoluments

|  | 2004 Rmb'000 | 2003 Rmb'000 |
|---|---|---|
| Fees | 55 | — |
| Salaries and allowances | 920 | 70 |
| Discretionary bonuses | — | 672 |
| Retirement benefit contributions | 21 | 12 |
|  | 996 | 754 |

**57**

# Notes to the Accounts

## 11   Directors' and senior managements' emoluments *(continued)*

### (c)   Five highest paid individuals

The five individuals whose emoluments were the highest in the Group for the year ended 31st December 2004 include 5 directors (2003: 4) whose emoluments are reflected in the analysis presented in (a) above. The emoluments payable to the remaining individual for the year ended 31st December 2003 were as follows:

|  | **2004**<br>**Rmb'000** | 2003<br>*Rmb'000* |
|---|---|---|
| Salaries and allowances | — | 23 |
| Discretionary bonuses | — | 248 |
| Retirement benefit contributions | — | 4 |
|  | — | 275 |

During the year, no emoluments were paid by the Group to any of the directors or the five highest paid individuals as an inducement to join or upon joining the Group or as compensation for loss of office (2003: Nil).

## 12   Retirement benefit schemes and housing benefits

The retirement benefits of full time employees of the Group are covered by various government-sponsored pension plans under which the employees are entitled to monthly pensions made by the Group to these plans ranging from 18% to 20% of the employees' basic salary for the year.

The Group has no other obligations for the payment of retirement and other post-retirement benefits of employees or retirees other than the payments disclosed in note 5 and note 11 above.

Full time employees are also entitled to participate in various government-sponsored housing funds. The Group was required to contribute on a monthly basis to these funds based on 5% of the salaries of the employees before 30th June 2004. Effecitve from 1st July 2004, the Group increased its housing fund contribution ratio to 20% of the salaries of the employees. The Group's liability in respect of these funds is limited to the contributions payable in each year. Contribution amounted to RMB11,696,000 for the year ended 31st December 2004 (2003: RMB3,255,000).

# Notes to the Accounts

## 13   Intangible assets

|  | Group | | Company |
|---|---|---|---|
|  | **2004** | 2003 | **2004** |
|  | **Rmb'000** | Rmb'000 | **Rmb'000** |
| **Licences for technical knowledge** | | | |
| At beginning of the year / upon incorporation | **112,605** | 145,979 | **22,412** |
| Additions | **8,619** | 16,941 | **2,576** |
| Amortisation | **(54,150)** | (50,315) | **(3,454)** |
| At end of the year | **67,074** | 112,605 | **21,534** |
| Represented by: | | | |
| Cost | **330,638** | 322,019 | **93,178** |
| Accumulated amortisation | **(263,564)** | (209,414) | **(71,644)** |
|  | **67,074** | 112,605 | **21,534** |

**59**

# Notes to the Accounts

## 14  Fixed assets

**Group**

| | Land use rights and buildings in the PRC RMB'000 | Machinery for electronics production RMB'000 | Machinery for glass production RMB'000 | Other machinery RMB'000 | Office equipment and others RMB'000 | Construction in progress RMB'000 | Total RMB'000 |
|---|---|---|---|---|---|---|---|
| **Cost** | | | | | | | |
| At 31st December 2003 | 471,218 | 2,397,551 | 646,603 | 691,244 | 102,630 | 198,407 | 4,507,653 |
| Additions | 10,019 | 27,317 | — | 67,854 | 14,651 | 1,184,972 | 1,304,813 |
| Acquisition of a subsidiary | — | 126 | — | 4,577 | — | — | 4,703 |
| Transfer from construction in progress ("CIP") | 7,246 | 204,665 | 226,450 | 33,492 | 4,217 | (476,070) | — |
| Disposals | (4,087) | (27,419) | (78,524) | (73,172) | (9,809) | — | (193,011) |
| At 31st December 2004 | 484,396 | 2,602,240 | 794,529 | 723,995 | 111,689 | 907,309 | 5,624,158 |
| **Accumulated depreciation** | | | | | | | |
| At 31st December 2003 | 163,124 | 1,056,925 | 413,542 | 395,847 | 70,579 | — | 2,100,017 |
| Charge for the year | 24,540 | 94,021 | 67,615 | 46,515 | 10,128 | — | 242,819 |
| Disposals | (890) | (22,427) | (72,161) | (70,391) | (8,495) | — | (174,364) |
| At 31st December 2004 | 186,774 | 1,128,519 | 408,996 | 371,971 | 72,212 | — | 2,168,472 |
| **Net book value** | | | | | | | |
| At 31st December 2004 | 297,622 | 1,473,721 | 385,533 | 352,024 | 39,477 | 907,309 | 3,455,686 |
| At 31st December 2003 | 308,094 | 1,340,626 | 233,061 | 295,397 | 32,051 | 198,407 | 2,407,636 |

# Notes to the Accounts

## 14   Fixed assets *(continued)*

**Company**

| | Machinery for electronics production *RMB'000* | Machinery for glass production *RMB'000* | Other machinery *RMB'000* | Office equipment and others *RMB'000* | Construction in progress *RMB'000* | Total *RMB'000* |
|---|---|---|---|---|---|---|
| **Cost** | | | | | | |
| Upon incorporation | 754,824 | 260,617 | 370,652 | 71,550 | 698,558 | 2,156,201 |
| Additions | 11,173 | — | 29,285 | 2,433 | 130,538 | 173,429 |
| Transfer from CIP | 193,698 | 226,450 | 25,032 | 4,071 | (449,251) | — |
| Disposals | (7,861) | — | (1,674) | (5,318) | — | (14,853) |
| At 31st December 2004 | 951,834 | 487,067 | 423,295 | 72,736 | 379,845 | 2,314,777 |
| **Accumulated depreciation** | | | | | | |
| Upon incorporation | 395,556 | 243,002 | 124,536 | 52,724 | — | 815,818 |
| Charge for the period | 8,811 | 2,757 | 8,693 | 2,502 | — | 22,763 |
| Disposals | (5,611) | — | (897) | (4,134) | — | (10,642) |
| At 31st December 2004 | 398,756 | 245,759 | 132,332 | 51,092 | — | 827,939 |
| **Net book value** | | | | | | |
| At 31st December 2004 | 553,078 | 241,308 | 290,963 | 21,644 | 379,845 | 1,486,838 |
| Upon incorporation | 359,268 | 17,615 | 246,116 | 18,826 | 698,558 | 1,340,383 |

**61**

At 31st December 2004, the net book value of the fixed assets pledged as security for the Group's short-term bank loans (note 27) amounted to RMB321,973,000 (2003: RMB359,273,000).

| | **2004** **Rmb'000** | 2003 *Rmb'000* |
|---|---|---|
| The Group's interests in land use rights and their net book values are analysed as follows: | | |
| Medium term lease (10 to 50 years) | **39,171** | 27,493 |
| Short-term lease (below 10 years) | **325** | 4,107 |
| | **39,496** | 31,600 |

# Notes to the Accounts

## 15  Investments in subsidiaries

|  | Company 2004 Rmb'000 |
|---|---:|
| Investments, at cost | |
| – Listed company in the PRC | **1,082,418** |
| – Unlisted | **729,857** |
| | **1,812,275** |

The Group's interest in a listed subsidiary in the PRC represents domestic legal person shares which are not freely transferable on the stock market under the prevailing PRC listing rules. Market value is not presented for those shares as such information is not meaningful.

Particulars on the Company's subsidiaries are detailed in note 36.

## 16  Associated companies

|  | Group | |
|---|---:|---:|
|  | **2004** Rmb'000 | 2003 Rmb'000 |
| Group share of net assets, unlisted | **18,218** | 18,022 |

Particulars on the Group's associated companies are detailed in note 36.

## 17  Long-term investments

|  | Group | |
|---|---:|---:|
|  | **2004** Rmb'000 | 2003 Rmb'000 |
| Unlisted investments, at cost | **33,500** | 33,621 |
| Provision for impairment loss | **(9,440)** | (3,621) |
| | **24,060** | 30,000 |

Long-term investments substantially comprise the investment in equity interests in Western Trust & Investment Co., Ltd. The directors consider that the underlying value of these investments were not less than their carrying values as at 31st December 2004.

# Notes to the Accounts

## 18   Inventories

| | Group | | Company |
| --- | ---: | ---: | ---: |
| | 2004 | 2003 | 2004 |
| | Rmb'000 | Rmb'000 | Rmb'000 |
| Raw materials | 243,496 | 341,390 | 158,811 |
| Work-in-progress | 281,152 | 204,397 | 139,149 |
| Finished goods | 415,585 | 169,751 | 191,816 |
| Consumables | 8,001 | 7,132 | 5,471 |
| | 948,234 | 722,670 | 495,247 |
| Write-down to net realisable value | (17,678) | (17,352) | (7,400) |
| | 930,556 | 705,318 | 487,847 |

At 31st December 2004, inventories that were carried at net realisable value amounted to approximately RMB 120,940,000 (2003: RMB33,065,000).

## 19   Accounts receivable

The Group offers credit terms to its customers ranging from cash on delivery to 90 days. Ageing analysis of accounts receivable at year end are as follows:

| | Group | | Company |
| --- | ---: | ---: | ---: |
| | 2004 | 2003 | 2004 |
| | Rmb'000 | Rmb'000 | Rmb'000 |
| 0 to 90 days | 605,884 | 222,029 | 235,812 |
| 91 to 180 days | 44,403 | 20,952 | 271 |
| 181 to 365 days | 4,259 | 15,569 | 2,284 |
| Over 1 year | 3,006 | 107,970 | 1,530 |
| | 657,552 | 366,520 | 239,897 |
| Provision for doubtful debts | (3,006) | (108,419) | (1,530) |
| | 654,546 | 258,101 | 238,367 |

**63**

# Notes to the Accounts

## 20   Trade bills receivable

| | Group | | Company |
|---|---|---|---|
| | **2004** | 2003 | **2004** |
| | **Rmb'000** | Rmb'000 | **Rmb'000** |
| 0 to 180 days | **628,015** | 1,023,684 | **130,862** |

As at 31st December 2004, trade bills receivable amounting to RMB41,319,000 was pledged to secure short-term bank loans (note 27).

## 21   Loan to a subsidiary

| | Company |
|---|---|
| | **2004** |
| | **Rmb'000** |
| Loan to a subsidiary | **30,000** |

Loan to a subsidiary is unsecured, carry interest at 5.31% per annum and repayable on 9th November 2005.

## 22   Other investments

| | Group | |
|---|---|---|
| | **2004** | 2003 |
| | **Rmb'000** | Rmb'000 |
| Funds - listed in the PRC | **2,955** | — |
| Stocks - listed in the PRC | **—** | 2,024 |
| Bonds - listed in the PRC | **1,685** | 2,000 |
| | **4,640** | 4,024 |

64

# Notes to the Accounts

## 23  Due from / (to) related parties

| | | Note | Group 2004 Rmb'000 | Group 2003 Rmb'000 | Company 2004 Rmb'000 |
|---|---|---|---|---|---|
| **Due from** | | | | | |
| Trade balances: | | (a) | | | |
| China National Electronics Imp. & Exp. | | | | | |
| Caihong Company | | | — | 31,453 | — |
| Shenzhen Hongyang Industry & Trade Co., Ltd. | | | **7,949** | 3,884 | — |
| Shenzhen IRICO-ROYAL Info-Electronics Ltd. | | | **3,421** | 6,641 | **3,421** |
| Shaanxi IRICO Construction Engineering Co. Ltd. | | | — | 8,096 | — |
| Shenzhen IRICO Electronic Co. Ltd | | | **30** | — | — |
| | | | **11,400** | 50,074 | **3,421** |
| **Due to** | | | | | |
| Trade balances: | | (a) | | | |
| China National Electronics Imp. & Exp. | | | | | |
| Caihong Company | | | — | 30,361 | — |
| China Electronic Devices Industry (Shenzhen) Co., Ltd. | | | — | 2,854 | — |
| Caihong Labour Services Company | | | **10,218** | 12,605 | **2,214** |
| Shenzhen IRICO Electronics Co., Ltd. | | | **7,126** | 4,149 | **2,100** |
| Shaanxi IRICO Construction Engineering Co., Ltd. | | | — | 209 | — |
| Xian IRICO Plastic Industry Co., Ltd. | | | **827** | 998 | — |
| Xianyang Caihong Adehesive Belt Co., Ltd. | | | **1,390** | 515 | **453** |
| Xianyang Caihong Electronic Materials Co. | | | **293** | — | — |
| Xianyang Cailian Package Material Company | | | **1,577** | — | — |
| Sakurai Denshikogyo Co., Ltd. | | | **1,694** | — | — |
| | | | **23,125** | 51,691 | **4,767** |
| Non-trade balances: | | (b) | | | |
| China National Electronics | | | | | |
| Imp. & Exp. Caihong Company | | | — | 8,264 | — |
| Hainan IRICO Industry and Trading Co., Ltd. | | | — | 2,431 | — |
| The ultimate holding company | | | **349,178** | — | **263,525** |
| | | | **349,178** | 10,695 | **263,525** |
| | | | **372,303** | 62,386 | **268,292** |

65

*Notes:*

(a)   The trade balances in respect of sales and purchases are under the Group's normal trading terms.

(b)   Except for amounts of RMB79,000,000 (2003: Nil) of the Group due to the ultimate holding company as at 31st December 2004 which carry interest at 5.31% per annum and are repayable on 9th November 2005, the non-trade balances are unsecured, interest free and have no fixed repayment terms (note 34(i)).

# Notes to the Accounts

## 24  Due to minority shareholders

| | Group | | Company |
| --- | --- | --- | --- |
| | 2004 | 2003 | 2004 |
| | Rmb'000 | Rmb'000 | Rmb'000 |
| Trade balances | 4,436 | 10,046 | 1,455 |

The trade balances in respect of purchases are under the Group's normal trading terms.

## 25  Cash and bank balances

| | Group | | Company |
| --- | --- | --- | --- |
| | 2004 | 2003 | 2004 |
| | Rmb'000 | Rmb'000 | Rmb'000 |
| Pledged balances | 21,000 | — | 21,000 |
| Unpledged balances | 1,096,516 | 747,186 | 460,465 |
| Cash and bank balances | 1,117,516 | 747,186 | 481,465 |

All the cash and bank balances are denominated in Renminbi and deposited with banks in the PRC except for the equivalent amounts of RMB215,149,000 (2003: RMB798,000) at 31st December 2004 which is denominated in foreign currencies. The conversion of these Renminbi denominated balances into foreign currencies is subject to the rules and regulations of foreign exchange control promulgated by the PRC government.

As at 31st December 2004, cash and bank balances included deposit of RMB21,000,000 which was pledged to secure short-term bank loans (note 27).

## 26  Accounts payable

| | Group | | Company |
| --- | --- | --- | --- |
| | 2004 | 2003 | 2004 |
| | Rmb'000 | Rmb'000 | Rmb'000 |
| 0 to 90 days | 559,390 | 417,028 | 342,281 |
| 91 to 180 days | 1,616 | 9,340 | — |
| 181 to 365 days | 186 | 5,114 | — |
| Over 1 year | 415 | 297 | 71 |
| | 561,607 | 431,779 | 342,352 |

66

# Notes to the Accounts

## 27 Short-term bank loans

| | Group | | Company |
|---|---:|---:|---:|
| | **2004** | 2003 | **2004** |
| | **Rmb'000** | *Rmb'000* | **Rmb'000** |
| Secured (note (a)) | **500,000** | 260,000 | **200,000** |
| Unsecured (note (b)) | **920,000** | 370,000 | **790,000** |
| | **1,420,000** | 630,000 | **990,000** |

*Notes:*

(a)   Bank loans of approximately RMB300 million (2003: RMB260 million) are secured by certain buildings and machinery of the Group (note 14) as at 31st December 2004. Bank loans of approximately RMB200 million were secured by certain amounts of bank deposits (note 25) and trade bills receivable (note 20) of the Group as at 31st December 2004.

(b)   Bank loans of approximately RMB270 million as at 31st December 2003 were guaranteed by the ultimate holding company. Such guarantee was released during 2004.

(c)   Bank loans bore interests ranging from 3.51% to 5.02% (2003: 4.05% to 5.31%) per annum for the year ended 31st December 2004.

(d)   As at 31st December 2004, the unutilised banking facilities of the Group amounted to approximately RMB570 million.

## 28 Deferred income

Deferred income represents grant received from the United Nations by the Group for its ODS (Ozone Depleting Substance) cleansing replacement project for acquiring machineries to treat the ozone depleting substance produced during the production process. This deferred income is amortised to the profit and loss account on a straight-line basis over the expected lives of the corresponding assets of 5 years.

**67**

# Notes to the Accounts

## 29  Deferred taxation

Deferred taxation is calculated in full on temporary differences under the liability method using principal taxation rates of 33% except for certain subsidiaries mentioned in note 7 which are subject to tax concession to pay income tax at 15%.

The movements on the deferred tax liabilities / (assets) are as follows:

|  | Group | | Company |
|---|---|---|---|
|  | **2004** | 2003 | **2004** |
|  | **Rmb'000** | *Rmb'000* | ***Rmb'000*** |
| At beginning of the year / upon incorporation | **(8,172)** | 135,357 | **—** |
| Deferred taxation (credited) / charged to | | | |
| profit and loss account | **(1,775)** | 9,729 | **2,307** |
| Distribution upon Reorganisation | **—** | (153,258) | **—** |
| At end of the year | **(9,947)** | (8,172) | **2,307** |
| Deferred tax assets | **(28,041)** | (23,729) | **(230)** |
| Deferred tax liabilities | **18,094** | 15,557 | **2,537** |
| Net deferred tax (assets) / liabilities as shown in balance sheet | **(9,947)** | (8,172) | **2,307** |

The movements in deferred tax liabilities and assets (prior to offsetting of balances within the same taxation jurisdiction) are as follows:

**Group**

Deferred tax liabilities

|  | Accelerated tax depreciation | Different tax rate enacted for undistributed profits of a subsidiary | Total |
|---|---|---|---|
|  | *RMB'000* | *RMB'000* | *RMB'000* |
| At 31st December 2002 | 141,948 | 100,293 | 242,241 |
| Charged to profit and loss account | 14,649 | 19,462 | 34,111 |
| Distribution upon Reorganisation | (141,040) | (119,755) | (260,795) |
| At 31st December 2003 | 15,557 | — | 15,557 |
| Charged to profit and loss account | 2,537 | — | 2,537 |
| At 31st December 2004 | 18,094 | — | 18,094 |

# Notes to the Accounts

## 29   Deferred taxation *(continued)*

**Group**

Deferred tax assets

| | Depreciation and amortisation RMB'000 | Provision for doubtful debts, inventories and impairment of fixed assets and long-term investments RMB'000 | Accrual for staff benefits and welfare RMB'000 | Elimination of unrealised profit from intra-group transactions RMB'000 | Others RMB'000 | Total RMB'000 |
|---|---|---|---|---|---|---|
| At 31st December 2002 | (20,301) | (68,357) | (3,673) | (193) | (14,360) | (106,884) |
| Credited to profit and loss account | (2,520) | (2,951) | (6,810) | (6,879) | (5,222) | (24,382) |
| Distribution upon Reorganisation | 14,705 | 69,342 | 3,908 | — | 19,582 | 107,537 |
| At 31st December 2003 | (8,116) | (1,966) | (6,575) | (7,072) | — | (23,729) |
| (Credited) / charged to profit and loss account | (2,214) | (1,260) | 516 | (1,354) | — | (4,312) |
| At 31st December 2004 | (10,330) | (3,226) | (6,059) | (8,426) | — | (28,041) |

**Company**

Deferred tax liabilities

| | Accelerated tax depreciation RMB'000 |
|---|---|
| Upon incorporation | 2,087 |
| Charged to profit and loss account | 450 |
| At 31st December 2004 | 2,537 |

**69**

# Notes to the Accounts

## 29  Deferred taxation *(continued)*

**Company**

Deferred tax assets

| | Provision for doubtful debts, inventories and impairment of fixed assets and long-term investments<br>*RMB'000* | Accrual for staff benefits and welfare<br>*RMB'000* | Total<br>*RMB'000* |
|---|---|---|---|
| Upon incorporation | (1,799) | (1,771) | (3,570) |
| Charged to profit and loss account | 1,569 | 1,771 | 3,340 |
| At 31st December 2004 | (230) | — | (230) |

## 30  Share capital

| | Number of domestic shares of RMB 1 each | Number of H shares of RMB 1 each | Total number of shares of RMB1 each | RMB'000 |
|---|---|---|---|---|
| Issued and fully paid: | | | | |
| Upon the Reorganisation | 1,500,000 | — | 1,500,000 | 1,500,000 |
| Domestic shares converted to H shares | (44,120) | 44,120 | — | — |
| Allotted and issued upon listing of H shares | — | 441,174 | 441,174 | 441,174 |
| At 31st December 2004 | 1,455,880 | 485,294 | 1,941,174 | 1,941,174 |

The Company was incorporated on 10th September 2004 with an initial share capital of RMB1,500,000,000, all of which were credited as fully paid, in consideration for the transfer of the relevant assets, liabilities and equity interests in various entities to the Company pursuant to the Reorganisation referred to in note 1. These domestic shares rank pari passu in all aspects with each other.

The share capital presented in the consolidated balance sheet as at 31st December 2003 represented the initial share capital issued by the Company in exchange of the relevant assets, liabilities and interests in various entities pursuant to the Reorganisation, which was deemed to have been in issue at the beginning of earliest period presented, in accordance with the basis of preparation set out in note 1.

# Notes to the Accounts

## 30  Share capital *(continued)*

During the year, the Company completed its initial public offering and placing of 485,294,000 H shares with a par value of RMB1.00 each at a price of HK$1.58(equivalent to RMB1.68) per H share in cash for an aggregate consideration of HK$767 million(equivalent to approximately RMB816 million), which comprised 441,174,000 new H Shares issued by the Company and 44,120,000 shares issued to the ultimate holding company pursuant to an approval from the State Assets Commission to convert such relevant domestic shares owned by the ultimate holding company into H shares as part of the public offering. As a result, the issued share capital of the Company increased to 1,941,174,000 shares, comprising 1,455,880,000 domestic shares and 485,294,000 H shares, representing 75% and 25% of the issued capital respectively.

The H shares rank pari passu in all respects with the domestic shares and rank equally for all dividends or distributions declared, paid or made except that all dividends in respect of H shares are to be paid by the Company in Hong Kong dollars and H shares may only be subscribed for by, and traded in Hong Kong dollars between legal or natural persons of any other country other than the PRC. The transfer of the domestic shares is subject to such restrictions as the PRC laws may impose from time to time.

## 31  Reserves

**Group**

| | Capital reserve Rmb'000 (note (b)) | Statutory surplus reserve Rmb'000 (note (e)) | Statutory public welfare fund Rmb'000 (note (f)) | Retained profit Rmb'000 (note (c), (d)) | Total Rmb'000 |
|---|---|---|---|---|---|
| **2004** | | | | | |
| As at 1st January 2004 | 679,758 | — | — | — | 679,758 |
| Profit for the year | — | — | — | 385,327 | 385,327 |
| Special dividend | — | — | — | (204,923) | (204,923) |
| Premium on issue of shares | 299,865 | — | — | — | 299,865 |
| Share issuance costs | (63,490) | — | — | — | (63,490) |
| Contribution of ultimate holding company (note 33(b)) | 4,739 | — | — | — | 4,739 |
| Transfer to reserves | — | 15,687 | 7,843 | (23,530) | — |
| As at 31st December 2004 | 920,872 | 15,687 | 7,843 | 156,874 | 1,101,276 |
| **2003** | | | | | |
| As at 1st January 2003 | 1,316,132 | — | — | — | 1,316,132 |
| Profit for the year | — | — | — | 315,825 | 315,825 |
| Profit distribution | — | — | — | (146,084) | (146,084) |
| Capitalisation upon Reorganisation | 169,741 | — | — | (169,741) | — |
| Distribution to ultimate holding company upon Reorganisation (note (a)) | (806,115) | — | — | — | (805,115) |
| As at 31st December 2003 | 679,758 | — | — | — | 679,758 |

# Notes to the Accounts

## 31   Reserves *(continued)*

**Company**

| | Capital reserve<br>Rmb'000<br>(note (b)) | Statutory surplus reserve<br>Rmb'000<br>(note (e)) | Statutory public welfare fund<br>Rmb'000<br>(note (f)) | Retained profit/(accumulated loss)<br>Rmb'000<br>(note (c), (d)) | Total<br>Rmb'000 |
|---|---|---|---|---|---|
| Upon incorporation | 726,248 | — | — | 85,776 | 812,024 |
| Profit for the period | — | — | — | 104,140 | 104,140 |
| Special dividend | — | — | — | (204,923) | (204,923) |
| Premium on issue of shares | 299,865 | — | — | — | 299,865 |
| Share issuance costs | (63,490) | — | — | — | (63,490) |
| Transfer to reserves | — | 15,687 | 7,843 | (23,530) | — |
| | | | | | |
| As at 31st December 2004 | 962,623 | 15,687 | 7,843 | (38,537) | 947,616 |

72

# Notes to the Accounts

*Note:*

(a)   This represented net assets not transferred to the Company from the ultimate holding company upon Reorganisation effective as of 31st December 2003. The Group was not liable for the ownership, creditor's rights, rights, interests, liabilities and obligations (including any potential liabilities and obligations) of these net assets which were retained by the ultimate holding company after the Reorganisation.

(b)   As described in note 1, the accounts of the Group for the years ended 31st December 2003 and 2004 have been prepared as if the Group had been in existence throughout the years and as if the relevant assets, liabilities, equity interests in various entities were transferred to the Company by the ultimate holding company on 1st January 2003. Upon incorporation of the Company on 10th September 2004, the historical net value of the assets, liabilities and interests transferred to the Company were converted into the Company's capital as described in note 30 with all the then existing reserves eliminated and the resulting difference dealt with in the capital reserve.  Accordingly, a capital reserve, being the difference between the amount of share capital issued and historical net value of the assets, liabilities and interests transferred to the Company, was presented in the reserves of both the Group and the Company. Separate class of reserves, including retained profits, of the Group prior to the incorporation of the Company were not separately disclosed as all these reserves have been capitalised and incorporated in the capital reserve of the Group and the Company pursuant to the Reorganisation.

(c)   As described in note 1 and 9 to the accounts, the consummation of the Reorganisation was on 31st December 2003. As a result, the net profit derived from the Transferred Businesses from 1st January 2004 to the Immediate Pre-incorporation Date, amounting to RMB85,776,000 was also reported as the profit of the Company for 2004. Retained profit of the Group and the Company upon incorporation of the Company represents the undistributed profit of the Group.  Pursuant to the Reorganisation, undistributed profit of the Group for the period from 1st January 2004 to 9th September 2004 was attributable to the ultimate holding company and the Company has agreed to distribute such amount to the ultimate holding company by way of a special dividend (see also note 9). Accordingly, the amount was not capitalised by the Group and the Company upon incorporation of the Company.

(d)   Subsequent to the Reorganisation, in accordance with the relevant PRC regulations and Articles of Association of the Company, retained profit available for distribution by the Company will be deemed to be the lower of the amounts determined in accordance with the PRC GAAP and the amount determined in accordance with HKFRS. As at 31st December 2004, there is no retained profit available for distribution.

(e)   Statutory surplus reserve

In accordance with the relevant PRC laws and financial regulations, every year the Company is required to transfer 10% of the profit after taxation determined in accordance with PRC GAAP to the statutory surplus reserve until the balance reaches 50% of the paid-up share capital. Such reserve can be used to reduce any losses incurred and to increase share capital. Except for the reduction of losses incurred, any other usage should not result in this reserve balance falling below 25% of the registered capital. The Company decided to make a 10% transfer as statutory surplus reserve for the year ended 31st December 2004.

(f)   Statutory public welfare fund

In accordance with the relevant PRC laws and financial regulations, every year the Company is required to transfer between 5% to 10% of the profits after taxation determined in accordance with PRC GAAP to the statutory public welfare fund. The use of this fund is restricted to capital expenditure for employees' collective welfare facilities, the ownership in respect of which belongs to the Group. The statutory public welfare fund is not available for distribution to shareholders except under liquidation. Once the capital expenditure on staff welfare facilities has been made, an equivalent amount must be transferred from statutory public welfare fund to the discretionary surplus reserve, a reserve which can be used to reduce any losses incurred or to increase share capital. The Company decided to make a 5% transfer as statutory public welfare fund for the year ended 31st December 2004.

**73**

# Notes to the Accounts

## 32  Commitments

### (a)  Capital expenditure commitments

|  | 2004 Rmb'000 | 2003 Rmb'000 |
|---|---|---|
| Authorised but not contracted for | | |
| — Construction and renovation of production lines for CPTs | 200,308 | 133,670 |
| — Construction and renovation of production lines for CPT components | 181,569 | 600,280 |
| — Land use rights | — | 6,630 |
| | 381,877 | 740,580 |
| Contracted but not provided for | | |
| — Construction and renovation of production lines for CPTs | 136,983 | 77,926 |
| — Construction and renovation of production lines for CPT components | 161,056 | 242,952 |
| | 298,039 | 320,878 |
| | 679,916 | 1,061,458 |

### (b)  Operating lease commitments

The future aggregate minimum lease rental expense under non-cancellable operating leases are payable in the following periods:

| | Land use rights and buildings | | Machinery and equipment | |
|---|---|---|---|---|
| | 2004 Rmb'000 | 2003 Rmb'000 | 2004 Rmb'000 | 2003 Rmb'000 |
| First year | 35,334 | — | 1,500 | 750 |
| Second to fifth years | 35,190 | — | 750 | — |
| | 70,524 | — | 2,250 | 750 |

74

IRICO GROUP ELECTRONICS COMPANY LIMITED

# Notes to the Accounts

## 33   Notes to consolidated cash flow statement

### (a)   Cash generated from operations

|  | 2004 | 2003 |
|---|---:|---:|
|  | **Rmb'000** | *Rmb'000* |
| Operating profit | **713,020** | 679,766 |
| Interest income | **(5,524)** | (20,721) |
| Dividend income | **(396)** | — |
| Loss on disposal of fixed assets | **7,153** | 13,104 |
| Provision for / (write-back of) doubtful debts | **(4,898)** | 1,182 |
| Write-down of inventories to net realisable value | **10,278** | 10,936 |
| Realised and unrealised loss / (gain) on other investments | **10,777** | (2,983) |
| Loss on disposal of long-term investments | **—** | 3,309 |
| Impairment loss on long-term investments | **5,940** | — |
| Depreciation | **242,819** | 285,587 |
| Amortisation of deferred income on grants received | **(3,475)** | (2,613) |
| Amortisation of intangible assets | **54,150** | 50,315 |
| | | |
| Operating profit before changes in working capital | **1,029,844** | 1,017,882 |
| | | |
| Decrease / (increase) in accounts and trade bills receivable | **48,902** | (295,811) |
| Increase in inventories | **(226,741)** | (260,984) |
| (Increase) / decrease in other receivables, deposits and prepayments | **(67,405)** | 22,658 |
| Decrease in due from related parties and<br>    minority shareholders — trade | **38,674** | 9,812 |
| Increase in accounts and trade bills payable | **40,958** | 154,547 |
| Decrease in other payables and accruals | **(15,092)** | (81,188) |
| (Decrease) / increase in due to related parties and<br>    minority shareholders — trade | **(34,176)** | 12,330 |
| | | |
| Net cash generated from operations | **814,964** | 579,246 |

**75**

# Notes to the Accounts

## 33  Notes to consolidated cash flow statement *(continued)*

### (b)  Acquisition of a subsidiary

|  | 2004 RMB'000 |
|---|---|
| **Net assets acquired** | |
| Fixed assets | 4,703 |
| Inventories | 8,775 |
| Accounts and other receivables | 48,047 |
| Cash and bank balances | 37,583 |
| Accounts and other payables | (68,464) |
| Minority interests | (7,655) |
|  | 22,989 |
| Contribution from ultimate holding company | (4,739) |
|  | 18,250 |
| Satisfied by cash | 18,250 |

Analysis of the net inflow in respect of the acquisition of a subsidiary:

|  | 2004 RMB'000 |
|---|---|
| Cash consideration | (18,250) |
| Cash and bank balances acquired | 37,583 |
| Net cash inflow in respect of the acquisition a subsidiary | 19,333 |

IRICO GROUP ELECTRONICS COMPANY LIMITED

# Notes to the Accounts

## 33   Notes to consolidated cash flow statement *(continued)*

(c)   Analysis of changes in financing during the year

| | Share capital and capital reserve *Rmb'000* | Amounts due to related companies — non-trade *Rmb'000* | Minority interests *Rmb'000* | Short-term and long-term bank loans *Rmb'000* | Dividend payable *Rmb'000* | Pledged bank balances *Rmb'000* |
|---|---|---|---|---|---|---|
| At 31st December 2002 | 2,816,132 | 242,063 | 912,836 | 1,160,000 | 87,614 | — |
| Profit distribution declared | (146,084) | — | — | — | 146,084 | — |
| Minority share of profit | — | — | 133,355 | — | — | — |
| Dividend payable to minority shareholders | — | — | (272) | — | — | — |
| Transfer from retained profit | 315,825 | — | — | — | — | — |
| Distriubtion to ultimate holding company upon Reorganisation | (606,115) | — | — | — | — | — |
| Cash outflow from financing | (200,000) | (231,368) | (38,759) | (100,000) | (87,614) | — |
| | | | | | | |
| At 31st December 2003 | 2,179,758 | 10,695 | 1,007,160 | 1,060,000 | 146,084 | — |
| Special dividend declared | — | 204,923 | — | — | — | — |
| Minority share of profit | — | — | 130,455 | — | — | — |
| Minority interests arising from acquisition of a subsidiary | — | — | 7,655 | — | — | — |
| Contribution from ultimate holding company | 4,739 | — | — | — | — | — |
| Unpaid share issuance costs | (26,417) | — | — | — | — | — |
| Cash inflow/(outflow) from financing | 703,966 | 133,560 | (16,404) | 360,000 | (146,084) | (21,000) |
| | | | | | | |
| At 31st December 2004 | 2,862,046 | 349,178 | 1,128,866 | 1,420,000 | — | (21,000) |

**77**

# Notes to the Accounts

## 34   Related party transactions

Significant related party transactions, which in the opinion of the directors, were carried out in the normal course of the Group's business are as follows:

| (Income) / expenses | Note | 2004 RMB'000 | 2003 RMB'000 |
|---|---|---|---|
| Purchase of raw materials and services | (a) | | |
| China National Electronics Imp. & Exp. Caihong Company | (b) | 246,526 | 454,459 |
| Caihong Labour Services Company | | 103,447 | 94,329 |
| Shannxi IRICO General Service Corporation | | 50,082 | 40,295 |
| Xianyang Cailian Packaging Materials Co., Ltd. | | 26,416 | 29,676 |
| Shenzhen IRICO Electronics Co., Ltd. | | 12,874 | 15,821 |
| Xianyang Caihong Adhesive Belt Co., Ltd. | | 5,242 | 5,671 |
| Xian Caihong Plastic Co., Ltd. | | 11,731 | 2,854 |
| Shenzhen Hongyang Industry & Trade Company | | 1,621 | — |
| | | 457,939 | 643,105 |
| Sale of goods | (a) | | |
| China National Electronics Imp. & Exp. Caihong Company | (b) | (347,015) | (638,156) |
| Shenzhen Hongyang Industry & Trade Company | | (32,920) | (30,255) |
| IRICO Utilities Plant | | (32,248) | (22,774) |
| Shannxi IRICO General Service Corporation | | (592) | (397) |
| Shenzhen IRICO-ROYAL Info-Electronics Ltd. | | (585) | (477) |
| Caihong Labour Services Company | | (154) | (169) |
| Shenzhen IRICO Electronics Co. Ltd. | | (58) | — |
| Xian IRICO Electric Co., Ltd | | (109) | — |
| | | (413,681) | (692,228) |
| Rental expense to Xian Guangxin Electronics Co., Ltd. | (c) | 1,500 | 1,500 |
| Trademark licence fee to the ultimate holding company | (d) | 4,950 | 2,850 |
| Utility charges to IRICO Utilities Plant | (e) | 420,761 | 344,886 |
| Rental expense to the ultimate holding company | (f) | 35,045 | — |
| Social and ancillary service charges to the ultimate holding company | (g) | 14,064 | — |
| Management fee from the ultimate holding company | (h) | (8,172) | (10,941) |
| Loans from the ultimate holding company | (i) | (79,000) | — |
| Interest income | | — | (11,751) |

# Notes to the Accounts

## 34  Related party transactions *(continued)*

*Notes:*

(a)  Sales to and purchases from related parties were conducted at prices not less than cost and with terms mutually agreed by both contract parties.

(b)  Sales to and purchase from China National Electronics Imp. & Exp. Caihong Company were discontinued before the listing of the Company.

(c)  Rental expense of machinery and equipment at RMB125,000 per month paid to Xian Guangxin Electronics Co., Ltd., a fellow subsidiary of the Group, was determined based on the terms stipulated in a lease agreement entered into between the parties involved. The lease agreement was signed on 28th June 2001 for a period of three years and was renewed for another two and a half years up to 31st December 2006.

(d)  Licence fee for using the trademark owned by the ultimate holding company was paid by the Group, at 0.1% of sales based on the terms stipulated in agreements. In accordance with the agreement signed by one of the subsidiaries, IRICO Display Devices Co. Ltd., the term is initially for five years from 1998 but renewable automatically unless terminated by either party with a three-month prior notice, and it was revised to end on 31st December 2006. In accordance with the agreement signed by the rest entities of the Group, the licence fee is to be paid from 1st January 2004 and the agreement is for a term of 3 years up to 31st December 2006 unless terminated by either party with a three-month prior notice.

(e)  Various kinetic energy charges were paid / payable by the companies of the Group to IRICO Utility Plants based on the agreed rates for the years ended 31st December 2003 and 2004 respectively.

(f)  From 1st January 2004, the Group is required to pay RMB11 per square metre per annum for the use of land use rights and RMB9 and RMB30 per square metre per month for the use of buildings in Xianyang and Beijing respectively, pursuant to the Premises Leasing Agreement. Accordingly, rental charges for the year ended 31st December 2004 amounted to RMB35,045,000.

(g)  Social and ancillary service charges for the provision of staff welfare services are paid / payable to the ultimate holding company on a cost reimbursement basis.

(h)  Management fee received/receivable from IRICO Utilities Plant, a unit of the IRICO Colour Picture Tube Plant held by the ultimate holding company, was levied based on 3% of the sales amount of IRICO Utilities Plant for financing and management service provided by the Group as agreed by the parties involved. This transaction was discontinued upon the incorporation of the Company.

(i)  Pursuant to an agreement entered into on 16th December 2004, the Company transferred its titles of certain loans to subsidiaries to the ultimate holding company on 19th December 2004 and offset its amount due to the ultimate holding company. Such loans amount to RMB79,000,000 as at 31st December 2004, which are unsecured, carry interest at 5.31% per annum and are repayable on 9th November 2005 (note 23(b)).

## 35  Ultimate holding company

The directors regard IRICO Group Corporation, a company established in China, as being the ultimate holding company.

79

# Notes to the Accounts

## 36 Particulars of subsidiaries and associated companies

As at 31st December 2004, the Company has direct and indirect interests in the following subsidiaries and associated companies, all of which were established in the PRC.

| Company name | Registered capital | Attributable equity interest | Principal activities |
|---|---|---|---|
| **Subsidiaries** | | | |
| *Directly held:* | | | |
| IRICO Display Devices Co., Ltd. | RMB421,148,800 | 56.14% | Production and development of the electronic products and raw materials for colour display devices |
| IRICO Kunshan Industry Co., Ltd. (note (1)) | RMB60,000,000 | 80% | Production of the rubber parts of CPTs |
| Shaanxi IRICO Phosphor Material Co., Ltd. | RMB90,000,000 | 45% | Production of phosphor for various types of CPTs |
| Xian IRICO Zixun Co., Ltd. (note (2)) | RMB130,000,000 | 45% | Production and sales of the parts and components for display devices and the electronic communication products |
| Xianyang Caiqin Electronic Device Co., Ltd. | RMB25,000,000 | 87.16% | Production and sales of pin, anode button, multi-form and frit for CPTs |
| Xianyang IRICO Electronic Parts Co., Ltd. | RMB55,000,000 | 60% | Sales of shadow mask, frames and electronic products for CPTs |
| Xianyang IRICO Electronics Shadow Mask Co., Ltd. | US$5,000,000 | 75% | Development and production of the flat shadow mask and the coordinating products for CPTs |
| Zhuhai Caizhu Industrial Co., Ltd. (note (3)) | RMB50,000,000 | 90% | Manufacture of electronic devices and components |

**80**

# Notes to the Accounts

## 36   Particulars of subsidiaries and associated companies *(continued)*

| Company name | Registered capital | Attributable equity interest | Principal activities |
|---|---|---|---|
| **Subsidiaries** *(continued)* | | | |
| IRICO Display Technology Co., Ltd. | US$2,500,000 | 75% | Production and sale of CPTs, black- and white picture tubes and ancillary electronic components |
| Xianyang IRICO Digital Display Co., Ltd. (note (4)) | RMB650,000,000 | 51% | Production and sales of CPTs |
| *Indirectly held:* | | | |
| Beijing Goldenbridge Translation Portnetwork Co., Ltd. | RMB40,000,000 | 70% | Provision of technical service relating to network information |
| Caizhu Jinshun Electronic Industry Co., Ltd. | RMB10,000,000 | 75% | Production and sales of frit for CPTs |
| Caizhu (Zhongshan) Electronic Glass Plant | RMB5,500,000 | 100% | Development of special paper products, and the production of frit for CPTs |
| Kunshan Caihong Yingguang Electronics Co., Ltd | US$4,500,000 | 60% | Production of procession alloy and other products for colour and black and white picture tubes |
| Nanjing Reide Phosphor Co., Ltd. | US$443,300 | 45% | Production and processing of recycled phosphor and related products for various types of CPT |
| **Associated companies — indirectly held** | | | |
| Caihua Development Co., Ltd. | RMB10,000,000 | 42.5% | Sales of household electrical appliances |
| Xian IRICO Plastic Industry Co., Ltd. | RMB10,000,000 | 30% | Production of deflection yoke spacers and balancers for colour display devices |
| Xian New Century International Club Co., Ltd. | RMB48,000,000 | 41.67% | Provision of catering services and the operation of amenity centers |

**81**

# Notes to the Accounts

## 36   Particulars of subsidiaries and associated companies *(continued)*

*Notes:*

(1)     The company is a stated-owned enterprise established in the PRC on 20th June 1990 and converted to a limited liability company on 7th September 2004. It is directly held by the Company at 80% and indirectly held at 7.5%.

(2)     The comapny is directly held by the Company at 45% and indirectly held at 31%.

(3)     The company is a state-owned enterprise established in the PRC on 9th January 1990 and converted to a limited liability company on 2nd September 2004.

(4)     The company is directly held by the Company at 51% and indirectly held at 28%.

## 37   Approval of accounts

The accounts were approved by the board of directors on 24th March 2005.

IRICO GROUP ELECTRONICS COMPANY LIMITED