# EXHIBIT 5

# 彩虹集團新能源股份有限公司
## IRICO GROUP NEW ENERGY COMPANY LIMITED*

(A joint stock company incorporated in the People's Republic of China with limited liability)
(Stock Code: 0438)

# 2015
## ANNUAL REPORT



*For identification purposes only

Case 4:07-cv-05944-JST   Document 6251-6   Filed 08/11/23   Page 3 of 6

# Contents

Financial Highlights 2

Chairman's Statement 4

Management Discussion and Analysis 7

Profiles of Directors, Supervisors and Senior Management 16

Report of the Directors 23

Report of the Supervisory Committee 36

Corporate Governance Report 37

Independent Auditor's Report 55

Consolidated Statement of Profit or Loss and Other Comprehensive Income 57

Consolidated Statement of Financial Position 60

Consolidated Statement of Changes in Equity 62

Consolidated Statement of Cash Flows 64

Notes to the Consolidated Financial Statements 66

Five-Year Financial Summary 162

Corporate Profile 163



# Chairman's Statement

**Dear Shareholders,**

I am pleased to present the results of IRICO Group New Energy Company Limited* (the "**Company**") and its subsidiaries (collectively, the "**Group**") for the year ended 31 December 2015 (the "**reporting period**").

With the great support and help from all walks of life, the Group further confirmed its principal business. Through adjustment and optimization, liquidizing remnant assets and improving solar photovoltaic glass business, the Company invested in and constructed solar power stations and expanded new materials business. As a result, the principal position of new energy and new materials business is further demonstrated. The Company's transformation has achieved initial success and its operation is approaching better results as well.



Si Yuncong
Chairman

## Chairman's Statement (Continued)

## Business Review

During the reporting period, in respect of new energy, the solar photovoltaic glass business achieved rapid growth. In particular, the production and sales of Xianyang solar photovoltaic glass had reached a new record. The photovoltaic glass project in Hefei with a production volume of 750 tons was put into operation and is currently advancing steadily, which is expected to reach its designed capacity in April 2016, enabling the Group to remain as one of the top three among its domestic peers in respect of solar photovoltaic glass capacity. During the reporting period, the Group completed the construction of Hefei 12MW solar power station and put it into operation, while steadily advancing a new solar photovoltaic power station project. In 2015, the Group completed the acquisition of a quartz sand mine and at the same time was constructing a quartz sand processing plant with an annual output of 150,000 tons, which will reduce the production costs of solar photovoltaic glass of the Group upon completion. The Group has established an industrial chain which is comprised of the quartz sand as the upstream, the solar photovoltaic glass, and the photovoltaic power station as the downstream.

In respect of new materials business, the energy-saving lamp phosphor market continued to decrease and the industrialization of electronic silver paste and lithium battery anode materials and other businesses proceeded steadily, among which, the 1,000-ton/year expansion project of battery anode materials was completed and further extended to upstream lithium battery materials and panel display materials positively.

## Future Prospects

Looking into 2016, relying on its background of being a central enterprise and the relevant resources, the Group will strive to develop solar photovoltaic industry, march to the top tier of the business and build it as the first pillar sector of the Group. As for new materials, through focusing on technology and brand accumulation and utilizing the advantages of the Group's supporting facilities and panel display resources, the Group will build it as the second pillar sector. Moreover, conforming to development needs, the Group will develop health care and other modern services in due course, so as to extend its role from a product supplier to a service provider and achieve a comprehensive strategic transformation.

The Group will continue to promote adjustment of assets structure and optimization of personnel structure in order to improve profitability and reward the Shareholders.

During the reporting period, the Chinese name of the Company was changed from "彩虹集團電子股份有限公司" into "彩虹集團新能源股份有限公司" whereas its English name was changed from "IRICO Group Electronics Company Limited*" into "IRICO Group New Energy Company Limited*" and adjustments were also made to its business scope which mainly include solar photovoltaic sector, new materials, medical treatment and health care service.



## Chairman's Statement (Continued)

### Acknowledgement

I would like to extend my gratitude on behalf of the board of directors (the "**Board**") of the Company and its members (the "**Director(s)**") to our Shareholders (the "**Shareholder(s)**"), business partners and friends of all walks of life for their care and support to the Company, and to express my heartfelt gratitude to all of our management team members and all of our employees for their dedicated hard work.

IRICO Group New Energy Company Limited
Si Yuncong
*Chairman*

Xianyang, the People's Republic of China
18 March 2016

