1
2
3
4
5
6
7
8
9
10
11

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-cv-5944-JST<br><br>MDL No. 1917 |
|---|---|
| This Document Relates to:<br><br>*ALL INDIRECT PURCHASER ACTIONS* | **[PROPOSED] ORDER GRANTING IRICO DEFENDANTS'** *MOTION IN LIMINE* **#1 TO COMPEL PLAINTIFFS TO REFER TO DEFENDANT IRICO GROUP CORP. AND IRICO DISPLAY DEVICES CO., LTD. AS SEPARATE CORPORATE ENTITIES** |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2      Before the Court is Defendants Irico Group Corp. ("Irico Group") and Irico Display Devices

3  Co., Ltd.'s ("Irico Display") Motion in Limine #1 to Compel Parties to Refer to Defendant Irico

4  Group Corp. and Irico Display Devices Co., Ltd. as Separate Corporate Entities (ECF No. _____).

5  Having considered all papers filed by the parties and being fully informed in the premises,

6      IT IS HEREBY ORDERED THAT that the motion is GRANTED, and at trial Indirect

7  Purchaser Plaintiffs, Irico Group, and Irico Display shall refer to Irico Group, Irico Display, Irico

8  Group Electronics Co., Ltd., and other Irico entities individually as separate corporate entities and

9  not collectively as "Irico," and evidence that fails to distinguish between Irico entities shall be

10  excluded from trial.

11

12      **IT IS SO ORDERED.**

13

14

15

16  Dated: _____

                                                          JON S. TIGAR
                                          United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

---

[PROPOSED] ORDER GRANTING IRICO DEFENDANTS' MOTION IN LIMINE #1
Master File No. 07-cv-05944-JST, MDL No. 1917
1