John M. Taladay *(pro hac vice)*
Evan J. Werbel *(pro hac vice)*
Thomas E. Carter *(pro hac vice)*
Andrew L. Lucarelli *(pro hac vice)*
BAKER BOTTS L.L.P.
700 K Street, N.W.
Washington, D.C. 20001
202.639.7700
202.639.7890 (fax)
Email: john.taladay@bakerbotts.com
        evan.werbel@bakerbotts.com
        tom.carter@bakerbotts.com
        drew.lucarelli@bakerbotts.com

*Attorneys for Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-CV-5944-JST<br><br>MDL No. 1917<br><br>**DECLARATION OF WYATT M. CARLOCK IN SUPPORT OF IRICO DEFENDANTS'** ***MOTION IN LIMINE* #2 TO PRECLUDE PLAINTIFFS FROM REFERRING TO NON-CRT PRODUCTS AND SALES OF THOSE PRODUCTS AS REFLECTING SALES OF CRTS BY AN IRICO ENTITY**<br><br>Judge:   Honorable Jon S. Tigar |
| This Document Relates to:<br><br>*ALL INDIRECT PURCHASER ACTIONS* | |

1    I, Wyatt M. Carlock, declare as follows:

2        1.    I am a member of the bar of the District of Columbia and admitted to practice before this Court *pro hac vice*. I am an attorney with Baker Botts L.L.P., which represents Defendants Irico Group Corporation ("Irico Group") and Irico Display Devices Co., Ltd. ("Irico Display," collectively, "Irico" or the "Irico Defendants") in this action. I make this Declaration in support of Irico Defendants' Motion in Limine #2 to Preclude Parties from Referring to non-CRT Products and Sales of those Products as Reflecting Sales of CRTs by an Irico Entity. If called as a witness, I could and would testify to the matters set forth in this declaration of my own personal knowledge.

    2.    Attached hereto as Exhibit 1 is a true and correct copy of Indirect Purchaser Plaintiffs' Supplemental Objections and Responses to the Irico Defendants' Second Set of Interrogatories, dated September 1, 2022.

    3.    Attached hereto as Exhibit 2 is a true and correct copy of a certified translation of a document produced by Irico in this litigation, cited in IPPs' Supplemental Objections and Responses to the Irico Defendants' Second Set of Interrogatories, and bearing the Bates label IRI-CRT-00025698 ranging to IRI-CRT-00035759.

    4.    Attached hereto as Exhibit 3 is a true and correct copy of a certified translation of a document produced natively by Irico in this litigation, cited in IPPs' Supplemental Objections and Responses to the Irico Defendants' Second Set of Interrogatories, and bearing the Bates label IRI-CRT-00000836.

    5.    Attached hereto as Exhibit 4 is a true and correct copy of a certified translation of a document produced natively by Irico in this litigation, cited in IPPs' Supplemental Objections and Responses to the Irico Defendants' Second Set of Interrogatories, and bearing the Bates label IRI-CRT-00000837.

    6.    Attached hereto as Exhibit 5 is a true and correct copy of a certified translation of a document produced natively by Irico in this litigation, cited in IPPs' Supplemental Objections and Responses to the Irico Defendants' Second Set of Interrogatories, and bearing the Bates label IRI-CRT-00000838.

7. Attached hereto as Exhibit 6 is a true and correct copy of a certified translation of a document produced natively by Irico in this litigation, cited in IPPs' Supplemental Objections and Responses to the Irico Defendants' Second Set of Interrogatories, and bearing the Bates label IRI-CRT-00000839.

8. Attached hereto as Exhibit 7 is a true and correct copy of a certified translation of a document produced natively by Irico in this litigation, cited in IPPs' Supplemental Objections and Responses to the Irico Defendants' Second Set of Interrogatories, and bearing the Bates label IRI-CRT-00000840.

9. Attached hereto as Exhibit 8 is a true and correct copy of a certified translation of a document produced natively by Irico in this litigation, cited in IPPs' Supplemental Objections and Responses to the Irico Defendants' Second Set of Interrogatories, and bearing the Bates label IRI-CRT-00000841.

10. Attached hereto as Exhibit 9 is a true and correct copy of a certified translation of a document produced by Irico in this litigation and bearing the Bates label IRI-CRT-00003592-3593.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 11th day of August, 2023, in Arlington, Virginia.

*/s/ Wyatt M. Carlock*

Wyatt M. Carlock (*pro hac vice*)
BAKER BOTTS L.L.P.
700 K Street, N.W.
Washington, D.C. 20001
202.639.7723
202.639.7890 (fax)
Email: wyatt.carlock@bakerbotts.com

*Attorney for Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.*