# EXHIBIT 2



August 30, 2022

**Certification**

**Welocalize Translations**

**TRANSLATOR'S DECLARATION:**

I, <span style="color:orange">Ma Yanli</span>, hereby declare:

That I possess advanced knowledge of the Chinese and English languages. The attached Chinese into English translation has been translated by me and to the best of my knowledge and belief, it is a true and accurate translation of the document with bates numbers range: IRI-CRT-00025698 - IRI-CRT-00025701, IRI-CRT-00025710 - IRI-CRT-00025712 and IRI-CRT-00025753 - IRI-CRT-00025759.

*(Digital or printed signature here above the line)*

*Ma Yan Li*

_____

**Ma Yanli**

Project Number: BBLLP_2208_P0012

15 W. 37th Street 4th Floor
New York, NY 10018
212.581.8870

# IRICO Group Corporation

B05 HR management

Request for Instructions on the Right to Examine and Approve the Application for Dispatching Personnel to Go Abroad Temporarily and Inviting Foreign Business Personnel to China

| From April 1999 to | Retention period | Permanent |
|---|---|---|
| There are eighty sheets in this volume | Archival No. | |

| Fonds No. | Catalog No. | File No. |
|---|---|---|
| | | |

CONFIDENTIAL                                          IRI-CRT-00025698

001

## Catalogue in this volume

| S.N. | Author | Original document No. | Incoming document No. | Classification | Date | Title | Sheet No. of document |
|------|--------|----------------------|----------------------|----------------|------|-------|----------------------|
| 1 | Group Corporation | IRICO (99) 022 | | | 99.4.5 | Request for Instructions on the Right to Examine and Approve the Application for Dispatching Personnel to Go Abroad Temporarily and Inviting Foreign Business Personnel to China | |
| | | | | | | | |
| | | | | | | | 1-80 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

CONFIDENTIAL                                                                                                    IRI-CRT-00025699

# Document of IRICO Group Corporation

C.T.R.J. (1999) No. 022

Request for Instructions on the Right to Examine and

Approve the Application for Dispatching Personnel to Go Abroad Temporarily and Inviting Foreign Business Personnel to China

The Ministry of Information Industry:

IRICO Group Corporation is a super-large enterprise in China's electronics industry and an economic entity engaged mainly in the production of high-tech electronic products, with 22 subsidiaries (entities), total assets of RMB 8.7 billion and more than 25,000 employees. IRICO Group Corporation is a major R&D and production base of color cathode ray tubes, color monitors, color TV sets, communication products, industrial computers and other products in China. In 1997, IRICO Group Corporation achieved a total industrial output value of RMB 7.7 billion, a sales volume of RMB 6.6 billion and a foreign exchange earning of USD 106 million. In 1998, IRICO Group Corporation achieved a total industrial output value of RMB 8.66 billion, sales of RMB 6,817 million and export earnings of USD 130 million. In 1997, IRICO Group Corporation ranked 76th among the 500 largest industrial enterprises in China.

IRICO Color Cathode Ray Tube General Factory, the major entity of IRICO Group Corporation, is a key project built and expanded based on the complete sets of technology and equipment imported from Japan and the United States during the Sixth and Seventh Five-Year Plan periods. It is also the largest color cathode ray tube research, production and export base in China with the strongest comprehensive supporting capacity and the highest market share. The IRICO branded color display devices and display tubes produced by the factory comply with international leading standards and have successively passed international quality and safety certifications such as UL, BSI, VDE, CSA and ISO9000. Occupying more than 30% of the domestic market, these products are also exported to more than 10 countries and regions such as France, the UK, Italy, South Africa and Southeast Asia.

IRICO Group Corporation is one of the 120 pilot enterprise groups in China with import and export rights granted by national authorities. In accordance with the spirit of the State's Instructions for Reviewing and Approving the State's Pilot Enterprise Groups to Dispatch Personnel to Go Abroad Temporarily and Invite Foreign Business Personnel to China (G.W.B.Z. [1998] No.7), IRICO Group Corporation meets the conditions stipulated in the document that the self-produced products have earned more than USD 10 million in foreign exchange through export for two consecutive years. Therefore, IRICO Group Corporation hereby requests the Ministry of Information Industry to handle relevant procedures so that IRICO Group Corporation is authorized to review and approve the dispatch of personnel abroad temporarily and inviting foreign business personnel to China.

CONFIDENTIAL

002

This is submitted for your comments.

Annex:

I. J.D.G. (1998) No. 98 Reply on Approving the Establishment of IRICO Group Electronics Company Limited and the Certificate of the State Administration for Industry and Commerce;

II. Business License of Legal Person of IRICO Group Corporation (duplicate);

III. Overview of IRICO Group Corporation and List of Leadership;

IV. Articles of Association of IRICO Group Corporation;

V. Organizational Chart of IRICO Group Corporation and Subsidiaries;

VI. Annual Accounting Statements and Explanations of IRICO Group Corporation in 1997 and 1998; Work Summary and Exports by Country of IRICO Import and Export Company in 1997 and 1998;

VII. Summary of Groups Dispatched Abroad and Reception of Visiting Groups of IRICO Group Corporation in 1997, 1998 and 1999;

VIII. Foreign Affairs Management System of IRICO Group Corporation, Interim Provisions on the Management of Personnel Going Abroad and Several Provisions on the Management of Passports

IRICO Group
Corporation
(Stamp)
April 5, 1999

---

File (2)

---

Printed by: Xue Ye                   Corrected by: Zhang Ruixue                   Number of copies: 8

CONFIDENTIAL                                                        IRI-CRT-00025701

Annex III:

IRICO Group Corporation

Overview

IRICO Group Corporation is a super-large state-owned company under the jurisdiction of the Ministry of Information Industry. It is one of the 100 pilot enterprises for the establishment of modern enterprise system in China, one of the 120 pilot large enterprise groups in China, and one of 512 key enterprises designated by the State Economic and Trade Commission. The predecessor of IRICO Group Corporation, IRICO Group Electronics Company Limited, was established in January 1989. In September 1995, through corporate restructuring, it was renamed IRICO Group Corporation. In the same year, the headquarters was moved from Xianyang to Beijing. Its main products are color picture tubes (CPT) and color display tubes (CDT) based on cathode ray tubes (CRT), as well as the production and sales of color monitors, TV sets, computers, industrial computers, communication equipment and other products. It is the only comprehensive manufacturer in China that covers the production of glass shells, shadow masks, fluorescent powders and components, as well as the assembly of color tubes. It is also the largest color picture tube production base with the largest variety and the strongest comprehensive supporting capacity in China.

Since 1995, IRICO Group Corporation has adjusted its organizational structure and product structure and begun group operations by means of transfer, acquisition, merger, entrusted operation and spinoff. In 1995, the former Ministry of Electronics Industry transferred the state ownership of No. 6 Research Institute and China Electronics Industry Devices Corporation to IRICO Group Corporation. In 1997, IRICO Group Corporation acquired Xi'an No.1 Radio Factory after it went bankrupt. IRICO Group Corporation now has 24 subsidiaries (directly affiliated entities), including 11 wholly-owned subsidiaries (enterprises) and 6 controlled subsidiaries.

As of the end of 1998, IRICO Group Corporation had total assets of RMB 8.7 billion, net assets of RMB 3.6 billion and 27,000 employees. In 1998, the Corporation produced 6.68 million color picture tubes of various types, with a sales revenue of RMB 6.8 billion. The total output and sales of color picture tubes ranked first in the industry in China, ranking 11th among the top 100 electronics companies.

IRICO Color Cathode Ray Tube General Factory, the major enterprise of IRICO Group Corporation, is located in Xianyang, Shaanxi, covering an area of about 1.63 million square meters. It is the first and only large-scale comprehensive enterprise in China that produces glass shells, electron guns, deflection coils, shadow masks, fluorescent powders and other color picture tube components and engages in the assembly of color picture tubes. It has two assembly plants and eight specialized plants for production of glass, electron gun, fluorescent powder, deflection coil, shadow mask and power. The factory now has 11,094 employees, with an average age of 32, and its fixed assets amounted to RMB 2.93 billion by the end of 1998. The factory was approved in 1977, its construction began in 1979 and was put into operation in 1982. Since the first batch of qualified color picture tubes were trial-produced on October 11, 1981, the factory made remarkable achievements that it was put into operation, made profit, won excellence awards and exported products within the same year. By the end of 1998, the factory had produced 47.33 million color picture/display tubes, realized RMB 5.45 billion in profits and taxes, earned USD 373.22 million in foreign exchange through export, and

achieved a total industrial output value of RMB 39.1 billion. The products of the factory have converged with the international market in terms of product structure and price, and its competition has evolved from domestic to international. Since the economic crisis in Southeast Asia, the global economy has been in turmoil, domestic demand is not strong, exports are depressed, and the business environment is severe. Under such circumstances, the factory digested the unfavorable conditions such as the price reduction of CPT as well as the costs being higher than the selling prices, produced 6.687 million color picture tubes in 1998, an increase of 23% over the previous year, exported 2.04 million color picture tubes, an increase of 47% over the previous year, earned USD 64.2 million in foreign exchange through exports, an increase of 2.5% over the previous year, and realized RMB 460 million in profits and taxes. With the largest output, sales and exports since the establishment of the factory, this laid a solid foundation for its continued development.

As the first Chinese color picture tube manufacturer which introduced foreign technologies, IRICO Group Corporation focuses on learning from foreign leading management philosophies, approaches, methods and mechanisms while introducing advanced technologies and constantly innovates according to its own situation, thus forming its own unique and effective management system. The annual benefit obtained from management exceeds RMB 20 million. Over the years, the management of IRICO Group Corporation has gone through the stages of strict management, humanistic management and scientific management. The main purpose of the first stage is to regulate people's behavior; the main content of the second stage is to care for people, respect people and cultivate people, and the main purpose is to create a relaxed and harmonious working environment; and the purpose of the third stage is to maximize the overall management efficiency of the Corporation. The Corporation has gradually formed a scientific, standardized, fast and efficient management system, and has revised 120 policies in 20 categories, 121 working procedure standards, 15 departmental working standards and 389 position-specific working standards. In 1998, under the circumstances of prominent contradiction between supply and demand in the color picture tube market, falling prices, large inventory and idle production capacity, and under the management idea of "reducing costs, improving quality for survival and development", IRICO Color Cathode Ray Tube General Factory, the main factory of IRICO Group Corporation, saved tens of millions just from major bids such as transportation of color picture tubes, coal for power, equipment for projection cathode ray tube, repair of glass screen furnace, and the cost of major products was reduced by 21%.

At the beginning of its establishment, IRICO Group Corporation was engaged in production by introducing Japanese equipment and technology at the level of the early 1980s. In the past 20 years, while absorbing foreign technologies, IRICO Group Corporation has developed marketable products by relying on scientific and technological progress. It developed 37 cm medium- and high-resolution display tubes, independently built and reformed 40 cm CDT production lines, and developed 54 cm, 64 cm CDT improved resolution display tubes (700 production line). Committed to integrating "factory, university and research institutes", the Corporation has developed projection TV, projection tube and plasma (PDP) display devices; the IRICO-branded leading product color picture tubes all comply with international standards, and have passed the safety certification of UL, BSI, VDE and CSA in the United States and Canada; the color picture tube production system has been certified according to ISO9002 quality assurance system by DNV1 and BVQA, and the Corporation has passed the QCCECC certification by CEPREI, which proves that the Corporation's quality system

meets the GB/TI9002-ISO9002 standard.

To adapt to the increasingly fierce market competition, IRICO Group Corporation regards the technologies in products as the most important driver to enhance its market competitiveness, speeds up the pace of technological transformation and progress, and takes technology as the guide to promote the adjustment of its business and product structure. Following the strategy of "facing the market and developing in an all-round way", the Corporation aims at the leading information technology at the beginning of the 21st century, upgrades its products step by step, in an effort to maintain its leading position. Its leading products such as color picture tubes and display devices are transforming towards small, medium and large screens, with full plane and high definition, forming a series that conforms to the development trend of the integration of digital TV and computers in today's world. In association with universities, the Corporation speeds up the development of plasma display devices (PDP) and organic electroluminescent devices and aims to make a prototype in 1999, put the product in mass production in 3-5 years, and advance the technology to world level in 5-10 years.

IRICO Group Corporation will also set up a world-leading R&D center with strong scientific research and technological development functions and means; step up the cultivation of talents and set up a talent development center; speed up the building of the information center; and deal with trans-regional daily affairs and exchange information through regional means and highway by the end of the "Ninth Five-Year Plan." The formats of application will gradually transform towards graphics, text, sound and image.

Over the years, IRICO Group Corporation has won many national honorary titles, such as national first-class enterprise, national first-class enterprise of measurement, national first-class enterprise of archives management, national super-level security enterprise and national model enterprise in environmental protection. Party and State leaders such as Jiang Zemin, Li Peng, Qiao Shi, Hu Jintao, and Li Lanqing inspected IRICO Group Corporation and spoke highly of the Corporation's achievements.

CONFIDENTIAL

Table of exports by country

(January 1997-December 1997)

IRICO Group Corporation (Stamp)

Prepared by:IRICO Import and Export Company

Amount in: USD

| Country code for commodity | Commodity/country name | Unit | Quantity | Amount | Country code for commodity | Commodity/country | Name | Unit | Quantity | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 00 | Total | Amount | | 62,626,037 | 125 | Turkey | | | | 15,880,069 |
| 101 | Hong Kong | | | 29,327,456 | 201 | Egypt | | | | 337,136 |
| 110 | Philippines | | | 81,648 | 256 | South Africa | | | | 362,315 |
| 112 | Thailand | | | 677,678 | 307 | Romania | | | | 79,565 |
| 113 | Malaysia | | | 6,235,992 | 309 | Germany | | | | 205,068 |
| 114 | Singapore | | | 119,845 | 311 | France | | | | 1,188,794 |
| 116 | Indonesia | | | 840,672 | 312 | Italy | | | | 1,597,276 |
| 117 | Pakistan | | | 73,513 | 316 | United Kingdom | | | | 5,013,078 |
| 125 | Turkey | | | 15,880,069 | 510602 | Picture tube | | Piece | 1,508,132.00 | 60,685,232 |
| 135 | Kuwait | | | 252,494 | 101 | Hong Kong | | | 694,290.00 | 28,187,456 |
| 138 | United Arab Emirates | | | 150,028 | 110 | Philippines | | | 2,016.00 | 81,648 |
| 201 | Egypt | | | 337,136 | 112 | Thailand | | | 14,992.00 | 677,678 |
| 256 | South Africa | | | 362,315 | 113 | Malaysia | | | 155,232.00 | 6,235,992 |
| 307 | Romania | | | 79,565 | 114 | Singapore | | | 617.00 | 78,050 |
| 309 | Germany | | | 408,478 | 116 | Indonesia | | | 20,160.00 | 840,672 |
| 311 | France | | | 1,188,794 | 125 | Turkey | | | 419,663.00 | 15,880,069 |
| 312 | Italy | | | 1,597,276 | 201 | Egypt | | | 6,224.00 | 337,136 |
| 316 | United Kingdom | | | 5,013,078 | 256 | South Africa | | | 9,072.00 | 362,315 |
| 51 | Telecommunications equipment and apparatus | Amount | | 61,347,624 | 309 | Germany | | | 1,608.00 | 205,068 |
| 101 | Hong Kong | | | 28,757,456 | 311 | France | | | 28,224.00 | 1,188,794 |
| 110 | Philippines | | | 81,648 | 312 | Italy | | | 38,304.00 | 1,597,276 |
| 112 | Thailand | | | 677,678 | 316 | United Kingdom | | | 117,730.00 | 5,013,078 |
| 113 | Malaysia | | | 6,235,992 | 510699 | Other electronic components | | Amount | | 662,392 |
| 114 | Singapore | | | 90,877 | 101 | Hong Kong | | | | 570,000 |
| 116 | Indonesia | | | 340,672 | 114 | Singapore | | | | 12,827 |
| 125 | Turkey | | | 15,880,069 | 307 | Romania | | | | 79,565 |
| 201 | Egypt | | | 337,136 | 58 | Household appliances | | Amount | | 1,278,413 |
| 256 | South Africa | | | 362,315 | 101 | Hong Kong | | | | 570,000 |
| 307 | Romania | | | 79,565 | 114 | Singapore | | | | 28,968 |
| 309 | Germany | | | 205,068 | 117 | Pakistan | | | | 73,513 |
| 311 | France | | | 1,188,794 | 135 | Kuwait | | | | 252,494 |
| 312 | Italy | | | 1,597,276 | 138 | United Arab Emirates | | | | 150,028 |
| 316 | United Kingdom | | | 5,013,078 | 309 | Germany | | | | 203,410 |
| 5106 | Electronic components | Amount | | 61,347,624 | 5802 | TV and audio equipment | | Amount | | 1,278,413 |
| 101 | Hong Kong | | | 28,757,456 | 101 | Hong Kong | | | | 570,000 |
| 110 | Philippines | | | 81,648 | 114 | Singapore | | | | 28,968 |
| 112 | Thailand | | | 677,678 | 117 | Pakistan | | | | 73,513 |
| 113 | Malaysia | | | 6,235,992 | 135 | Kuwait | | | | 252,494 |
| 114 | Singapore | | | 90,877 | 138 | United Arab Emirates | | | | 150,028 |
| 116 | Indonesia | | | 840,672 | 309 | Germany | | | | 203,410 |

Signature of person in charge:  Sha Tao  Signature of table producer: 

(Stamp)

Produced: January 5, 1998          2 pages          Page 1

Table of exports by country

(January 1997-December 1997)

IRICO Group Corporation (Stamp)

Prepared by:IRICO Import and Export Company                                                                      Amount in: USD

| Country code for commodity | Commodity/country name | Unit | Quantity | Amount | Country code for commodity | Commodity/country | Name | Unit | Quantity |
|---|---|---|---|---|---|---|---|---|---|
| 580203 | TV and spare parts | Amount | | 1.278,413 | | | | | |
| 101 | Hong Kong | | | 570,000 | | | | | |
| 104 | Singapore | | | 28,968 | | | | | |
| 117 | Pakistan | | | 73,513 | | | | | |
| 135 | Kuwait | | | 252,494 | | | | | |
| 138 | United Arab Emirates | | | 150,028 | | | | | |
| 309 | Germany | | | 203,410 | | | | | |
| 58020301 | Color TV | Set | 6,004.00 | 634,900 | | | | | |
| 114 | Singapore | | 2,290.00 | 28,968 | | | | | |
| 135 | Kuwait | | 1,996.00 | 252,494 | | | | | |
| 138 | United Arab Emirates | | 1,186.00 | 150,028 | | | | | |
| 309 | Germany | | 532.00 | 203,410 | | | | | |
| 58020304 | Color TV set parts | Amount | | 643,513 | | | | | |
| 101 | Hong Kong | | | 570,000 | | | | | |
| 117 | Pakistan | | | 73,513 | | | | | |

Signature of person in charge: Sha Tao            Signature of table producer:                   Produced: January 5, 1998            2 pages            Page 2
(Stamp)

CONFIDENTIAL                                                                                     IRI-CRT-00025754

Table of exports by country
(January 1998-December 1998)

IRICO Group Corporation (Stamp)

Prepared by:IRICO Import and Export Company

Amount in: USD

| Country code for commodity | Commodity/country name | Unit | Quantity | Amount |
|---|---|---|---|---|
|  | Total |  |  | 61,203,573 |
| 51 | Telecommunications equipment and apparatus | Amount |  | 64,203,575 |
| 5106 | Electronic components | Amount |  | 64,200,210 |
| 510602 | Picture tube | Amount |  | 61,633,755 |
| 510699 | Other electronic components | Amount |  | 2,566,457 |
| 5107 | Electronic raw materials | Amount |  | 3,365 |
| 101 | Hong Kong |  |  | 18,287,942 |
| 51 | Telecommunications equipment and apparatus | Amount |  | 18,287,942 |
| 5106 | Electronic components | Amount |  | 18,287,942 |
| 510602 | Picture tube | Piece | 496,300.00 | 17,113,558 |
| 510699 | Other electronic components | Amount |  | 1,174,334 |
| 102 | Macau |  |  | 43,630 |
| 51 | Telecommunications equipment and apparatus | Amount |  | 43,680 |
| 5106 | Electronic components | Amount |  | 43,680 |
| 510602 | Picture tube | Piece | 1,344.00 | 43,680 |
| 109 | Japan |  |  | 12,025 |
| 51 | Telecommunications equipment and apparatus | Amount |  | 12,025 |
| 5106 | Electronic components | Amount |  | 12,025 |
| 510699 | Other electronic components | Amount |  | 12,025 |
| 112 | Thailand |  |  | 121,634 |
| 51 | Telecommunications equipment and apparatus | Amount |  | 121,634 |
| 5106 | Electronic components | Amount |  | 119,294 |
| 510602 | Picture tube | Piece | 4,032.00 | 117,734 |
| 510699 | Other electronic components | Amount |  | 1,360 |
| 5107 | Electronic raw materials | Amount |  | 2,310 |
| 113 | Malaysia |  |  | 3,394,677 |
| 51 | Telecommunications equipment and apparatus | Amount |  | 3,894,677 |
| 5106 | Electronic components | Amount |  | 3,894,677 |
| 510602 | Picture tube | Piece | 107,696.00 | 3,894,757 |
| 510699 | Other electronic components | Amount |  | 2,920 |
| 114 | Singapore |  |  | 1,140 |
| 51 | Telecommunications equipment and apparatus | Amount |  | 1,440 |
| 5106 | Electronic components | Amount |  | 1,440 |
| 510699 | Other electronic components | Amount |  | 1,440 |
| 116 | Indonesia |  |  | 6,237 |
| 51 | Telecommunications equipment and apparatus | Amount |  | 6,237 |
| 5106 | Electronic components | Amount |  | 6,237 |
| 510602 | Picture tube | Piece | 139.00 | 6,237 |
| 125 | Turkey |  |  | 33,351,770 |
| 51 | Telecommunications equipment and apparatus | Amount |  | 33,351,770 |
| 5106 | Electronic components | Amount |  | 33,352,745 |
| 510602 | Picture tube | Piece | 1,227,172.00 | 33,352,745 |
| 5107 | Electronic raw materials | Amount |  | 1,025 |
| 201 | Egypt |  |  | 2,963,146 |
| 51 | Telecommunications equipment and apparatus | Amount |  | 2,963,146 |
| 5106 | Electronic components | Amount |  | 2,963,146 |
| 510602 | Picture tube | Piece | 50,640.00 | 1,797,768 |
| 510699 | Other electronic components | Amount |  | 1,170,378 |
| 256 | South Africa |  |  | 133,056 |
| 51 | Telecommunications equipment and apparatus | Amount |  | 133,056 |

| Country code for commodity | Commodity/country name | Unit | Quantity | Amount |
|---|---|---|---|---|
| 5106 | Electronic components | Amount |  | 133,056 |
|  | Picture tube | Piece | 4,032.00 | 133,056 |
| 309 | Germany |  |  | 172,300 |
| 51 | Telecommunications equipment and apparatus | Amount |  | 172,300 |
| 5106 | Electronic components | Amount |  | 172,300 |
| 510602 | Picture tube | Piece | 6.156.00 | 172,300 |
| 311 | France |  |  | 2,723,853 |
| 51 | Telecommunications equipment and apparatus | Amount |  | 2,723,860 |
| 5106 | Electronic components | Amount |  | 2,723,363 |
| 510602 | Picture tube | Piece | 89,712.00 | 2,723,363 |
| 316 | United Kingdom |  |  | 1,703,942 |
| 51 | Telecommunications equipment and apparatus | Amount |  | 703,942 |
| 5106 | Electronic components | Amount |  | 703,942 |
| 510602 | Picture tube | Piece | 51,456.00 | 1,703,942 |
| 323 | Portugal |  |  | 76,608 |
| 51 | Telecommunications equipment and apparatus | Amount |  | 76,603 |
| 5106 | Electronic components | Amount |  | 76,603 |
| 510602 | Picture tube | Piece | 2.016.00 | 76,603 |
| 502 | USA |  |  | 203,750 |
| 51 | Telecommunications equipment and apparatus | Amount |  | 203,750 |
| 5106 | Electronic components | Amount |  | 203,750 |
| 510699 | Other electronic components | Amount |  | 203,750 |

Signature of person in charge:      Signature of table producer:      Produced: January 4, 1999      1 pages      Page 1

CONFIDENTIAL

IRI-CRT-00025755

**Annex VII:**

## General Factory summary of groups dispatched abroad in 1997

| No. | Group name | Destination country/region | Number of persons | Time | Duration (days) | Task |
|---|---|---|---|---|---|---|
| 1 | IRICO Color Cathode Ray Tube General Factory | Iran, Syria | 3 | 97.11.25 | 14 | Market survey |
| 2 | IRICO Color Cathode Ray Tube General Factory | Italy, Germany, Denmark | 2 | 97.5.20 | 15 | Marketing |
| 3 | IRICO Color Cathode Ray Tube General Factory | Czech Republic, Poland, Russia | 2 | 97.11.02 | 15 | Business negotiation |
| 4 | IRICO Color Cathode Ray Tube General Factory | Korea | 19 | 97.09.20 | 7 | Survey |
| 5 | IRICO Color Cathode Ray Tube General Factory | Turkey | 2 | 97.10.26 | 30 | Technical services |
| 6 | IRICO Color Cathode Ray Tube General Factory | Korea | 5 | 97.09.20 | 7 | Survey |
| 7 | IRICO Color Cathode Ray Tube General Factory | India | 2 | 97.11.10 | 15 | Trade show |
| 8 | IRICO Color Cathode Ray Tube General Factory | Indonesia | 2 | 97.11.13 | 10 | After-sales service |
| 9 | IRICO Color Cathode Ray Tube General Factory | Thailand | 8 | 97.06.21 | 7 | Survey |
| 10 | IRICO Color Cathode Ray Tube General Factory | Germany | 2 | 97.10.20 | 17 | Study tour and academic conferences |
| 11 | IRICO Color Cathode Ray Tube General Factory | Korea | 2 | 97.10.16 | 7 | Survey |
| 12 | IRICO Color Cathode Ray Tube General Factory | Vietnam | 2 | 97.11.01 | 10 | Survey |
| 13 | IRICO Color Cathode Ray Tube General Factory | UK, Spain | 2 | 97.04.28 | 15 | Marketing |
| 14 | IRICO Color Cathode Ray Tube General Factory | USA | 5 | 97.11.26 | 10 | Business negotiation |
| 15 | IRICO Color Cathode Ray Tube General Factory | Germany | 6 | 97.04.01 | 15 | Survey |
| 16 | IRICO Color Cathode Ray Tube General Factory | Egypt, Morocco | 2 | 97.03.20 | 15 | Marketing |
| 17 | IRICO Color Cathode Ray Tube General Factory | USA | 1 | 97.05.12 | 720 | Business |
| 18 | IRICO Color Cathode Ray Tube General Factory | South Africa | 2 | 97.08.26 | 19 | Trade show |
| 19 | IRICO Color Cathode Ray Tube General Factory | Hong Kong | 1 | 97.11.30 | 7 | Meeting |
| 20 | IRICO Color Cathode Ray Tube General Factory | Hong Kong | 2 | 97.09.26 | 12 | Trade show |
| 21 | Ministry of Electronics Industry | Dubai, United Arab Emirates | 2 | 97.09.28 | 15 | Trade show |
| 22 | IRICO Color Cathode Ray Tube General Factory | Russia | 2 | 97.05.20 | 15 | Marketing of color picture tubes |
| 23 | China Electronics Corporation | France, Italy, Spain | 1 | 97.07.20 | 20 | Survey |
| 24 | IRICO Color Cathode Ray Tube General Factory | Thailand | 34 | 97.08.10 | 14 | Internship |

CONFIDENTIAL                                                                IRI-CRT-00025756

058

| No. | Group name | Destination country/region | Number of persons | Time | Duration (days) | Task |
|---|---|---|---|---|---|---|
| 25 | IRICO Color Cathode Ray Tube General Factory | Taiwan | 5 | 97.07.29 | 8 | Survey |
| 26 | IRICO Color Cathode Ray Tube General Factory | Malaysia | 3 | 97.07.12 | 5 | Customer visit |
| 27 | IRICO Color Cathode Ray Tube General Factory | Japan | 15 | 97.08.02 | 14 | Internship |
| 28 | IRICO Color Cathode Ray Tube General Factory | Japan | 1 | 97.09.10 | 21 | Training |
| 29 | IRICO Color Cathode Ray Tube General Factory | Germany | 3 | 97.09.20 | 12 | Business negotiation |
| 30 | IRICO Color Cathode Ray Tube General Factory | USA | 2 | 97.09.19 | 12 | Survey |
| 31 | IRICO Color Cathode Ray Tube General Factory | USA | 1 | 97.11.15 | 14 | Survey |
| 32 | IRICO Color Cathode Ray Tube General Factory | Romania | 1 | 97.12.20 | 14 | Marketing |
| 33 | IRICO Color Cathode Ray Tube General Factory | South Africa | 2 | 97.05.30 | 7 | Marketing |
| 34 | IRICO Color Cathode Ray Tube General Factory | Japan | 3 | 97.05.02 | 10 | Acceptance |
| 35 | IRICO Color Cathode Ray Tube General Factory | Japan | 5 | 97.05.18 | 10 | Survey |
| 36 | IRICO Color Cathode Ray Tube General Factory | United Kingdom | 3 | 97.08.22 | 10 | After-sale service |
| 37 | IRICO Color Cathode Ray Tube General Factory | Japan | 9 | 97.09.10 | 15 | Technical training |
| 38 | IRICO Color Cathode Ray Tube General Factory | Japan | 24 | 97.07.01 | 14 | Training |
| 39 | IRICO Color Cathode Ray Tube General Factory | Iran, Syria | 2 | 97.09.10 | 10 | Business negotiation |
| Total | | 49 trips overseas | 190 | | 1207 | |

CONFIDENTIAL

IRI-CRT-00025757

## General Factory summary of groups dispatched abroad in 1998

| No. | Group name | Destination country/region | Number of persons | Time | Duration (days) | Task |
|---|---|---|---|---|---|---|
| 1 | IRICO Color Cathode Ray Tube General Factory | Korea | 1 | 98.03.02 | 10 | Survey |
| 2 | IRICO Color Cathode Ray Tube General Factory | Turkey,    via Hong Kong | 1 | 98.09.10 | 30 | After-sales service |
| 3 | IRICO Color Cathode Ray Tube General Factory | USA | 3 | 98.03.01 | 15 | Survey |
| 4 | IRICO Color Cathode Ray Tube General Factory | Japan | 7 | 98.03.20 | 14 | Internship |
| 5 | IRICO Color Cathode Ray Tube General Factory | Thailand | 18 | 98.03.01 | 14 | Internship |
| 6 | IRICO Color Cathode Ray Tube General Factory | USA | 1 | 98.09.30 | 21 | Training and survey |
| 7 | IRICO Color Cathode Ray Tube General Factory | South Africa | 2 | 98.09.28 | 15 | Marketing |
| 8 | IRICO Color Cathode Ray Tube General Factory | Turkey | 5 | 98.08.25 | 15 | Business negotiation |
| 9 | IRICO Color Cathode Ray Tube General Factory | Japan | 2 | 98.07.28 | 9 | Business negotiation |
| 10 | IRICO Color Cathode Ray Tube General Factory | Japan | 9 | 98.08.18 | 15 | Internship |
| 11 | IRICO Color Cathode Ray Tube General Factory | Russia | 19 | 98.05.02 | 180 | Technical cooperation |
| 12 | IRICO Color Cathode Ray Tube General Factory | France | 2 | 98.03.25 | 16 | Acceptance |
| 13 | IRICO Color Cathode Ray Tube General Factory | Thailand | 14 | 98.10.02 | 14 | Internship |
| 14 | IRICO Color Cathode Ray Tube General Factory | Russia | 1 | 98.08.02 | 15 | Exhibition |
| 15 | IRICO Color Cathode Ray Tube General Factory | United Kingdom | 2 | 98.03.29 | 11 | Acceptance |
| 16 | IRICO Color Cathode Ray Tube General Factory | Japan | 7 | 98.09.10 | 360 | Study |
| 17 | IRICO Color Cathode Ray Tube General Factory | Korea | 8 | 98.08.14 | 7 | Survey |
| 18 | IRICO Color Cathode Ray Tube General Factory | USA | 2 | 98.05.20 | 10 | Meeting |
| 19 | IRICO Color Cathode Ray Tube General Factory | Korea | 6 | 98.05.18 | 20 | Supervision     and acceptance |
| 20 | IRICO Color Cathode Ray Tube General Factory | Korea | 1 | 98.09.20 | 5 | Meeting |
| 21 | IRICO Color Cathode Ray Tube General Factory | Japan | 11 | 98.09.15 | 14 | Internship |
| 22 | IRICO Color Cathode Ray Tube General Factory | USA | 2 | 98.03.28 | 15 | Acceptance |
| 23 | IRICO Color Cathode Ray Tube General Factory | Romania | 1 | 98.11.10 | 20 | Business negotiation |
| 24 | IRICO Color Cathode Ray Tube General Factory | Korea | 8 | 98.09.03 | 7 | Survey |
| | Total | 25    trips overseas | 133 | | 852 | |

CONFIDENTIAL                                                                 IRI-CRT-00025758

# General Factory summary of groups dispatched abroad in 1999

| No. | Group name | Destination country/region | Number of persons | Time | Duration (days) | Task |
|---|---|---|---|---|---|---|
| 1 | IRICO Color Cathode Ray Tube General Factory | Russia | 10 | 99.01.11 | 120 | Technical cooperation |
| 2 | IRICO Color Cathode Ray Tube General Factory | Japan | 5 | 99.02.20 | 15 | Equipment survey |
| 3 | IRICO Color Cathode Ray Tube General Factory | Japan | 2 | 99.02.22 | 20 | Technical survey |
| 4 | IRICO Color Cathode Ray Tube General Factory | Japan | 13 | 99.01.02 | 15 | Technical exchange |
| 5 | IRICO Color Cathode Ray Tube General Factory | USA | 2 | 99.02.01 | 5 | SID meeting |
| 6 | IRICO Color Cathode Ray Tube General Factory | India | 7 | 99.04.07 | 15 | Survey |
| 7 | IRICO Color Cathode Ray Tube General Factory | Italy | 3 | 99.04.11 | 15 | Equipment manufacturing supervision |
| 8 | IRICO Color Cathode Ray Tube General Factory | Turkey | 2 | 99.06.02 | 15 | Customer visit |
| 9 | IRICO Color Cathode Ray Tube General Factory | Japan | 9 | 99.05.23 | 10 | Internship |
| 10 | IRICO Color Cathode Ray Tube General Factory | Malaysia | 4 | 99.05.28 | 12 | Technical survey |
| Total | | 10 trips overseas from January to May | 57 | | 242 | |

CONFIDENTIAL                                                                 IRI-CRT-00025759