# **<u>EXHIBIT 3</u>**



June 25, 2018

**Certification**

**Park IP Translations**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of the document with bates number: IRI-CRT-00000836.

Hanna Kang

Project Manager

Project Number: BBLLP_1806_007

15 W. 37th Street 8th Floor
New York, NY 10018
212.581.8870
ParkIP.com

# Total Import and Export Value List (Category B)

| File type: 100-character feedback file | Data scope: Trade statistics |
|---|---|
| Statistical caliber: Business unit | Date of statistics: January 1995 -- December 1995 |
| Import/export: All | Import/export port: All |
| Trade method: All | Country: All |
| Transportation method: All | Commodity: All |
| Prefecture-level city: All | Type of company: All |

Business unit: China National Electronics Import & Export Caihong Co. (中国电子进出口彩虹公司)
Value in USD: 0-- 99999999999
CNY: 0-- 99999999999                     Currency: CNY

| Date | Total Import and Export Value | Total Import Value | Total Export Value | Balance | Increase or Decrease in Total Import and Value (%) | Increase or Decrease in Total Import Value (%) | Increase or Decrease in Total Export Value (%) |
|---|---|---|---|---|---|---|---|
| 1995-01 | 3692 | 1731 | 1961 | 230 | | | |
| 1995-02 | 5664 | 3397 | 2267 | -1129 | | | |
| 1995-03 | 6169 | 3500 | 2669 | -830 | | | |
| 1995-04 | 9889 | 4872 | 5018 | 146 | 289.55 | 91.90 | |
| 1995-05 | 10381 | 5343 | 5038 | -306 | 109.09 | 12.40 | 2287.54 |
| 1995-06 | 12444 | 3739 | 8705 | 4966 | 392.36 | 72.82 | 2293.32 |
| 1995-07 | 12181 | 6780 | 5401 | -1380 | 298.39 | 137.42 | 2577.51 |
| 1995-08 | 13256 | 7139 | 6117 | -1022 | 70.54 | 1.47 | 729.10 |
| 1995-09 | 11663 | 2234 | 9429 | 7194 | -6.35 | -80.80 | 1052.29 |
| 1995-10 | 12944 | 5796 | 7148 | 1352 | 170.42 | 40.47 | 982.11 |
| 1995-11 | 15762 | 7415 | 8347 | 931 | 246.45 | 82.49 | 1617.34 |
| 1995-12 | 25711 | 10860 | 14851 | 3990 | 64.89 | 1.35 | 204.50 |
| Total | 139756 | 62806 | 76951 | 14142 | 139.95 | 25.89 | 820.80 |