# **<u>EXHIBIT 4</u>**



June 25, 2018

**Certification**

                **Park IP Translations**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of the document with bates number: IRI-CRT-00000837.

Hanna Kang

Project Manager

Project Number: BBLLP_1806_007

## Total Import and Export Value List (Category B)

| File type: 100-character feedback file | Data scope: Trade statistics |
|---|---|
| Statistical calilber: Business unit | Time of statistics: January 1996 -- December 1996 |
| Import/export: All | Import/export port: All |
| Trade method: All | Country: All |
| Transportation method: All | Commodity: All |
| Prefecture-level city: All | Type of company: All |
| Business unit: China National Electronics Import & Export Caihong Co. (中国电子进出口彩虹公司) Value in USD: 0-- 99999999999 ||
| CNY: 0-- 99999999999 | Currency: CNY |

| Date | Total Import and Export Value | Total Import Value | Total Export Value | Balance | Increase or Decrease in Total Import and | Increase or Decrease in Total Import Value (%) | Increase or Decrease in Total Export Value (%) |
|---|---|---|---|---|---|---|---|
| 1996-01 | 15567 | 9282 | 6285 | -2997 | 321.62 | 436.26 | 220.45 |
| 1996-02 | 8452 | 3453 | 4999 | 1546 | 49.21 | 1.66 | 120.46 |
| 1996-03 | 15568 | 9171 | 6397 | -2774 | 152.36 | 162.05 | 139.64 |
| 1996-04 | 13825 | 4641 | 9183 | 4542 | 39.79 | -4.73 | 83.02 |
| 1996-05 | 12326 | 4504 | 7822 | 3318 | 18.74 | -15.71 | 55.27 |
| 1996-06 | 7607 | 3469 | 4139 | 670 | -38.87 | -7.24 | -52.46 |
| 1996-07 | 15165 | 6830 | 8335 | 1505 | 24.50 | 0.74 | 54.33 |
| 1996-08 | 10621 | 6491 | 4131 | -2360 | -19.88 | -9.09 | -32.48 |
| 1996-09 | 12518 | 5154 | 7363 | 2209 | 7.33 | 130.68 | -21.91 |
| 1996-10 | 11692 | 1972 | 9720 | 7749 | -9.67 | -65.98 | 35.99 |
| 1996-11 | 7780 | 3937 | 3843 | -94 | -50.64 | -46.90 | -53.96 |
| 1996-12 | 8406 | 4923 | 3483 | -1440 | -67.31 | -54.67 | -76.55 |
| Total | 139527 | 63827 | 75700 | 11874 | -0.16 | 1.63 | -1.63 |