# **<u>EXHIBIT 5</u>**



June 25, 2018

**Certification**

**Park IP Translations**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of the document with bates number: IRI-CRT-00000838.

Hanna Kang

Project Manager

Project Number: BBLLP_1806_007

15 W. 37th Street 8th Floor
New York, NY 10018
212.581.8870
ParkIP.com

# Total Import and Export Value List (Category B)

| | |
|---|---|
| File type: 100-character feedback file | Data scope: Trade statistics |
| Statistical caliber: Business unit | Date of statistics: January 1997 -- December 1997 |
| Import/export: All | Import/export port: All |
| Trade method: All | Country: All |
| Transportation method: All | Commodity: All |
| Prefecture-level city: All | Type of company: All |

Business unit: China National Electronics Import & Export Caihong Co. (中国电子进出口彩虹公司)
Value in USD: 0-- 99999999999
CNY: 0-- 99999999999                    Currency: CNY

| Date | Total Import and Export Value | Total Import Value | Total Export Value | Balance | Increase or Decrease in Total Import and | Increase or Decrease in Total Import Value (%) | Increase or Decrease in Total Export Value (%) |
|---|---|---|---|---|---|---|---|
| 1997-01 | 8185 | 4587 | 3598 | -989 | -47.42 | -50.58 | -42.75 |
| 1997-02 | 5874 | 3626 | 2248 | -1378 | -30.50 | 5.01 | -55.02 |
| 1997-03 | 4472 | 983 | 3489 | 2506 | -71.27 | -89.28 | -45.46 |
| 1997-04 | 6865 | 3127 | 3737 | 610 | -50.35 | -32.62 | -59.30 |
| 1997-05 | 4911 | 1478 | 3433 | 1955 | -60.16 | -67.19 | -56.12 |
| 1997-06 | 3715 | 634 | 3080 | 2446 | -51.17 | -81.71 | -25.57 |
| 1997-07 | 6059 | 3011 | 3048 | 37 | -60.05 | -55.92 | -63.43 |
| 1997-08 | 4333 | 708 | 3625 | 2916 | -59.20 | -89.08 | -12.25 |
| 1997-09 | 9091 | 1028 | 8062 | 7034 | -27.38 | -80.05 | 9.49 |
| 1997-10 | 7098 | 1362 | 5736 | 4374 | -39.29 | -30.94 | -40.99 |
| 1997-11 | 5465 | 2762 | 2703 | -60 | -29.76 | -29.84 | -29.68 |
| 1997-12 | 5804 | 1637 | 4168 | 2531 | -30.95 | -66.75 | 19.66 |
| Total | 71872 | 24943 | 46927 | 21982 | -48.49 | -60.92 | -38.01 |