# **<u>EXHIBIT 6</u>**



June 25, 2018

**Certification**

**Park IP Translations**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of the document with bates number: IRI-CRT-00000839.

Hanna Kang

Project Manager

Project Number: BBLLP_1806_007

# Total Import and Export Value List (Category B)

| File type: 100-character feedback file | Data scope: Trade statistics |
|---|---|
| Statistical calilber: Business unit | Date of statistics: January 1998 -- December 1998 |
| Import/export: All | Import/export port: All |
| Trade method: All | Country: All |
| Transportation method: All | Commodity: All |
| Prefecture-level city: All | Type of company: All |
| Business unit: China National Electronics Import & Export Caihong Co. (中国电子进出口彩虹公司) | |
| Value in USD: 0-- 99999999999 | |
| CNY: 0-- 99999999999 | Currency: CNY |

| Date | Total Import and Export Value | Total Import Value | Total Export Value | Balance | Increase or Decrease in Total Import and Export Value (%) | Increase or Decrease in Total Import Value (%) | Increase or Decrease in Total Export Value (%) |
|---|---|---|---|---|---|---|---|
| 1998-01 | 903 | 275 | 628 | 353 | -88.96 | -94.00 | -82.54 |
| 1998-02 | 4935 | 4156 | 779 | -3377 | -15.98 | 14.63 | -65.35 |
| 1998-03 | 8477 | 5415 | 3061 | -2354 | 89.55 | 450.84 | -12.25 |
| 1998-04 | 4054 | 1520 | 2534 | 1014 | -40.95 | -51.39 | -32.21 |
| 1998-05 | 4708 | 908 | 3799 | 2891 | -4.13 | -38.54 | 10.68 |
| 1998-06 | 10071 | 5522 | 4549 | -974 | 171.12 | 770.54 | 47.67 |
| 1998-07 | 7394 | 1443 | 5951 | 4508 | 22.04 | -52.06 | 95.24 |
| 1998-08 | 8051 | 1871 | 6179 | 4308 | 85.79 | 164.13 | 70.48 |
| 1998-09 | 4836 | 993 | 3843 | 2850 | -46.81 | -3.45 | -52.34 |
| 1998-10 | 7664 | 1978 | 5685 | 3707 | 7.97 | 45.27 | -0.89 |
| 1998-11 | 9627 | 1562 | 8066 | 6504 | 76.16 | -43.47 | 198.45 |
| 1998-12 | 9733 | 3952 | 5781 | 1830 | 67.68 | 141.39 | 38.72 |
| Total | 80453 | 29595 | 50855 | 21260 | 11.94 | 18.65 | 8.37 |