# **EXHIBIT 7**



June 25, 2018

**Certification**

**Park IP Translations**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of the document with bates number: IRI-CRT-00000840.

Hanna Kang

Project Manager

Project Number: BBLLP_1806_007

15 W. 37th Street 8th Floor
New York, NY 10018
212.581.8870
ParkIP.com

# Total Import and Export Value List (Category B)

| File type: 100-character feedback file | Data scope: Trade statistics |
|---|---|
| Statistical caliber: Business unit | Date of statistics: January 1999 -- December 1999 |
| Import/export: All | Import/export port: All |
| Trade method: All | Country: All |
| Transportation method: All | Commodity: All |
| Prefecture-level city: All | Type of company: All |

Business unit: China National Electronics Import & Export Caihong Co. (中国电子进出口彩虹公司)
Value in USD: 0-- 99999999999
CNY: 0-- 99999999999                              Currency: CNY

| Date | Total Import and Export Value | Total Import Value | Total Export Value | Balance | Increase or Decrease in Total Import and Export Value (%) | Increase or Decrease in Total Import Value (%) | Increase or Decrease in Total Export Value (%) |
|---|---|---|---|---|---|---|---|
| 1999-01 | 5306 | 1557 | 3749 | 2193 | 487.45 | 466.05 | 496.81 |
| 1999-02 | 5281 | 1886 | 3395 | 1508 | 7.01 | -54.61 | 335.78 |
| 1999-03 | 9393 | 3515 | 5879 | 2364 | 10.81 | -35.10 | 92.02 |
| 1999-04 | 8301 | 4429 | 3872 | -557 | 104.77 | 191.36 | 52.82 |
| 1999-05 | 5973 | 1697 | 4276 | 2579 | 26.88 | 86.79 | 12.55 |
| 1999-06 | 9818 | 4818 | 5000 | 182 | -2.51 | -12.75 | 9.92 |
| 1999-07 | 7505 | 3102 | 4403 | 1301 | 1.50 | 114.92 | -26.01 |
| 1999-08 | 7065 | 3226 | 3840 | 614 | -12.24 | 72.39 | -37.87 |
| 1999-09 | 7193 | 3123 | 4071 | 948 | 48.76 | 214.52 | 5.93 |
| 1999-10 | 0 | 0 | 0 | 0 | -100.00 | -100.00 | -100.00 |
| 1999-11 | 0 | 0 | 0 | 0 | -100.00 | -100.00 | -100.00 |
| 1999-12 | 0 | 0 | 0 | 0 | -100.00 | -100.00 | -100.00 |
| Total | 65835 | 27353 | 38485 | 11132 | -18.17 | -7.58 | -24.32 |