# **<u>EXHIBIT 8</u>**



June 25, 2018

**Certification**

**Park IP Translations**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of the document with bates number: IRI-CRT-00000841.

Hanna Kang

Project Manager

Project Number: BBLLP_1806_007

# Total Import and Export Value List (Category B)

| File type: 100-character feedback file | Data scope: Trade statistics |
|---|---|
| Statistical caliber: Business unit | Date of statistics: January 2000 -- December 2000 |
| Import/export: All | Import/export port: All |
| Trade method: All | Country: All |
| Transportation method: All | Commodity: All |
| Prefecture-level city: All | Type of company: All |

Business unit: China National Electronics Import & Export Caihong Co. (中国电子进出口彩虹公司)
Value in USD: 0-- 99999999999
CNY: 0-- 99999999999                           Currency: CNY

| Date | Total Import and Export Value | Total Import Value | Total Export Value | Balance | Increase or Decrease in Total Import and Export Value (%) | Increase or Decrease in Total Import Value (%) | Increase or Decrease in Total Export Value (%) |
|---|---|---|---|---|---|---|---|
| 2000-01 | 599 | 599 | 0 | -599 | -88.71 | -61.51 | -100.00 |
| 2000-02 | 0 | 0 | 0 | 0 | -100.00 | -100.00 | -100.00 |
| 2000-03 | 0 | 0 | 0 | 0 | -100.00 | -100.00 | -100.00 |
| 2000-04 | 0 | 0 | 0 | 0 | -100.00 | -100.00 | -100.00 |
| 2000-05 | 0 | 0 | 0 | 0 | -100.00 | -100.00 | -100.00 |
| 2000-06 | 0 | 0 | 0 | 0 | -100.00 | -100.00 | -100.00 |
| 2000-07 | 0 | 0 | 0 | 0 | -100.00 | -100.00 | -100.00 |
| 2000-08 | 0 | 0 | 0 | 0 | -100.00 | -100.00 | -100.00 |
| 2000-09 | 0 | 0 | 0 | 0 | -100.00 | -100.00 | -100.00 |
| 2000-10 | 14519 | 8049 | 6470 | -1580 | | | |
| 2000-11 | 43652 | 37085 | 6568 | -30517 | | | |
| 2000-12 | 11913 | 5690 | 6222 | 532 | | | |
| Total | 70683 | 51423 | 19260 | -32164 | 7.36 | 88.00 | -49.95 |