# **<u>EXHIBIT 9</u>**

# 中国电子进出口彩虹公司
## 出口货物转帐凭证

编号 BTY096　　　98 年 11 月 8 日　　　转 72 号

| 客户 | GLOBAL | 货物名称及规格型号 | 数量 | 单价 | 总价 |
|---|---|---|---|---|---|
| 货员 | 梁援 | 21"电子枪 | 500支 | USD7.50 | USD3750.— |
| 发票号 | | | | | |

| 借方 | | 贷方 | | 摘要 | 金额 |
|---|---|---|---|---|---|
| 科目 | 明细科目 | 一级科目 | 明细科目 | | 千百十万千百十元角分 |
| 应收账款 | 007 | 自营出口销售收入 | 999 | 发GLOBAL 21"电子枪500支 <BTY096> | ￥3750000 |
| | | | | | 共￥3105000 |
| 合计 | | | | 人民币壹仟零伍拾元整 | |

主管　　　记帐　　　审核 耿大军　　　制表 董艳峰

CONFIDENTIAL　　　　　　　　　　　　　　　　　　　　　　　　　　IRI-CRT-00003592

# CEIEC CHINA NATIONAL ELECTRONICS IMP&EXP CAIHONG COMPANY
## INVOICE

Tel:(0910)3313856
Postcode:712021

MESSRS. GLOBAL PRODUCTS INC.,U.S.A.
4355,SANTA RITA AVENUE TUCSON,ARIZONA 85714 U.S.A.
TEL:001-520-294 8060   FAX:001-520-294 9299

| Invoice No. | Name Of Vessel | Loading Port | Discharging Port | On or About |
|---|---|---|---|---|
| 8TY096 | BY AIR | XIANYANG,CHINA | TUCSON,U.S.A. | |
| Date | B/L No. | L/C No. | Contract No. | Licence No. |
| JUL.8,1998 | | T/T | 98EMUSCHCT01066 | |

| Marks & Nos | Description & Quantity | Unit Price | Amount |
|---|---|---|---|
| | | EXW | |
| N/M | 500PCS OF 21" COLOR ELECTRON GUN | USD7.50 | USD3,750.00 |

(SAY,UNITED STATES DOLLARS THREE THOUSAND SEVEN HUNDRED AND FIFTY ONLY.)

CHINA NATIONAL ELECTRONICS IMP&EXP
CAIHONG COMPANY

E. & O.E. _____
MANAGER


由 扫描全能王 扫描创建