1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-cv-5944-JST<br><br>MDL No. 1917 |
|---|---|
| This Document Relates to:<br><br>*ALL INDIRECT PURCHASER ACTIONS* | **[PROPOSED] ORDER GRANTING IRICO DEFENDANTS'** *MOTION IN LIMINE* **#2 TO PRECLUDE PLAINTIFFS FROM REFERRING TO NON-CRT PRODUCTS AND SALES OF THOSE PRODUCTS AS REFLECTING SALES OF CRTS BY AN IRICO ENTITY** |

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2      Before the Court is Defendants Irico Group Corp. ("Irico Group") and Irico Display Devices
3  Co., Ltd.'s ("Irico Display") Motion in Limine #2 to Preclude Plaintiffs from Referring to non-CRT
4  Products and Sales of those Products as Reflecting Sales of CRTs by an Irico Entity (ECF
5  No. _____). Having considered all papers filed by the parties and being fully informed in the
6  premises,

7      IT IS HEREBY ORDERED THAT that the motion is GRANTED, and at trial Indirect
8  Purchaser Plaintiffs, Irico Group, and Irico Display shall not reference any non-CRT products,
9  including components of CRTs, as reflecting sales of CRTs sold by Irico or any other entity.

10
11      **IT IS SO ORDERED.**
12
13
14
15  Dated: _____      _____
16                                               JON S. TIGAR
                                  United States District Judge