John M. Taladay *(pro hac vice)*
Evan J. Werbel *(pro hac vice)*
Thomas E. Carter *(pro hac vice)*
Andrew L. Lucarelli *(pro hac vice)*
BAKER BOTTS L.L.P.
700 K Street, N.W.
Washington, D.C. 20001
202.639.7700
202.639.7890 (fax)
Email: john.taladay@bakerbotts.com
    evan.werbel@bakerbotts.com
    tom.carter@bakerbotts.com
    drew.lucarelli@bakerbotts.com

*Attorneys for Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-CV-5944-JST<br><br>MDL No. 1917<br><br>**DECLARATION OF WYATT M. CARLOCK IN SUPPORT OF IRICO DEFENDANTS'** *MOTION IN LIMINE* **#3 TO PRECLUDE PLAINTIFFS FROM REFERRING TO FOREIGN SHIPMENTS OF IRICO (USA) INC.**<br><br>Judge:    Honorable Jon S. Tigar |
| This Document Relates to:<br><br>*ALL INDIRECT PURCHASER ACTIONS* | |

I, Wyatt M. Carlock, declare as follows:

1. I am a member of the bar of the District of Columbia and admitted to practice before this Court *pro hac vice*. I am an attorney with Baker Botts L.L.P., which represents Defendants Irico Group Corporation ("Irico Group") and Irico Display Devices Co., Ltd. ("Irico Display," collectively, "Irico" or the "Irico Defendants") in this action. I make this Declaration in support of Irico Defendants' Motion in Limine #3 to Preclude Plaintiffs from Referring to Foreign Shipments of Irico (USA) Inc. If called as a witness, I could and would testify to the matters set forth in this declaration of my own personal knowledge.

2. Attached hereto as Exhibit 1 is a true and correct copy of Irico (USA) Inc.'s Articles of Incorporation organizing Irico (USA) Inc. under the General Corporation Law of California, dated July 5, 1995.

3. Attached hereto as Exhibit 2 is a true and correct copy of Deposition Exhibit 8392, which is a certified translation of a document produced by Irico in this litigation and bearing the Bates label IRI-00003490-3497.

4. Attached hereto as Exhibit 3 is a true and correct copy of Deposition Exhibit 8404, which is a certified translation of a document produced by Irico in this litigation and bearing the Bates label IRI-CRT-00003568-3569.

5. Attached hereto as Exhibit 4 is a true and correct copy of Deposition Exhibit 8405, which is a certified translation of a document produced by Irico in this litigation and bearing the Bates label IRI-CRT-00003566-3567.

6. Attached hereto as Exhibit 5 is a true and correct copy of Deposition Exhibit 8406, which is a certified translation of a document produced by Irico in this litigation and bearing the Bates label IRI-CRT-00003570-3571.

7. Attached hereto as Exhibit 6 is a true and correct copy of Deposition Exhibit 8408, which is a certified translation of a document produced by Irico in this litigation and bearing the Bates label IRI-CRT-00003578-3579.

8. Attached hereto as Exhibit 7 is a true and correct copy of Deposition Exhibit 8409, which is a certified translation of a document produced by Irico in this litigation and bearing the Bates label IRI-CRT-00003584-3585.

9. Attached hereto as Exhibit 8 is a true and correct copy of Deposition Exhibit 8410, which is a certified translation of a document produced by Irico in this litigation and bearing the Bates label IRI-CRT-00003586-3587.

10. Attached hereto as Exhibit 9 is a true and correct copy of Deposition Exhibit 8411, which is a certified translation of a document produced by Irico in this litigation and bearing the Bates label IRI-CRT-00003588-3589.

11. Attached hereto as Exhibit 10 is a true and correct copy of Deposition Exhibit 8412, which is a certified translation of a document produced by Irico in this litigation and bearing the Bates label IRI-CRT-00003594-3597.

12. Attached hereto as Exhibit 11 is a true and correct copy of Indirect Purchaser Plaintiffs' Supplemental Objections and Responses to the Irico Defendants' Second Set of Interrogatories, dated September 1, 2022.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 11th day of August, 2023, in Arlington, Virginia.

*/s/ Wyatt M. Carlock*

Wyatt M. Carlock (*pro hac vice*)
BAKER BOTTS L.L.P.
700 K Street, N.W.
Washington, D.C. 20001
202.639.7723
202.639.7890 (fax)
Email: wyatt.carlock@bakerbotts.com

*Attorney for Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.*