# **EXHIBIT 1**

1898795

FILED
In the office of the Secretary of State
of the State of California

JUL -5 1995

*Bill Jones*
BILL JONES, Secretary of State

# ARTICLES OF INCORPORATION

## OF

## IRICO (USA) INC.

ONE:    The name of this corporation is IRICO (USA) INC.

TWO:    The purpose of this corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

THREE:  The name and address in this state of the corporation's initial agent for service of process is HELEN Y.H. HUI, c/o IRICO (USA) INC., 3494 Camino Tassajara, Suite 102, Danville, California 94506.

FOUR:   The total number of shares which the corporation is authorized to issue is ten million (10,000,000).

Dated:  June 29, 1995

_____
HELEN Y. H. HUI


I declare that I am the person who executed the above Articles of Incorporation, and such instrument is my act and deed.

_____
HELEN Y. H. HUI


corp2:articles\iricoart.corp