# EXHIBIT 3



info@certifiedtranslate.com
www.certifiedtranslate.com

2425 Olympic Blvd., Suite 4000W
Santa Monica, CA 90404

usa 1-888-856-2228
int +1-310-684-3153
fax +1-310-564-1944

A member of the American Translators Association
ATA Member Number: 248719

# CERTIFIED TRANSLATION

*Documents Translated For:*

| | |
|---|---|
| Name: **David Y. Hwu** | Street Address: **706 Sansome Street** |
| Firm: **Saveri & Saveri, Inc.** | City/State/Zip: **San Francisco / CA / 94111** |

*Description of Document(s):*

| |
|---|
| IRI-CRT-00003568E |

| | |
|---|---|
| Source Language: **SIMPLIFIED CHINESE** | Target Language: **ENGLISH** |

WITH REFERENCE TO THE ABOVE MENTIONED MATERIALS/DOCUMENTS, we at Language Fish LLC (doing business as www.certifiedtranslate.com), a professional document translation company, attest that the language translation completed by Language Fish's certified professional translators, represents, to the best of our judgment, an accurate and correct interpretation of the terminology/content of the source document(s). **This is to certify the correctness of the translation only.** We do not guarantee that the original is a genuine document or that the statements contained in the original document(s) are true.

IN WITNESS WHEREOF, Language Fish LLC has caused the Certificate to be signed by its duly authorized officer(s).

**By:** Sean Kirschenstein, Director **Date:** February 21, 2019

A copy of the translated version(s) is attached to this statement of certification.

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

On Feb. 21, 2019 before me, Kristin Gail Chamberlain, Notary Public, appeared Sean Kirschenstein, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature [signature]

KRISTIN GAIL CHAMBERLAIN
Notary Public - California
Los Angeles County
Commission # 2141880
My Comm. Expires Feb 7, 2020

D☐P☐ Exhibit 8404
Deponent Wang
Date 3/6/19 Rptr BW

Scanned and created by Camscanner [QR Code]

**China National Electronics Import and Export Caihong Co.**

## Certificate of Account Transfer for Exported Goods

Card No. ***8TS086*** ***June 24, 1998*** Transfer No. ***62***

| Overseas Customer | *Irico (USA)* | Product Name and Model | Quantity | Unit Price | Total Price |
|---|---|---|---|---|---|
| Clerk | *Xi Jiansheng* | *14" CPT 37SX110Y22-DC05* | *2016* | *USD 32* | *USD 64,512* |
| Purchase Receipt No. | *00014959* | | | | |

| Debits | | | Credits | | | Summary | Amount | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| General | Subsidiary | √ | General | Subsidiary | √ | | Ten Millions | Millions | Hundred Thousands | Ten Thousands | Thousands | Hundreds | Tens | Ones | Cents |
| 123 Foreign Exchange Accounts Receivable | *004* | √ | 504 Self-Managed Export Sales Revenue | *999* | √ | *2016 14" CPTs to Irico (USA) (8TS086)* | | | *$* | *6* | *4* | *5* | *1* | *2* | *00* |
| | | | | | | | | *In ¥* | *5* | *3* | *4* | *1* | *5* | *9* | *36* |
| Total | *Five hundred and thirty-four thousand one hundred and fifty-nine yuan and thirty-six cents* | | | | | | | | | | | | | | |

1 Attachment

Supervisor ______ Recorded by ______ Verified by ______ Form completed by ***Dong Congfeng***

由 扫描全能王 扫描创建

中国电子进出口彩虹公司

出口货物转帐凭证

合同编号 8TS086　　98 年6 月4 日　　转 62 号

| 国外客户 | 新出口集团公司 | 货物名称及规格型号 | 数量 | 单价 | 总价 |
|---|---|---|---|---|---|
| 业务员 | [illegible] | 14"彩管 375x1104/25 D005 | 2016 | USD32- | USD64,512- |
| 收购发票号 | 00014959 | | | | |

| 借方 一级科目 | 借方 明细科目 | ✓ | 贷方 一级科目 | 贷方 明细科目 | ✓ | 摘要 | 金额 |
|---|---|---|---|---|---|---|---|
| 123应收外汇帐款 | 004 | ✓ | 504自营出口销售收入 | 999 | ✓ | 发美国彩虹14"彩管2016只 | 美64512 00 |
| | | | | | | (8TS086) | 折人民币534159 36 |
| 合计 | | | 伍拾叁万肆仟壹佰伍拾玖元叁角陆分 | | | | |

附件 壹 张

主管______ 记帐______ 审核______ 制表 董联峰

中国电子进出口彩虹公司

CEIEC CHINA NATIONAL ELECTRONICS IMP&EXP CAIHONG COMPANY

Cable:1752 XIANYANG
Fax:(0910)3313101
Tel:(0910)3313858
Postcode:712021

# INVOICE

MESSRS. IRICO (USA) INC.
39658 MISSION BLVD FREMONT, CA 94539

| Invoice No. | Name Of Vessel | Loading Port | Discharging Port | On or About |
|---|---|---|---|---|
| 8TS086 | | SHANGHAI CHINA | DURBAN R.S.A. | JUN.20,1998 |
| Date | B/L No. | L/C No. | Contract No. | Licence No. |
| JUN.8,1998 | | T/T | 98EMUSCHCT01055 | |

| Marks & Nos | Description & Quantity | Unit Price | Amount |
|---|---|---|---|
| | | CFR DURBAN R.S.A. | |
| N/M | 2016 PCS 14 INCHES (37CM) COLOR PICTURE TUBE<br>IRICO BRAND SPEC 37SX110Y22-DC05<br>CFR DURBAN R.S.A. | USD32.00 | USD64,512.00 |

(SAY,UNITED STATES DOLLARS SIXTY FOUR THOUSAND FIVE HUNDRED AND TW ELVE ONLY.)

CHINA NATIONAL ELECTRONICS IMP&EXP
CAIHONG COMPANY

E. & O.E. ____________________

MANAGER

由 扫描全能王 扫描创建