# EXHIBIT 4



**certifiedtranslate**
A LANGUAGE FISH LLC COMPANY

info@certifiedtranslate.com    2425 Olympic Blvd., Suite 4000W    usa 1-888-856-2228
www.certifiedtranslate.com    Santa Monica, CA 90404    int +1-310-684-3153
   fax +1-310-564-1944

## CERTIFIED TRANSLATION



A member of the American
Translators Association
ATA Member Number: 248719

**Documents Translated For:**

| Name: David Y. Hwu | Street Address: 706 Sansome Street |
|---|---|
| Firm: Saveri & Saveri, Inc. | City/State/Zip: San Francisco / CA / 94111 |

**Description of Document(s):**

| |
|---|
| |
| IRI-CRT-00003566E |
| |
| |

| Source Language: **SIMPLIFIED CHINESE** | Target Language: **ENGLISH** |
|---|---|

WITH REFERENCE TO THE ABOVE MENTIONED MATERIALS/DOCUMENTS, we at Language Fish LLC (doing business as www.certifiedtranslate.com), a professional document translation company, attest that the language translation completed by Language Fish's certified professional translators, represents, to the best of our judgment, an accurate and correct interpretation of the terminology/content of the source document(s). **This is to certify the correctness of the translation only.** We do not guarantee that the original is a genuine document or that the statements contained in the original document(s) are true.

IN WITNESS WHEREOF, Language Fish LLC has caused the Certificate to be signed by its duly authorized officer(s).

By: Sean Kirschenstein, Director      Date: February 21, 2019

A copy of the translated version(s) is attached to this statement of certification.

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

On Feb. 21, 2019 before me, Kristin Gail Chamberlain, Notary Public, appeared Sean Kirschenstein, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.
Signature



KRISTIN GAIL CHAMBERLAIN
Notary Public - California
Los Angeles County
Commission # 2141880
My Comm. Expires Feb 7, 2020

D☐ P☐ Exhibit 8405
Deponent Wang
Date 3/6/19 Rptr BW

Scanned and created by Camscanner [QR Code]

## China National Electronics Import and Export Caihong Co.

### Certificate of Account Transfer for Exported Goods

Card No. _____              June 8, 1998              Transfer No. **31**

| Overseas Customer | | | Irico (USA) | | | Product Name and Model | Quantity | Unit Price | Total Price | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Clerk | | | Xi Jiansheng | | | 37SX110Y22-DC05 | 10,080 | USD 30 | USD 302,400 | | | | | | | |
| Purchase Receipt No. | | | 00014916 | | | | | | | | | | | | | |
| Debits | | | Credits | | | Summary | Amount | | | | | | | | | |
| General | Subsidiary | √ | General | Subsidiary | √ | | Ten Millions | Millions | Hundred Thousands | Ten Thousands | Thousands | Hundreds | Tens | Ones | Cents | |
| [illegible] | 004 | √ | [illegible] | 999 | √ | 10,080 14" CPTs to Irico (USA) (8TS080) | $ | | | 3 | 0 | 2 | 4 | 0 | 0 | 00 |
| | | | | | | | In ¥ | 2 | 5 | 0 | 3 | 8 | 7 | 2 | 00 | |
| Total | | | Two million five hundred and three thousand eight hundred and seventy-two yuan and zero cents | | | | | | | | | | | | | |

1 Attachment

Supervisor _____    Recorded by _____    Verified by **Geng Jun**    Form completed by **Dong Congfeng**

CONFIDENTIAL                                          IRI-CRT-00003566E_Translation



CONFIDENTIAL

IRI-CRT-00003566

# CEIEC CHINA NATIONAL ELECTRONICS IMP&EXP CAIHONG COMPANY
## INVOICE

中国电子进出口彩虹公司

Cable: 1752 XIANYANG
Fax: (0910)3345981
Tel: (0910)3313856
Postcode: 712021

MESSRS. IRICO (USA) INC.
39658 MISSION BLVD, FREMONT, CA94539

| Invoice No. | Name Of Vessel | Loading Port | Discharging Port | On or About |
|---|---|---|---|---|
| 8TS080 | | SHANGHAI PORT, CHINA | ALEXANDRIA PORT | |
| Date | B/L No. | L/C No. | Contract No. | Licence No. |
| MAY.25,1998 | | | 98EMUSCHCT01054 | |

| Marks & Nos | Description & Quantity | Unit Price | Amount |
|---|---|---|---|
| | | FOB ANY CHINESE PORT | |
| N/M 240PALLETS | 14" COLOR PICTURE TUBE, QTY 10080 AS PER PROFORMA INVOICE NO. USZ-98429T DATED 30/04/98 COVERING F.O.B. ANY CHINESE PORT. | USD30.00 | USD302,400.00 |

(SAY, UNITED STATES DOLLARS THREE HUNDRED AND TWO THOUSAND FOUR HUNDRED ONLY.)

CHINA NATIONAL ELECTRONICS IMP&EXP
CAIHONG COMPANY

E. & O.E.

MANAGER


由 扫描全能王 扫描创建

CONFIDENTIAL                                                                                    IRI-CRT-00003567