# **EXHIBIT 5**



info@certifiedtranslate.com   2425 Olympic Blvd., Suite 4000W   usa  1-888-856-2228
www.certifiedtranslate.com    Santa Monica, CA 90404           int  +1-310-684-3153
                                                                fax  +1-310-564-1944

## CERTIFIED TRANSLATION



A member of the American
Translators Association
ATA Member Number: 248719

**Documents Translated For:**

| Name: **David Y. Hwu** | Street Address: **706 Sansome Street** |
|---|---|
| Firm: **Saveri & Saveri, Inc.** | City/State/Zip: **San Francisco / CA / 94111** |

**Description of Document(s):**

|   |
|---|
|   |
| IRI-CRT-00003570E |
|   |
|   |

| Source Language: **SIMPLIFIED CHINESE** | Target Language: **ENGLISH** |
|---|---|

WITH REFERENCE TO THE ABOVE MENTIONED MATERIALS/DOCUMENTS, we at Language Fish LLC (doing business as www.certifiedtranslate.com), a professional document translation company, attest that the language translation completed by Language Fish's certified professional translators, represents, to the best of our judgment, an accurate and correct interpretation of the terminology/content of the source document(s). **This is to certify the correctness of the translation only.** We do not guarantee that the original is a genuine document or that the statements contained in the original document(s) are true.

IN WITNESS WHEREOF, Language Fish LLC has caused the Certificate to be signed by its duly authorized officer(s).

By: Sean Kirschenstein, Director          Date: February 21, 2019

A copy of the translated version(s) is attached to this statement of certification.

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

On __Feb. 21, 2019__ before me, ___Kristin Gail Chamberlain___, Notary Public, appeared ___Sean Kirschenstein___, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.
Signature _Kristi Cllh_



KRISTIN GAIL CHAMBERLAIN
Notary Public - California
Los Angeles County
Commission # 2141880
My Comm. Expires Feb 7, 2020

D☐ P☐ Exhibit _8406_
Deponent _Wang_
Date _3/1/19_ Rptr _BW_

Scanned and created by Camscanner [QR Code]

## Certificate of Payment for Materials Purchase

Card No. **6TX322**         Date Paid: **December 30, 1996**         Certificate No. **Z58**

| [illegible] Party | | IRICO USA INC. | | Material Name and Specification | Unit | Quantity | Amount for Goods | Shipping | Tax | Actual Cost |
|---|---|---|---|---|---|---|---|---|---|---|
| Contract No. | | Refusal Amount | | 37SX110Y22-DC05 | Ea. | 2016 | USD 90,720 | | | |
| Collection Amount | | Commitment Amount | | | | | | | | |
| Temporary Purchase | Capped Funds | | | No. 00004913 | | | | | | |
| | Actual Amount | | | | | | | | | |

Bank: _____   Account No.: _____
Materials Supervisor _____   Handler **Xu Haiyan**

| Summary | General and Subsidiary Debit | | | General Credit | √ | Ten Millions | Millions | Hundred Thousands | Ten Thousands | Thousands | Hundreds | Tens | Ones | Cents |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016 14" CPTs to Irico USA 6TX322 | [illegible] | 003 | √ | 504 Self-Managed Export Sales Revenue | √ | | | $ | 9 | 0 | 7 | 2 | 0 | 00 |
| | | | | | | | | $ | 7 | 5 | 2 | 9 | 7 | 6 | 00 |

Total RMB (spell out)   Seven hundred and fifty-two thousand nine hundred and seventy-six yuan and zero cents

1 Attachment

Finance Supervisor         Verified by         Generated by **Min Juanying**         Cashier         Payee

CONFIDENTIAL                                    IRI-CRT-00003570E_Translation

# 材料采购付款凭证

付款日期 76 年 12 月 20 日

凭证号 GTX322

| 收款单位 | | 材料名称及规格 | 单位 | 数量 | 货价 | 运杂费 | 税金 | 实际成本 |
|---|---|---|---|---|---|---|---|---|
| 合同编号 | 拒付金额 | | | | | | | |
| 托收金额 | 承付金额 | | | | | | | |
| 临时 限额用款 | | | | | | | | |
| 采购 实报金额 | | | | | | | | |
| 开户行： | 帐号： | | | | | | | |
| 物资主管 | 经办人 | | | | | | | |

| 摘要 | 借方一级科目及明细 | 贷方一级科目 | ✓ 千百十万千百十元角分 |
|---|---|---|---|
| 发美国彩虹 14"CPT 2016只 GTX322 | 003 | 国内商品出口销售收入 | |

合计人民币（大写）

CONFIDENTIAL

IRI-CRT-00003570

中国电子进出口彩虹公司

# CEIEC CHINA NATIONAL ELECTRONICS IMP&EXP CAIHONG COMPANY

P.O.BOX NO. 3 XIANYANG
SHAANXI P.R.CHINA
Telex:70170 XYCEC CN
Cable:1752 XIANYANG
Fax:(0910)3313101
Tel:(0910)3313856
Postcode:712021

## INVOICE

**MESSRS.** IRICO (U.S.A.) INC.
1382 LAKESHORE CIRCLE
SAN JOSE, CA 95131

| Invoice No. | Name Of Vessel | Loading Port | Discharging Port | On or About |
|---|---|---|---|---|
| 6TX322 | HAI TUN V-9671 | SHANGHAI, CHINA | CAPE TOWN, R.S.A. | DEC.12,1996 |
| Date | B/L No. | L/C No. | Contract No. | Licence No. |
| NOV.28,1996 | STSCCHF00170 | T/T | 96EMHKCHCT01048 | |

| Marks & Nos | Description & Quantity | Unit Price | Amount |
|---|---|---|---|
| | | FOB SHANGHAI | |
| SEAFREIGHT INDENT
TV/962217/J342
C/NO.
1/48-48/48 | F.O.B. INVOICE VALUE OF MERCHANDISE DESCRIBED AS:
2016 PCS COLOUR PICTURE TUBES TYPE 37SX110Y22-DC05
L/C ISSUING BANK: ABSA BANK LTD.
L/C NO:IC02350090971411 | USD45.00 | USD90,720.00 |

(SAY, UNITED STATES DOLLARS NINTY THOUSAND SEVEN HUNDRED AND TWENTY ONLY.)

CHINA NATIONAL ELECTRONICS IMP&EXP
CAIHONG COMPANY

E. & O.E. _____
MANAGER


由 扫描全能王 扫描创建

CONFIDENTIAL                                                                                                    IRI-CRT-00003571