# **<u>EXHIBIT 6</u>**



**certified**translate
A LANGUAGE FISH LLC COMPANY

info@certifiedtranslate.com    2425 Olympic Blvd., Suite 4000W    usa 1-888-856-2228
www.certifiedtranslate.com    Santa Monica, CA 90404    int +1-310-684-3153
   fax +1-310-564-1944

## CERTIFIED TRANSLATION



A member of the American
Translators Association
ATA Member Number: 248719

*Documents Translated For:*

| Name: David Y. Hwu | Street Address: 706 Sansome Street |
|---|---|
| Firm: Saveri & Saveri, Inc. | City/State/Zip: San Francisco / CA / 94111 |

*Description of Document(s):*

| |
|---|
| |
| IRI-CRT-00003578E |
| |
| |

| Source Language: SIMPLIFIED CHINESE | Target Language: ENGLISH |
|---|---|

WITH REFERENCE TO THE ABOVE MENTIONED MATERIALS/DOCUMENTS, we at Language Fish LLC (doing business as www.certifiedtranslate.com), a professional document translation company, attest that the language translation completed by Language Fish's certified professional translators, represents, to the best of our judgment, an accurate and correct interpretation of the terminology/content of the source document(s). **This is to certify the correctness of the translation only.** We do not guarantee that the original is a genuine document or that the statements contained in the original document(s) are true.

IN WITNESS WHEREOF, Language Fish LLC has caused the Certificate to be signed by its duly authorized officer(s).

By: Sean Kirschenstein, Director      Date: February 21, 2019

A copy of the translated version(s) is attached to this statement of certification.

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

On __Feb. 21, 2019__ before me, ___Kristin Gail Chamberlain___, Notary Public, appeared ___Sean Kirschenstein___, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.
Signature _Kristi Cham_



KRISTIN GAIL CHAMBERLAIN
Notary Public - California
Los Angeles County
Commission # 2141880
My Comm. Expires Feb 7, 2020

D☐ P☐ Exhibit 8408
Deponent Wang
Date 3/6/19 Rptr/SW

Scanned and created by Camscanner [QR Code]

## China National Electronics Import and Export Caihong Co.

### Certificate of Account Transfer for Exported Goods

Card No. _____                     April 30, 1999                     Transfer No. **9**

| Overseas Customer | | | **Hisense (Irico USA)** | | | Product Name and Model | Quantity | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|
| Clerk | | | **Wu Lihong** | | | **54SX503Y22-DC01 21" CRT** | **2400** | **USD 52** | **USD 124,800** |
| Purchase Receipt No. | | | **9TS063**   VAT receipt 00027912 | | | | | | |

| Debits | | | Credits | | | | Amount | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| General | Subsidiary | √ | General | Subsidiary | √ | Summary | Ten Millions | Millions | Hundred Thousands | Ten Thousands | Thousands | Hundreds | Tens | Ones | Cents |
| 123 Foreign Exchange Accounts Receivable | **004** | √ | 504 Self-Managed Export Sales Revenue | 021 | √ | *2400 21" CPTs to Irico USA (9TS063)* | | $ | 1 | 2 | 4 | 8 | 0 | 0 | 00 |
| | | | | | | | In ¥ | 1 | 0 | 3 | 3 | 3 | 4 | 4 | 00 |
| Total | | | *One million thirty-three thousand three hundred and forty-four yuan and zero cents* | | | | | | | | | | | | |

1 Attachment

Supervisor _____     Recorded by _____     Verified by [illegible]     Form completed by Guo Xiangyun

CONFIDENTIAL                                                                                     IRI-CRT-00003578E_Translation

# 中国电子进出口彩虹公司
## 出口货物转帐凭证

卡片编号 _____    99 年 月 日    转 9 号

| 国外客户 | 海信(美国采购2) | 货物名称及规格型号 | | 数 量 | 单 价 | 总 价 |
|---|---|---|---|---|---|---|
| 业务员 | 武莉红 | 545X103522-DC01 21"CRT | | 2400只 | USD 52.- | USD 124800.- |
| 收购发票号 | 9TS063 | 增值税票 00027912 | | | | |

| 借 方 | | | 贷 方 | | | 摘  要 | 金 额 |
|---|---|---|---|---|---|---|---|
| 一级科目 | 明细科目 | ✓ | 一级科目 | 明细科目 | ✓ | | 千百十万千百十元角分 |
| 123应收外汇帐款 | 004 | ✓ | 504自营出口销售收入 | 021 | ✓ | 发美国彩虹 21"彩管 2400只 (9TS063) | $ 1 2 4 8 0 0 0 0 |
| | | | | | | | ¥ 1 0 3 3 3 4 4 0 0 |

合 计   壹佰零叁万叁仟叁佰肆拾肆元正

主管 _____   记帐 _____   审核 _____   制表 _____

CONFIDENTIAL

IRI-CRT-00003578

中国电子进出口彩虹公司

# CEIEC CHINA NATIONAL ELECTRONICS IMP&EXP CAIHONG COMPANY

NO.1 CAIHONG ROAD
XIANYANG SHAANXI
P.R.CHINA
Cable:1752 XIANYANG
Fax:0910)3313161
Tel:(0910)3313266
Postcode:712021

## INVOICE

**MESSRS.** IRICO (USA) INC
39658 MISSION BLVD
FREMONT, CA94539
TEL:(501)494-5828 FAX:(501)494-5829

| Invoice No. | Name Of Vessel | Loading Port | Discharging Port | On or About |
|---|---|---|---|---|
| 9TS063 | | XIANYANG, CHINA | QINGDAO, CHINA | APR.18,1999 |
| Date | B/L No. | L/C No. | Contract No. | Licence No. |
| APR.16,1999 | | T/T | 99EMUSCHCT01029 | |

| Marks & Nos | Description & Quantity | Unit Price | Amount |
|---|---|---|---|
| | | | FOB QINGDAO,CHINA |
| N/M | IRICO PICTURE TUBE<br>21" CPT<br>MODEL NO.54SX503Y22-DC01<br>QTY:2400PCS<br>CPT ZIBO CHINA<br>COUNTRY OF ORIGIN AND MANUFACTURE:IRICO,CHINA | USD52.00 | USD124,800.00 |

(SAY, UNITED STATES DOLLARS ONE HUNDRED AND TWENTY FOUR THOUSAND EIGHT HUNDRED ONLY.)

CHINA NATIONAL ELECTRONICS IMP&EXP
CAIHONG COMPANY

E. & O.E.          MANAGER



由 扫描全能王 扫描创建

CONFIDENTIAL                                                    IRI-CRT-00003579