# EXHIBIT 7



info@certifiedtranslate.com
www.certifiedtranslate.com

2425 Olympic Blvd., Suite 4000W
Santa Monica, CA 90404

usa 1-888-856-2228
int +1-310-684-3153
fax +1-310-564-1944

A member of the American Translators Association
ATA Member Number: 248719

# CERTIFIED TRANSLATION

*Documents Translated For:*

| Name: David Y. Hwu | Street Address: 706 Sansome Street |
|---|---|
| Firm: Saveri & Saveri, Inc. | City/State/Zip: San Francisco / CA / 94111 |

*Description of Document(s):*

IRI-CRT-00003584E

| Source Language: SIMPLIFIED CHINESE | Target Language: ENGLISH |
|---|---|

WITH REFERENCE TO THE ABOVE MENTIONED MATERIALS/DOCUMENTS, we at Language Fish LLC (doing business as www.certifiedtranslate.com), a professional document translation company, attest that the language translation completed by Language Fish's certified professional translators, represents, to the best of our judgment, an accurate and correct interpretation of the terminology/content of the source document(s). **This is to certify the correctness of the translation only.** We do not guarantee that the original is a genuine document or that the statements contained in the original document(s) are true.

IN WITNESS WHEREOF, Language Fish LLC has caused the Certificate to be signed by its duly authorized officer(s).

**By:** Sean Kirschenstein, Director **Date:** February 21, 2019

A copy of the translated version(s) is attached to this statement of certification.

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

On Feb. 21, 2019 before me, Kristin Gail Chamberlain, Notary Public, appeared Sean Kirschenstein, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature Kristin Chamberlain

KRISTIN GAIL CHAMBERLAIN
Notary Public - California
Los Angeles County
Commission # 2141880
My Comm. Expires Feb 7, 2020

D☐P☐ Exhibit 8709
Deponent Wang
Date 3/6/19 Rptr BW

Scanned and created by Camscanner [QR Code]

**China National Electronics Import and Export Caihong Co.**

## Certificate of Account Transfer for Exported Goods

Card No. ________ January 22, 1999 Transfer No. ***33***

| Overseas Customer | [illegible] | Product Name and Model | Quantity | Unit Price | Total Price |
|---|---|---|---|---|---|
| Clerk | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Purchase Receipt No. | [illegible] | | | | |

| Debits | | | Credits | | | Summary | Amount | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| General | Subsidiary | √ | General | Subsidiary | √ | | Ten Millions | Millions | Hundred Thousands | Ten Thousands | Thousands | Hundreds | Tens | Ones | Cents |
| 123 Foreign Exchange Accounts Receivable | ***004*** | √ | 504 Self-Managed Export Sales Revenue | ***999*** | √ | ***10,080 14" CPTs to Irico USA 9TS004*** | | ***$*** | ***2*** | ***7*** | ***2*** | ***1*** | ***6*** | ***0*** | ***00*** |
| | | | | | | | ***In ¥*** | ***2*** | ***2*** | ***5*** | ***3*** | ***4*** | ***8*** | ***4*** | ***80*** |
| Total | | | ***Two million two hundred and fifty-three thousand four hundred and eighty-four yuan and 80 cents*** | | | | | | | | | | | | |

1 Attachment

Supervisor ______________ Recorded by ________________ Verified by ***Geng Jun*** Form completed by Guo Xiangyun

由 扫描全能王 扫描创建

中国电子进出口彩虹公司

出口货物转帐凭证

$ 2721608.0

¥ 2253484.50


中国电子进出口彩虹公司

CEIEC CHINA NATIONAL ELECTRONICS IMP&EXP CAIHONG COMPANY

NO.1 ...
XIANYANG SHAANXI
P.R.CHINA
Cable:1752 XIANYANG
Fax:(0910)3313101
Tel:(0910)3313856
Postcode:712021

# INVOICE

MESSRS. IRICO (USA) INC.
39658 MISSION BLVD,FREMONT,CA94539

| Invoice No. | Name Of Vessel | Loading Port | Discharging Port | On or About |
|---|---|---|---|---|
| 9TS004 | SEA CAPTAIN 036 | TIANJIN PORT,CHINA | ADABIYA PORT,EGYPT | JAN.16 1999 |
| **Date** | **B/L No.** | **L/C No.** | **Contract No.** | **Licence No.** |
| JAN.6,1999 | 023263185 | T/T | 99EMUSCHCT01016 | |

| Marks & Nos | Description & Quantity | Unit Price | Amount |
|---|---|---|---|
| | | FOB CHINA PORT | |
| N/M<br>240PALLETS | 14 INCH COLOR TV PICTURE TUBE,<br>AS PER PROFORMA INVOICE NO:ZJC123 DATED 3.12.1998.<br>TERMS OF DELIVERY: FOB CHINA PORT. | USD27.00 | USD272,160.00 |

(SAY,UNITED STATES DOLLARS TWO HUNDRED AND SEVENTY TWO THOUSAND ONE HUNDRED AND SIXTY ONLY.)

CHINA NATIONAL ELECTRONICS IMP&EXP
CAIHONG COMPANY

E. & O.E. [signature]

MANAGER

由 扫描全能王 扫描创建