# **<u>EXHIBIT 8</u>**



info@certifiedtranslate.com
www.certifiedtranslate.com

2425 Olympic Blvd., Suite 4000W
Santa Monica, CA 90404

usa 1-888-856-2228
int +1-310-684-3153
fax +1-310-564-1944

# CERTIFIED TRANSLATION



A member of the American
Translators Association
ATA Member Number: 248719

**Documents Translated For:**

| Name: David Y. Hwu | Street Address: 706 Sansome Street |
|---|---|
| Firm: Saveri & Saveri, Inc. | City/State/Zip: San Francisco / CA / 94111 |

**Description of Document(s):**

| |
|---|
| |
| IRI-CRT-00003586E |
| |
| |

| Source Language: SIMPLIFIED CHINESE | Target Language: ENGLISH |
|---|---|

WITH REFERENCE TO THE ABOVE MENTIONED MATERIALS/DOCUMENTS, we at Language Fish LLC (doing business as www.certifiedtranslate.com), a professional document translation company, attest that the language translation completed by Language Fish's certified professional translators, represents, to the best of our judgment, an accurate and correct interpretation of the terminology/content of the source document(s). **This is to certify the correctness of the translation only.** We do not guarantee that the original is a genuine document or that the statements contained in the original document(s) are true.

IN WITNESS WHEREOF, Language Fish LLC has caused the Certificate to be signed by its duly authorized officer(s).

By: Sean Kirschenstein, Director     Date: February 21, 2019

A copy of the translated version(s) is attached to this statement of certification.

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

On **Feb. 21, 2019** before me, ___Kristin Gail Chamberlain___, Notary Public, appeared ___Sean Kirschenstein___, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.
Signature _Krist Chm_


KRISTIN GAIL CHAMBERLAIN
Notary Public - California
Los Angeles County
Commission # 2141880
My Comm. Expires Feb 7, 2020

D☐ P☐ Exhibit 84-10
Deponent Wang
Date 3/6/19 Rptr BW

Scanned and created by Camscanner [QR Code]

## Certificate of Payment for Materials Purchase  4331491

Card No. **8TH004**    Date Paid: **February 8, 1998**    Certificate No. **Z56**

| [illegible] Party | Irico USA | | | Material Name and Specification | Unit | Quantity | Amount for Goods | Shipping | Tax | Actual Cost |
|---|---|---|---|---|---|---|---|---|---|---|
| Contract No. | | Refusal Amount | | 14" CPT | Ea. | 5040 | USD 178,920 | | | |
| Collection Amount | | Commitment Amount | | | | | | | | |
| Temporary Purchase | Capped Funds | | | | | | | | | |
| | Actual Amount | | | | | | | | | |
| Bank: | | Account No.: **00001802** | | | | | | | | |
| Materials Supervisor _____ Handler Yang Hongda | | | | | | | | | | |

| Summary | General and Subsidiary Debit | | General Credit | √ | Ten Millions | Millions | Hundred Thousands | Ten Thousands | Thousands | Hundreds | Tens | Ones | Cents |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5040 14" CPTs to Irico USA 8TH004 | 123 Foreign Exchange Accounts Receivable | 005 √ | 504 Self-Managed Export Sales Revenue | 999 √ | | $ | 1 | 7 | 8 | 9 | 2 | 0 | 00 |
| | -1321-0610-0911 | | 1321 | | ¥ | 1 | 4 | 8 | 5 | 0 | 3 | 6 | 00 |
| Total RMB (spell out) | One million four hundred and eighty-five thousand thirty-six yuan and zero cents | | | | | | | | | | | | |

1 Attachment

Finance Supervisor     Verified by **Geng Jun**     Generated by **Dong Congfeng**     Cashier     Payee

CONFIDENTIAL                                         IRI-CRT-00003586E_Translation

# 材料采购付款凭证

付款日期 98 年 2 月 3 日

| 材料名称及规格 | 单位 | 数量 | 货价 | 运杂费 | 税金 | 实际成本 |
|---|---|---|---|---|---|---|
| 应付金额 14" CPT | 只 | 1040 | USD 175,920.- | | | |
| 所付金额 | | | | | | |

账号: c000 1802



CONFIDENTIAL

IRI-CRT-00003586

# CEIEC CHINA NATIONAL ELECTRONICS IMP&EXP CAIHONG COMPANY

Telex:70415/CECCH CN
Cable:1752 XIANYANG
Fax:(0910)3313101
Tel:(0910)3313855
Postcode:712021

## INVOICE

MESSRS. IRICO (USA) INC.
30655 MISSION BLVD, FREMONT, CA94539

| Invoice No. | Name Of Vessel | Loading Port | Discharging Port | On or About |
|---|---|---|---|---|
| 87R004 | | SHANGHAI PORT | ALEXANDRIA PORT | |
| Date | B/L No. | L/C No. | Contract No. | Licence No. |
| JAN.5,1998 | | PSL1314/OVERSEAS | 98BHUSCHCT02002 | |

| Marks & Nos | Description & Quantity | Unit Price | Amount |
|---|---|---|---|
| N/M | 14 INCH COLOR PICTURE TUBE SPEC.370X110Y22-DC05(IRICO BRAND) QTY 5040 AS PER PROFORMA INVOICE NO.7TH158 DATED NOV.17,1997 TERMS OF DELIVERY:CIF ALEXANDRIA | USD35.50 | USD178,920.00 |

(SAY,UNITED STATES DOLLARS ONE HUNDRED AND SEVENTY EIGHT THOUSAND NINE HUNDRED AND TWENTY ONLY.)

CHINA NATIONAL ELECTRONICS IMP&EXP
CAIHONG COMPANY

E. & O.E.
MANAGER


由 扫描全能王 扫描创建

CONFIDENTIAL

IRI-CRT-00003587