# **EXHIBIT 9**



info@certifiedtranslate.com
www.certifiedtranslate.com

2425 Olympic Blvd., Suite 4000W
Santa Monica, CA 90404

usa  1-888-856-2228
int  +1-310-684-3153
fax  +1-310-564-1944

**certified**translate
A LANGUAGE FISH LLC COMPANY

## CERTIFIED TRANSLATION

*ata*

A member of the American
Translators Association
ATA Member Number: 248719

Documents Translated For:

| Name: David Y. Hwu | Street Address: 706 Sansome Street |
|---|---|
| Firm: Saveri & Saveri, Inc. | City/State/Zip: San Francisco / CA / 94111 |

Description of Document(s):

|  |
|---|
|  |
| IRI-CRT-00003588E |
|  |
|  |

| Source Language: SIMPLIFIED CHINESE | Target Language: ENGLISH |
|---|---|

WITH REFERENCE TO THE ABOVE MENTIONED MATERIALS/DOCUMENTS, we at Language Fish LLC (doing business as www.certifiedtranslate.com), a professional document translation company, attest that the language translation completed by Language Fish's certified professional translators, represents, to the best of our judgment, an accurate and correct interpretation of the terminology/content of the source document(s). **This is to certify the correctness of the translation only.** We do not guarantee that the original is a genuine document or that the statements contained in the original document(s) are true.

IN WITNESS WHEREOF, Language Fish LLC has caused the Certificate to be signed by its duly authorized officer(s).

By:  Sean Kirschenstein / Director       Date:  February 21, 2019

A copy of the translated version(s) is attached to this statement of certification.

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

On __Feb. 21, 2019__ before me, __Kristin Gail Chamberlain__, Notary Public, appeared __Sean Kirschenstein__, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.
Signature _____



KRISTIN GAIL CHAMBERLAIN
Notary Public - California
Los Angeles County
Commission # 2141880
My Comm. Expires Feb 7, 2020

D☐ P☐ Exhibit 8411
Deponent Wang
Date 3/6/19  Rptr BW

Scanned and created by Camscanner [QR Code]

## Certificate of Payment for Materials Purchase

[obscured] **069**               Date Paid: **April 25, 1997**               Certificate No. **Z50**

| [obscured] | | Irico (USA) Inc. | | Material Name and Specification | Unit | Quantity | Amount for Goods | Shipping | Tax | Actual Cost |
|---|---|---|---|---|---|---|---|---|---|---|
| [obscured] | | Refusal Amount | | *37SX110Y22-DC05* | Ea. | 2016 | USD 80,640 | | | |
| [obscured] | | Commitment Amount | | | | | | | | |
| [obscured] | Capped Funds | | | No. 00007179 | | | | | | |
| | Actual Amount | | | | | | | | | |
| Bank: | | Account No.: | | | | | | | | |
| Materials Supervisor _____ | | Handler *Xu Haiyan* | | | | | | | | |

| Summary | General and Subsidiary Debit | | | General Credit | √ | Ten Millions | Millions | Hundred Thousands | Ten Thousands | Thousands | Hundreds | Tens | Ones | Cents |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *2016 14" CPTs to Irico USA Inc.* | [illegible] | 003 | √ | 504 Self-Managed Export Sales Revenue | √ | | $ | 8 | 0 | 6 | 4 | 0 | 00 | |
| | | | | | | ¥ | 6 | 6 | 9 | 3 | 1 | 2 | 00 | |
| Total RMB (spell out) | *Six hundred and sixty-nine thousand three hundred and twelve yuan and zero cents* | | | | | | | | | | | | | |

1 Attachment

Finance Supervisor          Verified by Huang Licheng          Generated by **Min Juanying**          Cashier          Payee

CONFIDENTIAL                                                                                                  IRI-CRT-00003588E_Translation

# 材料采购付款凭证

付款日期 97 年 4 月 21 日　　　　　凭证 转字 上 号

| | | 材料名称及规格 | 单位 | 数量 | 货价 | 运杂费 | 税金 | 实际成本 |
|---|---|---|---|---|---|---|---|---|
| ZRICO (USA) INC. | 拒付金额 | 67SX110F2-DC005 | 只 | 2016 | USD80,640- | | | |
| | 承付金额 | | | | | | | |
| | 限额用款 | No-00007179 | | | | | | |
| | 实报金额 | | | | | | | |
| 开户行: | 帐号: | | | | | | | |
| 财货主管 | 经办人 许勇荣 | | | | | | | |

附件 壹 张

| 摘要 | 借方一级科目及明细 | 贷方一级科目 | ✓ | 千百十万千百十元角分 |
|---|---|---|---|---|
| 发美国彩虹公司14"CPT 2016只 | 003 | 应付账款 | ✓ | ¥806400 0 |
| | | | | ¥669312 00 |

合计人民币(大写) 陆拾陆万玖仟叁佰壹拾贰元

财务主管　　审核　　制单 闵娟英　　出纳　　领款人

CONFIDENTIAL　　　　　　　　　　　　　　　　　　　　　　　IRI-CRT-00003588

中国电子进出口

# CEIEC CHINA NATIONAL ELECTRONICS IMP&EXP CAIHONG COMPANY

## INVOICE

MESSRS. IRICO (U.S.A.) INC.
39658 MISSION BLVD. FREMONT, CA 94539

| Invoice No. | Name Of Vessel | Loading Port | Discharging Port | On or About |
|---|---|---|---|---|
| TTX069 | HAI TUN V.9717 | SHANGHAI, CHINA | CAPE TOWN., R.S.A. | APR.17,1997 |
| Date | B/L No. | L/C No. | Contract No. | Licence No. |
| APR.2,1997 | STSCCHF00417 | IC02350093032801 | 97EMUSCHCT01018 | |

| Marks & Nos | Description & Quantity | Unit Price | Amount |
|---|---|---|---|
| | | FOB SHANGHAI | |
| SEAFREIGHT INDENT TV/972077/J377 C/NO. 1/48-48/48 | F.O.B. INVOICE VALUE OF MERCHANDISE DESCRIBED AS: 1996 PCS CATHODE RAY TUBES TYPE 37SX110Y22-DC05 1 PERCENT FREE OF CHARGE, BEING 20 PCS CRTS TYPE 37SX110Y2-DC05 TO BE INCLUDED WITH SHIPMENT, I.E. 2016 PCS IN TOTAL TO BE SHIPPED  L/C ISSUING BANK, ABSA BANK LTD. L/C NO:IC02350093032801 | USD40.00 | USD80,640.00 |

(SAY, UNITED STATES DOLLARS EIGHTY THOUSAND SIX HUNDRED AND FORTY ONLY.)

CHINA NATIONAL ELECTRONICS IMP&EXP
CAIHONG COMPANY

E. & O.E. _____
MANAGER


由 扫描全能王 扫描创建

CONFIDENTIAL

IRI-CRT-00003589