# **EXHIBIT 10**



info@certifiedtranslate.com  2425 Olympic Blvd., Suite 4000W  usa 1-888-856-2228
www.certifiedtranslate.com    Santa Monica, CA 90404           int +1-310-684-3153
                                                               fax +1-310-564-1944

# CERTIFIED TRANSLATION



A member of the American
Translators Association
ATA Member Number: 248719

*Documents Translated For:*

| Name: David Y. Hwu | Street Address: 706 Sansome Street |
|---|---|
| Firm: Saveri & Saveri, Inc. | City/State/Zip: San Francisco / CA / 94111 |

*Description of Document(s):*

|   |
|---|
|   |
| IRI-CRT-00003594E |
|   |
|   |

| Source Language: **SIMPLIFIED CHINESE** | Target Language: **ENGLISH** |
|---|---|

WITH REFERENCE TO THE ABOVE MENTIONED MATERIALS/DOCUMENTS, we at Language Fish LLC (doing business as www.certifiedtranslate.com), a professional document translation company, attest that the language translation completed by Language Fish's certified professional translators, represents, to the best of our judgment, an accurate and correct interpretation of the terminology/content of the source document(s). **This is to certify the correctness of the translation only.** We do not guarantee that the original is a genuine document or that the statements contained in the original document(s) are true.

IN WITNESS WHEREOF, Language Fish LLC has caused the Certificate to be signed by its duly authorized officer(s).

By:  Sean Kirschenstein, Director          Date: February 21, 2019

A copy of the translated version(s) is attached to this statement of certification.

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

On __Feb. 21, 2019__ before me, __Kristin Gail Chamberlain__, Notary Public, appeared __Sean Kirschenstein__, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.
Signature __Kristi Cham__

KRISTIN GAIL CHAMBERLAIN
Notary Public - California
Los Angeles County
Commission # 2141880
My Comm. Expires Feb 7, 2020

D☐ P☐ Exhibit 82-12
Deponent __Wang__
Date __3/6/19__ Rptr __BW__

Scanned and created by Camscanner [QR Code]

## Certificate of Payment for Materials Purchase

[obscured] **77X151**　　　　　　　　　Date Paid: **July 17, 1997**　　　　　　　　　Certificate No. **Z58**

| [obscured] Party | Irico (USA) | | | Material Name and Specification | Unit | Quantity | Amount for Goods | Shipping | Tax | Actual Cost |
|---|---|---|---|---|---|---|---|---|---|---|
| Contract No. | | Refusal Amount | | 37SX110Y22-DC05 | Ea. | 2016 | USD 80,640 | | | |
| Collection Amount | | Commitment Amount | | | | | | | | |
| Temporary Purchase | Capped Funds | | | No. 00010320 | | | | | | |
| | Actual Amount | | | | | | | | | |
| Bank: | | Account No.: | | | | | | | | |
| Materials Supervisor _____ | | Handler **Xu Haiyan** | | | | | | | | |

| Summary | General and Subsidiary Debit | | General Credit | √ | Ten Millions | Millions | Hundred Thousands | Ten Thousands | Thousands | Hundreds | Tens | Ones | Cents |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *2016 14" CPTs to Irico USA* | 123 Foreign Exchange Accounts Receivable | 003 √ | 504 Self-Managed Export Sales Revenue | 999 √ | | | $ | 8 | 0 | 6 | 4 | 0 | 00 |
| | | | | | | | ¥ | 6 | 6 | 9 | 3 | 1 | 2 | 00 |
| Total RMB (spell out) | *Six hundred and sixty-nine thousand three hundred and twelve yuan and zero cents* | | | | | | | | | | | | |

Finance Supervisor　　　　Verified by　　　　Generated by **Dong Congfeng**　　　　Cashier　　　　Payee

CONFIDENTIAL　　　　　　　　　　　　　　　　　　　　　　　　　IRI-CRT-00003594E_Translation

# 材料采购付款凭证

付款日期 97 年 7 月 1 日    凭证 转字 58 号

| | 材料名称及规格 | 单位 | 数量 | 货价 | 运杂费 | 税金 | 实际成本 |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| 账号 | 拒付金额 | |
|---|---|---|
| | 承付金额 | |
| | 限额用款 | |
| | 实报金额 | |

开户行：    账号：

经办人 许 ○○

| 摘要 | 借方一级科目及明细 | 贷方一级科目 | ✓ | 千 | 百 | 十 | 万 | 千 | 百 | 十 | 元 | 角 | 分 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 123 应收外汇账款 003 | 504 自营出口销售收入 | ✓ | | | 8 | 0 | 6 | 4 | 0 | 0 | 0 | |
| | | | | | 6 | 6 | 9 | 3 | 1 | 2 | 0 | 0 | |

合计人民币（大写）陆拾捌万玖仟叁佰壹拾贰元整

财务主管    审核    制单 ○○○    出纳    领款人

CONFIDENTIAL                                    IRI-CRT-00003594

中国电子进出口彩虹公司

# CEIEC CHINA NATIONAL ELECTRONICS IMP&EXP CAIHONG COMPANY

## INVOICE

Tel:76176 IVCEC CN
Cable:1712 XIANYANG
Fax:(0910)3313195
Tel:(0910)3313856
Postcode:712021

MESSRS. IRICO (U.S.A.) INC.
39658 MISSION BLVD. FREMONT, CA 94539

| Invoice No. | Name Of Vessel | Loading Port | Discharging Port | On or About |
|---|---|---|---|---|
| 7TX151 | | SHANGHAI, CHINA | CAPE TOWN., R.S.A. | JUL.27, 1997 |
| Date | B/L No. | L/C No. | Contract No. | Licence No. |
| JUL.4, 1997 | | IC02350096941106 | 97EMUSCHCT01018 | |

| Marks & Nos | Description & Quantity | Unit Price | Amount |
|---|---|---|---|
| | | FOB SHANGHAI | |
| SEAFREIGHT INDENT TV/972151/1379 C/NO. 1/48-48/48 | F.O.B. INVOICE VALUE OF MERCHANDISE DESCRIBED AS: CATHODE RAY TUBES<br><br>L/C ISSUING BANK, ABSA BANK LTD.<br>L/C NO: IC02350096941106 | USD40.00 | USD80,640.00 |

(SAY, UNITED STATES DOLLARS EIGHTY THOUSAND SIX HUNDRED AND FORTY ONLY.)

CHINA NATIONAL ELECTRONICS IMP&EXP
CAIHONG COMPANY

E. & O.E.

MANAGER



由 扫描全能王 扫描创建

CONFIDENTIAL                                                                                        IRI-CRT-00003595

# 材料采购付款凭证

付款日期 97年 7月 17日

凭证 癸字 59号

供应单位：INCO (USA) INC.

| 材料名称及规格 | 单位 | 数量 | 货外 | 运杂费 | 税金 | 实际成本 |
|---|---|---|---|---|---|---|
| 21吋管 | 义 | 320 | US$19,200 | | | |

账号：0001038

| 摘要 | 借方一级科目及明细 | 贷方一级科目 | ✓ | 千百十万千百十元角分 |
|---|---|---|---|---|
| | 材料采购 | 应付账款 | | ¥219,200.00 |
| | | | | 折 1,819,36 0.00 |

制单：董聪峰

CONFIDENTIAL

IRI-CRT-00003596

# CEIEC CHINA NATIONAL ELECTRONICS IMP&EXP CAIHONG COMPANY

Telex:[removed]
Cable:1752 XIANYANG
Fax:[0910]3313191
Tel:[0910]3313256
Postcode:712021

## INVOICE

| MESSRS. | TRICO (U.S.A) INC. 39658 Mission Blvd Fremont, CA94539 Tel:510-494-5828 | | On or About |
|---|---|---|---|
| | Name of Vessel | Loading Port | JUL.12,1997 |
| Invoice No. | SHENG FENG | XINGANG PORT, CHINA | Discharging Port |
| 7TH130 | B/L No. | L/C No. | ALEXANDRIA PORT |
| Date | ZIHUXNG87850 | RL/95534 | Contract No. |
| JUN.16,1997 | | | 97EMUSCHCT01D57 |
| | | | Licence No. |

| Marks & Nos | Description & Quantity | Unit Price | Amount |
|---|---|---|---|
| | | | FOB XINGANG PORT, CHINA |
| N/M | 21"COLOR PICTURE TUBE QTY 3200 PCS AS PER P/I D.D 21/3/97 | USD68.50 | USD219,200.00 |

(SAY,UNITED STATES DOLLARS TWO HUNDRED AND NINETEEN THOUSAND TWO HUNDRED ONLY.)

CHINA NATIONAL ELECTRONICS IMP&EXP
CAIHONG COMPANY

E. & O.E.                    MANAGER

由 扫描全能王 扫描创建

CONFIDENTIAL                    IRI-CRT-00003597