|   |   |
|---|---|
| 1 | |
| 2 | |
| ... | |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-cv-5944-JST<br><br>MDL No. 1917 |
| This Document Relates to:<br><br>*ALL INDIRECT PURCHASER ACTIONS* | **[PROPOSED] ORDER GRANTING IRICO DEFENDANTS'** *MOTION IN LIMINE* **#3 TO PRECLUDE PLAINTIFFS FROM REFERRING TO FOREIGN SHIPMENTS INVOICED TO IRICO (USA) INC.** |

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2  Before the Court is Defendants Irico Group Corp. ("Irico Group") and Irico Display Devices
3  Co., Ltd.'s ("Irico Display") Motion in Limine #3 to Preclude Plaintiffs from Referring to Foreign
4  Shipments Invoiced to Irico (USA) Inc. (ECF No. _____). Having considered all papers filed by the
5  parties and being fully informed in the premises,

6  IT IS HEREBY ORDERED THAT that the motion is GRANTED, and at trial Indirect
7  Purchaser Plaintiffs are precluded from introducing any evidence or making any reference to or
8  argument at trial regarding CRTs that were invoiced to Irico (USA) Inc. ("Irico USA") but were
9  never shipped to the United States.

11  **IT IS SO ORDERED.**

15  Dated: _____          _____
                                                          JON S. TIGAR
16                                                 United States District Judge

[PROPOSED] ORDER GRANTING IRICO DEFENDANTS' MOTION IN LIMINE #3
Master File No. 07-cv-05944-JST, MDL No. 1917
1