1

2

3

4

5

6

7

8

9

10

11

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-cv-5944-JST |
| | MDL No. 1917 |
| This Document Relates to:<br><br>*ALL INDIRECT PURCHASER ACTIONS* | **[PROPOSED] ORDER GRANTING IRICO DEFENDANTS' *MOTION IN LIMINE* #5 TO PRECLUDE ALL EVIDENCE AND REFERENCE TO ALLEGED CONSPIRACIES INVOLVING NON-CRT PRODUCTS** |

1    TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2      Before the Court is Defendants Irico Group Corp. ("Irico Group") and Irico Display Devices

3    Co., Ltd.'s ("Irico Display") Motion in Limine #5 to Preclude All Evidence and Reference to

4    Alleged Conspiracies Involving Non-CRT Products (ECF No. _____). Having considered all papers

5    filed by the parties and being fully informed in the premises,

6      IT IS HEREBY ORDERED THAT that the motion is GRANTED, and at trial Indirect

7    Purchaser Plaintiffs shall be precluded from introducing evidence or making any reference to or

8    argument at trial regarding any alleged conspiracy involving non-CRT products.

9

10   **IT IS SO ORDERED.**

11

12

13

    Dated: _____          _____

14                                              JON S. TIGAR
                                          United States District Judge
15

16

17

18

19

20

21

22

23

24

25

26

27

28

---