1
2
3
4
5
6
7
8
9
10
11

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

12
13
14

IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION

Master File No. 07-cv-5944-JST

MDL No. 1917

15
16
17
18
19
20

This Document Relates to:

*ALL INDIRECT PURCHASER ACTIONS*

**[PROPOSED] ORDER GRANTING IRICO DEFENDANTS'** *MOTION IN LIMINE* **#6 TO EXCLUDE ANY REFERENCE TO THE DEPARTMENT OF JUSTICE'S CRIMINAL INVESTIGATIONS OF THE CRT INDUSTRY**

21
22
23
24
25
26
27
28

1 TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2 Before the Court is Defendants Irico Group Corp. ("Irico Group") and Irico Display Devices Co., Ltd.'s ("Irico Display") Motion in Limine #6 to Exclude any Reference to the Department of Justice's Criminal Investigations of CRT Industry (ECF No. _____). Having considered all papers filed by the parties and being fully informed in the premises,

IT IS HEREBY ORDERED THAT that the motion is GRANTED, and the Court shall exclude all evidence and reference at trial to the U.S. Department of Justice's ("DOJ") criminal investigations of the cathode ray tube ("CRT") industry, including but not limited to any indictments related to those investigations, DOJ press releases or other references revealing the grand jury investigation.

**IT IS SO ORDERED.**

Dated: _____            _____
                                           JON S. TIGAR
                                           United States District Judge