# **<u>EXHIBIT 1</u>**



August 26, 2022

**Certification**

                      **Welocalize Translations**

**TRANSLATOR'S DECLARATION:**

I, **Ann Chen**, hereby declare:

That I possess advanced knowledge of the Chinese and English languages. The attached Chinese into English translation has been translated by me and to the best of my knowledge and belief, it is a true and accurate translation of the document with bates numbers range: IRI-CRT-00003797– IRI-CRT-00003799.

*[signature: Ann Chen]*

_____

**Ann Chen**

Project Number: BBLLP_2208_P0012

15 W. 37th Street 4th Floor
New York, NY 10018
212.581.8870

Exhibit
8614
9/28/2022
Yan Yunlong - V2

# Articles of Association of CEIEC, Caihong Branch

## Chapter I General Rules

Article 1 CEIEC, Caihong Branch (hereinafter referred to as the "Branch") is a foreign trade operation entity established under the laws of the People's Republic of China. It directly carries out the import and export trades and foreign technical cooperation in relation to the use and sales of cathode ray tubes (CRTs). It conducts independent financial accounting and assumes sole responsibility for its profits or losses. The Branch is owned directly by CEIEC.

Article 2 Under the guidance of the unified national policies on the foreign trade, the Branch carries out foreign business activities in an effort to expand the export of mechanical and electrical products and to generate more gains on foreign exchange for the state, promotes the production of CRTs and develops new products to improve the quality, technical levels and international competitiveness of its products, serving the acceleration of the development of color TVs in China.

Article 3 The Branch should comply with the national laws and decrees, regulations and provisions, adopt the flexible practice prevailing in the international market and actively conduct the foreign trade business, according to the principle of equality and mutual benefit.

Article 4 The registered capital of the Branch is Fifty million yuan.

Article 5 The address of the Branch is within Shaanxi Color Kinescope General Factory.

## Chapter II Business Scope

Article 6 Business scope of import: Raw materials, complete equipment, instruments and apparatus, tools and molds and their spare

● 1 ●

CONFIDENTIAL                                                                IRI-CRT-00003797

parts necessary for production of CRTs; parts for CRTs; new models of single sample CRTs necessary for production or scientific research of CRTs, sample color TVs and color display terminals.

Article 7 Business scope of export: CRTs, color phosphor, shadow masks, glass-tubes and other electronic products.

Article 8 Hiring of technical experts, and introduction of new technologies necessary for production of CRTs.

Article 9 All the import and export business of the five-star company.

### Chapter III Organization

Article 10 The manager responsibility system is adopted for the Branch. The Branch has 1 manager and 1 or 2 deputy managers, who manage the business of the Branch. The manager and the deputy manager(s) of the Branch should be appointed by CEIEC, after the opinions are sought from the parties concerned.

Managers' tasks:

1. Formulating and implementing the business guidelines and plans of CEIEC.

2. Formulating, putting into trial use and modifying the Articles of Association of the Branch.

3. Setting up the business organization of the Branch.

4. Examining and approving the work reports and financial reports of the Branch.

5. Appointing and dismissing key workers of the Branch, hiring employees of the Branch according to their abilities, and rewarding and punishing employees according to the assessment results.

6. Implementing all the systems of the Branch, and arranging for the work, study and benefits of the staff of the Branch.

CONFIDENTIAL                                                                                               IRI-CRT-00003798

7. Asking for instructions from and reporting to CEIEC in connection to the major issues of the Branch on a regular basis.

8. The Manager Office and certain business departments should be established for the Branch as required by the business of the Branch.

## Chapter IV Operation and Management

Article 11 The business activities of the Branch should be subject to the unified policies, plans and administration of the Ministry of Foreign Trade and Economic Cooperation of the People's Republic of China, the economic and trade commission of the province and CEIEC.

Article 12 The Branch should establish relevant independent business and financial systems for the foreign trades.

Article 13 The Branch should establish the statistics system for foreign trades according to the unified national provisions.

Article 14 The export sales prices of and market arrangements for the exported products of the Branch should be subject to the leadership of CEIEC and be uniformly coordinated by CEIEC.

Article 15 The import business of the Branch should be operated according to the legal procedures. The imported commodities should be priced according to the principles prescribed by the state.

Article 16 The Branch should pay taxes on its exported commodities to the relevant tax authority in accordance with the relevant national provisions.

Article 17 According to the principle of scientization and modernization, the Branch should keep improving its operation and management for the best economic benefits.

January 25, 1987
[seal: IRICO]

CONFIDENTIAL                                                                 IRI-CRT-00003799

# 中国电子进出口总公司彩虹分公司章程

## 第一章  总  则

第一条  中国电子进出口总公司彩虹分公司（以下简称分公司）是依照中华人民共和国法律成立的外贸经营实体。直接对外开展属于彩色显象管需用和销售的进出口贸易及技术合作任务。财务实行独立核算。自负盈亏。分公司直属于中国电子技术进出口总公司。

第二条  分公司在国家统一的外贸政策指导下。开展对外业务活动。努力扩大机电产品出口。为国家多创外汇。并促进彩色显象管生产。开发新产品。为提高产品的质量、技术水平和国际竞争能力。为加速我国彩电事业服务。

第三条  分公司遵守国家法律、法令、条例和规定。按照平等互利的原则。采用国际市场上通行的灵活做法。积极开展外贸业务。

第四条  分公司注册资本为人民币伍千万元。

第五条  分公司地址设在陕西彩色显象管总厂内。

## 第二章  经营范围

第六条  进口经营范围：生产彩色显象管需用的原材料、成套设备、仪器、仪表、工模具及其备品备件；彩管用的零部件；彩管生产、

.1.

CONFIDENTIAL
IRI-CRT-00003797

科研所需新型号的单件彩色显象管样管、彩色电视机、彩色显示终端样机。

第七条  出口经营范围：彩色显象管、彩色荧光粉、荫罩、玻管等电子产品。

第八条  聘请技术专家及引进生产彩色显象管需要的新技术。

第九条  五星公司全部进出口业务。

## 第三章　组织机构

第十条  分公司实行经理负责制。设经理1人，副经理1～2人，管理分公司经营业务。分公司经理和副经理由中国电子技术进出口总公司征求有关方面意见，给予任命。

经理的任务：

一、制定和执行中国电子技术进出口总公司的经营方针、计划。

二、制定、试行、修改分公司章程。

三、组织分公司业务工作机构。

四、审定分公司的工作报告和财务报告。

五、任免分公司主要工作人员，选才录用分公司职工，根据考核进行奖惩。

六、执行分公司各项制度，安排分公司人员的工作、学习和福利。

. 2.

CONFIDENTIAL
IRI-CRT-00003798

七、定期向中国电子技术进出口总公司就分公司重大问题进行请示报告。

八、分公司按照业务需要，设立经理办公室和若干业务部门。

## 第三章　经营管理

第十一条　分公司的经营活动，服从国家经贸部、省经贸委和电子技术进出口总公司的统一政策，计划统一进行分级管理。

第十二条　分公司建立独立的对外有关的各项业务、财务制度。

第十三条　分公司依照国家统一规定，建立外贸统计制度。

第十四条　分公司经营的出口产品外销价格、市场安排，接受中国电子技术进出口总公司的领导，统一协调。

第十五条　分公司经营各项进口业务依照法定程序进行。进口商品作价按照国家规定的原则办理。

第十六条　分公司出口商品按照国家的有关规定，向有关税收部门纳税。

第十七条　分公司按照科学化、现代化的原则不断改进经营管理，以求最佳经济效益。

一九八七年一月二十五日

.3.

CONFIDENTIAL
IRI-CRT-00003799