# **EXHIBIT 2**

Case 4:07-cv-05944-JST   Document 6256-3   Filed 08/11/23   Page 2 of 4

# 工矿产品购销合同

供方：彩虹彩色显像管总厂　　　　　　　　合同编号：CHZC0403045
需方：中国电子进出口彩虹公司　　　　　　签订地点：咸阳
　　　　　　　　　　　　　　　　　　　　签订时间：2004年04月22日

一、产品名称、商标、型号、数量：

| 产品名称 | 商标 | 规格型号 | 单位 | 数量 | 单价（元/只） | 总金额（元） | 备注 |
|---|---|---|---|---|---|---|---|
| 彩管 | 彩虹 | 14″彩管 | 只 | 5040 | 187.4691 | 944844.26 | 三月份 |
| 彩管 | 彩虹 | 21″纯平管 | 只 | 800 | 473.8500 | 379080.00 | 三月份 |

合计金额(大写)：壹佰叁拾贰万叁仟玖佰贰拾肆元贰角陆分

二、质量要求、技术标准、供方对质量负责的条件和期限：
　　按供方技术规格书或双方签订的技术协议执行

三、交(提)货地点、方式：供方仓库

四、运输方式及到达站港和费用负担：需方负责运输，运费由需方支付

五、包装标准、包装物的供应与回收：供方原包装（塑模包装），包装物不回收

六、结算方式及期限：
　　双方以现汇结算，款到发货

七、违约责任：由双方协商解决

八、解决合同纠纷的方式：
　　本合同在履行过程中发生争议，由当事人双方协商解决；协商不成，可向签订地人民法院起诉

九、其他约定事项：
　　（无）

十、本合同一式四份（供方两份、需方两份）双方代表签字并加盖合同章后本合同生效。



单位名称（章）：彩虹彩色显像管总厂　　　单位名称（章）：中国电子进出口彩虹公司
单位地址：陕西咸阳彩虹路　　　　　　　　单位地址：
法定代表人：　　　　　　　　　　　　　　法定代表人：
委托代理人：　　　　　　　　　　　　　　委托代理人：
电话：　　　　　　　　　　　　　　　　　电话：
开户行：咸阳市工行彩虹支行　　　　　　　开户行：
账号：2604020909022111103　　　　　　　账号：
邮政编码：712021　　　　　　　　　　　　邮政编码：

有效期限：2004年04月22日至2004年04月30日

D☐ P☐ Exhibit 8397
Deponent Zhang
Date 3/5/19  Rptr BW

CONFIDENTIAL                                IRI-CRT-00003669



info@certifiedtranslate.com  2425 Olympic Blvd., Suite 4000W  usa 1-888-856-2228
www.certifiedtranslate.com    Santa Monica, CA 90404            int +1-310-684-3153
                                                                 fax +1-310-564-1944

# CERTIFIED TRANSLATION



A member of the American
Translators Association
ATA Member Number: 248719

**Documents Translated For:**

| Name: David Y. Hwu | Street Address: 706 Sansome Street |
| --- | --- |
| Firm: Saveri & Saveri, Inc. | City/State/Zip: San Francisco / CA / 94111 |

**Description of Document(s):**

| |
| --- |
| |
| IRI-CRT-00003669E |
| |
| |

| Source Language: SIMPLIFIED CHINESE | Target Language: ENGLISH |
| --- | --- |

WITH REFERENCE TO THE ABOVE MENTIONED MATERIALS/DOCUMENTS, we at Language Fish LLC (doing business as www.certifiedtranslate.com), a professional document translation company, attest that the language translation completed by Language Fish's certified professional translators, represents, to the best of our judgment, an accurate and correct interpretation of the terminology/content of the source document(s). **This is to certify the correctness of the translation only.** We do not guarantee that the original is a genuine document or that the statements contained in the original document(s) are true.

IN WITNESS WHEREOF, Language Fish LLC has caused the Certificate to be signed by its duly authorized officer(s).

By: Sean Kirschenstein, Director          Date: February 21, 2019

A copy of the translated version(s) is attached to this statement of certification.

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

On _Feb. 21, 2019_ before me, _Kristin Gail Chamberlain_, Notary Public, appeared _Sean Kirschenstein_, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.
Signature _Kristin Chm_



KRISTIN GAIL CHAMBERLAIN
Notary Public - California
Los Angeles County
Commission # 2141880
My Comm. Expires Feb 7, 2020

# Purchase and Sale Contract for Industrial and Mining Products

Seller: Caihong CPT General Factory  
Buyer: China National Electronics Import and Export Caihong Co.

Contract No.: CHZC0403045  
Signing Location: Xianyang  
Signing Date: April 22, 2004

1. Product name, trademark, model, and quantity

| Product Name | Trademark | Specification and Model | Unit | Quantity | Unit Price (yuan ea.) | Total (yuan) | Notes |
|---|---|---|---|---|---|---|---|
| CPT | Caihong | 14" CPT | Ea. | 5040 | 187.4691 | 944844.26 | March |
| CPT | Caihong | 21" Pure Flat Tube | Ea. | 800 | 473.8500 | 379080.00 | March |
| Total (spell out): One million three hundred and twenty-three thousand nine hundred and twenty-four yuan and 26 cents ||||||||

2. Quality requirements, technical standards, and terms and time limit of seller's responsibility for quality:
   Execution will be according to seller's written technical specifications or technical agreement signed by the two parties.

3. Location and means of goods handoff (collection): Seller's warehouse

4. Shipping method; arrival port and expense liability: Buyer is responsible for shipping. Buyer will pay the shipping expenses.

5. Packaging standards; provision and takeback of packaging materials: Original packaging from seller (molded packaging). Packaging materials will not be taken back.

6. Settlement method and deadline: The two parties will settle in cash. Goods will be shipped upon payment.

7. Liability for breach of contract: Will be resolved via negotiation between the two parties.

8. Method for resolving contract disputes: In the event that a dispute arises in the execution of this contract, it shall be resolved by negotiation between the two parties. Should the negotiation fail, the case may be brought before the People's Court where the contract was signed.

9. Other agreements:
   None

10. Four copies of this contract have been executed (two copies for the seller; two copies for the buyer). This contract takes effect when the representatives of the two parties have signed it affixed their contract seals.

| Seller | Buyer |
|---|---|
| Entity Name (Seal): Caihong CPT General Factory<br>Address: Caihong Road, Xianyang, Shaanxi<br>Legal Representative: **Wang Guo Jung**<br>Authorized Agent:<br>Tel:<br>Bank: Industrial and Commercial Bank of China, Caihong Branch, Xianyang<br>Account No.: 2604020909022111105<br>Postal Code: 712021<br><br>[seal:] Caihong CPT General Factory<br>    Contract Seal<br>    (1) | Entity Name (Seal): China National Electronics Import and Export Caihong Co.<br>Address:<br>Legal Representative:<br>Authorized Agent: **Liang Yuan**<br>Tel:<br>Bank:<br>Account No.:<br>Postal Code:<br><br>[seal:] China National Electronics Import and Export Caihong Co.<br>    Contract Seal<br>    (1) |

Valid April 22, 2004 through April 30, 2004