# **<u>EXHIBIT 3</u>**



info@certifiedtranslate.com  2425 Olympic Blvd., Suite 4000W   usa 1-888-856-2228
www.certifiedtranslate.com   Santa Monica, CA 90404           int +1-310-684-3153
                                                              fax +1-310-564-1944

**certifiedtranslate**
A LANGUAGE FISH LLC COMPANY

## CERTIFIED TRANSLATION



A member of the American
Translators Association
ATA Member Number: 248719

**Documents Translated For:**

| Name: David Y. Hwu | Street Address: 706 Sansome Street |
|---|---|
| Firm: Saveri & Saveri, Inc. | City/State/Zip: San Francisco / CA / 94111 |

**Description of Document(s):**

| |
|---|
| |
| IRI-CRT-00003576E |
| |
| |

| Source Language: **SIMPLIFIED CHINESE** | Target Language: **ENGLISH** |
|---|---|

WITH REFERENCE TO THE ABOVE MENTIONED MATERIALS/DOCUMENTS, we at Language Fish LLC (doing business as www.certifiedtranslate.com), a professional document translation company, attest that the language translation completed by Language Fish's certified professional translators, represents, to the best of our judgment, an accurate and correct interpretation of the terminology/content of the source document(s). **This is to certify the correctness of the translation only.** We do not guarantee that the original is a genuine document or that the statements contained in the original document(s) are true.

IN WITNESS WHEREOF, Language Fish LLC has caused the Certificate to be signed by its duly authorized officer(s).

By: Sean Kirschenstein, Director          Date: February 21, 2019

A copy of the translated version(s) is attached to this statement of certification.

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

On Feb. 21, 2019 before me, Kristin Gail Chamberlain, Notary Public, appeared Sean Kirschenstein, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.
Signature: Kristi CMi



KRISTIN GAIL CHAMBERLAIN
Notary Public - California
Los Angeles County
Commission # 2141880
My Comm. Expires Feb 7, 2020

D☐ P☐ Exhibit 8407
Deponent Wang
Date 3/6/19  Rptr BW

Scanned and created by Camscanner [QR Code]

China National Electronics Import and Export Caihong Co.

## Certificate of Account Transfer for Exported Goods

Card No. **2TW446**          July 22, 2002          Transfer No. **61**

| Overseas Customer | | | *Diamond* | | | Product Name and Model | Quantity | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|
| Clerk | | | *Wen Haiyang* | | | *37 cm CPT* | *2016* | *USD 24.00* | *USD 48,384* |
| Purchase Receipt No. | | | *00126257* | | | | | | |
| Debits | | | Credits | | | | Amount | | |
| General | Subsidiary | √ | General | Subsidiary | √ | Summary | Ten Millions / Millions / Hundred Thousands / Ten Thousands / Thousands / Hundreds / Tens / Ones / Cents | | |
| 123 Foreign Exchange Accounts Receivable | 006 | | 504 Self-Managed Export Sales Revenue | 014 | | *Revenue from 2016 14" CPTs to Diamond 2TW446* | $ 4 8 3 8 4 00 | | |
| | | | | | | | In ¥ 4 0 0 6 1 9 52 | | |
| Total | | | *Four hundred thousand six hundred and nineteen yuan and fifty-two cents* | | | | | | |

1 Attachment

Supervisor _____    Recorded by _____    Verified by <u>Dong Congfeng</u>    Form completed by *Yang Taigang*

CONFIDENTIAL                                    IRI-CRT-00003576E_Translation

# 中国电子进出口彩虹公司
## 出口货物转帐凭证

2002 年 7 月 2 日

第 61 号

| 货物名称及规格型号 | 数 量 | 单 价 | 总 价 |
|---|---|---|---|
| Diamond | | | |
| 37cm紫荧 | 2016 | US$24.00 | US$48384 |

编号: 002007

| 借方 | 贷方 | | 摘 要 | 金 额 |
|---|---|---|---|---|
| 明细科目 | 一级科目 | 明细科目 | | |
| 006 | 504自营出口销售收入 | 014 | 转售Diamond 14"CPT 2016总收入 | ¥48384.00 |
| | | | ITW446 | ¥400619.52 |

合计: 人民币肆拾万零陆佰壹拾玖元伍角贰分

记帐_____  审核: [签章]  制表: [签名]

CONFIDENTIAL                                                                 IRI-CRT-00003576

# 中国电子进出口彩虹公司
## 出口货物转帐凭证

2002 年 7 月 2 日

第 61 号

| 货物名称及规格型号 | 数 量 | 单 价 | 总 价 |
|---|---|---|---|
| Diamond 37cm彩管 | 2016 | US$24.00 | US$48384 |

| 借方 | | 贷方 | | 摘 要 | 金 额 |
|---|---|---|---|---|---|
| 明细科目 | | 一级科目 | 明细科目 | | |
| 006 | | 504 自营出口销售收入 | 014 | 转Diamond 14"CPT 2016只收入 | $48384.00 |
| | | | | 2TW446 | ¥400,619.52 |

合计  叁拾万零陆佰壹拾玖元伍角贰分

记帐 ____  审核 ____  制表 ____

CONFIDENTIAL

IRI-CRT-00003576

# CEIEC CHINA NATIONAL ELECTRONICS IMP&EXP CAIHONG COMPANY

Cable:1752 XIANYANG
Fax:(0910)3313101
Tel:(0910)3313856
Postcode:712021

## INVOICE

**MESSRS.** DIAMOND ELECTRONICS
2297 NIELS BOHR SUITE #118
OTAY MESA, SAN DIEGO, CA 9154
619-661-9363   619-661-9389 FAX

| Invoice No. | Name Of Vessel | Loading Port | Discharging Port | On or About |
|---|---|---|---|---|
| 2TW446 | BY SEA | TIANJIN CHINA | LONG BEACH CA USA | JLY.20,2002 |
| **Date** | B/L No. | L/C No. | Contract No. | Licence No. |
| JLY.5,2002 | | | 02EMUSCHCT01069 | |

| Marks & Nos | Description & Quantity | Unit Price | Amount |
|---|---|---|---|
| | FOB TIANJIN CHINA | | |
| | 2016 PCS. 14"CRT MODEL 37SX110Y22-DC11<br>UNIT PRICE:$24.00USD | USD24.00 | USD48,384.00 |

(SAY, UNITED STATES DOLLARS FORTY EIGHT THOUSAND THREE HUNDRED AND EIGHTY FOUR ONLY.)

CHINA NATIONAL ELECTRONICS IMP&EXP
CAIHONG COMPANY

E. & O.E.

**MANAGER**


由 扫描全能王 扫描创建