# EXHIBIT 7



June 25, 2018

**Certification**

**Park IP Translations**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of the document with bates numbers range: IRI-CRT-00000508 - IRI-CRT-00000511.

Hanna Kang

Project Manager

Project Number: BBLLP_1806_007

| 2003 | 151 |
|---|---|
| Party group | Permanent |

[seal: received March 30, 2003]

# Decision Regarding Penalty of Expulsion of Wu Weiren from the Communist Party

Zhong Qi Ji [2003] Number 4

      Wu Weiren, male, a native of Dongyang County, Zhejiang Province born in December 1948 and of Han ethnicity, began to work in September 1968 and joined the Chinese Communist Party in October 1992. Starting in October 1995, he served as president and chairman of the board of directors of IRICO Group Corporation. In July 1998, he concurrently served as manager of 4400 CRT Plant (IRICO Color Tube General Plant). In June 2000, he was removed from his position as manager of 4400 CRT Plant. On March 28, 2001, he was removed from his positions as president and chairman of the board of directors of IRICO Group Corporation.

      On April 23, 2001, the Central Discipline Inspection Commission and the Ministry of Supervision transferred the issue of Wu Weiren's suspected involvement in crimes to the Shaanxi Province People's Procuratorate for an investigation. On June 19, 2002, the Shaanxi Province Intermediate People's Court sentenced Wu Weiren to a term of 10 years of imprisonment on a charge of misappropriation of state funds,

- 1 -

 Scanned by CamScanner

CONFIDENTIAL

IRI-CRT-00000508

Scanned by CamScanner

sentenced Wu Weiren to a term of 10 years of imprisonment on a charge of receiving bribery, and decided that he should serve a term of 17 years of imprisonment.

The major facts of Wu Weiren's violation of law and violation of discipline are as follows:

I. Misappropriation of more than 85 million yuan in State funds.

1. In February 1997, Wu Weiren loaned 10.95 million yuan of China National Electronics Import and Export Caihong Co. branch, the subsidiary of IRICO Group Corporation, to Zhen Yi, general manager of Sanyou Company of Macau, for personal speculation of stocks.

2. In March 1997, to help Liu Mingzhe, a subordinate and general manager of Suzhou IRICO Company, engage in personal speculation of stocks, Wu Weiren loaned 4.5 million yuan of IRICO Group Corporation in the name of expanding production, of which Liu used 3 million yuan in personal speculation of stocks.

3. In the summer of 1997, Wu Weiren and Xu Weiyu, manager of Shanghai Huachen Economic Development Company Limited, agreed that Wu would raise funds for the two of them to jointly engage in stock speculation, and after making profits, Xu and Wu would divide up the profits in a ratio of 30% to 70%, respectively. Wu Weiren then asked his wife Xu Meilan (who is at large) to go to Shanghai, open a stock account in the name of his sister-in-law Yan Yaolan (who is at large) and complete the procedures to authorize Xu Weiyu to buy and sell stocks. In September of the same year, through Beijing Yanshan Hua Ersen Industries Group Company, Wu Weiren transferred 20 million yuan of IRICO Group Corporation into Yan Yaolan's account. In October and November of the same year, on two separate occasions, Wu Weiren turned six bank acceptance bills of IRICO Group Corporation with a face value of 51.86 million yuan over to Zhang Youhe, manager of Xi'an Huajin Technology and Trade Limited Liability Company (a private enterprise),

CONFIDENTIAL                                                                                                          IRI-CRT-00000509


Scanned by CamScanner

and after discounting three of said bills at a bank, Zhang transferred 34.63 million yuan into Yan Yaolan's stock account, which Wu had provided; upon the consent of Wu, Zhang's company pledged the remaining three bills for its operations.

Before the case occurred, Wu Weiren had repaid all of the misappropriated State funds.

II. Received 100,000 yuan in bribes.

In February 1999, taking advantage of the communion conditions generated by his power and standing, Wu Weiren accepted 100,000 yuan given to him by Wang Jianzhong, his subordinate and manager of IRICO Electronic Part Plant, as "a reward for hard work."

After review, the Central Discipline Inspection Commission believes that as a leader of a State-controlled enterprise, Wu Weiren took advantage of his positions and misappropriated State funds to engage in for-profit activities for himself and others; he used his position to accept bribes, and his acts have seriously violated discipline. In accordance with the provisions of Article 61, Article 80 and Article 23 of the Disciplinary Regulations of the Chinese Communist Party, Wu Weiren should be given the penalty of expulsion from the Chinese Communist Party. In view of the fact that Wu Weiren was a person subject to management by the Central Enterprise Work Commission, the Central Enterprise Work Commission is hereby requested to make the decision of expelling Wu Weiren from the Chinese Communist Party in accordance with the relevant provisions.

In accordance with the notice from the Central Discipline Inspection Commission, in accordance with provisions of Article 61, Article 80 and Article 23 of Disciplinary Regulations of the Chinese Communist Party, upon review by the Central Enterprise Discipline Inspection Work Commission and approval by the Central Enterprise Work Commission, a decision has been made to give Wu Weiren

CONFIDENTIAL                                                                                   IRI-CRT-00000510

Scanned by CamScanner

the penalty of expulsion from the Chinese Communist Party.
    This decision shall take effect as of March 10, 2003.

[Seal: Central Enterprise Discipline Inspection Work Commission of the Chinese Communist Party]
March 10, 2003

| | |
|---|---|
| Key words: Party disciplinary penalty, expulsion from the Communist Party, Wu Weiren, decision | |
| Main recipients: Chinese Communist Party committee of IRICO Group Corporation, Wu Weiren. | |
| Cc: General office of Central Enterprise Discipline Inspection Work Commission and Ministry of Organization | |
| Central Enterprise Discipline Inspection Work Commission | Printed and issued on March 13, 2003 |

(A total of 11 copies have been printed)

– 4 –

CONFIDENTIAL     IRI-CRT-00000511


Scanned by CamScanner

 

# 中共中央企业纪律检查工作委员会文件

中企纪〔2003〕4号

## 关于给予吴维仁开除党籍处分的决定

吴维仁,男,汉族,1948年12月出生,浙江省东阳县人,1968年9月参加工作,1992年10月入党,1995年10月起历任彩虹集团公司总裁、董事长,1998年7月兼任四四〇〇厂(彩虹彩色显像管总厂)厂长,2000年6月被免去四四〇〇厂厂长职务,2001年3月28日被免去彩虹集团公司总裁、董事长职务。

2001年4月23日,中纪委、监察部将吴维仁涉嫌犯罪问题移送陕西省人民检察院立案侦查。2002年6月19日,陕西省西安市中级人民法院以挪用公款罪,判处吴维仁有

— 1 —

由 扫描全能王 扫描创建

期徒刑十年；以受贿罪判处吴维仁有期徒刑十年，决定执行有期徒刑十七年。

吴维仁主要违纪违法事实如下：

一、挪用公款8500余万元。

1、1997年2月，吴维仁将彩虹集团公司所属中国电子进出口总公司彩虹分公司的1095万元借给澳门三友公司总经理甄宜众个人炒股。

2、1997年3月，吴维仁为帮助下属苏州彩虹公司总经理刘明哲个人炒股，以扩大生产的名义将彩虹集团公司450万元借给苏州彩虹公司，刘将其中300万元用于个人炒股。

3、1997年夏，吴维仁与上海华宸经济发展有限公司经理徐伟宇商定，由吴筹措资金，二人合伙炒股，获利后徐、吴按三七分成。吴维仁遂让其妻虞梅兰（在逃）到上海以妻妹严窈兰（在逃）的名义开立了股票帐户，办理了委托徐伟宇买卖股票的手续。同年9月，吴维仁将彩虹集团公司2000万元通过北京燕山华尔森实业集团公司转入严窈兰的帐户。同年10月、11月，吴维仁先后两次将彩虹集团公司面额为5186万元的六张银行承兑汇票交给西安华金科

— 2 —

由 扫描全能王 扫描创建

IRI-CRT-00000509

技贸易有限责任公司（私营企业）经理张友和，张用其中三张汇票在银行贴现后，将3463万元转入吴提供的严窈兰的股票帐户；经吴同意，其余三张汇票由张的公司作质押进行经营。

至案发前，吴维仁已将所挪用公款全部归还。

二、受贿10万元。

1999年2月，吴维仁利用职权和地位形成的便利条件，收受下属彩虹电子配件厂厂长王建中以"辛苦费"为名送的10万元。

中央纪委研究认为，吴维仁身为国有企业领导，利用职务上的便利，挪用公款，为自己和他人进行营利活动；利用职权，收受贿赂，其行为已严重违纪。依据《中国共产党纪律处分条例（试行）》第六十一条、第八十条、第二十三条的规定，应给予吴维仁开除党籍处分，鉴于吴维仁是中央企业工委管理的人员，请中央企业工委按照有关规定作出给予吴维仁开除党籍处分的决定。

根据中央纪委的通知，依据《中国共产党纪律处分条例（试行）》第六十一条、第八十条和第二十三条之规定，经中央企业纪工委研究，并报中央企业工委批准，决定给予吴

— 3 —

由 扫描全能王 扫描创建

IRI-CRT-00000510

维仁开除党籍处分。

本决定自 2003 年 3 月 10 日起生效。



2003 年 3 月 10 日

---

**主题词:党纪处分　开除党籍　吴维仁　决定**

主送:中共彩虹集团公司党委,吴维仁。

抄送:中央企业工委办公厅、组织部。

中央企业纪工委　　　　　　　2003 年 3 月 13 日印发

（共印 11 份）

由 扫描全能王 扫描创建

IRI-CRT-00000511