# EXHIBIT 11

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                   OAKLAND DIVISION
 4
 5   IN RE: CATHODE RAY TUBE (CRT)  ) MASTER FILE NO.
     ANTITRUST LITIGATION           ) CV-07-5944 JST
 6   _____)
                                     )
 7   THIS DOCUMENT RELATES TO:       )
                                     )
 8   ALL INDIRECT PURCHASER ACTIONS  )
     ALL DIRECT PURCHASER ACTIONS    )
 9                                   )
           DEFENDANTS.               )
10   _____)
11
12
13
14
15        VIDEOTAPED DEPOSITION OF YAN YUNLONG
16                    VOLUME II
17          WEDNESDAY, SEPTEMBER 28, 2022
18               MACAU S.A.R., CHINA
19
20
21
22   FILE NO.  SF 5436476
23   REPORTED BY  MARK McCLURE, CRR
24             CAL CSR 12203
25
```

Page 150

```
 1    VIDEOTAPED DEPOSITION OF YAN YUNLONG, VOLUME II, TAKEN
 2    AT 8:06 A.M., CHINA STANDARD TIME, WEDNESDAY, SEPTEMBER
 3    28, 2022, MACAU S.A.R., CHINA, VIA VERITEXT REMOTE
 4    TECHNOLOGY, BEFORE MARK McCLURE, C.S.R. #12203,
 5    CERTIFIED SHORTHAND REPORTER IN AND FOR THE STATE OF
 6    CALIFORNIA.
 7
 8    APPEARANCES OF COUNSEL:
 9    FOR THE PLAINTIFFS, ALL INDIRECT PURCHASERS:
10              (APPEARING BY VIDEOCONFERENCE)
                TRUMP, ALIOTO, TRUMP & PRESCOTT
11              BY:  LAUREN CAPURRO, ESQ.
                120 HOLSTROM CIRCLE
12              NOVATO, CALIFORNIA 94947-2072
                415.860.5051
13              LAURENRUSSELL@TATP.COM
14              (APPEARING BY VIDEOCONFERENCE)
                BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER
15              BY:  DANIEL BIRKHAEUSER, ESQ.
                2125 OAK GROVE ROAD, SUITE 125
16              WALNUT CREEK, CALIFORNIA 94598-2534
                925.945.0200
17              DBIRKHAEUSER@BRAMSONPLUTZIK.COM
18    FOR THE PLAINTIFFS, ALL DIRECT PURCHASERS:
19              (APPEARING BY VIDEOCONFERENCE)
                SAVERI & SAVERI
20              BY:  RICK SAVERI, ESQ.
                706 SANSOME STREET
21              SAN FRANCISCO, CALIFORNIA 94111
                415.217.6810
22              RICK@SAVERI.COM
23
24
25
```

Page 151

```
 1    APPEARANCES OF COUNSEL:  CONTINUING
 2              (APPEARING BY VIDEOCONFERENCE)
              SAVERI & SAVERI
 3              BY:  DAVID HWU, ESQ.
              706 SANSOME STREET
 4              SAN FRANCISCO, CALIFORNIA 94111
              415.217.6810
 5              DHWU@SAVERI.COM
 6
      FOR THE PLAINTIFFS, ALL DIRECT PURCHASERS:
 7
                (APPEARING BY VIDEOCONFERENCE)
 8              SAVERI & SAVERI
              BY:  MATTHEW HEAPHY, ESQ.
 9              706 SANSOME STREET
              SAN FRANCISCO, CALIFORNIA 94111
10              415.217.6810
              MHEAPHY@SAVERI.COM
11
                (APPEARING BY VIDEOCONFERENCE)
12              SAVERI & SAVERI
              BY:  GEOFFREY C. RUSHING, ESQ.
13              706 SANSOME STREET
              SAN FRANCISCO, CALIFORNIA 94111
14              415.217.6810
              GRUSHING@SAVERI.COM
15
16    FOR THE DEFENDANTS, IRICO, AND THE WITNESS, YAN YUNLONG:
17              (APPEARING BY VIDEOCONFERENCE)
              BAKER BOTTS, LLP
18              BY:  THOMAS E. CARTER, ESQ.
              700 K STREET NW
19              WASHINGTON, DC 20001
              202.639.7909
20              TOM.CARTER@BAKERBOTTS.COM
21              (APPEARING BY VIDEOCONFERENCE)
              BAKER BOTTS, LLP
22              BY:  EVAN WERBEL, ESQ.
              700 K STREET NW
23              WASHINGTON, DC 20001
              202.639.1323
24              EVAN.WERBEL@BAKERBOTTS.COM
25
```

Page 152

```
1    APPEARANCES OF COUNSEL:   CONTINUING
2    FOR THE DEFENDANTS, IRICO, AND THE WITNESS, YAN YUNLONG:
3              (APPEARING BY VIDEOCONFERENCE)
               NORTON ROSE FULBRIGHT U.S., LLP
4              BY:  KAYLEE YANG, ESQ.
               555 CALIFORNIA STREET, SUITE 3300
5              SAN FRANCISCO, CALIFORNIA 94104
               628.231.6827
6              KAYLEE.YANG@NORTONROSEFULBRIGHT.COM
7
8
     ALSO PRESENT:
9
               AMANDA LIN, MAIN INTERPRETER
10
               JOHN MACDONELL, VIDEOGRAPHER
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 153

```
1                        I N D E X
2    WITNESS              EXAMINATION            PAGE
3    YAN YUNLONG
4                    BY MR. BIRKHAEUSER      158
5                    BY MR. RUSHING          190
6                    BY MR. CARTER           271
7
8
9                     E X H I B I T S
10   NUMBER               DESCRIPTION            PAGE
11   EXHIBIT 8610   PILLSBURY LAW FIRM, LETTER TO    183
                    PLAINTIIFS LAWYERS
12
     EXHIBIT 8611   IRICO GROUP CORPORATION -        256
13                  REQUEST FOR THE RIGHT TO EXAMINE
                    AND APPROVE THE APPLICATION OF
14                  DISPATCHING PERSONNEL TO GO
                    ABROAD TEMPORARILY AND TO INVITE
15                  FOREIGN ECONOMIC AND TRADE
                    PERSONNEL TO CHINA -
16                  IRI-CRT-00025698 -
                    IRI-CRT-00025701 - 9 PAGES
17
     EXHIBIT 8612   LIST OF ACTUALLY EXPORTED        261
18                  COMMODITIES BY COUNTRY - JANUARY
                    1997 - DECEMBER 1997 -
19                  IRI-CRT-00025753 -
                    IRI-CRT-00025754 - 5 PAGES
20
     EXHIBIT 8613   IRICO DEFENDANTS' FIFTH          276
21                  SUPPLEMENTAL OBJECTIONS AND
                    RESPONSES TO DIRECT PURCHASER
22                  PLAINTIFFS' FIRST SET OF
                    INTERROGATORIES - 14 PAGES
23
     EXHIBIT 8614   ARTICLES OF ASSOCIATION OF       289
24                  CEIEC, CAIHONG BRANCH -
                    IRI-CRT-00003797 -
25                  IRI-CRT-00003799 - 7 PAGES
```

Page 154

```
1                        I N D E X
2                      E X H I B I T S
3    NUMBER              DESCRIPTION                PAGE
4    EXHIBIT 8615    CAIHONG GROUP DOCUMENT - REPORT   297
                     ON THE RESPONSE TO VERIFY THE
5                    RELEVANT ISSUES -
                     IRI-CRT-00028800 -
6                    IRI-CRT-00028811 - 25 PAGES
7
8
                    PREVIOUSLY MARKED EXHIBITS
9
                         NUMBER    PAGE
10
                          8418     180
11
                          8586     253
12
                          8591     263
13
                          8607     166
14
                          8608     176
15
                          8609     176
16
17
18
19
20
21
22
23
24
25
```

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | know, there was once a fire in that archive room in our | 16:48 |
| 2 | office location in Beijing, but I do not know if the | 16:48 |
| 3 | documents were lost or not. | 16:48 |
| 4 | Q.   Mr. Yan, are you familiar with an entity | 16:48 |
| 5 | called China Electronics Import and Export Caihong | 16:49 |
| 6 | Company? | 16:49 |
| 7 | A.   I'm aware of that company. | 16:49 |
| 8 | Q.   How did you become familiar with that entity? | 16:49 |
| 9 | A.   During the time I worked in the technology | 16:49 |
| 10 | center, I was in charge of importing and procuring the | 16:50 |
| 11 | materials to be used by the technology center.  That | 16:50 |
| 12 | part of the work was assigned and contracted to be | 16:50 |
| 13 | performed by China Electronics Import & Export Caihong | 16:50 |
| 14 | Company.  So at that time we had business dealings with | 16:50 |
| 15 | them. | 16:50 |
| 16 | Q.   Could you please tell us what you know about | 16:50 |
| 17 | China Electronics Import & Export Caihong Company. | 16:50 |
| 18 | MR. RUSHING:  Objection to the form.  Lacks | 16:50 |
| 19 | foundation. | 16:50 |
| 20 | THE WITNESS:  The purpose of establishing | 16:51 |
| 21 | China Electronics Import & Export Caihong Company was to | 16:51 |
| 22 | serve for and provide services for the Group in terms of | 16:51 |
| 23 | the import and export business, and also it would | 16:51 |
| 24 | provide services to support the sales and all other | 16:51 |
| 25 | businesses performed by the Group, as well as the | 16:52 |

Page 282

| | | |
|---|---|---|
| 1 | companies under the Group in terms of handling the | 16:52 |
| 2 | import and export matters of the materials that are to | 16:52 |
| 3 | be used by various companies. | 16:52 |
| 4 | BY MR. CARTER: | 16:52 |
| 5 | Q.   Is there an abbreviation or short name that | 16:52 |
| 6 | you typically use to refer to China Electronics Import & | 16:52 |
| 7 | Export Caihong Company? | 16:52 |
| 8 | MR. RUSHING:  Object to form. | 16:52 |
| 9 | THE WITNESS:  Our habit is to refer to it as | 16:52 |
| 10 | Caihong Import-Export Company. | 16:52 |
| 11 | BY MR. CARTER: | 16:52 |
| 12 | Q.   Okay.  So going forward, I'll also refer to | 16:53 |
| 13 | that company as Caihong Import-Export Company. | 16:53 |
| 14 | Does that make sense? | 16:53 |
| 15 | A.   Okay. | 16:53 |
| 16 | Q.   Are you familiar with a different entity | 16:53 |
| 17 | called China Electronics Import & Export Company? | 16:53 |
| 18 | A.   It's a state-owned company, enterprise. | 16:54 |
| 19 | Q.   Is China Electronics Import & Export | 16:54 |
| 20 | Corporation sometimes referred to as CEIEC? | 16:54 |
| 21 | MR. CARTER:  Objection to the form. | 16:54 |
| 22 | THE WITNESS:  Yes. | 16:54 |
| 23 | BY MR. CARTER: | 16:54 |
| 24 | Q.   So going forward in this deposition, I'll | 16:54 |
| 25 | refer to China Electronics Import & Export Corporation | 16:54 |

Page 283

| | | |
|---|---|---|
| 1 | as CEIEC. | 16:54 |
| 2 | Is that okay? | 16:54 |
| 3 | A.   Yes. | 16:54 |
| 4 | Q.   During the period 1995 to 2007, was there any | 16:54 |
| 5 | ownership relationship between CEIEC and Irico Group? | 16:55 |
| 6 | MR. RUSHING:  Objection to the form.  Lacks | 16:55 |
| 7 | foundation. | 16:55 |
| 8 | THE WITNESS:  No. | 16:55 |
| 9 | Both CEIEC and Irico Group are the central | 16:55 |
| 10 | state-owned companies that are managed and supervised by | 16:55 |
| 11 | the state committee, or bureau, of information.  But | 16:56 |
| 12 | there is no ownership relationship between these two | 16:56 |
| 13 | companies. | 16:56 |
| 14 | BY MR. CARTER: | 16:56 |
| 15 | Q.   And you mentioned that CEIEC was a state-owned | 16:56 |
| 16 | enterprise. | 16:56 |
| 17 | To your knowledge, was it a state-owned | 16:56 |
| 18 | enterprise during the entire period 1995 to 2007? | 16:56 |
| 19 | MR. RUSHING:  Objection to form.  Lacks | 16:56 |
| 20 | foundation. | 16:56 |
| 21 | THE WITNESS:  Yes. | 16:56 |
| 22 | BY MR. CARTER: | 16:56 |
| 23 | Q.   Are you aware of whether there was an | 16:56 |
| 24 | ownership relationship between CEIEC and Caihong | 16:56 |
| 25 | Import-Export during the period 1995 to 2007? | 16:57 |

Page 284

```
1              MR. RUSHING:  Objection to form.  Lacks        16:57
2     foundation.                                             16:57
3              THE WITNESS:  There is none -- there was none.  16:57
4     BY MR. CARTER:                                          16:57
5        Q.   Just so the record is clear, Mr. Carter,        16:57
6     Caihong Import-Export Company, we also refer to it      16:57
7     sometimes in this litigation as CNEIEC, is that correct?  16:57
8              MR. CARTER:  That's my understanding, yes.     16:57
9              THE WITNESS:  Okay.                            16:58
10    BY MR. CARTER:                                          16:58
11       Q.   Mr. Yan, which company or companies owned       16:58
12    Caihong Import-Export Company during 1995 to 2007?      16:58
13             MR. RUSHING:  Objection to form.  Lacks        16:58
14    foundation.                                             16:58
15             THE WITNESS:  Are you asking about the company  16:58
16    or companies that owned Caihong Import-Export Company   16:59
17    during 1995 to 2007, right?                             16:59
18    BY MR. CARTER:                                          16:59
19       Q.   Right.                                          16:59
20       A.   It was owned by the company called CEIEC.       16:59
21       Q.   Is that wholly owned or partly owned?           16:59
22             MR. RUSHING:  Objection.  Form.  Lacks         16:59
23    foundation.                                             16:59
24             For the record, when I say "Objection to       16:59
25    form," it includes all of the category of objections to  16:59
```

Page 285

| | | |
|---|---|---|
| 1 | form, including leading, compound, vague, ambiguous, et | 16:59 |
| 2 | cetera.  I'm just saying "Objection to form" so as not | 16:59 |
| 3 | to impede the deposition.  If you would like me to say | 16:59 |
| 4 | more, I will, but I just want to state that for the | 16:59 |
| 5 | record. | 16:59 |
| 6 | MR. CARTER:  That's fine, Geoff, as long as | 16:59 |
| 7 | you're willing to extend me that same stipulation. | 16:59 |
| 8 | MR. RUSHING:  I think that's the correct way | 16:59 |
| 9 | to do it, so yes. | 16:59 |
| 10 | THE WITNESS:  Okay.  It was wholly owned. | 17:00 |
| 11 | BY MR. CARTER: | 17:00 |
| 12 | Q.  What was the relationship, if any, between | 17:00 |
| 13 | Irico Group, on the one hand, and Caihong Import-Export | 17:00 |
| 14 | Company, on the other, between 1995 to 2007? | 17:01 |
| 15 | MR. RUSHING:  Objection to form.  Lacks | 17:01 |
| 16 | foundation. | 17:01 |
| 17 | THE WITNESS:  It was a relationship between | 17:01 |
| 18 | customers, or with a customer. | 17:01 |
| 19 | BY MR. CARTER: | 17:01 |
| 20 | Q.  To your knowledge, is that true for all the | 17:01 |
| 21 | years between 1995 to 2007? | 17:01 |
| 22 | MR. RUSHING:  Objection to form.  Lacks | 17:01 |
| 23 | foundation. | 17:01 |
| 24 | THE WITNESS:  Yes. | 17:02 |
| 25 | | 17:02 |

Page 286

| | | |
|---|---|---|
| 1 | BY MR. CARTER: | 17:02 |
| 2 |     Q.  To your knowledge, what was the relationship, | 17:02 |
| 3 | if any, between Irico Display, on the one hand, and | 17:02 |
| 4 | Caihong Import-Export, on the other, between 1995 to | 17:02 |
| 5 | 2007? | 17:02 |
| 6 |         MR. RUSHING:  Objection to form.  Lacks | 17:02 |
| 7 | foundation. | 17:02 |
| 8 |         THE WITNESS:  It should also be a relationship | 17:02 |
| 9 | between customers. | 17:02 |
| 10 | BY MR. CARTER: | 17:02 |
| 11 |     Q.  Did Irico Group hold any ownership stake in | 17:02 |
| 12 | Caihong Import-Export Company between 1995 and 2007? | 17:02 |
| 13 |         MR. RUSHING:  Objection to form.  Lacks | 17:03 |
| 14 | foundation. | 17:03 |
| 15 |         THE WITNESS:  No. | 17:03 |
| 16 | | 17:03 |
| 17 |     Q.  Did Irico Display hold any ownership stake in | 17:03 |
| 18 | Caihong Import-Export Company between 1995 and 2007? | 17:03 |
| 19 |         MR. RUSHING:  Objection to form.  Lacks | 17:03 |
| 20 | foundation. | 17:03 |
| 21 |         THE WITNESS:  No. | 17:03 |
| 22 | BY MR. CARTER: | 17:03 |
| 23 |     Q.  Did any other Irico-related entity hold any | 17:03 |
| 24 | ownership stake in Caihong Import-Export Company between | 17:03 |
| 25 | 1995 and 2007? | 17:03 |

Page 287

| | | |
|---|---|---|
| 1 | MR. RUSHING:  Objection to form.  Lacks | 17:03 |
| 2 | foundation. | 17:03 |
| 3 | THE WITNESS:  Not to my knowledge. | 17:04 |
| 4 | BY MR. CARTER: | 17:04 |
| 5 | Q.   Are you aware of -- strike that. | 17:04 |
| 6 | You said that the relationship between Irico | 17:04 |
| 7 | Group and Caihong Import-Export Company was a | 17:04 |
| 8 | relationship between customers or with a customer. | 17:04 |
| 9 | Do you know what products Irico Group sold to | 17:04 |
| 10 | Caihong Import-Export Company? | 17:04 |
| 11 | MR. RUSHING:  Objection to form.  Lacks | 17:05 |
| 12 | foundation. | 17:05 |
| 13 | THE WITNESS:  Yes, I have knowledge about | 17:05 |
| 14 | that.  We were selling color picture tubes to Caihong | 17:05 |
| 15 | Import-Export Company.  We also sold some luminescent | 17:05 |
| 16 | materials and other materials to Caihong Import-Export | 17:06 |
| 17 | Company.  We also contracted Caihong Import-Export | 17:06 |
| 18 | Company to import some materials or equipments or | 17:06 |
| 19 | components for us. | 17:06 |
| 20 | BY MR. CARTER: | 17:06 |
| 21 | Q.   When you say you contracted Caihong | 17:06 |
| 22 | Import-Export Company to import materials or equipment, | 17:06 |
| 23 | would those materials or equipment then be purchased by | 17:06 |
| 24 | Irico Group from Caihong Import-Export Company? | 17:06 |
| 25 | A.   Yes. | 17:06 |

Page 288

```
 1        Q.   Are you aware of whether Irico Group stopped      17:06

 2   selling color picture tubes to Caihong Import-Export        17:07

 3   Company at some point before 2007?                          17:07

 4           MR. RUSHING:   Objection to the form.   Lacks        17:07

 5   foundation.                                                 17:07

 6           THE WITNESS:   I'm aware of that, yes.               17:07

 7   BY MR. CARTER:                                              17:07

 8        Q.   When was that?                                    17:07

 9        A.   It was in 2004 when we succeeded in our IPO in    17:07

10   Hong Kong.   According to the requirements and rules by     17:08

11   Hong Kong Stock Exchange, it required that any publicly     17:08

12   traded company has to have an independent sales            17:08

13   operation and sales arm.   In that scenario, in order to    17:08

14   satisfy that requirement, we ceased our business with       17:08

15   Caihong Import-Export Company.                              17:08

16           MR. RUSHING:   Objection.   Lacks foundation.       17:08

17           MR. CARTER:   Mr. Yan, I'm going to have one        17:08

18   more document to show you in just a moment.                 17:08

19           Mr. Yan, I'm introducing what has been marked       17:09

20   as Exhibit 8614.                                            17:09

21           (Exhibit 8614 marked for identification.)           17:09

22   BY MR. CARTER:                                              17:09

23        Q.   Please refresh your page and let me know when     17:09

24   you have that pulled up.                                    17:09

25        A.   I see 8614.                                       17:09
```

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | Q.   Okay.  The document starts with the | 17:09 |
| 2 | translation, and then the original Chinese version | 17:09 |
| 3 | begins on page 5 of the PDF. | 17:09 |
| 4 | MR. RUSHING:  Okay, I'm going to try to get | 17:10 |
| 5 | the document, too, here.  Just a second. | 17:10 |
| 6 | MR. CARTER:  Sure.  Let me know when you're | 17:10 |
| 7 | ready, Geoff. | 17:10 |
| 8 | MR. RUSHING:  Which one is it? | 17:10 |
| 9 | MR. CARTER:  8614. | 17:10 |
| 10 | MR. RUSHING:  Thank you.  We have it. | 17:10 |
| 11 | BY MR. CARTER: | 17:10 |
| 12 | Q.   Mr. Yan, please take your time to review this | 17:10 |
| 13 | and let me know when you're ready. | 17:10 |
| 14 | A.   I'm ready. | 17:11 |
| 15 | Q.   What is this document? | 17:11 |
| 16 | MR. RUSHING:  Objection to form.  Lacks | 17:11 |
| 17 | foundation. | 17:11 |
| 18 | THE WITNESS:  This is the company bylaw of the | 17:11 |
| 19 | Caihong branch company of China Electronics | 17:11 |
| 20 | Import-Export Company. | 17:11 |
| 21 | BY MR. CARTER: | 17:11 |
| 22 | Q.   To your knowledge, is the Caihong branch of | 17:11 |
| 23 | CEIEC the same entity that we've been discussing as | 17:11 |
| 24 | Caihong Import-Export Company? | 17:11 |
| 25 | MR. RUSHING:  Objection to the form.  Lacks | 17:11 |

Page 290

```
 1    foundation.                                              17:11

 2            THE WITNESS:  Yes.                               17:12

 3                                                             17:12

 4    BY MR. CARTER:                                           17:12

 5       Q.   I think you described these as bylaws.  The     17:12

 6    English translation we have is "Articles of             17:12

 7    Association."                                            17:12

 8            Are those -- is that the same term in Chinese?   17:12

 9            MR. RUSHING:  Objection.                         17:12

10            THE WITNESS:  It's the same.                     17:12

11    BY MR. CARTER:                                           17:12

12       Q.   Okay.  Can you describe generally what          17:12

13    Articles of Association are with regard to Chinese       17:12

14    corporations?                                            17:12

15            MR. RUSHING:  Objection to form.  Lacks          17:13

16    foundation.                                              17:13

17            THE WITNESS:  Articles of Association -- how     17:13

18    should I explain it?                                     17:13

19            Articles of Association to a company or an       17:13

20    enterprise would be similar as to the constitution of a 17:13

21    nation.  It should serve as the highest governing       17:13

22    document and articles for the formation and organization 17:14

23    of a given enterprise.                                   17:14

24    BY MR. CARTER:                                           17:14

25       Q.   Mr. Yan, based on your knowledge and             17:14
```

Page 291

| | | |
|---|---|---|
| 1 | experience with Chinese law, would it be lawful for a | 17:14 |
| 2 | Chinese corporation to act in a manner that was | 17:14 |
| 3 | inconsistent with its Articles of Association? | 17:14 |
| 4 | MR. RUSHING:  Objection to the form.  Lacks | 17:14 |
| 5 | foundation. | 17:14 |
| 6 | Objection.  Calls for an improper expert | 17:15 |
| 7 | opinion. | 17:15 |
| 8 | THE WITNESS:  Once the Articles of Association | 17:15 |
| 9 | of a company are set, the company has to follow the | 17:15 |
| 10 | Articles of Association strictly.  In the case of any | 17:15 |
| 11 | inconsistencies or even violation of the Articles of | 17:15 |
| 12 | Association, the party that suffers from the damages or | 17:15 |
| 13 | the victim to such violation or inconsistencies would | 17:15 |
| 14 | have the right to file a lawsuit in the court to seek | 17:15 |
| 15 | either indemnification of the damages that are caused or | 17:16 |
| 16 | seek correction. | 17:16 |
| 17 | BY MR. CARTER: | 17:16 |
| 18 | Q.   Mr. Yan, I'd like to draw your attention to | 17:16 |
| 19 | Article 1 on the page ending in 3797.  It states: | 17:16 |
| 20 | "CEIEC, Caihong Branch (hereinafter referred to as the | 17:16 |
| 21 | 'Branch') is a foreign trade operation entity | 17:16 |
| 22 | established under the laws of the People's Republic of | 17:16 |
| 23 | China.  It directly carries out the import and export | 17:16 |
| 24 | trades and foreign technical cooperation in relation to | 17:16 |
| 25 | the use and sales of cathode ray tubes." | 17:16 |

Page 292

```
 1              Do you see that?                           17:16

 2              MR. RUSHING:  Objection to form.           17:17

 3                                                         17:17

 4  BY MR. CARTER:                                         17:17

 5       Q.   To the best of your knowledge, was that an  17:17

 6  accurate statement for the entire period from 1995 until  17:17

 7  when Irico stopped selling CRTs to Caihong Import-Export  17:17

 8  Company in 2004?                                       17:17

 9              MR. RUSHING:  Objection to form.  Lacks    17:17

10  foundation.                                            17:17

11              MR. BIRKHAEUSER:  Objection.  Leading.     17:17

12              THE WITNESS:  The description and the      17:18

13  statement was accurate.                                17:18

14  BY MR. CARTER:                                         17:18

15       Q.   Continuing on, it reads:  "It conducts      17:18

16  independent financial accounting and assumes sole      17:18

17  responsibility for its profits or losses."             17:18

18              Do you see that?                           17:18

19       A.   I see it.                                    17:18

20       Q.   To the best of your knowledge, was that an  17:18

21  accurate statement for the entire period 1995 to 2004? 17:18

22              MR. RUSHING:  Objection to form.  Lacks    17:18

23  foundation.                                            17:18

24              MR. BIRKHAEUSER:  Objection.  Leading.     17:18

25              THE WITNESS:  The description was accurate.17:18
```

Page 293

```
 1    BY MR. CARTER:                                        17:19

 2         Q.   Based on your work experience at Irico Group,   17:19

 3    were Caihong Import-Export Corporation's finances ever   17:19

 4    aggregated or consolidated with Irico Group for its     17:19

 5    financial reporting?                                    17:19

 6              MR. RUSHING:  Objection to form.  Lacks       17:19

 7    foundation.                                             17:19

 8              THE WITNESS:  No.                             17:19

 9    BY MR. CARTER:                                          17:19

10         Q.   Continuing on, it reads:  "The Branch is owned   17:19

11    directly by CEIEC."                                     17:19

12              Do you see that?                             17:19

13         A.   I see it.                                     17:20

14         Q.   Is this CEIEC the same CEIEC that we were     17:20

15    discussing earlier that is a state-owned company?       17:20

16              MR. RUSHING:  Objection to form.  Lacks       17:20

17    foundation.                                             17:20

18              THE WITNESS:  Yes.                            17:20

19    BY MR. CARTER:                                          17:20

20         Q.   To the best of your knowledge, is it an       17:20

21    accurate statement that the branch was owned directly by   17:20

22    CEIEC between the entire period 1995 to 2004?           17:20

23              MR. RUSHING:  Objection to form.  Lacks       17:20

24    foundation.                                             17:20

25              MR. BIRKHAEUSER:  Objection.  Leading.        17:20
```

Page 294

| | | |
|---|---|---|
| 1 | THE WITNESS:  Yes. | 17:21 |
| 2 | BY MR. CARTER: | 17:21 |
| 3 | Q.   Next, I'd like to draw your attention to | 17:21 |
| 4 | Article 11, which is on the page ending in 3799.  Let me | 17:21 |
| 5 | know when you're there. | 17:21 |
| 6 | A.   I see it. | 17:21 |
| 7 | Q.   Article 11 reads:  "The business activities of | 17:21 |
| 8 | the Branch should be subject to the unified policies, | 17:21 |
| 9 | plans and administration of the Ministry of Foreign | 17:21 |
| 10 | Trade and Economic Cooperation of the People's Republic | 17:21 |
| 11 | of China, the economic and trade commission of the | 17:21 |
| 12 | province and CEIEC." | 17:21 |
| 13 | Do you see that? | 17:21 |
| 14 | A.   I see it. | 17:21 |
| 15 | Q.   To the best of your knowledge, was that an | 17:22 |
| 16 | accurate statement for the entire period 1995 to 2004? | 17:22 |
| 17 | MR. RUSHING:  Objection to form.  Lacks | 17:22 |
| 18 | foundation. | 17:22 |
| 19 | MR. BIRKHAEUSER:  Objection.  Leading. | 17:22 |
| 20 | THE WITNESS:  It was accurate. | 17:22 |
| 21 | BY MR. CARTER: | 17:22 |
| 22 | Q.   Drawing your attention to Article 14 on that | 17:22 |
| 23 | same page, it reads:  "The export sales prices of and | 17:22 |
| 24 | market arrangements for the exported products of the | 17:22 |
| 25 | Branch should be subject to the leadership of CEIEC and | 17:22 |

Page 295

```
 1    be uniformly coordinated by CEIEC."                    17:22

 2            Do you see that?                               17:22

 3        A.   I see it.                                     17:22

 4        Q.   To the best of your knowledge, was that an    17:23

 5    accurate statement for the entire period 1995 to 2004? 17:23

 6            MR. RUSHING:  Objection to form.  Lacks        17:23

 7    foundation.                                            17:23

 8            THE WITNESS:  It was accurate.                 17:23

 9            MR. BIRKHAEUSER:  Objection.  Leading.         17:23

10    BY MR. CARTER:                                         17:23

11        Q.   In your time at Irico Group from 1991 to 2004, 17:23

12    are you aware of any instance in which someone at Irico 17:23

13    Group set the prices that Caihong Import-Export Company 17:24

14    charged for its exports?                               17:24

15            MR. RUSHING:  Objection to the form.  Lacks    17:24

16    foundation.                                            17:24

17            THE WITNESS:  I'm not aware of that, but I      17:24

18    think it was impossible for such an instance to have   17:24

19    taken place.                                           17:24

20            MR. RUSHING:  Objection.  Nonresponsive.       17:24

21    BY MR. CARTER:                                         17:24

22        Q.   Mr. Yan, based on this document and your      17:25

23    experience as a Chinese lawyer, would it be lawful for 17:25

24    Irico Group to be setting prices charged by Caihong    17:25

25    Import-Export Company?                                 17:25
```

                                                    Page 296

```
 1              MR. RUSHING:  Objection to the form.  Lacks        17:25

 2      foundation.                                                17:25

 3              MR. BIRKHAEUSER:  Objection.  Leading.             17:25

 4              MR. RUSHING:  Assumes facts.                       17:25

 5              THE WITNESS:  Of course, it would not be           17:26

 6      lawful because each one is its own independent legal       17:26

 7      person, legal representative, and each one has its         17:26

 8      respective decision-making system.  It's impossible for   17:26

 9      one entity to interfere with the operation and business   17:26

10      of another entity.                                         17:26

11      BY MR. CARTER:                                             17:26

12          Q.  Okay, you can set that document aside.            17:26

13              MR. CARTER:  Could I get the time on the          17:26

14      record from the videographer, please.                      17:26

15              THE VIDEOGRAPHER:  We are at six hours and 39      17:26

16      minutes.                                                   17:27

17              MR. CARTER:  Thank you.                            17:27

18              Mr. Yan, I'm going to mark one additional         17:27

19      exhibit for you to look at, if you'll give me just a       17:27

20      moment.                                                    17:27

21              THE WITNESS:  Okay.                                17:27

22              MR. CARTER:  I'm introducing what has been        17:27

23      marked as Exhibit 8615.  It bears the Bates stamp          17:27

24      IRC-CRT-00028800.                                          17:27

25              (Exhibit 8615 marked for identification.)         17:27
```

Page 297

```
 1   BY MR. CARTER:                                         17:27

 2       Q.   Would you please refresh your page and let me   17:27

 3   know when you see it.                                  17:27

 4            MR. RUSHING:  Is that 8615?                   17:28

 5            MR. CARTER:  That's right.                    17:28

 6            THE WITNESS:  I see it.                       17:28

 7   BY MR. CARTER:                                         17:28

 8       Q.   Mr. Yan, could you please review the page     17:28

 9   ending in 800, and the first paragraph of the page    17:28

10   ending in page 801 and let me know when you're done.  17:28

11       A.   Can you tell me again what paragraph you want  17:29

12   me to look at, what paragraphs?                       17:29

13       Q.   Sure.  The first page ending in 800 and then  17:29

14   the first paragraph on the very next page ending in 801. 17:29

15       A.   I finished reading it.                        17:30

16       Q.   Mr. Yan, what does this document appear to be?  17:30

17            MR. RUSHING:  Objection to the form.  Lacks   17:30

18   foundation.                                            17:30

19            THE WITNESS:  This document looks like it's   17:30

20   containing some issues related to the project regarding  17:30

21   the supervision and monitoring of security matters under  17:30

22   the Chinese bureau or administration of securities     17:31

23   affairs and it's directed to the branch in Shaanxi, and  17:31

24   this looks like this is Caihong or Irico's responses   17:31

25   after rectifications were made.                        17:31
```

Page 298

```
 1    BY MR. CARTER:                                        17:31

 2         Q.   What is the date of the response from Irico?   17:31

 3              I think you can find that on page 804.        17:31

 4         A.   Should be November 7th, 2005.                 17:32

 5         Q.   Turning back to the first page of the         17:32

 6    document, who is this -- strike that.                   17:32

 7              What is the title of the document appearing on 17:32

 8    the first page?                                         17:32

 9         A.   "Report on the response to verify the relevant 17:32

10    issues."                                                17:32

11         Q.   And who is this report addressed to?          17:32

12         A.   This report was addressed or submitted to the 17:33

13    state information committee or bureau under the state   17:33

14    council, which was the direct surprising agency above   17:33

15    us.                                                     17:33

16              MR. RUSHING:  Objection.  Lacks foundation.   17:33

17    BY MR. CARTER:                                          17:33

18         Q.   Is that the state-owned Assets Supervision and 17:33

19    Administration Commission of the State Council that     17:33

20    appears on the first line of the report.                17:33

21              MR. RUSHING:  Objection.  Lacks foundation.   17:33

22              THE WITNESS:  Yes.                            17:33

23    BY MR. CARTER:                                          17:33

24         Q.   Is that commission sometimes referred to as   17:34

25    SASAC?                                                  17:34
```

Page 299

1        A.   Yes.                                        17:34

2        Q.   Are you familiar with the role that SASAC   17:34

3    plays in supervising state-owned enterprises?       17:34

4             MR. RUSHING:  Objection to form.  Lacks     17:34

5    foundation.                                          17:34

6             THE WITNESS:  It's an agency that acts on   17:34

7    behalf of the country to fulfill the duties and      17:35

8    obligations of the people who pay for the asset and  17:35

9    funding.                                             17:35

10   BY MR. CARTER:                                        17:35

11       Q.   How do you know that?                        17:35

12       A.   That was a very clear position or job        17:35

13   description given to SASAC at the time of its formation  17:35

14   by the state council.                                17:35

15       Q.   And do you know when it was that SASAC was   17:35

16   formed by the state council?                         17:35

17       A.   I do not remember the exact time.           17:35

18       Q.   The paragraph at the bottom of page 800 reads:  17:36

19   "In accordance with the requirements of the 'Letter on

20   Verification of Relevant Issues' (Reform Letter (2005)

21   No. 168), we hereby submit to you the application

22   documents in conjunction with the application of the

23   China Securities Regulatory Commission Shaanxi

24   Supervision Bureau for the listing of Caihong Display

25   Device Co., Ltd., which is a listed company of our Group

                                              Page 300

```
 1    hereinafter referred to as 'Caihong Limited').  The

 2    details of the special verification are reported as

 3    follows."                                              17:36

 4         Do you see that?                                  17:36

 5         A.   I see it.                                    17:36

 6         Q.   Is the entity referred to as Caihong Limited  17:37

 7    in this report the same entity that we have been calling  17:37

 8    Irico Display in this deposition?                      17:37

 9         MR. RUSHING:  Objection to form.  Lacks           17:37

10    foundation.                                            17:37

11         MR. BIRKHAEUSER:  Objection.  Leading.            17:37

12         THE WITNESS:  Yes.                                17:38

13         And also, the full name of that entity is         17:38

14    listed in this paragraph before that abbreviated name.  17:38

15    It says "Irico Display Devices Co., Ltd."              17:38

16    BY MR. CARTER:                                         17:38

17         Q.   Turning to the top of the next page ending in  17:38

18    page 801.                                              17:38

19         A.   Okay.                                        17:38

20         Q.   It reads:  "Shaanxi Supervision Bureau of     17:38

21    China Securities Regulatory Commission conducted a     17:38

22    special verification of Caihong Limited from August 24  17:38

23    to September 25, 2005, and issued a Notice of          17:38

24    Rectification."                                        17:39

25         Do you see that?                                  17:39
```

```
 1        A.   I see it.                                    17:39

 2        Q.   Can you describe what the special verification  17:39

 3   conducted by the China Securities Regulatory Commission  17:39

 4   was?                                                  17:39

 5             MR. RUSHING:  Objection to form.  Leading.  17:39

 6             THE WITNESS:  It was a verification performed  17:39

 7   by the China Securities Regulatory Commission, according  17:39

 8   to the requirements on publicly traded companies.    17:40

 9             MR. BIRKHAEUSER:  Objection.  Foundation.   17:40

10   BY MR. CARTER:                                        17:40

11        Q.   After receiving -- strike that.             17:40

12             So the special verification, according to this  17:40

13   document, was of Irico Display, correct?             17:40

14        A.   Yes.                                         17:40

15             MR. RUSHING:  Objection.  Leading.  Lacks    17:40

16   foundation.                                           17:40

17   BY MR. CARTER:                                        17:40

18        Q.   On the previous page in red letters, do you  17:40

19   see where it says "Caihong Group Document"?           17:40

20        A.   I see it.                                    17:40

21        Q.   And then below that it says "Caihong Group   17:41

22   Office (2005) No. 190"?                               17:41

23             Do you see that?                            17:41

24        A.   Yes, I see it.                              17:41

25        Q.   Is the Caihong Group office the same office  17:41
```

Page 302

```
 1    that you worked in for a period of time?              17:41

 2        A.   Yes.                                          17:41

 3        Q.   Were you working there in 2005?               17:41

 4             MR. RUSHING:  Objection to the form.          17:41

 5             THE WITNESS:  I was not.                       17:41

 6    BY MR. CARTER:                                          17:41

 7        Q.   To the best of your knowledge, why would Irico  17:42

 8    Group be issuing a report regarding a special          17:42

 9    verification of Irico Display?                          17:42

10             MR. RUSHING:  Objection to form.  Lacks       17:42

11    foundation.                                             17:42

12             THE WITNESS:  If the securities council and   17:42

13    commission performed a special verification on Irico   17:43

14    Display and issues were found from the special         17:43

15    verification, Irico Group would deem it as a significant  17:43

16    event that needs to be reported to SASAC, according to 17:43

17    the requirements on Chinese enterprise -- state-owned  17:43

18    enterprises.  So in that event, it would report such a 17:43

19    significant event to SASAC in order to satisfy that    17:43

20    requirement.                                            17:43

21    BY MR. CARTER:                                          17:43

22        Q.   Mr. Yan, looking back at the top paragraph of 17:43

23    page 801 --                                             17:44

24        A.   Okay.                                          17:44

25        Q.   -- looking at the second sentence in that     17:44
```

Page 303

| | | |
|---|---|---|
| 1 | paragraph, reading "Immediately after the meeting, | 17:44 |
| 2 | Caihong Limited organized the directors, supervisors and | 17:44 |
| 3 | senior management of the company to conduct serious | 17:44 |
| 4 | research and discussion against the provisions and | 17:44 |
| 5 | requirements of," and then it lists several Chinese | 17:44 |
| 6 | laws. | 17:44 |
| 7 | Do you see that? | 17:44 |
| 8 | A.   I see it. | 17:44 |
| 9 | Q.   Would you expect this report to reflect the | 17:44 |
| 10 | conclusions of the directors, supervisors and senior | 17:45 |
| 11 | management of Irico Display who were described in that | 17:45 |
| 12 | sentence? | 17:45 |
| 13 | MR. RUSHING:  Objection to the form.  Lacks | 17:45 |
| 14 | foundation. | 17:45 |
| 15 | THE WITNESS:  I do not understand what this | 17:45 |
| 16 | question is asking. | 17:45 |
| 17 | BY MR. CARTER: | 17:45 |
| 18 | Q.   Is this report reporting on analysis done by | 17:46 |
| 19 | Irico regarding the issues raised in the special | 17:46 |
| 20 | verification? | 17:46 |
| 21 | MR. RUSHING:  Objection to form.  Lacks | 17:46 |
| 22 | foundation. | 17:46 |
| 23 | THE WITNESS:  Yes.  Also, it fully | 17:46 |
| 24 | demonstrated the issues that were researched upon and | 17:46 |
| 25 | discussed at that time. | 17:46 |

Page 304

| | | |
|---|---|---|
| 1 | BY MR. CARTER: | 17:46 |
| 2 | Q.   Would you turn to page ending in 803 and let | 17:46 |
| 3 | me know when you're there. | 17:47 |
| 4 | A.   I see it. | 17:47 |
| 5 | Q.   Do you see the header IV, "Issues of | 17:47 |
| 6 | inaccurate disclosure of connected transactions and | 17:47 |
| 7 | investment of allotment funds"? | 17:47 |
| 8 | A.   Yes. | 17:47 |
| 9 | MR. RUSHING:  What page is that on, please? | 17:47 |
| 10 | MR. CARTER:  803. | 17:47 |
| 11 | MR. RUSHING:  Okay, I see it. | 17:47 |
| 12 | MR. CARTER:  Okay. | 17:47 |
| 13 | BY MR. CARTER: | 17:47 |
| 14 | Q.   Right after that header, the report states: | 17:47 |
| 15 | "China Electronics Import & Export Caihong Company ('CEC | 17:47 |
| 16 | Caihong') is a subsidiary of China Electronics Import & | 17:48 |
| 17 | Export Corporation." | 17:48 |
| 18 | Do you see that? | 17:48 |
| 19 | A.   Yes. | 17:48 |
| 20 | Q.   To the best of your knowledge, was that an | 17:48 |
| 21 | accurate statement at the time this report was written | 17:48 |
| 22 | in 2005? | 17:48 |
| 23 | MR. RUSHING:  Objection to the form.  Lacks | 17:48 |
| 24 | foundation. | 17:48 |
| 25 | MR. BIRKHAEUSER:  Leading. | 17:48 |

Page 305

```
 1              THE WITNESS:  Yes, it was accurate.         17:48

 2   BY MR. CARTER:                                         17:48

 3      Q.   The report continues:  "The company's         17:48

 4   financial statements are included in the scope of     17:48

 5   consolidation by China National Electronics Import &  17:48

 6   Export Corporation, and the annual operating plan of  17:48

 7   financial accounts are arranged by China National     17:48

 8   Electronics Import & Export Corporation."             17:48

 9              Do you see that?                            17:49

10      A.   I see it.                                      17:49

11      Q.   To your knowledge, was that an accurate       17:49

12   statement at the time this report was written in 2005? 17:49

13              MR. RUSHING:  Objection to form.  Lacks     17:49

14   foundation.                                            17:49

15              MR. BIRKHAEUSER:  Objection.  Leading.      17:49

16              THE WITNESS:  It was accurate.              17:49

17   BY MR. CARTER:                                         17:49

18      Q.   Then the report continues:  "The principal    17:49

19   officers of the company are recommended by Caihong and 17:49

20   appointed and removed by China National Electronics    17:49

21   Import & Export Corporation so they are not considered 17:49

22   as related parties."                                   17:49

23              Do you see that?                            17:49

24      A.   I see it.                                      17:50

25      Q.   And was that an accurate statement at the time 17:50
```

Page 306

```
 1    this report was written, to the best of your knowledge,        17:50

 2    in 2005?                                                        17:50

 3            MR. RUSHING:  Objection to form.  Lacks                 17:50

 4    foundation.                                                     17:50

 5            MR. BIRKHAEUSER:  Objection.  Leading.                  17:50

 6            THE WITNESS:  It was accurate.                          17:50

 7    BY MR. CARTER:                                                  17:50

 8        Q.   That paragraph concludes with:  "At present,          17:50

 9    Caihong Limited has formally handled the procedures             17:50

10    related to import and export business in the first half        17:50

11    of 2005, from then on Caihong Limited's import and              17:50

12    export business is completed independently by itself."          17:50

13            Do you see that?                                        17:50

14        A.   I see it.                                              17:50

15        Q.   Is this related to the restructuring of               17:51

16    Irico's import and export business that happened that           17:51

17    you discussed regarding the IPO of Irico Electronics?           17:51

18            MR. RUSHING:  Objection to the form.  Lacks             17:51

19    foundation.                                                     17:51

20            MR. BIRKHAEUSER:  Objection.  Leading.                  17:51

21            THE WITNESS:  Yes.  Yes.                                17:51

22            MR. CARTER:  Could we get the time on the               17:51

23    record, please.                                                 17:52

24            THE VIDEOGRAPHER:  We are at seven hours and            17:52

25    seven minutes.                                                  17:52
```

Page 307

1              UNITED STATES DISTRICT COURT

2             NORTHERN DISTRICT OF CALIFORNIA

3                   OAKLAND DIVISION

4

5   IN RE: CATHODE RAY TUBE (CRT)  ) MASTER FILE NO.

    ANTITRUST LITIGATION           ) CV-07-5944 JST

6   _____)

                                    )

7   THIS DOCUMENT RELATES TO:       )

                                    )

8   ALL INDIRECT PURCHASER ACTIONS )

    ALL DIRECT PURCHASER ACTIONS    )

9                                   )

               DEFENDANTS.          )

10  _____)

11

12

13

14

15        VIDEOTAPED DEPOSITION OF YAN YUNLONG

16                   VOLUME III

17          THURSDAY, SEPTEMBER 29, 2022

18             MACAU S.A.R., CHINA

19

20

21

22   FILE NO.  SF 5436477

23

24   REPORTED BY  MARK McCLURE, CRR

25             CAL CSR 12203

                                        Page 308

```
 1    VIDEOTAPED DEPOSITION OF YAN YUNLONG, VOLUME III, TAKEN
 2    AT 8:04 A.M., CHINA STANDARD TIME, THURSDAY, SEPTEMBER
 3    29, 2022, MACAU S.A.R, CHINA, VIA VERITEXT REMOTE
 4    TECHNOLOGY, BEFORE MARK McCLURE, C.S.R. #12203,
 5    CERTIFIED SHORTHAND REPORTER IN AND FOR THE STATE OF
 6    CALIFORNIA.
 7
 8    APPEARANCES OF COUNSEL:
 9    FOR THE PLAINTIFFS, ALL INDIRECT PURCHASERS:
10              (APPEARING BY VIDEOCONFERENCE)
                TRUMP, ALIOTO, TRUMP & PRESCOTT
11              BY:  LAUREN CAPURRO, ESQ.
                120 HOLSTROM CIRCLE
12              NOVATO, CALIFORNIA 94947-2072
                415.860.5051
13              LAURENRUSSELL@TATP.COM
14              (APPEARING BY VIDEOCONFERENCE)
                BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER
15              BY:  DANIEL BIRKHAEUSER, ESQ.
                2125 OAK GROVE ROAD, SUITE 125
16              WALNUT CREEK, CALIFORNIA 94598-2534
                925.945.0200
17              DBIRKHAEUSER@BRAMSONPLUTZIK.COM
18
      FOR THE PLAINTIFFS, ALL DIRECT PURCHASERS:
19
                (APPEARING BY VIDEOCONFERENCE)
20              SAVERI & SAVERI
                BY:  RICK SAVERI, ESQ.
21              706 SANSOME STREET
                SAN FRANCISCO, CALIFORNIA 94111
22              415.217.6810
                RICK@SAVERI.COM
23
24
25
```

Page 309

```
 1    APPEARANCES OF COUNSEL:  CONTINUING
 2              (APPEARING BY VIDEOCONFERENCE)
              SAVERI & SAVERI
 3              BY:  DAVID HWU, ESQ.
              706 SANSOME STREET
 4              SAN FRANCISCO, CALIFORNIA 94111
              415.217.6810
 5              DHWU@SAVERI.COM
 6
      FOR THE PLAINTIFFS, ALL DIRECT PURCHASERS:
 7
                (APPEARING BY VIDEOCONFERENCE)
 8              SAVERI & SAVERI
              BY:  MATTHEW HEAPHY, ESQ.
 9              706 SANSOME STREET
              SAN FRANCISCO, CALIFORNIA 94111
10              415.217.6810
              MHEAPHY@SAVERI.COM
11
                (APPEARING BY VIDEOCONFERENCE)
12              SAVERI & SAVERI
              BY:  GEOFFREY C. RUSHING, ESQ.
13              706 SANSOME STREET
              SAN FRANCISCO, CALIFORNIA 94111
14              415.217.6810
              GRUSHING@SAVERI.COM
15
16    FOR THE DEFENDANTS, IRICO, AND THE WITNESS, YAN YUNLONG:
17              (APPEARING BY VIDEOCONFERENCE)
              BAKER BOTTS, LLP
18              BY:  THOMAS E. CARTER, ESQ.
              700 K STREET NW
19              WASHINGTON, DC 20001
              202.639.7909
20              TOM.CARTER@BAKERBOTTS.COM
21              (APPEARING BY VIDEOCONFERENCE)
              BAKER BOTTS, LLP
22              BY:  EVAN WERBEL, ESQ.
              700 K STREET NW
23              WASHINGTON, DC 20001
              202.639.1323
24              EVAN.WERBEL@BAKERBOTTS.COM
25
```

Page 310

```
 1   APPEARANCES OF COUNSEL:   CONTINUING
 2   FOR THE DEFENDANTS, IRICO, AND THE WITNESS, YAN YUNLONG:
 3             (APPEARING BY VIDEOCONFERENCE)
             NORTON ROSE FULBRIGHT U.S., LLP
 4             BY:  KAYLEE YANG, ESQ.
             555 CALIFORNIA STREET, SUITE 3300
 5             SAN FRANCISCO, CALIFORNIA 94104
             628.231.6827
 6             KAYLEE.YANG@NORTONROSEFULBRIGHT.COM
 7
 8
     ALSO PRESENT:
 9
             AMANDA LIN, MAIN INTERPRETER
10
             TERRY WEISS, VIDEOGRAPHER
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                    I N D E X

 2   WITNESS              EXAMINATION              PAGE

 3   YAN YUNLONG

 4                         BY MR. CARTER           315

 5                         BY MR. RUSHING          362

 6

 7

 8                    E X H I B I T S

 9   NUMBER               DESCRIPTION              PAGE

10   EXHIBIT 8616   NOTICE OF WITHDRAWAL AND       319

                    SUBSTITUTION OF COUNSEL;

11                  [PROPOSED] ORDER - 4 PAGES

12   EXHIBIT 8617   MINISTRY OF COMMERCE PEOPLE'S  359

                    REPUBLIC OF CHINA -

13                  ANTI-MONOPOLY LAW OF THE

                    PEOPLE'S REPUBLIC OF CHINA - 17

14                  PAGES

15   EXHIBIT 8618   REQUEST FOR INSTRUCTIONS ON    386

                    ADJUSTING THE ASSESSMENT

16                  OBJECTIVES FOR THE PERSON IN

                    CHARGE OF IRICO GROUP

17                  CORPORATION - IRI-CRT-00030226 -

                    IRI-CRT-00030232 - 15 PAGES

18

19

20                PREVIOUSLY MARKED EXHIBITS

21                     NUMBER     PAGE

22                      8550      338

23                      8551      351

24

25

                                        Page 312
```

```
 1              THE WITNESS:  Yes.                      08:25:41

 2   BY MR. CARTER:                                      08:25:41

 3      Q.   To your knowledge, was Mr. Su also concerned  08:25:44

 4   about the COVID-19 pandemic and required COVID-19   08:25:47

 5   quarantines for travel outside Mainland China?      08:25:51

 6              MR. RUSHING:  Objection to form.  Lacks  08:25:54

 7   foundation.                                          08:25:56

 8              MR. BIRKHAEUSER:  Objection.  Very, very  08:25:56

 9   leading.                                             08:25:57

10              THE WITNESS:  Yes, like me, I'm also very  08:26:24

11   concerned.                                           08:26:27

12   BY MR. CARTER:                                      08:26:27

13      Q.   Mr. Yan, going back to your work history, when  08:26:30

14   you were working in the Irico Group Enterprise      08:26:35

15   Management Department, did you have an understanding of  08:26:40

16   the corporate structure of Irico Group?             08:26:42

17              And by that, I mean the subsidiary and   08:26:45

18   affiliate companies that reported up to Irico Group.  08:26:48

19              MR. RUSHING:  Object to form.            08:26:51

20              THE WITNESS:  Yes.                       08:27:13

21   BY MR. CARTER:                                      08:27:13

22      Q.   Was it important for your job in the Irico  08:27:15

23   Group Enterprise Management Department to have a good  08:27:21

24   understanding of Irico Group's corporate structure?  08:27:22

25              MR. RUSHING:  Object to form.  Lacks     08:27:27
```

Page 324

```
 1   foundation.                                     08:27:30

 2          THE WITNESS:  Yes.                        08:27:46

 3   BY MR. CARTER:                                   08:27:46

 4      Q.   Hypothetically, if Caihong Import-Export 08:27:51

 5   Company was a wholly owned subsidiary of Irico Group 08:27:55

 6   during your time at the Enterprise Management    08:27:57

 7   Department, do you think you would have been aware of 08:27:59

 8   that?                                            08:28:01

 9          MR. RUSHING:  Object to form.  Lacks      08:28:05

10   foundation.                                      08:28:09

11          MR. BIRKHAEUSER:  Objection.  Incomplete  08:28:11

12   hypothetical.  Devoid of facts.                  08:28:14

13          THE WITNESS:  Of course, I would have known. 08:28:37

14   BY MR. CARTER:                                   08:28:49

15      Q.   Mr. Yan, do you recall testifying yesterday 08:28:49

16   that you were not aware of any ownership relationship 08:28:52

17   between Irico Group and Caihong Import-Export Company 08:28:56

18   during 1995 to 2007?                             08:29:00

19      A.   Yes.                                     08:29:03

20          MR. RUSHING:  Object to form.             08:29:21

21   BY MR. CARTER:                                   08:29:21

22      Q.   And do you recall testifying that CEIEC was 08:29:25

23   the 100 percent owner of Caihong Import-Export Company 08:29:34

24   during that same time period?                    08:29:39

25          MR. RUSHING:  Objection to form.          08:29:41
```

Page 325

```
 1              MR. BIRKHAEUSER:  Objection.  Leading.        08:29:42

 2              THE WITNESS:  Yes.                            08:29:54

 3    BY MR. CARTER:                                         08:29:54

 4       Q.   Did Irico Group take over ownership of Caihong 08:29:55

 5    Import-Export Company from CEIEC at some point in the  08:30:01

 6    future after 2007?                                     08:30:04

 7              MR. RUSHING:  Objection to form.  Lacks      08:30:07

 8    foundation.                                            08:30:09

 9    BY MR. CARTER:                                         08:30:09

10       Q.   I'm sorry, it should be been after 2007.  I   08:30:19

11    may have gotten cut off.                               08:30:23

12              MAIN INTERPRETER:  Counsel, would you like to 08:30:25

13    repeat the question?                                   08:30:26

14              MR. CARTER:  Sure, let me do that.           08:30:29

15              MAIN INTERPRETER:  Thank you.                08:30:31

16    BY MR. CARTER:                                         08:30:31

17       Q.   Did Irico Group take over ownership of Caihong 08:29:55

18    Import-Export Company at some point after 2007?        08:30:36

19              MR. RUSHING:  Object to form.  Lacks         08:30:59

20    foundation.                                            08:31:02

21              THE WITNESS:  I do not recall the time frame 08:31:18

22    clearly.                                               08:31:21

23    BY MR. CARTER:                                         08:31:21

24       Q.   Do you recall whether or not Irico Group did  08:31:23

25    take over ownership of Caihong Import-Export Company   08:31:25
```

Page 326

| | | |
|---|---|---|
| 1 | from CEIEC? | 08:31:28 |
| 2 | MR. RUSHING:  Object to form.  Lacks | 08:31:31 |
| 3 | foundation. | 08:31:35 |
| 4 | THE WITNESS:  I remember it was taken over, | 08:32:10 |
| 5 | but I do not recall clearly or exactly when that | 08:32:13 |
| 6 | happened, but I do remember it was at least after the | 08:32:18 |
| 7 | color picture tube business withdrew entirely from the | 08:32:23 |
| 8 | market. | 08:32:27 |
| 9 | BY MR. CARTER: | 08:32:27 |
| 10 | Q.   Do you have an understanding of why that | 08:32:32 |
| 11 | transfer from CEIEC to Irico Group took place? | 08:32:35 |
| 12 | MR. RUSHING:  Object to form.  Lacks | 08:32:51 |
| 13 | foundation. | 08:32:53 |
| 14 | THE WITNESS:  We stopped our business dealings | 08:33:51 |
| 15 | and transactions with Caihong Import-Export Company | 08:33:53 |
| 16 | after 2004, and since then its business in various | 08:33:58 |
| 17 | aspects has shrunk and it finally came to an end, and it | 08:34:04 |
| 18 | only had its assets remaining.  And its original | 08:34:10 |
| 19 | employees were very few, so they were hired by Irico | 08:34:15 |
| 20 | Group. | 08:34:23 |
| 21 | In that scenario, there was no need for the | 08:34:23 |
| 22 | company to continue to exist, and according to the | 08:34:26 |
| 23 | requirements of the country, Irico Group then took over | 08:34:32 |
| 24 | that company. | 08:34:35 |
| 25 | | 08:34:35 |

Page 327

```
1    BY MR. CARTER:                                    08:34:35

2        Q.   When you say "according to the requirements of  08:34:42

3    the country," what do you mean by that?          08:34:45

4             MR. RUSHING:  Object to form.  Lacks    08:34:53

5    foundation.                                       08:34:56

6             THE WITNESS:  At that time, that would be a  08:35:07

7    transformation process for the state owned assets, so  08:35:08

8    the transformation and the transfer took place according  08:35:13

9    to the regulation related to the state owned assets and  08:35:17

10   that was the requirement by SASAC.               08:35:28

11   BY MR. CARTER:                                    08:35:32

12       Q.   Mr. Yan, changing gears here a little bit.  08:35:49

13            To your knowledge, what role, if any, did the  08:35:51

14   Chinese government have in influencing CRT prices during  08:35:57

15   the period 1995 to 2007?                          08:36:01

16            MR. RUSHING:  Object to the form.  Lacks  08:36:05

17   foundation.  Vague as to time, in particular.    08:36:07

18            THE WITNESS:  Between the years of 1995 and  08:37:38

19   2007, China was in the process of transforming from  08:37:42

20   planned economy to market economy, and the       08:37:47

21   transformation was not yet fully completed, and China  08:37:50

22   was not able to entirely form the market economy and the  08:37:56

23   market economy environment, and there was not much  08:38:02

24   market competition at that time.                  08:38:05

25            In that scenario, it was unavoidable that the  08:38:07
```

Page 328