# EXHIBIT B



September 18, 2018

**Certification**

**Park IP Translations**

**TRANSLATOR'S DECLARATION:**

I, Xin Min Liu, hereby declare:

That I possess advanced knowledge of the Chinese and English languages. The attached Chinese into English translation has been translated by me and to the best of my knowledge and belief, it is a true and accurate translation of: China National Enterprise Credit Information Publicity Record - CNEIECC.

_____

Xin Min Liu

Project Number: BBLLP_1809_020

15 W. 37th Street 8th Floor
New York, NY 10018
212.581.8870
ParkIP.com

9/17/2018                                China National Enterprise Credit Information Publicity Record

| Homepage | Completion of enterprise information | Information publicity | Help | Navigation | Login            Registration

Enterprise credit information | List of those with abnormalities in operations | List of enterprises with serious illegal and dishonest acts

Please enter the name, unified social credit code or registration number of an enterprise

| China National Electronics Import & Export Caihong Co. Ltd. | In Operation | Send Report |
|---|---|---|
| Unified Social Credit Code: 91610000220532754N | | Share |
| Legal Representative: Zhang Junhua | | |
| Registration Authority: Shaanxi Province Administration of Industry and Commerce | | Print |
| State set up: March 21, 1985 | | |

| Basic information | Information on administrative permits | Information on administrative penalties | Information included on list of abnormalities in operations | Information included on list (blacklist) of enterprises with serious illegal and dishonest acts |
|---|---|---|---|---|

Business License Information

- Unified Social Credit Code: 91610000220532754N
- Enterprise Name: China National Electronics Import & Export Caihong Co. Ltd.
- Type: Limited Liability Company (non-natural person investment or holding company sole investment)
- Legal Representative: Zhang Junhua
- Registered Capital: 5.04300000 Million Yuan
- Date of Establishment: March 21, 1985
- Term of Operations from: March 21, 1985
- Term of Operations to:
- Registration Authority: Shaanxi Province Administration of Industry and Commerce
- Date approved: March 16, 2018
- Registration Status: In operation
- Domicile: 2nd Fl., Caihong Internal Guesthouse, Number 1, Caihong Road, Qindu District, Xianyang City, Shaanxi Province

- Business Scope: In-house operations and agency for the import and export of various types of commodities and technologies (excluding commodities and technologies subject to restrictions by the state or where operations by the company are prohibited); processing of imported materials or according to supplied samples, assembling of supplied parts, and engaging in compensation trade, intermediary trade, and approved barter trade; import and export of merchantable trade business and lease items; contracting for foreign trade; exhibitions; contracting for Sino-foreign joint ventures of this enterprise, cooperative production, three industries and one plus, storage, transportation and warehousing related to main business operations; maintenance services and information technology consulting, training and services; industrial and residential kinetic energy production and supplies, technical services and consulting; promotional services and technical consulting for new energy technologies; sales of computers, network equipment, network security products, software, computer parts, finished oils, liquors, foods and general merchandise; computer and network system integrations and software development services; property management and property lease; railroad cargo transportation and transportation agency services; general cargo transportation (excluding hazardous goods); logistics services (excluding hazardous goods); lodging and food and beverage services; cultural and recreational venues, meetings, performances and receptions; retail; processing and sale of fruits, vegetables and agricultural byproducts; cultivation and sale of seedlings and ornamental plants; purchase and sale of waste materials. (Business activities can only be conducted upon approval by competent authorities for items that require approval in accordance with law)

Shareholder and capital contribution information

| No. | Shareholder Name | Shareholder Type | Type of License/Permit | License/Permit No. | Details |
|---|---|---|---|---|---|
| 1 | IRICO Group Corporation | Legal person shareholder | Not subject to publicity | Not subject to publicity | |

A total of 1 item was found. A total of 1 page          | Homepage | Previous page | 1 | Next page | Last page |

Key personnel information                              A total of [illegible]

Follow

Subscribe

| Zhang Junhua Executive Director and General… | Zhang Heping Supervisor | Zhang Junhua Executive Director and General… |
|---|---|---|

Object

Return

Branch information

| Branch information temporarily unavailable |
|---|

Information publicity on "multiple permits in one"

Reminder: The following licenses and permits of the enterprise have been integrated into the business license of the enterprise through "multiple permits in one"

91/17/2018                                China National Enterprise Credit Information Publicity Record

| No. | Name of item recorded | Remarks |
|---|---|---|
| | No publicity information on multiple permits in one | |

A total of 0 items were found. A total of 0 pages    Homepage | Previous page | Next page | Last page

Liquidation information

| No liquidation information |
|---|

Information on changes

| No. | Change item | Before change | After change | Date of change |
|---|---|---|---|---|
| 21 | Change to Business scope | Export of products and technologies of this enterprise, import of raw materials and auxiliary materials, equipment and technologies required for production by this enterprise, three types of plans, commodities that have been approved… More | Export of products and technologies of this enterprise, import of raw materials and auxiliary materials, equipment and technologies required for production by this enterprise, three types of plans, commodities that have been approved… More | February 8, 2017 |
| 22 | Change to Business Scope | Business scope: Export of products and technologies of this enterprise, import of raw materials and auxiliary materials, equipment and technologies required for production by this enterprise, three types of plans, commodities that have been approved… More | Business scope: Export of products and technologies of this enterprise, import of raw materials and auxiliary materials, equipment and technologies required for production by this enterprise, three types of plans, commodities that have been approved… More | November 23, 2014 |
| 23 | Change to legal representative | Gao Rongguo | Huang Mingyan | November 23, 2014 |
| 24 | Recordation of investor (equity) | Amount of capital contribution from China National Electronics Import & Export Co.: 375; percentage: 100; nature of legal person: enterprise legal person | Name of enterprise: IRICO Group Corporation; amount of capital contribution: 375; percentage: 100; nature of legal person: enterprise legal person | May 8, 2014 |

A total of 24 items were found. A total of 5 pages    Homepage | Previous page | 1 | 2 | 3 | 4 | 5 | Next page | Last page

Information on registration of mortgages on movable properties

| No. | Registration no. | Date of registration | Registration authority | Amount of guaranteed debt | Date of publicity | Details |
|---|---|---|---|---|---|---|
| | | | No information on registration of mortgages on movable properties | | | |

A total of 0 items were found. A total of 0 pages    Homepage | Previous page | Next page | Last page

Registration information on pledged shares

| No. | Registration no. | Pledger | Permit/license no. | No. of shares pledged | Pledgee | Permit/license no. | Date of registration of setup of sheer pledge | Status | Date of publicity | Details |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | No registration information on pledged shares | | | | | | |

A total of 0 items were found. A total of 0 pages    Homepage | Previous page | Next page | Last page

Registration information on pledged intellectual property rights

| No. | Intellectual property right registration certificate no. | Name | Type | Name of pledger | Name of pledgee | Term of registration of pledge | Status | Date of publicity |
|---|---|---|---|---|---|---|---|---|
| | | | | No information on pledged intellectual property rights | | | | |

Follow

Subscribe

A total of 0 items were found. A total of 0 pages    Homepage | Previous page | Next page | Last page

Object

Trademark registration information

Return

| No trademark registration information |
|---|

Information on results of spot checks

91/17/2018 China National Enterprise Credit Information Publicity Record

| No. | Authority performing check | Type | Date | Result |
|---|---|---|---|---|

No information on results of spot checks

A total of 0 items were found. A total of 0 pages     Homepage   Previous page   Next page   Last page

Information on results of dual random spot checks

| No. | Spot check plan no. | Spot check plan name | Spot check task no. | Spot check task name | Type of spot check | Spot check authority | Date of completion of spot check | Result of spot check |
|---|---|---|---|---|---|---|---|---|

No information on results of dual random spot checks

A total of 0 items were found. A total of 0 pages     Homepage   Previous page   Next page   Last page

Information on judicial assistance

| No. | Person subject to enforcement | Amount of shares | Enforcement court | Enforcement notification document no. | Type | status | Details |
|---|---|---|---|---|---|---|

No information on judicial assistance

A total of 0 items were found. A total of 0 pages     Homepage   Previous page   Next page   Last page

The following information has been provided by the enterprise. The enterprise is responsible for the truthfulness and legitimacy of information submitted in this manner

Enterprise annual report information

| No. | Year submitted | Date of publicity | Details |
|---|---|---|---|
| 1 | 2017 annual report | April 15, 2018 | View |
| 2 | 2016 annual report | June 25, 2017 | View |
| 3 | 2015 annual report | May 15, 2016 | View |
| 4 | 2014 annual report | October 11, 2015 | View |
| 5 | 2013 annual report | September 29, 2015 | View |

Shareholder and capital contribution information

| Shareholder | Amount subscribed (10,000 yuan) | Amount actually paid in (10,000 yuan) | Itemization of subscriptions ||||| Itemization of actual pay-in |||
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Method of subscribed capital contribution | Amount of subscribed capital contribution (10,000 yuan) | Date of contribution of subscribed capital | Date of publicity | Method of actual pay-in | Amount of contribution actually paid in (10,000 yuan) | Date of contribution actually paid in | Date of publicity |

Information on equity changes

| No. | Shareholder | Percentage of equity before change | Percentage of equity after change | Date of share change | Publicity |
|---|---|---|---|---|---|

Information on administrative licensing

| No. | Licensing document no. | Title of licensing document | Valid from | Valid to | Licensing authority | Contents of licensing | Status |
|---|---|---|---|---|---|---|---|

| Follow |
|---|
| Subscribe |
| Object |
| Return |

Information on registration of pledges of intellectual property rights

91/17/2018                                China National Enterprise Credit Information Publicity Record

| No. | Intellectual property right registration certificate no. | Name | Type | Name of pledger | Name of pledgee | Term of registration of pledge | Status | Date of publicity | Follow |
|---|---|---|---|---|---|---|---|---|---|

Information on administrative penalties

| No. | Document no. of decision | Type of violation | Contents of administrative penalty | Name of decision-making authority | Date of penalty decision | Date of publicity | Remarks |
|---|---|---|---|---|---|---|---|

Information on publicity of summary revocation of enterprise

Information on group members

| No. | Group member name | Unified social credit code | Member type | Percentage of shares controlled by parent company |
|---|---|---|---|---|

Loading, please wait

-----------------------------------------------------------------------Click or scroll down to load more information-----------------------------------------------------------------------

Sponsored by: State Administration of Industry and Commerce of the People's Republic of China
Address: Number 8, Sanlihe Donglu, Xicheng District, Beijing    Postal code: 100820   Recordation number: Jing ICP Bei Number 16053442 – 1
Contact information on business consulting and technical support

| Follow |
|---|
| Subscribe |
| Object |
| Return |

| 首页 | 企业信息填报 | 信息公告 | 使用帮助 | 导航 | 登录 注册 |

*企业信用信息* ｜ 经营异常名录 ｜ 严重违法失信企业名单

请输入企业名称、统一社会信用代码或注册号

## 中国彩虹电子进出口有限公司　开业

**统一社会信用代码：** 91610000220532754N
**法定代表人：** 张君华
**登记机关：** 陕西省工商行政管理局
**成立日期：** 1985年03月21日

[发送报告]　[信息分享]　[信息打印]

**基础信息**　行政许可信息　行政处罚信息　列入经营异常名录信息　列入严重违法失信企业名单（黑名单）信息

### 营业执照信息

- 统一社会信用代码：91610000220532754N
- 类型：有限责任公司（非自然人投资或控股的法人独资）
- 注册资本：504.300000万
- 营业期限自：1985年03月21日
- 登记机关：陕西省工商行政管理局
- 登记状态：开业
- 住所：陕西省咸阳市秦都区彩虹路1号彩虹内招二楼
- 企业名称：中国彩虹电子进出口有限公司
- 法定代表人：张君华
- 成立日期：1985年03月21日
- 营业期限至：
- 核准日期：2018年03月16日
- 经营范围：自营和代理各类商品和技术的进出口业务（国家限定或禁止公司经营的商品和技术除外）；承办来料加工、来样加工、来件装配业务和补充贸易、转口贸易、经批准的易货贸易业务;经营时销贸易业务和租赁项目的进出口业务;承办对外贸易;展销;承办本企业中外合资、合作生产、三业一补、与主营业务有关的储运、仓储业务;维修服务及信息技术咨询、培训、服务；工业和居民动能生产及供应，技术服务和咨询；新能源技术推广服务及技术咨询；计算机、网络设备、网络安全产品、软件、计算机配件、成品油、酒类、食品、日用百货的销售；计算机及网络系统集成，软件开发服务；物业管理，物业租赁；铁路货物运输、运输代理服务；普通货物运输（危险品除外）；物流服务（不含危险品）；住宿和餐饮；文体场馆、会议及演出接待；零售；水果、蔬菜及农副产品的加工、销售；苗木花卉栽培与销售；废旧物资购销。（依法须经批准的项目，经相关部门批准后方可开展经营活动）

### 股东及出资信息

| 序号 | 股东名称 | 股东类型 | 证照/证件类型 | 证照/证件号码 | 详情 |
|---|---|---|---|---|---|
| 1 | 彩虹集团有限公司 | 法人股东 | 非公示项 | 非公示项 | |

共 查询到 1 条记录 共 1 页　　首页　上一页　1　下一页　末页

### 主要人员信息

| 张君华 执行董事兼总… | 张和平 监事 | 张君华 执行董事兼总… |

共计 3

[关注]　[订阅]　[异议]　[返回]

### 分支机构信息

暂无分支机构信息

### "多证合一"信息公示

提示：该企业下列证照事项通过"多证合一"已整合至该企业营业执照

| 序号 | 备案事项名称 | 备注 |
|---|---|---|
| | | 暂无多证合一公示信息 |

共 查询到 0 条记录 共 0 页　　首页　上一页　下一页　末页

## 清算信息

暂无清算信息

## 变更信息

| 序号 | 变更事项 | 变更前内容 | 变更后内容 | 变更日期 |
|---|---|---|---|---|
| 21 | 经营范围变更 | 本企业产品及技术的出口、本企业生产所需原辅材料、设备及技术的进口、经批准的三类计划，商品... 更多 | 本企业产品及技术的出口、本企业生产所需原辅材料、设备及技术的进口、经批准的三类计划，商品... 更多 | 2017年2月8日 |
| 22 | 经营范围变更 | 经营范围: 本企业产品及技术的出口、本企业生产所需原辅材料、设备及技术的进口、经批准的三... 更多 | 经营范围: 本企业产品及技术的出口、本企业生产所需原辅材料、设备及技术的进口、经批准的三... 更多 | 2014年11月23日 |
| 23 | 法定代表人变更 | 高荣国 | 黄明岩 | 2014年11月23日 |
| 24 | 投资人（股权）备案 | 中国电子进出口总公司 出资额: 375; 百分比: 100; 法人性质: 企业法人 | 企业名称: 彩虹集团公司; 出资额: 375; 百分比: 100; 法人性质: 企业法人 收起 | 2014年5月8日 |

共 查询到 24 条记录 共 5 页　　首页　上一页　1　2　3　4　5　下一页　末页

## 动产抵押登记信息

| 序号 | 登记编号 | 登记日期 | 登记机关 | 被担保债权数额 | 公示日期 | 详情 |
|---|---|---|---|---|---|---|
| | | | 暂无动产抵押登记信息 | | | |

共 查询到 0 条记录 共 0 页　　首页　上一页　下一页　末页

## 股权出质登记信息

| 序号 | 登记编号 | 出质人 | 证照/证件号码 | 出质股权数额 | 质权人 | 证照/证件号码 | 股权出质设立登记日期 | 状态 | 公示日期 | 详情 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 暂无股权出质登记信息 | | | | | | |

共 查询到 0 条记录 共 0 页　　首页　上一页　下一页　末页

## 知识产权出质登记信息

| 序号 | 知识产权登记证号 | 名称 | 种类 | 出质人名称 | 质权人名称 | 质权登记期限 | 状态 | 公示日期 |
|---|---|---|---|---|---|---|---|---|
| | | | 暂无知识产权出质登记信息 | | | | | |

共 查询到 0 条记录 共 0 页　　首页　上一页　下一页　末页

## 商标注册信息

暂无商标注册信息

## 抽查检查结果信息

关注　订阅　异议　返回

| 序号 | 检查实施机关 | 类型 | 日期 | 结果 |
|---|---|---|---|---|
| | | 暂无抽查检查结果信息 | | |

共 查询到 0 条记录 共 0 页　　首页　上一页　下一页　末页

## 双随机抽查结果信息

| 序号 | 抽查计划编号 | 抽查计划名称 | 抽查任务编号 | 抽查任务名称 | 抽查类型 | 抽查机关 | 抽查完成日期 | 抽查结果 |
|---|---|---|---|---|---|---|---|---|
| | | | 暂无双随机抽查结果信息 | | | | | |

共 查询到 0 条记录 共 0 页　　首页　上一页　下一页　末页

## 司法协助信息

| 序号 | 被执行人 | 股权数额 | 执行法院 | 执行通知书文号 | 类型\|状态 | 详情 |
|---|---|---|---|---|---|---|
| | | | 暂无司法协助信息 | | | |

共 查询到 0 条记录 共 0 页　　首页　上一页　下一页　末页

以下信息由该企业提供，企业对其报送信息的真实性、合法性负责

## 企业年报信息

| 序号 | 报送年度 | 公示日期 | 详情 |
|---|---|---|---|
| 1 | 2017年度报告 | 2018年4月15日 | 查看 |
| 2 | 2016年度报告 | 2017年6月25日 | 查看 |
| 3 | 2015年度报告 | 2016年5月15日 | 查看 |
| 4 | 2014年度报告 | 2015年10月11日 | 查看 |
| 5 | 2013年度报告 | 2015年9月29日 | 查看 |

## 股东及出资信息

| 股东 | 认缴额（万元） | 实缴额（万元） | 认缴明细 | | | | 实缴明细 | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 认缴出资方式 | 认缴出资金额（万元） | 认缴出资日期 | 公示日期 | 实缴出资方式 | 实缴出资额(万元) | 实缴出资日期 | 公示日期 |

## 股权变更信息

| 序号 | 股东 | 变更前股权比例 | 变更后股权比例 | 股权变更日期 | 公示 |
|---|---|---|---|---|---|

## 行政许可信息

| 序号 | 许可文件编号 | 许可文件名称 | 有效期自 | 有效期至 | 许可机关 | 许可内容 | 状态 |
|---|---|---|---|---|---|---|---|

## 知识产权出质登记信息

关注

订阅

异议

返回

| 序号 | 知识产权登记证号 | 名称 | 种类 | 出质人名称 | 质权人名称 | 质权登记期限 | 状态 | 公示日期 | 详情 |
|---|---|---|---|---|---|---|---|---|---|

行政处罚信息

| 序号 | 决定书文号 | 违法行为类型 | 行政处罚内容 | 决定机关名称 | 处罚决定日期 | 公示日期 | 备注 |
|---|---|---|---|---|---|---|---|

企业简易注销公告信息

集团成员信息

| 序号 | 成员名称 | 统一社会信用代码 | 成员类型 | 母公司控股比例 |
|---|---|---|---|---|

正在加载，请稍候

点击或下拉加载更多信息

主办单位：中华人民共和国国家工商行政管理总局
地址：北京市西城区三里河路八号　邮政编码：100820　备案号：京ICP备16053442号-1
业务咨询与技术支持联系方式

| 关注 |
| 订阅 |
| 异议 |
| 返回 |