1
2
3
4
5
6
7
8
9
10
11

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

12
13
14

IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION

Master File No. 07-cv-5944-JST

MDL No. 1917

15
16
17
18
19

This Document Relates to:

*ALL INDIRECT PURCHASER ACTIONS*

**[PROPOSED] ORDER GRANTING IRICO DEFENDANTS'** *MOTION IN LIMINE* **#4 TO PRECLUDE THE PARTIES FROM CONFLATING CNEIECC WITH ANY IRICO ENTITY**

20
21
22
23
24
25
26
27
28

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2  Before the Court is Defendants Irico Group Corp. ("Irico Group") and Irico Display Devices
3  Co., Ltd.'s ("Irico Display") Motion in Limine #6 to Preclude the Parties from Conflating CNEIECC
4  with any Irico Entity (ECF No. _____). Having considered all papers filed by the parties and being
5  fully informed in the premises,

6  IT IS HEREBY ORDERED THAT that the motion is GRANTED, and at trial Indirect
7  Purchaser Plaintiffs, Irico Group, and Irico Display shall be precluded from conflating China
8  National Electronics Import & Export Caihong Co. ("CNEIECC") with any Irico entity at trial,
9  including referring to CNEIECC as a subsidiary of any Irico entity, referring to or implying a
10 corporate affiliation between CNEIECC and any Irico entity, and from referring to CNEIECC sales
11 or employees as if they were Irico sales or employees.

12 **IT IS SO ORDERED.**

15 Dated: _____

   JON S. TIGAR
   United States District Judge

[PROPOSED] ORDER GRANTING IRICO DEFENDANTS' MOTION IN LIMINE #4
Master File No. 07-cv-05944-JST, MDL No. 1917
1