John M. Taladay *(pro hac vice)*
Evan J. Werbel *(pro hac vice)*
Thomas E. Carter *(pro hac vice)*
Andrew L. Lucarelli *(pro hac vice)*
BAKER BOTTS L.L.P.
700 K Street, N.W.
Washington, D.C. 20001
202.639.7700
202.639.7890 (fax)
Email: john.taladay@bakerbotts.com
          evan.werbel@bakerbotts.com
          tom.carter@bakerbotts.com
          drew.lucarelli@bakerbotts.com

*Attorneys for Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-CV-5944-JST |
| | MDL No. 1917 |
| This Document Relates to: *ALL INDIRECT PURCHASER ACTIONS* | **DECLARATION OF WYATT M. CARLOCK IN SUPPORT OF DEFENDANTS IRICO GROUP CORP. AND IRICO DISPLAY DEVICES CO., LTD.'S *MOTION IN LIMINE* #7 TO EXCLUDE EVIDENCE OR INFLAMMATORY LANGUAGE REGARDING THE GUILTY PLEA BY SAMSUNG SDI COMPANY, LTD.** |
| | Judge:     Honorable Jon S. Tigar |

I, Wyatt M. Carlock, declare as follows:

1.      I am a member of the bar of the District of Columbia and admitted to practice before this Court *pro hac vice*. I am an attorney with Baker Botts L.L.P., which represents Defendants Irico Group Corporation ("Irico Group") and Irico Display Devices Co., Ltd. ("Irico Display," collectively, "Irico" or the "Irico Defendants") in this action. I make this Declaration in support of Defendant Irico Group Corporation and Irico Display Devices Co., Ltd.'s Motion in Limine #7 to Exclude any Reference to the Guilty Plea Entered into by Samsung SDI Company, Ltd. If called as a witness, I could and would testify to the matters set forth in this declaration of my own personal knowledge.

2.      Attached hereto as Exhibit 1 is a true and correct copy of the Amended Plea Agreement entered into by Samsung SDI pursuant to Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure in U.S. v. Samsung SDI Company, Ltd., Case No. CR 11-0162 (WHA), ECF No. 29, dated March 15, 2011.

3.      Attached hereto as Exhibit 2 is a true and correct copy of excerpts from Samsung SDI Co., Ltd.'s Responses to Dell Plaintiffs' First Set of Requests for Admission, dated November 25, 2013.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 11th day of August, 2023, in Arlington, Virginia.

*/s/ Wyatt M. Carlock*

Wyatt M. Carlock (*pro hac vice*)
BAKER BOTTS L.L.P.
700 K Street, N.W.
Washington, D.C. 20001
202.639.7723
202.585.1023 (fax)
Email: wyatt.carlock@bakerbotts.com

*Attorney for Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.*