# __EXHIBIT 2__

1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
       A Limited Liability Partnership
2      Including Professional Corporations
   GARY L. HALLING, Cal. Bar No. 66087
3  JAMES L. MCGINNIS, Cal. Bar No. 95788
   MICHAEL SCARBOROUGH, Cal. Bar No. 203524
4  DYLAN I. BALLARD, Cal. Bar No. 253929
   Four Embarcadero Center, 17th Floor
5  San Francisco, California  94111-4109
   Telephone:    415-434-9100
6  Facsimile:    415-434-3947
   Email:        ghalling@sheppardmullin.com
7                jmcginnis@sheppardmullin.com
                 mscarborough@sheppardmullin.com
8                dballard@sheppardmullin.com

9
   Attorneys for Defendant
10 SAMSUNG SDI CO., LTD.

11

12                 UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14                    SAN FRANCISCO DIVISION

15

16 In Re:  CATHODE RAY TUBE (CRT)        Case No. 07-5944-SC
   ANTITRUST LITIGATION
17                                        MDL No. 1917

18 _____         Individual Case No. 3:13-cv-02171-SC

19 This Document Relates to:              **SAMSUNG SDI CO., LTD.'S**
                                          **RESPONSES TO DELL PLAINTIFFS'**
20 DELL INC. and DELL PRODUCTS L.P.,      **FIRST SET OF REQUESTS FOR**
                                          **ADMISSION**
      Plaintiffs,
21
   v.
22
   HITACHI, LTD., et al.,
23
      Defendants.
24

25 PROPOUNDING PARTIES:        DELL INC. and DELL PRODUCTS L.P.

26 RESPONDING PARTY:           SAMSUNG SDI CO., LTD.

27 SET NUMBER:                 One (1)

28

SAMSUNG SDI'S RESPONSES TO DELL'S
                                          FIRST SET OF REQUESTS FOR ADMISSION

1    to this request on the grounds that it is duplicative and unreasonably cumulative of other

2    discovery propounded and responded to in this multi-district litigation, in violation of

3    Section X.V., par. C-F, of the Court's April 3, 2012 Order re Discovery and Case

4    Management Protocol, and is therefore unduly burdensome and oppressive.

5    **REQUEST FOR ADMISSION NO. 22:**

6          Admit that officers and employees of Samsung SDI participated in a

7    conspiracy to fix prices of CDTs with at least one of the Irico Companies during the

8    Relevant Period.

9    **RESPONSE TO REQUEST FOR ADMISSION NO. 22:**

10          In addition to its General Objections and Objections to Certain Instructions

11   and Definitions, each of which is incorporated by this reference as though fully set forth

12   herein, SDI objects to this request on the grounds that it is vague and ambiguous, including

13   without limitation as to the term "participated in a conspiracy" as used in this request.  SDI

14   also objects to this request to the extent it seeks information in the possession, custody or

15   control of Plaintiffs, or that are equally or more readily available to Plaintiffs from other

16   defendants, third parties or otherwise.  SDI further objects to this request to the extent it

17   assumes disputed facts or legal conclusions, and/or to the extent it purports to require SDI

18   to draw legal conclusions, and SDI hereby denies any such disputed facts or legal

19   conclusions.  SDI also objects to this request on the grounds that it is overbroad and seeks

20   information that is neither relevant to any claims or defenses in this litigation nor

21   reasonably calculated to lead to the discovery of admissible evidence.

22          Subject to and without waiver of the foregoing objections, and based on

23   SDI's present knowledge following a reasonable and non-exhaustive search and inquiry,

24   SDI responds as follows:  Denied.

25   **REQUEST FOR ADMISSION NO. 23:**

26          Admit that officers and employees of Samsung SDI participated in a

27   conspiracy to reduce output of CDTs with at least one of the Irico Companies during the

28   Relevant Period.

SAMSUNG SDI'S RESPONSES TO DELL'S
FIRST SET OF REQUESTS FOR ADMISSION

**RESPONSE TO REQUEST FOR ADMISSION NO. 23:**

In addition to its General Objections and Objections to Certain Instructions and Definitions, each of which is incorporated by this reference as though fully set forth herein, SDI objects to this request on the grounds that it is vague and ambiguous, including without limitation as to the term "participated in a conspiracy" as used in this request.  SDI also objects to this request to the extent it seeks information in the possession, custody or control of Plaintiffs, or that are equally or more readily available to Plaintiffs from other defendants, third parties or otherwise.  SDI further objects to this request to the extent it assumes disputed facts or legal conclusions, and/or to the extent it purports to require SDI to draw legal conclusions, and SDI hereby denies any such disputed facts or legal conclusions.  SDI also objects to this request on the grounds that it is overbroad and seeks information that is neither relevant to any claims or defenses in this litigation nor reasonably calculated to lead to the discovery of admissible evidence.

Subject to and without waiver of the foregoing objections, and based on SDI's present knowledge following a reasonable and non-exhaustive search and inquiry, SDI responds as follows:  Denied.

**REQUEST FOR ADMISSION NO. 24:**

Admit that officers and employees of Samsung SDI participated in a conspiracy to allocate market shares of CDTs with at least one of the Irico Companies during the Relevant Period.

**RESPONSE TO REQUEST FOR ADMISSION NO. 24:**

In addition to its General Objections and Objections to Certain Instructions and Definitions, each of which is incorporated by this reference as though fully set forth herein, SDI objects to this request on the grounds that it is vague and ambiguous, including without limitation as to the term "participated in a conspiracy" as used in this request.  SDI also objects to this request to the extent it seeks information in the possession, custody or control of Plaintiffs, or that are equally or more readily available to Plaintiffs from other defendants, third parties or otherwise.  SDI further objects to this request to the extent it

-26-

assumes disputed facts or legal conclusions, and/or to the extent it purports to require SDI to draw legal conclusions, and SDI hereby denies any such disputed facts or legal conclusions.  SDI also objects to this request on the grounds that it is overbroad and seeks information that is neither relevant to any claims or defenses in this litigation nor reasonably calculated to lead to the discovery of admissible evidence.

Subject to and without waiver of the foregoing objections, and based on SDI's present knowledge following a reasonable and non-exhaustive search and inquiry, SDI responds as follows:  Denied.

**REQUEST FOR ADMISSION NO. 25:**

Admit that during discussions and meetings with at least one of the Irico Companies, officers and employees of Samsung SDI reached agreements to fix prices of CDTs during the Relevant Period.

**RESPONSE TO REQUEST FOR ADMISSION NO. 25:**

In addition to its General Objections and Objections to Certain Instructions and Definitions, each of which is incorporated by this reference as though fully set forth herein, SDI objects to this request on the grounds that it is vague and ambiguous, including without limitation as to the purportedly defined term "discussions and meetings" and the term "agreements" as used in this request.  SDI also objects to this request to the extent it seeks information in the possession, custody or control of Plaintiffs, or that are equally or more readily available to Plaintiffs from other defendants, third parties or otherwise.  SDI further objects to this request to the extent it assumes disputed facts or legal conclusions, and/or to the extent it purports to require SDI to draw legal conclusions, and SDI hereby denies any such disputed facts or legal conclusions.  SDI also objects to this request on the grounds that it is overbroad and seeks information that is neither relevant to any claims or defenses in this litigation nor reasonably calculated to lead to the discovery of admissible evidence.

1    Subject to and without waiver of the foregoing objections, and based on
2  SDI's present knowledge following a reasonable and non-exhaustive search and inquiry,
3  SDI responds as follows:  Denied.

4  **REQUEST FOR ADMISSION NO. 26:**

5    Admit that during discussions and meetings with at least one of the Irico
6  Companies, officers and employees of Samsung SDI reached agreements to reduce output
7  of CDTs during the Relevant Period.

8  **RESPONSE TO REQUEST FOR ADMISSION NO. 26:**

9    In addition to its General Objections and Objections to Certain Instructions
10  and Definitions, each of which is incorporated by this reference as though fully set forth
11  herein, SDI objects to this request on the grounds that it is vague and ambiguous, including
12  without limitation as to the purportedly defined term "discussions and meetings" and the
13  term "agreements" as used in this request.  SDI also objects to this request to the extent it
14  seeks information in the possession, custody or control of Plaintiffs, or that are equally or
15  more readily available to Plaintiffs from other defendants, third parties or otherwise.  SDI
16  further objects to this request to the extent it assumes disputed facts or legal conclusions,
17  and/or to the extent it purports to require SDI to draw legal conclusions, and SDI hereby
18  denies any such disputed facts or legal conclusions.  SDI also objects to this request on the
19  grounds that it is overbroad and seeks information that is neither relevant to any claims or
20  defenses in this litigation nor reasonably calculated to lead to the discovery of admissible
21  evidence.

22    Subject to and without waiver of the foregoing objections, and based on
23  SDI's present knowledge following a reasonable and non-exhaustive search and inquiry,
24  SDI responds as follows:  Denied.

25  **REQUEST FOR ADMISSION NO. 27:**

26    Admit that during discussions and meetings with at least one of the Irico
27  Companies, officers and employees of Samsung SDI reached agreements to allocate
28  market shares of CDTs during the Relevant Period.

-28-

**RESPONSE TO REQUEST FOR ADMISSION NO. 27:**

In addition to its General Objections and Objections to Certain Instructions and Definitions, each of which is incorporated by this reference as though fully set forth herein, SDI objects to this request on the grounds that it is vague and ambiguous, including without limitation as to the purportedly defined term "discussions and meetings" and the term "agreements" as used in this request.  SDI also objects to this request to the extent it seeks information in the possession, custody or control of Plaintiffs, or that are equally or more readily available to Plaintiffs from other defendants, third parties or otherwise.  SDI further objects to this request to the extent it assumes disputed facts or legal conclusions, and/or to the extent it purports to require SDI to draw legal conclusions, and SDI hereby denies any such disputed facts or legal conclusions.  SDI also objects to this request on the grounds that it is overbroad and seeks information that is neither relevant to any claims or defenses in this litigation nor reasonably calculated to lead to the discovery of admissible evidence.

Subject to and without waiver of the foregoing objections, and based on SDI's present knowledge following a reasonable and non-exhaustive search and inquiry, SDI responds as follows:  Denied.

**REQUEST FOR ADMISSION NO. 28:**

Admit that officers and employees of Samsung SDI engaged in discussions and attended meetings with representatives of at least one of the LG Companies during the Relevant Period.

**RESPONSE TO REQUEST FOR ADMISSION NO. 28:**

In addition to its General Objections and Objections to Certain Instructions and Definitions, each of which is incorporated by this reference as though fully set forth herein, SDI objects to this request on the grounds that it is vague and ambiguous, including without limitation as to the purportedly defined term "discussions and [] meetings" as used in this request.  SDI also objects to this request to the extent it seeks information in the possession, custody or control of Plaintiffs, or that are equally or more readily available to

1  **RESPONSE TO REQUEST FOR ADMISSION NO. 35:**

2          In addition to its General Objections and Objections to Certain Instructions

3  and Definitions, each of which is incorporated by this reference as though fully set forth

4  herein, SDI objects to this request on the grounds that it is vague and ambiguous, including

5  without limitation as to the purportedly defined term "discussions and meetings" and the

6  term "agreements" as used in this request.  SDI also objects to this request to the extent it

7  seeks information in the possession, custody or control of Plaintiffs, or that are equally or

8  more readily available to Plaintiffs from other defendants, third parties or otherwise.  SDI

9  further objects to this request to the extent it assumes disputed facts or legal conclusions,

10  and/or to the extent it purports to require SDI to draw legal conclusions, and SDI hereby

11  denies any such disputed facts or legal conclusions.  SDI also objects to this request on the

12  grounds that it is overbroad and seeks information that is neither relevant to any claims or

13  defenses in this litigation nor reasonably calculated to lead to the discovery of admissible

14  evidence.

15          Subject to and without waiver of the foregoing objections, and based on

16  SDI's present knowledge following a reasonable and non-exhaustive search and inquiry,

17  SDI responds as follows:  Denied.

18  **REQUEST FOR ADMISSION NO. 36:**

19          Admit that officers and employees of Samsung SDI engaged in discussions

20  and attended meetings with at least one of the Mitsubishi Companies during the Relevant

21  Period.

22  **RESPONSE TO REQUEST FOR ADMISSION NO. 36:**

23          In addition to its General Objections and Objections to Certain Instructions

24  and Definitions, each of which is incorporated by this reference as though fully set forth

25  herein, SDI objects to this request to the extent it seeks information in the possession,

26  custody or control of Plaintiffs, or that are equally or more readily available to Plaintiffs

27  from other defendants, third parties or otherwise.  SDI further objects to this request to the

28  extent it assumes disputed facts or legal conclusions, and/or to the extent it purports to

require SDI to draw legal conclusions, and SDI hereby denies any such disputed facts or legal conclusions.  SDI also objects to this request on the grounds that it is vague and ambiguous, overbroad, and seeks information that is neither relevant to any claims or defenses in this litigation nor reasonably calculated to lead to the discovery of admissible evidence.

Subject to and without waiver of the foregoing objections, and based on SDI's present knowledge following a reasonable and non-exhaustive search and inquiry, SDI responds as follows:  SDI admits that it engaged in discussions and attended meetings as described in its Plea Agreement with individuals who SDI understood to be representatives of at least one Mitsubishi entity.

**REQUEST FOR ADMISSION NO. 37:**

Admit that officers and employees of Samsung SDI exchanged CDT pricing information with at least one of the Mitsubishi Companies during the Relevant Period.

**RESPONSE TO REQUEST FOR ADMISSION NO. 37:**

In addition to its General Objections and Objections to Certain Instructions and Definitions, each of which is incorporated by this reference as though fully set forth herein, SDI objects to this request on the grounds that it is vague and ambiguous, including without limitation as to the term "pricing information" as used in this request.  SDI also objects to this request to the extent it seeks information in the possession, custody or control of Plaintiffs, or that are equally or more readily available to Plaintiffs from other defendants, third parties or otherwise.  SDI further objects to this request to the extent it assumes disputed facts or legal conclusions, and/or to the extent it purports to require SDI to draw legal conclusions, and SDI hereby denies any such disputed facts or legal conclusions.  SDI also objects to this request on the grounds that it is overbroad and seeks information that is neither relevant to any claims or defenses in this litigation nor reasonably calculated to lead to the discovery of admissible evidence.  SDI further objects to this request on the grounds that it is duplicative and unreasonably cumulative of other discovery propounded and responded to in this multi-district litigation, in violation of

-36-

Section X.V., par. C-F, of the Court's April 3, 2012 Order re Discovery and Case Management Protocol, and is therefore unduly burdensome and oppressive.

**REQUEST FOR ADMISSION NO. 38:**

Admit that officers and employees of Samsung SDI participated in a conspiracy to fix prices of CDTs with at least one of the Mitsubishi Companies during the Relevant Period.

**RESPONSE TO REQUEST FOR ADMISSION NO. 38:**

In addition to its General Objections and Objections to Certain Instructions and Definitions, each of which is incorporated by this reference as though fully set forth herein, SDI objects to this request to the extent it seeks information in the possession, custody or control of Plaintiffs, or that are equally or more readily available to Plaintiffs from other defendants, third parties or otherwise. SDI further objects to this request to the extent it assumes disputed facts or legal conclusions, and/or to the extent it purports to require SDI to draw legal conclusions, and SDI hereby denies any such disputed facts or legal conclusions. SDI also objects to this request on the grounds that it is vague and ambiguous, overbroad, and seeks information that is neither relevant to any claims or defenses in this litigation nor reasonably calculated to lead to the discovery of admissible evidence.

Subject to and without waiver of the foregoing objections, and based on SDI's present knowledge following a reasonable and non-exhaustive search and inquiry, SDI responds as follows: SDI admits that it participated in the CDT conspiracy described in its Plea Agreement with at least one Mitsubishi entity.

**REQUEST FOR ADMISSION NO. 39:**

Admit that officers and employees of Samsung SDI participated in a conspiracy to reduce output of CDTs with at least one of the Mitsubishi Companies during the Relevant Period.

SMRH:411862634.3
MDL No. 1917

1  **RESPONSE TO REQUEST FOR ADMISSION NO. 39:**

2              In addition to its General Objections and Objections to Certain Instructions

3  and Definitions, each of which is incorporated by this reference as though fully set forth

4  herein, SDI objects to this request to the extent it seeks information in the possession,

5  custody or control of Plaintiffs, or that are equally or more readily available to Plaintiffs

6  from other defendants, third parties or otherwise.  SDI further objects to this request to the

7  extent it assumes disputed facts or legal conclusions, and/or to the extent it purports to

8  require SDI to draw legal conclusions, and SDI hereby denies any such disputed facts or

9  legal conclusions.  SDI also objects to this request on the grounds that it is vague and

10 ambiguous, overbroad, and seeks information that is neither relevant to any claims or

11 defenses in this litigation nor reasonably calculated to lead to the discovery of admissible

12 evidence.

13             Subject to and without waiver of the foregoing objections, and based on

14 SDI's present knowledge following a reasonable and non-exhaustive search and inquiry,

15 SDI responds as follows:  SDI admits that it participated in the CDT conspiracy described

16 in its Plea Agreement with at least one Mitsubishi entity.

17 **REQUEST FOR ADMISSION NO. 40:**

18             Admit that officers and employees of Samsung SDI participated in a

19 conspiracy to allocate market shares of CDTs with at least one of the Mitsubishi

20 Companies during the Relevant Period.

21 **RESPONSE TO REQUEST FOR ADMISSION NO. 40:**

22             In addition to its General Objections and Objections to Certain Instructions

23 and Definitions, each of which is incorporated by this reference as though fully set forth

24 herein, SDI objects to this request to the extent it seeks information in the possession,

25 custody or control of Plaintiffs, or that are equally or more readily available to Plaintiffs

26 from other defendants, third parties or otherwise.  SDI further objects to this request to the

27 extent it assumes disputed facts or legal conclusions, and/or to the extent it purports to

28 require SDI to draw legal conclusions, and SDI hereby denies any such disputed facts or

-38-

1  legal conclusions.  SDI also objects to this request on the grounds that it is vague and

2  ambiguous, overbroad, and seeks information that is neither relevant to any claims or

3  defenses in this litigation nor reasonably calculated to lead to the discovery of admissible

4  evidence.

5      Subject to and without waiver of the foregoing objections, and based on

6  SDI's present knowledge following a reasonable and non-exhaustive search and inquiry,

7  SDI responds as follows:  SDI admits that it participated in the CDT conspiracy described

8  in its Plea Agreement with at least one Mitsubishi entity.

9  **REQUEST FOR ADMISSION NO. 41:**

10      Admit that during discussions and meetings with at least one of the

11  Mitsubishi Companies, officers and employees of Samsung SDI reached agreements to fix

12  prices of CDTs during the Relevant Period.

13  **RESPONSE TO REQUEST FOR ADMISSION NO. 41:**

14      In addition to its General Objections and Objections to Certain Instructions

15  and Definitions, each of which is incorporated by this reference as though fully set forth

16  herein, SDI objects to this request to the extent it seeks information in the possession,

17  custody or control of Plaintiffs, or that are equally or more readily available to Plaintiffs

18  from other defendants, third parties or otherwise.  SDI further objects to this request to the

19  extent it assumes disputed facts or legal conclusions, and/or to the extent it purports to

20  require SDI to draw legal conclusions, and SDI hereby denies any such disputed facts or

21  legal conclusions.  SDI also objects to this request on the grounds that it is vague and

22  ambiguous, overbroad, and seeks information that is neither relevant to any claims or

23  defenses in this litigation nor reasonably calculated to lead to the discovery of admissible

24  evidence.

25      Subject to and without waiver of the foregoing objections, and based on

26  SDI's present knowledge following a reasonable and non-exhaustive search and inquiry,

27  SDI responds as follows:  SDI admits that it participated in the CDT conspiracy described

28  in its Plea Agreement with at least one Mitsubishi entity.

-39-

1  **REQUEST FOR ADMISSION NO. 42:**

2          Admit that during discussions and meetings with at least one of the

3  Mitsubishi Companies, officers and employees of Samsung SDI reached agreements to

4  reduce output of CDTs during the Relevant Period.

5  **RESPONSE TO REQUEST FOR ADMISSION NO. 42:**

6          In addition to its General Objections and Objections to Certain Instructions

7  and Definitions, each of which is incorporated by this reference as though fully set forth

8  herein, SDI objects to this request to the extent it seeks information in the possession,

9  custody or control of Plaintiffs, or that are equally or more readily available to Plaintiffs

10  from other defendants, third parties or otherwise.  SDI further objects to this request to the

11  extent it assumes disputed facts or legal conclusions, and/or to the extent it purports to

12  require SDI to draw legal conclusions, and SDI hereby denies any such disputed facts or

13  legal conclusions.  SDI also objects to this request on the grounds that it is vague and

14  ambiguous, overbroad, and seeks information that is neither relevant to any claims or

15  defenses in this litigation nor reasonably calculated to lead to the discovery of admissible

16  evidence.

17          Subject to and without waiver of the foregoing objections, and based on

18  SDI's present knowledge following a reasonable and non-exhaustive search and inquiry,

19  SDI responds as follows:  SDI admits that it participated in the CDT conspiracy described

20  in its Plea Agreement with at least one Mitsubishi entity.

21  **REQUEST FOR ADMISSION NO. 43:**

22          Admit that during discussions and meetings with at least one of the

23  Mitsubishi Companies, officers and employees of Samsung SDI reached agreements to

24  allocate market shares of CDTs during the Relevant Period.

25  **RESPONSE TO REQUEST FOR ADMISSION NO. 43:**

26          In addition to its General Objections and Objections to Certain Instructions

27  and Definitions, each of which is incorporated by this reference as though fully set forth

28  herein, SDI objects to this request to the extent it seeks information in the possession,

-40-

custody or control of Plaintiffs, or that are equally or more readily available to Plaintiffs from other defendants, third parties or otherwise.  SDI further objects to this request to the extent it assumes disputed facts or legal conclusions, and/or to the extent it purports to require SDI to draw legal conclusions, and SDI hereby denies any such disputed facts or legal conclusions.  SDI also objects to this request on the grounds that it is vague and ambiguous, overbroad, and seeks information that is neither relevant to any claims or defenses in this litigation nor reasonably calculated to lead to the discovery of admissible evidence.

Subject to and without waiver of the foregoing objections, and based on SDI's present knowledge following a reasonable and non-exhaustive search and inquiry, SDI responds as follows:  SDI admits that it participated in the CDT conspiracy described in its Plea Agreement with at least one Mitsubishi entity.

**REQUEST FOR ADMISSION NO. 44:**

Admit that officers and employees of Samsung SDI engaged in discussions and attended meetings with at least one of the Philips Companies during the Relevant Period.

**RESPONSE TO REQUEST FOR ADMISSION NO. 44:**

In addition to its General Objections and Objections to Certain Instructions and Definitions, each of which is incorporated by this reference as though fully set forth herein, SDI objects to this request on the grounds that it is vague and ambiguous, including without limitation as to the purportedly defined term "discussions and [] meetings" as used in this request.  SDI also objects to this request to the extent it seeks information in the possession, custody or control of Plaintiffs, or that are equally or more readily available to Plaintiffs from other defendants, third parties or otherwise.  SDI further objects to this request to the extent it assumes disputed facts or legal conclusions, and/or to the extent it purports to require SDI to draw legal conclusions, and SDI hereby denies any such disputed facts or legal conclusions.  SDI also objects to this request on the grounds that it

-41-

SAMSUNG SDI'S RESPONSES TO DELL'S
FIRST SET OF REQUESTS FOR ADMISSION

herein, SDI objects to this request on the grounds that it is vague and ambiguous, including

without limitation as to the purportedly defined term "discussions and meetings" and the

term "agreements" as used in this request.  SDI also objects to this request to the extent it

seeks information in the possession, custody or control of Plaintiffs, or that are equally or

more readily available to Plaintiffs from other defendants, third parties or otherwise.  SDI

further objects to this request to the extent it assumes disputed facts or legal conclusions,

and/or to the extent it purports to require SDI to draw legal conclusions, and SDI hereby

denies any such disputed facts or legal conclusions.  SDI also objects to this request on the

grounds that it is overbroad and seeks information that is neither relevant to any claims or

defenses in this litigation nor reasonably calculated to lead to the discovery of admissible

evidence.

Subject to and without waiver of the foregoing objections, and based on

SDI's present knowledge following a reasonable and non-exhaustive search and inquiry,

SDI responds as follows:  Denied.

**REQUEST FOR ADMISSION NO. 68:**

Admit that officers and employees of Samsung SDI engaged in discussions

and attended meetings with at least one of the Chunghwa Companies during the Relevant

Period.

**RESPONSE TO REQUEST FOR ADMISSION NO. 68:**

In addition to its General Objections and Objections to Certain Instructions

and Definitions, each of which is incorporated by this reference as though fully set forth

herein, SDI objects to this request to the extent it seeks information in the possession,

custody or control of Plaintiffs, or that are equally or more readily available to Plaintiffs

from other defendants, third parties or otherwise.  SDI further objects to this request to the

extent it assumes disputed facts or legal conclusions, and/or to the extent it purports to

require SDI to draw legal conclusions, and SDI hereby denies any such disputed facts or

legal conclusions.  SDI also objects to this request on the grounds that it is vague and

ambiguous, overbroad, and seeks information that is neither relevant to any claims or

1  defenses in this litigation nor reasonably calculated to lead to the discovery of admissible

2  evidence.

3         Subject to and without waiver of the foregoing objections, and based on

4  SDI's present knowledge following a reasonable and non-exhaustive search and inquiry,

5  SDI responds as follows:  SDI admits that it engaged in discussions and attended meetings

6  as described in its Plea Agreement with individuals who SDI understood to be

7  representatives of at least one Chunghwa entity.

8  **REQUEST FOR ADMISSION NO. 69:**

9         Admit that officers and employees of Samsung SDI exchanged CDT pricing

10  information with at least one of the Chunghwa Companies during the Relevant Period.

11  **RESPONSE TO REQUEST FOR ADMISSION NO. 69:**

12         In addition to its General Objections and Objections to Certain Instructions

13  and Definitions, each of which is incorporated by this reference as though fully set forth

14  herein, SDI objects to this request on the grounds that it is vague and ambiguous, including

15  without limitation as to the term "pricing information" as used in this request.  SDI also

16  objects to this request to the extent it seeks information in the possession, custody or

17  control of Plaintiffs, or that are equally or more readily available to Plaintiffs from other

18  defendants, third parties or otherwise.  SDI further objects to this request to the extent it

19  assumes disputed facts or legal conclusions, and/or to the extent it purports to require SDI

20  to draw legal conclusions, and SDI hereby denies any such disputed facts or legal

21  conclusions.  SDI also objects to this request on the grounds that it is overbroad and seeks

22  information that is neither relevant to any claims or defenses in this litigation nor

23  reasonably calculated to lead to the discovery of admissible evidence.  SDI further objects

24  to this request on the grounds that it is duplicative and unreasonably cumulative of other

25  discovery propounded and responded to in this multi-district litigation, in violation of

26  Section X.V., par. C-F, of the Court's April 3, 2012 Order re Discovery and Case

27  Management Protocol, and is therefore unduly burdensome and oppressive.

28

SMRH:411862634.3
MDL No. 1917

SAMSUNG SDI'S RESPONSES TO DELL'S
FIRST SET OF REQUESTS FOR ADMISSION

1   **REQUEST FOR ADMISSION NO. 70:**

2            Admit that during discussions and meetings with at least one of the

3   Chunghwa Companies, officers and employees of Samsung SDI reached agreements to fix

4   prices of CDTs during the Relevant Period.

5   **RESPONSE TO REQUEST FOR ADMISSION NO. 70:**

6            In addition to its General Objections and Objections to Certain Instructions

7   and Definitions, each of which is incorporated by this reference as though fully set forth

8   herein, SDI objects to this request to the extent it seeks information in the possession,

9   custody or control of Plaintiffs, or that are equally or more readily available to Plaintiffs

10  from other defendants, third parties or otherwise.  SDI further objects to this request to the

11  extent it assumes disputed facts or legal conclusions, and/or to the extent it purports to

12  require SDI to draw legal conclusions, and SDI hereby denies any such disputed facts or

13  legal conclusions.  SDI also objects to this request on the grounds that it is vague and

14  ambiguous, overbroad, and seeks information that is neither relevant to any claims or

15  defenses in this litigation nor reasonably calculated to lead to the discovery of admissible

16  evidence.

17           Subject to and without waiver of the foregoing objections, and based on

18  SDI's present knowledge following a reasonable and non-exhaustive search and inquiry,

19  SDI responds as follows:  SDI admits that it participated in the CDT conspiracy described

20  in its Plea Agreement with at least one Chunghwa entity.

21  **REQUEST FOR ADMISSION NO. 71:**

22           Admit that during discussions and meetings with at least one of the

23  Chunghwa Companies, officers and employees of Samsung SDI reached agreements to

24  reduce output of CDTs during the Relevant Period.

25  **RESPONSE TO REQUEST FOR ADMISSION NO. 71:**

26           In addition to its General Objections and Objections to Certain Instructions

27  and Definitions, each of which is incorporated by this reference as though fully set forth

28  herein, SDI objects to this request to the extent it seeks information in the possession,

-61-

1 custody or control of Plaintiffs, or that are equally or more readily available to Plaintiffs

2 from other defendants, third parties or otherwise.  SDI further objects to this request to the

3 extent it assumes disputed facts or legal conclusions, and/or to the extent it purports to

4 require SDI to draw legal conclusions, and SDI hereby denies any such disputed facts or

5 legal conclusions.  SDI also objects to this request on the grounds that it is vague and

6 ambiguous, overbroad, and seeks information that is neither relevant to any claims or

7 defenses in this litigation nor reasonably calculated to lead to the discovery of admissible

8 evidence.

9      Subject to and without waiver of the foregoing objections, and based on

10 SDI's present knowledge following a reasonable and non-exhaustive search and inquiry,

11 SDI responds as follows:  SDI admits that it participated in the CDT conspiracy described

12 in its Plea Agreement with at least one Chunghwa entity.

13 **REQUEST FOR ADMISSION NO. 72:**

14      Admit that during discussions and meetings with at least one of the

15 Chunghwa Companies, officers and employees of Samsung SDI reached agreements to

16 allocate market shares of CDTs during the Relevant Period.

17 **RESPONSE TO REQUEST FOR ADMISSION NO. 72:**

18      In addition to its General Objections and Objections to Certain Instructions

19 and Definitions, each of which is incorporated by this reference as though fully set forth

20 herein, SDI objects to this request to the extent it seeks information in the possession,

21 custody or control of Plaintiffs, or that are equally or more readily available to Plaintiffs

22 from other defendants, third parties or otherwise.  SDI further objects to this request to the

23 extent it assumes disputed facts or legal conclusions, and/or to the extent it purports to

24 require SDI to draw legal conclusions, and SDI hereby denies any such disputed facts or

25 legal conclusions.  SDI also objects to this request on the grounds that it is vague and

26 ambiguous, overbroad, and seeks information that is neither relevant to any claims or

27 defenses in this litigation nor reasonably calculated to lead to the discovery of admissible

28 evidence.

SMRH:411862634.3
MDL No. 1917

SAMSUNG SDI'S RESPONSES TO DELL'S
FIRST SET OF REQUESTS FOR ADMISSION

1   Subject to and without waiver of the foregoing objections, and based on

2   SDI's present knowledge following a reasonable and non-exhaustive search and inquiry,

3   SDI responds as follows:  SDI admits that it participated in the CDT conspiracy described

4   in its Plea Agreement with at least one Chunghwa entity.

5   **REQUEST FOR ADMISSION NO. 73:**

6   Admit that officers and employees of Samsung SDI participated in a

7   conspiracy to fix prices of CDTs with at least one of the Chunghwa Companies during the

8   Relevant Period.

9   **RESPONSE TO REQUEST FOR ADMISSION NO. 73:**

10   In addition to its General Objections and Objections to Certain Instructions

11   and Definitions, each of which is incorporated by this reference as though fully set forth

12   herein, SDI objects to this request to the extent it seeks information in the possession,

13   custody or control of Plaintiffs, or that are equally or more readily available to Plaintiffs

14   from other defendants, third parties or otherwise.  SDI further objects to this request to the

15   extent it assumes disputed facts or legal conclusions, and/or to the extent it purports to

16   require SDI to draw legal conclusions, and SDI hereby denies any such disputed facts or

17   legal conclusions.  SDI also objects to this request on the grounds that it is vague and

18   ambiguous, overbroad, and seeks information that is neither relevant to any claims or

19   defenses in this litigation nor reasonably calculated to lead to the discovery of admissible

20   evidence.

21   Subject to and without waiver of the foregoing objections, and based on

22   SDI's present knowledge following a reasonable and non-exhaustive search and inquiry,

23   SDI responds as follows:  SDI admits that it participated in the CDT conspiracy described

24   in its Plea Agreement with at least one Chunghwa entity.

25   **REQUEST FOR ADMISSION NO. 74:**

26   Admit that officers and employees of Samsung SDI participated in a

27   conspiracy to reduce output of CDTs with at least one of the Chunghwa Companies during

28   the Relevant Period.

-63-

1  **RESPONSE TO REQUEST FOR ADMISSION NO. 74:**

2           In addition to its General Objections and Objections to Certain Instructions

3  and Definitions, each of which is incorporated by this reference as though fully set forth

4  herein, SDI objects to this request to the extent it seeks information in the possession,

5  custody or control of Plaintiffs, or that are equally or more readily available to Plaintiffs

6  from other defendants, third parties or otherwise.  SDI further objects to this request to the

7  extent it assumes disputed facts or legal conclusions, and/or to the extent it purports to

8  require SDI to draw legal conclusions, and SDI hereby denies any such disputed facts or

9  legal conclusions.  SDI also objects to this request on the grounds that it is vague and

10  ambiguous, overbroad, and seeks information that is neither relevant to any claims or

11  defenses in this litigation nor reasonably calculated to lead to the discovery of admissible

12  evidence.

13           Subject to and without waiver of the foregoing objections, and based on

14  SDI's present knowledge following a reasonable and non-exhaustive search and inquiry,

15  SDI responds as follows:  SDI admits that it participated in the CDT conspiracy described

16  in its Plea Agreement with at least one Chunghwa entity.

17  **REQUEST FOR ADMISSION NO. 75:**

18           Admit that officers and employees of Samsung SDI participated in a

19  conspiracy to allocate market shares of CDTs with at least one of the Chunghwa

20  Companies during the Relevant Period.

21  **RESPONSE TO REQUEST FOR ADMISSION NO. 75:**

22           In addition to its General Objections and Objections to Certain Instructions

23  and Definitions, each of which is incorporated by this reference as though fully set forth

24  herein, SDI objects to this request to the extent it seeks information in the possession,

25  custody or control of Plaintiffs, or that are equally or more readily available to Plaintiffs

26  from other defendants, third parties or otherwise.  SDI further objects to this request to the

27  extent it assumes disputed facts or legal conclusions, and/or to the extent it purports to

28  require SDI to draw legal conclusions, and SDI hereby denies any such disputed facts or

1  legal conclusions.  SDI also objects to this request on the grounds that it is vague and
2  ambiguous, overbroad, and seeks information that is neither relevant to any claims or
3  defenses in this litigation nor reasonably calculated to lead to the discovery of admissible
4  evidence.

5        Subject to and without waiver of the foregoing objections, and based on
6  SDI's present knowledge following a reasonable and non-exhaustive search and inquiry,
7  SDI responds as follows:  SDI admits that it participated in the CDT conspiracy described
8  in its Plea Agreement with at least one Chunghwa entity.

9  **REQUEST FOR ADMISSION NO. 76:**

10       Admit that officers and employees of Samsung SDI engaged in discussions
11  and attended meetings with at least one of the Orion Companies during the Relevant
12  Period.

13  **RESPONSE TO REQUEST FOR ADMISSION NO. 76:**

14       In addition to its General Objections and Objections to Certain Instructions
15  and Definitions, each of which is incorporated by this reference as though fully set forth
16  herein, SDI objects to this request on the grounds that it is vague and ambiguous, including
17  without limitation as to the purportedly defined term "discussions and [] meetings" as used
18  in this request.  SDI also objects to this request to the extent it seeks information in the
19  possession, custody or control of Plaintiffs, or that are equally or more readily available to
20  Plaintiffs from other defendants, third parties or otherwise.  SDI further objects to this
21  request to the extent it assumes disputed facts or legal conclusions, and/or to the extent it
22  purports to require SDI to draw legal conclusions, and SDI hereby denies any such
23  disputed facts or legal conclusions.  SDI also objects to this request on the grounds that it
24  is overbroad and seeks information that is neither relevant to any claims or defenses in this
25  litigation nor reasonably calculated to lead to the discovery of admissible evidence.

26       Subject to and without waiver of the foregoing objections, and based on
27  SDI's present knowledge following a reasonable and non-exhaustive search and inquiry,
28  SDI responds as follows:  Denied.

-65-