# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-cv-5944-JST<br><br>MDL No. 1917 |
| This Document Relates to:<br><br>*ALL INDIRECT PURCHASER ACTIONS* | **[PROPOSED] ORDER GRANTING IRICO DEFENDANTS'** *MOTION IN LIMINE* **#7 TO EXCLUDE EVIDENCE OR INFLAMMATORY LANGUAGE REGARDING THE GUILTY PLEA BY SAMSUNG SDI COMPANY, LTD.** |

1    TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2        Before the Court is Defendants Irico Group Corp. ("Irico Group") and Irico Display Devices

3    Co., Ltd.'s ("Irico Display") Motion in Limine #7 to Preclude Reference to Samsung SDI Co., Ltd.'s

4    Guilty Plea or Use of any Inflammatory Rhetoric (ECF No. _____). Having considered all papers

5    filed by the parties and being fully informed in the premises,

6        IT IS HEREBY ORDERED THAT that the motion is GRANTED, and the Court shall

7    exclude any evidence or inflammatory language regarding the guilty plea by Defendant Samsung

8    SDI Company, Ltd. ("SDI") related to color display tubes ("CDTs").

9

10   **IT IS SO ORDERED.**

11

12

13

14   Dated: _____        _____
                                      JON S. TIGAR
15                                    United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING IRICO DEFENDANTS' MOTION IN LIMINE #7
Master File No. 07-cv-05944-JST, MDL No. 1917
1