# **<u>EXHIBIT 1</u>**



City of New York, State of New York, County of New York

I, Dan McCourt, hereby certify that the document "**IRI-CRT-00005996**" is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English.

_[signature]_
Dan McCourt

Sworn to before me this
September 23, 2022

_[signature]_
Signature, Notary Public


Stamp, Notary Public

**Exhibit 8602**
9/26/2022
Yan Yunlong
LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
1250 BROADWAY, 6TH FLOOR, NEW YORK, NY 10001  |  T 212.689.5555  |  F 212.689.1059  |  WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

A LETTER TO KIRTIKUMAR MEHTA of EU      Page 1      11/3/2008 – 11 – 3

> European Commission
> DG Competition
> COMP GREFFE Antitrust
> J70-4/136
> B-1049 Brussels

Subject: Case number 39605 – Glass

Dear Mr./Ms. Kirtikumar MEHTA:

On October 9, 2008, we received a letter from you on behalf of the European Commission that hopes that we respond to a questionnaire regarding an investigation that the Commission is conducting on the "anti-competition" practices of the glass bulbs (glass bulbs) used for cathode ray tubes (CRTs)/color picture tubes (CPTs)/cathode display tubes (CDTs) in the European Union/European Economic Area (EU/EEA).

Regarding Irico Group Corporation being listed as a target of the aforementioned "anti-competition" investigation, we extremely do not understand, and we express strong objection. All the glass bulbs produced by Irico Group Corporation were and are used for internal matching use. So far, products of glass bulbs (glass bulbs) have never been sold to countries and areas in the range of EU/EEA. Therefore, any "anti-competition" practices in the areas of EU/EEA are entirely meaningless to Irico Group Corporation.

We are very much willing to cooperate with and support the investigation that the European Commission is conducting. However, it is very unfair to us if we consume vast amounts of time and energy to respond to the entirely groundless accusations. Please excuse us that we cannot comply with your wishes!

> Sincerely,
>
> Xing Daoqin
>
> Irico Group Corporation   General Manager [Signature:] - Xing Daoqin

Confidential                                                                 IRI-CRT-00005996E
                                                                             Translation

European Commission
DG Competition
COMP GREFFE Antitrust
J70-4/136
B-1049 Brussels

主题：档案号 39605－玻璃

尊敬的 Kirtikumar MEHTA 先生/女士：

2008 年 10 月 9 日收到您代表欧共体委员会发来的信函，希望我们答复该委员会正在调查的阴极射线管（CRTs）/彩色显像管（CPTs）/阴极显示管（CDTs）用玻壳（glass bulbs）在欧洲联盟/欧洲经济区（EU/EEA）"反竞争"行为的问卷。

对于将彩虹集团公司列为上述"反竞争"调查的对象，我们非常的不理解，并表示强烈的反对。彩虹集团公司生产的玻壳全部用于内部配套使用，截至目前，从来没有任何玻壳（glass bulbs）产品销售到 EU/EEA 范围内的国家和地区。因此，任何在 EU/EEA 地区的"反竞争"行为对于彩虹集团公司而言都毫无意义。

我们非常愿意配合和支持欧共体委员会目前正在进行的调查。但是，如果耗费大量的时间和精力去应对毫无根据的指控，对我们而言，非常的不公平。请恕我们不能从命！

谨致

邢道钦
彩虹集团公司 总经理

Confidential

IRI-CRT-00005996