# **<u>EXHIBIT 2</u>**



City of New York, State of New York, County of New York

I, Dan McCourt, hereby certify that the document "**IRI-CRT-00005995**" is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English.

_____
Dan McCourt

Sworn to before me this
September 23, 2022

_____
Signature, Notary Public

_____
Stamp, Notary Public

**Exhibit 8603**
9/26/2022
Yan Yunlong

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
1250 BROADWAY, 6TH FLOOR, NEW YORK, NY 10001 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

| | |
|---|---|
| From: | yan [yanyunlong@ch.com.cn] |
| Sent: | 11/13/2008 1:46:39 AM |
| To: | christian.roques@ec.europa.eu |
| Subject: | Regarding Case39605/Glass |

Regarding Case 39605/Glass

Dear Mr./Ms. Kirtikumar MEHTA:

The attached is a letter to you from the president of Irico group corporation, DAOQIN XING. Please kindly check it. If you have any questions, please contact me.

YAN Yunlong

Irico group corporation
Tel: 86-29-3333 2355
Fax: 86-29-3333 3852
----------------------------------------------------------------

This email (including any attachments) may contain information that is private, confidential, or protected by our company or other privilege. If you received this email in error, please delete it from your system without copying it and notify sender by reply e-mail so that our records can be corrected.

Confidential                                                                                   IRI-CRT-00005995E
                                                                                                       Translation

**From**: yan [yanyunlong@ch.com.cn]
**Sent**: 11/13/2008 1:46:39 AM
**To**: christian.roques@ec.europa.eu
**Subject**: 关于Case39605/Glass

关于Case39605/Glass

尊敬的 KirtikumarMEHTA 先生/女士：

附件是彩虹集团公司总裁邢道钦（DAOQIN XING)先生给您的函件，请查收。如有任何问题请和我联系。

闫云龙

彩虹集团公司
Irico group corporation
Tel:86-29-3333 2355
Fax:86-29-3333 3852
———————————————————————————————
This E-mail (including any attachments) may contain information that is private, confidential, or protected by our company or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.

Confidential                                                                                                                IRI-CRT-00005995