| 1 | |
|---|---|
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-cv-5944-JST  MDL No. 1917 |
| This Document Relates to: *ALL INDIRECT PURCHASER ACTIONS* | **[PROPOSED] ORDER GRANTING IRICO DEFENDANTS'** *MOTION IN LIMINE* **#8 TO EXCLUDE INVESTIGATIONS BY FOREIGN AUTHORITIES INTO CRT INDUSTRY** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Before the Court is Defendants Irico Group Corp. ("Irico Group") and Irico Display Devices Co., Ltd.'s ("Irico Display") Motion in Limine #8 to Preclude Reference to Antitrust Investigations of the CRT Industry by Foreign Governments (ECF No. _____). Having considered all papers filed by the parties and being fully informed in the premises,

IT IS HEREBY ORDERED THAT that the motion is GRANTED, and the Court shall exclude all evidence and reference at trial to foreign investigations into the cathode ray tube ("CRT") industry

**IT IS SO ORDERED.**

Dated: _____

JON S. TIGAR
United States District Judge