# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-cv-5944-JST<br><br>MDL No. 1917 |
| This Document Relates to:<br><br>*ALL INDIRECT PURCHASER ACTIONS* | **[PROPOSED] ORDER GRANTING IRICO DEFENDANTS'** *MOTION IN LIMINE* **#9 TO ESTABLISH PROCESS FOR REVIEW OF ALLEGED CO-CONSPIRATOR STATEMENTS** |

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2  Before the Court is Defendants Irico Group Corp. ("Irico Group") and Irico Display Devices
3  Co., Ltd.'s ("Irico Display") Motion in Limine #9 to Compel Parties to Follow the Protocol
4  Previously Set by the Court for Documents Sought to Be Admitted Under the Co-Conspirator
5  Exception to the Hearsay Rule (ECF No. _____). Having considered all papers filed by the parties
6  and being fully informed in the premises,

7  IT IS HEREBY ORDERED THAT that the motion is GRANTED, and that the Court will
8  follow the process previously outlined by this Court, *see* Order, In Re: Cathode Ray Tube (CRT)
9  Antitrust Litig., C-07-5944 JST (ECF No. 4892) at 3-4 (N.D. Cal. Oct. 26, 2016), to determine
10 whether certain documents that might be offered by Indirect Purchaser Plaintiffs qualify as non-
11 hearsay co-conspirator statements.

12 **IT IS SO ORDERED.**

15 Dated: _____

JON S. TIGAR
United States District Judge

[PROPOSED] ORDER GRANTING IRICO DEFENDANTS' MOTION IN LIMINE #9
Master File No. 07-cv-05944-JST, MDL No. 1917
1