1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-cv-5944-JST <br><br> MDL No. 1917 |
|---|---|
| This Document Relates to: <br><br> *ALL INDIRECT PURCHASER ACTIONS* | **[PROPOSED] ORDER GRANTING IRICO DEFENDANTS'** *MOTION IN LIMINE* **#10 TO PRECLUDE PLAINTIFFS FROM REFERRING TO THE NUMBER OF COMPETITOR MEETINGS BEFORE PROVING THE ADMISSIBILITY OF THE EVIDENCE USED TO SUPPORT THE STATEMENTS** |

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2      Before the Court is Defendants Irico Group Corp. ("Irico Group") and Irico Display Devices
3  Co., Ltd.'s ("Irico Display") Motion in Limine #10 to Preclude Indirect Purchaser Plaintiffs'
4  References to Alleged Competitor Or Conspiracy Meetings (ECF No. _____). Having considered all
5  papers filed by the parties and being fully informed in the premises,

6      IT IS HEREBY ORDERED THAT that the motion is GRANTED, and at trial Indirect
7  Purchaser Plaintiffs shall be precluded from referring to or making statements concerning the
8  number of competitor meetings, including the number of meetings allegedly attended by Irico, prior
9  to proving the admissibility of the documents and evidence used to support the statements.

10  **IT IS SO ORDERED.**

13  Dated: _____

                                    JON S. TIGAR
                               United States District Judge