UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 4:07-cv-05944-JST |
| | MDL No. 1917 |
| This Document Relates to:<br><br>Indirect-Purchaser Class Action | **STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFFS' FACTS FOR TRIAL**<br><br>The Honorable Jon S. Tigar |

**IT IS HEREBY STIPULATED**, by the undersigned counsel on behalf of the stipulating parties, that the following facts are undisputed facts for the purpose of trial:

1. Arizona Class Representative Brian Luscher purchased a Philips television during the Class Period from Costco in Tempe, AZ. This television contained a CRT manufactured by defendant Samsung SDI. Mr. Luscher was an Arizona resident at the time he purchased his television.

1

2. California Class Representative Steven Ganz purchased a Philips television during the Class Period from Costco in San Francisco, California. This television contained a CRT manufactured by defendant Philips. Mr. Ganz also purchased a Toshiba television during the Class Period from Best Buy in Colma, California. This television contained a CRT manufactured by Philips. Mr. Ganz was a California resident at the time he purchased his televisions.

3. California Class Representative Jeffrey Figone purchased a Sharp television during the Class Period from Costco in Novato, California. This television contained a CRT manufactured by defendant Chunghwa. Mr. Figone also purchased two Panasonic televisions during the Class Period from Target in Novato California. These televisions contained CRTs manufactured by defendant Panasonic. Mr. Figone was a California resident at the time he purchased his televisions.

4. Florida Class Representative David Rooks purchased a Panasonic television during the Class Period from Circuit City in Daytona Beach, Florida. This television contained a CRT manufactured by defendant Panasonic. Mr. Rooks was a Florida resident at the time he purchased his television.

5. Hawaii Class Representative Sandra Riebow, who now steps in place of her late husband Daniel Riebow, jointly purchased with her late husband Daniel Riebow a Panasonic television during the Class Period from Sears in Hawaii. This television contained a CRT manufactured by defendant Matsushita. Sandra and Daniel Riebow were Hawaii residents at the time they purchased their television.

6. Iowa Class Representative Travis Burau purchased a TruTech television during the Class Period from Target in Cedar Rapids, Iowa. This television contained a CRT manufactured by defendant Chunghwa. Mr. Burau was an Iowa resident at the time he purchased his television.

7. Kansas Class Representative Southern Office Supply purchased multiple monitors during the Class Period from Elite Technology in Kansas City, KS. Elite Technology shipped the monitors to

Southern Office's Liberal, KS location. These monitors contained CRTs manufactured by defendants Chunghwa, Toshiba, and Orion. Southern Office was a Kansas resident at the time it purchased its monitors.

8. Maine Class Representative Kerry Lee Hall purchased a Series LXI television during the Class Period from Sears in Belfast, Maine. This television contained a CRT manufactured by defendant Samtel. Ms. Hall was a Maine resident at the time she purchased her television.

9. Michigan Class Representative Lisa Reynolds purchased two JVC televisions during the Class period from ABC Warehouse in Kentwood, Michigan. These televisions contained CRTs manufactured by defendant Thomson. Ms. Reynolds was a Michigan resident at the time she purchased her televisions.

10. Minnesota Class Representative Barry Kushner purchased a Toshiba television during the Class Period from a store located in Minnesota. This television contained a CRT manufactured by defendant Toshiba. Mr. Kushner also purchased a Philips Magnavox television during the Class Period from Best Buy in Inver Grove Heights, Minnesota. This television contained a CRT manufactured by defendant Philips. Mr. Kushner was a Minnesota resident at the time he purchased his televisions.

11. Minnesota Class Representative David Norby purchased a Magnavox television during the Class Period from Target in Woodbury, Minnesota. This television contained a CRT manufactured by defendant LG.Philips Displays. Mr. Norby was a Minnesota resident at the time he purchased his television.

12. Mississippi Class Representative Charles Jenkins purchased a Durabrand television during the Class Period from Walmart in Columbus, Mississippi. This television contained a CRT manufactured by defendant Orion. Mr. Jenkins also purchased a Packard Bell monitor during the Class

Period from Rex's in Columbus, Mississippi. This monitor contained a CRT manufactured by defendant Chunghwa. Mr. Jenkins was a Mississippi resident at the time he purchased his television and monitor.

13. Nebraska Class Representative Steve Fink purchased a Toshiba television during the Class Period from Nebraska Furniture Mart in Omaha, Nebraska. This television contained a CRT manufactured by defendant Toshiba. Mr. Fink was a Nebraska resident at the time he purchased his television.

14. The parties stipulated, and the Court recognized Marylou Hilberg as the personal representative for Craig Stephenson's estate in 2021. Prior to his death, Mr. Stephenson was the New Mexico Class Representative and purchased a MAG Technology monitor during the Class Period from Best Buy in Albuquerque, New Mexico. This monitor contained a CRT manufactured by defendant Samsung SDI. Mr. Stephenson was a New Mexico resident at the time he purchased his monitor.

15. Nevada Class Representative Gregory Painter purchased an HP monitor during the Class Period from Office Depot in Carson City, NV. This monitor contained a CRT manufactured by defendant Chunghwa. Mr. Painter was a Nevada resident at the time he purchased his monitor.

16. New York Class representative Louise Wood purchased a Toshiba television during the Class Period from Costco in Queens, New York. This television contained a CRT manufactured by defendant Panasonic. Ms. Wood was a New York resident at the time she purchased her television.

17. North Carolina Class Representative Patricia Andrews purchased a Toshiba television during the Class Period from Best Buy in Hickory, North Carolina. This television contained a CRT manufactured by defendant LG.Philips. Ms. Andrews was a North Carolina resident at the time she purchased her television.

18. North Dakota Class Representative Gary Hanson purchased a Toshiba television during the Class Period from Target, Best Buy, or Walmart in West Fargo, North Dakota. This television

contained a CRT manufactured by defendant Orion. Mr. Hanson also purchased a Dell monitor during Class Period from Dell.com and had it shipped to Fargo, North Dakota. This monitor contained a CRT manufactured by defendant Chunghwa. Mr. Hanson was a North Dakota resident at the time he purchased his televisions and monitors.

19. South Dakota Class Representative Donna Ellingson-Mack purchased a Sharp television during the Class Period from Rex TV in South Dakota. This television contained a CRT manufactured by defendant Thomson. Ms. Ellingson-Mack was a South Dakota resident at the time she purchased her television.

20. Tennessee Class Representative Albert Sidney Crigler purchased a Sharp television during the Class Period from Target in Nashville, Tennessee. This television contained a CRT manufactured by defendant Philips. Mr. Crigler was a Tennessee resident at the time he purchased his television.

21. Vermont Class Representative Margaret Slagle purchased a Magnavox television during the Class Period from Radio Shack in Essex or South Burlington, Vermont. This television contained a CRT manufactured by defendant Chunghwa. Ms. Slagle was a Vermont resident at the time she purchased her television.

22. Washington, D.C. Class Representative Lawyer's Choice Suites, Inc. purchased a Dell monitor during the Class Period from Dell.com. Dell shipped the monitor to Washington, D.C. This monitor contained a CRT manufactured by defendant Chunghwa, LPD, or Samsung SDI. Lawyer's Choice Suites, Inc. was a Washington, D.C. resident at the time it purchased its monitor.

23. West Virginia Class Representative John Larch purchased a Curtis Mathes television during the Class Period from K-Mart in Weirton, West Virginia. This television contained a CRT

manufactured by defendant Toshiba. Mr. Larch was a West Virginia resident at the time he purchased his television.

24. Wisconsin Class Representative Brigid Terry purchased a Toshiba television during the Class Period from The Village in Janesville, Wisconsin. This television contained a CRT manufactured by defendant Toshiba. Ms. Terry was a Wisconsin resident at the time she purchased her television.

25. None of the television or monitor purchases on which the Class Representatives base their claims contain a CRT manufactured by any Irico Defendant or a related entity.

Counsel for the Indirect Purchaser Plaintiffs hereby further stipulate and agree that they will not seek to introduce the testimony of more than four Class Representatives at trial, whether as live witnesses or through prior recorded testimony.

Counsel for Indirect Purchaser Plaintiffs hereby further stipulate and agree that they will withdraw their Partial Summary Judgment Motion regarding Class Representative Standing (ECF No. 6231) upon the entry of this Order by the Court.

**IT IS SO STIPULATED.**

Dated: August 24, 2023          By:   /s Mario N. Alioto

Mario N. Alioto (56433)
Lauren C. Russell (241151)
**TRUMP, ALIOTO, TRUMP & PRESCOTT LLP**
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: malioto@tatp.com
         laurenrussell@tatp.cpm

Lead Counsel for Indirect Purchaser Plaintiffs

Dated: August 24, 2023             By:     /s John M. Taladay

John M. Taladay (*pro hac vice*)
Evan J. Werbel (*pro hac vice*)
Thomas E. Carter (*pro hac vice*)
Andrew L. Lucarelli (*pro hac vice*)
**BAKER BOTTS L.L.P.**
700 K Street, N.W.
Washington, D.C. 20001
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
E-mail: john.taladay@bakerbotts.com
         evan.werbel@bakerbotts.com
         tom.carter@bakerbotts.com
         drew.lucarelli@bakerbotts.com

Attorneys for Defendants
IRICO GROUP CORP. and
IRICO DISPLAY DEVICES CO., LTD

**PURSUANT TO STIPLUATION, AND GOOD CAUSE APPEARING, IT IS SO ORDERED.**

Dated: _____

HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE

## ATTESTATION

I, Lauren C. Capurro, hereby attest, pursuant to United States District Court, Northern District of California Civil Local Rule 5-1(i)(3), that each of the other Signatories have concurred in the filing of the document.

By: /s/ *Lauren C. Capurro*
Lauren C. Capurro