1  Mario N. Alioto (56433)
   Lauren C. Capurro (241151)
2  TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
   2001 Union Street, Suite 482
3  San Francisco, CA 94123
   Telephone:    (415) 563-7200
4  Facsimile:    (415) 346-0679
   Email:  malioto@tatp.com
5  Email:  laurenrussell@tatp.com

6  Lead Counsel for Indirect Purchaser Plaintiffs

7  [Additional stipulating counsel listed on signature page]

8

9

10              **UNITED STATES DISTRICT COURT**

11             **NORTHERN DISTRICT OF CALIFORNIA**

12                     **OAKLAND DIVISION**

13

14 | IN RE CATHODE RAY TUBE (CRT) | ) | Master File No. 4:07-cv-5944-JST |
   | ANTITRUST LITIGATION | ) | MDL No. 1917 |
15 | | ) | |
   | | ) | |
16 | This Document Relates to: | ) | **STIPULATION AND [PROPOSED]** |
   | | ) | **ORDER REGARDING TRIAL** |
17 | *ALL INDIRECT PURCHASER ACTIONS* | ) | **EVIDENCE** |
   | | ) | |
18 | | ) | |
   | | ) | The Honorable Jon S. Tigar |
19 | | ) | |
20 | | ) | |
   | | ) | |
21 | | ) | |
   | | ) | |
22 | | ) | |
   | | ) | |
23 | | ) | |

24

25

26

27

28

WHEREAS, Indirect Purchaser Plaintiffs ("Plaintiffs") and defendants Irico Group Corporation and Irico Display Devices Co., Ltd. (together, the "Irico Defendants"), the parties in the above referenced action, in an effort to avoid the costs and burdens of discovery over the authenticity and status as business records of certain documents produced in the action, have committed to submitting an agreed-upon list of documents proposed to be presented by Plaintiffs at trial addressing those issues (and any limitations thereto) (the "Stipulation").

WHEREAS, on April 21, 2023, the parties filed a Stipulation relating to authenticity and business records (ECF 6187).  The Court entered the Stipulation on April 25, 2023 (ECF 6190). (the "April Stipulation").  Since that time, the parties have engaged in further discussions and have addressed several hundred additional documents.  They have also discovered and corrected a handful of bates numbering mistakes in the April Stipulation.  The Appendix to this Stipulation includes all the documents that the parties have addressed to date and supersedes the April Stipulation.  Therefore, the parties wish to withdraw the April Stipulation.

NOW THEREFORE, IT IS HEREBY STIPULATED by the undersigned counsel on behalf of the parties identified above (the "Stipulating Parties") that:

1.      None of the Stipulating Parties will object that the documents identified in Column A of the attached Appendix are authentic, true, and correct copies under Federal Rule of Evidence 901, where designated with an "X" in Column D.   For those documents so designated, the Stipulation does not apply to any staple marks, three-hole punches, or other markings that were not part of the original document produced by the parties.

2.      None of the Stipulating Parties will object that the documents identified in Column A of the attached Appendix constitute Records of Regularly Conducted Activities or Business Records as those terms are used in Federal Rule of Evidence 803(6), where designated with an "X" in Column E.

STIPULATION AND [PROPOSED] ORDER REGARDING AUTHENTICITY AND BUSINESS RECORDS
Master File No. 4:07-cv-5944-JST

3.       The parties agree that the designations in Columns D and E are subject to any limitations set forth in Column F (the "Limitations").  Such Limitations must clearly state the nature of the Limitation, the portion of the document to which it applies, and the basis for the Limitation.

4.       The Stipulating Parties agree to waive any challenge to the admissibility of documents identified in Column A on the designated ground(s) of either authenticity (as indicated in Column D) under FRE 901, or business records (as indicated in Column E) under FRE 803(6), subject to the Limitations set forth in Column F.  The parties reserve all other objections to the admissibility of the listed documents.

5.       The Stipulating Parties expect and anticipate that the documents listed in Column A of the attached Appendix will be supplemented in connection with exchanging exhibit lists in preparation for trial of the above matter.  The parties agree to work together cooperatively and in good faith in this regard.

6.       This Stipulation supersedes the April Stipulation.  Therefore, the Stipulating Parties withdraw the April Stipulation.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  _____August 25, 2023_____

HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE

1   Dated:  August 24, 2023                TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP

2                                          By:  _/s/ Mario N. Alioto_____

3                                               Mario N. Alioto (56433)
                                                Lauren C. Capurro (241151)
4                                               TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
                                                2001 Union Street, Suite 482
5                                               San Francisco, CA 94123
                                                Telephone:     (415) 563-7200
6                                               Facsimile:     (415) 346-0679
                                                Email:  malioto@tatp.com
7                                               Email:  laurenrussell@tatp.com

8                                               *Lead Counsel for Indirect Purchaser Plaintiffs*

9   Dated:  August 24, 2023           By:  _/s/ John M. Taladay_____
                                                John M. Taladay *(pro hac vice)*
10                                              Evan J. Werbel *(pro hac vice)*
                                                Thomas E. Carter *(pro hac vice)*
11                                              Andrew L. Lucarelli *(pro hac vice)*
                                                BAKER BOTTS LLP
12                                              700 K Street, N.W.
                                                Washington, D.C. 20001
13                                              (202) 639-7700
                                                (202) 639-7890 (fax)
14                                              Email: john.taladay@bakerbotts.com
                                                     evan.werbel@bakerbotts.com
15                                                   tom.carter@bakerbotts.com
                                                     drew.lucarelli@bakerbotts.com
16
                                                *Attorneys for Defendants Irico Group Corp.*
17                                              *and Irico Display Devices Co., Ltd.*

18

19

20

21

22

23

24

25

26

27

28
                                          3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION**

I, Lauren C. Capurro, hereby attest, pursuant to United States District Court, Northern District of California Civil Local Rule 5-1(h)(3), that each of the other Signatories have concurred in the filing of the document.


Dated: August 24, 2023                         */s/ Lauren C. Capurro*
                                               Lauren C. Capurro

STIPULATION AND [PROPOSED] ORDER REGARDING AUTHENTICITY AND BUSINESS RECORDS
Master File No. 4:07-cv-5944-JST

*In re Cathode Ray Tube (CRT) Antitrust Litig.* , **Master File No. 4:07-cv-05944, MDL No. 1917 (N.D. Cal.)**

Appendix to Stipulation and [Proposed] Order Regarding Trial Evidence (IPP Actions)[1]

| Column A (Temporary Trial Exhibit Number) | Column B (Beginning Bates) | Column C (Ending Bates) | Column D (Authentic) | Column E (Business Record) | Column F (Limitation) |
|---|---|---|---|---|---|
| 8559 | BMCC-CRT000113389 | BMCC-CRT000113391 | X | | |
| 2697 | BMCC-CRT000142063 | BMCC-CRT000142063 | X | | |
| 8590 | BMCC-CRT000306758 | BMCC-CRT000306758 | X | | |
| 1319 | CHU00014218 | CHU00014218 | X | X | |
| 1879 | CHU00014223 | CHU00014226 | X | X | |
| 1328 | CHU00014227 | CHU00014229 | X | X | |
| 1327 | CHU00014232 | CHU00014232 | X | X | |
| 8574 | CHU00016089 | CHU00016090 | X | | |
| 8582 | CHU00016099 | CHU00016100 | X | | |
| 8581 | CHU00016137 | CHU00016138 | X | | |
| 8580 | CHU00016153 | CHU00016154 | X | | |
| 8587 | CHU00016169 | CHU00016170 | X | | |
| 8583 | CHU00016193 | CHU00016194 | X | | |
| 8575 | CHU00016537 | CHU00016538 | X | | |
| 8578 | CHU00016563 | CHU00016564 | X | | |
| 8579 | CHU00016609 | CHU00016610 | X | | |
| 8576 | CHU00016621 | CHU00016622 | X | | |
| 1269 | CHU00020660 | CHU00020663 | X | X | |
| 1298 | CHU00020779 | CHU00020781 | X | X | |
| 708 | CHU00021262 | CHU00021263 | X | | |
| 2254 | CHU00021272 | CHU00021278 | X | | |
| 1107 | CHU00021289 | CHU00021289 | X | X | |
| 5600 | CHU00024560 | CHU00024563 | X | X | |
| 1172 | CHU00028203 | CHU00028203 | X | X | |
| 1161 | CHU00028209 | CHU00028210 | X | X | |
| 1205 | CHU00028215 | CHU00028216 | X | X | |
| 1261 | CHU00028224 | CHU00028225 | X | X | |
| 1257 | CHU00028228 | CHU00028228 | X | X | |
| 1258 | CHU00028229 | CHU00028230 | X | X | |

1. Pursuant to ¶ 4 of the Stipulation and [Proposed] Order Regarding Trial Evidence, Irico reserves the right to challenge the admissibility of these documents and statements within them on other grounds including under FRE 805.

*In re Cathode Ray Tube (CRT) Antitrust Litig.* , **Master File No. 4:07-cv-05944, MDL No. 1917 (N.D. Cal.)**

Appendix to Stipulation and [Proposed] Order Regarding Trial Evidence (IPP Actions)[1]

| Column A (Temporary Trial Exhibit Number) | Column B (Beginning Bates) | Column C (Ending Bates) | Column D (Authentic) | Column E (Business Record) | Column F (Limitation) |
|---|---|---|---|---|---|
| 1251 | CHU00028240 | CHU00028240 | X | X | |
| 1131 | CHU00028252 | CHU00028253 | X | X | |
| 1213 | CHU00028263 | CHU00028264 | X | X | |
| 1297 | CHU00028273 | CHU00028274 | X | X | |
| 1228 | CHU00028277 | CHU00028278 | X | X | |
| 1119 | CHU00028283 | CHU00028285 | X | X | |
| 1292 | CHU00028295 | CHU00028296 | X | X | |
| 1113 | CHU00028300 | CHU00028301 | X | X | |
| 1207 | CHU00028302 | CHU00028304 | X | X | |
| 1110 | CHU00028311 | CHU00028313 | X | X | |
| 1169 | CHU00028374 | CHU00028375 | X | X | |
| 1165 | CHU00028376 | CHU00028376 | X | X | |
| 1135 | CHU00028385 | CHU00028387 | X | X | |
| 1015 | CHU00028393 | CHU00028393 | X | X | |
| 1104 | CHU00028396 | CHU00028397 | X | X | |
| 1017 | CHU00028398 | CHU00028399 | X | X | |
| 1014 | CHU00028400 | CHU00028401 | X | X | |
| 1263 | CHU00028424 | CHU00028424 | X | X | Irico notes that this document is duplicated on the Appendix. |
| 1263 | CHU00028424 | CHU00028424 | X | X | Irico notes that this document is duplicated on the Appendix. |
| 2613 | CHU00028425 | CHU00028426 | X | X | |
| 1253 | CHU00028438 | CHU00028438 | X | X | |
| 1231 | CHU00028441 | CHU00028446 | X | X | |
| 1133 | CHU00028463 | CHU00028464 | X | X | |
| 1128 | CHU00028490 | CHU00028492 | X | X | |
| 1296 | CHU00028501 | CHU00028502 | X | X | |
| 1234 | CHU00028503 | CHU00028504 | X | X | |
| 2600 | CHU00028521 | CHU00028523 | X | X | |
| 1290 | CHU00028524 | CHU00028525 | X | X | |
| 1111 | CHU00028558 | CHU00028558 | X | X | |

1. Pursuant to ¶ 4 of the Stipulation and [Proposed] Order Regarding Trial Evidence, Irico reserves the right to challenge the admissibility of these documents and statements within them on other grounds including under FRE 805.

*In re Cathode Ray Tube (CRT) Antitrust Litig.* , **Master File No. 4:07-cv-05944, MDL No. 1917 (N.D. Cal.)**

Appendix to Stipulation and [Proposed] Order Regarding Trial Evidence (IPP Actions)[1]

| Column A (Temporary Trial Exhibit Number) | Column B (Beginning Bates) | Column C (Ending Bates) | Column D (Authentic) | Column E (Business Record) | Column F (Limitation) |
|---|---|---|---|---|---|
| 1180 | CHU00028589 | CHU00028590 | X | X | |
| 1248 | CHU00028606 | CHU00028608 | X | X | |
| 1299 | CHU00028613 | CHU00028614 | X | X | |
| 1244 | CHU00028632 | CHU00028632 | X | X | |
| 1245 | CHU00028638 | CHU00028638 | X | X | |
| 1241 | CHU00028645 | CHU00028646 | X | X | |
| 1242 | CHU00028642 | CHU00028644 | X | X | |
| 1243 | CHU00028651 | CHU00028652 | X | X | |
| 1274 | CHU00028648 | CHU00028650 | X | X | |
| 1240 | CHU00028654 | CHU00028655 | X | X | |
| 1254 | CHU00028656 | CHU00028657 | X | X | |
| 1230 | CHU00028670 | CHU00028671 | X | X | |
| 1129 | CHU00028674 | CHU00028676 | X | X | |
| 1127 | CHU00028687 | CHU00028688 | X | X | |
| 1126 | CHU00028689 | CHU00028690 | X | X | |
| 1237 | CHU00028691 | CHU00028693 | X | X | |
| 1125 | CHU00028701 | CHU00028703 | X | X | |
| 1124 | CHU00028707 | CHU00028710 | X | X | |
| 1235 | CHU00028711 | CHU00028712 | X | X | |
| 1295 | CHU00028723 | CHU00028724 | X | X | |
| 1016 | CHU00028725 | CHU00028727 | X | X | |
| 1106 | CHU00028730 | CHU00028733 | X | X | |
| 1122 | CHU00028734 | CHU00028735 | X | X | |
| 1120 | CHU00028740 | CHU00028743 | X | X | |
| 1118 | CHU00028746 | CHU00028748 | X | X | |
| 1105 | CHU00028752 | CHU00028754 | X | X | |
| 1857 | CHU00028755 | CHU00028756 | X | X | |
| 1117 | CHU00028760 | CHU00028762 | X | X | |
| 1229 | CHU00028768 | CHU00028770 | X | X | |

1. Pursuant to ¶ 4 of the Stipulation and [Proposed] Order Regarding Trial Evidence, Irico reserves the right to challenge the admissibility of these documents and statements within them on other grounds including under FRE 805.

*In re Cathode Ray Tube (CRT) Antitrust Litig.* , Master File No. 4:07-cv-05944, MDL No. 1917 (N.D. Cal.)

Appendix to Stipulation and [Proposed] Order Regarding Trial Evidence (IPP Actions)[1]

| Column A (Temporary Trial Exhibit Number) | Column B (Beginning Bates) | Column C (Ending Bates) | Column D (Authentic) | Column E (Business Record) | Column F (Limitation) |
|---|---|---|---|---|---|
| 1293 | CHU00028786 | CHU00028788 | X | X | |
| 1208 | CHU00028791 | CHU00028793 | X | X | |
| 1115 | CHU00028803 | CHU00028804 | X | X | |
| 688 | CHU00028809 | CHU00028810 | X | X | |
| 1289 | CHU00028841 | CHU00028843 | X | X | |
| 1288 | CHU00028869 | CHU00028872 | X | X | |
| 1109 | CHU00028873 | CHU00028873 | X | X | |
| 1318 | CHU00028877 | CHU00028878 | X | X | |
| 1247 | CHU00028887 | CHU00028888 | X | X | |
| 1246 | CHU00028889 | CHU00028892 | X | X | |
| 1291 | CHU00028912 | CHU00028914 | X | X | |
| 1112 | CHU00028930 | CHU00028931 | X | X | |
| 1287 | CHU00028933 | CHU00028945 | X | X | |
| 1132 | CHU00028952 | CHU00028954 | X | X | |
| 1130 | CHU00028955 | CHU00028957 | X | X | |
| 1326 | CHU00028968 | CHU00028969 | X | X | |
| 1168 | CHU00028975 | CHU00028976 | X | X | |
| 1206 | CHU00029039 | | X | X | |
| 1315 | CHU00029050 | CHU00029051 | X | X | |
| 1259 | CHU00029059 | CHU00029061 | X | X | |
| 1255 | CHU00029065 | CHU00029067 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |
| 1166 | CHU00029105 | CHU00029107 | X | X | |
| 1264 | CHU00029108 | CHU00029109 | X | | |
| 2260 | CHU00029110 | CHU00029115 | X | X | |
| 709 | CHU00029116 | CHU00029123 | X | X | |

*In re Cathode Ray Tube (CRT) Antitrust Litig.* , Master File No. 4:07-cv-05944, MDL No. 1917 (N.D. Cal.)

Appendix to Stipulation and [Proposed] Order Regarding Trial Evidence (IPP Actions)[1]

| Column A (Temporary Trial Exhibit Number) | Column B (Beginning Bates) | Column C (Ending Bates) | Column D (Authentic) | Column E (Business Record) | Column F (Limitation) |
|---|---|---|---|---|---|
| 710 | CHU00029131 | CHU00029137 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |
| 706 | CHU00029144 | CHU00029146 | X | X | |
| 717 | CHU00029152 | CHU00029154 | X | X | |
| 1260 | CHU00029155 | CHU00029162 | X | X | |
| 1157 | CHU00029163 | CHU00029170 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |
| 1153 | CHU00029175 | CHU00029178 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |
| 719 | CHU00029179 | CHU00029184 | X | X | |
| 1250 | CHU00029185 | CHU00029188 | X | X | |
| 1146 | CHU00029189 | CHU00029190 | X | X | |
| 1108 | CHU00029191 | CHU00029194 | X | X | |
| 1144 | CHU00029228 | CHU00029230 | X | X | |
| 1142 | CHU00029235 | CHU00029237 | X | X | |
| 1140 | CHU00029245 | CHU00029247 | X | | |
| 1134 | CHU00029259 | CHU00029261 | X | X | |
| 1300 | CHU00029262 | CHU00029264 | X | X | |
| 1214 | CHU00029293 | CHU00029297 | X | X | |
| 660 | CHU00029316 | CHU00029320 | X | X | |
| 1191 | CHU00030036 | CHU00030039 | X | X | |
| 1273 | CHU00030051 | CHU00030051 | X | X | |
| 1283 | CHU00030056 | CHU00030057 | X | X | |
| 1271 | CHU00030058 | CHU00030059 | X | X | |
| 1270 | CHU00030060 | CHU00030063 | X | X | |
| 1272 | CHU00030064 | CHU00030065 | X | X | |

1. Pursuant to ¶ 4 of the Stipulation and [Proposed] Order Regarding Trial Evidence, Irico reserves the right to challenge the admissibility of these documents and statements within them on other grounds including under FRE 805.

*In re Cathode Ray Tube (CRT) Antitrust Litig.* , Master File No. 4:07-cv-05944, MDL No. 1917 (N.D. Cal.)

Appendix to Stipulation and [Proposed] Order Regarding Trial Evidence (IPP Actions)[1]

| Column A (Temporary Trial Exhibit Number) | Column B (Beginning Bates) | Column C (Ending Bates) | Column D (Authentic) | Column E (Business Record) | Column F (Limitation) |
|---|---|---|---|---|---|
| 8577 | CHU00030196 | CHU00030197 | X | | |
| 8584 | CHU00030303 | CHU00030304 | X | | |
| 1185 | CHU00030406 | CHU00030407 | X | X | |
| 1267 | CHU00030414 | CHU00030418 | X | X | |
| 1275 | CHU00030449 | CHU00030457 | X | X | |
| 1281 | CHU00030495 | CHU00030496 | X | X | |
| 2357 | CHU00030499 | CHU00030499 | X | X | |
| 1280 | CHU00030530 | CHU00030532 | X | X | |
| 1268 | CHU00030559 | CHU00030562 | X | X | |
| 1312 | CHU00030679 | CHU00030683 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. Irico also notes that this document is duplicative of Temporary Trial Exhibit 8424. |
| 8424 | CHU00030679 | CHU00030683 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. Irico also notes that this document is duplicative of Temporary Trial Exhibit 1312. |
| 8420 | CHU00030684 | CHU00030687 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |
| 1303 | CHU00030688 | CHU00030691 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |
| 1301 | CHU00030695 | CHU00030697 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |
| 1136 | CHU00030698 | CHU00030700 | X | X | |
| 1137 | CHU00030701 | CHU00030704 | X | X | |
| 1138 | CHU00030713 | CHU00030716 | X | X | |
| 1139 | CHU00030720 | CHU00030727 | X | X | |

1. Pursuant to ¶ 4 of the Stipulation and [Proposed] Order Regarding Trial Evidence, Irico reserves the right to challenge the admissibility of these documents and statements within them on other grounds including under FRE 805.

*In re Cathode Ray Tube (CRT) Antitrust Litig.* , Master File No. 4:07-cv-05944, MDL No. 1917 (N.D. Cal.)

Appendix to Stipulation and [Proposed] Order Regarding Trial Evidence (IPP Actions)[1]

| Column A (Temporary Trial Exhibit Number) | Column B (Beginning Bates) | Column C (Ending Bates) | Column D (Authentic) | Column E (Business Record) | Column F (Limitation) |
|---|---|---|---|---|---|
| 1141 | CHU00030731 | CHU00030733 | X | X | |
| 8421 | CHU00030734 | CHU00030737 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |
| 1143 | CHU00030749 | CHU00030751 | X | X | |
| 8422 | CHU00030752 | CHU00030755 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |
| 1145 | CHU00030757 | CHU00030762 | X | X | |
| 1313 | CHU00030766 | CHU00030767 | X | X | |
| 8423 | CHU00030769 | CHU00030770 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |
| 1314 | CHU00030777 | CHU00030780 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |
| 1147 | CHU00030787 | CHU00030794 | X | X | |
| 1302 | CHU00030799 | CHU00030800 | X | X | |
| 1149 | CHU00030807 | CHU00030815 | X | X | |
| 1148 | CHU00030809 | CHU00030814 | X | X | |
| 1305 | CHU00030819 | CHU00030822 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. Irico also notes that this entry is duplicative of Temporary Trial Exhibit 8621. |
| 8621 | CHU00030819 | CHU00030822 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. Irico also notes that this entry is duplicative of Temporary Trial Exhibit 1305. |
| 1150 | CHU00030835 | CHU00030838 | X | X | |
| 1212 | CHU00030839 | CHU00030840 | X | X | |

1. Pursuant to ¶ 4 of the Stipulation and [Proposed] Order Regarding Trial Evidence, Irico reserves the right to challenge the admissibility of these documents and statements within them on other grounds including under FRE 805.

*In re Cathode Ray Tube (CRT) Antitrust Litig.* , Master File No. 4:07-cv-05944, MDL No. 1917 (N.D. Cal.)

Appendix to Stipulation and [Proposed] Order Regarding Trial Evidence (IPP Actions)[1]

| Column A (Temporary Trial Exhibit Number) | Column B (Beginning Bates) | Column C (Ending Bates) | Column D (Authentic) | Column E (Business Record) | Column F (Limitation) |
|---|---|---|---|---|---|
| 1151 | CHU00030846 | CHU00030850 | X | X | |
| 1152 | CHU00030855 | CHU00030868 | X | X | |
| 1154 | CHU00030888 | CHU00030893 | X | X | |
| 1155 | CHU00030899 | CHU00030903 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |
| 1156 | CHU00030904 | CHU00030909 | X | X | |
| 1993 | CHU00030916 | CHU00030916 | X | X | |
| 1158 | CHU00030960 | CHU00030962 | X | X | |
| 1159 | CHU00030979 | CHU00030984 | X | X | |
| 1316 | CHU00030985 | CHU00030990 | X | X | |
| 1306 | CHU00030992 | CHU00030994 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |
| 1160 | CHU00030995 | CHU00030997 | X | X | |
| 1317 | CHU00030998 | CHU00030998 | X | X | |
| 1307 | CHU00031006 | CHU00031009 | X | X | |
| 1163 | CHU00031010 | CHU00031012 | X | X | |
| 1164 | CHU00031013 | CHU00031014 | X | X | |
| 1308 | CHU00031015 | CHU00031016 | X | X | |
| 1162 | CHU00031028 | CHU00031030 | X | X | |
| 1203 | CHU00031051 | CHU00031055 | X | X | |
| 2261 | CHU00031056 | CHU00031057 | X | X | |
| 1167 | CHU00031075 | CHU00031087 | X | X | |
| 8623 | CHU00031092 | CHU00031093 | X | X | |
| 1170 | CHU00031111 | CHU00031112 | X | X | |
| 1171 | CHU00031113 | CHU00031114 | X | X | |
| 1266 | CHU00031123 | CHU00031125 | X | X | |
| 1173 | CHU00031136 | CHU00031136 | X | X | |

1. Pursuant to ¶ 4 of the Stipulation and [Proposed] Order Regarding Trial Evidence, Irico reserves the right to challenge the admissibility of these documents and statements within them on other grounds including under FRE 805.

*In re Cathode Ray Tube (CRT) Antitrust Litig.* , Master File No. 4:07-cv-05944, MDL No. 1917 (N.D. Cal.)

Appendix to Stipulation and [Proposed] Order Regarding Trial Evidence (IPP Actions)[1]

| Column A (Temporary Trial Exhibit Number) | Column B (Beginning Bates) | Column C (Ending Bates) | Column D (Authentic) | Column E (Business Record) | Column F (Limitation) |
|---|---|---|---|---|---|
| 1320 | CHU00031138 | CHU00031139 | X | X | |
| 1175 | CHU00031142 | CHU00031147 | X | X | |
| 1176 | CHU00031150 | CHU00031152 | X | X | |
| 1181 | CHU00031172 | CHU00031173 | X | X | |
| 1304 | CHU00031176 | CHU00031176 | X | X | |
| 1182 | CHU00031178 | CHU00031179 | X | X | |
| 1202 | CHU00031180 | CHU00031181 | X | X | |
| 1184 | CHU00031182 | CHU00031182 | X | X | |
| 1187 | CHU00031194 | CHU00031201 | X | X | |
| 1188 | CHU00031209 | CHU00031213 | X | X | |
| 1189 | CHU00031214 | CHU00031220 | X | X | |
| 1190 | CHU00031227 | CHU00031231 | X | X | |
| 1193 | CHU00031240 | CHU00031247 | X | X | |
| 1211 | CHU00031254 | CHU00031254 | X | X | |
| 1195 | CHU00031262 | CHU00031267 | X | X | |
| 1196 | CHU00031268 | CHU00031269 | X | X | |
| 1197 | CHU00031272 | CHU00031273 | X | X | |
| 1199 | CHU00031274 | CHU00031277 | X | X | |
| 1200 | CHU00031279 | CHU00031282 | X | X | |
| 1186 | CHU00031804 | CHU00031804 | X | X | |
| 1310 | CHU00031822 | CHU00031822 | X | X | |
| 8643 | CHU00032940 | CHU00032947 | X | X | |
| 1311 | CHU00033227 | CHU00033228 | X | | |
| 1277 | CHU00036390 | CHU00036391 | X | X | |
| 1183 | CHU00036392 | CHU00036393 | X | X | |
| 2354 | CHU00036394 | CHU00036395 | X | X | |
| 1178 | CHU00036410 | CHU00036411 | X | X | |
| 1177 | CHU00036412 | CHU00036413 | X | X | |
| 689 | CHU00036414 | CHU00036415 | X | X | |

1. Pursuant to ¶ 4 of the Stipulation and [Proposed] Order Regarding Trial Evidence, Irico reserves the right to challenge the admissibility of these documents and statements within them on other grounds including under FRE 805.

*In re Cathode Ray Tube (CRT) Antitrust Litig.*, Master File No. 4:07-cv-05944, MDL No. 1917 (N.D. Cal.)

Appendix to Stipulation and [Proposed] Order Regarding Trial Evidence (IPP Actions)[1]

| Column A (Temporary Trial Exhibit Number) | Column B (Beginning Bates) | Column C (Ending Bates) | Column D (Authentic) | Column E (Business Record) | Column F (Limitation) |
|---|---|---|---|---|---|
| 1278 | CHU00040992 | CHU00040993 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |
| 8570 | CHU00047657 | CHU00047674 | X | | |
| 8568 | CHU00102751 | CHU00102764 | X | | |
| 8626 | CHU00102752 | CHU00102754 | X | | |
| 8569 | CHU00102864 | CHU00102865 | X | | Irico notes that this document is duplicative of Temporary Trial Exhibit 8620. |
| 8620 | CHU00102864 | CHU00102865 | X | | Irico notes that this document is duplicative of Temporary Trial Exhibit 8569. |
| 1276 | CHU00123358 | CHU00123361 | X | | |
| 8566 | CHU00123502 | CHU00123517 | X | X | This document is duplicative of Temporary Trial Exhibit 8619. |
| 8619 | CHU00123502 | CHU00123517 | X | X | This document is duplicative of Temporary Trial Exhibit 8566. |
| 1279 | CHU00123742 | CHU00123745 | X | X | |
| 8571 | CHU00124396 | CHU00124399 | X | X | |
| 8572 | CHU00124400 | CHU00124402 | X | X | |
| 8573 | CHU00124417 | CHU00124419 | X | X | |
| 8565 | CHU00124663 | CHU00124674 | X | X | |
| 8564 | CHU00124779 | CHU00124785 | X | X | |
| 1321 | CHU00125849 | CHU00125858 | X | | |
| 1322 | CHU00125895 | CHU00125899 | X | | |
| 1102 | CHU00167398 | CHU00167398 | X | | |
| 8642 | CHU00447509 | CHU00447512 | X | | |
| 8567 | CHU00505497 | CHU00505513 | X | X | |
| 1871 | CHU00578883 | CHU00578885 | X | | |
| 8634 | CHU00597088 | CHU00597088 | X | | |
| 1324 | CHU00607732 | CHU00607735 | X | X | |
| 1201 | CHU00608095 | CHU00608105 | X | X | |
| 1227 | CHU00647932 | CHU00647943 | X | | |

1. Pursuant to ¶ 4 of the Stipulation and [Proposed] Order Regarding Trial Evidence, Irico reserves the right to challenge the admissibility of these documents and statements within them on other grounds including under FRE 805.

*In re Cathode Ray Tube (CRT) Antitrust Litig.*, Master File No. 4:07-cv-05944, MDL No. 1917 (N.D. Cal.)

Appendix to Stipulation and [Proposed] Order Regarding Trial Evidence (IPP Actions)[1]

| Column A (Temporary Trial Exhibit Number) | Column B (Beginning Bates) | Column C (Ending Bates) | Column D (Authentic) | Column E (Business Record) | Column F (Limitation) |
|---|---|---|---|---|---|
| 1671 | CHU00660337 | CHU00660340 | X | | |
| 1179 | CHU00660366 | CHU00660367 | X | X | |
| 1220 | CHU00660373 | CHU00660382 | X | | |
| 1217 | CHU00660383 | CHU00660394 | X | | |
| 1216 | CHU00660395 | CHU00660407 | X | | |
| 158 | CHU00660408 | CHU00660418 | X | | |
| 1218 | CHU00660454 | CHU00660463 | X | | |
| 1221 | CHU00660606 | CHU00660615 | X | | |
| 1222 | CHU00660626 | CHU00660632 | X | | |
| 162 | CHU00660671 | CHU00660680 | X | | |
| 1224 | CHU00660709 | CHU00660716 | X | | |
| 1198 | CHU00660717 | CHU00660727 | X | | |
| 1226 | CHU00660729 | CHU00660735 | X | | |
| 8633 | CHU00728198 | CHU00728198 | X | | |
| 6205 | CHWA00226236 | CHWA00226269 | X | | |
| 3837 | FOX00069178 | FOX00069201 | X | | |
| 3836 | FOX00069216 | FOX00069235 | X | | |
| 3835 | FOX00069260 | FOX00069283 | X | | |
| 3834 | FOX00069284 | FOX00069307 | X | | |
| 3833 | FOX00069392 | FOX00069413 | X | | |
| 3831 | FOX00069440 | FOX00069471 | X | | |
| 3830 | FOX00069472 | FOX00069507 | X | | |
| 3832 | FOX00069536 | FOX00069571 | X | | |
| 5605 | GICHOI-0005219 | GICHOI-0005219 | X | | |
| 5606 | GICHOI-0005334 | GICHOI-0005334 | X | | |
| 5607 | GICHOI-0008763 | GICHOI-0008763 | X | | |
| 1533 | HDP-CRT00025646 | HDP-CRT00025647 | X | | |
| 2388 | HDP-CRT00042019 | HDP-CRT00042023 | X | | |
| 8637 | HDP-CRT00047436 | HDP-CRT00047437 | X | | |

1. Pursuant to ¶ 4 of the Stipulation and [Proposed] Order Regarding Trial Evidence, Irico reserves the right to challenge the admissibility of these documents and statements within them on other grounds including under FRE 805.                **Page 11 of 28**

*In re Cathode Ray Tube (CRT) Antitrust Litig.*, Master File No. 4:07-cv-05944, MDL No. 1917 (N.D. Cal.)

Appendix to Stipulation and [Proposed] Order Regarding Trial Evidence (IPP Actions)[1]

| Column A (Temporary Trial Exhibit Number) | Column B (Beginning Bates) | Column C (Ending Bates) | Column D (Authentic) | Column E (Business Record) | Column F (Limitation) |
|---|---|---|---|---|---|
| 1590 | HDP-CRT00049231 | HDP-CRT00049231 | X | | |
| 3804 | HDP-CRT00052643 | HDP-CRT00052643 | X | | |
| 8395 | IRI-CRT-00000779 | IRI-CRT-00000785 | X | | |
| 8394 | IRI-CRT-00000956 | IRI-CRT-00001010 | X | X | |
| 8416 | IRI-CRT-00001026 | IRI-CRT-00001067 | X | | |
| 8403 | IRI-CRT-00001154 | IRI-CRT-00001154 | X | X | |

1. Pursuant to ¶ 4 of the Stipulation and [Proposed] Order Regarding Trial Evidence, Irico reserves the right to challenge the admissibility of these documents and statements within them on other grounds including under FRE 805.

*In re Cathode Ray Tube (CRT) Antitrust Litig.*, Master File No. 4:07-cv-05944, MDL No. 1917 (N.D. Cal.)

Appendix to Stipulation and [Proposed] Order Regarding Trial Evidence (IPP Actions)[1]

| Column A (Temporary Trial Exhibit Number) | Column B (Beginning Bates) | Column C (Ending Bates) | Column D (Authentic) | Column E (Business Record) | Column F (Limitation) |
|---|---|---|---|---|---|
| 8401 | IRI-CRT-00002041 | IRI-CRT-00002105 | X | X | |
| 8392 | IRI-CRT-00003490 | IRI-CRT-00003497 | X | X | |
| 8393 | IRI-CRT-00003498 | IRI-CRT-00003499 | X | | |
| 8413 | IRI-CRT-00003546 | IRI-CRT-00003546 | X | X | Irico asserts that this document was created by a non-Irico entity. |
| 8405 | IRI-CRT-00003566 | IRI-CRT-00003567 | X | X | Irico asserts that this document was created by a non-Irico entity. |
| 8404 | IRI-CRT-00003568 | IRI-CRT-00003569 | X | X | Irico asserts that this document was created by a non-Irico entity. |
| 8406 | IRI-CRT-00003570 | IRI-CRT-00003571 | X | X | Irico asserts that this document was created by a non-Irico entity. |
| 8407 | IRI-CRT-00003576 | IRI-CRT-00003577 | X | X | Irico asserts that this document was created by a non-Irico entity. |
| 8408 | IRI-CRT-00003578 | IRI-CRT-00003579 | X | X | Irico asserts that this document was created by a non-Irico entity. |
| 8409 | IRI-CRT-00003584 | IRI-CRT-00003585 | X | X | Irico asserts that this document was created by a non-Irico entity. |
| 8410 | IRI-CRT-00003586 | IRI-CRT-00003587 | X | X | Irico asserts that this document was created by a non-Irico entity. |
| 8411 | IRI-CRT-00003588 | IRI-CRT-00003589 | X | X | Irico asserts that this document was created by a non-Irico entity. |
| 8412 | IRI-CRT-00003594 | IRI-CRT-00003595 | X | X | Irico asserts that this document was created by a non-Irico entity. |
| 8397 | IRI-CRT-00003669 | IRI-CRT-00003669 | X | X | Irico asserts that this document was created by a non-Irico entity. |
| 8557 | IRI-CRT-00004769 | IRI-CRT-00004773 | X | X | |
| 8558 | IRI-CRT-00004817 | IRI-CRT-00004823 | X | X | |
| 8603 | IRI-CRT-00005995 | IRI-CRT-00005995 | X | | |
| 8602 | IRI-CRT-00005996 | IRI-CRT-00005996 | X | | |
| 8630 | IRI-CRT-00007179 | IRI-CRT-00007181 | X | X | |
| 8561 | IRI-CRT-00008236 | IRI-CRT-00008239 | X | X | |
| 8562 | IRI-CRT-00008241 | IRI-CRT-00008245 | X | X | |
| 8632 | IRI-CRT-00010265 | IRI-CRT-00010267 | X | X | |
| 8563 | IRI-CRT-00020490; IRI-CRT-00020501 | IRI-CRT-00020490; IRI-CRT-00020502 (3 pg. document, not consecutive Bates numbering) | X | X | |
| 8586 | IRI-CRT-00023923 | IRI-CRT-00023924 | X | X | |
| 8631 | IRI-CRT-00024269 | IRI-CRT-00024271 | X | X | |

1. Pursuant to ¶ 4 of the Stipulation and [Proposed] Order Regarding Trial Evidence, Irico reserves the right to challenge the admissibility of these documents and statements within them on other grounds including under FRE 805.

*In re Cathode Ray Tube (CRT) Antitrust Litig.*, Master File No. 4:07-cv-05944, MDL No. 1917 (N.D. Cal.)

Appendix to Stipulation and [Proposed] Order Regarding Trial Evidence (IPP Actions)[1]

| Column A (Temporary Trial Exhibit Number) | Column B (Beginning Bates) | Column C (Ending Bates) | Column D (Authentic) | Column E (Business Record) | Column F (Limitation) |
|---|---|---|---|---|---|
| 8591 | IRI-CRT-00024837 | IRI-CRT-00024880 | X | X | |
| 8611 | IRI-CRT-00025698 | IRI-CRT-00025701 | X | X | |
| 8612 | IRI-CRT-00025753 | IRI-CRT-00025754 | X | X | Irico asserts that this document was created by a non-Irico entity. |
| 8599 | IRI-CRT-00025756 | IRI-CRT-00025765 | X | X | |
| 8597 | IRI-CRT-00029848 | IRI-CRT-00029859 (Pages IRI-CRT-00029849-852 and IRI-CRT-00029857 not included.) | X | X | |
| 8618 | IRI-CRT-00030226 | IRI-CRT-00030232 | X | X | |
| 8585 | IRI-CRT-00032472; IRI-CRT-00032477 | IRI-CRT-00032472; IRI-CRT-00032477 (2 single page documents) | X | X | |
| 8588 | IRI-CRT-00033205 | IRI-CRT-00033205 | X | X | |
| 8589 | IRI-CRT-00033206 | IRI-CRT-00033209 | X | X | |
| 8598 | IRI-CRT-00033400 | IRI-CRT-00033402 | X | X | |
| 2365 | JLJ-00001899 | JLJ-00001904 | X | | |
| 5604 | JLJ-00003328 | JLJ-00003329 | X | | |
| 2338 | JLJ-00005511 | JLJ-00005513 | X | X | |
| 2339 | JLJ-00005514 | JLJ-00005514 | X | X | |
| 813 | LGE00089844 | LGE00089849 | X | X | |
| 2764 | LPD-0000280 | LPD-0000280 | X | | |
| 2253 | LPD-NL00031186 | LPD-NL00031206 | X | | |
| 8638 | ME 00001413 | ME 00001419 (Pages ME 00001414 & ME 00001416 not included.) | X | | |
| 8636 | ME 00035644 | ME 00035644 | X | | |
| 8635 | ME 00035743 | ME 00035744 | X | | |
| 3829 | MTPD-0009521 | MTPD-0009521 | X | | |

1. Pursuant to ¶ 4 of the Stipulation and [Proposed] Order Regarding Trial Evidence, Irico reserves the right to challenge the admissibility of these documents and statements within them on other grounds including under FRE 805.

*In re Cathode Ray Tube (CRT) Antitrust Litig.* , Master File No. 4:07-cv-05944, MDL No. 1917 (N.D. Cal.)

Appendix to Stipulation and [Proposed] Order Regarding Trial Evidence (IPP Actions)[1]

| Column A (Temporary Trial Exhibit Number) | Column B (Beginning Bates) | Column C (Ending Bates) | Column D (Authentic) | Column E (Business Record) | Column F (Limitation) |
|---|---|---|---|---|---|
| 1942 | MTPD-0024384 | MTPD-0024384 | X | | |
| 802 | MTPD-0035375 | MTPD-0035376 | X | | |
| 801 | MTPD-0038856 | MTPD-0038862 | X | | |
| 814 | MTPD-0042034 | MTPD-0042035 | X | | |
| 905 | MTPD-0094874 | MTPD-0094880 | X | | |
| 1947 | MTPD-0214546 | MTPD-0214548 | X | | |
| 3824 | MTPD-0260253 | MTPD-0260253 | X | | |
| 3826 | MTPD-0297036 | MTPD-0297036 | X | | |
| 3827 | MTPD-0305615 | MTPD-0305616 | X | | |
| 3822 | MTPD-0320255 | MTPD-0320256 | X | | |
| 1798 | MTPD-0410020 | MTPD-0410021 | X | | |
| 1932 | MTPD-0423675 | MTPD-0423677 | X | | |
| 815 | MTPD-0426017 | MTPD-0426018 | X | | |
| 2011 | MTPD-0455847 | MTPD-0455850 | X | | |
| 1414 | MTPD-0479721 | MTPD-0479723 | X | | |
| 1795 | MTPD-0479738 | MTPD-0479738 | X | | |
| 1796 | MTPD-0479739 | MTPD-0479741 | X | | |
| 1422 | MTPD-0486917 | MTPD-0486919 | X | | |
| 808 | MTPD-0492286 | MTPD-0492289 | X | | |
| 1939 | MTPD-0493549 | MTPD-0493554 | X | | |
| 1801 | MTPD-0493552 | MTPD-0493554 | X | | |
| 1770 | MTPD-0494876 | MTPD-0494880 | X | | |
| 1416 | MTPD-0497049 | MTPD-0497053 | X | | |
| 2012 | MTPD-0521744 | MTPD-0521747 | X | | |
| 3402 | MTPD-0576449 | MTPD-0576452 | X | | |
| 3359 | PHLP-CRT-009416 | PHLP-CRT-009417 | X | | |
| 3332 | PHLP-CRT-009599 | PHLP-CRT-009599 | X | | |
| 3346 | PHLP-CRT-010267 | PHLP-CRT-010268 | X | | |
| 2263 | PHLP-CRT-010945 | PHLP-CRT-010947 | X | | |

1. Pursuant to ¶ 4 of the Stipulation and [Proposed] Order Regarding Trial Evidence, Irico reserves the right to challenge the admissibility of these documents and statements within them on other grounds including under FRE 805.                    **Page 15 of 28**

*In re Cathode Ray Tube (CRT) Antitrust Litig.* , **Master File No. 4:07-cv-05944, MDL No. 1917 (N.D. Cal.)**

Appendix to Stipulation and [Proposed] Order Regarding Trial Evidence (IPP Actions)[1]

| Column A (Temporary Trial Exhibit Number) | Column B (Beginning Bates) | Column C (Ending Bates) | Column D (Authentic) | Column E (Business Record) | Column F (Limitation) |
|---|---|---|---|---|---|
| 2262 | PHLP-CRT-010948 | PHLP-CRT-010948 | X | | |
| 2257 | PHLP-CRT-010963 | PHLP-CRT-010964 | X | | |
| 2258 | PHLP-CRT-010965 | PHLP-CRT-010965 | X | | |
| 3348 | PHLP-CRT-011458 | PHLP-CRT-011459 | X | | |
| 6151 | PHLP-CRT-014141 | PHLP-CRT-014143 | X | | |
| 1866 | PHLP-CRT-014272 | PHLP-CRT-014274 | X | | |
| 3323 | PHLP-CRT-014413 | PHLP-CRT-014415 | X | | |
| 3322 | PHLP-CRT-014431 | PHLP-CRT-014448 | X | | |
| 3360 | PHLP-CRT-014485 | PHLP-CRT-014493 | X | | |
| 1854 | PHLP-CRT-014816 | PHLP-CRT-014818 | X | | |
| 3329 | PHLP-CRT-015346 | PHLP-CRT-015348 | X | | |
| 3353 | PHLP-CRT-015909 | PHLP-CRT-015910 | X | | |
| 2285 | PHLP-CRT-015923 | PHLP-CRT-015925 | X | | |
| 3352 | PHLP-CRT-019008 | PHLP-CRT-019009 | X | | |
| 3325 | PHLP-CRT-019930 | PHLP-CRT-019942 | X | | |
| 3341 | PHLP-CRT-020159 | PHLP-CRT-020162 | X | | |
| 3327 | PHLP-CRT-022244 | PHLP-CRT-022245 | X | | |
| 2289 | PHLP-CRT-023137 | PHLP-CRT-023138 | X | | |
| 2288 | PHLP-CRT-023189 | PHLP-CRT-023191 | X | | |
| 2306 | PHLP-CRT-024274 | PHLP-CRT-024275 | X | | |
| 2776 | PHLP-CRT-024924 | PHLP-CRT-024925 | X | | |
| 3328 | PHLP-CRT-024999 | PHLP-CRT-025000 | X | | |
| 3358 | PHLP-CRT-026556 | PHLP-CRT-026558 | X | | |
| 3349 | PHLP-CRT-027540 | PHLP-CRT-027541 | X | | |
| 3344 | PHLP-CRT-028034 | PHLP-CRT-028035 | X | | |
| 3356 | PHLP-CRT-028048 | PHLP-CRT-028050 | X | | |
| 3343 | PHLP-CRT-030092 | PHLP-CRT-030092 | X | | |
| 3362 | PHLP-CRT-031189 | PHLP-CRT-031190 | X | | |
| 3330 | PHLP-CRT-031617 | PHLP-CRT-031618 | X | | |

1. Pursuant to ¶ 4 of the Stipulation and [Proposed] Order Regarding Trial Evidence, Irico reserves the right to challenge the admissibility of these documents and statements within them on other grounds including under FRE 805.

*In re Cathode Ray Tube (CRT) Antitrust Litig.* , **Master File No. 4:07-cv-05944, MDL No. 1917 (N.D. Cal.)**

Appendix to Stipulation and [Proposed] Order Regarding Trial Evidence (IPP Actions)[1]

| Column A (Temporary Trial Exhibit Number) | Column B (Beginning Bates) | Column C (Ending Bates) | Column D (Authentic) | Column E (Business Record) | Column F (Limitation) |
|---|---|---|---|---|---|
| 3355 | PHLP-CRT-031643 | PHLP-CRT-037136 | X | | |
| 3345 | PHLP-CRT-033435 | PHLP-CRT-033436 | X | | |
| 3331 | PHLP-CRT-033503 | PHLP-CRT-033504 | X | | |
| 3347 | PHLP-CRT-034139 | PHLP-CRT-034142 | X | | |
| 3357 | PHLP-CRT-035906 | PHLP-CRT-035907 | X | | |
| 3342 | PHLP-CRT-036200 | PHLP-CRT-036202 | X | | |
| 3350 | PHLP-CRT-037126 | PHLP-CRT-037135 | X | | |
| 2255 | PHLP-CRT-081748 | PHLP-CRT-081750 | X | | |
| 3320 | PHLP-CRT-084379 | PHLP-CRT-084388 | X | | |
| 2758 | PHLP-CRT-087420 | PHLP-CRT-087422 | X | | |
| 3319 | PHLP-CRT-091383 PHLP-CRT-096371 | PHLP-CRT-091388 PHLP-CRT-096388 | X | | |
| 2763 | PHLP-CRT-092571 | PHLP-CRT-092574 | X | | |
| 2759 | PHLP-CRT-094627 | PHLP-CRT-094644 | X | | |
| 3321 | PHLP-CRT-096369 | PHLP-CRT-096370 | X | | |
| 2756 | PHLP-CRT-097351 | PHLP-CRT-097352 | X | | |
| 1853 | PHLP-CRT-098241 | PHLP-CRT-098243 | X | | |
| 7206 | PHLP-CRT-149827 | PHLP-CRT-149829 | X | | |
| 7202 | PHLP-CRT-158085 | PHLP-CRT-158086 | X | | |
| 3841 | SDCRT-0002488 | SDCRT-0002489 | X | | |
| 5601 | SDCRT-0002584 | SDCRT-0002584 | X | | |
| 1908 | SDCRT-0002585 | SDCRT-0002587 | X | | |
| 1909 | SDCRT-0002588 | SDCRT-0002589 | X | X | |
| 3825 | SDCRT-0002593 | SDCRT-0002594 | X | | |
| 810 | SDCRT-0005645 | SDCRT-0005646 | X | | |
| 2684 | SDCRT-0005946 | SDCRT-0005948 | X | | |
| 633 | SDCRT-0006043 | SDCRT-0006044 | X | | |
| 3819 | SDCRT-0006285 | SDCRT-0006286 | X | | |
| 679 | SDCRT-0006510 | SDCRT-0006512 | X | | |

1. Pursuant to ¶ 4 of the Stipulation and [Proposed] Order Regarding Trial Evidence, Irico reserves the right to challenge the admissibility of these documents and statements within them on other grounds including under FRE 805.          **Page 17 of 28**

*In re Cathode Ray Tube (CRT) Antitrust Litig.* , Master File No. 4:07-cv-05944, MDL No. 1917 (N.D. Cal.)

Appendix to Stipulation and [Proposed] Order Regarding Trial Evidence (IPP Actions)[1]

| Column A (Temporary Trial Exhibit Number) | Column B (Beginning Bates) | Column C (Ending Bates) | Column D (Authentic) | Column E (Business Record) | Column F (Limitation) |
|---|---|---|---|---|---|
| 3336 | SDCRT-0006799 | SDCRT-0006801 | X | | |
| 2079 | SDCRT-0007173 | SDCRT-0007173 | X | | |
| 2680 | SDCRT-0007599 | SDCRT-0007600 | X | | |
| 2084 | SDCRT-0007609 | SDCRT-0007610 | X | | |
| 3812 | SDCRT-0008147 | SDCRT-0008148 | X | | |
| 2473 | SDCRT-0008963 | SDCRT-0008964 | X | | |
| 2683 | SDCRT-0023249 | SDCRT-0023265 | X | | |
| 3817 | SDCRT-0049872 | SDCRT-0049873 | X | | |
| 3818 | SDCRT-0049874 | SDCRT-0049874 | X | | |
| 3814 | SDCRT-0050691 | SDCRT-0050691 | X | | |
| 3815 | SDCRT-0050692 | SDCRT-0050692 | X | | |
| 3816 | SDCRT-0050693 | SDCRT-0050693 | X | | |
| 3813 | SDCRT-0050694 | SDCRT-0050694 | X | | |
| 2695 | SDCRT-0051252 | SDCRT-0051255 | X | | |
| 2449 | SDCRT-0051317 | SDCRT-0051354 | X | | |
| 2691 | SDCRT-0066708 | SDCRT-0066709 | X | | |
| 2127 | SDCRT-0066803 | SDCRT-0066804 | X | X | |
| 2693 | SDCRT-0066930 | SDCRT-0066934 | X | | |
| 1995 | SDCRT-0067998 | SDCRT-0067998 | X | | |
| 1996 | SDCRT-0067999 | SDCRT-0067999 | X | | |
| 3820 | SDCRT-0073747 | SDCRT-0073748 | X | | |
| 2091 | SDCRT-0076953 | SDCRT-0076953 | X | | |
| 2092 | SDCRT-0076954 | SDCRT-0076954 | X | | |
| 2070 | SDCRT-0079381 | SDCRT-0079382 | X | | |
| 2688 | SDCRT-0081019 | SDCRT-0081020 | X | | |
| 3838 | SDCRT-0084195 | SDCRT-0084198 | X | | |
| 3821 | SDCRT-0085464 | SDCRT-0085464 | X | | |
| 3839 | SDCRT-0085666 | SDCRT-0085668 | X | | |
| 1885 | SDCRT-0086416 | SDCRT-0086418 | X | | |

1. Pursuant to ¶ 4 of the Stipulation and [Proposed] Order Regarding Trial Evidence, Irico reserves the right to challenge the admissibility of these documents and statements within them on other grounds including under FRE 805.

*In re Cathode Ray Tube (CRT) Antitrust Litig.* , Master File No. 4:07-cv-05944, MDL No. 1917 (N.D. Cal.)

Appendix to Stipulation and [Proposed] Order Regarding Trial Evidence (IPP Actions)[1]

| Column A (Temporary Trial Exhibit Number) | Column B (Beginning Bates) | Column C (Ending Bates) | Column D (Authentic) | Column E (Business Record) | Column F (Limitation) |
|---|---|---|---|---|---|
| 1527 | SDCRT-0086419 | SDCRT-0086420 | X | | |
| 665 | SDCRT-0086487 | SDCRT-0086488 | X | | |
| 5611 | SDCRT-0086512 | SDCRT-0086513 | X | | |
| 1505 | SDCRT-0086532 | SDCRT-0086536 | X | | |
| 705 | SDCRT-0086541 | SDCRT-0086544 | X | | |
| 670 | SDCRT-0086551 | SDCRT-0086553 | X | | |
| 1528 | SDCRT-0086557 | SDCRT-0086560 | X | | |
| 1889 | SDCRT-0086563 | SDCRT-0086566 | X | | |
| 1893 | SDCRT-0086593 | SDCRT-0086596 | X | | |
| 2251 | SDCRT-0086675 | SDCRT-0086681 | X | | |
| 2250 | SDCRT-0086690 | SDCRT-0086690 | X | | |
| 1898 | SDCRT-0086703 | SDCRT-0086705 | X | | |
| 631 | SDCRT-0087953 | SDCRT-0087962 | X | | |
| 680 | SDCRT-0088732 | SDCRT-0088733 | X | | |
| 3337 | SDCRT-0090100 | SDCRT-0090101 | X | | |
| 3340 | SDCRT-0090102 | SDCRT-0090112 | X | | |
| 685 | SDCRT-0090180 | SDCRT-0090185 | X | | |
| 1521 | SDCRT-0090319 | SDCRT-0090321 | X | | |
| 1915 | SDCRT-0090322 | SDCRT-0090324 | X | | |
| 1517 | SDCRT-0090328 | SDCRT-0090338 | X | | |
| 686 | SDCRT-0091351 | SDCRT-0091352 | X | | |
| 8639 | SDCRT-0091465 | SDCRT-0091467 | X | | |
| 8425 | SDCRT-0091524 | SDCRT-0091530 | X | | |
| 8625 | SDCRT-0091569 | SDCRT-0091572 | X | | |
| 2698 | SDCRT-0104690 | SDCRT-0104690 | X | | |
| 2700 | SDCRT-0104692 | SDCRT-0104692 | X | | |
| 2681 | SDCRT-0105131 | SDCRT-0105134 | X | | |
| 2126 | SDCRT-0170843 | SDCRT-0170843 | X | | |
| 2445 | SDCRT-0180438 | SDCRT-0180438 | X | | |

1. Pursuant to ¶ 4 of the Stipulation and [Proposed] Order Regarding Trial Evidence, Irico reserves the right to challenge the admissibility of these documents and statements within them on other grounds including under FRE 805.

*In re Cathode Ray Tube (CRT) Antitrust Litig.* , **Master File No. 4:07-cv-05944, MDL No. 1917 (N.D. Cal.)**

Appendix to Stipulation and [Proposed] Order Regarding Trial Evidence (IPP Actions)[1]

| Column A (Temporary Trial Exhibit Number) | Column B (Beginning Bates) | Column C (Ending Bates) | Column D (Authentic) | Column E (Business Record) | Column F (Limitation) |
|---|---|---|---|---|---|
| 2687 | SDCRT-0191510 | SDCRT-0191512 | X | | |
| 2689 | SDCRT-0198856 | SDCRT-0198857 | X | | |
| 2682 | SDCRT-0199136 | SDCRT-0199139 | X | | |
| 3842 | SDCRT-0199804 | SDCRT-0199805 | X | | |
| 2123 | SDCRT-0199834 | SDCRT-0199836 | X | | |
| 3843 | SDCRT-0199847 | SDCRT-0199850 | X | | |
| 7413 | TAEC-CRT-00066846 | TAEC-CRT-00066848 | X | | |
| 1789 | TAEC-CRT-00088715 | TAEC-CRT-00088716 | X | | |
| 2028 | TAEC-CRT-00093312 | TAEC-CRT-00093313 | X | | |
| 7411 | TAEC-CRT-00096971 | TAEC-CRT-00097007 | X | | |
| 5841 | TCE-CRT 0005196 | TCE-CRT 0005196 | X | | |
| 5845 | TCE-CRT 0007012 | TCE-CRT 0007013 | X | X | |
| 5847 | TCE-CRT 0007339 | TCE-CRT 0007340 | X | | |
| 1755 | TSB-CRT-00035348 | TSB-CRT-00035349 | X | | |
| 7547 | TSB-CRT-00036521 | TSB-CRT-00036522 | X | | |
| 7538 | TSB-CRT-00036875 | TSB-CRT-00036875 | X | | |
| 1787 | TSB-CRT-00041862 | TSB-CRT-00041863 | X | | |
| 7537 | TSB-CRT-00042334 | TSB-CRT-00042336 | X | | |
| 8629 | TSB-CRT-00065943 | TSB-CRT-00065944 | X | | |
| 1286 | | | X | | |
| 2450 | | | X | | |
| 3811 | | | X | | |
| 8389 | | | X | | |
| 8390 | | | X | | |
| 8398 | | | X | | |
| 8400 | | | X | | |
| 8402 | | | X | X | |
| 8601 | | | X | | |
| 8604 | | | X | | |

1. Pursuant to ¶ 4 of the Stipulation and [Proposed] Order Regarding Trial Evidence, Irico reserves the right to challenge the admissibility of these documents and statements within them on other grounds including under FRE 805.

*In re Cathode Ray Tube (CRT) Antitrust Litig.* , Master File No. 4:07-cv-05944, MDL No. 1917 (N.D. Cal.)

Appendix to Stipulation and [Proposed] Order Regarding Trial Evidence (IPP Actions)[1]

| Column A (Temporary Trial Exhibit Number) | Column B (Beginning Bates) | Column C (Ending Bates) | Column D (Authentic) | Column E (Business Record) | Column F (Limitation) |
|---|---|---|---|---|---|
| 8605 | | | X | | |
| 8606 | | | X | | |
| 8610 | | | X | | |
| 8627 | | | X | | |
| 8628 | | | X | | |
| | BMCC-CRT000004919 | BMCC-CRT000004923 | X | | |
| 8644 | BMCC-CRT000105586 | BMCC-CRT000105590 | X | | |
| | BMCC-CRT000105586 | BMCC-CRT000105590 | X | | |
| | BMCC-CRT000117860 | BMCC-CRT000117866 | X | | |
| | BMCC-CRT000127966 | BMCC-CRT000127969 | X | | |
| | BMCC-CRT000247407 | BMCC-CRT000247409 | X | | |
| | BMCC-CRT000296385 | BMCC-CRT000296385 | X | | |
| | BMCC-CRT000540532 | BMCC-CRT000540536 | X | | |
| | CHU00006004 | CHU00006006 | X | X | |
| | CHU00014198 | CHU00014199 | X | | |
| | CHU00014200 | CHU00014201 | X | X | |
| | CHU00017037 | CHU00017045 | X | X | |
| | CHU00023392 | CHU00023394 | X | | |
| | CHU00028286 | CHU00028286 | X | X | |
| | CHU00028377 | CHU00028379 | X | X | |
| | CHU00028749 | CHU00028751 | X | X | |
| | CHU00028758 | CHU00028759 | X | X | |
| | CHU00028776 | CHU00028780 | X | | |
| | CHU00028813 | CHU00028814 | X | X | |
| | CHU00029046 | CHU00029047 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |

1. Pursuant to ¶ 4 of the Stipulation and [Proposed] Order Regarding Trial Evidence, Irico reserves the right to challenge the admissibility of these documents and statements within them on other grounds including under FRE 805.

*In re Cathode Ray Tube (CRT) Antitrust Litig.* , **Master File No. 4:07-cv-05944, MDL No. 1917 (N.D. Cal.)**

Appendix to Stipulation and [Proposed] Order Regarding Trial Evidence (IPP Actions)[1]

| Column A (Temporary Trial Exhibit Number) | Column B (Beginning Bates) | Column C (Ending Bates) | Column D (Authentic) | Column E (Business Record) | Column F (Limitation) |
|---|---|---|---|---|---|
| | CHU00029048 | CHU00029049 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |
| | CHU00029171 | CHU00029174 | X | X | |
| | CHU00029214 | CHU00029220 | X | | |
| | CHU00029238 | CHU00029240 | X | | |
| | CHU00029985 | CHU00029986 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |
| | CHU00030008 | CHU00030009 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |
| | CHU00030067 | CHU00030067 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |
| | CHU00030085 | CHU00030086 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |
| | CHU00030661 | CHU00030663 | X | X | |
| | CHU00030664 | CHU00030664 | X | X | |
| | CHU00030665 | CHU00030667 | X | X | |
| | CHU00030668 | CHU00030669 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |
| | CHU00030705 | CHU00030708 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |
| | CHU00030745 | CHU00030747 | X | X | |
| | CHU00030756 | CHU00030756 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |

1. Pursuant to ¶ 4 of the Stipulation and [Proposed] Order Regarding Trial Evidence, Irico reserves the right to challenge the admissibility of these documents and statements within them on other grounds including under FRE 805.

*In re Cathode Ray Tube (CRT) Antitrust Litig.*, Master File No. 4:07-cv-05944, MDL No. 1917 (N.D. Cal.)

Appendix to Stipulation and [Proposed] Order Regarding Trial Evidence (IPP Actions)[1]

| Column A (Temporary Trial Exhibit Number) | Column B (Beginning Bates) | Column C (Ending Bates) | Column D (Authentic) | Column E (Business Record) | Column F (Limitation) |
|---|---|---|---|---|---|
| | CHU00030797 | CHU00030798 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |
| | CHU00030827 | CHU00030830 | X | X | |
| | CHU00030843 | CHU00030845 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |
| | CHU00030872 | CHU00030874 | X | X | |
| | CHU00030881 | CHU00030884 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |
| | CHU00030910 | CHU00030911 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |
| | CHU00030917 | CHU00030919 | X | X | |
| | CHU00030941 | CHU00030943 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |
| | CHU00030946 | CHU00030947 | X | X | |
| | CHU00030953 | CHU00030956 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |
| | CHU00030973 | CHU00030975 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |
| | CHU00031002 | CHU00031005 | X | X | |
| | CHU00031018 | CHU00031020 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |

1. Pursuant to ¶ 4 of the Stipulation and [Proposed] Order Regarding Trial Evidence, Irico reserves the right to challenge the admissibility of these documents and statements within them on other grounds including under FRE 805.

*In re Cathode Ray Tube (CRT) Antitrust Litig.* , Master File No. 4:07-cv-05944, MDL No. 1917 (N.D. Cal.)

Appendix to Stipulation and [Proposed] Order Regarding Trial Evidence (IPP Actions)[1]

| Column A (Temporary Trial Exhibit Number) | Column B (Beginning Bates) | Column C (Ending Bates) | Column D (Authentic) | Column E (Business Record) | Column F (Limitation) |
|---|---|---|---|---|---|
| | CHU00031032 | CHU00031035 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |
| | CHU00031040 | CHU00031043 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |
| | CHU00031044 | CHU00031046 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |
| | CHU00031070 | CHU00031074 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |
| | CHU00031088 | CHU00031091 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |
| | CHU00031101 | CHU00031104 | X | X | |
| | CHU00031105 | CHU00031106 | X | X | |
| | CHU00031107 | CHU00031109 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |
| | CHU00036382 | CHU00036383 | X | X | |
| | CHU00040988 | CHU00041361 | X | | |
| | CHU00047657 | CHU00047657 | X | | |
| | CHU00047658 | CHU00047662 | X | | |
| | CHU00047663 | CHU00047674 | X | X | |
| | CHU00071480 | CHU00071482 | X | | |
| | CHU00082243 | CHU00082243 | X | | |
| | CHU00082244 | CHU00082286 | X | | |
| | CHU00082287 | CHU00082291 | X | | |
| | CHU00082292 | CHU00082295 | X | | |

1. Pursuant to ¶ 4 of the Stipulation and [Proposed] Order Regarding Trial Evidence, Irico reserves the right to challenge the admissibility of these documents and statements within them on other grounds including under FRE 805.

*In re Cathode Ray Tube (CRT) Antitrust Litig.* , Master File No. 4:07-cv-05944, MDL No. 1917 (N.D. Cal.)

Appendix to Stipulation and [Proposed] Order Regarding Trial Evidence (IPP Actions)[1]

| Column A (Temporary Trial Exhibit Number) | Column B (Beginning Bates) | Column C (Ending Bates) | Column D (Authentic) | Column E (Business Record) | Column F (Limitation) |
|---|---|---|---|---|---|
| | CHU00102755 | CHU00102764 | X | X | This document is also contained within Temporary Trial Exhibit 8568. |
| | CHU00108396 | CHU00108407 | X | X | |
| | CHU00122400 | CHU00122408 | X | | Irico asserts that this document was created by a non-Irico entity. |
| | CHU00124413 | CHU00124416 | X | X | |
| | CHU00124675 | CHU00124683 | X | X | |
| | CHU00124779 | CHU00124785 | X | X | |
| | CHU00124993 | CHU00124994 | X | X | |
| | CHU00125157 | CHU00125161 | X | | |
| | CHU00125190 | CHU00125191 | X | X | |
| | CHU00505502 | CHU00505513 | X | X | |
| | CHU00564355 | CHU00564355 | X | | |
| | CHU00564356 | CHU00564369 | X | X | |
| | CHU00660217 | CHU00660220 | X | | |
| | CHU00660699 | CHU00660708 | X | | |
| | CHU00661917 | CHU00661928 | X | | |
| | CHU00725770 | CHU00725772 | X | X | Irico does not agree not to contest the status of this document as a business record as to the handwritten portions of the document. |
| | CHU00734336 | CHU00734336 | X | | |
| | CHU00734728 | CHU00734728 | X | X | |
| | CHWA00010847 | CHWA00010849 | X | | |
| | HDP-CRT00030227 | HDP-CRT00030229 | X | | |
| | HDP-CRT00030776 | HDP-CRT00030776 | X | | |
| | HDP-CRT00046006 | HDP-CRT00046006 | X | | |
| | HDP-CRT00051172 | HDP-CRT00051172 | X | | |
| | IRI-CRT-00000773 | IRI-CRT-00000778 | X | X | |
| | IRI-CRT-00003545 | IRI-CRT-00003545 | X | X | Irico asserts that this document was created by a non-Irico entity. |

1. Pursuant to ¶ 4 of the Stipulation and [Proposed] Order Regarding Trial Evidence, Irico reserves the right to challenge the admissibility of these documents and statements within them on other grounds including under FRE 805.

*In re Cathode Ray Tube (CRT) Antitrust Litig.* , Master File No. 4:07-cv-05944, MDL No. 1917 (N.D. Cal.)

Appendix to Stipulation and [Proposed] Order Regarding Trial Evidence (IPP Actions)[1]

| Column A (Temporary Trial Exhibit Number) | Column B (Beginning Bates) | Column C (Ending Bates) | Column D (Authentic) | Column E (Business Record) | Column F (Limitation) |
|---|---|---|---|---|---|
| | IRI-CRT-00003547 | IRI-CRT-00003547 | X | X | Irico asserts that this document was created by a non-Irico entity. |
| | IRI-CRT-00003561; ITI-CRT-00003565 | IRI-CRT-00003561; ITI-CRT-00003565 | X | X | Irico asserts that this document was created by a non-Irico entity. |
| | IRI-CRT-00003580 | IRI-CRT-00003581 | X | X | Irico asserts that this document was created by a non-Irico entity. |
| | IRI-CRT-00003582 | IRI-CRT-00003583 | X | X | Irico asserts that this document was created by a non-Irico entity. |
| | IRI-CRT-00003592 | IRI-CRT-00003593 | X | X | Irico asserts that this document was created by a non-Irico entity. |
| | IRI-CRT-00003598 | IRI-CRT-00003598 | X | X | Irico asserts that this document was created by a non-Irico entity. |
| | IRI-CRT-00003630 | IRI-CRT-00003631 | X | X | Irico asserts that this document was created by a non-Irico entity. |
| | IRI-CRT-00008191 | IRI-CRT-00008239 | X | X | |
| | IRI-CRT-00012210; IRI-CRT-00012219 | IRI-CRT-00012210; IRI-CRT-00012220 | X | X | |
| | IRI-CRT-00023474 | IRI-CRT-00023479 | X | X | |
| | IRI-SU-000052 | IRI-SU-000054 | X | X | |
| | IRI-SU-000137 | IRI-SU-000140 | X | X | |
| | IRI-SU-000141 | IRI-SU-000141 | X | | |
| | IRI-SUPP-000001 | IRI-SUPP-000005 | X | | |
| | IRI-SUPP-000006 | IRI-SUPP-000011 | X | | |
| | IRI-SUPP-000012 | IRI-SUPP-000021 | X | | |
| | IRI-SUPP-000022; IRI-SUPP-000023 | IRI-SUPP-000022; IRI-SUPP-000028 | X | | |
| | IRI-SUPP-000029 | IRI-SUPP-000030 | X | | |
| | IRI-SUPP-000031 | IRI-SUPP-000033 | X | | |
| | IRI-SUPP-000034 | IRI-SUPP-000036 | X | | |
| | ME 00031376 | ME 00031379 | X | | |
| | MTPD-0423668 | MTPD-0423669 | X | | |
| | SDCRT-0002526 | SDCRT-002528 | X | | |

1. Pursuant to ¶ 4 of the Stipulation and [Proposed] Order Regarding Trial Evidence, Irico reserves the right to challenge the admissibility of these documents and statements within them on other grounds including under FRE 805.

*In re Cathode Ray Tube (CRT) Antitrust Litig.* , Master File No. 4:07-cv-05944, MDL No. 1917 (N.D. Cal.)

Appendix to Stipulation and [Proposed] Order Regarding Trial Evidence (IPP Actions)[1]

| Column A (Temporary Trial Exhibit Number) | Column B (Beginning Bates) | Column C (Ending Bates) | Column D (Authentic) | Column E (Business Record) | Column F (Limitation) |
|---|---|---|---|---|---|
| | SDCRT-0006674 | SDCRT-0006674 | X | | |
| | SDCRT-0006675 | SDCRT-0006677 | X | | |
| | SDCRT-0086599 | SDCRT-0086601 | X | | |
| | SDCRT-0086672 | SDCRT-0086674 | X | | |
| | SDCRT-0086698 | SDCRT-0086699 | X | | |
| | SDCRT-0086706 | SDCRT-0086721 | X | | |
| | SDCRT-0087312 | SDCRT-0087313 | X | | |
| | SDCRT-0087340 | SDCRT-0087342 | X | | |
| | SDCRT-0087694 | SDCRT-0087698 | X | | |
| | SDCRT-0087700 | SDCRT-0087702 | X | | |
| | SDCRT-0090215 | SDCRT-0090224 | X | | |
| | SDCRT-0091409 | SDCRT-0091416 | X | | |
| | SDCRT-0091465 | SDCRT-0091467 | X | | |
| | SDCRT-0091537 | SDCRT-0091538 | X | | |
| | SDCRT-0091584 | SDCRT-0091588 | X | | |
| | SDCRT-0091589 | SDCRT-0091598 | X | | |
| | SDCRT-0093977 | SDCRT-0093991 | X | | |
| | SDCRT-0204090 | SDCRT-0204090 | X | | |
| | TSA-CRT00156223 | TSA-CRT00156223 | X | | |

1. Pursuant to ¶ 4 of the Stipulation and [Proposed] Order Regarding Trial Evidence, Irico reserves the right to challenge the admissibility of these documents and statements within them on other grounds including under FRE 805.

*In re Cathode Ray Tube (CRT) Antitrust Litig.* , Master File No. 4:07-cv-05944, MDL No. 1917 (N.D. Cal.)

Appendix to Stipulation and [Proposed] Order Regarding Trial Evidence (IPP Actions)[1]

| Column A (Temporary Trial Exhibit Number) | Column B (Beginning Bates) | Column C (Ending Bates) | Column D (Authentic) | Column E (Business Record) | Column F (Limitation) |
|---|---|---|---|---|---|
| | TSB-CRT-00045123 | TSB-CRT-00045126 | X | | |

1. Pursuant to ¶ 4 of the Stipulation and [Proposed] Order Regarding Trial Evidence, Irico reserves the right to challenge the admissibility of these documents and statements within them on other grounds including under FRE 805.