MARIO N. ALIOTO (SBN 56433)
LAUREN C. CAPURRO (SBN 241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2001 Union Street, Suite 482
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
Email: malioto@tatp.com;
laurenrussell@tatp.com

*Lead Counsel for the Indirect Purchaser Plaintiffs*
*[Additional Counsel Listed on Signature Page]*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-CV-5944-JST <br><br> MDL No. 1917 |
| This Document Relates to: <br><br> *ALL INDIRECT PURCHASER ACTIONS* | **NOTICE OF WITHDRAWAL OF INDIRECT PURCHASER PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING CLASS REPRESENTATIVE STANDING, ECF NO. 6231** <br><br> Judge:    Honorable Jon S. Tigar |

TO THE COURT AND COUNSEL OF RECORD:

Pursuant to Civil L.R. 7-7(e), the Indirect Purchaser Plainitffs ("IPPs") hereby give notice that on August 24, 2023, the IPPs and Defendants Irico Group Corporation and Irico Display Devices Co., Ltd. filed a Stipulation and Proposed Order Regarding Plaintiffs' Facts for Trial, ECF No. 6267, which the Court entered as an Order on August 25, 2023. (ECF No. 6269) (the "Stipulation and Order"). The Stipulation and Order resolves the issues raised in IPPs' pending Motion for Partial Summary Judgment Regarding Class Representative Standing, ECF. No. 6231 (the "Motion"). The IPPs therefore withdraw their pending Motion and ask that the hearing on this Motion, currently scheduled for November 9, 2023 at 2:00 p.m., be taken off calendar.

Respectfully Submitted,

Dated: August 29, 2023

By: /s/ Mario N. Alioto
Mario N. Alioto (56433)
Lauren C. Capurro (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2001 Union Street, Suite 482
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
Email:  malioto@tatp.com
Email:  laurenrussell@tatp.com

*Lead Counsel for Indirect Purchaser Plaintiffs*