# Exhibit 1



June 20, 2012

**Certification**

                **Park IP Translations**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of the document with bates numbers range: CHU00030068E – CHU00030069E.

_____

Abraham I. Holczer

Project Manager

[TRANSLATION]

Marketing Contact Report

Date:                August 20, 2003

Attending Companies:    *Mr*. Rong-Guo Gao, President of *Irico* Export & Import Co.
                        *Ms*. Yuan Liang, Export Sales Dept. Manager

CPT:                 Assistant Vice President Sheng-Jen (S.J.) Yang, Shih-Ming
                     (Maxim) Chen

Content:

1. Presently, Irico has 7 production lines, including 14"*2, 21"*FS**2, 15"*PF*/21"*PF**1, 25"*FS*/25"*PF**1 and 29"*PF**1. 2003 planned production capacity is 10.7*M*, including 14"*3.62*M*, 21"*FS**3.8*M*, 21"*PF**0.6*M*, 25"*FS**1.55*M*, 25"*PF**0.5*M* and 29"*PF**0.6*M*. Additionally, planned production volume for this year's new product 15"*PF* is 500,000~600,000, however, market demand does not seem to be growing and therefore, the accumulated production volume till now is approximately 100*K*.

2. President Gao stressed that on the one hand, Irico is a government-owned enterprise and must take protection of its employees' livelihood as its top priority, but on the other hand, Irico is not developing new products, such as *LCD* and *PDP*. As a result, Irico must stick to *CPT* even if it may be a road of no return, regardless of profit or loss.

3. Irico will strive to upgrade its production efficiency for its 14" production line in the second half of year so as to increase its production capacity (volume) from 3.6*M* this year to 5.0*M* next year, thereby increasing overall production capacity from 10.7*M* this year up to 12*M* next year. In addition, Irico signed a purchase contract with Hitachi to procure two 21" production lines (only approximately over USD 1 million), which is scheduled to start production at the end of 2004, increasing the overall production capacity for *CPT* to 15*M* in 2005.

4. With equipment depreciation fully amortized and all materials produced in-house (Irico has its own factories to produce glass/ electron guns/ fluorescent powder/*Mask*/*DY* and other materials), its cost structure is highly competitive. In spite of the fierce price competition in the market, Irico still has a considerably high profit level for the first half of this year. For example, with no equipment depreciation and if the cost of a self-made glass bulb is less than *US*$6, the total cost for 14" is merely around*USD*16.

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [  ].

CONFIDENTIAL – GRAND JURY MATERIAL                CHU00030068.01E
                                                     Translation

5. In Q2, due to influences such as those of *SARS*, various China *TV* makers' abilities to meet their projections were generally not ideal. So, with the coming of the peak season, all *TV* makers seek to make up for the losses of the first half of the year while increasing their market share, thus, although export orders decreased in November, the domestic market should be able to maintain relatively strong demand through the Chinese New Year festival next year. Overall, *CPT* and *TV* inventories are at reasonable levels, so *CPT* demand and supply should be able to be maintained in relative equilibrium. In China, when *TV* makers buy tubes to produce models for export, they generally have tariff refund issues. Under such circumstances, even though they have the benefit of 6-month payment when they purchase domestically, we should still be able to maintain a stable opportunity when we *Share* their export orders.

6. Price competition is fierce on the 14" front. Irico claimed that it could still sell 14" at *usd*21~21.5, yet admitted that it has dropped its price to *usd*20.5 for some customers, such as *Skyworth*. Additionally, while *Phs* (Brazil) was competing with India's *CRT* makers, *Vestel* asked for *usd*18.9 (*ITC*), causing Irico's orders to drop dramatically from August.

- End of Report -

Respectfully submitted:
    President Jia-Fang (Jeff)Yue
    *HQ* Assistant Vice President Sheng-Jen (S.J.)Yang / Assistant Vice President Cheng
    Vice President

                                      Submitted by: Employee, Shih-Ming (Maxim) Chen
                                                          2003/08/25

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL        CHU00030068.02E
                                                                                               Translation

**2002 CRT Quality Performance Report For Thomson-Thailand**

Unit : PPM

| Model | | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sept | Oct | Nov | Dec | Average |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 14" | Usage (pc) | 32434 | 32927 | 61367 | 69264 | 46584 | | | | | | | | 242576 |
| | Reject (p | 24 | 27 | 37 | 41 | 39 | | | | | | | | 168 |
| | pp | 739.96 | 820.00 | 602.93 | 591.94 | 837.20 | | | | | | | | 692.57 |
| 20" | Usage (pc) | 5089 | 4308 | 3869 | 5367 | 11647 | | | | | | | | 30280 |
| | Reject (p | 9 | 18 | 9 | 20 | 19 | | | | | | | | 75 |
| | pp | 1768.52 | 4178.27 | 2326.18 | 3726.48 | 1631.32 | | | | | | | | 2476.88 |
| 21" | Usage (pc) | 1814 | 718 | 1208 | 1000 | 648 | | | | | | | | 5388 |
| | Reject (p | 8 | 4 | 4 | 5 | 1 | | | | | | | | 22 |
| | pp | 4410.14 | 5571.03 | 3311.26 | 5000.00 | 1543.21 | | | | | | | | 4083.15 |

| All mode | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sept | Oct | Nov | Dec | Average |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Usage (pc) | 39337 | 37953 | 66444 | 75631 | 58879 | | | | | | | | 278244 |
| Reject (p | 41 | 49 | 50 | 66 | 59 | | | | | | | | 265 |
| ppm | 1042.28 | 1291.07 | 752.51 | 872.66 | 1002.06 | | | | | | | | 952.40 |

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL       CHU00030069E
                                                                     Translation

<h1 style="text-align:center">市場接洽報告</h1>

日期：2003 年 8 月 20 日
對象：彩虹〔Irico〕進出口公司總經理 Mr.高榮國、出口營銷部長 Ms.梁援
華映：楊協理、陳時銘
內容：

1. 彩虹現共有生產線 7 條，包括 14"*2、21"FS*2、15"PF/21"PF*1、25"FS/25"PF*1 及 29"PF*1。2003 年度計劃量為 10.7M，其中包括 14"*3.62M、21"FS*3.8M、21"PF*0.6M、25"FS*1.55M、25"PF*0.5M 及 29"PF*0.6M。另今年度新產品 15"PF 雖計劃生產 50~60 萬，但市場不見成長，至今累計產量約 100K。

2. 高總經理強調彩虹一方面因其為國營企業而須以保障員工生計為優先考量，另一方面體認其並無如 LCD、PDP 等新產品發展，故在 CPT 領域即使為不歸路，也只有不論盈虧力拼到底。

3. 採虹下半年將致力於 14"生產線之效能提升，使其明年產能(量)由今年之 3.6M 增加至 5.0M，使明年產能由 10.7M up 到 12M；另已與日立簽下兩條 21"線之買賣契約(僅約 100 多萬美元)，計劃 2004 年底投產，使 2005 年總 CPT 產能增加至 15M。

4. 由於設備折舊幾已攤提完畢，加上相關材料幾乎均自製(本身有玻璃/電子鎗/螢光粉/Mask/DY 及其他材料廠)，使其有具競爭力之成本結構，儘管市場價格競爭激烈，今年上半年仍有相當之利潤。例如其 14"在無設備折舊及如自製玻殼成本在 US$6 以下，總成本只約 USD16 左右。

5. 由於第 2 季在 SARS 等因素影響下，上半年中國各 TV 廠之預算達成度普遍不理想，隨著旺季之到來，在各 TV 廠想彌補上半年數量及搶佔市場之下，儘管外銷單在 11 月後衰退，但內銷市場到明年春節前應可維持較強之需求。整體而言，CPT 及 TV 庫存均處於合理水平，CPT 供需應可維持較平衡之狀況。而在中國 TV 廠以 購管生產外銷機種時，普遍有退稅問題的情況下，儘管其在國內採購有 6 個月付款之利益，我方 Share 其外銷訂單應可維持穩定之機會。

6. 價格競爭在 14"方面尤為激烈，彩虹雖稱仍可以 usd21~21.5 銷售，但亦承認對某些客戶如 Skyworth 等已降至 usd20.5，另在 Phs(巴西)及印度 CRT 廠之競爭下，遭逢 Vestel 以 usd18.9(ITC)要價而自 8 月起訂單銳減。

以上
敬呈　　樂總經理

　　　　HQ 楊協理/鄭協理

　　　　　　副總經理

職　陳時銘敬呈
2003/08/25

CONFIDENTIAL - GRAND JURY MATERIAL                                        CHU00030068

## 2002 CRT Quality Performance Report For Thomson-Thailand

Unit : PPM

| Model | | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sept | Oct | Nov | Dec | Average |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 14" | Usage (pc | 32434 | 32927 | 61367 | 69264 | 46584 | | | | | | | | 242576 |
| | Reject (p | 24 | 27 | 37 | 41 | 39 | | | | | | | | 168 |
| | pp | 739.96 | 820.00 | 602.93 | 591.94 | 837.20 | | | | | | | | 692.57 |
| 20" | Usage (pc | 5089 | 4308 | 3869 | 5367 | 11647 | | | | | | | | 30280 |
| | Reject (p | 9 | 18 | 9 | 20 | 19 | | | | | | | | 75 |
| | pp | 1768.52 | 4178.27 | 2326.18 | 3726.48 | 1631.32 | | | | | | | | 2476.88 |
| 21" | Usage (pc | 1814 | 718 | 1208 | 1000 | 648 | | | | | | | | 5388 |
| | Reject (p | 8 | 4 | 4 | 5 | 1 | | | | | | | | 22 |
| | pp | 4410.14 | 5571.03 | 3311.26 | 5000.00 | 1543.21 | | | | | | | | 4083.15 |

| All mode | | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sept | Oct | Nov | Dec | Average |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Usage (pc | 39337 | 37953 | 66444 | 75631 | 58879 | | | | | | | | 278244 |
| | Reject (p | 41 | 49 | 50 | 66 | 59 | | | | | | | | 265 |
| | ppm | 1042.28 | 1291.07 | 752.51 | 872.66 | 1002.06 | | | | | | | | 952.40 |

CONFIDENTIAL - GRAND JURY MATERIAL

CHU00030069