BAKER BOTTS L.L.P.
John M. Taladay (*pro hac vice*)
Evan J. Werbel (*pro hac vice*)
Thomas E. Carter (*pro hac vice*)
Andrew L. Lucarelli (*pro hac vice*)
700 K Street, N.W.
Washington, D.C. 20001
(202)-639-7700
(202)-639-7890 (fax)
Email: john.taladay@bakerbotts.com
       evan.werbel@bakerbotts.com
       tom.carter@bakerbotts.com
       drew.lucarelli@bakerbotts.com

*Attorneys for Defendants*
*IRICO GROUP CORP. and*
*IRICO DISPLAY DEVICES CO., LTD.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-cv-05944-JST (N.D. Cal.) |
| | MDL No. 1917 |
| This Document Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS | **IRICO DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CHUNGHWA MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(f)** |
| | Date: December 12, 2023<br>Time: 2:00 pm<br>Judge: Hon. Jon S. Tigar<br>Courtroom: Videoconference |

Pursuant to Civil Local Rules 7-11 and 79-5(f), Defendants Irico Group Corporation and Irico Display Devices Co., Ltd. (collectively, "Irico") hereby move the Court to consider whether material designated as confidential by Chunghwa Picture Tubes, Ltd. ("Chunghwa") should be sealed.

Irico has reviewed and complied with this Court's Standing Order Governing Administrative Motions to File Materials Under Seal Before District Judge Jon S. Tigar (Mar. 14, 2022) and Civil Local Rule 79-5, including the requirement to file separate motions if a party seeks to file under seal a document containing "portions that more than one party bears the burden of showing is sealable." Civil L.R. 79-5(f)(5). This motion relates solely to materials designated confidential by Chunghwa.

Irico proposes to seal the following documents or portions thereof:

| Document Proposed to Be Sealed or Redacted | Designating Entity |
|---|---|
| Exhibit 2 to the Declaration of Wyatt M. Carlock in Support of Irico Defendants' Opposition to Indirect Purchaser Plaintiffs' Motion *in Limine* No. 8: To Exclude Character Evidence – A document produced by Chunghwa, Bates labeled CHU00124993-4944E. | Chunghwa |

Civil Local Rule 79-5 governs the filing under seal of documents in civil cases. In compliance with Civil Local Rule 79-5(f), Irico submits this Motion in order to file material designated as "Confidential" by Chunghwa pursuant to the Stipulated Protective Order, ECF No. 306.

Irico seeks to file the above material under seal in good faith in order to comply with the Protective Order in this action and the applicable Local Rules. Under Civil L.R. 79-5(c) and (f), the parties that contend the material they have designated is confidential in nature bear the burden to establish that the designated information meets the requirements for sealing. *See Kamakana v. City of Honolulu*, 447 F.3d 1172, 1178-80 (9th Cir. 2006). Irico understands that, given the Court's direction at the hearing on Direct Purchaser Plaintiffs' November 19, 2021 sealing motion (ECF No. 5966), the designated materials subject to this motion may not qualify for filing under seal. Irico has undertaken to reach out to all parties that have designated information or

materials attached to the Declaration of Wyatt M. Carlock in Support of Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.'s Opposition to indirect Purchaser Plaintiffs Motion *in Limine* No. 8: To Exclude Character as "Confidential" in order to secure their permission to file the materials publicly.  However, Chunghwa currently has no active counsel for the instant litigation and previous attempts to reach out to representatives of Chunghwa have been unsuccessful.

WHEREFORE, Irico respectfully submits this administrative motion pursuant to the Stipulated Protective Order and Civil Local Rule 79-5(f).

Dated:  September 1, 2023               Respectfully submitted,


                                          */s/ Wyatt M. Carlock*
                                        Wyatt M. Carlock (*pro hac vice*)
                                        wyatt.carlock@bakerbotts.com
                                        BAKER BOTTS L.L.P.
                                        700 K St. NW
                                        Washington, D.C. 20001
                                        Telephone: (202) 639-7723
                                        Mobile: (202) 793-1532

                                        *Attorneys for Defendants*
                                        *IRICO GROUP CORP. and*
                                        *IRICO DISPLAY DEVICES CO., LTD.*