1
2
3
4
5
6
7
8
9
10
11

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 4:07-cv-5944-JST<br><br>MDL No. 1917 |
| This Document Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS | **[PROPOSED] ORDER GRANTING IRICO DEFENDANT'S MOTION TO CONSIDER WHETHER CHUNGHWA MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(f)** |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Before the Court is Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.'s Motion to Consider Whether Chunghwa Picture Tubes, Ltd. Material Should Be Sealed Pursuant to Civil Local Rules 7-11 and 79-5(f) (ECF No. _____). Having considered the arguments made by Chunghwa Picture Tubes, Ltd. ("Chunghwa") in favor of sealing under Civil Local Rule 79-5(c)(1),

IT IS HEREBY ORDERED THAT the Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.'s Motion to Consider Whether Chunghwa Material Should Be Sealed Pursuant to Civil Local Rules 7-11 and 79-5(f) is GRANTED.

IT IS FURTHER ORDERED THAT the following documents or portions thereof may be filed under seal:

| Document Proposed to Be Sealed or Redacted | Designating | Ruling |
|---|---|---|
| Exhibit 2 to the Declaration of Wyatt M. Carlock in Support of Irico Defendants' Opposition to Indirect Purchaser Plaintiffs' Motion *in Limine* No. 8: To Exclude Character Evidence – A document produced by Chunghwa, Bates labeled CHU00124993-4944E. | Chunghwa | |

**IT IS SO ORDERED.**

Dated: _____           _____
                                                         JON S. TIGAR
                                                 United States District Judge