MARIO N. ALIOTO, ESQ. (56433)
LAUREN C. CAPURRO, ESQ. (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2001 Union Street, Suite 482
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile:  (415) 346-0679
E-mail:      malioto@tatp.com
              laurenrussell@tatp.com

*Lead Counsel for the Indirect-Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | MDL NO. 1917<br><br>Case No. 07-cv-5944-JST<br><br>**DECLARATION OF GERARD A. DEVER IN SUPPORT OF INDIRECT PURCHASER PLAINTIFFS' RESPONSE TO IRICO DEFENDANTS' MOTION *IN LIMINE* NO. 3**<br><br>Hearing Date:  December 15, 2023<br>Time: 2:00 p.m.<br>Courtroom: 6, 2nd Floor<br><br>The Honorable Jon S. Tigar |
| This Document Relates to:<br><br>Indirect Purchaser Class Action | | |

I, Gerard A. Dever, hereby declare and state as follows:

1.     I am a member of the law firm Fine, Kaplan and Black, R.P.C., counsel for the Indirect Purchaser Plaintiffs ("Plaintiffs") in the above-captioned action currently pending in the U.S. District Court for the Northern District of California. I am a member in good standing of the bar of the Commonwealth of Pennsylvania, and I am admitted *pro hac vice* to practice before this Court. I submit this Declaration in support of Plaintiffs' Response to Irico Defendants' Motion *in Limine* No. 3: to preclude Plaintiffs from referring to foreign shipments invoiced to Irico (USA) Inc.

2.     Attached hereto as Exhibit 1 is a true and correct copy of Irico Defendants' Supplemental Objections and Responses to Indirect Purchaser Plaintiffs' Second Set of Interrogatories, No. 4, dated November 2, 2018.

3.     Attached hereto as Exhibit 2 is a true and correct copy of a translation of a document produced in this litigation bearing Bates stamp IRI-CRT-00003498-99E. It was marked as deposition exhibit 8393.

4.     Attached hereto as Exhibit 3 is a true and correct copy of a file produced in this litigation bearing Bates stamps IRI-CRT-00003546 and its English translation. It was marked as deposition exhibit 8413.

5.     Attached hereto as Exhibit 4 is a true and correct copy of a file produced in this litigation bearing Bates stamp IRI-CRT-00003578-79 and its English translation. It was marked as deposition exhibit 8408.

6.     Attached hereto as Exhibit 5 is a true and correct copy of a file produced in this litigation bearing Bates stamp IRI-CRT-00003576-77E. It was marked as deposition exhibit 8407.

7.     Attached hereto as Exhibit 6 is a true and correct copy of a file produced in this litigation bearing Bates stamp IRI-CRT-00003574 and its English translation.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on September 1, 2023, in Philadelphia, Pennsylvania.

Dated:  September 1, 2023                    By:  _/s/ Gerard A. Dever_____

Gerard A. Dever
Fine, Kaplan and Black, R.P.C.
One South Broad Street, 23rd Floor
Philadelphia, PA 19107
Telephone:  (215) 567-6565
Facsimile:  (215) 568-5872
Email:       gdever@finekaplan.com

*Counsel for Indirect Purchaser Plaintiffs*

# EXHIBIT 1

John Taladay (*pro hac vice*)
john.taladay@bakerbotts.com
Erik Koons (*pro hac vice*)
erik.koons@bakerbotts.com
BAKER BOTTS LLP
1299 Pennsylvania Ave., NW
Washington, D.C. 20004
Telephone: (202)-639-7700
Facsimile: (202)-639-7890

Stuart C. Plunkett (State Bar No. 187971)
stuart.plunkett@bakerbotts.com
BAKER BOTTS LLP
101 California Street, Suite 3600
San Francisco, California 94111
Telephone: (415) 291-6200
Facsimile: (415) 291-6300

*Attorneys for Defendants*
*IRICO GROUP CORP. and*
*IRICO DISPLAY DEVICES CO., LTD.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-JST (N.D. Cal.) |
| | MDL No. 1917 |
| This Document Relates to: | **IRICO DEFENDANTS' SUPPLEMENTAL OBJECTIONS AND RESPONSES TO INDIRECT PURCHASER PLAINTIFFS' SECOND SET OF INTERROGATORIES** |
| ALL INDIRECT PURCHASER ACTIONS | |

PROPOUNDING PARTY:      Indirect Purchaser Plaintiffs

RESPONDING PARTIES:      Irico Group Corporation
                                              Irico Display Devices Co., Ltd.

SET NUMBER:                      Two

1      Pursuant to Federal Rules of Civil Procedure 26 and 33, Irico Group Corporation and Irico

2   Display Devices Co, Ltd. (collectively, "Irico" or "Irico Defendants") hereby supplement their

3   responses to the Indirect Purchaser Plaintiffs' ("Plaintiff") Second Set of Interrogatories

4   ("Interrogatories"). Irico reserves the right to amend or supplement these Objections and

5   Responses (the "Responses") to the extent allowed by the Federal Rules of Civil Procedure and

6   the Local Rules of Practice in Civil Proceedings before the United States District Court for the

7   Northern District of California ("Local Rules"). Subject to and without waiving any of Irico's

8   General and Specific Objections as set forth below, Irico is willing to meet and confer with

9   Plaintiff regarding such General and Specific Objections.

10     The following Responses are made only for purposes of this case. The Responses are

11  subject to all objections as to relevance, materiality and admissibility, and to any and all

12  objections on any ground that would require exclusion of any response if it were introduced in

13  court. All evidentiary objections and grounds are expressly reserved.

14     These Responses are subject to the provisions of the Stipulated Protective Order that the

15  Court issued on June 18, 2008 ("Protective Order"). Irico's Responses are hereby designated

16  "Confidential" in accordance with the provisions of the Protective Order.

17  ## GENERAL OBJECTIONS

18     Irico makes the following General Objections to Plaintiff's Interrogatories:

19     1.     Irico's Responses are based upon information available to and located by Irico as

20  of the date of service of these Responses. In responding to Plaintiff's Interrogatories, Irico states

21  that it has conducted, or will conduct, a diligent search, reasonable in scope, of those files and

22  records in its possession, custody, or control believed to likely contain information responsive to

23  Plaintiff's Interrogatories.

24     2.     No express, incidental, or implied admissions are intended by these Responses and

25  should not be read or construed as such.

26     3.     Irico does not intend, and its Responses should not be construed as, an agreement

27  or acquiescence with any characterization of fact, assumption, or conclusion of law contained in

28

IRICO'S SUPPLEMENTAL OBJECTIONS                    1                Master File No. 3:07-cv-05944-JST
AND RESPONSES TO IPP'S SECOND SET OF                                MDL No. 1917
INTERROGATORIES

1   or implied by the Interrogatories.

2       4.      To the extent that Irico responds to Plaintiff's Interrogatories by stating that Irico

3   will produce or make available for examination responsive information or documents, Irico does

4   not represent that any such information or documents exist. Irico will make a good faith and

5   reasonable attempt to ascertain whether information responsive to Plaintiff's Interrogatories exists

6   and is properly producible, and will produce or make available for examination non-privileged

7   responsive materials to the extent any are located during the course of a reasonable search.

8       5.      Irico objects to Plaintiff's Interrogatories to the extent that they are overly broad,

9   unduly burdensome, oppressive, and duplicative to the extent that they seek information or

10  documents that are already in the possession, custody, or control of Plaintiff.

11      6.      Irico objects to Plaintiff's Interrogatories to the extent that they seek to impose

12  obligations on Irico beyond those of the Federal Rules of Civil Procedure, the Local Rules, or any

13  Order of this Court.

14      7.      Irico objects to Plaintiff's Interrogatories to the extent they seek information that is

15  not relevant to jurisdictional issues or disproportionate to the needs of the case in resolving such

16  jurisdictional issues.

17      8.      Irico objects to Plaintiff's Interrogatories to the extent that they are vague,

18  ambiguous, or susceptible to more than one interpretation. Irico shall attempt to construe such

19  vague or ambiguous Interrogatories so as to provide for the production of responsive information

20  that is proportionate to the needs of the case. If Plaintiff subsequently asserts an interpretation of

21  any Interrogatory that differs from Irico's understanding, Irico reserves the right to supplement or

22  amend its Responses.

23      9.      Irico objects to Plaintiff's Interrogatories to the extent that they contain terms that

24  are insufficiently or imprecisely defined. Irico shall attempt to construe such vague or ambiguous

25  Interrogatories so as to provide for the production of responsive information that is proportionate

26  to the needs of the case.

27      10.     Irico objects to Plaintiff's Interrogatories to the extent that they seek information

28

IRICO'S SUPPLEMENTAL OBJECTIONS
AND RESPONSES TO IPP'S SECOND SET OF
INTERROGATORIES

2

Master File No. 3:07-cv-05944-JST
MDL No. 1917

that is protected from disclosure by the attorney-client privilege, work product doctrine, joint defense or common interest privilege, self-evaluative privilege, or any other applicable privilege or immunity. Irico will provide only information that it believes to be non-privileged and otherwise properly discoverable. None of Irico's responses is intended nor should be construed as a waiver of any such privilege or immunity. The inadvertent or mistaken provision of any information or responsive documents subject to any such doctrine, privilege, protection or immunity from production shall not constitute a general, inadvertent, implicit, subject-matter, separate, independent or other waiver of such doctrine, privilege, protection or immunity from production.

11.     Irico objects to Plaintiff's Interrogatories to the extent that they call for information that is not in the possession, custody, or control of Irico. Irico also objects to the extent that any of Plaintiff's Interrogatories seek information from non-parties or third parties, including but not limited to any of Irico's subsidiary or affiliated companies.

12.     Irico objects to Plaintiff's Interrogatories to the extent that responding would require Irico to violate the privacy and/or confidentiality of a third party or confidentiality agreement with a third party.

13.     Irico objects to Plaintiff's Interrogatories to the extent that they seek information that is publicly available, already in Plaintiffs' possession, custody, or control, or more readily available from other sources.

14.     Irico objects to Plaintiff's Interrogatories to the extent that they seek information or documents concerning transactions outside the United States. Such Interrogatories are unduly burdensome and irrelevant because they do not relate to actions by Irico in or causing a direct effect in the United States.  Such Interrogatories are also unduly burdensome and irrelevant to this pending action as Plaintiffs' class definition is confined to "individuals and entities that indirectly purchased Cathode Ray Tube Products . . . in the United States" (see Indirect Purchaser Plaintiffs' Fourth Consolidated Amended Complaint).

15.     Irico objects to Plaintiff's Interrogatories to the extent that compliance would

1  require Irico to violate the laws, regulations, procedures, or orders of a judicial or regulatory body

2  of foreign jurisdictions.

3        16.    Irico's responses, whether now or in the future, pursuant to Plaintiff's

4  Interrogatories should not be construed as either (i) a waiver of any of Irico's general or specific

5  objections or (ii) an admission that such information or documents are either relevant or

6  admissible as evidence.

7        17.    Irico objects to Plaintiff's Interrogatories to the extent that compliance would

8  require Irico to seek information stored on backup or archived databases or other systems that are

9  not readily accessible or otherwise no longer active.

10        18.    Irico objects to Plaintiff's Interrogatories to the extent that they are compound

11  and/or contain discrete subparts in violation of Federal Rule of Civil Procedure 33(a)(1).

12        19.    Irico objects to Plaintiff's Interrogatories to the extent that they state and/or call for

13  legal conclusions.

14        20.    Irico objects to the Interrogatories to the extent that they contain express or

15  implied assumptions of fact or law with respect to the matters at issue in this case.

16        21.    Irico objects that Plaintiff's Interrogatories are irrelevant and premature because

17  the Court has not set a schedule for jurisdictional discovery or briefing that applies to Plaintiff.

18        22.    Irico reserves the right to assert additional General and Specific Objections as

19  appropriate to supplement these Responses.

20        These General Objections apply to each Interrogatory as though restated in full in the

21  responses thereto. The failure to mention any of the foregoing General Objections in the specific

22  responses set forth below shall not be deemed as a waiver of such objections or limitations.

23  **GENERAL OBJECTIONS TO DEFINITIONS AND INSTRUCTIONS**

24        1.    Irico objects to the definitions of "You" and "Your" to the extent that Plaintiff

25  defines those terms to include the Irico's "present and former members, officer, agents,

26  employees, and all other persons acting or purporting to act on their behalf." This definition is

27  legally incorrect, overbroad, unduly burdensome, vague, and ambiguous. Irico also objects to the

28

1    inclusion of "all present and former directors, officers, Employees, agents, representatives or any

2    Persons acting or purporting to act on behalf of" Irico within this definition to the extent it

3    purports to encompass information that is protected by attorney-client privilege, work product

4    protection or any other applicable doctrine, privilege, protection or immunity or otherwise calls

5    for a legal conclusion.

6         2.      Irico objects to the definition of "Affiliate" as overbroad, unduly burdensome,

7    vague, and ambiguous. Irico further objects to the definition because it includes entities that are

8    not, or were not during the relevant time period, affiliates of Irico.

9         3.      Irico objects to the definitions of "CRT" and "CRT Products" (Definitions No. 6

10   and 7) on the grounds that they are vague, ambiguous and overly broad. Irico further objects to

11   the use of the term "CRT Products" to the extent that it is inconsistent with the definition of

12   "CRT Products" as set forth in Plaintiff's pleadings.

13        4.      Irico objects to the Instructions to the extent they purport to impose burdens or

14   obligations broader than, inconsistent with, or not authorized under the Federal Rules of Civil

15   Procedure or other applicable rule or Order of this Court.

16                       **SPECIFIC RESPONSES TO INTERROGATORIES**

17   **INTERROGATORY NO. 1**

18        State by year how many Irico CRTs and/or CRT Products (in both number of units and

19   revenue in U.S. dollars) You or Your Affiliates: (a) billed to and shipped to the United States,

20   (b) billed to an address in the United States, but shipped to a location outside of the United States;

21   (c) shipped to an address in the United States, but billed to a location outside of the United States,

22   and (d) shipped and billed to a location outside of the United States.

23   **RESPONSE TO INTERROGATORY NO. 1**

24        Irico reasserts and incorporates each of the General Objections and Objections to the

25   Definitions and Instructions set forth above.  Irico also objects that this interrogatory is

26   overbroad, unduly burdensome, and disproportionate to the needs of the case in resolving

27   jurisdictional issues.  Irico further objects that this interrogatory seeks information beyond the

28

1    scope of what is relevant to resolving jurisdictional issues.

2          Subject to and without waiving the objections stated above, Irico responds that its

3    investigation regarding this interrogatory is ongoing and it intends to supplement this response.

4    **SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 1**

5          Irico objects to the characterization of CNEIECC as an affiliate of Irico during the

6    relevant time period.  CNEIECC was an independent entity during this period, but Irico provides

7    this information where available.  Subject to and without waiving the objections stated above,

8    Irico responds as follows:

9          **Irico and Affiliates**

10         Between 1995 and 2007, neither Irico nor its affiliates shipped or billed any Irico CRTs

11   and/or CRT Products to an address in the United States.

12         In 1995, Irico and its affiliates shipped and billed 5,646,188 CRTs to a location outside of

13   the United States.  In 1996, Irico and its affiliates shipped and billed 5,901,003 CRTs to a

14   location outside of the United States.  In 1997, Irico and its affiliates shipped and billed 5,505,890 CRTs

15   to a location outside of the United States.  In 1998, Irico and its affiliates shipped and billed

16   7,600,915 CRTs to a location outside of the United States.  In 1999, Irico and its affiliates shipped

17   and billed 8,313,689 CRTs to a location outside of the United States.  In 2000, Irico and its

18   affiliates shipped and billed 8,224,450 CRTs to a location outside of the United States.  In 2001,

19   Irico and its affiliates shipped and billed 7,719,123 CRTs to a location outside of the United

20   States.  In 2002, Irico and its affiliates shipped and billed 9,568,256 CRTs to a location outside of

21   the United States.  In 2003, Irico and its affiliates shipped and billed 11,602,780 CRTs to a

22   location outside of the United States.  In 2004, Irico and its affiliates shipped and billed

23   13,512,246 CRTs to a location outside of the United States.  In 2005, Irico and its affiliates

24   shipped and billed 13,497,899 CRTs to a location outside of the United States.  In 2006, Irico and

25   its affiliates shipped and billed 14,888,294 CRTs to a location outside of the United States.  In

26   2007, Irico and its affiliates shipped and billed 15,250,376 CRTs to a location outside of the

27   United States.

28

IRICO'S SUPPLEMENTAL OBJECTIONS          6          Master File No. 3:07-cv-05944-JST
AND RESPONSES TO IPP'S SECOND SET OF                 MDL No. 1917
INTERROGATORIES

**CNEIECC**

(a)     CNEIECC billed to and shipped CRTs and/or CRT Products to the United States in three years during the relevant period.

- In 1997, CNEIECC billed and shipped three CRTs to the United States.
- In 1998, CNEIECC billed and shipped 35 CRTs to the United States.
- In 2002, CNEIECC billed and shipped 2018 CRTs to the United States.

(b)     CNEIECC billed CRTs and/or CRT Products to an address in the United States, but shipped to a location outside of the United States in two years during the relevant period:

- In 1995, CNEIECC billed 2,520 CRTs to the United States, but shipped to a location outside of the United States.
- In 1999, CNEIECC billed 20,664 CRTs to the United States, but shipped to a location outside of the United States.

(c)     CNEIECC CRTs and/or CRT Products shipped to an address in the United States, but billed to a location outside of the United States, and

- In 1996, CNEIECC shipped 2016 CRTs to the United States, but billed to a location outside of the United States.

Irico further responds that its investigation regarding (1) the units shipped and billed to a location outside of the United States by CNEIECC during the relevant period; and (2) the revenue attendant to the above listed sales remains ongoing and it intends to supplement this response.

**INTERROGATORY NO. 2**

State by year how many Irico CRTs (in both number of units and revenue in U.S. dollars) You or Your Affiliates shipped to and/or billed to an original equipment manufacturer (OEM), electronic manufacturing service (EMS), original design manufacturer (ODM), or system integrator (SI) which You believed or had reason to believe would be incorporated into CRT Products to be sold in the United States.

**RESPONSE TO INTERROGATORY NO. 2**

Irico reasserts and incorporates each of the General Objections and Objections to the Definitions and Instructions set forth above.  Irico also objects that this interrogatory is overbroad, unduly burdensome, and disproportionate to the needs of the case in resolving

jurisdictional issues.  Irico further objects that this interrogatory seeks information beyond the

scope of what is relevant to resolving jurisdictional issues.  Irico further objects that the phrase

"or had reason to believe" renders this interrogatory vague and ambiguous.

Subject to and without waiving the objections stated above, Irico responds that its

investigation regarding this interrogatory is ongoing and it intends to supplement this response.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 2**

Subject to and without waiving the objections stated above, Irico responds that neither

Irico nor its affiliates shipped CRTs to and/or billed to an original equipment manufacturer

(OEM), electronic manufacturing service (EMS), original design manufacturer (ODM), or system

integrator (SI) which it believed or had reason to believe would be incorporated into CRT

Products to be sold in the United States.

**INTERROGATORY NO. 3**

State by year and by size and type how many Irico CRTs and/or CRT Products (in both

number of units and revenue in U.S. dollars) were sold by You or Your Affiliates to the following

entities:

(1) Sichuan Changhong Electric Co., Ltd.;

(2) Konka Group Co. Ltd.;

(3) TCL Corporation;

(4) Skyworth Group Co., Ltd.;

(5) Hisense Electric Co. Ltd. Qingdao, China;

(6) Haier Electrical Appliances Co., Ltd.;

(7) Xiamen Overseas Chinese Electronic Co., Ltd.;

(8) Soyea Technology Co., Ltd.;

(9) Yisheng Technology Co., Ltd.;

(10) LG Electronics (Shenyang) Inc.;

(11) Hangzhou Jinlipu Electrical Co., Ltd.;

(12) Shenzhen Techtop Industrial Co., Ltd

1       (13) Suntrue International

2       (14) Starlight Marketing Macao Commercial Offshore, Ltd.; and

3       (15) Hangzhou Huashan Electric Co., Ltd

4 **RESPONSE TO INTERROGATORY NO. 3**

5       Irico reasserts and incorporates each of the General Objections and Objections to the

6 Definitions and Instructions set forth above.  Irico also objects that this interrogatory is

7 overbroad, unduly burdensome, and disproportionate to the needs of the case in resolving

8 jurisdictional issues.  Irico further objects that this interrogatory seeks information beyond the

9 scope of what is relevant to resolving jurisdictional issues.

10       Subject to and without waiving the objections stated above, Irico responds that its

11 investigation regarding this interrogatory is ongoing and it intends to supplement this response.

12 **SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 3**

13       Subject to and without waiving the objections stated above, Irico provides the information

14 in Attachment 1.  Irico further responds that its investigation regarding this interrogatory is

15 ongoing and it intends to supplement this response.

16 **INTERROGATORY NO. 4**

17       Describe the corporate and/or business relationship between You and Irico (USA) Inc.,

18 Including (i) any ownership interest You or any of Your Affiliates held in Irico (USA) Inc.; (ii)

19 the organizational and ownership structure of Irico (USA) Inc.; (iii) the purpose(s) and scope of

20 business of Irico (USA); and (iv) any activities conducted by Irico (USA) Inc. relating to the

21 manufacture, marketing, sale or distribution of CRTs or CRT Products.

22 **RESPONSE TO INTERROGATORY NO. 4**

23       Irico reasserts and incorporates each of the General Objections and Objections to the

24 Definitions and Instructions set forth above.  Irico also objects that this interrogatory is

25 overbroad, unduly burdensome, and disproportionate to the needs of the case in resolving

26 jurisdictional issues.  Irico further objects that this interrogatory seeks information beyond the

27 scope of what is relevant to resolving jurisdictional issues.

28

IRICO'S SUPPLEMENTAL OBJECTIONS      9       Master File No. 3:07-cv-05944-JST
AND RESPONSES TO IPP'S SECOND SET OF       MDL No. 1917
INTERROGATORIES

Subject to and without waiving the objections stated above, Irico responds that its investigation regarding this interrogatory is ongoing and it intends to supplement this response.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 4**

(a)    **Ownership and ownership structure of Irico (USA) Inc.**

Irico USA Inc. ("Irico USA") was a joint venture company established by capital contributions from Irico Group, CNEIECC, and American citizens Huang Xueli and Huang Maike.  Irico USA was incorporated in Fremont, California on July 5, 1995.  At the time Irico USA was established, Irico and CNEIECC respectively held 45.7% and 34.3% shares in the company.

On February 26, 1998, Huang Xueli and Huang Maike divested from Irico USA and sold its shares Irico.  In 1999, CNEIECC also sold its shares to Irico, leaving Irico as the sole shareholder.  At this point, Irico USA was run entirely by Irico's representative, General Manger Liu Feng.

On April 10, 2001, Liu Feng sold Irico USA to another California company, called INB Co., for $1,000,000.  This sale was not authorized by Irico.  At the time of the transaction, Liu Feng was listed as the operator of INB Co.  Then, on May 7, 2001, shortly after the transfer, Sun Xiaolin replaced Liu Feng as the registered operator of INB Co.  On February 3, 2003, Irico USA was dissolved.

(b)    **Purpose and scope of business of Irico USA**

According to the Shaanxi Province People's Government decree establishing Irico USA, the purpose of establishing Irico USA was to expand provincial exports of electromechanical products to North America and to develop trade, investment, and cooperation between China and the United States.  IRI-CRT-00003498.

(c)    **Activities conducted by Irico (USA) Inc. relating to the manufacture, marketing, sale or distribution of CRTs or CRT Products.**

Irico has not recovered any evidence that Irico USA ever manufactured, marketed, sold or distributed any CRTs or CRT Products in the United States.  In 2001, after Liu Feng improperly

1   sold Irico's shares of Irico USA, Irico conducted an audit.  The resulting audit report revealed that

2   the only records kept of Irico USA's activities between 1995 and 2001 were (1) check stubs and

3   partial bank statements dating from between 1998 and 2001; and (2) the contract transferring

4   Irico USA to INB Co.  The detailing of that evidence did not indicate that Irico USA ever

5   manufactured, marketed, sold or distributed any CRTs or CRT Products in the United States.

6

7   Dated:  November 2, 2018                    BAKER BOTTS LLP

8

9                                              */s/ Stuart C. Plunkett*
                                               Stuart C. Plunkett
10                                             Email:  stuart.plunkett@bakerbotts.com
                                               BAKER BOTTS L.L.P.
11                                             101 California Street, Suite 3600
                                               San Francisco, CA 94111
12                                             Telephone: (415) 291 6203
                                               Facsimile: (415) 291 6303
13
                                               John Taladay (*pro hac vice*)
14                                             john.taladay@bakerbotts.com
                                               Erik Koons (*pro hac vice*)
15                                             erik.koons@bakerbotts.com
                                               BAKER BOTTS LLP
16                                             1299 Pennsylvania Ave., NW
                                               Washington, D.C. 20004
17                                             Telephone: (202)-639-7700
                                               Facsimile: (202)-639-7890
18
                                               *Attorneys for Defendants*
19                                             *IRICO GROUP CORP. and*
                                               *IRICO DISPLAY DEVICES CO., LTD.*
20

21

22

23

24

25

26

27

28

---

IRICO'S SUPPLEMENTAL OBJECTIONS            11            Master File No. 3:07-cv-05944-JST
AND RESPONSES TO IPP'S SECOND SET OF                    MDL No. 1917
INTERROGATORIES

1

## CERTIFICATE OF SERVICE

2

**In re: Cathode Ray Tube (CRT) Antitrust Litigation - MDL No. 1917**

3

I declare that I am employed in the County of San Francisco, California.  I am over the

4

age of eighteen years and not a party to the within case; my business address is: Baker Botts LLP,

5

101 California Street, Suite 3600, San Francisco, CA 94111.

6

On November 2, 2018, I served the following document(s) described as:

7

**IRICO DEFENDANTS' SUPPLEMENTAL OBJECTIONS AND RESPONSES
TO INDIRECT PURCHASER PLAINTIFFS'**

8

**SECOND SET OF INTERROGATORIES**

9

on the following interested parties in this action:

10

11

Guido Saveri (guido@saveri.com)                     Mario N. Alioto (malioto@tatp.com)
R. Alexander Saveri (rick@saveri.com)         Lauren C. Capurro (laurenrussell@tatp.com)

12

Geoffrey C. Rushing (grushing@saveri.com)  Joseph M. Patane (jpatane@tatp.com)
Cadio Zirpoli (cadio@saveri.com)                    TRUMP ALIOTO TRUMP & PRESCOTT LLP
Matthew D. Heaphy (mheaphy@saveri.com)   2280 Union Street

13

SAVERI & SAVERI, INC.                                 San Francisco, CA 94123
706 Sansome St # 200,

14

San Francisco, CA 94111

15

*Lead Counsel for the Direct Purchaser*              *Lead Counsel for the Indirect Purchaser*
*Plaintiffs*                                                           *Plaintiffs*

16

17

[X]      (BY ELECTRONIC MAIL) I caused such documents to be sent to the persons at the
email addressed listed above.  I did not receive, within a reasonable time after the transmission,

18

any electronic message or other indication that the transmission was unsuccessful.

19

I declare under penalty of perjury under the laws of the State of California that the
foregoing is true and correct.  Executed on November 2, 2018 in San Francisco, California.

20

21

*/s/ Reilly Stoler*
Reilly Stoler

22

23

24

25

26

27

28

ATTACHMENT 1

# Irico Group CRT Sales – 1995-2004

| Irico Group CRT Sales to Sichuan Changhong Electric Co., Ltd. | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 14" | 18" | 21" | 14" (.28 Tube) | 14" (.31 Tube) | 15" Pure Flat | 15" Pure Flat | 21" Pure Flat | |
| 1995 | | | | | | | | | |
| 1996 | 20,162 | 190,400 | 685,731 | | 1,008 | | | | |
| 1997 | | | 1,556,376 | | | | | | |
| 1998 | | | 985,307 | | | | | | |
| 1999 | 168 | | 365,860 | | | | | | |
| 2000 | 58,590 | | 110,000 | | | | | | |
| 2001 | 247,932 | | | | | | | | |
| 2002 | 630,206 | | | | | | | | |
| 2003 | 270,968 | | | | | 47,640 | 72,744 | 85,280 | |
| 2004 | 291,784 | | | | | | 33,264 | 90,440 | |
| Irico Electronics CRT Sales to Sichuan Changhong Electric Co., Ltd. | | | | | | | | | |
| | 14" | 18" | 21" | 14" (.28 Tube) | 14" (.31 Tube) | 15" Pure Flat | 15" Pure Flat | 21" Pure Flat | |
| 1995 | 30,241 | 376,050 | 699,411 | | | | | | |
| 1996 | | 16,000 | 55,269 | 2 | | | | | |
| 1997-2004 | | | | | | | | | |

| Irico Group CRT Sales to Konka Group Co. Ltd | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
|  | 14" | 18" | 21" | 21" PF Pure Flat | 15" Pure Flat | 21" Pure Flat |  |  |  |
| 1995 |  |  |  |  |  |  |  |  |  |
| 1996 | 17,536 | 23,148 | 90,323 |  |  |  |  |  |  |
| 1997 | 20,120 |  | 231,140 |  |  |  |  |  |  |
| 1998 | 9,072 |  | 256,567 |  |  |  |  |  |  |
| 1999 | 257,472 |  | 639,539 |  |  |  |  |  |  |
| 2000 | 314,565 |  | 140,000 |  |  |  |  |  |  |
| 2001 | 91,191 |  |  |  |  |  |  |  |  |
| 2002 | 170,640 |  |  |  |  |  |  |  |  |
| 2003 | 133,298 |  |  | 4,232 | 3,024 | 105,000 |  |  |  |
| 2004 | 97,920 |  |  |  | 35,384 | 150,000 |  |  |  |

| Irico Electronics CRT Sales to Konka Group Co. Ltd | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
|  | 14" | 18" | 21" | 14" (.28 Tube) | 14" (.31 Tube) | 15" Pure Flat | 15" Pure Flat | 21" Pure Flat |  |
| 1995 | 48,386 | 17,010 | 31,400 |  |  |  |  |  |  |
| 1996 | 4,032 | 5,000 | 15,856 |  |  |  |  |  |  |
| 1997-2004 |  |  |  |  |  |  |  |  |  |

| Irico Group CRT Sales to TCL Corporation | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
|  | 14" | 21" | 15" | 21" PF Pure Flat | 15" Pure Flat | 21" Pure Flat |  |  |  |
| 1995 |  |  |  |  |  |  |  |  |  |
| 1996 |  |  |  |  |  |  |  |  |  |
| 1997 | 31,392 | 57,610 |  |  |  |  |  |  |  |
| 1998 | 3,024 | 51,098 |  |  |  |  |  |  |  |
| 1999 | 16,464 | 608,119 |  |  |  |  |  |  |  |
| 2000 | 252 | 199,670 |  |  |  |  |  |  |  |
| 2001 |  |  |  |  |  |  |  |  |  |
| 2002 | 46,552 |  | 11,260 |  |  |  |  |  |  |
| 2003 | 17,136 |  |  | 119,592 |  | 216,639 |  |  |  |
| 2004 | 74,352 | 5,080 |  |  | 840 | 392,200 |  |  |  |

| Irico Group CRT Sales to Skyworth Group Co., Ltd. | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 14" | 18" | 21" | 15" | 21"Pure Flat | 21" Flat TV | | | |
| 1995 | | | | | | | | | |
| 1996 | | | | | | | | | |
| 1997 | 3,024 | | 10,120 | | | | | | |
| 1998 | 7,140 | | | | | | | | |
| 1999 | 924 | | 70,256 | 6 | | | | | |
| 2000 | 12,096 | | | | | | | | |
| 2001 | 24,864 | | | | | | | | |
| 2002 | 18,144 | | | | | | | | |
| 2003 | 10,992 | | 10,000 | | 41,480 | 171,480 | | | |
| 2004 | 38,352 | 200 | | | | 313,680 | | | |
| Irico Electronics CRT Sales to Skyworth Group Co., Ltd. | | | | | | | | | |
| | 14" | 18" | 21" | 15" | 21" Pure | 21" Flat TV | | | |
| 1995 | 12,600 | | | | | | | | |
| 1996 | | | | | | | | | |
| 1997-2004 | | | | | | | | | |

| Irico Group CRT Sales to Hisense Electric Co. Ltd. | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
|  | 14" | 18" | 21" | 21" CRT 700 Line | 14"  B Tube | 21"PF Pure Flat | 15" Pure Flat | 21" Pure Flat |  |
| 1995 |  |  |  |  |  |  |  |  |  |
| 1996 | 5,548 | 16,200 | 87,820 |  |  |  |  |  |  |
| 1997 | 4,200 | 8,401 | 171,161 | 3 |  |  |  |  |  |
| 1998 | 36 |  | 238,931 |  |  |  |  |  |  |
| 1999 | 4,200 | 2,000 | 285,617 |  | 9,996 |  |  |  |  |
| 2000 | 31,284 |  | 120,960 |  |  |  |  |  |  |
| 2001 | 2,035 | 10,000 |  |  |  |  |  |  |  |
| 2002 | 32,112 | 8,020 |  |  |  |  |  |  |  |
| 2003 | 108,796 |  |  |  |  | 17,258 | 2 | 50,480 |  |
| 2004 | 119,453 |  | 12,600 |  |  |  | 792 | 108,184 |  |
| Irico Electronics CRT Sales to Hisense Electric Co. Ltd. | | | | | | | | | |
|  | 14" | 18" | 21" | 21" CRT 700 Line | 14" B Tube | 21" PF Pure Flat | 15" Pure Flat | 21" Pure Flat |  |
| 1995 | 2,185 | 37,470 | 42,180 |  |  |  |  |  |  |
| 1996 |  | 100 | 3,041 |  |  |  |  |  |  |
| 1997-2004 |  |  |  |  |  |  |  |  |  |

| Irico Group CRT Sales to Haier Electrical Appliances Co., Ltd. | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
|  | 14" | 21" | 21" B Tube | 15" PF Pure Flat | 15" Pure Flat | 21" Pure Flat |  |  |  |
| 1995 |  |  |  |  |  |  |  |  |  |
| 1996 |  |  |  |  |  |  |  |  |  |
| 1997 |  |  |  |  |  |  |  |  |  |
| 1998 | 2,214 | 9,000 |  |  |  |  |  |  |  |
| 1999 | 1,044 | 43,904 | 4,654 |  |  |  |  |  |  |
| 2000 | 34,814 | 8,164 |  |  |  |  |  |  |  |
| 2001 | 86,573 |  |  |  |  |  |  |  |  |
| 2002 | 273,204 |  |  | 452 |  |  |  |  |  |
| 2003 | 55,426 |  |  |  | 1,248 | 62,848 |  |  |  |
| 2004 | 145,754 | 216 |  |  | 26,450 | 86,240 |  |  |  |

| Irico Group CRT Sales to Xiamen Overseas Chinese Electronic Co., Ltd. | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 14" | 14" 0.28 Tube | 21" | .39 Tube | 15" | 15" Monitor | 15PF 15" Pure Flat | 21PF 21" Pure Flat | 15" Pure Flat | 21" Pure Flat |
| 1995 | | | | | | | | | | |
| 1996 | | | | | | | | | | |
| 1997 | | | 82,929 | | | | | | | |
| 1998 | 9,072 | | 66,200 | | | | | | | |
| 1999 | 76,832 | | 110,560 | | | | | | | |
| 2000 | 20,496 | | 15,120 | | 24,276 | 17,136 | | | 17,136 | |
| 2001 | 4,368 | | | | 5,040 | | | | | |
| 2002 | 122,112 | | | | | | | | | |
| 2003 | 52,164 | | | | | | 4,048 | 16 | | 17,160 |
| 2004 | 5,952 | | | | | | | | 2,352 | 61,193 |

| Irico Electronics CRT Sales to Xiamen Overseas Chinese Electronic Co., Ltd. | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 14" | 18" | 21" | 14" High Definition | 14" Medium Definition | | | | |
| 1995 | 43,347 | | 34,002 | 1,010 | 4,538 | | | | |
| 1996 | | | | | | | | | |
| 1997- 2004 | | | | | | | | | |

| Irico Group CRT Sales to Soyea Technology Co., Ltd. | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
|  | 14" | 21" | 21" Pure Flat | 21"PF Pure Flat |  |  |  |  |  |
| 1995 |  |  |  |  |  |  |  |  |  |
| 1996 |  |  |  |  |  |  |  |  |  |
| 1997 |  |  |  |  |  |  |  |  |  |
| 1998 |  |  |  |  |  |  |  |  |  |
| 1999 |  | 41,200 |  |  |  |  |  |  |  |
| 2000 |  |  |  |  |  |  |  |  |  |
| 2001 | 72 |  |  |  |  |  |  |  |  |
| 2002 | 32,040 |  |  |  |  |  |  |  |  |
| 2003 | 12,984 |  | 5,824 | 2,884 |  |  |  |  |  |
| 2004 | 8,804 |  | 1,123 |  |  |  |  |  |  |

| Irico Group CRT Sales to LG Electronics (Shenyang) Inc. | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 15" | | | | | | | |
| 1995 | | | | | | | | |
| 1996 | | | | | | | | |
| 1997 | | | | | | | | |
| 1998 | | | | | | | | |
| 1999 | | | | | | | | |
| 2000 | 27,288 | | | | | | | |
| 2001 | 115,409 | | | | | | | |
| 2002 | 120 | | | | | | | |
| 2003 | | | | | | | | |
| 2004 | | | | | | | | |

| Irico Group CRT Sales to Hangzhou Jinlipu Electrical Co., Ltd. | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
|  | 14" | 21" | 14" B Tube | 15" | 15" CD Electronic Gun |  |  |  |  |
| 1995 |  |  |  |  |  |  |  |  |  |
| 1996 |  |  |  |  |  |  |  |  |  |
| 1997 |  |  |  |  |  |  |  |  |  |
| 1998 |  |  |  |  | 38 |  |  |  |  |
| 1999 | 5,040 | 4,480 | 2,352 |  |  |  |  |  |  |
| 2000 |  |  |  |  |  |  |  |  |  |
| 2001 |  |  |  | 1,008 |  |  |  |  |  |
| 2002 |  |  |  |  |  |  |  |  |  |
| 2003 |  |  | 2,688 |  |  |  |  |  |  |
| 2004 |  |  |  |  |  |  |  |  |  |

# Irico Display CRT Sales – 2004-2007

| Irico Display CRT Sales to Sichuan Changhong Electric Co., Ltd. | | |
|---|---|---|
| **Year** | **Type** | **Quantity** |
| 2004 | 21" Flat | 652520 |
| 2004 | 25" Flat | 161136 |
| 2004 | 25" Pure Flat | 101032 |
| 2004 | 29" High Definition | 4832 |
| 2004 | 29" Detail Spacer | 2048 |
| | | |
| 2005 | 21" Flat | 519481 |
| 2005 | 25" Flat | 180859 |
| 2005 | 25" Pure Flat | 94041 |
| | | |
| 2006 | 21" Flat | 959270 |
| 2006 | 25" Flat | 298702 |
| 2006 | 25" Pure Flat | 179830 |
| | | |
| 2007 | 21" Flat | 377368 |
| 2007 | 21" PF Pure Flat | 9696 |
| 2007 | 25" Flat | 132698 |
| 2007 | 25" Pure Flat | 81784 |
| 2007 | 29" Pure Flat | 78643 |

| Irico Display CRT Sales to Konka Group Co. Ltd. | | |
|---|---|---|
| **Year** | **Type** | **Quantity** |
| 2004 | 21" Flat | 519592 |
| 2004 | 21" Thick Tube | 232 |
| 2004 | 25" Pure Flat | 262000 |
| 2004 | 25" Flat | 272480 |
| 2004 | 29" Pure Flat | 15668 |
| | | |
| 2005 | 21" Flat | 247818 |
| 2005 | 25" Pure Flat | 107480 |
| 2005 | 25" Flat | 176292 |
| | | |
| 2006 | 21" Flat | 543148 |
| 2006 | 25" Pure Flat | 302044 |
| 2006 | 25" Flat | 198801 |
| 2006 | 29" Pure Flat | 112 |
| | | |
| 2007 | 21" Flat | 583457 |
| 2007 | 25" Pure Flat | 158896 |
| 2007 | 25" Flat | 166546 |
| 2007 | 29" Pure Flat | 71344 |

| Irico Display CRT Sales to TCL Corporation | | |
|---|---|---|
| **Year** | **Type** | **Quantity** |
| 2004 | 21" Flat | 1063013 |
| 2004 | 25" Pure Flat | 291275 |
| 2004 | 25" Flat | 185376 |
| 2004 | 29" High Definition Tube | 22336 |
| | | |
| 2005 | 25"PF Pure Flat | 5751 |
| 2005 | 21" Flat | 234282 |
| 2005 | 25" Pure Flat | 269126 |
| 2005 | 25" Flat | 85412 |
| 2005 | 29" Pure Flat | 1920 |
| 2005 | 29" High Definition Tube | 13696 |
| | | |
| 2006 | 21" Flat | 19200 |
| 2006 | 25" Pure Flat | 33816 |
| 2006 | 25" PF Pure Flat | 4752 |
| 2006 | 25" PF Pure Flat | 15672 |
| 2006 | 25" FS | 1152 |
| 2006 | 21" FS | 1056 |
| 2006 | 21" Flat | 504836 |
| 2006 | 25" Pure Flat | 202672 |
| 2006 | 25" Flat | 19324 |
| | | |
| 2007 | 21" Pure Flat | 129024 |
| 2007 | 25" Pure Flat | 12096 |
| 2007 | 21" Flat | 709072 |
| 2007 | 25" Pure Flat | 304272 |
| 2007 | 25" Flat | 40250 |
| 2007 | 29" Pure Flat | 72048 |

| Irico Display CRT Sales to Skyworth Group Co., Ltd. | | |
|---|---|---|
| **Year** | **Type** | **Quantity** |
| 2005 | 21" Flat | 5632 |
| 2005 | 25" Pure Flat | 2000 |
| 2005 | 25" Flat | 20000 |
| | | |
| 2006 | 21" Flat | 60960 |
| 2006 | 25" Pure Flat | 37040 |
| 2006 | 25" Flat | 150560 |
| | | |
| 2007 | 21" Flat | 169776 |
| 2007 | 25" Pure Flat | 3120 |
| 2007 | 25" Flat | 45240 |

| Irico Display CRT Sales to Hisense Electric Co. Ltd. | | |
|---|---|---|
| Year | Type | Quantity |
| 2004 | 21" Flat | 571976 |
| 2004 | 25" Flat | 294167 |
| 2004 | 25" Pure Flat | 22856 |
| 2004 | 29" Pure Flat | 1320 |
| | | |
| 2005 | 21" Flat | 331132 |
| 2005 | 25" Flat | 236906 |
| 2005 | 25" Pure Flat | 54954 |
| 2005 | 29" Pure Flat | 328 |
| | | |
| 2006 | 21" | 40822 |
| 2006 | 21" Flat | 464273 |
| 2006 | 25" Flat | 294454 |
| 2006 | 25" Pure Flat | 19560 |
| | | |
| 2007 | 21" PF Pure Flat | 1600 |
| 2007 | 21" Flat | 368714 |
| 2007 | 25" Flat | 83267 |
| 2007 | 25" Pure Flat | 14298 |
| 2007 | 29" Pure Flat | 19438 |

| Irico Display CRT Sales to Haier Electrical Appliances Co., Ltd. | | |
|---|---|---|
| **Year** | **Type** | **Quantity** |
| 2004 | 21" Flat | 140108 |
| 2004 | 25" Pure Flat | 135280 |
| 2004 | 25" Flat | 112031 |
| 2004 | 29" | 1600 |
| | | |
| 2005 | 21" Flat | 30200 |
| 2005 | 25" Pure Flat | 45375 |
| 2005 | 25" Flat | 117851 |
| 2005 | 29" | 848 |
| | | |
| 2006 | 25" Flat | 12696 |
| | | |
| 2007 | 21" Flat | 100224 |
| 2007 | 25" Flat | 24616 |

| Irico Display CRT Sales to Xiamen Overseas Chinese Electronic Co., Ltd. | | |
|---|---|---|
| **Year** | **Type** | **Quantity** |
| 2004 | 21" Flat | 125840 |
| 2004 | 25" Flat | 77728 |
| 2004 | 25" Pure Flat | 8672 |
| | | |
| 2005 | 21" Flat | 90775 |
| 2005 | 25" Flat | 63136 |
| 2005 | 25" Pure Flat | 30760 |
| | | |
| 2006 | 21" Flat | 206640 |
| 2006 | 25" Flat | 207256 |
| 2006 | 25" Pure Flat | 41900 |
| | | |
| 2007 | 21" Flat | 816 |
| 2007 | 25" Flat | 25920 |
| 2007 | 25" Pure Flat | 10400 |

| Irico Display CRT Sales to Soyea Technology Co., Ltd. | | |
|---|---|---|
| **Year** | **Type** | **Quantity** |
| 2004 | 21" Flat | 70504 |
| 2004 | 25" Flat | 2400 |
| 2004 | 25" Pure Flat | 17620 |
| 2004 | 29" | 64 |
| | | |
| 2005 | 21" Flat | 13720 |
| 2005 | 25" Flat | 2840 |
| 2005 | 25" Pure Flat | 15866 |
| | | |
| 2006 | 21" Flat | 57344 |
| 2006 | 25" Flat | 31504 |
| 2006 | 25" Pure Flat | 26800 |
| | | |
| 2007 | 21" Flat | 8544 |
| 2007 | 25" Flat | 3000 |
| 2007 | 25" Pure Flat | 104 |
| 2007 | 29" | 1104 |

| Irico Display CRT Sales to Yisheng Technology Co., Ltd. | | |
|---|---|---|
| **Year** | **Type** | **Quantity** |
| 2005 | 21" Flat | 17912 |
| 2005 | 25" Flat | 10360 |
| 2005 | 25" Pure Flat | 2489 |
| 2005 | 29" Pure Flat | 1216 |
| | | |
| 2006 | 21" Flat | 37770 |
| 2006 | 25" Flat | 23759 |
| 2006 | 25" Pure Flat | 19665 |
| 2006 | 29" Pure Flat | 384 |
| | | |
| 2007 | 21" Flat | 158124 |
| 2007 | 25" Flat | 10916 |
| 2007 | 25" Pure Flat | 3125 |
| 2007 | 29" Pure Flat | 1920 |

| Irico Display CRT Sales to LG Electronics (Shenyang) Inc. | | |
|---|---|---|
| **Year** | **Type** | **Quantity** |
| 2007 | 21" FS | 253 |
| 2007 | 29" Pure Flat | 117 |
| 2007 | 14" | 9600 |

| Irico Display CRT Sales to Hangzhou Jinlipu Electrical Co., Ltd. | | |
|---|---|---|
| **Year** | **Type** | **Quantity** |
| 2004 | 21" Flat | 4160 |
| 2004 | 25" Flat | 66310 |
| | | |
| 2005 | 21" Flat | 61456 |
| 2005 | 25" Flat | 1696 |
| | | |
| 2006 | 21" Flat | 29952 |
| 2006 | 25" Flat | 5280 |
| | | |
| 2007 | 21" Flat | 27616 |
| 2007 | 25" Pure Flat | 1000 |
| 2007 | 25" Flat | 4640 |
| 2007 | 29" | 1022 |

| Irico Display CRT Sales to Shenzhen Techtop Industrial Co., Ltd. | | |
|---|---|---|
| **Year** | **Type** | **Quantity** |
| 2005 | 21" Flat | 432 |
| 2005 | 25" Flat | 608 |
| 2005 | 29" | 96 |
| | | |
| 2006 | 25" Flat | 5280 |
| | | |
| 2007 | 21" Flat | 2682 |
| 2007 | 25" Flat | 15256 |
| 2007 | 29" | 2134 |

| Irico Display CRT Sales to Hangzhou Huashan Electric Co., Ltd. | | |
|---|---|---|
| **Year** | **Type** | **Quantity** |
| 2007 | 25" Flat | 1200 |

# EXHIBIT 2

# EXHIBIT 21

## <u>UNREDACTED VERSION OF</u>
## <u>DOCUMENT SOUGHT TO BE SEALED</u>



**consortra** translations

STATE of NEW YORK )
                    )    SS:
COUNTY of NEW YORK )

## ***CERTIFICATE OF ACCURACY***

This is to certify that the attached document, *"IRI-CRT-00003498 – IRI-CRT-0003499"*, originally written in *Chinese*, is to the best of our knowledge and belief, a true, accurate and complete translation into *English*.

Dated: December 17, 2018

Seth Wargo
Consortra Translations

Sworn to and signed before ME this
1 7th day of December,
2018

Notary Public

JAMES G MAMERA
Notary Public - State of New York
No. 01MA6157195
Qualified in New York County
My Commission Expires Dec. 4, 2022

D☐P☐ Exhibit 8893
Deponent ZHANG
Date 3/4/15 Rptr AS

Your
legal
translation
partner

New York, NY | Washington, DC | Houston, TX | San Francisco, CA
Hong Kong

# SHAANXI PROVINCE PEOPLE'S GOVERNMENT

SZH [1995]. No.131

Reply on Approving the Application for Establishing IRICO (USA) Inc. in the United States

To Provincial Foreign Trade and Economic Cooperation Department:

This is to acknowledge that TSWJMFZ (1995) No.200 Document from you has been received.

In order to expand our provinces exports of electronic and mechanic products to North America and deepen trade, investments and cooperation between China and the US, the Provincial People's Government, upon review, hereby approves that China National Electronics Imp & Exp Caihong Co. to establish IRICO (USA) Inc. in the US, with total investment of 600,000 US dollars and scope of business as follows: exports of color display tubes, color TV sets and other home appliance products and related technologies; undertake production activities in partnership with foreign investors; travel services and other trade activities; consulting, networking and aftersales services. It is hoped that your department coordinate with China National Electronics Imp & Exp Caihong Co. to select and send talented personnel with both skills and good ethics to the US to carry out related work.

In Response.

[No body text on this page]

SHAANXI PEOPLE'S GOVERNMENT
24 August 1995

Reply to application for establishing a foreign trade enterprise in a foreign country

XXXX Industrial Bureau, IRICO Group Corporation

XXXX Office                    Printed and Distributed on 25 August 1995

No. of Printouts: 15

# 陕西省人民政府

陕政函〔1995〕131号

## 关于同意在美国设立美国彩虹公司的批复

省外经贸厅：

你厅陕外经贸发字〔1995〕200号文件收悉。

为了扩大我省机电产品对北美洲的出口发展中美间的贸易、投资与合作，经省人民政府研究，同意中国电子进出口彩虹公司在美国设立"美国彩虹公司"，总投资60万美元，经营范围是：彩色显像管、彩色电视机和其它家电产品及相关技术的出口；承办与外方合资经营、合作生产业务；开展旅游服务和其它贸易活动；咨询联络及售后服务。望你厅协同中电彩虹公司，选拔德才兼备的人员赴美工作。

此复。

 由 扫描全能王 扫描创建

CONFIDENTIAL

IRI-CRT-00003498



[此页无正文]

一九九五年八月二十四日

小贸 驻外企业 批复

工业局，彩虹集团。

办公厅 1995年8月25日印发

共印15份


由 扫描全能王 扫描创建

CONFIDENTIAL

IRI-CRT-00003499

# EXHIBIT 3



**certified**translate
A LANGUAGE FISH LLC COMPANY

info@certifiedtranslate.com   2425 Olympic Blvd., Suite 4000W   usa  1-888-856-2228
www.certifiedtranslate.com    Santa Monica, CA 90404             int  +1-310-684-3153
                                                                 fax  +1-310-564-1944

## CERTIFIED TRANSLATION



A member of the American
Translators Association
ATA Member Number: 248719

Documents Translated For:

| Name: **David Y. Hwu** | Street Address: **706 Sansome Street** |
|---|---|
| Firm:  **Saveri & Saveri, Inc.** | City/State/Zip:  **San Francisco / CA / 94111** |

Description of Document(s):

| |
|---|
| |
| **IRI-CRT-00003546E (Selected Records)** |
| |
| |

| Source Language:  **SIMPLIFIED CHINESE** | Target Language:   **ENGLISH** |
|---|---|

WITH REFERENCE TO THE ABOVE MENTIONED MATERIALS/DOCUMENTS, we at Language Fish LLC (doing business as www.certifiedtranslate.com), a professional document translation company, attest that the language translation completed by Language Fish's certified professional translators, represents, to the best of our judgment, an accurate and correct interpretation of the terminology/content of the source document(s). **This is to certify the correctness of the translation only.** We do not guarantee that the original is a genuine document or that the statements contained in the original document(s) are true.

IN WITNESS WHEREOF, Language Fish LLC has caused the Certificate to be signed by its duly authorized officer(s).

**By:**   Sean Kirschenstein, Director            **Date:**   February 22, 2019

A copy of the translated version(s) is attached to this statement of certification.

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

On _Feb. 22 2019_ before me, ___Kristin Gail Chamberlain___, Notary Public, appeared ___Sean Kirschenstein___, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Kristin Chm_

KRISTIN GAIL CHAMBERLAIN
Notary Public - California
Los Angeles County
Commission # 2141880
My Comm. Expires Feb 7, 2020

D☐P☐ Exhibit _8413_
Deponent _Wong_
Date 3/6/19 Rptr BW.

| Year and Month | Party | Product Name | Quantity | Amount in USD | RECORD# (Column added to note row # in original DBF) |
|---|---|---|---|---|---|
| 01/99 | IRICO USA | 14" CPT | 10080 | 272160 | 3 |
| 04/99 | IRICO USA | 14" CPT | 2016 | 56448 | 39 |
| 11/99 | G.P.X. Inc. | 14" TV | 1050 | 22050 | 229 |
| 11/99 | G.P.X. Inc. | 14" TV | 1050 | 22050 | 231 |
| 11/99 | G.P.X. Inc. | 14" TV | 450 | 9675 | 232 |
| 11/99 | G.P.X. Inc. | 14" TV | 450 | 9450 | 233 |
| 11/99 | G.P.X. Inc. | 14" TV | 1130 | 22600 | 234 |
| 11/99 | G.P.X. Inc. | 14" TV | 1130 | 22600 | 235 |
| 11/99 | G.P.X. Inc. | 14" TV | 1000 | 21000 | 236 |
| 11/99 | G.P.X. Inc. | 14" TV | 1190 | 31535 | 237 |
| 12/99 | G.P.X. Inc. | 14" TV | 1050 | 22050 | 238 |
| 12/99 | G.P.X. Inc. | 14" TV | 1050 | 22050 | 239 |
| 12/99 | G.P.X. Inc. | 14" TV | 950 | 21425 | 240 |
| 12/99 | G.P.X. Inc. | 14" TV | 1190 | 24990 | 241 |
| 12/99 | G.P.X. Inc. | 14" TV | 1000 | 21000 | 242 |
| 12/99 | G.P.X. Inc. | 14" TV | 1050 | 22050 | 243 |
| 12/99 | G.P.X. Inc. | 14" TV | 1050 | 22050 | 244 |
| 01/98 | IRICO USA | 14" CPT | 0 | -18900 | 280 |
| 01/98 | IRICO USA | 14" CPT | 5040 | 178920 | 282 |
| 02/98 | IRICO USA | 14" CPT | 20160 | 691488 | 298 |
| 06/98 | IRICO USA | 14" CPT | 10080 | 302400 | 350 |
| 06/98 | IRICO USA | 14" CPT | 2016 | 64512 | 353 |
| 02/98 | IRICO USA | 21" CPT | 5280 | 322080 | 458 |
| 05/98 | GLBAL | Convergence Cup | 3000 | 4750 | 487 |
| 07/98 | IRICO USA | TV kits | 20200 | 791840 | 489 |
| 11/98 | IRICO USA | TV kits | 10100 | 373700 | 491 |
| 11/98 | GLBAL | Electron gun | 500 | 3750 | 493 |
| 04/97 | IRICO USA | 14" CPT | 2016 | 80640 | 549 |
| 04/97 | IRICO USA | 14" CPT | 2016 | 80640 | 551 |
| 07/97 | IRICO USA | 14" CPT | 2016 | 80640 | 600 |
| 09/97 | IRICO USA | 14" CPT | 3024 | 117936 | 642 |
| 07/97 | IRICO USA | 21" CPT | 3200 | 219200 | 692 |
| 07/96 | IRICO USA | 14" CPT | 5040 | 224280 | 879 |
| 07/96 | IRICO USA | 14" CPT | 10080 | 448560 | 880 |
| 07/96 | IRICO USA | 14" CPT | 7560 | 336420 | 881 |
| 07/96 | IRICO USA | 14" CPT | 5040 | 224280 | 882 |
| 07/96 | IRICO USA | 14" CPT | 12096 | 565488 | 883 |
| 07/96 | IRICO USA | 14" CPT | 10080 | 448560 | 884 |
| 07/96 | IRICO USA | 14" CPT | 10080 | 471240 | 890 |
| 07/96 | IRICO USA | 14" CPT | 15120 | 672840 | 891 |
| 07/96 | IRICO USA | 14" CPT | 13608 | 605556 | 892 |
| 12/96 | IRICO USA | 14" CPT | 2016 | 90720 | 995 |

# Document Produced in Native Format

CONFIDENTIAL

IRI-CRT-00003546

|   | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | 年月 | 单位 | 产品名称 | 数量 | 美元金额 | RECORD# (Column added to note row # in original DBF) |
| 2 | 01/99 | 美彩 | 14"CPT | 10080 | 272160 | 3 |
| 3 | 04/99 | 美彩 | 14"CPT | 2016 | 56448 | 39 |
| 4 | 11/99 | G.P.X.INC | 14"TV | 1050 | 22050 | 229 |
| 5 | 11/99 | G.P.X.INC | 14"TV | 1050 | 22050 | 231 |
| 6 | 11/99 | G.P.X.INC | 14"TV | 450 | 9675 | 232 |
| 7 | 11/99 | G.P.X.INC | 14"TV | 450 | 9450 | 233 |
| 8 | 11/99 | G.P.X.INC | 14"TV | 1130 | 22600 | 234 |
| 9 | 11/99 | G.P.X.INC | 14"TV | 1130 | 22600 | 235 |
| 10 | 11/99 | G.P.X.INC | 14"TV | 1000 | 21000 | 236 |
| 11 | 11/99 | G.P.X.INC | 14"TV | 1190 | 31535 | 237 |
| 12 | 12/99 | G.P.X.INC | 14"TV | 1050 | 22050 | 238 |
| 13 | 12/99 | G.P.X.INC | 14"TV | 1050 | 22050 | 239 |
| 14 | 12/99 | G.P.X.INC | 14"TV | 950 | 21425 | 240 |
| 15 | 12/99 | G.P.X.INC | 14"TV | 1190 | 24990 | 241 |
| 16 | 12/99 | G.P.X.INC | 14"TV | 1000 | 21000 | 242 |
| 17 | 12/99 | G.P.X.INC | 14"TV | 1050 | 22050 | 243 |
| 18 | 12/99 | G.P.X.INC | 14"TV | 1050 | 22050 | 244 |
| 19 | 01/98 | 美彩 | 14"CPT | 0 | -18900 | 280 |
| 20 | 01/98 | 美彩 | 14"CPT | 5040 | 178920 | 282 |
| 21 | 02/98 | 美彩 | 14"CPT | 20160 | 691488 | 298 |
| 22 | 06/98 | 美彩 | 14"CPT | 10080 | 302400 | 350 |
| 23 | 06/98 | 美彩 | 14"CPT | 2016 | 64512 | 353 |
| 24 | 02/98 | 美彩 | 21"CPT | 5280 | 322080 | 458 |
| 25 | 05/98 | GLBAL | 汇聚杯 | 3000 | 4750 | 487 |
| 26 | 07/98 | 美彩 | TV散件 | 20200 | 791840 | 489 |
| 27 | 11/98 | 美彩 | TV散件 | 10100 | 373700 | 491 |
| 28 | 11/98 | GLBAL | 电子枪 | 500 | 3750 | 493 |
| 29 | 04/97 | 美彩 | 14"CPT | 2016 | 80640 | 549 |
| 30 | 04/97 | 美彩 | 14"CPT | 2016 | 80640 | 551 |
| 31 | 07/97 | 美彩 | 14"CPT | 2016 | 80640 | 600 |
| 32 | 09/97 | 美彩 | 14"CPT | 3024 | 117936 | 642 |
| 33 | 07/97 | 美彩 | 21"CPT | 3200 | 219200 | 692 |
| 34 | 07/96 | 美彩 | 14"CPT | 5040 | 224280 | 879 |
| 35 | 07/96 | 美彩 | 14"CPT | 10080 | 448560 | 880 |
| 36 | 07/96 | 美彩 | 14"CPT | 7560 | 336420 | 881 |
| 37 | 07/96 | 美彩 | 14"CPT | 5040 | 224280 | 882 |
| 38 | 07/96 | 美彩 | 14"CPT | 12096 | 565488 | 883 |
| 39 | 07/96 | 美彩 | 14"CPT | 10080 | 448560 | 884 |
| 40 | 07/96 | 美彩 | 14"CPT | 10080 | 471240 | 890 |
| 41 | 07/96 | 美彩 | 14"CPT | 15120 | 672840 | 891 |
| 42 | 07/96 | 美彩 | 14"CPT | 13608 | 605556 | 892 |
| 43 | 12/96 | 美彩 | 14"CPT | 2016 | 90720 | 995 |

Sheet1

CONFIDENTIAL

IRI-CRT-00003546.001

# EXHIBIT 4

# EXHIBIT 12

## <u>UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED</u>



**certified**translate

A LANGUAGE FISH LLC COMPANY

info@certifiedtranslate.com    2425 Olympic Blvd., Suite 4000W    usa  1-888-856-2228
www.certifiedtranslate.com    Santa Monica, CA 90404    int  +1-310-684-3153
fax  +1-310-564-1944

## CERTIFIED TRANSLATION



A member of the American
Translators Association
ATA Member Number: 248719

*Documents Translated For:*

| Name:  David Y. Hwu | Street Address: **706 Sansome Street** |
|---|---|
| Firm:    **Saveri & Saveri, Inc.** | City/State/Zip: **San Francisco / CA / 94111** |

*Description of Document(s):*

|  |
|---|
| |
| **IRI-CRT-00003578E** |
| |
| |

| Source Language:   **SIMPLIFIED CHINESE** | Target Language:    **ENGLISH** |
|---|---|

WITH REFERENCE TO THE ABOVE MENTIONED MATERIALS/DOCUMENTS, we at Language Fish LLC (doing business as www.certifiedtranslate.com), a professional document translation company, attest that the language translation completed by Language Fish's certified professional translators, represents, to the best of our judgment, an accurate and correct interpretation of the terminology/content of the source document(s). **This is to certify the correctness of the translation only.** We do not guarantee that the original is a genuine document or that the statements contained in the original document(s) are true.

IN WITNESS WHEREOF, Language Fish LLC has caused the Certificate to be signed by its duly authorized officer(s).

**By:**    Sean Kirschenstein, Director                    **Date:**    February 21, 2019

A copy of the translated version(s) is attached to this statement of certification.

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

On ___Feb. 21, 2019___ before me, ___Kristin Gail Chamberlain___, Notary Public, appeared ___Sean Kirschenstein___, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature ___Knoti Clln___



KRISTIN GAIL CHAMBERLAIN
Notary Public - California
Los Angeles County
Commission # 2141880
My Comm. Expires Feb 7, 2020

D☐P☐ Exhibit 8408
Deponent Wang
Date 3/6/19  Rptr/sw

Scanned and created by Camscanner [QR Code]

1 Attachment

## China National Electronics Import and Export Caihong Co.

## Certificate of Account Transfer for Exported Goods

Card No. _____

| | | | | | April 30, 1999 | | | Transfer No. _9_ | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Overseas Customer | | Hisense (Irico USA) | | | Product Name and Model | Quantity | Unit Price | | | | | | | Total Price | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Clerk | | Wu Lihong | | | 54SX503Y22-DC01 21″ CRT | 2400 | USD 52 | | | | | | | USD 124,800 | | |

Purchase Receipt No.  9TS063  VAT receipt 00027912

| | | | | | Summary | Amount | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Debits | | | Credits | | | | Ten Millions | Millions | Hundred Thousands | Ten Thousands | Thousands | Hundreds | Tens | Ones | Cents | |
| General | Subsidiary | V | General | Subsidiary | V | | | | | | | | | | | |
| 123 Foreign Exchange Accounts Receivable | 004 | V | 504 Self-Managed Export Sales Revenue | 021 | V | 2400 21″ CPTs to Irico USA (9TS063) | In ¥ | 5 | 1 | 2 | 4 | 8 | 0 | 0 | 00 | |
| Total | | | | | | One million thirty-three thousand three hundred and forty-four yuan and zero cents | 1 | 0 | 3 | 3 | 3 | 4 | 4 | 00 | | |

Supervisor _____   Recorded by _____   Verified by [illegible]   Form completed by Guo Xiangyun

IRI-CRT-00003578E_Translation

CONFIDENTIAL



中 国 电 子 进 出 口 彩 虹 公 司

进 出 口 货 物 转 账 凭 证

| 国外客户 | 上海信(美)国际(公) | | 货物名称及规格型号 | | 数 量 | 单 价 | 总 价 |
|---|---|---|---|---|---|---|---|
| 业 务 员 | 刘利 | 51458PD2722-DC1 21'CPT | 24003 | USD52.- | USD 1248oo- |

收账发票号 9TS063 合同号 600027912

金 额 $124 800.00

$110 33 17 0.0

| 借 方 | | | 贷 方 | | | 摘 要 |
|---|---|---|---|---|---|---|
| 一级科目 | 明细科目 | | 一级科目 | 明细科目 | | |
| 123应收外汇账款 | 004 | | 504销售出口销收入 | 02 | | 美国彩虹 21"彩管 2400只 (918063) |

合 计 审核 制表

CONFIDENTIAL

IRI-CRT-00003578

# 中国电子进出口彩虹公司

## CEIEC CHINA NATIONAL ELECTRONICS IMP&EXP
### CAIHONG COMPANY
# INVOICE

NO.1 CAIHONG ROAD
XIANYANG SHAANXI
P.R.CHINA
Cable:1753 XIANYANG
Fax:0910)3313101
Tel:0910)3313566
Postcode:712021

**MESSRS.**

IRICO (USA)INC
39658 MISSION BLVD
FREMONT, CA94539
TEL:(501)494-5828 FAX:(501)494-5829

| Invoice No. | Name Of Vessel | Loading Port | Discharging Port | On or About |
|---|---|---|---|---|
| 9TS063 | | XIANYANG, CHINA | QINGDAO,CHINA | APR.16,1999 |
| Date | B/L  No. | L/C No. | Contract No. | Licence No. |
| APR.16,1999 | | T/T | 99EMUSCHCT01029 | |

| Marks & Nos | Description & Quantity | Unit Price | Amount |
|---|---|---|---|

FOB QINGDAO,CHINA

N/M

IRICO PICTURE TUBE
21" CPT
MODEL NO.54SX503Y22-DC01
QTY:2400PCS
CPT ZIBO CHINA
COUNTRY OF ORIGIN AND MANUFACTURE:IRICO,CHINA

USD52.00       USD124,800.00

(SAY,UNITED STATES DOLLARS ONE HUNDRED AND TWENTY FOUR THOUSAND
EIGHT HUNDRED ONLY.)

CHINA NATIONAL ELECTRONICS IMP&EXP
CAIHONG COMPANY

E. & O.E.

MANAGER

 由 扫描全能王 扫描创建

CONFIDENTIAL

IRI-CRT-00003579

# EXHIBIT 5



**certified**translate
A LANGUAGE FISH LLC COMPANY

info@certifiedtranslate.com
www.certifiedtranslate.com

2425 Olympic Blvd., Suite 4000W
Santa Monica, CA 90404

usa  1-888-856-2228
int  +1-310-684-3153
fax  +1-310-564-1944

A member of the American
Translators Association
ATA Member Number: 248719

## CERTIFIED TRANSLATION

*Documents Translated For:*

| Name: **David Y. Hwu** | Street Address: **706 Sansome Street** |
|---|---|
| Firm:   **Saveri & Saveri, Inc.** | City/State/Zip:  **San Francisco / CA / 94111** |

*Description of Document(s):*

|  |
|---|
| **IRI-CRT-00003576E** |

| Source Language:   **SIMPLIFIED CHINESE** | Target Language:   **ENGLISH** |
|---|---|

WITH REFERENCE TO THE ABOVE MENTIONED MATERIALS/DOCUMENTS, we at Language Fish LLC (doing business as www.certifiedtranslate.com), a professional document translation company, attest that the language translation completed by Language Fish's certified professional translators, represents, to the best of our judgment, an accurate and correct interpretation of the terminology/content of the source document(s). **This is to certify the correctness of the translation only.** We do not guarantee that the original is a genuine document or that the statements contained in the original document(s) are true.

IN WITNESS WHEREOF, Language Fish LLC has caused the Certificate to be signed by its duly authorized officer(s).

**By:**     Sean Kirschenstein, Director           **Date:**   February 21, 2019

A copy of the translated version(s) is attached to this statement of certification.

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

On ___**Feb. 21, 2019**___ before me, ___Kristin Gail Chamberlain___, Notary Public, appeared ___Sean Kirschenstein___, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature ___Kristi Chm___



KRISTIN GAIL CHAMBERLAIN
Notary Public - California
Los Angeles County
Commission # 2141880
My Comm. Expires Feb 7, 2020

D☐P☐ Exhibit _8407_
Deponent  _Wang_
Date _3/6/19_ Rptr _RW_

Scanned and created by Camscanner [QR Code]

**China National Electronics Import and Export Caihong Co.**

## Certificate of Account Transfer for Exported Goods

Card No. **2TW446**                    *July 22, 2002*                    Transfer No. **61**

| Overseas Customer | | *Diamond* | Product Name and Model | Quantity | Unit Price | Total Price | |
|---|---|---|---|---|---|---|---|
| Clerk | | **Wen Haiyang** | *37 cm CPT* | *2016* | *USD 24.00* | *USD 48,384* | |
| Purchase Receipt No. | | *00126257* | | | | | |

| Debits | | | Credits | | | Summary | Amount | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| General | Subsidiary | √ | General | Subsidiary | √ | | Ten Millions | Millions | Hundred Thousands | Ten Thousands | Thousands | Hundreds | Tens | Ones | Cents | |
| 123 Foreign Exchange Accounts Receivable | *006* | | 504 Self-Managed Export Sales Revenue | *014* | | **Revenue from 2016 14" CPTs to Diamond 2TW446** | | $ | 4 | 8 | 3 | 8 | 4 | 00 | | 1 Attachment |
| | | | | | | | In ¥ | 4 | 0 | 0 | 6 | 1 | 9 | 52 | | |
| Total | | | | | *Four hundred thousand six hundred and nineteen yuan and fifty-two cents* | | | | | | | | | | | |

Supervisor _____        Recorded by _____        Verified by <u>Dong Congfeng</u>        Form completed by **Yang Taigang**

CONFIDENTIAL                    IRI-CRT-00003576E_Translation

中国电子进出口彩虹公司

# 出口货物转帐凭证

2002 年 7 月 2 日                                                       转 61 号

| 货物名称及规格型号 | 数 量 | 单 价 | 总 价 |
|---|---|---|---|
| Diamond | | | |
| 37cm彩管 | 2016 只 | US$229.00 | US$455774 |
| 0026907 | | | |

| 借 方 | | 贷 方 | | 摘 要 | 金 额 |
|---|---|---|---|---|---|
| 明细科目 | ✓ | 一级科目 | 明细科目 ✓ | | 千百十万千百十元角分 |
| 006 | | 504自营出口销售收入 | 014 | 转销Diamond 14"CPT 2016只收入 | ¥4838400 |
| | | | | 2TWU46 | ¥40061952 |
| 计 | | | | | |

玖仟壹佰贰拾玖元伍角贰分

记帐 _____ 审核 董彩华 制表 杨素刚

CONFIDENTIAL                                          IRI-CRT-00003576

中国电子进出口彩虹公司

## 出口货物转帐凭证

2002 年 7 月 2 日

转 61 号

| 货物名称及规格型号 | 数　量 | 单　价 | 总　价 |
|---|---|---|---|
| Diamond | | | |
| 定海洋 37cm彩管 | 2016只 | US$24.00 | US$48,384 |
| 00126-07 | | | |

| 借　方 | 贷　方 | | 摘　要 | 金　额 |
|---|---|---|---|---|
| 明细科目 | 一级科目 | 明细科目 | | 千万 十万 千 百 十 元 角 分 |
| 006 | 504自营出口销售收入 | 014 | 转出Diamond 14"CPT 2016只收入 ¥48,384.00 | |
| | | | 2TW446 | ¥400619.52 |

计 肆拾万零陆佰壹拾玖元伍角贰分

记帐　　　　审核 [章联峰]　　　　制表 杨丽娜

CONFIDENTIAL

IRI-CRT-00003576

中国电子

# CEIEC CHINA NATIONAL ELECTRONICS IMP&EXP CAIHONG COMPANY

XIANYANG SHAANXI.P.R.CHINA
Add:1752 XIANYANG
Fax:(0910)3313101
Tel:(0910)3313456
Postcode:712021

## INVOICE

**MESSRS.** DIAMOND ELECTRONICS
2297 NIELS BOHR SUITE #118
OTAY MESA, SAN DIEGO, CA 9154
619-661-9363  619-661-9389 FAX

| Invoice No. | Name Of Vessel | Loading Port | Discharging Port | On or About |
|---|---|---|---|---|
| 2TW446 | BY SEA | TIANJIN CHINA | LONG BEACH CA USA | JLY.20,2002 |
| **Date** | **B/L No.** | **L/C No.** | **Contract No.** | **Licence No.** |
| JLY.5,2002 | | | 02EMUSCHCT01069 | |

| Marks & Nos | Description & Quantity | Unit Price | Amount |
|---|---|---|---|
| | | FOB TIANJIN CHINA | |
| | 2016 PCS.-14"CRT MODEL 37SX110Y22-DC11 UNIT PRICE:$24.00USD | USD24.00 | USD48,384.00 |

(SAY,UNITED STATES DOLLARS FORTY EIGHT THOUSAND THREE HUNDRED AND EIGHTY FOUR ONLY.)

CHINA NATIONAL ELECTRONICS IMP&EXP
CAIHONG COMPANY

E. & O.E.

MANAGER


由 扫描全能王 扫描创建

CONFIDENTIAL

IRI-CRT-00003577

# EXHIBIT 6



info@certifiedtranslate.com  2425 Olympic Blvd., Suite 4000W  usa  1-888-856-2228
www.certifiedtranslate.com  Santa Monica, CA 90404  int  +1-310-684-3153
fax  +1-310-564-1944

## CERTIFIED TRANSLATION



A member of the American
Translators Association
ATA Member Number: 248719

*Documents Translated For:*

| Name: **David Y. Hwu** | Street Address: **706 Sansome Street** |
|---|---|
| Firm: **Saveri & Saveri, Inc.** | City/State/Zip: **San Francisco / CA / 94111** |

*Description of Document(s):*

|  |
|---|
|  |
| **IRI-CRT-00003574E** |
|  |
|  |

| Source Language: **SIMPLIFIED CHINESE** | Target Language: **ENGLISH** |
|---|---|

WITH REFERENCE TO THE ABOVE MENTIONED MATERIALS/DOCUMENTS, we at Language Fish LLC (doing business as www.certifiedtranslate.com), a professional document translation company, attest that the language translation completed by Language Fish's certified professional translators, represents, to the best of our judgment, an accurate and correct interpretation of the terminology/content of the source document(s). **This is to certify the correctness of the translation only.** We do not guarantee that the original is a genuine document or that the statements contained in the original document(s) are true.

IN WITNESS WHEREOF, Language Fish LLC has caused the Certificate to be signed by its duly authorized officer(s).

**By:**  Sean Kirschenstein, Director  **Date:**  February 27, 2019

A copy of the translated version(s) is attached to this statement of certification.

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

On _Feb. 27, 2019_ before me, ___Kristin Gail Chamberlain___, Notary Public, appeared ___Sean Kirschenstein___, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Kristi Cilli_



KRISTIN GAIL CHAMBERLAIN
Notary Public - California
Los Angeles County
Commission # 2141880
My Comm. Expires Feb 7, 2020

Scanned and created by Camscanner [QR Code]
090

# Caihong Electronics Group Company

## Certificate of Account Transfer

**March 30, 1998**

Transfer No. Z **69**

| Debit | | Credit | | Summary | Amount | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| General | Subsidiary √ | General | Subsidiary √ | | Hundred Millions | Ten Millions | Millions | Hundred Thousands | Ten Thousands | Thousands | Hundreds | Tens | Ones | Cents |
| Foreign Exchange Accounts Receivable | **007** √ | 505 Agency Export Sales Revenue | **999** √ | *Transfer of revenue from acting as agent for Royal in exporting display devices* | | | | | **1** | **3** | **9** | **9** | **3** | **20** |
| | | | | **8TY017  $1690** | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| Total | | | | *Thirteen thousand nine hundred and ninety-three yuan and twenty cents* | | | | ¥ | **1** | **3** | **9** | **9** | **3** | **20** |

Supervisor _____        Recorded by _____        Verified by **Geng Jun**        Form completed by **Dong Congfeng**

CONFIDENTIAL

IRI-CRT-00003574E_Translation

CONFIDENTIAL

IRI-CRT-00003574

彩虹电子集团公司
转账凭证

1998年3月30日

字凭证编号 69

| 摘要 | | 金额 |
|---|---|---|

借方 科目 明细科目

贷方 一级科目 明细科目

应收账款 999

合计

主管　　　　　　记账　　　　　　审核　　　　　　制票

出口销售收入

由 扫描全能王 扫描创建

CONFIDENTIAL

中国电子进出口公司

# CEIEC CHINA NATIONAL ELECTRONICS IMP&EXP CAIHONG COMPANY

## INVOICE

P.O.BOX NO.4 XIANYANG
SHAANXI P.R.CHINA
Telex:70070 XYCEC CN
Cable:1717 XIANYANG
FAX:029-3311396
TEL:029-3311391
Postcode:712021

MESSRS. WESTY

| Invoice No. | Name Of Vessel | Loading Port | Discharging Port | On or About | Licence No. |
|---|---|---|---|---|---|
| 970017 | BY AIR | XIAN | U.S.A. | | |
| Date | B/L No. | L/C No. | Contract No. | | |
| JAN.1.1998 | | | 9REMCSGHCTO2011 | | |

| Marks & Nos | Description & Quantity | Unit Price | Amount |
|---|---|---|---|
| N/W | 14"MONITOR | USD106.00 | USD318.00 |
| | 15 " MONITOR | USD136.00 | USD408.00 |
| | 17"MONITOR | USD241.00 | USD964.00 |

(SAY:UNITED STATES DOLLARS ONE THOUSAND SIX HUNDRED AND NINETY ONE)

E. & O.E.

CHINA NATIONAL ELECTRONICS IMP&EXP
CAIHONG COMPANY

MANAGER

IRI-CRT-00003575


由 扫描全能王 扫描创建