1  MARIO N. ALIOTO, ESQ. (56433)
   LAUREN C. CAPURRO, ESQ. (241151)
2  TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
   2001 Union Street, Suite 482
3  San Francisco, CA 94123
   Telephone: (415) 563-7200
4  Facsimile:  (415) 346-0679
   E-mail:      malioto@tatp.com
5                 laurenrussell@tatp.com

6  *Lead Counsel for the Indirect-Purchaser Plaintiffs*

7

8

9

10                 **UNITED STATES DISTRICT COURT**

11              **NORTHERN DISTRICT OF CALIFORNIA**

12                      **OAKLAND DIVISION**

13  IN RE CATHODE RAY TUBE (CRT)          )  MDL NO. 1917
    ANTITRUST LITIGATION                  )
14  _____   )  Case No. 07-cv-5944-JST
                                          )
15  This Document Relates to:             )  **DECLARATION OF GERARD A.**
                                          )  **DEVER IN SUPPORT OF INDIRECT**
16  Indirect Purchaser Class Action       )  **PURCHASER PLAINTIFFS' RESPONSE**
                                          )  **TO IRICO DEFENDANTS' MOTION *IN***
17                                        )  ***LIMINE* NO. 7**
                                          )
18                                        )
                                          )  Hearing Date:  December 15, 2023
19                                        )  Time: 2:00 p.m.
                                          )  Courtroom: 6, 2nd Floor
20                                        )
    _____   )  The Honorable Jon S. Tigar
21

22

23

24

25

26

27

28

1    I, Gerard A. Dever, hereby declare and state as follows:

2    1.    I am a member of the law firm Fine, Kaplan and Black, R.P.C., counsel for the

3  Indirect Purchaser Plaintiffs ("Plaintiffs") in the above-captioned action currently pending in the

4  U.S. District Court for the Northern District of California.  I am a member in good standing of

5  the bar of the Commonwealth of Pennsylvania and I am admitted *pro hac vice* to practice before

6  this Court.  I submit this Declaration in support of Plaintiffs' Response to Irico Defendants'

7  Motion *In Limine* No. 7: to exclude evidence or inflammatory language regarding the guilty plea

8  by Samsung SDI Company, Ltd.

9    2.    Attached hereto as **Exhibit 1** is a true and correct copy of SDCRT-0086672-74

10  and a certified translation (SDCRT-0086672E-74E), which is Samsung SDI meeting notes

11  documenting "The Chinese Industry Meeting (August)" in August 1999, attended by Irico,

12  Samsung SDI, and other CRT manufacturers.

13    I declare under penalty of perjury under the laws of the United States that the foregoing is

14  true and correct.

15    Executed on September 1, 2023, in Philadelphia, Pennsylvania.

16

17  Dated:  September 1, 2023                    By:  */s/ Gerard A. Dever*

18                                               Gerard A. Dever
                                                 Fine, Kaplan and Black, R.P.C.
19                                               One South Broad Street, 23rd Floor
                                                 Philadelphia, PA 19107
20                                               Telephone:  (215) 567-6565
                                                 Facsimile:   (215) 568-5872
21                                               Email:        gdever@finekaplan.com

22                                               *Counsel for Indirect Purchaser Plaintiffs*

23

24

25

26

27

28

1

# EXHIBIT 1



STATE of NEW YORK    )
                               )        ss:
COUNTY of NEW YORK  )

## CERTIFICATE OF ACCURACY

This is to certify that the attached document, *"SDCRT-0086672 – SDCRT-0086674"*, originally written in *Korean*, is to the best of our knowledge and belief, a true, accurate and complete translation into *English*.

Dated: November 4, 2013

Seth Wargo
Consortra Translations

Sworn to and signed before ME this
4th ____ day of November,
2013.

Notary Public

JAMES G MAMERA
Notary Public, State of New York
No. 01MA6157195
Qualified in New York County
Commission Expires Dec. 4, 2014

Your
legal
translation
partner

New York, NY | Washington, DC | Houston, TX | San Francisco, CA
Hong Kong

## China Same Industry Meeting (August)

☐ Time: August 5, 1999
☐ Place: Hyunmu Restaurant in Nanjing, China
☐ Participants:
  - PHILIPS: Su Hwa Lee, FRANK, Young Ma, Dong Yoo, Sa Chun illegible
  - IRICO: Ui Seng Lee, Mr. Sa, So Kul Wang
  - SSDD: Myung Sik Lee, Jin illeible
  - ORION: Jung Seng Park, Myung Hak Oh
  - CPT: C.C. LIU, Kyung Song, illegible, Ui Yul Seo
  - BMCC: Shin Moon Hwang

☐ Major contents
1. Special lecture by MR. C.C.LIU (CPT headquarters administrator)
   1) The industry meetings should remain confidential considering the international regulation of antitrust laws
   2) F/UP on China regarding the top meeting decision
   3) Discussions focused on 14"/15" prices

July PSI for each company and August plan (Refer to Attachment 1 for details)
- PHILIPS: 14" → 17" to take place next February, production expected in March (14/17" dual)
- CPT: 2 17" lines expected in August and September of next year
     ☞ Current domestic customers: AOC, PHILIPS, EMC, AND ACER
 - IRICO: 17" production to start the year after next year
          15" MAX CAPA = 120K/M (P + F + DY domestic production)
 - BMCC: 14" expected to resume in September
 - ORION: 14"/15" AOC sales decrease

2. Production of monitors in China in the 1st half of '99 (Refer to Attachment 2)

3. Price issues (based on MPR II): bottom price for key accounts

| SIZE | August | | September | |
|---|---|---|---|---|
| | Export price | Domestic price | Export price | Domestic price |
| 14" | $52 | RMB540 | $52 | RMB561 |
| 15" | $68 | RMB707 | $68 | RMB illegible |
| 17" | $93 | RMB967 | $93 | RMB 1,004 |

1/3                    99000080

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation          SDCRT-0086672E_Translation
FINAL TRANSLATION

☐ Attachment 1 PSI and August Plan for companies

| Customer | SIZE | July Production Total | July Sales Total | July Domestic | July Export | July Inventory | August Production | August Sales Total | August Domestic | August Export | August Inventory | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PHS | 14" | 65 | 82 | 50 | 32 | 2 | 65 | 65 | 45 | 20 | 2 | |
| | 15' | 57 | 63 | 63 | | 3 | 61 | 62 | 62 | | 2 | |
| | 15" * | | 121 | | 121 | | | 90 | | 90 | | |
| | 17" * | | 72 | 40 | 32 | | | 80 | 30 | 50 | | |
| CPT | 14' | 148 | 181 | 10 | 171 | 57 | 160 | 176 | 10 | 166 | 41 | |
| | 14" * | | 50 | | 50 | | | 70 | | 70 | | |
| | 15" | 159 | 161 | 76 | 85 | 25 | 160 | 159 | 65 | 94 | 26 | |
| | 15" * | | 406 | | 406 | | | 348 | | 348 | | |
| | 17" * | | 416 | | 416 | | | 482 | | 482 | | |
| BMCC | 14" | 0 | 27 | 27 | | 8 | | | | 1 | 7 | |
| | 15' | | 87 | | | | | | | | | |
| IRICO | 15" | 80.5 | 87 | | | 18.5 | 85 | 80 | 80 | | 23.5 | |
| ORION | 14' * | | 10 | | 10 | | | 20 | | 20 | | 14" reduced |
| | 15" * | | 30 | | 30 | | | 70 | | 70 | | |
| | 17" * | | 25 | | 25 | | | 30 | | 30 | | |
| SDD | 14" | | 123 | 40 | 83 | | 165 | 165 | 55 | 110 | | |
| | 15' | 120 | 120 | 50 | 70 | | 150 | 150 | 70 | 80 | | |
| | 15" * | | 230 | | 230 | | | 230 | | 230 | | |
| | 17" * | | 230 | | 230 | | | 230 | | 230 | | |
| | 17" (SKD) | 10 | | | | | 10 | | | | | |
| LG | 14" * | | | | | | | | | | | |
| | 15" * | | | | | | | | | | | |
| TTL | 14" | 213 | 413 | 127 | 286 | 67 | 390 | 406 | 110 | 297 | 50 | |
| | 14" * | 0 | 60 | 0 | 60 | 0 | 0 | 90 | 0 | 90 | 0 | |
| | 15' | 416.5 | 431 | 276 | 155 | 46.5 | 456 | 451 | 277 | 174 | 51.5 | |
| | 15" * | 0 | 787 | 0 | 787 | 0 | 0 | 738 | 0 | 738 | 0 | |
| | 17" * | 10 | 743 | 40 | 703 | 10 | 0 | 822 | 30 | 792 | 0 | |

Asterisk: Non-originating monitors

99000181

2/3

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation
FINAL TRANSLATION

SDCRT-0086673E_Translation

☐ Attachment 2  Monitor production in China in the 1st half of '99

| NO | 品牌 | 14" | MAIN | 15" | MAIN | 17" | MAIN | 19" | MAIN | TTL |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | AOC | 650 | C/P/O | 880 | C/P/O | 467 | L/P/C | 28 | | 3,025 |
| 2 | EMC | 285 | S/C | 600 | S/C | 450 | S/C | 70 | | 1,405 |
| 3 | LITE-ON | 137 | C | 510 | C | 663 | C | 1 | | 1,311 |
| 4 | PHS(上华) | 238 | P | 557 | P/C | 394 | P/C | 1 | | 1,190 |
| 5 | ADI | 210 | S | 730 | S/T | 110 | H/T | 0 | | 1,050 |
| 6 | COMPAL | 11 | C | 396 | C/S | 345 | C/S | 0 | | 752 |
| 7 | NPG | 0 | | 387 | S | 166 | T/H | 7 | | 540 |
| 8 | TSED | 55 | S | 410 | S/T | 60 | S/T | 0 | | 525 |
| 9 | MAG | 20 | S | 230 | S/SY | 230 | T/SY/S | 0 | | 480 |
| 10 | ROYAL | 0 | | 0 | | 410 | L/TE | 13 | L | 423 |
| 11 | ACER | 91 | P/C | 237 | P/C/S | 79 | P | 0 | | 407 |
| 12 | PHS(华旗) | 36 | C/P | 193 | C | 155 | C/M | 0 | | 384 |
| 13 | IRICO | 50 | P | 280 | I/P | 20 | P/C | 2 | | 352 |
| 14 | DELTA | 0 | | 80 | T | 250 | S/C/L | 10 | | 320 |
| 15 | CGC | 145 | S/P/B/O/L | 100 | L/P | 0 | | 0 | | 245 |
| 16 | DAEWOO(W) | 40 | S | 194 | I/S | 6 | S | 0 | | 240 |
| 17 | Q-RUN | 10 | S | 78 | C/S | 139 | C/S | 7 | | 234 |
| 18 | K-TRON | 170 | C | 29 | C | 3 | C | 0 | | 202 |
| 19 | FIC | 15 | S/C | 100 | L | 60 | L/P/C | 5 | | 180 |
| 20 | GVC | 20 | S | 65 | S/C/L | 17 | L/C | 0 | | 150 |
| 21 | SP-T | 45 | S | 79 | S/C | 0 | | 0 | | 145 |
| 22 | XOCECO | 60 | | 0 | S/L | 20 | C | 0 | | 145 |
| 23 | KPC | 8 | P | 40 | S/C | 41 | L | 0 | | 128 |
| 24 | WESTLAKE | 0 | L | 80 | | 110 | MIT | | | 110 |
| 25 | T-SOMA | 60 | P | 40 | P | 0 | | 0 | | 100 |
| 26 | LG(TONTRU) | 10 | L | 80 | L | 10 | L | | | 100 |
| 27 | FOUNDER | 50 | B/P | 40 | T/P | 0 | | | | 90 |
| 28 | JIANSONG | 0 | | 78 | C | 0 | | | | 78 |
| 29 | KTC | 60 | B/S | 10 | I | 0 | | | | 70 |
| 30 | ESAI | 47 | S | 18 | S/I | 2 | S | | | 67 |
| 31 | HEMC | 12 | S | 53 | S | 0 | | | | 66 |
| 32 | LIKON | 30 | S | 30 | L/S | 0 | | | | 60 |
| 33 | DTS | 40 | P | 20 | P | 0 | | | | 60 |
| 34 | LANGUANG | 40 | O/P | 15 | L | 0 | | | | 55 |
| 35 | YUAN ZIN | 10 | S | 22 | L | 17 | L | | | 49 |
| 36 | COVEFORD | 15 | | 15 | | 12 | | | | 48 |
| 37 | BIGTIDE | 0 | | 35 | P | 0 | | | | 35 |
| 38 | GUANLI | | | 24 | | 0 | | | | |
| 39 | OTHERS | 20 | | 10 | | 2 | | | | 32 |
| | TOTAL | 2,690 | | 6,798 | | 4,238 | | 144 | | 13,870 |
| | % | 19% | | 49% | | 30.56% | | 1.04% | | |

99000182

* S→SDD, C→CPT, P→PHILIPS, B→BMCC, O→ORION, T→TOSHIBA, L→LG, MIT→MITSUBISHI, M→MASUSHITA, H→HITACHI, TE→TECO

3/3

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation
FINAL TRANSLATION

SDCRT-0086674E_Translation

## 중국 동업계 Meeting (8월)

- ☐ 時　間: 1999/08/05
- ☐ 場　所: 中國 南京, 玄武大酒店
- ☐ 參席人員:
  - −PHILIPS　李修華, FRANK, 馬氷, ,劉東, 魏思泉
  - −IRICO　李衛生, MR.沙, 王昭杰
  - −SSDD　李明植,楊眞
  - −ORION　朴正生, 吳明學
  - −CPT　C.C.LIU, 呂鏡松, 余偉列
  - −BMCC　黃新文

☐ 주요 내용

1. MR. C.C.LIU (CPT 본사 업무처장) 특강
   1) 독과점 금지의 국제 법규를 고려, 동업계 Meeting 비밀 유지
   2) Top Meeting 결정에 대해 중국대륙 F/UP
   3) 14" / 15" 가격 중점 논의

   · 7월 업체별 PSI 및 8월 계획 (상세 내용 첨부1 참조)
   − PHILIPS: 14" → 17" 내년 2월 개조, 3월 생산 예정(14/17" 겸용)
   − CPT : 17" 2 Line 내년 8~9월 예정
   　　　　☞ 현재 내수판매처; AOC, PHILIPS, EMC, ACER
   − IRICO : 17" 생산 내년이후로 연기
   　　　　15" MAX CAPA = 120K/M (P +F +DY 국산화)
   − BMCC : 14" 9월 재개 예정
   − ORION : 14"/15" AOC 판매 감소

3. '99 상반기 중국 MONITOR 생산 실적 (첨부 2 참조)

4. 가격문제(MPRⅡ기준); Bottom Price For Key Account

| SIZE | 8월 | | 9월 | |
|------|------|------|------|------|
| | 수출가 | 내수가 | 수출가 | 내수가 |
| 14" | $52 | RMB540 | $52 | RMB561 |
| 15" | $68 | RMB707 | $68 | RMB780 |
| 17" | $93 | RMB967 | $93 | RMB1,004 |

1/3

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0086672

## □ 첨부 1. 7월 업체별 PSI 및 8월 계획

| 거래선 | SIZE | 7월 | | | | | 8월 | | | | | 비고 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 생산 | 판매 총계 | 내수 | 수출 | 재고 | 생산 | 판매 총계 | 내수 | 수출 | 재고 | |
| PHS | 14" | 65 | 82 | 50 | 32 | 2 | 65 | 65 | 45 | 20 | 2 | |
| | 15" | 57 | 63 | 63 | | 3 | 61 | 62 | 62 | | 2 | |
| | 15" * | | 121 | | 121 | | | 90 | . | 90 | | |
| | 17" * | | 72 | 40 | 32 | | | 80 | 30 | 50 | | |
| CPT | 14" | 148 | 181 | 10 | 171 | 57 | 160 | 176 | 10 | 166 | 41 | |
| | 14" * | | 50 | | 50 | | | 70 | | 70 | | |
| | 15" | 159 | 161 | 76 | 85 | 25 | 160 | 159 | 65 | 94 | 26 | |
| | 15" * | | 406 | | 406 | | | 348 | | 348 | | |
| | 17" * | | 416 | | 416 | | | 482 | | 482 | | |
| BMCC | 14" | 0 | 27 | 27 | | 8 | | | | 1 | 7 | |
| | 15" | | | 87 | | | | | | | | |
| IRICO | 15" | 80.5 | 87 | | | 18.5 | 85 | 80 | 80 | | 23.5 | |
| ORION | 14" * | | 10 | | 10 | | | 20 | | 20 | | 14" 감소 |
| | 15" * | | 30 | | 30 | | | 70 | | 70 | | |
| | 17" * | | 25 | | 25 | | | 30 | | 30 | | |
| SDD | 14" | | 123 | 40 | 83 | | 165 | 165 | 55 | 110 | | |
| | 15" | 120 | 120 | 50 | 70 | | 150 | 150 | 70 | 80 | | |
| | 15" * | | 230 | | 230 | | | 230 | | 230 | | |
| | 17" * | | 230 | | 230 | | | 230 | | 230 | | |
| | 17" (SKD) | 10 | | | | 10 | | | | | | |
| LG | 14" * | | | | | | | | | | | |
| | 15" * | | | | | | | | | | | |
| TTL | 14" | 213 | 413 | 127 | 286 | 67 | 390 | 406 | 110 | 297 | 50 | |
| | 14" * | 0 | 60 | 0 | 60 | 0 | 0 | 90 | 0 | 90 | 0 | |
| | 15" | 416.5 | 431 | 276 | 155 | 46.5 | 456 | 451 | 277 | 174 | 51.5 | |
| | 15" * | 0 | 787 | 0 | 787 | 0 | 0 | 738 | 0 | 738 | 0 | |
| | 17" * | 10 | 743 | 40 | 703 | 10 | 0 | 822 | 30 | 792 | 0 | |

표시는 역외산 의미함

99000181

2/3

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0086673

□ 첨부 2. '99 상반기 중국 MONITOR 생산 현황

| NO | 고객 | 14" | MAIN | 15" | MAIN | 17" | MAIN | 19" | MAIN | TTL |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | AOC | 650 | C/P/O | 880 | C/P/O | 467 | L/P/C | 28 | | 2,025 |
| 2 | EMC | 285 | S/C | 600 | S/C | 450 | S/C | 70 | | 1,405 |
| 3 | LITE-ON | 137 | C | 510 | C | 663 | C | 1 | | 1,311 |
| 4 | PHS(소주) | 238 | P | 557 | P/C | 394 | P/C | 1 | | 1,190 |
| 5 | ADI | 210 | S | 730 | S/T | 110 | H/T | 0 | | 1,050 |
| 6 | COMPAL | 11 | C | 396 | C/S | 345 | C/S | 0 | | 752 |
| 7 | NPG | 0 | | 367 | S | 166 | T/H | 7 | | 540 |
| 8 | TSED | 55 | S | 410 | S/T | 60 | S/T | 0 | | 525 |
| 9 | MAG | 20 | S | 230 | S/SY | 230 | T/SY/S | 0 | | 480 |
| 10 | ROYAL | 0 | | 0 | | 410 | L/TE | 13 | L | 423 |
| 11 | ACER | 91 | P/C | 237 | P/C/S | 79 | P | 0 | | 407 |
| 12 | PHS(동관) | 36 | C/P | 193 | C | 155 | C/M | 0 | | 384 |
| 13 | IRICO | 50 | P | 280 | I/P | 20 | P/C | 2 | | 352 |
| 14 | DELTA | 0 | | 60 | T | 250 | S/C/L | 10 | | 320 |
| 15 | CGC | 145 | S/P/B/O/L | 100 | L/P | 0 | | 0 | | 245 |
| 16 | DAEWOO(W) | 40 | S | 194 | I/S | 6 | S | 0 | | 240 |
| 17 | Q-RUN | 10 | S | 78 | C/S | 139 | C/S | 7 | | 234 |
| 18 | K-TRON | 170 | C | 29 | C | 3 | C | 0 | | 202 |
| 19 | FIC | 15 | S/C | 100 | L | 60 | L/P/C | 5 | | 180 |
| 20 | GVC | 20 | S | 65 | S/C/L | 17 | L/C | 0 | | 150 |
| 21 | SP-T | 45 | S | 79 | S/C | 0 | | 0 | | 145 |
| 22 | XOCECO | 60 | | 0 | S/L | 20 | C | 0 | | 145 |
| 23 | KFC | 8 | P | 40 | S/C | 41 | L | 0 | | 128 |
| 24 | WESTLAKE | 0 | L | 80 | | 110 | MIT | | | 110 |
| 25 | T-SOMA | 60 | P | 40 | P | 0 | | 0 | | 100 |
| 26 | LG(TONTRU) | 10 | L | 80 | L | 10 | L | | | 100 |
| 27 | FOUNDER | 50 | B/P | 40 | I/P | 0 | | | | 90 |
| 28 | JIANSONG | 0 | | 78 | C | 0 | | | | 78 |
| 29 | KTC | 60 | B/S | 10 | I | 0 | | | | 70 |
| 30 | KSAI | 47 | S | 18 | S/I | 2 | S | | | 67 |
| 31 | HEMC | 12 | S | 53 | S | 0 | | | | 65 |
| 32 | LIKON | 30 | S | 30 | L/S | 0 | | | | 60 |
| 33 | DTS | 40 | P | 20 | P | 0 | | | | 60 |
| 34 | LANGUANG | 40 | O/P | 15 | L | 0 | | | | 55 |
| 35 | YUAN ZIN | 10 | S | 22 | L | 17 | L | | | 49 |
| 36 | COVEFORD | 15 | | 15 | | 12 | | | | 42 |
| 37 | BIGTIDE | 0 | | 35 | P | 0 | | | | 35 |
| 38 | GUANLI | | | 24 | | 0 | | | | |
| 39 | OTHERS | 20 | | 10 | | 2 | | | | 32 |
| | TOTAL | 2,690 | | 6,798 | | 4,238 | | 144 | | 13,870 |
| | % | 19% | | 49% | | 30.56% | | 1.04% | | |

99000182

\* S→SDD, C→CPT, P→PHILIPS, B→BMCC, O→ORION, T→TOSHIBA, L→LG,
MIT→MITSUBISHI, M→MASUSHITA, H→HITACHI, TE→TECO

3/3

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0086674