MARIO N. ALIOTO, ESQ. (56433)
LAUREN C. CAPURRO, ESQ. (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2001 Union Street, Suite 482
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: malioto@tatp.com
　　　　　laurenrussell@tatp.com

*Lead Counsel for the Indirect-Purchaser Plaintiffs*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL NO. 1917 |
| | Case No. 07-cv-5944-JST |
| This Document Relates to: | **[PROPOSED] ORDER REGARDING INDIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(f)** |
| Indirect Purchaser Class Action | |
| | The Honorable Jon S. Tigar |

The Court, having considered the Indirect Purchaser Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed Pursuant to Civil Local Rule 79-5(f), together with the supporting materials and argument of the parties, determines that:

Good cause exists/does not exist to seal the following documents:

| **Document Filed Provisionally Under Seal** | **Designating Entity** |
|---|---|
| Ex. 3 to Dever Decl. in Support of IPPs' Response to Irico Defendants' Motion *In Limine* No. 1 (SDCRT-0091524-30 (Korean original and certified English translation)) | Samsung SDI Co., Ltd. |

The Administrative Motion is therefore GRANTED/DENIED.

**IT IS SO ORDERED.**

DATED: _____    _____
                                                                                  HONORABLE JON S. TIGAR
                                                                                  UNITED STATES DISTRICT JUDGE