MARIO N. ALIOTO, ESQ. (56433)
LAUREN C. CAPURRO, ESQ. (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2001 Union Street, Suite 482
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile:  (415) 346-0679
E-mail:     malioto@tatp.com
            laurenrussell@tatp.com

*Lead Counsel for the Indirect-Purchaser Plaintiffs*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL NO. 1917 |
| | Case No. 07-cv-5944-JST |
| This Document Relates to: | **[PROPOSED] ORDER REGARDING INDIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(f)** |
| Indirect Purchaser Class Action | |
| | The Honorable Jon S. Tigar |

The Court, having considered the Indirect Purchaser Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed Pursuant to Civil Local Rule 79-5(f), together with the supporting materials and argument of the parties, determines that:

Good cause exists/does not exist to seal the following documents:

| Document Filed Provisionally Under Seal | Designating Entity |
|---|---|
| Ex. 2 to Dever Decl. in Support of IPPs' Response to Irico Defendants' Motion *In Limine* No. 1 (CHU00029110-15 (Chinese original and certified English translation)) | Chunghwa Picture Tubes, Ltd. |
| (Ex. 12 to Dever Decl. In Support of IPPs' Response to Irico Defendants' Motion *In Limine* No. 4 (CHU00030303-04) | Chunghwa Picture Tubes, Ltd. |
| (Ex. 12 to Dever Decl. In Support of IPPs' Response to Irico Defendants' Motion *In Limine* No. 4 (CHU00016169-70) | Chunghwa Picture Tubes, Ltd. |

The Administrative Motion is therefore GRANTED/DENIED.

**IT IS SO ORDERED.**

DATED: _____          _____
                                         HONORABLE JON S. TIGAR
                                         UNITED STATES DISTRICT JUDGE