1  MARIO N. ALIOTO, ESQ. (56433)
   LAUREN C. CAPURRO, ESQ. (241151)
2  TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
3  2001 Union Street, Suite 482
   San Francisco, CA 94123
4  Telephone: (415) 563-7200
   Facsimile:  (415) 346-0679
5  E-mail:      malioto@tatp.com
                laurenrussell@tatp.com
6
7  *Lead Counsel for the Indirect-Purchaser Plaintiffs*

8

9

10                    **UNITED STATES DISTRICT COURT**

11                  **NORTHERN DISTRICT OF CALIFORNIA**

12                         **OAKLAND DIVISION**

13  IN RE CATHODE RAY TUBE (CRT)        )   MDL NO. 1917
14  ANTITRUST LITIGATION                )
                                        )   Case No. 07-cv-5944-JST
15  _____ )
                                        )
   This Document Relates to:            )   **[PROPOSED] ORDER REGARDING**
16                                      )   **INDIRECT PURCHASER PLAINTIFFS'**
   Indirect Purchaser Class Action      )   **ADMINISTRATIVE MOTION TO**
17                                      )   **CONSIDER WHETHER ANOTHER**
                                        )   **PARTY'S MATERIAL SHOULD BE**
18                                      )   **SEALED PURSUANT TO CIVIL LOCAL**
                                        )   **RULES 7-11 AND 79-5(f)**
19                                      )
                                        )
20                                      )
                                        )
21                                      )   The Honorable Jon S. Tigar
                                        )
22  _____ )

23

24

25

26

27

28

_____
PROPOSED ORDER RE INDIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO
CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL
LOCAL RULES 7-11 AND 79-5(f); MDL No. 1917; Case No. 07-cv-5944-JST

The Court, having considered the Indirect Purchaser Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed Pursuant to Civil Local Rule 79-5(f), together with the supporting materials and argument of the parties, determines that:

Good cause exists/does not exist to seal the following documents:

| Document Filed Provisionally Under Seal | Designating Entity |
| --- | --- |
| Ex. 11 to Dever Decl. In Support of IPPs' Response to Irico Defendants' MIL No. 4 IRI-CRT-00001155 (Chinese original and certified English translation) | Irico Group Corporation and Irico Display Devices Co., Ltd. |
| Ex. 14 to Dever Decl. In Support of IPPs' Response to Irico Defendants' MIL No. 4 (IRI-CRT-00023923-24 (Chinese original and certified English translation)) | Irico Group Corporation and Irico Display Devices Co., Ltd. |
| Ex. 16 to Dever Decl. In Support of IPPs' Response to Irico Defendants' MIL No. 4 (IRI-CRT-00033206-09 (Chinese original and certified English translation)) | Irico Group Corporation and Irico Display Devices Co., Ltd. |

The Administrative Motion is therefore GRANTED/DENIED.

**IT IS SO ORDERED.**

DATED: _____        _____
                                      HONORABLE JON S. TIGAR
                                      UNITED STATES DISTRICT JUDGE

PROPOSED ORDER RE INDIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(F); MDL NO. 1917; CASE NO. 07-CV-5944-JST