MARIO N. ALIOTO (56433)
LAUREN C. CAPURRO (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2001 Union Street, Suite 482
San Francisco, CA  94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: malioto@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION <br><br> This Document Relates to: <br><br> ALL INDIRECT PURCHASER ACTIONS | Master File No. 4:07-cv-05944-JST <br><br> MDL No. 1917 <br><br> **ADMINISTRATIVE MOTION PURSUANT TO L.R. 7-11 FOR LEAVE TO FILE EXCESS PAGES** <br><br> Judge: Hon. Jon S. Tigar |

**ADMINISTRATIVE MOTION PURSUANT TO L.R. 7-11 FOR EXCESS PAGES**

Pursuant to N.D. Cal. L.R. 7-11, the Indirect Purchaser Plaintiffs ("IPPs") move the Court for leave to file a brief opposing Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.'s Motion for Summary Judgment ("Motion") of up to fifty (50) pages. The Irico Defendants oppose this motion.

IPPs' administrative motion should be granted. Irico's Motion moves for summary judgment on **five** separate grounds. *See* Motion at i (setting forth five "Issues To Be Decided"). Several of these issues could be a standalone motion, entitled to a full 25-page opposition. Addressing the complex legal and factual issues raised by each of these five motions and presenting the evidence necessary to rebut Irico's contentions in one brief justifies IPPs' request for additional pages.

For example, Irico's Motion on international comity grounds raises complex issues regarding the intersection of U.S. and Chinese laws. In order to rebut Irico's claims regarding the various Chinese pricing laws and regulations it relies upon, IPPs need to address Irico's arguments and present their own showing supporting their position that summary judgment on international comity grounds is inappropriate. Moreover, the stakes are high for IPPs. Irico's international comity motion seeks an order dismissing IPPs' entire case. Similarly, the Motion on due process grounds seeks summary judgment as to IPPs' claims under the state laws of 20 of the 22 States alleged by IPPs. To fulsomely respond and demonstrate that summary judgment is inappropriate, IPPs are presenting evidence demonstrating the contacts of the 20 States with the parties and the litigation. Irico's Motion for summary judgment on IPPs' claims based on purchases prior to August 1998 likewise seeks to eliminate the claims of millions of class members and over three years of damages. IPPs must be permitted to present all relevant evidence relating to Irico's participation in the conspiracy prior to August 1998 in response to this Motion in order to demonstrate there is a genuine issue of material fact, and summary judgment should be denied.

Finally, as this Court is well aware, this litigation has been pending for more than fifteen years. It relates to an alleged global conspiracy spanning more than 12 years and involving more

than fifty conspirators. Discovery has generated a massive volume of evidence. Thus, IPPs need the requested additional pages to present this evidence to the Court on this important Motion.

Accordingly, IPPs respectfully request that the Court grant this Administrative Motion and allow IPPs to file a memorandum of fifty (50) pages in support of their Fee Motion.

Dated:  September 1, 2023               Respectfully submitted,

/s/ Lauren C. Capurro
Mario N. Alioto (56433)
malioto@tatp.com
Lauren C. Capurro (241151)
laurenrussell@tatp.com
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2001 Union Street, Suite 482
San Francisco, CA 94123
Telephone: 415-563-7200
Facsimile: 415-346-0679

*Lead Counsel for Indirect Purchaser Plaintiffs*