BAKER BOTTS L.L.P.
John M. Taladay (*pro hac vice*)
Evan J. Werbel (*pro hac vice*)
Thomas E. Carter (*pro hac vice*)
Andrew L. Lucarelli (*pro hac vice*)
700 K Street, N.W.
Washington, D.C. 20001
(202)-639-7700
(202)-639-7890 (fax)
Email: john.taladay@bakerbotts.com
       evan.werbel@bakerbotts.com
       tom.carter@bakerbotts.com
       drew.lucarelli@bakerbotts.com

*Attorneys for Defendants*
*IRICO GROUP CORP. and*
*IRICO DISPLAY DEVICES CO., LTD.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 4:07-cv-05944-JST (N.D. Cal.) |
| | MDL No. 1917 |
| This Document Relates to: ALL INDIRECT PURCHASER ACTIONS | **DEFENDANTS IRICO GROUP CORP. AND IRICO DISPLAY DEVICES CO., LTD.'S OPPOSITION TO INDIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE EXCESS PAGES** |

Defendants Irico Group Corporation and Irico Display Devices Co., Ltd. (collectively, "Irico" or "Irico Defendants") oppose the Indirect Purchaser Plaintiffs' ("IPPs") administrative motion requesting leave to file an opposition brief to Irico Defendants' Motion for Summary Judgment (ECF No. 6225, the "MSJ") of up to fifty pages (ECF No. 6299, the "Admin. Mot."). IPPs' request is excessive, ignores the Court's orders, and would prejudice Irico Defendants for having complied with those same orders.

IPPs seek leave to file an opposition of *double* the allowable length, see Civ. L.R. 7-3(a), relying primarily on the claim that "[s]everal" of the "five separate grounds" in Irico's MSJ "could be a standalone motion, [each] entitled to a full 25-page opposition." Admin. Mot. 2. But that claim is contradicted by the Court's Standing Order for All Civil Cases, which allows "only one motion for summary judgment per party," JST Civil Standing Order at 3, and the Court's specific ruling that Irico Defendants "may file only a single summary judgment motion," ECF No. 6216 at 1 n.1. And Irico did so within the allotted page limit.

IPPs' request is excessive, particularly given that any "[r]equests to enlarge page limits will rarely be granted." JST Civil Standing Order at 4. Irico does not disagree that the MSJ involves some "complex legal and factual issues," Admin. Mot. 2, as is often the case with federal antitrust litigation, but complexity alone cannot justify an opposition brief of double the length of an already-filed opening brief, especially when the party filing the initial motion followed the Court's mandates and was forced to limit its own legal arguments. Having undertaken the effort to prioritize issues and draft its summary judgment motion with the required brevity, Irico would be prejudiced if IPPs were allowed such an unduly expansive opposition brief.

When contacted for its position on the instant motion, counsel for Irico Defendants offered to stipulate to an *additional five pages* for IPPs' opposition brief in exchange for an additional five pages on Irico's reply brief. See Capurro Decl. ¶ 7. Should the Court grant leave for IPPs to file any additional pages in opposition to Irico Defendants' MSJ, Irico requests an equal number of additional pages in its reply brief in order to fairly respond to IPPs' opposition. And if the Court grants any more than five additional pages, Irico Defendants request an

1  extension until October 6, 2023 to file their reply, as that would be commensurate with the length

2  of time IPPs had to draft their opposition, which will undoubtedly require significant time to

3  address given the excessive number of pages they are seeking.[1]

4      IPPs' administrative motion for excess pages should be denied.

5  Dated: September 5, 2023                    Respectfully submitted,

7      /s/ *John M. Taladay*
       BAKER BOTTS L.L.P.
8      John M. Taladay (*pro hac vice*)
       Evan J. Werbel (*pro hac vice*)
9      Thomas E. Carter (*pro hac vice*)
       Andrew L. Lucarelli (*pro hac vice*)
10     700 K Street, N.W.
       Washington, D.C. 20001
11     202.639.7700
       202.639.7890 (fax)
12     Email: john.taladay@bakerbotts.com
       evan.werbel@bakerbotts.com
13     tom.carter@bakerbotts.com
       drew.lucarelli@bakerbotts.com

16     *Attorneys for Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.*

---

[1] If the court grants five additional pages, Irico Defendants reserve the right to request additional time after reviewing the Plaintiffs' opposition but will make best efforts to comply with the current schedule.