UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 4:07-cv-5944-JST <br><br> MDL No. 1917 |
|---|---|
| This Document Relates to: <br><br> ALL INDIRECT PURCHASER ACTIONS | **[PROPOSED] ORDER DENYING INDIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION PURSUANT TO L.R. 7-11 FOR LEAVE TO FILE EXCESS PAGES** |

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2  Before the Court is Indirect Purchaser Plaintiffs' Administrative Motion Pursuant to L.R. 7-
3  11 for Leave to File Excess Pages (ECF No. 6299). Having considered the arguments made by the
4  parties,

5  IT IS HEREBY ORDERED THAT the Indirect Purchaser Plaintiffs' Administrative Motion
6  Pursuant to L.R. 7-11 for Leave to File Excess Pages is DENIED.

7  **IT IS SO ORDERED.**

10  Dated: _____

      JON S. TIGAR
11    United States District Judge