BAKER BOTTS L.L.P.
John M. Taladay (*pro hac vice*)
Evan J. Werbel (*pro hac vice*)
Thomas E. Carter (*pro hac vice*)
Andrew L. Lucarelli (*pro hac vice*)
700 K Street, N.W.
Washington, D.C. 20001
(202)-639-7700
(202)-639-7890 (fax)
Email: john.taladay@bakerbotts.com
       evan.werbel@bakerbotts.com
       tom.carter@bakerbotts.com
       drew.lucarelli@bakerbotts.com

*Attorneys for Defendants*
*IRICO GROUP CORP. and*
*IRICO DISPLAY DEVICES CO., LTD.*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*ALL INDIRECT PURCHASER ACTIONS* | Case No. 07-cv-05944-JST<br><br>MDL No. 1917<br><br>**IRICO DEFENDANTS' STATEMENT REGARDING INDIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(f) (ECF NO. 6297)** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

On September 1, 2023, the Indirect Purchaser Plaintiffs ("Plaintiffs") filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed Pursuant to Civil Local Rules 7-11 and 79-5(f), ECF No. 6297 (the "Motion"). Plaintiffs reached out to defendants Irico Group Corp. and Irico Display Devices Co., Ltd. ("Irico") only immediately prior to filing the motion and, due to time constraints, Irico was not able to consent to the public filing of all Irico documents containing potentially confidential information. Irico has now been able to complete its review of the documents in the Motion and hereby consents to the public filing of these materials. Accordingly, Irico has included a proposed order denying the Motion with this submission.

Dated:  September 6, 2023                                    Respectfully submitted,

/s/ John M. Taladay

BAKER BOTTS LLP
John M. Taladay (*pro hac vice*)
Evan J. Werbel (*pro hac vice*)
Thomas E. Carter (*pro hac vice*)
Andrew L. Lucarelli (*pro hac vice*)
700 K Street, N.W.
Washington, D.C. 20001
(202)-639-7700
(202)-639-7890 (fax)
Email: john.taladay@bakerbotts.com
           evan.werbel@bakerbotts.com
           tom.carter@bakerbotts.com
           drew.lucarelli@bakerbotts.com

*Attorneys for Defendants*
*IRICO GROUP CORP. and*
*IRICO DISPLAY DEVICES CO., LTD.*