1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-cv-5944-JST<br><br>MDL No. 1917 |
|---|---|
| This Document Relates to:<br><br>*ALL INDIRECT PURCHASER ACTIONS* | **[PROPOSED] ORDER DENYING INDIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(f)** |

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2      Before the Court is Indirect Purchaser Plaintiffs ("Plaintiffs") filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed Pursuant to Civil Local Rules 7-11 and 79-5(f) (ECF No. 6297) (the "Motion").  Irico Defendants filed a Statement agreeing to the public filing of the documents at issue on September 6, 2023.

    IT IS HEREBY ORDERED THAT the Motion is denied.  Unredacted versions of the documents at issue shall be filed within seven days of this order.

**IT IS SO ORDERED.**

Dated: _____          _____
                                                             JON S. TIGAR
                                           United States District Judge

---

[PROPOSED] ORDER DENYING INDIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER SEALING AS TO DEFENDANTS IRICO GROUP CORP. AND IRICO DISPLAY DEVICES CO., LTD.
Master File No. 07-cv-05944-JST, MDL No. 1917
1