1  MARIO N. ALIOTO, ESQ. (56433)
   LAUREN C. CAPURRO, ESQ. (241151)
2  TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
3  2001 Union Street, Suite 482
   San Francisco, CA 94123
4  Telephone: (415) 563-7200
   Facsimile:  (415) 346-0679
5  E-mail:     malioto@tatp.com
                laurenrussell@tatp.com
6
7  *Lead Counsel for the Indirect-Purchaser Plaintiffs*

8

9

10                **UNITED STATES DISTRICT COURT**

11                **NORTHERN DISTRICT OF CALIFORNIA**

12                        **OAKLAND DIVISION**

13  IN RE CATHODE RAY TUBE (CRT)         )    MDL NO. 1917
    ANTITRUST LITIGATION                 )
14                                       )
    _____ )    Case No. 07-cv-5944-JST
15                                       )
    This Document Relates to:           )    **[PROPOSED] ORDER REGARDING**
16                                       )    **INDIRECT PURCHASER PLAINTIFFS'**
    Indirect Purchaser Class Action     )    **ADMINISTRATIVE MOTION TO**
17                                       )    **CONSIDER WHETHER ANOTHER**
                                         )    **PARTY'S MATERIAL SHOULD BE**
18                                       )    **SEALED PURSUANT TO CIVIL LOCAL**
                                         )    **RULES 7-11 AND 79-5(f)**
19                                       )
20                                       )
                                         )
21                                       )    The Honorable Jon S. Tigar
                                         )
22  _____ )

23

24

25

26

27

28
    _____
    PROPOSED ORDER RE INDIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO
    CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL
    LOCAL RULES 7-11 AND 79-5(f); MDL No. 1917; Case No. 07-cv-5944-JST

The Court, having considered the Indirect Purchaser Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed Pursuant to Civil Local Rule 79-5(f), together with the supporting materials and argument of the parties, determines that:

Good cause exists/does not exist to seal the following documents:

| Material/Document – Page/Ex. # | Designating Entity |
| --- | --- |
| Gray highlighting on pages 4, 5, 7 of Indirect Purchaser Plaintiffs' Opposition to Irico Group Corp. and Irico Display Devices Co., Ltd.'s Motion for Summary Judgment | Chunghwa Picture Tubes, Ltd. |
| Gray highlighting on pages 10, 11, 13, and 15 of Declaration of Mario N. Alioto in Support of Indirect Purchaser Plaintiffs' Opposition to Irico Group Corp. and Irico Display Devices Co., Ltd.'s Motion for Summary Judgment ("Alioto Decl.") | Chunghwa Picture Tubes, Ltd. |
| Exhibit 1 to Alioto Decl.: gray highlighting on pages 13-14 of Motion for Terminating or Alternative Sanctions dated March 20, 2023 | Chunghwa Picture Tubes, Ltd. |
| Exhibit 45 to Alioto Decl.: CHU00030661-63 (Chinese original and certified English translation) | Chunghwa Picture Tubes, Ltd. |
| Exhibit 48 to Alioto Decl.: CHU00102864-65 (Chinese original and certified English translation) | Chunghwa Picture Tubes, Ltd. |
| Exhibit 55 to Alioto Decl.: CHU00102751-64 (Chinese original and certified English translation) | Chunghwa Picture Tubes, Ltd. |
| Exhibit 56 to Alioto Decl.: CHU00047657-74 (Chinese original and certified English translation) | Chunghwa Picture Tubes, Ltd. |
| Exhibit 64 to Alioto Decl.: CHU00031044-46 (Chinese original and certified English translation) | Chunghwa Picture Tubes, Ltd. |

The Administrative Motion is therefore GRANTED/DENIED.

**IT IS SO ORDERED.**

PROPOSED ORDER RE INDIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(F); MDL NO. 1917; CASE NO. 07-CV-5944-JST

DATED: _____          _____
                                         HONORABLE JON S. TIGAR
                                         UNITED STATES DISTRICT JUDGE

PROPOSED ORDER RE INDIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO
CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL
LOCAL RULES 7-11 AND 79-5(F); MDL NO. 1917; CASE NO. 07-CV-5944-JST