MARIO N. ALIOTO, ESQ. (56433)
LAUREN C. CAPURRO, ESQ. (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2001 Union Street, Suite 482
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: malioto@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the Indirect-Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL NO. 1917 |
| | Case No. 07-cv-5944-JST |
| This Document Relates to: | **INDIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(f)** |
| Indirect Purchaser Class Action | |
| | The Honorable Jon S. Tigar |

Pursuant to Civil Local Rules 7-11 and 79-5(f), the Indirect Purchaser Plaintiffs ("IPPs") hereby move the Court to consider whether material designated as confidential by defendant Beijing-Matsushita Color CRT Company, Ltd. ("BMCC") should be filed under seal.

IPPs have reviewed and complied with this Court's Standing Order Governing Administrative Motions to File Materials Under Seal Before District Judge Jon S. Tigar (Mar. 14, 2022) and Civil Local Rule 79-5, including the requirement to file separate motions if a party seeks to file under seal a document containing "portions that more than one party bears the burden of showing is sealable." Civil L.R. 79-5(f)(5). This motion relates solely to materials designated confidential by BMCC. IPPs are filing the following documents designated by BMCC as "CONFIDENTIAL" under the terms of the Stipulated Protective Order, ECF No. 306, provisionally under seal:

| Material/Document – Page/Ex. # | Designating Entity |
|---|---|
| Gray highlighting on page 4 of Indirect Purchaser Plaintiffs' Opposition to Irico Group Corp. and Irico Display Devices Co., Ltd.'s Motion for Summary Judgment | BMCC |
| Gray highlighting on page 11 of Declaration of Mario N. Alioto in Support of Indirect Purchaser Plaintiffs' Opposition to Irico Group Corp. and Irico Display Devices Co., Ltd.'s Motion for Summary Judgment ("Alioto Decl.") | BMCC |
| Exhibit 49 Alioto Decl.: BMCC-CRT000142063 (Chinese original and certified English translation) | BMCC |

Civil Local Rule 79-5 governs the filing under seal of documents in civil cases. In compliance with Civil Local Rule 79-5(f), IPPs submit this Motion in order to file (a) material designated by BMCC pursuant to the Stipulated Protective Order, ECF No. 0306, as "Confidential" or "Highly Confidential"; or (b) references to or quotations from material or data designated by BMCC pursuant to the Stipulated Protective Order as "Confidential" or "Highly

Confidential." IPPs seek to file the above material under seal in good faith in order to comply with the Protective Order in this action and the applicable Local Rules. Under Civil L.R. 79-5(c) and (f), the parties that contend the material they have designated is confidential in nature bear the burden to establish that the designated information meets the requirements for sealing. *See Kamakana v. City of Honolulu*, 447 F.3d 1172, 1178-80 (9th Cir. 2006). IPPs understand that, given the Court's direction at the hearing on Direct Purchaser Plaintiffs' November 19, 2021 sealing motion (ECF No. 5966), the designated materials subject to this motion may not qualify for filing under seal. BMCC has advised that the document identified herein should be filed under seal.

Dated:  September 6, 2023

By:  /s/ Lauren C. Capurro

Mario N. Alioto (56433)
Lauren C. Capurro (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2001 Union Street, Suite 482
San Francisco, CA 94123
Telephone:  (415) 563-7200
Facsimile:   (415) 346-0679
Email:        malioto@tatp.com
                   laurenrussell@tatp.com

*Lead Counsel for Indirect Purchaser Plaintiffs*