MARIO N. ALIOTO, ESQ. (56433)
LAUREN C. CAPURRO, ESQ. (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2001 Union Street, Suite 482
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile:  (415) 346-0679
E-mail:     malioto@tatp.com
            laurenrussell@tatp.com

*Lead Counsel for the Indirect-Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL NO. 1917 |
| | Case No. 07-cv-5944-JST |
| This Document Relates to: | **[PROPOSED] ORDER REGARDING INDIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(f)** |
| Indirect Purchaser Class Action | |
| | The Honorable Jon S. Tigar |

---

PROPOSED ORDER RE INDIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(f); MDL No. 1917; Case No. 07-cv-5944-JST

The Court, having considered the Indirect Purchaser Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed Pursuant to Civil Local Rule 79-5(f), together with the supporting materials and argument of the parties, determines that:

Good cause exists/does not exist to seal the following documents:

| Material/Document – Page/Ex. # | Designating Entity |
|---|---|
| Gray highlighting on page 4 of Indirect Purchaser Plaintiffs' Opposition to Irico Group Corp. and Irico Display Devices Co., Ltd.'s Motion for Summary Judgment | BMCC |
| Gray highlighting on page 11 of Declaration of Mario N. Alioto in Support of Indirect Purchaser Plaintiffs' Opposition to Irico Group Corp. and Irico Display Devices Co., Ltd.'s Motion for Summary Judgment ("Alioto Decl.") | BMCC |
| Exhibit 49 Alioto Decl.: BMCC-CRT000142063 (Chinese original and certified English translation) | BMCC |

The Administrative Motion is therefore GRANTED/DENIED.

**IT IS SO ORDERED.**

DATED: _____        _____
HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE

1
PROPOSED ORDER RE INDIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(F); MDL NO. 1917; CASE NO. 07-CV-5944-JST