MARIO N. ALIOTO (56433)
LAUREN C. CAPURRO (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2001 Union Street, Suite 482
San Francisco, CA  94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: malioto@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| In re:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 4:07-cv-05944-JST<br><br>MDL No. 1917<br><br>**DECLARATION OF JANET S. NETZ IN SUPPORT OF INDIRECT PURCHASER PLAINTIFFS' OPPOSITION TO IRICO GROUP CORP. AND IRICO DISPLAY CO., LTD.'S MOTION FOR SUMMARY JUDGMENT**<br><br>Judge: Hon. Jon S. Tigar |
| This Document Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS | |

I, Janet S. Netz, declare as follows:

1. I make this declaration in support of the Indirect Purchaser Plaintiffs' ("IPPs") Opposition to the Motion for Summary Judgment ("Motion") filed by Irico Group Corp. and Irico Display Devices Co., Ltd. (together, "Irico").

2. I am a founding partner of applEcon, LLC. I have been a tenured Associate Professor of Economics at Purdue University and a Visiting Associate Professor at the University of Michigan. I received a B.A. (1986) from the University of California, Berkeley, cum laude, and an M.A. (1990) and Ph.D. (1992) from the University of Michigan, all in Economics. My doctoral fields of study were Industrial Organization – the study of firm interaction and market performance – and International Trade and Finance.

3. I and my staff have reviewed the data produced in this litigation by Philips Consumer Electronics USA ("Philips"), Best Buy Co., Inc. ("Best Buy"), and Circuit City Stores Inc. ("Circuit City"). Those data show sales of the Philips Magnavox CRT television "14MS2331/17" and the Insignia CRT television "ISTV040919" throughout the United States during the Class Period.

**Best Buy data:**

4. The Philips Magnavox CRT television model "14MS2331/17" corresponds to SKU 7023623 in the Best Buy data, as shown in BBYCRT000080 (Best Buy SKU to manufacturer product number mapping). The Best Buy in-store sales data, BBYCRT000083 - BBYCRT000094, show sales of this SKU to 49 states plus DC, including all 20 states listed on page 6 of Irico's Motion for Summary Judgment.

5. The Best Buy online data (BBYCRT000095 - BBYCRT000102) also show that this Philips television "14MS2331/17" was sold to 37 states and the District of Columbia. The Best Buy online sales data show sales of the Philips television to all 20 states listed in Irico's Motion for Summary Judgment except in Hawaii, Maine, Mississippi, New Mexico, South Dakota, and West Virginia.

6. The Insignia television model ISTV040919 corresponds to SKU 7005787 in the Best Buy data. BBYCRT000080. This SKU was sold in 49 states plus the District of Columbia according to Best Buy's in-store sales data (BBYCRT000083 - BBYCRT000094).

**Circuit City**

7.     Circuit City's sales data (CC-000001) show that it sold the Philips Magnavox "14MS2331" television in its stores.

**Philips data:**

8.     In the sales data produced by Philips (PHLP-CRT-130382–84), the Philips CRT televisions "14MS2331/17", "14MS2331/17B" and "14MS2331/17X" were sold to retailers and distributors in the following states: Alabama, Arkansas, California, Colorado, Connecticut, Florida, Georgia, Iowa, Illinois, Kansas, Kentucky, Louisiana, Massachusetts, Maryland, Michigan, Minnesota, Missouri, Montana, North Carolina, Nevada, New Jersey, New Mexico, New York, Ohio, Oklahoma, Pennsylvania, South Carolina, Tennessee, Texas, Utah, Virginia, Vermont, Washington, Wisconsin, and West Virginia.

**Damages Reports**

9.     Attached hereto as Exhibit 1 is a true and correct copy of my Expert Report of Janet S. Netz Ph.D., dated April 15, 2014 ("Opening Report"). I was retained by IPPs to analyze the data and evidence produced in this litigation and estimate the damages to indirect purchaser class members in the 22 statewide indirect purchaser classes (the "22 States"). This report contains the opinions I have formulated in this matter based on an extensive review and analysis of the data, the evidence of the conspiracy, and the CRT industry.

10.    Attached hereto as Exhibit 2 is a true and correct copy of the Errata to the Expert Report of Janet S. Netz Ph.D., dated July 3, 2014. This report corrects the damages calculations in the Opening Report and recalculates the estimated damages to indirect purchasers in the 22 States to be $2.8 billion.

11.    Attached hereto as Exhibit 3 is a true and correct copy of the Janet S. Netz, Ph.D., Rebuttal to Supplemental Expert Report of Margaret E. Guerin-Calvert and Expert Report of Donald Clarke, dated April 27, 2022. This Rebuttal Report contains my opinions relating to the Chinese price laws and regulations that Irico asserts impacted its CRT prices during the Class Period.

//

//

DECLARATION OF JANET S. NETZ ISO IPPS' OPPOSITION TO IRICO'S MOTION FOR SUMMARY JUDGMENT
4:07-cv-5944-JST; MDL No. 1917

1  I declare under penalty of perjury that the foregoing is true and correct. Executed on September
2  5, 2023, in Berkeley, California.

3

4                                          Janet S. Netz