# EXHIBIT 1
# (PART 2 OF 3)

at the cartel price is better than earning a dime at the competitive price. A cartel has succeeded if the price it charges is above the competitive price.

### B.  Cartel incentives: monopolization and cheating

#### 1.  Cartel success

If all firms in a market join a cartel, then the cartel can function like a monopolist: when cartel members' conduct is unified, the cartel can control the market price and output like a monopoly, set the monopolist's profit-maximizing price and output, and collect monopoly profits, as long as cartel profits do not attract entry by others.[363] If fewer than all of the firms in a market form a cartel, or if entry into the market occurs, the cartel can still raise price and earn supra-competitive profits, though not as effectively as a cartel that includes all suppliers in a market in which no entry occurs.

To be successful, a cartel must possess market power. To illustrate, consider a hypothetical cartel that includes all suppliers of paper clips. Consumers may be able to avoid paying cartel overcharges for paper clips by switching to substitutes, such as binder clips and staples, if these other products are supplied by firms outside the cartel. In that case, substitution to these other products would prevent the hypothetical cartel from raising the price of paper clips significantly above the competitive level. If the cartel were broadened to include all suppliers of all paper fastening products, the cartel could prevent substitution away from paper clips to other paper fasteners by raising the prices of all paper fastening products. Only if the cartel controls all sufficiently good substitutes and consumers are willing to pay supra-competitive prices can a cartel raise price above the competitive level. In sum, cartel success requires market power.

Market power is the ability to profitably raise price by restricting output.[364] I illustrate this definition with the aid of the following diagram:

---

[363] "A cartel that includes all firms in a market is in effect a monopoly, and the member firms share the monopoly profits… If a few large firms make most of the sales in a market, and if they coordinate their activities, they can raise price without involving all the other (smaller) firms in the market. For example, Spain and Italy, which controlled 80% of the world's production of mercury, formed a successful cartel that did not formally involve five other producers." Carlton, Dennis, and Jeffery M. Perloff, 2005, Modern Industrial Organization, Fourth Edition, Addison-Wesley Longman, Inc., at 122 and 135.

[364] Areeda, Philip E., Hovenkamp, Herbert, et al., 2007, Antitrust Law: An Analysis of Antitrust Principles and Their Application, Volume IIB, Third Edition, Aspen Publishers, at ¶501.



In this diagram, price is on the vertical axis and output (quantity) is on the horizontal axis. The sloping line labeled "D" is the market demand curve; it shows, for each price, the amount of output that will be purchased by buyers. In general, buyers will purchase more output at lower prices than at higher prices; equivalently, sellers can extract a higher price when they supply less output. The dashed line labeled "cost" is the cost of producing additional output when output is near the competitive level. The point labeled "Competition" shows the competitive price and the quantity demanded at the competitive price.

If a cartel restricts output below the competitive level, it can charge a higher price because the demand curve is downward sloping; the cartel-restricted combination of price and output is the point on the demand curve labeled "Cartel". The increase in cartel profit due to the restriction of output is equal to the area shaded vertically (the increase in profit due to charging a higher price) minus the area shaded horizontally (the reduction in profit due to lower sales).

I show that the CRT cartel possessed significant market power in Section VIII.A.2.

### a)   Restricting output causes price to rise

Because the market demand curve determines price given output (or output given price), there are two fundamental mechanisms by which a cartel can cause price to rise. The first is to simply set prices above the competitive level; this implicitly causes output to be below the competitive level because buyers purchase less output at higher prices (as determined by the demand curve). The second mechanism is to restrict output below the competitive level, which implicitly causes price to be above the competitive level, again as determined by the demand curve. The two mechanisms are equivalent: each causes price to rise. The CRT cartel employed both mechanisms, price setting and output restriction through capacity restriction, to cause price to increase.[365]

### b)   Output can be "restricted" even when it is growing over time

The phrase "restricting output" is subject to the same confusion as the phrase "raising price". Both "raising" and "restricting" in the context of a cartel refer to comparisons with the competitive level, not to changes over time: output may be "restricted" (below the competitive level) even though it is increasing over time, just as price can be "raised" (above the competitive level) even when it is falling over time. A graph illustrating "restricted" output would look

---

[365] For example, notes of a cartel meeting say in part, "17" CDT <u>production will stop</u> for 5 days (25 operating days) to adjust the actual production volume <u>in order to maintain the price level.</u>" Samsung SDI, May 1999, Report on the CDT management meeting results (May of '99), SDCRT-0086632 - SDCRT-0086633, at 6632E, emphasis added. For a more complete description of the CRT cartel's control of both price and output to cause price to rise, see below at Sections VIII.A.3.b) and VIII.A.3.c).

similar to the graph in the previous section illustrating "raised" price: it would show two lines increasing over time; the higher of the two lines would represent the competitive level of output, and the lower line would be below the actual level ("restricted"), despite the fact that the actual output increases over time.

### c)  Anticompetitive harm exceeds overcharges

The harm to consumers caused by cartel overcharges is greater than simply the overcharges themselves. As illustrated in the graph above, consumers purchase fewer units of a good at the cartel price than the lower, competitive price. For ease of exposition, suppose that 100 consumers would have purchased one CRT product each at the competitive price, and only 90 consumers bought CRT products at the higher cartel price. Overcharge damages are the harm caused by the cartel to the 90 consumers that bought CRT products at the cartel price. The 10 consumers that did not purchase CRT products at the cartel price were harmed by the cartel, too, and this harm is not included in overcharge damages. They were harmed because they would have preferred to buy a CRT product at the competitive price, but were induced by the cartel overcharge to spend their money on other goods instead.

### 2.  Cartel cheating

Even when a cartel includes all the firms in a market, it differs from a monopoly in that it is comprised of individual firms. Each member of a cartel has two fundamental incentives. One incentive is to cooperate with the cartel's policies, because unity of action offers the possibility of sharing in monopoly profits. The other incentive is to "cheat" on the cartel agreement, because cheating increases the profits the firm earns. By cheating, a firm gains sales and higher profits in the near term, while enjoying the protection of the cartel from unbridled price competition.[366] These two incentives pull cartel members in opposite directions – to price high and to price low. However, unless cheating is ubiquitous, cartel cheaters' prices are still above the competitive level. This is because the cartel members that cooperate with cartel policy provide a "price umbrella": buyers must pay the supra-competitive cartel target price if they don't buy from cheaters, so cheaters can sell at prices above the competitive level.[367]

### a)  Mechanisms to address cheating

Successful cartels develop ways to address members' incentive to cheat.[368] Cartel members' incentive to cheat is constrained to some extent by their incentive to perpetuate the cartel and share in the fruits of monopolization.[369] Cartel members may monitor each other for compliance

---

[366] "[A]lthough it is in the cartel's best interest for every firm to restrict output [raise price], it is in [each cartel member's] best interest for [every other cartel member] to restrict output [raise price]." Carlton, Dennis, and Jeffery M. Perloff, 2005, Modern Industrial Organization, Fourth Edition, Addison-Wesley Longman, Inc., at 126.

[367] I provide a more formal explanation of why cheaters' prices are above the competitive level in Section VIII.A.3.b).

[368] "Sophisticated cartel organizations are also able to develop multipronged strategies to monitor one another to deter cheating." Levenstein, Margaret, and Valerie Suslow, March 2006, What Determines Cartel Success?, Journal of Economic Literature, Vol. 44, 43-95, at  43.

[369] "Following George Stigler (1964), many economists assume that incentive problems undermine attempts by firms to collude to raise prices and restrict output. But the potential profits from collusion can create a powerful incentive as well." Levenstein, Margaret, and Valerie Suslow, March 2006, What Determines Cartel Success?, Journal of Economic Literature, Vol. 44, 43-95, at 43.

with cartel policy regarding pricing and output. Cartels may establish mechanisms for punishing cheaters, such as trigger prices: if a cartel member charges a price below the trigger price, the cartel authorizes a price war to punish the cheater. Excess capacity may be held in order to make credible the threat of a price war. However, price wars and holding excess capacity are expensive for those doling out the punishment as well as for those receiving punishment.[370] Empirical studies find that cartels tend to avoid such expensive strategies by developing methods to monitor each other, encourage cooperation, and physically prevent cheating.[371]

One efficient mechanism for limiting cheating is to impose restrictions in capacity, such as temporary shut-downs of capacity. Such capacity restrictions are generally easily monitored and commit cartel members to output restrictions, depriving them of opportunities to cheat by limiting their ability to fill orders. Output restrictions, as noted above, cause prices to be above competitive levels.

### b)  Cheating is not necessarily fatal to cartel success

While some cartels break up due to cheating, many cartels continue to operate in the face of cheating.[372] Moreover, cartels can survive episodes of extended price wars to re-establish supra-competitive prices after the price war has subsided.[373] Cheating may even be an integral part of a properly functioning and successful cartel.[374]

---

[370] Moreover, there is a contrary view of the role of excess capacity in cartel members' incentives: while holding excess capacity makes the threat of a price war credible, it may also raise the incentive to cheat by reducing marginal cost and thereby raising the profitability of additional sales. One theoretical study finds "support for the *conventional view* that periods of low demand lead, through the emergence of excess capacity, to a breakdown of collusive pricing… a large body of empirical evidence supports this view." Staiger, Robert W., and Frank A. Wolak, 1992, Collusive Pricing with Capacity Constraints in the Presence of Demand Uncertainty, The RAND Journal of Economics, Vol. 23(2), 203-220, at 203.

[371] "Although the evidence shows that cartels use a range of punishment mechanisms to deter cheating, including both 'price wars' and side payments, successful cartels do not simply rely on ex post punishments. Instead, they invest in monitoring mechanisms, such as joint sales agencies or regular reporting to one another or third parties. Cartels much prefer to develop the means to monitor each other's behavior in order to deter or physically prevent cheating, rather than resorting to expensive punishments such as price wars." "Successful cartels develop mechanisms for sharing information, making decisions, and manipulating incentives through self-imposed carrots and sticks." Levenstein, Margaret, and Valerie Suslow, March 2006, What Determines Cartel Success?, Journal of Economic Literature, Vol. 44, 43-95, at 44 and 86.

[372] "Cartels break up occasionally because of cheating or lack of effective monitoring, but the biggest challenges cartels face are entry and adjustment of the collusive agreement in response to changing economic conditions." Levenstein, Margaret, and Valerie Suslow, March 2006, What Determines Cartel Success?, Journal of Economic Literature, Vol. 44, 43-95, at 43.

[373] "The very successful bromine cartel lasted from 1885 to 1902. During its reign, the average price of bromine was about 25 percent higher than the average in the years before the cartel's formation. There were only three periods of extended price wars over the cartel's roughly 20 year life span… The pool fell apart and the price of potassium bromide (the major bromine product) plunged 45 percent in two months." Carlton, Dennis W., and Jeffrey M. Perloff, 2005, Modern Industrial Organization, Fourth Edition, Pearson Addison Wesley, at 140.

[374] "Thus, we demonstrate that deliberate and unpunished price cuts and business stealing (which would appear to observers as 'cheating') can be critical to the healthy functioning of a cartel." Bernheim, B. Douglas and Erik Madson, March 2014, Price Cutting and Business Stealing in Imperfect Cartels, NBER Working Paper Series 19993, at 6.

> c) Whether a cartel succeeds is an empirical question unresolvable by theory or industry characteristics

Whether a cartel will succeed in increasing price above the competitive level is determined by which of the two fundamental incentives dominates, the incentive to monopolize or the incentive to cheat. While economic theory tells us that cartel members are subject to both incentives, economic theory alone cannot tell us which incentive prevails in a particular situation: whether a cartel succeeds is an empirical question. Certain industry characteristics tend to be correlated with the presence of cartels or with cartel success, but successful cartels exist in industries with a wide variety of characteristics.[375] For example, it is often said that cartels are more likely to be found in concentrated industries; yet successful cartels have operated in quite unconcentrated industries.[376] Whether a cartel has succeeded is therefore an empirical question that cannot be resolved by examining the characteristics of an industry.

### 3.  Vertically integrated firms profit from upstream cartels

Some members of the CRT cartel were vertically integrated; that is, in addition to making CRTs, some cartel members made CRT TVs and/or CRT computer monitors as well.[377] Vertically integrated firms profit from a CRT cartel as do their unintegrated counterparts. For unintegrated firms, the benefit of price-fixing is straightforward: these firms profit by selling tubes at cartel prices rather than lower, competitive prices. Vertically integrated companies also profit by raising the price of CRTs. Economists have studied cartels with vertically integrated firms using sophisticated theoretical models and empirical methods. A recent paper in a prominent scholarly economics journal studied incentives for collusion and vertical integration by firms in upstream markets (exactly the situation in the case at hand), and found that vertical integration facilitates collusion.[378] In the model of an industry that is initially unintegrated, at least one firm will vertically integrate in equilibrium, but integration may stop well before all firms are vertically integrated, which helps explain "why a limited degree of vertical merger may be profitable in industries aiming to collude. This is interesting since many industries seem to have the feature

---

[375] "[M]any economists assume that incentive problems undermine attempts by firms to collude to raise prices and restrict output. But the potential profits from collusion can create a powerful incentive as well. Theory cannot tell us, a priori, which effect will dominate: whether or when cartels succeed is thus an empirical question." "There is considerable variety in the type of products and industries where collusion appears."  Levenstein, Margaret, and Valerie Suslow, March 2006, What Determines Cartel Success?, Journal of Economic Literature, Vol. 44, 43-95, at 43 and 57.

[376] "[I]ndustry concentration makes collusion easier, both by simplifying the coordination issues and by increasing firms' gains from collusion. But successful cartels have operated in a wide variety of industries by developing organizations that can overcome these challenges. There are in fact many successful cartels in quite unconcentrated industries, but they almost always rely on industry associations."  Levenstein, Margaret, and Valerie Suslow, March 2006, What Determines Cartel Success?, Journal of Economic Literature, Vol. 44, 43-95,  at 44.

[377] For example, before acquiring Thomson's CRT operations, Videocon produced glass components and CRT televisions. After the acquisition of Thomson's CRT factory in Anagni, Italy, Videocon was fully vertically integrated from "[s]and to TV." Videocon, Undated, Videocon International Ltd Welcomes You, PHLP-CRT-035382, at 6. For a description of vertical relationships among cartel members' subsidiaries, see Section VI.D.

[378] "In a vertically unintegrated industry, a [single] vertical merger [resulting in a mix of integrated and unintegrated firms, as in the CRT industry] facilitates collusion." Nocke, Volker, and Lucy White, September 2007, Do Vertical Mergers Facilitate Upstream Collusion?, The American Economic Review, Vol. 97(4), 1321-1339,  at 1329, 1330, and 1332.

that vertically integrated firms compete with separated ones."[379] The equilibrium in this model is similar to the structure of the CRT industry, with its mix of vertically-integrated firms and unintegrated firms. Other economic models are also consistent with a cartel comprised of vertically-integrated and unintegrated firms.[380]

For ease of exposition, I explain the sources of gain to a vertically-integrated firm using a stylized example. "Cartel Parent" is a CRT cartel member that owns a CRT manufacturing subsidiary called "Cartel CRT Maker". Cartel CRT Maker sells CRTs to two TV manufacturers, "Cartel TV Maker", a sister company owned by Cartel Parent, and "Outside TV Maker", a firm unaffiliated with cartel members. The TV manufacturers engage in horizontal competition in the sale of TVs to retailers. The following diagram illustrates the relationships:



When the cartel raises the price of CRTs, the profitability of the vertically integrated firm is enhanced in at least two ways. First, Cartel Parent receives a supra-competitive price from non-

---

[379] Nocke, Volker and Lucy White, September 2007, Do Vertical Mergers Facilitate Upstream Collusion?, The American Economic Review, Vol. 97(4), 1321-1339, at 1332.

[380] Riordan and Salop (1995), for example, explain how instances in which the downstream division of a vertically integrated firm purchases inputs from other input makers – as occurs in the present case – can help monitor the behavior of the upstream manufacturers. "Vertical mergers might be able to increase the likelihood of tacit or express coordinated conduct by facilitating the exchange of pricing and other competitively sensitive information among the competing input suppliers. [footnote:  The 1984 DOJ Merger Guidelines offer a related theory of how vertical mergers can facilitate information exchange among competitors. See 1984 DOJ Merger Guidelines §4.221, *supra* note 5, at 20,566-57…] Assuming that the integrated firm does not satisfy all of its input requirements, but rather continues to purchase part of its requirements from other input suppliers, the downstream division will receive price quotes and competitive information from rival input producers. The downstream division can transfer this information to its upstream division." Riordan, Michael H., and Steven C. Salop, 1995, Evaluating Vertical Mergers: A Post-Chicago Approach, Antitrust Law Journal, Vol. 63, at 513-568.

cartel TV manufacturers (Outside TV Maker in the diagram above); this is the same as the mechanism by which unintegrated cartel members profit. The elevated CRT price charged internally (by Cartel CRT Maker to Cartel TV Maker) does not benefit the parent company directly; the money simply goes from one pocket of the parent company to another.

The second way the vertically integrated firm benefits from the cartel's elevation of the CRT price is by allowing its TV subsidiary (Cartel TV Maker) to charge a higher price for TVs. When the cartel raises the price of CRTs, the cost of producing TVs rises for unintegrated downstream firms (such as Outside TV Maker in the diagram). Outside TV Maker responds to the cost increase by increasing the prices of its CRT TVs. Cartel TV Maker is a horizontal competitor of Outside TV Maker, so when Outside TV Maker raises its price, Cartel TV Maker raises its television price, too, and earns supra-competitive profit. Consumers face higher CRT TV prices whether they purchase from Cartel TV Maker or Outside TV Maker. Therefore, the cartel price for tubes increases the profit of the vertically-integrated cartel member (Cartel Parent). Vertically integrated CRT-TV or CRT-monitor manufacturers increase profits by joining a cartel in CRTs.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. This declaration was executed on the 15th day of April 2014, at Ann Arbor, Michigan.


JANET S. NETZ

Subscribed and sworn to before me this ___15 day of April 2014.


Notary Public

BRIAN PAUL ROSEWARNE
Notary Public, State of Michigan
County of Washtenaw
My Commission Expires May. 20, 2014
Acting in the County of _____

My commission expires: _____



# Dr. Janet S. Netz

**Contact Information**

applEcon LLC
617 E. Huron Street
Ann Arbor, MI 48104

Office:  (734) 214-2213 (direct)
Fax:     (734) 213-1935
E-mail:  netz@applEcon.com
Web:     www.applEcon.com

**Education**

Ph.D. economics, University of Michigan, 1992
M.A. economics, University of Michigan, 1990
B.A. economics, University of California at Berkeley, 1986, *cum laude*

**Employment**

Founder and Partner, applEcon, May 2001 to present
Visiting Associate Professor, University of Michigan, Fall 2001, Fall 2002, Fall 2003
Associate Professor, Purdue University, Fall 2001 to January 2003
Visiting Assistant Professor, University of Michigan, Winter 2001
Assistant Professor, Purdue University, Fall 1994 to Spring 2001
Assistant Professor, University of Delaware, Fall 1992 to Summer 1994

**Courses Taught**

Industrial Organization (undergraduate and doctoral)
Antitrust and Regulation (undergraduate)
Intermediate Microeconomics (undergraduate and master's)
Microeconomic Principles (undergraduate)
International Economics (undergraduate and master's)

**Honors and Awards**

Outstanding Antitrust Litigation Achievement in Economics, awarded by the American Antitrust Institute, for work In re TFT-LCD Antitrust Litigation, 2013.

**Publications**

"Are All Men's College Basketball Players Exploited?", with Erin Lane and Juan Nagel, *Journal of Sports Economics*, 2012 (forthcoming).

"Price Regulation: Theory and Performance", in *Regulation and Economics*, Roger J. Van den Bergh and Alessio M. Pacces, eds., Edward Elgar Publishing, 2011.

"Sports Trivia: A Review of The Economics of Intercollegiate Sports by Randy R. Grant, John Leadley, and Zenon Zygmont", *Journal of Economic Literature*, 47(2), June 2009, 485-489.

"One-Way Standards as an Anti-Competitive Strategy", with Jeffrey K. MacKie-Mason, in *Standards and Public Policy*, Shane Greenstein and Victor Stango, eds., Cambridge Press, 2007.

"International Integration and Growth:  A Further Investigation on Developing Countries", with Claire Economidou and Vivian Lei, *International Advances in Economic Research*, 12(4), November 2006, 435-448.

"Maximum or Minimum Differentiation?  An Empirical Investigation into the Location of Firms", with Beck A. Taylor, *Review of Economics and Statistics*, February 2002.

"International Integration and Growth: A Survey and Empirical Investigation", with Vivian Lei and Jon D. Haveman, *Review of Development Economics*, 5(2), June 2001.

"Price Regulation: A (Non-Technical) Overview", in *Encyclopedia of Law and Economics*, Boudewijn Bouckaert and Gerrit De Geest, eds, Edward Elgar and University of Ghent, 2000.

"Exercising Market Power in Proprietary Aftermarkets," with Severin Borenstein and Jeffrey K. MacKie-Mason, *Journal of Economic and Management Strategy*, 9(2), Summer 2000, 157-188.

"All in the Family:  Family, Income, and Labor Force Attachment", with Jon D. Haveman, *Feminist Economics*, 5(3), November 1999, 85-106.

"Why Do All Flights Leave at 8am?:  Competition and Departure-Time Differentiation in Airline Markets", with Severin Borenstein, *International Journal of Industrial Organization*, 17(5), July 1999, 611-640.

"An Empirical Test of the Effect of Basis Risk on Cash Market Positions", *Journal of Futures Markets*, 16(3), 289-312, May 1996.

"The Effect of Futures Markets and Corners on Storage and Spot Price Variability", *American Journal of Agricultural Economics*, 77(1), 182-193, February 1995.

"Antitrust Policy in Aftermarkets", with Severin Borenstein and Jeffrey K. MacKie-Mason, *Antitrust Law Journal*, 63(2), 455-482, Winter 1995.

"The Economics of Customer Lock-In and Market Power in Services", with Severin Borenstein and Jeffrey K. MacKie-Mason, in *The Service Productivity and Quality Challenge*, Patrick T. Harker, ed., Kluwer Academic, 1994.

**Working Papers and Work in Progress**

"LCDs and Antitrust: Does Crime Pay?", with Nick Navitski and Josh Palmer, under review

"Fantasy Football Points as a Measure of Performance", with Erin Lane and Juan Nagel

"Non-Profits and Price-Fixing: The Case of the Ivy League"

"The End of Collusion? Competition after Justice and the Ivy League and MIT Settle"

"Basis and Exchange Rate Risks and their Impact on Storage and Exports"

**Research Grants**

"Cooperation and Competition Among Nonprofits", Nonprofit Sector Research Fund, Aspen Institute, 2000.

"Product Customization and Product-Space Positioning", Dauch Center for the Management of Manufacturing Enterprises, Summer 2000.

"Outstanding Economics Professor of the Year", Economics Club, Purdue University, 1999.

"Trade Barriers, Trade Blocs, Growth, and Convergence", Purdue Research Foundation, 1998-1999.
"Effects of Informational Asymmetry on Competition in the Residential Long Distance Calling Market", Purdue Research Foundation, 1997-1998.

"Basis and Exchange Rate Risks and their Impact on Storage and Exports", Center for International Business and Economic Research, Summer 1997.

Global Initiative Faculty Grant (Course Development), "Industrial Organization in an International Marketplace", Purdue University, Summer 1997.

"Trade, Not Aid", Purdue Research Foundation, Summer 1996.

"Trade, Not Aid", Center for International Business and Economic Research, Summer 1996.

"The Effect of Price-Fixing by Institutions of Higher Education", Purdue Research Foundation, Summer 1995.

"Applied Microeconomics/International Workshop", Purdue University, Spring 1995.

"The Market Structure of Higher Education", University of Delaware, Summer 1993.

Research Associate, Center for the Study of Futures Markets, Columbia University, 1991.

Rackham Merit Fellowship, University of Michigan, 1987-1989.

Chancellor's Scholar, University of California at Berkeley, 1983-1986.

**Referee**

American Economic Review
Contemporary Economic Policy
Feminist Economics
International Journal of the Economics of Business
International Journal of Industrial Organization
Journal of Economic Education
Journal of Economic and Management Strategy
Journal of Family and Economic Issues
Journal of Futures Markets
Journal of Industrial Economics
Journal of Law and Economics
Journal of Law, Economics, and Organization
Management Science
Review of Economics and Statistics
Scandinavian Journal of Economics
Telecommunications Systems

**Conference and Workshop Presentations**

Panel participant, "Preparing Early and Often", State-of-the-Art Strategies for Managing Class Action Experts, American Bar Association, 16th Annual National Institute on Class Actions, Chicago, IL, October 2012.

Panel participant, "Hot Topics Involving Experts in Antitrust Litigation", New York State Bar Association, Antitrust Law Section, Annual Meeting, New York, NY, January 2011.

Guest lecturer, Alternative Dispute Resolution Practicum, University of Michigan Law School, April 2008.

"The Economics of Indirect Purchaser Cases", State Bar of Arizona Annual Conference, Phoenix, AZ, June 2004.

"Manipulating Interface Standards as an Anti-Competitive Strategy", Standards and Public Policy Conference, Federal Reserve Bank of Chicago, Chicago, Il, May 2004.

"One-Way Standards as an Anti-Competitive Strategy", Telecommunications Policy Research Conference, Alexandria, VA, September 2002.

"Product Proliferation and Product Space Location", Econometric Society Meetings, New Orleans, January 2001.

"The End of Collusion? Competition after Justice and the Ivy League and MIT Settle", American Economics Association Meetings, New Orleans, January 2001.

"The End of Collusion? Competition after Justice and the Ivy League and MIT Settle", Indiana University-Purdue University Indianapolis, November 2000.

"Maximum or Minimum Differentiation? An Empirical Investigation into the Location of Firms", University of British Columbia, March 2000.

"Non-Profits and Price-Fixing: The Case of the Ivy League", University of Illinois, October 1999.

"The End of Collusion? Competition after Justice and the Ivy League and MIT Settle", Baylor University, September 1999.

"The End of Collusion? Competition after Justice and the Ivy League and MIT Settle", Western Economic Association Meetings, San Diego, July 1999.

"Non-Profits and Price-Fixing: The Case of the Ivy League", University of Chicago, April 1999.

"Non-Profits and Price-Fixing: The Case of the Ivy League", Indiana University, December 1998.

"International Integration and Growth: A Survey and Empirical Investigation", Dynamics, Economic Growth, and International Trade, III, Taiwan, August 1998.

Discussant ("Fiscal Policy and International Demand Spillovers"), Dynamics, Economic Growth, and International Trade, III, An International Conference, Taiwan, August 1998.

"International Integration and Growth", Workshop on Empirical Research in International Trade and Investment, Copenhagen, June 1998.

Discussant ("Factor Endowments and the Pattern of Affiliate Production by Multinational Enterprises," by Karolina Ekholm), Workshop on Empirical Research in International Trade and Investment, Copenhagen, June 1998.

"Non-Profits and Price-Fixing: The Case of the Ivy League", Department of Justice Antitrust Division, April 1998.

"Non-Profits and Price-Fixing: The Case of the Ivy League", American Economics Association Meetings, Chicago, January 1998.

Discussant ("Equilibrium under Satisficing," by Ralph W. Pfouts), International Atlantic Economics Society, ASSA Meetings, Chicago, January 1998.

Discussant ("Overseas Investments and Firm Exports," by Keith Head and John Ries), Fourth Annual Empirical Investigations in International Trade conference, Purdue University, November 1997.

"Maximum or Minimum Differentiation? An Empirical Investigation into the Location of Firms", International Atlantic Economic Association Conference, Philadelphia, October 1997.

Discussant ("Antidumping Enforcement in a Reciprocal Model of Dumping: Theory and Evidence," Taiji Furusawa and Thomas J. Prusa) and session chair, Third Annual Empirical Investigations in International Trade conference, Purdue University, November 1996.

"The Effect of Price-Fixing by Institutions of Higher Education", Indiana University-Purdue University Indianapolis, April 1996.

"Exercising Market Power in Proprietary Aftermarkets", with Severin Borenstein and Jeffrey K. MacKie-Mason, Indiana University - Purdue University - IUPUI First Tri-School Conference, March 1996.

"All in the Family: Family, Income, and Labor Force Attachment", with Jon D. Haveman, American Economic Association Meetings, San Francisco, January 1996.

"Family Matters: Unemployment, Wage Changes, and Mobility", with Jon D. Haveman, Southern Economics Association Meetings, New Orleans, November 1995.

Discussant and session chair, Second Annual Empirical Investigations in International Trade conference, Purdue University, November 1995.

"Competition and Anti-Competitive Behavior", ICLE (The State Bar of Michigan) Conference on Antitrust and Intellectual Property, July 1995.

"Price-Fixing, Tuition, and Financial Aid", Midwest Economics Association Meetings, Cincinnati, April 1995.

"Family Matters: Unemployment, Wage Changes, and Mobility," Midwest Economics Association Meetings, Cincinnati, April 1995.

Discussant and session chair, "Customer Discrimination, Entrepreneurial Decisions, and Investment", Midwest Economics Association Meetings, April 1995.

"An Empirical Test of the Effect of Basis Risk on Cash Market Positions", University of Illinois, Urbana-Champaign, February 1995.

Discussant and session chair, First Annual Empirical Investigations in International Trade conference, Purdue University, November 1994.

"Antitrust Policy in Aftermarkets", with Severin Borenstein and Jeffrey K. MacKie-Mason, FTC/DOJ/ABA Conference on Post-Chicago Economics, Washington, D.C., May 1994.

"The Effect of Price-Fixing by Institutions of Higher Education, University of Delaware, May 1994.

"The Effect of Futures Markets and Corners on Storage and Spot Price Variability", Purdue University, February 1994.

"An Empirical Test of the Effect of Basis Risk on Cash Market Positions", University of California at Davis, February 1993.

Discussant, Econometrics Association, Anaheim, 1992 Annual Meetings.

"Testing the Principle of Minimum Differentiation: Airline Departure-Time Crowding", Econometrics Association, Washington, D.C., 1990 Annual Meetings.

**Consulting and Testifying**

In re Cathode Ray Tube (CRT) Antitrust Litigation
*United States District Court, Northern District of California, San Francisco Division,* No. CV-07-5944-SC
Testifying expert for plaintiffs
Deposed November 2012 and March 2013

In re Photochromic Lens Antitrust Litigation, 2010-2012
*United States District Court Middle District of Florida, Tampa Division*, No. 8:10-md-02173-JDW-EAJ
Testifying expert for plaintiffs
Deposed August 2012

Datel Holdings and Datel Design and Development v. Microsoft, 2010-2011
*United States District Court, Northern District of California, San Francisco Division,* No. 09-cv-05535
Testifying expert for plaintiffs
Deposed October 2011

In re Prefilled Propane Tank Marketing and Sales Practices Litigation, 2010-2011
*United States District Court, Western District of Missouri, Western Division*, No. 4:09-cv-00465
Testifying expert for plaintiffs

In re Florida Cement and Concrete Antitrust Litigation, 2010
*United States District Court, Southern District of Florida, Miami Division*, No. 1:09-cv-23493-CMA
Consulting expert for plaintiffs

Altair Engineering v. MSC Software, 2009-2010
*United States District Court, Eastern District of Michigan, Southern Division,* No. 2:07-cv-12807
Testifying expert for plaintiffs
Deposed May 2010

In re Optical Disk Drive products Antitrust Litigation, 2009-2010
*United States District Court, Northern District of California, San Francisco Division,* No. M:2010-cv-02143
Consulting expert for plaintiffs

In re Flash Memory Antitrust Litigation, 2008-2011
*United States District Court, Northern District of California, Oakland Division,* No. C-07-0086-SBA
Testifying expert for plaintiffs
Deposed August 2009

Valassis Communications, Inc. v. News America, Inc., 2008-2009
*United States District Court, Eastern District of Michigan, Southern Division*, No. 2:06-cv-10240
*Circuit Court of the State of Michigan, County of Wayne*, No. 07-0706645-CZ
Consulting expert for plaintiffs

In re TFT-LCD (Flat Panel) Antitrust Litigation, 2008-present
*United States District Court, Northern District of California, San Francisco Division, No*. M:07-cv-01827
Testifying expert for plaintiffs
Deposed July 2009, June 2011, August 2011

Houston Baptist University v. NCAA, 2008-2009
*United States District Court in and for the Southern District of Texas, Houston Division*
Testifying expert for plaintiffs

Seoul Semiconductor Co. v. Nichia Corp., 2008
*United States District Court, Northern District of California, No. 3:08-cv-04932-PJH*
Testifying expert for plaintiffs

Albert Andy Cohn v. Office Depot, 2008
*Superior Court of the State of California, County of Los Angeles, Central District, No. BC 372449*
Testifying expert for defendants

In re Graphics Processing Units Antitrust Litigation, 2007-2008
*United States District Court Northern District of California, No. M:07-CV-01826-WHA*
Testifying expert for plaintiffs
Deposed June 2008

Pro-Sys Consultants Ltd. and Neil Godfrey v. Microsoft, 2007-present
*Supreme Court of British Columbia, No. L043175, Vancouver Registry*
Testifying expert for plaintiffs
Deposed December 2008

In re Dynamic Random Access Memory (DRAM) Antitrust Litigation, 2007
*United States District Court, Northern District of California,* No. 02-cv-01486
Consulting expert for plaintiffs

Jason White et al. v. NCAA, 2006-2008
*United States District Court Central District of California, No. CV 06-0999 RGK (MANx)*
Testifying expert for plaintiffs
Deposed October 2007

Kleppner et al. v. Unocal, 2004-2008
In re Reformulated Gasoline (RFG) Antitrust and Patent Litigation
*United States District Court Central District of California, No. 05-1671 CAS*
Testifying expert for plaintiffs
Deposed December 2006

Carlisle, settlement negotiations with Crompton, EPDM price-fixing cartel, 2005-2007
Consulting expert

Caterpillar and Carlisle, settlement negotiations with DuPont-Dow Elastomers, PCP (or CR) and EPDM price-fixing cartels, 2004-2005
Consulting expert

City and County of San Francisco et al. v. Microsoft, 2004-present
*United States District Court for the District of Maryland, No. 1332*
Testifying expert for plaintiffs

The Service Source v. Office Depot, 2004-2005
*United States District Court Eastern District of Michigan Southern Division, No. 02-73361*
Project director

Joe Comes et al. v. Microsoft, 2002-2008
*Iowa District Court for Polk County, No. CL82311*
Testifying expert for plaintiffs
Deposed July 2006, November 2006

Charles Cox et al. v. Microsoft, 2002-2006
*Supreme Court of the State of New York County of New York, No. 105193/00*
Testifying expert for plaintiffs

Daniel Gordon et al. v. Microsoft, 2002-2004
*State of Minnesota District Court County of Hennepin Fourth Judicial District, No. 00-5994*
Testifying expert for plaintiffs
Deposed September 2003

Morelock Enterprises, Inc. v. Weyerhaeuser Co., 2004-2008
*United States District Court District of Oregon, No. 3:04-cv-00583-PA*
Testifying expert for plaintiffs
Deposed October 2004, April 2005, October 2007
Testified in trial April 2008

Compuware v. IBM, 2002-2005
*United States District Court for the Eastern District of Michigan, No. 02-70906*
Project director

Lingo et al. v. Microsoft, 1999-2004
*Superior Court of the State of California City and County of San Francisco, J.C.C.P. No. 4106*
Project director
In re New Mexico Indirect Purchaser Microsoft Corp. Antitrust Litigation, 2002-2004
*State of New Mexico First Judicial District, No. D-0101-CV-2000-1697*
Testifying expert for plaintiffs

Charles Friedman et al. v. Microsoft, 2002-2004
*Superior Court of the State of Arizona in and for the County of Maricopa, No. CV2000-000722 / CV2000-005872*
Testifying expert for plaintiffs
Deposed September 2003

In re Massachusetts Consumer Protection Litigation, 2003-2004
*Commonwealth of Massachusetts, Superior Court Department of the Trial Court Middlesex Division, No. 00-2456*
Consulting expert

Olson v. Microsoft, 2002
*Montana First Judicial District Court Lewis & Clark County, No. CDV-2000-219*
Consulting expert

Covad v. Bell Atlantic (Verizon), 2001-2004
*United District Court for the District of Columbia, No. 99-1046*
Project director

AMD, 2000-2004
Project director

Gravity et al. v. Microsoft, 1999-2003
*United States District Court for the District of Columbia, No. 1:99CV00363*
Staff economist

Leckrone, et al. v. Premark International, Inc., et al., 2001
Testifying expert for plaintiffs

Ren, et al. v. EMI Music Distribution, Inc., 2001
*State of Michigan in the Circuit Court of the County of Macomb, No. 00-2383-CZ*
Testifying expert for plaintiffs

SBC, 2000
Staff economist

City and County of San Francisco, 1999
Staff economist

Intergraph v. Intel, 1998-2001
*United States District Court Appeals for the Federal District, No. 98-1308*
Staff economist

Comm-Tract v. Northern Telecom, 1991-1997
*United States District Court District of Massachusetts, No. 90-13088-WF*
Project director

Systemcare, Inc. v. Wang Computer, 1991-1993
*United States District Court for the District of Colorado, No. 89-B-1778*
Staff economist

International Travel Arrangers v. Northwest Airlines, 1988-1989
Staff economist

# Exhibit B: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D. Part 1: Bates Numbered Documents

| | | |
|---|---|---|
| AMZ 00001 | BMCC-CRT000117494 | BMCC-CRT000320868 |
| BBYCRT000080 | BMCC-CRT000117593 | BMCC-CRT000353853 |
| BBYCRT000081 | BMCC-CRT000117594 | BMCC-CRT000359667 |
| BBYCRT000082 | BMCC-CRT000117655 | BMCC-CRT000359894 |
| BBYCRT000083 | BMCC-CRT000117668 | BMCC-CRT000362102 |
| BBYCRT000084 | BMCC-CRT000117860 | BMCC-CRT000364947 |
| BBYCRT000085 | BMCC-CRT000118431 | BMCC-CRT000367369 |
| BBYCRT000086 | BMCC-CRT000118593 | BMCC-CRT000369201 |
| BBYCRT000087 | BMCC-CRT000119042 | BMCC-CRT000371371 |
| BBYCRT000088 | BMCC-CRT000119055 | BMCC-CRT000374785 |
| BBYCRT000089 | BMCC-CRT000119057 | BMCC-CRT000378185 |
| BBYCRT000090 | BMCC-CRT000124489 | BMCC-CRT000381530 |
| BBYCRT000091 | BMCC-CRT000124601 | BMCC-CRT000383504 |
| BBYCRT000092 | BMCC-CRT000125032 | BMCC-CRT000386875 |
| BBYCRT000093 | BMCC-CRT000125451 | BMCC-CRT000390430 |
| BBYCRT000094 | BMCC-CRT000125788 | BMCC-CRT000429237 |
| BBYCRT000095 | BMCC-CRT000132348 | BMCC-CRT000438909 |
| BBYCRT000096 | BMCC-CRT000133605 | BMCC-CRT000487129 |
| BBYCRT000097 | BMCC-CRT000134306 | BMCC-CRT000510659 |
| BBYCRT000098 | BMCC-CRT000135034 | BMCC-CRT000510774 |
| BBYCRT000099 | BMCC-CRT000177473 | BMCC-CRT000548051 |
| BBYCRT000100 | BMCC-CRT000178813 | BMCC-CRT000562015 |
| BBYCRT000101 | BMCC-CRT000178816 | BMCC-CRT000567348 |
| BBYCRT000102 | BMCC-CRT000178829 | BMCC-CRT000573081 |
| BMCC-CRT000001186 | BMCC-CRT000230941 | BMCC-CRT000574521 |
| BMCC-CRT000006384 | BMCC-CRT000230950 | BMCC-CRT000575227 |
| BMCC-CRT000009545 | BMCC-CRT000236521 | BMCC-CRT000576460 |
| BMCC-CRT000041121 | BMCC-CRT000238070 | BMCC-CRT000577177 |
| BMCC-CRT000057539 | BMCC-CRT000240214 | BMCC-CRT000590923 |
| BMCC-CRT000083813 | BMCC-CRT000266503 | BMCC-CRT000592284 |
| BMCC-CRT000083813 | BMCC-CRT000266592 | BMCC-CRT000592982 |
| BMCC-CRT000084670 | BMCC-CRT000271099 | BMCC-CRT000594510 |
| BMCC-CRT000087776 | BMCC-CRT000274230 | BMCC-CRT000595208 |
| BMCC-CRT000110052 | BMCC-CRT000293499 | BMCC-CRT000595907 |
| BMCC-CRT000117420 | BMCC-CRT000309484 | CH000028606 |
| BMCC-CRT000117490 | BMCC-CRT000316664 | CH000030816 |

# Exhibit B: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D. Part 1: Bates Numbered Documents

| | | |
|---|---|---|
| CHU00000001 | CHU00014202 | CHU00021272 |
| CHU00000207 | CHU00014204 | CHU00021280 |
| CHU00000260 | CHU00014205 | CHU00021289 |
| CHU00000305 | CHU00014206 | CHU00021628 |
| CHU00000360 | CHU00014207 | CHU00021713 |
| CHU00000411 | CHU00014208 | CHU00021791 |
| CHU00000532 | CHU00014210 | CHU00022291 |
| CHU00000642 | CHU00014212 | CHU00022500 |
| CHU00000688 | CHU00014213 | CHU00022583 |
| CHU00000688 | CHU00014215 | CHU00022689 |
| CHU00000738 | CHU00014218 | CHU00022696 |
| CHU00000782 | CHU00014219 | CHU00022700 |
| CHU00000828 | CHU00014223 | CHU00022701 |
| CHU00000875 | CHU00014227 | CHU00022704 |
| CHU00001031 | CHU00014230 | CHU00022724 |
| CHU00001275 | CHU00014232 | CHU00022728 |
| CHU00001348 | CHU00014398 | CHU00022738 |
| CHU00001427 | CHU00016137 | CHU00022743 |
| CHU00003139 | CHU00016977 | CHU00023392 |
| CHU00004334 | CHU00017003 | CHU00024554 |
| CHU00005963 | CHU00017026 | CHU00024560 |
| CHU00005997 | CHU00017037 | CHU00028178 |
| CHU00006004 | CHU00017064 | CHU00028202 |
| CHU00006009 | CHU00017069 | CHU00028203 |
| CHU00006009 | CHU00017092 | CHU00028204 |
| CHU00006362 | CHU00017100 | CHU00028207 |
| CHU00006381 | CHU00017115 | CHU00028209 |
| CHU00009188 | CHU00017125 | CHU00028211 |
| CHU00011783 | CHU00017130 | CHU00028213 |
| CHU00011820 | CHU00020660 | CHU00028215 |
| CHU00013773 | CHU00020661 | CHU00028218 |
| CHU00014182 | CHU00020725 | CHU00028221 |
| CHU00014189 | CHU00020779 | CHU00028224 |
| CHU00014196 | CHU00020782 | CHU00028227 |
| CHU00014198 | CHU00021262 | CHU00028228 |
| CHU00014200 | CHU00021268 | CHU00028229 |

# Exhibit B: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D. Part 1: Bates Numbered Documents

| | | |
|---|---|---|
| CHU00028231 | CHU00028377 | CHU00028482 |
| CHU00028234 | CHU00028380 | CHU00028487 |
| CHU00028236 | CHU00028382 | CHU00028490 |
| CHU00028238 | CHU00028383 | CHU00028493 |
| CHU00028240 | CHU00028385 | CHU00028495 |
| CHU00028241 | CHU00028388 | CHU00028497 |
| CHU00028245 | CHU00028393 | CHU00028499 |
| CHU00028248 | CHU00028394 | CHU00028501 |
| CHU00028250 | CHU00028396 | CHU00028503 |
| CHU00028252 | CHU00028398 | CHU00028505 |
| CHU00028254 | CHU00028400 | CHU00028507 |
| CHU00028257 | CHU00028424 | CHU00028508 |
| CHU00028260 | CHU00028425 | CHU00028514 |
| CHU00028263 | CHU00028427 | CHU00028516 |
| CHU00028265 | CHU00028430 | CHU00028521 |
| CHU00028267 | CHU00028432 | CHU00028524 |
| CHU00028269 | CHU00028434 | CHU00028530 |
| CHU00028273 | CHU00028435 | CHU00028531 |
| CHU00028275 | CHU00028436 | CHU00028532 |
| CHU00028277 | CHU00028438 | CHU00028544 |
| CHU00028279 | CHU00028439 | CHU00028548 |
| CHU00028281 | CHU00028441 | CHU00028551 |
| CHU00028283 | CHU00028447 | CHU00028555 |
| CHU00028286 | CHU00028449 | CHU00028556 |
| CHU00028287 | CHU00028451 | CHU00028558 |
| CHU00028289 | CHU00028453 | CHU00028559 |
| CHU00028291 | CHU00028456 | CHU00028565 |
| CHU00028293 | CHU00028457 | CHU00028589 |
| CHU00028295 | CHU00028459 | CHU00028596 |
| CHU00028297 | CHU00028461 | CHU00028597 |
| CHU00028300 | CHU00028463 | CHU00028598 |
| CHU00028302 | CHU00028465 | CHU00028599 |
| CHU00028305 | CHU00028467 | CHU00028602 |
| CHU00028311 | CHU00028469 | CHU00028604 |
| CHU00028374 | CHU00028472 | CHU00028606 |
| CHU00028376 | CHU00028475 | CHU00028612 |

# Exhibit B: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D. Part 1: Bates Numbered Documents

| | | |
|---|---|---|
| CHU00028613 | CHU00028713 | CHU00028807 |
| CHU00028615 | CHU00028716 | CHU00028809 |
| CHU00028621 | CHU00028717 | CHU00028811 |
| CHU00028623 | CHU00028723 | CHU00028813 |
| CHU00028625 | CHU00028725 | CHU00028815 |
| CHU00028632 | CHU00028728 | CHU00028817 |
| CHU00028635 | CHU00028730 | CHU00028821 |
| CHU00028638 | CHU00028734 | CHU00028841 |
| CHU00028639 | CHU00028736 | CHU00028848 |
| CHU00028642 | CHU00028737 | CHU00028851 |
| CHU00028645 | CHU00028740 | CHU00028853 |
| CHU00028647 | CHU00028744 | CHU00028856 |
| CHU00028648 | CHU00028746 | CHU00028858 |
| CHU00028651 | CHU00028749 | CHU00028865 |
| CHU00028653 | CHU00028752 | CHU00028868 |
| CHU00028654 | CHU00028755 | CHU00028869 |
| CHU00028656 | CHU00028757 | CHU00028873 |
| CHU00028658 | CHU00028758 | CHU00028874 |
| CHU00028661 | CHU00028760 | CHU00028877 |
| CHU00028663 | CHU00028763 | CHU00028882 |
| CHU00028666 | CHU00028768 | CHU00028884 |
| CHU00028668 | CHU00028768 | CHU00028887 |
| CHU00028670 | CHU00028771 | CHU00028887 |
| CHU00028672 | CHU00028773 | CHU00028889 |
| CHU00028674 | CHU00028776 | CHU00028893 |
| CHU00028677 | CHU00028781 | CHU00028896 |
| CHU00028685 | CHU00028784 | CHU00028897 |
| CHU00028687 | CHU00028786 | CHU00028899 |
| CHU00028689 | CHU00028789 | CHU00028901 |
| CHU00028691 | CHU00028791 | CHU00028907 |
| CHU00028698 | CHU00028794 | CHU00028908 |
| CHU00028699 | CHU00028796 | CHU00028909 |
| CHU00028701 | CHU00028799 | CHU00028912 |
| CHU00028705 | CHU00028801 | CHU00028930 |
| CHU00028707 | CHU00028803 | CHU00028933 |
| CHU00028711 | CHU00028805 | CHU00028948 |

# Exhibit B: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D. Part 1: Bates Numbered Documents

| | | |
|---|---|---|
| CHU00028950 | CHU00029179 | CHU00030026 |
| CHU00028952 | CHU00029185 | CHU00030030 |
| CHU00028955 | CHU00029189 | CHU00030034 |
| CHU00028958 | CHU00029191 | CHU00030036 |
| CHU00028959 | CHU00029214 | CHU00030040 |
| CHU00028960 | CHU00029228 | CHU00030045 |
| CHU00028962 | CHU00029231 | CHU00030051 |
| CHU00028964 | CHU00029235 | CHU00030052 |
| CHU00028966 | CHU00029238 | CHU00030056 |
| CHU00028968 | CHU00029242 | CHU00030058 |
| CHU00028970 | CHU00029245 | CHU00030060 |
| CHU00028972 | CHU00029248 | CHU00030064 |
| CHU00028975 | CHU00029259 | CHU00030066 |
| CHU00029039 | CHU00029262 | CHU00030067 |
| CHU00029044 | CHU00029269 | CHU00030068 |
| CHU00029046 | CHU00029279 | CHU00030070 |
| CHU00029048 | CHU00029281 | CHU00030071 |
| CHU00029050 | CHU00029293 | CHU00030079 |
| CHU00029059 | CHU00029316 | CHU00030080 |
| CHU00029062 | CHU00029340 | CHU00030085 |
| CHU00029065 | CHU00029753 | CHU00030228 |
| CHU00029068 | CHU00029944 | CHU00030406 |
| CHU00029070 | CHU00029957 | CHU00030408 |
| CHU00029105 | CHU00029967 | CHU00030410 |
| CHU00029108 | CHU00029971 | CHU00030414 |
| CHU00029110 | CHU00029977 | CHU00030419 |
| CHU00029116 | CHU00029985 | CHU00030421 |
| CHU00029131 | CHU00029987 | CHU00030426 |
| CHU00029138 | CHU00029989 | CHU00030429 |
| CHU00029144 | CHU00029990 | CHU00030431 |
| CHU00029147 | CHU00029999 | CHU00030437 |
| CHU00029152 | CHU00030001 | CHU00030439 |
| CHU00029155 | CHU00030005 | CHU00030443 |
| CHU00029163 | CHU00030008 | CHU00030449 |
| CHU00029171 | CHU00030014 | CHU00030458 |
| CHU00029175 | CHU00030020 | CHU00030463 |

# Exhibit B: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D. Part 1: Bates Numbered Documents

| | | |
|---|---|---|
| CHU00030465 | CHU00030688 | CHU00030819 |
| CHU00030468 | CHU00030692 | CHU00030823 |
| CHU00030472 | CHU00030695 | CHU00030827 |
| CHU00030474 | CHU00030698 | CHU00030831 |
| CHU00030475 | CHU00030701 | CHU00030835 |
| CHU00030477 | CHU00030705 | CHU00030839 |
| CHU00030483 | CHU00030713 | CHU00030841 |
| CHU00030491 | CHU00030717 | CHU00030843 |
| CHU00030495 | CHU00030720 | CHU00030846 |
| CHU00030497 | CHU00030728 | CHU00030851 |
| CHU00030499 | CHU00030731 | CHU00030853 |
| CHU00030500 | CHU00030734 | CHU00030855 |
| CHU00030502 | CHU00030738 | CHU00030869 |
| CHU00030505 | CHU00030741 | CHU00030872 |
| CHU00030506 | CHU00030745 | CHU00030875 |
| CHU00030512 | CHU00030748 | CHU00030877 |
| CHU00030520 | CHU00030749 | CHU00030879 |
| CHU00030524 | CHU00030752 | CHU00030881 |
| CHU00030526 | CHU00030756 | CHU00030885 |
| CHU00030530 | CHU00030757 | CHU00030887 |
| CHU00030533 | CHU00030763 | CHU00030888 |
| CHU00030537 | CHU00030766 | CHU00030894 |
| CHU00030539 | CHU00030769 | CHU00030895 |
| CHU00030543 | CHU00030777 | CHU00030899 |
| CHU00030547 | CHU00030781 | CHU00030904 |
| CHU00030553 | CHU00030783 | CHU00030910 |
| CHU00030557 | CHU00030787 | CHU00030912 |
| CHU00030559 | CHU00030795 | CHU00030916 |
| CHU00030661 | CHU00030797 | CHU00030917 |
| CHU00030664 | CHU00030799 | CHU00030920 |
| CHU00030665 | CHU00030801 | CHU00030922 |
| CHU00030668 | CHU00030803 | CHU00030940 |
| CHU00030670 | CHU00030805 | CHU00030941 |
| CHU00030675 | CHU00030807 | CHU00030944 |
| CHU00030679 | CHU00030809 | CHU00030946 |
| CHU00030684 | CHU00030816 | CHU00030948 |

# Exhibit B: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D. Part 1: Bates Numbered Documents

| | | |
|---|---|---|
| CHU00030951 | CHU00031092 | CHU00031172 |
| CHU00030953 | CHU00031094 | CHU00031174 |
| CHU00030957 | CHU00031095 | CHU00031176 |
| CHU00030960 | CHU00031098 | CHU00031177 |
| CHU00030965 | CHU00031101 | CHU00031178 |
| CHU00030971 | CHU00031105 | CHU00031180 |
| CHU00030973 | CHU00031107 | CHU00031182 |
| CHU00030976 | CHU00031110 | CHU00031183 |
| CHU00030979 | CHU00031111 | CHU00031186 |
| CHU00030985 | CHU00031113 | CHU00031188 |
| CHU00030992 | CHU00031115 | CHU00031190 |
| CHU00030995 | CHU00031116 | CHU00031194 |
| CHU00030998 | CHU00031117 | CHU00031202 |
| CHU00030999 | CHU00031119 | CHU00031209 |
| CHU00031002 | CHU00031121 | CHU00031214 |
| CHU00031006 | CHU00031122 | CHU00031221 |
| CHU00031010 | CHU00031123 | CHU00031227 |
| CHU00031013 | CHU00031126 | CHU00031232 |
| CHU00031015 | CHU00031129 | CHU00031240 |
| CHU00031017 | CHU00031133 | CHU00031248 |
| CHU00031018 | CHU00031134 | CHU00031249 |
| CHU00031022 | CHU00031136 | CHU00031253 |
| CHU00031024 | CHU00031137 | CHU00031254 |
| CHU00031028 | CHU00031138 | CHU00031255 |
| CHU00031031 | CHU00031140 | CHU00031262 |
| CHU00031032 | CHU00031141 | CHU00031268 |
| CHU00031036 | CHU00031142 | CHU00031272 |
| CHU00031040 | CHU00031148 | CHU00031274 |
| CHU00031044 | CHU00031150 | CHU00031278 |
| CHU00031047 | CHU00031153 | CHU00031279 |
| CHU00031051 | CHU00031154 | CHU00031380 |
| CHU00031056 | CHU00031155 | CHU00031804 |
| CHU00031067 | CHU00031159 | CHU00031805 |
| CHU00031070 | CHU00031161 | CHU00031819 |
| CHU00031075 | CHU00031163 | CHU00031822 |
| CHU00031088 | CHU00031168 | CHU00032057 |

# Exhibit B: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D. Part 1: Bates Numbered Documents

| | | |
|---|---|---|
| CHU00032059 | CHU00047658 | CHU00104484 |
| CHU00032064 | CHU00050612 | CHU00105275 |
| CHU00032068 | CHU00052905 | CHU00105346 |
| CHU00032071 | CHU00057335 | CHU00105555 |
| CHU00032076 | CHU00057658 | CHU00106233 |
| CHU00032092 | CHU00059615 | CHU00106844 |
| CHU00032196 | CHU00063266 | CHU00108272 |
| CHU00032935 | CHU00066922 | CHU00109024 |
| CHU00032940 | CHU00069180 | CHU00117144 |
| CHU00032948 | CHU00071226 | CHU00117458 |
| CHU00033201 | CHU00071475 | CHU00118323 |
| CHU00033227 | CHU00071477 | CHU00119571 |
| CHU00033229 | CHU00071480 | CHU00119823 |
| CHU00034071 | CHU00072808 | CHU00120771 |
| CHU00036377 | CHU00075287 | CHU00121005 |
| CHU00036378 | CHU00075805 | CHU00121161 |
| CHU00036382 | CHU00078587 | CHU00121711 |
| CHU00036384 | CHU00079140 | CHU00121778 |
| CHU00036386 | CHU00080445 | CHU00121960 |
| CHU00036388 | CHU00080893 | CHU00122045 |
| CHU00036390 | CHU00081871 | CHU00122116 |
| CHU00036392 | CHU00087513 | CHU00122171 |
| CHU00036394 | CHU00088029 | CHU00122804 |
| CHU00036396 | CHU00088671 | CHU00122864 |
| CHU00036398 | CHU00089485 | CHU00123024 |
| CHU00036402 | CHU00089496 | CHU00123297 |
| CHU00036404 | CHU00090021 | CHU00123347 |
| CHU00036406 | CHU00093051 | CHU00123358 |
| CHU00036408 | CHU00094753 | CHU00123358 |
| CHU00036410 | CHU00094958 | CHU00123371 |
| CHU00036412 | CHU00095334 | CHU00123375 |
| CHU00036414 | CHU00099330 | CHU00123383 |
| CHU00036416 | CHU00100274 | CHU00123393 |
| CHU00040988 | CHU00102752 | CHU00123428 |
| CHU00040992 | CHU00102864 | CHU00123483 |
| CHU00045143 | CHU00102869 | CHU00123530 |

# Exhibit B: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D. Part 1: Bates Numbered Documents

| | | |
|---|---|---|
| CHU00123561 | CHU00125257 | CHU00281352 |
| CHU00123733 | CHU00125296 | CHU00288227 |
| CHU00123742 | CHU00125374 | CHU00289150 |
| CHU00123746 | CHU00125421 | CHU00289202 |
| CHU00124017 | CHU00125434 | CHU00295705 |
| CHU00124020 | CHU00125652 | CHU00296012 |
| CHU00124022 | CHU00125654 | CHU00297707 |
| CHU00124024 | CHU00125655 | CHU00303245 |
| CHU00124027 | CHU00125657 | CHU00311953 |
| CHU00124030 | CHU00125659 | CHU00318860 |
| CHU00124033 | CHU00125701 | CHU00331635 |
| CHU00124035 | CHU00125713 | CHU00338140 |
| CHU00124099 | CHU00125849 | CHU00358700 |
| CHU00124103 | CHU00125895 | CHU00363098 |
| CHU00124110 | CHU00125993 | CHU00363404 |
| CHU00124116 | CHU00125993 | CHU00363406 |
| CHU00124930 | CHU00126041 | CHU00363560 |
| CHU00124993 | CHU00126131 | CHU00372752 |
| CHU00125001 | CHU00126767 | CHU00373452 |
| CHU00125005 | CHU00136669 | CHU00373851 |
| CHU00125007 | CHU00149423 | CHU00374510 |
| CHU00125098 | CHU00154037 | CHU00375118 |
| CHU00125116 | CHU00154421 | CHU00375215 |
| CHU00125144 | CHU00167398 | CHU00376162 |
| CHU00125146 | CHU00168279 | CHU00376843 |
| CHU00125162 | CHU00169692 | CHU00377474 |
| CHU00125166 | CHU00172484 | CHU00378103 |
| CHU00125168 | CHU00179905 | CHU00380803 |
| CHU00125171 | CHU00188664 | CHU00381353 |
| CHU00125181 | CHU00188951 | CHU00382381 |
| CHU00125185 | CHU00191946 | CHU00382819 |
| CHU00125190 | CHU00193338 | CHU00384083 |
| CHU00125192 | CHU00207940 | CHU00385281 |
| CHU00125195 | CHU00217276 | CHU00386334 |
| CHU00125199 | CHU00250547 | CHU00386769 |
| CHU00125257 | CHU00269383 | CHU00388397 |

# Exhibit B: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D. Part 1: Bates Numbered Documents

| | | |
|---|---|---|
| CHU00391709 | CHU00485646 | CHU00553887 |
| CHU00391781 | CHU00485812 | CHU00571826 |
| CHU00392224 | CHU00488587 | CHU00573812 |
| CHU00393933 | CHU00491786 | CHU00573814 |
| CHU00395198 | CHU00492653 | CHU00576066 |
| CHU00401183 | CHU00492942 | CHU00578883 |
| CHU00402025 | CHU00492950 | CHU00578887 |
| CHU00403247 | CHU00494313 | CHU00597476 |
| CHU00406227 | CHU00499227 | CHU00597733 |
| CHU00413033 | CHU00499423 | CHU00597905 |
| CHU00414733 | CHU00500954 | CHU00597922 |
| CHU00414739 | CHU00500981 | CHU00598215 |
| CHU00416295 | CHU00501008 | CHU00607654 |
| CHU00416469 | CHU00502432 | CHU00607732 |
| CHU00417829 | CHU00507050 | CHU00608095 |
| CHU00417908 | CHU00507374 | CHU00608743 |
| CHU00418449 | CHU00513829 | CHU00611605 |
| CHU00419092 | CHU00515366 | CHU00615130 |
| CHU00419647 | CHU00516814 | CHU00615145 |
| CHU00419667 | CHU00524129 | CHU00615163 |
| CHU00420478 | CHU00524992 | CHU00615181 |
| CHU00421009 | CHU00529073 | CHU00615712 |
| CHU00421095 | CHU00530288 | CHU00616369 |
| CHU00421111 | CHU00530295 | CHU00617790 |
| CHU00421844 | CHU00532295 | CHU00618335 |
| CHU00437643 | CHU00532951 | CHU00624682 |
| CHU00453802 | CHU00532952 | CHU00628470 |
| CHU00454594 | CHU00535641 | CHU00628898 |
| CHU00457257 | CHU00540552 | CHU00629335 |
| CHU00468598 | CHU00545253 | CHU00631948 |
| CHU00473289 | CHU00545730 | CHU00632021 |
| CHU00477126 | CHU00548418 | CHU00632268 |
| CHU00477799 | CHU00549116 | CHU00632378 |
| CHU00478872 | CHU00550362 | CHU00632846 |
| CHU00479250 | CHU00550744 | CHU00633824 |
| CHU00484870 | CHU00550897 | CHU00633902 |

# Exhibit B: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D. Part 1: Bates Numbered Documents

| | | |
|---|---|---|
| CHU00633905 | CHU00648741 | CHU00660446 |
| CHU00633978 | CHU00648816 | CHU00660454 |
| CHU00634479 | CHU00648817 | CHU00660464 |
| CHU00634491 | CHU00648818 | CHU00660476 |
| CHU00634498 | CHU00649654 | CHU00660487 |
| CHU00635046 | CHU00651590 | CHU00660501 |
| CHU00635116 | CHU00653029 | CHU00660515 |
| CHU00636140 | CHU00653030 | CHU00660523 |
| CHU00636165 | CHU00655716 | CHU00660539 |
| CHU00636165 | CHU00655718 | CHU00660549 |
| CHU00636931 | CHU00656459 | CHU00660561 |
| CHU00636933 | CHU00658438 | CHU00660575 |
| CHU00637123 | CHU00659413 | CHU00660586 |
| CHU00637157 | CHU00659671 | CHU00660594 |
| CHU00637563 | CHU00660194 | CHU00660606 |
| CHU00637566 | CHU00660198 | CHU00660616 |
| CHU00637619 | CHU00660200 | CHU00660626 |
| CHU00637620 | CHU00660202 | CHU00660643 |
| CHU00638344 | CHU00660209 | CHU00660656 |
| CHU00639515 | CHU00660213 | CHU00660662 |
| CHU00642834 | CHU00660217 | CHU00660671 |
| CHU00644514 | CHU00660221 | CHU00660681 |
| CHU00644987 | CHU00660225 | CHU00660693 |
| CHU00644988 | CHU00660235 | CHU00660699 |
| CHU00645156 | CHU00660239 | CHU00660709 |
| CHU00645176 | CHU00660247 | CHU00660717 |
| CHU00645177 | CHU00660306 | CHU00660728 |
| CHU00646035 | CHU00660337 | CHU00660729 |
| CHU00646093 | CHU00660366 | CHU00661917 |
| CHU00646730 | CHU00660369 | CHU00673063 |
| CHU00646732 | CHU00660373 | CHU00678247 |
| CHU00646768 | CHU00660383 | CHU00678534 |
| CHU00646803 | CHU00660395 | CHU00678641 |
| CHU00647102 | CHU00660408 | CHU00678721 |
| CHU00647104 | CHU00660426 | CHU00678723 |
| CHU00647932 | CHU00660436 | CHU00678938 |

# Exhibit B: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D. Part 1: Bates Numbered Documents

| | | |
|---|---|---|
| CHU00681869 | CHU00735291 | CHWA00052613 |
| CHU00682158 | CHU00735295 | CHWA00062147 |
| CHU00682227 | CHU00735298 | CHWA00069568 |
| CHU00682979 | CHU00735299 | CHWA00070981 |
| CHU00688567 | CHU00735380 | CHWA00088192 |
| CHU00689347 | CHU00735387 | CHWA00106460 |
| CHU00693069 | CHU00848029 | CHWA00123560 |
| CHU00693080 | CHWA00000001 | CHWA00129231 |
| CHU00700074 | CHWA00000002 | CHWA00129721 |
| CHU00706329 | CHWA00000003 | CHWA00145996 |
| CHU00709991 | CHWA00000004 | CHWA00195847 |
| CHU00718308 | CHWA00000004 | CHWA00197071 |
| CHU00718839 | CHWA00000005 | CHWA00225304 |
| CHU00722454 | CHWA00000006 | CHWA00225321 |
| CHU00725669 | CHWA00000007 | CHWA00225357 |
| CHU00725774 | CHWA00000008 | CHWA00225376 |
| CHU00725833 | CHWA00000009 | CHWA00225402 |
| CHU00732798 | CHWA00000010 | CHWA00225419 |
| CHU00732816 | CHWA00000011 | CHWA00225447 |
| CHU00732831 | CHWA00000012 | CHWA00225465 |
| CHU00734324 | CHWA00000013 | CHWA00225485 |
| CHU00734336 | CHWA00000014 | CHWA00225513 |
| CHU00734349 | CHWA00000014 | CHWA00225530 |
| CHU00734351 | CHWA00000014 | CHWA00225548 |
| CHU00734954 | CHWA00000140 | CHWA00225581 |
| CHU00735065 | CHWA00006416 | CHWA00225597 |
| CHU00735066 | CHWA00010117 | CHWA00225612 |
| CHU00735068 | CHWA00011550 | CHWA00225635 |
| CHU00735070 | CHWA00015235 | CHWA00225663 |
| CHU00735249 | CHWA00017020 | CHWA00225689 |
| CHU00735250 | CHWA00029907 | CHWA00225707 |
| CHU00735251 | CHWA00031589 | CHWA00225735 |
| CHU00735253 | CHWA00032001 | CHWA00225766 |
| CHU00735256 | CHWA00032115 | CHWA00225825 |
| CHU00735283 | CHWA00042517 | CHWA00225848 |
| CHU00735287 | CHWA00048095 | CHWA00225908 |

# Exhibit B: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D. Part 1: Bates Numbered Documents

| | | |
|---|---|---|
| CHWA00225931 | CRT-INGRAM0003 | CRT-INGRAM0039 |
| CHWA00225970 | CRT-INGRAM0004 | CRT-INGRAM0040 |
| CHWA00225988 | CRT-INGRAM0005 | CRT-INGRAM0041 |
| CHWA00226020 | CRT-INGRAM0006 | CRT-INGRAM0042 |
| CHWA00226040 | CRT-INGRAM0007 | CRT-INGRAM0043 |
| CHWA00226056 | CRT-INGRAM0008 | CRT-INGRAM0044 |
| CHWA00226082 | CRT-INGRAM0009 | CRT-INGRAM0045 |
| CHWA00226132 | CRT-INGRAM0010 | CRT-INGRAM0046 |
| CHWA00226162 | CRT-INGRAM0011 | CRT-INGRAM0047 |
| CHWA00226189 | CRT-INGRAM0012 | CRT-INGRAM0048 |
| CHWA00226208 | CRT-INGRAM0013 | CRT-INGRAM0049 |
| CHWA00226236 | CRT-INGRAM0014 | CRT-INGRAM0050 |
| CHWA00239086 | CRT-INGRAM0015 | CRT-INGRAM0051 |
| CHWA00242220 | CRT-INGRAM0016 | CRT-INGRAM0052 |
| CHWA00248458 | CRT-INGRAM0017 | CRT-INGRAM0053 |
| CHWA00252447 | CRT-INGRAM0018 | CRT-INGRAM0054 |
| CHWA00253374 | CRT-INGRAM0019 | CRT-INGRAM0055 |
| CHWA00253494 | CRT-INGRAM0020 | CRT-INGRAM0056 |
| CHWA00253494 | CRT-INGRAM0021 | CRT-INGRAM0057 |
| CHWA00256934 | CRT-INGRAM0022 | CRT-INGRAM0058 |
| CHWA00256935 | CRT-INGRAM0023 | CRT-INGRAM0059 |
| CHWA00256936 | CRT-INGRAM0024 | CRT-INGRAM0060 |
| CHWA00256937 | CRT-INGRAM0025 | CRT-INGRAM0061 |
| COMP_CRT00000001 | CRT-INGRAM0026 | CRT-INGRAM0062 |
| COMP_CRT00000002 | CRT-INGRAM0027 | CRT-INGRAM0063 |
| COMP_CRT00000003 | CRT-INGRAM0028 | CRT-INGRAM0064 |
| CRT-BMART-0000151 | CRT-INGRAM0029 | CRT-INGRAM0065 |
| CRT-BMART-0004170 | CRT-INGRAM0030 | CRT-INGRAM0066 |
| CRT-CC-000001 | CRT-INGRAM0031 | CRT-INGRAM0067 |
| CRT-CC-000001 | CRT-INGRAM0032 | CRT-INGRAM0068 |
| CRT-CC-000001 | CRT-INGRAM0033 | CRT-INGRAM0069 |
| CRT-CC-000001 | CRT-INGRAM0034 | CRT-INGRAM0070 |
| CRT-CPMCM-0000141 | CRT-INGRAM0035 | CRT-INGRAM0071 |
| CRT-ESI-00000236 | CRT-INGRAM0036 | CRT-INGRAM0072 |
| CRT-INGRAM0001 | CRT-INGRAM0037 | CRT-INGRAM0073 |
| CRT-INGRAM0002 | CRT-INGRAM0038 | CRT-INGRAM0074 |

# Exhibit B: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D. Part 1: Bates Numbered Documents

| | | |
|---|---|---|
| CRT-INGRAM0075 | CRT-PCR-0000071 | FOX00001475 |
| CRT-INGRAM0076 | CRT-PCR-0000072 | FOX00007278 |
| CRT-INGRAM0077 | CRT-PCR-0000073 | FOX00008337 |
| CRT-INGRAM0078 | CRT-PCR-0000074 | FOX00012877 |
| CRT-INGRAM0079 | CRT-PCR-0000075 | FOX00013201 |
| CRT-INGRAM0080 | CRT-PCR-0000076 | FOX00013227 |
| CRT-INGRAM0081 | CRT-PCR-0000077 | FOX00013683 |
| CRT-INGRAM0082 | CRT-PCR-0000078 | FOX00017104 |
| CRT-INGRAM0083 | CRT-TWTR-0000051 | FOX00021568 |
| CRT-INGRAM0084 | CRT-TWTR-0000319 | FOX00034021 |
| CRT-INGRAM0085 | CRT-TWTR-0000320 | FOX00034352 |
| CRT-INGRAM0086 | DISP_LCD_000128 | FOX00034682 |
| CRT-INGRAM0087 | DISP_LCD_000129 | FOX00042751 |
| CRT-INGRAM0088 | EIN0001223 | FOX00049579 |
| CRT-INGRAM0089 | EIN0001646 | FOX00050659 |
| CRT-INGRAM0090 | EIN0007630 | FOX00051317 |
| CRT-INGRAM0091 | EIN0008511 | FOX00051331 |
| CRT-INGRAM0092 | EIN0008741 | FOX00053789 |
| CRT-MARTA-0000187 | EIN0012176 | FOX00058998 |
| CRT-MARTA-0043817 | EIN0012319 | FOX00059048 |
| CRT-PCR-0000055 | EIN0012936 | FOX00109753 |
| CRT-PCR-0000056 | EIN0013251 | FOX00150410 |
| CRT-PCR-0000057 | EIN0017699 | FOX00206921 |
| CRT-PCR-0000058 | EIN0045304 | FOX00207286 |
| CRT-PCR-0000059 | EIN0045706 | FOX00247396 |
| CRT-PCR-0000060 | EIN0080519 | FOX00260327 |
| CRT-PCR-0000061 | EIN0091049 | FOX00260842 |
| CRT-PCR-0000062 | EIN0093371 | FOX00261544 |
| CRT-PCR-0000063 | EIN0096752 | FOX00261636 |
| CRT-PCR-0000064 | EIN0097477 | FOX00261734 |
| CRT-PCR-0000065 | EIN0104437 | FOX00263735 |
| CRT-PCR-0000066 | EIN0107208 | FOX00270978 |
| CRT-PCR-0000067 | EIN0109551 | FOX00277735 |
| CRT-PCR-0000068 | EIN0109841 | FOX00286125 |
| CRT-PCR-0000069 | ENV_NAT_00001 | FOX00288335 |
| CRT-PCR-0000070 | ENV_NAT_00002 | FOX00289507 |

# Exhibit B: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D. Part 1: Bates Numbered Documents

| | | |
|---|---|---|
| FOX00349257 | HAS-CRT00053408 | HDP-CRT00019426 |
| FOX00360836 | HAS-CRT00053869 | HDP-CRT00020204 |
| FOX00376373 | HAS-CRT00064973 | HDP-CRT00021038 |
| FOX00377450 | HAS-CRT00065403 | HDP-CRT00022892 |
| HAL-CRT00000052 | HAS-CRT00065516 | HDP-CRT00022897 |
| HAL-CRT00001769 | HAS-CRT00065649 | HDP-CRT00022898 |
| HAL-CRT00001805 | HAS-CRT00065760 | HDP-CRT00022900 |
| HAL-CRT00004153 | HAS-CRT00066029 | HDP-CRT00022911 |
| HAL-CRT00004184 | HAS-CRT00066386 | HDP-CRT00022920 |
| HAL-CRT00004195 | HAS-CRT00068017 | HDP-CRT00023105 |
| HAL-CRT00004579 | HAS-CRT00078086 | HDP-CRT00023144 |
| HAL-CRT00004580 | HAS-CRT00080379 | HDP-CRT00023305 |
| HAL-CRT00004968 | HAS-CRT00082439 | HDP-CRT00023324 |
| HAL-CRT00004975 | HAS-CRT00082439 | HDP-CRT00023360 |
| HAS-CRT00000012 | HAS-CRT00082441 | HDP-CRT00023402 |
| HAS-CRT00000118 | HAS-CRT00082462 | HDP-CRT00023416 |
| HAS-CRT00000567 | HAS-CRT0031108 | HDP-CRT00023427 |
| HAS-CRT00014814 | HDP-CRT00002269 | HDP-CRT00023436 |
| HAS-CRT00017921 | HDP-CRT00004389 | HDP-CRT00023467 |
| HAS-CRT00018558 | HDP-CRT00004406 | HDP-CRT00023506 |
| HAS-CRT00019876 | HDP-CRT00004408 | HDP-CRT00023603 |
| HAS-CRT00020221 | HDP-CRT00004416 | HDP-CRT00023625 |
| HAS-CRT00020567 | HDP-CRT00004468 | HDP-CRT00023725 |
| HAS-CRT00028780 | HDP-CRT00004899 | HDP-CRT00023864 |
| HAS-CRT00030122 | HDP-CRT00005044 | HDP-CRT00024172 |
| HAS-CRT00030131 | HDP-CRT00005257 | HDP-CRT00024225 |
| HAS-CRT00035961 | HDP-CRT00005979 | HDP-CRT00025568 |
| HAS-CRT00036007 | HDP-CRT00007139 | HDP-CRT00025612 |
| HAS-CRT00036054 | HDP-CRT00007631 | HDP-CRT00025646 |
| HAS-CRT00040167 | HDP-CRT000121872 | HDP-CRT00025895 |
| HAS-CRT00040183 | HDP-CRT00018516 | HDP-CRT00025915 |
| HAS-CRT00040396 | HDP-CRT00018516T | HDP-CRT00025921 |
| HAS-CRT00046290 | HDP-CRT00018517 | HDP-CRT00025934 |
| HAS-CRT00046629 | HDP-CRT00018518 | HDP-CRT00025972 |
| HAS-CRT00052549 | HDP-CRT00019300 | HDP-CRT00025985 |
| HAS-CRT00052565 | HDP-CRT00019322 | HDP-CRT00026077 |

# Exhibit B: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D. Part 1: Bates Numbered Documents

| | | |
|---|---|---|
| HDP-CRT00026082 | HDP-CRT00048795 | HDP-CRT00056846 |
| HDP-CRT00026180 | HDP-CRT00048797 | HDP-CRT00057075 |
| HDP-CRT00026189 | HDP-CRT00049201 | HDP-CRT00057240 |
| HDP-CRT00026193 | HDP-CRT00049231 | HDP-CRT00057341 |
| HDP-CRT00026197 | HDP-CRT00049232 | HDP-CRT00058221 |
| HDP-CRT00026227 | HDP-CRT00049270 | HDP-CRT000S1351 |
| HDP-CRT00026234 | HDP-CRT00049280 | HEDUS-CRT00000162 |
| HDP-CRT00026272 | HDP-CRT00049281 | HEDUS-CRT00000165 |
| HDP-CRT00026313 | HDP-CRT00049291 | HEDUS-CRT00000309 |
| HDP-CRT00027193 | HDP-CRT00049313 | HEDUS-CRT00000466 |
| HDP-CRT00027899 | HDP-CRT00049348 | HEDUS-CRT00000578 |
| HDP-CRT00029344 | HDP-CRT00049440 | HEDUS-CRT00000612 |
| HDP-CRT00030309 | HDP-CRT00049520 | HEDUS-CRT00001906 |
| HDP-CRT00031213 | HDP-CRT00050790 | HEDUS-CRT00002029 |
| HDP-CRT00033683 | HDP-CRT00050989 | HEDUS-CRT00002035 |
| HDP-CRT00034248 | HDP-CRT00051179 | HEDUS-CRT00002071 |
| HDP-CRT00034545 | HDP-CRT00051298 | HEDUS-CRT00002177 |
| HDP-CRT00034649 | HDP-CRT00051340 | HEDUS-CRT00002861 |
| HDP-CRT00035179 | HDP-CRT00051344 | HEDUS-CRT00003041 |
| HDP-CRT00037583 | HDP-CRT00051345 | HEDUS-CRT00003070 |
| HDP-CRT00037612 | HDP-CRT00051348 | HEDUS-CRT00003071 |
| HDP-CRT00040299 | HDP-CRT00051354 | HEDUS-CRT00004705 |
| HDP-CRT00043292 | HDP-CRT00051407 | HEDUS-CRT00005200 |
| HDP-CRT00043427 | HDP-CRT00051620 | HEDUS-CRT00005546 |
| HDP-CRT00043450 | HDP-CRT00051622 | HEDUS-CRT00006153 |
| HDP-CRT00044037 | HDP-CRT00051706 | HEDUS-CRT00006365 |
| HDP-CRT00044122 | HDP-CRT00052500 | HEDUS-CRT00007401 |
| HDP-CRT00044868 | HDP-CRT00052669 | HEDUS-CRT00009166 |
| HDP-CRT00047209 | HDP-CRT00055091 | HEDUS-CRT00012186 |
| HDP-CRT00047800 | HDP-CRT00056055 | HEDUS-CRT00014404 |
| HDP-CRT00048049 | HDP-CRT00056159 | HEDUS-CRT00015110 |
| HDP-CRT00048081 | HDP-CRT00056170 | HEDUS-CRT00015540 |
| HDP-CRT00048189 | HDP-CRT00056186 | HEDUS-CRT00017051 |
| HDP-CRT00048232 | HDP-CRT00056188 | HEDUS-CRT00018407 |
| HDP-CRT0004869 | HDP-CRT00056546 | HEDUS-CRT00020788 |
| HDP-CRT00048694 | HDP-CRT00056730 | HEDUS-CRT00020789 |

# Exhibit B: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D. Part 1: Bates Numbered Documents

| | | |
|---|---|---|
| HEDUS-CRT00020790 | HEDUS-CRT00096772 | HEDUS-CRT00160541 |
| HEDUS-CRT00020791 | HEDUS-CRT00096782 | HEDUS-CRT00160800 |
| HEDUS-CRT00020792 | HEDUS-CRT00096793 | HEDUS-CRT00161616 |
| HEDUS-CRT00020793 | HEDUS-CRT00096818 | HEDUS-CRT00162087 |
| HEDUS-CRT00020794 | HEDUS-CRT00096831 | HEDUS-CRT00162777 |
| HEDUS-CRT00022872 | HEDUS-CRT00096837 | HEDUS-CRT00162931 |
| HEDUS-CRT00024760 | HEDUS-CRT00104763 | HEDUS-CRT00163181 |
| HEDUS-CRT00026544 | HEDUS-CRT00125885 | HEDUS-CRT00163693 |
| HEDUS-CRT00029023 | HEDUS-CRT00126016 | HEDUS-CRT00163723 |
| HEDUS-CRT00033182 | HEDUS-CRT00126196 | HEDUS-CRT00164095 |
| HEDUS-CRT00033736 | HEDUS-CRT00126328 | HEDUS-CRT00165925 |
| HEDUS-CRT00034967 | HEDUS-CRT00126463 | HEDUS-CRT00166844 |
| HEDUS-CRT00037581 | HEDUS-CRT00126627 | HEDUS-CRT00168473 |
| HEDUS-CRT00039696 | HEDUS-CRT00146312 | HEDUS-CRT00168774 |
| HEDUS-CRT00042169 | HEDUS-CRT00151290 | HEDUS-CRT00169679 |
| HEDUS-CRT00042450 | HEDUS-CRT00152072 | HEDUS-CRT00171902 |
| HEDUS-CRT00044346 | HEDUS-CRT00152139 | HEDUS-CRT00172022 |
| HEDUS-CRT00046017 | HEDUS-CRT00152139P0001 | HEDUS-CRT00173035 |
| HEDUS-CRT00047779 | HEDUS-CRT00152150 | HEDUS-CRT00174034 |
| HEDUS-CRT00049360 | HEDUS-CRT00152273 | HEDUS-CRT00177346 |
| HEDUS-CRT00049395 | HEDUS-CRT00152762 | HEDUS-CRT00177823 |
| HEDUS-CRT00049400 | HEDUS-CRT00152810 | HEDUS-CRT00179555 |
| HEDUS-CRT00051194 | HEDUS-CRT00154001 | HEDUS-CRT00179555 |
| HEDUS-CRT00060200 | HEDUS-CRT00155212 | HEDUS-CRT00179654 |
| HEDUS-CRT00062277 | HEDUS-CRT00155298 | HEDUS-CRT00179660 |
| HEDUS-CRT00063068 | HEDUS-CRT00155581 | HEDUS-CRT00179696 |
| HEDUS-CRT00063591 | HEDUS-CRT00155907 | HEDUS-CRT00179852 |
| HEDUS-CRT00063642 | HEDUS-CRT00155940 | HEDUS-CRT00183949 |
| HEDUS-CRT00067732 | HEDUS-CRT00156572 | HEDUS-CRT00186930 |
| HEDUS-CRT00071204 | HEDUS-CRT00158208 | HEDUS-CRT00187248 |
| HEDUS-CRT00076244 | HEDUS-CRT00158232 | HEDUS-CRT00187249 |
| HEDUS-CRT00078089 | HEDUS-CRT00159574 | HEDUS-CRT00188863 |
| HEDUS-CRT00081461 | HEDUS-CRT00159817 | HEDUS-CRT00188865 |
| HEDUS-CRT00096742 | HEDUS-CRT00159846 | HEDUS-CRT00188886 |
| HEDUS-CRT00096752 | HEDUS-CRT00159939 | HITDOJCRTCIV00000001 |
| HEDUS-CRT00096762 | HEDUS-CRT00160538 | HTC-CRT00000002 |

# Exhibit B: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D. Part 1: Bates Numbered Documents

| | | |
|---|---|---|
| HTC-CRT00000020 | LGE00009841 | LGE00054431 |
| HTC-CRT00000022 | LGE00009844 | LGE00055218 |
| HTC-CRT00000024 | LGE00009918 | LGE00055875 |
| HTC-CRT00000034 | LGE00010017 | LGE00055878 P-0001 |
| HTC-CRT00000050 | LGE00010071 | LGE00056100 |
| HTC-CRT00000737 | LGE00010193 | LGE00056133 P-0001 |
| JLJ-00000669 | LGE00010355 | LGE00056595 |
| JLJ-00000729 | LGE00010602 | LGE00056600 |
| JLJ-00000781 | LGE00011058 | LGE00056624 |
| JLJ-00000811 | LGE00011209 | LGE00056673 |
| JLJ-00000879 | LGE00042824 | LGE00056677 |
| JLJ-00001080 | LGE00043698 | LGE00056677 |
| JLJ-00002777 | LGE00044913 | LGE00056682 |
| JLJ-00003320 | LGE00046015 | LGE00056687 |
| JLJ-00004628 | LGE00049118 | LGE00056699 |
| KMRT-CRT00000001 | LGE00049228 | LGE00056738 |
| KMRT-CRT00000002 | LGE00050133 | LGE00056819 |
| KMRT-CRT00000003 | LGE00050474 | LGE00056994 |
| KMRT-CRT00000004 | LGE00050755 | LGE00057005 |
| KMRT-CRT00000005 | LGE00050974 | LGE00057009 |
| KMRT-CRT00000006 | LGE00051383 | LGE00057013 |
| KMRT-CRT00000007 | LGE00051520 | LGE00057023 |
| KMRT-CRT00000008 | LGE00051690 | LGE00057028 |
| KMRT-CRT00000009 | LGE00051737 | LGE00057049 |
| KMRT-CRT00000010 | LGE00051939 | LGE00057063 |
| KMRT-CRT00000011 | LGE00051948 | LGE00057081 |
| KMRT-CRT00000012 | LGE00051977 | LGE00057103 |
| KMRT-CRT00000013 | LGE00051978 | LGE00057133 |
| KMRT-CRT00000014 | LGE00052952 | LGE00057134 |
| KMRT-CRT00000015 | LGE00053339 | LGE00057233 |
| KMRT-CRT00000016 | LGE00053385 | LGE00057235 |
| LGE0000054 | LGE00053624 | LGE00057277 |
| LGE00002248 | LGE00053662 | LGE00057293 |
| LGE00005290 | LGE00053684 | LGE00057325 |
| LGE00009413 | LGE00053780 | LGE00057326 |
| LGE00009465 | LGE00054179 | LGE00057330 |

# Exhibit B: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D. Part 1: Bates Numbered Documents

| | | |
|---|---|---|
| LGE00057335 | LGE00057740 | LGE00078775 |
| LGE00057343 | LGE00057741 | LGE00078881 |
| LGE00057344 | LGE00057745 | LGE00079056 |
| LGE00057359 | LGE00057749 | LGE00079473 |
| LGE00057360 | LGE00057771 | LGE00079676 |
| LGE00057363 | LGE00057776 | LGE00081653 |
| LGE00057425 | LGE00057794 | LGE00081655 |
| LGE00057426 | LGE00057814 | LGE00082588 |
| LGE00057461 | LGE00057836 | LGE00082760 |
| LGE00057465 | LGE00057877 | LGE00082762 |
| LGE00057476 | LGE00057908 | LGE00082765 |
| LGE00057480 | LGE00058322 | LGE00083154 |
| LGE00057481 | LGE00059377 | LGE00083841 |
| LGE00057487 | LGE00059504 | LGE00087354 |
| LGE00057487 | LGE00059639 | LGE00088966 |
| LGE00057527 | LGE00059642 | LGE00089293 |
| LGE00057527 | LGE00060500 | LGE00089431 |
| LGE00057547 | LGE00060517 | LGE00091165 |
| LGE00057554 | LGE00060914 | LGE00091898 |
| LGE00057554 | LGE00062760 | LGE00091900 |
| LGE00057560 | LGE00063138 | LGE00091909 |
| LGE00057579 | LGE00064985 | LGE00091912 |
| LGE00057582 | LGE00065495 | LGE00091923 |
| LGE00057582 | LGE00067113 | LGEUSA0000001 |
| LGE00057595 | LGE00067202 | LGEUSA0001061 |
| LGE00057596 | LGE00068402 | LGEUSA0001068 |
| LGE00057596 | LGE00068664 | LGEUSA0001073 |
| LGE00057600 | LGE00069046 | LPD_00000549 |
| LGE00057605 | LGE00069189 | LPD_00000572 |
| LGE00057608 | LGE00069844 | LPD_00000573 |
| LGE00057608 | LGE00070915 | LPD_00000577 |
| LGE00057695 | LGE00073717 | LPD_00000596 |
| LGE00057710 | LGE00074851 | LPD_00001054 |
| LGE00057716 | LGE00076321 | LPD_00001201 |
| LGE00057723 | LGE00076322 | LPD_00001270 |
| LGE00057733 | LGE00077194 | LPD_00001363 |

# Exhibit B: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D. Part 1: Bates Numbered Documents

| | | |
|---|---|---|
| LPD_00001364 | LPD_00003108 | LPD_00005134 |
| LPD_00001428 | LPD_00003109 | LPD_00005418 |
| LPD_00001434 | LPD_00003110 | LPD_00005431 |
| LPD_00001749 | LPD_00003112 | LPD_00005432 |
| LPD_00001750 | LPD_00003404 | LPD_00005433 |
| LPD_00001751 | LPD_00004040 | LPD_00005434 |
| LPD_00001752 | LPD_00004044 | LPD_00005508 |
| LPD_00001753 | LPD_00004135 | LPD_00005516 |
| LPD_00001754 | LPD_00004136 | LPD_00005609 |
| LPD_00001755 | LPD_00004137 | LPD_00005749 |
| LPD_00001756 | LPD_00004138 | LPD_00005772 |
| LPD_00001757 | LPD_00004139 | LPD_00006462 |
| LPD_00001758 | LPD_00004140 | LPD_00006471 |
| LPD_00001963 | LPD_00004141 | LPD_00006654 |
| LPD_00002678 | LPD_00004142 | LPD_00006694 |
| LPD_00002679 | LPD_00004143 | LPD_00007164 |
| LPD_00002680 | LPD_00004144 | LPD_00007571 |
| LPD_00002681 | LPD_00004146 | LPD_00007683 |
| LPD_00002682 | LPD_00004147 | LPD_00007694 |
| LPD_00002683 | LPD_00004148 | LPD_00007728 |
| LPD_00002684 | LPD_00004151 | LPD_00007761 |
| LPD_00002685 | LPD_00004477 | LPD_00007771 |
| LPD_00002686 | LPD_00004573 | LPD_00007788 |
| LPD_00002687 | LPD_00005119 | LPD_00007806 |
| LPD_00002688 | LPD_00005120 | LPD_00007823 |
| LPD_00002689 | LPD_00005121 | LPD_00007850 |
| LPD_00003097 | LPD_00005122 | LPD_00008175 |
| LPD_00003098 | LPD_00005123 | LPD_00008176 |
| LPD_00003099 | LPD_00005124 | LPD_0000821 |
| LPD_00003100 | LPD_00005125 | LPD_00008857 |
| LPD_00003102 | LPD_00005126 | LPD_00008907 |
| LPD_00003103 | LPD_00005127 | LPD_00010442 |
| LPD_00003104 | LPD_00005128 | LPD_00010444 |
| LPD_00003105 | LPD_00005129 | LPD_00010446 |
| LPD_00003106 | LPD_00005130 | LPD_00010452 |
| LPD_00003107 | LPD_00005133 | LPD_00010476 |

# Exhibit B: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D. Part 1: Bates Numbered Documents

| | | |
|---|---|---|
| LPD_00010477 | LPD_00014561 | LPD_00028009 |
| LPD_00010478 | LPD_00014563 | LPD_00029635 |
| LPD_00010479 | LPD_00014564 | LPD_00030139 |
| LPD_00010512 | LPD_00014575 | LPD_00030151 |
| LPD_00010656 | LPD_00014578 | LPD_00030164 |
| LPD_00010728 | LPD_00014581 | LPD_00030766 |
| LPD_00010731 | LPD_00014582 | LPD_00030912 |
| LPD_00010779 | LPD_00014583 | LPD_00031285 |
| LPD_00010786 | LPD_00014592 | LPD_00031288 |
| LPD_00010788 | LPD_00014597 | LPD_00031538 |
| LPD_00010868 | LPD_00014598 | LPD_00031539 |
| LPD_00010875 | LPD_00014945 | LPD_00031540 |
| LPD_00010884 | LPD_00014972 | LPD_00031769 |
| LPD_00010888 | LPD_00014974 | LPD_00033679 |
| LPD_00010918 | LPD_00015216 | LPD_00034186 |
| LPD_00010921 | LPD_00015242 | LPD_00034198 |
| LPD_00010931 | LPD_00015955 | LPD_00034201 |
| LPD_00010955 | LPD_00016784 | LPD_00034203 |
| LPD_00010971 | LPD_00017254 | LPD_00034208 |
| LPD_00010975 | LPD_00019519 | LPD_00034228 |
| LPD_00010987 | LPD_00019895 | LPD_00034241 |
| LPD_00011037 | LPD_00021377 | LPD_00034248 |
| LPD_00011039 | LPD_00023646 | LPD_00034256 |
| LPD_00011053 | LPD_00023660 | LPD_00034480 |
| LPD_00011130 | LPD_00024316 | LPD_00034681 |
| LPD_00011154 | LPD_00024317 | LPD_00034697 |
| LPD_00011155 | LPD_00024318 | LPD_00034709 |
| LPD_00011813 | LPD_00024319 | LPD_00034710 |
| LPD_00013386 | LPD_00024321 | LPD_00034711 |
| LPD_00013423 | LPD_00024322 | LPD_00034712 |
| LPD_00013511 | LPD_00024322 | LPD_00034713 |
| LPD_00013819 | LPD_00024323 | LPD_00034786 |
| LPD_00013836 | LPD_00024324 | LPD_00034787 |
| LPD_00014093 | LPD_00024325 | LPD_00034805 |
| LPD_00014197 | LPD_00024326 | LPD_00034806 |
| LPD_00014554 | LPD_00024327 | LPD_00034809 |

# Exhibit B: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D. Part 1: Bates Numbered Documents

| | | |
|---|---|---|
| LPD_00035549 | LPD-NL00018242 | MTPD-00653133 |
| LPD_00035859 | LPD-NL00031168 | MTPD-00653135 |
| LPD_00035873 | LPD-NL00031186 | MTPD-00653451 |
| LPD_00036154 | LPD-NL00117861 | MTPD-00653452 |
| LPD_00036774 | LPD-NL00170983 | MTPD-00653453 |
| LPD_00037379 | LPD-NL00213432 | MTPD-00653454 |
| LPD_00037407 | LPD-NL00227436 | MTPD-00653455 |
| LPD_00040893 | ME 0001 | MTPD-00653456 |
| LPD_00041016 | ME 0014 | MTPD-00653457 |
| LPD_00041018 | ME 0209 | MTPD-00653459 |
| LPD_00041318 | ME 0212 | MTPD-00653460 |
| LPD_00041447 | MPTD-0497655 | MTPD-00653461 |
| LPD_00041455 | MTPD-0009514 | MTPD-00653462 |
| LPD_00041972 | MTPD-0013142 | MTPD-00653463 |
| LPD_00041973 | MTPD-0014062 | MTPD-00653464 |
| LPD_00042240 | MTPD-0016566 | MTPD-00653465 |
| LPD_00042476 | MTPD-0021647 | MTPD-00653466 |
| LPD_00042478 | MTPD-0024384 | MTPD-00653467 |
| LPD_00042916 | MTPD-0025531 | MTPD-00653468 |
| LPD_00042928 | MTPD-0025632 | MTPD-00653469 |
| LPD_00042928 | MTPD-0025634 | MTPD-00653470 |
| LPD_00042943 | MTPD-0025720 | MTPD-00653473 |
| LPD_00042968 | MTPD-0025802 | MTPD-00653474 |
| LPD_00042989 | MTPD-0026026 | MTPD-00653475 |
| LPD_00043190 | MTPD-0026263 | MTPD-00653476 |
| LPD_00043214 | MTPD-0027035 | MTPD-00653477 |
| LPD_00043238 | MTPD-0032366 | MTPD-00653478 |
| LPD_00043752 | MTPD-0035375 | MTPD-00653479 |
| LPD_00044210 | MTPD-0037897 | MTPD-00653480 |
| LPD_00044227 | MTPD-0038856 | MTPD-00653481 |
| LPD_00044856 | MTPD-0041014 | MTPD-00653484 |
| LPD_00045454 | MTPD-0042010 | MTPD-00653485 |
| LPD_00070972 | MTPD-0042034 | MTPD-00653486 |
| LPD-00000279 | MTPD-0042116 | MTPD-00653487 |
| LPD-00000280 | MTPD-0042484 | MTPD-00653505 |
| LPD-NL00006739 | MTPD-0042738 | MTPD-00653514 |

# Exhibit B: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D. Part 1: Bates Numbered Documents

| | | |
|---|---|---|
| MTPD-00653515 | MTPD-00653613 | MTPD-00653650 |
| MTPD-00653517 | MTPD-00653614 | MTPD-00653651 |
| MTPD-00653521 | MTPD-00653615 | MTPD-00653652 |
| MTPD-00653523 | MTPD-00653616 | MTPD-00653653 |
| MTPD-00653524 | MTPD-00653617 | MTPD-00653654 |
| MTPD-00653525 | MTPD-00653618 | MTPD-00653655 |
| MTPD-00653526 | MTPD-00653619 | MTPD-00653656 |
| MTPD-00653527 | MTPD-00653620 | MTPD-00653657 |
| MTPD-00653528 | MTPD-00653621 | MTPD-00653658 |
| MTPD-00653529 | MTPD-00653622 | MTPD-00653659 |
| MTPD-00653536 | MTPD-00653623 | MTPD-00653660 |
| MTPD-00653546 | MTPD-00653624 | MTPD-00653661 |
| MTPD-00653546 | MTPD-00653625 | MTPD-00653662 |
| MTPD-00653547 | MTPD-00653627 | MTPD-00653663 |
| MTPD-00653549 | MTPD-00653628 | MTPD-00653664 |
| MTPD-00653551 | MTPD-00653629 | MTPD-00653665 |
| MTPD-00653552 | MTPD-00653630 | MTPD-00653666 |
| MTPD-00653559 | MTPD-00653631 | MTPD-00653667 |
| MTPD-00653560 | MTPD-00653632 | MTPD-00653668 |
| MTPD-00653561 | MTPD-00653633 | MTPD-00653669 |
| MTPD-00653584 | MTPD-00653634 | MTPD-00653670 |
| MTPD-00653585 | MTPD-00653635 | MTPD-00653671 |
| MTPD-00653586 | MTPD-00653636 | MTPD-00653672 |
| MTPD-00653587 | MTPD-00653637 | MTPD-00653673 |
| MTPD-00653588 | MTPD-00653638 | MTPD-00653673 |
| MTPD-00653589 | MTPD-00653639 | MTPD-00653674 |
| MTPD-00653590 | MTPD-00653640 | MTPD-00653675 |
| MTPD-00653591 | MTPD-00653641 | MTPD-00653676 |
| MTPD-00653592 | MTPD-00653642 | MTPD-00653677 |
| MTPD-00653594 | MTPD-00653643 | MTPD-00653678 |
| MTPD-00653595 | MTPD-00653644 | MTPD-00653679 |
| MTPD-00653597 | MTPD-00653645 | MTPD-00653680 |
| MTPD-00653598 | MTPD-00653646 | MTPD-00653681 |
| MTPD-00653599 | MTPD-00653647 | MTPD-00653682 |
| MTPD-00653600 | MTPD-00653648 | MTPD-00653683 |
| MTPD-00653612 | MTPD-00653649 | MTPD-00653684 |

# Exhibit B: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D. Part 1: Bates Numbered Documents

| | | |
|---|---|---|
| MTPD-00653685 | MTPD-0086013 | MTPD-0218512 |
| MTPD-00653686 | MTPD-0092115 P-0001 | MTPD-0220066 |
| MTPD-00653687 | MTPD-0094874 | MTPD-0222756 |
| MTPD-00653688 | MTPD-0094876 | MTPD-0223553 |
| MTPD-00653689 | MTPD-0122906 | MTPD-0223727E |
| MTPD-00653690 | MTPD-0126307 | MTPD-0223728 |
| MTPD-00653691 | MTPD-0132012 | MTPD-0223728E |
| MTPD-00653692 | MTPD-0141811 | MTPD-0223790 |
| MTPD-00653693 | MTPD-0153291 | MTPD-0230970 |
| MTPD-00653694 | MTPD-0161403 | MTPD-0233116 |
| MTPD-00653695 | MTPD-0164693 | MTPD-0236375 |
| MTPD-00653696 | MTPD-0165028 | MTPD-0236383 |
| MTPD-00653697 | MTPD-0165126 | MTPD-0238747 |
| MTPD-00653698 | MTPD-0166775 | MTPD-0238939 |
| MTPD-00653706 | MTPD-0167509 | MTPD-0240377 |
| MTPD-00653713 | MTPD-0167709 | MTPD-0244685 |
| MTPD-00653714 | MTPD-0168215 | MTPD-0247084 |
| MTPD-00653737 | MTPD-0171231 | MTPD-0248484 |
| MTPD-00653738 | MTPD-0173688 | MTPD-0250610 |
| MTPD-00653753 | MTPD-0183683 | MTPD-0250938 |
| MTPD-00653758 | MTPD-0194013 | MTPD-0251941 |
| MTPD-00653767 | MTPD-0194999 | MTPD-0257306 |
| MTPD-00653768 | MTPD-0196717 | MTPD-0260906 |
| MTPD-00653777 | MTPD-0198678 | MTPD-0267083 |
| MTPD-00653779 | MTPD-0200766 | MTPD-0275029 |
| MTPD-00653784 | MTPD-0201354 | MTPD-0276412 |
| MTPD-0082527 | MTPD-0201555 | MTPD-0276417 |
| MTPD-0082529 | MTPD-0201556 | MTPD-0280442 |
| MTPD-0082530 | MTPD-0202360 | MTPD-0282214 |
| MTPD-0083564 | MTPD-0202647 | MTPD-0283313 |
| MTPD-0083663 | MTPD-0202847 | MTPD-0291761 |
| MTPD-0084106 | MTPD-0209554 | MTPD-0296403 |
| MTPD-0084222 | MTPD-0209617 | MTPD-0300203 |
| MTPD-0084523 | MTPD-0212628 | MTPD-0303225 |
| MTPD-0085690 | MTPD-0213602 | MTPD-0307367 |
| MTPD-0085883 | MTPD-0214546 | MTPD-0327190 |

# Exhibit B: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D. Part 1: Bates Numbered Documents

| | | |
|---|---|---|
| MTPD-0327723 | MTPD-0401221 | MTPD-0423651 |
| MTPD-0327724 | MTPD-0401222 | MTPD-0423658 |
| MTPD-0327725 | MTPD-0401223 | MTPD-0423668 |
| MTPD-0327726 | MTPD-0401224 | MTPD-0423675 |
| MTPD-0327727 | MTPD-0401225 | MTPD-0423825 |
| MTPD-0327728 | MTPD-0401226 | MTPD-0423916 |
| MTPD-0327729 | MTPD-0401227 | MTPD-0423918 |
| MTPD-0327730 | MTPD-0401463 | MTPD-0423935 |
| MTPD-0330545 | MTPD-0401519 | MTPD-0424152 |
| MTPD-0332860 | MTPD-0403729 | MTPD-0424320 |
| MTPD-0335675 | MTPD-0404366 | MTPD-0425352 |
| MTPD-0336313 | MTPD-0404990 | MTPD-0426017 |
| MTPD-0337961 | MTPD-0408072 | MTPD-0426066 |
| MTPD-0338867 | MTPD-0410018 | MTPD-0426088 |
| MTPD-0343504 | MTPD-0410020 | MTPD-0426099 |
| MTPD-0343877 | MTPD-0410475 | MTPD-0427641 |
| MTPD-0343935E | MTPD-0410562 | MTPD-0428403 |
| MTPD-0343949 | MTPD-0410904 | MTPD-0428439 |
| MTPD-0345134 | MTPD-0413158 | MTPD-0428453 |
| MTPD-0347731 | MTPD-0414263 | MTPD-0428842 |
| MTPD-0400019 | MTPD-0416090 | MTPD-0432713 |
| MTPD-0400021 | MTPD-0417467 | MTPD-0435860 |
| MTPD-0400111 | MTPD-0418116 | MTPD-0436014 |
| MTPD-0400279 | MTPD-0419080 | MTPD-0436378 |
| MTPD-0400554 | MTPD-0419572 | MTPD-0438260 |
| MTPD-0400555 | MTPD-0420756 | MTPD-0438320 |
| MTPD-0400564 | MTPD-0421386 | MTPD-0438871 |
| MTPD-0400569 | MTPD-0421457 | MTPD-0451046 |
| MTPD-0400573 | MTPD-0421698 | MTPD-0454522 |
| MTPD-0400574 | MTPD-0422948 | MTPD-0454526 |
| MTPD-0400578 | MTPD-0423111 | MTPD-0454579 |
| MTPD-0400580 | MTPD-0423166 | MTPD-0455813 |
| MTPD-0400595 | MTPD-0423645 | MTPD-0455816 |
| MTPD-0400597 | MTPD-0423646 | MTPD-0455847 |
| MTPD-0400599 | MTPD-0423648 | MTPD-0457654 |
| MTPD-0401219 | MTPD-0423648 | MTPD-0463507 |

# Exhibit B: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D. Part 1: Bates Numbered Documents

| | | |
|---|---|---|
| MTPD-046823 | MTPD-0497052 | MTPD-0538527 |
| MTPD-0468550 | MTPD-0497280 | MTPD-0540538 |
| MTPD-0468631 | MTPD-0497655 | MTPD-0543148 |
| MTPD-0468754 | MTPD-0504720 | MTPD-0544058 |
| MTPD-0473547 | MTPD-0504721 | MTPD-0544895 |
| MTPD-0479473 | MTPD-0504767 | MTPD-0545662 |
| MTPD-0479632 | MTPD-0504768 (Sheet 1) P-0001 | MTPD-0547357 |
| MTPD-0479660 | | MTPD-0549736 |
| MTPD-0479668 | MTPD-0505719 (Sheet 1) P-0001 | MTPD-0550144 |
| MTPD-0479669 | MTPD-0508516 | MTPD-0550829 |
| MTPD-0479670 | MTPD-0514562 | MTPD-0551610 |
| MTPD-0479681 | MTPD-0514603 | MTPD-0553425 |
| MTPD-0479714 | MTPD-0514606 | MTPD-0559419 |
| MTPD-0479721 | MTPD-0515912 | MTPD-0561182 |
| MTPD-0479725 | MTPD-0516759 | MTPD-0561869 |
| MTPD-0479726 | MTPD-0517540 | MTPD-0561871 |
| MTPD-0479728 | MTPD-0517543 | MTPD-0561895 |
| MTPD-0479732 | MTPD-0517734 | MTPD-0565798 |
| MTPD-0479738 | MTPD-0517933 | MTPD-0570292 |
| MTPD-0479739 | MTPD-0518169 | MTPD-0570796 |
| MTPD-0479742 | MTPD-0518509 | MTPD-0570828 |
| MTPD-0479751 | MTPD-0521744 | MTPD-0570911 |
| MTPD-0479781 | MTPD-0525932 | MTPD-0572750 |
| MTPD-0479837 | MTPD-0526950 | MTPD-0572806 |
| MTPD-0483335 | MTPD-0527744 | MTPD-0573247 |
| MTPD-0483338 | MTPD-0527912 | MTPD-0573591 |
| MTPD-0485511 | MTPD-0527913 | MTPD-0573620 |
| MTPD-0486917 | MTPD-0527914 | MTPD-0573683 |
| MTPD-0490549 | MTPD-0527915 | MTPD-0573703 |
| MTPD-0491751 | MTPD-0527925 | MTPD-0573740 |
| MTPD-0491774 | MTPD-0527925 | MTPD-0573783 |
| MTPD-0492286 | MTPD-0527938 | MTPD-0573796 |
| MTPD-0493549 | MTPD-0527938 | MTPD-0574374 |
| MTPD-0493551 | MTPD-0529560 | MTPD-0575489 |
| MTPD-0493552 | MTPD-0533137 | MTPD-0575634 |
| MTPD-0497049 | MTPD-0533328 | MTPD-0575714 |

# Exhibit B: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D. Part 1: Bates Numbered Documents

| | | |
|---|---|---|
| MTPD-0575940 | MTPD-0605248 | MTPDA_SEC-0692820 |
| MTPD-0575968 | MTPD-0607489 | MTPDA_SEC-0746526 |
| MTPD-0576016 | MTPD-0607496 | MTPDA_SEC-0775526 |
| MTPD-0576023 | MTPD-0607496 | MTPDA_SEC-0794523 |
| MTPD-0576311 | MTPD-0607571 | MTPDA_SEC-0827153 |
| MTPD-0576445 | MTPD-0607585 | MTPDA_SEC-0830214 |
| MTPD-0576458 | MTPD-0607598 | MTPDA_SEC-0830216 |
| MTPD-0576464 | MTPD-0607605 | MTPDA_SEC-0884137 |
| MTPD-0576483 | MTPD-0607728 | MTPDA_SEC-0896104 |
| MTPD-0576489 | MTPD-0607745 | MTPDA_SEC-1050750 |
| MTPD-0576723 | MTPD-0608058 | MTPDA_SEC-1051148 |
| MTPD-0576738 | MTPD-0608932 | MTPDA_SEC-1051557 |
| MTPD-0576804 | MTPD-0610046 | MTPDA_SEC-1051935 |
| MTPD-0576881 | MTPD-0610940 | MTPDA_SEC-1052303 |
| MTPD-0580567 | MTPD-0618135 | MTPDA_SEC-1052728 |
| MTPD-0580726 | MTPD-0622464 | MTPDA_SEC-1053134 |
| MTPD-0580727 | MTPD-0630025 | MTPDA_SEC-1053518 |
| MTPD-0580737 | MTPD-0635167 | MTPDA_SEC-1053906 |
| MTPD-0580741 | MTPD-0637764 | MTPDA_SEC-1054265 |
| MTPD-0580751 | MTPD-0637815 | MTPDA_SEC-1054605 |
| MTPD-0580775 | MTPD-0642663 | MTPDA_SEC-1059623 |
| MTPD-0580782 | MTPD-0652301 | MTPDA_SEC-1111093 |
| MTPD-0580795 | MTPD-0652308 | MTPDA_SEC-1111992 |
| MTPD-0580798 | MTPD-0652308 | MTPDA_SEC-1377349 |
| MTPD-0580812 | MTPD-0652322 | ODP000001 |
| MTPD-0580821 | MTPD-0653054 | ODP000035 |
| MTPD-0580871 | MTPD-0653056 | ODP000049 |
| MTPD-0581343 | MTPD-0653072 | ODP000340 |
| MTPD-0582464 | MTPD-0653079 | ODP000381 |
| MTPD-0583075 | MTPD-0653084 | PAN0000031 |
| MTPD-0583080 | MTPD-0653094 | PC-0000242 |
| MTPD-0583104 | MTPD-0653484 | PC-0000746 |
| MTPD-0587280 | MTPD-490551 | PC-0000783 |
| MTPD-0597225 | MTPDA_SEC-0575817 | PC-0002774 |
| MTPD-0599132 | MTPDA_SEC-0653204 | PC-0003982 |
| MTPD-0599134 | MTPDA_SEC-0666226 | PC-0008749 |

# Exhibit B: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D. Part 1: Bates Numbered Documents

| | | |
|---|---|---|
| PC-0009673 | PHLP-CRT-010948 | PHLP-CRT-021368 |
| PC-0010115 | PHLP-CRT-010963 | PHLP-CRT-022384 |
| PC-0014424 | PHLP-CRT-010965 | PHLP-CRT-023515 |
| PC-0014582 | PHLP-CRT-012076 | PHLP-CRT-023911 |
| PC-0015325 | PHLP-CRT-012360 | PHLP-CRT-024532 |
| PC-0015331 | PHLP-CRT-012378 | PHLP-CRT-024697 |
| PC-0015347 | PHLP-CRT-012646 | PHLP-CRT-024925 |
| PC-0015622 | PHLP-CRT-013087 | PHLP-CRT-025735 |
| PC-0015659 | PHLP-CRT-013620 | PHLP-CRT-025872 |
| PC-0018759 | PHLP-CRT-013964 | PHLP-CRT-026085 |
| PC-0020381 | PHLP-CRT-014038 | PHLP-CRT-026590 |
| PC-0020382 | PHLP-CRT-014085 | PHLP-CRT-027419 |
| PC-0020383 | PHLP-CRT-014141 | PHLP-CRT-027421 |
| PC-0020552 | PHLP-CRT-014144 | PHLP-CRT-027422 |
| PC-0020557 | PHLP-CRT-014272 | PHLP-CRT-027718 |
| PC-0020560 | PHLP-CRT-014275 | PHLP-CRT-027766 |
| PC-0020562 | PHLP-CRT-014292 | PHLP-CRT-027856 |
| PENAC000273 | PHLP-CRT-014586 | PHLP-CRT-028050 |
| PENAC-DOJ-0000713 | PHLP-CRT-014819 | PHLP-CRT-028162 |
| PHLP-CRT-001323 | PHLP-CRT-014819 | PHLP-CRT-029512 |
| PHLP-CRT-001557 | PHLP-CRT-014823 | PHLP-CRT-029673 |
| PHLP-CRT-002306 | PHLP-CRT-014823 | PHLP-CRT-029676 |
| PHLP-CRT-003818 | PHLP-CRT-015235 | PHLP-CRT-030355 |
| PHLP-CRT-005242 | PHLP-CRT-015377 | PHLP-CRT-030703 |
| PHLP-CRT-005855 | PHLP-CRT-015381 | PHLP-CRT-030989 |
| PHLP-CRT-006057 | PHLP-CRT-015551 | PHLP-CRT-033556 |
| PHLP-CRT-006657 | PHLP-CRT-015551 | PHLP-CRT-034139 |
| PHLP-CRT-006745 | PHLP-CRT-016207 | PHLP-CRT-034835 |
| PHLP-CRT-006753 | PHLP-CRT-016944 | PHLP-CRT-034835 |
| PHLP-CRT-007941 | PHLP-CRT-017191 | PHLP-CRT-035014 |
| PHLP-CRT-009137 | PHLP-CRT-017195 | PHLP-CRT-035016 |
| PHLP-CRT-009518 | PHLP-CRT-017799 | PHLP-CRT-035382 |
| PHLP-CRT-009807 | PHLP-CRT-019191 | PHLP-CRT-038225 |
| PHLP-CRT-010175 | PHLP-CRT-020258 | PHLP-CRT-038749 |
| PHLP-CRT-010533 | PHLP-CRT-020283 | PHLP-CRT-039598 |
| PHLP-CRT-010945 | PHLP-CRT-021368 | PHLP-CRT-039880 |

# Exhibit B: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D. Part 1: Bates Numbered Documents

PHLP-CRT-041475

PHLP-CRT-042025

PHLP-CRT-042450

PHLP-CRT-047867

PHLP-CRT-047878

PHLP-CRT-048267

PHLP-CRT-048269

PHLP-CRT-049353

PHLP-CRT-049357

PHLP-CRT-050266

PHLP-CRT-050787

PHLP-CRT-050960

PHLP-CRT-051472

PHLP-CRT-051753

PHLP-CRT-051982

PHLP-CRT-052781

PHLP-CRT-053426

PHLP-CRT-053466

PHLP-CRT-053781

PHLP-CRT-053815

PHLP-CRT-056099

PHLP-CRT-059614

PHLP-CRT-062180

PHLP-CRT-065480

PHLP-CRT-067513

PHLP-CRT-067782

PHLP-CRT-067904

PHLP-CRT-069175

PHLP-CRT-069570

PHLP-CRT-070774

PHLP-CRT-071566

PHLP-CRT-071977

PHLP-CRT-072002

PHLP-CRT-072311

PHLP-CRT-072392

PHLP-CRT-072839

PHLP-CRT-072983

PHLP-CRT-076881

PHLP-CRT-077930

PHLP-CRT-078331

PHLP-CRT-078366

PHLP-CRT-078887

PHLP-CRT-079191

PHLP-CRT-079204

PHLP-CRT-080037

PHLP-CRT-080275

PHLP-CRT-080277

PHLP-CRT-080289

PHLP-CRT-080312

PHLP-CRT-080351

PHLP-CRT-080376

PHLP-CRT-080573

PHLP-CRT-080623

PHLP-CRT-081171

PHLP-CRT-081370

PHLP-CRT-081451

PHLP-CRT-081746

PHLP-CRT-081748

PHLP-CRT-081982

PHLP-CRT-081989

PHLP-CRT-082072

PHLP-CRT-082464

PHLP-CRT-082631

PHLP-CRT-084116

PHLP-CRT-084315

PHLP-CRT-085339 (File 1) P-0001

PHLP-CRT-086270

PHLP-CRT-087483

PHLP-CRT-088261

PHLP-CRT-088263

PHLP-CRT-088450

PHLP-CRT-088752

PHLP-CRT-088753

PHLP-CRT-089512

PHLP-CRT-089518

PHLP-CRT-089716

PHLP-CRT-089887

PHLP-CRT-090156

PHLP-CRT-091378

PHLP-CRT-092187

PHLP-CRT-092570

PHLP-CRT-092606

PHLP-CRT-095492

PHLP-CRT-095505

PHLP-CRT-095537

PHLP-CRT-095826

PHLP-CRT-095826

PHLP-CRT-095826

PHLP-CRT-095919

PHLP-CRT-096125

PHLP-CRT-097351

PHLP-CRT-097975

PHLP-CRT-098241

PHLP-CRT-098244

PHLP-CRT-099333

PHLP-CRT-106080

PHLP-CRT-113437

PHLP-CRT-123025

PHLP-CRT-123437

PHLP-CRT-130382

PHLP-CRT-130382

PHLP-CRT-130383

PHLP-CRT-130383

PHLP-CRT-130384

PHLP-CRT-130384

PHLP-CRT-130385

PHLP-CRT-130386

PHLP-CRT-130387

# Exhibit B: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D. Part 1: Bates Numbered Documents

| | | |
|---|---|---|
| PHLP-CRT-130388 | RADS_CRT_00000005 | SDCRT-0002416 |
| PHLP-CRT-130389 | RADS_CRT_00000006 | SDCRT-0002423 |
| PHLP-CRT-130390 | RADS_CRT_00000007 | SDCRT-0002448 |
| PHLP-CRT-130391 | RADS_CRT_00000008 | SDCRT-0002478 |
| PHLP-CRT-131584 | RADS_CRT_00000009 | SDCRT-0002488 |
| PNA-0017752 | RADS_CRT_00000010 | SDCRT-0002506 |
| PNA-0021689 | SDCR T-0051697 | SDCRT-0002514 |
| PNA-0021689 | SDCR T-0089060 | SDCRT-0002515 |
| PNA-0027169 | SDCRT-0000006 | SDCRT-0002526 |
| PNA-0027170 | SDCRT-0000039 | SDCRT-0002533 |
| PNA-0027171 | SDCRT-0000121 | SDCRT-0002543 |
| PNA-0027172 | SDCRT-0000258 | SDCRT-0002562 |
| PNA-0027173 | SDCRT-0000291 | SDCRT-0002567 |
| PNA-0027174 | SDCRT-0000426 | SDCRT-0002582 |
| PNA-0027182 | SDCRT-0000469 | SDCRT-0002584 |
| PTC-00000796 | SDCRT-0000523 | SDCRT-0002585 |
| PTC-00001149 | SDCRT-0000664 | SDCRT-0002588 |
| PTC-00001189 | SDCRT-0001619 | SDCRT-0002593 |
| PTC-00006474 | SDCRT-0001654 | SDCRT-0002595 |
| PTC-00006522 | SDCRT-0001675 | SDCRT-0002984 |
| PTC-00006549 | SDCRT-0001715 | SDCRT-0002998 |
| PTC-00006552 | SDCRT-0001750 | SDCRT-0003034 |
| PTC-00006564 | SDCRT-0001818 | SDCRT-0003036 |
| PTC-00006608 | SDCRT-0001846 | SDCRT-0003084 |
| PTC-00007205 | SDCRT-0001854 | SDCRT-0005170 |
| PTC-00007223 | SDCRT-0002028 | SDCRT-0005180 |
| PTC-00007239 | SDCRT-0002029 | SDCRT-0005645 |
| PTC-00007512 | SDCRT-0002130 | SDCRT-0005709 |
| PTC-00007644 | SDCRT-0002203 | SDCRT-0005717 |
| PTC-00008160 | SDCRT-0002283 | SDCRT-0005813 |
| PTC-00008572 | SDCRT-0002363 | SDCRT-0005818 |
| PTC-00008609 | SDCRT-0002375 | SDCRT-0005830 |
| PTC-00009040 | SDCRT-0002412 | SDCRT-0005831 |
| RADS_CRT_00000002 | SDCRT-0002413 | SDCRT-0005854 |
| RADS_CRT_00000003 | SDCRT-0002414 | SDCRT-0005856 |
| RADS_CRT_00000004 | SDCRT-0002415 | SDCRT-0005874 |

# Exhibit B: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D. Part 1: Bates Numbered Documents

| | | |
|---|---|---|
| SDCRT-0005888 | SDCRT-0007173 | SDCRT-0013439 |
| SDCRT-0005903 | SDCRT-0007237 | SDCRT-0013856 |
| SDCRT-0005929 | SDCRT-0007239 | SDCRT-0016638 |
| SDCRT-0005933 | SDCRT-0007275 | SDCRT-0020190 |
| SDCRT-0005941 | SDCRT-0007276 | SDCRT-0020516 |
| SDCRT-0005944 | SDCRT-0007277 | SDCRT-0020517 |
| SDCRT-0005949 | SDCRT-0007280 | SDCRT-0020549 |
| SDCRT-000598 | SDCRT-0007282 | SDCRT-0020688 |
| SDCRT-0005996 | SDCRT-0007538 | SDCRT-0020884 |
| SDCRT-0006041 | SDCRT-0007539 | SDCRT-0021274 |
| SDCRT-0006043 | SDCRT-0007580 | SDCRT-0021278 |
| SDCRT-0006266 | SDCRT-0007585 | SDCRT-0021338 |
| SDCRT-0006307 | SDCRT-0007588 | SDCRT-0021359 |
| SDCRT-0006345 | SDCRT-0007599 | SDCRT-0022048 |
| SDCRT-0006370 | SDCRT-0007602 | SDCRT-0022060 |
| SDCRT-0006442 | SDCRT-0007609 | SDCRT-0022235 |
| SDCRT-0006510 | SDCRT-0007615 | SDCRT-0022272 |
| SDCRT-0006513 | SDCRT-0008688 | SDCRT-0022273 |
| SDCRT-0006587 | SDCRT-00087007 | SDCRT-0022449 |
| SDCRT-0006593 | SDCRT-0008729 | SDCRT-0022644 |
| SDCRT-0006632 | SDCRT-0008901 | SDCRT-0022644 |
| SDCRT-0006670 | SDCRT-0008946 | SDCRT-0023349 |
| SDCRT-0006674 | SDCRT-0008960 | SDCRT-0023958 |
| SDCRT-0006858 | SDCRT-0009076 | SDCRT-0024499 |
| SDCRT-0006868 | SDCRT-0009115 | SDCRT-0028159 |
| SDCRT-0006870 | SDCRT-0009585 | SDCRT-0028608 |
| SDCRT-0006903 | SDCRT-0009709 | SDCRT-0029302 |
| SDCRT-0006920 | SDCRT-0009853 | SDCRT-0029337 |
| SDCRT-0006927 | SDCRT-0009956 | SDCRT-0029972 |
| SDCRT-0006928 | SDCRT-0011038P-0001 | SDCRT-0030338 |
| SDCRT-0007101 | SDCRT-0011363 | SDCRT-0030556 |
| SDCRT-0007125 | SDCRT-0011436 | SDCRT-0030670 |
| SDCRT-0007128 | SDCRT-0011436 | SDCRT-0031594 |
| SDCRT-0007139 | SDCRT-0011511 | SDCRT-0031662 |
| SDCRT-0007145 | SDCRT-0011573 | SDCRT-0033489 |
| SDCRT-0007161 | SDCRT-0012333 | SDCRT-0033533 |

# Exhibit B: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D. Part 1: Bates Numbered Documents

| | | |
|---|---|---|
| SDCRT-0038018 | SDCRT-0065945 | SDCRT-0073438 |
| SDCRT-0042754 | SDCRT-0066018 | SDCRT-0073616 |
| SDCRT-0045335 | SDCRT-0066089 | SDCRT-0074186 |
| SDCRT-0045335P-0001 | SDCRT-0066158 | SDCRT-0074223 |
| SDCRT-0048512 | SDCRT-0066159 | SDCRT-0074877 |
| SDCRT-0048629 | SDCRT-0066181 | SDCRT-0075055 |
| SDCRT-0048630 | SDCRT-0066416 | SDCRT-0075391 |
| SDCRT-0049039 | SDCRT-0066472 | SDCRT-0075394 |
| SDCRT-0051274 | SDCRT-0066492 | SDCRT-0076382 |
| SDCRT-0051456 | SDCRT-0066803 | SDCRT-0076707 |
| SDCRT-0051464 | SDCRT-0066930 | SDCRT-0076727 |
| SDCRT-0051640 | SDCRT-0067279 | SDCRT-0076728 |
| SDCRT-0051698 | SDCRT-0067364 | SDCRT-0076841 |
| SDCRT-0051721 | SDCRT-0067736 | SDCRT-0076899 |
| SDCRT-0052170 | SDCRT-0067744 | SDCRT-0076900 |
| SDCRT-0052319 | SDCRT-0067998 | SDCRT-0076901 |
| SDCRT-0053662 | SDCRT-0067999 | SDCRT-0076953 |
| SDCRT-0054114 | SDCRT-0068746 | SDCRT-0076954 |
| SDCRT-0054235 | SDCRT-0068849 | SDCRT-0077730 |
| SDCRT-0054528 | SDCRT-0068870 | SDCRT-0077779 |
| SDCRT-0054528 | SDCRT-0068880 | SDCRT-0077828 |
| SDCRT-0055306 | SDCRT-0069086 | SDCRT-0077924 |
| SDCRT-0055339 | SDCRT-0069574 | SDCRT-0079381 |
| SDCRT-0059164 | SDCRT-0069645 | SDCRT-0079454 |
| SDCRT-0060513P-0001 | SDCRT-0070098 | SDCRT-0079461 |
| SDCRT-0061968 | SDCRT-0070913 | SDCRT-0080694 |
| SDCRT-0062012 | SDCRT-0071148 | SDCRT-0082616 |
| SDCRT-006287 | SDCRT-0071229 | SDCRT-0083118 |
| SDCRT-0063639 | SDCRT-0071831 | SDCRT-0083119 |
| SDCRT-0063672 | SDCRT-0072112 | SDCRT-0083119.1 |
| SDCRT-0063673 | SDCRT-0072527 | SDCRT-0083119.2 |
| SDCRT-0063803 | SDCRT-0072705 | SDCRT-0084985 |
| SDCRT-0063870 | SDCRT-0072774 | SDCRT-0085141 |
| SDCRT-0063965 | SDCRT-0072779 | SDCRT-0085394 |
| SDCRT-0065518 | SDCRT-0073107 | SDCRT-0085535 |
| SDCRT-0065639 | SDCRT-0073140 | SDCRT-0086208 |

# Exhibit B: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D. Part 1: Bates Numbered Documents

| | | |
|---|---|---|
| SDCRT-0086211 | SDCRT-0086443 | SDCRT-0086662 |
| SDCRT-0086217 | SDCRT-0086445 | SDCRT-0086665 |
| SDCRT-0086221 | SDCRT-0086449 | SDCRT-0086672 |
| SDCRT-0086224 | SDCRT-0086460 | SDCRT-0086675 |
| SDCRT-0086230 | SDCRT-0086473 | SDCRT-0086690 |
| SDCRT-0086238 | SDCRT-0086480 | SDCRT-0086691 |
| SDCRT-0086245 | SDCRT-0086481 | SDCRT-0086698 |
| SDCRT-0086247 | SDCRT-0086482 | SDCRT-0086700 |
| SDCRT-0086248 | SDCRT-0086485 | SDCRT-0086703 |
| SDCRT-0086249 | SDCRT-0086487 | SDCRT-0086722 |
| SDCRT-0086253 | SDCRT-0086489 | SDCRT-0086733 |
| SDCRT-0086256 | SDCRT-0086500 | SDCRT-0086751 |
| SDCRT-0086256 | SDCRT-0086503 | SDCRT-0086788 |
| SDCRT-0086270 | SDCRT-0086512 | SDCRT-0086831 |
| SDCRT-0086292 | SDCRT-0086532 | SDCRT-0086903 |
| SDCRT-0086294 | SDCRT-0086537 | SDCRT-0086923 |
| SDCRT-0086296 | SDCRT-0086541 | SDCRT-0086952 |
| SDCRT-0086303 | SDCRT-0086545 | SDCRT-0087007 |
| SDCRT-0086309 | SDCRT-0086546 | SDCRT-0087015 |
| SDCRT-0086313 | SDCRT-0086551 | SDCRT-0087107 |
| SDCRT-0086318 | SDCRT-0086557 | SDCRT-0087178 |
| SDCRT-0086332 | SDCRT-0086561 | SDCRT-0087207 |
| SDCRT-0086341 | SDCRT-0086563 | SDCRT-0087312 |
| SDCRT-0086347 | SDCRT-0086569 | SDCRT-0087314 |
| SDCRT-0086352 | SDCRT-0086577 | SDCRT-0087316 |
| SDCRT-0086356 | SDCRT-0086584 | SDCRT-0087324 |
| SDCRT-0086359 | SDCRT-0086586 | SDCRT-0087331 |
| SDCRT-0086364 | SDCRT-0086593 | SDCRT-0087340 |
| SDCRT-0086373 | SDCRT-0086597 | SDCRT-0087349 |
| SDCRT-0086416 | SDCRT-0086599 | SDCRT-0087371 |
| SDCRT-0086419 | SDCRT-0086605 | SDCRT-0087381 |
| SDCRT-0086421 | SDCRT-0086632 | SDCRT-0087393 |
| SDCRT-0086425 | SDCRT-0086641 | SDCRT-0087399 |
| SDCRT-0086427 | SDCRT-0086646 | SDCRT-0087405 |
| SDCRT-0086434 | SDCRT-0086649 | SDCRT-0087408 |
| SDCRT-0086441 | SDCRT-0086652 | SDCRT-0087411 |

# Exhibit B: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D. Part 1: Bates Numbered Documents

| | | |
|---|---|---|
| SDCRT-0087414 | SDCRT-0087953 | SDCRT-0090233 |
| SDCRT-0087417 | SDCRT-0087963 | SDCRT-0090253 |
| SDCRT-0087427 | SDCRT-0087970 | SDCRT-0090258 |
| SDCRT-0087436 | SDCRT-0088012 | SDCRT-0090278 |
| SDCRT-0087437 | SDCRT-0088466 | SDCRT-0090280 |
| SDCRT-0087441 | SDCRT-0088525 | SDCRT-0090283 |
| SDCRT-0087464 | SDCRT-0088635 | SDCRT-0090292 |
| SDCRT-0087467 | SDCRT-0088661 | SDCRT-0090299 |
| SDCRT-0087525 | SDCRT-0088675 | SDCRT-0090302 |
| SDCRT-0087526 | SDCRT-0088681 | SDCRT-0090306 |
| SDCRT-0087662 | SDCRT-0088705 | SDCRT-0090312 |
| SDCRT-0087664 | SDCRT-0088713 | SDCRT-0090314 |
| SDCRT-0087667 | SDCRT-0088715 | SDCRT-0090316 |
| SDCRT-0087673 | SDCRT-0088720 | SDCRT-0090319 |
| SDCRT-0087675 | SDCRT-0088726 | SDCRT-0090322 |
| SDCRT-0087679 | SDCRT-0088732 | SDCRT-0090328 |
| SDCRT-0087685 | SDCRT-0088738 | SDCRT-0090339 |
| SDCRT-0087694 | SDCRT-0088740 | SDCRT-0090350 |
| SDCRT-0087700 | SDCRT-0088743 | SDCRT-0090354 |
| SDCRT-0087705 | SDCRT-0088763 | SDCRT-0090355 |
| SDCRT-0087708 | SDCRT-0088773 | SDCRT-0090846 |
| SDCRT-0087719 | SDCRT-0088791 | SDCRT-0091027 |
| SDCRT-0087737 | SDCRT-0088807 | SDCRT-0091351 |
| SDCRT-0087741 | SDCRT-0088819 | SDCRT-0091353 |
| SDCRT-0087743 | SDCRT-0088826 | SDCRT-0091364 |
| SDCRT-0087745 | SDCRT-0088846 | SDCRT-0091367 |
| SDCRT-0087790 | SDCRT-0089035 | SDCRT-0091371 |
| SDCRT-0087926 | SDCRT-0089076 | SDCRT-0091372 |
| SDCRT-0087928 | SDCRT-0089091 | SDCRT-0091374 |
| SDCRT-0087930 | SDCRT-0089426 | SDCRT-0091377 |
| SDCRT-0087931 | SDCRT-0090157 | SDCRT-0091382 |
| SDCRT-0087932 | SDCRT-0090167 | SDCRT-0091384 |
| SDCRT-0087934 | SDCRT-0090174 | SDCRT-0091397 |
| SDCRT-0087938 | SDCRT-0090180 | SDCRT-0091400 |
| SDCRT-0087941 | SDCRT-0090197 | SDCRT-0091402 |
| SDCRT-0087944 | SDCRT-0090210 | SDCRT-0091491 |

# Exhibit B: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D. Part 1: Bates Numbered Documents

| | | |
|---|---|---|
| SDCRT-0091505 | SDCRT-0160057 | SDCRT-0203191 |
| SDCRT-0091524 | SDCRT-0161561 | SDCRT-0203195 |
| SDCRT-0091531 | SDCRT-0170843 | SDCRT-0203199 |
| SDCRT-0091537 | SDCRT-0173566 | SDCRT-0203259 |
| SDCRT-0091543 | SDCRT-0174442 | SDCRT-0203300 |
| SDCRT-0091584 | SDCRT-0175114 | SDCRT-0203406 |
| SDCRT-0091599 | SDCRT-0175930 | SDCRT-0203542 |
| SDCRT-0091605 | SDCRT-0176803 | SDCRT-0203789 |
| SDCRT-0091616 | SDCRT-0178236 | SDCRT-0203797 |
| SDCRT-0091628 | SDCRT-0179866 | SDCRT-0203836 |
| SDCRT-0091634 | SDCRT-0190375 | SDCRT-0203840 |
| SDCRT-0091643 | SDCRT-0193053 | SDCRT-0203858 |
| SDCRT-0091648 | SDCRT-0199834 | SDCRT-0204010 |
| SDCRT-0091656 | SDCRT-0201291 | SDCRT-0204095 |
| SDCRT-0091661 | SDCRT-0201303 | SDCRT-0204150 |
| SDCRT-0091668 | SDCRT-0201306 | SDCRT-0209855 |
| SDCRT-0091674 | SDCRT-0201307 | SDCRT-0211127 |
| SDCRT-0091680 | SDCRT-0201308 | SDCRT-0211473 |
| SDCRT-0091687 | SDCRT-0201310 | SDCRT-021272 |
| SDCRT-0091692 | SDCRT-0201311 | SDCRT-0213826 |
| SDCRT-0091703 | SDCRT-0201334 | SDCRT-0213996 |
| SDCRT-0091710 | SDCRT-0201335 | SDCRT-0214781 |
| SDCRT-0091715 | SDCRT-0201336 | SDCRT-0214786 |
| SDCRT-0091742 | SDCRT-0201337 | SDCRT-0215655 |
| SDCRT-0091836 | SDCRT-0201578 | SDCRT-0215665 |
| SDCRT-0091843 | SDCRT-0201579 | SDCRT-0215903 |
| SDCRT-0091852 | SDCRT-0201727 | SDCRT-0216503 |
| SDCRT-0091855 | SDCRT-0201940 | SDCRT-0216554 |
| SDCRT-0091891 | SDCRT-0202095 | SDOC0483 |
| SDCRT-0091903 | SDCRT-0202677 | SEAI-00342506 |
| SDCRT-0093349 | SDCRT-0202795 | SEAI-CRT-00000042 |
| SDCRT-0093913 | SDCRT-0202796 | SEAI-CRT-00000052 |
| SDCRT-0093949 | SDCRT-0202981 | SEAI-CRT-00000056 |
| SDCRT-0096635 | SDCRT-0203164 | SEAI-CRT-00000122 |
| SDCRT-0104771 | SDCRT-0203189 | SEAI-CRT-00000163 |
| SDCRT-0139342 | SDCRT-0203190 | SEAI-CRT-00000312 |

# Exhibit B: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D. Part 1: Bates Numbered Documents

| | | |
|---|---|---|
| SEAI-CRT-00003951 | SEAI-CRT-00297564 | SHARP-CRT-00000005 |
| SEAI-CRT-00025857 | SEAI-CRT-00383647 | SHARP-CRT-00000129 |
| SEAI-CRT-00035855 | SEAI-CRT-00489368 | SHARP-CRT-00000130 |
| SEAI-CRT-00042508 | SEAI-CRT-00518902 | SHARP-CRT-00000140 |
| SEAI-CRT-00042833 | SEAI-CRT-00541784 | SHARP-CRT-00000141 |
| SEAI-CRT-00050544 | SEAI-CRT-00587793 | SHARP-CRT-0000645 |
| SEAI-CRT-00051749 | SEAI-CRT-00587817 | SHARP-CRT-0000666 |
| SEAI-CRT-00059368 | SEAI-CRT-00639921 | SHARP-CRT-0000667 |
| SEAI-CRT-00061769 | SEAI-CRT-00643130 | SHARP-CRT-0000668 |
| SEAI-CRT-00062109 | SEAI-CRT-00643131 | SHARP-CRT-00025161 |
| SEAI-CRT-00071041 | SEAI-CRT-00244932 | SHARP-CRT-00025162 |
| SEAI-CRT-00071222 | SEAI-CRT-00342235 | SHARP-CRT-00025178 |
| SEAI-CRT-00074731 | SEAR_CRT00000007 | SHARP-CRT-00025179 |
| SEAI-CRT-00075559 | SEAR_CRT00000011 | TACP-CRT-00021819 |
| SEAI-CRT-00075842 | SEAR_CRT00000012 | TACP-CRT-00056285 |
| SEAI-CRT-00079762 | SEAR_CRT00000013 | TACP-CRT-00058370 |
| SEAI-CRT-00079762 | SEAR_CRT00000014 | TACP-CRT-00058971 |
| SEAI-CRT-00085285 | SEAR_CRT00000015 | TACP-CRT-00059130 |
| SEAI-CRT-00088186 | SEAR_CRT00000016 | TACP-CRT-00060531 |
| SEAI-CRT-00101961 | SEAR_CRT00000017 | TACP-CRT-00075852 |
| SEAI-CRT-00112061 | SEAR_CRT00000018 | TACP-CRT-00096471 |
| SEAI-CRT-00165559 | SEAR_CRT00000019 | TACP-CRT-00096980 |
| SEAI-CRT-00174183 | SEAR_CRT00000020 | TACP-CRT-00109302 |
| SEAI-CRT-00178170 | SEAR_CRT00000021 | TACP-CRT-00115472 |
| SEAI-CRT-00183467 | SEAR_CRT00000022 | TAEC-CRT-00004748 |
| SEAI-CRT-00207761 | SEC-CRT-00000001 | TAEC-CRT-00006212 |
| SEAI-CRT-00207850 | SEC-CRT-00000014 | TAEC-CRT-00010225 |
| SEAI-CRT-00223186 | SEC-CRT-00000015 | TAEC-CRT-00010351 |
| SEAI-CRT-00246797 | SEC-CRT-00000018 | TAEC-CRT-00010411 |
| SEAI-CRT-00258562 | SEC-CRT-00017535 | TAEC-CRT-00011248 |
| SEAI-CRT-00266328 | SEC-CRT-00018058 | TAEC-CRT-00014236 |
| SEAI-CRT-00280247 | SEC-CRT-00018388 | TAEC-CRT-00016370 |
| SEAI-CRT-00280573 | SHARP-CRT-00000001 | TAEC-CRT-00016371 |
| SEAI-CRT-00280573 | SHARP-CRT-00000002 | TAEC-CRT-00016372 |
| SEAI-CRT-00295237 | SHARP-CRT-00000003 | TAEC-CRT-00016373 |
| SEAI-CRT-00295237 | SHARP-CRT-00000004 | TAEC-CRT-00018123 |

# Exhibit B: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D. Part 1: Bates Numbered Documents

| | | |
|---|---|---|
| TAEC-CRT-00020718 | TAEC-CRT-00071371 | TAEC-CRT-0069157 |
| TAEC-CRT-00021577 | TAEC-CRT-00071857 | TAIS-CRT-00000043 |
| TAEC-CRT-00023685 | TAEC-CRT-00071992 | TAIS-CRT-00000276 |
| TAEC-CRT-00025345 | TAEC-CRT-00072276 | TAIS-CRT-00000539 |
| TAEC-CRT-00026960 | TAEC-CRT-00073150 | TARG_CRT00000023 |
| TAEC-CRT-00038135 | TAEC-CRT-00073542 | TARG_CRT00000027 |
| TAEC-CRT-00038136 | TAEC-CRT-00074548 | TARG_CRT00000031 |
| TAEC-CRT-00041437 | TAEC-CRT-00075228 | TARG_CRT00000035 |
| TAEC-CRT-00041564 | TAEC-CRT-00075228 | TARG_CRT00000039 |
| TAEC-CRT-00041604 | TAEC-CRT-00079825 | TARG_CRT00000043 |
| TAEC-CRT-00041740 | TAEC-CRT-00081255 | TARG_CRT00000047 |
| TAEC-CRT-00042216 | TAEC-CRT-00082897 | TARG_CRT00000052 |
| TAEC-CRT-00042455 | TAEC-CRT-00083156 | TDCRT-0000001 |
| TAEC-CRT-00042456 | TAEC-CRT-00084530 | TDCRT-0000002 |
| TAEC-CRT-00042457 | TAEC-CRT-00085136 | TDCRT-0000003 |
| TAEC-CRT-00042462 | TAEC-CRT-00086253 | TDCRT-0000004 |
| TAEC-CRT-00042463 | TAEC-CRT-00087223 | TDCRT-0000005 |
| TAEC-CRT-00049876 | TAEC-CRT-00087962 | TDCRT-0000006 |
| TAEC-CRT-00054831 | TAEC-CRT-00087962 | TDCRT-0000007 |
| TAEC-CRT-00055069 | TAEC-CRT-00088054 | TDCRT-0000008 |
| TAEC-CRT-00056158 | TAEC-CRT-00088432 | TDCRT-0000009 |
| TAEC-CRT-00059040 | TAEC-CRT-00088715 | TDCRT-0000010 |
| TAEC-CRT-00059798 | TAEC-CRT-00089342 | TDCRT-0000011 |
| TAEC-CRT-00062947 | TAEC-CRT-00089910 | TDCRT-0000012 |
| TAEC-CRT-00065483 | TAEC-CRT-00089968 | TDCRT-0000013 |
| TAEC-CRT-00065484 | TAEC-CRT-00090127 | TDCRT-0000014 |
| TAEC-CRT-00066181 | TAEC-CRT-00093312 | TDCRT-0000015 |
| TAEC-CRT-00066846 | TAEC-CRT-00095236 | TDCRT-0000016 |
| TAEC-CRT-00068610 | TAEC-CRT-00096166 | TDCRT-0000017 |
| TAEC-CRT-00068992 | TAEC-CRT-00096935 | TDCRT-0000018 |
| TAEC-CRT-00069279 | TAEC-CRT-00110316 | TDCRT-0000019 |
| TAEC-CRT-00069348 | TAEC-CRT-00116065 | TDCRT-0000020 |
| TAEC-CRT-00070348 | TAEC-CRT-00116066 | TDCRT-0000021 |
| TAEC-CRT-00070424 | TAEC-CRT-00124404 | TDCRT-0000022 |
| TAEC-CRT-00071245 | TAEC-CRT-00124796 | TDCRT-0000023 |
| TAEC-CRT-00071333 | TAEC-CRT-00126884 | TDCRT-0000024 |

# Exhibit B: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D. Part 1: Bates Numbered Documents

| | | |
|---|---|---|
| TDCRT-0000025 | TSB-CRT-00036875 | WM2009-58914C000001 |
| TDCRT-0000026 | TSB-CRT-00037187 | WM2009-58914C000019 |
| TDCRT-0000027 | TSB-CRT-00038197 | WM2009-58914C000020 |
| TDCRT-0000028 | TSB-CRT-00038597 | WM2009-58914C000190 |
| TDCRT-0000029 | TSB-CRT-00039194 | WM2009-58914C000202 |
| TET-CRT-00001249 | TSB-CRT-00039414 | WM2009-58914C000213 |
| TET-CRT-00002363 | TSB-CRT-00039415 | WM2009-58914C000288 |
| TET-CRT-00002488 | TSB-CRT-00041527 | WM2009-58914C000329 |
| TET-CRT-00002612 | TSB-CRT-00041620 | WM2009-58914C000457 |
| TET-CRT-00002966 | TSB-CRT-00041721 | WM2009-58914C000475 |
| TET-CRT-00003403 | TSB-CRT-00041746 | WM2009-58914C001040 |
| TSB-CR T-00041870 | TSB-CRT-00041862 | WM2009-58914C001437 |
| TSB-CRT-00007596 | TSB-CRT-00042440 | WM2009-58914C001515 |
| TSB-CRT-00008017 | TSB-CRT-00042493 | WM2009-58914C002250 |
| TSB-CRT-00008068 | TSB-CRT-00045123 | WM2009-58914C002436 |
| TSB-CRT-00009873 | TSB-CRT-00061306 | WM2009-58914C002726 |
| TSB-CRT-00009883 | TSB-CRT-00061307 | WM2009-58914C002877 |
| TSB-CRT-00009884 | TSB-CRT-00061308 | WM2009-58914C003124 |
| TSB-CRT-00009885 | TSB-CRT-00061309 | WM2009-58914C003132 |
| TSB-CRT-00018162 | TSB-CRT-00061310 | WM2009-58914C003174 |
| TSB-CRT-00018808 | TSB-CRT-00061311 | WM2009-58914C003175 |
| TSB-CRT-00018869 | TSB-CRT-00061312 | WM2009-58914C003176 |
| TSB-CRT-00025664 | TSB-CRT-00061313 | WM2009-58914C003206 |
| TSB-CRT-00026840 | TSB-CRT-00061314 | WM2009-58914C003207 |
| TSB-CRT-00027223 | TSB-CRT-00061315 | WM2009-58914C003217 |
| TSB-CRT-00029154 | TSB-CRT-00061316 | WM2009-58914C003222 |
| TSB-CRT-00030282 | TSB-CRT-00061317 | WM2009-58914C003223 |
| TSB-CRT-00030283 | TSB-CRT-00061661 | WM2009-58914C003289 |
| TSB-CRT-00031137 | TSB-CRT-00062406 | WM2009-58914C003537 |
| TSB-CRT-00033043 | TSR-CRT-00041633 | WM2009-58914C003643 |
| TSB-CRT-00033686 | TUSCRTP000001320 | WM2009-58914C004257 |
| TSB-CRT-00035348 | TUSCRTP00001224 | WM2009-58914C004713 |
| TSB-CRT-00035350 | VIEW_CRT00000001 | WM2009-58914C004749 |
| TSB-CRT-00036828 | VIEW_CRT00000002 | WM2009-58914C005826 |
| TSB-CRT-00036829 | VIEW_CRT00000003 | WM2009-58914C006103 |
| TSB-CRT00036875 | VIEW_CRT00000004 | WM2009-58914C007350 |

**Exhibit B: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D. Part 1: Bates Numbered Documents**

WM2009-58914C007366

WM2009-58914C007380

WM2009-58914C007436

ZENCRT000001

ZENCRT000044

ZENCRT42-HC

ZENCRT43-HC

# Exhibit B: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D. Part 2: Confidential Documents without Bates Numbers

01 August 2012, Deposition of Philips Electronics North America Corporation, Inc. and Koninklijke Philips Electronics N.V. 30(b)(6) Witness Roger De Moor.

01 August 2012, Deposition of Toshiba America Consumer Products and Toshiba America Information Systems 30(b)(6) Witness Richard Eugene Huber.

01 August 2012, Deposition of Toshiba Corporation and Toshiba America Consumer Products 30(b)(6) Witness Yoshiaki Uchiyama.

01 August 2013, Deposition of Masaki Sanogawaya, Volume II.

01 August 2013, Notice of Errata in Memorandum of Points and Authorities in Support of Direct Purchaser Plaintiffs' Motion for Class Certification, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

01 July 2013, Deposition of Yasuki Yamamoto, Volume I.

01 October 2012, Memorandum of Points and Authorities in Support of Motion of Indirect-Purchaser Plaintiffs for Class Certification, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

02 August 2013, Deposition of Masaki Sanogawaya, Volume III.

02 July 2013, Deposition of Yasuki Yamamoto, Volume II.

02 March 2009, Plea Agreement, United States of American v. Chih-Chun "C.C." Liu (United States District Court Northern District of California San Francisco Division).

02 May 2005, Best Buy Receipt for Steve Ganz, <<Ganz Best Buy Receipt.pdf>>.

03 December 2012, Deposition of Best Buy Co. 30(b)(6) Witness Brian Stone.

03 July 2012, Deposition of Hitachi Electronic Devices (USA) 30(b)(6) Witness Thomas Heiser.

03 July 2013, Deposition of Yasuki Yamamoto, Volume III.

03 November 2011, Second Supplemental Responses and Objections of  Panasonic Corporation of North America, MT Picture Display Co., Ltd. and Panasonic Corporation (F/K/A Matushita Electric Industrial Co., Ltd.) to Direct Purchaser Plaintiffs' First Set of Interrogatories, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

04 February 2014, Deposition of Kazumasa Hirai, Volume I.

04 June 2008, Direct Purchaser Plaintiffs' First Set of Requests for Production of Documents, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

05 February 2013, Deposition of Ayumu Kinoshita, Volume I.

05 February 2013, Deposition of Michael Son, Volume I.

05 February 2014, Deposition of Kazumasa Hirai, Volume II.

05 March 2013, Deposition of Hirokazu Nishiyama, Volume I.

# Exhibit B: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D. Part 2: Confidential Documents without Bates Numbers

06 February 2013, Deposition of Ayumu Kinoshita, Volume II.

06 February 2013, Deposition of Michael Son, Volume II.

06 February 2014, Deposition of Kazumasa Hirai, Volume III.

06 July 2012, Letter Re: "LGE -- Highly Confidential 7.xls", "LGE00060300.xls", "LGE00060301.xls", "LGE-Highly, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

06 June 2012, Deposition of Samsung SDI 30(b)(6) Witness Jaein Lee, Volume I.

06 March 2013, Deposition of Hirokazu Nishiyama, Volume II.

07 December 2010, Evidentiary Proffer of Defendants Hitachi, Ltd.; Hitachi Displays, Ltd.; Hitachi Asia, Ltd.; Hitachi America, Ltd.; and Hitachi Electronic Devices (USA), Inc., In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

07 December 2012, Deposition of Costco Wholesale Corporation 30(b)(6) Witness Geoffrey Shavey.

07 February 2013, Deposition of Shinichi Iwamoto, Volume I.

07 June 2012, Deposition of Samsung SDI 30(b)(6) Witness Jaein Lee, Volume II.

07 March 2013, Deposition of Hirokazu Nishiyama, Volume III.

07 November 2011, Response By LGE Defendants to Direct Purchasers Plaintiff Hawel A. Hawel's, D/B/A City Electronics, Second Set of Interrogatories, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

08 February 2013, Deposition of Shinichi Iwamoto, Volume II.

08 October 2013, Deposition of Masashi Muramatsu, Volume I.

09 July 2012, Deposition of LG Electronics 30(b)(6) Witness Choong Ryul Park, Volume I.

09 July 2012, Deposition of LG Electronics 30(b)(6) Witness Mok Hyeon Seong.

09 October 2013, Deposition of Masashi Muramatsu, Volume II.

10 December 2007, Class Action Complaint, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

10 February 2009, Defendant Indictment Title 15 U.S.C. Section 1 (Conspiracy in Restraint of Trade) Counts One and Two, United States of America v. Cheng Yuan Lin, aka C.Y. Lin.

10 February 2012, Defendant Hitachi Electronic Devices (USA), Inc.'s Supplemental Response to Direct Purchaser Plaintiffs' First Set of Interrogatories, Interrogatory Nos. 4 and 5, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

# Exhibit B: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D. Part 2: Confidential Documents without Bates Numbers

10 February 2012, Supplemental Responses and Objections of Defendant Beijing Matsushita Color CRT Co, Ltd to Direct Purchaser Plaintiffs' First Set of Interrogatories, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

10 June 2008, Indirect Purchaser Plaintiffs' First Request for Production of Documents from Defendants, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

11 February 2014, Deposition of Hun Sul Chu, Volume I.

11 July 2012, Deposition of Hitachi Displays, Ltd. 30(b)(6) Witness Toru Iwasawa.

11 July 2012, Deposition of LG Electronics 30(b)(6) Witness Yun Seok Lee.

11 July 2013, Deposition of Hitachi Electronic Devices (USA) 30(b)(6) Witness Thomas Schmitt.

11 March 2014, Deposition of Noboru Toyama, Volume I.

11 November 2013, Reply Brief in Support of Direct Purchaser Plaintiffs' Motion for Class Certification, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

11 September 2013, Declaration of Mono Solouki In Support of Defendants' Opposition to Direct Purchaser Plaintiffs' Motion for Class Certification, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

11 September 2013, Defendants' Memorandum of Points and Authorities in Opposition to Direct Purchaser Plaintiffs' Motion for Class Certification, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

11 September 2013, Deposition of Jun Yeol Youn, Volume I.

12 December 2013, Deposition of Jim Smith, Volume I.

12 February 2012, Defendant Hitachi Displays, Ltd.'s Supplemental Response to Direct Purchaser Plaintiffs' First Set of Interrogatories, interrogatory Nos. 4 and 5, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

12 February 2014, Deposition of Hun Sul Chu, Volume II.

12 July 2012, Deposition of Hitachi Displays, Ltd. 30(b)(6) Witness Yasuhiro Morishima, Volume I.

12 July 2012, Deposition of Hitachi, Ltd. 30(b)(6) Witness Yasu Hisa Takeda, Volume I.

12 June 2013, Deposition of Kenichi Hazuku.

12 March 2010, Direct Purchaser Plaintiffs' Second Set of Requests for Production of Documents, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

# Exhibit B: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D. Part 2: Confidential Documents without Bates Numbers

12 March 2014, Deposition of Noboru Toyama, Volume II.

12 March 2014, Deposition of Yu-Hao Zhang, a/k/a Allen Chang, Volume I.

12 May 2010, Defendant Hitachi America Ltd.'s Objections and Responses to Direct Purchaser Plaintiffs' First Set of Requests for Production of Documents, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

12 May 2010, Defendant Hitachi America, Ltd.'s Response to Second Set of Requests for Production of Documents From Direct Purchaser Plaintiffs, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

12 May 2010, Defendant Hitachi America, Ltd.'s Responses to Direct Purchaser Plaintiffs' First Set of Interrogatories, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

12 May 2010, Defendant Hitachi Asia, Ltd.'s Objections and Responses to Direct Purchaser Plaintiffs' First Set of Requests for Production of Documents, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

12 May 2010, Defendant Hitachi Asia, Ltd.'s Response to Second Set of Requests for Production of Documents from Direct Purchaser Plaintiffs, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

12 May 2010, Defendant Hitachi Asia, Ltd.'s Responses to Direct Purchaser Plaintiffs' First Set of Interrogatories, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

12 May 2010, Defendant Hitachi Displays, Ltd.'s Objections and Responses to Direct Purchaser Plaintiffs' First Set of Requests for Production of Documents, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

12 May 2010, Defendant Hitachi Displays, Ltd.'s Response to Second Set of Requests for Production of Documents from Direct Purchaser Plaintiffs.

12 May 2010, Defendant Hitachi Displays, Ltd.'s Responses to Direct Purchaser Plaintiffs' First Set of Interrogatories, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

12 May 2010, Defendant Hitachi Electronic Devices (USA), Inc.'s Objections and Responses to Direct Purchaser Plaintiffs' First Set of Request for Production of Documents, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

12 May 2010, Defendant Hitachi Electronic Devices (USA), Inc.'s Responses to Direct Purchaser Plaintiffs' First Set of Interrogatories, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

# Exhibit B: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D. Part 2: Confidential Documents without Bates Numbers

12 May 2010, Defendant Hitachi Electronic Devices (USA), Inc.'s Response to Second Set of Requests for Production of Documents From Direct Purchaser Plaintiffs, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

12 May 2010, Defendant Hitachi, Ltd. Responses to Direct Purchaser Plaintiffs' First Set of Interrogatories, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

12 May 2010, Defendant Hitachi, Ltd.'s Objections and Responses to Direct Purchaser Plaintiffs' First Set of Requests for Production of Documents, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

12 May 2010, Defendant Hitachi, Ltd.'s Response to Second Set of Requests for Production of Documents from Direct Purchaser Plaintiffs, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

12 May 2010, Objections and Response of Samsung Electronics America, Inc. to Direct Purchaser Plaintiffs' First Set of Interrogatories, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

12 May 2010, Objections and Responses of Defendant Beijing Matsushita Color CRT Co., Ltd., to Direct Purchaser Plaintiffs' Second Set of Requests for Production of Documents, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

12 May 2010, Objections and Responses of Defendant Beijing Matsushita Color CRT Co., Ltd., to Direct Purchaser Plaintiffs' First Set of Requests for Production of Documents, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

12 May 2010, Objections and Responses of Defendant MT Picture Display Co., Ltd. to Direct Purchaser Plaintiffs' Second Set of Requests for Production of Documents, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

12 May 2010, Objections and Responses of Defendant MT Picture Display Co., Ltd. to Direct Purchaser Plaintiffs' First Set of Requests for Production of Documents, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

12 May 2010, Objections and Responses of Defendant Panasonic Corporation of North America to Direct Purchaser Plaintiffs' Second Set of Requests for Production of Documents, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

12 May 2010, Objections and Responses of Defendant Panasonic Corporation of North America to Direct Purchaser Plaintiffs' First Set of Requests for Production of Documents, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

# Exhibit B: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D. Part 2: Confidential Documents without Bates Numbers

12 May 2010, Objections and Responses of Defendant Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.) To Direct Purchaser Plaintiffs' Second Set of Requests for Production of Documents, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

12 May 2010, Objections and Responses of Defendant Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.) To Direct Purchaser Plaintiffs' First Set of Requests for Production of Documents, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

12 May 2010, Objections and Responses of Samsung Electronics Co., Ltd. to Direct Purchaser Plaintiffs' First Set of Interrogatories, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

12 May 2010, Response by LGE Defendants to Direct Purchaser Plaintiffs' First Set of Interrogatories, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

12 May 2010, Responses and Objections of Defendant Koninklijke Philips Electronics N.V. to Direct Purchaser Plaintiffs' First Set of Interrogatories, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

12 May 2010, Responses and Objections of Defendant Philips Electronics North America Corporation to Direct Purchaser Plaintiffs' First Set of Interrogatories, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

12 May 2010, Samsung SDI Defendants' Responses to Direct Purchaser Plaintiffs' Second Set of Requests for Production Documents, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

12 May 2010, Samsung SDI Defendants' Responses to Direct Purchaser Plaintiffs' First Set of Interrogatories, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

12 May 2010, Samsung SDI Defendants' Responses to Direct Purchaser Plaintiffs' First Set of Requests for Production Documents, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

12 September 2013, Deposition of Jun Yeol Youn, Volume II.

13 December 2013, Deposition of Jim Smith, Volume II.

13 February 2014, Deposition of Hun Sul Chu, Volume III.

13 July 2012, Deposition of LG Electronics 30(b)(6) Witness Kyung Tae Kwon.

13 July 2012, Deposition of Panasonic Corporation 30(b)(6) Witness Takashi Nakano.

13 March 2014, Deposition of Yu-Hao Zhang, a/k/a Allen Chang, Volume II.

13 September 2013, Deposition of Jun Yeol Youn, Volume III.

# Exhibit B: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D. Part 2: Confidential Documents without Bates Numbers

14 February 2013, Deposition of Kazuhiro Sakashita, Volume I.

14 May 2010, Objections and Response of Defendant Beijing Matsushita Color CRT Co. Ltd., to Direct Purchaser Plaintiffs' First Set of Interrogatories.

14 May 2013, Memorandum of Points and Authorities in Support of Direct Purchaser Plaintiffs' Motion for Class Certification, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

14 November 2008, Philips Electronics North America Corporation's Response to Plaintiffs' Requests for Production of Documents Pursuant to Paragraph 4 of Order for Limited Discovery Stay, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

15 February 2013, Deposition of Kazuhiro Sakashita, Volume II.

15 January 2014, Deposition of DuK Chul Ryu, Volume I.

15 May 2013, Deposition of Nobuhiko Kobayashi, Volume I.

15 November 2012, Deposition of Janet S. Netz, PH.D.

16 January 2013, Deposition of Dae Eui Lee, Volume I.

16 January 2014, Deposition of DuK Chul Ryu, Volume II.

16 July 2012, Deposition of Panasonic Corporation, Panasonic North America and MTPD 30(b)(6) Witness Tatsuo Tobinaga.

16 July 2012, Deposition of Samsung Electronics America 30(b)(6) Witness Kim London.

16 July 2012, The Toshiba Entities' Objections and Responses To Direct and Indirect Purchaser Plaintiffs Interrogatories, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

16 March 2009, Indirect Purchaser Plaintiffs' Consolidated Amended Complaint, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

16 May 2013, Deposition of Nobuhiko Kobayashi, Volume II.

17 December 2010, Defendant Hitachi Electronic Devices (USA), Inc.'s Supplemental Response to Direct Purchaser Plaintiffs' First Set of Interrogatories, Interrogatory No. 2, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

17 December 2012, Declaration of Eva W. Cole in Support of Defendants' Opposition to Motion of Indirect-Purchaser Plaintiffs for Class Certification and Motion to Strike, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

17 December 2012, Defendants' Memorandum of Points and Authorities in Opposition to Motion of Indirect-Purchaser Plaintiffs For Class Certification, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

# Exhibit B: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D. Part 2: Confidential Documents without Bates Numbers

17 December 2012, Memorandum of Law in Support of Defendants' Motion to Strike The Proposed Expert Testimony of Dr. Janet S. Netz, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

17 February 2012, Samsung SDI Defendants' Supplemental Responses to Direct Purchaser Plaintiffs' First Set of Interrogatories, No. 2, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

17 January 2013, Deposition of Dae Eui Lee, Volume II.

17 July 2012, Deposition of Hitachi Displays, Ltd. 30(b)(6) Witness Nobuhiko Kobayashi, Volume I.

17 July 2012, Deposition of Panasonic Corporation, Panasonic North America and MTPD 30(b)(6) Witness Hirokazu Nishiyama, Volume I.

17 July 2012, Deposition of Samsung Electronics America and Samsung Electronics Corporation 30(b)(6) Witness Steve Panosian.

17 May 2013, Deposition of Nobuhiko Kobayashi, Volume III.

18 December 2013, Deposition of Wiebo Jan Vaartjes, Volume I.

18 January 2010, Defendant Hitachi America, Ltd.'s Supplemental Response to Direct Purchaser Plaintiffs' First Set of Interrogatories, Interrogatory No. 2, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

18 January 2013, Deposition of Dae Eui Lee, Volume III.

18 July 2012, Deposition of Hitachi Displays, Ltd. 30(b)(6) Witness Yasuhiko Kawashima, Volume I.

18 July 2012, Deposition of Hitachi, Ltd. 30(b)(6) Witness Hiroshi Eguchi.

18 July 2012, Deposition of Panasonic Corporation, Panasonic North America and MTPD 30(b)(6) Witness Hirokazu Nishiyama, Volume II.

18 July 2012, Deposition of Panasonic North America 30(b)(6) Witness Edwin Wolff.

18 July 2012, Responses and objections of Defendants Koninklijke Philips Electronics N.V. and Philps Electronics North America Corporation Responses to Direct Purchaser Plaintiffs' First Set of Interrogatories, No. 4 and 5, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

18 March 2014, Deposition of Lloyd Thomas Heiser.

18 March 2014, Deposition of Sung Kook Sung, Volume I.

18 September 2013, Third-Party Viewsonic Corporation's Objections and Responses to the Direct Action Plaintiffs' Subpoena to Produce Documents and Data.

19 December 2013, Deposition of Wiebo Jan Vaartjes, Volume II.

19 February 2013, Deposition of Chih Chun-Liu, Volume I.

## Exhibit B: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D. Part 2: Confidential Documents without Bates Numbers

19 July 2012, Deposition of Hitachi Asia and Hitachi, Ltd. 30(b)(6) Witness Yasuhiko Kawashima, Volume II.

19 July 2012, Deposition of Panasonic Corporation, Panasonic North America and MTPD 30(b)(6) Witness Mishiro Kimura.

19 July 2013, Deposition of Jin Kang Jung, Volume I.

19 June 2013, Deposition of Hoon Choi, Volume I.

19 March 2014, Deposition of Lloyd Thomas Heiser.

19 March 2014, Deposition of Sung Kook Sung, Volume II.

19 November 2013, Deposition of Kyung Chul Oh, Volume I.

20 August 2013, Best Buy LCD Trial Transcript, Volume 18, In re: TFT-LCD (Flat-Panel) Antitrust Litigation (United States District Court Northern District of California), Case No. 12-CV-4114.

20 February 2013, Deposition of Chih Chun-Liu, Volume II.

20 July 2013, Deposition of Jin Kang Jung, Volume II.

20 June 2013, Deposition of Hoon Choi, Volume II.

20 March 2013, Deposition of Sang-Kyu Park, Volume I.

20 March 2014, Deposition of Robert O'Brien.

20 March 2014, Deposition of Sung Kook Sung, Volume III.

20 November 2013, Deposition of Kyung Chul Oh, Volume II.

21 February 2013, Deposition of Chih Chun-Liu, Volume III.

21 June 2013, Deposition of Hoon Choi, Volume III.

21 March 2012, Responses and Objections of Defendants Koninklijke Philips Electronics N.V. to Direct Purchaser Plaintiffs' First Set of interrogatories Nos. 4 and 5, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

21 March 2013, Deposition of Sang-Kyu Park, Volume II.

21 November 2013, Deposition of Kyung Chul Oh, Volume III.

22 December 2010, Defendant Hitachi Displays, Ltd.'s Supplemental response to Direct Purchaser Plaintiffs' First Set of Interrogatories, Interrogatory No. 2, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

22 December 2010, Defendant Hitachi, Ltd.'s Supplemental Response to Direct Purchaser Plaintiffs' First Set of Interrogatories, Interrogatory No. 2, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

# Exhibit B: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D. Part 2: Confidential Documents without Bates Numbers

22 February 2013, Deposition of Sheng-Jen Yang, Volume I.

22 July 2013, Defendants' Joint Objections to the Report and Recommendation Regarding Defendants' Motion to Strike Proposed Expert Testimony, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

22 July 2013, Defendants' Joint Objections to the Report and Recommendation Regarding Indirect Purchaser Plaintiffs' Motion for Class Certification, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

22 March 2013, Deposition of Sang-Kyu Park, Volume III.

22 May 2013, Deposition of Nobuaki Ito, Volume I.

22 November 2013, Deposition of Kyung Chul Oh, Volume IV.

23 August 2012, Deposition of Hitachi America, LTD. 30(b)(6) Witness William Allen Whalen.

23 August 2012, Deposition of Hitachi America, LTD. 30(b)(6) Witness Modesto Rodriguez.

23 May 2012, Samsung SDI 30(b)(6) Deposition Notice, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

23 May 2013, Deposition of Nobuaki Ito, Volume II.

24 January 2013, Deposition of Robert R. Willig.

24 July 2013, Deposition of Jae In Lee, Volume I.

24 May 2013, Deposition of Nobuaki Ito, Volume III.

25 February 2013, Deposition of Sheng-Jen Yang, Volume II.

25 July 2013, Deposition of Jae In Lee, Volume II.

25 March 2010, Indirect Purchaser Plaintiffs' Second Request for Production of Documents from Defendants, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

25 March 2013, Reply Memorandum of Law in Support of Defendants' Motion to Strike the Proposed Expert Testimony of Dr. Janet S. Netz, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

25 September 2013, Deposition of Shinichiro Tsuruta, Volume I.

26 August 2013, Best Buy's Motion for an Order Precluding Defendants From Presenting a "Sur-Rebuttal" Case, Case No. 07-MD-1827 SI, Case No. 10-CV-4572, and Case No. 12-CV-4114.

26 February 2013, Deposition of Sheng-Jen Yang, Volume III.

26 July 2013, Deposition of Jae In Lee, Volume III.

26 June 2013, Deposition of Kazuhiro Nishimaru, Volume I.

# Exhibit B: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D. Part 2: Confidential Documents without Bates Numbers

26 September 2013, Deposition of Shinichiro Tsuruta, Volume II.

27 February 2013, Deposition of Jing Song Lu, Volume I.

27 June 2013, Deposition of Kazuhiro Nishimaru, Volume II.

27 March 2013, Deposition of Deok-Yun Kim, Volume I.

27 September 2013, Deposition of Shinichiro Tsuruta, Volume III.

28 February 2013, Deposition of Jing Song Lu, Volume II.

28 January 2014, Deposition of Daniel Patrick Ryan, Volume I.

28 June 2013, Deposition of Kazuhiro Nishimaru, Volume III.

28 March 2013, Deposition of Deok-Yun Kim, Volume II.

28 May 2010, Objections and Responses of Defendant Beijing Matsushita Color CRT Co., Ltd., to Indirect Purchaser Plaintiffs' Second for Production of Documents From Defendants, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

28 May 2010, Objections and Responses of Defendant MT Picture Display Co., Ltd. to Indirect Purchaser Plaintiffs' Second Set of Requests for Production of Documents, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

28 May 2010, Objections and Responses of Defendant MT Picture Display Co., Ltd. to Indirect Purchaser Plaintiffs' First Set of Requests for Production of Documents, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

28 May 2010, Objections and Responses of Defendant Panasonic Corporation of North America to Indirect Purchaser Plaintiffs' Second Set of Requests for Production of Documents, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

28 May 2010, Objections and Responses of Defendant Panasonic Corporation of North America to Indirect Purchaser Plaintiffs' First Set of Requests for Production of Documents, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

28 May 2010, Objections and Responses of Defendant Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.) To Indirect Purchaser Plaintiffs' Second Set of Requests for Production of Documents, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

28 May 2010, Objections and Responses of Defendant Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.) To Indirect Purchaser Plaintiffs' First Set of Requests for Production of Documents, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

# Exhibit B: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D. Part 2: Confidential Documents without Bates Numbers

29 January 2014, Deposition of Daniel Patrick Ryan, Volume II.

29 March 2013, Deposition of Deok-Yun Kim, Volume III.

29 May 2013, Deposition of Hitachi Displays, Ltd 30(b)(6) Witness Yuuichi Kumazawa, Volume I.

30 January 2014, Deposition of Patrick Canavan, Volume I.

30 July 2012, Deposition of Toshiba Corporation 30(b)(6) Witness Koji Kurosawa.

30 May 2013, Deposition of Hitachi Displays, Ltd 30(b)(6) Witness Yuuichi Kumazawa, Volume II.

31 January 2014, Deposition of Patrick Canavan, Volume II.

31 July 2012, Deposition of Philips Electronics North America Corporation, Inc. and Koninklijke Philips Electronics N.V. 30(b)(6) Witness Roger De Moor.

31 July 2012, Deposition of Toshiba America Electronics Corporation 30(b)(6) Witness Jay Alan Heinecke.

31 July 2013, Deposition of Masaki Sanogawaya, Volume I.

31 May 2013, Deposition of Hitachi Displays, Ltd 30(b)(6) Witness Yuuichi Kumazawa, Volume III.

Acer, 2004, Ship_2004, <<ship_2004.xls>>.

Alioto, Mario, 01 October 2012, Declaration of Mario N. Alioto in Support of Motion of Indirect-Purchaser Plaintiffs for Class Certification, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Alioto, Mario, 15 February 2013, Declaration of Mario N. Alioto in Support of Reply Brief in Support of Motion of Indirect-Purchaser Plaintiffs for Class Certification, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Alioto, Mario, 18 January 2012, Letter, IPP Discovery Status Report.

Anderson, Jennie, 17 February 2012, Letter from Jennie Lee Anderson to Michelle Chiu, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Arrow, 12 December 2009, CRT Sales History, <<CRTSALESHISTORYD120209N.xls>>.

Babione, Marie J., 07 December 2009, Letter re In re: Cathode Ray Tube (CRT) Antitrust Litigation, <<Letter from Marie Babione to James Smith 20091207.pdf>>.

Babione, Marie J., 09 December 2009, RE: In re: Cathode Ray Tube (CRT) Antitrust Litigation.

Benq Corporation, Undated, CRT CMs to customers #4 Antitrust Litigation V#091222 Legal, <<CRT CMs to customers #4 Antitrust Litigation V#091222 Legal.xls>>.

Benq Corporation, Undated, CRT customer list #3 Antitrust Litigation V#091222 Legal, <<CRT customer list #3 Antitrust Litigation V#091222 Legal.xlsx>>.

# Exhibit B: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D. Part 2: Confidential Documents without Bates Numbers

Benq Corporation, Undated, CRT PO Report #2 Antitrust Litigation V#091222 Legal, <<CRT PO Report #2 Antitrust Litigation V#091222 Legal.xlsx>>.

Benq Corporation, Undated, CRT Sales Report #3 Antitrust Litigation V#091222 Legal, <<CRT Sales Report #3 Antitrust Litigation V#091222 Legal.xlsx>>.

Best Buy, 2002, CRT Sale Extract 2002, <<crt_sale_extract_2002.dat>>.

Best Buy, 2003, CRT Sale Extract 2003, <<crt_sale_extract_2003.dat>>.

Best Buy, 2004, CRT Sale Extract 2004, <<crt_sale_extract_2004.dat>>.

Best Buy, 2005, CRT Sale Extract 2005, <<crt_sale_extract_2005.dat>>.

Best Buy, 2006, CRT Sale Extract 2006, <<crt_sale_extract_2006.dat>>.

Best Buy, 2007, CRT Sale Extract 2007, <<crt_sale_extract_2007.dat>>.

Best Buy, 2008, CRT Sale Extract 2008, <<crt_sale_extract_2008.dat>>.

Best Buy, 2009, CRT Sale Extract 2009, <<crt_sale_extract_2009.dat>>.

Bradshaw, Benjamin, 16 March 2012, Letter from Benjamin Bradshaw to Sylvie Kern, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Buy.com, Undated, CRT Order List Produced, <<2012-03-19CRTOrderList Produced.xlsx>>.

CDW, 2009, Product Type_Class Descriptions, <<Product Type Class Descriptions CRT.xls>>.

CDW, Undated, CRT PO Data, <<CRT PO Data_20120109.csv>>.

CDW, Undated, CRT Sales, <<CRT Sales.csv>>.

CDW, Undated, CRT Sales, <<CRT Sales_20120109.csv>>.

Chiu, Michelle Park, 04 June 2012, Letter from Michelle Park Chiu to Jennie Anderson, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Chiu, Michelle Park, 06 February 2013, Letter, From Michelle Park Chiu to Craig C. Corbitt and Heather T. Rankie, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Chiu, Michelle Park, 12 April 2012, Letter from Michelle Park Chiu  to R. Saveri and P. McVoy, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Chiu, Michelle Park, 12 June 2012, Letter from Michelle Park Chiu to R. Saveri and P. McVoy, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Chiu, Michelle Park, 14 September 2012, Letter from Michelle Park Chiu to Jennie Anderson, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

# Exhibit B: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D. Part 2: Confidential Documents without Bates Numbers

Chiu, Michelle Park, 15 August 2012, Letter from Michelle Park Chiu to Jennie Anderson, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Chiu, Michelle Park, 18 May 2012, Letter from Michelle Park Chiu to R. Saveri and P. McVoy, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Chiu, Michelle Park, 24 February 2012, Letter from Michelle Park Chiu to Jennie Anderson, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Chiu, Michelle Park, 25 May 2012, Letter from Michelle Park Chiu to R. Saveri and P. McVoy, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Chiu, Michelle Park, 31 August 2012, Letter from Michelle Park Chiu to Jennie Anderson, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Cole, Eva W., 25 March 2013, Declaration of Eva W. Cole in Support of Defendant's Reply Memorandum of Law in Support of Defendants' Motion to Strike the Proposed Expert Testimony of Dr. Janet S. Netz, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Cole, Eva W., 25 March 2013, Letter, From Cole to Judge Legge Concerning Documents Relates to All Indirect-Purchaser Actions, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Comanor, William S., 28 October 2013, Declaration of William S. Comanor in Support of Plaintiffs' Reply to Opposition to Motion for Final Approval  of the Chunghwa and Philips Settlement, The State of California, et al. v. Chunghwa Picture Tubes, LTD Picture Tubes, LTD., et al. (Superior Court of the State of California, County of San Francisco).

Costco, 07 February 2010, RebatesCRTsFY2000thru2_7_2010, <<RebatesCRTsFY2000thru2_7_2010.csv>>.

Costco, 08 February 2010, DWCRTRCV Preceiving Transactions File Field Descriptions, <<DWCRTRCVPreceivingTransactionsFileFieldDescriptions.pdf>>.

Costco, 08 February 2010, DWCRTREBAT Rebate Information File Field Descriptions, <<DWCRTREBATrebateInformationFileFieldDescriptions.pdf>>.

Costco, 08 February 2010, DWCRTSKUP Item List File Field Descriptions, <<DWCRTSKUPitemListFileFieldDescriptions.pdf>>.

Costco, 08 February 2010, DWCRTSLSP Sales Transactions File Field Descriptions, <<DWCRTSLSPsalesTransactionsFileFieldDescriptions.pdf>>.

Costco, 11 February 2010, DWCPNXREF Coupon To SKU Cross Reference File Field Descriptions, <<DWCPNXREFcouponToSKUcrossReferenceFileFieldDescriptions.pdf>>.

# Exhibit B: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D. Part 2: Confidential Documents without Bates Numbers

Costco, 11 February 2010, DWCRTCPNP Coupon Transactions File Field Descriptions, <<DWCRTCPNPcouponTransactionsFileFieldDescriptions.pdf>>.

Costco, 17 January 2010, Coupon Transactions of CRT: Sept 96 thru Jan 17, 2010 Report, <<CouponTransactionsOfCRTsSept96thruJan17_2010Report.xls>>.

Costco, 17 January 2010, ReceivingsOfCRTsSept96thruJan17_2010, <<ReceivingsOfCRTsSept96thruJan17_2010.csv>>.

Costco, 17 January 2010, SalesOfCRTsSept96thruJan17_2010 Report, <<SalesOfCRTsSept96thruJan17_2010 Report.csv>>.

Costco, Undated, CRT SKU Item List Report, <<CRT SKU Item List Report.csv>>.

Costco, Undated, CRT SKU to CPN Cross Reference Report, <<CRT SKU to CPN Cross Reference Report.csv>>.

DalSanto, Matthew R., 05 February 2013, Letter, From Matthew R. DalSanto to Craig C. Corbitt and Heather T. Rankie, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Delipalla, Sophia, Owen O'Donnell, 2001, Estimating Tax Incidence, Market Power and Market Conduct: The European Cigarette Industry, International Journal of Industrial Organization, Vol. 19, pp. 885-908.

Dell, 01 November 2013, 11_1 Dell CRT Purchases by region_itm_supplier.xlsx, <<11_1 Dell CRT Purchases by region_itm_supplier.xlsx>>.

Dell, 2006, Dell CRT Sales Data Non-tied 2002-2006, <<DELL_CRT_SALES_DATA_Non-tied 2002-2006.txt>>.

Dell, 2010, CRT Spending Data (2) [Sample], <<CRT_Spend_Data (2).xlsx>>.

Dell, 2010, Dell CRT Sales Data, <<Dell CRT Sales Data Highly Confidential.zip>>.

Deposition Exhibit Chun-Liu 1215, Transcript of Proceedings, Volume 2

Deposition Exhibit Ito 1584, E-mail List

Deposition Exhibit Iwamoto 901, Objections and Responses of Panasonic Corporation of North America, MT Picture Display Co., Ltd. and Panasonic Corporation (F/K/A Matushita Electric Industrial Co., Ltd.) to Direct Purchaser Plaintiffs' First Set of Interrogatories

Deposition Exhibit Kobayashi 1550, E-mail list

Deposition Exhibit Kobayashi 304, Memo, Re: Hitachi Data questions

Deposition Exhibit Kobayashi 305, [Untitled]

Deposition Exhibit Kumazawa Exhibit 1591, E-mail List

Deposition Exhibit Kwon 194, Re: "LGE -- Highly Confidential 7.xls", "LGE00060300.xls", "LGE00060301.xls", "LGE-- Highly Confidential 1 .xls", "LGE--Highly Confidential 6.xls", "ZENCRT44-HC.xls", "ZENCRT45-HC.xlsx", "ZENCRT46-HC.xlsx", and "ZENCRT47-HC.xls"

## Exhibit B: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D. Part 2: Confidential Documents without Bates Numbers

Deposition Exhibit Kwon 195, [Untitled]

Deposition Exhibit Kwon 196, List of Column Headings

Deposition Exhibit Lee Yun 187, LGEUS-Organizational Chart

Deposition Exhibit Lee Yun 188, Material Cost of RT-20CC25VX

Deposition Exhibit Lee Yun 190, Cost Structure for Export TV

Deposition Exhibit Lee Yun 191, Region (All)

Deposition Exhibit Lee Yun 192, [Untitled]

Deposition Exhibit Lee Yun 193, < 20012002 C-TV Sales >

Deposition Exhibit Lu 1286, (Jason Lu) - Employment History

Deposition Exhibit Nakano 252, MT Picture Display Co., Ltd.

Deposition Exhibit Nishiyama 1400, Amended Notice of Deposition Pursuant to Rule 30(b)(6) Deposition

Deposition Exhibit Nishiyama 1401, Deposition of Hirokazu Nishiyama

Deposition Exhibit Nishiyama 1410; Iwamoto 910, Third Supplemental Responses and Objections of Panasonic Corporation of North America, MT Picture Display Co., Ltd. and Panasonic Corporation (F/K/A Matushita Electric Industrial Co., Ltd.) to Direct Purchaser Plaintiffs' First Set of Interrogatories

Deposition Exhibit Park Choong 185, Color Display Tube

Deposition Exhibit Sakashita 1000, Kazuhiro Sakashita Business card

Deposition Exhibit Sakashita 1011, Defendant Hitachi Asia, Ltd.'s Supplemental Response to Direct Purchaser Plaintiffs' First Set of Interrogatories, Interrogatory No. 2

Deposition Exhibit Sakashita 1019, [Untitled]

Deposition Exhibit Schmitt 1846, Oct-2004 Market Report Americas

Deposition Exhibit Son 651; Nishiyama 1405; Kinoshita 803; Lee Dae 651, Samsung SDI Defendants' Supplemental Responses to Direct Purchaser Plaintiffs' First Set of interrogatories, Nos. 4 and 5

Deposition Exhibit Youn 2004, Company List

Envision Peripherals, 2005, CRT 12-7.xlsx, <<CRT 12-7.xlsx>>.

Everett, J. Clayton, 09 November 2011, Letter from J. Clayton Everett to Jennie Lee Anderson on behalf of defendants Hitachi, Ltd., In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Everett, J. Clayton, 29 April 2011, Letter From J. Clayton Everett to Jennie Lee Anderson 20110429, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

# Exhibit B: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D. Part 2: Confidential Documents without Bates Numbers

Flora Hsu, 01 February 2010, Re: In re CRT Antitrust Litigation, Case No. 07-5944 SC.

Foster, Dana, 03 May 2012, Letter from Dana Foster to Lauren Russell and R. Alexander Saveri re Toshiba Data, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Foster, Dana, 05 May 2011, Letter from Dana E. Foster to Paul H. McVoy on behalf of Toshiba, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Foster, Dana, 07 November 2013, Letter, From Dana Foster to Teresa Monroe, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Foster, Dana, 13 March 2012, Letter from Dana Foster to Lauren Russell re 20120309 letter from Lauren Russell, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Foster, Dana, 23 March 2012, Letter from Dana Foster to Lauren C. Russell and R. Alexander Saveri, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Frys, Undated, Crt-sales-1998, <<crt-sales-1998.txt>>.

Frys, Undated, Crt-sales-1999, <<crt-sales-1999.txt>>.

Frys, Undated, Crt-sales-2000, <<crt-sales-2000.txt>>.

Frys, Undated, Crt-sales-2001, <<crt-sales-2001.txt>>.

Frys, Undated, Crt-sales-2002, <<crt-sales-2002.txt>>.

Frys, Undated, Crt-sales-2003, <<crt-sales-2003.txt>>.

Frys, Undated, Crt-sales-2004, <<crt-sales-2004.txt>>.

Frys, Undated, Crt-sales-2005, <<crt-sales-2005.txt>>.

Frys, Undated, Crt-sales-2006, <<crt-sales-2006.txt>>.

Funai Corporation, 2006, Purchase IFS2000, <<HIGHLY CONFIDENTIAL MATERIALS -- Purchase IFS2000.xlsx>>.

Funai Corporation, 2006, Sales (CD)- IFS2000, <<HIGHLY CONFIDENTIAL MATERIALS -- Sales (CostDown)- IFS2000.xlsx>>.

Funai Corporation, 2006, Sales (CR) - IFS2000, <<HIGHLY CONFIDENTIAL MATERIALS -- Sales (CR) - IFS2000.xlsx>>.

Funai Corporation, 2009, Purchase_IFS75, <<HIGHLY CONFIDENTIAL MATERIALS -- Purchase_IFS75.xlsx>>.

Funai Corporation, 2009, Sales(CD BB), <<HIGHLY CONFIDENTIAL MATERIALS -- Sales(CostDown BB).xlsx>>.

# Exhibit B: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D. Part 2: Confidential Documents without Bates Numbers

Funai Corporation, 2009, Sales(CR), <<HIGHLY CONFIDENTIAL MATERIALS -- Sales(CR).xlsx>>.

Funai Corporation, Undated, HIGHLY CONFIDENTIAL MATERIALS --Purchase_IFS75, <<HIGHLY CONFIDENTIAL MATERIALS --Purchase_IFS75.xlsx>>.

Funai Corporation, Undated, HIGHLY CONFIDENTIAL MATERIALS --Purchase IFS2000, <<HIGHLY CONFIDENTIAL MATERIALS --Purchase IFS2000.xlsx>>.

Funai Corporation, Undated, HIGHLY CONFIDENTIAL MATERIALS --Sales(CR).xlsx, <<HIGHLY CONFIDENTIAL MATERIALS --Sales(CR).xlsx>>.

Funai Corporation, Undated, HIGHLY CONFIDENTIAL MATERIALS --Sales(CD BB).xlsx, <<HIGHLY CONFIDENTIAL MATERIALS --Sales(CostDown BB).xlsx>>.

Funai Corporation, Undated, HIGHLY CONFIDENTIAL MATERIALS --Sales (CR) - IFS2000.xlsx, <<HIGHLY CONFIDENTIAL MATERIALS --Sales (CR) - IFS2000.xlsx>>.

Funai Corporation, Undated, HIGHLY CONFIDENTIAL MATERIALS --Sales (CD)- IFS2000, <<HIGHLY CONFIDENTIAL MATERIALS --Sales (CostDown)- IFS2000.xlsx>>.

Ganske, Rodney J., 22 May 2013, Letter, Re: Dell CRT Data Questions, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Ganske, Rodney J., 20 November 2012, Letter, Re: Data Letter on Sales Data in Response to October 2, 2012 Subpoena to Produce Documents and Deposition Subpoena to Dell Inc., In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Gateway, 2010, Gateway Sales Transaction Data, <<CRT Mon POs.DBF>>.

Gateway, Undated, CRT Mon POs, <<CRT Mon POs.DBF>>.

Gateway, Undated, Gateway Spec Sheets 1998-2000 (Sample).

Gateway, Undated, Gateway Spec Sheets 2001-2004 (Sample).

Gil, Eric A, 03 March 2009, Letter from Eric A. Gil to Anna T. Pletcher, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Gil, Eric, 06 April 2009, Letter from Eric A. Gil to Anna T. Pletcher, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Goldstein, Kevin B., 02 July 2012, Letter from Kevin B. Goldstein to Demetrius X. Lambrinos, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Goldstein, Kevin B., 09 July 2012, Letter From Kevin B. Goldstein to Michael S. Christian, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

# Exhibit B: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D. Part 2: Confidential Documents without Bates Numbers

Goldstein, Kevin B., 10 August 2012, Letter, From Goldstein to Christian Concerning Cost of Manufacturing CRT Finished Products, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Goldstein, Kevin B., 10 July 2012, Letter From Kevin B. Goldstein to Michael S. Christian, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Goldstein, Kevin B., 11 November 2011, Letter from Kevin Goldstein to Guido Saveri and Paul McVoy, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Goldstein, Kevin B., 14 September 2011, Letter from Kevin B. Goldstein to Guido Saveri and Paul H. McVoy on Case Management Conference and sales data from Panasonic Corp., In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Goldstein, Kevin B., 18 May 2012, Letter from Kevin B. Goldstein to Demetrius X. Lambrinos, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Goldstein, Kevin B., 30 November 2011, Letter from Kevin Goldstein to Geoff Rushing and Paul H. McVoy on Case Management Conference and transactional data related to Panasonic AVC Networks, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Greenfield, Georgette, 08 December 2009, Letter re: In re Cathode Ray Tube (CRT) Antitrust Litigation Subpoena, <<Letter and CD from Georgette Greenfield.pdf>>.

Greenfield, Georgette, 08 December 2009, Re: In re Cathode Ray Tube (CRT) Antitrust Litigation Subpoena.

Harasawa, Akihiro, 07 December 2010, Declaration of Akihiro Harasawa in Support of the Hitachi Defendants' Evidentiary Proffer, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Haver Analytics, 03 November 2013, Thailand: Unit Labor Cost Index, http://www.haver.com/, accessed 03 January 2014.

Haver Analytics, 04 December 2013, Czech Republic: Unit Labor Cost, http://www.haver.com/, accessed 03 January 2014.

Haver Analytics, 07 October 2013, Indonesia: Unit Labor Cost in Manufacturing, http://www.haver.com/, accessed 03 January 2014.

Haver Analytics, 17 November 2013, Malaysia: Unit Labor Cost Index, http://www.haver.com/, accessed 03 January 2014.

Haver Analytics, 22 November 2013, Taiwan: Unit Output Labor Cost: Manufacturing, http://www.haver.com/, accessed 03 January 2014.

# Exhibit B: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D. Part 2: Confidential Documents without Bates Numbers

Haver Analytics, 24 July 2013, China: Unit Labor Cost, http://www.haver.com/, accessed 03 January 2014.

Haver Analytics, 27 November 2013, Brazil: Unit Labor Cost, http://www.haver.com/, accessed 03 January 2014.

Heiser, Lloyd Thomas (Tom), 06 December 2010, Declaration of L. Thomas Heiser in Support of the Hitachi Defendants' Evidentiary Proffer, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Hemlock, Adam C., 01 June 2011, Letter from Adam C. Hemlock to Geoff Rushing and Lauren Russell, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Hemlock, Adam C., 01 June 2011, Letter, From Hemlock to Rushing and Russell Concerning Global CRT Sales Database.

Hemlock, Adam C., 04 April 2012, Letter from Adam C. Hemlock to Demetrius X. Lambrinos, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Hemlock, Adam C., 04 May 2012, Letter from Adam C Hemlock to Michael Christian, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Hemlock, Adam C., 24 June 2011, Letter from Adam C. Hemlock to Geoff Rushing and Lauren Russell, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Hemlock, Adam C., 24 June 2011, Letter from Adam C. Hemlock to Guido Saveri and Paul McVoy, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Hemlock, Adam C., 24 June 2011, Letter from Adam C. Hemlock to Lauren Russell re documents and production, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Hemlock, Adam, 30 March 2012, Letter, From Hemlock to Lambrinos Concerning Transactional Data and march 22, 2012 Telephonic Meet and Conference, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Hennelly, Brian, 12 September 2013, E-mail, Subject: Fwd: In re Cathode Ray Tube (CRT) Antitrust Litig., Case No. 07-5944 (N.D. Cal.).

Hong, Gloria S., 17 January 2012, Re: In re Cathode Ray Tube (CRT) Antitrust Litigation, No. 07-5944-SC; MDL 1917 (N.D. Cal.).

Hwang, Hojoon, 13 November 2013, Letter, From Hojoon Hwang to Matthew Kent, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

# Exhibit B: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D. Part 2: Confidential Documents without Bates Numbers

Ioffredo, Donna M., 21 September 2012, E-mail, Subject: In re: Cathode Ray Tube Antitrust Litigation.

Ioffredo, Donna M., 28 November 2012, 20121128 Letter from Donna M. Ioffredo to Qianwei Fu.

Jongedijk, Jap, 17 July 2010, Verification, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Jongedijk, Jap, 17 July 2012, Verification, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Jongedijk, Jap, 17 July 2012, Verification, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Kawamura, Katsuyuki, 07 December 2010, Declaration of Katsuyuki Kawamura in Support of the Hitachi Defendants' Evidentiary Proffer, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Kent, Matthew D., 01 November 2013, Letter, Subject: Re: In re Cathode Ray Tube (CRT) Antitrust Litigation, MDL No. 1917.

Kent, Matthew D., 09 August 2013, Letter, Re: Dell CRT Data Questions.

Kent, Matthew D., 16 October 2013, Letter from Matthew D. Kent to Hojoon Hwang, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Kessler, Jeffrey L., 19 October 2012, Letter, From Kessler to Judge Legge Concerning Request of Depose Dr. Netz for 14 Hours, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Kessler, Jeffrey L., 22 July 2013, Letter from Kessler to Judge Conti, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Kessler, Jeffrey L., 28 March 2013, Letter, From Kessler to Judge Legge Concerning Comcast Corp. v. Behrend, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Korea Fair Trade Commission, 18 January 2012, Plenary Meeting Decision No. 2012-009 [Partial Translation].

Lambrinos, Demetrius, 21 March 2012, Letter from Demetruis Lambrinos to Kevin Goldstein, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Lambrinos, Demetrius, 25 June 2012, Letter to D. Yolkut from Demetrius Lambrinos, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

# Exhibit B: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D. Part 2: Confidential Documents without Bates Numbers

Lambrinos, Demetrius, 29 March 2012, Letter from Demetrius X. Lambrinos to Kevin Goldstein, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Lau, Lucius, 03 February 2012, Letter from Lucius Lau to Mario Alioto, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Lau, Lucius, 23 July 2012, Letter, From Lucius Lau to Lauren Russell and R. Alexander Saveri, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Lau, Lucius, 28 August 2012, Letter, From Lucious Lau to Lauren Russell and R. Alexander Saveri, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Leitzinger, Jeffrey J., 14 May 2013, Expert Report of Jeffrey J. Leitzinger, PH.D., In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

LG Electronics, 10 February 2012, Supplemental Response by Defendant LG Electronics, Inc. to Direct Purchaser Plaintiffs' First Set of Interrogatories, Nos. 4 and 5, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

LG Electronics, 20 July 2012, Attachment 1 LGEI Subsidiaries.

LG Philips Displays, April 1999, Billing.

LG Philips Displays, April 2000, Billing.

LG Philips Displays, April 2001, Billing.

LG Philips Displays, April 2002, Billing.

LG Philips Displays, April 2003, Billing.

LG Philips Displays, April 2004, Billing.

LG Philips Displays, August 1999, Billing.

LG Philips Displays, August 2000, Billing.

LG Philips Displays, August 2001, Billing.

LG Philips Displays, August 2002, Billing.

LG Philips Displays, August 2003, Billing.

LG Philips Displays, December 1999, Billing.

LG Philips Displays, December 2000, Billing.

LG Philips Displays, December 2001, Billing.

LG Philips Displays, December 2002, Billing.

# Exhibit B: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D. Part 2: Confidential Documents without Bates Numbers

LG Philips Displays, December 2003, Billing.

LG Philips Displays, February 2000, Billing.

LG Philips Displays, February 2001, Billing.

LG Philips Displays, February 2002, Billing.

LG Philips Displays, February 2002, Billing.

LG Philips Displays, February 2003, Billing.

LG Philips Displays, February 2004, Billing.

LG Philips Displays, January 2000, Billing.

LG Philips Displays, January 2000, Billing.

LG Philips Displays, January 2001, Billing.

LG Philips Displays, January 2002, Billing.

LG Philips Displays, January 2003, Billing.

LG Philips Displays, January 2004, Billing.

LG Philips Displays, July 1999, Billing.

LG Philips Displays, July 2001, Billing.

LG Philips Displays, July 2002, Billing.

LG Philips Displays, July 2003, Billing.

LG Philips Displays, June 1999, Billing.

LG Philips Displays, June 2001, Billing.

LG Philips Displays, June 2002, Billing.

LG Philips Displays, June 2003, Billing.

LG Philips Displays, March 1999, Billing.

LG Philips Displays, March 2000, Billing.

LG Philips Displays, March 2003, Billing.

LG Philips Displays, March 2003, Billing.

LG Philips Displays, March 2004, Billing.

LG Philips Displays, May 1999, Billing.

LG Philips Displays, May 2000, Billing.

LG Philips Displays, May 2001, Billing.

LG Philips Displays, May 2002, Billing.

LG Philips Displays, May 2003, Billing.

## Exhibit B: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D. Part 2: Confidential Documents without Bates Numbers

LG Philips Displays, November 1999, Billing.

LG Philips Displays, November 2000, Billing.

LG Philips Displays, November 2001, Billing.

LG Philips Displays, November 2002, Billing.

LG Philips Displays, November 2003, Billing.

LG Philips Displays, October 1999, Billing.

LG Philips Displays, October 2000, Billing.

LG Philips Displays, October 2001, Billing.

LG Philips Displays, October 2002, Billing.

LG Philips Displays, October 2003, Billing.

LG Philips Displays, September 1999, Billing.

LG Philips Displays, September 2000, Billing.

LG Philips Displays, September 2001, Billing.

LG Philips Displays, September 2002, Billing.

LG Philips Displays, September 2003, Billing.

Lim, Tillie, 07 December 2010, Declaration of Tillie Lim in Support of the Hitachi Defendants' Evidentiary Proffer, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Malaise, Charles, 01 November 2013, Letter, From Malaise to Kent Concerning Dell's Data Questions, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Malaise, Charles, 10 September 2012, Malaise Letter to Plaintiffs re Supplemental Production Data.

Marie J. Babione, 09 December 2009, Letter re In re: Cathode Ray Tube (CRT) Antitrust Litigation, <<Letter from Marie Babione to James Smith.pdf>>.

McCallum, Daniel R., 16 October 2013, Letter from Daniel R. McCallum to Michael W. Scarborough, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

McCallum, Daniel R., 16 October 2013, Letter from Daniel R. McCallum to Eliot A. Adelson, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Monroe, Teresa, 13 October 2013, Letter from Teresa A. Monroe to Rachel Brass, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

# Exhibit B: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D. Part 2: Confidential Documents without Bates Numbers

Monroe, Teresa, 15 October 2013, Letter from Teresa A. Monroe to Eva Cole, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Monroe, Teresa, 15 October 2013, Letter from Tersea Monroe to Lucius B. Lau, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Mudge, Wilson, 20 July 2012, Letter, Re: Response to July 6, 2012 letter re: Transactional Data, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Mudge, Wilson, 25 June 2012, Letter to Specks 6-25-12 (RE: LG 30(b)(6) dep), In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Muranaka, Aaron M., 30 April 2010, Letter to Jennie Anderson 4-30-2010.

NEC Display, 22 March 2010, CRT Sales 032210, <<CRT Sales 032210-HIGHLY_CONFIDENTIAL.xls>>.

NEC Display, Undated, CRT 2005 up PO History, <<CRT 2005 up PO History-HIGHLY-CONFIDENTIAL.xls>>.

NEC Display, 2012, NEC CRT Monitor Models 2000 - 2009, <<CRT Monitor Models 2000_2009-Subpoena-5-17-12.xls>>.

Nelson, Laura E., 05 December 2012, Letter, Laura E. Nelson Response to Eva Cole's Email of November 29, 2012 and Data Questions.

Nelson, Laura E., 26 April 2013, Fwd: FW: Best Buy Data.

Netz, Janet S., 01 October 2012, Declaration of Janet S. Netz, PH.D., In Support of Motion of Indirect-Purchaser Plaintiffs For Class Certification, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Netz, Janet S., 04 October 2013, Declaration of Janet Netz, PH.D. in Support of Opposition to Final Approval of Philips Settlement, The State of California, et al. v. Chunghwa Picture Tubes, LTD Picture Tubes, LTD., et al. (Superior Court of the State of California, County of San Francisco).

Netz, Janet S., 09 October 2012, Errata to the Declaration of Janet S. Netz, PH.D., In Support of Motion of Indirect-Purchaser Plaintiffs For Class Certification, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Netz, Janet S., 15 February 2013, Rebuttal Declaration of Janet S. Netz, PH.D., in Support of Motion of Indirect-Purchaser Plaintiffs for Class Certification, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Newegg, 2010, Monitor SKU List [SAMPLE], <<Monitor sku list - Highly Confidential.XLS>>.

# Exhibit B: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D. Part 2: Confidential Documents without Bates Numbers

Newegg, April 2011, Newegg CRT Sales, <<HIGHLY CONFIDENTIAL-Newegg CRT Sales.mdb>>.

OfficeMax, 2009, zarticlereport year end 2009yyy, <<Item Listing for potential CRT units - zarticlereport.xlsx>>.

OfficeMax, 2010, OfficeMax 2003 Transaction Data, <<2003.zip>>.

OfficeMax, 2010, OfficeMax 2004 Transaction Data, <<2004.zip>>.

OfficeMax, 2010, OfficeMax 2005 Transaction Data, <<2005.zip>>.

OfficeMax, 2010, OfficeMax 2006 Transaction Data, <<2006.zip>>.

OfficeMax, 2010, OfficeMax 2007 Transaction Data, <<2007.zip>>.

OfficeMax, 2010, OfficeMax 2008 Transaction Data, <<2008.zip>>.

OfficeMax, 2010, OMX Sales File Layouts and Transaction Codes, <<OMX Sales File Layouts and Descriptions.xls>>.

OfficeMax, January 2010, Item Listing for potential CRT units - zarticlereport.xlsx.

PC Connection, 2010, CRT Products, <<CRT Products.xlsx>>, accessed February 2010.

PC Connection, 2010, CRT Receipts 1999-2009, <<CRT Receipts 1999-2009.xlsx>>, accessed February 2010.

PC Connection, 2010, CRT Sales 1999-2009, <<CRT Sales 1999-2009.xlsx>>, accessed February 2010.

PC Mall, SX, Undated, CRTSubpoena_SX_POs_06112012, <<CRTSubpoena_SX_POs_06112012.txt>>.

PC Mall, SX, Undated, CRTSubpoena_SX_Sales_06112012, <<CRTSubpoena_SX_Sales_06112012.txt>>.

PC Mall, Trend, Undated, CRTSubpoena_Trend_POs_06112012, <<CRTSubpoena_Trend_POs_06112012.txt>>.

PC Mall, Trend, Undated, CRTSubpoena_Trend_Sales_06112012, <<CRTSubpoena_Trend_Sales_06112012.txt>>.

PC Mall, Undated, CRTSubpoena_PCMall_POs_06112012, <<CRTSubpoena_PCMall_POs_06112012.txt>>.

PC Mall, Undated, CRTSubpoena_PCMall_Sales_06112012, <<CRTSubpoena_PCMall_Sales_06112012.txt>>.

Philips Electronics North America, 2000, PENAC Sales of CRTs.

Philips Electronics North America, Undated, PENAC Computer CRT Customers & Distributors.

Philips Electronics North America, Undated, PENAC CRT Monitor Sales: 2000-2007.

Philips Electronics North America, Undated, PENAC CRT Television Customers and Distributors.

## Exhibit B: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D. Part 2: Confidential Documents without Bates Numbers

Philips Electronics North America, Undated, PENAC CRT TV Sales: 2000-2007.

Philips Multimedia Flat Displays, 03 April 1999, Philip CRT Sales Data Jan - March 1999, LPD Server Production <<Compaq\D-DRIVE\Department\Accounting\123DATA\Pre SAP Sales\YTDINVC.DBF>>.

Philips Multimedia Flat Displays, 06 January 1994, Philip CRT Sales Data 1993, LPD Server Production <<Compaq\D-DRIVE\Department\Accounting\123DATA\Pre SAP Sales\YTDDEC93.DBF>>.

Philips Multimedia Flat Displays, 12 January 1996, Philip CRT Sales Data 1995, LPD Server Production <<Compaq\D-DRIVE\Department\Accounting\123DATA\Pre SAP Sales\YTDDEC95.DBF>>.

Philips Multimedia Flat Displays, 23 January 1998, Philip CRT Sales Data 1997, LPD Server Production <<Compaq\D-DRIVE\Department\Accounting\123DATA\Pre SAP Sales\YTDDEC97.DBF>>.

Philips Multimedia Flat Displays, 27 January 1997, Philip CRT Sales Data 1996, LPD Server Production <<Compaq\D-DRIVE\Department\Accounting\123DATA\Pre SAP Sales\YTDDEC96.DBF>>.

Philips Multimedia Flat Displays, 29 January 1996, Philip CRT Sales Data 1994, LPD Server Production <<Compaq\D-DRIVE\Department\Accounting\123DATA\Pre SAP Sales\YTDDEC94.DBF>>.

Philips Multimedia Flat Displays, 31 December 1998, Philip CRT Sales Data 1998, LPD Server Production <<Compaq\D-DRIVE\Department\Accounting\123DATA\Pre SAP Sales\YTDDEC98.DBF>>.

Philips Multimedia Flat Displays, Undated, Product Code Description, LPD Server Production <<Compaq\D-DRIVE\Department\Accounting\123DATA\Pre SAP Sales\PRODCODE.DBF>>.

Pletcher, Anna T., 06 January 2009, Letter from Anna T. Pletcher to Kelly Whiting, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Pletcher, Anna, 03 March 2009, Letter from Anna T. Pletcher to Marlene Franklin, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Radio Shack, 18 November 2009, Search Results for 'CRT', http://ntnotesa.tandy.com/aaf/nwprdtin.nsf/b66c492f4d19630986257004004d8aaf?SearchView, accessed 18 November 2009.

Radio Shack, Undated, CRT TVs from 2003 to 2008, <<CRT TVs from 2003 to 2008.xls>>.

Radio Shack, Undated, Monitor Skus (2), <<Monitor Skus (2).xls>>.

Radio Shack, Undated, PO Data Pull for CRT Skus List1, <<PO Data Pull for CRT Skus List1.xls>>.

# Exhibit B: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D. Part 2: Confidential Documents without Bates Numbers

Radio Shack, Undated, PO Data Pull for Monitor Skus & SDOC0483, <<PO Data Pull for Monitor Skus & SDOC0483.xls>>.

Radio Shack, Undated, PO Data Pull for SDOC0544, <<PO Data Pull for SDOC0544.xls>>.

Rushing, Geoffrey C., 11 November 2013, Declaration of Geoffrey C. Rushing in Support of Reply Brief in Support of Direct Purchaser Plaintiffs' Motion for Class Certification, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Rushing, Geoffrey, Russell, Lauren, 06 May 2011, Letter from Geoffrey C. Rushing and Lauren Russell to Adam C. Hemlock, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Russell, Lauren, Saveri, Alexander R., 11 April 2012, Letter, From Lauren Russell and R. Alexander Saveri to Dana Foster, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Russell, Lauren, 15 April 2011, Letter from Lauren Russell to Lucius Lau, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Russell, Lauren, 23 February 2012, Letter from Lauren Russell to Lucius Lau - WITH COMMENTS, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Russell, Lauren, 24 May 2011, E-mail, RE: CRT Litigation.

Russell, Lauren, 30 March 2011, IPP Memo re Transactional Data, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Russell, Lauren, Saveri, Alexander, 23 February 2012, Letter, From Russell and Saveri to Scarborough Concerning Follow Up Discovery Status Report of January 18, 2012, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Russell, Lauren, Saveri, R. Alexander, 03 May 2011, Letter, From Lauren Russell and R. Alexander Saveri to Michael Scarborough, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Russell, Lauren, Saveri, R. Alexander, 09 March 2012, Letter, From Lauren Russell to Dana Foster re 20120306 phone call, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Russell, Lauren, Saveri, R. Alexander, 20 July 2011, Letter, From Lauren Russell and R. Alexander Saveri to Michael Scarborough, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Russell, Lauren, Saveri, R. Alexander, 23 February 2012, Letter from Lauren Russell and R. Alexander Saveri to Michael Scarborough, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

# Exhibit B: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D. Part 2: Confidential Documents without Bates Numbers

Russell, Lauren, Saveri, R. Alexander, 28 April 2011, Letter from R. Alexander Saveri to Benjamin Bradshaw re 20110420 call, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Russell, Lauren, Saveri, R. Alexander, Undated, Letter, From Lauren Russell to Lucius Lau, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Samsung Electronics, 2012, CRT Data - Jan 2002 - Dec 2007.

Samsung, 03 February 2012, Supplemental Objections and Responses of Samsung Electronics Co., Ltd. to Direct Purchaser Plaintiffs' First Set of Interrogatories, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Samsung, 03 February 2012, Supplemental Objections and Responses of Samsung Electronics America, Inc. to Direct Purchaser Plaintiffs' First Set of Interrogatories, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Samsung, December 2007, CRT Data - Jan 2002-Dec 2007, <<CRT Data - Jan 2002-Dec 2007.xlsx>>.

Sanyo North America, 2010, CRT Purchase with Buyer, <<CRT Purchase Data 2005-Present.xls>>.

Sanyo North America, 2010, CRT Sale Cust, <<CRT Sales Data 2005-Present.xls>>.

Sanyo, 04 March 2011, CRT Pricing Info (1995-2007), <<CRT Pricing Info (1995-2007).PDF>>.

Sanyo, 2010, SMC CRT Production, <<SMC CRT Production Read Only - HIGHLY CONFIDENTIAL.xls>>.

Sanyo, 2010, SMC CRT Purchases, <<SMC CRT Purchases Read Only - HIGHLY CONFIDENTIAL.xls>>.

Sasse, Daniel A., 07 November 2011, Letter, Re: Subpoena to Ingram Mircro Inc. in In re Cathode Ray Tube (CRT) Antitrust Litigation.

Saveri, Alexander R., Russell, Lauren C., 29 June 2012, Letter from Lauren Russell and R. Alexander Saveri  to Michael Scarborough, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Saveri, Alexander R., 14 May 2013, Declaration of R. Alexander Saveri in Support of Direct Purchaser Plaintiffs' Motion for Class Certification, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Scarborough, Michael W., 01 August 2012, Letter, From Scarborough to Counsel, Concerning Re SDI Sales and Cost Data, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

# Exhibit B: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D. Part 2: Confidential Documents without Bates Numbers

Scarborough, Michael W., 03 February 2012, Letter, From Scarbourough to Alioto Concerning January 18, 2012 Status Report Letter.

Scarborough, Michael W., 12 August 2011, Letter from Michael W. Scarborough to R. Alexander Saveri, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Scarborough, Michael W., 13 May 2011, Letter, Michael W. Scarborough to R. Alexander Saveri and Paul H. McVoy on Samsung SDI's CRT sales transactions for shipment, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Scarborough, Michael W., 13 May 2013, Letter, from Scarborough to Vertiext, Errata for Duck-Yun Kim Deposition, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Scarborough, Michael W., 17 February 2012, Letter, From Scarbourough to Shapiro Concerning Identification of Employees with Pricing Responsibility.

Scarborough, Michael W., 17 March 2011, Letter, From Scarborough to Counsel Concerning Encl. SDCRT-0021385-SDCRT0083117.

Scarborough, Michael W., 19 September 2011, Letter, From Scarborough to Counsel with Enclosed Disc with Further Production of Documents by Samsung SDI Defendants.

Scarborough, Michael, 08 August 2012, Letter from Michael Scarborough to R. Alexander Saveri and Lauren C. Russell, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Scarborough, Michael, 08 March 2012, Letter from Michael Scarborough to R. Alexander Saveri and Lauren C. Russell, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Scott N. Wagner, 22 March 2013, Letter from Scott N. Wagner to Philip J. Iovieno, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Sewell, Karen, 14 October 2011, Letter from Karen Sewell to Charles Legge, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Shapland, Eric, 05 January 2011, Letter from Eric Shapland to R. Alexander Saveri and Lauren C. Russell on meet and confer over LG, LGEI, LGEUS, and LGETT, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Shapland, Eric, 17 November 2011, Letter from Eric Shapland to R. Alexander Saveri and Mario N. Alioto on report of the production of sales and cost data by LGEI, LGEUS, and LGETT, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

# Exhibit B: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D. Part 2: Confidential Documents without Bates Numbers

Shapland, Eric, 26 July 2011, Letter from Eric Shapland to R. Alexander and Lauren C. Russell over the production of transaction-level data by LGEI, LGEUS, LGETT, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Shapland, Eric, 30 March 2012, Letter from Eric Shapland to R. Alexander Saveri and Lauren C. Russell, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Shapland, Eric, 30 September 2011, Letter, DP and IP Enclosing Transaction-Level Data, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Sharp Electronics Corporation, 2011, Sharp Electronics CRT Product Sales Data FY2001 - FY2007, <<CRT Sales by Month for FY 2001 - 2010.xls.XLS>>.

Sharp Electronics Corporation, 2011, Sharp Electronics CRT Purchase Data December 1998 to March 2001, <<12_98 - 3_01 CRT Purchase Data.XLS>>.

Sharp Electronics Corporation, 28 November 2012, 2012.11.28 12_98 - 3_01 CRT Purchase Data_Replacement, <<2012.11.28 12_98 - 3_01 CRT Purchase Data_Replacement.xlsx>>.

Sharp, 2010, CRT Purchase Transaction [SAMPLE], <<CRT Purchase Transaction SAMPLE.XLS>>.

Sharp, 2010, CRT Purchase Transaction SAMPLE [SAMPLE], <<CRT Purchase Transaction SAMPLE.XLS>>.

Sharp, 2010, Sharp Electronics CRT Purchase Data 2001 - 2007, <<CRT Purchase Data.xls>>.

Sharp, 2010, Sharp Electronics CRT Sales Data October 1997 to March 2001, <<Oct 97 - Mar 01 Legal CRT Antitrust.xls>>.

Sharp, 28 November 2012, 12_98 - 3_01 CRT Purchase Data_Replacement.XLSX.

Simmons, Ian, 03 February 2012, Letter from Ian Simmons to Charles A. Legge, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Snyder, Edward A., 18 August 2013, Testimony Presentation of Edward A. Snyder, Case No. 07-MD-1827 SI, Case No. 10-CV-4572, and Case No. 12-CV-4114.

Snyder, Rich, 05 February 2011, Letter from Richard Snyder to Charles A. Legge, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Sony, 2009, PJ CRT Master, <<PJ CRT Master.xls>>.

Stargard, Andreas, 15 December 2011, Letter from Andreas Stargard to Lauren C. Russell and Rick Saveri on behalf of Philips Electronics, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

# Exhibit B: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D. Part 2: Confidential Documents without Bates Numbers

Stewart, Jennifer M., 10 October 2012, Letter, From Stewart to Alioto Concerning Netz Declaration Production, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Tech Data, 17 February 2011, CRT H09 Data Pull, <<CRT H09DataPull.txt>>.

Tech Data, 17 February 2011, CRT H09 Historical Purchases, <<CRT H09 Historical Purchases 1995.xlsx>>.

Tech Data, 17 February 2011, CRT H09DataPull 1995 history server, <<CRT H09DataPull 1995 history server.xlsx>>.

Tech Data, 17 February 2011, CRT PreSerialNoPull 1993 to 2007 invoices, <<CRT PreSerialNoPull 1993 to 2007 invoices.xlsx>>.

Tech Data, 17 February 2011, CRT PreSerialNoPull, <<CRT PreSerialNoPull.txt>>.

Tech Data, 17 February 2011, CRT SerialNoDataPull, <<CRT SerialNoDataPull.txt>>.

Tech Data, 17 February 2011, LEGAL_INVOICE_DATA 1997 to 2003  L10, <<LEGAL_INVOICE_DATA 1997 to 2003  L10>>.

Tech Data, 17 February 2011, LEGAL_INVOICE_DATA off restore L10 prior to 2003, <<LEGAL_INVOICE_DATA off restore L10 prior to 2003.txt>>.

Tech Data, 17 February 2011, LEGAL_INVOICE_DATAP64 2003 and after, <<LEGAL_INVOICE_DATAP64 2003 and after.xlsx>>.

Tech Data, 17 February 2011, LEGAL_INVOICE_DATAP64 2003 and after, <<LEGAL_INVOICE_DATAP64 2003 and after.txt>>.

Tech Data, 17 February 2011, LEGAL_INVOICE_SERIAL L10, <<LEGAL_INVOICE_SERIAL L10.txt>>.

Tech Data, 17 February 2011, LEGAL_INVOICE_SERIAL P64, <<LEGAL_INVOICE_SERIAL P64.txt>>.

Tech Data, 2010, Invoices 2006-2007 [Sample], <<INVOICES_2006_07.TXT>>.

Tech Data, 2010, INVOICES_CRT_CYG, <<INVOICES_CRT_CYG.TXT>>.

Tech Data, 2010, INVOICES_CRT_LOGISTICS_2003_2007, <<INVOICES_CRT_LOGISTICS_2003_2007.TXT>>.

Tech Data, 2010, POS 01-2007 [Sample], <<POS_CYG_012007.TXT>>.

Teng, Raymond, 07 December 2010, Declaration of Raymond Teng in Support of the Hitachi Defendants' Evidentiary Proffer, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Undated, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Undated, LGEI Subsidiary List.

# Exhibit B: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D. Part 2: Confidential Documents without Bates Numbers

UTI Technology Inc., 2007, List of CRT Purchases as Recorded in Quickbooks, <<UTI Technology Inc.pdf>>.

Wal-Mart, 01 October 2010, Vendor Number Data CRT Products [SAMPLE], <<Vendor Number Data CRT Products LR35700.xls>>.

Wal-Mart, 2010, SAMPLE - Current Stores and Club List as of 08232010, <<Current Stores and Club List as of 08232010.xls>>.

Wal-Mart, 2010, SAMPLE - Sams CRT Sales Last 2 Years Draft Report, <<Sams CRT Sales Last 2 Years Draft Report.xls>>.

Wal-Mart, 2010, SAMPLE - Total Sales Sams Club LR30830, <<Total Sales Sams Club LR30830.xls>>.

Wal-Mart, 2010, SAMPLE - Walmart US CRT Sales 1995-2010.xls, <<Copy of Walmart US CRT Sales 1995-2010.xls>>.

Wal-Mart, 2010, Sams and WMT Selected Gross Ships Report LR35989, <<Sams and WMT Selected Gross Ships Report LR35989 (1).xls>>.

Wal-Mart, 2010, Walmart and Sams Select Gross Ships Report 102008-102010, <<Walmart and Sams Select Gross Ships Report 102008-102010 LR35847.xls>>.

Wal-Mart, 2010, Walmart and Sams Selected Sales Report, <<Walmart and Sams Selected CRT Sales Report LR35846.xls>>.

Willig, Robert D., 10 September 2013, Expert Report of Robert D. Willig, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Willig, Robert D., 14 December 2012, Expert Report of Robert D. Willig, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Willig, Robert D., 18 January 2013, Errata to The Expert Report of Robert D. Willig, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Willig, Robert D., 21 January 2013, Errata to The Expert Report of Robert D. Willig, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Wojtczak, Richard A., 16 August 2012, Letter Containing Circuit City Data.

Wu, Lawrence, 29 October 2013, Declaration of Mr. Lawrence Wu in Support of Philips Electronics North America Corporation's Reply Brief in Support of Plaintiffs' Motion for Final Approval of the Chunghwa and Philips Settlements, The State of California, et al. v. Chunghwa Picture Tubes, LTD Picture Tubes, LTD., et al. (Superior Court of the State of California, County of San Francisco).

Yeargan, Leigh Anne, 28 August 2013, E-mail, Subject: Fwd: In re Cathode Ray Tube (CRT) Antitrust Litig., Case No. 07-5944 (N.D. Cal.).

# Exhibit B: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D. Part 2: Confidential Documents without Bates Numbers

Yohai, David L., 15 March 2011, Letter from David Yohai to Geoff Rushing and Lauren Russell, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Yohai, David L., 29 June 2012, Letter, On behalf of Panasonic Defendants in connection with upcoming 30(b)(6) depositions, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Zahid, Judith, 01 July 2012, Letter re: HEDUS Data Questions, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

Zahid, Judith, 24 May 2011, E-mail from Judith Zahid to James Smith re Samsung Finished Product Model Number Decoder.

Zones, 21 May 2010, CRT Gross Sales, <<CRT gross sales.xls>>.

Zones, 21 May 2010, CRT Net Sales, <<CRT net sales.xls>>.

Zones, 31 December 2009, Zones CRT 12.31.09, <<CONFIDENTIAL ZONES CRT 12.31.09.xls>>.

# Exhibit C: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D.

01 April 1999, Zenith Reaches Bondholder Agreement, PR Newswire, http://www.thefreelibrary.com/_/print/PrintArticle.aspx?id=54269833, accessed 16 July 2012.

01 April 2009, Five Rivers' Equipment Sold At Auction, The Greenville Sun, http://www.greenevillesun.com/Business/article/Five-Rivers-Equipment-Sold-At-Auction-id-274590, accessed 10 July 2012.

01 February 2003, French Subsidiary of Daewoo Goes into Liquidation, eironline, http://www.eurofound.europa.eu/eiro/2003/02/inbrief/fr0302102n.htm, accessed 09 August 2012.

02 April 2012, Japan Display Inc. announces start of business, http://www.j-display.com/english/news/2012/20120402.html, accessed 09 August 2012.

02 August 2012, LCD Costco Response to MSJ on Pass-Through.

02 February 2006, LG.Philips Displays files for bankruptcy protection, EE Times Asia, http://www.eetasia.com/ART_8800405639_480700_NT_5ae0362e.HTM#, accessed 09 July 2012.

02 September 2009, Opinion, Schreiber v. Philips Display Components Company, http://caselaw.findlaw.com/us-6th-circuit/1465871.html, accessed 10 July 2012.

03 January 2014, Stipulation and Order Regarding Scheduling, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

03 July 1996, ViewSonic Launches its SonicTron 21" Monitor- The PT810- With Many Features for Exacting Professionals, http://www.prnewswire.co.uk/news-releases/viewsonic-launches-its-sonictron-tm-21-monitor---the-pt810---with-many-features-for-exacting-professionals-156142165.html, accessed 22 November 2013.

04 April 2012, Samsung SDI Halts CRT Production in Malaysia Plant, Invest Korea, http://www.investkorea.or.kr/InvestKoreaWar/work/ik/eng/nr/nr_01_read.jsp?no=608300001&l_unit=90202&bno=204040004&page=14&sort_num=5391, accessed 10 July 2012.

04 February 2009, Indictment, United States of American v. Cheng Yuan Lin, et al (United States District Court Northern District of California San Francisco Division).

04 July 2001, LG Philips to Close Plants, Fire 1,200 Workers, Taipei Times, http://www.taipeitimes.com/News/biz/archives/2001/07/04/92740/print, accessed 19 February 2009.

05 August 2013, Notice of Deposition of Plaintiff ABC Appliance, Inc. d/b/a ABC Warehouse Pursuant to Rule 30(b)(6), In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

05 July 2001, LG Philips to shut down CRT plant in Taiwan, ITworld.com, http://www.itworld.com/IDG010705LGPhilips, accessed 10 July 2012.

07 December 2012, Memorandum, In re: Chocolate Confectionary Antitrust Litigation (United States District court For the Middle District of Pennsylvania).

07 October 2013, Stipulation and Order Regarding Scheduling, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

08 October 2013, On Petition of Defendants for Permission to Appeal, In Re: Cathode Ray Tube (Cathode Ray Tube) Antitrust Litigation (United States Court of Appeals for the Ninth Circuit).

09 January 2006, LG merges local arms, increases investment, Jakarta Post, http://www.accessmylibrary.com/article-1G1-142419172/lg-merges-local-arms.html, accessed 17 July 2012.

09 November 2007, Competition Authorities Probing Television Makers, http://www.cbc.ca/technology/story/2007/11/09/tech-television.html, accessed 09 November 2007.

09 November 2010, Indictment of Seung-Kyu Lee, et al..

10 February 2009, Indictment, United States of American v. Cheng Yuan Lin, a.k.a. C.Y. Lin  (United States District Court Northern District of California San Francisco Division).

Exhibit C
Page 1 of 53

# Exhibit C: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D.

10 February 2012, Toshiba Corporation's Supplemental Objections and Responses to Interrogatory Nos. Four and Five of Direct Purchaser Plaintiffs' First Set of Interrogatories, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

10 January 2013, Indirect Purchaser Plaintiffs' Fourth Consolidated Amended Complaint, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

10 November 2005, An Interview with iSuppli's Jeffrey Wu - ODM vs EMS, what happens next?, EMSNow, http://www.emsnow.com/npps/story.cfm?ID=15416, accessed 18 June 2008.

11 December 2010, Indirect Purchaser Plaintiffs' Third Consolidated Amended Complaint, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

12 December 2012, Deposition of In Hwan Song, State of California, et al v. Samsung SDI, Inc., o. Ltd, et al. (United States District Court Northern District of California San Francisco Division).

12 February 2014, Brief for the United States of America, United States of America v. Shiu Lung Leung (In the United States Court of Appeals for the Ninth Circuit).

12 July 2013, Class Action Complaint, Luscher et al. v. Videocon Industries, Ltd., et al. (United States District Court Northern District of California San Francisco).

13 March 1996, Zenith Breaks Ground for Expansion of Melrose Park Color Picture Tube Plant, PR Newswire, http://www.thefreelibrary.com/ZENITH+BREAKS+GROUND+FOR+EXPANSION+OF+MELROSE+PARK+CO LOR+PICTURE+TUBE...-a018086464, accessed 16 July 2012.

14 August 2012, Company Overview of Shanghai Yongxin Linqqi Electronic Co., Ltd., Business Week, http://investing.businessweek.com/research/stocks/private/snapshot.ASP?privcapId=50086751, accessed 14 August 2012.

14 December 1995, Sony Shifting More Television Manufacturing to China, http://www.apnewsarchive.com/1995/Sony-Shifting-More-Television-Manufacturing-to-China/id-181ee7c46e9319716a3f6b9ea931f0c7, accessed 20 November 2013.

14 March 2000, Recovery of TV Set Industry Impeded by Illegal Inflow of Import Products, Indonesian Commercial Newsletter, http://www.thefreelibrary.com/RECOVERY+OF+TV+SET+INDUSTRY+IMPEDED+BY+ILLEGAL+INFLOW+ OF+IMPORT...-a061025871, accessed 16 July 2012.

14 March 2002, BPL Display to increase capacity, Business Line, http://www.accessmylibrary.com/article-1G1-85384303/bpl-display-increase-capacity.html, accessed 03 September 2012.

14 September 2002, 15 Gateway 2000 Vivitron Digital 15_ SVGA Monitor The 13514 13514 ALL AMERICAN COMPUTER LIQUIDATORS - Worldbid, http://www.worldbid.com/showrooms/15-gateway-2000-vivitron-digital-15-svga-monitor-the-13514-13514.html, accessed 02 December 2013.

16 July 1992, MITSUBISHI BECOMES FIRST TO LICENSE Sony's Trinitron - Computer Business Review, http://www.cbronline.com/news/mitsubishi_becomes_first_to_license_sonys_trinitron, accessed 05 December 2013.

17 May 2011, Amended Plea Agreement U.S. v. Samsung SDI Company, LTD., http://www.justice.gov/atr/cases/f272100/272150.htm, accessed 18 November 2013.

17 November 2005, SVA-E Plans to Sell CRT Business, SinoCast China IT Watch, http://www.accessmylibrary.com/article-1G1-138850723/sva-e-plans-sell.html, accessed 28 August 2012.

18 August 2009, Indictment of Wen Jun Cheng, a.k.a. Tony Cheng.

18 March 2011, Information, U.S. v. Samsung SDI Company, LTD..

19 September 2010, IRICO Display Devices Co. Ltd., http://www.ch.com.cn/english/content.jsp?urltype=news.NewsContentUrl&wbnewsid=2413&wbtreeid=1465, accessed 13 July 2012.

Exhibit C
Page 2 of 53

# Exhibit C: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D.

1991, Rockets And Feathers: The Asymmetric Speed of Adjustment of UK Retail Gasoline Prices to Cost Changes, Energy Economics, Vol. 13.

1999, Mitsubishi Diamond Pro 710s 17 Diamondtron Natural Flat Monitor, http://www.amazon.com/Mitsubishi-Diamond-Diamondtron-Natural-Monitor/dp/B00004Y74M, accessed 22 November 2013.

20 June 2013, Report and Recommendation Regarding Defendants' Motion to Strike Proposed Expert Testimony, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

20 June 2013, Report and Recommendation Regarding Indirect Purchaser Plaintiffs' Motion for Class Certification, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

20 March 2002, LG Philips to Close CDT Plant in Austria, A to Z Materials, http://www.azom.com/news.ASP?newsID=102, accessed 19 February 2009.

2000, The Different Types of CRT Monitors: From ShortNeck to FST [ca. 2000], PC Tech Guide, http://www.pctechguide.com/crt-monitors/the-different-types-of-crt-monitors-from-shortneck-to-fst, accessed 13 March 2012.

2006, Cathode Ray Tube, http://www.madehow.com/Volume-2/Cathode-Ray-Tube.html, accessed 14 March 2012.

2007, Aspect Ratios Explained, http://www.bambooav.com/aspect-ratios-explained.html, accessed 20 April 2012.

2008, Computer Graphics [pp. 27-28], I.K. International Publishing House Pvt. Ltd., ISBN 978-81-89866-73-0.

2009, About IRICO, http://www.ch.com.cn/english/txt.jsp?urltype=tree.TreeTempUrl&wbtreeid=1459, accessed 21 August 2012.

2011, LG Electronics (Shenyang) Inc., http://www.computer-sources.com/suppliers/supplier.ASP?id=1613, accessed 17 July 2012.

2011, Reference Manual on Scientific Evidence, Third Edition, The National Academies Press: Washington, D.C..

2012, Chunghwa Picture Tubes, Ltd., Hoover's Company Profiles, http://www.answers.com/topic/chunghwa-picture-tubes-ltd, accessed 03 August 2012.

2012, Company Overview of Toshiba America Consumer Products, L.L.C., http://investing.businessweek.com/research/stocks/private/snapshot.ASP?privcapId=952656, accessed 30 August 2012.

2012, CRT Monitor Resolution and Refresh Rates (VSF), PC Tech Guide, http://www.pctechguide.com/crt-monitors/crt-monitor-resolution-and-refresh-rates-vsf, accessed 12 March 2012.

2012, CRT Monitors, PC Tech Guide, http://www.pctechguide.com/crt-monitors, accessed 13 March 2012.

2012, Cutting Tool Basics, American Machinist Magazine, http://www.cutting-tool.americanmachinist.com/guiEdits/Content/bdeee13/bdeee13_1.aspx, accessed 19 March 2012.

2012, Dot Trio Monitors, PC Tech Guide, http://www.pctechguide.com/crt-monitors/dot-trio-monitors, accessed 13 March 2012.

2012, Electron Beam Monitors, PC Tech Guide, http://www.pctechguide.com/crt-monitors/electron-beam-monitors, accessed 13 March 2012.

2012, Enhanced Dot Pitch Monitors, PC Tech Guide, http://www.pctechguide.com/crt-monitors/enhanced-dot-pitch-monitors, accessed 16 March 2012.

2012, Grill Aperture Monitors, PC Tech Guide, http://www.pctechguide.com/crt-monitors/grill-aperture-monitors, accessed 13 March 2012.

2012, Monitor Interlacing, PC Tech Guide, http://www.pctechguide.com/crt-monitors/monitor-interlacing, accessed 13 March 2012.

Exhibit C
Page 3 of 53

# Exhibit C: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D.

2012, Monitor Technologies: Slotted Mask, PC Tech Guide, http://www.pctechguide.com/crt-monitors/monitor-technologies-slotted-mask, accessed 13 March 2012.

2012, Overseas Plant: Malaysia Plant (SDI(M)), http://www.samsungsdi.com/intro/c_7_2_1_1P.html, accessed 29 August 2012.

2012, Overseas Plant: Mexican Plant (SDIM), http://www.samsungsdi.com/intro/c_7_2_1_8P.html, accessed 29 August 2012.

2012, Pelco PMC10A High Resolution Color Monitor, http://www.avsupply.com/Pelco/pmc10a.php, accessed 22 June 2012.

2012, The Anatomy of a CRT Monitor (and CRT TVs), PC Tech Guide, http://www.pctechguide.com/crt-monitors/the-anatomy-of-a-crt-monitor-and-crt-tvs, accessed 13 March 2012.

2012, The C.R.T., Preher-Tech, http://preher-tech.com/crt.aspx, accessed 17 April 2012.

2012, The Tube Center - Orlando Vacuum Tubes, http://www.thetubecenter.com/, accessed 11 July 2012.

2012, What is a Digital CRT Monitor and How Does It Work, PC Tech Guide, http://www.pctechguide.com/crt-monitors/what-is-a-digital-crt-monitor-and-how-does-it-work, accessed 13 March 2012.

2012, What is the Dot Pitch of a Computer Monitor, PC Tech Guide, http://www.pctechguide.com/crt-monitors/what-is-the-dot-pitch-of-a-computer-monitor, accessed 13 March 2012.

21 December 2012, Memorandum and Order, In re: Urethane Antitrust Litigation (United States District Court for the District of Kansas).

21 December 2012, Memorandum Decision and Order, In re: Vitamin C Antitrust Litigation (United States District Court Eastern District of New York).

21 February 2012, Order Denying Defendants' Motion to Exclude Expert Testimony of Janet S. Netz and William S. Comanor, In re: TFT-LCD (Flat Panel) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

22 August 2012, Indirect Purchaser Plaintiffs' Notice of Motion and Motion For Leave to Amend Complaint; Memorandum of Points and Authorities in Support Thereof, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

22 February 2005, Orion Electric Sold to U.S. Fund Matlin Patterson, Asia Africa Intelligence Wire, http://www.accessmylibrary.com/coms2/summary_0286-18874308_ITM, accessed 17 August 2012.

22 March 2004, MT Picture Display Corp. (Ohio) Begins Production of HDTV Picture Tubes, http://www.Panasonic.com/MECA/press_releases/MTPDA_032204.pdf, accessed 03 February 2009.

22 October 2003, Sony to use CRT plants to make LCD TVs, Asia Africa Intelligence Wire, http://www.accessmylibrary.com/coms2/summary_0286-24776154_ITM, accessed 28 August 2012.

23 April 1996, MAG Innovision Launches Technitron Monitors, http://www.telecompaper.com/news/mag-innovision-launches-technitron-monitors--79949, accessed 22 November 2013.

24 July 2001, LG Electronics Inc. Review Report, www.LG.com/global/download/pdf/review-report-2001-1H.pdf, accessed 17 July 2012.

24 September 2013, Order Adopting Special Master's Reports and Recommendations on Defendants' Motion to Exclude Expert Testimony and Indirect-Purchaser Plaintiffs' Motion for Class Certification, In re: Cathode Ray Tube (CRT) Antitrust Litigation (United States District Court Northern District of California San Francisco Division).

25 December 2008, Business: One-time Famous TV Tube Maker Files for Bankruptcy, Vietnam News Briefs, http://www.accessmylibrary.com/article-1G1-191234205/business-one-t, accessed 17 August 2012.

25 June 2003, Mitsubishi to close CRT plant, Telecompaper.

Exhibit C
Page 4 of 53

# Exhibit C: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D.

25 March 2002, BPL Plans to Relist Picture Tube Making Subsidiary, India Business Insight, http://www.accessmylibrary.com/article-1G1-85543771/bpl-plans-relist-picture.html, accessed 04 September 2012.

26 July 2001, Hitachi to Withdraw from CRTs for PC Monitors; Company Will Concentrate Resources on Flat Panel Displays, Business Wire, http://www.thefreelibrary.com/_/print/PrintArticle.aspx?id=76765169, accessed 26 July 2012.

27 November 2000, Philips and LG Join Forces in Display Components Activities, Business Wire, http://findarticles.com/p/articles/mi_m0EIN/is_2000_Nov_27/ai_67364504, accessed 19 February 2009.

27 September 2005, Samsung SDI's Closure of Berlin Plant Angers Workers, Asia Africa Intelligence Wire, http://www.accessmylibrary.com/article-1G1-136745390/samsung-sdi-closure-berlin.html, accessed 17 July 2012.

28 August 2012, Company History - BPL Ltd., The Economic Times, http://economictimes.indiatimes.com/bpl-ltd/infocompanyhistory/companyid-10579.cms, accessed 28 August 2012.

28 August 2012, Company Overview of SVA (Group) Co., Ltd., Business Week, http://investing.businessweek.com/research/stocks/private/snapshot.ASP?privcapId=5481151, accessed 28 August 2012.

28 December 2005, SVA Electron to Invest in Flat Panel Display Industry, Pacific Epoch, http://pacificepoch.com/china-investment-research/articles/sva-electron-to-invest-in-flat-panel-display-industry, accessed 14 August 2012.

28 February 2002, Hitachi to Reconstruct Its Display Business; Display Group to be Split Off and Business of Cathode Ray Tubes for Direct View Color TV in North America to End, Business Wire, http://www.thefreelibrary.com/_/print/PrintArticle.aspx?id=83338273, accessed 26 July 2012.

28 October 2004, Matsushita to Close MT Picture Display Corporation of America - New York, Business Wire, http://www.businesswire.com/portal/site/google/index.jsp?ndmViewId=news_view&newsId=20041028005533&newsLang=en, accessed 23 February 2009.

31 March 2014, White box (computer hardware), Wikipedia, http://en.wikipedia.org/wiki/White_box_(computer_hardware), accessed 31 March 2014.

A.A.M. Deterink, 01 March 2006, Trustee's First Report in the bankruptcy of LG.Philips Displays Holding B.V. and LG.Philips Displays Netherlands B.V., http://deterinklive.com/nl/publicaties/faillissementsverslagen/l/, accessed 12 July 2012.

A.A.M. Deterink, 04 April 2007, Trustee's Third Report in the bankruptcy of LG.Philips Displays Holding B.V. and LG.Philips Displays Netherlands B.V. and LG.Philips Displays Investment B.V., http://deterinklive.com/nl/publicaties/faillissementsverslagen/l/, accessed 12 July 2012.

A.A.M. Deterink, 20 November 2008, Trustee's Sixth Report in the bankruptcy of LG.Philips Displays Holding B.V. and LG.Philips Displays Netherlands B.V. and LG.Philips Displays Investment B.V., http://deterinklive.com/nl/publicaties/faillissementsverslagen/l/, accessed 12 July 2012.

A.A.M. Deterink, 24 October 2007, Trustee's Fourth Report in the bankruptcy of LG.Philips Displays Holding B.V. and LG.Philips Displays Netherlands B.V. and LG.Philips Displays Investment B.V., http://deterinklive.com/nl/publicaties/faillissementsverslagen/l/, accessed 12 July 2012.

A.A.M. Deterink, 28 August 2006, Trustee's Second Report in the bankruptcies of LG.Philips Displays Holding B.V. and LG.Philips Displays Netherlands B.V. and LG.Philips Displays Investment B.V., http://deterinklive.com/nl/publicaties/faillissementsverslagen/l/, accessed 12 July 2012.

A.A.M. Deterink, 28 March 2008, Trustee's Fifth Report in the bankruptcy of LG.Philips Displays Holding B.V. and LG.Philips Displays Netherlands B.V. and LG.Philips Displays Investment B.V., http://deterinklive.com/nl/publicaties/faillissementsverslagen/l/, accessed 12 July 2012.

A.A.M. Deterink, Undated, Trustee's Eighth Report in the bankruptcies of LG.Philips Displays Holding B.V. and LG.Philips Displays Netherlands B.V. and LG.Philips Displays Investment B.V. and LP.Displays International B.V., http://deterinklive.com/nl/publicaties/faillissementsverslagen/l/, accessed 12 July 2012.

Exhibit C
Page 5 of 53

# Exhibit C: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D.

Aaronson, Daniel, February 2001, Price Pass-through and the Minimum Wage, The Review of Economics and Statistics, Vol. 83(1), pp. 158-169.

ABT.com, Undated, Sharp 32" Black LCD HDTV With Built In DVD Player - LC-32DV27UT, http://www.abt.com/product/41744/Sharp-LC32DV27UT.html, accessed 15 March 2012.

Abtronics, Undated, M34KBV50MM25, http://translate.google.com/translate?hl=en&sl=ru&u=http://www.abtronics.ru/components/M34KBV50MM25_goo d_1983059/&prev=/search%3Fq%3DM34KBV50MM25%26rls%3Dcom.microsoft:en-us:IE-Address%26rlz%3D1I7GGHP_enUS455, accessed 05 November 2013.

Acer, 1998, Acer 78C User's Manual, ftp://ftp.support.acer-euro.com/monitor/crt/manuals/mn78c-uk.pdf, accessed 09 April 2012.

Acer, Undated, Acer 54e Monitor Manual, ftp://ftp.acer-euro.com/monitor/crt/manuals/mn7254e-uk.pdf, accessed 09 April 2012.

Acer, Undated, Acer 77e: Color Monitor: User's Manual.

Acer, Undated, Acer 78c Color Monitor: User's Manual.

Acer, Undated, Acer 99SL Color Monitor User's Guide, ftp://ftp.support.acer-euro.com/monitor/crt/manuals/mn99sl-uk.pdf, accessed 18 June 2012.

Acer, Undated, Acer 99sl Color Monitor: User's Manual.

Acer, Undated, Acer P211 User's Manual, ftp://ftp.acer-euro.com/monitor/crt/manuals/p211-uk.pdf, accessed 09 April 2012.

Acer, Undated, Aspire Product Series, http://us.Acer.com/ac/en/US/content/series/aspire, accessed 29 January 2013.

Acer, Undated, Aspire T320 Series Specifications, http://support.Acer.com/acerpanam/desktop/0000/Acer/AspireT320/AspireT320sp2.shtml, accessed 19 July 2012.

AFP, 08 November 2007, Samsung SDI Probed for Alleged Price Fixing, http://afp.google.com/article/ALeqM5hUB0KOlloDLbM7cvAyJDoOvyf5YA, accessed 20 February 2009.

Akai, Undated, Akai 32" LCD HD TV LCT32Z5TAP, https://www.inspireawards.com/oms/data/1333_LCT32Z5TAP.pdf, accessed 30 January 2013.

Alexandrov, Alexei, 06 September 2012, Pass-through rates in the real world: the effect of price points and menu costs, SSRN, http://papers.ssrn.com/sol3/papers.cfm?abstract_id=2142943, accessed 27 January 2014.

Allen Mark A., Hall, Robert E, et al., 2011, Reference Guide on Estimation of Economic Damages, Reference Manual on Scientific Evidence, Third Edition, National Academies Press: Washington, D.C., 425-502.

Amazon, 02 October 2001, Polaroid FDM-0700A 7" Under-The-Cabinet TV/DVD Combo, http://www.amazon.com/Polaroid-FDM-0700A-Under-The-Cabinet-LCD-Combo/dp/B00024L6P2, accessed 30 January 2013.

Amazon, 04 September 1973, Compaq FS640 Flat Screen Multmedia 19" CRT monitor, http://www.amazon.com/Compaq-FS940-Screen-Multimedia-Monitor/dp/B00005JG4D/ref=cm_cr_pr_product_top, accessed 29 January 2013.

Amazon, 05 December 2007, Toshiba Satellite A205-S5804 15.4-inch Laptop (Intel Pentium Dual Core T2330 Processor, 1 GB RAM, 120 GB Hard Drive, Vista Premium), http://www.amazon.com/Toshiba-Satellite-A205-S5804-15-4-inch-Processor/dp/B0010TVLP8, accessed 30 January 2013.

Amazon, 06 November 2007, Compaq Presario F750US 15.4-inch Laptop (AMD Athlon 64 X 2 Dual Core TK-57 Processor, 1 GB RAM, 120 GB Hard Drive, Vista Premium), http://www.amazon.com/Compaq-Presario-F750US-15-4-inch-Processor/dp/B00111NUM2, accessed 29 January 2013.

Amazon, 14 August 2002, Fujifilm FinePix 2650 2MP Digital Camera w/ 3x Optical Zoom, http://www.amazon.com/Fujifilm-FinePix-Digital-Camera-Optical/dp/B00006IR39, accessed 29 January 2013.

Exhibit C
Page 6 of 53

# Exhibit C: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D.

Amazon, 15 November 2001, RCA 27" Stereo TV with PIP (F27668), http://www.amazon.com/RCA-27-Stereo-PIP-F27668/dp/B00005T3DM/ref=cm_cr_pr_product_top, accessed 30 January 2013.

Amazon, 28 October 2003, Samsung SyncMaster 173S 17" LCD Monitor, http://www.amazon.com/Samsung-SyncMaster-173S-Monitor-Black/dp/B0000DH8M7, accessed 30 January 2013.

Amazon, Undated, Amazon Top Portable CD Players, http://www.amazon.com/gp/search/other?redirect=true&rh=n%3A172282%2Cn%3A!493964%2Cn%3A172623%2Cn%3A465608&bbn=465608&pickerToList=brandtextbin&ie=UTF8&qid=1347905049&rd=1, accessed 17 September 2012.

Amazon, Undated, Compaq FS7550 CRT Monitor 17 Black, http://www.amazon.com/Compaq-FS7550-CRT-Monitor-Black/dp/B000066AX0, accessed 29 January 2013.

Amazon, Undated, ViewSonic P95F+B 19" CRT Monitor (P95F+B-2, Black), http://www.amazon.com/ViewSonic-P95F-Monitor-B-2-Black/dp/B0000CD0DS/ref=cm_cr_pr_product_top, accessed 13 February 2013.

Amazon, Undated, ViewSonic P95F+B PerfectFlat 19" CRT Monitor (Black), http://www.amazon.com/ViewSonic-P95F-PerfectFlat-Monitor-Black/dp/B00006B6XE/ref=cm_cr_pr_product_top, accessed 13 February 2013.

Amazon, 04 September 1999, Philips Magnavox PR0935B 9" TV, http://www.amazon.com/o/ASIN/B00004U2OA?_encoding=UTF8&coliid=&colid=, accessed 12 December 2013.

Amazon, 13 May 2008, Black Tilting Wall Mount Bracket for Philips 42PW9962/17 Plasma 42 inch HDTV TV, http://www.amazon.com/Tilting-Bracket-Philips-42PW9962-Plasma/dp/B0019D6KE2, accessed 12 December 2013.

Amazon, 16 October 2003, Magnavox 9MDPF20 9-Inch TV/DVD Combo with Real Flat Screen, Silver, http://www.amazon.com/Magnavox-9MDPF20-9-Inch-Screen-Silver/dp/B0000SWADC/ref=cm_cr_pr_product_top, accessed 12 December 2013.

Amazon, 17 February 2007, Philips Accessories M64008, http://www.amazon.com/Philips-Accessories-M64008-quot-Swivel/dp/B000C6N7M0, accessed 12 December 2013.

Amazon, Undated, Amazon Overview, http://phx.corporate-ir.net/phoenix.zhtml?c=176060&p=irol-mediaKit, accessed 22 October 2012.

Amazon, Undated, Casio EV-660 3 Portable LCD Screen TV, http://www.amazon.com/Casio-EV-660-Portable-LCD-Screen/dp/B00005EBGM/ref=cm_cr_pr_product_top, accessed 12 February 2013.

Amazon, Undated, NEC AccuSync AS700 17" CRT Monitor (White), http://www.amazon.com/NEC-AccuSync-AS700-Monitor-White/dp/B00019OBS2, accessed 29 January 2013.

Amazon, Undated, NEC AccuSync AS700-BK 17" CRT Monitor (Black), http://www.amazon.com/NEC-AccuSync-AS700-BK-Monitor-Black/dp/B00019OCRW/, accessed 29 January 2013.

Amazon, Undated, Sharp AQUOS LC32DV28UT 32-Inch LCD TC/DVD Combo Unit, Black, http://www.amazon.com/Sharp-AQUOS-LC32DV28UT-32-Inch-Combo/dp/B003N3GF9Q/ref=cm_cr_pr_product_top, accessed 15 March 2012.

Amazon, Undated, Sharp LC32DV24U 32-Inch 720p LCD HDTV with Built-in DVD Player, http://www.amazon.com/Sharp-LC32DV24U-32-Inch-Built-Player/dp/B0019C83NO/ref=cm_cr_pr_product_top/177-4522496-9566515, accessed 15 March 2012.

Amazon, Undated, Sony CDP-E200 17" CRT Monitor, http://www.amazon.com/Sony-CDP-E200-17-CRT-Monitor/dp/B00004YNSI/ref=cm_cr_pr_product_top, accessed 28 January 2013.

Amazon, Undated, Sony CDP-E210 17" CRT Monitor, http://www.amazon.com/Sony-CDP-E210-17-CRT-Monitor/dp/B00004YNSH/ref=cm_cr_pr_product_top, accessed 28 January 2013.

Amazon, Undated, Sony FDL-PT2 LCD Portable TV, http://www.amazon.com/Sony-FDL-PT22-2-2-LCD-Portable/dp/B00001XDZQ, accessed 12 February 2013.

Exhibit C
Page 7 of 53

# Exhibit C: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D.

Amazon, Undated, What are UPCs, EANs, ISBNs. and ASINs?, http://www.amazon.com/gp/seller/asin-upc-isbn-info.html, accessed 28 January 2013.

American Bar Association, 2010, Proving Antitrust Damages: Legal and Economic Issues, Second Edition, ABA Publishing: Chicago.

Anderson, Simon P., de Palma, Andre, et al., 2001, Tax Incidence in Differentiated Product Oligopoly, Journal of Public Economics, Vol. 81.

annenutio.net, Undated, NTSC, PAL, SECAM countries, www.annenuotio.net/dvd/ntsc_pal.pdf, accessed 13 February 2013.

Apanard Angkinand, Jie Li, and Thomas Willett, 2006, Measures of Currency Crises, Forthcoming.

Areeda, Philip E., Hovenkamp, Herbert, et al., 2007, Antitrust Law: An Analysis of Antitrust Principles and Their Application, Volume IIB, Third Edition, Aspen Publishers.

Areeda, Phillip E., Hovenkamp, Herbert, and John L. Solow, 1995, Antitrust Law: An Analysis of Antitrust Principles and Their Application, Volume IIA, Little, Brown & Company: Boston.

Arrow Electronics, Undated, About Arrow, http://www.arrow.com/about_arrow/, accessed 22 October 2012.

Asplund, Marcus, Eriksson, Rickard, and Richard Friberg, 2000, Price Adjustments by a Gasoline Retail Chain, Scandinavian Journal of Economics, Vol 102(1), pp.101-121.

Athey, Susan, and Kyle Bagwell, 2001, Optimal Collusion with Private Information, The RAND Journal of Economics, Vol. 32, No. 3, 428-465.

Audipack, Undated, Philips 42HF995S flat Panel bracket, http://www.audipack.com/products/rid/search/prid/25533/prname/philips_42hf995s_flat_panel_bracket.html, accessed 12 December 2013.

Bachmeier, Lance J., James M. Griffin, 2003, New Evidence on Asymmetric Gasoline Price Responses, The Review of Economics and Statistics, Vol. 85(3), pp. 772-776.

BackOffice Europe, Undated, Acer Graphics G991 - Display - CRT - 19" - 1600 x 1200 / 78hz - 0.26 mm - white, http://www.backoffice.be/prod_uk/Acer/99.90571.003_acer_graphics_g991_display_crt_19_dquote_1600.ASP, accessed 09 April 2012.

Baker, Jonathan B. and Timothy F. Bresnahan, November 1987, Estimating The Residual Demand Curve Facing A Single Firm, International Journal of Industrial Organization, Vol. 6, pp. 283-300.

Baker, Jonathan B., and Daniel L. Rubinfeld, 1999, Empirical methods in antitrust litigation: review and critique, American Law and Economics Review, Vol. 1, No. 1, pp. 386-435.

Baker, Jonathan B., Bresnahan, Timothy F., June 1985, The Gains from Merger or Collusion in Product-Differentiated Industries, Journal of Industrial Economics, Vol. 33, Issue 4, A Symposium on Oligopoly, Competition and Welfare, 427-444.

Balke, Nathan S., Brown, Stephen P.A., et al., 1998, Crude Oil and Gasoline Prices: An Asymmetric Relationship?, Federal Reserve Bank of Dallas Economic Review, pp. 2-11.

Banco de Mexico, Undated, Banco de Mexico Statistics, http://www.banxico.org.mx/estadisticas/statistics.html, accessed 20 September 2012.

Banister, Judith, 01 December 2004, Manufacturing Employment and Compensation in China, http://digitalcommons.ilr.cornell.edu/cgi/viewcontent.cgi?article=1071&context=key_workplace&sei-redir=1&referer=http%3A%2F%2Fwww.google.com%2Furl%3Fsa%3Dt%26rct%3Dj%26q%3Dchinese%2520manufacturing%2520wages%25201994%26source%3Dweb%26cd%3D12%26ved%3D0CDQQFjABOAo%26url%3Dhttp%253A%252F%252Fdigitalcommons.ilr.cornell.edu%252Fcgi%252Fviewcontent.cgi%253Farticle%253D1071%2526context%253Dkey_workplace%26ei%3DVglJUIfaCuXz0gHdzYD4Ag%26usg%3DAFQjCNHoZ3efsvkT0QPqhpXvuiDltXtFhg#search=%22chinese%20manufacturing%20wages%201994%22, accessed 06 September 2012.

Exhibit C
Page 8 of 53

# Exhibit C: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D.

Banister, Judith, August 2005, Manufacturing Earnings and Compensation in China, http://www.bls.gov/opub/mlr/2005/08/art3full.pdf, accessed 10 September 2012.

Bank of Japan, Undated, Bank of Japan Statistics, http://www.boj.or.jp/en/statistics/index.htm/, accessed 20 September 2012.

Bank of Japan, Undated, Prime Lending Rates (Principal Banks) from 1989 to 2000, http://www.boj.or.jp/en/statistics/dl/loan/prime/primeold2.htm/.

Bank of Korea, 31 January 2014, Producer Price Index, Economics Statistics System, http://ecos.bok.or.kr/jsp/use/metadata_e/MetaDataCtl.jsp, accessed 31 January 2014.

Bank of Korea, Undated, Glass for CRT Use [Translated].

Bank of Korea, Undated, Glass Prices for Electronic Equipment, 7.1.1 Producer Price Indexes: Basic Groups, http://ecos.bok.or.kr/flex/EasySearch_e.jsp, accessed 31 January 2014.

Barbour, Eric, Undated, How Vacuum Tubes Work, http://www.vacuumtubes.net/How_Vacuum_Tubes_Work.htm, accessed 17 April 2012.

BarcoNet N.V., 06 October 2000, Demerger of Barco N.V. into BarcoNet N.V. and (new) Barco N.V., http://www.barco.com/en/Investors/Downloads/Prospectus//media/Investors%20downloads/Prospectus/En/barcoprospectusenglishpdf.ashx, accessed 20 September 2012.

Bart Mills, 05 January 2008, The Rebound Town, limaohio.com, http://www.limaohio.com/news/philips-6479-plant-years.html, accessed 10 July 2012.

BBC News, 31 October 2002, TV tube plant to cut 600 jobs, BBC News World Edition, http://news.bbc.co.uk/2/hi/uk_news/scotland/2382841.STM, accessed 22 March 2012.

Beijing-Matsushita Color CRT Company, 23 August 2012, Company Overview of Beijing Matsushita Color CRT Co Ltd., http://investing.businessweek.com/research/stocks/private/snapshot.ASP?privcapId=5522256, accessed 23 August 2012.

Ben Hopkins, 03 September 2013, LCD Shipments Data.

Benigno, Pierpaolo, Ester Faia, March 2010, Globalization, Pass-Through and Inflation Dynamic, NBER Working Paper 15842, http://www.nber.org/papers/w15842, accessed 09 August 2012.

Benq Corporation, 2002, Benq Color Monitor User's Manual.

Benq Corporation, 2002, Benq Color Monitor User's Manual.

Benq Corporation, 2002, Benq Color Monitor User's Manual.

Benq Corporation, 2004, CRT Monitor Product Guide.

Benq Corporation, Undated, Benq Corporate Introduction, http://www.Benq.us/about/corporate, accessed 22 October 2012.

Benq Corporation, Undated, Benq P211 Color Monitor User's Manual.

Bernheim, B. Douglas, Madson, Erik, March 2014, Price Cutting and Business Stealing in Imperfect Cartels, NBER Working Paper Series 19993.

Besley, Timothy, Harvey Rosen, June 1999, Sales Taxes and Prices: An Empirical Analysis, National Tax Journal, Vol. 52(2), pp.157-178.

Besley, Timothy, May 1989, Commodity Taxation and Imperfect Competition: A Note on the Effects of Entry, Journal of Public Economics, Vol. 40, pp. 359-367.

Best Buy, 28 May 1997, Best Buy Co Inc., Form 10-K 1997, http://phx.corporate-ir.net/phoenix.zhtml?c=83192&p=IROL-IRhome, accessed 25 July 2012.

Best Buy, Undated, About BBY, http://pr.bby.com/phoenix.zhtml?c=244152&p=irol-factSheet, accessed 22 October 2012.

Exhibit C
Page 9 of 53

# Exhibit C: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D.

Bettendorf, Leon, ven der Geest, Stephanie A., et al., 2003, Price Asymmetry in the Dutch Retail Gasoline Market, Energy Economics, Vol. 25, pp. 669-689.

Bing, Undated, RCA MM36100 - 36" CRT TV, http://www.bing.com/shopping/rca-mm36100-36-crt-tv/specs/8B32127CEC574E1E7F56?q=rca+mm36100+36+crt+tv, accessed 30 January 2013.

Bishop, Robert L., May 1968, The Effects of Specific and Ad Valorem Taxes, Quarterly Journal of Economics, Vol. 82(2), pp. 198-218.

Blair, Benjamin F. and Philip A. Mixon, June 2011, Price Pass-Through in US Gasoline Markets, Working Paper.

Board of Governors of the Federal Reserve System, 01 December 2012, Monthly Average TWD to USD Exchange Rates, http://research.stlouisfed.org/fred2/data/EXTAUS.txt, accessed 17 January 2013.

Board of Governors of the Federal Reserve System, 01 March 2012, Monthly Average Japan / U.S. Foreign Exchange Rate 1971-01-01 to 2012-02-01, http://research.stlouisfed.org/fred2/series/DEXJPUS?cid=94, accessed 30 March 2012.

Board of Governors of the Federal Reserve System, 02 March 2012, Daily Taiwan / U.S. Foreign Exchange Rate 1983-10-03 to 2012-03-02, http://research.stlouisfed.org/fred2/series/DEXTAUS?cid=94, accessed 09 March 2012.

Board of Governors of the Federal Reserve System, 02 March 2012, Daily China / U.S. Foreign Exchange Rate 1981-01-02 to 2012-03-02, http://research.stlouisfed.org/fred2/series/DEXCHUS?cid=94, accessed 09 March 2012.

Board of Governors of the Federal Reserve System, 02 March 2012, Daily Malaysia / U.S. Foreign Exchange Rate 1971-01-04 to 2012-03-02, http://research.stlouisfed.org/fred2/series/DEXMAUS?cid=94, accessed 09 March 2012.

Board of Governors of the Federal Reserve System, 02 March 2012, Monthly Average China / U.S. Foreign Exchange Rate 1981-01-02 to 2012-03-02, http://research.stlouisfed.org/fred2/series/DEXCHUS?cid=94, accessed 09 March 2012.

Board of Governors of the Federal Reserve System, 02 March 2012, Monthly Average Malaysia / U.S. Foreign Exchange Rate 1971-01-04 to 2012-03-02, http://research.stlouisfed.org/fred2/series/DEXMAUS?cid=94, accessed 09 March 2012.

Board of Governors of the Federal Reserve System, 02 March 2012, Monthly Average South Korea / U.S. Foreign Exchange Rate 1981-04-13 to 2012-03-02, http://research.stlouisfed.org/fred2/series/DEXKOUS?cid=94, accessed 09 March 2012.

Board of Governors of the Federal Reserve System, 02 March 2012, Daily South Korea / U.S. Foreign Exchange Rate 1981-04-13 to 2012-03-02, http://research.stlouisfed.org/fred2/series/DEXKOUS?cid=94, accessed 09 March 2012.

Board of Governors of the Federal Reserve System, 10 April 2012, Daily Thailand / U.S. Foreign Exchange Rate 1981-01-02 to 2012-04-06, http://research.stlouisfed.org/fred2/series/DEXTHUS?cid=94, accessed 10 April 2012.

Board of Governors of the Federal Reserve System, 10 April 2012, Monthly Average Thailand / U.S. Foreign Exchange Rate 1981-01-02 to 2012-04-06, http://research.stlouisfed.org/fred2/series/DEXTHUS?cid=94, accessed 10 April 2012.

Board of Governors of the Federal Reserve System, 11 January 2013, BZU to USD Exchange Rates to 20130111, http://research.stlouisfed.org/fred2/data/DEXBZUS.txt, accessed 16 January 2013.

Board of Governors of the Federal Reserve System, 17 April 2012, Daily U.S. / Euro Foreign Exchange Rate  1999-01-04 to 2012-04-13, http://research.stlouisfed.org/fred2/series/DEXUSUK?cid=94, accessed 17 April 2012.

Board of Governors of the Federal Reserve System, 24 April 2012, Semiannual Japan / U.S. Foreign Exchange Rate 1971-01-04 to 2012-04-20, http://research.stlouisfed.org/fred2/series/DEXJPUS?cid=94, accessed 24 April 2012.

Board of Governors of the Federal Reserve System, 28 March 2012, Monthly Average U.S. / Euro Foreign Exchange Rate 1999-01-01 to 2012-02-01, http://research.stlouisfed.org/fred2/series/DEXUSUK?cid=94, accessed 28 March 2012.

Exhibit C
Page 10 of 53

# Exhibit C: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D.

Board of Governors of the Federal Reserve System, 28 March 2012, Monthly Average Germany / U.S. Foreign Exchange Rate (DISCONTINUED SERIES) 1971-01-01 to 2001-12-01, http://research.stlouisfed.org/fred2/series/EXGEUS?cid=277, accessed 28 March 2012.

Board of Governors of the Federal Reserve System, 28 March 2012, Monthly Average Brazil / U.S. Foreign Exchange Rate 1995-01-02 to 2012-03-23, http://research.stlouisfed.org/fred2/series/DEXBZUS/downloaddata?cid=94, accessed 28 March 2012.

Board of Governors of the Federal Reserve System, 30 March 2012, Daily Japan / U.S. Foreign Exchange Rate 1971-01-04 to 2012-03-02, http://research.stlouisfed.org/fred2/series/DEXJPUS?cid=94, accessed 09 March 2012.

Bond, Stephan, 2002, Dynamic Panel Data Models: A Guide to Micro Data Methods and Practice, cemmap Working Paper, CWP09/02.

Boyer, Marcel, Rachidi Kotchoni, March 2011, The Econometrics of Cartel Overcharges, Scientific Series.

BPL, 2009, Annual Report 2008 - 2009, http://www.bpl.in/about/annual-reports-archive.html, accessed 04 September 2012.

Brealey, Richard A. and Stewart C. Myers, 2000, Principles of Corporate Finance, Sixth Edition, McGraw-Hill College.

Bresnahan, Timothy F., 1989, Chapter 17: Industries with Market Power, in Schmalensee, Richard and Robert Willig, ed., Handbook of Industrial Organization, Vol. 2, Elesevier Science: Netherlands, 1010-1057.

Broekelmann Electronic-Service, 17 November 2006, Thomson spare parts [Google translated from German], http://www.broekelmann-service.de/Shop/THOMSON-5301000000.htm, accessed 18 January 2013.

Broksonic, Undated, Broksonic CTSGT-2799C, http://www.broksonic.com/MainCTSGT-2799CA.htm, accessed 08 January 2013.

Broksonic, Undated, Broksonic CTSGT-2799T, http://www.broksonic.com/MainCTSGT-2799T.htm, accessed 08 January 2013.

Brownlee, Oswald, George Perry, 1967, The Effects of the 1965 Federal Excise Tax Reduction on Prices, National Tax Journal, Vol. 20(3), pp. 235-249.

Bruijn, Erik J. de, Xianfeng Jia, 01 October 1993, Managing Sino-Western Joint Ventures: Product Selection Strategy, Management International Review, http://www.thefreelibrary.com/Managing+Sino-Western+joint+ventures%3a+product+selection+strategy.-a015003001, accessed 17 July 2012.

Bulow, Jeremy  I., Paul Pfleiderer, February 1983, A Note on the Effect of Cost Changes on Prices, The Journal of Political Economy, Vol. 91(1), pp. 182-185.

Bulow, Jeremy, Geanakoplos, John, et al., March 1985, Holding Idle Capacity To Deter Entry, The Economic Journal, Vol. 95, 179-182.

Burdette, Michael, John Zyren, January 2003, Gasoline Price Pass-through, Energy Information Administration, http://www.EIA.doe.gov/pub/oil_gas/petroleum/feature_articles/2003/gasolinepass/gasolinepass.htm, accessed 26 July 2005.

Bureau of Economic Analysis, 07 August 2013, National Accounts Table 5.9.5A. Gross Government Fixed Investment by Type.

Bureau of Economic Analysis, 07 August 2013, National Accounts Table 5.9.5B. Gross Government Fixed Investment by Type.

Bureau of Economic Analysis, 07 August 2013, National Accounts Table 5.9.5A. Gross Government Fixed Investment by Type.

Bureau of Economic Analysis, 20 August 2012, Final Sales of Domestic Computers, http://www.bea.gov/national/xls/comp-gdp.XLS, accessed 20 September 2012.

Exhibit C
Page 11 of 53

# Exhibit C: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D.

Bureau of Economic Analysis, 28 April 2011, Final Sales of Domestic Computers, http://www.bea.gov/, accessed 01 October 2013.

Bureau of Economic Analysis, 29 August 2012, Table 1.1.5 Gross Domestic Product, http://www.bea.gov/iTable/print.cfm?fid=547158FB3824F0E271ED75AEE6081FEA3042E3C4B0FA3B6C7D755 CEAF2B26B2DD7F907C33DDA1576C3AAE02E586FBB5371F86EAFBBFCAC88288F0A08D75C9DDF, accessed 17 September 2012.

Bureau of Economic Analysis, 29 August 2012, Table 2.1 Personal Income and Its Disposition, http://www.bea.gov/iTable/print.cfm?fid=631897CBF123A3CCA6F9F71B6A275E842AA969E308E74E2936D143 BC69BC3545ECCA4DCB961F5A49C1F1068066A32C234F923A965C2312F52A30F6C9A18A218F, accessed 17 September 2012.

Bureau of Labor Statistics, Undated, Mexico: Maquiladora Manufacturing Export Industries, ftp://ftp.bls.gov/pub/special.requests/foreignlabor/pwpesomexmaq.txt, accessed 10 September 2012.

Business Wire, 21 June 1999, Mitsubishi Announces 17 Inch CRT Monitor with Patented Natural Flat Technology; Perfect Monitor for Upgrade to Both 17 Inch and Natural Flat Screen, FindArticles.com, http://findarticles.com/p/articles/mi_m0EIN/is_1999_June_21/ai_54937317/, accessed 27 June 2012.

Business Wire, 21 June 1999, Mitsubishi Announces 17 Inch CRT Monitor With Patented Natural Flat Technology; Perfect Monitor for Upgrade to Both 17 Inch and Natural Flat Screen - page 2, FindArticles.com, http://findarticles.com/p/articles/mi_m0EIN/is_1999_June_21/pg_2/?tag=content;col1, accessed 27 June 2012.

Business Wire, 28 October 2004, Matsushita to Close MT Picture Display Corporation of America - New York, http://www.businesswire.com/news/home/20041028005533/en/Matsushi, accessed 10 July 2012.

Buy.com, Undated, Buy.com Company Info, http://www.buy.com/ct/stores/tocfeature.aspx?loc=13189, accessed 22 October 2012.

Buzzillions, Undated, HP dv6306 Notebook, Camera and Printer Bundle, http://www.buzzillions.com/reviews/hp-dv6306-notebook-camera-printer-bundle-reviews, accessed 29 January 2013.

Buzzillions, Undated, HP Pavilion s3242x-b PC Bundle Reviews, http://www.buzzillions.com/reviews/hp-pavilion-s3242x-b-pc-bundle-reviews, accessed 30 January 2013.

Byun, Soo Ryung, Lee, Kwang Jun, 17 September 2002, Color Purity and Convergence Magnet for Color Cathode Ray Tube, United States Patent 6,452,471, http://www.google.com/patents?id=rU4LAAAAEBAJ&printsec=abstract&zoom=4#v=onepage&q&f=false, accessed 11 May 2012.

Carbone, Jim, 16 January 2003, ODMs offer design expertise, quicker time to market, http://www.purchasing.com/index.ASP?layout=articlePrint&articleID=CA269147&article_prefix=CA&article_id=2 69147, accessed 01 February 2008.

Carbonnier, Clément, 2013, Pass-through of Per Unit and ad Valorem Consumption Taxes: Evidence from Alcoholic Beverages in France, The B.E. Journal of Economic Analysis & Policy, Vol. 13(2).

Carlton, Dennis W. and Jeffrey M. Perloff, 2005, Modern Industrial Organization, Fourth Edition, Person Addison Wesley.

CDW.com, Undated, About CDW, http://www.aboutcdw.com/?cm_sp=Footer-_-WhoWeAre-_-About+Us, accessed 22 October 2012.

CDW.com, Undated, Samsung 500P 15IN. .28MM 12X10, http://www.cdw.com/shop/products/SAMSUNG-500P-15IN-.28MM-12X10/093678.aspx, accessed 21 March 2012.

CDW.com, Undated, Samsung 500S 15IN .28MM, http://www.cdw.com/shop/products/SAMSUNG-500S-15IN-.28MM/085570.aspx, accessed 21 March 2012.

Exhibit C
Page 12 of 53

# Exhibit C: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D.

CDW.com, Undated, Samsung SYNCMASTER 700B 17IN .28MM, http://www.cdw.com/shop/products/SAMSUNG-SYNCMASTER-700B-17IN-.28MM/085573.aspx, accessed 21 March 2012.

CDW.com, Undated, Samsung SYNCMASTER 700S 17IN .28MM, http://www.cdw.com/shop/products/SAMSUNG-SYNCMASTER-700S-17IN-.28MM/085571.aspx, accessed 21 March 2012.

CDWG.com, Undated, Samsung 500B 15IN .28MM 12X10, http://www.cdwg.com/shop/products/SAMSUNG-500B-15IN-.28MM-12X10/085572.aspx, accessed 31 March 2012.

CDWG.com, Undated, Samsung 510B 15IN .28 1280X1024, http://www.cdwg.com/shop/products/SAMSUNG-510B-15IN-.28-1280X1024/140862.aspx, accessed 21 March 2012.

CDWG.com, Undated, Samsung SyncMaster 20GLsi, http://www.cdwg.com/shop/products/Samsung-SyncMaster-20GLsi/073517.aspx, accessed 21 March 2012.

Census Bureau, 22 December 2008, Annual Estimates of the Resident Population for the United States, Regions, States, and Puerto Rico, http://www.census.gov/popest/states/tables/NST-EST2008-01.xls, accessed 22 May 2009.

Census Bureau, 29 December 1999, 1990 to 1999 State Population Estimates, http://www.census.gov/popest/archives/1990s/ST-99-03.txt, accessed 22 May 2009.

Census Bureau, December 2009, Population, population change and estimated components of population change: April 1, 2000 to July 1, 2009 (NST-EST2009-alldata), http://www.census.gov/popest/national/files/NST_EST2009_ALLDATA.csv, accessed 19 May 2011.

Ceronix, 2002, Ceronix Service Manual, www.ceronix.com/manuals/3693_SVCMAN.pdf.

Chan, Elaine, 08 December 1995, Sony joins TV venture, http://www.scmp.com/article/141991/sony-joins-tv-venture, accessed 20 November 2013.

Chen, Youngmin, and Michael H. Riordan, 2007, Vertical Integration, Exclusive Dealing, and Ex Post Cartelization, The RAND Journal of Economics, Vol. 38, No. 1, 1-21.

Chiang, Alpha C., Kevin Wainwright, 2005, Fundamental Methods of Mathematical Economics, Fourth Edition, McGraw-Hill: Singapore.

Chia-wu Lin, Bor-shiuan Cheng, Dauw-Song Zhu, Undated, The Strategic Change and Organizational Development of Philips Taiwan:

Integrated Approach.

Chouinard, Hayley H. and Perloff, Jeffrey M., 2007, Gasoline Price Differences: Taxes, Pollution Regulations, Mergers, Market Power, and Market Conditions, The B.E. Journal of Economic Analysis & Policy Vol. 7 Iss. 1.

Chunghwa Picture Tubes, 2009, Chunghwa Picture Tubes, Ltd. CRT Product Catalogue, http://www.cptt.com.tw/index.php?option=com_content&task=view&id=27&Itemid=114, accessed 20 January 2009.

Chunghwa Picture Tubes, LTD, 2009, 2009 Annual Report, http://www.cptt.com.tw/index.php?option=com_wrapper&Itemid=108, accessed 31 August 2012.

Chunghwa Picture Tubes, LTD, 23 July 2009, Important Notice to Existing Shareholders of Chunghwa Picture Tubes, LTD., http://www.CPT.tw/cptt/chinese/backend/files/Important%20Notice.pdf, accessed 08 August 2012.

Chunghwa Picture Tubes, LTD, 23 July 2009, Important Notice to Exsiting [sic] Shareholders of Chunghwa Picture Tubes, Ltd., http://www.CPT.tw/cptt/chinese/backend/files/Important%20Notice.pdf, accessed 11 July 2012.

Chunghwa Picture Tubes, Ltd., 25 April 2008, Chunghwa Annual Report 2007, http://www.cptt.com.tw/cptt/chinese/backend/files/AR_2007rar.pdf, accessed 20 February 2009.

Exhibit C
Page 13 of 53

# Exhibit C: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D.

Chunghwa Picture Tubes, Ltd., Undated, Chunghwa Picture Tubes, Ltd. Company Profile, http://www.cptt.com.tw/cptt/english/index.php?option=com_content&task=view&id=13&Itemid=32, accessed 20 February 2009.

Church, Jeffrey, and Roger Ware, 2000, Industrial Organization: A Strategic Approach, McGraw-Hill: New York.

Circuit City, 28 April 2008, Circuit City Stores, Inc. Form 10-K, http://www.SEC.gov/Archives/edgar/data/104599/000119312508093063/, accessed 24 July 2012.

Claerr, Jennifer, Undated, What Kind of TVs Have Digital Tuners?, [eHow], http://www.EhoW.com/about_5372846_kind-tvs-digital-tuners.html.

Clark, Tom, 27 September 2004, TV/VCR/Stereo Troubleshooting/ Magnavox Projection Tv, AllExperts, http://en.allexperts.com/q/TV-VCR-Stereo-1749/Magnavox-Projection-Tv-problems.htm, accessed 28 January 2013.

clickonstock.com, Undated, M32EBY114WRB-E Specification,DataSheet,PDF..., http://www.clickonstock.com/parts/Call%20Us/M32EBY114WRB-E/2815340/, accessed 04 November 2013.

CNET, 06 September 2002, Benq Value V772 - CRT Monitors - CNET Archive, http://reviews.cnet.com/crt-monitors/benq-value-v772/1707-3175_7-20373935.html, accessed 09 April 2012.

CNET, 14 April 2003, Acer AcerView 34E Review, http://reviews.cnet.com/crt-monitors/acer-acerview-34e/1707-3175_7-4841753.html, accessed 09 April 2012.

CNET, 14 April 2003, Acer AcerView 76C Review, http://reviews.cnet.com/crt-monitors/acer-acerview-76c/1707-3175_7-4837181.html, accessed 09 April 2012.

CNET, 14 April 2003, Acer AcerView 76E - CRT monitor - 17", http://reviews.cnet.com/crt-monitors/acer-acerview-76e-crt/1707-3175_7-30078894.html, accessed 09 April 2012.

CNET, 14 April 2003, Acer AcerView 77E - CRT monitor - 17", http://reviews.cnet.com/crt-monitors/acer-acerview-77e-crt/1707-3175_7-30082484.html, accessed 09 April 2012.

CNET, 14 April 2003, Acer AcerView 99C - CRT monitor - 19", http://reviews.cnet.com/crt-monitors/acer-acerview-99c-crt/1707-3175_7-30078885.html, accessed 09 April 2012.

CNET, 14 April 2003, Acer Graphics G774 - CRT monitor - 17", http://reviews.cnet.com/crt-monitors/acer-graphics-g774-crt/1707-3175_7-30085892.html, accessed 09 April 2012.

CNET, 15 January 2004, ViewSonic Optiquest Q71 - CRT monitor - 17", http://reviews.cnet.com/crt-monitors/viewsonic-optiquest-q71-crt/1707-3175_7-30674460.html, accessed 19 March 2012.

CNET, 23 September 2004, Philips 42PF9966, http://reviews.cnet.com/flat-panel-tvs/philips-42pf9966/4505-6482_7-30918136.html, accessed 12 December 2013.

CNET, 30 September 1999, Samsung SyncMaster 550s, http://reviews.cnet.com/crt-monitors/samsung-syncmaster-550s/1707-3175-114170.html, accessed 31 March 2012.

CNET, Undated, Acer AC711, http://reviews.cnet.com/crt-monitors/acer-ac711-crt-monitor/4505-3175_7-30595761.html, accessed 07 August 2012.

CNET, Undated, Acer AcerView 56C Specs, http://reviews.cnet.com/crt-monitors/acer-acerview-56c-crt/4507-3175_7-30080343.html, accessed 11 September 2012.

CNET, Undated, Acer AcerView 76E Specs, http://reviews.cnet.com/crt-monitors/acer-acerview-76e-crt/4507-3175_7-30078894.html, accessed 11 September 2012.

CNET, Undated, Acer AcerView 77E Specs, http://reviews.cnet.com/crt-monitors/acer-acerview-77e/4507-3175_7-4841742.html, accessed 11 September 2012.

CNET, Undated, Acer AcerView 99C Specs, http://reviews.cnet.com/crt-monitors/acer-acerview-99c/4507-3175_7-4841752.html, accessed 11 September 2012.

Exhibit C
Page 14 of 53

# Exhibit C: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D.

CNET, Undated, Acer Graphics 78C Specs, http://reviews.cnet.com/crt-monitors/acer-graphics-78c-crt/4507-3175_7-30085829.html, accessed 11 September 2012.

CNET, Undated, Benq Professional P992 Review, http://reviews.cnet.com/crt-monitors/benq-professional-p992/4505-3175_7-9920753.html?tag=subnav#reviewPage1, accessed 09 April 2012.

CNET, Undated, Compaq fs7550 Review, http://reviews.cnet.com/crt-monitors/compaq-fs7550/4505-3175_7-30079935.html, accessed 29 January 2013.

CNET, Undated, Compaq Presario 1800 XL-190, http://www.cnet.com/laptops/compaq-presario-1800-xl/4505-3121_7-2174468.html, accessed 30 January 2013.

CNET, Undated, Compaq Presario 18XL280, http://www.cnet.com/laptops/compaq-presario-18xl280-15/4505-3121_7-30002777.html, accessed 30 January 2013.

CNET, Undated, Compaq Presario 2720US, http://www.cnet.com/laptops/compaq-presario-2720us-15/4505-3121_7-30009486.html, accessed 30 January 2013.

CNET, Undated, Dell M783 17" Color Flat Screen CRT Monitor, http://reviews.cnet.com/crt-monitors/dell-m783-17-color/4505-3175_7-31594158.html, accessed 31 July 2012.

CNET, Undated, Dell M993 19" Color Flat Screen CRT Monitor, http://reviews.cnet.com/crt-monitors/dell-m993-19-color/4505-3175_7-31594140.html, accessed 31 July 2012.

CNET, Undated, eMachines eView 17f2 Specs, http://reviews.cnet.com/crt-monitors/emachines-eview-17f2-crt/4507-3175_7-30469667.html, accessed 08 January 2013.

CNET, Undated, eMachines eView 17f3 Specs, http://reviews.cnet.com/crt-monitors/emachines-eview-17f3-display/4507-3175_7-31278691.html, accessed 08 January 2013.

CNET, Undated, EMachines T5226 Specs, http://reviews.cnet.com/desktops/emachines-t5226/4507-3118_7-32425781.html?tag=subnav, accessed 19 July 2012.

CNET, Undated, Emerson EWF2004, http://reviews.cnet.com/direct-view-tvs-crt/emerson-ewf2004-20-crt/4505-6481_7-31221836.html, accessed 29 January 2013.

CNET, Undated, Envision AOC L26W861, http://reviews.cnet.com/flat-panel-tvs/envision-aoc-l26w861/4505-6482_7-33623550.html, accessed 29 January 2013.

CNET, Undated, Envision L19W761, http://reviews.cnet.com/flat-panel-tvs/envision-l19w761/4505-6482_7-32909530.html, accessed 29 January 2013.

CNET, Undated, HP Pavilion 544n-b Desktop PC Bundle, http://reviews.cnet.com/desktops/hp-pavilion-544n-b/4505-3118_7-31492013.html, accessed 29 January 2013.

CNET, Undated, HP Pavilion mx70, http://reviews.cnet.com/crt-monitors/hp-pavilion-mx70/4505-3175_7-6148943.html, accessed 29 January 2013.

CNET, Undated, MAGVOX MV5011-MB 15IN 13.8VIS, http://reviews.cnet.com/crt-monitors/magvox-mv5011-mb-15in/4507-3175_7-148414.html, accessed 12 December 2013.

CNET, Undated, Philips Magnavox 13MDTD20 Specs, http://reviews.cnet.com/portable-tvs/philips-magnavox-13mdtd20/4507-6483_7-30708109.html, accessed 12 December 2013.

CNET, Undated, Philips Magnavox MC132DMG Specs, http://reviews.cnet.com/direct-view-tvs-crt/philips-magnavox-mc132dmg-13/4507-6481_7-30519633.html, accessed 12 December 2013.

CNET, Undated, Philips ScanCard SC3932C Specs, http://reviews.cnet.com/direct-view-tvs-crt/philips-scancard-sc3932c/4507-6481_7-3714660.html, accessed 12 December 2013.

CNET, Undated, RCA E13332BC, http://reviews.cnet.com/direct-view-tvs-crt/rca-e13332bc-13-crt/4505-6481_7-30432933.html, accessed 29 January 2013.

CNET, Undated, RCA E13342, http://reviews.cnet.com/direct-view-tvs-crt/rca-e13342-13-crt/4505-6481_7-30434041.html, accessed 29 January 2013.

Exhibit C
Page 15 of 53

# Exhibit C: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D.

CNET, Undated, RCA F27669, http://reviews.cnet.com/direct-view-tvs-crt/rca-f27669-27-crt/4505-6481_7-30439852.html, accessed 29 January 2013.

CNET, Undated, RCA F32689, http://reviews.cnet.com/direct-view-tvs-crt/rca-f32689-32-crt/4505-6481_7-31294649.html, accessed 29 January 2013.

CNET, Undated, SYLVANIA CW702, http://reviews.cnet.com/crt-monitors/sylvania-cw702-crt-monitor/4505-3175_7-31005003.html, accessed 29 January 2013.

CNET, Undated, Sylvania LD200SL8, http://reviews.cnet.com/flat-panel-tvs/sylvania-ld200sl8/4505-6482_7-32465620.html, accessed 29 January 2013.

CNET, Undated, Toshiba Satellite A105-S2011, http://www.cnet.com/laptops/toshiba-satellite-a105-s2011/4505-3121_7-32428428.html, accessed 30 January 2013.

CNET, Undated, Toshiba Satellite M115-S1064, http://www.cnet.com/laptops/toshiba-satellite-m115-s1064/4505-3121_7-32422477.html, accessed 30 January 2013.

CNET, Undated, Toshiba Satellite P205-S6307, http://www.cnet.com/laptops/toshiba-satellite-p205-s6307/4505-3121_7-32509535.html, accessed 30 January 2013.

CNET, Undated, ViewSonic VA1721 wmb, http://reviews.cnet.com/lcd-monitors/viewsonic-va1721wmb/4505-3174_7-32509929.html, accessed 29 January 2013.

Combes, Philippe, 1999, Display Components, http://www.Philips.com/shared/assets/Downloadablefile/components_combes-1399.pdf, accessed 07 June 2010.

Compton, Kenneth, 2003, Image Performance in CRT Displays - Chapter 1, SPIE - The International Society for Optical Engineering, ISBN 0-8194-4144-9, http://spie.org/samples/TT54.pdf, accessed 13 July 2012.

Compton, Kenneth, 22 April 2003, Image Performance in CRT Displays (SPIE Press Book), http://spie.org/samples/TT54.pdf, accessed 24 August 2012.

Connor, John M. and Robert H. Lande, 2012, Cartels as Rational Business Strategy: Crime Pays, Cardozo Law Review Vol. 34, 427-490, http://papers.ssrn.com/sol3/papers.cfm?abstract_id=1917657, accessed 02 April 2014.

Connor, John M., February 2001, Our Customers Are Our Enemies: The Lysine Cartel of 1992-1995, Review of Industrial Organization, Vol. 18(1), pp. 5-21.

Conrac, Inc., Undated, Conrac High Performance Displays, http://www.conrac.us/, accessed 20 September 2012.

Consumer Electronics Association, 2006, Analog TV Lead Continues to Slip, http://www.ce.org/Press/CEA_Pubs/2007.ASP, accessed 29 January 2009.

Consumer Electronics Association, 2006, Digital Television Makes Market Inroads, http://www.ce.org/Press/CEA_Pubs/2014.ASP, accessed 29 January 2009.

Consumer Electronics Association, 2006, DTV Sets, http://www.ce.org/Press/CEA_Pubs/2010.ASP, accessed 29 January 2009.

Costco, Undated, Why Become a Member, http://www.costco.com/membership-information.html, accessed 22 October 2012.

CountryCode.org, Undated, World Television Signal Guide, http://countrycode.org/tv-standards, accessed 13 February 2013.

Crisil Company Report, Undated, JCT Electronics Ltd., http://www.nseindia.com/content/corporate/eq_JCTEL_base.pdf, accessed 05 September 2012.

Cropper, Maureen L., Deck, Leland B., et al., November 1988, On the Choice of Functional Form for Hedonic Price Functions, The Review of Economics and Statistics, Vol. 70, No. 4, 668-675.

Dale, Charles, Zyren, John, et al., February 1999, Price Changes in the Gasoline Market: Are Midwestern Gasoline Prices Downward Sticky?, Energy Information Administration.

Exhibit C
Page 16 of 53

# Exhibit C: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D.

Dani, 21 January 2006, EDAboard Samsung picture tubes forum, http://www.edaboard.co.uk/samsung-picture-tubes-t75314.html, accessed 18 January 2013.

David Barnes, 29 September 2009, BizWitz Commentz, http://www.bizwitz.com/Downloads/Commentz-20090929.pdf, accessed 16 July 2012.

Davidson, Russell and James G. MacKinnon, 2004, Econometric Theory and Methods, Oxford University Press: New York.

Davis, Peter, Eliana Garces, 2010, Quantitative Techniques for Competition and Antitrust Analysis, Princeton University Press: Princeton.

Dell, 14 March 2008, Dell Form 10-K 2008, http://www.SEC.gov/Archives/edgar/data/826083/000095013408005718/d55156e10vk.htm, accessed 20 May 2008.

Dell, 1996, Dell Inc. Form 10-K 1996, http://www.SEC.gov/Archives/edgar/data/826083/0000950134-96-000963.txt, accessed 18 March 2014.

Dell, 1997, Dell Inc. Form 10-K 1997, http://www.SEC.gov/Archives/edgar/data/826083/0000950134-97-002688.txt, accessed 18 March 2014.

Dell, 1998, Dell Inc. Form 10-K 1998, http://www.SEC.gov/Archives/edgar/data/826083/0000950134-98-003218.txt, accessed 18 March 2014.

Dell, 1999, Dell Inc. Form 10-K 1999, http://www.SEC.gov/Archives/edgar/data/826083/0000950134-99-003281.txt, accessed 18 March 2014.

Dell, 2000, Dell Inc. Form 10-K 2000, http://www.SEC.gov/Archives/edgar/data/826083/000095013400003430/0000950134-00-003430-d1.html, accessed 18 March 2014.

Dell, 2001, Dell Inc. Form 10-K 2001, http://www.SEC.gov/Archives/edgar/data/826083/000095013401501052/d86544e10-k.htm, accessed 18 March 2014.

Dell, 2002, Dell Inc. Form 10-K 2002, http://www.SEC.gov/Archives/edgar/data/826083/000095013402004432/d96254e10-k.htm, accessed 18 March 2014.

Dell, 2003, Dell Inc. Form 10-K 2003, http://www.SEC.gov/Archives/edgar/data/826083/000095013403006596/d05041e10vk.htm, accessed 18 March 2014.

Dell, 2004, Dell Inc. Form 10-K 2004, http://www.SEC.gov/Archives/edgar/data/826083/000095013404005058/d14085e10vk.htm, accessed 18 March 2014.

Dell, 2005, Dell Inc. Form 10-K 2005, http://www.SEC.gov/Archives/edgar/data/826083/000095013405004423/d22995e10vk.htm, accessed 18 March 2014.

Dell, 2006, Dell Inc. Form 10-K 2006, http://www.SEC.gov/Archives/edgar/data/826083/000095013406005149/d33857e10vk.htm, accessed 18 March 2014.

Dell, 2007, Dell Inc. Form 10-K 2007, http://www.SEC.gov/Archives/edgar/data/826083/000095013407022267/d48366e10vk.htm, accessed 18 March 2014.

Dell, 2008, Dell Inc. Form 10-K 2008, http://www.SEC.gov/Archives/edgar/data/826083/000095013408005718/d55156e10vk.htm, accessed 18 March 2014.

Exhibit C
Page 17 of 53

# Exhibit C: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D.

Dell, 2009, Dell Inc. Form 10-K 2009, http://www.SEC.gov/Archives/edgar/data/826083/000095013409006106/d66204e10vk.htm, accessed 18 March 2014.

Dell, July 2005, Dell E773c July 2005 Service Manual.

Dell, May 2005, Dell E773c May 2005 Service Manual.

Dell, Undated, Dell E773c Color Monitor User's Guide, http://support.Dell.com/support/edocs/monitors/e773c/EN/ug/about.htm#Specifications, accessed 31 July 2012.

Dell, Undated, Dell E773mm Color Monitor User's Guide, http://support.Dell.com/support/edocs/monitors/E773mm/en/about.htm#Specifications, accessed 31 July 2012.

Dell, Undated, Dell E773s Color Monitor User's Guide, http://support.Dell.com/support/edocs/monitors/e773s/en/about.htm#Specifications, accessed 31 July 2012.

Dell, Undated, Dell Investor FAQ, http://www.Dell.com/learn/us/en/uscorp1/financials/investor-faqs, accessed 10 December 2013.

Dell, Undated, Dell M783s Color Monitor User's Guide, http://support.Dell.com/support/edocs/monitors/P68508/en/about.htm#Specifications, accessed 31 July 2012.

Dell, Undated, Dell M993s Color Monitor User's Guide, http://support.Dell.com/support/edocs/monitors/M993s/en/about.htm#Specifications, accessed 31 July 2012.

Dell, Undated, Dell Opens Silicon Valley Executive Briefing and Solution Center, http://content.Dell.com/us/en/corp/d/secure/2012-10-18-dell-executive-briefing-solutions-center.aspx, accessed 22 October 2012.

Dell, Undated, Specification: Dell E770p Color Monitor User's Guide, https://support.Dell.com/support/edocs/monitors/832dx/en/spec/spec.htm, accessed 27 September 2012.

Dell, Undated, Specifications: Dell E550mm Color Monitor User's Guide, https://support.Dell.com/support/edocs/monitors/e550mm/en/specs.htm, accessed 19 June 2012.

Dell, Undated, Specifications: Dell E551 Color Monitor User's Guide, http://support.Dell.com/support/edocs/monitors/82cgn/en/specs.htm, accessed 31 July 2012.

Dell, Undated, Specifications: Dell E551c Color Monitor User's Guide, https://support.Dell.com/support/edocs/monitors/56ttk/En/SPECS/specs.htm, accessed 31 July 2012.

Dell, Undated, Specifications: Dell E771a Color Monitor User's Guide, http://support.Dell.com/support/edocs/monitors/j51jk/en/specs.htm, accessed 31 July 2012.

Dell, Undated, Specifications: Dell E771mm Color Monitor User's Guide, http://support.Dell.com/support/edocs/monitors/e771mm/English/spec/spec.htm, accessed 31 July 2012.

Dell, Undated, Specifications: Dell E771p Color Monitor User's Guide, http://support.Dell.com/support/edocs/monitors/819et/en/spec/spec.htm, accessed 31 July 2012.

Dell, Undated, Specifications: Dell E772p Color Monitor User's Guide, http://support.Dell.com/support/edocs/monitors/e772p/en/spec/spec.htm, accessed 31 July 2012.

Dell, Undated, Specifications: Dell E773mm Color Monitor User's Guide, http://support.Dell.com/support/edocs/monitors/E773mm/en/about.htm#Specifications, accessed 27 September 2012.

Dell, Undated, Specifications: Dell M570 Color Monitor User's Guide, http://support.Dell.com/support/edocs/monitors/6204t/en/Spec.htm, accessed 31 July 2012.

Dell, Undated, Specifications: Dell M781mm Color Monitor User's Guide, http://support.Dell.com/support/edocs/monitors/426pf/en/spec/spec.htm, accessed 31 July 2012.

Exhibit C
Page 18 of 53

# Exhibit C: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D.

Dell, Undated, Specifications: Dell M781p Color Monitor User's Guide, http://support.Dell.com/support/edocs/monitors/957vu/en/spec/spec.htm, accessed 31 July 2012.

Dell, Undated, Specifications: Dell M781s Color Monitor User's Guide, http://support.Dell.com/support/edocs/monitors/688en/en/spec.htm, accessed 31 July 2012.

Dell, Undated, Specifications: Dell M782 Color Monitor User's Guide, http://support.Dell.com/support/edocs/monitors/m782/En/specs.htm, accessed 31 July 2012.

Dell, Undated, Specifications: Dell M991 Color Monitor User's Guide, http://support.Dell.com/support/edocs/monitors/49vyr/en/spec/spec.htm, accessed 31 July 2012.

Dell, Undated, Specifications: Dell M992 Color Monitor User's Guide, http://support.Dell.com/support/edocs/monitors/M992/En/specs.htm, accessed 31 July 2012.

Dell, Undated, Specifications: Dell M993c Color Monitor User's Guide, http://support.Dell.com/support/edocs/monitors/P69273/en/specs.htm, accessed 31 July 2012.

Dell, Undated, Specifications: Dell P1130 Color Monitor User's Guide, http://support.Dell.com/support/edocs/monitors/p1130/en/g_ug/specs.htm, accessed 31 July 2012.

Dell, Undated, Specifications: Dell P1230 Color Monitor User's Guide, http://support.Dell.com/support/edocs/monitors/P1230/En/spec/spec.htm, accessed 31 July 2012.

Dell, Undated, Specifications: Dell P792 Color Monitor User's Guide, http://support.Dell.com/support/edocs/monitors/p792/english/specs.htm, accessed 31 July 2012.

Dell, Undated, Specifications: Dell P793 Color Monitor User's Guide, http://support.Dell.com/support/edocs/monitors/p793/En/specs.htm, accessed 31 July 2012.

Dell, Undated, Specifications: Dell P992 Color Monitor User's Guide, http://support.Dell.com/support/edocs/monitors/p992/en/g_ug/specs.htm, accessed 31 July 2012.

Dell, Undated, Specifications: Dell UltraScan P1110 Color Monitor User's Guide, http://support.Dell.com/support/edocs/monitors/p1110/en/specs.htm, accessed 31 July 2012.

Dell, Undated, Specifications: Dell UltraScan P780 Color Monitor User's Guide, http://support.Dell.com/support/edocs/monitors/p780/En/spec.htm, accessed 31 July 2012.

Dell, Undated, Specifications: Dell UltraScan P991 Color Monitor User's Guide, http://support.Dell.com/support/edocs/monitors/p991/en/spec.htm, accessed 31 July 2012.

Detection Dynamics, Undated, Tatung 17" B/W Monitor. Discontinued - replaced by TBM-1703, http://50.116.98.129/cctvpros/?q=node/53334, accessed 21 June 2012.

Detection Dynamics, Undated, Tatung 9" B/W Monitor, http://50.116.98.131/cctvpros/?q=node/53337, accessed 21 June 2012.

Dictionary of Metal Terminology, Undated, Killed Steel, http://www.mtpinc-exporter.com/metals/dictionary/dict0010.htm, accessed 04 June 2012.

Dieter, 11 April 2006, Circuitwork Archive Re: A68ADT25x03, http://webcache.googleusercontent.com/search?q=cache:http://www.circuitwork.com/archive/TV/2006-04/msg00288.html, accessed 18 January 2013.

DisplayMate, 2011, DisplayMate CRT Advantages and Disadvantages, http://www.displaymate.com/crts.html, accessed 01 June 2012.

DisplaySearch, 2008, Quarterly Desktop Monitor and Shipment Forecast Report.

DisplaySearch, 2008, Quarterly TV Cost and Price Forecast Model.

DisplaySearch, 31 January 2014, Quarterly Large-Area TFT Panel Shipments Report, http://www.DisplaySearch.com/cps/rde/xchg/displaysearch/hs.xsl/quarterly_large_area_tft_lcd_shipment_report.ASP, accessed 31 January 2014.

Exhibit C
Page 19 of 53

# Exhibit C: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D.

Donahue, Bill, 05 December 2012, EU Slaps Philips, LG, Others With $1.9B Fine for CRT Cartel, Law360, http://www.law360.com/articles/398982/eu-slaps-philips-lg-others-with-1-9b-fine-for-crt-cartel, accessed 08 April 2014.

Dongbu Daewoo Electronics, 31 December 2005, Overseas Subsidiaries, http://dwe.co.kr/english/ir/overseas.ASP, accessed 25 March 2014.

Dow Jones Newswires, 28 June 2005, Thomson Agrees to Sell Cathode-Ray Tube Business, http://online.wsj.com/article/0,,SB111995081554171422,00.html, accessed 21 August 2012.

Doyle, Maura P., July 1997, The Effects of Interest Rates and Taxes on New Car Prices, Board of Governors of the Federal Reserve System Finance and Economics Discussion Series 1997-38.

DTV.Gov, Undated, Frequently Asked Questions- Your Television, http://www.dtv.gov/consumercorner_2.html#faq3.

Duan, Naihua, September 1983, Smearing Estimate: A Nonparametric Retransmation Method, Journal of the American Statistical Association, Vol. 78. No. 383.

DuBravac, Shawn G., July 2007, The U.S. Television Market, Business Economics 42.3 p. 52.

Due, John F., September 1954, The Effect of the 1954 Reduction in Federal Excise Taxes on the List Prices of Electrical Appliances, National Tax Journal, Vol. 39, pp. 221-226.

Duffy-Deno, Kevin T., 1996, Retail Price Asymmetries In Local Gasoline Markets, Energy Economics, Vol. 18, pp. 81-92.

eHow, Undated, Types of CRT Monitors, http://www.ehow.co.uk/list_6285086_types-crt-monitors.html, accessed 11 June 2012.

Ekranas, 2004, Company's history, http://www.Ekranas.lt/en.php/pages,id.74, accessed 04 September 2012.

Encompass Parts Distribution, 2012, Encompass Part Search, https://www.encompassparts.com/webwiz/wwiz.ASP?wwizmstr=WEB.SEARCH&mres=1&mrpn=RCA32F530, accessed 18 January 2013.

Energy Information Administration, November 2003, 2003 California Gasoline Price Study, U.S. Department of Energy.

English, David, 04 April 2002, Samsung SyncMaster 151S Overview & User Reviews, http://reviews.cnet.com/lcd-monitors/samsung-syncmaster-151s/4505-3174_7-7095959.html?tag=subnav#reviewPage1, accessed 21 March 2012.

Epstein, Roy J., Daniel L. Rubinfeld, March 2004, Merger Simulation with Brand-Level Margin Data: extending PCAIDS with Nests, Advances in Economic Analysis & Policy, Vol. 4(1), Article 2.

Eric A. Taub, 25 August 2007, If There's A High-Definition TV in Your Future, Wait Till After the Holidays, The New York Times, http://www.nytimes.com/2007/08/25/business/yourmoney/25TELE.html?pagewanted=all, accessed 14 September 2012.

Ernst & Young, 2011, JGAAP-IFRS comparison, http://www.shinnihon.or.jp/services/ifrs/ifrs-commentary/ifrs-others/pdf/ifrs-jgaap-comparison-v30-E.pdf, accessed 20 September 2013.

Essex, David, 10 January 2000, Mitsubishi Makes Flat CRTs Mainstream, PCWorld, http://www.pcworld.com/article/14714/mitsubishi_makes_flat_crts_mainstream.html, accessed 27 June 2012.

eTForecasts, 2010, Worldwide PC Forecast, http://www.etforecasts.com/products/ES_pcww1203.htm#1.1, accessed 10 October 2013.

Europa, 08 December 2010, Antitrust: Commission fines six LCD Panel producers €648 million for price fixing cartel, http://europa.eu/rapid/pressReleasesAction.do?reference=IP/10/1685, accessed 10 September 2012.

European Commission, 05 December 2012, Antitrust: Commission fines producers of TV and computer monitor tubes €1.47 billion for two decadelong cartels, Official Journal of the European Union.

Exhibit C
Page 20 of 53

# Exhibit C: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D.

European Commission, 19 October 2013, Final report of the Hearing Officer TV and computer monitor tubes, Official Journal of the European Union.

European Union, 13 July 1994, Decision No. 94/601/EC (Cartonboard), Official Journal of the European Communities.

EveryMac.com, Undated, Apple Performa Plus Display Specs, http://www.everymac.com/monitors/apple/classic_monitors/specs/apple_performa_plus_disp.html, accessed 28 January 2013.

Faber, Steve, 2005, Flat Panel Displays - Beyond Plasma, http://www.wilsonselectronics.net/articles3/beyond_plasma.htm, accessed 20 April 2012.

February 2006, LG Philips Displays, The Big Picture, The Manufacturer, http://www.themanufacturer.com/uk/profile/6308/LG_Philips_Displays, accessed 19 February 2009.

Feder, Barnaby J., 18 July 1995, Last U.S. TV Maker Will Sell Control to Koreans, The New York Times, http://www.nytimes.com/1995/07/18/us/last-us-tv-maker-will-sell-control-to-koreans.html?pagewanted=all&src=pm, accessed 10 September 2012.

Federal Reserve, 12 September 2012, H.15 Selected Interest Rates, http://www.federalreserve.gov/datadownload/Build.aspx?rel=H15, accessed 20 September 2012.

Federal Reserve, 31 December 1998, DEM to USD Exchange Rates to 19981231, http://www.federalreserve.gov/releases/h10/hist/dat96_ge.htm, accessed 18 January 2013.

Fields, Gary S., March 2004, Regression-Based Decompositions: A New Tool for Managerial Decision-Making, Cornell University, Department of Labor Economics, http://www.ilr.cornell.edu/directory/downloads/fields/Author_decomposingRegressions_mar04.pdf, accessed 21 September 2012.

Financial Accounting Standards Board of the Financial Accounting Foundation, December 1981, Statement of Financial Accounting Standards No. 52, http://www.fasb.org/cs/BlobServer?blobcol=urldata&blobtable=MungoBlobs&blobkey=id&blobwhere=117582090 9452&blobheader=application%2Fpdf, accessed 20 September 2013.

Flannery, Mark J., Kristine Watson Hankins, 2013, Estimating Dynamic Panel Models in Corporate Finance, Journal of corporate Finance, Vol. 19, pp. 1-19.

Foncel, Jerome, Ivaldi, Marc, November 2001, Operating System Prices in the Home PC Market.

Foster, William, Cheng, Zhang, et al., 2006, Technology and Organizational Factors in the Notebook Industry Supply Chain, Personal Computing Industry Center Paper 382.

Fullerton, Don, Gilbert E. Metcalf, 2002, Chapter 26: Tax Incidence, , in Auerback, A.J. and M. Felstein (Eds.), Handbook of Public Economics, Vol. 4, Elsevier Science: Amsterdam, pp. 1788-1867.

Funai Corporation, Undated, Funai - About Us, http://www.funai.us/about/index.html, accessed 22 October 2012.

Garson, G. David, 2012, Weighted Least Squares, Blue Book Series, Statistical Associate Publishing: Asheboro.

Gateway, 2012, VX730 17-inch Flat CRT Monitor with 16-inch Viewable Area, http://support.Gateway.com/s/MONITOR/7004013/7004013nv.shtml, accessed 18 June 2012.

Gateway, Undated, Gateway Debuts NE Series Notebook Line in Canada for Students, Families, http://gateway.mwnewsroom.com/press-releases/gateway-debuts-ne-series-notebook-line-in-canada-f-0916930, accessed 22 October 2012.

Gateway, Undated, Gateway Support Frequently Asked Questions, http://support.Gateway.com/s/monitor/shared/zmprii.shtml, accessed 03 August 2012.

Gateway, Undated, Product Models for Notebook / M Series, http://support.Gateway.com/product/model.aspx?pid=2071&sid=4419, accessed 29 January 2013.

Exhibit C
Page 21 of 53

# Exhibit C: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D.

Geeks.com, Undated, Acer 17inch 0.27mm SVGA Color Monitor, Model 7377xe, http://www.geeks.com/details.ASP?invtId=205-7377, accessed 09 April 2012.

GG-LED, 10 April 2012, IRICO Electronics Announces to Give Up CRT and Turn to OLED, http://english.gg-led.com/asdisp3-65b095fb-984-.html, accessed 15 August 2012.

Ghosal, Sutanuka, 19 June 2005, Hyundai televisions on Videocon screen, The Telegraph, http://www.telegraphindia.com/1050620/asp/business/story_4891003.ASP, accessed 24 March 2014.

Ghosh, Atish, and Holger Wolf, 2001, Imperfect Exchange Rate Passthrough: Strategic Pricing and Menu Costs, CESifo Working Paper, No. 436, http://www.econstor.eu/bitstream/10419/75783/1/cesifo_wp436.pdf.

Godby, Rob, Lintner, Anastasia M., et al., 2000, Testing for Asymmetric Pricing in the Canadian Retail Gasoline Market, Energy Economics, Vol. 22, pp. 349-368.

Gohring, Nancy, 11 December 2006, LG.Philips Subpoenaed in LCD Competition Probe, InfoWorld, http://www.infoworld.com/d/security-central/lgphilips-subpoenaed-in-lcd-competition-probe-354, accessed 08 April 2014.

Goldman Sachs, 04 December 1998, Korea Chaebol Restructuring II: Incomplete Conquest, http://info.worldbank.org/etools/docs/library/156232/restructuring2004/pdf/lim_gs-corprest.pdf, accessed 17 August 2012.

Goodstein, David, 2011, How Science Works, Reference Manual on Scientific Evidence, Third Edition, National Academies Press: Washington, D.C., 37-54.

Google, Undated, Google Search Sharp LC 31", https://www.google.com/search?q=sharp+lc&oq=sharp+lc&sugexp=chrome,mod=2&sourceid=chrome&ie=UTF-8#hl=en&tbo=d&sclient=psy-ab&q=sharp+lc+32%22&oq=sharp+lc+32%22&gs_l=serp.3..0i10j0j0i10j0.9495.10325.0.11000.4.4.0.0.0.0.120.377.3j1.4.0.les%3B..0.0...1c.1.U5OK6JOQods&pbx=1&bav=on.2,or.r_gc.r_pw.r_cp.r_qf.&bvm=bv.1357316858,d.dmQ&fp=d9ea568ae06747ab&biw=1183&bih=785, accessed 30 January 2013.

Gopinath, Gita, and Oleg Itskhoki, July 2008, Frequency of Price Adjustment and Pass-Through, NBER Working Paper #14200.

Gopinath, Gita, and Oleg Itskhoki, May 2010, Frequency of Price Adjustment and Pass-Through, The Quarterly Journal of Economics, 125(2) pp. 675 - 727.

Graham, John R., Campbell R. Harvey, 2001, The Theory and Practice of Corporate Finance: Evidence From the Field, Journal of Financial Economics, Vol. 61.

Greene, William H., 2012, Econometric Analysis, Seventh Edition, Prentice Hall: Upper Saddle River.

Griffin, James M., 06 April 2000, An Inside Look At A Cartel At Work: Common Characteristics Of International Cartels, U.S. Department of Justice, American Bar Association, Section of Antitrust Division, 48th Annual Spring Meeting.

Gron, Anne, Deborah L Swenson, May 2000, Cost Pass-Through in the U.S. Automobile Market, The Review of Economics and Statistics, Vol. 82(2), pp. 316-324.

Grout, Paul A., and Silvia Sonderegger, 2005, Predicting Cartels, Office of Fair Trading.

Gujarati, Damodar, 2011, Econometrics By Example, Palgrave Macillan: New York.

Hara, Yoshiko, 30 September 2002, Matsushita, Toshiba to merge CRT operations, EE Times, http://www.eetasia.com/ART_8800274495_480700_NT_432843ad.HTM, accessed 03 February 2009.

Harrington, Joseph E. Jr., December 2004, Post-Cartel Pricing During Litigation, The Journal of Industrial Economics, Vol. 52(4), pp.517-533.

Harrington, Joseph E. Jr., 2008, Detecting Cartels, in Buccirossi, Paolo (Eds.), Handbook of Antitrust Economics, MIT Press: Massachusetts,.

Exhibit C
Page 22 of 53

# Exhibit C: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D.

Harris, Jeffrey E., 1987, The 1983 Increase in the Federal Cigarette Excise Tax, in Tax Policy and the Economy, Tax Policy and the Economy, Vol. 1, Lawrence H. Summers, ed., MIT Press: Cambridge, pp. 87-1l2.

Harvard Business School, 23 March 1998, Daewoo's Globalization: Uz-Daewoo Auto Project, http://s3.amazonaws.com/zanran_storage/www.cnu.ac.kr/ContentPages/47831635.pdf, accessed 21 August 2012.

Heckman, James J., August 2005, The Scientific Model of Causality, Sociological Methodology, Vol. 35, Issue 1, 1-97.

Hewlett Packard, Undated, Compaq Presario S5410NX Desktop PC Product Specifications, http://techsupport1.austin.hp.com/bizsupport/TechSupport/Document.jsp?objectID=c00048303&lang=en&cc=us&taskId=101&prodSeriesId=359575&prodTypeId=12454&printver=true, accessed 19 July 2012.

Hewlett Packard, Undated, Compaq Presario SR1211NX PC Product Specifications, http://h10025.www1.hp.com/ewfrf/wc/document?docname=c00256283&tmp_task=prodinfoCategory&cc=us&dlc=en&lang=en&lc=en&product=436280, accessed 19 July 2012.

Hewlett Packard, Undated, Compaq Presario SR1232OM Desktop PC Product Specifications, http://h10025.www1.hp.com/ewfrf/wc/document?docname=c00288543&tmp_task=prodinfoCategory&cc=us&dlc=en&lang=en&lc=en&product=436281, accessed 19 July 2012.

Hewlett Packard, Undated, Compaq Presario SR1538X Desktop PC Product Specifications, http://h10025.www1.hp.com/ewfrf/wc/document?docname=c00389443&tmp_task=prodinfoCategory&cc=us&dlc=en&lang=en&lc=en&product=471645, accessed 19 July 2012.

Hewlett Packard, Undated, HP Pavilion a206x Desktop PC Product Specifications, http://h10025.www1.hp.com/ewfrf/wc/document?docname=c00026802&tmp_task=prodinfoCategory&cc=us&dlc=en&lang=en&lc=en&product=330092, accessed 19 July 2012.

Hewlett Packard, Undated, HP Pavilion a307x Desktop PC Product Specifications, http://h10025.www1.hp.com/ewfrf/wc/document?docname=c00041243&tmp_task=prodinfoCategory&cc=us&dlc=en&lang=en&lc=en&product=367693, accessed 19 July 2012.

Hewlett Packard, Undated, HP Pavilion a404x Desktop PC Product Specifications, http://h10025.www1.hp.com/ewfrf/wc/document?docname=c00055497&cc=us&dlc=en&lang=en&lc=en&product=390380, accessed 19 July 2012.

Hewlett Packard, Undated, HP Pavilion a604x Desktop PC Product Specifications, http://h10025.www1.hp.com/ewfrf/wc/document?docname=c00192488&tmp_task=prodinfoCategory&cc=us&dlc=en&lang=en&lc=en&product=426110, accessed 19 July 2012.

Hewlett Packard, Undated, HP Pavilion a6248x Desktop PC Product Specifications, http://h10025.www1.hp.com/ewfrf/wc/document?docname=c01172671&tmp_task=prodinfoCategory&cc=us&dlc=en&lang=en&lc=en&product=3572220, accessed 19 July 2012.

Hewlett Packard, Undated, HP Pavilion a624x Desktop PC Product Specifications, http://h10025.www1.hp.com/ewfrf/wc/document?docname=c00193942&cc=us&dlc=en&lang=en&lc=en&product=427167, accessed 19 July 2012.

Hewlett Packard, Undated, HP Pavilion a762x Desktop PC Product Specifications, http://h10025.www1.hp.com/ewfrf/wc/document?lc=en&dlc=en&cc=us&docname=c00037789, accessed 19 July 2012.

Hewlett Packard, Undated, HP Pavilion F1703 Monitor, http://h10025.www1.hp.com/ewfrf/wc/document?lc=en&dlc=en&cc=us&docname=c00037789, accessed 19 July 2012.

Hewlett Packard, Undated, HP Photosmart 2575 All-in-One Printer, http://h10025.www1.hp.com/ewfrf/wc/product?product=441240&lc=en&cc=us&dlc=en&task=&lang=en&cc=us, accessed 19 July 2012.

Exhibit C
Page 23 of 53

# Exhibit C: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D.

Hewlett Packard, Undated, Product Specifications Compaq Presario S4210NX B Desktop PC, http://h10025.www1.hp.com/ewfrf/wc/document?docname=c00025774&tmp_task=prodinfoCategory&cc=us&dlc=en&lang=en&lc=en&product=330356, accessed 19 July 2012.

Hewlett Packard, Undated, Product Specifications Compaq Presario SR1111NX Desktop PC, http://h10025.www1.hp.com/ewfrf/wc/document?docname=c00189864&tmp_task=prodinfoCategory&cc=us&dlc=en&lang=en&lc=en&product=425920, accessed 19 July 2012.

Hewlett Packard, Undated, Product Specifications Compaq Presario S3310Om Desktop PC, http://h10025.www1.hp.com/ewfrf/wc/document?docname=c00003799&tmp_task=prodinfoCategory&cc=us&dlc=en&lang=en&lc=en&product=313895, accessed 19 July 2012.

Hewlett Packard, Undated, Product Specifications for the MX Series Monitors, http://h10025.www1.hp.com/ewfrf/wc/document?docname=bph06604&tmp_task=prodinfoCategory&cc=us&dlc=en&lc=en&product=61801#N1101, accessed 19 July 2012.

Hewlett-Packard, 27 June 2003, HP Pavilion 576x-b Desktop PC Bundle Datasheet, http://support.radioshack.com/support_computer/doc71/71279.pdf, accessed 29 January 2013.

Hewlett-Packard, Undated, Compaq FP5017 15 inch Flat Panel Monitor, http://h10025.www1.hp.com/ewfrf/wc/product?cc=us&lc=en&dlc=en&product=1120541, accessed 29 January 2013.

Hewlett-Packard, Undated, Compaq Presario 12XL125 Notebook PC, http://h10025.www1.hp.com/ewfrf/wc/product?cc=us&lc=en&dlc=en&product=95040, accessed 29 January 2013.

Hewlett-Packard, Undated, Compaq Presario 12XL127 Notebook PC, http://h10025.www1.hp.com/ewfrf/wc/product?cc=us&lc=en&dlc=en&product=95042, accessed 29 January 2013.

Hewlett-Packard, Undated, Compaq Presario 12XL327 Notebook PC, http://h10025.www1.hp.com/ewfrf/wc/product?cc=us&lc=en&dlc=en&product=95075, accessed 29 January 2013.

Hewlett-Packard, Undated, Compaq Presario 12XL427 Notebook PC, http://h10025.www1.hp.com/ewfrf/wc/product?cc=us&lc=en&dlc=en&product=95097, accessed 29 January 2013.

Hewlett-Packard, Undated, Compaq Presario 12XL527 Notebook PC, http://h10025.www1.hp.com/ewfrf/wc/product?cc=us&lc=en&dlc=en&product=95117, accessed 29 January 2013.

Hewlett-Packard, Undated, Compaq Presario 17XL260 Notebook PC, http://h10025.www1.hp.com/ewfrf/wc/product?cc=us&lc=en&dlc=en&product=95334, accessed 29 January 2013.

Hewlett-Packard, Undated, Compaq Presario 17XL360 Notebook PC, http://h10025.www1.hp.com/ewfrf/wc/product?cc=us&lc=en&dlc=en&product=95342, accessed 29 January 2013.

Hewlett-Packard, Undated, Compaq Presario 2186RS Notebook PC, http://h10025.www1.hp.com/ewfrf/wc/product?cc=us&lc=en&dlc=en&product=374013, accessed 28 January 2013.

Hewlett-Packard, Undated, Compaq Presario 717RSH Notebook PC, http://h10025.www1.hp.com/ewfrf/wc/product?cc=us&lc=en&dlc=en&product=95574, accessed 29 January 2013.

Hewlett-Packard, Undated, Compaq Presario 717RSH Notebook PC, http://h10025.www1.hp.com/ewfrf/wc/product?cc=us&lc=en&dlc=en&product=95574, accessed 29 January 2013.

Hewlett-Packard, Undated, Compaq Presario 720US Notebook PC, http://h10025.www1.hp.com/ewfrf/wc/product?cc=us&lc=en&dlc=en&product=95584, accessed 29 January 2013.

Hewlett-Packard, Undated, Compaq Presario 722US Notebook PC, https://h10025.www1.hp.com/ewfrf/wc/product?cc=us&lc=en&dlc=en&product=95594, accessed 30 January 2013.

Hewlett-Packard, Undated, Compaq Presario 723RSH Notebook PC - Product Specifications, http://bizsupport1.austin.hp.com/bizsupport/TechSupport/Document.jsp?objectID=c00009674&lang=en&cc=us&taskId=135&prodSeriesId=96403&prodTypeId=321957, accessed 29 January 2013.

Exhibit C
Page 24 of 53

# Exhibit C: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D.

Hewlett-Packard, Undated, Compaq Presario 730US Notebook PC, http://h10025.www1.hp.com/ewfrf/wc/product?cc=us&lc=en&dlc=en&product=95617, accessed 29 January 2013.

Hewlett-Packard, Undated, Compaq Presario 734RSH Notebook PC-Product Specifications, http://bizsupport1.austin.hp.com/bizsupport/TechSupport/Document.jsp?objectID=c00009699&lang=en&cc=us&taskId=101&prodSeriesId=96403&prodTypeId=321957, accessed 28 January 2013.

Hewlett-Packard, Undated, Compaq Presario 904RSH Notebook PC, http://h10025.www1.hp.com/ewfrf/wc/product?cc=us&lc=en&dlc=en&product=95677, accessed 29 January 2013.

Hewlett-Packard, Undated, Compaq Presario SR1319RS Desktop PC Product Specification, http://h10025.www1.hp.com/ewfrf/wc/document?lc=en&cc=us&dlc=en&product=450176&docname=c00280722, accessed 29 January 2013.

Hewlett-Packard, Undated, Compaq Presario SR1500 Desktop PC Product Specifications, http://h20000.www2.hp.com/bizsupport/TechSupport/Document.jsp?objectID=c00404356&lang=en&cc=us&taskId=101&prodSeriesId=470574&p, accessed 29 January 2013.

Hewlett-Packard, Undated, Comparison Chart Between HP Pavilion and Compaq Presario Flat Panel Monitors, https://h10025.www1.hp.com/ewfrf/wc/document?docname=c00284464&tmp_task=useCategory&cc=us&dlc=el&lc=en&os=-1&product=57763&sw_lang=#c00284464_FX50, accessed 08 January 2013.

Hewlett-Packard, Undated, HP Pavilion 545x Desktop PC Product Specifications, https://h10025.www1.hp.com/ewfrf/wc/document?cc=us&lc=en&docname=c00005728, accessed 29 January 2013.

Hewlett-Packard, Undated, HP Pavilion a1116x Desktop PC Product Specifications, http://h10025.www1.hp.com/ewfrf/wc/document?cc=us&lc=en&dlc=en&docname=c00402426, accessed 29 January 2013.

Hewlett-Packard, Undated, HP Pavilion a1229x Desktop PC Product Specifications, http://h20000.www2.hp.com/bizsupport/TechSupport/Document.jsp?objectID=c00503716&lang=en&cc=us&taskId=135&contentType=SupportF, accessed 29 January 2013.

Hewlett-Packard, Undated, HP Pavilion a418x Desktop PC Product Specifications, http://h20000.www2.hp.com/bizsupport/TechSupport/Document.jsp?objectID=c00057156&lang=en&cc=us&contentType=SupportFAQ&prodSeries, accessed 29 January 2013.

Hewlett-Packard, Undated, HP Pavilion a809rs Desktop PC Product Specifications, http://h10025.www1.hp.com/ewfrf/wc/document?docname=c00305792&lc=en&cc=us&dlc=en&product=464113, accessed 29 January 2013.

Hewlett-Packard, Undated, HP Pavilion dv2110rs Notebook PC, http://h10025.www1.hp.com/ewfrf/wc/product?cc=us&lc=en&dlc=en&product=3289478, accessed 29 January 2013.

Hewlett-Packard, Undated, HP Pavilion f50 15 inch Flat Panel Monitor, http://h10025.www1.hp.com/ewfrf/wc/product?cc=us&lc=en&dlc=en&product=81807, accessed 29 January 2013.

Hewlett-Packard, Undated, HP Pavilion Media Center a1329x Desktop PC, http://h10025.www1.hp.com/ewfrf/wc/product?cc=us&lc=en&dlc=en&product=1817031, accessed 29 January 2013.

Hewlett-Packard, Undated, HP Pavilion tx1410us Notebook PC, http://h10025.www1.hp.com/ewfrf/wc/product?cc=us&lc=en&dlc=en&product=3647228, accessed 29 January 2013.

Hewlett-Packard, Undated, HP Pavilion zv5348rs Notebook PC, http://h10025.www1.hp.com/ewfrf/wc/product?cc=us&lc=en&dlc=en&product=434894, accessed 29 January 2013.

Hewlett-Packard, Undated, Maintenance & Service Guide Presario 1200 Series Model: 1245, http://h10025.www1.hp.com/ewfrf-JAVA/Doc/pdf/c00000588.pdf, accessed 29 January 2013.

Exhibit C
Page 25 of 53

# Exhibit C: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D.

Hewlett-Packard, Undated, Product Specifications Compaq Presario SR1221RS Desktop PC, http://h10025.www1.hp.com/ewfrf/wc/document?dlc=en&lc=en&product=439485&lang=en&cc=us&docname=c00247511, accessed 29 January 2013.

Hewlett-Packard, Undated, Product Specifications HP Pavilion f70 17 inch Flat Panel Monitor, http://h10025.www1.hp.com/ewfrf/wc/document?docname=bph07543&lc=en&cc=us&dlc=&product=81810, accessed 29 January 2013.

Holland Van Gijzen, 03 February 2010, Trustee's Ninth Report in the bankruptcies of LG.Philips Displays Holding B.V. and LG.Philips Displays Netherlands B.V. and LG.Philips Displays Investment B.V. and LP Displays International B. V., http://deterinklive.com/nl/publicaties/faillissementsverslagen/l/.

Hoover's, Undated, Fry's Electronics, Inc. Company Information, http://www.hoovers.com/company-information/cs/company-profile.Frys_Electronics_Inc.9d1dc6e77862d800.html, accessed 22 October 2012.

Hovenkamp, Herbert, May 1990, The Indirect-Purchaser Rule and Cost-Plus Sales, Harvard Law Review, Vol. 103, No. 7, pp. 1717-1731.

Huang, Ren-Jie, 25 January 2002, Samsung SyncMaster 1200NF Review, http://www.neoseeker.com/Articles/Hardware/Reviews/samsung1200nf/, accessed 21 March 2012.

IASplus.com, Undated, IAS 21 - The Effects of Changes in Foreign Exchange Rates, http://www.iasplus.com/en/standards/ias/ias21, accessed 20 September 2013.

IFRS, 01 January 2012, The Effects of Changes in Foreign Exchange Rates, http://www.ifrs.org/Documents/IAS21.pdf, accessed 20 September 2013.

Ikegami Tsushinki Co., LTD, 01 July 2010, Ikegami Tsushinki Company Profile, http://www.ikegami.co.jp/en/company/index.html, accessed 20 September 2012.

Imaging-Resource.com, 23 December 2009, Sanyo Becomes A Panasonic Company, http://www.imaging-resource.com/NEWS/1261603656.html, accessed 22 October 2012.

Imbens, Guido W., Jeffrey M. Wooldridge, 2009, Recent Developments in the Econometrics of Program Evaluation

(Article, Journal of Economic Literature, Vol. 47, No. 1, 5-86.

Indian Express Newspaper(Bombay) Ltd., 22 April 2000, Samtel to set up second manufacturing unit for colour monitors in Pondicherry, http://expressindia.indianexpress.com/fe/daily/20000422/fco22038.html, accessed 24 March 2014.

Ingram Micro Inc., 27 February 2008, Ingram Micro Inc. Form 10-K 2007, http://www.SEC.gov/Archives/edgar/data/1018003/000095013708002845/a38343e10vk.htm, accessed 24 July 2012.

Ingram Micro, Undated, About Ingram Micro, http://phx.corporate-ir.net/phoenix.zhtml?c=98566&p=irol-aboutIMOverview, accessed 22 October 2012.

International Monetary Fund, 10 September 2012, Monthly IMF IFS Data on Exchange Rates, Reserves, and Interest Rates, 1970 - 2012, http://elibrary-data.imf.org/FindDataReports.aspx?d=33061&e=169393, accessed 10 September 2012.

International Monetary Fund, 17 December 2013, Primary Commodity Price Data, http://www.imf.org/external/np/res/commod/index.aspx, accessed 17 December 2013.

International Monetary Fund, 27 November 2013, Frequently Asked Questions: IMF Primary Commodity Prices, http://www.imf.org/external/np/res/commod/faq/index.htm, accessed 03 January 2014.

Ionescu, Bogdan, 01 December 2005, Panasonic and Toshiba Will Close Their CRT Plants in Europe, http://news.softpedia.com/news/Panasonic-and-Toshiba-Will-Close-Their-CRT-Plants-in-Europe-13823.shtml, accessed 23 February 2009.

Exhibit C
Page 26 of 53

# Exhibit C: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D.

IRICO Display Devices, 17 April 2007, IRICO Group Electronics Company Limited Annual Report 2006, http://quote.morningstar.com/stock-filing/Annual-Report/2006/12/31/t.aspx?t=XHKG:00438&ft=&d=f2fe5dd5fb11adf4, accessed 20 August 2012.

IRICO Display Devices, 18 August 2010, IRICO Group Electronics Company Limited Interim Report 2010, http://quote.morningstar.com/stock-filing/Quarterly-Report/2010/6/30/t.aspx?t=XHKG:00438&ft=&d=6ea25371ea2b0f8fd5e5786a2c8b9fc3, accessed 20 August 2012.

IRICO Display Devices, 19 April 2009, IRICO Group Electronics Company Limited Annual Report 2009, http://quote.morningstar.com/stock-filing/Annual-Report/2009/12/31/t.aspx?t=XHKG:00438&ft=&d=c201f583265bae240ea070840e4c5f0e, accessed 20 August 2012.

IRICO Display Devices, 19 August 2006, IRICO Group Electronics Company Limited Interim Report 2009, http://quote.morningstar.com/stock-filing/Quarterly-Report/2009/6/30/t.aspx?t=XHKG:00438&ft=&d=627b288b0c6ab920, accessed 20 August 2012.

IRICO Display Devices, 24 April 2006, IRICO Group Electronics Company Limited Annual Report 2005, http://quote.morningstar.com/stock-filing/Annual-Report/2005/12/31/t.aspx?t=XHKG:00438&ft=&d=91fbeaa168f83d2a, accessed 20 August 2012.

IRICO Display Devices, 24 April 2008, IRICO Group Electronics Company Limited Annual Report 2007, http://quote.morningstar.com/stock-filing/Annual-Report/2007/12/31/t.aspx?t=XHKG:00438&ft=&d=c64685cc9d4a60f4, accessed 20 August 2012.

IRICO Display Devices, 24 March 2005, IRICO Group Electronics Company Limited Annual Report 2004, http://quote.morningstar.com/stock-filing/Annual-Report/2004/12/31/t.aspx?t=XHKG:00438&ft=&d=b0c4c2a0ff0cfc9f, accessed 20 August 2012.

IRICO Display Devices, 25 August 2005, 2005 Interim Report, http://quote.morningstar.com/stock-filing/Quarterly-Report/2005/6/30/t.aspx?t=XHKG:00438&ft=&d=8b314f85330fb072, accessed 20 August 2012.

IRICO Display Devices, 26 August 2006, IRICO Group Electronics Company Limited 2006 Interim Report, http://quote.morningstar.com/stock-filing/Quarterly-Report/2006/6/30/t.aspx?t=XHKG:00438&ft=&d=dd7ac7eebe59be72, accessed 20 August 2012.

IRICO Display Devices, 26 August 2008, IRICO Group Electronics Company Limited Interim Report 2008, http://quote.morningstar.com/stock-filing/Quarterly-Report/2008/6/30/t.aspx?t=XHKG:00438&ft=&d=060926303f72e900, accessed 20 August 2012.

IRICO Display Devices, 26 August 2011, IRICO Group Electronics Company Limited 2011 Interim Report, http://quote.morningstar.com/stock-filing/Quarterly-Report/2011/6/30/t.aspx?t=XHKG:00438&ft=&d=6743d84f238ee9910694c9e8153e2501, accessed 20 August 2012.

IRICO Display Devices, 26 March 2009, IRICO Group Electronics Company Limited Annual Report 2008, http://quote.morningstar.com/stock-filing/Annual-Report/2008/12/31/t.aspx?t=XHKG:00438&ft=&d=959ef2107c701e32, accessed 20 August 2012.

IRICO Display Devices, 28 March 2012, IRICO Group Electronics Company Limited 2011 Annual Report, http://quote.morningstar.com/stock-filing/Annual-Report/2011/12/31/t.aspx?t=XHKG:00438&ft=&d=50fa48171b2a5fba3ef7dc10e34ad15c, accessed 20 August 2012.

IRICO Display Devices, 29 August 2007, IRICO Group Electronics Company Limited Interim Report 2007, http://quote.morningstar.com/stock-filing/Quarterly-Report/2007/6/30/t.aspx?t=XHKG:00438&ft=&d=68d6e7c7ca3814a7, accessed 20 August 2012.

Exhibit C
Page 27 of 53

# Exhibit C: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D.

IRICO Display Devices, 30 March 2011, IRICO Group Electronics Company Limited 2010 Annual Report, http://quote.morningstar.com/stock-filing/Annual-Report/2010/12/31/t.aspx?t=XHKG:00438&ft=&d=e2f306e8b93d69d5f14fd1e834dfbf60, accessed 20 August 2012.

IRICO Display Devices, Undated, Jobs, http://www.ch.com.cn/english/txt.jsp?urltype=tree.TreeTempUrl&wbtreeid=1525, accessed 24 July 2012.

IRICO Group Corporation, 2009, Corporate Events, http://www.ch.com.cn/english/txt.jsp?urltype=tree.TreeTempUrl&wbtreeid=1466, accessed 22 August 2012.

IRICO Group Electronics Company Limited, 31 December 2007, IRICO Group Electronics Company Limited (A joint stock company incorporated in the People's Republic of China with limited liability), http://pg.jrj.com.cn/acc/HK_DISC/stock_NT/2008/04/25/00438_000625165_0.PDF, accessed 09 August 2012.

IRICO Group Electronics, 2004, IRICO Group Electronics Company Limited, http://quote.morningstar.com/stock-filing/Annual-Report/2004/12/31/t.aspx?t=XHKG:00438&ft=&d=b0c4c2a0ff0cfc9f, accessed 07 August 2012.

IRICO Group Electronics, 31 December 2006, Annual Report 2006, http://www.hkexnews.hk/listedco/listconews/sehk/2007/0502/00438/ewf117e.pdf, accessed 14 August 2012.

IRS, 20 September 2011, Table 1. Number of Returns, Total Receipts, Business Receipts, Net Income (less deficit), Net Income, and Deficit, Statistics of Income, www.irs.gov/file_source/pub/irs-soi/80ot1all.xls, accessed 02 October 2013.

J&R Downtown NYC Since 1971, Undated, Glossary - Dynaflat, http://www.jr.com/information/glossary.jsp?gletter=D&term=Dynaflat, accessed 04 June 2012.

James, Ben, 11 September 2012, Toshiba To Pay Direct LCD Buyers $30M In Price-Fixing MDL, Law360, http://www.law360.com/articles/377122/toshiba-to-pay-direct-lcd-buyers-30m-in-price-fixing-mdl, accessed 08 April 2014.

James, Ben, 19 May 2010, DRAM Makers Fined 331M in EC Cartel Probe, Law 360, http://competition.law360.com/print_article/169534, accessed 20 May 2010.

Japan Fair Trade Commission, 27 October 2009, Cease-and-Desist Order and Surcharge Payment Orders against Manufacturers of Cathode Ray Tubes for Televisions, http://www.jftc.go.jp/en/pressreleases/uploads/2009-Oct-7.pdf, accessed 11 July 2012.

Japan Inc, June 1994, Japanese Manufacturers Face Foreign Competition, http://www.japaninc.com/cpj/magazine/issues/1994/jun94/06news.html, accessed 31 August 2012.

Japan Victor Corporation, Undated, JVC AV-27D302 Features, http://support.JVC.com/consumer/product.jsp?modelId=MODL026180&pathId=74&page=2&archive=true, accessed 08 January 2013.

Japan Victor Corporation, Undated, JVC AV-27D303 Features, http://support.JVC.com/consumer/product.jsp?modelId=MODL026900&pathId=74&page=2&archive=true, accessed 08 January 2013.

Japan Victor Corporation, Undated, JVC AV-32D302 Features, http://support.JVC.com/consumer/product.jsp?modelId=MODL026175&pathId=76&page=2&archive=true, accessed 08 January 2013.

Japan Victor Corporation, Undated, JVC AV-32D303 Features, http://support.JVC.com/consumer/product.jsp?modelId=MODL026907&pathId=76&page=2&archive=true, accessed 08 January 2013.

JCT, 18 August 2012, Annual Report 2009 - 2010, http://www.reportjunction.com/Reports/JCT-Electronics-Limited-J0100.htm, accessed 05 September 2012.

Jocelyn Allison, 19 May 2010, Japan Grants Samsung Hearing In Cartel Probe, Law360, http://competition.law360.com/print_article/169656, accessed 20 May 2010.

Exhibit C
Page 28 of 53

# Exhibit C: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D.

Johnson, Fred, McClure, James Harold, et al., 2007, When risks go bad: the television set sector, KPMG, http://www.kpmgvergi.com/tr-tr/Hizmetlerimiz/vergi/Transferfiyatlandirmasii/makaleler/Documents/When%20risks%20go%20bad%20the%20television%20sector.pdf, accessed 18 April 2012.

Judson, Ruth A., Owen, Ann L., January 1996, Estimating Dynamic Panel Data Models: A Practical Guide for Macroeconomists, Federal Reserve Board of Governors.

Jung, Sung Han, 01 January 2004, United States Patent 2004000860, http://www.google.com/patents/US20040000860.pdf, accessed 13 July 2012.

Kadiyali, Vrinda, 1997, Exchange Rate Pass-through for Strategic Pricing and Advertising: An Empirical Analysis of the U.S. Photographic Film Industry, Journal of International Economics, Vol. 43, pp. 437-461.

Kanellos, Michael, 01 November 2005, Dell's dilemma--it's about pricing, http://news.cnet.com/Dells-dilemma--its-about-pricing/2100-1003_3-5926477.html, accessed 08 October 2013.

Kanellos, Michael, 14 January 2004, HP back on top of PC market - CNET News, http://news.cnet.com/HP-back-on-top-of-PC-market/2100-1003_3-5141213.html, accessed 10 October 2013.

Kanellos, Michael, 17 January 2002, PC shipments shrink; Dell keeps growing - CNET News, http://news.cnet.com/2100-1040-817659.html, accessed 10 October 2013.

Kanter, James, 08 December 2010, Europe Fines Five Flat-Panel Screen Makers for Price Fixing, The New York Times, http://www.nytimes.com/2010/12/09/business/global/09fine.html?_r=0, accessed 08 April 2014.

Kaplow, Louis, 2011, An Economic Approach to Price Fixing, Antitrust Law Journal, 77(2), pp. 343-449.

Karp, Larry S., Jeffrey M. Perloff, March 1989, Estimating Market Structure and Tax Incidence: The Japanese Television Market, Journal of Industrial Economics, Vol. 37(3), pp. 225-239.

Kato, Kenji, Yukinobu, Masay, 14 November 2002, United States Patent 2002/0168478 A1, www.google.com/patents/US20020168478.pdf, accessed 11 June 2012.

Kaukomarkkinat, Undated, Kaukomarkkinat History, http://www.kaukomarkkinat.com/portal/en/company/history, accessed 26 March 2014.

Kaye, David H., David A. Freeman, 2011, Reference Guide on Statistics, Reference Manual on Scientific Evidence, Third Edition, National Academies Press: Washington, D.C., 211-302.

Kennedy, Peter, 26 February 2008, A Guide to Econometrics, 6th Edition, Wiley-Blackwell: Malden.

Kenneth Compton, 2003, Chapter 1: CRT glass, http://www.google.com/url?sa=t&rct=j&q=&esrc=s&source=web&cd=1&cad=rja&ved=0CC4QFjAA&url=http%3A%2F%2Fspie.org%2Fsamples%2FTT54.pdf&ei=gnA8Uv-0GtKAygHiq4DIDA&usg=AFQjCNHI4fFYXy44RkQAwo66hFYUKinekA&sig2=jgl9xhHRH5jWKh54YQpeUg&bvm=bv.52434380,d.aWc, accessed 20 September 2013.

Kenney, Martin, Undated, The Shifting Value Chain: The Television Industry in North America, http://hcd.ucdavis.edu/faculty/webpages/kenney/articles_files/The%20Shifting%20Value%20Chain:%20The%20Television%20Industry%20in%20North%20America.pdf, accessed 19 April 2012.

Kirchgassner, Gebhard, Knut Kubler, July 1992, Symmetric or Asymmetric Price Adjustments in the Oil Market, Energy Economics, Vol. 14, pp.171-185.

Klein, Karen E., 22 September 2009, How Drop-Shipping Works for Retailers and Manufacturers - Businessweek, Bloomberg Businessweek, http://www.businessweek.com/smallbiz/content/sep2009/sb20090922_341780.htm, accessed 28 March 2014.

Kopczuk, Wojciech, Marion, Justin, et al., September 2013, Do The Laws of Tax Incidence Hold? Point of Collection and the Pass-Through of State Diesel Taxes, NEBER Working Paper Series 19410.

Korean Fair Trade Commission, 10 March 2011, Multi-party Meeting [Certified Translation], 2010Gukka234, Decision no. 2011-019.

Exhibit C
Page 29 of 53

# Exhibit C: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D.

Kosicki, George, Miles B. Cahill, 2006, Economics of Cost Pass Through and Damages in Indirect Purchaser Antitrust Cases, Antitrust Bulletin, Vol. 51(3), pp. 599-630.

Kraul, Chris, 31 May 1995, Mitsubishi to Add 1,000 Jobs in Mexicali to Make TV Parts, The Los Angeles Times, http://articles.latimes.com/1995-05-31/business/fi-7993_1_tv-manufacturers, accessed 21 September 2012.

Kwoka, Jr., John E. and White, 1994, Bidding, Big Rigging, and School Milk Prices: Ohio v. Trauth, in Kwoka, Jr., John E. and White, Lawrence J. (Eds.), 2004 The Antitrust Revolution: Economics, Competition, and Policy, Fourth Edition, Oxford University Press: New York.

Labsorta Internet, Undated, Labour cost - 6A Labour Cost in Manufacturing, http://laborsta.ilo.org/default.html.

Landes, William M., Posner, Richard A., March 1981, Market Power in Antitrust Cases, Harvard Law Review, Vol. 9(5), pp. 937-996.

LCDs 4 Less, Undated, HP Pavilion ZV6000 Series ZV6009US-B Laptop Screen, http://www.lcds4less.com/HPLaptop__HP_Pavilion_ZV6000_Series_ZV6009US-B__laptop-screens.html, accessed 30 January 2013.

Lee, Jung-Ah, 31 October 2011, Seoul Fines Six LCD Manufacturers in Price-Fixing Case, The Wall Street Journal, http://online.wsj.com/news/articles/SB10001424052970204528204577007682854719686, accessed 08 April 2014.

Leibtag, Ephraim, Nakamura, Alice, et al., March 2007, Cost Pass-Through in the U.S. Coffee Industry, United States Department of Agriculture Economic Research Service, Research Report Number 38.

Levenstein, Margaret C., and Valerie Y. Suslow, 2006, What Determines Cartel Success?, Journal of Economic Literature, Vol. XLIV, 43-95.

Levenstein, Margaret, and Valerie Y. Suslow, 2004, Contemporary International Cartels and Developing Countries: Economic Effects and Implications for Competition Policy, Antitrust Law Journal Vol. 71, No. 3, 801-852.

LG Electronics, Undated, General Information, www.LG.com/pt/download/pdf/6_General_Information.pdf , accessed 09 July 2012.

LG, Undated, Product Support: LG 32LC7D, http://www.LG.com/us/support-product/lg-32LC7D, accessed 30 January 2013.

Lipman, Melissa, 27 February 2014, LG, InnoLux LCD Cartel Fines Trimmed By $23M In EU Court, Law360, http://www.law360.com/articles/513907/lg-innolux-lcd-cartel-fines-trimmed-by-23m-in-eu-court, accessed 08 April 2014.

Lucasey Mounting Systems, 2004, Lucasey LCD Flat Panel Mounts, http://123tvmounts.com/alt_pdfs/Lucasey%20Flat%20Screen%20Cross%20Ref.pdf, accessed 12 December 2013.

Mace, Williams, 26 July 2010, Television Prices Plummet At A Store Near You, stuff.co.nz, http://www.stuff.co.nz/technology/digital-living/3956050/Television-prices-plummet-at-a-store-near-you, accessed 26 July 2010.

MacManus, Christopher, 14 December 2008, Sony Closes Last TV Manufacturing Facility In USA, http://www.sonyinsider.com/2008/12/14/sony-closes-last-tv-manufacturing-facility-in-usa/, accessed 05 December 2013.

Manualslib, Undated, RCA F36688 BROCHURE, http://www.manualslib.com/manual/138781/Rca-F36688.html, accessed 30 January 2013.

Mark Lee, 05 June 2006, IRICO to Convert Unit Shares, http://www.accessmylibrary.com/article-1G1-153508157/irico-display-devices-returns.html, accessed 17 August 2012.

Maskin, Eric S., 1999, Uncertainty and entry deterrence, Economic Theory, Vol. 14, 429-437.

Matsushita Electric Company (Malaysia) Brand, 05 August 2002, MELCOM Circular to Shareholders.

Matsushita Electric Industrial Co., Ltd., 2001, National Panasonic Matsushita Electric Annual Report 2001, http://panasonic.net/ir/annual/2001/pdf/all.pdf, accessed 18 August 2012.

Exhibit C
Page 30 of 53

# Exhibit C: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D.

Matsushita Electric Industrial Co., Ltd., May 2002, National Panasonic Matsushita Electric Annual Report 2002, http://panasonic.net/ir/annual/2002/pdf/all.pdf, accessed 18 August 2012.

Matsushita Electric Industrial Co., Ltd., May 2003, Matsushita Electric Annual Report 2003, http://panasonic.net/ir/annual/2003/pdf/all.pdf, accessed 18 August 2012.

Matsushita Electric Industrial Co., Ltd., May 2004, Matsushita Electric Annual Report 2004, http://panasonic.net/ir/annual/2004/pdf/annual2004.pdf, accessed 18 August 2012.

Matt Hamblen, 22 April 2009, Material costs for Kindle 2 are about half its retail price, ComputerWorld, http://www.computerworld.com/s/article/9131974/Materials_costs_for_Kindle_2_are_about_half_its_retail_price_, accessed 14 September 2012.

McCrary, Justin, Rubinfeld, Daniel L., 2014, Measuring Benchmark Dames in Antitrust Litigation, Journal of Econometric Methods, 3(1): 63-74.

McKenzie, Liz, 07 October 2009, JFTC Slams Samsung, MT Picture In CRT Cartel Probe, Law360, http://competition.law360.com/print_article/126904, accessed 08 October 2009.

Mckibben, Barry A., Beverton, Oreg, 03 February 1981, Dynamic Focus and Astigmatism Correction Circuit, United States Patent 4,249,112, http://www.google.com/patents/US4249112, accessed 08 June 2012.

McWilliams, Gary, 21 August 2003, Dell Price Cuts Put a Squeeze On Rival H-P, Wall Street Journal, Eastern Edition, pg. B.1.

McWilliams, Gary, 26 March 2001, Price War Squeezes PC Makers --- Cuts Make Companies Bleed As Profits, Sales Decline; Some Predict a Shakeout, Wall Street Journal, Eastern Edition, pg. B.1.

Meko, 2009, Meko Product Catalog, http://www.meko.co.uk/pdfs/currentcatalogue.pdf, accessed 16 February 2008.

Ministry of Finance Japan, 1990, Commodity by Country; Export; Dec 1990; Section XIII, Trade Statistics of Japan, http://www.customs.go.jp/toukei/download/1990/csv/d01/d01h90e023.csv, accessed 30 January 2014.

Ministry of Finance Japan, 1990, Commodity by Country; Import; Dec 1990; Section XIII, Trade Statistics of Japan, http://www.customs.go.jp/toukei/download/1990/csv/d01/d01h90i017.csv, accessed 30 January 2014.

Ministry of Finance Japan, 1991, Commodity by Country; Export; Dec 1991; Section XIII, Trade Statistics of Japan, http://www.customs.go.jp/toukei/download/1991/csv/d01/d01h91e023.csv, accessed 30 January 2014.

Ministry of Finance Japan, 1991, Commodity by Country; Import; Dec 1991; Section XIII, Trade Statistics of Japan, http://www.customs.go.jp/toukei/download/1991/csv/d01/d01h91i017.csv, accessed 30 January 2014.

Ministry of Finance Japan, 1992, Commodity by Country; Export; Dec 1992; Section XIII, Trade Statistics of Japan, http://www.customs.go.jp/toukei/download/1992/csv/d01/d01h92e023.csv, accessed 30 January 2014.

Ministry of Finance Japan, 1992, Commodity by Country; Import; Dec 1992; Section XIII, Trade Statistics of Japan, http://www.customs.go.jp/toukei/download/1992/csv/d01/d01h92i017.csv, accessed 30 January 2014.

Ministry of Finance Japan, 1993, Commodity by Country; Export; Dec 1993; Section XIII, Trade Statistics of Japan, http://www.customs.go.jp/toukei/download/1993/csv/d01/d01h93e023.csv, accessed 30 January 2014.

Ministry of Finance Japan, 1993, Commodity by Country; Import; Dec 1993; Section XIII, Trade Statistics of Japan, http://www.customs.go.jp/toukei/download/1993/csv/d01/d01h93i017.csv, accessed 30 January 2014.

Ministry of Finance Japan, 1994, Commodity by Country; Export; Dec 1994; Section XIII, Trade Statistics of Japan, http://www.customs.go.jp/toukei/download/1994/csv/d01/d01h94e023.csv, accessed 30 January 2014.

Ministry of Finance Japan, 1994, Commodity by Country; Import; Dec 1994; Section XIII, Trade Statistics of Japan, http://www.customs.go.jp/toukei/download/1994/csv/d01/d01h94i017.csv, accessed 30 January 2014.

Ministry of Finance Japan, 1995, Commodity by Country; Export; Dec 1995; Section XIII, Trade Statistics of Japan, http://www.customs.go.jp/toukei/download/1995/csv/d01/d01h95e023.csv, accessed 30 January 2014.

Ministry of Finance Japan, 1995, Commodity by Country; Import; Dec 1995; Section XIII, Trade Statistics of Japan, http://www.customs.go.jp/toukei/download/1995/csv/d01/d01h95i017.csv, accessed 30 January 2014.

Exhibit C
Page 31 of 53

# Exhibit C: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D.

Ministry of Finance Japan, 1996, Commodity by Country; Export; Dec 1996; Section XIII, Trade Statistics of Japan, http://www.customs.go.jp/toukei/download/1996/csv/d01/d01h96e023.csv, accessed 30 January 2014.

Ministry of Finance Japan, 1996, Commodity by Country; Import; Dec 1996; Section XIII, Trade Statistics of Japan, http://www.customs.go.jp/toukei/download/1996/csv/d01/d01h96i017.csv, accessed 30 January 2014.

Ministry of Finance Japan, 1997, Commodity by Country; Export; Dec 1997; Section XIII, Trade Statistics of Japan, http://www.customs.go.jp/toukei/download/1997/csv/d01/d01h97e023.csv, accessed 30 January 2014.

Ministry of Finance Japan, 1997, Commodity by Country; Import; Dec 1997; Section XIII, Trade Statistics of Japan, http://www.customs.go.jp/toukei/download/1997/csv/d01/d01h97i017.csv, accessed 30 January 2014.

Ministry of Finance Japan, 1998, Commodity by Country; Export; Dec 1998; Section XIII, Trade Statistics of Japan, http://www.customs.go.jp/toukei/download/1998/csv/d01/d01h98e023.csv, accessed 30 January 2014.

Ministry of Finance Japan, 1998, Commodity by Country; Import; Dec 1998; Section XIII, Trade Statistics of Japan, http://www.customs.go.jp/toukei/download/1998/csv/d01/d01h98i017.csv, accessed 30 January 2014.

Ministry of Finance Japan, 1999, Commodity by Country; Export; Dec 1999; Section XIII, Trade Statistics of Japan, http://www.customs.go.jp/toukei/download/1999/csv/d01/d01h99e023.csv, accessed 30 January 2014.

Ministry of Finance Japan, 1999, Commodity by Country; Import; Dec 1999; Section XIII, Trade Statistics of Japan, http://www.customs.go.jp/toukei/download/1999/csv/d01/d01h99i017.csv, accessed 30 January 2014.

Ministry of Finance Japan, 2000, Commodity by Country; Export; Dec 2000; Section XIII, Trade Statistics of Japan, http://www.customs.go.jp/toukei/download/2000/csv/d01/d01h00e023.csv, accessed 30 January 2014.

Ministry of Finance Japan, 2000, Commodity by Country; Import; Dec 2000; Section XIII, Trade Statistics of Japan, http://www.customs.go.jp/toukei/download/2000/csv/d01/d01h00i017.csv, accessed 30 January 2014.

Ministry of Finance Japan, 2001, Commodity by Country; Export; Dec 2001; Section XIII, Trade Statistics of Japan, http://www.customs.go.jp/toukei/download/2001/csv/d01/d01h01e023.csv, accessed 30 January 2014.

Ministry of Finance Japan, 2001, Commodity by Country; Import; Dec 2001; Section XIII, Trade Statistics of Japan, http://www.customs.go.jp/toukei/download/2001/csv/d01/d01h01i017.csv, accessed 30 January 2014.

Ministry of Finance Japan, 2002, Commodity by Country; Export; Dec 2002; Section XIII, Trade Statistics of Japan, http://www.customs.go.jp/toukei/download/2002/csv/d01/d01h02e023.csv, accessed 30 January 2014.

Ministry of Finance Japan, 2002, Commodity by Country; Import; Dec 2002; Section XIII, Trade Statistics of Japan, http://www.customs.go.jp/toukei/download/2002/csv/d01/d01h02i017.csv, accessed 30 January 2014.

Ministry of Finance Japan, 2003, Commodity by Country; Export; Dec 2003; Section XIII, Trade Statistics of Japan, http://www.customs.go.jp/toukei/download/2003/csv/d01/d01h03e023.csv, accessed 30 January 2014.

Ministry of Finance Japan, 2003, Commodity by Country; Import; Dec 2003; Section XIII, Trade Statistics of Japan, http://www.customs.go.jp/toukei/download/2003/csv/d01/d01h03i017.csv, accessed 30 January 2014.

Ministry of Finance Japan, 2004, Commodity by Country; Export; Dec 2004; Section XIII, Trade Statistics of Japan, http://www.customs.go.jp/toukei/download/2004/csv/d01/d01h04e023.csv, accessed 30 January 2014.

Ministry of Finance Japan, 2004, Commodity by Country; Import; Dec 2004; Section XIII, Trade Statistics of Japan, http://www.customs.go.jp/toukei/download/2004/csv/d01/d01h04i017.csv, accessed 30 January 2014.

Ministry of Finance Japan, 2005, Commodity by Country; Export; Dec 2005; Section XIII, Trade Statistics of Japan, http://www.customs.go.jp/toukei/download/2005/csv/d01/d01h05e023.csv, accessed 30 January 2014.

Ministry of Finance Japan, 2005, Commodity by Country; Import; Dec 2005; Section XIII, Trade Statistics of Japan, http://www.customs.go.jp/toukei/download/2005/csv/d01/d01h05i017.csv, accessed 30 January 2014.

Ministry of Finance Japan, 2006, Commodity by Country; Export; Dec 2006; Section XIII, Trade Statistics of Japan, http://www.customs.go.jp/toukei/download/2006/csv/d01/d01h06e023.csv, accessed 30 January 2014.

Ministry of Finance Japan, 2006, Commodity by Country; Import; Dec 2006; Section XIII, Trade Statistics of Japan, http://www.customs.go.jp/toukei/download/2006/csv/d01/d01h06i017.csv, accessed 30 January 2014.

Exhibit C
Page 32 of 53

# Exhibit C: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D.

Ministry of Finance Japan, 2007, Commodity by Country; Export; Dec 2007; Section XIII, Trade Statistics of Japan, http://www.customs.go.jp/toukei/download/2007/csv/d01/d01h07e023.csv, accessed 30 January 2014.

Ministry of Finance Japan, 2007, Commodity by Country; Import; Dec 2007; Section XIII, Trade Statistics of Japan, http://www.customs.go.jp/toukei/download/2007/csv/d01/d01h07i017.csv, accessed 30 January 2014.

Ministry of Finance Japan, 2008, Commodity by Country; Export; Dec 2008; Section XIII, Trade Statistics of Japan, http://www.customs.go.jp/toukei/download/2008/csv/d01/d01h08e023.csv, accessed 30 January 2014.

Ministry of Finance Japan, 2008, Commodity by Country; Import; Dec 2008; Section XIII, Trade Statistics of Japan, http://www.customs.go.jp/toukei/download/2008/csv/d01/d01h08i017.csv, accessed 30 January 2014.

MIRACLE, Undated, Miracle MT202, http://www.miraclebusiness.com/mt202.htm, accessed 12 February 2013.

Mitsubishi Electric Corporation, 2012, About us - 1920s - 1970s: Mitsubishi Electric, http://www.MitsubishiElectric.com/company/about/history/1920s-70s/index.html, accessed 19 September 2012.

Mitsubishi Electric Corporation, 2012, Profile of the Mitsubishi Electric Group, http://www.MitsubishiElectric.com/company/about/at-a-glance/index.html, accessed 19 September 2012.

Mitsubishi Electric Corporation, July 1999, 1999 Annual Report, http://www.MitsubishiElectric.com/company/ir/library/annual_report/pdf/ar1999.pdf, accessed 17 August 2012.

Mitsubishi Electric Corporation, July 2003, Annual Report 2003, http://www.MitsubishiElectric.com/company/ir/library/annual_report/pdf/ar2003.pdf, accessed 17 August 2012.

Mitsubishi Electric Corporation, July 2004, Annual Report 2004, http://www.MitsubishiElectric.com/company/ir/library/annual_report/pdf/ar2004.pdf, accessed 17 August 2012.

Mitsubishi Electric Corporation, July 2005, Annual Report 2005, http://www.MitsubishiElectric.com/company/ir/library/annual_report/pdf/ar2005.pdf, accessed 17 August 2012.

Mitsubishi Electric Corporation, Undated, Annual Report 2000 for the Year Ended March 31, 2000, http://www.MitsubishiElectric.com/company/ir/library/annual_report/pdf/ar2000.pdf, accessed 17 August 2012.

Mitsubishi Electric Corporation, Undated, Annual Report 2001, http://www.MitsubishiElectric.com/company/ir/library/annual_report/pdf/ar2001.pdf, accessed 17 August 2012.

Mitsubishi Electric Corporation, Undated, Annual Report 2002, http://www.MitsubishiElectric.com/company/ir/library/annual_report/pdf/ar2002.pdf, accessed 17 August 2012.

Mitsubishi Electric, July 1998, Annual Report 1998, http://www.MitsubishiElectric.com/company/ir/library/annual_report/pdf/ar1998.pdf, accessed 17 August 2012.

Mitsubishi Electric, September 2000, Technical Reports, Mitsubishi Electric ADVANCE, Vol. 91, http://www.MitsubishiElectric.com/company/rd/advance/pdf/vol91/vol91.pdf, accessed 18 March 2014.

Moltzen, Edward F., 16 December 2004, Royal Philips, TPV In Tune On Display Business, CRN, http://www.crn.com/news/channel-programs/55800524/royal-philips-tpv-in-tune-on-display-business.htm, accessed 03 August 2012.

Monchamp, A., Evans, H., et al., April 2001, Cathode Ray Tube Manufacturing and Recycling: Analysis of Industry Survey, Electronics Industries Alliance, http://www.ecyclingcentral.com/chemicals/files/EIA_CRT_5-01.pdf, accessed 17 April 2012.

MonitorGalaxy.com, Undated, Benq P774 - 17in Flat CRT Monitor ( P774 ), http://www.monitorgalaxy.com/catalog/2442.cfm, accessed 09 April 2012.

MonitorWorld.com, Undated, Acer 211C monitor technical specs and information, http://www.monitorworld.com/Monitors/acer/211c.html, accessed 09 April 2012.

MonitorWorld.com, Undated, Acer 58C monitor technical specs and information, http://www.monitorworld.com/Monitors/acer/58c.html, accessed 09 April 2012.

Exhibit C
Page 33 of 53

# Exhibit C: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D.

MonitorWorld.com, Undated, Acer 77C monitor technical specs and information, http://www.monitorworld.com/Monitors/acer/77c.html, accessed 11 September 2012.

MonitorWorld.com, Undated, Acer 79G monitor technical specs and information, http://www.monitorworld.com/Monitors/acer/79g.html, accessed 09 April 2012.

MonitorWorld.com, Undated, Acer 99SL monitor technical specs and information, http://www.monitorworld.com/Monitors/acer/99sl.html, accessed 09 April 2012.

MonitorWorld.com, Undated, Acer ACERVIEW 34E/L monitor technical specs and information, http://www.monitorworld.com/Monitors/acer/acerview34el.html, accessed 11 September 2012.

MonitorWorld.com, Undated, Acer ACERVIEW 34T monitor technical specs and information, http://www.monitorworld.com/Monitors/acer/acerview34t.html, accessed 09 April 2012.

MonitorWorld.com, Undated, Acer ACERVIEW 54E monitor technical specs and information, http://www.monitorworld.com/Monitors/acer/acerview54e.html, accessed 09 April 2012.

MonitorWorld.com, Undated, Acer ACERVIEW 55 monitor technical specs and information, http://www.monitorworld.com/Monitors/acer/acerview55.html, accessed 09 April 2012.

MonitorWorld.com, Undated, Acer ACERVIEW 56E monitor technical specs and information, http://www.monitorworld.com/Monitors/acer/acerview56e.html, accessed 09 April 2012.

MonitorWorld.com, Undated, Acer ACERVIEW 56L monitor technical specs and information, http://www.monitorworld.com/Monitors/acer/acerview56l.html, accessed 11 September 2012.

MonitorWorld.com, Undated, Acer ACERVIEW 76I monitor technical specs and information, http://www.monitorworld.com/Monitors/acer/acerview76i.html, accessed 09 April 2012.

MonitorWorld.com, Undated, Acer ACERVIEW 76IE monitor technical specs and information, http://www.monitorworld.com/Monitors/acer/acerview76ie.html, accessed 09 April 2012.

MonitorWorld.com, Undated, Acer ACERVIEW 78IE monitor technical specs and information, http://www.monitorworld.com/Monitors/acer/acerview78ie.html, accessed 09 April 2012.

MonitorWorld.com, Undated, Acer ACERVIEW 98I monitor technical specs and information, http://www.monitorworld.com/Monitors/acer/acerview98i.html, accessed 09 April 2012.

MonitorWorld.com, Undated, Acer V551 monitor technical specs and information, http://www.monitorworld.com/Monitors/acer/v551.html, accessed 09 April 2012.

MonitorWorld.com, Undated, Acer V771 monitor technical specs and information, http://www.monitorworld.com/Monitors/acer/v771.html, accessed 09 April 2012.

MonitorWorld.com, Undated, NEC MultiSynch XV17 (JC-1734VMA), http://www.monitorworld.com/Monitors/nec/multisyncxv17jc1734vma.html, accessed 19 March 2012.

MonitorWorld.com, Undated, VIEWSONIC VIEWSONIC P775 monitor technical specs and information, http://www.monitorworld.com/Monitors/viewsonic/viewsonicp775.html, accessed 09 April 2012.

Motta, Massimo, 2004, Competition Policy Theory and Practice, Cambridge University Press: Cambridge.

Murphy, Kieron, 05 March 2008, Sony Pulls Plug on Historic Trinitron TV - IEEE Spectrum, http://spectrum.ieee.org/tech-talk/semiconductors/devices/sony_pulls_plug_on_historic_tr, accessed 06 December 2013.

Musil, Steven, 03 July 2012, Jury finds Toshiba guilty of LCD price-fixing, CNET News, http://news.cnet.com/8301-1023_3-57466274-93/jury-finds-toshiba-guilty-of-lcd-price-fixing/, accessed 10 September 2012.

Musil, Steven, 31 October 2011, South Korea fines six LCD makers for price fixing, CNET News, http://news.cnet.com/8301-1001_3-20128181-92/south-korea-fines-six-lcd-makers-for-price-fixing/, accessed 10 September 2012.

Exhibit C
Page 34 of 53

# Exhibit C: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D.

Nakamura, Emi, Dawit Zerom, 2010, Accounting For Incomplete Pass-Through, The Review of Economics and Statistics, Vol. 77, No. 3, 1192-1230.

National Stock Exchange of Lithuania, 2002, Guide to Listed Companies, http://www.nasdaqomxbaltic.com/files/vilnius/leidiniai/pdf/gtlc2002.pdf, accessed 05 September 2012.

NEC Corporation, 2000, Annual Report 2000, http://www.nec.com/en/global/ir/pdf/annual/2000/ar00.pdf, accessed 05 September 2012.

NEC Display, Undated, NEC FE700+ User's Manual, http://www.NECDisplay.com/documents/UserManuals/MSFE700_Manual.pdf, accessed 08 January 2013.

NEC Display, Undated, NEC MultiSync FE700 User's Manual, http://www.NECDisplay.com/documents/UserManuals/fe700e.pdf, accessed 08 January 2013.

Nekarda, Christopher J., and Valerie A. Ramey, 1999, The Cyclical Behavior of the Price-Cost Markup, NBER Working Paper 19099.

New York Times, 21 December 2005, Philips takes E460 million loss from TV tube joint venture, The New York Times, http://www.nytimes.com/2005/12/21/technology/21iht-philips.html, accessed 09 July 2012.

NewEgg, Undated, AOC Envision 32 16:9 8ms 720p LCD HDTV L32W761, http://www.newegg.com/Product/Product.aspx?Item=N82E16889197003, accessed 30 January 2013.

NewEgg, Undated, LG 37 720p LCD HDTV 37LC7D, http://www.newegg.com/Product/Product.aspx?Item=N82E16889005009, accessed 30 January 2013.

NewEgg, Undated, ViewSonic DiamaniDuo NX2232w 22" 5ms LCD W/fully integrated HDTV/NTSC/QAM TV Tuner 300 nits (typ) 2400:1 DCR, http://www.newegg.com/Product/Product.aspx?Item=N82E16889107035, accessed 30 January 2013.

NewEgg, Undated, ViewSonic Value Series VA1930wm Black 19" 5ms Widescreen LCD Monitor with height adjustment 300 cd/m2 700:1 Built-in Speakers, http://www.newegg.com/Product/Product.aspx?Item=N82E16824116067, accessed January 3013.

NewEgg, Undated, ViewSonic Value Series VA703b Black 17" 8ms LCD Monitor 280 cd/m2 600:1, http://www.newegg.com/Product/Product.aspx?Item=N82E16824116016, accessed 30 January 2013.

NewEgg, Undated, Acer AC713 Beige 17" 0.27mm Dot Pitch D-Sub CRT Monitor, http://www.newegg.com/Product/Product.aspx?Item=N82E16824009140, accessed 07 August 2012.

NewEgg, Undated, Benq V773 Beige 17" CRT Monitor 0.27mm Dot Pitch D-Sub, http://www.newegg.com/Product/Product.aspx?Item=N82E16824014045R, accessed 09 April 2012.

Niccolai, James, 19 November 1999, Flat CRT Monitors Edge Out Pricey LCDs, http://www.pcworld.com/article/13917/flat_crt_monitors_edge_out_pricey_lcds.html, accessed 20 June 2012.

Niccolai, James, 22 November 2007, Philips Reeled into CRT 'Cartel' Investigation, http://www.computerworld.com.au/article/197526/philips_reeled_into_crt_cartel_investigation?fp=&fpid=&pf=1, accessed 20 February 2009.

Nicholson, Walter, 2005, Microeconomic Theory: Basic Principles and Extensions, Ninth Edition, South-Western: Mason.

Nieberding, James F., November 2006, Estimating Overcharges in Antitrust Cases using A Reduced-form Approach: Methods and Issues, Journal of Applied Economics, Vol. 9, No. 2, 361-380.

Nocke, Volker, Lucy White, September 2007, Do vertical Mergers Facilitate Upstream Collusion?, American Economic Review, Vol. 97, No.4, 1321-1339.

Normann, Hans-Theo, 2009, Vertical Integration, Raising Rivals' Costs and Upstream Collusion, European Economic Review, Vol. 53, 461-480.

Exhibit C
Page 35 of 53

# Exhibit C: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D.

Nose, Tadashi, 21 April 1998, Device for Measuring Eccentricities of Electron Beams of a Color Cathode Ray Tube Based Upon Luminance Pattern in Magnetically Neutral Environment, United States Patent 5,742,338, http://www.google.com/patents?id=HD4jAAAAEBAJ&pg=PA4&dq=%22integrated+tube+component%22&hl=en&sa=X&ei=ECWtT5SLE8O26gH6653jDA&sqi=2&ved=0CDsQ6AEwAg#v=onepage&q=%22integrated%20tube%20component%22&f=false, accessed 11 May 2012.

NPD Group, Undated, Consumer Technology Market Research, https://www.npd.com/wps/portal/npd/us/industry-expertise/technology/consumer-technology/, accessed 21 September 2012.

NPD, 2008, NDP Consumer Technology Industry Market Research Information - Complete Category List.

NPD, 2008, NPD Consumer Technology Industry Market Research Information: Retail Track.

OECD.StatExtracts, 01 October 2012, OECD North American GDP, http://stats.oecd.org/#, accessed 01 October 2012.

OECD.StatExtracts, Undated, National Accounts, http://stats.oecd.org/Index.aspx?DataSetCode=SNA_TABLE1, accessed 01 October 2013.

OECD.StatExtracts, Undated, Unit Labour Costs - Annual Indicators: Labour Compensation per Emplyee/Hour ($US PPP adjusted), http://stats.oecd.org/Index.aspx?queryname=430&querytype=view#, accessed 10 September 2012.

Office of Solid Waste, United States Environmental Protection Agency, July 2008, Electronics Waste Management in the United States: Approach 1, http://www.epa.gov/epawaste/conserve/materials/ecycling/docs/app-1.pdf, accessed 29 January 2009.

OfficeMax, Undated, OfficeMax - Who We Are, http://about.officemax.com/html/officemax_who_we_are.shtml, accessed 22 October 2012.

OrderPartsNow.com, 2012, Panasonic LXQVB01131, http://www.orderpartstoday.com/item/4065012/Panasonic/LXQVB01131/Crt, accessed 18 January 2013.

Organisation for Economic Co-operation and Development, 03 January 2014, Quarterly National Accounts, OECD.StatExtracts, http://stats.oecd.org/index.aspx?queryid=90#, accessed 03 January 2014.

Organisation for Economic Co-operation and Development, 03 January 2014, Production and Sales (MEI): Production, OECD.StatExtracts, http://stats.oecd.org/index.aspx?queryid=90#, accessed 03 January 2014.

Organisation for Economic Co-operation and Development, 03 January 2014, Key Short-Term Economic Indicators: Harmonised Unemployment Rate, OECD.StatExtracts, http://stats.oecd.org/index.aspx?queryid=21760, accessed 03 January 2014.

Organisation for Economic Co-operation and Development, 17 February 2014, Quarterly Benchmarked Unit Labour Cost Indicators - By Economic Activity (Metadata), OECD.Stat, http://stats.oecd.org/OECDStat_Metadata/ShowMetadata.ashx?Dataset=ULC_QUA&Lang=en, accessed 17 February 2014.

Organisation for Economic Co-operation and Development, 17 February 2014, Quarterly Benchmarked Unit Labour Cost Indicators - By Economic Activity, OECD.StatExtracts, http://stats.oecd.org/, accessed 17 February 2014.

Organisation for Economic Co-operation and Development, 17 February 2014, Members and Partners - OECD, http://www.oecd.org/about/membersandpartners/, accessed 17 February 2014.

Organisation for Economic Co-operation and Development, 2002, China in the World Economy: The Domestic Policy Challenges.

Organisation for Economic Co-Operation and Development, 22 July 2010, Review of Comparability and of Profit Methods: Revision of Chapters I-III of The Transfer Pricing Guidelines.

Orion, 2012, History of Orion, http://www.oriondisplay.net/, accessed 31 August 2012.

Exhibit C
Page 36 of 53

# Exhibit C: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D.

Overstock.com, Undated, Dell E771 17-inch CRT Monitor (Refurbished), http://www.overstock.com/Electronics/Dell-E772-17-inch-CRT-Monitor-Refurbished/2105122/product.html, accessed 31 July 2012.

Oxera Consulting Ltd., March 2010, How has the preferred econometric model been derived?: Econometric approach report, Oxera Consulting Ltd..

Oxera Consulting Ltd., March 2010, Is the data capable of meeting the study objectives?: Data capability report, Oxera Consulting Ltd..

Oxera Consulting Ltd., March 2010, What are the key issues for model specification?: Model specification report, Oxera Consulting Ltd..

OXERA, July 2003, Assessing Profitability in Competition Policy Analysis, Office of Fair Trading, Economic Discussion Paper 6.

Panasonic, 05 October 1998, "Matsushita Kotobuki Electronics Industries of America" is New Name for Combination TV/VCR Manufacturer, http://www.Panasonic.com/MECA/press_releases/meca_pr_98.10.5.html, accessed 09 August 2012.

Panasonic, 2000, Panasonic CT36HX40B Service Manual (Sister to Panasonic CT36HX41).

Panasonic, 2001, Panasonic PVC1321K Service Manual (Sister to Panasonic PVC1332W).

Panasonic, 2010, IT Management im Spannungsfeld zwischen Wachstum, Qualitaet, Innovation und Kostendruck.

Panasonic, 2011, Panasonic Taiwan Group Highlights, http://www.Panasonic.com.tw/corporate_e.htm, accessed 26 March 2014.

Panasonic, 2014, Accessories for Telephone, http://panasonic.net/pcc/support/tel/tel-ac.htm, accessed 27 March 2014.

Panasonic, 27 March 2003, Matsushita and Toshiba To Launch North American Operations of New CRT Joint Venture, http://www.Panasonic.com/MECA/press_releases/toshiba_032703.pdf, accessed 10 July 2012.

Panasonic, 29 January 2003, Matsushita Announces Specific Plans Regarding New CRT Joint Venture with Toshiba, http://panasonic.net/ir/relevant/en030129-6/en030129-6.html, accessed 10 July 2012.

Panasonic, 29 June 2007, Matsushita to sell shares of MT Picture Display Germany GmbH, http://panasonic.net/ir/relevant/en070629/en070629.html, accessed 23 August 2012.

Panasonic, 30 June 2010, Panasonic 20-F 2010.

Panasonic, 30 November 2005, Matsushita to Close CRT operations in North America and Europe, http://panasonic.net/ir/relevant/2005/en051130-3.pdf, accessed 10 July 2012.

Panasonic, Undated, Service Manual Colour Television TX-15AT1 Z-M3L Chassis, http://download.qrz.ru/pub/hamradio/schemes/tv/panasonic/PANASONIC-TX-15AT1/at1.pdf, accessed 23 August 2012.

PartStore.com, 2013, Compatible Models for Part A68QCP891X001-N, http://www.partstore.com/Part/Royal+Philips+Electronics/Philips/483513127189/New.aspx, accessed 18 January 2013.

PartStore.com, 2013, Compatible Models for Part A90LSW195X, http://www.partstore.com/CompatibleModels/Matsushita/Panasonic/A90LSW195X/New.aspx, accessed 18 January 2013.

PartStore.com, 2013, Compatible Models for Part LXQVB01131, http://www.partstore.com/Part/Matsushita/Panasonic/LXQVB01131/New.aspx, accessed 18 January 2013.

Paul Zeven, Undated, Philip Taiwan's History: An Epitome of Taiwan's Evolution, http://www.epoch.org.tw/pdf/seminar_2002_01_07.pdf, accessed 09 July 2012.

Exhibit C
Page 37 of 53

# Exhibit C: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D.

PC Connection, Undated, Company Overview - PC Connection, http://www.pcconnection.com/IPA/Content/About/PCCB2B/CompanyOverview.htm, accessed 22 October 2012.

PC Mall, Inc., Undated, About PC Mall, Inc., http://www.pcmall.com/n/About-Us/navLinks-151, accessed 22 October 2012.

PC TechGuide, 2012, Safety Standards for Computer Monitors, http://www.pctechguide.com/crt-monitors/safety-standards-for-computer-monitors, accessed 17 April 2012.

PCMag.com, 2013, NTSC, http://www.pcmag.com/encyclopedia_term/0,1237,t=NTSC&i=48147,00.ASP, accessed 13 February 2013.

PCTechGuide.Com, Undated, TCO Monitor Standards, http://www.pctechguide.com/crt-monitors/tco-monitor-standards, accessed 03 August 2012.

PCWorld.com, 30 July 2001, Acer G773 Monitor Review, http://www.pcworld.com/article/55713/acer_g773.html, accessed 09 April 2012.

PCWorld.com, Undated, Benq 19in/18V CRT 25mm 1600X1200NI 78HZ V991 VGA OSD TCO99 MPRII AG AR (BenQ-V991), http://www.pcworld.com/product/18564/benq_19in18v_crt_25mm_1600x1200ni_78hz_v991_vga_osd_tco99_mprii_ag_ar_benqv991.html?p=specs, accessed 09 April 2012.

Pelco, 2004, PMCS15A, PMCS17A, and PMCS19A Super-High Resolution Color Monitors, http://www.angar17.com/upload/iblock/46a/pmcs15arkkwen.pdf?PHPSESSID=qupbr6coqls4742a7becbir1m7, accessed 21 June 2012.

Pesendorfer, Martin, 2000, A Study of Collusion in First-Price Auctions, The Review of Economic Studies, Vol. 67, No. 3, 381-411.

Peters, Craig, October 2006, Evaluating the Performance of Merger Simulation: Evidence from the U.S. Airline Industry, Journal of Law and Economics, Vol. 49(2), pp. 627-649.

Philips Consumer Electronics Company, 1987, 14A2 Series Color Television Chassis Manual 7446 Supplement 1.

Philips Consumer Electronics Company, 1987, 14A2 Series Color Television Chassis Manual 7446.

Philips Consumer Electronics Company, 1990, N1 Series (19N1, 20N1 & 25N1) Color Television Chassis Manual 7482.

Philips, 08 April 2008, Philips Takes Decisive Steps to Improve Profitability of its Television Business, http://www.newscenter.Philips.com/main/standard/about/news/press/20080408_television_business.wpd, accessed 18 July 2012.

Philips, 1998, 25" Combination TV/VCR with Plus+ Programming, http://www.p4c.Philips.com/files/c/ccz256at/ccz256at_pss_aenus.pdf, accessed 03 January 2014.

Philips, 1998, Smart Series 25" Remote Color Table Model, http://www.p4c.Philips.com/files/t/tr2517c/tr2517c_pss_aenus.pdf, accessed 03 January 2014.

Philips, 1998, Smart Series 25" Stereo Remote Color Monitor/Receiver, http://www.p4c.Philips.com/files/t/ts2554c/ts2554c_pss_aenus.pdf, accessed 03 January 2014.

Philips, 1999, 13" Combination TV/VCR, http://www.p4c.Philips.com/files/c/cca132at/cca132at_pss_aenus.pdf, accessed 03 January 2014.

Philips, 1999, 15" XGA CRT monitor, http://www.p4c.Philips.com/cgi-bin/cpindex.pl?ctn=105S51/99&hlt=Link_UserManuals&mid=Link_UserManuals&scy=US&slg=AEN, accessed 03 January 2014.

Philips, 1999, 19" (18" VIS) Color Monitor, ftp://ftp.pdspc.com/Monitor/Philips/19C250JQ.pdf, accessed 12 December 2013.

Exhibit C
Page 38 of 53

# Exhibit C: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D.

Philips, 1999, 19" Philips Commercial Television,
http://www.p4c.Philips.com/files/p/pl9119c/pl9119c_pss_aenus.pdf, accessed 03 January 2014.

Philips, 1999, 25" Philips/Magnavox Commercial Television,
http://download.p4c.Philips.com/files/e/ep9125c/ep9125c_pss_aenus.pdf, accessed 12 December 2013.

Philips, 1999, 32" Philips Pro Plus Television with SmartCard Expension Slot,
http://www.p4c.Philips.com/files/p/ppc932c/ppc932c_pss_aenus.pdf, accessed 03 January 2014.

Philips, 1999, Smart Series 19" Remote Color Table Model,
http://www.p4c.Philips.com/files/1/19pr19c/19pr19c_pss_aenus.pdf, accessed 03 January 2014.

Philips, 1999, Smart Series 19" Stereo Remote Color Monitor/Receiver,
http://www.p4c.Philips.com/files/p/ps1966c/ps1966c_pss_aenus.pdf, accessed 03 January 2014.

Philips, 2000, 25" Stereo Remote Color Table Model,
http://www.p4c.Philips.com/files/h/hd2530c/hd2530c_pss_aenus.pdf, accessed 10 January 2014.

Philips, 2000, 5" AC/DC Color Portable, http://www.p4c.Philips.com/files/r/rd0525c/rd0525c_pss_aenus.pdf,
accessed 10 January 2014.

Philips, 2000, Philips Color TV with Built-In DVD Player,
http://www.p4c.Philips.com/files/c/cdv19bph99/cdv19bph99_pss_aenus.pdf, accessed 03 January 2014.

Philips, 2000, Smart Plus Series 32" Stereo Remote Color Monitor/Receiver,
http://www.p4c.Philips.com/files/t/tp3285c/tp3285c_pss_aenus.pdf, accessed 03 January 2014.

Philips, 2001, 13" Remote Color Portable, http://www.p4c.Philips.com/files/m/mt1340b/mt1340b_pss_aenus.pdf,
accessed 10 January 2014.

Philips, 2001, 32" Stereo Remote Color Monitor/Receiver,
http://www.p4c.Philips.com/files/m/ms3250c/ms3250c_pss_aenus.pdf, accessed 03 January 2014.

Philips, 2003, 32" DVD-Ready TV with Active Control,
http://download.p4c.Philips.com/files/3/32pt553s/32pt553s_pss_aenus.pdf, accessed 03 January 2014.

Philips, 2003, 34" Digital Widescreen HDTV Monitor with Pixel Plus,
http://download.p4c.Philips.com/files/3/34pw9819_17/34pw9819_17_pss_aenus.pdf, accessed 03 January 2014.

Philips, 2003, 37" Widescreen Plasma Flat TV HDTV Monitor,
http://download.p4c.Philips.com/files/3/37fd9954_17b/37fd9954_17b_pss_aenus.pdf, accessed 03 January 2014.

Philips, 2007, Philips Notes to the IFRS Financial Statements,
http://www.annualreport2007.Philips.com/pages/notes_to_the_ifrs_financial_statements/contingent_liabilities.ASP,
accessed 19 February 2009.

Philips, 2010, Philips and TPV Technology to create world's leading display partnership,
http://www.Philips.com.hk/About/News/press/article-14353.html, accessed 03 August 2012.

Philips, 2013, 13" Mono Color TV w/Remote Control 14LW102, http://www.p4c.Philips.com/cgi-
bin/dcbint/cpindex.pl?slg=en&scy=gb&ctn=14LW102, accessed 12 December 2013.

Philips, 2013, 17 Inch CRT Monitor 107B10/05, http://www.p4c.Philips.com/cgi-
bin/cpindex.pl?ctn=107B10/05&hlt=Link_Overview&scy=GB&slg=ENG, accessed 12 December 2013.

Philips, 2013, 17" real flat SXGA CRT Monitor 107B50/99, http://www.p4c.Philips.com/cgi-
bin/cpindex.pl?ctn=107B50/99&hlt=Link_Refurbished&mid=Link_Refurbished&scy=US&slg=AEN&display=3,
accessed 12 December 2013.

Philips, 2013, 19" combination TV/VCR, http://www.p4c.Philips.com/cgi-
bin/cpindex.pl?ctn=CC19C1MG&dct=FAQ&faqview=1&list=aa12_list_partial.html&mid=Link_FAQs&refnr=002
1897&scy=IT&slg=ENG&view=aa12_view_partial.html, accessed 12 December 2013.

Exhibit C
Page 39 of 53

# Exhibit C: Documents Considered in the Expert Report of Expert Report of Janet S. Netz, Ph.D.

Philips, 2013, 19" Mono Color TV w/Rem Cont (Charcoal) 20LL200, http://www.p4c.Philips.com/cgi-bin/dcbint/cpindex.pl?slg=en&scy=gb&ctn=20LL200, accessed 12 December 2013.

Philips, 2013, 27" Institutional Color TV-Wide PCW027C, http://www.p4c.Philips.com/cgi-bin/dcbint/cpindex.pl?slg=en&scy=us&ctn=PCW027C, accessed 12 December 2013.

Philips, 2013, 37 Philips Matchline Flat TV 23PF9945 23" LCD HDTV monitor with Crystal Clear III, http://www.p4c.Philips.com/cgi-bin/dcbint/cpindex.pl?ctn=23PF9945/37&scy=us&slg=en, accessed 12 December 2013.

Philips, 2013, 74H Philips CRT monitor 201B40 53 cm (21") QXGA, http://www.p4c.Philips.com/cgi-bin/dcbint/cpindex.pl?slg=en&scy=us&ctn=201B40/74H, accessed 12 December 2013.

Philips, 2013, Color TV 13 Inch Portable 14LP160, http://www.p4c.Philips.com/cgi-bin/dcbint/cpindex.pl?slg=en&scy=gb&ctn=14LP160, accessed 12 December 2013.

Philips, 2013, Color TV 13 Inch Portable EMG131X198, http://www.p4c.Philips.com/cgi-bin/dcbint/cpindex.pl?ctn=EMG131X198&scy=us&slg=en, accessed 12 December 2013.

Philips, 2013, Color TV 13 Inch Portable P1321RC, http://www.p4c.Philips.com/cgi-bin/dcbint/cpindex.pl?scy=US&slg=AEN&session=20100207191202_66.249.71.146&ctn=P1321RC&dct=HTS&did=US, accessed 12 December 2013.

Philips, 2013, Color TV 19 Inch Portable CH1719C, http://www.p4c.Philips.com/cgi-bin/dcbint/cpindex.pl?slg=en&scy=us&ctn=CH1719C, accessed 12 December 2013.

Philips, 2013, Color TV 19 Inch Portable GM5019C198, http://www.p4c.Philips.com/cgi-bin/dcbint/cpindex.pl?ctn=GM5019C198&scy=us&slg=en, accessed 12 December 2013.

Philips, 2013, Color TV 19 Inch Portable HC9719C, http://www.p4c.Philips.com/cgi-bin/cpindex.pl?ctn=HC9719C&hlt=Link_Overview&scy=US&slg=AEN, accessed 12 December 2013.

Philips, 2013, Color TV 19 Inch Portable PB7019C, http://www.p4c.Philips.com/cgi-bin/dcbint/cpindex.pl?slg=en&scy=us&ctn=PB7019C, accessed 12 December 2013.

Philips, 2013, Color TV 20 Inch Portable PA3520C, http://www.p4c.Philips.com/cgi-bin/dcbint/cpindex.pl?slg=en&scy=us&ctn=PA3520C, accessed 12 December 2013.

Philips, 2013, Color TV 20 Inch Portable PC6220C, http://www.p4c.Philips.com/cgi-bin/dcbint/cpindex.pl?slg=en&scy=us&ctn=PC6220C, accessed 12 December 2013.

Philips, 2013, Philips Matchline mirror TV 30MW9002 76 cm (30") LCD with Miravision and Digital Crystal Clear, http://www.p4c.Philips.com/cgi-bin/dcbint/cpindex.pl?ctn=30MW9002/37&scy=us&slg=en, accessed 12 December 2013.

Philips, 2013, XR1902C Color TV 19 Inch Portable, http://www.p4c.Philips.com/cgi-bin/cpindex.pl?ctn=XR1902C&hlt=Link_Overview&scy=US&slg=AEN, accessed 12 December 2013.

Philips, 2013, XS2554C Color TV 25 Inch Table, http://www.p4c.Philips.com/cgi-bin/dcbint/cpindex.pl?slg=en&scy=us&ctn=XS2554C, accessed 12 December 2013.

Philips, 21 December 2005, Philips writes off its book value for LG.Philips Displays, http://www.newscenter.Philips.com/main/standard/about/news/press/archive/2005/article-15235.wpd, accessed 24 August 2012.

Philips, 24 August 2012, Philips Products, http://www.Philips.co.in/c/crt-tv/17416/cat/#filterState0=CRT_TV_SU_IN_CONSUMER%3Dtrue, accessed 24 August 2012.

Philips, 29 August 2001, 107B3 Electronic User's Manual, http://download.p4c.Philips.com/files/1/107b3014/107b3014_dfu_aen.pdf, accessed 12 December 2013.

Philips, January 1998, Marantz Model PV5580/PV6080 User Guide, http://download.p4c.Philips.com/files/p/pv6080/pv6080_dfu_aen.pdf, accessed 12 December 2013.

Exhibit C
Page 40 of 53