# EXHIBIT 2

Mario N. Alioto (56433) malioto@tatp.com
Lauren C. Capurro (241151) laurenrussell@tatp.com
**TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP**
2280 Union Street
San Francisco, California 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679

*Lead Counsel for the Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. CV-07-5944 SC |
| | MDL No. 1917 |
| | **ERRATA TO THE EXPERT REPORT OF JANET S. NETZ, PH.D** |
| **This document relates to:** | |
| **ALL INDIRECT PURCHASER ACTIONS** | The Honorable Samuel Conti |

**EXPERT REPORT OF JANET S. NETZ, PH.D**

Change the final paragraph in Section VIII.A.2.c)(5) (p. 39):

$13.43 on line three becomes $11.82

$3.60 on line four becomes $3.41

Replace Section XI.F (p.123) with:

I estimated a reduced-form price equation to identify the effect of the cartel on CRT prices. In addition to controlling for economic price determinants I included indicator variables that were equal to one during a portion of the cartel period and zero outside of the cartel period. The estimated coefficients on the indicator variables give an estimate of the percentage by which the cartel price was above the but-for (or competitive) price.

Before calculating damages, I adjust the estimates to account for the semi-log functional form of the estimation equation[1] and I convert the estimates to express the overcharge relative to the cartel price rather than relative to the but-for price.[2] The but-for CDT prices for 1995-2006 would have been 22.0% lower than the cartel price and for 2007 11.4% lower; the but-for CPT prices for 1995-2006 would have been 9.0% lower than the cartel price and for 2007 3.1% lower.

Damages to indirect purchaser class members were calculated as class expenditures multiplied by the overcharge rate relative to the cartel price multiplied by the pass-through rate. I calculated damages separately for each application type (CPTs and CDTs) as well as separately for two groups of CRT manufacturers, Defendants and Co-conspirators. The cartel imposed damages of $2.8 billion on class members; see Exhibit ER-81.

Replace Exhibit 81 with Exhibit ER-81.

---

[1] Kennedy, Peter E., September 1981, Estimation with Correctly Interpreted Dummy Variables in Semilogarithmic Equations, The American Economic Review, Volume 71, No. 4, 801. Specifically, the direct estimate on the cartel indicator coefficient, $\hat{\theta}$, was adjusted according to the formula: $\exp\left[\hat{\theta} - \frac{1}{2}\hat{V}(\hat{\theta})\right] - 1$, where exp denotes the exponential function and $\hat{V}$ denotes the estimated variance. Let the adjusted coefficient, which gives the overcharge rate relative to the but-for price, be denoted $\theta_{But-for}$.

[2] The overcharge rate relative to the cartel price, $\theta_{Cartel}$, was obtained by the following conversion: $\theta_{Cartel} = \frac{\theta_{But-for}}{1+\theta_{But-for}}$.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. This declaration was executed on the 3rd day of July 2014, at Ann Arbor, Michigan.

_____
JANET S. NETZ

Subscribed and sworn to before me this 3rd day of July 2014.

_____
Notary Public

BRIAN P ROSEWARNE
Notary Public - Michigan
Washtenaw County
My Commission Expires May 20, 2021
Acting in the County of _____

My commission expires: _____

## Nominal Damages Suffered by Class Members

| Year | CDT Damages | | | CPT Damages | | | Total Damages |
|---|---|---|---|---|---|---|---|
| | Defendants | Co-conspirators | Total | Defendants | Co-conspirators | Total | |
| 1995 | 211,642,724 | 5,919,473 | 217,562,197 | 49,902,197 | 8,991,992 | 58,894,189 | 276,456,386 |
| 1996 | 282,400,281 | 16,171,107 | 298,571,388 | 66,282,767 | 11,963,676 | 78,246,443 | 376,817,831 |
| 1997 | 249,940,390 | 14,166,786 | 264,107,175 | 65,309,373 | 11,752,498 | 77,061,871 | 341,169,046 |
| 1998 | 205,915,818 | 9,657,662 | 215,573,480 | 62,646,979 | 11,358,278 | 74,005,257 | 289,578,736 |
| 1999 | 251,549,508 | 12,556,483 | 264,105,991 | 61,366,712 | 10,543,173 | 71,909,885 | 336,015,876 |
| 2000 | 267,979,010 | 21,581,554 | 289,560,564 | 57,905,147 | 15,595,681 | 73,500,828 | 363,061,392 |
| 2001 | 146,029,545 | 7,755,831 | 153,785,377 | 52,292,022 | 10,001,555 | 62,293,577 | 216,078,953 |
| 2002 | 123,928,335 | 4,931,220 | 128,859,556 | 46,483,209 | 9,971,137 | 56,454,346 | 185,313,901 |
| 2003 | 72,679,653 | 2,126,389 | 74,806,042 | 46,064,192 | 9,656,113 | 55,720,306 | 130,526,348 |
| 2004 | 70,536,568 | 564,313 | 71,100,881 | 49,484,426 | 8,114,901 | 57,599,327 | 128,700,208 |
| 2005 | 33,822,820 | 0 | 33,822,820 | 37,645,636 | 5,977,502 | 43,623,138 | 77,445,958 |
| 2006 | 12,347,779 | 0 | 12,347,779 | 25,987,111 | 4,154,191 | 30,141,302 | 42,489,081 |
| 2007 | 1,780,923 | 0 | 1,780,923 | 2,744,249 | 435,013 | 3,179,262 | 4,960,185 |
| Total | $ 1,930,553,355 | $ 95,430,818 | $ 2,025,984,173 | $ 624,114,021 | $ 118,515,708 | $ 742,629,729 | $ 2,768,613,903 |

| | |
|---|---|
| Note(s): | Defendants include BMCC, Chunghwa, Daewoo/Orion, Hitachi, IRICO, LG Electronics, LPD, Matsushita, MTPD, Philips, Samsung, Samtel, Thai CRT, and Toshiba. Co-conspirators include Mitsubishi, Thomson, and Videocon. |
| Data Source(s): | See Exhibit 84. |
| Source File(s): | total_damages_exhibits.xlsx |
| | total_damages_exhibits.do |
| | total_damages.do |
| | quantity_database.do |
| | average_price.do |
| | class_shares.do |
| | cdt_size_share.do |
| | cpt_size_share.do |
| | defendant_cdt_share.do |
| | defendant_cpt_share.do |
| | worldwide_production.do |
| | total production.do |
| | dta creator.do |

Exhibit ER-81