# EXHIBIT 28



TRANSPERFECT

City of New York, State of New York, County of New York

I, Dan McCourt, hereby certify that the document "**IRI-CRT-00026139_170-177**" is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English.

Dan McCourt

Sworn to before me this
August 22, 2023

Signature, Notary Public

WENDY POON
STATE
OF NEW YORK
NOTARY PUBLIC
Qualified in
Queens County
01PO6356754
MY COMMISSION EXPIRES 04-03-2025

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

Attachment 4:

## Review and prospect of the implementation of the development strategic planning of the large company

In July 1994, the group company held the "Large Company Development Strategy Seminar", compiled the "Caihong Electronics Group Corporation's Implementation of Large Company Development Strategy Plan" (hereinafter referred to as the plan), established the development goal of "building the group company into a large company with multi-industry categories, complete functions, strong strength, "IRICO" characteristics, market competitiveness and international influence across regions, departments and transnational operations"; formulated the development strategy of "market-oriented and comprehensive development"; the development direction of the industry and products and seven measures to promote the rapid formation of the greater company were further clarified.

In the past year, we have comprehensively promoted the implementation of the plan. Through the joint efforts of all employees of the group company, no matter in terms of economic scale, industry categories, economic benefits, new product development, mechanism operation, management level, corporate image, etc., there has been great development, especially in terms of basing on advantages, seizing opportunities, and implementing cross-regional development, which has laid a solid foundation for promoting the rapid formation of the greater company.

I. Review of one year's work

1. Completely implement the technical transformation project, and take the road of connotation expansion and reproduction.

The technical transformation project is a key measure for the group company to expand its economic scale based on its advantages and implement the plan. This project involves a wide range of areas, a large amount of capital investment, and complex on-site coordination. From the very beginning, the leaders of the group company paid close attention to project demonstration, capital estimation, phased plan preparation, organization and coordination, etc., and proposed newer, higher requirements. This project included color tube factory 1, color tube factory 2, joint stock company, glass factory, screen factory, shadow mask factory,

power energy system, Inner Mongolia TV factory, parts, deflection, technology center and a series of renovation projects and 37 CM new line project. The total investment this year is 650 million yuan. After the project is completed, the output of color tubes will reach 7 million pieces, and other supporting capabilities will also be increased accordingly. Annual output value increases 1 billion yuan. Profit increases 110 million yuan. Up to now, we have completed the demonstration work of the technical transformation project and entered the stage of organization and implementation of the project. Of which: The technical transformation project of the joint stock company was completed in February this year; the new line project of the first color tube factory completed the preliminary design review, the bidding for imported equipment and key parts, and the signing of domestic contracts; the transformation of the color tube factory 1 was fully rolled out on April 26; the renovation and deflection relocation of the 522 factory building was completed on April 28; the overall design and bidding work of the technical transformation project of the glass factory has been completed; projects such as power, parts, and shadow masks are being implemented as planned. The technical improvement project is progressing very smoothly and can be fully completed in 1996 as expected.

2. Realize the expansion to the information industry, enter the high-tech field, and enhance the market adaptability.

With the rapid development of the national economy and the acceleration of the internationalization process, the information industry has shown an all-round and multi-level vigorous development momentum. In the national economy, the information industry is the most active, fastest-growing industry, with the highest technological content and wide application range. In the planning of the group company, the industrial development direction of "accelerating the development of the information industry" has been clearly proposed. Therefore, in the process of seeking to step into the information industry, we have effectively grasped the opportunity of economic restructuring and realized the major move of the Sixth Institute of the Electronics Department being merged into IRICO Group.

The Sixth Institute of the Electronics Department has strong technical strength and rich experience in engineering practice in the fields of computer, communication, and industrial control, and has formed a scientific research, development, and production capacity that has begun to take shape. The overall merger of the Sixth Institute has realized the complementary advantages of both parties, and laid the foundation for the information industry to become another pillar industry of the group company. In April of this year, the Sixth Institute have been integrated into the work and the formulation of the development plan has been completed. At present, the Sixth Institute, namely the Information Engineering Research Institute of Caihong Electronics Group Corporation, has entered the implementation stage of the rules according to the development strategy requirements of "playing advantages and operating on a large scale" put forward by the development plan of the information industry.

3. Aim at the two markets, establish a marketing strategy and set up a sales network.

In the domestic market, it has established a marketing network dominated by large-scale complete machine factories, established a competitive strategy of winning by quality, variety, quantity, price and service, and consolidated its position as a famous product in the domestic market.

In the international market, it has established a strategy of focusing on Hong Kong and Southeast Asian markets and actively developing into European and American markets. The export volume of color tubes was further expanded. This year, the number of color tubes exported will exceed 1.6 million, earning foreign exchange of USD 80 million. The export of color TVs is also actively promoted, and is expected to reach 100,000 sets this year. The glass funnel will also realize the first export earning since the establishment of the factory.

4. Adjust the organizational system and operating mechanism, establish a product-oriented business department system, and enhance the vitality of the enterprise.

The planning requires the establishment of the operation mode of the group company, and the establishment of the business department is a major reform measure to realize the operation mode of the group company. Since the establishment of the business department system according to the industry and product structure, the relationship between centralization and decentralization has been better handled. Therefore, a decision-making center, a profit center and a cost center have been formed within the group, and at the same time, the functions at the three levels of the group company, business department and factory have been made clearer. Facing both internal and external markets, the business department conscientiously researches and develops, organizes production, conducts benefit analysis, implements scientific management, and carefully balances capital operations, thereby enhancing market awareness, competition awareness, and development awareness. It has created a good situation for the formation of the management mode of a big company and to be in line with international management practices. The business department system plays a very important role in the economic operation of the group company and enhances the vitality of the enterprise.

At the same time, the incentive mechanism and guarantee system have been further improved, and the management mode of "people-oriented, all staff promoting management" has been formed; the pilot work of the modern enterprise system is also being carried out step by step.

5. Accelerate the establishment and improvement of the four centers.

The plan proposes to establish and improve four centers, namely, technology center, talent development center, financial center and information center. In November last year, the "Ninth Five-Year" science and technology development plan of the group company was formulated,

the direction and goals of science and technology development were clarified, a state-level enterprise technology center has been established and necessary development means have been supplemented, necessary measures have been drawn up, and scientific research and trial production have been carried out in stages and systematically according to the planned objectives. After the establishment of the talent development center, based on the development strategy of the greater company of the group company, and the needs of industry and product development for talents, the talent development strategy of "overall advancement and key breakthroughs" has been formulated, and a group of international-oriented, future-oriented, and modern-oriented talents of all levels and types have been cultivated through purposeful, planned, hierarchical, and type-oriented training to comprehensively improve the overall quality. After the establishment of the information center, the network plan of the information system of the group company was completed, and the network interconnection and data sharing were initially realized. The information system of the general manager has entered the trial operation stage. The financial center is actively being prepared for construction. At present, the group company and the Industrial and Commercial Bank of China have jointly realized unified credit, unified tax payment, unified profit submission, unified settlement, and unified revenue and expenditure plan, which has improved the financing function of the enterprise, accelerated the capital turnover, and ensured the capital demand for the development of the greater company.

6. Formulate "C1" strategy to expand corporate image

The C1 strategy is one of the main measures of the plan. It will win the market with a brand-new, unique and prominent corporate image, win the recognition of consumers, and enhance the company's ability to participate in market competition. At present, the C1 work has completed the fact investigation, corporate image positioning, and entered the stage of visual recognition system design.

2. Main work currently in progress

1. Fully promote the complete completion of the technical transformation project

The technical upgrading project arranged this year is a project to be carried over to the next year and is expected to be fully completed in 1996. At present, on the basis of the achievements made, we must continue to focus on CRT Plant One’s technical transformation of the production line with an annual output of 2.6 million pieces and the construction of a new 37CM CPT/CDT line;

the equipment manufacturing, installation and civil engineering of glass technical transformation; power and deflection, shadow masks, and parts must not only ensure the production of color tubes, but also ensure the completion of technical transformation projects; the technical center, TV million project and other projects must be carefully organized and constructed according to the predetermined plan. In short, on the premise of ensuring normal production, ensuring construction quality, and ensuring that the cost estimate does not break through, we must strive for the technical transformation project to reach production and efficiency on time.

2. Accelerate the progress of cooperating with Toshiba to produce electronic whole-set products.

"Extending to final products and basic products centered on CPT" is the product development direction proposed in the plan, and the rapid development of final products is the focus of product development of the group company. The group company has negotiated with Toshiba Corporation on joint venture to produce electronic products. Toshiba Corporation also has the sincerity to carry out comprehensive cooperation with the group company. It has a very positive attitude and initially signed the joint venture intention. The main products are cost-effective TV sets, multimedia technology products, 16: 9 wide-screen color TVs, monitors, etc. We must pay close attention to the investigation and demonstration work of the project and speed up the progress of the joint venture.

3. Do a good job in the second phase of the phosphor powder construction project

We have the product technology and manufacturing technology of phosphor powder, and we are also strong in the development of new products. The domestic and foreign markets are also very large. In order to speed up the progress of production expansion, the plan is to build a production plant with an annual output of 200 tons of phosphor in the form of a Sino-foreign joint venture. Some of its products are supplied to the external market on the basis of meeting the needs of the color tube factory 2 and the joint stock company. At present, a joint venture letter of intent has been signed with foreign investors, and documents such as feasibility plans, articles of association, and contracts are being drafted, and the company will strive for formal approval for operation in August. It will be completed and put into production by the end of 1996.

4. Continue to do a good job in the technical cooperation and development of projection tubes and projection TVs

We engage in the technical development of projection tubes to make technical reserves for the large-scale production of projection TVs. Therefore, from now on, we will do a good job in the development of projection tubes and the development of complete sets with the goal of large-scale production. At present, we have organized a team to participate in the development of sample tubes and prototypes in the University of Electronic Science and Technology of China.

5. Promote the scale operation of the information industry.

Scale operation is an important symbol of the information industry to open up markets, create benefits, and develop rapidly. The development goal of the group company's information industry is to "become a large-scale production base of electronic information products in China and one of the main manufacturers of the information industry by the end of this century, and play a key role in undertaking the national economic informatization and industrial modernization projects." At present, the information industry development plan has entered the implementation stage.

Industrial control is adjusting the economic organization according to the principle of concentration and optimization. After the adjustment, it will form the overall advantages of the industrial automation control system and develop into an important industrial control machine production base in China. With the joint efforts of many parties, the production of digital program-controlled switches entered the 06 Group, and the production capacity of office switches was formed at the end of the year. Servers, workstations, microcomputers, teller machines and other products and application system platforms are developing in the direction of system integration, system design, and mass production of supporting products. At present, we are working hard to open up the market, establish a service network, increase advertising efforts, and make it a major domestic manufacturer. According to the plan, by the end of this century, the information industry will have a business scale of 6.6 billion yuan, export earnings of USD 65 million, realize profits and taxes of 1.1 billion yuan, and develop into the second pillar industry of the group company.

3. Development and prospects

1. Unswervingly follow the model of a greater company.

A large economic scale will inevitably form a strong market competitiveness. Only with this kind of competitiveness can we stabilize the existing market, develop potential markets and future markets, form a dominant situation relative to the region and industry, become one of the world's leading electronic companies, and promote the rapid formation of a comprehensive greater company, After a year of implementation of the strategic plan for the development of the greater company, the group company has rapidly expanded its economic scale, continuously expanded its industrial categories, continuously enhanced its scientific and technological reserves, and continuously improved its management level. The economic benefits are very significant. It can be said that after another two or three years of hard work,

the structure of a greater company will be initially formed, the advantages will be more obvious, and the benefits will be more significant. Therefore, we must firmly follow the development ideas of the greater company and continue to struggle.

(1) Build another color tube production base.

We take advantage of the overall advantages of the group company and envisage building another color tube production base (picture tube, display tube) by means of merger, joint venture, and cooperation. Maintain the position of the group company with the largest production scale, the most complete varieties, the strongest supporting capabilities, and the highest market share in China, and adapt to the domestic and international market demand for color tubes. Everyone can fully express their opinions on this idea.

(2) Build another glass bulb factory, and at the same time improve the internal supporting capacity of other components.

The supporting problem of glass has become very prominent. If it is not solved fundamentally, it will restrict the development of color tubes and ultimately the economic development of the group company. Therefore, it is imminent to build another glass bulb factory to meet the internal supporting needs of the group company. Please express your opinions on whether this project will be constructed by relying on our own technical force, or by a joint venture with a foreign company. In addition, for example, whether or not the 303 production line is going to be done, how should it be done? What about the gaps for other supporting parts for color tubes? I also hope that everyone can fully discuss it. In short, it is necessary to enhance the internal supporting capacity, reduce manufacturing costs, and form a price advantage. This is an important factor for competing with peers of Sino-foreign joint ventures in a favorable position.

2. Questions about the speed of development

The development of the enterprise is reflected in the development of scale, industry development, product development, technological development and corporate culture construction, the improvement of the overall quality of the enterprise, and the enhancement of the cohesion of employees. Judging from the actual situation since the implementation of the plan and the forecast for 1995 (1993-1995), its growth rate is higher than the planned average annual growth rate. The average growth rate of sales revenue is 35% (the planned annual growth rate is 20.4%), the profit is increased by 77% (the planned annual growth rate is 20%), and the export earnings are increased by 230% (the planned annual growth rate is 14.9%). Statistics show that after the implementation of the development strategy of the greater company, the economic growth rate of enterprises is very rapid,

but whether such a rate is reasonable or not, everyone can fully express their opinions. In short, in the historical stage of rapid development of China's electronics industry, driven by the wave of world economic development, only with a fast speed can we survive and develop, and Caihong Electronics Group Corporation can become a trans-regional, trans-departmental and transnational greater company; in order to become a group, diversified and internationalized greater company; in order to become a comprehensive large company with one industry as the mainstay and multiple industries simultaneously; only then can it become a joint large company with multiple economic forms coexisting, and it can become a large technology-based company with high-tech content.

The development we are talking about first refers to capital investment, leadership, technical force distribution, etc., which are all based on the premise that it is conducive to the expansion of the Xianyang base, the improvement of management level, and the continuous increase in benefits. We must not do anything to weaken the strength of the base camp. . Secondly, it means that new projects and newly developed economic entities must conform to our development strategic plan, must be scientifically demonstrated and carefully organized and implemented, and produce as much benefit as possible with as little investment as possible. We have to become one to ensure the healthy, rapid and steady development of the group company.

The "Ninth Five-Year Plan" is a critical period for the group company to realize the grand goal of the development strategy plan of a greater company. Under the guidance of the development strategy of a greater company of "market-oriented and all-round development", we must unite and work hard. We will make efforts to realize the economic indicators of sales revenue of 20 billion yuan, profits of 2 billion yuan and export earnings of USD 160 million at the end of the "Ninth Five-Year Plan" period. We will strive to build a greater company with Irico characteristics, market competitiveness and international influence!

May 8, 1995

附件4：

# 实施大公司发展战略规划的回顾与展望

九四年七月集团公司召开了“大公司发展战略研讨会”，编制了“彩虹电子集团公司实施大公司发展战略规划”（以下简称规划），确立了“将集团公司建成多产业门类、功能齐全、实力雄厚、具有‘彩虹’特色和市场竞争力及国际影响力的跨地区、跨部门、跨国经营的大公司”的发展目标；制定了“面向市场、全面发展”的发展战略；进一步明确了产业及产品的发展方向和促进大公司快速形成的七条措施。

在过去的一年时间里，我们全面推进规划的实施，经过集团公司全体职工的共同努力，无论从经济规模、产业门类、经济效益、新品开发、机制运行、管理水平、企业形象等方面均有较大的发展，尤其是在立足优势、抓住机遇、实行跨地区发展方面有较大突破，为促进大公司的快速形成奠定了坚实的基础。

## 一、一年工作的回顾

1、全面实施技改工程，走内涵扩大再生产的道路。

技改工程是集团公司立足优势扩大经济规模，实施规划的关键措施。这项工程涉及面广、资金投入量大、现场协调复杂，一开始集团公司领导就对项目论证、资金概算、阶段性计划编制，组织协调等方面抓得十分紧，并提出了更新、更高的要求。这项工程包括彩管一厂、彩管二厂、股份公司、玻璃厂、网版厂、动

力能源系统、内蒙电视机厂、零件、偏转、技术中心等一系列改造工程和３７ＣＭ新线工程。今年总投资６.５亿元，工程完成后，彩管产量将达７００万只，其它配套能力也相应提高，年新增产值亿元，新增利润1.7亿元。截止目前，我们已完成了技改项目的论证工作，并进入了项目的组织实施阶段。其中：股份公司技改工程今年二月完成；彩管一厂新线项目完成了初步设计审查、进口设备及关键件的招标和国内合同的签约；彩管一厂改造已于4月26日全面铺开；522厂房改造和偏转搬迁于4月28日园满结束；玻璃厂技改项目完成了总体设计和招标工作；动力、零件、网板等项目在按计划实施。技改工程进展十分顺利，按予期目标96年可全面完成。

２、实现了向信息产业的扩展，进入了高新技术领域，增强了市场应变能力。

随着国民经济的飞速发展和国际化进程的加快，使信息产业呈现出全方位、多层次的旺盛发展势头。信息产业在国民经济中是最为活跃、发展速度最快、技术含量最高、应用范围广的一个产业。集团公司在规划中，已明确的提出“加速发展信息产业”的产业发展方向。因此，在寻求跨入信息产业的工作中，我们有力的把握了经济重组的机遇，实现了电子部六所整体并入彩虹集团的重大举措

电子部六所在计算机、通信、工控领域具有雄厚的技术实力和丰富的工程实践经验,并已形成初具规模的科研、开发、生产能力。六所的整体并入实现了双方的优势互补，为信息产业成为集团公司的又一支柱产业奠定了基础。今年四月完成了六所整体并入工作和发展规划的制定工作，目前，六所即彩虹电子集团公司信息工程研究所，已按信息产业发展规划提出的“发挥优势、规模经营”的发展战略要求，进入规划的实施阶段。

３、瞄准两个市场，确立营销策略和组建销售网络。

在国内市场中建立了以大型整机厂为主的市场销售网络；确立了以质量、品种、数量、价格和服务取胜的竞争策略，巩固了国内市场的产品名牌地位。

在国际市场中确立了以香港和东南亚市场为主，积极向欧美市场发展的战略。彩管出口量进一步扩大。今年出口彩管将超过160万只，创汇8000万美元。彩电出口也在积极推进，今年预计可达 10万台。玻锥也将实现建厂以来第一次出口创汇。

4、调整了组织体制和经营机制，建立以产品为对象的事业部建制，增强了企业活力。

规划要求建立集团公司运行模式，事业部建制是实现集团公司运行模式的重大改革措施。由于按产业及产品结构确立了事业部建制，较好地处理了集权和分权关系。因此，在集团内形成了决策中心、利润中心和成本中心，同时使集团公司，事业部、工厂三个层次的职能更加明确。事业部面向内外两个市场，认真研究发展、认真组织生产、认真进行效益分析、认真实行科学管理、认真平衡资金运作，增强了市场意识、竞争意识和发展意识，为大公司管理模式的形成和与国际管理惯例接轨开创了很好的局面。事业部建制在集团公司经济运行中发挥着十分重要的作用，增强了企业活力。

同时进一步完善了激励机制和保障制度，形成了“以人为本、全员推进管理”的管理模式；现代企业制度的试点工作也在有步骤地进行。

5、加速建立、完善四个中心。

规划中提出建立和完善四个中心，即技术中心、人才开发中心、金融中心、信息中心 。 去年十一月制定了集团公

司的"九五"科技发展规划，明确了科技发展方向及目标，组建了国家级企业技术中心并补充了必要的开发手段，制订了必要的措施，现已按规划目标有阶段的、系统的进行科研试制工作。人才开发中心组建后，以集团公司大公司发展战略、产业及产品发展对人才的需求，制定了"整体推进、重点突破"的人才开发战略，有目的、有计划、分层次、分类型的培养造就一批面向国际、面向未来、面向现代化的各级各类人才，全面提高整体素质。信息中心成立后完成了集团公司信息系统网络方案,并初步实现了网络互连、数据共享，总经理信息系统已进入试运行阶段。金融中心正在积极筹建中，目前由集团公司和工商行联手实现了统一信贷、统一纳税、统一上缴利润、统一结算、统一收支计划，提高了企业的融资功能，加速了资金周转，保证了大公司发展对资金的需求。

6、制定"CI"战略，扩大企业形象

CI战略是规划的主要措施之一,它将以崭新的、特有的、显著的企业形象赢得市场，赢得广大消费者的认同，增强企业参与市场竞争的能力。目前CI工作已完成了实态调查、企业形象定位、并进入了视觉识别系统设计阶段。

二、目前正在推进的主要工作

1、全力推进技改工程的全面完成

今年安排的技改工程是跨年度的工程，予计1996年全面完工。目前，要在已取得成果的基础上，继续抓好彩管一厂年产260万只生产线技改和37CM CPT/CDT新线建设；

CONFIDENTIAL IRI-CRT-00026173

玻璃技改的设备制造、安装及土建工程；动力、偏转、网版、零件既要保证彩管生产所需，又要保证技改项目的完成；技术中心、电视机百万工程及其它工程都要按予定计划精心组织施工。总之，要在保证正常生产、保证施工质量、保证费用概算不突破的前提下，争取技改工程按时达产达效。

2、加速与东芝公司合作生产电子整机产品的进度。

“以彩管为中心向最终产品和基础类产品延伸”是规划中提出的产品发展方向，快速发展最终产品是集团公司产品发展重点。集团公司已与东芝公司对合资生产电子产品进行了商谈，东芝公司也有与集团公司进行全面合作的诚意，态度非常积极，并草签了合资意向。主要产品是高性价比电视机、多媒体技术产品、１６：９宽屏彩电，监视器等。我们要抓紧项目的考察及论证工作，加快合资进度。

3、抓好荧光粉的二期建设工程

我们拥有荧光粉的产品技术和制造技术，新产品开发力量也很强，内外市场也很大。为了加快扩产进度，拟以中外合资的形式建设一座年产２００吨荧光粉的生产厂。其产品在满足彩管二厂、股份公司需求的基础上，部分供应外部市场。目前已与外商签定了合营意向书,正在起草可行性方案、章程、合同等文件，争取8月正式批准营业，１９９６年底建成投产。

4、继续抓好投影管、投影电视的技术合作和开发工作

我们搞投影管的技术开发是为形成投影电视的规模生产做技术储备，所以，从现在起就以规模生产为目标做好投影管的开发和整机的开发。目前我们已组织了一个班子，参与电子科技大学样管、样机的开发工作。

　　5、推进信息产业的规模经营。

规模经营是信息产业开拓市场、创造效益、快速发展的重要标志。集团公司信息产业的发展目标是“本世纪末建设成为我国电子信息产品规模生产基地和信息产业的主力厂商之一，在承担国民经济信息化和工业现代化工程中发挥骨干作用”。目前，信息产业发展规划已进入实施阶段。

工业控制正按照集中、优化的原则进行经济组织调整工作，调整后将形成工业自动化控制系统的整体优势，发展成为我国重要的工业控制机生产基地。数字式程控交换机的生产在多方的共同努力下，进入06集团，年底形成局用交换机的生产能力。服务器、工作站、微机、柜员机等产品及应用系统平台正在向系统集成、系统设计、批量生产配套产品的方向发展。目前正努力开拓市场，建立服务网络，加大广告宣传力度，使之成为国内的主力厂商。按照规划，信息产业到本世纪末经营规模将达66亿元，出口创汇6500万美元，实现利税11亿元，发展成为集团公司的第二大支柱产业。

三、发展与展望

1、坚定不移地按大公司模式走下去。

大的经济规模必定形成强大的市场竞争力，有了这种竞争力才能稳定现有市场，开拓潜在市场和未来市场，才能形成相对区域和产业的主导态势，才能跻身于国际著名的电子大公司之林，才能促进综合性大公司的快速形成。集团公司经过一年的大公司发展战略规划的实施,经济规模迅速壮大，产业门类不断拓宽、科技储备不断增强、管理水平不断提高经济效益十分显著。可以说，再经过二、三年时间努力，大

公司的构架就会初步形成，优势会更加明显，效益会更加显著。因此，要坚定地按照大公司发展思路奋斗下去。

(1)再建一个彩管生产基地。

我们利用集团公司的整体优势，设想采用并入、合资、合作等手段再建一个彩管生产基地（显象管、显示管）。保持集团公司在国内彩管生产规模最大、品种最全、配套能力最强，市场占有率最高的地位，适应国内、国际彩管市场需求。这个设想大家可以充分发表意见。

(2)再建一个玻壳厂，同时提高其它零部件内配能力。

玻璃的配套问题已显得十分突出，如不从根本上解决，会制约彩管的发展,最终会制约集团公司经济的发展。因此，再建一个玻壳厂，以满足集团公司内配需要已迫在眉睫。这个项目是依靠自己的技术力量建造，还是同外国公司合资建设，也请大家发表意见。另外，象３０３生产线搞不搞,怎么搞？其它为彩管配套的缺口怎么办？也希望大家充分讨论。总之，要增强内配能力，降低制造成本，形成价格优势，这是与中外合资同行企业竞争处于有利地位的重要因素。

２、关于发展速度的问题

企业的发展体现在规模的发展、产业的发展、产品的发展、科技的发展及企业文化建设、企业整体素质提高、职工凝聚力的增强等方面 。 从规划实施以来的实际情况和对95年的预测看（93年－95年），其增长速度高于规划预定的年平均增长速度。销售收入平均增长35%　（规划预定年增长率为20.4%）、利润增长77%（规划预定年增长率为20%）、 出口创汇增长230%（规划预定年增长率为14.9%）， 从这些统计数据表明，实施大公司发展战略后，企业的经济增长速度十分

CONFIDENTIAL IRI-CRT-00026176

迅猛，但这样一个速度，是否合理，大家可充分发表意见。

总之，在我国电子工业快速发展的历史阶段里，在世界经济发展浪潮的推动下，只有快的速度才能生存和发展，才能使彩虹电子集团公司成为跨地区、跨部门、跨国的大公司；才能成为集团化、多元化、国际化的大公司；才能成为一业为主、多业并举的综合性的大公司；才能成为多种经济形式并存的联合性的大公司,才能成为高科技含量的科技型大公司。

我们所讲的发展，首先指的是从资金投入、领导、技术力量分配等方面，都以有利于咸阳基地的规模扩大、管理水平提高、效益不断增加为前提，丝毫不能做削弱大本营实力的事情。其次是指新上的项目和新发展的经济实体，一定要符合我们的发展战略规划，一定要经过科学的论证并精心组织实施，以尽可能少的投入产生尽可能大的效益，要干一个成一个，保证集团公司健康、快速、稳步的发展。

“九五”是集团公司实现大公司发展战略规划宏伟目标的关键时期，我们要在“面向市场、全面发展”的大公司发展战略指导下，团结一致、努力拼搏，为实现“九五”末销售收入200亿元、利润 20亿元、出口创汇1.6亿美元的经济指标而努力，为建设具有彩虹特色的、具有市场竞争力和国际影响力的大公司而奋斗！

一九九五年五月八日

CONFIDENTIAL

IRI-CRT-00026177

# EXHIBIT 29



City of New York, State of New York, County of New York

I, Dan McCourt, hereby certify that the document "**IRI-CRT-00004213, '214, '231, '244**" is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English.

Dan McCourt

Sworn to before me this
September 14, 2022

Signature, Notary Public

Stamp, Notary Public

# IRICO Group Corporation

# Document of IRICO Color Picture Tube Main Plant

Main Plant Office (1999) No. 029

---

**Notice on Effectuating the Spirit of the Group and Main Plant Leaders' Speeches at the "IRICO Main Plant Summary, Commendation and Mobilization Conference"**

All affiliated units and enterprises under management of the main plant:

The Main Plant 1998 Summary and Commendation and 1999 Work Mobilization Conference was grandly held at the IRICO Club on February 24, 1999. The leaders of the Group and the Main Plant, Weiren Wu, Baoming Xue, Jinquan Ma, Yingzhong Wu, Qing Ji, Kui Tao, and Daoqin Xing, Chairman Zuoting Li of the labor union, and Chief Accountant Haoping Mu attended the meeting. More than 11,000 people attended the meeting, including all the middle-level cadres of the Main Plant and the enterprises under management, the chairman of the labor union directly affiliated to the Main Plant, the committee members of the labor union of the Main Plant, and employee representatives.

At the meeting, Weiren Wu, President and Chairman of the Group cum Director of the Main Plant, Baoming Xue, Secretary of Leading Party Member Group of the Group cum Party Secretary of the Main Plant, and Jinquan Ma, Vice President of the Group cum Executive Deputy Director of the Main Plant, delivered important speeches respectively. Haoping Mu, Chief Accountant of the Main Plant, made a factory financial analysis report. During the conference, the collectives and individuals who made outstanding achievements in production, scientific research and management, etc. in 1998 were commended. During the meeting, the leaders comprehensively summed up the gratifying results achieved by the joint efforts of all employees under the unfavorable situation of price reduction and potential loss of nearly RMB one billion faced by the Main Plant in 1998,

and shared the deployment of the main work in 1999. At the same time, they provided an analysis and deployment of work pertaining to the future development, reform and management of the Main Plant, and called on all employees to work hard and perform well in 1999. The speeches of the leaders of the Group and the Main Plant are hereby distributed to you, and we hope that you will implement them conscientiously and convey them to all employees; furthermore, in line with the spirit of this meeting, please carefully arrange all the work in 1999 and strive to achieve even better results in the management of all aspects.

Attachments:

1.Keep Learning , Strengthen Confidence, and Do a Solid Job ..........................Weiren Wu

2.Unite as One and Strive Hard for the Continued Development of IRICO Baoming Xue

3.Rely on the Staff and Workers, Unite Together and Forge Ahead to Create New Achievements ..........................Jinquan Ma

[seal:] IRICO Color Picture Tube Main Plant

February 24, 1999

| Report to: Group Corporation Headquarters.<br>Send to: Leaders of the Group Corporation, leaders of the Main Plant, and Vice President. | | File (2) |
|---|---|---|
| Printed by: Fang Liu | Proofread by: Li’an Ren | Number of copies: 100 |

Attachment 3:

**Rely on the Staff and Workers, Unite Together and Forge Ahead to Create New Achievements**

———1998 Work Summary and 1999 Main Work Arrangements of IRICO Main Plant

Jinquan Ma

Dear Comrades:

Comrade Weiren Wu, Director of the Main Plant, has entrusted me with the task of reporting the progress of the production and operation tasks of the Main Plant in 1998, and the production and operation plan and main work arrangements of the Main Plant in 1999. The report is divided into two parts, namely Part I: 1998 Work Summary; Part II: 1999 Main Work Arrangements.

**Part I: 1998 Work Summary**

**1. Completion situation of production and operation tasks in 1998**

1998 was an extraordinary year in the history of IRICO Main Plant, and it was also the year where the plant faced the most difficulties. Under the unfavorable situation of price reduction and potential loss of nearly RMB one billion, the new leadership team relied on 10,000 employees to unite and work hard. Through the internal control of cost and quality management and the external expansion of the international and domestic markets, various unfavorable factors have been overcome, which not only curbed the decline in benefits, but also led to increased production and benefit month by month, ushering in the development momentum of booming production and sales, thereby creating the largest output, largest sales volume and largest export volume in the history of IRICO, and making positive contributions to the country.

From January to December 1998, enterprises in Shaanxi produced 6.687 million pieces of CRTs, equivalent to an increase of 10% from the previous year; sold 7.6 million pieces of CRTs, equivalent to an increase of 38.1% from the previous year, and the sales-to-production-ratio was 113.7%; the total industrial output value was RMB 7.26 billion, equivalent to an increase of 11% from the previous year; the realized sales revenue was RMB 4.77 billion, equivalent to an increase of 2.5% from the previous year; the realized pre-tax profit was RMB 480 million and the per capita pre-tax profit was RMB 30,000.

Among them, the main plant produced 5.3708 million pieces of CRTs, equivalent to an increase of 9.3% from the previous year; sold 6.22 million pieces of CRTs, equivalent to an increase of 40.7% from the previous year, and the sales-to-production ratio reached 115.8%; the total completed industrial output value was RMB 4.912 billion, equivalent to an increase of 18.5% from the previous year; the realized sales revenue was RMB 3.28 billion, equivalent to an increase of 1.9% from the previous year; 2.04 million pieces of CRTs were exported, equivalent to an increase of 47% from the previous year, and foreign exchange earnings of USD 64.2 million were reaped, equivalent to an increase of 2.5% from the previous year. [cut-off]

[cut-off] Dynamic information, and research on market supply and demand trends. Information analysis, processing, and feedback shall be carried out in a timely manner, so that information can become the scientific basis for the organization of production and operation by the factory.

**The third is to establish the concept of global economy and strengthen the development of domestic and foreign markets.** We must establish the concept of global economy, correctly apply market rules, adopt various market competition strategies, change our marketing concepts, and take the initiative to seize the market. In China, we should continue to strengthen the relationship with color TV manufacturers, and adhere to the idea of "securing the big ones and striving for the small ones". The idea of User is the King shall be implemented, product categories shall be refined according to user requirements, so as not to lose any market opportunities. In terms of exports, new ways to expand sales channels shall be studied, and a variety of methods shall be adopted to consolidate the Hong Kong and Turkish markets and to actively develop and expand the markets in Southeast Asia, Africa, India, and Europe and the United States. The "three-in-place" should continually be implemented for export work, that is, to break down tasks and ensure that responsibilities are in place; to track the market and ensure that services are in place; and to strengthen management and ensure that measures are in place. In short, the enthusiasm of marketing personnel should be fully mobilized, and multi-channel and multi-directional mobilization of various parties involved should be ensured for continuous consolidation and expansion of IRICO's share in the domestic and international CRT markets.

**III. Improve technological innovation capabilities and accelerate the formation of new profit growth points**

Technological innovation is the foundation for the development of an enterprise, and it is a powerful driving force for the future development of our IRICO. We must actively create conditions and increase investment in science and technology on the basis of scientific demonstration in a bid to improve the technological content of products and speed up the formation of new profit growth points. In this regard, Chairman Weiren Wu also wants to give you some pointers. Here I will share some opinions on certain specific work of the Main Plant.

**Technological transformation work** In 1999, the Main Plant will launch the 44 cm and 49 cm CDT compatible production lines by means of technological transformation, and it is also preparing to launch the large-screen full flat CPT production line. This is a key project to inject vitality into the future development of IRICO and enhance its development potential, and it will definitely receive the full support of the majority of employees. At the same time, we need to do a good job in the transformation of 54 cm medium-resolution color picture tubes with an annual output of 600,000 units, and 64 cm medium-resolution color picture tubes with an annual output of 400,000 units, and realize the industrialization of medium-resolution color picture tubes. To further speed up the process of product design identification and mass production, the implementation of technological transformation projects should be sped up for the "bottleneck" parts of mass production. For 40 cm CDT, it is necessary to further improve product quality, reduce product cost by expanding internal matching support, and improve product competitiveness. In 1999, it is planned to conduct transformation for production expansion to increase the annual output of 40 cm CDT from 600,000 units to 1 million units, and the annual output of the supporting DY must also be expanded from the current [illegible] ('0000 units) to 1.05 million units, and the development and production of ancillary electron gun parts (mainly 23 kinds of electron gun metallic parts) should also be carried out simultaneously. For projection tubes, it is necessary to speed up the pace of trial production, and to build pilot lines with an annual output of 30,000 pieces of projection tubes and 10,000 sets of projection TV sets to form product reserves. The natural gas phase [illegible] project should be implemented as planned. We would like to, by improving product grade and technology content [illegible]

# 彩虹集团公司
# 彩虹彩色显像管总厂文件

总厂办(1999)029号

## 关于贯彻落实集团和总厂领导在“彩虹总厂总结表彰暨动员大会”上讲话精神的通知

总厂所属各单位、各代管企业：

总厂1998年度总结表彰暨1999年工作安排动员大会于1999年2月24日在彩虹俱乐部隆重召开，集团、总厂领导吴维仁、薛宝明、马金泉、武英忠、吉庆、陶　魁、邢道钦、工会主席李作亭、总会计师穆浩平出席了会议。总厂、代管企业全体中干以及总厂直属工会主席、总厂工会委员、职工代表11000余人参加了会议。

会上，集团董事长、总裁、总厂厂长吴维仁，集团党组书记、总厂党委书记薛宝明和集团副总裁、总厂常务副厂长马金泉分别做了重要讲话，总厂总会计师穆浩平做了工厂财务状况分析报告。大会对1998年在生产、科研、管理等方面做出突出成绩的集体和个人进行了表彰。会议全面总结了1998年总厂在降价、潜亏损失近十亿元的不利形势下，通过

全体员工的共同努力所取得的可喜成绩，部署了1999年的主要工作。同时，对总厂今后的发展、改革以及管理等方面的工作进行了分析和部署，号召全体员工鼓足干劲，做好1999年的各项工作。现将集团及总厂领导的讲话下发给你们，望认真贯彻落实，传达到全体职工，并结合这次会议精神，周密细致地把1999年的各项工作安排到位，争取各项管理再创佳绩。

附件：

1. 努力学习 坚定信心 扎实工作 ……………………吴维仁
2. 团结一心 为彩虹的继续发展勤奋工作…………薛宝明
3. 依靠职工 团结奋进 再创新绩 ……………………马金泉

一九九九年二月二十四日

---

报：集团公司总部。

送：集团公司领导、总厂领导、副总。　　　　档（2）

---

打印：刘　芳　　　　校对：任丽安　　　　份数：100

Confidential

附件3：

# 依靠职工　团结奋进　再创新绩

## ——彩虹总厂1998年工作总结及1999年主要工作安排

马金泉

同志们：

我受总厂厂长吴维仁同志的委托，就总厂1998年生产经营任务完成情况和1999年总厂生产经营计划及主要工作安排向大家报告一下，报告共分两部分，第一部分：1998年工作总结；第二部分：1999年主要工作安排。

## 第一部分：1998年工作总结

### 一、1998年生产经营任务完成情况

1998年是彩虹总厂历史上极不平凡的一年，也是面临困难最多的一年，在降价、潜亏损失近十亿元的不利形势下，新一届领导班子依靠万名职工，团结拼搏，通过内抓成本质量管理、外抓国际国内两个市场的拓展，克服了各种不利因素，不仅遏制了效益滑坡，而且使生产和效益逐月回升，迎来了产销两旺的发展势头，创造了彩虹历史上产量最大、销量最大、出口量最大的好成绩，为国家做出了积极的贡献。

98年1-12月份在陕企业共生产彩管668.7万只，比上年增长10%；销售彩管760万只，比上年增长38.1%，产销率113.7%；完成工业总产值72.6亿元，比上年增长11%；实现销售收入47.7亿元，比上年增长2.5%；实现利税4.8亿元，人均利税3万元。

其中，总厂生产彩管537.08万只，比上年增长9.3%；销售彩管622万只，比上年增长40.7%，产销率达115.8%；完成工业总产值49.12亿元，比上年增长18.5%；实现销售收入32.8亿元，比上年增长1.9%；出口彩管204万只，比上年增长47%，创汇6420万美元，比上年增长2.5%；

动态信息、研究市场供需变化趋势。及时做好信息的分析、处理、储工作、使信息成为工厂组织生产经营的科学依据。

**三是树立全球经济观念、加强国内外市场的开发。**我们必须树全球经济的观念，要正确运用市场规律，采取多样的市场竞争策略转变营销观念，主动抢占市场。国内要继续加强和彩电厂家的联系坚持"稳住大的，争取小的"思路。贯彻用户第一的思想，按照用要求细化产品类别，不丢掉任何一个市场机会。出口要不断研究拓销售渠道的新途径，采用多种方式，巩固香港和土耳其市场，积极发扩大东南亚、非洲、印度以及欧美市场。要继续推行出口工作"到位"，即分解任务，责任到位；跟踪市场、服务到位；强化管理措施到位。总之，要充分调动营销人员的积极性，多渠道、多方位动员多方力量，不断巩固和扩大彩虹在国内和国际彩管市场上的份额

**三、提高技术创新能力、加快新的利润增长点的形成**

技术创新是企业立足发展之本，是我们彩虹今后发展的强大动力我们要积极创造条件，在科学论证的基础上，加大科技投入，努力高产品科技含量，加快新的利润增长点的形成。这方面吴维仁董事还要给大家重点讲，在这里我就总厂的一些具体工作讲一点意见。

**技改工作** 99年总厂将以技术改造的方式启动44cm和49cmCD管生产线，还准备启动大屏幕全平面CPT生产线，这是给彩虹今后展注入活力和增强发展后劲的关键项目，必将得到广大职工的全力持。同时，还要抓好54cm中分辨率彩管年产60万只、64cm中分辨率管年产40万只的改造工作，实现中分辨率彩管产业化。要进一步加产品设计鉴定和批量生产进程，对批量生产的"瓶颈"部位要抓紧施技改项目。40cmCDT要进一步提高产品品位，并通过扩大内配降产品成本，提高产品竞争能力。99年计划进行40cmCDT年产量由60增加到100万只的扩产改造，为之配套的DY的年产量也要由目前的万只扩产到105万只，电子枪零件（主要是23种电子枪金属零件）配套开发和生产也要同步进行。投影管要加快试生产步伐，要建设产3万只投影管、1万台投影电视机中试线，形成产品储备。天然气期工程要按计划，抓紧实施。我们要通过提高产品档次和科技含量

# EXHIBIT 30

STATE OF NEW YORK
CITY OF NEW YORK
COUNTY OF NEW YORK

CERTIFICATION

I, Dan McCourt, as an employee of TransPerfect Translations, Inc., do hereby certify, to the best of my knowledge and belief, that the provided Chinese into English translation(s) of the source document(s) listed below are true and accurate:

- IRI-CRT-00004791-IRI-CRT-00004803

TransPerfect Translations, Inc., a translation organization with over 90 offices on six continents, is a leader in professional translations. TransPerfect Translations, Inc. has over twenty years experience translating into the above language pair, its work being accepted by business organizations, governmental authorities and courts throughout the United States and internationally.

TransPerfect Translations, Inc. affirms that the provided translation was produced in according to our ISO 9001:2015 and ISO 17100:2015 certified quality management system, and also that the agents responsible for said translation(s) are qualified to translate and review documents for the above language pair, and are not a relation to any of the parties named in the source document(s).

Dan McCourt, Project Assistant

Sworn to before me this
Monday, August 28, 2023

Signature, Notary Public

WENDY POON
STATE OF NEW YORK
NOTARY PUBLIC
Qualified in Queens County
01PO6356754
MY COMMISSION EXPIRES 04-03-2025

Stamp, Notary Public

**Meeting Minutes**

Name of the meeting: *The Administrative Office Meeting of the Group Corporation*

Meeting time: *June 19, 1995 08:30*

Meeting location: *Conference room on the sixth floor of IRICO Hotel*

Hosted by: *Zhang Wenyi*

Attendees: *Xue Baoming, Wu Yingzhong, Ji Qing, Wang Liguang Tao Kui, Wu Weiren, Li Zuoting*

Non-voting Attendees: *Niu Wenjun, Li Wenfu*

Meeting agenda:
*1.Wu Yingzhong reported the situation of the device company*
*2.Xue Baoming reported the work situation of the Beijing Headquarters*
*3.Ji Qing reported the recent production and operation situation of the factory*

Recorded by: *Li Wenfu*

[handwritten text is indicated in italics]

**Caihong Electronics Group Corporation**
CAIHONG ELECTRONICS GROUP CORP.

*Wen Yi: It has been a month since the Xi'an meeting. Now we met. My general feeling is that the basic situation is smooth. Maybe there is some difficulty in Chief Wu's work at device company. Mainly, as long as the appointment of personnel and finance are controlled, it would be OK. Later, we can discuss how and to what extent the units received externally will be managed.*

*Wu Yingzhong:*

*1.The matter of the cooperation among Dalian, Toshiba, and IRICO.*

*In general, Toshiba is very enthusiastic. Dalian's method is to shop around and compare prices. This is also a good thing, and can lower Toshiba's prices.*

*2.Chengdu New Projection Tube Project*

*3.The cooperation with Tsinghua University.*

*It is hoped to increase from 500,000/year to 1 million/year.*

*4.The display device project of the 6th institute.*

*For the monitor project, the 6th institute submitted a report and transferred it to the planning department.*

*5.[Regarding] the association of color display devices, it has been approved.*

*Chairman: Reported Chief Zhang; Secretary General: Guo Cailin*

*6.Matters of the device company. (Information reporting materials available)*

*1. Firmly grasp the negotiation with Samsung to solve MAC problems;*
*2. Top-down financial checks, establish necessary financial systems;*
*3. After the investment effect check, a planning meeting is expected to be held in August;*

[handwritten text is indicated in italics]

**Caihong Electronics Group Corporation**
CAIHONG ELECTRONICS GROUP CORP.

*4. Capture necessary sorting and rectification work*
*5. System formulating work of various function departments*
*A few specific questions have been submitted to the Office meeting for discussion:*
*1. Construction of Phase II engineering issues (the building of the device company).*
*2. Salary issues (salary increase)*
*3. There will be some resistance on how IRICO's management methods will be implemented in the device company. In principle, manage according to the principles of the enterprise, and take specialty into consideration.*

*Xue Baoming:*

*I will add a little bit about the situation of Beijing. Now the headquarters has been already working in Beijing. How do we develop the units outside in the future? To what extent should it be managed? We must consider from the perspective of the regulations and the systems. For example, salary, cadres, and planning.*

*The other thing is ~~lack of~~ determining the work content of the headquarters in Beijing, for example, similar to the issue about which side will take major responsibility for the Dalian project, the project of University of Electronic Science and Technology of China.*

*The management methods for the device company will be determined after the planning meeting.*

*We have to visit several industries with respect to the 6th institute frequently, because they have insufficient experience in developing big industries, and we need to send personnel to participate in the production preparation process.*

*△ When the 06 Group forms a large-scale production base, IRICO needs to assign personnel to participate, because they have little experience in large-scale production. The office shall talk to Director Li of the 6th institute.*

[handwritten text is indicated in italics]

**Caihong Electronics Group Corporation**
CAIHONG ELECTRONICS GROUP CORP.

*△ Zhang: About the headquarters office location. Yesterday I called Qu Weimin and asked him to move to another place.*

*Xue: Regarding the office building of the headquarters, it should be considered as soon as possible, and we may also consider purchasing more residential houses, please review it at the office meeting,*

*Wu Yingzhong:*

*We should have a headquarters building in Beijing so that we can build an image.*

*Ji Qing:*

*Let me report the situation of Xianyang Base.*

*The production and operation situation is promising, and the main problem is that there are some problems with supporting components and parts. The 14" glass bulb was not implemented. The sales had entered the off season one month ago, and the fund recovered was significantly reduced. We need to adjust our sales strategy.*

*△ Zhang: Can the 25" line operate based on the 4-day working system to reduce the 25" inventory?*

*Ji Qing:*

*1.Report the entry of three television factories in Shaanxi into IRICO.*

*2.The situation of reporting to Vice Minister Lü Xinkui in Xi'an*

*3.After the Xi'an meeting, employees have a quite good response;*

*4.Report on the progress of the fluorescent powder project.*

*5.The glass expansion plan (with HEG) has been done;*

*In addition, the new three-screen two-funnel plan of the glass has also been done;*

[handwritten text is indicated in italics]

**Caihong Electronics Group Corporation**
CAIHONG ELECTRONICS GROUP CORP.

*Wang Liguang:*

*Total price of 14" reproduced line: RMB 394 million; total equipment price: RMB 270 million, civil work: RMB 110 million; foreign exchange: ($)15 million; domestic equipment: RMB 101 million, construction installment: RMB 40 million;*

*Zhang Wenyi:*

*It can be seen from the above reports that the overall operation is very good. For CEC's restructuring, we need to take it into full consideration. CEC becomes a state-owned asset management bureau, which is unfavorable to us. At present, CEC manages forty or fifty enterprises, and the opinion of the ministry is also selecting about ten large-scale enterprises from them to be under direct management of the ministry.*

*So at present, we need to keep these two points in mind. If we are authorized, there is no problem. However, if we are not authorized, CEC will become the asset owner of the money we keep, which may be very troublesome. This year, we need to have leeway for the figures of reporting. How should the output, profit and tax be considered? Keep reasonably for IRICO.*

*The other thing is to spend the money on purchasing some assets for IRICO, such as the property. Therefore, the diversification of investment is very important. The purer it is, the easier it is for CEC to intervene thoroughly, so we need to consider how to deal with this matter.*

*Then this will involve some projects we will build for the next step. Several shareholders must be included to develop the investment diversification.*

[handwritten text is indicated in italics]

# Caihong Electronics Group Corporation
CAIHONG ELECTRONICS GROUP CORP.

*One method of profit transfer is exports, and the export prices of color tubes are reduced to surrender part of profits to overseas companies, in this case, we can allow overseas companies to charge about 3% of the fee, and it should be explained that the remaining is the profit surrendered by the head office to be kept in overseas companies.*

*Wu Weiren:*

*This time, I went to Beijing to learn some information. The whole country's economy is about to enter a "cool" state, which will be a painful process. Therefore, for us, foreign investment and product sales will be affected, that is, the investment scale of projects including color tube should be adapted to the macroeconomic situation of the country.*

*The second point is that the right to "freedom" of a business not only will not expand, but also needs to be more and more smaller. That is, the state's control over enterprises will increase.*

*Zhang Wenyi:*

*A few specific things:*

*1.Dalian Project: The headquarters in Beijing shall be mainly responsible for the negotiation, and Chief Wu shall be in overall charge;*

*2.Project of University of Electric Science and Technology of China: Focus on Xianyang Base; Factory Manager Ji shall be responsible;*

*3.Xianyang Base should be focused on perfection, and it will be OK to develop to 6 million -7 million;*

*4.About CEC delivering Zhongkang and SEG Hitachi to IRICO*

*Three paths for the glass factory: 1. Build another factory in Xianyang; 2. Establish a joint venture with HEG;*

*3. Shenzhen Zhongkang, originally, the debt is 2 billion, and now it will cost more than 2 billion to build a factory like this; at present, we do not need to pay the money immediately if we take over Zhongkang, and the debt can be paid off by 2000;*

[handwritten text is indicated in italics]

**Caihong Electronics Group Corporation**
CAIHONG ELECTRONICS GROUP CORP.

*The only risk is that the foreign exchange parity should be 8.75. All, you can compare these three solutions. I don't think that the risk from taking over Zhongkang is very high, because its annual export reaches USD 30 million. I think that we can reject SEG Hitachi. Even if we join them, IRICO will not be a major shareholder, it is insignificant.*

*For CDT project, the information I have obtained from the trip to the United States this time is that 14" CDT life will not be long, including 14" 0.28CDT". Another piece of information on CPT is that the "transmittance" needs to be about 40%, that is, a blacker screen, so we also need to find some technical personnel to do the research.*

*During the development, we need to consider both the "volume" and the "quality", otherwise we cannot keep up with the trend.*

*For the new line, when negotiating with Toshiba, it is necessary to negotiate 15" CDT.△ Regarding the import and export company's negotiation with Greece about building a color tube factory, we should request them to report it to the leaders in detail.*

*The third question is how to manage other companies.*

*1. First, the right to manage the financial matters in details, and for the personnel management, hold the appointment rights, which is to mobilize the enthusiasm of personnel. Finance must be "dictatorial" and highly concentrated.*

*2. Any unit that joins IRICO has no external investment right, and all external investment rights are held by the headquarters.*

*3. Some organizations or systems need to be disorganized. For example, if Zhongkang is taken over by IRICO,*

[handwritten text is indicated in italics]

**Caihong Electronics Group Corporation**

CAIHONG ELECTRONICS GROUP CORP.

*the company in Shenzhen of the device company belongs to the Shenzhen branch, and the original system must be disorganized*.

[handwritten text is indicated in italics]

**Caihong Electronics Group Corporation**

CAIHONG ELECTRONICS GROUP CORP.

*Zhang Wenyi:*

*We continue the meeting in the afternoon.*

*△ Regarding the building construction project of the device company, in principle, agree to continue the construction.*

*△ Agree with the salary increase of the device company. Formal document is required to be submitted to the Human Resources Department for approval.*

*At present, we should reorganize, sort out and find out the situation of the device company. At the same time, we should be prepared to hold a development planning meeting for the device company.*

*△ Regarding the headquarters building in Beijing, if there is a good property, we can buy it; if not, we can rent the office building temporarily.*

*△ We can purchase more residences. It should be determined by Secretary Xue and Chief Wu.*

*The formalities for the above properties must be clear to prevent fraud.*

*Let's discuss the mid-year bonus. First, how much money should it be, second, how to give the bonus; if it is paid in a lump sum, there will be higher tax, can it be paid three times?*

*△ From July, additional RMB 100 per capita per month; if the benefits in October are good,*

[handwritten text is indicated in italics]

**Caihong Electronics Group Corporation**
CAIHONG ELECTRONICS GROUP CORP.

*and the situation is bright, another RMB 100 per capita per month to the end of the year; 20% off discount for the tertiary company.*

*Let's talk about three television factories in Shaanxi next.*

*I think the situation is very complicated, the premise is that the Ministry and the province must jointly issue a document, the pace must be slowed down, and the attitude may be positive. That is, the province should realize the commitment of "don't throw away the burden to IRICO" proposed by the governor in the form of document, and then the ministry and the province jointly issue a document, then, we can take them over.*

*CEC's transfer of Zhongkang and SEG Hitachi.*

*Next week I will go to Beijing to talk to Minister Liu about this matter. △Agree with the method Chief Zhang mentioned in the morning. We do not want China Shenzhen CRT, and even the head office should be given to CEC, if CEC rejects, it should go bankrupt.*

*A meeting should be held for the sales problem of color tubes, production of 25" color picture tubes may be reduced appropriately, but the Joint Stock Company still has a benefit problem. The issue of the stock listing of the Joint Stock Company is still in the province, at the same time, the stock market is not optimistic, so, I think we can get it.*

[handwritten text is indicated in italics]

**Caihong Electronics Group Corporation**
CAIHONG ELECTRONICS GROUP CORP.

*For the listing issue, let nature take its course.*

*Again, let me explain my visit to the United States this time, the market in the United States is huge, and at the same time, Japanese companies cannot compete with American companies, and many Japanese companies entering the United States have exited. The United States is a society ruled by law. At the same time, people are also simpler and easier to socialize. Property prices in the United States are very cheap. There is a building of 1,400m$^2$, which is valued at more than USD 2 million, and the land is permanent. In this way, we set up our company in the United States as imagined. See whether it can be registered in September or October. We hold 80% and give 20% to one American company, and they only send one to be director of the board and will not participate in the operation.*

*Afterwards, prepare for the 6th institute's acquiring some high technologies, and at the same time, prepare for our selling CRTs in America.*

*This year, leaders can visit our coastal company and Australian hotel, especially arrange for the leaders who haven't visited them.*

[handwritten text is indicated in italics]

# Caihong Electronics Group Corporation

CAIHONG ELECTRONICS GROUP CORP.

*Wu Yingzhong:*

*The recent production of 0.39 CDT has been good (April and May), with more than 10,000 pieces per month according to capacity, and the user in-machine usage rate is also good. At present, there are more than 10,000 pieces of shadow masks. I think it is possible to order about 30,000 more. The mass-production for 0.39CDT can be used as a means to occupy the low-end CDT market.*

*Li Zuoting:*

*1.The construction of the small area is ready, and the work will start on July 1.*

*2.The balcony enclosure plan has been approved by the Workers' Congress, and it will be finished at the end of the year as much as possible.*

*3.The units including the first factory and the second factory* have high labor intensity, and the staff has not increased. It is a bit unable to stand. The labor union is investigating the situation.

*Wang Liguang:*

*Now, the labor intensity is only high when it is compared with the past, and it has not reached an unbearable level ~~status~~. However, we also invited the Electronic Labor Research Institute to confirm our labor load.*

124

[handwritten text is indicated in italics]

**Caihong Electronics Group Corporation**
CAIHONG ELECTRONICS GROUP CORP.

*Xue Baoming:*

*The Beijing headquarters wants to buy a van.*

*△Agree*

*Wu Yingzhong:*

*July 1st is the 15th anniversary for the establishment of the device company, and it is best that Chief Zhang can attend a celebration.*

03556×945 No. Page

Confidential IRI-CRT-00004803E



113

# 会议记录

会议名称：集团公司行政办公会

会议时间：1995年6月19日 8:30

会议地点：彩虹宾馆六楼会议室

主 持 人：张文义

出席人员：薛宝明、武英忠、吉秋、王季广、陶钊、吴维仁、李作亭

列席人员：牛文革、李温夫

会议议题：1. 武英忠汇报器件公司情况。
2. 薛宝明汇报北京总部工作情况。
3. 吉秋汇报近期工厂生产经营形势。

记 录 人：李温夫



CAIHONG ELECTRONICS GROUP CORP

纪文：西安会议以后分手有一个月了，大家碰了头：我总的感觉是基本情况是顺的，可能武总在器件公司的工作有些难度，主要是人的任命和财务要管住就行了。待会我们可以商量对外面接收的单位如何去管，管到什么程度。

武英忠：

1. 大连、东芝、彩虹合作的事。

总的来讲现在东芝是非常热，大连采取的作法是货比三家，这也是好事，可以把东芝的价格压下来。

2. 成都新型投影管项目。

3. 清华大学合作的事。

希望由50万/年提高到100万/年。

4. 三所显示器件项目。

显示器项目三所打了一个报告，转规划部。

5. 彩色显示器件协会已批下来。

理事长：报张总；秘书长：邵彩林。

6. 器件公司的事。（有情况汇报材料）

① 抓紧同三星的谈判，解决MAC问题。

② 由上而下的财务检查，建立必要的财务制度。

③ 投资效果检查后，预计八月份开一个规划会。



CAIHONG ELECTRONICS GROUP CORP

④抓必要的整理、整顿工作。

⑤各职能部门的制度制定工作。

几个具体问题提交办公会讨论：

① 二期工程问题（合作公司大楼）建设。

② 工资问题（涨工资）

③ 彩虹的管理办法在合作公司如何贯彻，会有一些阻力。原则上按照共同原则管理，照顾到特殊性。

薛宝明：

找到在一些北京的情况，现在总部在北京已经起来了。我们对外面的单位今后如何控制？管到什么程度？要在法规、制度上去考虑。比如工资、干部、规划。

另外一个是缺确定北京总部的工作内容，比如类似大型项目、成像项目由哪边主负责。

对合作公司的管理办法要在规划会议以后来确定。

六所方面的几个产品我们要经常去，因为他们搞大产品经验不足，生产准备过程我们要去人参与。

△ 06集团形成大规模生产基地时，彩虹要去人，因大生产他们经验不足，办公室同六所李所长通话。



CAIHONG ELECTRONICS GROUP CORP.

张：关于总部办公地点，昨天我同曲伯尼通了电话，让他找地方搬走。

薛：关于总部办公大楼要尽快考虑，住宅也可以考虑再购置一些，请办公室审议。

武英忠：

总部大楼我们在北京应有一个，可以树立起形象。

吉庆：

我汇报一下咸阳本部的情况。

生产经营形势不错，主要问题是零部件配套存在一些问题。没有落实的是14"玻壳。销售上月前已进入淡季，回款明显减少，我们要调整销售策略。

张：25"彩管要打向天工作制，减少25"库存。

吉庆：

1. 汇报陕西三家电视机厂进入彩虹的了。

2. 在西安向吕新奎副部长汇报情况，

3. 西安会议后职工反映较好；

4. 荧光粉项目曲已汇报。

5. 玻璃扩建方案(同HEG)已做；

另外玻璃新建三屏两锥方案也做；

# 彩虹電子集團公司

CAIHONG ELECTRONICS GROUP CORP

王崇广：

14"彩管板线总价：3.94亿元；总设备价：2.7亿元，土建：1.1亿元；外汇：1500万元(美)；国内设备：1.01亿元，建安：4000万元；

张文义：

从以上汇报来看，整体运营都很好。CEC的改组我们要充分考虑，CEC变成了一个国有资产管理局，这样对我们不利。目前CEC管了四五十个企业，部里的意见也是从中抽出十家左右的大企业归部里直管。

所以我们目前要有两本账，如果授权给我们不存在问题；但如果不授权给我们，CEC对我们尚的钱就是资产所有者了，可能会很麻烦。今年我们在上报的数目上要留有余地，产量、利税怎么考虑？合理的给彩虹留下来。

另外一个是要把钱给彩虹置一些家产，比如房产。所以投资的多元化非常重要，越往CEC越容易揽到钱，就是要考虑办法如何对待这个了。

这样就涉及到下一步我们要建的一些项目，必须有几个股东，搞投资多元化。



CAIHONG ELECTRONICS GROUP CORP

利润转移的一种办法就是出口，出口的彩管价格下调，让利于境外公司。可以让境外公司收取3%左右的费用，其余说明是总公司的让利，留在境外公司。

吴维仁：

这次去北京了解一些信息，整个国家的经济形势要进入"冷"的状态，这将是一个痛苦的过程，所以对我们来讲，对外投资和产品销路要受到影响。既彩管项项目的投资规模要适应国家的宏观经济形势。

第二个是企业的"自由"权不仅不会扩大，而且是要"自由度"要越来越小。就是国家对企业的控制力度将会加大。

张文义：

几个具体了：

1、大连项目，由北京总部为主谈，由武总总负责；

2、成电项目：以咸阳为主，由吉厂长负责；

3、咸阳基地以完善为主，投到6～700万就可以了；

4、关于CEC将中康和富格归交彩虹的了。

玻璃厂三条路：①在咸阳另建 ②同HEG合资；③深圳中康，全部债务有20个亿，现在再建一个这样的厂也得花20多个亿；目前我们接中康不需要

# 彩虹電子集團公司

CAIHONG ELECTRONICS GROUP CORP

□上等钱，债务到2000年还完；外汇比价按8.75这是□一风险。大家可以在这三个方案中去比较一下。我认为□接中康风险不是很大，因他每年还有3000万美金的出口。对富桥目立我认为可以不要，既使进去彩虹不占大股也没有意思。

CDT项目，这次我去美国得到的信息是14"的CDT□会不去了，包括14"0.28CDT；另外一个彩管方面的信息是"透过率"要在40%左右，就是更黑的屏，所以我们也要找一些技术人员来研究。

发展过程中我们即要考虑"量"的问题，同时又要考虑"质"的问题，否则跟不上潮流。

新生线同东芝谈的时候要谈15"CDT，这是必要的。

△ 关于进出口公司同希腊谈建彩管厂的了，要他们给领导详细汇报一下。

第三个就是其他公司如何管理的问题。

① 就是首先管细财权，人的管理—是管住任命权，□是调动人的积极性。财务必须是"独裁"，高度集中。

② 对进入彩虹的任何单位，都无对外投资权，所有□对外投资权在总部。

③ 有些机构或系统要打乱，比如中康给彩虹的话，举例

彩虹電子集團公司

CAIHONG ELECTRONICS GROUP CORP

司到深圳的公司就归深圳分部，必须将原子院打乱。

Confidential IRI-CRT-00004798



CAIHONG ELECTRONICS GROUP CORP.

张文义：

下午我们继续开会。

△ 关于器件公司建楼项目，原则上同意继续建。

△ 同意器件公司涨工资。要正式行文报人事部审批。

对器件公司目前先整顿，清理，摸清家底。同时准备器件公司的发展规划会。

△ 关于北京总部大楼，如果有好的我们还可以买；如果不行暂时可以租用写字楼。

△ 另外住宅房可以再买几套。由薛书记和武总定。

以上房产的手续必须清楚，防止受骗。

关于年中奖励的事大家议一下。一个是奖多少钱，另外一个是奖的办法；一次发下来可能交的税较多，是不是可以分三次发下去。

△ 从X月份开始人均每月加100元，到十月份

编号 页

03556×945



CAIHONG ELECTRONICS GROUP CORP.

如果效益好，形势不错就每人·月再加100元至年底，三产公司打八折对待。

下面谈一下陕西三家电视机厂的事。

我认为情况非常复杂，前提是必须是部、省联合下文，步调必须放慢，态度可以积极。即省里要以文件形式把省长提出的"不把包袱交给彩虹"表现出来，然后部、省联合下文我们就可以接。

CEC转移中康，需移归主的事。

下周我要去北京同刘部长谈这个事。△同意张总上午讲的办法。中深彩我们不要，连本都给CEC，如CEC不要就减产。

彩管的销售问题要开会，25"彩管可以适当减产，但股份公司还有一个效益问题。股份公司股票上市的问题还是在省里，同时股市不看好，我估计可以争到。

03556×945



CAIHONG ELECTRONICS GROUP CORP.

对上市问题顺其自然。

再说一下我这次去美国的情况，美国的市场是巨大的，同时日本公司斗不过美国公司，许多进入美国的日本公司大都退出来了。美国是一个法制社会，同时人也比较简单一些，比较好打交道。美国的房产价格很便宜，有一栋楼1400m²，200多万美金，土地是永久性的。这样我们按设想在美国建立我们的公司，看九、十月份能否注册下来，我们出80%，给美国一家公司20%，他们只出一名董事，不参与经营。以后为公司获得一些技术准备，同时为我们在美洲销售彩管准备。

今年领导可以去我们的沿海公司和澳大利亚酒店去看一下，特别是没有去过的领导安排去一下。



123

彩虹電子集團公司

CAIHONG ELECTRONICS GROUP CORP.

武英忠：

0.39 CDT近期（4.5月）生产不错，按能力每月可生产一万多，用户上机率也不错，目前前景还有一万多张，我看可以再订三万左右，把0.39 CDT彩做为占领低档CDT市场的手段。

李作亭：

1、小区建设准备就绪，7月1日动工。

2、封阳台的方案职代会已通过，力争年底封完。

3、一厂、二厂等单位劳动强度大，人员没有增加，有些吃不消，工会去了解。

王季广：

现在劳动强度大只是相比于过去，还没有达到承受不了的地步。但我们也请电子劳动研究所来确认我们的劳动负荷。

03556×945 编号 页



124

CAIHONG ELECTRONICS GROUP CORP.

薛宝明：

北京总部想买一部面包车。

△同意。

武英杰：

7月1日是当伴公司成立十五周年，张总最好能参加一下庆祝会。

编号 页

03556×945

Confidential IRI-CRT-00004803

# EXHIBIT 31



City of New York, State of New York, County of New York

I, Dan McCourt, hereby certify that the document "**IRI-CRT-00029848, '853-55 and '858-859**" is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English.

Dan McCourt

Sworn to before me this
September 14, 2022

Signature, Notary Public

Stamp, Notary Public

Exhibit
8597
9/21/2022
Wang - V3

[handwritten text is indicated in italics]

# IRICO Group

*D06 Technology Management*

*Submission for Review and Approval of the Feasibility Study Report for Increased Production of 37 cm Color Picture Tubes, Power Supply, Parts, and Other Mold Supporting Projects and Import and Export Technological Transformation Projects*

| From *January 1995* to *October 1995* | Retention Period | *Long Term* |
|---|---|---|
| **This document has a total of** 55 **sheets** | Filing No. | |

| Fonds No. | Catalog No. | File No. |
|---|---|---|
| | | |

[stamp:] 004

# Document of IRICO Electronics Group Corporation

IRICO Group Regulations (1995) No. 05 Issued by: Qing Ji

**Submission of Application for Approval of the "Feasibility Study Report on the Technological Transformation Project for Increased Export of 37 cm Color Picture Tubes"**

Shaanxi Provincial Bureau of Electronics Industry:

The 37 cm color picture tubes (CPT) produced by our company have been selling well in the market since the establishment of the plant, with the demand exceeding the supply for a long time. In 1994, the output of 37 cm color picture tubes was 1.9 million units, and the exported quantity was 1.1 million units, which was far from meeting the needs of the international and domestic markets, and the supply-demand imbalance was very acute. In order to further develop the international market and ease the tension in the domestic market, it is planned to transform the 37 cm and 56 cm CPT production lines of the No. 1 CPT Plant for the production of 37 cm color picture tubes concurrently.

The total investment of the technological transformation project is RMB 29.94 million, including foreign exchange of USD 2.98 million. 79 units (sets) of 15 items of equipment, instruments and fixtures will be imported, 23 units (sets) of 5 items of equipment will be modified, and 332 new personnel will be added. After the completion of the transformation, 600,000 37 cm color picture tubes will be added per year, increasing the annual output of the No. 1 CPT Plant from 2 million units to 2.6 million units.

The funds required for the project will be self-financed by the enterprise.

The "Feasibility Study Report on the Technological Transformation Project for Increased Export of 37 cm Color Picture Tubes (Substitute for Project Proposal)" is hereby submitted for review and approval.

Appendices: Feasibility Study Report on the Technological Transformation Project for Increased Export of 37 cm Color Picture Tubes (Substitute for Project Proposal)

[seal:] IRICO Electronics Group Corporation
January 05, 1995

---

Cc: Shaanxi Provincial Economic and Trade Commission

File (2)

---

[stamp:] 006

Technological Transformation Project for Increased Export of 37
cm Color Picture Tubes

# Feasibility Study Report
**(Substitute for Project Proposal)**

IRICO Electronics Group Corporation
December 20, 1994

CONFIDENTIAL

IRI-CRT-00029855E
Translation

At present, although 37 cm color picture tubes has won a place in the international market, in order to occupy and expand our share in the international market as much as possible and to remain invincible in the fierce competition, we are compelled to not only expand the quantity of exports, but also to continuously improve the quality of the products and their adaptability. Therefore, another technological transformation of the production lines and the addition of some advanced equipment are required.

The favorable conditions for the technological transformation of the two production lines of the No. 1 CPT Factory are as follows:

On the basis of the current production lines, the production capacity can be increased by an additional 600,000 37 cm color picture tubes through technological transformation and addition of some equipment, with low investment and quick results. The payback period is estimated to be 3.1 years.

## II. Transformation Plan and Targets

### 1. Transformation Plan

On the basis of the transformation of the screen coating machine and its ancillary equipment, and the improvement of the screen coating production capacity for the two existing production lines and the electron gun manufacturing line, the main equipment of the remaining processes will be modified, and some equipment and fixtures will be added. Please refer to Appendix 1 for the equipment purchase and modification list.

This transformation will be carried out on the basis of the existing equipment, hence no additional factory space is required. Furthermore, there will neither be much increase in demand for power supply nor much increase in three-waste emissions. The original design capacity is capable of meeting the increased production requirements.

### 2. Transformation Targets

The 56 cm production line will be transformed to make it suitable for the production of 37 cm color picture tubes, and it will produce 37 cm color picture tubes and 37 cm display tubes concurrently with the 37 cm production line. After the transformation, the two production lines will mainly produce 37 cm color picture tubes, and the production of the other three varieties will be adjusted according to market needs, so that the total output reaches 2.6 million units per year.

Capability of electron gun manufacturing line: meet the needs of the main production line, with an annual output of 3 million electron guns.

## III. Project Feasibility Analysis

### 1.Technological Demonstration

37 cm and 56 cm color picture tubes have been produced for more than 10 years, and the product quality has reached the advanced level of similar products at home and abroad. The 37 cm color picture tube passed the UL certification in the United States in July 1992, the British BSI certification in April 1993, and the German VDE certification in July 1993. Products have been sold to more than a dozen countries and regions such as Europe, the Americas and Hong Kong. The color display tube pilot line passed the national acceptance inspection in April 1993, and the 37 cm color display tube also passed the UL certification in October 1993. In October 1994, after strict review by Det Norske Veritas and China Quality Certification Center, the No. 1 CPT Plant obtained the ISO9002 quality

CONFIDENTIAL

certification. In December 1994, our company's CPT quality system passed the IECQ certification (International Electrotechnical Commission Quality Assessment System for Electronic Components).

The improved products of the 37 cm color picture tube and the 37 cm color display tube have been finalized after years of development and mass production, and there are currently more than a dozen models. More than 3 million 37 cm color picture tubes have been exported. Therefore, the 37 cm color picture tube technology is mature and the quality is guaranteed.

## 2.Market Analysis

At present, although there are many CPT manufacturers in the world, there are few production lines of small-screen CPTs. Apart from Beijing·Matsushita Color CRT Co., Ltd. that produces a small quantity, only our plant produces 37 cm color picture tubes in China; our 37 cm display tube pilot line is also the first in China. The products are in short supply in both international and domestic markets. With the development of the international market and the improvement of living standards in China, especially with the launch of color TV in the vast rural market, the small-screen color TV market has broad prospects and great potential. Therefore, it is very correct and timely to carry out another transformation to expand the output of these two production lines in our plant.

## 3.Equipment Modification and Purchase Plan

See Appendix 1 for the equipment modification and purchase list of this project.

Including: 79 units (sets) of 15 equipment items will be imported

23 units (sets) of 6 equipment items will be modified.

Main equipment to be added:

MR welding machine, aluminum steamer, sealing machine, exposure platform, wire guide machine, coil winding machine, exhaust trolley, signal source, etc.

Main equipment to be modified:

screen coating machine, 56 cm internal coating machine, PNF machine, 13 conveyor belts, power system, etc.

## 4.Guaranteed Conditions for Engineering Aspect

This project can meet the plane layout of process and equipment based on slight modification in the existing factory building. There are only three areas that require civil construction, and the construction involved is minimal, and there is no new constructed area. The structure and layout of the existing production lines remain basically unchanged. (floor plan is omitted)

## 5.Guaranteed Conditions for Parts and Components

The 37 cm color picture tube is a long-standing product of our company, and the main components are all self-produced by the company. For this reason, the company has adopted corresponding measures to transform the parts factory for increased production, so as to meet the needs.

The annual consumption and manufacturers of the main components of the 37 cm color tube are shown in Table 1.

# 彩虹集团公司

D06 科技管理

关于引C.M彩管扩产、动力、零件、工模具配套工程和进出口技术改造项目可行性研究报告的请示、批复

| 自九五年元月至九五年十月 | 保管期限 | 长期 |
| --- | --- | --- |
| 本卷内共 五十五 张 | 归档号 | |

| 全宗号 | 目录号 | 案卷号 |
| --- | --- | --- |
| | | |

CONFIDENTIAL IRI-CRT-00029848

004

# 彩虹电子集团公司文件

彩团规(1995)05号　　　　签发:吉 庆

## 关于申请审批"扩大37cm彩管出口技改项目可行性研究报告"的请示

陕西省电子工业局:

我公司生产的37cm彩管自建厂以来市场销售状况一直很好,长期供不应求。1994年37cm彩管产量为190万只,出口110万只,远不能满足国际国内两个市场的需要,供求矛盾十分尖锐。为了进一步开拓国际市场、缓和国内市场紧张状况,计划对彩管一厂的37cm、56cm二条彩管生产线进行改造,同时生产37cm彩管。

该技改项目建设总投资为2994万元,其中含外汇298万美元.进口设备、仪器、夹具15项79台(套),改造设备5项23台(套),新增人员332人。改造完成后新增37cm彩管60万只/年,使彩管一厂年产量由200万只增加到260万只。

项目所需的资金企业自筹解决。



005

现将“扩大37cm彩管出口技改项目可行性研究报告（代项目建设书）呈上，请求审查批准。

附件：扩大37cm彩管出口技改项目可行性研究报告（代项目建议书）

彩虹电子集团公司

一九九五年元月五日

抄报：陕西省经贸委

档（2）

CONFIDENTIAL IRI-CRT-00029854



006

扩大37Cm彩管出口技术改造项目

# 可行性研究报告

（代项目建议书）

彩虹电子集团公司

一九九四年十二月二十日

CONFIDENTIAL IRI-CRT-00029855

目前37Cm彩管在国际市场上虽已争得一席之地，但为了最大可能地占领和扩大国际市场，并在激烈的竞争中立于不败之地，也迫切要求我们不仅要扩大出口数量，而且要不断提高产品的质量及其适应性。因此必须再次对生产线进行技术改造并新增部分先进设备。

对彩管一厂的两条生产线进行技术改造的有利条件是：

在现生产线基础上，经过改造和增添部分设备即可再增加60万只37Cm彩管的生产能力，投资少、见效快。根据预测投资回收期为3.1年。

## 二、改造方案及目标

### 1. 改造方案

在原有两条生产线和电子枪制造线上，以改造涂屏机及其附属设备，提高涂屏生产能力为基础，对其余工序的主要设备进行改造，并增加部分设备及工装夹具。购置及改造设备清单详见附件1。

此次改造在原有设备基础上进行，故厂房不需增加，动力及三废排放量增加不多，原设计能力可满足扩产要求。

### 2. 改造目标

改造56Cm生产线使其兼容生产37Cm彩管，与37Cm生产线同时生产37Cm彩管和37Cm显示管。改造后两条生产线以生产37Cm彩管为主，其余三个品种根据市场需要进行调节，使总产量达到260万只/年。

电子枪制造线的能力：满足主生产线需要，年产300万支电子枪。

## 三、项目可行性分析

### 1. 技术论证

37Cm和56Cm彩管已经生产十多年，产品质量已达到国内外同类产品的先进水平。37Cm彩管1992年7月通过美国的UL认证、1993年4月通过英国BSI认证、1993年7月通过德国VDE认证。产品已销往欧洲、美洲、香港等十几个国家和地区。彩色显示管中试线于1993年4月通过国家验收，37Cm彩色显示管1993年10月也已通过UL认证。1994年10月经挪威船级社和中国

商检质量认证中心严格审查后，彩管一厂获得了ISO9002的质量认证。1994年12月，我公司彩管质量体系又通过了IECQ认证（国际电工委员会电子元器件质量认证机构）。

37Cm彩色显像管和37Cm彩色显示管的改进型产品经多年的研制和批量生产后已经定型，目前已有十几个型号。37Cm彩管已累计出口300多万只。因此，37Cm彩管技术是成熟的，质量是有保证的。

2. 市场分析

目前，世界上彩管生产厂家虽多，但小屏幕彩管的生产线却很少。国内37Cm彩管除北京松下彩管公司少量生产外，仅是我厂能够生产；37Cm显示管中试线也是国内第一条。国际、国内的市场都是供不应求。随着国际市场的开拓以及国内人民生活水平的提高，特别是广大的农村彩电市场的启动，小屏幕彩电市场前景广阔、潜力很大。因此，再次对我厂这两条生产线进行扩大产量的改造是非常正确的和及时的。

3. 设备改造及购置方案

本项目的设备改造及购置清单见附件1.

其中：进口设备 15项 79台（套）

改造设备 6项 23台（套）.

主要新增设备：

MR焊接机、蒸铝机、封口机、曝光台、导丝机、绕线机、排气小车、信号源等。

主要改造设备：

涂屏机、56Cm内涂机、PNF机、13条传送带、动力系统等。

4. 工程保证条件

本项目在原厂房内稍作改建，即可满足工艺及设备的平面布局。仅有3处需进行土建施工，且施工量很小，无新建面积。原生产线结构及布局基本不变。（平面布置图略）.

5. 零部件的保证条件

37Cm彩管是我公司的老产品，主要零部件都是公司内自配的，为此公司已采取了相应的措施对零件厂进行扩产改造，以满足所需。

37Cm彩管的主要零部件年用量及生产厂家见表1。

# EXHIBIT 32



Case 3:07-cv-05944-JST Document 5413-6 Filed 03/15/19 Page 3 of 45

June 25, 2018

**Certification**

**Park IP Translations**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of the document with bates numbers range: IRI-CRT-00000744 - IRI-CRT-00000751.

Hanna Kang

Project Manager

Project Number: BBLLP_1806_007

15 W. 37th Street 8th Floor
New York, NY 10018
212.581.8870
ParkIP.com

Case 3:07-cv-05944-JST Document 5413-6 Filed 03/19/19 Page 10 of 45

001
[Stamp illegible]

Confidential ★

Ministry of Electronics Industry Document

DZJ [1995] No. 927

Letter regarding submission of IRICO Display Devices Co., Ltd.
stock exchange listing reexamination materials

China Securities Regulatory Commission:

IRICO Display Devices Co., Ltd. is a shareholding system enterprise jointly established in 1992 by IRICO Electronics Group Corporation Shaanxi Color Picture Tube Factory, the Industrial and Commercial Bank of China Trust and Investment Corporation of Shaanxi Province, and the People's Construction Bank of China Trust and Investment Corporation of Shaanxi Province, with the approval of the Shaanxi Province people's government authorities. It is one of the first batch of Shaanxi Province shareholding system test units and a holding company of IRICO Electronics Group, one of the national modern enterprise system 100 test units. In early September 1995, it was the only enterprise to be recommended by this ministry for listing in 1995. Having undergone an initial examination by this ministry and Shaanxi Province,

Scanned and created by CamScanner

Case 3:07-cv-05944-JST Document 5413-6 Filed 03/19/19 Page 11 of 45

it is believed that since its establishment 3 years ago, this company has operated in a standardized manner, performance [words cut off], its prospects are good, it has meet the basic conditions to apply for stock exchange listing, and all required submission materials are in good order.

This company's non-institutional shares number 92,080,000, and a certain [words cut off] pressure has developed. Therefore, the company asked that this time, there be no other issuance of new shares, instead listing the shares in stock [words cut off]. Given that the company is located in Shaanxi and is part of a relatively backward region, [words cut off] primary stock market fund pressure, to avoid the large-scale flight of funds from the secondary market funds [words cut off] maintain social stability, this ministry conducted research and has agreed to the direct listing of this company's stores of non-institutional shares, without again issuing new shares. In accordance with the spirit of the meeting summary from 6 September 1995 between this ministry and Shaanxi Province on the IRICO Display Devices Co., Ltd. stock exchange listing, of the state issued stock offering size, the ministry and Shaanxi Province together decided that this ministry would take on 27,600,000 shares and Shaanxi Province would take on 6,480,000 shares of the directly listed 92,808,000 shares. This ministry [words cut off] of the 1995 70 million yuan offering size issued by the state to this ministry [words cut off]. The IRICO Display Devices Co., Ltd. stock exchange listing reexamination is hereby submitted to your commission for approval.

[Stamp: People's Republic of China Ministry of Electronics Industry]
27 December 1995

Scanned and created by CamScanner

Case 3:07-cv-05944-JST Document 5413-6 Filed 03/19/19 Page 12 of 45

Key words: enterprise, stock, listing, letter

cc: State Planning Commission, Shaanxi Province people's government, IRICO Electronics Group.

General Office of the Ministry of Electronics Industry Printed 28 December 1995

Typed by: Liu Jiaojian Proofreader: Zhu Shijun

Scanned and created by CamScanner

Case 3:07-cv-05944-JST Document 5413-6 Filed 03/19/19 Page 13 of 45

IRICO Electronics Group Corporation Document

CT (1995) No. 294

Report on IRICO Display Devices Co., Ltd. stock exchange listing

Ministry of Electronics Industry:

Based on the question regarding the IRICO Display Devices Co., Ltd. stock exchange listing raised by Vice Premier Zou Jiahua, a report is hereby given as follows:

I. Reasons for reduction of shares

When IRICO Display Devices Co., Ltd. was first established, it issued a total of 92080,000 non-institutional shares. For these stocks to be listed, if a reduction of shares is not employed, it will be necessary to apply with the Ministry of Electronics Industry for a stock exchange listing amount of 2,080,000. The Ministry of Electronics Industry is incapable of addressing such a large amount. To meet the requirements of stock exchange listing and enable the listing and circulation of IRICO stocks as soon as possible, on 6 April 1995, the matter was voted on and passed by the company's 3rd shareholders meeting. Being reported to the Shaanxi Province Securities Regulatory Commission and confirmed by SZJF (1995) No. 016 and Shaanxi Province State-owned Assets Supervision and Administration Bureau

Scanned and created by CamScanner

Case 3:07-cv-05944-JST Document 5413-6 Filed 03/19/19 Page 14 of 45

SGQ (1995) No. 042, its shares were reduced at a ratio of 2:1, and the ratio for the shares held by shareholders was not changed. Following the reduction of shares, there were 46,040,000 non-institutional shares. The entire share reduction process and approval procedures followed the requirements of the "Company Law", and it was announced in the newspapers and periodicals designated by the China Securities Regulatory Commission.

We believe:

1. The "Company Law" makes no specific provisions regarding the reduction of shares, and prior to the IRICO Display Devices Co., Ltd. reduction of shares, there was a precedent for share reduction listing.

2. Based on the provisions of the China Securities Regulatory Commission's ZJF [1995] No. 162, for the few state-owned large-scale enterprises earmarked for state support and with an offering size making it difficult to meet listing conditions, when there are special circumstances and after reporting to and being approved by the China Securities Regulatory Commission, listing may be undertaken with a reduction of shares. IRICO Display Devices Co., Ltd. is large and highly beneficial. It is well-known in the electronics industry, and its output value has reached over 1 billion, with profit taxes exceeding 100 million.

3. The State Commission for Economic Restructuring has issued a document (THS [1995] No. 194), recognizing our company as a State Council 100 modern enterprise system pilot project enterprise. In addition, IRICO Display Devices Co., Ltd. is the only enterprise endorsed by the Ministry of Electronics Industry to the state securities administration authorities for recommendation for 1995 stock offerings and listing. And in accordance with the spirit of the "Notice of the State Council Securities Commission opinion on securities and futures work in 1995", endorsed by the State Council, it agreed to give priority consideration to the listing of IRICO stock offerings.

On 24 October 1995, the China Securities Regulatory Commission ZJF [1995] No. 162 "Notice regarding the opinion on the handling of certain problems in stock offerings" mentioned the issue of listed

Scanned and created by CamScanner

Case 3:07-cv-05944-JST Document 5413-6 Filed 03/19/19 Page 15 of 45

enterprises employing "pro rata share reduction" for listing. However, the IRICO Display Devices Co., Ltd. reduction of shares work was completed on 6 April 1995, six months before this document's issuance date. Also, the listing declaration materials were submitted to the China Securities Regulatory Commission on 12 October 1995 (i.e.: 6 days prior to the issuance of China Securities Regulatory Commission ZJF [1995] No. 162). IRICO Display Devices Co., Ltd. undertook the reduction of shares given that the listing amount would be difficult to resolve. Also, it is a high-tech electronics industry enterprise, belonging to an industry earmarked for encouraged development by the state, and is located in the mid-western region. It is an enterprise prioritized for listing support by the state, and is requesting to be considered under special circumstances in its submission to China Securities Regulatory Commission for examination and approval.

II. Relationship between IRICO Group and IRICO Display Devices Co., Ltd.

IRICO Display Devices Co., Ltd. was established through the IRICO Electronics Group Corporation's 64cm (FS) color picture tube production line technical upgrade project carrying out a shareholding system pilot project. The establishment of IRICO Display Devices Co., Ltd. was a beneficial attempt of the IRICO Electronics Group Corporation in its exploration of establishing a modern enterprise system. The implementation of a modern enterprise system pilot project in IRICO Display Devices Co., Ltd. directly related to and comprehensive promotion an establishment of the IRICO Group Corporation modern enterprise system.

Following the reduction of shares, the total capital stock of IRICO Display Devices Co., Ltd. was 150 million shares, of which: IRICO Electronics Group Corporation held 33 million shares, accounting for 22% of the total capital stock. It was the holding company.

III. IRICO Display Devices Co., Ltd. business performance from past 3 years

Unit: 10,000 yuan

| Item | 1992 | 1993 | 1994 | January - November 1995 |
|---|---|---|---|---|
| Total profits | 290.19 | 4160.29 | 9799.76 | 9130.85 |

Scanned and created by CamScanner

Case 3:07-cv-05944-JST Document 5413-6 Filed 03/19/19 Page 16 of 45

This company has established an excellent quality assurance system, all of its products employ international standards, and its primary technical specifications and reliability have attained an advanced level of 1990's international products. This includes the 64cmFS color picture tube, which has obtained the United States' UL and Canada's CSA safety certifications. In late March 1995, the international certification authority (BVQI) and China Classification Society Quality Assurance Ltd. (CSQA) conducted a comprehensive review of the company's quality system and announced that it passed the ISO9002 quality certification.

IV. Orientation of stock exchange listed funds (development plan)

The overall business strategy for this company's development is to be based on domestic markets, expand into international markets, be market-oriented, rely upon its S&T advantage, accelerate the development of new products, and adjust the product structure. In addition, this company is currently expanding in the two directions of raw materials production and whole machine assembly, creating a multi-layered product structure and an omni-directional development structure. Its specific development plan is as follows:

(1) Further tapping the potential of transformation, taking the path of connotative expansion before production, less investment and more output, boosting color picture tube production capacity by 70% on the foundation of the original design capacity, and making the most of the potential of existing devices.

(2) Actively developing 74cm RES big screen and 16:9 wide screen color picture tubes in a market-oriented fashion; also, developing in the direction of color monitors and color picture tube use in MMTV (multimedia); promoting a shift from consumer electronics products to investment products.

(3) Making adjustments to the industrial structure. Extending the industry in the direction of raw materials, parts, and whole machine manufacturing. At the same time, developing in the direction of the information industry (e.g.: computers, communications, and industrial control) through modes such as equity participation (holding).

Scanned and created by CamScanner

Case 3:07-cv-05944-JST Document 5413-6 Filed 03/19/19 Page 17 of 45

(4) To enable its more efficient, faster development, this company will make use of its mechanism-based advantage, take the path of capital operation, rationally configure its resources through acquisition, equity participation, and holding, and optimize its industrial structure. In addition, it will make use of the company's advantages in terms of having good products, high technological content, and large-scale operation, strive to utilize the modes of issuing B shares and foreign listing, and take part in international competition, allowing the company to gradually become a conglomerate, diversified, international modern enterprise.

The rapid development of IRICO Display Devices Co., Ltd. requires a large amount of funds. If its stocks can be listed and circulated soon, it will be able to use the financing shortcuts of the securities market to arrange the funds needed for the company's development.

[Stamp: IRICO Electronics Group Corporation]
14 December 1995

cc: Shaanxi Province Commission for Economic Restructuring, Shaanxi Province Securities Regulatory Commission File (2)

Printed by: Xue Xiaolu Proofreader: Zheng Tao

Scanned and created by CamScanner



Case 3:07-cv-05944-JST Document 5413-6 Filed 03/19/19 Page 18 of 49

秘密★

# 电子工业部文件

电子经〖1995〗927号

## 关于报送彩虹显示器件股份有限公司股票上市复审材料的函

中国证券监督管理委员会：

彩虹显示器件股份有限公司是1992年经陕西省人民政府授权部门批准，由彩虹电子集团公司陕西彩色显像管总厂、中国工商银行陕西省信托投资公司和中国人民建设银行陕西省信托投资公司共同发起设立的股份制企业，是陕西省首批股份制试点单位，也是国家现代企业制度100家试点单位彩虹电子集团的控股公司。1995年9月初确定为我部1995年推荐上市的唯一一家企业。经我部和陕西省进行

— 1 —

由 扫描全能王 扫描创建

CONFIDENTIAL IRI-CRT-00000744

初步审查，认为该公司组建3年来，运作规范，业绩突
展前景良好，已经具备申请股票上市的基本条件，按
求应报送的全部材料齐备。

该公司个人股股票存量为9208万股，已形成一
压力。因此，公司要求本次不再发行新股，将存量股
上市。鉴于该公司地处陕西，属于比较落后的地区，
股票一级市场资金压力，避免二级市场大量抽逃资金
维护社会稳定，我部经研究，同意该公司个人股存量
直接上市，不再发行新股。直接上市的9208万股存
额度，按照1995年9月6日我部与陕西省关于彩虹显
股份有限公司股票上市问题协商的"会议纪要"精神
部和陕西省在国家下达的股票发行规模中共同解决
我部承担2760万股、陕西省承担6448万股。我部承
分在国家下达给我部的1995年7000万元发行规模中
决。现将彩虹显示器件股份有限公司股票上市复审
送你会，请予审定。

中华人民共和国电子工业部

一九九五年十二月二十七日

由 扫描全能王 扫描创建

Case 3:07-cv-05944-JST Document 5413-6 Filed 03/13/19 Page 20 of 45
002

**主题词:企业 股票 上市 函**

---

抄送:国家计划委员会、陕西省人民政府、彩虹电子集团。

---

电子部办公厅 一九九五年十二月二十八日印

---

打字:刘娇健 校对:朱师君

— 3 —

由 扫描全能王 扫描创建

CONFIDENTIAL IRI-CRT-00000746

Case 3:07-cv-05944-JST Document 5436 Filed 05/15/19 Page 21 of 45

003

# 彩虹电子集团公司文件

彩团(1995)294号

## 关于彩虹显示器件股份有限公司股票上市有关情况的报告

电子工业部：

根据邹家华副总理就彩虹显示器件股份有限公司股票上市所提出的有关问题，现汇报如下：

### 一、缩股的原因

彩虹显示器件股份有限公司在成立之初，共发行了9208万个人股。这部分股票要上市，如不采取缩股的方式处理，则需要向电子工业部申请9208万的股票上市额度，如此庞大的额度要求，电子工业部根本无法解决。为了满足股票上市的需要，使彩虹股票尽早上市流通，1995年4月6日，经该公司第三次股东大会表决通过，并报经陕西省证券监督管理委员会以陕证监发(1995)016号文、陕西省国有资产管理局陕

由 扫描全能王 扫描创建

Case 3:07-cv-05944-JST Document 5316-5 Filed 08/16/18 Page 22 of 45

国企(1995)042号文确认，其股份按2:1的比例缩股，股东所持股份比例不变，缩股后的个人股为4604万股，整个缩股程序和批准手续均符合《公司法》的要求，并在中国证监会指定的报刊上进行了公告。

我们认为：

1. 《公司法》对缩股问题没有明确规定，并且在彩虹显示器件股份有限公司缩股之前，就已有缩股上市的先例。

2. 根据中国证监会证监发[1995]162号文的规定，对确属国家重点支持的，而发行规模又难以满足上市条件的极个别国有大型企业，作为特殊情况在报经中国证监会批准后，可缩股发行上市。彩虹显示器件股份有限公司规模大、效益好，在电子行业有较高的知名度，且产值已达10多亿，利税已达1亿多。

3. 国家体改委已明确下文（厅函生[1995]194号文），对我公司是国务院百家现代企业制度试点企业给予确认；同时对彩虹显示器件股份有限公司为电子工业部唯一向国家证券管理部门推荐的一九九五年度股票发行并上市企业表示赞同，并同意按照国务院批转的《国务院证券委1995年证券期货工作安排意见的通知》精神，对彩虹股票发行上市予以优先考虑。

1995年10月24日，中国证监会证监发[1995]162号《关于对股票发行中若干问题处理意见的通知》中提出了关于上

由 扫描全能王 扫描创建

CONFIDENTIAL

Case 3:07-cv-05944-JST Document 5413-6 Filed 03/26/19 Page 23 of 45

市企业采取"同比例缩股"上市的问题。但是，彩虹显示器件股份有限公司缩股工作早已于1995年4月6日进行完毕，距文件下发日已达半年之久；而且上市申报材料于1995年10月19日（即在中国证监会证监发[1995]162号文下发前6日）即已报送中国证监会。彩虹显示器件股份有限公司确系在上市额度难以解决的情况下进行缩股的，而且该公司又是电子工业类高新技术企业，属于国家鼓励发展的产业，且地处中西部地区，是国家优先支持上市的企业，请求作为特殊情况报送中国证监会审批。

## 二、彩虹集团与彩虹显示器件股份有限公司的关系

彩虹显示器件股份有限公司的组建，是以彩虹电子集团公司64cm(FS)彩色显像管生产线的技改项目进行股份制试点而筹备建立的，彩虹显示器件股份有限公司的建立是彩虹电子集团公司探索建立现代企业制度的一个有益偿试，在彩虹显示器件股份有限公司进行现代企业制度的试点，直接关系到彩虹集团公司现代企业制度的全面推进与建立。

缩股后，彩虹显示器件股份有限公司的总股本为15000万股，其中：彩虹电子集团公司持有股份3300万股，占股本总额的22%，是其控股公司。

## 三、彩虹显示器件股份有限公司前三年经营业绩

单位：万元

| 项　　目 | 1992年 | 1993年 | 1994年 | 1995年1-11月 |
|---|---|---|---|---|
| 利润总额 | 290.19 | 4160.29 | 9799.76 | 9130.85 |

由 扫描全能王 扫描创建

CONFIDENTIAL
IRI-CRT-00000749

Case 3:07-cv-05944-JST Document 5413-6 Filed 05/10/19 Page 24 of 45

该公司建立了完善的质量保证体系，产品全部采用国际标准，其主要技术指标和可靠性已达到90年代国际同类产品的先进水平。其中64cmFS彩色显像管已获美国UL及加拿大CSA安全认证。1995年3月底，国际认证局(BVQI)与中国船级社质量认证公司(CSQA)对公司的质量体系进行了全面审核，并宣布通过了ISO9002质量认证。

四、股票上市资金投向（发展规划）

该公司发展的总体经营战略是立足国内市场，拓展国际市场，以市场为导向，依靠其科技优势，加快新产品的开发，调整产品结构。同时，该公司正在向原材料生产和整机装配两头延伸，形成产品多层次、全方位发展的格局。具体发展规划如下：

①. 进一步挖潜改造，走内涵扩大再生产之路，少投入多产出，将彩色显像管生产能力在原有设计能力基础上提高70%，使现有设备发挥出最大的潜在能力。

②. 以市场为导向积极开发研制74cmFS大屏幕和16:9宽屏幕彩色显像管；同时，向彩色监视器以及MMTV（多媒体）用彩色显像管方向发展；促进消费类电子产品向投资类产品转化。

③. 进行产业结构调整。产业向原材料、零部件及整机制造延伸，同时通过参股（控股）等方式向信息产业（如计算机、通信、工业控制）发展。

由 扫描全能王 扫描创建

CONFIDENTIAL

Case 3:07-cv-05944-JST Document 5413-6 Filed 03/19/19 Page 25 of 49

④. 为使公司能更高效、快速的发展,该公司将利用机制优势,走资本运作之路,通过兼并、参股、控股等方式,合理配制资源,优化产业结构,同时利用本公司产品好、技术含量高、规模经营等优势,争取利用发行B股和国外上市的方式,参与国际竞争,使公司逐步成为集团化、多元化、国际化的现代企业。

彩虹显示器件股份有限公司要高速的发展,就需要大量的资金;如果其股票能够早日上市流通,就可以利用证券市场快捷的融资渠道,为公司的发展筹备所需要的资金。

一九九五年十二月十四日

抄报:陕西省体改委、陕西省证监会　　档(2)

打　印:薛小路　　校　对:郑　涛

由 扫描全能王 扫描创建

CONFIDENTIAL
IRI-CRT-00000751

# EXHIBIT 33



info@certifiedtranslate.com
www.certifiedtranslate.com

2425 Olympic Blvd., Suite 4000W
Santa Monica, CA 90404

usa 1-888-856-2228
int +1-310-684-3153
fax +1-310-564-1944

A member of the American Translators Association
ATA Member Number: 248719

# CERTIFIED TRANSLATION

*Description of Document(s):*

| |
|---|
| **REQUEST FOR THE RIGHT TO EXAMINE AND APPROVE THE APPLICATION OF DISPATCHING PERSONNEL TO GO ABROAD TEMPORARILY AND TO INVITE FOREIGN ECONOMIC AND TRADE PERSONNEL TO CHINA** |
| **IRICO GROUP CORPORATION** |
| **IRI-CRT-00025698 through IRI-CRT-00025701** |
| |

| Source Language: **CHINESE** | Target Language: **ENGLISH** |
|---|---|

WITH REFERENCE TO THE ABOVE MENTIONED MATERIALS/DOCUMENTS, we at Language Fish LLC (doing business as www.certifiedtranslate.com), a professional document translation company, attest that the language translation completed by Language Fish's certified professional translators, represents, to the best of our judgment, an accurate and correct interpretation of the terminology/content of the source document(s). **This is to certify the correctness of the translation only.** We do not guarantee that the original is a genuine document or that the statements contained in the original document(s) are true.

IN WITNESS WHEREOF, Language Fish LLC has caused the Certificate to be signed by its duly authorized officer(s).

**By:** Sean Kirschenstein, Director **Date:** December 15, 2022

A copy of the translated version(s) is attached to this statement of certification.

certifiedtranslate www.certifiedtranslate.com

# IRICO Group Corporation

| B05 | Personnel Management |
|---|---|

Request for the right to examine and approve the application of dispatching personnel to go abroad temporarily and to invite foreign economic and trade personnel to China

| From April 1999 to month year | Retention period | Long Term |
|---|---|---|
| **There are 80 sheets in this file** | Archive number | |

| Fund number | Catalog number | File number |
|---|---|---|
| | | |

Exhibit 8611EF_Translation

# File Contents

| Serial number | File author | Original file font size | File collection font size | Confidential classification | File date | Title | File page number |
|---|---|---|---|---|---|---|---|
| 1 | IRICO Group Corporation | IRICO Group Ren Jiao (99) 022 | | | 99.4.5 | Request for the right to examine and approve the application of dispatching personnel to go abroad temporarily and to invite foreign economic and trade personnel to China | 1-80 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

certifiedtranslate www.certifiedtranslate.com

001

# Document of IRICO Group Corporation

IRICO Group Ren Jiao (1999) No. 022

Request for the right to approve the application of dispatching personnel to go abroad temporarily and to invite foreign economic and trade personnel to China

To the Ministry of Information Industry:

IRICO Group Corporation is a very large enterprise in the electronics industry of China. It is an economic entity mainly focusing on the production of high-tech electronic products. It has 22 subsidiaries (enterprises), with total assets of 8.7 billion yuan and more than 250,000 employees. The company is a primary scientific research and production base for color picture tubes, color display devices, color television sets, communication products, industry control computers, etc. in China. In 1997, our industrial output value reached a total of 7.7 billion yuan, revenue reached 6.6 billion yuan, and we earned foreign exchange of 106 million US dollars through exports. In 1998 industrial output value reached a total of 8.66 billion yuan, revenue reached 6.817 billion yuan, and we earned foreign exchange of 130 million US dollars through exports. The company ranked 76th among China's 500 largest industrial enterprises in 1997.

IRICO CPT General Plant is the main enterprise of IRICO Group Corporation. It is a key project which was constructed and expanded based on the complete sets of technical equipment imported from Japan and the United States during the Sixth Five-Year Plan and the Seventh Five-Year Plan in China. It is also China's largest CRT research, production, and export base with the strongest comprehensive supporting capacity and the highest market share. All of the "IRICO" brand CPT and CDTs are produced by the factory in accordance with international advanced standards and have passed international quality and safety certifications, including UL, BSI, VDE, CSA, and ISO9000. These products not only have more than 30% of the domestic market, but have also been exported to more than 10 countries and regions, such as France, Britain, Italy, South Africa, and Southeast Asia.

IRICO Group Corporation is one of the 120 pilot conglomerates in China and is also an enterprise approved by the competent national authorities to enjoy the right to engage in import and export trade. In accordance with the Measures for Examining and Approving the National Pilot Conglomerates to Dispatch Personnel to Go Abroad Temporarily and to Invite Foreign Economic and Trade Personnel to China (Guo Wai Ban Zi [1998] File No.7) in China, the foreign

exchange earned from self-produced products must exceed 10 million US dollars for two consecutive years. Our company meets this condition and hereby requests the Ministry of Information Industry to allow us to complete the relevant procedures to obtain the right of examination and approval, so that we will have the right to examine and approve the application of dispatching personnel to go abroad temporarily and to invite foreign economic and trade personnel to China.

We await your approval.

Attachments:

I. Mechatronics Reform File Number (1998) 98 - Approval for Approving the Establishment of IRICO Group Corporation, and the certificate of the State Administration for Industry and Commerce;
II. Business License for Enterprise Legal Person of IRICO Group Corporation (copy);
III. Brief introduction of IRICO Group Corporation and a list of leading members;
IV. Articles of Association of IRICO Group Corporation;
V. Organizational chart of IRICO Group Corporation and a table of introducing the conditions of its subsidiaries;
VI. Annual gross accounting statements and explanation of the industrial and commercial enterprises of IRICO Group Corporation in 1997 and 1998; and report on the work of IRICO Import and Export Company in 1997 and 1998 and a list of exported commodities by country;
VII. A summary table of groups dispatched abroad and a summary table of groups received by IRICO Group Corporation in 1997, 1998 and 1999;
VIII. Foreign affairs management system, interim provisions on managing personnel going abroad, and several rules on the management of passports of IRICO Group Corporation

IRICO Group Corporation [seal]
April 5, 1999

Archive (2)

Printed by: Xue Ye Proofread by: Zhang Ruixue Copies: 8

# 彩虹集团公司

## B05 人事管理

关于申请派遣人员临时出国和邀请外国经贸人员来华事项审批权的请示

| | | | |
|---|---|---|---|
| 自 九九年 四 月至 年 月 | | 保管期限 | 长期 |
| 本卷内共 八十 张 | | 归 档 号 | |

| 全宗号 | 目录号 | 案卷号 |
|---|---|---|
| | | |

CONFIDENTIAL IRI-CRT-00025698

001

# 卷内目录

| 顺序号 | 文件作者 | 文件原编字号 | 文件收文编号 | 秘别 | 文件日期 | 标题 | 文件所在张号 |
|---|---|---|---|---|---|---|---|
| 1 | 集团公司 | 彩团人教(99)022 | | | 99.4.5 | 关于申请派遣人员临时出国和邀请外国经贸人员来华事项审批权的请示 | 1~80 |

# 彩虹集团公司文件

彩团人教（1999）022 号

## 关于申请派遣人员临时出国和邀请外国经贸人员来华事项审批权的请示

信息产业部：

我公司是我国电子行业的特大型企业，是以生产高技术电子产品为主的经济实体，现有子公司（企业）22 家，总资产 87 亿元，职工 25000 余人。公司是我国彩色显像管、彩色显示器、彩色电视机、通信产品、工业控制机等产品的主要科研生产基地，1997 年完成工业总产值 77 亿元，销售额 66 亿元，出口创汇 1·06 亿美元。1998 年完成工业总产值 86·6 亿元，销售额 68·17 亿元，出口创汇 1·3 亿美元，97 年在中国 500 家最大工业企业中排名第 76 位。

公司主体企业彩虹彩色显像管总厂，是我国“六五”和“七五”期间从日本、美国引进成套技术设备建设和扩建的重点项目，也是目前国内规模最大，综合配套能力最强，市场占有率最高的彩管科研、生产和出口基地。工厂生产的“彩虹牌”彩色显像管、显示管等全部采用国际先进标准，并先后通过了 UL、BSI、VDE、CSA、和 ISO9000 等国际质量安全认证，不仅拥有 30%以上的国内市场，而且还远销法国、英国、意大利、南非、东南亚等 10 多个国家和地区。

我公司是全国 120 家试点企业集团之一，是国家主管部门批准享有进出口经营权的企业，根据国家《关于国家试点企业集团派遣人员临时出国和邀请外国经贸人员来华事项的审批办法》（国外办字［1998］7 号文件）精神，我公司符合该文件规

定的自产产品连续两年出口创汇额逾 1 千万美元的条件，因此，特请信息产业部给予办理获得该审批权的有关手续，使我公司享有派遣人员临时出国和邀请外国经贸人员来华事项审批权。

妥否，请批示。

附件：

一、机电改（1998）98 号文《关于同意组建彩虹电子集团公司的批复》及国家工商行政管理局证明；

二、彩虹集团公司企业法人营业执照（副本）；

三、彩虹集团公司简介及领导成员名单；

四、彩虹集团公司章程；

五、彩虹集团公司组织机构图及子公司状况表；

六、彩虹集团公司 97、98 年工商企业年度基层会计报表及说明；彩虹进出口公司 97、98 年度工作总结及出口商品分国别表；

七、彩虹集团公司 97、98、99 年度出国团组汇总表及接待来访团组汇总表；

八、彩虹集团公司外事工作管理制度、关于出国（境）人员管理的暂行规定及出国护照管理若干规定

一九九九年四月五日

---

档（2）

---

打印：薛烨　　校对：张瑞雪　　份数：8

# EXHIBIT 34

STATE OF NEW YORK
CITY OF NEW YORK
COUNTY OF NEW YORK

CERTIFICATION

I, Dan McCourt, as an employee of TransPerfect Translations, Inc., do hereby certify, to the best of my knowledge and belief, that the provided Chinese into English translation(s) of the source document(s) listed below are true and accurate:

- IRI-CRT-00008843- IRI-CRT-00008847

TransPerfect Translations, Inc., a translation organization with over 90 offices on six continents, is a leader in professional translations. TransPerfect Translations, Inc. has over twenty years experience translating into the above language pair, its work being accepted by business organizations, governmental authorities and courts throughout the United States and internationally.

TransPerfect Translations, Inc. affirms that the provided translation was produced in according to our ISO 9001:2015 and ISO 17100:2015 certified quality management system, and also that the agents responsible for said translation(s) are qualified to translate and review documents for the above language pair, and are not a relation to any of the parties named in the source document(s).

Dan McCourt, Project Assistant

Sworn to before me this
Tuesday, August 29, 2023

Signature, Notary Public

WENDY POON
STATE OF NEW YORK
NOTARY PUBLIC
Qualified in Queens County
01PO6356754
MY COMMISSION EXPIRES 04-03-2025

Stamp, Notary Public

001

# Irico Group Corporation Document

Irico Group Office [2001] No. 60

---

Notice on Conveying Implementing the Spirit of the Fifth Conference of the Fourth Workers' Congress of the Group Corporation

CONFIDENTIAL IRI-CRT-00008843E

Irico Group Corporation (substitute seal)
[seal:] Irico Color Picture Tube General Factory
July 20, 2001

| To: Group Corporation Leadership | | File (2) |
|---|---|---|
| Group Office | | Printed and issued on July 20, 2001 |
| Print: Wang Jing | Proofreading: Dong Jun | Number of copies: 80 |

Appendix:

Irico Group Corporation's Work Summary for the First Half of 2001 and Work Mobilization Report for the Second Half of the Year

Tao Kui

**II. Major Work Accomplished in the First Half of the Year**

004

**2. The trial production of the expansion has made breakthrough progress**

Since the production of the first batch of 74cm pure flat CPTs on January 20th, the leadership of the group company has attached great importance to the trial production work, repeatedly requesting various component and parts as well as power supporting units to go the site, providing good service, and creating favorable conditions for trial production. At the same time, the party and government leaders of the group also led the responsible persons of various functional management departments to hold on-site office meetings at the joint-stock company, solving problems on site and pushing the trial production work forward.

The joint-stock company has made every effort to carry out the trial production. The company has held various meetings multiple times, explaining the situation, setting tasks, investigating the causes, and determining countermeasures, unifying thoughts and boosting morale. Multiple task forces have been established to undertake various tasks in the trial production, with a deadline be set for completion. The target responsibility system has been implemented, combining with the actual situation, setting quality indicators once a month, ensuring “monthly improvement”, and decomposing tasks at all levels to ensure implementation and ensure that the indicators are met. The work principle of “small problems being dealt with within one day, big problems being dealt with within one week” has been proposed, requiring the discovery of problems and timely solutions without delay.

By the end of June, a total of 81,432 74cm pure flat CPTs have been produced, reaching the design production capacity. The front-end engineering yield rate has reached 78.32% (Toshiba in Japan achieved 88% in two years), and the back-end engineering yield rate has reached 96.02% (Toshiba in Japan achieved 96.5% in two years). The product quality is comparable to Toshiba's products. After rigorous testing, it has passed the safety and quality certification of UL in the United States and CSA in Canada, creating favorable conditions for the products to enter the international market.

The new glass screen production line was designed and constructed by ourselves with our own strength. Whether the trial production is able to be conducted as planned has a great impact on the future benefits of Irico. In order to ensure the success of the trial production at one try, the glass factory has mobilized extensively and emphasized the importance of proper thinking. Furthermore, we have refined professional management, standardized basic work, and ensured that the management of all matters of the new factory starts at a relatively high level. We have also adjusted and established several process countermeasure groups, set clear goals, delegated responsibilities, collected information extensively, continuously explored, summarized, and adjusted countermeasures, and modified and improved processes. In response to the actual issues such as new personnel, new equipment, new processes, and new products, we have strengthened the training of employees' operational skills and improved their on-site operation capabilities. Throughout the entire trial production period, relevant technical personnel, management personnel, and production backbone have worked day and night on site, overcoming numerous difficulties and finally achieving breakthrough progress.

Since the new glass screen production line was ignited on April 20th, after 26 days of kiln firing, firstly, the trial production of the 64cm screen started on May 18th, and the first batch of qualified products was produced on June 5th. Currently, the highest shift output is 1,488 units, and the highest daily output is 3,888 units. The trial production of 37cm screen started on May 28th, and the first batch of qualified products was produced on May 30th. The current highest shift output is 3,024 units, and the highest daily output is 8,640 units. According to the arrangement of the group company, starting from June 19th, this production line will switch to production of 54cm screens. Through our efforts, the current highest shift output is 2,160 units, and the highest daily output is 5,256 units. Currently, both the 64cm and 54cm screens have been delivered to users and the second-step certification has been completed.

The joint-stock company's 74cm pure flat CPT technical renovation project has met the designed productivity and standards within a short period of time and the glass screen technical renovation project has been successfully put into production and great achievements have been made. This fully demonstrates that the cadres, technical personnel, and employees of Irico are highly qualified and capable of overcoming any difficulties.

# 彩虹集团公司文件

彩团办〔2001〕60号

## 关于传达贯彻
## 集团公司第四届五次职代会精神的
## 通　　知

集团公司所属各单位:

彩虹集团公司第四届五次职代会于7月19日召开。会上，集团公司党委书记陶魁代表领导班子总结了上半年的主要工作，分析了面临形势，并对下半年的工作进行了安排和部署。

集团公司总经理马金泉就集团公司的发展做了重要讲话。他首先介绍了集团公司下一步发展方案，并指出，企业现在虽然遇到了困难，但全体干部职工更要看到彩虹的优势和取得的成绩，要坚定信心，克服消极情绪，积极想办法去解决问题，战胜困难。

他着重对领导干部提出了要求，一是要起模范带头作用，以身作则，要求职工做到的自己要做的更好；二是要勇于创新，创

造性地开展工作，要逐级管理、逐级负责，职能部门要进一步发挥作用；三是对干部的考核要量化，做到年年有进步；四是不断加强学习，提高自己，适应企业发展的需要。

他还要求各单位要认真总结上半年的工作，巩固成绩，再接再厉；上半年没有完成任务的单位，要认真查找原因，不等不靠，采取措施，努力进步；同时也希望全体员工群策群力，为企业的发展多提建议，并能及时提供有价值的信息。

为了更好地传达贯彻会议精神，现将陶书记的总结动员报告下发，望各单位认真组织学习，贯彻落实，并按要求做好下半年的各项工作，确保集团公司全年取得较好的经营业绩。

附件：彩虹集团公司2001年上半年工作总结暨下半年工作动员报告

彩虹集团公司（代章）

2001年7月20日

| 送：集团公司领导 | | 档(2) |
|---|---|---|
| 集团办公室 | | 2001年7月20日印发 |
| 打印：王静 | 校对：董军 | 份数：80 |

附件：

# 彩虹集团公司 2001 年上半年工作总结暨下半年工作动员报告

陶 魁

## 一、上半年主要经济指标完成情况

今年上半年，由于市场原因，彩虹面临前所未有的严峻形势，表现在彩电、彩管价格持续下滑，彩管的个别品种降价幅度达 30%，仅降价一项我们损失就近 1.4 亿元。据资料统计，1-6 月份国内彩管企业多数处于断续生产状态，有的已连续亏损。在这种形势面前，彩虹全体员工团结一心，深入开展“抓质量、降成本、反浪费、求节约”活动，细化管理，挖掘潜力，可变成本较去年同期下降了 4.43%，取得了较好业绩。上半年，集团公司共完成工业总产值 40.88 亿元，同比下降 12.82%；完成工业增加值 8.05 亿元，同比下降 16.62%；实现利润总额 2.38 亿元，同比下降 21.96%；完成销售收入 27.92 亿元，同比下降 11.83%；生产彩管 417 万只，同比下降 9%；销售彩管 347 万只，同比下降 17.2%；产品出口 64 万只，同比下降 50.1%；出口创汇 2505 万美元，同比下降 63.72%。尽管上半年在利润、销售和出口创汇等方面与去年同期相比有较大幅度下降，但在同行业中，我们能取得这个成绩是很了不起的，这是全体彩虹人共同努力的结果，是来之不易的。

## 二、上半年所做的主要工作

### 1. 加强营销，千方百计开拓市场

今年销售工作的总体思路是：牢牢抓住大客户，继续扩大中小户；在行业竞争激烈的情况下，首先保销售量，价格随行就市；不放过每一个客户和机会，以“谈成”为原则。针对市场供大于求，同行业间

CONFIDENTIAL

004

竞争激烈的形势，销售部门加强了市场信息的搜集、分析和研究，准确分析、预测市场；将销售工作向前延伸，不仅做好整机厂采购部门的工作，同时加强与其研发和设计、技术部门的交流，使整机厂新品开发时就用彩虹管配套设计认证，从整机生产的源头开始占领市场；合理分布外租库房，密切供求关系，增强地域竞争力，通过送货上门，提高彩虹管在用户的使用率；加快了新品认证、上线和批量供货速度，目前康佳、TCL、海尔等都已成为新品的主要客户，其中海尔的新品全部使用彩虹的 74cm 全平面彩管。上半年产销率达到了 88.58%，在同行业中保持领先水平。

受土耳其金融波动和欧盟反倾销影响，今年产品出口面临很大困难。对此，我们积极采取多种措施，努力保住和扩大市场，上半年出口 37cm 彩管 60.3 万只，54cm 彩管 4.16 万只，彩电 5.1 万台，支架玻杆粉 18775 公斤，另外还出口低玻粉、硫化锌生粉、荧光粉等十几种产品。尽管做了大量艰苦的工作，但和我们的生产能力相比，内销和外销作为龙头还需更加努力。

**2. 扩建试生产工作取得突破性进展**

74cm 全平面彩管自元月 20 日生产出第一批产品后，集团公司领导十分重视试生产工作，多次要求各零部件及动能配套单位要深入现场，做好服务，为试生产创造有利条件。同时集团党政领导还带领各职能管理部门的负责人，在股份公司召开现场办公会，现场解决问题，推进试生产工作。

股份公司全力以赴搞好试生产。公司多次召开各类会议，讲形势、摆任务、查原因、定对策，统一思想，鼓舞士气；成立了多个攻关小组，实行课题承包，将试生产中的各类课题承包到人，限期完成；实行了目标责任制，结合实际情况，一个月定一次质量指标，做到“月月有提高”，同时层层分解，狠抓落实，确保指标不落空；提出了“小问题不过夜，大问题不过周”的工作准则，要求发现问题，不拖不等，

及时解决。截止 6 月底，共生产 74cm 全平面彩管 81432 只，达到设计生产能力，前工程良品率达到了 78.32%（日本东芝公司用两年时间达到 88%），后工程良品率达到了 96.02%（日本东芝公司用两年时间达到 96.5%），产品品位与东芝产品相当。经过严格测试，通过了美国 UL 及加拿大 CSA 安全质量认证，为产品走向国际市场创造了有利条件。

新玻屏线是我们依靠自己的力量，自己设计、自己建设的，试生产能否按计划进行，对彩虹今后的效益影响很大。为了确保试生产一次成功，玻璃厂广泛动员，狠抓思想到位；进一步细化专业管理，规范基础工作，使新厂的各项管理一开始就处于较高的水平；调整成立了若干工艺对策组，明确目标，落实责任，广泛收集信息，不断摸索、总结、调整对策，修改、完善工艺；针对人员新、设备新、工艺新、产品新的实际问题，加强职工的操作技能培训，提高现场操作能力。在整个试生产期间，有关技术人员、管理人员、生产骨干等夜以继日工作在现场，克服重重困难，终于取得了突破性进展。

新玻屏线自 4 月 20 日点火以来，经过 26 天的烤窑，64cm 屏首先于 5 月 18 日开始进入试生产，6 月 5 日生产出第一批良品，目前最高班产 1488 只，最高日产 3888 只。37cm 屏于 5 月 28 日开始试生产，5 月 30 日生产出第一批良品，现最高班产 3024 只，最高日产 8640 只；按照集团公司的安排，从 6 月 19 日开始，该条生产线更换生产 54cm 屏，经过努力，目前最高班产 2160 只，最高日产 5256 只。现 64cm 屏和 54cm 都已送用户，做完第二步认证。

股份公司 74cm 全平面彩管技改项目在短期内达产达标和玻屏技改项目的顺利投产并取得良好成绩，充分说明了彩虹的干部、技术人员和职工是高素质的，是能够战胜任何困难的。

**3. 全面实施“质量争第一”战略，提高产品质量**

为确保“质量争第一”战略落在实处，经过认真讨论研究，总厂

# EXHIBIT 35



City of New York, State of New York, County of New York

I, Dan McCourt, hereby certify that the document "**IRI-CRT-00027156_165-175, 183,185,186**" is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English.

Dan McCourt

Sworn to before me this
August 22, 2023

Signature, Notary Public

Stamp, Notary Public

IRICO Group Corporation
54cm full flat color picture tube technology introduction project

Feasibility study report
(In lieu of project proposal)

August 8, 2002

[illegible]

Table of contents

**Chapter 1   General remarks**

(I)      Project name, undertaking unit and person in charge of the project

(II)     Research scope of feasibility study report

(III)   Background of the proposal

(IV)    Basic information of construction units:

(V)     Technical and economic indicators of the project of introducing technology

(VI)   Main conclusions:

(VII)     Project issues and risks

**Chapter 2   China's CPT industry status and market analysis**

(I)      Current situation and analysis of China's CPT industry:

(II)     Market analysis:

**Chapter 3   Main technical indicators of the product**

(I)      Product technical specifications

(II)     Process flow

(III)    Brief description of production technology

(IV)    Equipment selection

**Chapter 4   Construction plan**

(1)      Process

(II)     Equipment

(III)    Production cooperation relationship

(IV)    Civil engineering and other power parts

**Chapter 5   Environmental protection, occupational safety and health, fire protection, energy saving measures**

**Chapter 6   Organizational structure, labor quota**

**Chapter 7   Project implementation progress**

**Chapter 8   Investment estimation and financing**

(I)      Total investment and financing

(II)     Liquidity estimation

(III)   Explanation on issues related to [illegibel] estimation and financing

[illegible]

**Chapter 9 Product cost and expense estimation**

(I) Calculation of cost and expenses in the year of reaching production capacity (calculated according to the third year)

(II) Determination of basic data for cost calculation and explanation of related issues

**Chapter 10 .......................................................................... Financial evaluations**

(I) Basis for calculation

(II) Financial evaluation

**Chapter 11 Conclusion of feasibility study**

Diagram 1: 54cm (PF) CPT production line pre-engineering process
Diagram 2: 54cm (PF) CPT production line post-engineering process

[illegible]

## Chapter 1        General remarks

**(I)  Project name, undertaking unit and person in charge of the project**

Project name:                54cm full flat color picture tube technology introduction project

Project sponsor:            Color Tube Factory 1

Person in charge of the project:  Li Miao

Position:                Director of Color Tube Factory 1

**(II) Research scope of feasibility study report**

This report analyzes the current situation of the 40cm color display tube (CDT) production line of IRICO Picture Tube Factory 1 and the background of the project proposal; carries out research on the market demand, technical source, technical level and development trend of 54 cm full flat (PF) color tube products; discusses the product specifications, production technology, production cooperation and the construction plan of related technical transformation; at the same time, demonstrations are made on environmental protection, fire protection, energy saving, occupational safety and health, etc.; on the basis of a more realistic calculation of production and operating costs, the economic evaluation of the project is carried out; finally, the feasibility of the project is concluded.

**(III)        Background of the proposal**

The 40cm color display tube production line of IRICO Picture Tube Factory 1 is currently in a state of intermittent production and limited production due to technical quality of products, production cost and market reasons. Continuing to produce 40cm CDT will still see losses. In order to revitalize assets, increase the market share and market competitiveness of IRICO Group's products, stabilize the workforce, and create a new economic growth point for IRICO, it is imminent that we carry out technical transformation of the 40cm color display tube production line of IRICO Picture Tube Factory 1.

In view of the turning point in the current market, the trend of pure flat color tubes is becoming stronger and stronger, and the demand volume for 54cm full flat color tubes continues to grow, it is a better choice to transform the 40cm color display tube production line of IRICO Picture Tube Factory 1 into a 54cm full flat color tube production line.

**(IV)        Basic information of construction units:**

1.   History

Before 1994, the production capacity of IRICO Color Picture Tube General Factory was relatively small, with an annual output of 4.3 million units. In order to meet market demand and improve economic benefits, after several years of relatively large-scale technological transformation, the production capacity of Color Tube Factory 1 expanded from 2 million units per year to 3.3 million units per year in 1996,

[illegible]

and the production capacity of the Color Tube Factory 2 expanded from 1.6 million units per year to 3 million units per year. The production capacity of the supporting parts factory has also been expanded accordingly.

Color Tube Factory 1 currently has three production lines, two of which produce 37cm color picture tubes, and one produces 40cm color display tubes. At present, the designed production capacity of the two 37 cm color tube production lines is 3.3 million pieces of 37 cm color tubes per year.

The 40 cm color display tube (CDT) production line was completed and put into operation at the end of 1998. The designed production capacity is 1 million pieces of 40 cm CDTs per year, and the actual production capacity is 1.2 million pieces.

2.    Investment status:

The total investment of the 40 cm color display tube production line is about 670 million yuan. As of the end of June 2002, the net value of fixed assets is about 232.76 million yuan.

3.    The operating status of the 40 cm color display tube production line in recent years:

Table of operating status of 40 cm color display tube production line in the last four years:

Unit: Ten thousand units, ten thousand yuan

| Year | Production volume | Sales volume | Profit |
|---|---|---|---|
| 1998 | 21.9459 | 19.6723 | -174 |
| 1999 | 95.8186 | 78. 7533 | -914 |
| 2000 | 82.1920 | 82.1560 | -5682 |
| 2001 | 36.4468 | 51. 4206 | |
| Total | 236. 4033 | 232. 0022 | |

It can be seen from the above table that in recent years, the production volume and sales volume of IRICO's 40cm CDT have experienced negative growth. Due to the sharp drop in price, the 40cm CDT production line has suffered serious losses. It is meaningless to continue operating as it is now.

**(V) Main technical and economic indicators of the project**

1.    Design production capacity: The annual output is 1.5 million pieces of 54 cm full flat color tubes.

2.    Project investment: 29.56 million yuan, the required funds will be raised by the enterprise itself.

3.    Construction period: Trial production to start 6 months after project approval, and will reach design capacity in 18 months.

4.    After the completion of the project transformation, the annual new sales revenue is about 895 million yuan

5.    After the completion of the project transformation, the total annual profit        is about 100 million yuan

6.    The annual net profit                            is about 70 million yuan

7. After-tax financial internal rate of return 19.3%
8. Payback period (static) 4.4 years
   Payback period (dynamic) 5 years

**(VI) Main conclusions:**

1. The implementation of the 54cm (PF) CPT technology introduction project by IRICO Group Corporation can revitalize existing assets, adjust and optimize product structure, and increase product varieties. It is the most feasible plan for enterprises to increase market share and increase new profit growth points.
2. Hitachi's technical assistance is used for this technical transformation. Part of the special equipment for the production line is purchased, the process technology and product production license are introduced, and a small number of experts are invited to guide. The transformation task is expected to be completed within 6 months.
3. The investment is small and the economic benefits are good. Based on the above analysis, we believe that it is technically and economically feasible to transform the 40cm CDT production line to produce 54cm full flat color tubes.

Project issues and risks

## Chapter 2 China's CPT industry status and market analysis

**(I) Current situation and analysis of China's CPT industry:**

China's CPT industry is in the middle and early stages of maturity. Although there may be a low tide of industrial development in the short term, in the medium term, China's CPT industry still has a very broad space for development, and China's CPT enterprises still have great potential in this field. The reasons are as follows:

**1. The scale of China's CPT industry continues to grow rapidly**

The total output of China's CPT industry has maintained a relatively high growth rate since 1992, much higher than the growth rate of the global CPT total output. With the transfer of color tube production lines of foreign CPT companies to China, China will gradually become the world's largest and most concentrated CPT production base. It is predicted that China's CPT industry will likely occupy about 50% of the global CPT market in the next ten years. In the global medium and small screen CPT market, Chinese CPT companies will occupy most of the market share. In 2000, China's CPT output only accounted for 26.9% of the global CPT output, and the industry's medium-term upward trend will not change.

Table 2-1 Global CRT industry scale from 1994 to 2000

Unit: Hundred million units

| Year | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 2000 | 2001 |
|---|---|---|---|---|---|---|---|---|

| Total production volume | 1. 622 | 1. 814 | 2. 085 | 2. 14 | 2. 36 | 2. 48 | 2. 62 | 2. 50 |
|---|---|---|---|---|---|---|---|---|
| Annual growth rate | - | 11. 84% | 14.94 % | 2. 64% | 10.28% | 5.08% | 5.65% | - 4. 6% |

Note: In 2001, due to the impact of LCD price cuts and the downturn in the IT industry, CDT's production and sales ratio decreased by 17%, resulting in a decline in the total output of CRT.

**2.   China's CPT market and export market have huge demand potential**

Since the mid-1990s, China's color TV market has entered a period of total surplus due to excess supply, and the growth rate has slowed down. In 2000, the industry's volumes of both production and sales even declined compared with last year. Thus, it indirectly hindered the growth of demand for CPT.

Table 2-2        **Production and sales scale of China's color TV industry in recent years**
Unit: 10,000 units

| Year | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 |
|---|---|---|---|---|---|---|
| Production volume | 2095 | 2496 | 3268 | 3863 | 3742 | 3820 |
| Sales volume | 2082 | 2481 | 3160 | 3773 | 3576 | 3850 |



In the medium term, there is undoubtedly a huge demand potential in China's color TV market. According to the survey, in the next five years, 20.5% of urban households have an expected demand for TV sets, and rural households expecting to purchase account for 25.73% of all households. This will be a very huge market.

In addition, in recent years, with the strategic adjustment of the product structure of foreign CPT enterprises and the continuous enhancement of the international competitiveness of China's CPT enterprises, China's CPT exports have also grown relatively rapidly. In 2001, China's CPT export volume reached 10.59 million pieces, an increase of 3% compared with 2000. It can be predicted that there is still a huge demand potential to be tapped in China's CPT market and export market. In the medium term, China's CPT production [illegible]

**3. CPT product surplus is more manifested as structural product surplus**

According to the statistics of the Ministry of Information Industry, in 2001, the product backlog of China's CPT enterprises reached 1.8 million pieces. In 2001, the various types of CPT in China were 21 inches (18.25 million units), 29 inches (7.33 million units), and 25 inches (6.34 million units) according to the total number of production. The total production volume of 34 inches CPT is only more than 930,000 units. In the next few years, for urban households that expect to buy color TVs, the market demand will mainly focus on pure-flat, high-resolution, rear-projection, ultra-thin and other new color TVs. The rural market will still be dominated by 21 inches and 25 inches color TVs. From 1998 to 2001, the market demand for pure flat CPT in China was growing at an annual rate of more than 10%. Therefore, China's CPT market is not in a state of complete product surplus, but in a state of structural product surplus. If China's CPT enterprises speed up the upgrading and transformation of technology and product upgrading and replacement, and can effectively meet the market demand for high-tech and high value-added CPT on the basis of occupying the medium and small screen CPT market, then China's CPT manufacturers will face a market with a much wider range of needs.

**4. CPT technology still has a relatively long survival time**

Although in the second half of the 1990s in the 20th century, new display device technologies represented by liquid crystal displays and PDPs developed rapidly, the application of traditional flat panel display devices represented by VFD (vacuum fluorescent display), LED (light emitting diode), and ELD (electroluminescent display) has also been greatly expanded. In the field of color TV, CPT has also been eroded and challenged by the market of LCD and PDP products. However, CPT technology is quite mature, and it is stronger than LCD products in terms of response speed, viewing angle, brightness, contrast, operating temperature, resolution, image update frequency, and color scale that can be presented, and its cost is lower. In general, CPT is still the display device with the best display quality, the highest performance-price ratio, the largest display application area, and the highest sales amount. According to the forecast of U.S. Stanford Company, this advantage will continue until 2020. Therefore, it can be foreseen that in the field of TV display devices ranging from 21 inches to 34 inches, CPT will continue to maintain its dominant position for at least fifteen years by virtue of its traditional advantages in multi-color, grayscale, display size, definition, performance-price ratio, etc.

To sum up, China's CPT industry is currently roughly in the middle and early stages of maturity. China's CPT industry will have considerable room for development.

**(II)Market analysis:**

1. The domestic CPT market demand structure is changing, and the demand for small-and -medium-screen CPT is picking up.

The decline in CPT sales volume in 2001 had different effects on different types of products. The demand volume for CPTs with larger screens began to fall after several years of growth, while the demand for CPTs with medium and small screens began to pick up. In 2001, the national output of 29 inches CPT in China dropped by 13% compared with 2000, and the sales volume was basically the same as that of 2000. 25 inches CPT production volume was down 25% and sales volume was down 14%. 21 inches production volume increased by 23.4%, and sales volume increased by 23%. In 2001, the sales volume of 21 inches and 25 inches color tubes accounted for 73.3% of the overall market sales volume, up 12.2% from 61.1% in the same period last year.

2. China's CPT export growth is strong

In 2001, China's CPT exports reached 10.59 million pieces. The specific export varieties and quantities are as follows.

Table 2 - 4 **Exports of various types of CPT in 2001**

| Model number | Export volume (10,000 units) | Proportion |
|---|---|---|
| Under 21 inches | 593. 11 | 56% |
| 21 inches | 352. 20 | 33. 26% |
| 25 inches | 24. 52 | 2. 3% |
| 29 inches | 79. 86 | 7. 4% |
| 34 inches | 0.42 | 0.04% |

It can be seen from Table 2-4 that the export volume of CPTs 21 inches and below in China accounted for 89.26% of the total export volume, with an absolute volume of 9.45 million units. This shows that medium and small screen CPTs are still the leading export products of China's CPT industry. Moreover, with the successive withdrawal of some CPT manufacturers in Europe, and the CPT manufacturers in South Korea and Japan shifting their business focus to the production of large-screen CPTs, China's competitiveness in the global medium and small-screen CPT market is increasing. On the premise of expanding the production scale and consolidating the traditional advantages of medium and small screen CPT, how to speed up technological upgrading and transformation to improve the competitiveness of China's CPT enterprises in high value-added products is a problem that must be solved for China's CPT enterprises to eventually grow into international enterprises.

3. Forecast of sales structure of CPT products in China in 2002

In terms of sales structure of CPT products in 2002, the pursuit of large-screen CPT will shift to medium and small-screen CPT. Market demand will be dominated by 21 inches, 25 inches and 29 inches. Among them, the 21 inches and 25 inches CPT market share will account for more than 10% of the entire domestic market.

In 2001, the sales order of color TVs in the rural market was 21 inches, 25 inches, and 29 inches. Medium and small screen color TVs are still the mainstream products in the rural market. In the color TV export market, the traditional advantages of China's CPT companies lie in CPTs of 21 inches and below.

As one of the two largest color TV markets in the world, the United States has a market share of about 18% for color TVs below 18 inches, and about 43% for 20 and 21 inches. The market share of 21 inches and below 21 inches color TVs reached 61%. An increase of 2% to 3% on such a huge base is quite large in absolute volume. South Korea's annual demand volume for medium and small screen CPTs reaches 6 million pieces. International market demand will become an important pillar to support the stable and orderly development of China's CPT industry, and developing the international market will also become one of the main tasks of China's CPT enterprises.

4. Regarding full flat CPT technology

The planarization of CPT began in the early 1980s. After continuous technical research, development, and improvement, the radius of curvature of the CPT plane gradually changed from 1R, 1.5R, 2R, and 5R until it transitioned to a pure plane. The pure plane minimizes the refraction of light in the environment, and the color is clearer and brighter; it does not have the slight distortion and deformation of the image (especially the corner image) caused by the super-flat tube (SF tube) due to the different curvature of the screen, which makes the images more realistic. Due to the high added value and advantages of pure flat-screen color tubes in the future ultra-large screen HDTV and DTV, the application prospect is very broad. In recent years, the global demand for flat tubes has grown rapidly. According to the forecast (statistics) of Matsushita Electric Industrial Company, the proportion of planar tubes in global CPT was 6% in 1999 and will exceed 10% in 2000. According to the calculation of AGC Inc., the global demand for CPT flat tubes was 10 million pieces in 1999; in 2000, the demand for CPT flat tubes was 15 million pieces, an increase of 50%. In the same period, the total global demand volume for CPT only increased by 3.7%.

As for China's CPT market, 2002-2006 will be a competitive stage for the transition from spherical tubes to ultra-flat and pure planar tubes. The demand volume for pure-flat-screen color TVs in the domestic market continues to increase. Especially in the past two years, the unit price of pure flat color TVs has dropped by an average of 50%, making the performance/price ratio more reasonable and its market share gradually increasing. As urban consumers enter the color TV replacement period and the price of pure flat TVs continues to drop, it is certain that pure flat TVs will become a hot spot for consumption in urban households in the next few years, and the market share of pure flat tubes is expected to increase relatively significantly.

5. Regarding digital high-definition television technology

At present, the world market is vigorously developing digital high-definition TV. Because digital high-definition

TV has many advantages such as saving frequency resources, improving picture and sound quality, and providing value-added services, it is an inevitable development trend for digital TV to replace traditional analog TV. In the next few years, with the continuous development of digital TV technology and the continuous decline of manufacturing costs, pure flat-screen color tubes, standard-definition and high-definition color tubes and other CPT products that meet the needs of digital TV and have higher value-added sales will continue to increase in the global market, making the sales amount growth rate of the entire industry faster than sales volume growth rate. At the same time, the production and sales volume of ordinary CPT products with medium and small screens will also be maintained at a relatively high level.

6.      Regarding the 21 inches pure flat color TV:

According to the estimates of Stanford Resources Department in the United States, by 2007, half of the CRT TVs 21 inches and below will adopt the flat screen format. The 21 inches color TV produced in China accounts for about 39% of the color TV products in China, and the output basically remains in a stable state, and it is expected to remain flat in the next few years. In 2001, 14.9 million sets of 21 inches color TVs were produced, accounting for about 39% of the market share; 18.25 million sets [sic] of color tubes were produced, of which about 1.5 million pieces were pure flat color tubes, less than 10% of the total volume of 21 inches color tubes. In 2001, China produced a total of 1.3 million sets of 21 inches pure flat color TVs. If calculated according to 50% being pure flat, the demand volume for pure flat color tubs by 2007 should be about 900. There is a certain gap in the market compared with the output and demand.



Product structure of color TV supply in 2001
Data sources: CCID 2002, 02



No new pollution sources will be added, so new pollution will not be generated; the original production line has passed the inspection and acceptance of the appraisal agency organized by the relevant state departments and meets the national standards.

## Chapter 6 Organizational structure, labor quota

The organizational structure is still the same as that of the original factory 1, with a labor quota of 780 people, which will be allocated and resolved internally.

## Chapter 7 Project implementation progress

The project will be completed within 6 months after the approval of the project feasibility study report, and trial production will start.

In the second year, the output will reach 1.3 million pieces, and in the third year, the annual output will reach 1.5 million pieces.

## Chapter 8 Investment estimation and financing

**(I) Total investment** 29.56 million yuan (including foreign exchange of USD 3.17 million)

These include:

1. Technology transfer fee: USD 600,000
   Equivalent to RMB 4.98 million
2. Screen coating technology disclosure fee: USD 480,000
   Equivalent to RMB 3.98 million
3. Transformation consulting fee: USD 140,000
   Equivalent to RMB 1.16 million
4. Expert service fee: USD 150,000
   Equivalent to RMB 1.24 million
5. Imported equipment fee: USD 1.8 million
   Equivalent to RMB 16.2 million
6. Reserve fee: 2 million

All investment is raised by the enterprise itself.

**(II) Liquidity estimation**

The annual liquidity requirement for normal production is 20 million yuan, using its own funds.

**(III) Explanation on issues related to investment estimation and financing**

· The price of the imported equipment is estimated with reference to the quotation data of foreign companies.

· The foreign exchange rate is approximately equivalent to US$1 announced by the State Administration of Foreign Exchange in July 2002.

[illegible]

## Chapter 10 Financial evaluation and risk analysis

**(I) Basis for calculation**

- Production outline: Annual output of 54cm (PF) CPT 1.5 million pieces
- Production progress:

Production volume in the first year of production will be 900,000 units;
Production volume in the second year of production will be 1.3 million units;
Production volume from the third year of production will be 1.5 million units.
Product sales price:
The first year 620 yuan / unit (the price includes tax)
The second year 608 yuan / unit (the price includes tax)
The third year 597 yuan / unit (the price includes tax)

The products of this project are subject to value-added tax, and the tax rate is 17%. In addition, a city maintenance and construction tax of 7% and an education surcharge of 3% of the tax payable shall be paid. Corporate income tax is calculated at 33%.

**(II)Financial evaluation**

Project calculation period: 8 years
Normal production annual sales revenue is about 895 million yuan.
Total of normal production annual profit and tax is about 100 million yuan
The profit after income tax is about 70 million yuan,
Project net present value is 226.79 million yuan
After-tax internal rate of return 19.3%
Payback period after tax (static) 4.4 years
After-tax payback period (dynamic) 5.07 years

## Chapter 11 Conclusion of feasibility study

1. The 40cm CDT production line of Color Tube Factory 1 is currently in a state of limited production. After the transformation, it can revitalize the existing assets, stabilize the workforce, and enhance the cohesion of the enterprise.

2. The pure flattening of color tubes is the market trend, and 54cm (PF) CPT is also a tube type that is relatively popular in the market and has a large export volume [illegible] stop the production of 40cm CDT and increase

the share of 54cm (PF) CPT. It can adjust and optimize product structure, increase product variety, increase market share, and increase new profit growth points, so it is correct in product selection.

3. This technical transformation adopts Hitachi's technical assistance method, purchases some special equipment for the production line, introduces process technology and product production license, and invites a small number of experts for guidance. It is estimated that the transformation task will be completed in 6 months.

4. Small investment and good economic benefits.

Based on the above analysis, we believe that it is technically and economically feasible to transform the 40cm CDT production line of Color Tube Factory 1 to produce 54cm full-flat CPT technology, and it is recommended to approve the implementation.

August 8, 2002

010

彩虹集团公司

54cm全平面彩色显像管技术引进项目

# 可行性研究报告

（代项目建议书）

2002年8月8日

CONFIDENTIAL IRI-CRT-00027165

Case 4:07-cv-05944-JST Document 6307-2 Filed 09/06/23 Page 128 of 207

# 目　　录

第一章 总论

（一） 项目名称、承办单位及项目负责人

（二） 可行性研究报告的研究范围

（三） 项目提出的背景

（四） 建设单位的基本情况

（五） 技术引进项目的技术经济指标

（六） 主要结论

（七） 项目存在的问题及风险

第二章 我国 CPT 产业的现状与市场分析

（一） 我国 CPT 产业的现状分析

（二） 市场分析

第三章 产品主要技术指标

（一） 产品技术规格

（二） 工艺流程

（三） 生产技术简述

（四） 设备选型

第四章 建设方案

（一） 工艺

（二） 设备

（三） 生产协作关系

（四） 土建及其他动力部分

第五章 环境保护、职业安全卫生、消防、节能措施

第六章 组织机构、劳动定员

第七章 项目实施进度

第八章 投资估算和资金筹措

（一） 总投资及资金筹措

（二） 流动资金估算

（三） 投资估算和资金筹措有关问题的说明

第九章 产品成本和费用测算

（一） 达产年（按第三年计）成本和费用测算

（二） 成本计算基础数据的确定及有关问题说明

第十章 财务评价

（一） 计算的依据

（二） 财务评价

第十一章 可行性研究的结论

附图 1:54cm(PF)CPT 生产线前工程工艺流程

附图 2:54cm(PF)CPT 生产线后工程工艺流程

# 第一章　总　论

（一）项目名称、承办单位及项目负责人

项 目 名 称:　54cm全平面彩色显像管技术引进项目

项目主办单位:　彩管一厂

项目负责人:　李 淼

职　　务:　彩管一厂厂长

（二）可行性研究报告的研究范围

本报告分析了彩虹显像管一厂40cm彩色显示管（CDT）生产线的现状、项目提出的背景；研究了 54 cm 全平面（PF）彩管产品的市场需求、技术来源、技术水平和发展趋势；论述了产品规格、生产技术、生产协作及有关技术改造的建设方案等；同时对环保、消防、节能、职业安全卫生等方面进行了论证；在对生产和经营成本作了较为切合实际的核算的基础上，进行了项目的经济评价；最后对项目的可行性做出了结论。

（三） 项目提出的背景

彩虹显像管一厂 40cm 彩色显示管生产线由于产品的技术质量、生产成本和市场方面的原因，目前处于断续生产、限产状态。继续生产 40cm CDT，仍将会出现亏损。为了盘活资产，增加彩虹集团公司产品的市场份额和市场竞争力，稳定职工队伍，创造彩虹新的经济增长点，对彩虹显像管一厂 40cm 彩色显示管生产线进行技术改造，已迫在眉睫。

鉴于目前市场出现转机，彩管纯平化趋势日趋强盛，54cm 全平面彩管的需求量持续增长，将彩虹显像管一厂 40cm 彩色显示管生产线改造成54cm全平面彩管生产线，是一个比较好的选择。

（四）建设单位的基本情况：

1、历史沿革

1994 年前，彩虹彩色显像管总厂的生产能力较小，年产量为 430 万只。为了满足市场需求，提高经济效益，经过几年较大规模的技术改造，彩管一厂的生产能力从 200 万只/年扩大到 1996 年的 330

CONFIDENTIAL　IRI-CRT-00027168

万只/年，彩管二厂的生产能力从160万只/年扩大到300万只/年，配套零部件厂的生产能力也相应扩大。

彩管一厂现有三条生产线，其中2条生产37cm彩色显像管，1条生产40cm彩色显示管。目前2条37 cm彩管生产线的设计生产能力为年产37 cm彩管330万只。

40 cm彩色显示管（CDT）生产线于1998年底建成投产，设计生产能力为年产40 cm CDT 100万只， 实际生产能力为120万只。

2、投资情况：

40 cm彩色显示管生产线总投资约67000万元，截至2002年6月底，固定资产的净值约为23276万元。

3、40 cm彩色显示管生产线近几年的经营状况：

最近四年40 cm彩色显示管生产线经营状况表：

单位：万只、万元

| 年 份 | 生产量 | 销售量 | 利 润 |
|---|---|---|---|
| 1998年 | 21.9459 | 19.6723 | -174 |
| 1999年 | 95.8186 | 78.7533 | -914 |
| 2000年 | 82.1920 | 82.1560 | -5682 |
| 2001年 | 36.4468 | 51.4206 | |
| 合 计 | 236.4033 | 232.0022 | |

从上表可见，近年来彩虹的40cm CDT的生产量和销售量都出现负增长，由于价格的大幅度下降，40cm CDT生产线出现严重亏损，按照现状继续经营已无任何意义。

**（五）项目的主要技术经济指标**

1、设计生产能力：年产54 cm全平面彩管150万只。

2、项目投资：2956万元，所需资金由企业自筹解决。

3、建设周期：项目批准后6个月开始试生产，18个月达设计能力。

4、项目改造完成后年新增销售收入　约89500万元

5、项目改造完成后年利润总额　　约10000万元

6、年净利润　　　　　　　　　　约7000万元

Case 4:07-cv-05944-JST Document 6307-2 Filed 09/06/23 Page 132 of 207

7、税后财务内部收益率　　　19.3%

8、投资回收期（静态）　　　4.4 年

投资回收期（动态）　　　5　年

**（六）主要结论:**

1、彩虹集团公司实施 54cm（PF） CPT 技术引进项目可盘活现有资产，调整和优化产品结构，增加产品品种，是企业提高市场占有率，增加新的利润增长点的最可行方案。

2、本次技术改造是采用日立公司的技术援助方式，购买生产线部分专用设备，引进工艺技术和产品的生产许可，并请少量专家进行指导，预计 6 个月即可完成改造任务。

3、投资不多，经济效益好。

综合以上分析，我们认为改造 40cm CDT 生产线生产 54cm 全平面彩管项目在技术上、经济上是可行的。

## 第二章　我国 CPT 产业现状与市场分析

**（一）我国 CPT 产业现状及分析:**

我国 CPT 产业正处在成熟期的中前期阶段，虽然短时期可能出现产业发展低潮，但从中期来看，我国 CPT 产业依然有着一个非常广阔的发展空间，我国 CPT 企业在这个领域仍然大有可为。理由如下:

**1. 我国 CPT 产业规模持续快速增长**

我国 CPT 产业，总产量从 1992 年以来一直保持着较高的增长态势，远远高于全球 CPT 总产量增长速度。随着国外 CPT 企业的彩管生产线向中国转移，中国将逐渐成为世界上最大、最集中的 CPT 生产基地，预测我国 CPT 产业未来十年内将有可能占据全球 CPT 市场 50%左右的市场份额。在全球中、小屏幕 CPT 市场上，我国 CPT 企业将占据这个市场的绝大部分份额。而 2000 年我国 CPT 产量只占全球 CPT 产量 26.9%的份额，产业中期向好的趋势不会改变。

表 2-1　　1994 年—2000 年全球 CRT 产业规模

单位: 亿只

| 年份 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 2000 | 2001 |
|---|---|---|---|---|---|---|---|---|

| 总产量 | 1.622 | 1.814 | 2.085 | 2.14 | 2.36 | 2.48 | 2.62 | 2.50 |
|---|---|---|---|---|---|---|---|---|
| 年增长率 | - | 11.84% | 14.94% | 2.64% | 10.28% | 5.08% | 5.65% | -4.6% |

注：2001 年，由于受到 LCD 降价的冲击和 IT 行业不景气的影响，CDT 的产销率降低了 17%，导致 CRT 总产量下降。

**2. 我国 CPT 市场与出口市场需求潜力巨大**

从 90 年代中期开始，我国彩电市场已经进入供大于求的总量过剩时期，增长幅度趋缓，2000 年甚至出现了全行业产销量与去年同比双双下降的局面。因而间接阻碍了对 CPT 需求的增长。

表 2－2　　近年我国彩电产业产销规模

单位：万台

| 年份 | 1996 年 | 1997 年 | 1998 年 | 1999 年 | 2000 年 | 2001 年 |
|---|---|---|---|---|---|---|
| 生产量 | 2095 | 2496 | 3268 | 3863 | 3742 | 3820 |
| 销售量 | 2082 | 2481 | 3160 | 3773 | 3576 | 3850 |

从中期来看，我国彩电市场无疑还存在着巨大的需求潜力。据调查，在未来 5 年内有 20.5%的城市家庭对电视机有预期需求，农村的预期购买家庭占全部家庭数的 25.73%，这将是一个十分庞大的市场。

另外，近年来随着国外 CPT 企业产品结构的战略调整以及我国 CPT 企业国际竞争力的不断增强，我国 CPT 出口增长也比较快。2001 年 我国 CPT 出口量已达到 1059 万只，与 2000 年相比增长 3%。由此可以预见，我国 CPT 市场与出口市场还有巨大的需求潜力可挖，中期来看，我国 CPT 产[illegible]长[illegible]

Case 4:07-cv-05944-JST Document 6307-2 Filed 09/06/23 Page 134 of 207

3. **CPT产品过剩更多表现为结构性产品过剩**

据信息产业部统计，2001年我国CPT企业产品积压达到180万只。2001年，我国各种型号CPT按生产总数多少排序依次是21英寸(1825万只)、29英寸(733万只)、25英寸(634万只)。34英寸CPT生产总量仅有93万余只。未来几年城市预期购买彩电的家庭的市场需求主要集中在纯平、高分辨、背投、超薄等新型彩电上，农村市场仍以21英寸和25英寸彩电为主。从1998年至2001年，我国纯平CPT市场需求正以每年10%以上的速度增长。因此，我国CPT市场并不是处在产品完全过剩的状态，而是处在结构性产品过剩的状态。如果我国CPT企业加快技术的更新改造和产品的更新换代，在占据中、小屏幕CPT市场的基础上又能够有效地满足高技术、高附加值CPT的市场需求，那么，我国CPT厂商就会面对着一个需求规模宽广很多的市场。

4. **CPT技术仍有比较长的生存时间**

虽然在20世纪90年代后半期，以液晶显示器和PDP为代表的新型显示器件技术得到迅猛地发展，而以VFD（真空荧光显示）和LED（发光二极管）、ELD（电致发光显示）为代表的传统平板显示器件的应用也有了极大的扩展。在彩色电视机领域，CPT也已经受到LCD和PDP产品的市场侵蚀和挑战。但CPT技术上已相当成熟，在响应速度、视角、亮度、对比度、工作温度、分辨率、图像更新频率以及可呈现的色阶等方面都强于LCD产品，而且成本较低。综合来说，CPT仍是显示质量最好，性能价格比最高，显示应用面积最大，销售额最高的显示器件。据美国斯坦福公司预测，这个优势将持续到2020年。因此可以预见，在21英寸到34英寸之间的电视显示器件领域，CPT将凭借其在多彩色、灰度、显示尺寸、清晰度、性能价格比等方面的传统优势，在至少十五年内继续维持其主导地位。

综上所述，我国CPT产业目前大致处在成熟期的中前期阶段。我国CPT产业还将有相当大的发展空间。

**（二）市场分析：**

1、国内CPT市场需求结构出现变化，中、小屏幕CPT需求量已

CONFIDENTIAL IRI-CRT-00027172

升。

2001 年 CPT 销量下滑对不同型号产品的影响不一。较大屏幕 CPT 的需求量在持续了几年的增长之后开始出现回落，中、小屏幕 CPT 的需求则开始有所回升。2001 年，我国 29 英寸 CPT 全国产量较 2000 年下降了 13%，销售量与 2000 年基本持平。25 英寸 CPT 产量减少了 25%，销售量减少了 14%。21 英寸产量却上升了 23.4%，销售量增加了 23%。2001 年 21 英寸和 25 英寸彩管的销售量占整体市场销量的 73.3%，比去年同期的 61.1%上涨了 12.2%。

2、我国 CPT 出口增长强劲

2001 年我国 CPT 出口达到 1059 万只具体出口品种、数量 如 下表。

表 2－4　　2001 年各种型号 CPT 出口情况

| 型号 | 出口量（万只） | 比　例 |
|---|---|---|
| 21 英寸以下 | 593.11 | 56% |
| 21 英寸 | 352.20 | 33.26% |
| 25 英寸 | 24.52 | 2.3% |
| 29 英寸 | 79.86 | 7.4% |
| 34 英寸 | 0.42 | 0.04% |

从表 2－4 中可以看出，我国 21 英寸和 21 英寸以下 CPT 的出口量占整个出口量的 89.26%，绝对量为 945 万只。这说明中、小屏幕 CPT 依然是我国 CPT 产业的出口主导产品。而且随着欧洲一些 CPT 生产企业的陆续退出，韩国、日本的 CPT 生产企业也将业务重点转向大屏幕 CPT 的生产后，我国在全球中、小屏幕 CPT 市场中的竞争力在增强。如何在扩大生产规模，巩固中、小屏幕 CPT 传统优势的前提下，加快技术更新改造以提高我国 CPT 企业在高附加值产品上的竞争力是我国 CPT 企业最终成长为国际性企业必须解决的问题。

3、2002 年我国 CPT 产品销售结构预测

2002 年 CPT 产品销售结构方面，将从追求大屏幕 CPT 向中、小屏幕 CPT 转移。市场需求将以 21 英寸、25 英寸和 29 英寸为主，其中，21 英寸和 25 英寸 CPT 市场份额仍将占整个国内市场 70%以上的

份额。2001 年农村市场彩电的销售顺序是 21 英寸、25 英寸、29 英寸，中、小屏幕彩电依然是农村市场的主流产品。而在彩电出口市场上，我国 CPT 企业的传统优势就在 21 英寸及 21 英寸以下的 CPT 上。

美国作为全球两大彩电市场之一，其 18 英寸以下彩电市场份额约为 18%，20、21 英寸的市场份额约为 43%。21 英寸及 21 英寸以下彩电所占市场份额达到了 61%。在这样庞大的基数上增长 2%—3%，其绝对量是相当大的。韩国对中、小屏幕 CPT 的年需求量就达 600 万只。国际市场需求将成为支撑我国 CPT 产业稳定有序发展的重要支柱，开拓国际市场也将成为我国 CPT 企业的主要任务之一。

4、关于全平面彩管技术

CPT 的平面化始于八十年代初，经过不断地进行技术研究、开发、改进，CPT 平面的曲率半径逐渐由 1R、1.5R、2R、5R 直到过渡到纯平面。纯平面最大限度地减少了环境中光线的折射，色彩更透亮艳丽；它没有超平管（SF 管）由于屏面曲率不同造成的图像（尤其是边角图像）轻微的扭曲、变形，而使图像更加逼真。由于纯平面彩管在未来超大屏幕 HDTV、DTV 上具有的高附加值和优势，因此应用前景十分广阔。近几年来，全球对平面管的需求增长很快。据松下电器公司预测（统计），全球 CPT 中平面管的比例 1999 年为 6%，2000 年将超过 10%。据旭硝子株式会社测算，全球 CPT 平面管的需求，1999 年是 1000 万只；2000 年 CPT 平面管需求为 1500 万只，增长了 50%。而同期全球 CPT 总需求量只增长了 3.7%。

至于我国 CPT 市场， 2002—2006 年将是球面管向超平、纯平面管过渡的竞争阶段。国内市场对纯平面彩电的需求量不断增加，特别是近二年来，纯平彩电单价平均下跌 50%，使其性能/价格比趋于合理化，其市场占有率逐渐增加。随着城市消费者进入了彩电换代期，以及纯平彩电的不断降价，可以肯定，纯平彩电在今后几年内将是城市家庭的消费热点、纯平面管的市场份额预计将有较大的增长。

5、关于数字高清晰度电视技术

目前世界市场正在大力发展数字高清晰度电视，因为数字高清晰

度电视具有节约频率资源、提高画面和伴音质量以及可以开展增值服务等诸多优越性，所以，数字电视取代传统模拟电视是必然发展趋势。在未来几年时间里，随着数字电视技术的不断向前发展和制造成本的不断下降，纯平面彩管、标准清晰度和高清晰度彩管等满足数字电视需要的、有较高附加值的 CPT 产品在全球市场中所占销量比重将不断提高，使整个产业的销售额增长速度要快于销售量增长速度。同时，中、小屏幕的普通 CPT 产品产销量也将维持在一个较高水平上。

6、关于 21 英寸纯平彩电：

根据美国 Stanford 资源部预计，到 2007 年，21 英寸和 21 英寸以下的 CRT 电视机的一半将采用平面屏格式。我国生产的 21 英寸彩电在我国彩电产品中约占 39%的份额，产量基本保持在一个平稳的状态，预计未来几年也将保持持平。2001 年生产 21 英寸彩电 1490 万台，约占市场份额的 39%；彩管生产 1825 万台，其中纯平彩管生产约 150 万只，不足 21 英寸彩管总量的 10%。2001 年我国共生产 21 英寸纯平彩电 130 万台，若按照 50%的纯平化计算，则至 2007 年纯平彩管的需求量应为 900 左右，产量与需求相比有一定的市场空缺。

2001年彩电供给产品结构

数据来源：CCID 2002，02

不增加新的污染源，因此，不会生成新的污染；原生产线已经国家有关部门组织的鉴定机构验收通过，符合国家标准。

## 第六章 组织机构、劳动定员

组织机构仍按原一厂组织机构，劳动定员 780 人，在内部调配解决。

## 第七章 项目实施进度

项目可行性研究报告批准后 6 个月以内建成,开始试生产。

第 2 年产量达到 130 万只,第 3 年开始达到力年产 150 万只。

## 第八章 投资估算和资金筹措

**（一）、总投资** 2956 万元（其中含外汇 317 万美元）

其中包括:

1、技术转让费: 60 万美元
折合人民币 498 万元

2、涂屏技术公开费: 48 万美元
折合人民币 398 万元

3、改造咨询费: 14 万美元
折合人民币 116 万元

4、专家服务费: 15 万美元
折合人民币 124 万元

5、进口设备费: 180 万美元
折合人民币 1620 万元

6、预备费: 200 万元

全部投资由企业自筹。

**（二）流动资金估算**

正常生产年流动资金需要量为2000 万元，使用自有资金。

**（三）投资估算和资金筹措有关问题的说明**

·引进设备价格参考外商报价资料进行估算。

·外汇汇率按国家外汇管理局2002年7月公布的1美元约折

## 第十章财务评价和风险分析

### （一）计算的依据

· 生产大纲：年产54cm(PF) CPT 150万只

· 生产进度：

生产第一年产量 90万只；

生产第二年产量 130万只；

生产第三年起产量 150万只。

产品销售价格：

第1年 620元 /只（价格为含税价）

第2年 608元 /只（价格为含税价）

第3年 597元 /只（价格为含税价）

本项目产品缴纳增值税，其税率为17%。另外，再缴纳应纳税额的7%的城市维护建设税及3%的教育费附加。企业所得税按33%计算。

### （二）财务评价

项目计算期：8年

正常生产年年销售收入 约89500 万元。

正常生产年利税总额 约10000万元

所得税后利润 约 7000万元，

项目净现值 22679万元

税后内部收益率 19.3%

税后投资回收期(静态) 4.4年

税后投资回收期(动态) 5.07年

## 第十一章 可行性研究的结论

1、彩管一厂 40cmCDT 生产线目前处于限产状态，改造后，可盘活现有资产，稳定职工队伍，增强企业凝聚力。

2、彩管纯平化是市场的趋势，而 54cm（PF） CPT 也是目前市场上比较流行、出口量较大的一种管型，停止 40cmCDT 的生产，增加

54cm（PF） CPT 的份额，可调整和优化产品结构，增加产品品种，提高市场占有率，增加新的利润增长点，因此在产品选型上正确的。

3、本次技术改造是采用日立公司的技术援助方式，购买生产线部分专用设备，引进工艺技术和产品的生产许可，并请少量专家进行指导，预计 6 个月即可完成改造任务。

4、投资不多，经济效益好。

综合以上分析，我们认为改造彩管一厂 40cmCDT 生产线，生产 54cm 全平面彩管技术引进项目在技术上、经济上是可行的，建议批准实施。

2002 年 8 月 8 日

# EXHIBIT 36

1898795

FILED
In the office of the Secretary of State of the State of California

JUL - 5 1995

BILL JONES, Secretary of State

**ARTICLES OF INCORPORATION**

**OF**

**IRICO (USA) INC.**

ONE: The name of this corporation is IRICO (USA) INC.

TWO: The purpose of this corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

THREE: The name and address in this state of the corporation's initial agent for service of process is HELEN Y.H. HUI, c/o IRICO (USA) INC., 3494 Camino Tassajara, Suite 102, Danville, California 94506.

FOUR: The total number of shares which the corporation is authorized to issue is ten million (10,000,000).

Dated: June 29, 1995

HELEN Y. H. HUI

I declare that I am the person who executed the above Articles of Incorporation, and such instrument is my act and deed.

HELEN Y. H. HUI

corp2:articles\iricoart.corp

# EXHIBIT 37

John Taladay (*pro hac vice*)
john.taladay@bakerbotts.com
Erik Koons (*pro hac vice*)
erik.koons@bakerbotts.com
BAKER BOTTS LLP
1299 Pennsylvania Ave., NW
Washington, D.C. 20004
Telephone: (202)-639-7700
Facsimile: (202)-639-7890

Stuart C. Plunkett (State Bar No. 187971)
stuart.plunkett@bakerbotts.com
BAKER BOTTS LLP
101 California Street, Suite 3600
San Francisco, California 94111
Telephone: (415) 291-6200
Facsimile: (415) 291-6300

*Attorneys for Defendants*
*IRICO GROUP CORP. and*
*IRICO DISPLAY DEVICES CO., LTD.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS | Master File No. 3:07-cv-05944-JST (N.D. Cal.)<br><br>MDL No. 1917<br><br>**IRICO DEFENDANTS' SUPPLEMENTAL OBJECTIONS AND RESPONSES TO INDIRECT PURCHASER PLAINTIFFS' SECOND SET OF INTERROGATORIES** |

| | |
|---|---|
| PROPOUNDING PARTY: | Indirect Purchaser Plaintiffs |
| RESPONDING PARTIES: | Irico Group Corporation<br>Irico Display Devices Co., Ltd. |
| SET NUMBER: | Two |

Pursuant to Federal Rules of Civil Procedure 26 and 33, Irico Group Corporation and Irico Display Devices Co, Ltd. (collectively, "Irico" or "Irico Defendants") hereby supplement their responses to the Indirect Purchaser Plaintiffs' ("Plaintiff") Second Set of Interrogatories ("Interrogatories"). Irico reserves the right to amend or supplement these Objections and Responses (the "Responses") to the extent allowed by the Federal Rules of Civil Procedure and the Local Rules of Practice in Civil Proceedings before the United States District Court for the Northern District of California ("Local Rules"). Subject to and without waiving any of Irico's General and Specific Objections as set forth below, Irico is willing to meet and confer with Plaintiff regarding such General and Specific Objections.

The following Responses are made only for purposes of this case. The Responses are subject to all objections as to relevance, materiality and admissibility, and to any and all objections on any ground that would require exclusion of any response if it were introduced in court. All evidentiary objections and grounds are expressly reserved.

These Responses are subject to the provisions of the Stipulated Protective Order that the Court issued on June 18, 2008 ("Protective Order"). Irico's Responses are hereby designated "Confidential" in accordance with the provisions of the Protective Order.

**GENERAL OBJECTIONS**

Irico makes the following General Objections to Plaintiff's Interrogatories:

1. Irico's Responses are based upon information available to and located by Irico as of the date of service of these Responses. In responding to Plaintiff's Interrogatories, Irico states that it has conducted, or will conduct, a diligent search, reasonable in scope, of those files and records in its possession, custody, or control believed to likely contain information responsive to Plaintiff's Interrogatories.

2. No express, incidental, or implied admissions are intended by these Responses and should not be read or construed as such.

3. Irico does not intend, and its Responses should not be construed as, an agreement or acquiescence with any characterization of fact, assumption, or conclusion of law contained in

IRICO'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO IPP'S SECOND SET OF INTERROGATORIES 1 Master File No. 3:07-cv-05944-JST MDL No. 1917

or implied by the Interrogatories.

4. To the extent that Irico responds to Plaintiff's Interrogatories by stating that Irico will produce or make available for examination responsive information or documents, Irico does not represent that any such information or documents exist. Irico will make a good faith and reasonable attempt to ascertain whether information responsive to Plaintiff's Interrogatories exists and is properly producible, and will produce or make available for examination non-privileged responsive materials to the extent any are located during the course of a reasonable search.

5. Irico objects to Plaintiff's Interrogatories to the extent that they are overly broad, unduly burdensome, oppressive, and duplicative to the extent that they seek information or documents that are already in the possession, custody, or control of Plaintiff.

6. Irico objects to Plaintiff's Interrogatories to the extent that they seek to impose obligations on Irico beyond those of the Federal Rules of Civil Procedure, the Local Rules, or any Order of this Court.

7. Irico objects to Plaintiff's Interrogatories to the extent they seek information that is not relevant to jurisdictional issues or disproportionate to the needs of the case in resolving such jurisdictional issues.

8. Irico objects to Plaintiff's Interrogatories to the extent that they are vague, ambiguous, or susceptible to more than one interpretation. Irico shall attempt to construe such vague or ambiguous Interrogatories so as to provide for the production of responsive information that is proportionate to the needs of the case. If Plaintiff subsequently asserts an interpretation of any Interrogatory that differs from Irico's understanding, Irico reserves the right to supplement or amend its Responses.

9. Irico objects to Plaintiff's Interrogatories to the extent that they contain terms that are insufficiently or imprecisely defined. Irico shall attempt to construe such vague or ambiguous Interrogatories so as to provide for the production of responsive information that is proportionate to the needs of the case.

10. Irico objects to Plaintiff's Interrogatories to the extent that they seek information

IRICO'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO IPP'S SECOND SET OF INTERROGATORIES 2 Master File No. 3:07-cv-05944-JST MDL No. 1917

that is protected from disclosure by the attorney-client privilege, work product doctrine, joint defense or common interest privilege, self-evaluative privilege, or any other applicable privilege or immunity. Irico will provide only information that it believes to be non-privileged and otherwise properly discoverable. None of Irico's responses is intended nor should be construed as a waiver of any such privilege or immunity. The inadvertent or mistaken provision of any information or responsive documents subject to any such doctrine, privilege, protection or immunity from production shall not constitute a general, inadvertent, implicit, subject-matter, separate, independent or other waiver of such doctrine, privilege, protection or immunity from production.

11.    Irico objects to Plaintiff's Interrogatories to the extent that they call for information that is not in the possession, custody, or control of Irico. Irico also objects to the extent that any of Plaintiff's Interrogatories seek information from non-parties or third parties, including but not limited to any of Irico's subsidiary or affiliated companies.

12.    Irico objects to Plaintiff's Interrogatories to the extent that responding would require Irico to violate the privacy and/or confidentiality of a third party or confidentiality agreement with a third party.

13.    Irico objects to Plaintiff's Interrogatories to the extent that they seek information that is publicly available, already in Plaintiffs' possession, custody, or control, or more readily available from other sources.

14.    Irico objects to Plaintiff's Interrogatories to the extent that they seek information or documents concerning transactions outside the United States. Such Interrogatories are unduly burdensome and irrelevant because they do not relate to actions by Irico in or causing a direct effect in the United States.  Such Interrogatories are also unduly burdensome and irrelevant to this pending action as Plaintiffs' class definition is confined to "individuals and entities that indirectly purchased Cathode Ray Tube Products . . . in the United States" (see Indirect Purchaser Plaintiffs' Fourth Consolidated Amended Complaint).

15.    Irico objects to Plaintiff's Interrogatories to the extent that compliance would

require Irico to violate the laws, regulations, procedures, or orders of a judicial or regulatory body of foreign jurisdictions.

16. Irico's responses, whether now or in the future, pursuant to Plaintiff's Interrogatories should not be construed as either (i) a waiver of any of Irico's general or specific objections or (ii) an admission that such information or documents are either relevant or admissible as evidence.

17. Irico objects to Plaintiff's Interrogatories to the extent that compliance would require Irico to seek information stored on backup or archived databases or other systems that are not readily accessible or otherwise no longer active.

18. Irico objects to Plaintiff's Interrogatories to the extent that they are compound and/or contain discrete subparts in violation of Federal Rule of Civil Procedure 33(a)(1).

19. Irico objects to Plaintiff's Interrogatories to the extent that they state and/or call for legal conclusions.

20. Irico objects to the Interrogatories to the extent that they contain express or implied assumptions of fact or law with respect to the matters at issue in this case.

21. Irico objects that Plaintiff's Interrogatories are irrelevant and premature because the Court has not set a schedule for jurisdictional discovery or briefing that applies to Plaintiff.

22. Irico reserves the right to assert additional General and Specific Objections as appropriate to supplement these Responses.

These General Objections apply to each Interrogatory as though restated in full in the responses thereto. The failure to mention any of the foregoing General Objections in the specific responses set forth below shall not be deemed as a waiver of such objections or limitations.

**GENERAL OBJECTIONS TO DEFINITIONS AND INSTRUCTIONS**

1. Irico objects to the definitions of "You" and "Your" to the extent that Plaintiff defines those terms to include the Irico's "present and former members, officer, agents, employees, and all other persons acting or purporting to act on their behalf." This definition is legally incorrect, overbroad, unduly burdensome, vague, and ambiguous. Irico also objects to the

IRICO'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO IPP'S SECOND SET OF INTERROGATORIES
4
Master File No. 3:07-cv-05944-JST
MDL No. 1917

inclusion of "all present and former directors, officers, Employees, agents, representatives or any Persons acting or purporting to act on behalf of" Irico within this definition to the extent it purports to encompass information that is protected by attorney-client privilege, work product protection or any other applicable doctrine, privilege, protection or immunity or otherwise calls for a legal conclusion.

2. Irico objects to the definition of "Affiliate" as overbroad, unduly burdensome, vague, and ambiguous. Irico further objects to the definition because it includes entities that are not, or were not during the relevant time period, affiliates of Irico.

3. Irico objects to the definitions of "CRT" and "CRT Products" (Definitions No. 6 and 7) on the grounds that they are vague, ambiguous and overly broad. Irico further objects to the use of the term "CRT Products" to the extent that it is inconsistent with the definition of "CRT Products" as set forth in Plaintiff's pleadings.

4. Irico objects to the Instructions to the extent they purport to impose burdens or obligations broader than, inconsistent with, or not authorized under the Federal Rules of Civil Procedure or other applicable rule or Order of this Court.

## SPECIFIC RESPONSES TO INTERROGATORIES

**INTERROGATORY NO. 1**

State by year how many Irico CRTs and/or CRT Products (in both number of units and revenue in U.S. dollars) You or Your Affiliates: (a) billed to and shipped to the United States, (b) billed to an address in the United States, but shipped to a location outside of the United States; (c) shipped to an address in the United States, but billed to a location outside of the United States, and (d) shipped and billed to a location outside of the United States.

**RESPONSE TO INTERROGATORY NO. 1**

Irico reasserts and incorporates each of the General Objections and Objections to the Definitions and Instructions set forth above. Irico also objects that this interrogatory is overbroad, unduly burdensome, and disproportionate to the needs of the case in resolving jurisdictional issues. Irico further objects that this interrogatory seeks information beyond the

scope of what is relevant to resolving jurisdictional issues.

Subject to and without waiving the objections stated above, Irico responds that its investigation regarding this interrogatory is ongoing and it intends to supplement this response.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 1**

Irico objects to the characterization of CNEIECC as an affiliate of Irico during the relevant time period. CNEIECC was an independent entity during this period, but Irico provides this information where available. Subject to and without waiving the objections stated above, Irico responds as follows:

**Irico and Affiliates**

Between 1995 and 2007, neither Irico nor its affiliates shipped or billed any Irico CRTs and/or CRT Products to an address in the United States.

In 1995, Irico and its affiliates shipped and billed 5,646,188 CRTs to a location outside of the United States. In 1996, Irico and its affiliates shipped and billed 5,901,003 CRTs to a location outside of the United States. In 1997, Irico and its affiliates shipped and billed 5,505,890 CRTs to a location outside of the United States. In 1998, Irico and its affiliates shipped and billed 7,600,915 CRTs to a location outside of the United States. In 1999, Irico and its affiliates shipped and billed 8,313,689 CRTs to a location outside of the United States. In 2000, Irico and its affiliates shipped and billed 8,224,450 CRTs to a location outside of the United States. In 2001, Irico and its affiliates shipped and billed 7,719,123 CRTs to a location outside of the United States. In 2002, Irico and its affiliates shipped and billed 9,568,256 CRTs to a location outside of the United States. In 2003, Irico and its affiliates shipped and billed 11,602,780 CRTs to a location outside of the United States. In 2004, Irico and its affiliates shipped and billed 13,512,246 CRTs to a location outside of the United States. In 2005, Irico and its affiliates shipped and billed 13,497,899 CRTs to a location outside of the United States. In 2006, Irico and its affiliates shipped and billed 14,888,294 CRTs to a location outside of the United States. In 2007, Irico and its affiliates shipped and billed 15,250,376 CRTs to a location outside of the United States.

**CNEIECC**

(a) CNEIECC billed to and shipped CRTs and/or CRT Products to the United States in three years during the relevant period.

- In 1997, CNEIECC billed and shipped three CRTs to the United States.
- In 1998, CNEIECC billed and shipped 35 CRTs to the United States.
- In 2002, CNEIECC billed and shipped 2018 CRTs to the United States.

(b) CNEIECC billed CRTs and/or CRT Products to an address in the United States, but shipped to a location outside of the United States in two years during the relevant period:

- In 1995, CNEIECC billed 2,520 CRTs to the United States, but shipped to a location outside of the United States.
- In 1999, CNEIECC billed 20,664 CRTs to the United States, but shipped to a location outside of the United States.

(c) CNEIECC CRTs and/or CRT Products shipped to an address in the United States, but billed to a location outside of the United States, and

- In 1996, CNEIECC shipped 2016 CRTs to the United States, but billed to a location outside of the United States.

Irico further responds that its investigation regarding (1) the units shipped and billed to a location outside of the United States by CNEIECC during the relevant period; and (2) the revenue attendant to the above listed sales remains ongoing and it intends to supplement this response.

**INTERROGATORY NO. 2**

State by year how many Irico CRTs (in both number of units and revenue in U.S. dollars) You or Your Affiliates shipped to and/or billed to an original equipment manufacturer (OEM), electronic manufacturing service (EMS), original design manufacturer (ODM), or system integrator (SI) which You believed or had reason to believe would be incorporated into CRT Products to be sold in the United States.

**RESPONSE TO INTERROGATORY NO. 2**

Irico reasserts and incorporates each of the General Objections and Objections to the Definitions and Instructions set forth above. Irico also objects that this interrogatory is overbroad, unduly burdensome, and disproportionate to the needs of the case in resolving

jurisdictional issues.  Irico further objects that this interrogatory seeks information beyond the

scope of what is relevant to resolving jurisdictional issues.  Irico further objects that the phrase

"or had reason to believe" renders this interrogatory vague and ambiguous.

Subject to and without waiving the objections stated above, Irico responds that its

investigation regarding this interrogatory is ongoing and it intends to supplement this response.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 2**

Subject to and without waiving the objections stated above, Irico responds that neither

Irico nor its affiliates shipped CRTs to and/or billed to an original equipment manufacturer

(OEM), electronic manufacturing service (EMS), original design manufacturer (ODM), or system

integrator (SI) which it believed or had reason to believe would be incorporated into CRT

Products to be sold in the United States.

**INTERROGATORY NO. 3**

State by year and by size and type how many Irico CRTs and/or CRT Products (in both

number of units and revenue in U.S. dollars) were sold by You or Your Affiliates to the following

entities:

(1) Sichuan Changhong Electric Co., Ltd.;

(2) Konka Group Co. Ltd.;

(3) TCL Corporation;

(4) Skyworth Group Co., Ltd.;

(5) Hisense Electric Co. Ltd. Qingdao, China;

(6) Haier Electrical Appliances Co., Ltd.;

(7) Xiamen Overseas Chinese Electronic Co., Ltd.;

(8) Soyea Technology Co., Ltd.;

(9) Yisheng Technology Co., Ltd.;

(10) LG Electronics (Shenyang) Inc.;

(11) Hangzhou Jinlipu Electrical Co., Ltd.;

(12) Shenzhen Techtop Industrial Co., Ltd

(13) Suntrue International

(14) Starlight Marketing Macao Commercial Offshore, Ltd.; and

(15) Hangzhou Huashan Electric Co., Ltd

**RESPONSE TO INTERROGATORY NO. 3**

Irico reasserts and incorporates each of the General Objections and Objections to the Definitions and Instructions set forth above. Irico also objects that this interrogatory is overbroad, unduly burdensome, and disproportionate to the needs of the case in resolving jurisdictional issues. Irico further objects that this interrogatory seeks information beyond the scope of what is relevant to resolving jurisdictional issues.

Subject to and without waiving the objections stated above, Irico responds that its investigation regarding this interrogatory is ongoing and it intends to supplement this response.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 3**

Subject to and without waiving the objections stated above, Irico provides the information in Attachment 1. Irico further responds that its investigation regarding this interrogatory is ongoing and it intends to supplement this response.

**INTERROGATORY NO. 4**

Describe the corporate and/or business relationship between You and Irico (USA) Inc., Including (i) any ownership interest You or any of Your Affiliates held in Irico (USA) Inc.; (ii) the organizational and ownership structure of Irico (USA) Inc.; (iii) the purpose(s) and scope of business of Irico (USA); and (iv) any activities conducted by Irico (USA) Inc. relating to the manufacture, marketing, sale or distribution of CRTs or CRT Products.

**RESPONSE TO INTERROGATORY NO. 4**

Irico reasserts and incorporates each of the General Objections and Objections to the Definitions and Instructions set forth above. Irico also objects that this interrogatory is overbroad, unduly burdensome, and disproportionate to the needs of the case in resolving jurisdictional issues. Irico further objects that this interrogatory seeks information beyond the scope of what is relevant to resolving jurisdictional issues.

Subject to and without waiving the objections stated above, Irico responds that its investigation regarding this interrogatory is ongoing and it intends to supplement this response.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 4**

**(a) Ownership and ownership structure of Irico (USA) Inc.**

Irico USA Inc. ("Irico USA") was a joint venture company established by capital contributions from Irico Group, CNEIECC, and American citizens Huang Xueli and Huang Maike. Irico USA was incorporated in Fremont, California on July 5, 1995. At the time Irico USA was established, Irico and CNEIECC respectively held 45.7% and 34.3% shares in the company.

On February 26, 1998, Huang Xueli and Huang Maike divested from Irico USA and sold its shares Irico. In 1999, CNEIECC also sold its shares to Irico, leaving Irico as the sole shareholder. At this point, Irico USA was run entirely by Irico's representative, General Manger Liu Feng.

On April 10, 2001, Liu Feng sold Irico USA to another California company, called INB Co., for $1,000,000. This sale was not authorized by Irico. At the time of the transaction, Liu Feng was listed as the operator of INB Co. Then, on May 7, 2001, shortly after the transfer, Sun Xiaolin replaced Liu Feng as the registered operator of INB Co. On February 3, 2003, Irico USA was dissolved.

**(b) Purpose and scope of business of Irico USA**

According to the Shaanxi Province People's Government decree establishing Irico USA, the purpose of establishing Irico USA was to expand provincial exports of electromechanical products to North America and to develop trade, investment, and cooperation between China and the United States. IRI-CRT-00003498.

**(c) Activities conducted by Irico (USA) Inc. relating to the manufacture, marketing, sale or distribution of CRTs or CRT Products.**

Irico has not recovered any evidence that Irico USA ever manufactured, marketed, sold or distributed any CRTs or CRT Products in the United States. In 2001, after Liu Feng improperly

sold Irico's shares of Irico USA, Irico conducted an audit. The resulting audit report revealed that the only records kept of Irico USA's activities between 1995 and 2001 were (1) check stubs and partial bank statements dating from between 1998 and 2001; and (2) the contract transferring Irico USA to INB Co. The detailing of that evidence did not indicate that Irico USA ever manufactured, marketed, sold or distributed any CRTs or CRT Products in the United States.

Dated: November 2, 2018

BAKER BOTTS LLP

*/s/ Stuart C. Plunkett*

Stuart C. Plunkett
Email: stuart.plunkett@bakerbotts.com
BAKER BOTTS L.L.P.
101 California Street, Suite 3600
San Francisco, CA94111
Telephone: (415) 291 6203
Facsimile: (415) 291 6303

John Taladay (*pro hac vice*)
john.taladay@bakerbotts.com
Erik Koons (*pro hac vice*)
erik.koons@bakerbotts.com
BAKER BOTTS LLP
1299 Pennsylvania Ave., NW
Washington, D.C. 20004
Telephone: (202)-639-7700
Facsimile: (202)-639-7890

*Attorneys for Defendants*
*IRICO GROUP CORP. and*
*IRICO DISPLAY DEVICES CO., LTD.*

IRICO'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO IPP'S SECOND SET OF INTERROGATORIES 11 Master File No. 3:07-cv-05944-JST MDL No. 1917

**CERTIFICATE OF SERVICE**

**In re: Cathode Ray Tube (CRT) Antitrust Litigation - MDL No. 1917**

I declare that I am employed in the County of San Francisco, California. I am over the age of eighteen years and not a party to the within case; my business address is: Baker Botts LLP, 101 California Street, Suite 3600, San Francisco, CA 94111.

On November 2, 2018, I served the following document(s) described as:

**IRICO DEFENDANTS' SUPPLEMENTAL OBJECTIONS AND RESPONSES TO INDIRECT PURCHASER PLAINTIFFS' SECOND SET OF INTERROGATORIES**

on the following interested parties in this action:

Guido Saveri (guido@saveri.com)
R. Alexander Saveri (rick@saveri.com)
Geoffrey C. Rushing (grushing@saveri.com)
Cadio Zirpoli (cadio@saveri.com)
Matthew D. Heaphy (mheaphy@saveri.com)
SAVERI & SAVERI, INC.
706 Sansome St # 200,
San Francisco, CA 94111

*Lead Counsel for the Direct Purchaser Plaintiffs*

Mario N. Alioto (malioto@tatp.com)
Lauren C. Capurro (laurenrussell@tatp.com)
Joseph M. Patane (jpatane@tatp.com)
TRUMP ALIOTO TRUMP & PRESCOTT LLP
2280 Union Street
San Francisco, CA 94123

*Lead Counsel for the Indirect Purchaser Plaintiffs*

[X] (BY ELECTRONIC MAIL) I caused such documents to be sent to the persons at the email addressed listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on November 2, 2018 in San Francisco, California.

*/s/ Reilly Stoler*
Reilly Stoler

# ATTACHMENT 1

# Irico Group CRT Sales – 1995-2004

| Irico Group CRT Sales to Sichuan Changhong Electric Co., Ltd. | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 14" | 18" | 21" | 14" (.28 Tube) | 14" (.31 Tube) | 15" Pure Flat | 15" Pure Flat | 21" Pure Flat | |
| 1995 | | | | | | | | | |
| 1996 | 20,162 | 190,400 | 685,731 | | 1,008 | | | | |
| 1997 | | | 1,556,376 | | | | | | |
| 1998 | | | 985,307 | | | | | | |
| 1999 | 168 | | 365,860 | | | | | | |
| 2000 | 58,590 | | 110,000 | | | | | | |
| 2001 | 247,932 | | | | | | | | |
| 2002 | 630,206 | | | | | | | | |
| 2003 | 270,968 | | | | | 47,640 | 72,744 | 85,280 | |
| 2004 | 291,784 | | | | | | 33,264 | 90,440 | |
| Irico Electronics CRT Sales to Sichuan Changhong Electric Co., Ltd. | | | | | | | | | |
| | 14" | 18" | 21" | 14" (.28 Tube) | 14" (.31 Tube) | 15" Pure Flat | 15" Pure Flat | 21" Pure Flat | |
| 1995 | 30,241 | 376,050 | 699,411 | | | | | | |
| 1996 | | 16,000 | 55,269 | 2 | | | | | |
| 1997-2004 | | | | | | | | | |

| Irico Group CRT Sales to Konka Group Co. Ltd | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 14" | 18" | 21" | 21” PF Pure Flat | 15” Pure Flat | 21" Pure Flat | | | |
| 1995 | | | | | | | | | |
| 1996 | 17,536 | 23,148 | 90,323 | | | | | | |
| 1997 | 20,120 | | 231,140 | | | | | | |
| 1998 | 9,072 | | 256,567 | | | | | | |
| 1999 | 257,472 | | 639,539 | | | | | | |
| 2000 | 314,565 | | 140,000 | | | | | | |
| 2001 | 91,191 | | | | | | | | |
| 2002 | 170,640 | | | | | | | | |
| 2003 | 133,298 | | | 4,232 | 3,024 | 105,000 | | | |
| 2004 | 97,920 | | | | 35,384 | 150,000 | | | |

| Irico Electronics CRT Sales to Konka Group Co. Ltd | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 14" | 18" | 21" | 14” (.28 Tube) | 14” (.31 Tube) | 15” Pure Flat | 15" Pure Flat | 21" Pure Flat | |
| 1995 | 48,386 | 17,010 | 31,400 | | | | | | |
| 1996 | 4,032 | 5,000 | 15,856 | | | | | | |
| 1997-2004 | | | | | | | | | |

| Irico Group CRT Sales to TCL Corporation | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 14” | 21” | 15” | 21” PF Pure Flat | 15” Pure Flat | 21” Pure Flat | | | |
| 1995 | | | | | | | | | |
| 1996 | | | | | | | | | |
| 1997 | 31,392 | 57,610 | | | | | | | |
| 1998 | 3,024 | 51,098 | | | | | | | |
| 1999 | 16,464 | 608,119 | | | | | | | |
| 2000 | 252 | 199,670 | | | | | | | |
| 2001 | | | | | | | | | |
| 2002 | 46,552 | | 11,260 | | | | | | |
| 2003 | 17,136 | | | 119,592 | | 216,639 | | | |
| 2004 | 74,352 | 5,080 | | | 840 | 392,200 | | | |

| Irico Group CRT Sales to Skyworth Group Co., Ltd. | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 14" | 18" | 21" | 15" | 21"Pure Flat | 21" Flat TV | | | |
| 1995 | | | | | | | | | |
| 1996 | | | | | | | | | |
| 1997 | 3,024 | | 10,120 | | | | | | |
| 1998 | 7,140 | | | | | | | | |
| 1999 | 924 | | 70,256 | 6 | | | | | |
| 2000 | 12,096 | | | | | | | | |
| 2001 | 24,864 | | | | | | | | |
| 2002 | 18,144 | | | | | | | | |
| 2003 | 10,992 | | 10,000 | | 41,480 | 171,480 | | | |
| 2004 | 38,352 | 200 | | | | 313,680 | | | |
| Irico Electronics CRT Sales to Skyworth Group Co., Ltd. | | | | | | | | | |
| | 14" | 18" | 21" | 15" | 21" Pure | 21" Flat TV | | | |
| 1995 | 12,600 | | | | | | | | |
| 1996 | | | | | | | | | |
| 1997-2004 | | | | | | | | | |

| Irico Group CRT Sales to Hisense Electric Co. Ltd. | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 14" | 18" | 21" | 21" CRT 700 Line | 14" B Tube | 21"PF Pure Flat | 15" Pure Flat | 21" Pure Flat | |
| 1995 | | | | | | | | | |
| 1996 | 5,548 | 16,200 | 87,820 | | | | | | |
| 1997 | 4,200 | 8,401 | 171,161 | 3 | | | | | |
| 1998 | 36 | | 238,931 | | | | | | |
| 1999 | 4,200 | 2,000 | 285,617 | | 9,996 | | | | |
| 2000 | 31,284 | | 120,960 | | | | | | |
| 2001 | 2,035 | 10,000 | | | | | | | |
| 2002 | 32,112 | 8,020 | | | | | | | |
| 2003 | 108,796 | | | | | 17,258 | 2 | 50,480 | |
| 2004 | 119,453 | | 12,600 | | | | 792 | 108,184 | |
| Irico Electronics CRT Sales to Hisense Electric Co. Ltd. | | | | | | | | | |
| | 14" | 18" | 21" | 21" CRT 700 Line | 14" B Tube | 21" PF Pure Flat | 15" Pure Flat | 21" Pure Flat | |
| 1995 | 2,185 | 37,470 | 42,180 | | | | | | |
| 1996 | | 100 | 3,041 | | | | | | |
| 1997-2004 | | | | | | | | | |

| Irico Group CRT Sales to Haier Electrical Appliances Co., Ltd. | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 14" | 21" | 21" B Tube | 15" PF Pure Flat | 15" Pure Flat | 21" Pure Flat | | | |
| 1995 | | | | | | | | | |
| 1996 | | | | | | | | | |
| 1997 | | | | | | | | | |
| 1998 | 2,214 | 9,000 | | | | | | | |
| 1999 | 1,044 | 43,904 | 4,654 | | | | | | |
| 2000 | 34,814 | 8,164 | | | | | | | |
| 2001 | 86,573 | | | | | | | | |
| 2002 | 273,204 | | | 452 | | | | | |
| 2003 | 55,426 | | | | 1,248 | 62,848 | | | |
| 2004 | 145,754 | 216 | | | 26,450 | 86,240 | | | |

| Irico Group CRT Sales to Xiamen Overseas Chinese Electronic Co., Ltd. | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
|  | 14" | 14" 0.28 Tube | 21" | .39 Tube | 15" | 15" Monitor | 15PF 15" Pure Flat | 21PF 21" Pure Flat | 15" Pure Flat | 21" Pure Flat |
| 1995 |  |  |  |  |  |  |  |  |  |  |
| 1996 |  |  |  |  |  |  |  |  |  |  |
| 1997 |  |  | 82,929 |  |  |  |  |  |  |  |
| 1998 | 9,072 |  | 66,200 |  |  |  |  |  |  |  |
| 1999 | 76,832 |  | 110,560 |  |  |  |  |  |  |  |
| 2000 | 20,496 |  | 15,120 |  | 24,276 | 17,136 |  |  | 17,136 |  |
| 2001 | 4,368 |  |  |  | 5,040 |  |  |  |  |  |
| 2002 | 122,112 |  |  |  |  |  |  |  |  |  |
| 2003 | 52,164 |  |  |  |  |  | 4,048 | 16 |  | 17,160 |
| 2004 | 5,952 |  |  |  |  |  |  |  | 2,352 | 61,193 |

| Irico Electronics CRT Sales to Xiamen Overseas Chinese Electronic Co., Ltd. | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
|  | 14" | 18" | 21" | 14" High Definition | 14" Medium Definition |  |  |  |  |  |
| 1995 | 43,347 |  | 34,002 | 1,010 | 4,538 |  |  |  |  |  |
| 1996 |  |  |  |  |  |  |  |  |  |  |
| 1997-2004 |  |  |  |  |  |  |  |  |  |  |

| Irico Group CRT Sales to Soyea Technology Co., Ltd. | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
|  | 14" | 21" | 21" Pure Flat | 21"PF Pure Flat |  |  |  |  |  |
| 1995 |  |  |  |  |  |  |  |  |  |
| 1996 |  |  |  |  |  |  |  |  |  |
| 1997 |  |  |  |  |  |  |  |  |  |
| 1998 |  |  |  |  |  |  |  |  |  |
| 1999 |  | 41,200 |  |  |  |  |  |  |  |
| 2000 |  |  |  |  |  |  |  |  |  |
| 2001 | 72 |  |  |  |  |  |  |  |  |
| 2002 | 32,040 |  |  |  |  |  |  |  |  |
| 2003 | 12,984 |  | 5,824 | 2,884 |  |  |  |  |  |
| 2004 | 8,804 |  | 1,123 |  |  |  |  |  |  |

| Irico Group CRT Sales to LG Electronics (Shenyang) Inc. | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 15” | | | | | | | | |
| 1995 | | | | | | | | | |
| 1996 | | | | | | | | | |
| 1997 | | | | | | | | | |
| 1998 | | | | | | | | | |
| 1999 | | | | | | | | | |
| 2000 | 27,288 | | | | | | | | |
| 2001 | 115,409 | | | | | | | | |
| 2002 | 120 | | | | | | | | |
| 2003 | | | | | | | | | |
| 2004 | | | | | | | | | |

| Irico Group CRT Sales to Hangzhou Jinlipu Electrical Co., Ltd. | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 14” | 21” | 14” B Tube | 15” | 15” CD Electronic Gun | | | | |
| 1995 | | | | | | | | | |
| 1996 | | | | | | | | | |
| 1997 | | | | | | | | | |
| 1998 | | | | | 38 | | | | |
| 1999 | 5,040 | 4,480 | 2,352 | | | | | | |
| 2000 | | | | | | | | | |
| 2001 | | | | 1,008 | | | | | |
| 2002 | | | | | | | | | |
| 2003 | | | 2,688 | | | | | | |
| 2004 | | | | | | | | | |

# Irico Display CRT Sales – 2004-2007

| Irico Display CRT Sales to Sichuan Changhong Electric Co., Ltd. | | |
|---|---|---|
| **Year** | **Type** | **Quantity** |
| 2004 | 21” Flat | 652520 |
| 2004 | 25” Flat | 161136 |
| 2004 | 25” Pure Flat | 101032 |
| 2004 | 29” High Definition | 4832 |
| 2004 | 29” Detail Spacer | 2048 |
| | | |
| 2005 | 21" Flat | 519481 |
| 2005 | 25" Flat | 180859 |
| 2005 | 25" Pure Flat | 94041 |
| | | |
| 2006 | 21" Flat | 959270 |
| 2006 | 25" Flat | 298702 |
| 2006 | 25" Pure Flat | 179830 |
| | | |
| 2007 | 21" Flat | 377368 |
| 2007 | 21" PF Pure Flat | 9696 |
| 2007 | 25" Flat | 132698 |
| 2007 | 25" Pure Flat | 81784 |
| 2007 | 29" Pure Flat | 78643 |

| Irico Display CRT Sales to Konka Group Co. Ltd. | | |
|---|---|---|
| **Year** | **Type** | **Quantity** |
| 2004 | 21” Flat | 519592 |
| 2004 | 21” Thick Tube | 232 |
| 2004 | 25” Pure Flat | 262000 |
| 2004 | 25” Flat | 272480 |
| 2004 | 29” Pure Flat | 15668 |
| | | |
| 2005 | 21" Flat | 247818 |
| 2005 | 25" Pure Flat | 107480 |
| 2005 | 25" Flat | 176292 |
| | | |
| 2006 | 21" Flat | 543148 |
| 2006 | 25" Pure Flat | 302044 |
| 2006 | 25" Flat | 198801 |
| 2006 | 29” Pure Flat | 112 |
| | | |
| 2007 | 21” Flat | 583457 |
| 2007 | 25” Pure Flat | 158896 |
| 2007 | 25” Flat | 166546 |
| 2007 | 29” Pure Flat | 71344 |

| **Irico Display CRT Sales to TCL Corporation** | | |
|---|---|---|
| **Year** | **Type** | **Quantity** |
| 2004 | 21" Flat | 1063013 |
| 2004 | 25" Pure Flat | 291275 |
| 2004 | 25" Flat | 185376 |
| 2004 | 29" High Definition Tube | 22336 |
| | | |
| 2005 | 25"PF Pure Flat | 5751 |
| 2005 | 21" Flat | 234282 |
| 2005 | 25" Pure Flat | 269126 |
| 2005 | 25" Flat | 85412 |
| 2005 | 29" Pure Flat | 1920 |
| 2005 | 29" High Definition Tube | 13696 |
| | | |
| 2006 | 21" Flat | 19200 |
| 2006 | 25" Pure Flat | 33816 |
| 2006 | 25" PF Pure Flat | 4752 |
| 2006 | 25" PF Pure Flat | 15672 |
| 2006 | 25" FS | 1152 |
| 2006 | 21" FS | 1056 |
| 2006 | 21" Flat | 504836 |
| 2006 | 25" Pure Flat | 202672 |
| 2006 | 25" Flat | 19324 |
| | | |
| 2007 | 21" Pure Flat | 129024 |
| 2007 | 25" Pure Flat | 12096 |
| 2007 | 21" Flat | 709072 |
| 2007 | 25" Pure Flat | 304272 |
| 2007 | 25" Flat | 40250 |
| 2007 | 29" Pure Flat | 72048 |

| Irico Display CRT Sales to Skyworth Group Co., Ltd. | | |
|---|---|---|
| **Year** | **Type** | **Quantity** |
| 2005 | 21" Flat | 5632 |
| 2005 | 25" Pure Flat | 2000 |
| 2005 | 25" Flat | 20000 |
| | | |
| 2006 | 21" Flat | 60960 |
| 2006 | 25" Pure Flat | 37040 |
| 2006 | 25" Flat | 150560 |
| | | |
| 2007 | 21” Flat | 169776 |
| 2007 | 25” Pure Flat | 3120 |
| 2007 | 25” Flat | 45240 |

| Irico Display CRT Sales to Hisense Electric Co. Ltd. | | |
|---|---|---|
| **Year** | **Type** | **Quantity** |
| 2004 | 21" Flat | 571976 |
| 2004 | 25" Flat | 294167 |
| 2004 | 25" Pure Flat | 22856 |
| 2004 | 29" Pure Flat | 1320 |
| | | |
| 2005 | 21" Flat | 331132 |
| 2005 | 25" Flat | 236906 |
| 2005 | 25" Pure Flat | 54954 |
| 2005 | 29" Pure Flat | 328 |
| | | |
| 2006 | 21” | 40822 |
| 2006 | 21" Flat | 464273 |
| 2006 | 25" Flat | 294454 |
| 2006 | 25" Pure Flat | 19560 |
| | | |
| 2007 | 21" PF Pure Flat | 1600 |
| 2007 | 21" Flat | 368714 |
| 2007 | 25" Flat | 83267 |
| 2007 | 25" Pure Flat | 14298 |
| 2007 | 29" Pure Flat | 19438 |

| Irico Display CRT Sales to Haier Electrical Appliances Co., Ltd. | | |
|---|---|---|
| **Year** | **Type** | **Quantity** |
| 2004 | 21” Flat | 140108 |
| 2004 | 25” Pure Flat | 135280 |
| 2004 | 25” Flat | 112031 |
| 2004 | 29” | 1600 |
| | | |
| 2005 | 21” Flat | 30200 |
| 2005 | 25” Pure Flat | 45375 |
| 2005 | 25” Flat | 117851 |
| 2005 | 29” | 848 |
| | | |
| 2006 | 25” Flat | 12696 |
| | | |
| 2007 | 21" Flat | 100224 |
| 2007 | 25” Flat | 24616 |

| Irico Display CRT Sales to Xiamen Overseas Chinese Electronic Co., Ltd. | | |
|---|---|---|
| **Year** | **Type** | **Quantity** |
| 2004 | 21" Flat | 125840 |
| 2004 | 25" Flat | 77728 |
| 2004 | 25" Pure Flat | 8672 |
| | | |
| 2005 | 21" Flat | 90775 |
| 2005 | 25" Flat | 63136 |
| 2005 | 25" Pure Flat | 30760 |
| | | |
| 2006 | 21" Flat | 206640 |
| 2006 | 25" Flat | 207256 |
| 2006 | 25" Pure Flat | 41900 |
| | | |
| 2007 | 21" Flat | 816 |
| 2007 | 25" Flat | 25920 |
| 2007 | 25" Pure Flat | 10400 |

| Irico Display CRT Sales to Soyea Technology Co., Ltd. | | |
|---|---|---|
| **Year** | **Type** | **Quantity** |
| 2004 | 21” Flat | 70504 |
| 2004 | 25” Flat | 2400 |
| 2004 | 25” Pure Flat | 17620 |
| 2004 | 29” | 64 |
| | | |
| 2005 | 21” Flat | 13720 |
| 2005 | 25” Flat | 2840 |
| 2005 | 25” Pure Flat | 15866 |
| | | |
| 2006 | 21” Flat | 57344 |
| 2006 | 25” Flat | 31504 |
| 2006 | 25” Pure Flat | 26800 |
| | | |
| 2007 | 21” Flat | 8544 |
| 2007 | 25” Flat | 3000 |
| 2007 | 25” Pure Flat | 104 |
| 2007 | 29” | 1104 |

| **Irico Display CRT Sales to Yisheng Technology Co., Ltd.** | | |
|---|---|---|
| **Year** | **Type** | **Quantity** |
| 2005 | 21” Flat | 17912 |
| 2005 | 25” Flat | 10360 |
| 2005 | 25” Pure Flat | 2489 |
| 2005 | 29” Pure Flat | 1216 |
| | | |
| 2006 | 21” Flat | 37770 |
| 2006 | 25” Flat | 23759 |
| 2006 | 25” Pure Flat | 19665 |
| 2006 | 29” Pure Flat | 384 |
| | | |
| 2007 | 21” Flat | 158124 |
| 2007 | 25” Flat | 10916 |
| 2007 | 25” Pure Flat | 3125 |
| 2007 | 29” Pure Flat | 1920 |

| **Irico Display CRT Sales to LG Electronics (Shenyang) Inc.** | | |
|---|---|---|
| **Year** | **Type** | **Quantity** |
| 2007 | 21" FS | 253 |
| 2007 | 29" Pure Flat | 117 |
| 2007 | 14" | 9600 |

| **Irico Display CRT Sales to Hangzhou Jinlipu Electrical Co., Ltd.** | | |
|---|---|---|
| **Year** | **Type** | **Quantity** |
| 2004 | 21" Flat | 4160 |
| 2004 | 25" Flat | 66310 |
| | | |
| 2005 | 21" Flat | 61456 |
| 2005 | 25" Flat | 1696 |
| | | |
| 2006 | 21" Flat | 29952 |
| 2006 | 25" Flat | 5280 |
| | | |
| 2007 | 21" Flat | 27616 |
| 2007 | 25" Pure Flat | 1000 |
| 2007 | 25" Flat | 4640 |
| 2007 | 29" | 1022 |

| **Irico Display CRT Sales to Shenzhen Techtop Industrial Co., Ltd.** | | |
|---|---|---|
| **Year** | **Type** | **Quantity** |
| 2005 | 21" Flat | 432 |
| 2005 | 25" Flat | 608 |
| 2005 | 29" | 96 |
| | | |
| 2006 | 25" Flat | 5280 |
| | | |
| 2007 | 21" Flat | 2682 |
| 2007 | 25" Flat | 15256 |
| 2007 | 29" | 2134 |

| **Irico Display CRT Sales to Hangzhou Huashan Electric Co., Ltd.** | | |
|---|---|---|
| **Year** | **Type** | **Quantity** |
| 2007 | 25" Flat | 1200 |

# EXHIBIT 38



STATE of NEW YORK )
)   ss:
COUNTY of NEW YORK )

## *CERTIFICATE OF ACCURACY*

This is to certify that the attached document, *"IRI-CRT-00003498 – IRI-CRT-0003499"*, originally written in *Chinese*, is to the best of our knowledge and belief, a true, accurate and complete translation into *English*.

Dated: December 17, 2018

Seth Wargo
Consortra Translations

Sworn to and signed before ME this
17th day of December,
2018

Notary Public

JAMES G MAMERA
Notary Public - State of New York
No. 01MA6157195
Qualified in New York County
My Commission Expires Dec. 4, 2022

D☐P☐ Exhibit 8393
Deponent ZHANG
Date 3/4/19 Rptr AT

Your legal translation partner

# SHAANXI PROVINCE PEOPLE'S GOVERNMENT

SZH [1995]. No.131

Reply on Approving the Application for Establishing IRICO (USA) Inc. in the United States

To Provincial Foreign Trade and Economic Cooperation Department:

This is to acknowledge that TSWJMFZ (1995) No.200 Document from you has been received.

In order to expand our provinces exports of electronic and mechanic products to North America and deepen trade, investments and cooperation between China and the US, the Provincial People's Government, upon review, hereby approves that China National Electronics Imp & Exp Caihong Co. to establish IRICO (USA) Inc. in the US, with total investment of 600,000 US dollars and scope of business as follows: exports of color display tubes, color TV sets and other home appliance products and related technologies; undertake production activities in partnership with foreign investors; travel services and other trade activities; consulting, networking and aftersales services. It is hoped that your department coordinate with China National Electronics Imp & Exp Caihong Co. to select and send talented personnel with both skills and good ethics to the US to carry out related work.

In Response.

[No body text on this page]

SHAANXI PEOPLE'S GOVERNMENT
24 August 1995

Reply to application for establishing a foreign trade enterprise in a foreign country

XXXX Industrial Bureau, IRICO Group Corporation

XXXX Office                    Printed and Distributed on 25 August 1995

No. of Printouts: 15

# 陕西省人民政府

陕政函[1995]131号

## 关于同意在美国设立美国彩虹公司的批复

省外经贸厅：

你厅陕外经贸发字(1995)200号文件收悉。

为了扩大我省机电产品对北美洲的出口发展中美间的贸易、投资与合作，经省人民政府研究，同意中国电子进出口彩虹公司在美国设立"美国彩虹公司"，总投资60万美元，经营范围是：彩色显像管、彩色电视机和其它家电产品及相关技术的出口；承办与外方合资经营、合作生产业务；开展旅游服务和其它贸易活动；咨询联络及售后服务。望你厅协同中电彩虹公司，选拔德才兼备的人员赴美工作。

此复。

由 扫描全能王 扫描创建



[此页无正文]

一九九五年八月二十四日

…词：外贸 驻外企业 批复

…子工业局，彩虹集团。

…办公厅 1995年8月25日印发

共印15份

由 扫描全能王 扫描创建

# EXHIBIT 39



info@certifiedtranslate.com
www.certifiedtranslate.com

2425 Olympic Blvd., Suite 4000W
Santa Monica, CA 90404

usa 1-888-856-2228
int +1-310-684-3153
fax +1-310-564-1944

ata

A member of the American Translators Association
ATA Member Number: 248719

# CERTIFIED TRANSLATION

*Documents Translated For:*

| Name: **David Y. Hwu** | Street Address: **706 Sansome Street** |
|---|---|
| Firm: **Saveri & Saveri, Inc.** | City/State/Zip: **San Francisco / CA / 94111** |

*Description of Document(s):*

**IRI-CRT-00003546E (Selected Records)**

| Source Language: **SIMPLIFIED CHINESE** | Target Language: **ENGLISH** |
|---|---|

WITH REFERENCE TO THE ABOVE MENTIONED MATERIALS/DOCUMENTS, we at Language Fish LLC (doing business as www.certifiedtranslate.com), a professional document translation company, attest that the language translation completed by Language Fish's certified professional translators, represents, to the best of our judgment, an accurate and correct interpretation of the terminology/content of the source document(s). **This is to certify the correctness of the translation only.** We do not guarantee that the original is a genuine document or that the statements contained in the original document(s) are true.

IN WITNESS WHEREOF, Language Fish LLC has caused the Certificate to be signed by its duly authorized officer(s).

**By:** Sean Kirschenstein, Director **Date:** February 22, 2019

A copy of the translated version(s) is attached to this statement of certification.

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

On Feb. 22, 2019 before me, Kristin Gail Chamberlain, Notary Public, appeared Sean Kirschenstein, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature

KRISTIN GAIL CHAMBERLAIN
Notary Public - California
Los Angeles County
Commission # 2141880
My Comm. Expires Feb 7, 2020

D☐P☐ Exhibit 8413
Deponent Wang
Date 3/6/19 Rptr BW

| Year and Month | Party | Product Name | Quantity | Amount in USD | RECORD# (Column added to note row # in original DBF) |
|---|---|---|---|---|---|
| 01/99 | IRICO USA | 14" CPT | 10080 | 272160 | 3 |
| 04/99 | IRICO USA | 14" CPT | 2016 | 56448 | 39 |
| 11/99 | G.P.X. Inc. | 14" TV | 1050 | 22050 | 229 |
| 11/99 | G.P.X. Inc. | 14" TV | 1050 | 22050 | 231 |
| 11/99 | G.P.X. Inc. | 14" TV | 450 | 9675 | 232 |
| 11/99 | G.P.X. Inc. | 14" TV | 450 | 9450 | 233 |
| 11/99 | G.P.X. Inc. | 14" TV | 1130 | 22600 | 234 |
| 11/99 | G.P.X. Inc. | 14" TV | 1130 | 22600 | 235 |
| 11/99 | G.P.X. Inc. | 14" TV | 1000 | 21000 | 236 |
| 11/99 | G.P.X. Inc. | 14" TV | 1190 | 31535 | 237 |
| 12/99 | G.P.X. Inc. | 14" TV | 1050 | 22050 | 238 |
| 12/99 | G.P.X. Inc. | 14" TV | 1050 | 22050 | 239 |
| 12/99 | G.P.X. Inc. | 14" TV | 950 | 21425 | 240 |
| 12/99 | G.P.X. Inc. | 14" TV | 1190 | 24990 | 241 |
| 12/99 | G.P.X. Inc. | 14" TV | 1000 | 21000 | 242 |
| 12/99 | G.P.X. Inc. | 14" TV | 1050 | 22050 | 243 |
| 12/99 | G.P.X. Inc. | 14" TV | 1050 | 22050 | 244 |
| 01/98 | IRICO USA | 14" CPT | 0 | -18900 | 280 |
| 01/98 | IRICO USA | 14" CPT | 5040 | 178920 | 282 |
| 02/98 | IRICO USA | 14" CPT | 20160 | 691488 | 298 |
| 06/98 | IRICO USA | 14" CPT | 10080 | 302400 | 350 |
| 06/98 | IRICO USA | 14" CPT | 2016 | 64512 | 353 |
| 02/98 | IRICO USA | 21" CPT | 5280 | 322080 | 458 |
| 05/98 | GLBAL | Convergence Cup | 3000 | 4750 | 487 |
| 07/98 | IRICO USA | TV kits | 20200 | 791840 | 489 |
| 11/98 | IRICO USA | TV kits | 10100 | 373700 | 491 |
| 11/98 | GLBAL | Electron gun | 500 | 3750 | 493 |
| 04/97 | IRICO USA | 14" CPT | 2016 | 80640 | 549 |
| 04/97 | IRICO USA | 14" CPT | 2016 | 80640 | 551 |
| 07/97 | IRICO USA | 14" CPT | 2016 | 80640 | 600 |
| 09/97 | IRICO USA | 14" CPT | 3024 | 117936 | 642 |
| 07/97 | IRICO USA | 21" CPT | 3200 | 219200 | 692 |
| 07/96 | IRICO USA | 14" CPT | 5040 | 224280 | 879 |
| 07/96 | IRICO USA | 14" CPT | 10080 | 448560 | 880 |
| 07/96 | IRICO USA | 14" CPT | 7560 | 336420 | 881 |
| 07/96 | IRICO USA | 14" CPT | 5040 | 224280 | 882 |
| 07/96 | IRICO USA | 14" CPT | 12096 | 565488 | 883 |
| 07/96 | IRICO USA | 14" CPT | 10080 | 448560 | 884 |
| 07/96 | IRICO USA | 14" CPT | 10080 | 471240 | 890 |
| 07/96 | IRICO USA | 14" CPT | 15120 | 672840 | 891 |
| 07/96 | IRICO USA | 14" CPT | 13608 | 605556 | 892 |
| 12/96 | IRICO USA | 14" CPT | 2016 | 90720 | 995 |

# Document Produced in Native Format

CONFIDENTIAL

IRI-CRT-00003546

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | 年月 | 单位 | 产品名称 | 数量 | 美元金额 | RECORD# (Column added to note row # in original DBF) |
| 2 | 01/99 | 美彩 | 14"CPT | 10080 | 272160 | 3 |
| 3 | 04/99 | 美彩 | 14"CPT | 2016 | 56448 | 39 |
| 4 | 11/99 | G.P.X.INC | 14"TV | 1050 | 22050 | 229 |
| 5 | 11/99 | G.P.X.INC | 14"TV | 1050 | 22050 | 231 |
| 6 | 11/99 | G.P.X.INC | 14"TV | 450 | 9675 | 232 |
| 7 | 11/99 | G.P.X.INC | 14"TV | 450 | 9450 | 233 |
| 8 | 11/99 | G.P.X.INC | 14"TV | 1130 | 22600 | 234 |
| 9 | 11/99 | G.P.X.INC | 14"TV | 1130 | 22600 | 235 |
| 10 | 11/99 | G.P.X.INC | 14"TV | 1000 | 21000 | 236 |
| 11 | 11/99 | G.P.X.INC | 14"TV | 1190 | 31535 | 237 |
| 12 | 12/99 | G.P.X.INC | 14"TV | 1050 | 22050 | 238 |
| 13 | 12/99 | G.P.X.INC | 14"TV | 1050 | 22050 | 239 |
| 14 | 12/99 | G.P.X.INC | 14"TV | 950 | 21425 | 240 |
| 15 | 12/99 | G.P.X.INC | 14"TV | 1190 | 24990 | 241 |
| 16 | 12/99 | G.P.X.INC | 14"TV | 1000 | 21000 | 242 |
| 17 | 12/99 | G.P.X.INC | 14"TV | 1050 | 22050 | 243 |
| 18 | 12/99 | G.P.X.INC | 14"TV | 1050 | 22050 | 244 |
| 19 | 01/98 | 美彩 | 14"CPT | 0 | -18900 | 280 |
| 20 | 01/98 | 美彩 | 14"CPT | 5040 | 178920 | 282 |
| 21 | 02/98 | 美彩 | 14"CPT | 20160 | 691488 | 298 |
| 22 | 06/98 | 美彩 | 14"CPT | 10080 | 302400 | 350 |
| 23 | 06/98 | 美彩 | 14"CPT | 2016 | 64512 | 353 |
| 24 | 02/98 | 美彩 | 21"CPT | 5280 | 322080 | 458 |
| 25 | 05/98 | GLBAL | 汇聚杯 | 3000 | 4750 | 487 |
| 26 | 07/98 | 美彩 | TV散件 | 20200 | 791840 | 489 |
| 27 | 11/98 | 美彩 | TV散件 | 10100 | 373700 | 491 |
| 28 | 11/98 | GLBAL | 电子枪 | 500 | 3750 | 493 |
| 29 | 04/97 | 美彩 | 14"CPT | 2016 | 80640 | 549 |
| 30 | 04/97 | 美彩 | 14"CPT | 2016 | 80640 | 551 |
| 31 | 07/97 | 美彩 | 14"CPT | 2016 | 80640 | 600 |
| 32 | 09/97 | 美彩 | 14"CPT | 3024 | 117936 | 642 |
| 33 | 07/97 | 美彩 | 21"CPT | 3200 | 219200 | 692 |
| 34 | 07/96 | 美彩 | 14"CPT | 5040 | 224280 | 879 |
| 35 | 07/96 | 美彩 | 14"CPT | 10080 | 448560 | 880 |
| 36 | 07/96 | 美彩 | 14"CPT | 7560 | 336420 | 881 |
| 37 | 07/96 | 美彩 | 14"CPT | 5040 | 224280 | 882 |
| 38 | 07/96 | 美彩 | 14"CPT | 12096 | 565488 | 883 |
| 39 | 07/96 | 美彩 | 14"CPT | 10080 | 448560 | 884 |
| 40 | 07/96 | 美彩 | 14"CPT | 10080 | 471240 | 890 |
| 41 | 07/96 | 美彩 | 14"CPT | 15120 | 672840 | 891 |
| 42 | 07/96 | 美彩 | 14"CPT | 13608 | 605556 | 892 |
| 43 | 12/96 | 美彩 | 14"CPT | 2016 | 90720 | 995 |

CONFIDENTIAL

# EXHIBIT 40



info@certifiedtranslate.com
www.certifiedtranslate.com

2425 Olympic Blvd., Suite 4000W
Santa Monica, CA 90404

usa 1-888-856-2228
int +1-310-684-3153
fax +1-310-564-1944

A member of the American Translators Association
ATA Member Number: 248719

## CERTIFIED TRANSLATION

*Documents Translated For:*

| | |
|---|---|
| Name: **David Y. Hwu** | Street Address: **706 Sansome Street** |
| Firm: **Saveri & Saveri, Inc.** | City/State/Zip: **San Francisco / CA / 94111** |

*Description of Document(s):*

| |
|---|
| |
| |
| **IRI-CRT-00003576E** |
| |
| |

| | |
|---|---|
| Source Language: **SIMPLIFIED CHINESE** | Target Language: **ENGLISH** |

WITH REFERENCE TO THE ABOVE MENTIONED MATERIALS/DOCUMENTS, we at Language Fish LLC (doing business as www.certifiedtranslate.com), a professional document translation company, attest that the language translation completed by Language Fish's certified professional translators, represents, to the best of our judgment, an accurate and correct interpretation of the terminology/content of the source document(s). **This is to certify the correctness of the translation only.** We do not guarantee that the original is a genuine document or that the statements contained in the original document(s) are true.

IN WITNESS WHEREOF, Language Fish LLC has caused the Certificate to be signed by its duly authorized officer(s).

**By:** Sean Kirschenstein, Director **Date:** February 21, 2019

A copy of the translated version(s) is attached to this statement of certification.

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

On Feb. 21, 2019 before me, Kristin Gail Chamberlain, Notary Public, appeared Sean Kirschenstein, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature [signature]

KRISTIN GAIL CHAMBERLAIN
Notary Public - California
Los Angeles County
Commission # 2141880
My Comm. Expires Feb 7, 2020

D☐P☐ Exhibit 8407
Deponent Wang
Date 3/6/19 Rptr BW

Scanned and created by Camscanner [QR Code]

China National Electronics Import and Export Caihong Co.

## Certificate of Account Transfer for Exported Goods

Card No. ***2TW446*** *July 22, 2002* Transfer No. ***61***

| Overseas Customer | ***Diamond*** | Product Name and Model | Quantity | Unit Price | Total Price |
|---|---|---|---|---|---|
| Clerk | ***Wen Haiyang*** | ***37 cm CPT*** | ***2016*** | ***USD 24.00*** | ***USD 48,384*** |
| Purchase Receipt No. | ***00126257*** | | | | |

| Debits | | | Credits | | | Summary | Amount | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| General | Subsidiary | √ | General | Subsidiary | √ | | Ten Millions | Millions | Hundred Thousands | Ten Thousands | Thousands | Hundreds | Tens | Ones | Cents |
| 123 Foreign Exchange Accounts Receivable | ***006*** | | 504 Self-Managed Export Sales Revenue | ***014*** | | ***Revenue from 2016 14" CPTs to Diamond 2TW446*** | | | ***$*** | ***4*** | ***8*** | ***3*** | ***8*** | ***4*** | ***00*** |
| | | | | | | | | ***In ¥*** | ***4*** | ***0*** | ***0*** | ***6*** | ***1*** | ***9*** | ***52*** |
| Total | | | ***Four hundred thousand six hundred and nineteen yuan and fifty-two cents*** | | | | | | | | | | | | |

1 Attachment

Supervisor ______________ Recorded by _______________ Verified by Dong Congfeng Form completed by ***Yang Taigang***

由 扫描全能王 扫描创建

中国电子进出口彩虹公司

# 出口货物转帐凭证

2002 年7 月2 日

转 61 号

| 客户 | Diamond | 货物名称及规格型号 | 数量 | 单价 | 总价 |
|---|---|---|---|---|---|
| 品质 | [illegible] | 37cm彩管 | 2016只 | US$24.00 | US$48384 |
| 发票 | 0126-07 | | | | |

| 借方 明细科目 | ✓ | 贷方 一级科目 | 明细科目 | ✓ | 摘要 | 金额 |
|---|---|---|---|---|---|---|
| 006 | | 504自营出口销售收入 | 014 | | 转出Diamond 14"CPT 2016只收入 | $48384.00 |
| | | | | | 2TW446 | ¥400619.52 |
| 合计 | | 肆拾万零陆佰壹拾玖元伍角贰分 | | | | |

记帐 审核 [stamp] 制表 [signature]

由 扫描全能王 扫描创建

中国电子进出口彩虹公司

# 出口货物转帐凭证

2002 年7 月2 日

转 61 号

| 客户 | Diamond | | | |
|---|---|---|---|---|
| | 货物名称及规格型号 | 数量 | 单价 | 总价 |
| 业务员 | 37cm彩管 | 2016只 | US$24.00 | US$48384 |
| 合同 | 00126007 | | | |

| 借方 | | | 贷方 | | | 摘要 | 金额 |
|---|---|---|---|---|---|---|---|
| 总帐科目 | 明细科目 | √ | 一级科目 | 明细科目 | √ | | 千百十万千百十元角分 |
| | 006 | | 504自营出口销售收入 | 014 | | 韩国Diamond 14"CPT 2016只 收入 | $48384.00 |
| | | | | | | 2TW446 | ¥400619.52 |
| 合计 | 肆拾万零陆佰壹拾玖元伍角贰分 | | | | | | |

记帐 ____ 审核 [stamp] 制表 [signature]

中国电子
CEIEC CHINA NAT[IONAL ELECTRONICS IMP&EXP
CAIHONG COMPANY
Cable:1752 XIANYANG
Fax:(0910)3313101
Tel:(0910)3313856
Postcode:712021

# INVOICE

MESSRS. DIAMOND ELECTRONICS
2297 NIELS BOHR SUITE #118
OTAY MESA,SAN DIEGO,CA 9154
619-661-9363 619-661-9389 FAX

| Invoice No. | Name Of Vessel | Loading Port | Discharging Port | On or About |
|---|---|---|---|---|
| 2TW446 | BY SEA | TIANJIN CHINA | LONG BEACH CA USA | JLY.20,2002 |
| Date | B/L No. | L/C No. | Contract No. | Licence No. |
| JLY.5,2002 | | | 02EMUSCHCT01069 | |

| Marks & Nos | Description & Quantity | Unit Price | Amount |
|---|---|---|---|
| | | FOB TIANJIN CHINA | |
| | 2016 PCS.-14"CRT MODEL 37SX110Y22-DC11<br>UNIT PRICE:$24.00USD | USD24.00 | USD48,384.00 |

(SAY,UNITED STATES DOLLARS FORTY EIGHT THOUSAND THREE HUNDRED AND EIGHTY FOUR ONLY.)

CHINA NATIONAL ELECTRONICS IMP&EXP
CAIHONG COMPANY

E. & O.E. ____________________

MANAGER

由 扫描全能王 扫描创建

# EXHIBIT 41



**certifiedtranslate**
A LANGUAGE FISH LLC COMPANY

info@certifiedtranslate.com
www.certifiedtranslate.com
2425 Olympic Blvd., Suite 4000W
Santa Monica, CA 90404
usa 1-888-856-2228
int +1-310-684-3153
fax +1-310-564-1944

ata

A member of the American Translators Association
ATA Member Number: 248719

# CERTIFIED TRANSLATION

*Documents Translated For:*

| Name: **David Y. Hwu** | Street Address: **706 Sansome Street** |
|---|---|
| Firm: **Saveri & Saveri, Inc.** | City/State/Zip: **San Francisco / CA / 94111** |

*Description of Document(s):*

**IRI-CRT-00003574E**

| Source Language: **SIMPLIFIED CHINESE** | Target Language: **ENGLISH** |
|---|---|

WITH REFERENCE TO THE ABOVE MENTIONED MATERIALS/DOCUMENTS, we at Language Fish LLC (doing business as www.certifiedtranslate.com), a professional document translation company, attest that the language translation completed by Language Fish's certified professional translators, represents, to the best of our judgment, an accurate and correct interpretation of the terminology/content of the source document(s). **This is to certify the correctness of the translation only.** We do not guarantee that the original is a genuine document or that the statements contained in the original document(s) are true.

IN WITNESS WHEREOF, Language Fish LLC has caused the Certificate to be signed by its duly authorized officer(s).

**By:** Sean Kirschenstein, Director **Date:** February 27, 2019

A copy of the translated version(s) is attached to this statement of certification.

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

On Feb. 27, 2019 before me, Kristin Gail Chamberlain, Notary Public, appeared Sean Kirschenstein, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature Kristin Chamberlain

KRISTIN GAIL CHAMBERLAIN
Notary Public - California
Los Angeles County
Commission # 2141880
My Comm. Expires Feb 7, 2020

Scanned and created by Camscanner [QR Code]

*090*

Caihong Electronics Group Company

## **Certificate of Account Transfer**

***March 30, 1998***

Transfer No. Z ***69***

| Debit | | | Credit | | | Summary | Amount | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| General | Subsidiary | √ | General | Subsidiary | √ | | Hundred Millions | Ten Millions | Millions | Hundred Thousands | Ten Thousands | Thousands | Hundreds | Tens | Ones | Cents |
| Foreign Exchange Accounts Receivable | ***007*** | √ | 505 Agency Export Sales Revenue | ***999*** | √ | ***Transfer of revenue from acting as agent for Royal in exporting display devices*** | | | | | ***1*** | ***3*** | ***9*** | ***9*** | ***3*** | ***20*** |
| | | | | | | ***8TY017 $1690*** | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | ***¥*** | ***1*** | ***3*** | ***9*** | ***9*** | ***3*** | ***20*** |
| Total | | | ***Thirteen thousand nine hundred and ninety-three yuan and twenty cents*** | | | | | | | | | | | | | |

Supervisor ________ Recorded by _________ Verified by ***Geng Jun*** Form completed by ***Dong Congfeng***

Case 4:07-cv-05944-JST Document 5640-2 Filed 11/05/19 Page 184 of 508

彩虹电子集团公司

# 转帐凭证

1998年 3月 30日　　　　字 凭证编号 69　　　　1690

| 借方科目 | 借方明细科目 | √ | 贷方一级科目 | 贷方明细科目 | √ | 摘要 | 金额 | 附件 |
|---|---|---|---|---|---|---|---|---|
| …汇收款 | 007 | √ | 505代理出口销售收入 | 999 | | 转代理皇旗出口显示器收入 8T/01 共1690. | 13993.20 | 壹张 |
| 合计 | | | 壹万叁仟玖佰玖拾叁元贰角整 | | | | ¥13993.20 | |

…主管 ______ 记帐 ______ 审核 耿义军 制票 黄聪峰

由 扫描全能王 扫描创建

CONFIDENTIAL　　IRI-CRT-00003574

Case 4:07-cv-05944-JST Document 5640-2 Filed 11/05/19 Page 105 of 508

CONFIDENTIAL

中国电子进出口彩虹公司

CEIEC CHINA NATIONAL ELECTRONICS IMP&EXP CAIHONG COMPANY

P.O.BOX NO. 1 XIANYANG
SHAANXI P.R.CHINA
Telex:70170 XYCEC CN
Cable:1752 XIANYANG
Fax:(0910)3313101
Tel:(0910)3313856
Postcode:712021

# INVOICE

MESSRS. WESTRY

| Invoice No. | Name Of Vessel | Loading Port | Discharging Port | On or About |
|---|---|---|---|---|
| STY017 | BY AIR | XIAN | U.S.A. | |
| Date | B/L No. | L/C No. | Contract No. | Licence No. |
| JAN.1,1998 | | | 98EMUSCHCT02011 | |

| Marks & Nos | Description & Quantity | Unit Price | Amount |
|---|---|---|---|
| N/M | 14"MONITOR | | |
| | 15 " MONITOR | USD106.00 | USD318.00 |
| | 17"MONITOR | USD136.00 | USD408.00 |
| | | USD241.00 | USD964.00 |

(SAY.UNITED STATES DOLLARS ONE THOUSAND SIX HUNDRED AND NINETY ONLY.)

CHINA NATIONAL ELECTRONICS IMP&EXP
CAIHONG COMPANY

E. & O.E.

MANAGER

由 扫描全能王 扫描创建

# EXHIBIT 42



info@certifiedtranslate.com
www.certifiedtranslate.com
2425 Olympic Blvd., Suite 4000W
Santa Monica, CA 90404
usa 1-888-856-2228
int +1-310-684-3153
fax +1-310-564-1944

ata
A member of the American Translators Association
ATA Member Number: 248719

## CERTIFIED TRANSLATION

*Documents Translated For:*

| Name: **David Y. Hwu** | Street Address: **706 Sansome Street** |
|---|---|
| Firm: **Saveri & Saveri, Inc.** | City/State/Zip: **San Francisco / CA / 94111** |

*Description of Document(s):*

IRI-CRT-00003578E

| Source Language: **SIMPLIFIED CHINESE** | Target Language: **ENGLISH** |
|---|---|

WITH REFERENCE TO THE ABOVE MENTIONED MATERIALS/DOCUMENTS, we at Language Fish LLC (doing business as www.certifiedtranslate.com), a professional document translation company, attest that the language translation completed by Language Fish's certified professional translators, represents, to the best of our judgment, an accurate and correct interpretation of the terminology/content of the source document(s). **This is to certify the correctness of the translation only.** We do not guarantee that the original is a genuine document or that the statements contained in the original document(s) are true.

IN WITNESS WHEREOF, Language Fish LLC has caused the Certificate to be signed by its duly authorized officer(s).

**By:** Sean Kirschenstein, Director **Date:** February 21, 2019

A copy of the translated version(s) is attached to this statement of certification.

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

On Feb. 21, 2019 before me, Kristin Gail Chamberlain, Notary Public, appeared Sean Kirschenstein, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature

KRISTIN GAIL CHAMBERLAIN
Notary Public - California
Los Angeles County
Commission # 2141880
My Comm. Expires Feb 7, 2020

D☐P☐ Exhibit 8408
Deponent Wang
Date 3/6/19 Rptr BW

Scanned and created by Camscanner [QR Code]

China National Electronics Import and Export Caihong Co.

## Certificate of Account Transfer for Exported Goods

Card No. ________ *April 30, 1999* Transfer No. *9*

| Overseas Customer | *Hisense (Irico USA)* | Product Name and Model | Quantity | Unit Price | Total Price |
|---|---|---|---|---|---|
| Clerk | *Wu Lihong* | *54SX503Y22-DC01 21" CRT* | *2400* | *USD 52* | *USD 124,800* |
| Purchase Receipt No. | *9TS063* *VAT receipt 00027912* | | | | |

| Debits: General | Debits: Subsidiary | √ | Credits: General | Credits: Subsidiary | √ | Summary | Ten Millions | Millions | Hundred Thousands | Ten Thousands | Thousands | Hundreds | Tens | Ones | Cents |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 123 Foreign Exchange Accounts Receivable | *004* | √ | 504 Self-Managed Export Sales Revenue | *021* | √ | *2400 21" CPTs to Irico USA (9TS063)* | | *$* | *1* | *2* | *4* | *8* | *0* | *0* | *00* |
| | | | | | | | *In ¥* | *1* | *0* | *3* | *3* | *3* | *4* | *4* | *00* |
| Total | | | *One million thirty-three thousand three hundred and forty-four yuan and zero cents* | | | | | | | | | | | | |

1 Attachment

Supervisor ____________ Recorded by ______________ Verified by [illegible] Form completed by Guo Xiangyun

由 扫描全能王 扫描创建

中国电子进出口彩虹公司

# 出口货物转帐凭证

卡片编号______ 99 年 3 月 30 日 转 9 号

| 国外客户 | 海信(美国采购2) | | | |
|---|---|---|---|---|
| | 货物名称及规格型号 | 数量 | 单价 | 总价 |
| 业务员 武莉红 | 545X103Y22-DC01 21"CRT | 2400只 | USD 52.— | USD 124800.— |
| 收购发票号 | 9TS063 增值税票 00027912 | | | |

| 借方 一级科目 | 借方 明细科目 | ✓ | 贷方 一级科目 | 贷方 明细科目 | ✓ | 摘要 | 金额 |
|---|---|---|---|---|---|---|---|
| 123应收外汇帐款 | 004 | ✓ | 504自营出口销售收入 | 021 | ✓ | 发美国彩虹21"彩管2400只(9TS063) | $124800.00 |
| | | | | | | | ¥1033344.00 |
| 合计 | | | 壹佰零叁万叁仟叁佰肆拾肆元正 | | | | |

附件 壹 张

主管______ 记帐______ 审核 [signature] 制表 [stamp]

中国电子进出口彩虹公司

CEIEC CHINA NATIONAL ELECTRONICS IMP&EXP CAIHONG COMPANY

NO.1 CAIHONG ROAD
XIANYANG SHAANXI
P.R.CHINA
Cable:1752 XIANYANG
Fax:(0910)3313181
Tel:(0910)3313886
Postcode:712021

# INVOICE

MESSRS. IRICO (USA)INC
39658 MISSION BLVD
FREMONT, CA94539
TEL:(501)494-5828 FAX:(501)494-5829

| Invoice No. | Name Of Vessel | Loading Port | Discharging Port | On or About |
|---|---|---|---|---|
| 9TS063 | | XIANYANG, CHINA | QINGDAO,CHINA | APR.18,1999 |
| **Date** | **B/L No.** | **L/C No.** | **Contract No.** | **Licence No.** |
| APR.16,1999 | | T/T | 99EMUSCHCT01029 | |

| Marks & Nos | Description & Quantity | Unit Price | Amount |
|---|---|---|---|
| | | | FOB QINGDAO CHINA |
| N/M | IRICO PICTURE TUBE<br>21" CPT<br>MODEL NO.54SX503Y22-DC01<br>QTY:2400PCS<br>CPT ZIBO CHINA<br>COUNTRY OF ORIGIN AND MANUFACTURE:IRICO,CHINA | USD52.00 | USD124,800.00 |

(SAY,UNITED STATES DOLLARS ONE HUNDRED AND TWENTY FOUR THOUSAND EIGHT HUNDRED ONLY.)

CHINA NATIONAL ELECTRONICS IMP&EXP
CAIHONG COMPANY

E. & O.E. ________
MANAGER

由 扫描全能王 扫描创建