# EXHIBIT 43

## (PART 2 OF 2)

# 彩虹集团公司
# 主辅分离、改制分流总体方案

# 目　录

## 第一部分：彩虹集团公司的基本情况

### 一、　彩虹集团公司简介

（一）集团公司历史沿革……………………………………………（1）

（二）集团公司资产、经营情况……………………………………（1）

（三）集团公司人员情况……………………………………………（1）

（四）集团公司的投资结构和骨干企业……………………………（1）

### 二、　彩虹集团公司主业发展情况

（一）彩虹集团公司在突出主业、精干主体、提高主业竞争力方面的探索和实践

1、采取的措施和主要做法…………………………………………（2）

2、取得的成效………………………………………………………（3）

（二）彩虹集团公司实施下岗分流、减员增效、安置富余人员政策的基本情况

1、彩虹集团公司采取的主要措施和方式…………………………（4）

2、取得的成效………………………………………………………（4）

（三）彩虹集团公司主业发展面临的主要问题……………………（4）

（四）分流安置富余人员工作中存在的问题………………………（6）

（五）彩虹集团公司今后精干主体、提高主业竞争力的改革发展思路与目标规划

1、主业改革发展的思路……………………………………………（6）

2、目标规划…………………………………………………………（7）

1

IRI-CRT-00002041

## 第二部分　彩虹集团公司主辅分离、改制分流的总体情况
### 第一则　主辅分离

一、　主辅业划分的依据和范围

（一）主辅业的划分依据…………………………………………（8）

（二）主辅业的基本范畴……………………………………………（8）

　　1、主业基本范畴……………………………………………（9）

　　2、辅业的基本范畴…………………………………………（9）

（三）主辅业的具体范围

　　1、主业的具体范围………………………………………… （10）

（1）主业产品…………………………………………………（10）

（2）主业企业…………………………………………………（10）

　　2、辅业的具体范围

（1）企业办社会………………………………………………（11）

（2）提供后勤服务的经营性单位……………………………（11）

（3）配套生产企业……………………………………………（11）

（4）具备外包条件的职能单位………………………………（11）

（5）彩虹集团公司投资的与主业关联度不大的企业…………………（11）

二、实施主辅分离的主要途径

（一）实施主辅分离的途径…………………………………………（12）

（二）改制分流是实施主辅分离的主要途径……………………… （13）

### 第二则　　改制分流

一、改制分流的总体思路

（一）总体思路…………………………………………… （14）

（二）要实现的目标……………………………………… （15）

二、可用于改制分流的三类资产情况

　　1、三类资产的界定依据和范围……………………………………（15）

2

IRI-CRT-00002042

2、三类资产的总体情况.................................................（16）

（1） 三类资产涉及的主要产品和服务.....................................（16）

（2）三类资产的使用和效益情况.........................................（16）

（3）三类资产总额及所占总资产的比重...................................（16）

## 三、改制分流涉及的人员情况

1、总体情况.........................................................（16）

2、社保情况........................................................ （16）

3、对职工负债情况·················································· （17）

四、改制分流应遵循的原则········································· （17）

## 五、改制分流的主要形式和股权设置

（1）改制分流的形式................................................ （18）

（2）主辅分离、改制分流企业股权设置................................ （18）

## 六、改制分流企业的资产和债权债务处理

（一）基本原则.....................................................(19)

（二）资产和债权债务的处理.........................................(19)

1、资产处置.......................................................(19)

（1）资产的范围和基本处理程序.....................................(19)

（2）资产处置的方式及内容.........................................(20)

（3）不良资产、闲置资产的处置办法·······························. (21)

（4）非经营性资产的处置...........................................(21)

2、债权债务的处理.................................................(21)

（1）债权债务的处理原则...........................................(21)

（2）落实债权债务的方式...........................................(22)

七、改制企业土地使用权的处理.....................................(22)

## 八、人员分流安置办法

（一）人员分流安置的原则......................................... (23)

（二）分流安置人员范围的界定..................................... (23)

（三）人员分流安置途径........................................... (24)

3

IRI-CRT-00002043

（四）改制分流过程中各种劳动关系的处理……………………………（24）

1、分流到改制企业的人员……………………………………………（25）

2、内部退养人员…………………………………………………………（25）

3、自谋职业人员…………………………………………………………（25）

4、因工负伤（包括职业病）丧失劳动能力的人员………………（26）

5、患病或者非因工负伤的人员……………………………………（26）

6、几种非正常劳动关系的处理………………………………………（26）

7、在改制过程中原劳动合同到期的人员……………………………（27）

（五）社会保险关系的处理……………………………………………（27）

（六）安置人员的相关费用……………………………………………（28）

（七）人员分流安置工作中的扶持和鼓励措施………………………（29）

**九、经济补偿金总额、来源及其发放…………………………………（29）**

**十、改制分流过程中几个问题的处理**

1、关联交易………………………………………………………………（30）

2、对改制分流企业的扶持政策………………………………………（30）

## 第三部分 改制分流单位的基本情况和改制方案（或改制思路）

**一、纳入改制分流范围的单位名单及其基本情况**（见附件3）

**二、第一批实施改制分流试点单位的改制分流实施方案（共四家）**

1、彩虹建设工程公司改制分流方案……………………………………（31）

2、深圳彩虹电子公司改制分流方案……………………………………（33）

3、中国电子器件工业总公司改制分流方案……………………………（36）

4、彩虹进出口公司改制分流方案………………………………………（38）

**三、其他改制分流单位的初步改制方案或改制思路**

1、彩虹电子网版厂初步改制方案………………………………………（41）

2、陕西彩虹荧光材料公司改制思路……………………………………（42）

3、陕西彩泰电子公司改制思路…………………………………………（42）

4

4、彩虹物资公司初步改制方案 ………………………………………（42）

5、彩虹销售公司初步改制方案 ………………………………………（43）

6、彩虹三产总公司改制思路 …………………………………………（43）

7、劳动服务公司改制思路 ……………………………………………（43）

8、对于三产总公司和劳动服务公司下属单位的整体改制思路…………（44）

9、彩虹广告公司改制思路 ……………………………………………（44）

10、彩虹装潢公司改制思路 ……………………………………………（44）

11、海口彩虹温泉大酒店处置思路 ·······································（44）

12、西安彩虹电器工业有限责任公司处置思路 ·······················（45）

13、彩虹学校改制分流思路 ……………………………………………（45）

14、彩虹医院改制分流思路 ……………………………………………（46）

15、培训中心改制分流思路（包括彩虹职大、彩虹中专、彩虹技校）……（46）

# 第四部分　　主辅分离、改制分流的组织和实施

## 一、　彩虹集团公司实施主辅分离、改制分流的工作原则和主要措

（一）主辅分离、改制分流的工作原则 ………………………………（47）

（二）实施主辅分离、改制分流的主要措施 …………………………（47）

## 二、彩虹集团集团公司主辅分离、改制分流的组织和实施

（一）集团公司实施主辅分离、改制分流的组织、实施机构 ………（48）

（二）集团公司实施主辅分离、改制分流的决策程序 ………………（48）

（三）集团公司主辅分离、改制分流的实施程序 ……………………（49）

（四）集团公司实施主辅分离、改制分流的操作规范 ………………（50）

**附件:**

附件1、彩虹集团公司组织机构图

附件2、彩虹集团公司的发展战略(摘要)

附件3、参加改制分流的单位及其基本情况

附件4、彩虹集团公司总经理办公会报送主辅分离、改制分流总体方案的决议

附件5、北京市大成律师事务所关于彩虹集团公司主辅分离改制分流总体方案的
　　　　法律意见书

CONFIDENTIAL

IRI-CRT-00002045

# 彩虹集团公司
# 主辅分离改制分流总体方案

## 第一部分：彩虹集团公司的基本情况

### 一、 彩虹集团公司简介

#### （一）集团公司历史沿革

彩虹集团公司是经国务院批准设立的国家特大型国有独资企业，直接归属国务院国有资产监督管理委员会管理。彩虹集团公司是在原彩虹电子集团基础上重组设立的，其前身是陕西彩色显像管总厂，被列为国家"六五"计划重点引进项目。我国第一只彩色显像管在这里诞生。

#### （二）集团公司资产、经营情况

1、资产情况

截止 2002 年 12 月 31 日，彩虹集团公司经审计的资产合计 7,643,448,360.88 元，负债合计 3,569,855,181.88 元，所有者权益合计 3,183,341,699.29 元。

2、经营情况

彩虹集团公司以彩色显示器件（CRT）为主业，其中，彩色显像（显示）管的年生产能力近 1000 万只，公司从建成投产至今，共生产彩色显像管（显示管）7，853 万只，产品累计销售收入 643 亿元，实现利税 81.28 亿元，出口创汇 9.4 亿元。

#### （三）集团公司人员情况

彩虹集团公司现有职工人数 21410 人，其中具有全民身份的职工（即固定工或称固定工）10800 人，短期合同工 10000 余人。各类管理人员 1110 人，各类工程技术人员 1579 人。

#### （四）集团公司的投资结构和骨干企业

目前，彩虹集团公司拥有全资子公司、控股公司及参股公司共有 20 多家（详见附件 1：彩虹集团架构图），其中，彩虹彩色显像管总厂和彩虹显示器件股份

6

IRI-CRT-00002046

有限公司（上市公司）是彩虹集团公司的主要骨干企业。

**彩虹彩色显像管总厂**

彩虹彩色显像管总厂是 1979 年经陕西省工商行政管理局批准成立的全民所有制企业，是彩虹集团公司的全资子公司。总厂下设彩管一厂等 10 个实行内部独立核算的非法人单位。上述单位的报表在总厂汇总。

截止 2002 年 12 月 31 日，资产合计 3,888,437,572.68 元，负债合计 2,111,671,712.81 元，所有者权益合计 1,776,765,859.87 元。

**彩虹显示器件股份有限公司**

彩虹显示器件股份有限公司于 1992 年 7 月 29 日成立，公司股票于 1996 年 5 月 20 日在上海证券交易所挂牌交易。目前，彩虹集团公司持有彩虹显示器件股份有限公司 56.14%的股份。

公司主要产品有 64cmFS、54cmFS 普通彩色显像管和 64cmPF、74cmPF 纯平彩色显像管，主要从事彩色显示器的开发、生产和经营。

截止 2002 年 12 月 31 日，公司资产合计 2,401,187,451.43 元，负债合计 740,126,713.15 元，所有者权益合计 1,661,060,738.28 元。

## 二、 彩虹集团公司主业发展情况

### （一）彩虹集团公司在突出主业、精干主体、提高主业竞争力方面的探索和实践

#### 1、采取的措施和主要做法

（1）1993 年彩虹集团公司成立三产事业部，1994 年更进一步将其改制为独立的企业法人，成立彩虹三产总公司，将为主业配套的一些辅助生产系统和后勤服务单位的职能予以分离，这是彩虹集团公司这些年来分离辅业和安置富余人员的最主要的渠道和方式。

（2）1998 年将下属的内蒙电视机厂交还原地方；将北京六所整体进行剥离，实现资产和管理与彩虹完全脱钩。这些单位的业务与彩虹集团公司的主营业务关联度不大，将其予以剥离，有利于突出主业、精干主体。

7

IRI-CRT-00002047

（3）1999 年，彩虹器件股份公司对彩管二厂实施整体并购，实现了规模效应，进一步提高了了主营业务的竞争力。

（4）2002 年，将荧光粉厂、偏转工厂分别出售给荧光材料公司和西安资讯公司，使其规模得到扩大，搏击市场的能力增强。

（5）2002 年，实施内部模拟市场方案和内部价格结算办法，增强了各生产单位的市场意识。

（6） 1992 年推行并不断完善的岗位技能工资制度，不但节约了人力成本，也为主业继续深化三项制度改革作了铺垫。

（7）尝试向新型显示器件进军，如和有关科研机构合作生产有机 EL，试产 PDP 产品等，以解决集团公司后续发展的问题。

（8）加强了科研机构和人员的建设，加大对集团公司技术中心的投资力度，一方面增强了密切跟踪新型显示器件的能力，一方面通过一系列的技术改造和技术措施，对现有工艺进行改造，为主业挖掘生产潜力和增加效益做出了贡献。

　　彩虹集团公司因应竞争形势的需要，通过上述措施，重组企业生产要素、推动内部机制转换、加强科研力量，使主业在发展中逐步得到明晰、竞争力得到加强。

**2、取得的成效**

上述措施和做法的实施，取得了明显的成效，彩虹集团公司的各项经济指标均实现了稳定增长，2002 年彩管产量达 960 万只，创历史最高记录，玻壳产量达 1651 万只，电子枪产量达 1038 万只，偏转线圈产量达 1060 万只，荧光粉产量达 360 吨，荫罩 489 万只。2002 年度公司实现销售收入 71 亿元，同比增长 20.21%；完成工业总产值 122.3 亿元，同比增长 34%；完成工业增加值 25.8 亿元，同比增长 15.8%；实现利税 8.7 亿元，同比增长 31.8%。2002 年度实现利润总额 455，873，145.97 元，同比增长 58%；出口创汇 1.34 亿美元，同比增长 30%。

**（二）彩虹集团公司实施下岗分流、减员增效、分流安置富余人员政策的基本情况**

8

CONFIDENTIAL                                                                    IRI-CRT-00002048

**1、彩虹集团公司采取的主要措施和方式：**

（1）通过技改举措实现减员增效。

（2）借用优势资源和产品，积极引进社会资本和外资，设立合资合作公司，先后参与设立了西安彩虹资讯有限公司、咸阳彩虹电子配件有限公司、陕西彩虹荧光材料有限公司、咸阳彩泰电子器件有限责任公司等独立法人单位，吸纳了大量企业富余人员。

（3）设立三产总公司，通过将集团公司一些后勤、公益、物业、培训等部门向三产总公司移交，安置主业分流人员，促使上述部门独立核算，变服务为经营，逐步走向市场化，取得了很大成效。近9年来，通过三产总公司安置的主业富余人员达1500多人。

（4）利用陕西省和西安市有关政策，对西安彩虹电器工业有限责任公司职工进行分流安置，至今已分流安置400多人。

（5）集团公司各所属企业通过自身挖潜改造，精简合并，提高劳动生产率，实现减员增效。

（6）按照国家有关内部退养的政策，分流安置部分职工，截止2003年12月31日，集团公司实行内部退养人员达到200多人。

（7）彩虹集团公司及其所属各单位通过强化管理，依法与一小部分严重违反劳动合同的职工解除劳动合同。自1995年底至今，实现减员400多人。

**2、取得的成效**

通过上述措施，彩虹集团公司共安置分流富余人员共计4000多人，约占企业总人数的20%，为实现彩虹集团公司主业精干作出了贡献，对进一步实施主辅分离工作也是很好的铺垫。彩虹集团在建厂初期彩管的年产量只有96万只左右，人员为6000人左右；目前，彩虹集团的彩管年产量已经达到1000万只，而从事彩管生产的员工只有13,000人，企业的劳动生产率有了大幅度的提高。

**（三）彩虹集团公司主业发展面临的主要问题**

**1、彩虹集团公司国有独资企业的所有制形式严重制约了主业的继续发展**

9

IRI-CRT-00002049

根据 2002 年的数据显示，目前国内生产ＣＲＴ产品的企业中有 9 家为外资或合资企业，另外 2 家为内资股份制企业，唯有彩虹集团公司一家是国有企业。在激烈的竞争中，体制所产生的影响越来越大，彩虹集团公司单是在体制上就已经落后竞争对手。

**2、彩虹集团公司的集团战略管理功能尚未发挥作用。**

这表现在：整个集团长期没有明确的战略定位和发展规划；对市场的研究和开发能力严重不足；至今还没有建立以市场为导向的经营管理体制，管理模式大多沿袭以前的工厂管理模式，各个主业生产单位注重生产管理、经营管理明显薄弱；很多经营者陷入事务性工作之中；以产权为纽带的母子公司管理体制尚未形成等等。

**3、人才结构不尽合理、高级管理和经营人才匮乏；人工成本总体偏高；劳动、人事、分配制度改革亟待深化。**

集团公司现有的人才结构不尽合理，生产管理和工程技术人才充足，而高级管理和经营人才则严重缺乏，尤其缺少诸如信息管理、国际营销、资本运作、风险控制等方面的高级管理和经营人才。同时，彩虹集团干部队伍的思想观念、综合素质、知识结构等已不能适应彩虹集团公司主业进一步发展壮大的需要。

人员能进不能出，收入能增不能减，非市场化的高收入大大增加了彩虹集团公司的管理成本和人工成本，无形中削弱了企业的竞争力。

上述问题的存在，与集团公司人事、劳动、分配三项制度改革不到位有密切关系；这些问题也只有在三项制度改革不断深化的过程中才能真正得到解决。

**4、主业不突出、主体不精干、企业负担沉重。**

由于长期以来缺乏明确清晰的企业发展战略等原因，彩虹集团公司经营范围过于宽泛、主业不突出，辅业和企业办社会负担沉重的问题并没有得到根本解决。

总之，上述体制问题、管理问题、内部机制问题、人才问题以及主辅不清、社会负担沉重等问题均是制约彩虹集团公司主业发展的因素。而其中所有制形式、人才问题和主辅不清、企业负担沉重问题对主业发展的制约作用最为明显，是迫切需要解决的问题。

10

IRI-CRT-00002050

### （四）分流安置富余人员工作中存在的问题

目前，彩虹集团公司在分流安置主业富余人员方面依旧面临着一些特殊问题，在一定程度上影响到这项工作的继续开展。主要表现在：

#### 1、社会经济大环境的制约

彩虹集团主体企业和绝大部分职工所在的咸阳市处于我国西部地区，属于经济和社会欠发达的地区，社会对劳动力资源的公共需求较小，市场容量有限，而下岗失业人员又较多，分流安置富余人员、减员增效的难度非常之大。

#### 2、职工思想观念保守

企业几十年来形成了相对封闭、相对独立的工业城区，导致职工传统观念意识较强，适应经济变革的能力较弱，思想相对保守，推行改革的思想阻力很大；

#### 3、以往分流安置富余人员模式的局限性

以前的模式没能在人员分流的同时相应建立完善的劳动合同制度，多数被分流安置职工的劳动关系仍旧保留在彩虹集团公司或总厂，企业对这些职工的管理也沿袭原固定工的管理模式。这就导致：人员的劳动关系和身份并没有改变，职工的劳动就业观念也没有发生根本改变，实际是分而不离，企业的无限连带责任并没有真正解除。

此外，对接收主业富余人员的单位也没能建立健全法人治理结构，产权关系、隶属关系上没有发生根本改变，制约了这些单位的发展。

在上述情况下，是难以实现产权关系、劳动关系、隶属关系的清晰和规范。

### （五）彩虹集团公司今后精干主体、提高主业竞争力的改革发展思路与目标规划

彩虹集团公司精干主体、提高主业竞争力的具体思路或规划是：

#### 1、主业改革发展的思路

（1）继续深化产权制度改革，对主业实施规范的公司制改造。

（2）完善彩虹集团公司中长期发展战略

11

IRI-CRT-00002051

（3）明确集团公司的定位和职能，建立和完善母子公司管理体制。

（4）实现彩虹集团公司主业企业基本管理制度从生产管理型向经营管理型、战略管理型转变。

（5）在传统行业和产品领域实施总成本领先战略，走低成本发展之路。

（6）在新型显示器件领域实施相关多元化战略，加强技术研发力量，提高跟踪新型显示器件领域新产品新技术的能力，为彩虹集团公司实现行业和产品的结构性调整提供支持。

（7）优化现有的内部组织机构和职能，并在此基础上改革人事、劳动、分配制度。

（8）继续加强企业领导力文化等企业文化体系建设。

（9）分离企业办社会职能，分离辅业，使主业轻装上阵。

综上，**彩虹集团公司的发展的整体思路**是：**在正确的发展战略的指引下，围绕打造总成本领先的核心竞争力，发挥集团公司战略管理职能，对整个企业集团的产权制度、管理体制、内部机制、企业文化等进行全方位的重组和改造，增强主业竞争力；实施主辅分离，明晰主业，减轻负担；同时，通过科研力量的加强改造和创新现有产品、优化产品结构，并为集团公司适时进入新型显示器件产品领域，实现产业结构性调整做好准备。**

**2、目标规划**

最终要实现的目标是：到 2010 年，不但在传统的 CPT 领域具备明显优势，能够引领传统 CRT 产业；而且在新型显示器件领域，具备产品研发能力或与跨国公司合作生产的能力，成为产品多元化、经营规模化、管理现代化、具有国际竞争力的显示器件生产和研发基地、国际知名企业集团，为实现"百年彩虹"的远景目标奠定坚实基础。

# 第二部分　彩虹集团公司主辅分离、改制分流的总体情况
## 第一则　主　辅　分　离

## 一、 主辅业划分的依据和范围

12

IRI-CRT-00002052

（一）主辅业的划分依据

**1、彩虹集团公司 2003 年制订的企业战略定位和发展规划是确定主辅业界限的最重要、最基本的依据**

（1）彩虹集团公司的战略定位和发展规划

1、行业和产品定位

彩虹集团公司的行业定位和产品定位于现有的 CPT 产品领域。

2、彩虹集团公司的发展战略

（1）发展战略和中长期规划

彩虹集团公司的总体发展战略是：在传统的 CPT 产品领域，实施总成本领先的基本竞争战略，打造成本最低的核心竞争力，奠定实现经营规模化的基石，使彩虹集团公司成为该产品领域内总成本最低、竞争力最强的显示器件巨头；

在作好传统 CPT 产品的同时，实施相关多元化的经营战略，将新型显示器件作为彩虹集团公司新的经济增长点，培育第二支柱产业。鉴于目前彩虹集团公司尚不具备大规模进入新型显示器件产业领域的条件，因此，将主要采取积极跟踪的策略，逐步进入新型显示器件产业领域。实现该战略的途径主要有两种：一是通过密切跟踪、调研新型显示器件领域的新技术、新产品的发展趋势，适时大规模进入该领域；二是借助国外显示器件产业结构调整和专业化分工的时机，与跨国显示器件企业实施战略合作，通过提供专业配套等方式，逐步参与到新型显示器件的价值链条中，实现产业和产品的结构性调整，并为最终全面进入该领域作好铺垫。

（2）中长期战略的目标

到 2010 年，使彩虹集团公司发展成为产品多元化、经营规模化、管理现代化的中国最强、最大的显示器件生产和研发基地、世界一流和国际知名的大型企业集团，为"立百年彩虹"的远景目标奠定坚实基础。

根据彩虹集团公司上述战略定位和发展规划，现有 CPT 产品以及新型显示器件产品领域，是彩虹集团公司的核心业务和大力发展的方向，即属于彩虹集团公司的主业。

（详见附件 2：《彩虹集团公司的战略定位和发展规划》）

CONFIDENTIAL                                        IRI-CRT-00002053

**2、根据彩虹集团公司的实际情况，部分彩管配套企业也将列入主业范畴，具体划分时考虑以下因素：**

（1）与彩管的关联度大、不可分割的配套企业，作为主业；

（2）交易成本或转换成本高，直接影响彩管竞争力的配套企业，作为主业；

（3）占彩管成本构成比重大，直接影响彩管竞争力的配套企业，作为主业；

（4）对彩管的整体利润贡献率或所占收入的比重较大，对彩虹集团公司收入影响大的配套企业，作为主业。

**（二）主辅业的基本范畴**

**1、主业基本范畴**

根据彩虹集团公司的行业和产品定位，可以确定：主业必须与显示器件有关，与显示器件无关的行业和产品不能列为主业范畴。

根据彩虹集团公司打造总成本领先这一核心竞争力的战略规划，可以确定：并非所有与显示器件有关的行业和产品都能作为主业，只有那些对彩虹集团核心竞争力的构成产生直接影响的显示器件企业和产品才属于主业范畴。

鉴于彩虹集团的核心竞争力在于总成本领先，而总成本领先主要是由于彩虹集团综合配套能力强，因此，对于那些直接影响彩虹集团显示器件总成本构成的主要配套企业，同样列为主业的基本范畴。

在划分主业的基本范畴时，不以具体企业规模大小、是否赢利为指标，只以是否为彩虹集团发展战略中确定的主要发展方向或者是否与彩虹集团核心竞争力构成不可分割作为依据。

**2、辅业的基本范畴**

主业范畴之外，即属于广义的辅业范畴。

辅业的基本范畴主要包括：

（1）企业承担社会功能的部分（如学校、医院、公安处、彩虹职大、彩虹中专、彩虹技校等）；

（2）后勤服务系统（主要集中在三产总公司、劳动服务公司等企业系统内）；

（3）市场化程度较高、交易或转换成本不大的配套生产系统；

CONFIDENTIAL                                                    IRI-CRT-00002054

（4）具备外包条件的职能部门（如彩虹集团公司内部一些非独立法人的经营性单位和彩虹进出口公司）；

（5）彩虹集团公司投资的与 CRT 产业无关的行业。根据彩虹集团公司的发展战略和结构调整的安排，上述单位所从事的行业和提供的产品和服务均不是彩虹集团公司要发展的主要方向，都属于广义的辅业范畴

### （三）彩虹集团公司主辅业的具体范围

**1、主业的具体范围：**

根据彩虹集团公司上述主业和辅业的划分依据，综合考虑彩虹集团公司的发展战略和结构调整的需要，经过彩虹集团公司经理办公会研究决定，彩虹集团公司目前主业和辅业的范围分别界定为:

**（1）主业产品主要包括：**

1）各种品种和规格的彩色显示器件的生产和总装；

2）彩色显示器件的主要零配件产品，包括电子枪、玻璃、偏转线圈、专用零件等；

**（2）主业企业主要包括**

1）彩管一厂（彩管总装）

2）彩虹显示器件股份公司（彩管总装）

3）电子枪厂（彩虹彩管专配、不可分割）

4）玻璃厂（所占成本比重大、转换成本高）

5）动力厂（不可分割）

6）西安彩虹资讯有限公司（所占收入和成本比重大、转换成本高）

7）咸阳彩虹电子配件有限公司（专配产品，不可分割）

8）珠海彩珠实业总公司（所占收入比重大）

9）彩虹昆山实业总公司（所占收入比重大）

**2、彩虹集团公司辅业具体范围：**

主业范围之外，就是广义的辅业。主要包括企业办社会单位；为主业提供后勤、交通运输、工程建设、采购、销售和进出口、物业管理等后勤服务的经营

15

IRI-CRT-00002055

性单位；市场程度化较高，交易和转换成本较低的的为彩色显示器件提供零配件及原材料的单位；与彩色显示器件无关的行业和产品均属于辅业。这些辅业单位主要有：

**（1）企业办社会**　具体分三类：

1）承担政府职能的单位：集团公司公安处。

2）公益型单位：彩虹学校、彩虹医院、彩虹职大、彩虹中专、彩虹技校

3）福利型单位：彩虹幼儿园，公益设施部（含班车队、保龄球馆、、游泳池、体育馆、房产管理室），物业管理中心，经营室下属的客车队和通信站（上述单位均归三产总公司管理）；劳动服务公司粮店、自选商场、车队等。

**（2）提供后勤服务的经营性单位**

三产总公司下属的彩虹宾馆，招待所（含旅行社），劳保用品厂、商饮公司，彩虹经营室下属的广告公司、装潢公司、七里铺综合市场、汽修厂，设备公司，修建园艺公司，劳动服务公司下属商标厂、印刷厂等单位。

**（3）配套生产企业（市场程度化较高，交易和转换成本较低的彩色显示器件零配件企业）**

1）彩虹网版厂

2）彩虹荧光材料有限公司

3）彩秦电子有限公司

4）深圳彩电电子有限公司

5）三产总公司下属的托架厂、电子包装材料厂、化工材料厂

6）劳动服务公司下属彩虹电视配件厂、塑料制品厂、泡托厂、净化厂、研磨厂、818厂（玻壳再生厂）

**（4）具备外包条件的职能单位**

企业内部承担市场功能的职能单位，如彩虹物资公司，彩虹销售公司，彩虹进出口公司。

**（5）彩虹集团公司投资的与主业关联度不大的企业**

1）集团公司的全资子公司。

16

IRI-CRT-00002056

a、陕西彩虹建设工程公司及其管理的彩虹房地产开发公司、彩虹工程建设监理公司、彩虹建设工程设计院。

b、深圳虹阳工贸公司

c、彩虹惠州总公司

d、海口温泉大酒店有限公司

e、中国电子器件工业总公司

2）集团公司控股的子公司

a、彩虹虹友运输公司（归三产总公司管理）

b、西安彩虹电器工业有限责任公司

3）集团公司参股的公司

a、北京全创通讯设备有限公司

b、北京盈富泰克投资有限公司、

c、北京维诺信科技有限公司、

d、深圳市瑞科澳电子技术开发公司、

e、永安保险公司

f、彩虹包装箱厂

j、深圳彩虹皇旗资讯公司

## 二、实施主辅分离的主要途径

### （一）实施主辅分离的途径

对列为辅业的上述单位，将分别情况，采取以下途径予以分离：

1、对于彩虹学校、彩虹医院、彩虹集团公安处、彩虹大专、彩虹中专、彩虹技校等企业办社会职能，要通过与地方政府协商，在妥善处理资产、机构、人员的基础上，成建制移交地方政府，分离企业办社会职能。对于政府不愿或无力接收的承担企业办社会职能的单位，如符合国家从事产业化经营的政策，则可按照改制分流方式实施主辅分离。

2、对于企业自办福利型后勤服务机构，要从福利型转变为经营型，由无偿服务改为有偿服务，由单纯的为企业服务逐步转为面向社会服务，逐步改造成为独立核算、自负盈亏的经济实体。具备市场生存条件的，参加改制分流。

CONFIDENTIAL                                    IRI-CRT-00002057

3、对于经营性的后勤服务单位，通过改制分流方式进行主辅分离，组建产权主体多元化的法人经济实体。

4、对于市场化程度较高的小型配套生产企业，按照前述原则参加改制分流。

5、对于集团公司具备外包条件的单位，指彩虹集团公司内部一些职能部门：将其创办为独立的法人经济实体，作为市场主体为彩虹集团继续提供相关服务。

6、彩虹集团公司投资的与主业关联度不大的企业。这具体又分为三种情况

（1）彩虹集团公司全资的辅业公司：具备条件的，全部参加改制分流；

（2）彩虹集团公司控股的辅业公司，在征得其他股东同意后，改制分流

（3）彩虹集团公司参股的公司，不参加改制分流，按照集团公司的战略规划对投资进行战略性调整，逐步退出，将所得资金用于主业发展。

7、对于已经停业或者面临其他生存问题的单位，如海口彩虹温泉大酒店、西安彩虹电器工业公司、彩虹虹友运输公司等单位，要通过转让、合作或依法进行清算的方式进行主辅分离，在盘活现有资产的基础上，用所得资产妥善分流安置所在单位的职工。

**（二）改制分流是实施主辅分离的主要途径**

1、改制分流方式适用于资产属于主业的三类资产、人员属于主业富余人员、可以实行产业化经营的单位。

2、对于国家不允许实行产业化经营的单位如彩虹集团公司公安处、彩虹学校的初中小学（义务教育阶段），以及彩虹集团公司参股的企业，均不能以改制分流方式进行主辅分离。除此之外的其他辅业单位则可通过改制分流的方式实现与主业的分离。

3、对于资产属于彩虹集团公司主业的三类资产范畴、人员属于主业需要精简的富余人员、同时具备市场经营条件的辅业单位，将主要采取改制分流的方式与彩虹集团公司主业分离。

总之，根据彩虹集团公司的实际情况，改制分流将是主辅分离的主要途径。

**图：彩虹集团公司主辅分离示意图**

CONFIDENTIAL                                                                                      IRI-CRT-00002058



第二则　　改制分流

## 一、改制分流的总体思路

### （一）总体思路

（1）利用彩虹集团公司具备经营条件的三类资产，改制创办面向市场、独立核算、自负盈亏的法人经济实体（鼓励民营化），分流安置企业富余人员，最终实现产权关系、劳动关系、隶属关系的清晰化和市场化。在解决主业精干的基础上，为辅业在市场中发展壮大奠定基础。

19

（2）对具备市场生存能力、经营者和职工有改制意愿的改制企业，直接改制为非国有法人控股的法人经济实体；对于暂时不具备条件的，可继续保持国有法人控股地位，但务必做到产权明晰、独立核算、面向市场、自负盈亏，并作好向非国有法人控股企业发展的规划和各项准备。

（3）在进行上述分离改制工作时，依法理顺各单位人员尤其是正式职工与所在单位的劳动关系。对分流进入改制为非国有法人控股企业的富余人员，原主体企业要依法与其解除劳动合同，并支付经济补偿金，职工与改制企业签订不少于三年的劳动合同；对分流进入改制为国有法人控股企业的富余人员，原主体企业和改制企业可按国家规定与其变更劳动合同，用工主体由原主体企业变更为改制企业。

**（二）要实现的目标**

1）具备改制条件的企业，要调整产权结构，完善公司治理结构。改制后，变单一国有为非国有控股的产权结构多元化的公司制企业；暂时不具备条件的，也要实现产权多元化。国有股原则上不能超过 75%。

2）分流富余人员，实现劳动优化组合。全员身份置换后，企业可以将因人设岗改为按工作需要设岗，并普遍实行竞争上岗，降低人工成本，提高劳动生产率，提高企业竞争力。

总之，要使具备市场生存条件的辅业单位按照公司法的规定改制成具有独立法人资格的市场经济主体，并在竞争中发展壮大；在妥善安置职工的基础上，改变职工的国有职工身份，提高其市场意识和竞争力。

## 二、可用于改制分流的三类资产情况

### 1、三类资产的界定依据和范围

上述三类资产界定的依据为：（1）859 号文及相关文件对"三类资产"内涵的界定；（2）彩虹集团公司的发展战略，以及彩虹集团公司主辅业划分的标准和范围。具体而言，所有划入辅业范围的资产均属于三类资产的范畴，属于非主业资产；目前彩虹集团公司没有闲置一年以上有市场生存能力的有效闲置资

CONFIDENTIAL                                                                                    IRI-CRT-00002060

产、彩虹集团公司也没有也没有政策性关闭破产企业，因此也不存在符合国家产业政策、有一定获利能力的破产企业资产。

因此，**彩虹集团公司的三类资产就是彩虹集团公司的非主业资产，包括辅业资产、后勤服务单位的资产以及与主业关联度不大的其他资产**；由于部分企业办社会的资产如公安处的资产、彩虹集团公司在参股企业的所有者权益不参加改制分流，应当从非主业资产中剔除，其余的非主业资产则属于可以参加改制分流的非主业资产。

**2、三类资产的总体情况**

**（1）三类资产涉及的主要产品和服务**

企办学校、医疗服务、建筑设计、施工监理安装、宾馆招待、幼儿教育、物业管理、治安保卫等后勤服务单位以及为彩管配套的部分生产企业、此外还有一些企业的产品和服务与彩虹集团公司主业没有关联度。

**（2）三类资产的使用和效益情况**

三类资产的整体效益较差，有些已经因为市场变化的原因导致价值锐减，；有些资产本属于福利性设施，不具备经营能力；部分属于彩虹配套生产用资产，但是由于人工成本高，附加值偏低，效益一般。另外，三类资产中的不良资产较多。

**（3）三类资产总额及所占总资产的比重**

经过初步统计，非主业资产为 17 亿元，约占彩虹集团公司总资产的 23%。

# 三、改制分流涉及的人员情况

**1、总体情况**

改制分流涉及的富余人员为3853人，占彩虹集团公司全部职工的18%左右，占固定工人数的36%。

**2、社会保险情况**

彩虹集团公司改制分流单位均按照国家和陕西省、咸阳市的规定参加了养老、疾病、失业、住房公积金等社会统筹，其中离退休人员已实行社会化管理，所有单位均没有任何欠缴社会保险费的情况。

21

IRI-CRT-00002061

3、对职工负债情况

改制分流单位没有欠发工资、集资款、社会保险费等对职工负债的情况。

附：   **彩虹集团公司三类资产及其涉及的人员情况表**

（截止到 2003 年 10 月）

| 序号 | 三类资产涉及的单位 | 资产数额（单位：元） | 涉及人员人数 |
|---|---|---|---|
| 1 | 彩虹医院 | 12272601 | 150 |
| 2 | 彩虹学校 | 76102381 | 229 |
| 3 | 培训中心 | 1994856 | 40 |
| 4 | 三产总公司（含下属单位） | 59925425 | 552 |
| 5 | 劳动服务公司（含下属单位） | 80510000 | 111 |
| 6 | 建设工程公司 | 10479099 | 78 |
| 7 | 物资公司 | 13234605 | 200 |
| 8 | 销售公司 | 2974560 | 67 |
| 9 | 中国电子器件工业总公司 | 562319639 | 189 |
| 10 | 深圳虹阳工贸公司 | 244022127 | 4 |
| 11 | 西安彩虹电器工业公司 | 77999911 | 1373 |
| 12 | 深圳彩虹电子公司 | 29409679 | 8 |
| 13 | 陕西彩虹荧光材料公司 | 171093575 | 240 |
| 14 | 彩虹电子网版厂 | 18654057 | 159 |
| 15 | 彩秦电子公司 | 66500336 | 237 |
| 16 | 彩虹进出口公司 | 233810376 | 65 |
| 17 | 彩虹海口温泉大酒店 | 79995391 | 20 |
| 18 | 彩虹幼儿园 | （含在三产数字内） | 112 |
| 19 | 彩虹包装箱厂 | 参股企业 | 11 |
| 20 | 深圳皇旗资讯公司 | 参股企业 | 8 |
| | 总    计 | 1741298615 | 3853 |

**四、改制分流应遵循的原则**

（1）改制分流要与业务、资产、人员结构调整相结合，注重资源整合，以提高改制企业的市场生存能力。

由于管理体制、利益格局等方面的因素，彩虹集团公司内部存在着严重的同业竞争以及资源被分割的局面，这种情况不但造成无谓内耗，并且无法发挥资源优势，削弱了企业的竞争力。因此，在主辅分离、改制分流过程中，无论

22

是主业还是辅业，均应当重视资产、人员、业务等方面的重组工作。

（2）统筹规划，分步实施，成熟一个，改制一个。

按照有利于稳定和提高企业市场竞争力的目的，对辅业单位的资产和业务进行重组，人员总体上仍按照现在所处的单位和岗位进行分流。对于具备经营和改制条件的，彩虹集团公司退出国有股份或仅保持参股地位；对于有经营能力，但是暂时不具备国有股退出或参股条件的，可暂时保持彩虹集团公司的控股地位，但应创造条件，尽早退出。

## 五、改制分流的主要形式和股权设置

### （1）改制分流的形式

根据具体辅业单位的情况，充分利用市场资源和手段，按照《公司法》和其他有关法律法规的规定，通过合资、合作、出售、租赁、承包等方式，逐步实现产权主体多元化，鼓励职工、经营者和社会投资者对改制分流企业进行投资，允许职工将所得经济补偿金折为改制分流企业的股份。

将辅业单位改制为股权多元化的公司制企业是改制分流的主要方式。大多数辅业单位将直接或分两步改制为非国有法人控股的股权多元化的有限公司。

### （2）主辅分离、改制分流企业股权设置

1）对于具备市场生存条件的改制分流企业，直接改制为非国有法人控股的有限责任公司，彩虹集团公司国有法人股可一次性退出或保留参股地位，参股比例原则上应低于 20%；

2）对于暂时不具备市场生存能力的改制分流企业，彩虹集团公司也应整体规划、逐步退出，彩虹集团公司的持股比例原则上应低于 75%。

3）对于政府不愿接收、国家政策允许产业化经营的企业办社会单位，也可改制为法人经济实体，其股权设置参照改制企业的股权设置模式进行。

## 六、改制分流企业的资产和债权债务处理

### （一）基本原则

23

IRI-CRT-00002063

1、剥离非经营性资产，避免不合理的社会负担。

2、剥离不良资产、闲置资产，提高资产的质量。

3、争取引入增量资产。通过引进战略投资者、经营者持股、职工持股注入增量资金，盘活存量。

4、充分利用三类资产，发展配套辅业，安置分流职工。

5、遵循"资产随业务走"的原则，与改制单位生产经营业务有密切关系的资产保留在该公司。保持资产的完整性，保障改制单位有独立完整的业务体系。

6、依据资产相关性、业务相关性及人员相关性原则，合理划分债权债务。

**（二）资产和债权债务的处理**

**1、资产处置**

**（1）资产的范围和基本处理程序**

1）列为辅业范围的资产是指非主业资产、闲置资产、关闭破产企业的有效资产即所谓的"三类资产"，其数额以经过资产清查、审计、评估的后的国有净资产为准。对各辅业企业及相关辅业资产将根据资产质量、盈利状况决定是否给予折扣优惠。

2）对于改制企业占用的资产应首先明晰其产权关系。

对于产权关系不明确或者存在产权争议的（如彩虹劳动服务公司），应先进行产权界定或产权纠纷调处；对于出资证据齐全但尚未明确产权归属关系的，应按照规定补办相应手续。

3）彩虹集团公司主持、改制分流企业予以配合，对改制分流企业的各类资产进行全面的登记清查、全面核对查实帐面上各类资产和债权债务，并编制资产负债表和财产清单。在资产清查中，对于拥有实际控制权的长期投资，清查工作将延伸至被投资企业。

4）清查出的资产损失、包括坏帐损失、存货损失、固定资产及在建工程损失、担保损失、股权投资损失、债权投资损失以及经营证券、期货、外汇交易的损失等资产损失，其资产损失的认定和核销按照财政部关于印发《企业资产损失财务处理暂行办法》的通知（财企［2003］233号）和国务院国有资产监

24

CONFIDENTIAL

IRI-CRT-00002064

督管理委员会《国有企业资产损失认定工作规则》的有关规定确认处理。

5）改制分流企业的国有资产的评估结果即国有净资产首先应用作对分流进入非国有法人控股的改制分流企业的人员的经济补偿，补偿标准按照国资委（2003）21 号文件执行。

6）改制分流企业的国有净资产按照规定进行各项提留和支付后的不足部分，由彩虹集团公司予以补足；对于企业资产规模较大，国有净资产按规定进行各项支付后仍有剩余的，其剩余部分可向改制企业的员工（包括经营者）或外部投资者出售，也可采取租赁、入股或转为债权等方式留在改制企业。

7）对于分布于不同企业但资产和业务具备相关性的资产，将根据市场情况统一由彩虹集团公司进行业务和资产的重组，相应人员原则上也遵循人员随业务走的原则进行处理。

8）对于已经没有市场前景或者资产质量很差的资产，能依法进行损益处理的，要及时处理；对于不能计入损益的，由改制分流企业提出充足依据，彩虹集团公司在评估值 10% 以内的经确认研究后予以优惠；对于超出 10% 的，由彩虹集团公司上报申请国资委确认。

9）对没有纳入改制分流企业范围的，但具备经营条件的剥离资产，可以其组建企业法人，独立核算，并相应安置部分富余人员；对于不具备经营条件的剥离资产，可采取整体公开出售、租赁经营等方式处理，所的收入优先用于安置富余人员；对于不具备上述条件的剥离资产，可由彩虹集团公司或愿意接收的改制分流企业暂时管理。

**（2）资产处置的方式及内容**

1）对集团公司非经营性固定资产资产、闲置的固定资产、待报废的固定资产予以剥离；对待报废的存货、超储积压的存货予以剥离；对回收无望的三年以上债权（包括赊销产品）予以剥离。

2）集团公司整体改制后，从实际出发，着眼于未来公司发展战略，对其下属单位采取多种方式进行改制，并依法规范操作。根据下属单位的实际情况和特点，选择合适的改制方式，如：内部职工持股、经营者持股、股份合作制、承包经营、租赁经营、出售等方式。

25

3）对拟改制的下属单位，当其净资产不足时，可采取：（1）将集团公司对改制单位的债权转为净资产；（2）将集团公司拟留给改制单位的债务转由集团承担；（3）从集团公司其他单位划入改制企业所需的相应实物资产；（4）减持集团公司拟持有的股权比例。

当改制单位的净资产过大时，可采取：（1）将相应资产转为租赁资产；（2）将部分资产转归改制单位对集团的债务（3）出售给社会法人和自然人。

**（3）不良资产、闲置资产的处置办法**

1）对集团公司清查出来的不良资产（最终以审计确认的数字为准），包括三年以上不良债权、存货损失、固定资产损失等，报财政部门批准核销，对不符合条件，未经核销的部分，由集团公司或国有资产经营公司继续清理、追讨。

2）集团公司清查出来的闲置固定资产、具备经营条件的，组建企业法人，安置分流人员；对不具备经营条件的资产，以评估结果为基础，公开向其他单位和个人拍卖（出售价格低于评估结果 10%以上的，要向国有资本审批部门作出书面说明）或向其他单位或个人租赁，并签订租赁合同（租赁费参照同期银行贷款利率约定）。对不能按上述办法处置的，由集团公司管理

**（4）非经营性资产的处置**

集团公司承担社会职能的非经营性资产予以剥离，与当地政府充分协商后，无偿移交政府有关部门，相应核减集团国有资本。对于政府不愿或无力接收的、政策允许进行产业化经营的，可依法用相关资产组建法人经济实体或者采取租赁、承包经营、出售等方式进行。

**2、债权债务的处理**

**（1）债权债务的处理原则**

1）债权、债务随资产走的原则。资产进入拟改制下属单位，相应的债务也要进入。凡能明确某项资产、业务而产生的负债，该项资产业务进入改制单位，则该负债也进入。

2）合法性原则。保证进入改制单位的债务有合法完备的手续，该项债权债务的起源要明确、合法。

3）尊重债权人权利原则。有关债务进入改制单位必须事先征求债权人的意

IRI-CRT-00002066

见，并协议落实债务。

4）适度性原则。为保证改制单位财务结构稳健合理，要综合考虑其对集团公司的债权债务和自身净资产的规模，进行确定。

**（2）落实债权债务的方式**

1）由集团公司总体负责改制企业的债权债务清理和核实工作，并进行必要的审计，落实债权、债务人并与债权人或债务人订立债务保全协议。

2）改制企业原为独立法人的，要继续承担和落实原有的债权债务关系；从原主体企业分立重组的改制企业，按商定的比例承担债务。

3）实行整体改建的辅业单位，由成立的公司制企业承继原企业的全部债权债务；实行分立式改建的，由分立的各方承继原企业的相关债权债务；企业实行合并式改建的，由合并后的企业承继合并前各方的债权债务。

4）集团内部债务（包括改制时改制企业国有净资产按规定进行各项支付后的剩余部分采取转为彩虹集团公司债权方式留在改制企业的部分）不能因为主辅分离、改制分流而抵消，由集团公司组织各单位进行及时清理，相关单位要制订切实可行的还款计划，按期偿还。

对于所欠职工的工资、医疗费、集资款等，必须在改制前予以解决，可从国有净资产中直接扣除。

5）对于拖欠分流安置人员的集资款、工资（欠发）、医药费和欠缴社会保险等债务，按财政部313号文件第十七条的规定处理，可从企业净资产中支付。


**七、改制企业土地使用权的处理**

根据国家和陕西省人民政府关于土地资源管理的有关法律、政策规定，及落实国有企业主辅分离改制分流安置富余人员中的土地政策，确定：

1、对于改制分流企业现用地为彩虹集团通过出让方式取得的土地使用权及影响到彩虹集团整体规划的土地，改制分流企业原则上以租赁的形式使用。

2、对于改制分流企业现用地为原彩虹集团的行政划拨土地，只要不改变土地用途的，经所在地县级（含）以上人民政府批准，可继续以划拨方式使用；需要改变土地用途的，应按照《划拨土地目录》（国土资源令第9号）核定，改变

CONFIDENTIAL

IRI-CRT-00002067

后的用途符合《划拨土地目录》的，可继续以划拨方式使用；不符合《划拨土地目录》的，应依法办理土地有偿使用手续，允许将土地出让收益用于支付改制成本。

3、经与彩虹集团公司充分协商并经过国土资源管理部门同意后，改制分流企业可受让目前使用的国有划拨土地使用权，并共同到国土资源管理部门依法办理转让手续，缴纳相关费用。

## 八、人员分流安置办法

### （一）人员分流安置的原则

1、妥善处理改革、发展、稳定的关系原则

围绕集团公司改制分流工作的总体目标，考虑企业、职工和社会的承受能力，区别不同情况，对富余人员采取不同方式进行分流安置。

2、依法调整劳动关系原则

企业在改制过程中，应同时依法调整企业与职工的劳动关系。调整劳动关系应兼顾各方利益，妥善处理改革与稳定的关系，维护企业和职工的合法权益，实现劳动关系的和谐稳定。

4、规范操作原则

在企业改制总体方案框架内，按照有关法律、法规和相关政策制定职工分流安置方案，职工分流安置方案需经改制单位职工代表或者工会审议通过，并报集团公司审核备案后实施。

5、按照"人随资产走""人随业务走"的原则

改制前企业（或单位）在册的全民职工，原则上由改制企业安置。

6、保持政策连续性的原则。

如对于解除劳动合同到社会上就业和自谋职业人员领取的补偿金、内部退养人员领取生活费的标准等，企业内部要前后保持一致，外部要注意与本地区同类企业的平衡。

### （二）分流安置人员范围的界定

分流安置的人员是指根据国家产业政策，按照企业发展战略要求和专业化

28

IRI-CRT-00002068

分工的原则，需要分离的辅业、后勤服务以及与主业关联度不大的其他单位的全民身份的职工；由于产业、产品结构调整造成的企业富余人员中的全民职工。具体包括：

1、按国经贸企改〔2002〕859 号文件精神，属于"三类资产"单位全部在册的全民职工，包括单位的在岗员工、待岗或下岗员工、停薪留职人员以及其他非在岗人员等。

2、主业中需要精简分流的全民职工。

**（三）人员分流安置途径**

1、分流到改制后的企业。职工与改制企业重新签订劳动合同，在改制企业继续就业。这是人员分流安置的最主要的方式。

2、考虑年龄较大职工再就业的实际困难，对距法定退休年龄不足五年的职工，企业可参照 1993 年国务院第 111 号令和国发〔2000〕42 号文件办理离岗休养（即内部退养），退养期间企业不再安排工作岗位，职工按月领取生活费，到达法定退休条件时办法正式退休手续。

3、对符合提前退休条件的职工，按国家有关规定办理提前退休。

4、企业改制过程中劳动合同到期的职工，原劳动合同自行终止，彩虹集团公司原则上不再与其续签劳动合同。在改制企业竞聘上岗的，可与改制企业重新签订劳动合同。

5、自谋职业。在改制过程中，对于不符合办理内部退养和提前退休条件的职工，可自愿申请与企业解除劳动合同，到社会上就业。

**（四）改制分流过程中各种劳动关系的处理**

首先：应严格执行原劳动部《关于企业实施股份制和股份合作制改革中履行动合同问题的通知》（劳部发〔1998〕34 号）规定，首先应当履行与职工就变更劳动合同先行协商的规定，经协商不能就变更劳动合同达成协议的，再由彩虹集团公司（部分为总厂）解除与分流职工的劳动合同；同时，应当提前 30 日将解除原劳动合同的情况通知被安置分流的职工。

其次，应视人员分流安置的具体方式及相应政策，依法处理原劳动关系：

CONFIDENTIAL

IRI-CRT-00002069

**1、分流到改制企业的人员**

（1）分流到非国有法人控股改制企业的职工，与彩虹集团解除原有劳动合同后，可依照国资委（2003）21号文的标准获得经济补偿金，（该经济补偿金原则上不以现金方式支付，职工可选择对改制企业的折股款或债权，参与改制企业收益分配），改制企业与职工重新签订劳动合同，职工在改制企业的工作年限重新计算。劳动合同的期限由改制企业与职工协商确定，协商不一致的，重新签订劳动合同的期限应不少于3年。

（2）分流到国有法人绝对控股改制企业的职工，彩虹集团公司与其解除劳动合同，不支付经济补偿金，改制前后职工工作年限合并计算，待改制企业变更为非国有法人控股的企业时，参照前条补偿标准执行；改制企业与职工协商签订新的劳动合同，由改制企业继续与职工履行原劳动合同的权利义务。职工工作岗位发生变化以及因岗位变更不能胜任工作的，改制企业可调整职工工作岗位或提供相应培训，或经协商对劳动合同作出变更。

改制企业与职工变更劳动合同期限不能协商一致的，应当履行原劳动合同中尚未履行的期限；原劳动合同未履行期限短于3年的，应延长至3年。

**2、内部退养人员**

（1）对于在改制前已办理内部退养的人员，由彩虹集团公司继续履行与职工的内部退养协议。

（2）在企业改制分流时，符合内部退养条件的职工，本人申请办理内部退养的，职工可与彩虹集团公司签订内部退养协议，由彩虹集团公司离退休办公室进行管理（中国电子器件工业总公司除外）。

（3）对改制分流过程中办理内退的人员，根据目前彩虹集团公司的内退待遇，由彩虹集团公司统一负责解决，内退人员法定退休年龄前的退养生活费及企业应为其缴纳的社会保险费用，实行专款专用，到法定退休年龄时，为职工办理正式退休手续，进入社保统筹；对于中国电子器件工业总公司则直接从公司国有净资产中预留相关费用后，由该公司管理本单位内退人员。

**3、自谋职业人员**

在改制过程中，职工自愿与企业解除劳动合同，到社会再就业的，企业应按

30

IRI-CRT-00002070

有关规定解除劳动合同，给予经济补偿金，在规定时间内办理解除劳动合同手续，转移档案，办理失业登记等。

**4、因工负伤（包括职业病）丧失劳动能力的人员**

对因工负伤（包括职业病）丧失劳动能力或大部分丧失劳动能力人员，按照《工伤保险条例》的规定办理，享受工伤保险待遇。

对患职业病和因工负残.部分丧失劳动能力的人员，如本人提出与企业解除劳动合同的，按规定一次性计发医疗、应付工资等费用后，解除劳动关系，并给予经济补偿。

**5、患病或者非因工负伤的人员**

对患病或者非因工负伤，在规定医疗期内的职工可提前计算留出经济补偿费用，待医疗期满后再解除劳动合同给予经济补偿，或与本人协商一致，提前支付医疗期内应付的工资及相关待遇后再解除劳动关系并给予经济补偿。

根据劳办发（1994）214号的规定，对于患精神病并经鉴定丧失劳动能力的，可由彩虹集团公司解除劳动合同，发给相当于本人标准工资3个月至6个月的医疗补助费。

在解除劳动关系时，企业除应当对患病或非因工负伤人员支付经济补偿金外，还应当支付不低于6个月工资的医疗补助费。患重病或绝症的，还应当适当增加医疗补助费，患重病的增加部分不低于医疗补助费的50%，患绝症的增加部分不低于医疗补助费的100%。

**6、几种非正常劳动关系的处理**

（1）对于在彩虹集团公司所属公司制企业工作并形成事实劳动关系，但人事关系仍在彩虹集团公司、未做处理的职工，将劳动合同用工主体变更为所属公司，按照所在企业的性质，确定是否给予经济补偿金。

（2）对于长期待岗、长期学习、长期外借、两不找等非正常劳动关系，按照如下办法予以处理：

1）、对于长期待岗的，一律解除与彩虹集团公司的劳动关系，进行身份置换，获得经济补偿，按照双向选择原则，改制企业接受的，进入改制企业工作，与改制企业重新签订劳动合同。对于不愿安置分流或者改制企业不能接收的，依法支付经济补偿金后，解除劳动关系。

31

IRI-CRT-00002071

2）、对于长期学习的，应通知其限期回单位处理劳动关系，经协商保持劳动关系的，对相关劳动合同条款予以变更，明确学习期间的权利义务关系；对于协商不成的，解除劳动关系，给予经济补偿。

3）、对于长期外借人员应与借用单位明确用工主体，由借用单位正式雇佣的，应与解除与彩虹集团公司的劳动关系，由借用单位与其签定劳动合同（其中，借用单位为非国有企业的，由彩虹集团公司支付经济补偿金）。借用单位不愿正式雇佣的，应依法与其原变更劳动合同，经过协商无法就变更达成协议的，解除与彩虹集团公司的劳动关系，并由彩虹集团公司支付经济补偿金。

4）、对于两不找人员，可依法解除劳动关系，不予补偿；

**7、在改制过程中原劳动合同到期的人员**

企业改制过程中劳动合同到期的职工，原劳动合同自行终止，彩虹集团公司原则上不再与其续签劳动合同，按照劳动和社会保障部劳社厅函〔2001〕280号文件的规定支付生活补助费。

对于合同期限届满后符合退休条件的，可以办理退休手续，领取养老保险金；不符合退休条件的，企业应当协助职工办理失业登记，领取失业救济金。（劳部发（1996）354 号）

**（五）、社会保险关系的处理**

企业改制后，应按规定做好职工社会保险关系的转移和接续工作。分流到改制企业或到其他企业就业人员，应由其所在企业和个人继续参保；对于到社会上自谋职业的人员，按地方社保部门规定执行。

彩虹集团公司应积极与社保部门协调，办理职工社会保险关系转移手续。对于协调不一致、办理转移保险关系有困难的，经地方社保主管部门同意，改制企业职工的社会保险关系可由原主体企业暂时代管，改制企业与彩虹集团公司签订职工社保关系代管协议，彩虹集团公司企业负责按社保部门规定的标准代收代缴社会保险费，所需费用由改制企业及职工个人承担。

到社会上自谋职业和就业的人员，转移社会保险关系有困难的，经地方社保部门同意，也可以由彩虹集团公司暂时代管其社会保险关系，本人与彩虹集团公司签订社保关系代管协议，彩虹集团公司负责按社保部门规定的标准代收

32

IRI-CRT-00002072

代缴社会保险费，所需费用由个人承担。

**（六）、安置人员的相关费用**

1、解除劳动合同所支付的经济补偿金

对于分流到非国有控股改制企业的职工，与原彩虹集团公司解除劳动合同，按国家有关规定，由彩虹集团公司用国有净资产给予经济补偿，并可以在职工自愿的基础上转为改制企业的股权或债权。

解除劳动合同经济补偿金的标准按照劳社部发〔2003〕21号文的规定执行。

考虑到集团公司所属企业的实际情况，办理与职工解除劳动合同所支付经济补偿金的标准可按以下办法执行：

（1）企业与职工解除劳动合同，由企业给予经济补偿，经济补偿金根据职工在本单位工作年限，每满一年（不满一年的按一年计算）发给相当于本人一个月的平均工资，经济补偿金总额按职工在本企业工作的实际工龄计算。

经济补偿金的工资计算标准是指企业正常生产情况下劳动者解除合同前十二个月的月平均工资。职工本人的月平均工资低于企业月平均工资的，按企业月平均工资支付。

为便于计算，企业月平均工资按照集团公司上年度月平均工资确定，所属企业月平均工资高于集团公司月平均工资的，可按所属企业月平均工资计发。

职工本人月平均工资超过本企业月平均工资3倍及以上的，按不高于本企业月平均工资的3倍计发。

（2）自谋职业的人员，因解除劳动合同领取的经济补偿金，由彩虹集团公司一次性以现金支付。补偿金原则上不得超过企业原办理协议解除劳动合同支付的经济补偿金水平。

（3）对于以下人员解除劳动合同可不支付经济补偿金：与企业未有实际劳动关系的挂名挂靠人员；按自动离职处理的人员；因私出国（出境）定居人员；依据《劳动法》第25条规定，被解除劳动合同的；职工个人提出辞职解除劳动合同的人员。

2、内部退养人员的生活费标准

办理内部退养人员的生活费标准由企业根据实际情况自行确定，但生活费

CONFIDENTIAL

IRI-CRT-00002073

标准最高不得超过按所在省计算正常退休人员养老金的计算办法核定的数额。内退人员养老保险个人缴费标准可保持其在岗时水平不变，也可按退养生活费标准缴纳。

　　内退退养人员生活费标准一次核定后，至正式退休前不再调整。符合法定退休条件时，按社保部门规定核定计算其退休后的基本养老金。

　　3、主辅分离辅业改制工作中解除劳动合同企业所支付的经济补偿金、内退人员生活费原则上用改制单位的国有净资产支付。改制企业的国有净资产按规定进行各项支付的不足部分，由彩虹集团公司予以补足。

　　4、对于改制过程中可能发生的其他费用，将按照国家规定逐个在改制分流单位中落实。

### （七）、人员分流安置工作中的扶持和鼓励措施

　　一是根据全国再就业会议的精神和 859 号文的规定，集团公司将在实行相关多元化战略的过程中把主业向上延伸，拉长产业链，培育新的利润增长点，大力开发就业岗位；二是充分宣讲政策，帮助其运用好税收减免和补贴政策，扶持职工自主创业、自谋职业；三是寻找合适的社会机构进行培训，引导其转变就业观念；四是建立自谋职业职工创业孵化机制等。

### 九、经济补偿金总额、来源及其发放

　　在改制分流时，对分流进入改制后的非国有法人控股企业的固定工，在依法与彩虹集团公司解除合同的同时，获得经济补偿金。

　　1、经济补偿金的计算标准

　　经济补偿金按照 859 号文和劳动部（2003）21 号文规定的标准执行。

　　2、用于支付职工解除劳动关系的经济补偿金经初步测算为 **164021106** 元。

　　3、经济补偿金的来源主要是彩虹集团公司在改制分流企业中的国有净资产、以及彩虹集团公司出让股份、变现资产等获得的收入；对于依法进行包括经济补偿金在内的各项支付不足的部分，由彩虹集团公司予以补足。

　　4、经济补偿金的发放。方案生效后，经协商解除劳动关系的职工，应在规

CONFIDENTIAL

IRI-CRT-00002074

定期限内与公司签订解除劳动合同协议,并依法获得经济补偿。

**十、改制分流过程中几个问题的处理**

    **1、关联交易**

改制企业分离后,彩虹集团与各改制单位之间的交易往来将完全按照市场规律和公平合理、平等自愿的原则进行,交易主体均按照民事合同承担相应的民事义务,享有相应的民事权利。

    **2、对改制分流企业的扶持政策**

彩虹集团公司将对改制分流企业提供一定的政策扶持。这些政策主要包括:

1)彩虹集团要按照主辅分离改制分流方案及其与改制企业签署的关联交易协议,从对改制分流企业予以扶持角度出发,适度保护内部市场,在同等条件下优先选择改制分流企业提供的产品或服务,从而充分体现"扶上马,送一程"的精神。

2)改制分流企业的生产经营条件。

3)利用集团公司的管理、技术、人才等优势为改制分流企业提供指导和帮助,促使其管理、技术水平的提高。

4)帮助推荐并监督改制分流企业经营者的产生过程合法。

5)改制分流企业占用集团公司的固定资产按照优惠政策收取费用、对暂时不具备经营条件的改制分流单位,给予一定扶持期限,费用逐年递减。

但是,彩虹集团公司上述扶持政策采取的是"内部优先但不保护落后"、"在竞争条件下同等优先"的原则,以此促使改制分流单位主动降低成本、提高质量、改善服务,尽快提高市场竞争能力。

上述扶持政策可在与改制分流单位的相关协议中体现。

# 第三部分　　参与改制分流的单位及其改制方案（或改制思路）

**一、纳入改制分流范围的单位名单及其基本情况**（详见附件3:参加改制分流的单位名单及其基本情况）

**二、第一批实施改制分流试点单位的改制分流实施方案（共四家）**

CONFIDENTIAL　　　　　　　　　　　　　　　　　　　　　　　　　　IRI-CRT-00002075

## 彩虹建设工程公司改制分流方案

**一、企业基本情况**

公司于 1993 年 3 月成立，全民所有制企业。经济方式为工程管理总承包。

公司下属咸阳彩虹房地产开发公司、公司下属陕西彩虹工程建设监理公司、公司下属陕西彩虹建设工程设计院，均未独立核算。

截止 2002 年 12 月 31 日，资产合计 10,479,099.58 元，负债合计 4,007,037.90 元，所有者权益合计 6,472,061.68 元。

**二、改制条件分析**

**1、工程公司具备一定生存能力市场发展潜力。**

工程公司具备众多资质，但没有真正发挥其价值。工程公司及其下属三个单位目前具备房地产开发和施工总承包三级资质、工程造价咨询甲级资质、建筑设计乙级资质，以及建设工程监理甲级资质，其中监理资质是咸阳市唯一一个工程监理甲级资质，各项资质资源丰富。同时，主要职工均为知识分子，人员素质高。

**2、工程公司经营者和绝大多数职工对改制有积极性。**

**3、经营班子较团结、并具有市场开拓精神。**

总之，工程公司具备一定的市场开拓和生存能力，经营者和职工对改制比较支持，具备一次性改制为非国有法人控股的法人实体的条件。

**三、改制方案**

**（一）　改制形式和股权结构**

1、改制形式：改制为非国有法人控股的有限责任公司。

将工程公司、设计院、监理公司合并组建为一家开展工程总承包业务的有限责任公司；彩虹房地产公司予以保留，并改造成职工持股的有限责任公司。

2、股权结构：

（1）彩虹集团公司在上述公司的股权部分转让给工程公司现有经营者和职工，所留存股份比例不超过 20%。

（2）.经营者和职工股权比例为 50%以上，职工持股遵循向经营者和业务骨干倾斜的原则，经营者持股比例原则上不超过一般职工平均持股额的 **5 倍**。

（3）吸收其他民营资本进入，股权比例为 30%以下。

（4）股东出资来源：集团公司以支付改制成本后的净资产作为出资；经营者和职工以取得的经济补偿金入股，再自筹一部分现金出资；民营资本以符合公司

36

IRI-CRT-00002076

法规定的形式出资。

3、经营者和职工持股的载体

由于出资的经营者和职工人数较多，超过了公司法限定的有限责任公司的股东不能超过 50 人的限制，因此，经营者和职工的持股载体将优先选择委托信托投资公司或者工会法人代为持有股份的方式进行；经过出资职工决议，也可采取推举职工代表持有股份的方式进行。关于委托持股的协议内容，由当事人协商确定，协议应明确代为出资的法律事实。

4、法人治理结构：

（1）公司设股东会，是公司最高权力机构，由全体股东组成，依照《公司法》和公司章程行使权利，议事方式和表决程序按公司章程规定执行。

（2）公司设董事会，是公司的最高决策层，董事会由三至十三名董事组成，董事成员由各股东参考股权比例提名，并由股东会选举产生，董事会对股东会负责，并依《公司法》、《公司章程》、《董事会议事规则》行使职权。 董事长为公司法定代表人。

（3）公司设监事会，是公司的监督机构，由股东会选举产生并对其负责。监事会人数不少于三人，并应有职工代表参加。监事会设监事会主席一人，为监事会召集人。

**（二）人员状况和安置分流意见**

1、工程公司现有员工 95 人，其中固定工 78 人。

2、上述固定工与彩虹集团公司解除劳动合同并获得经济补偿。

3、15 名符合内退条件的职工可在其自愿的基础上办理内退手续，由彩虹集团公司纳入现行内退人员管理体系进行管理。

4、对于离退休人员，企业将相关统筹费用与彩虹集团公司办理交接后，交给彩虹集团公司离退休办公室管理。

5、63 名职工依法获得经济补偿后，进入新公司并与新公司签订期限不少于三年的劳动合同。

**（三）经济补偿金及其来源**

经测算所需经济补偿金总额为 **4312589** 元。

资金来源主要是彩虹集团公司在工程公司中的国有净资产以及彩虹集团

CONFIDENTIAL

IRI-CRT-00002077

公司出让股份、变现资产等获得的收入；对于依法进行包括经济补偿金在内的各项支付不足的部分，由彩虹集团公司予以补足。

**（四）资产处置**

1、目前企业占用的彩虹集团公司的房屋不纳入改制范围，由彩虹集团公司收回并租赁给工程公司使用。

2、彩虹集团公司未分配利润 3328977 元予以收回。

3、彩虹集团公司以纳入改制范围并经过评估后的净资产支付经济补偿金后，将剩余净资产中 80%的股份作价转让给工程公司职工及新进入的社会投资者，职工对彩虹集团公司的股份享有优先受让权。

4、对于净资产进行各项支付不足部分，由彩虹集团公司以现金方式补足。

**（五）债权债务**

原改制企业债权债务由新成立的公司继承和负担；

对于集团内部债务问题，由集团公司统一协调，并签定债务偿还协议。

**（六）政策扶持**

鉴于工程公司长期以来的市场意识不够强，市场运作经验不够丰富，集团公司应当在三年之内，在彩虹集团公司改扩建工程项目上和融资问题上对工程公司给予一定扶持。

**四、党团组织关系、档案管理、社会保险接续等衔接工作**

在公司改制后，按照陕西省和咸阳市的具体规定，办理属地化管理相关手续。

## 深圳彩虹电子公司改制分流方案

**一、 公司情况简介**

深圳市彩虹电子公司是由彩虹集团公司、深圳经济特区发展（集团）公司和深圳桑达电子总公司合资经营的全民内联企业，公司成立于 1989 年 4 月，注册资本 423 万元，主要从事彩管及显示管用会聚磁件生产和销售；

截止 2003 年 10 月 31 日，公司资产总额为 35081883.57 元，负债 10389140.54 元，所有者权益合计为 24692743.03 元，其中彩虹集团公司所有者权益为 1728490.12 元。

公司现有员工 165 人。其中固定工 8 人，均为彩虹集团公司外派正式职工。

CONFIDENTIAL

IRI-CRT-00002078

## 二、改制条件分析

### 1、具备市场生存条件和发展潜力

公司现年产会聚磁件 1800 多万只，其中 60%内配彩虹集团公司，40%左右销售给三星、赛格日立、华映光电等公司，具备一定的市场生存能力；虽然目前存在机制不灵活的弊端，但是，随着本次改制的顺利完成，制约公司发展的制度问题将得到彻底解决，这将大大激发公司的发展潜力。

### 2、经营状况较好，资产质量较高，能够支付改制各项成本。

虽然公司目前面临产品结构的制约和市场竞争的压力，但是目前经营状况和资产质量均较好，能够支付各项改制成本，改制时机较好。

### 3、经营者和职工对改制的积极性较高，市场观念到位。

由于公司处在深圳这样的市场经济比较发达的地区，市场竞争环境相对彩虹集团公司处于内地的配套企业，经营者和职工的市场意识和抗风险能力较强。目前，公司经营者和职工对改制持积极支持和参与的态度，希望公司尽快改制。

### 4、经营班子企业管理水平较高，并且具有较强的市场意识、富有进取精神。

由于公司的管理和技术人员都来自彩虹集团公司，具备较强的技术和管理能力，因此与国内同类企业相比，公司的企业管理制度相对比较完善；同时，经营班子一直没有满足于彩虹集团公司的内配市场，多年来坚持面向市场、面向用户的经营方针，富有一定的市场意识和开拓进取精神。

### 5、公司的另外两家国有股东对于改制持支持态度，并已经承诺放弃彩虹集团公司所转让股份的优先受让权：

综上，公司具备一次改制为非国有控股的独立法人的基本条件。

## 三、改制方案

### （一）改制形式及股权结构

1、改制形式：改制为非国有法人控股的有限责任公司

2、改制后公司名称：深圳彩虹电子有限公司

3、改制后业务范围：基本不变,在作好会聚磁件的同时,利用现有的设备,发挥注塑和制模的优势开发新产品

4、改制后股权结构：彩虹集团公司将其持有的 70%的股份中的 50%按照评估后的净资产价值转让给彩虹的经营者和职工后，股权结构如下：彩虹集团公司

CONFIDENTIAL

IRI-CRT-00002079

持有 20%的股份，公司经营者、职工和部分业务骨干持有 50%的股份（其中经营者应持大股），深圳市特区发展集团公司持有 20 的股份，深圳市桑达有限责任公司持有 10%的股份。

5、经营者和职工出资来源：经营者和职工以取得的经济补偿金折价入股，再自筹一部分现金出资。

6、法人治理结构：

（1）公司设股东会，是公司最高权力机构，由全体股东组成，依照《公司法》和公司章程行使权利，议事方式和表决程序按公司章程规定执行。

（2）公司设董事会，是公司的最高决策层，董事会由三至十三名董事组成，董事成员由各股东参考股权比例提名，并由股东会选举产生，董事会对股东会负责，并依《公司法》、《公司章程》、《董事会议事规则》行使职权。 董事长为公司法定代表人。

（3）公司设监事会，是公司的监督机构，由股东会选举产生并对其负责。监事会人数不少于三人，并应有职工代表参加。监事会设监事会主席一人，为监事会召集人。

**（二）人员状况及安置意见：**

1、目前公司有固定工 8 人，离休 1 人，均为彩虹集团公司委派到公司的职工。

**2、8 名固定工全部解除与彩虹集团公司解除劳动合同，依法得到经济补偿，补偿金折抵部分股份；1 名离休人员交给彩虹集团公司纳入离退休人员进行管理。**

3、在新公司变更登记后，由新公司与上述 8 名职工签订不少于三年的劳工合同。

**（三）补偿金总额及来源**

固定工根据截止到 2003 年 10 月 31 日前 12 个月平均工资*本人在本企业连续工作年限（从其他国有单位调入的，工龄累积计算）公式计算，经过初步测算，需经济补偿金约 1120000 元。该补偿金从彩虹集团公司在公司所占净资产中支付。

**（四）资产处置**

1、目前的房产由于历史遗留问题而存在法律障碍，因为不进入改制后的公司，由现有股东与深圳市政府协商房产问题。

40

IRI-CRT-00002080

2、彩虹集团公司用于解除劳动关系的经济补偿金约 1120000 元,从彩虹集团公司所占净资产中支付。

**(五)债权债务处理**

现有债权债务多为公司正常经营中产生的流动性债权债务,由改制后的企业享有和承担。

**(六)土地使用权**

新公司采取租赁方式取得土地使用权。

**四、党团组织关系、档案管理和社会保险关系接续**

上述关系的移交和接续按照 859 号文件和深圳市地方政府的有关规定执行,实行属地化管理。

**五、关联交易及扶持政策**

由于目前公司的主要产品内配给彩虹集团公司,为体现改制后的扶持政策,将由彩虹集团公司与公司签订在一定期限内给予同等优先的内部市场扶持协议。

## 中国电子器件工业总公司改制分流方案

**一、企业简介**

公司主要从事电子器件的生产和销售,截止 2002 年 12 月 31 日,资产合计 562319639.98 元,负债总额 359509952.23 元,所有者权益合计 200295585.89 元。

**二、改制条件分析**

1、公司目前效益较好,经营者和职工改制积极性高。

2、859 号文出台之前,已酝酿改制 2 年时间,改制基础条件已初步完成。

3、经营班子富有市场开拓意识,经营和管理经验丰富。

**三、改制方案**

**(一)改制形式及股权结构**

**1、改制的形式:**将中国电子器件工业总公司的国有独资企业性质改制为非国有控股的有限责任公司

**2、股权结构:**彩虹集团公司全部退出,由公司目前经营者、职工和社会投资者持有公司的股份。其中经营者和职工优先受让彩虹集团公司的股份,(经营者应持大股,其持有股份的额度一般不超过一般职工持股额度的五倍)其余股份

41

CONFIDENTIAL

IRI-CRT-00002081

由社会投资者（浙江民营企业）购买。

3、关于经营者和职工持股的载体

由于出资的经营者和职工人数较多，超过了公司法限定的有限责任公司的股东不能超过 50 人的限制，因此，经营者和职工的持股载体将优先选择委托信托投资公司或者工会法人代为持有股份的方式进行；经过出资职工决议，也可采取推举职工代表持有股份的方式进行。关于委托持股的协议内容，由当事人协商确定，协议应明确代为出资的法律事实。

4、经营者和职工的出资来源：经营者和职工可以用取得的经济补偿金入股，再自筹一部分现金出资；民营资本以符合公司法规定的形式出资。

5、法人治理结构：

（1）公司设股东会，是公司最高权力机构，由全体股东组成，依照《公司法》和公司章程行使权利，议事方式和表决程序按公司章程规定执行。

（2）公司设董事会，是公司的最高决策层，董事会由三至十三名董事组成，董事成员由各股东参考股权比例提名，并由股东会选举产生，董事会对股东会负责，并依《公司法》、《公司章程》、《董事会议事规则》行使职权。 董事长为公司法定代表人。

（3）公司设监事会，是公司的监督机构，由股东会选举产生并对其负责。监事会人数不少于三人，并应有职工代表参加。监事会设监事会主席一人，为监事会召集人。

6、改制后公司业务范围：目前业务范围保持不变。

**（二）人员状况及安置意见：**

1、公司固定工 189 人，在职职工 160 人，符合国家法定和北京市内退条件（工作时间满 30 年）的有 38 人，离退休 90 人，其中离休 8 人。

2、离退休人员提留国家和北京市地方政府规定的各项费用，纳入改制后公司管理。

3、已经办理内部退养人员 36 人（其中 20 人为按照北京市政策办理内部退养的人员），不给经济补偿，提留相关生活费和社会保险费后，进入改制后的公司，由改制后的公司按照规定管理。

4、具备内部退养条件的 8 名职工，按照自愿原则，如其选择继续工作，可

CONFIDENTIAL                                                                                    IRI-CRT-00002082

获得经济补偿，解除原劳动合同，与新公司签订不少于 3 年的劳动合同；如选择提前退养，则不给经济补偿，在预留 5 年的生活费和社会保险费后，办理内部退养手续。

5、其余职工全部进入改制后的新公司，并与新公司签订不少于 3 年的劳动合同。

**（三）经济补偿金总额及来源**

固定工根据截止到 2003 年 10 月 31 日前 12 个月平均工资*本人在本企业连续工作年限公式计算补偿金数额，经过初步测算为 16986896 元。

补偿金来源于彩虹集团公司在公司的净资产。

**（四）资产处置**

1、彩虹集团公司收回未分配利润。

2、彩虹集团公司用于解除劳动关系的经济补偿金约 16986896 元，从彩虹集团公司所占净资产中支付。

3、在依照政策进行各项支付后的剩余净资产，转让给公司经营者和职工，经营者和职工出资购买剩余部分出售给社会投资者。

**（五）债权债务处理**

现有债权债务由改制后的企业享有和承担。

彩虹集团公司为公司担保的贷款余额做反担保手续，以目前公司的固定资产进行抵押，并办理抵押登记手续。

**（六）土地使用权**

目前公司使用的国有划拨土地由公司与北京市国土资源和房屋管理局协商后继续以划拨方式使用。

**四、党团组织关系、档案管理、社会保险接续等衔接工作**

按照北京市社会保障相关规定执行。

## 中国电子进出口彩虹公司改制分流方案

**一、 公司情况简介**

中国电子进出口彩虹公司注册资本 2200 万元，隶属中国电子进出口总公司（实为挂靠关系）。公司为外贸企业，主要经营彩虹集团公司内部的进出口业务。

CONFIDENTIAL

IRI-CRT-00002083

截止 2002 年 10 月 31 日，公司资产总额为 233810376．93 元，其中固定资产 3457972．62 元,流动资产 229034253．75 元,负债总额 227672067．21 元，所有者权益合计为 6138309．72 元。

**二、 改制条件分析**

1、具备市场生存条件和发展潜力。

2、经营者和职工对改制的积极性较高，观念比较到位。

3、经营班子企业管理水平较高，并且具有较强的市场意识、富有进取精神。

综上，公司具备一次改制为非国有控股的独立法人的基本条件。

**三、改制方案**

**（一）改制形式及股权结构**

1、改制形式：非国有法人控股的有限责任公司

2、改制后公司名称：陕西省彩虹进出口有限责任公司（暂定名，以工商局最终核定名称为准）

3、改制后业务范围：主要从事彩虹集团公司的相关进出口业务。

4、股权结构：彩虹集团公司持有公司 20%股份，其余股份由目前职工和经营者持有，其中经营者应持大股，持股额度一般不超过一般职工持股额度的五倍。

5、经营者和职工持股的载体

由于出资的经营者和职工人数较多，超过了公司法限定的有限责任公司的股东不能超过 50 人的限制，因此，经营者和职工的持股载体将优先选择委托信托投资公司或者工会法人代为持有股份的方式进行；经过出资职工决议，也可采取推举职工代表持有股份的方式进行。关于委托持股的协议内容，由当事人协商确定，协议应明确代为出资的法律事实。

6、经营者和职工的出资来源

经营者和职工以取得的经济补偿金折价入股，再自筹一部分现金出资。

7、法人治理结构：

（1）公司设股东会，是公司最高权力机构，由全体股东组成，依照《公司法》和公司章程行使权利，议事方式和表决程序按公司章程规定执行。

（2）公司设置董事会，是公司的最高决策层，董事会由三至十三名董事组成，董事成员由各股东参考股权比例提名，并由股东会选举产生，董事会对股东会负

44

IRI-CRT-00002084

责，并依《公司法》、《公司章程》、《董事会议事规则》行使职权。 董事长为公司法定代表人。

（3）公司设监事会，是公司的监督机构，由股东会选举产生并对其负责。监事会人数不少于三人，并应有职工代表参加。监事会设监事会主席一人，为监事会召集人。

**（二）人员状况及安置意见：**

1、固定工 65 人，其中符合内退人员 7 人。

2、上述职工全部与彩虹集团公司解除劳动合同，并由彩虹集团公司支付经济补偿金。

3、7 名符合内退条件的职工，根据自愿原则，如其选择内退，则提留距离法定退休年龄的生活费和社会保险费，待达到退休年龄时办理正式退休手续，相关社会保险按照社会统筹的规定办理；如其不选择内退而要求继续工作，则解除与彩虹集团公司的劳动关系，并依法获得经济补偿。

4、对于进入改制后公司的职工，将与新公司签订不少于三年的劳动合同。

**（三）补偿金总额及来源**

固定工截止到 2003 年 9 月，经济补偿金总数初步测算为 3616374 元，人均 56000 元。

**（四）资产处置**

由于公司目前资产质量较差，经评估后的净资产按照资产质量可给予一定优惠，原则上不超过 10%，并报国有资产监督管理机构备案审核。

**（五）债权债务处理**

现有债权债务由改制后的企业享有和承担。

**四、党团组织关系、档案管理、社会保险接续**

改制完成后，与咸阳市有关部门进行协调，办理上述关系的属地化管理。

**五、关联交易及扶持政策**

彩虹集团公司将对新公司给予一定期限的扶持政策，具体协议另行签订。

**附：四家改制分流企业的人员及经济补偿金测算表**

CONFIDENTIAL

IRI-CRT-00002085

| 企 业 名 称 | 分流安置人数 | 经济补偿金数额（单位：元） | 人均经济补偿金数额（单位：元） |
|---|---|---|---|
| 彩虹建设工程公司 | 78 人 | 4312589 | 55289 |
| 中国电子器件工业总 公 司 | 189 人 | 16986896 | 89877 |
| 中国电子进出口彩虹公司 | 65 人 | 3616374 | 55636 |
| 深圳市彩虹电子公司 | 8 人 | 1120000 | 140000 |
| 总 计 | 340 人 | 26035859 | |

## 二、其他改制分流单位的初步改制方案或改制思路

除以上四家试点改制分流企业外，其他参与改制分流的单位部分已经拟订初步改制方案，其余单位也已在调查研究的基础上确定了改制分流的思路，改制方案正在制订之中，为便于审批机关掌握情况，特列示这些单位的初步改制方案或改制思路，待具体方案形成后，将分批上报。

### 1、彩虹电子网版厂初步改制方案

**一、企业简介**（见附件 3）

**二、改制方案**

**（一）改制形式及股权结构**

1、改制形式：非国有法人控股的有限责任公司

2、股权结构：彩虹集团职工通过将资金信托给信托投资公司，再由信托投资公司与彩虹集团公司共同设立一家投资公司后，由该投资公司直接收购彩虹集团公司在网版厂的股份，彩虹集团公司保留 20 的股份。

**（二）人员状况及安置意见：**

1、网版厂固定工 159 人全部与彩虹集团公司解除劳动合同，并由彩虹集团公司支付经济补偿金。

46

                                                                 IRI-CRT-00002086

2、对于进入改制后公司的职工，将与新公司签订不少于三年的劳动合同。

### （三）补偿金总额及来源

截止到 2003 年 10 月 31 日，经济补偿金总数初步测算为 8574184 元。

### （四）债权债务处理

现有债权债务由改制后的企业享有和承担。

### （五）土地使用权

改制后公司采取租赁方式取得土地使用权。

**2、陕西彩虹荧光材料公司改制初步方案**

**3、陕西彩紊电子公司改制初步方案**

2、3 两公司比照网版厂的模式进行改制分流。

**4、彩虹物资公司初步改制方案**

**一、基本情况：**见附件 3

**二、改制总体思路**

改变物资公司既承担集团公司管理职能、又从事经营活动的角色，将其改建为由经营者和职工持股的、股权多元化的、规范的公司制企业，再通过与集团公司和股份公司订立代理采购协议等方式开展经营。

**三、初步方案**

1、解除彩虹集团公司与职工的劳动关系，并给予经济补。在新公司成立后 30 日内，职工与新公司签订期限不少于三年的劳动合同；

2、在目前公司的基础上组建独立的有限责任公司，彩虹集团公司根据职工的出资意愿和能力，选择全部退出或在新公司保持参股地位（参股比例不高于 20%），允许职工用经济补偿金作为向新公司的投资；

3、新公司将与彩虹集团公司订立代理协议等法律文件，明确双方权利义务关系，在一定期间内彩虹集团公司给予一定扶持。

4、改制后公司占用的彩虹集团公司的房屋有偿使用，给予一定优惠期限，优惠期限届满后按照市场价格支付租赁费用。

5、改制前形成的债权债务问题由彩虹集团公司负责处理。

CONFIDENTIAL

IRI-CRT-00002087

### 5、彩虹销售公司初步改制分流方案

上述两单位改制总体思路和改制方案：参照物资公司的改制模式

### 6、彩虹三产总公司改制思路

**一、基本情况见附件 3**

**二、改制思路**

由于三产总公司下属单位众多，情况又各不相同，因此其改制分流的方式方法也应有所区别，但从总公司层面上而言，改制分流工作应当着重于下列几点：

1、三产总公司对其下属单位区别不同情况进行处理，通过注销、股权多元化、合并、租赁、出售等多种方式重新优化配置资源，拓展服务市场、强化内部管理，实现健康发展。

2、三产总公司本身也进行公司制改造，允许三产总公司职工持股，彩虹集团公司完全退出，如不具备完全退出的条件，也要实现产权主体多元化，彩虹集团公司保持参股地位，所占股份原则上不高于 20%。

3、集团公司从资源配置、项目扶持等方面，帮助三产总公司通过改制分流实现脱胎换骨，把三产总公司送上健康发展的良性循环轨道。

4、企业目前使用的彩虹集团公司的土地彩虹集团公司划拨土地，改制后如不改变土地用途，可在与咸阳市土地管理部门协商后，继续以划拨方式使用。

5、固定工共计 530 人，全部与彩虹集团公司解除劳动合同，相应得到经济补偿金，经济补偿金金额经初步测算为 22,776,254 元。在新公司成立后 30 日内，与新公司签订期限不少于三年的劳动合同。

### 7、劳动服务公司改制思路

**一、基本情况：**见附件 3 。

**二、改制思路**

1、首先应当按照《国有资产产权界定和产权纠纷处理暂行办法》和《集体企业国有资产产权界定暂行办法》的相关规定，对劳服公司的资产进行产权界定。

2、在界定清楚产权关系后，将对劳动服务公司现有的固定工给予经济补偿，

48

IRI-CRT-00002088

鼓励其将补偿作为向改制企业的投资款。大集体工比照固定工进行经济补偿，职工获得补偿后与改制后的劳动服务公司签订不短于三年的劳动合同。目前固定工共计 111 人，经济补偿金金额初步测算为 6，179，600 元。

3、对于属于集团公司在劳动服务公司中的净资产，集团公司将采取出售、租赁、参股等方式予以解决，参股比例一般不高于 20%。

4、变更劳司的企业名称以便于参与市场竞争。

## 8、对于三产总公司和劳动服务公司下属单位的整体改制思路

**总的改制思路是：**将三产总公司和劳动服务公司管理的下属单位按照单位性质以及业务、人员、资产相关性的原则进行全面梳理；在此基础上，将经营性单位与非经营性单位予以划分，明确单位性质，确定发展方向和扶持政策；其中部分非经营性单位可直接收归集团公司管理；对于下属经营性单位的资产、业务、人员进行重组优化，整合资源，以提高改制企业的市场生存能力，并彻底解决彩虹集团公司内部长期存在的严重的同业竞争以及资源被分割的局面，同时防止新的企业办社会产生。

## 9、彩虹广告公司改制思路
## 10、彩虹装潢公司改制思路

1、上述两单位改制条件：彩虹广告公司和彩虹装潢公司目前均实行个人承包方式进行经营，有市场生存能力，没有对外负债，资产规模很小，具备改制的条件。

2、改制思路：对现有承包者的身份进行置换后由其按照评估后的净资产价值受让彩虹集团公司的股份，并将其改制为有限责任公司。

## 11、海口彩虹温泉大酒店改制分流思路

**一、企业基本情况**（见附件 3）
**二、改制思路**

（1）通过市场化运作，将酒店出售或者寻找战略合作伙伴共同经营酒店，也可采取租赁、承包方式开展经营，减少损失；

49

IRI-CRT-00002089

（2）如无法盘活现有资产，则依法进行破产清算，并用破产财产安置企业职工。

## 12、西安彩虹电器工业有限责任公司改制分流思路

**一、基本情况：**

该公司主营业务与集团公司关联度小，且因原被并购企业遗留问题，现已停业。目前，公司固定工共有 1373 人，集团每年实际承担职工生活费 2000 多万元，至今已支付近 1 亿元，成为彩虹集团公司一项沉重的负担。

**二、解决思路：**

1、首先应当通过协商或者法律手段将土地使用权证书予以变更，确定产权归属，并切实防止土地被非法侵占的行为发生；

2、争取地方政府支持，将土地资产予以盘整，并用变现的资金一次性安置原企业职工；

3、此外，还可以采取破产清算的方式解决上述问题。

## 13、彩虹学校改制分流思路

**一、基本情况：**见附件 3

**二、存在的问题**

彩虹学校教学质量在咸阳市乃至陕西省都名列前茅，其高中部尤其知名，但囿于目前体制和校舍限制，无法完全发挥资源优势；而属于义务教育阶段的初中、小学，地方政府接受的积极性不高，甚至要求彩虹集团无限期承担费用。

**三、改制思路**

基于上述情况，彩虹学校的分离工作，应贯彻《国务院关于基础教育改革与发展的决定》的精神，继续与地方政府协商，将彩虹学校初中、小学成建制移交地方政府管理。办学经费可采取彩虹集团与地方财政共同负担、逐年过渡的办法解决。

如地方政府不同意接收，则应争取政府返还教育费附加（彩虹集团每年上缴的教育费附加约 500 万元）或政府予以补助的方式支持彩虹集团公司继续办好学校，减轻企业负担。

CONFIDENTIAL                                                                 IRI-CRT-00002090

对于彩虹学校高中部，因其不属于义务教育阶段，可采取社会力量联合办学的方式，吸引外来资本，实行民营化、产业化经营，改革目前办学体制。目前已有投资意向单位，方案思路也正在咸阳市政府教育主管部门进行沟通中。

彩虹集团将结合具体情况，在保证不影响学生上学、不影响教学秩序、不影响教学质量、保证办学经费落实的情况下，推动彩虹学校的分离工作。

## 14、彩虹医院改制思路

**一、基本情况：**见附件 3

**二、目前的问题**

医院布局不合理，竞争激烈，大而全，没有明显竞争优势；对高级、核心医务人员的薪酬激励不够，人才流失严重。

**三、分离改制的思路**

彩虹医院的分离要遵循《关于城镇医疗卫生体制改革的指导意见》的原则，并与城镇职工医疗保险制度改革结合，在继续贯彻集团公司医改政策的基础上进行。

具体分离方式有三：一是从集团分离出来，实行产业化经营，允许医院现有人员在转换身份后出资购买医院；二是与当地政府协商，将医院资产、人员成建制移交地方政府，由地方政府统一管理；三是在暂时不具备分离条件时，可采取与社会投资者联合办医的方式，组建独立的法人单位。

医院分离后，有关经费按照目前集团公司医改政策执行，三年过渡期连续计算，费用逐年递减。

## 15、培训中心（包括彩虹职大、彩虹中专、彩虹技校）

**一、基本情况：**见附件 3

**二、改制思路**

彩虹大学和彩虹中专做为企业办社会的一部分，其生存已成问题，因此应该将该部分职能予以剥离；彩虹技校作为集团进行技术培训的基地，可以予以保留，办学方式可采取"企业为主、政府支持"的办学形式，也可采取社会各方联合办学的形式继续办好技校。

51

IRI-CRT-00002091

对于彩虹培训中心富余的房屋，可作为彩虹学校高中部扩所需校舍，作为投资或者租赁给改制后的彩虹学校使用。

## 第四部分    主辅分离、改制分流的组织和实施

### 一、彩虹集团公司实施主辅分离、改制分流的工作原则和主要措施

根据国家已经出台的 859 号文等有关再就业政策、胡锦涛总书记在今年全国再就业座谈会会议上讲话的精神，彩虹集团公司采取"带着岗位进市场"的原则实施主辅分离、改制分流，尽可能在集团内部消化分流人员，不将就业矛盾社会化，并通过加大辅业企业产权改革的力度增强竞争力，吸收安置更多的社会新增就业人口，缓解社会就业压力。由此彩虹集团公司进行主辅分离、改制分流工作将遵循以下原则，并采取相应措施予以落实：

**（一）主辅分离、改制分流的工作原则**

1、正确处理改革、发展、稳定的关系，充分考虑企业、职工和社会的承受能力，整体规划，分步实施，确保稳定；

2、实施改制分流与彩虹集团公司的结构调整、改制重组和做强彩虹集团公司主业相结合，符合国家产业政策，有利于加快企业发展，促进企业资产结构、组织结构、人员结构的优化；

3、实施改制分流要依法进行，规范操作，坚持"公开、公平、公正"的原则，维护国家、企业及职工的合法权益，防止国有资产流失和逃废债务；

4、坚持"积极稳妥，总体规划，循序渐进，分步实施"的原则，条件成熟一个改制一个，确保改制企业成功转换机制，促进主体企业优化结构调整；

**（二）实施主辅分离、改制分流的主要措施**

1、加强组织领导和部门工作、人员的落实。为加强对全系统辅业改制分流工作的领导和组织工作，按照国经贸企该改[2003]27 号文件的要求，集团公司成立了以总经理为组长，企管办、规划部、人力资源部参加的改制分流领导小组。各改制单位也明确了具体负责的部门和人员，分工负责抓好改制分流工作。

2、根据 859 号文及配套政策精神，结合集团公司企业的具体情况，编制相关单位今年的辅业改制分流计划，并要求各单位根据实际情况将计划分解落实，

CONFIDENTIAL

积极推进。

3、重点突破，以点带面，积极稳妥地推进辅业改制分流工作。集团公司改制分流工作组对直属企业进行逐个分析研究，确定将深圳彩虹电子有限公司、建设工程公司等几个公司作为第一批改制单位，同时总结经验并归纳改制方案样本，用于指导其他单位研究制定辅业改制分流方案。这样既 加大了工作力度，又培训了一批掌握政策、熟悉操作技巧的工作人员。

4、建立辅业改制分流工作进展监控机制。建立辅业改制分流进展情况定期报告制度，及时掌握改制工作进展情况和遇到的问题，既督促企业推进工作，又将发现的问题及时给以指导。

5、为使整个改制分流工作规范有序运作，彩虹集团公司聘请了北京市大成律师事务所作为彩虹集团公司主辅分离、改制分流工作的总法律顾问，负责策划、协调、推动整个主辅分离、改制分流工作

上述措施主要是结合需要改制的企业本身改制的条件具备程度，按照成熟一个，改制一个的原则进行，对于尚不具备条件的，要明确改制的思路并尽快创造改制条件，确保改制企业能够顺利实现改制目的，并妥善分流安置人员。

## 二、彩虹集团集团公司主辅分离、改制分流的组织和实施

### （一）集团公司实施主辅分离、改制分流的组织、实施机构；

为强化企业主辅分离改制分流工作的领导,彩虹集团公司组建了由下列人员组成的主辅分离改制分流工作领导小组：

组长：马金泉（总经理）、副组长：陶 魁（集团党委书记）   刑道钦（副总经理）   牛新安（集团党委副书记兼集团工会主席）

领导小组成员由集团公司的企业管理、人事、财务等有关职能部门主要负责人组成。领导小组下设办公室，负责协调组织实施日常工作。

具体人员为：主任：牛新安（兼）、副主任：徐全成   张占葵   王西民   符九全   仉兴喜   许振东   魏小军、成员：高占民   杨怡星   王 军   张文彦   闫跃平   宋文斌   庞 军

### （二）集团公司实施主辅分离、改制分流的决策程序

主辅分离、改制分流，由彩虹集团公司负责组织实施。彩虹集团公司进行主辅分离、改制分流的内部议事程序为：

（1）集团公司经理办公会通过决议，确定主业和辅业范围以及拟进行改制分

53

IRI-CRT-00002093

流的辅业单位，制定总体方案，报送国资委、财政部、劳动和社会保障部联合批复；

（2）根据上述联合批复，拟进行改制分流的辅业单位进行宣传动员，让全体员工了解改制的必要性、原则、国家法律法规和政策的各项要求，取得员工对改制工作的理解、支持和参与。召开职工代表大会审议通过涉及职工分流安置和用于安置职工的资产处置等有关事项；

（3）拟进行改制分流的辅业单位通过集团公司发展规划部向集团公司提出具体改制分流方案。

（4）集团公司经理办公会对辅业单位改制分流方案逐个进行审核认定。

**（三）集团公司主辅分离、改制分流的实施程序**

（1）明晰产权，即清楚界定改制分流单位的资产产权。由于彩虹集团公司大部分辅业单位要么是纯国有企业，要么是现代公司制度下的股份有限公司或有限责任公司，因此绝大部分辅业单位的资产产权是清晰的。对于权属关系不明确或者存在产权纠纷的改制企业（如彩虹劳动服务公司），应当按照国家有关规定先进行产权界定或者产权纠纷调处；

（2）清产核资与审计。对改制企业的各类资产进行全面清查登记，包括对各类资产、债权、债务进行核对查实，并编制改建日的资产负债表及财产清册。然后由彩虹集团公司将资产清查的结果委托中介机构进行审计；

（3）资产评估。彩虹集团公司委托具有相应资格的资产评估机构，按照《国有资产评估管理办法》(1991 年 11 月 16 日国务院令第 91 号)、《国有资产评估管理若干问题的规定》(2001 年 12 月 31 日财政部令第 14 号)等有关规定对改制企业所涉及的全部资产进行评估；

（4）劳动关系的处理。通过公司制改建进行改制分流的，企业要与员工变更或解除劳动合同，并变更或重新签定三年以上期限的劳动合同。依照国家法律法规和相关规定对员工进行经济补偿；

（5）资产处置与出资。根据改制分流的具体方案对国有资产采取出售、租赁、折股出资或转为债权等方式进行处理。辅业单位进行公司制改建的，资产评估的结果作为彩虹集团公司对改制企业折股出资的依据。同时，公司其他股东向公司出资；

（6）公司设立与登记；

CONFIDENTIAL IRI-CRT-00002094

（7）进行国有产权登记；

（8）改制企业属地管理交接工作。企业改制为非国有法人控股企业的，要与地方人民政府做好改制企业中党、团等组织关系、职工的各项社会保险关系以及职工档案管理、职称评定等移交接收工作；

（9）剥离资产处理。企业改制分流完成后没有纳入改制范围的资产，具备经营条件的，可以剥离后用其组建企业法人，独立核算，依法经营；对不具备经营条件的剥离资产，通过整体出售、租赁经营、无偿移交地方政府或所在地社区等方法加以处置。凡是不能通过上述方式处置的剥离资产，可以由存续企业管理，也可以由彩虹集团公司直接管理。

**（四）集团公司实施主辅分离、改制分流的操作规范。**

1．以 2002 年全国再就业会议和 2003 年再就业座谈会会议精神及 859 号文等相关配套文件为基本依据，根据彩虹集团公司的具体情况进行操作；

2．严格执行国家有关国有资产管理的法律法规，防止国有资产流失，不得将国有资本低价折股或者低价转让给经营者和其他职工个人；

3．严格遵守民法通则、合同法等民事法律规范，切实维护债权人等相关方的合法权益，在改制分流过程中作好改制企业的债权债务清理工作，落实债权债务人，不得利用改制之机逃废银行或其他债权人的债务；

4．遵照国家有关再就业的相关政策及劳动和社会保障的各项政策和法律，妥善安置分流企业富余人员，减轻社会就业压力，确保稳定；

5．依照公司法等法律规范，将改制分流企业改建为产权主体多元化、具备完善的法人治理结构和市场竞争力的现代公司制企业；

6．对于涉及职工安置分流的方案应取得职工代表大会审议通过方可实施。

55

IRI-CRT-00002095

附件 2　彩虹集团公司的发展战略

## 彩虹集团公司的战略定位和发展规划（摘要）

### 一、彩虹集团公司面临的市场环境和竞争形势

1、　CRT 行业总体形势

虽然由于 CRT 具有相对良好的性价比，在很长一段时期内还有生存空间，但是其市场空间已经相对饱和，行业总体形势不容乐观，从而被业内称为"夕阳产业"。

2、世界范围内 CRT 市场情况

2001 年底，世界上从事 CRT 生产制造的公司大约有 22 家，拥有约 70 座工厂，生产线 250 条左右，年产能 3 亿只，大于 2.5 亿只的全球市场需求。

跟行业巨头相比，彩虹集团公司的全球市场占有率仍处于较低水平。

3、国内 CRT 市场总体情况

目前，中国彩管行业共有 12 家企业，截止到 2002 年底，共有 CPT 生产线 39 条，年产能 5000 万只左右。CDT 生产线共有 21 条，年产能 3740 万只。

总体而言，国内彩管的产能已经远大于国内彩电消费市场的需求。

4、彩虹集团公司面临严峻的市场竞争压力

（1）CPT 市场供大于求的局面将加剧

由于 2002 年国内 CPT 市场一度的供不应求，以及对 2003 年市场的良好预期，各企业都在想方设法增加生产线或者进行扩产改造。可以预见，国内 CRT 市场供大于求的局面将加剧，这必然导致竞争更加白热化。

（2）市场竞争者的威胁

中国彩管行业（CPT）共有 12 家企业，其中 9 家是中外合资或外商独资企业，在其余的 3 家公司中，只有彩虹集团公司一家是国有独资企业。

自中国加入 WTO 之后，国际上生产彩色显示器件的主要企业已全部进入中国，与彩虹集团公司展开直接的竞争，对彩虹集团公司构成直接的威胁。竞争的一体化格局已经初步形成。

彩虹集团公司国内市场占有率虽然暂时处于领先地位，但并非行业主导者，北京松下、上海永新、LG 曙光等企业加紧抢夺市场分额，几家企业的市场份额

56

CONFIDENTIAL
IRI-CRT-00002096

都在 11%以上，已对彩虹集团公司的地位构成强有力的挑战。

（3）行业退出壁垒高造成竞争刚性增大

由于彩管行业的投资大，周期长，专用设备和资产多，清算价值低，从业人员多，因此行业的退出壁垒很高，这无疑会大大增加竞争的刚性和激烈程度。

（4）替代品的威胁

自 20 世纪 90 年代后半期开始，平板显示器件(FPD)等新技术得到迅猛地发展，此外·由于大规模集成电路的发展，以及计算机和数字技术的应用，也引导彩色电视机技术的款式必须向大屏幕、平面化、超薄型化发展。LCD、PDP 等新型显示器件的发展对传统的 CPT 市场形成巨大的市场冲击，并且会大大缩短 CPT 产品的生命周期。目前彩虹集团公司的主要产品均集中在传统的 CPT 领域，面对的这种替代品发展的压力最大、也最为直接。

**二、彩虹集团公司的战略定位**

1、行业和产品定位

（1）彩虹集团公司行业和产品定位的局限性

彩虹集团公司现有的资源几乎全部集中在现有的 CRT 产品领域（主要是 CPT 产品），在新型显示器件技术和产品研发方面基础非常薄弱，加上这些新型显示器件的投资巨大，从而限制了彩虹集团在该领域的发展。

（2）彩虹集团公司的行业和产品的市场前景

虽然传统 CRT 尤其是 CPT 产业领域行业竞争激烈，但是 **CPT 产品仍旧存在较大的市场发展空间，CPT 技术仍有较长的生存时间。**

（3）彩虹集团公司的资源和优势

1）彩虹集团公司具备经营管理和技术人才优势

2）形成了纵向一体化的零部件配套体系和成本优势

3）具有了一定的经济实力，并拓展了融资渠道。

根据前述分析，彩虹集团公司的行业定位和产品定位应该立足于现有的 CPT 产品领域。将现有产品做好并在此基础上实施相关多元化、同时密切跟踪新型显示器件技术和产品，适时进入新产品新领域，实现产业和产品的结构调整应是彩

57

虹集团公司的现实选择。

2、彩虹集团公司的发展战略

（1）总体发展战略

彩虹集团公司的总体发展战略是：以现有的显示器件为龙头，零部件实现产业化，实施总成本领先战略，做强、做大主业；积极跟踪、调研、分析新型显示器件领域的技术和产品，适时稳步进入，实现产业和产品结构调整，使彩虹发展成为产品多元化、经营规模化、管理现代化的中国最强、最大的显示器件生产和研发基地。

（2）基本竞争战略：**总成本领先战略和相关多元化战略**

**1）彩虹集团在主营业务即传统的 CRT 产品领域（以 CPT 为主），采取总成本领先战略，并将其作为企业的基本竞争战略。**

**2）在新型显示器件领域，采取相关多元化战略。**

为解决彩虹集团公司的后续发展问题，彩虹集团在新型显示器件领域采取积极跟踪的策略，实施相关多元化战略。实现的途径主要有两种：一是通过密切跟踪、调研新型显示器件领域的新技术、新产品的发展趋势，适时进入该领域；二是借助国外显示器件产业结构调整和专业化分工的时机，与跨国显示器件企业实施战略合作，通过提供专业配套等方式，逐步参与到新型显示器件的价值链条中，实现产业和产品的结构性调整。

（3）彩虹集团公司中长期战略规划实施总成本领先战略，打造成本最低的核心竞争力，奠定实现经营规模化的基石；实施相关多元化经营战略，寻求和发展彩虹新的经济增长点，培育第二支柱产业

（4）中长期战略的目标到2010年，使彩虹集团公司发展成为产品多元化、经营规模化、管理现代化的中国最强、最大的显示器件生产和研发基地、世界一流和国际知名的大型企业集团，为"立百年彩虹"的远景目标奠定坚实基础。

58

CONFIDENTIAL

IRI-CRT-00002098

**附件 3：参加改制分流的单位及其基本情况**

**一、承担企业办社会职能的单位**

　　**1、彩虹学校**

　　学校设小学部、初中部和高中部，在编教职工 223 人，其中教师 192 人，教学辅助人员 27 人，校长、副校长 4 人，教师和非教学人员之比为 7.1:1。学校全员实行合同制，教师实行聘任制。

　　学校的各种固定产值为 932.23 万元。学校每年共需经费 910 万元，其中 635 万元由集团公司下拨，275 万元由学校创收。

　　**2、彩虹医院**

　　彩虹医院成立于 1978 年， 1995 年被评为二级甲等医院。咸阳市将其定位为"非赢利性医院"。

　　人员情况：固定工共 150 人。

　　彩虹集团对医院的扶植：2002 年拨款 500 万元，2003 年拨款 300 万元，2004 年拟拨款 150 万元，之后就全面推向市场。

　　**3、培训中心：包括彩虹职大、彩虹中专、彩虹技校**

　　培训中心隶属于彩虹人力资源部，主要负责集团公司员工在职培训、学历教育和岗前培训。培训中心现有固定工 40 人，其中教师 22 人，管理人员 18 人。培训中心下设彩虹职大、彩虹中专和彩虹技校三所学校，费用实行收支两条线。2002 年集团公司下拨经费为 343 万元，上缴各种费用 95 万元。

**二、辅业单位较为集中的综合性管理公司**

　　咸阳地区辅业单位主要集中在彩虹三产总公司和劳动服务公司两家企业。

　　**1、彩虹三产总公司基本情况：**

　　陕西彩虹三产总公司（以下简称公司）是彩虹集团公司为从根本上解决"企业办社会"的问题于 1994 年 4 月成立，为彩虹集团的全资子公司，但实际上还承担着集团公司的部分管理职能。

　　内部组织结构：共有 4 个生产配套厂，8 个经营性服务单位，2 个公益事业型单位。

CONFIDENTIAL                                                                                               IRI-CRT-00002099

总公司业务普遍市场竞争性不强，业务收入的对像主要为集团公司。

截止 2003 年 6 月底，总公司共有职工 1280 人（不包括园艺公司劳务工和在电子包装材料厂、托架厂、化工材料厂、劳保用品厂、总公司机关工作的职工 50 人。），其中固定工 530 人。

截止 2002 年 12 月 31 日，三产总公司资产合计 59,925,425.32 元，负债合计 23,727,912.54 元，所有者权益合计 36,197,512.78 元。

### 5、彩虹劳动服务公司

彩虹劳动服务公司主要为彩虹集团提供内屏蔽、电子屏蔽、管基、管帽、泡托等产品和彩虹商标印刷、玻壳再生、研磨、粮店等服务。

在册职工 728 人，其中固定工 386 人（彩虹集团公司固定工 111 人，集体工 275 人）、退休 146 人，内退 275 人。

截止到 2003 年 6 月 30 日，资产总额为 8051 万元，其中流动资产 6191 万元，固定资产 1860 万元。

### 三、福利型后勤服务单位

#### 6、彩虹幼儿园（归属彩虹三产总公司管理）

彩虹幼儿园为集团公司福利机构，主要收教集团公司内部幼儿，隶属于彩虹三产总公司，为国家先进幼教单位。现有员工 190 人，其中固定工 112 人，员工每年工资支出 280 万元，管理费用 200 万元左右，加上水、电、暖等其他各项费用，每年需 700 万元，其中幼儿园创收 140 万元，资金缺口为 560 万元，由集团受益单位分摊。目前，幼儿园通过开展特色幼教活动，赢利能力逐渐增强。

#### 7、公益设施部（归属彩虹三产总公司管理）

下属单位有房产管理室、文体管理室、班车队和保龄球馆。

房产管理室固定工 13 人，短期合同工 24 人。

文体管理室设有俱乐部、体育馆和游泳池。固定工 12 人。

班车队有 6 辆车，配有 6 个司机，3 个售票员，1 个短期合同工。

保龄球馆固定工 10 人，短期合同工 30 人。

#### 8、物业管理中心（归属彩虹三产总公司管理）

CONFIDENTIAL

IRI-CRT-00002100

中心主要是代收住户的水电费，职能与修建园艺公司有重叠。中心目前净资产总额 1026659.57 元，现有固定工 12 人，短期合同工 3 人。

**9、经营室下属通信站、客车队**（经营室归属彩虹三产总公司）

通信站、客车队目前采用责任承包的方式开展经营；通信站主要以寻呼和集团内部电话为主营业务，现寻呼业务已基本停办，内部电话业务也受到社会各通信公司的较大冲击；客车队经营市场狭小，不能独立生存。通信站有固定工 26 人，短期合同工 2 人；客车队固定工 10 人（一人待岗），短期合同工 2 人。

**10、劳动服务公司粮店、自选商店、车队**

粮店为政策性粮油单位，主要为彩虹员工提供粮油产品、一直亏损，每年亏损约 10 万元；职工 10 人，其中固定工 9 人。

自选商场基本盈亏持平，固定工 20 人左右。

车队为劳动服务公司提供用车服务，有倒料车 3 辆、小轿车 4 辆、班车 1 辆。


**三、经营性后勤服务单位**

**11、彩虹宾馆**（归属彩虹三产总公司管理）

彩虹宾馆是隶属于三产总公司，业务及收入主要是住宿与承办会议。其中绝对的厂内消费占到 17%~21%，与厂内有关的市场消费占到 10%左右，其他均为市场客源。截止 2003 年 6 月底宾馆净资产总额为 10564608.43 元。宾馆现有职工 204 人，其中固定工 58 人，与彩虹集团公司签定劳动合同。

**12、彩虹招待所**（归属彩虹三产总公司管理）

彩虹招待所主要业务及收入：住宿、餐饮、承办小型会议、举办培训班。年收入大约 400 万元，餐饮收入占营业收入的 55%；截止 2003 年 6 月底，招待所净资产总额为 2357766.95 元；现有员工 103 人，其中固定工 19 人，均与总厂签定劳动合同。

**13、商饮公司**（归属彩虹三产总公司管理）

现下辖生活灶、冷饮厂、浴池、购物超市等经营单位。主要业务：提供生活服务。1995 年至 2000 年，一部分职工自谋出路。企业利润指标为一年 40 万元。截止 2003 年 6 月底，净资产总额 5263077.84 元。现有职工 163 人，其中固定工

CONFIDENTIAL

IRI-CRT-00002101

５８人（目前在岗 38 人，从事个体经营的１１人），全部与总厂签定的合同。

**14、经营室下属汽修厂、广告公司、装潢公司、七里铺综合市场**

目前广告公司、装潢公司与汽修厂采用个人经营承包的方式。经营室综合管理室固定工 4 人（含七里铺综合市场，一人待岗）；汽修厂固定工 8 人；装潢公司固定工 4 人；广告公司中固定工 5 人（一人挂靠自主经营）。上述固定工均与总厂签定劳动合同。

**15、彩虹电子设备公司**（归属彩虹三产总公司管理）

主要面向总厂的对内业务，承揽总厂内非批量的、规格缺的零星业务，满足生产需要。拿厂内订单，市场采购。利润不到 5%。。资产情况：截止 2003 年 6 月底设备公司净资产总额为 108699.12 元。人员状况：共有员工 43 人，均为固定工，其中 20 人在职上班，23 人独立经营，交纳管理费。上述人员均与集团公司签定劳动合同。

**16、修建园艺公司**（归属彩虹三产总公司管理）

主要业务是负责总厂生产区内及生活区的绿化和环保，此外也承接部分工程和维修项目。现净资产总额为 3298280.38 元。目前公司有固定工 113 人，短期合同工 20 人，劳务工 295 人，共计 428 人。

**17、劳保用品厂**（归属彩虹三产总公司管理）

主要业务及收入经营手套、洁净服，95%面向总厂，5%外销。2002 年经营收入 330 万元，预计 2003 年收入到达 400 万元。利润率在 5%左右；截止 2003 年 6 月底，劳保厂净资产总额为 120765 元；现有固定工 11 人，短期合同工 59 人。固定工中有 2 人挂靠，签定协议，不发工资，三金个人自负。

**18、劳动服务公司所属商标厂、印刷厂**

商标厂主要为彩虹总厂提供商标印刷服务，年赢利 30 万左右，有固定工 10 余人。

印刷厂主要为彩虹集团内部印刷办公文件，微利维持经营，有固定工 20 多人。


**四、提供配套产品或服务的企业**

**19、深圳彩虹电子公司**（四家改制试点单位之一）

62

IRI-CRT-00002102

**20、彩虹网版厂**

全称为彩虹电子网版厂（原彩虹荫罩分厂），隶属于彩虹显象管总厂，主要为彩管一厂配套生产 37CM 、56CM 平板荫罩，所有产品都销售给集团配套彩管厂。

网版厂固定工共 159 人。

截止 2003 年 10 月 31 日，资产总额为 18654057.40 元。

**21、彩虹荧光材料公司**

陕西彩虹荧光材料有限公司是彩虹集团公司控股的企业。公司成立于 1995 年 12 月 5 日，注册资本人民币 9000 万元。公司主营彩色显示管、显示器用三基色荧光粉、生粉，销售自产产品；截止 2002 年 12 月 31 日，资产合计 171,093,575.55 元，负债合计 45,459,952.82 元，所有者权益合计 123,735,183.15 元；公司现有固定工 240 人。

**22、咸阳彩秦电子器件有限责任公司**

咸阳彩秦电子器件有限责任公司是 2000 年 7 月由咸阳彩秦电子器件厂改制，公司经营销钉、阳极帽、支架玻杆和支玻粉生产、销售；截止 2003 年 10 月 31 日，公司总资产为 66500336.21 元，负债 26145267.23 元，所有者权益 40355068.98 元；公司现有员工 294 人，其中固定工 240 人。

**23、电子包装材料厂**（又名泡托厂，归属彩虹三产总公司管理）

主要是面向集团的对内业务，其中给股份公司生产 54cm 和 64cm 泡托架，为荧光粉有限公司生产精制硫酸、高浓度盐酸；现有资产 4，300，000 元，主要为机器设备；固定工 30 人，均与彩虹集团公司签定劳动合同。

**24、彩虹托架厂**（归属三产总公司管理）

主要是对厂内的业务，通过回收旧托架并进行手工修理，赚取差价，对集团独家供应；工厂现有固定资产 53 万元，其中，房屋建筑 33.7 万元，机械设备 4.7，电子设备 7 万元，运输设备 7.5 万元；现有职工１１５人，其中固定工 48 人，5 人请长假；短期合同工６７人。

**25、彩虹化工厂**（归属三产总公司管理）

化工厂主要生产和供应化工产品，如绝缘液、水融性粘接剂等。2002 年产值 249 万元，利润 24 万元；截止 2003 年 6 月底，净资产总额为 1，360，779 元，

CONFIDENTIAL

不良资产 174532 元；化工厂现有固定工 21 人，短期合同工 9 人。

**26、彩虹电视配件厂**（属劳动服务公司）

工厂主要为彩虹彩管生产内屏蔽，年收入达 1800 万元，为劳动服务公司主要收入来源。目前固定工 120 人。

**27、塑料制品厂**（属劳动服务公司）

为彩管独家供应管机、管模，每年赢利 80 万元。目前有固定工 80 人左右。

**28、净化设备厂**（属劳动服务公司）

为彩虹玻壳进行空气净化，由于价格下滑和人工成本高，近年开始亏损，平均每年亏损 5 万多；目前固定工 30 人左右。

**29、818 厂**（又名**玻壳再生厂，**归属属劳动服务公司管理）

主要业务为彩虹玻壳回收利用，近年来，由于彩虹玻壳良品率提高，导致工厂效益下滑，去年赢利为 20 多万；目前有固定工 80 多人。

**30、泡托厂**（属劳动服务公司）

为彩虹提供泡沫托架，年利润在 20—30 万之间；目前有固定工 50 多人。

**31、研磨厂**（属劳动服务公司）

为彩虹玻璃分厂提供玻璃研磨服务，每年赢利几千到几万不等；目前有固定工 10 人。


**五、可实行外包的职能部门**

**32、彩虹物资公司**

公司实为集团公司物资采购部门，按照集团公司处室管理，主要为集团公司在咸阳企业采购生产用结构材料和辅助材料，并负责回收生产线上的废旧物资。固定工 200 人，短期合同工 140 余人。占用的资产和财务均由集团公司直接管理。

**33、彩虹销售公司**

该公司原为彩虹显像管总厂销售公司，后改为彩虹集团公司销售公司，按照集团公司处室管理，挂股份公司销售公司的牌子。主要职能是统一负责总厂和股份公司的产品内销。固定工 67 人，全部在岗。占用的资产和财务均由集团公司直接管理。

CONFIDENTIAL

IRI-CRT-00002104

34、**中国电子进出口彩虹公司**（四家改制试点单位之一）

目前公司挂靠中国电子进出口公司，实际资产、人员、业务均归属彩虹集团公司。实为彩虹集团公司进出口业务管理部门。

**五、　彩虹集团投资设立的与主业关联度不大的全资和控公司**

35、**陕西彩虹建设工程公司**（四家改制试点单位之一）

36、**深圳虹阳工贸公司**

目前公司主要经营：荧光粉销售、房屋租赁。

截止 2002 年 12 月 31 日，资产合计 244,022,127.08 元，负债合计 15,467,162.26 元，所有者权益合计 228,554,964.82 元。

37、**中国电子器件工业总公司**（四家改制试点单位之一）

38、**彩虹虹友运输公司**

截止 2003 年 6 月底，公司固定资产净值 25877.84 元；现有职工 23 人，全部为彩虹固定工。其中在岗发工资的 15 人，其余人员每月领生活费 500 元。

39、**西安彩虹电器工业有限责任公司（已停业）**

截止 2002 年 12 月 31 日，资产合计 77,999,911.54 元，负债总计 100,117,247.22 元，所有者权益合计-22,117,335.68 元。

40、**海口彩虹温泉大酒店（已停业）**

海口彩虹温泉大酒店为彩虹集团公司的全资子公司 2002 年度由于停业，没有产品销售收入和产品销售成本，管理费用 264.97 万元，亏损 233.47 万元。

截止 2002 年 12 月 31 日，资产合计 79,995,391.52 元，负债合计 1,135,456.44 元，所有者权益合计 78,859,935.08 元。

CONFIDENTIAL

IRI-CRT-00002105