CROWELL & MORING LLP
Jason C. Murray (CSB No. 169806)
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213.622.4750
Facsimile: 213.622.2690
Email: jmurray@crowell.com

CROWELL & MORING LLP
Jerome A. Murphy (pro hac vice)
Astor H. L. Heaven (pro hac vice)
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202.624.2500
Facsimile: 202.628.5116
Email: jmurphy@crowell.com
       aheaven@crowell.com

Attorneys for Plaintiffs
Good Guys, Inc.; Old Comp., Inc.,
Target Corp. and ViewSonic Corp.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 |
| | CASE NO. 4:07-cv-05944-JST |
| This Document Relates to: | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| *Target Corp. v. Chunghwa Picture Tubes Ltd., et al.* No. 3:11-cv-05514-SC | |
| *Target Corp. v. Technicolor SA, et al.*, No. 3:13-cv-05686-SC | |
| *Viewsonic Corp. v. Chunghwa Picture Tubes Ltd., et al.* No. 3:14-cv-02510-SC | |

1  PLEASE TAKE NOTICE that the undersigned counsel, Jason C. Murray, hereby withdraws his appearance as one of the counsel of record in the above-captioned matter for Plaintiffs, Good Guys, Inc., Old Comp, Inc., Target Corp. and ViewSonic Corp.

Dated:  September 13, 2023

CROWELL & MORING LLP

By: */s/ Jason C. Murray*
Jason C. Murray

Attorneys for Plaintiffs
*Good Guys, Inc.; Old Comp., Inc., Target Corp. and ViewSonic Corp.*