Mario N. Alioto (56433)
Lauren C. Capurro (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2001 Union Street, Suite 482
San Francisco, CA 94123
Telephone:  (415) 563-7200
Facsimile:  (415) 346-0679
Email: malioto@tatp.com
Email: laurenrussell@tatp.com

Lead Counsel for Indirect Purchaser Plaintiffs

[Additional stipulating counsel listed on signature page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 4:07-cv-5944-JST<br>MDL No. 1917 |
| This Document Relates to:<br>*ALL INDIRECT PURCHASER ACTIONS* | **STIPULATION AND [PROPOSED] ORDER REGARDING TRANSLATION PROTOCOL**<br><br>The Honorable Jon S. Tigar |

Indirect Purchaser Plaintiffs ("IPPs") and Defendants Irico Group Corporation and Irico Display Devices Co., Ltd. ("Irico Defendants," collectively the "Parties"), by and through the undersigned counsel, hereby stipulate as follows:

WHEREAS, the Court previously set a translation protocol in its Order re Discovery and Case Management Protocol regarding translations entered as exhibits at depositions or offered in connection with a motion, ECF No. 1128 (Apr. 3, 2012).

WHEREAS, the Court confirmed that the Parties may agree on adjustments to the translation protocol, set forth in section XVI of the Court's Order re Discovery and Case Management Protocol, ECF No. 1128, to promote efficiency and fairness.

WHEREAS, the Court entered an additional translation protocol for the pretrial process on May 23, 2016, ECF 4657, (recommended by the Special Master on April 25, 2016, ECF No. 4597, and a subsequent modification to that protocol on May 3, 2016, ECF No. 4625).

WHEREAS, the Parties proposed trial exhibit lists contain a large number of foreign language documents, many of which have not been previously translated or have disputed translations remaining from the 2016 process that were never resolved.

WHEREAS, the Parties agree that an additional translation protocol would allow for resolution of objections before trial and efficient presentation of accurate translations to the factfinder at trial.

WHEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between counsel for IPPs and the Irico Defendants that:

1. For any documents on a party's trial exhibit list whose translations have not been previously produced in the litigation and thus have not been subject to the translation objection process described in Section XVI.F of the Order re Discovery and Case Management Protocol, ECF No. 1128 ("newly translated trial exhibits"), the party shall provide the opposing party with

1

the certified translations for such documents and an accompanying list by September 20, 2023. While the parties will not be limited to the use of this list at trial, the parties shall use good faith efforts to limit the newly translated trial exhibits to those that they actually intend to use at trial.

2. Objections to the accuracy of any translations of a newly translated trial exhibit shall be asserted by October 20, 2023. Responses to these objections shall be provided by November 10, 2023. Any unresolved issues regarding translations as of November 17, 2023 will be addressed at a meet and confer, which will occur on a mutually-agreed date, no later than November 29, 2023. If no objection is made to a translation by October 20, 2023, it shall be deemed accurate, and no objection to admissibility on grounds of inaccuracy of the translation will be permitted. Similarly, if no response is made to a translation objection by November 10, 2023, it shall be deemed that the party who did not submit a timely response has accepted the other party's proposal.

3. The parties agree that any objections exchanged on August 30, 2023 to newly translated trial exhibits in accordance with the Stipulation and Order re Case Schedule (As Modified) (Dkt. No. 6198) may be limited to the lack of an available certified translation, and no additional objections to newly translated trial exhibits shall be waived by failure to include those objections in the August 30, 2023 exchange.  Further substantive objections to any newly translated trial exhibits shall be exchanged by October 27, 2023.

4. For any certified translation of a document on any party's trial exhibit list that has already been produced as part of a prior pretrial exhibit exchange in the litigation ("prior pretrial exhibits"), the Indirect-Purchaser Plaintiffs will compile a chart that delineates the exchanges that have taken place between the parties, including any outstanding translation objections and/or responses and any previously agreed-upon changes to the translation, and provide the chart to Irico Defendants by no later than September 20, 2023.  The responses to any unresolved translation

objections to prior pretrial exhibits shall be submitted by October 20, 2023. Parties will make an effort to propose alternative translations that have been previously accepted by both parties in prior sets of translation objections in this litigation. Any objections or responses to the translations of prior pretrial exhibits that remain outstanding as of November 17, 2023 shall be addressed at the meet and confer describe in Paragraph Two above.

5. For any translations of documents on a party's trial exhibit list (including newly translated trial exhibits and prior pretrial exhibits) for which all translation objections have been resolved, but have not yet been re-certified, that party shall incorporate and finalize all agreed-upon translation changes following the process described below in Paragraph Seven by December 15, 2023 or within 14 days of resolution, whichever is later. If the translation with resolved objections exists on both parties' trial exhibit lists, the party that initially introduced the translation shall undertake the re-certification process, incorporating all mutually agreed-upon translations. If the party is no longer in the case, a remaining co-party to the party that initially introduced the translation (either Plaintiff or Defendant) will provide the re-certified translations.

6. The parties shall make reasonable efforts to resolve all translation disputes. In the event that the parties are unable to reach a resolution by November 29, 2023, the matter shall be submitted to the Special Master in accordance with the Order re Translation-Objection Resolution Protocol ("April 25, 2016 Order") (Dkt. No. 4597), and the subsequent Order ("May 3, 2016 Order") that modifies the April 25, 2016 Order (Dkt. No. 4625). Nothing in this proposal modifies any party's rights or obligations under these orders, except that the dates set forth in the orders must be modified. The parties will need to agree upon a new schedule for the submission of translation disputes to the Special Master well in advance of the upcoming trial. The parties shall discuss and finalize this modified schedule by no later than November 29, 2023.

7. The parties agree to finalize resolved translations without the use of a translator pursuant to the May 3, 2016 Order. All such finalized translations shall include a declaration page with language describing the parties' agreement on changes to the certified translation as well as the original certification page, attached to a translation reflecting all agreed-upon changes to the certified translation. The parties agree not to contest the accuracy or authenticity of such finalized translations but reserve all rights to object to the authenticity or admissibility of the underlying documents, except as otherwise stipulated between the parties

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____    _____
                                 HONORABLE JON S. TIGAR
                                 UNITED STATES DISTRICT JUDGE

Dated: September 13, 2023    TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP

                             By:  /s/ Mario N. Alioto  ____
                                  Mario N. Alioto (56433)
                                  Lauren C. Capurro (241151)
                                  TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
                                  2001 Union Street, Suite 482
                                  San Francisco, CA 94123
                                  Telephone:   (415) 563-7200
                                  Facsimile:   (415) 346-0679
                                  Email:  malioto@tatp.com
                                  Email:  laurenrussell@tatp.com

                                  *Lead Counsel for Indirect Purchaser Plaintiffs*

Dated: September 13, 2023    By:  /s/ John M. Taladay
                                  John M. Taladay *(pro hac vice)*
                                  Evan J. Werbel *(pro hac vice)*
                                  Thomas E. Carter *(pro hac vice)*
                                  Andrew L. Lucarelli *(pro hac vice)*
                                  BAKER BOTTS LLP
                                  700 K Street, N.W.

Washington, D.C. 20001
(202) 639-7700
(202) 639-7890 (fax)
Email: john.taladay@bakerbotts.com
evan.werbel@bakerbotts.com
tom.carter@bakerbotts.com
drew.lucarelli@bakerbotts.com

*Attorneys for Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.*

## ATTESTATION

I, John M. Taladay, hereby attest, pursuant to United States District Court, Northern District of California Civil Local Rule 5-1(h)(3), that each of the other Signatories have concurred in the filing of the document.

Dated: September 13, 2023                                   */s/ John M. Taladay*
                                                                                    John M. Taladay