Yes,
John M. Taladay *(pro hac vice)*
Evan J. Werbel *(pro hac vice)*
Thomas E. Carter *(pro hac vice)*
Andrew L. Lucarelli *(pro hac vice)*
BAKER BOTTS L.L.P.
700 K Street, N.W.
Washington, D.C. 20001
202.639.7700
202.639.7890 (fax)
Email: john.taladay@bakerbotts.com
        evan.werbel@bakerbotts.com
        tom.carter@bakerbotts.com
        drew.lucarelli@bakerbotts.com

*Attorneys for Defendants Irico Group Corp. and
Irico Display Devices Co., Ltd.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS | Master File No. 07-CV-5944-JST<br><br>MDL No. 1917<br><br>**DECLARATION OF WYATT M. CARLOCK IN SUPPORT OF IRICO DEFENDANTS' OPPOSITION TO INDIRECT PURCHASER PLAINTIFFS' MOTION *IN LIMINE* NO. 8: TO EXCLUDE CHARACTER EVIDENCE**<br><br>Judge:          Honorable Jon S. Tigar |

1    I, Wyatt M. Carlock, declare as follows:

2           1.        I am a member of the bar of the District of Columbia and admitted to practice before

3    this Court *pro hac vice*.  I am an attorney with Baker Botts L.L.P., which represents Defendants

4    Irico Group Corporation ("Irico Group") and Irico Display Devices Co., Ltd. ("Irico Display,"

5    collectively, "Irico" or the "Irico Defendants") in this action.  I make this Declaration in support of

6    Irico Defendants' Opposition to Indirect Purchaser Plaintiffs' Motion *in Limine* No. 8: To Exclude

7    Character Evidence.  If called as a witness, I could and would testify to the matters set forth in this

8    declaration of my own personal knowledge.

9           2.        Attached hereto as Exhibit 1 is a true and correct copy of a certified translation of a

10   document produced by defendant Chunghwa Picture Tubes Ltd. and bearing the Bates label

11   CHU00030068-0069E.

12          3.        Attached hereto as Exhibit 2 is a true and correct copy of a certified translation of a

13   document produced by defendant Chunghwa Picture Tubes Ltd. and bearing the Bates label

14   CHU00124993-4944E.

15          I declare under penalty of perjury that the foregoing is true and correct.  Executed this 1st

16   day of September, 2023, in Arlington, Virginia.

17

18                                                                  */s/ Wyatt M. Carlock*

19                                                                  Wyatt M. Carlock (*pro hac vice*)
                                                                    BAKER BOTTS L.L.P.
20                                                                  700 K Street, N.W.
                                                                    Washington, D.C. 20001
21                                                                  202.639.7723
                                                                    202.639.7890 (fax)
22                                                                  Email: wyatt.carlock@bakerbotts.com

23                                                                  *Attorney for Defendants Irico Group Corp.*
                                                                    *and Irico Display Devices Co., Ltd.*
24

25

26

27

28

1

CARLOCK DECL. ISO IRICO DEFENDANTS' OPPOSITION TO IPPS' MOTION *IN* LIMINE #8; Master File No.
07-CV-5944-JST