John M. Taladay *(pro hac vice)*
Evan J. Werbel *(pro hac vice)*
Thomas E. Carter *(pro hac vice)*
Andrew L. Lucarelli *(pro hac vice)*
BAKER BOTTS L.L.P.
700 K Street, N.W.
Washington, D.C. 20001
202.639.7700
202.639.7890 (fax)
Email: john.taladay@bakerbotts.com
evan.werbel@bakerbotts.com
tom.carter@bakerbotts.com
drew.lucarelli@bakerbotts.com

*Attorneys for Defendants Irico Group Corp. and
Irico Display Devices Co., Ltd.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-CV-5944-JST |
| | MDL No. 1917 |
| This Document Relates to: | **DECLARATION OF WYATT M. CARLOCK IN SUPPORT OF IRICO DEFENDANTS' OBJECTIONS TO SPECIAL MASTER'S REPORT AND RECOMMENDATION OF SEPTEMBER 1, 2023** |
| *ALL DIRECT PURCHASER ACTIONS* | |
| *ALL INDIRECT PURCHASER ACTIONS* | Judge:  Honorable Jon S. Tigar |

I, Wyatt M. Carlock, declare as follows:

1.     I am a member of the bar of the District of Columbia and admitted to practice before this Court *pro hac vice*.  I am an attorney with Baker Botts L.L.P., which represents Defendants Irico Group Corporation ("Irico Group") and Irico Display Devices Co., Ltd. ("Irico Display," collectively, "Irico" or the "Irico Defendants") in this action.  I make this Declaration in support of Irico Defendants' Objections to Special Master's Report and Recommendation of September 1, 2023. If called as a witness, I could and would testify to the matters set forth in this declaration of my own personal knowledge.

2.     Attached hereto as Exhibit A is a true and correct copy of the Special Master's August 4, 2023 Interim Report & Recommendation on Plaintiffs' Motion for Discovery Sanctions, ECF No. 6233.

3.     Attached hereto as Exhibit B is a true and correct copy of the Special Master's September 1, 2023 Interim Report & Recommendation on Plaintiffs' Motion for Discovery Sanctions, ECF No. 6275.

4.     Attached hereto as Exhibit C is a true and correct copy of a letter from Mr. John Taladay addressed to the Honorable Judge Walker, copying Direct and Indirect Purchaser Plaintiffs' counsel, dated September 13, 2023.

5.     Attached hereto as Exhibit D is a true and correct copy of a letter from Mr. R. Alexander Saveri and Ms. Lauren C. Capurro addressed to the Honorable Judge Walker, copying Irico Defendants' counsel, dated September 14, 2023.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 15th day of September, 2023, in Arlington, Virginia.

*/s/ Wyatt M. Carlock*

Wyatt M. Carlock (*pro hac vice*)
BAKER BOTTS L.L.P.
700 K Street, N.W.
Washington, D.C. 20001
202.639.7723
202.639.7890 (fax)
Email: wyatt.carlock@bakerbotts.com

*Attorney for Defendants Irico Group Corp.*
*and Irico Display Devices Co., Ltd.*