1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 4:07-cv-5944-JST <br><br> MDL No. 1917 |
|---|---|
| This Document Relates to: <br><br> *ALL DIRECT PURCHASER ACTIONS* <br><br> *ALL INDIRECT PURCHASER ACTIONS* | **[PROPOSED] ORDER REGARDING SPECIAL MASTER'S REPORT AND RECOMMENDATION OF SEPTEMBER 1, 2023** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Having reviewed the Irico Defendants' Objections to Special Master's September 1, 2023 Report & Recommendation on Plaintiffs' Motion for Discovery Sanctions (ECF No. 6275) ("Report & Recommendation"),

IT IS HEREBY ORDERED THAT the Report & Recommendation shall be amended as follows:

| Event | Deadline |
|---|---|
| Irico Defendants comply with requirements set forth in the Report & Recommendation | October 13, 2023 |

**IT IS SO ORDERED.**

Dated: _____

JON S. TIGAR
United States District Judge