Vaughn R Walker
ADR/Law Office of Vaughn R Walker
Four Embarcadero Center, Suite 2200
San Francisco, CA  94111
Tel:  (415) 871-2888
vrw@judgewalker.com

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master Case No 07-cv-05944-JST |
| | MDL No 1917 |
| This Relates to: | |
| *ALL DIRECT PURCHASER ACTIONS* | **SPECIAL MASTER'S REPORT & RECOMMENDATION ON IRICO'S REQUEST TO EXTEND TIME** |
| *ALL INDIRECT PURCHASER ACTIONS* | |

Defendants Irico Group Corp and Irico Display Devices Co ltd ("Irico") submitted a September 13, 2023 letter request for a three-week extension to October 13, 2023, to produce responsive information and materials as specified in the Special Master's Second Interim Report & Recommendation on Plaintiffs' Motion for Discovery Sanctions (ECF No 6275). That request is GRANTED.

Date: September 18, 2023

_____
Vaughn R Walker
United States District Judge (Ret)

1
2  The Recommended Order of the Special Master is Accepted and Ordered / Denied / Modified.
3
4  Date: _____
5
6                                              _____
                                                        Honorable Jon S Tigar
7                                                      United States District Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28