# EXHIBIT 2



June 20, 2012


**Certification**

### Park IP Translations


This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of the document with bates numbers range: CHU00029110E – CHU00029115E.




_____

Abraham I. Holczer

Project Manager

134 W. 29th Street 5th Floor  •  New York, N.Y. 10001
Phone: 212-581-8870  •  Fax: 212-581-5577

[TRANSLATION]

Visitation Report

Date: 2000/06/23(Fri.) 6-9*pm*        Company: *Philips Mr. Jim Smith*, *Mr. Leo Mink* (via phone)

Date: 2000/06/25(Sun.) 6-9*pm*        Company: IRICO Sales President SaTao

Contact: Wen-Chun (Tony) Cheng

Topic: *TV* Tube Market

I.    *PH TV* Tube:

1.  Regarding the issue which *PH* blamed CPT for not cooperating to raise the European 14"
    price to $39, an appointment was made with *Mr. Smith* to exchange views and *Jim* carried
    out the review with *Leo* over the phone.

2.  *Leo* stated that on 4/19 the price was proposed to be $38 for the 2nd half of the year but
    around 5/25 everyone proposed to have the market price raised to $39.  CPT was only selling
    at $37~37.5 for some customers right now so the price difference would be too big.  He
    doubted if CPT could raise the price.  CPT explained that *Mr. Smith* in the last Asian meeting
    also expressed that the appropriate price should be $38 according to current European and
    Asian environment and 14/20" interactive environment.  After contacting *David Ross* after
    the meeting, *David* said although *Leo* said to raise price to $39 on 5/25 *David* already
    expressed that it was not easy to attain that because of the huge rise and the small price
    differential with 20/21" [Underlined by hand].

3.  I doubted that *Leo* had achieved any agreement with customers and in the past he always
    lowered the target price with customers.  Accordingly, I tried to confirm the accuracy of $39
    but *Leo* expressed he was still trying and hoped to gain support from CPT [Underlined by
    hand].  I stated that CPT always acted as a pioneer, not a trouble maker, and previous contact
    matched the current achievement CPT made, so it was not proper to inform the customers at
    the last minute to raise the price again by $1.  Besides, before current confusion regarding
    20/21" is clearly improved, it is better to wait.  In the meantime, CPT will also talk about the
    possibility of raising the price to $38.5 [Underlined by hand] with customers.  (*PH* indicated
    that the customers and targeted market of 14" and 20/21" are different so it won't have any
    transfer problem even if the price differential is $5/10, respectively.  I stated that current
    customers said 14" is sold for service only so they would abandon the production of 14" once
    their loss is too big after the price is raised to $39 by $3.)

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL                     CHU00029110.01E
Translation

4.  *PH* questioned CPT again why its *PH TV* raised to $36.8 by $1.3 only in the internal transaction, which would cause bigger price differential with the market price.  I countered by questioning why *PH CRT* didn't work together with *PH TV* to undergo price increase negotiations but waited for CPT to negotiate with *PH TV* first and didn't have to make any efforts but just used $36.75 to *undercut* CPT [Underlined by hand].  Then *PH* started to explain it was beyond their control because this was related to another department.  Accordingly, I asked *PH* to hint at the price adjustment first if *PH CRT* hopes to raise the price in *Q*4 and CPT will definitely cooperate.

5.  Regarding the *Vestel* price from IRICO, it was not raised but still remained at *FOB* $29.3. ($35.5 after reaching the factories) [Underlined by hand] *PH* hopes CPT can negotiate again with IRICO to maintain a moderate price differential.  I stated that further contact will be made but IRICO already felt unhappy about *PH*'s constant request which hopes the price differential between IRICO and *PH* can be curbed to $0.5.  (I stated that CPT sells 15" *cdt* at $66 but IRICO still cannot sell any at $58.)  *Jim* encouraged me to ask IRICO to maintain the price differential around $1 and I expressed that I would try my best to negotiate with IRICO.

6.  CPT stated that it was very ridiculous that the current set price for 14" was $38~39 but 20/21" in Europe was still *DM* 97~100/107~110, only *US*$45/50, which was even lower than the price in China.  Under such a condition, it's not healthy to ask CPT and IRICO, which only have one product, 14", to take the risk of irritating customers.  *Jim* agreed that with full utilization rate the price should not be so weak.  *Leo* stated that currently the negotiations with other European picture tube companies, (such as SEC and *Thomson*), didn't go smoothly.  *Jim* said *Leo* should notify him earlier but he would ask SEC to pay attention.

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [  ].

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00029110.02E
Translation

[Page Intentionally Omitted]

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00029111E
Translation

According to *Leo*, for the short time it will be very difficult to have a reasonable price for 20/21" in the European market and the price can only he raised by $0.5 at most each time. So there will still be a huge difference of $13 from the reasonable price differential of $18~20.

7. After the meeting, *Jim* talked to me alone and expressed that the expectation for next year's market is not as good as for this year but the CPT production, on the contrary, will increase from 3*M* this year to 4 *M*, which will cause big impact on the market.  Accordingly, he hoped CPT could have a second thought.  I said that CPT didn't intend to disturb the market and it is a sincere gesture to limit itself from taking orders from customers which have conflicting interests or to inform *PH* first before taking orders.  Besides, the growth in quantity this year is mostly from CPT's original own customers and CPT didn't fight for orders viciously against *PH*.  Next year, CPT will introduce 15" flat tube but the impact should not be too big. *Jim* still hopes CPT can control the production quantity.

II.  IRICO picture tube:

1. President Sa is responsible for all external purchase and external sales.  <u>Regarding sales, he assigned 14" mainly to *Vestel* and *Thomson*</u> [Underlined by hand] and would start to promote 21" and 15" 0.28.

2. IRICO's business plan:

| product | lines | production capacity | '99 sales | '00 target | |
|---------|-------|---------------------|-----------|------------|---|
| 14" | 2 | 3.6M | 2.9 | 3.2 | |
| 21" | 2 | 3.6 | 3.1 | 2.7 | |
| 25" | 1 | 1.15 | 1.1 | 1.15 | |
| 15"0.28 | 1 | 1.5 | 1.1 | 1.25 | |
| total | 6 | 9.85 | 8.2 | 8.3 | |

    a.  <u>14" sold to *Vestel* 1.5M, *Thomson* 0.2*M* (initial quoted price, $29.5 *fob*, will be changed to $31*fob* = $32*cif*)</u> [Underlined by hand] internal sales 0.9*M*, Hong Kong 0.6*M*

    b.  <u>Current inventory for 21", 100k, is normal.  This year, the production line is changed to 25/29"so production is less than last year.  China's market is integrating but there are still many difficulties</u> [Underlined by hand].

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

3. Regarding *Vestel*'s sales, President Sa admitted that they are still selling at $29.3, the increased price since April. ($35.5 factory price)  After meeting with *PH* and CPT in Xian, he had already tried to ask *Vestel* to raise the price again to $31(factory price $37.5) but immediately was accused by *PH* of anti-dumping tax.  *Vestel* understands *PH* is also accusing *Vestel* of dumping.  Currently, the price is raised by $3 with the European customers, who account for 80% of all customers, but things are still in negotiation.  In order to avoid too much fluctuation in price, it is hoped that IRICO and *Vestel* will share the rising cost after the case of dumping is established.  <u>June and July are the traditional low season for colored TV in China Mainland so IRICO made an agreement with *Vestel* to keep the current price unchanged until the end of July</u> [Underlined by hand].

4. I reported how the prices increased in Asia and Europe and hoped IRICO could also respond but President Sa expressed that its trading volume with *Vestel* is already <u>lowered to 1.5 M from the targeted 2.0M at the beginning of this year and the delivery quantity in June dropped to 60k from the regular 120k/m (but it already rose to 80k again).</u>  [Underlined by hand] Since the supply quantity cannot be raised and the service to *Vestel* is poor, the higher the price, the better it is.  But <u>it is hoped to maintain at least the price differential of $1.5 otherwise IRICO will suffer bigger impact when the market becomes better.  IRICO hoped to have one more month to observe.  When the market becomes better in August, it can carry out a review again regarding the opportunity to raise prices</u> [Underlined by hand].

5. As for 21", recent market is really not good.  The agreed price among makers is *rmb* 1050, but actually is only *rmb* 750.  The price of Panda brand is the lowest and <u>current market inventory should still be 2.0 M.  Although makers intended to integrate and decrease production to 3.0M the biggest maker, Changhong, didn't want to cooperate and even increased its production to 3.0M</u> [Underlined by hand]. In the integrating meeting held the other day, all of the picture tube makers were called to the meeting and <u>asked to cut the price to *rmb* 430 or they would lose the orders but picture tube makers were united, intending to cut production but not the price</u> [Underlined by hand].

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00029112.02E
Translation

[Page Intentionally Omitted]

---

English words found in the original text are *italicized.*
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00029113E
Translation

6. Currently, IRICO's <u>internal sale price for 21" picture tube is *rmb* 530</u> [Underlined by hand] and there are no direct customers for external sales. Customers are all domestic customers who want to save tax and sell at $48–48.5 *(itc)*. <u>President Sa stated that that price is higher than those of Hitachi and Shanghai Novel CPT Co., etc.</u> [Underlined by hand] The price which Asia understands is too much higher than the actual prices. Companies in Turkey, such as *Vestel*, *Beko* and *Profilo*, have Hitachi as their core products and Novel CPT as supplementary core products. IRICO still doesn't have a chance. He also agreed to cooperate with Asian makers who hope to have a reasonable price at $54.5*(itc)*. But he also expressed that IRICO was not the key and IRICO could take the lead to raise the price when the market is still asking for reduction of production and promotion of sales.

7. <u>800*k* of 15" 0.28*mm* tube will be produced in the first half of the year</u> [Underlined by hand]. Because of the melting problem of *DY*'s varnish hot there were many returned goods. Although the problem was resolved, sales didn't improve. <u>Inventory has reached 600*k*.</u> There was much pressure to sell and they hoped CPT can give them some advice. Samples had already been sent to *AOC, EMC* and *Vestel*, but there was no progress. <u>CaiHuang used *PH*'s falling price to make IRICO decrease the price again from $60 to $58</u> [Underlined by hand]. Impression of Huangqi was not good, either. I also stated that *PH* didn't do business with Huangqi but raised price by $2 to $66~67 level. As for the trouble situation of IRICO, CPT hopes IRICO can contact CPT first after samples are approved and before negotiating price and quantity so as to avoid confusion.

8. <u>Toshiba became share holder by investing equipment. Retired technical personnel from Toshiba were hired to as instructors. However, it was felt that Toshiba was not too enthusiastic in transferring technology. If there is any opportunity IRICO hopes to cooperate with CPT. I will send out invitation letters to invite them to visit CPT in November and December</u> [Underlined by hand]. (The procedure will take about half a year.)

-End of report-    Respectfully submitted for approval

Sales Wen-Chun (Tony) Cheng

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00029114E
Translation

[Page Intentionally Omitted]

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00029115E
Translation

## 接洽報告

日期: 89年6月23日(五) 6~9pm　廠商 Philips Mr. Jim Smith, Mr. Leo Mink(電話)
日期: 89年6月25日(日) 6~9pm　廠商 彩虹 業務 沙濤總經理
接洽: 鄭文俊
主旨: TV管市場

一. PH TV管部份：

1. 針對PH指責華映在歐洲14"售價未配合調漲至$39一事，與Mr. Smith約見溝通，Jim遂與Leo接通進行檢討。

2. Leo說明雖在4/19所提議下半年以$38進行，但在5/25前後均提議將市場價格調升至$39，質疑現華映在某些客戶處僅銷售$37~37.5，致差價過大，無法推展。華映說明在前次亞洲大會中，Mr. Smith亦表示以現有歐亞及14/20"間互動環境，認為較適合之價位應在$38。會後與David Ross連繫，<u>David稱5/25時，Leo雖說要調升至$39，但David已表示可能在漲幅過大且與20/21"差距過小，並不易達成。</u>

3. 職質疑Leo迄今並未與客戶達成任何協議且以往其與客戶總是再由目標價退縮，希確認其所謂$39之真確性，Leo表示現仍在撐，希望華映能支持。職表示華映以往一直在做先鋒，不是搗蛋的公司，之前的連繫與現華映之達成結果符合，現臨時再通知客戶即改再調高$1並不適當，且在現有20/21"亂象未有較明確的改善之前，最好能再觀察一下。華映也會在此同時，與客戶洽議將售價調高至$38.5。(PH表示14"與20/21"客戶及市場對象不同，即使差價僅各$5/10，也不會有移轉的問題，職表示現有客戶表示14"純屬服務機種，售價一次漲$3，至$39，虧損過大的情況下，將放棄14"之生產。)

4. PH再質疑華映為何在其PH TV部門之內部交易僅漲$1.3為$36.8，如此與市場之價差�format更大。職反質疑這段時間何以PH CRT全不與PH TV進行調漲協商，<u>待華映與PH TV一番談判後，不費吹灰之力，遂以$36.75來undercut華映。PH</u>才解釋此為另一跨部門機能，不是他們所能控制的。職遂要求若PH CRT希在Q4調漲的話，請PH先去提示價位，華映絕對可以配合。

5. 對於大陸彩虹在Vestel的售價仍維持在FOB $29.3 (等於到廠$35.5)未調漲，PH希華映可再與彩虹協調不要將價差拉得太大。職表示將再與彩虹連繫，但PH一再希望彩虹與PH售價差$0.5以內，造成彩虹之不諒解(職表示15"cdt華映賣$66，彩虹賣$58都還賣不出去)。Jim表示應可請彩虹試著將價格維持約$1的差距，職表示將努力協商看看。

6. 華映說明現14"以$38~39定價，20/21"在歐洲卻仍在DM 97~100/107~110，僅及US$ 45/50，比中國大陸還低，實在是滑天下之大稽。如此結構硬要僅有14"單項產品的華映及彩虹去犯眾怒客戶之險，並不是很健康的作法。Jim亦認為現以全滿稼動，售價不應如此軟弱。Leo表示與現有歐洲其他映管(如三星與Thomson)之協商並不順利，Jim表示Leo應及早讓他知道，他會請三星注

CONFIDENTIAL - GRAND JURY MATERIAL

# 第四章　各工程規劃進度

| 工程名稱 | 規劃負責人 | 設計單位 | 發包資料 預計 | 發包資料 實際 | 發色完成 預計 | 發色完成 實際 | 承包商 | 預計入廠/施工時間 | 目前進度 | 備註 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 廠房鋼構工事 | 洪榮良 郭明輝 | 滑榮 | 6/5 | 6/5 | 6/20 | 6/9 | 空調 | 4月24日 | 發色資料洽談中 加朗所外工程進度中 | |
| 2 廠房土木工程 | 郭明輝 | 滑榮 | 6/20 | | 6/15 | 6/15 | 中乙科 | 1月13日 | 地下工程施工中 | |
| 3 廠房外牆工程 | 郭金印 郭明輝 | 滑榮 | | | 6/31 | 6/31 | 希家好 | 7月1日 | 備料中 | |
| 4 Coating外牆工事 | 郭明輝 | CPT/滑榮 | 6/20 | | 6/31 | | | | 規劃設計中 | |
| 5 | 郭榮峰 沈進德 | 動myfalse | 5/12 | 5/2 | 5/31 | 6/12 | 台灣三菱 | 7月30日 | 發包完成 5/2圖面到現場繪 | |
| 消防 | 沈進德 | 動myfalse | | | | | | 7月30日 | 5/17細光資料一式 | |
| 空調/餘氣排等 | 黃子榮 | 動myfalse | 5/15 | 5/24 | 4/30 | 5/23 | | 7月30日 | 排單到繪機 | |
| 內裝(含PR收納) | 黃克章 | 動myfalse | 5/15 | 5/24 | 6/15 | | | 7月30日 | 細光資料三5/E到myfalse | |
| HVAC電氣、配電電源 | 孟繁川 李保守 蓋國卿 | 動myfalse | 5/15 | 5/24 | 6/15 | | | 7月30日 | 繪 | |
| 6 氮氣給排水/廢水排水 | 劉嘉吉 | 動myfalse | 5/20 | 5/24 | 6/20 | | | 8月15日 | 5/24發色中 | |
| 7 給水處理 | 鐘鴻鈞 | 動商 | 3/31 | 3/31 | 4/30 | | 日機 | 8月15日 | 6/8 kick-off | |
| 8 純水處理/Bulk gas | 鄭孝華 | 動myfalse | 5/15 | 5/24 | 6/15 | | | 7月30日 | 5/24發色中 | |
| 9 FCB | 閻宪章 | 動myfalse | 5/15 | 5/24 | 6/15 | | | 8月15日 | 5/24發色中 | |
| 10 電氣系統 | 王耀德柏 | 動myfalse | 5/20 | 5/24 | 6/20 | | | 8月15日 | 5/24發色中 | |
| 11 除害設備 | 郭字柏 | 動商 | 6/15 | 5/24 | 7/15 | | | 12月31日 | 發色資料準備中 | |
| 12 中央廢氣系統 | 楊明欣 | 動myfalse | 5/15 | 5/24 | 6/15 | | | 9月15日 | 5/24發色中 | |
| 13 漏料系統 | 姚鉴峰 | 動myfalse | 5/15 | 5/24 | 6/15 | | | 8月31日 | 5/24發色中 | |
| 14 廢氣排放 | 王瑞德地 | 動myfalse | 2/15 | 2/15 | 2/29 | | 諸明 | 2月29日 | 接地已完成85% | |
| 15 大氣測試 | 張瓊珍 | ... | | | 1/15 | 2/11 | 佳友 | | 已完成一次測試 | |
| 16 女兒牆落 | 張瓊珍 | | 7/31 | | | | | | 依計劃進行 | |
| 17 金氣監控 | 吳佩龍 | TFT動力 | 5/15 | | 6/15 | | | 9月15日 | 發色及資料準備中 | |
| | 吳緯棟 | TFT動力 | 5/15 | | 6/15 | | | 9月15日 | 發色及資料準備中 | |
| 20 一般電梯 | 鄭國卿 | 總華鑫 | 5/15 | 6/8 | 6/15 | | | 8月1日 | 6/8發色中 | |
| 21 二手大系統 | 沈進德 | 總華鑫 | 11/1 | | 12/1 | | | 12月31日 | 依計劃進行 | |

TFT-II SIP工地事務所所製作

2000/6/13

CONFIDENTIAL - GRAND JURY MATERIAL

CHU00029111

意。但依Leo之說法，短期內歐市之20/21"價位要合理化將極困難，頂多每次只能調漲$0.5，與應有之價差$18~20，仍有$13之大差距。

7. Jim在會後單獨向職表達明年之市場預期不如今年，但華映產出反而再從今年的3M提升至4M，對市場的影響會很大，請華映考慮。職說明並無意擾亂市場，在某些有衝突之客戶處的接單給予限制或先與PH照會都是誠意的表現，今年數量的成長大部份都是由華映原有的專屬客戶來的，未惡性與PH搶單，明年還會導入15"全平管，影響應不致過大，Jim還是希望華映能控制產量。

二. 彩虹映管部份：

1. 沙總負責所有外購外銷工作，銷售部份以14"給Vestel, Thomson為主，近期將開始推展21"及15" 0.28。

2. 彩虹之事業計劃：

| 生產 | 線 | 產能 | '99銷 | '00目標 | |
|------|----|------|------|--------|--|
| 14" | 2 | 3.6M | 2.9 | 3.2 | |
| 21" | 2 | 3.6 | 3.1 | 2.7 | |
| 25" | 1 | 1.15 | 1.1 | 1.15 | |
| 15"0.28 | 1 | 1.5 | 1.1 | 1.25 | |
| total | 6 | 9.85 | 8.2 | 8.3 | |

  a. 14"售Vestel 1.5M, Thomson 0.2M (初報價$29.5fob, 將改報$31fob=$32cif)，內銷0.9M，香港0.6M。

  b. 21"現庫存100k算正常，今年因改線為25/29"故產出較去年少，大陸市場正整合中，但仍有不少困難。

3. 就Vestel之銷售部份，沙總承認現仍以四月調漲的$29.3 (到廠$35.5)銷售，前次在西安與PH及華映開會後，即曾試圖向Vestel要求再調漲至$31 (到廠$37.5)，但隨即遭PH控訴的反傾銷稅，Vestel瞭解PH現亦向Vestel控告整機傾銷，現雖亦向銷售比例達80%的歐洲客戶調漲$3，但也還在洽議中，為避免售價過度波動，希彩虹與Vestel共同分攤傾銷成立後之成本上漲，由於六、七月為大陸地區彩色電視之傳統淡季，彩虹遂與Vestel協議現價暫時不動至七月底。

4. 職表達在亞洲與歐洲價位上漲之進度，並希彩虹能共襄盛舉，沙總表示與Vestel之交易量從年初預定的2.0M調降至至1.5M，六月交貨量從以往120k/m大幅降低至60k (現再提升至80k)，下半年的供貨量無法上升，對Vestel的服務很差，售價當然會高愈好，但希望能至少保持至$1.5的價位，否則日後市場反轉，在有傾銷應壓下，其他地區的客戶未及開拓，彩虹會受到較大之傷害，彩虹希望能再觀察一個月，八月市場較佳時期再檢討掌握時機調漲。

5. 21"近期之市場的確不佳，整機廠的協議售價在rmb 1050，但實際只有rmb 750，以熊貓牌最低，現市場庫存應仍有2.0M，整機廠雖意欲整合減產3.0M，但最大的長虹卻不參加還增產3.0M，目前整合會議中同時把映管廠叫到一起要求誰不降價至rmb 430就不給單，映管廠倒是很團結的打算減產不降價。

CHU00029112

## CPTM PRODUCTION-SALES-STOCK FORECAST (MAY 2000)

Unit: PC/10

| TUBE TYPE | | 13V MNN | | | 19V | 20V | TV | | 13V HRSS | | | 14V HRSS | | | 16V HRSS | | DSP | GRAND |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | PLT-A | PLT-B | TOTAL | | | TOTAL | | PLT-A | PLT-D | TOTAL | PLT-C | PLT-D | TOTAL | PLT-D | TOTAL | TOTAL | TOTAL |
| **Prod** | Opening Stock | 405100 | 226500 | 631600 | 74880 | 8720 | 815200 | | 184145 | 85500 | 139800 | 225300 | 174700 | | | 584145 | 1399345 |
| | Target | 421596 | 229476 | 651072 | 144955 | 8078 | 804105 | | 203328 | 88680 | 171050 | 259710 | 179685 | | | 657395 | 1461500 |
| | Output | 13104 | 176 | 13280 | 30600 | 2 | 30600 | | 13152 | 1152 | 16968 | 18120 | 11244 | | | 42516 | 55798 |
| | Y/UK Bare Tubes | | | | | 57 | 1012 | | 10206 | 1440 | 19746 | 21186 | 4911 | | | 36303 | 37315 |
| | WH1 Returned | | 305 | 305 | 650 | | | | | | | | | | | | |
| | WH2 Returned | | | | | | | | | | | | | | | | |
| | Actual Output | | | | | | | | | | | | | | | | |
| | %Age Achieved | 100.8% | 101.1% | 100.9% | 100.0% | 92.0% | 100.6% | | 107.8% | 100.7% | 96.1% | 97.8% | 93.6% | | | 99.0% | 100.0% |
| | Revised Target | 337585 | 170993 | 508578 | 163795 | 9316 | 682439 | | 221196 | 79100 | 167428 | 246528 | 213696 | | | 640176 | 1402291 |
| | 5月份銷售目標 | 326257 | 165114 | 491371 | 163795 | 8910 | 664076 | | 203343 | 56247 | 119049 | 175296 | 246528 | | | 719852 | 1304252 |
| | 產銷會目標達成% | 340316 | 172294 | 512610 | 164545 | 9316 | 686471 | | 219760 | 78352 | 188176 | 246528 | 200100 | | | 719852 | 1406323 |
| **Sales** | Sales | 30 | | 30 | 1 | | 40 | | 1748 | | 2318 | 2318 | 2980 | | | 7046 | 7086 |
| | Sales Returned | 30 | | 30 | 1 | | 40 | | 1748 | | | | | | | | |
| | Actual Sales | | | | | | | | | | | | | | | | 15 |
| | Replacement | 6 | | 6 | 9 | | 15 | | 0 | | 18 | 18 | 30 | | | | 45 |
| | Sample(s) | 7 | | 7 | 8 | | 15 | | 3 | | 0 | | 0 | | | | |
| | Revised % | 100.8% | 100.8% | 100.8% | 100.0% | 100.0% | 100.6% | | 99.4% | 99.1% | 99.1% | 99.1% | 98.5% | | | 99.0% | 99.8% |
| | 產銷會目標達成% | 104.3% | 104.3% | 104.3% | 100.5% | 104.5% | 103.4% | | 108.1% | 108.1% | 139.3% | 139.3% | 92.2% | | | 111.3% | 107.3% |
| **5/E** | Total | 110283 | 88158 | 198441 | 30640 | 938 | 230019 | | 25088 | 2436 | 11104 | 13540 | 67623 | | | 109856 | 349875 |
| | 正常銷售 | 110283 | 88158 | 198441 | 3350 | 3269 | 6619 | | 4624 | 11008 | 8400 | 23568 | 26721 | | | 51297 | 67916 |
| | 下月滯銷 | | | | 33990 | 4207 | 236638 | | 29712 | 17604 | 19504 | 37108 | 94344 | | | 171153 | 407791 |
| | 小計 | | | | | | | | | | | | | | | | |
| | 可銷售 | 110283 | 88158 | 198441 | 130 | 1 | 130 | | 0 | 1056 | 1056 | 4176 | 3528 | | | 4584 | |
| | 下月滯銷 | | | | 130 | | 130 | | 0 | 4176 | 4176 | 5250 | 8778 | | | 9426 | 9556 |
| | 小計 | | | | | | | | | 5232 | 5232 | | | | | 14010 | 14140 |

**Notes:**

1. 預計生產達成：整體生產選件，以3大產製程穩定性維持及理想，品位於伯納漁，致20V項未達目標，D部上#7 14V HRSS 和低目標，主低亦未達理 WH 退貨所欠，計整個 ~39K 贓銷售回增幅；C部上#5 16V HRSS 未選計劃需求，主則以製程品位已符优化增強弥漁，餘才順序所 超月運達成；5月份整體選淨產差出 1,398,987 pcs，選均率 100.0 %。

2. 預計銷行達成：整體銷售運件依選銷目標迫近，儘 16V HRSS 因客戶下發細訂軍而末達目標率，除 TYPES 頑訓嗣除合件擴大產銷行成，均順利超目標達成；預計5月份整體銷售 1,399,237 pcs 選成率 107.3 %。(如含銷退 7,086 pcs, 實突破 1400K！)

3. 預計成品庫存：腦務最大運出用功向自年，業務嚴緊迫銷行成，產銷盡相皆準週 1400K，成品庫存顯現亮上升，主號源整頃嗣 CRA 管嗣產銷週嗣 有力作用所政，預5月成品庫存顯嗣上升 29,919 pcs 至 421,931 pcs = CTV 236,768 pcs + CDT 185,163 pcs. 銷銷管理總以 16V HRSS 低漁各敷，主為客戶因素造成，6月整理理嗣嗣情工作事項！

以上 CPT(M) 5月份 '2000 贓計產銷存選連嗣告，結請修正示。

職 戰郭潤呈 26/05/2000

CONFIDENTIAL - GRAND JURY MATERIAL

CHU00029113

6. 目前彩虹21"映管內銷價rmb 530，外銷沒有什麼直接客戶，都是一些內地客戶以保稅方式賣$48~48.5(itc)，沙總表示此價格較日立及永新等公司都還高，亞洲所瞭解的價位比實際情況高太多，目前土耳其的Vestel, Beko, Profilo等就是以日立為主，永新為輔，彩虹還沒機會。對於亞洲地廠商希望價格能夠合理化至$54.5(itc)亦表贊同配合，但表示彩虹不是關鍵，在市場還醞釀減產或促銷的情況下，彩虹無法先行去漲。

7. 15" 0.28mm管在上半年將生產800k，因DY之凡立膠熱熔化問題遭遇大量退貨，現雖解決，銷售仍然不行，庫存達600k。最近有很大的銷售壓力，請華映指點迷津，現已送樣給AOC, EMC, Vestel, 但都沒什麼進展。彩皇以PH跌價來要脅，故不得不再從$60降為$58，對皇旗整體觀感也不是很好。職同時說明PH不但未與皇旗交易，近期還在市場上調漲$2，到$66~67的水準，對於彩虹的困境，希望在其樣品通過要洽談價位數量前，能跟華映連繫一下，免得造成混亂。

8. 現以設備投資的方式讓東芝入股，同時聘請東芝技術的退休人員指導，感覺東芝在移轉技術上沒有很積極，若有機會希望能和華映合作。職將發邀請函請其於11/12月來訪。(手續需時約半年)

以上報告    恭呈核示

業務    鄭文俊

evised : 05-E60
nit : PC

Date : 26-May

## CPTM PRODUCTION-SALES-STOCK FORECAST ANALYSIS
### (FOR MONTH OF MAY 2000)

| | PRODUCTION | | | | SALES | | | | | | | STOCK | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Last Month | This Month | Diff (+/-) | %Age Changed | Last Month | This Month | Diff (+/-) | %Age Changed | May'99 | Diff (+/-) | %Age Changed | Last Month | This Month | Diff (+/-) | %Age Changed |
| 13V MNN | 407694 | 637487 | 229793 | 56.4% | 510324 | 512580 | 2256 | 0.4% | 227026 | 285554 | 125.8% | 73272 | 198441 | 125169 | 170.8% |
| 19V | 146732 | 174905 | 28173 | 19.2% | 157857 | 164536 | 6679 | 4.2% | 105504 | 59032 | 56.0% | 23110 | 34120 | 11010 | 47.6% |
| 20V | 8628 | 8019 | -609 | -7.1% | 8282 | 9315 | 1033 | 12.5% | 6392 | 2923 | 45.7% | 5464 | 4207 | -1257 | -23.0% |
| CTV Total | | | | | | | | | | | | | | | |
| 13V HR SS | 316632 | 194642 | -121990 | -38.5% | 230718 | 271476 | 40758 | 17.7% | 124857 | 146619 | 117.4% | 108080 | 39701 | -68379 | -63.3% |
| 13V HR ST | 0 | 0 | 0 | - | | | | - | | | - | | | | - |
| Sub-Total | | | | | | | | | | | | | | | |
| 14V HR SS | 180556 | 220404 | 39748 | 22.0% | 233694 | 244210 | 10516 | 4.5% | 361026 | -116816 | -32.4% | 47296 | 42340 | -4956 | -10.5% |
| 16V HR SS | 310163 | 163530 | -146633 | -47.3% | 271208 | 197120 | -74088 | -27.3% | 203116 | -5996 | -3.0% | 134790 | 103122 | -31668 | -23.5% |
| CDT Total | | | | | | | | | | | | | | | |
| Grand Total | | | | | | | | | | | | | | | |

1. 生產比較：業務銷售前傳 CTV 多產積存，CDT 14V / 16V HRSS 生產線依化工事多，直接減少移動式產出，唯鹹務彩刀最大產出用功均弱化 WH 退營業理線調，致變體產出按節本增加 28,482 pcs，鹹續成長 2.1 %。

2. 銷售比較：(a) 與上個月銷售比較，除 16V HRSS 項衰退現突破致變體鹹售較前少買 12,846 pcs，鹹續到鹹 0.9 %。
   唯 16V HRSS 衰退現銷售之比較，除 14V / 16V HRSS 項外，餘 TYPES 銷售均維持水平或小幅成長，
   (b) 與去年同期銷售之比較，除 14V / 16V HRSS 項外，餘需求比增強多，多買 371,316 pcs，成長 36.1 %。

3. 庫存比較：5 月運作，生產 / 銷售總量相當接均臨 1400K，除營業銷調購，致營整產品庫存較前上升 29,919 pcs，鹹續上升 7.6 %。

職 戴劉瑞 呈 26/05/2000

CONFIDENTIAL - GRAND JURY MATERIAL

CHU00029115

# EXHIBIT 3



100 Park Ave. 16th Fl.
NY, NY 10017

Toll-free: 877-GO-CONSORTRA
877-462-6676

Your legal translation partner.                    www.consortra.com

STATE of NEW YORK          )
                            )
COUNTY of NEW YORK         )

### CERTIFICATE OF ACCURACY

This is to certify that applicable sections of the attached document, *"SDCRT-0091524 – SDCRT-0091530"*, originally written in *Korean* is, to the best of our knowledge and belief, a true, accurate, and complete translation into *English*.

Dated: July 20, 2012

Seth Wargo
Consortra Translations

Sworn to and signed before ME this
20th day of _July_,
2012.

Notary Public

JAMES G MAMERA
Notary Public, State of New York
No. 01MA6157195
Qualified in New York County
Commission Expires Dec. 4, 2014

D☐P☐ Exhibit _8425_
Deponent _Wang_
Date _3_/_8_/_09_ Rptr _BW_

Toshiba(TD) 타키모토과의 통화내용

작성자 : 김석겸 (2008년 7월 4일 월요일 오전 10:44:34)
열색자 : 전용수 사원/산마르켓팅[마케팅]팀/상성SDI (2008년 1월 8일 화요일 오후 11:10:16)

_____

딘, - 쉽니제.

Toshiba(TD) 타키모토과의 통화내용를 간략하게 보고드립니다.

-----------------------------------------

1) 29HP 종료 (파부근 1K → 7월 3K) 에 대한 감사

2) 3Q 제시가격의 타사와의 비교

-----------------------------------------

를 위해 전화를 하였습니다.

1) 29HP 증량의 건은,

우리은 시업정리 계획 소문이 있어서 그 월량이 SDI에 전원된 것이려고 합니다.

'   ' 3K keeping, 8월 1.5K forecast가 있으나 이 월량을 유지하기 위해서는

현재 가격인 $.63에서 $ 1.5 인하를 해달라고 합니다.

→ 지금까지 SDI.Orion의 2시구에을 해왔는데, Orion의 상황 및 타경쟁사의 공급 가능성등을

   파악하여 대응해야 할 것 같습니다.

2) 3Q 제시가격의 타사와의 비교

   저희의 6/28일 3Q 가격 제정을 한후, 오리온/MTPD와의 가격미팅 일정이 있어 욕인을 하였습니다.

   MTPD와 광무 골주의 가격을 제제시하기로 하였다고 합니다.

   구체적인 가격을 못 얻었지만,

   · 21F는 AK로 $ 37 제시한 SDI가 현재 1위.

   · - __ .F, 28F는 타사에 뒤쳐있음.

   현재물량(29F 5K, 29HF 3K)을 지키기 위해서는 $ 1.5 씩 인하가 필요하다고 합니다.

   05000666

또한, TDP에서의 7월 호 혹은 종합의의 미팅을 (광파하게) 요청을 받았습니다.

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0091027

**Competitor China Visit Report**

☐ Meeting Date : 8/16/2005 ~ 8/17

☐ Consulting Competitor : Irico, Shanghai Young–Shin

☐ Business trip participants:

Headquarters: Vice President Jae Shik Kim, Manager Chang Hwan Lee

Local in China: Executive Director Hoo Mok Ha, Corporate Head Se Won Lee, Woon Sa Manager (Irico), Do Goh Manger (Shanghai Young-Shin)

August 18, 2005

05001163

## Summary

■ Forecasted Market

☐ Main reasons for the slump in the first half of the year
- Oversupply and excess inventory
- Attack by FPD: Because of a sudden price drop in the short term, consumers believed that if they waited more, the price would drop additionally so consumers actual price delayed their purchasing decisions in the first half of the year
- The price bid by Changhong: It caused a sudden price drop because the bid price was disclosed to the market
- Regional demand exceeded regional CAPA: It was a structural issue for the Chinese CPT industry as well in the first half of the year

☐ Forecast for second half of the year
- Normal recovery of consumer sentiment: FPD price drop is returning to normal so consumer sentiment should be stabilized.
- No additional price drop by CPT: It has been determined that the entire industry has reached its margin cost, so it is expected that any additional price drop would be difficult
- The seasonal on-season will return

■ Evaluation of the purchasing policy in Changhong
- They have participated in the bid because of internal issues (such as inventory, line operation), but an internal evaluation has determined that it has adversely impacted profit
→ If there is an agreement in the opinion of the industry, a co-response would be possible, but expect that an adjustment of each company's interest would not be easy

■ Opinion for industry cooperation
It is ideal to compose a Coalition has binding power to enforce decisions

- 2 -

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

## Irico Meeting Report

■ Date: August 16 (Tuesday), 2005   13:00 – 15:40
■ Attendees: Irico: General Manager: (Xing Daqin), Vice General Manager ( Guo Mengquan), Vice General Manager (Zhang Shaowen), Secretary of General Manager (Chen Xiaoning)
SDI: Vice President Jae Shik Kim, Executive Director Hoo Mok Ha, Manager Chang Hwan Lee, Manager Weon Sa

■ Meeting minutes

(Exchanged greetings)

General Manager (Xing): I had an opportunity to visit the Shenzhen factory in 1997 and also the Korea HQ in 1998 as part of a technology exchange program so I've learned a lot about factory management and overall operation. I was very impressed with the SDI company culture and employee activity.

VP Kim: I visited Irico for the first time, and it was my hope that the similar companies would have a closer relationship with each other. Right now it's getting tougher to intimidate LCD. I think that a cooperative partnership is urgently needed to respond effectively to the LCD challenge with competition in good faith between companies that are in the same industry.

For LCD, the monitor division reached 50% in the last year, but this year is should reach 65% with MS. We have focused on the TV area since the second half of the last year. This influence is very dependent on the market, but it is rapidly being invaded by CPT now. It is more serious in the advanced counties. We expect that the LCD market share is 23% in the US market, and that it will be up to 28% in the European market. We expect that CRT TV demand will decrease by more than 20,000,000 units (compared to last year), while the consistent price drop strategy of LCD will have an adverse on CRT TV demand.

The CRT TV market is decreasing in advanced countries due to the influence of FPD and the exchange rate, but I would like to hear from General Manager (Xing) why the China market has collapsed in the first half of the year.

- 3 -

General Manager: (Xing): The China market has also been influenced by FPD as you mentioned. The continuing price drop of FPD products has an especially adverse influence on CRT TV consumer sentiment.

It is possible to divide the recent history of the Chinese CRT industry into 2 steps. Step 1 was from 1999 to 2001, the CRT industry had the entire market at the time. Step 2 was from 2001 to the present, when the CRT industry has being losing its driving force, so this step is a time when cooperation is needed. We expect that the demand for CRT (China market) will decrease and that the price will continue to drop, too. When we look at the performance for the first half of this year, FPD has already exceeded CRT in terms of price.

Whenever competition gets fierce, it highly requires cooperation between the same businesses in the industry and between products. I tried to hold a meeting several times this year with the industry, but I wasn't able to do it. I think we need to have an industry meeting to expand activity to develop industry standards such as supply and demand and for a product and quality guide.

Also we urgently need to make "adjustments" in terms of supply and demand. Currently China Capa exceeds demand. It is clear that the development of FPD is continuously invading CRT demand, so this contradiction must be solved quickly. Especially, we need to control the supply and demand in China considering that it is the center of CRT production and there needs to be more study of the situation specifically in China. If FPD development has occurred at this speed, I think that the remaining required CRT demand would decline and then have a period of stability.

VP Kim: We are attempting to cooperate closely with CDT. We have prevented a price decline of around the 12% level even though LCD has been attacking us this year. There has been cooperation within the CDT industry through an

- 4 -

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0091525E_Translation

an active adjustment of supply depending on changes in demand based on an exchange of information between the actual workers. Also we have held TOP MEETINGs 1 - 2 times a year.

General Mgr. (Xing): Sharing information between the companies in China is a very necessary activity. In particular, an improvement in our ability to forecast would be the quickest way to improve the issue. Inventory has increased due to erroneous market forecasts, and this has had an immediate effect on product price. Also the response to the bid at Changhong has had a negative influence on the market.

VP Kim: I think it's the bidding method that is wrong rather than the bid itself. The problem is that when the bid price gets disclosed to the other party in the course of the bidding process, the disclosed price then gets spread throughout the market which leads to a rapid price drop. If we have a meeting between the companies during the first half of the year, we should try to reduce the speed of the price drops.

For the second half of the year when we will be coming to the peak season, I would like to hear your opinion on how to stabilize the market, and how to operate during the off-season next year. In addition I would like to consider together how to respond to the LCD market invasion.

If I could make a suggestion, I think this kind of cooperation should be a comprehensive, collaborative solution rather than a single solution. For example, I think that at Irico, a reduction in the run-rate will have a direct impact on the GLASS factory or DY, and on other parts used by Irico, SDI also needs to consider the parts together.

Vice General Mgr. Kwak: First I would like to talk about the market in the first half of the year, the biggest reason for confusion over the first half this year is the reality of "oversupply." Given this reality, I think that the FPD attack, especially their marketing strategy has the effect of freezing CTV consumer sentiment, and continuing price drops in the short term implies to the consumer that they should wait a bit and the prices will be even cheaper, so TV sales have actually decreased since February.

- 5 -

Another thing is the bid by Changhong. In the former days, Changhong's target purchase price would go through several rounds of negotiations but now it is done within several hours. I still think that the main reason for the market turmoil is excess inventory and the current CPT CAPA in China that exceeds actual demand.

But there are several positive factors in the second half of the year. First, consumer sentiment seems to back to normal. Consumers feel that the FPD price drop won't reach the level of the consumer predictions and also CPT seems to have reached a limit price that cannot drop any further. Also, signs of the peak buying season are showing in the market.

However, CPT CAPA still exceeds demand by a lot in the China region, this issue must be continuously focused on.

General Manager (Xing): In order to have a wholesome development of the market, I think it is important to solve the following 3 issues.

First, there must be an improvement in forecasting ability. No one expected that it would be worse this year when the market was good last year and no one realized how much of an impact FPD would be.

Second, there needs to be a channel for negotiation between the distributor and CRT company. An advertisement showed a 42" PDP for RMB 6,999 in March of this year, but actually no product was available to be purchased at this price. There was also an ad for a 42" PDP at RMB 6000 in July of this year, but the product could not be bought. Furthermore, the stores took down the CRT TVs from their display section in January and February after the peak season and replaced them with FPD product at the front of the shops. I think the CRT companies need an efficient response system for this abnormal action by the distributors.

Third, we need to seek method to respond efficiently to the SET company. Before Changhong's bid decision, there is lot of opposition to it internally

- 6 -

Highly Confidential
Subject to Protective Order

SDCRT-0091526E_Translation

# Shanghai Young-Shin Meeting Report

■ Date : August 17(Wednesday), 2005  10:00 – 13:00
■ Attendees: Shanghai Young-Shin: General Manager (Sun Wei), Manager (Fan Wenyi), Myung Soo Cho (Interpreter)
SDi: VP Jae Shik Kim, Executive Director Hoo Mok Ha, Executive Director Se Won Lee, Manager Chang Hwan Lee, Manager Do Goh

■ Meeting minutes

(Exchanged greetings)

VP Kim: Analysis of the Sunjin Market has shown a lot of influence by LCD, the LCD market share in China is only 2% of the entire market so the actual invasion by LCD would appear to be very weak. But the 21C price has dropped by 38% this year, and 21F also has dropped by 25% so it does seem to be having an influence on the market. Therefore I would like to hear General Manager Sohn's opinion about this. And I would like to know what you think about cooperation in attacking LCE from within the same line of business.

General Manager Mr. Sohn: I've been president for only 2 weeks so I haven't had enough time to learn about everything yet, but I feel that all industries are facing difficult times. Especially, Shanghai Optoelectronics is currently experiencing more difficulty than what we expected. Both the objective and subjective factors are not good. We think that sharing and cooperation with other companies is very necessary. Even though it is difficult right now, I think there will be an improvement because of the gradual resumption of activity.

The first priority issue is oversupply. The failure to follow supply and demand has had terrible consequences. Second, the price has dropped rapidly. I think this has seriously hurt all businesses because the drop in material prices hasn't caught up to the speed of the CPT price drop.

- 8 -

at Irico but there was no proper alternative plan to not to participated in there.

Executive Director Mr. Ha: SDi is very strict about managing inventory so if there is a decrease in market demand, it is immediately reduced.

General Mgr. (Xing): I agree with you. The present run rate at Iricos is about 70%. Even though we have had a LINE at rest for 2 months to manage inventory, in reality there is no coalition (actual activity) to form for bond of sympathy because of this. I plan to visit the current CRT industry chairman of BMCC, (Fan), on the 20th and get his opinion on all of this.

The operation of a proper coalition would be a very helpful activity for the country's economy as well as for the activity of the Chinese CRT coalition seems to be poorer than the TV industry. The agenda that is determined in the meeting seems not to be properly enforced. There is no binding tool for meeting results.

VP Kim: Due to the absence of a coalition between the companies, the CRT industry is facing a very difficult situation. Stored inventory has reached 500 million units. In contrast, SET has been constantly decreasing inventory so the current inventory for distribution has shrunk to about 500 million units from 800 million units earlier in the year. Therefore the quality of the CRT industry's coalition could be improved.

I would like to ask for a consensus of opinion about this situation in the BMCC meeting, and also I'm asking Irico to take leadership in getting cooperation in the industry considering that Irico holds a significantly powerful position in China. I believe that this kind of cooperation frame can be expanded to not only CRT but also to PDP and other industries.

- 7 -

- End-

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0091527E_Translation

VP Kim: You understand very accurately. I think that we need to share market information and move as an industry coalition to improve the situation.

General Mgr. Sohn: We do need to have an industry coalition. I know we are seeking the opinion of each company about calling a meeting of General Industry managers at the end of August ~ early September.

But, the current coalition organization is very weak. I think that we have failed to efficiently integrate each company's interests. Especially, I believe it is very unclear whether actions agreed to have been implemented. There is a conflict between the interests of each company and interest of common industry. For Shanghai Young-Shin, they could feel inferior compared to other companies, but there is room for improvement.

Close communication is very important for the success of this activity, and a period of stability is desperately needed for survival, even short term.

CRT and LCD are currently competing against each other. Samsung does both of them, so it's easy for them to say replace one with the other but they need to have a reasonable division of work but that could be another assignment. Of course, the foundation must be based on a premise of competency.

VP Kim: Samsung group has 2 displays each, but the company situation is different. SDI is a CRT company; they are fiercely competing with LCD in the group. When we have not had LCD in the past, there is only competition within the industry, but with the emergence of LCD, we need to compete in good faith as well as cooperation in terms of companionship.

With LCD, we expect the monitor area will grow up to 65% this year from MS 50% last year. We think that this trend will continue but CDT has been cooperating very closely within the industry. LCD dropped 40 ~ 50% this year, but CDT only dropped 12 ~ 14 %.

- 9 -

By sharing quarterly market information, it is possible to respond efficiently to the LCD attack.

Also, the CRT TV market will not be able to prevent an LCD invasion, so expect CRT market demand to continuously decrease. Cooperation within the industry is critical and is a survival issue. If there is proper cooperation within the industry during the first half of the year, there should not be an inventory issue and we may prevent loss due to a price drop. Therefore cooperation is important even during the off-season next year.

It's the same with the bid by Changhong. The price rapidly dropped due to the open bid price; 21 C type dropped by > 15% during the one time bid and because of this, a huge aftereffect remains in the market. This kind of rapid price drop will lead to co-destruction of the entire industry. SDI participated at the beginning, but did not participate in the second bid. Currently, only 3 companies are participating in the bid but the price drop is continuing.

General Manager Sohn: Right now we are in the learning stage, so your thoughts may change. Shanghai Young-Shin has also observed this. I think that sharing of opinions is very important. If you were the president of Shanghai Young –Shin, how would you solve this situation?

VP Kim: I think that inventory control is important. A response based on the market conditions is very important. If the market pie gets reduced, the industry must reduce Capa. Sharing within the industry to form of consensus is very important and we need to have an organized coalition to just survive.

General Manager Sohn: When I hear your opinion, my actions might not have been wrong. The current run rate is not even 2 lines. But if we continue to not operate, it will be difficult for me to determine which way was correct by myself.

- 10 -

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0091528E_Translation

VP Kim : The purpose of a company is to make a profit. It needs to adjust the price. But, in order to realize a common goal, each of us will need to yield. In this context, I am asking that Shanghai Young-Shin take a leading role during the industry meeting. For details the responsible people will negotiate with the actual workers.

General Manager Sohn: The current Shanghai Young-Shin inventory level is ranked #2 in the industry. If we don't solve these issues reasonably, we may constantly have problems and not survive.

Executive Director Ha: China is oversupplied. Right now we need to adjust production to prevent an oversupply during the off-season. We have to prevent an additional price drop. To this end, we must each sacrifice and yield to each other. Samsung was supplying 150,000 units per monthly to Changhong before the bid, but because of they did not participate in the bid, they are experiencing a lot of difficulty. If Samsung and LPD had participated in this bid, prices would have dropped even more. Even though only 3 companies participated in it, the price continues to drop; 21C dropped by 30 won in a one-time bid.

General Manager Sohn: Shanghai Young-Shin never officially promised not to participate in the bid, but in reality the outcome of the bid was not good. I think we need to discuss this. I think Shanghai Young-Shin is heavily yielding to others in terms of run rate.

VP Kim: Please don't misunderstand me. I am not visiting here because I want to tell you my story. I would like to talk about how to cooperate in response to LCD's influence or how to increase the price or how to increase it because the demand in the second half of the year could increase, or how to respond to Changhong's bid. Also I would like to discuss how to support Shanghai Young-Shin's other parts companies based on a decreasing production.

- 11 -

General Manager Sohn: We are agonizing over the Changhong bid. In reality, it is related to a survival issue so we have to look for balance, but there are no other alternative plans. It is very difficult to make the decision to stop a line continuously for more than 3 months internally.

VP Kim: I know that Irico has been agonizing over same issue too. But they said, if Shanghai Young-Shin participates in the bid, Irico can't avoid it. It looks like Irico may have a sense of rivalry against them. We need to find a reasonable approach to this. I hope that General Manager Sohn will take leadership and help in this area during the industry meetings. What is your forecast like for the second half of the year?

General Manager Sohn: I still not feel it in my heart. CRT should be relatively strong for TV, I feel that it wouldn't be as good the way it is,

VP Kim: Do you think the "Year of the Widow" could be one of reasons causing reduced demand in the first half of the year?

General Manager Sohn: I think the biggest reason is the real estate policy changes by the Chinese government and changes in the consumer sentiment of the middle class rather than that. Indoor living space is designed unfavorably for CRT TV since living space is getting smaller and room structures have changed. The problem is the distributor's domineering way. There is a discrepancy in the way negotiations create a disadvantage for the manufacturer, or the manufactures cannot decide their own fate. I think we should be able to gradually improve through industry cooperation.

VP Kim: We must take a deep look at LCD. The entire LCD demand last year was only 17M which is only 10% of the CRT demand of 170M, and China is 1.2M which is only a bit over 2% of the entire China demand. So it looks like we are too scared about this. In terms of the distributor, analysis of FPD sales says we might produce more to sell and also produce profit, but size of CRT is much bigger in terms of total profit.

-12-

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0091529E_Translation

The difference in price between LCD TV and CRT TV is at least a bit more than 2 times, with an average of 3 to 4 times more. I think the problem is that we are reacting with too much sensitivity to the LCD price. We have reversed our thinking that we need to consider how to set up CRT prices and at what level.

Personally, I am suspicious that even if CRT prices drop, how much will the demand actually increase, but an effort to control supply needs to come first to reduce the difference of the price drop.

General Manager Sohn: I agree with your opinion, but if we do control it but there isn't any profit, I don't know if there is an alternative plan. I think that even though we are maintaining a reasonable price by reducing production, we may not be able to avoid a loss of operation based on the production reductions.

VP Kim: I think that we have to proceed with VE activity by downsizing. And I am asking Changhong to consider it as well as Irico. We are going to convince LPD or Thompson. I think that Irico and Young-Shin's role in this case is very important.

General Manager Sohn: I will review it in terms of minimizing the loss, and will consider what I can best do about it. And cooperation with SDI is more necessary in practical terms such as with patents.

VP Kim: I would suggest that there needs to be continuing cooperation with periodic meetings.

– End –

- 13 -

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0091530E_Translation



STATE of NEW YORK      )
                       )      ss:
COUNTY of NEW YORK     )

### *CERTIFICATE OF ACCURACY*

This is to certify that the attached document, *"SDCRT-0091524 – SDCRT-0091530"*, originally written in *Korean,* is to the best of our knowledge and belief, a true, accurate and complete translation into *Chinese.*

Dated: February 22, 2019

Seth Wargo
Consortra Translations

Sworn to and signed before ME this
22ᵈ day of February,
2019.

Notary Public

Your
legal
translation
partner

SDCRT-0091524C_Translation

## 竞争对手中国访问报告

□ 会议日期：2005年8月16日～8月17日

□ 访问的竞争对手：彩虹，Shanghai Young –Shin

□ 商务旅行参与者：

总部：Jae Shik Kim 副总裁，Chang Hwan Lee 经理

中国本部：执行董事 Hoo Mok Ha，公司主管 Se Won Lee，Woon Sa 经理（彩虹），Do Goh 经理（Shanghai Young-Shin）

2005年8月18日

## 概要

■ 市场预测

□ 上半年业绩下滑的主要原因
- 供过于求和库存积压
- 受平板显示器(FPD)带来的打击：由于短期内价格急速下滑，消费者相信如果再等待更长时间，价格会进一步下滑，因此消费者会实际上延迟了上半年的购买决定
- 长虹的提价：由于其报价在市场内公开，造成了价格暴降
- 区域需求超过产能：这也是上半年以及中国CPT行业的结构性问题

□ 下半年预测
- 消费者情绪恢复正常：FPD的价格下滑正在恢复正常，因此消费者情绪应有望稳定。
- CPT的价格不会进一步下滑：现已确定，整个行业已经达成边际成本，因此预计价格将难以进一步下滑。
- 市场将恢复周期性旺季

■ 评估长虹的采购政策
- 他们固库存，生产线运营等内部问题参与了竞标，但内部评估确定其利润已受到不利影响
→ 如果从行业的角度达成协议，可能可以达成共识，但预计各公司的利益不会轻易作出调整

■ 有关行业合作的观点
- 理想的做法是组成一个对抗行业有约束力的联盟

- 2 -

05001163

Highly Confidential
Subject to Protective Order
(N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0091525C_Translation

# 彩虹会议报告

■ 日期: 2005 年 8 月 16 日 13:00 – 15:40

■ 出席者: 总经理: Xing (Zhang Daoqin)、副总经理 (Guo Mengguan)。副总经理 (Chen Xiaoning)、总经理秘书 Hoo Mok Ha。执行董事 Hoo Mok Ha。经理 Chang Hwan Lee。经理 Woon Sa
SDI: 副总裁 Jae Shik Kim.

■ 会议记录
（互相问候）

总经理 (Xing): 我在 1997 年和 1998 年有机会作为技术交换项目的一部分，分别参观了深圳工厂和韩国总部，从而学习到很多工厂管理和媒体运营方面的知识。SDI 公司的企业文化和员工活动给我留下了深刻的印象。

副总裁 Kim: 这是我第一次访问彩虹。我希望两家相似的公司能够互相建立更紧密的联系。目前液晶显示器(LCD)的地位更加难以撼动，我以为我们急需重建立合作伙伴的关系。未有效应对来自 LCD 的挑战，让同一个行业内的公司展开诚信竞争。

就 LCD 而言，显示屏产额去年已达 50%，但今年应该会通过 MS 达致 65%。我们从去年上半年起专注于电视领域。这个领域，现在问题在于分该领域正在于 CPT 正在迅速侵占市场。这个问题会发达国家为主电视市场，而我们的预计增速 28%，美国市场中 LCD 电视的相比去年而言，对 CRT 电视的需求将削减 20,000,000 台以上，而对 LCD 不断进行价格下调的战略将对 CRT 的电视需求造成不利的影响。

由于 FPD 和汇率的影响，发达国家的 CRT 电视市场正在逐渐下降，但我想听一下总经理(Xing)的意见，关于

- 3 -

中国市场在上半年崩溃的原因。

总经理: (Xing): 正如您所述，中国市场也受到了 FPD 的影响。FPD 产品的价格不断下调尤其对 CRT 电视的消费者情绪造成了负面影响。

我们或许可以把中国 CRT 行业近年的历史分为两个阶段。第 1 阶段是从 1999 年到 2001 年，当时 CRT 行业主导整个市场，而这个阶段正是需要合作的时候。第 2 阶段是从 2001 年至今，CRT 行业遭遇失去主了驱动力，而这个阶段正是需求（中国市场）将降低，而价格也将越发下降。我们回顾上半年的业绩表现会发现全现 FPD 的价格已然超过了 CRT 的价格。

不论何时，在竞争激烈的时候，都非常需要产业内相似的企业之间和产品之间建立合作。今年，我想几次试图举行产业会议，但最终没能做到。我认为，我们应要努力推动举行一次行业会议来调整要供求，并制定相关的质量标准。

我们也需在很快地上作出"调整"。目前中国的产能超过需求。显然，FPD 的发展正在不断侵占 CRT 的需求，所以这个需求必须马上解决。鉴于这里是 CRT 的生产中心，我们应是立需要控制中国的供求状况。中国也比其需要是目前的形势。如果 FPD 按照这个速度发展，我认为我们余所需的 CRT 需求将下准，并在一段时间内保持稳定。

副总裁 Kim: 我们正在尝试在 CDT 上紧密合作，显然今年我们一直受到 LCD 造成的打击，但我们已经把它逐行下降的幅度相对控制到 12% 左右，但我们正需要实际工作，这样流程将会落实需求变动和级别调整供货状况，以在 CDT 可以内展开合作。另外，我们上一年会举一下一到两次高层会议。

- 4 -

Highly Confidential
Subject to Protective Order
(N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

05001164

SDCRT-0091526C_Translation

**总经理 (Xing)：** 中国的公司之同享有信息尤为必要。尤其是，提高我们的预测能力将是改善问题的最快途径。由于错误的市场预测，库存增加，直接影响到产品的价格。此外，长虹的回库存积压也是影响到市场造成了负面影响。

**副总裁 Kim：** 我认为错的是投标方式，而不是投标本身。问题在于，在投标的过程中，当我感受到另一方时，我公开的价格在此市场内扩散。当竞争优势使价格迅速下降，如果明年上半年我们与各公司召开了会议，我们应该试图减缓价格下降的速度。

下半年我们将迎来旺季。我想听听你们（你对于如何稳定市场，如何在明年年淡季运营的意见。另外，我也想和大家共同思考我们应如何应对 LCD 市场的现状。

如果我要让发现提出建议，我认为这种合作将应该这全面的合作方案。例如，我认为这个单一的解决方案，或者说 D" 以及彩虹所用的其他部分也造成直接影响，SDI 也需要用同考虑这些部分。

**副总经理：** 首先，我想谈谈上半年的市场，造成上半年市场混乱最大的原因是"供过于求"的价格买卖实际情况。鉴于这个实际情况，我认为 PDP 需求的打击，尤其是在营销策略方面，抑制了 CTV 的消费者需求。且短期内价格不断下调影响了消费者应该等待一会，价格会更低，所以电视营销量实际上是从二月份起下降。

另一个原因在于长虹的抛价。过去，长虹的目标买价会经过几轮的抬价，但这是在几个小时内就产生下来了，我依然认为市场混乱是要原因是库存积压和中国的 CPT 产能超过实际需求量导致。

但下半年有一些正面因素。首先，消费者将将似乎恢复正常了。消费者感觉到 FPD 价格下调将不会达到他们的预期水平，而且 CPT 似乎已经达到了最低价，价格无法再下降了，另外，市场正显现期买旺季的迹象。

然而，中国地区的 CPT 产能依然大大超过需求，我们应该继续关注这个问题。

**总经理 (Xing)：** 为了促进市场良性发展，我认为我们应解决以下三个问题至关重要。

首先，预测能力必须提高。当去年市场形势良好时，没有人预测到今年会变糟，也没有人意识到 FPD 价格会下降多少影响。

第二，经销商和 CRT 公司之间需要协商的集议。今年三月份时，有广告显示"42 寸 PDP 售价人民币 6,999 元"，但实际上用这个价格买不到到产品。今年七月份时，也有广告显示"42 寸 PDP 售价人民币 6000 元"，但同样买不到这个产品。另外，有些商铺往往到了四季度末才把二月份和二月份时把 FPD 产品替代。另外，有些商铺往往在去除，在店铺前摆放 FPD 产品替代。我认为 CRT 的需求量将十分有限，很难行为建立有效的应对制度。

第三，我们需要寻求有效应对 SET 公司的方法。在长虹作出投标决议之前，彩虹内部的许多人反对，但并没有有合理的替代方案能让他们无动于衷与投标。

Highly Confidential
Subject to Protective Order
(N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

050C1165

SDCRT-00915527_Translation

## Shanghai Young-Shin 会议报告

■ 日期: 2005 年 8 月 17 日（星期三）10:00 – 13:00
■ 出席者: Shanghai Young-Shin: 总经理 (Sun Wei)、经理 (Fan Wenyi)、经理 (Fan Wenyi)、Myung Soo Cho（译员）
SDI: 副总裁 Jae Shik Kim、执行董事 Hoo Mok Ha、执行董事 Se Won Lee、经理 Chang Hwan Lee、经理 Do Goh

■ 会议记录

（互相问候）

副总裁 Kim: 针对发达国家的市场分析显示，LCD 带来了巨大影响。因此中国 LCD 仅占整个市场 2% 的市场份额，所以真正侵蚀的份额似乎很小。然而，今年占 21C 的价格下降了 38%。因此，我想听听 Sun 总经理关于这点的看法。我也想了解您对于在相同业务范围内展示合作对北 LCD 的打击有什么想法。

总经理 Sun 先生: 我就任总裁有两个星期，还没有时间了解一切，但我觉得所有的行业都面临着难题的处境。尤其是，上海光电(Shanghai Optoelectronics)现正经历比我们预见的更艰难的境地。
主流因素和客观因素都不太好。我们认为，很有必要和当地的公司进行共享和合作，即使现在处境艰难。但我认为业务活动速度恢复变将会处理所有的改善。

首要问题是供应过剩。没有遵循供求号数了糟糕的后果。第二，价格迅速下滑，我认为这严重损害了所有业务，因为物料对价格下滑的速度赶不上 CRT 价格下滑的速度。

- End -

- 8 -

---

执行董事 Ha 先生: SDI 一向严格管理库存，如果市场需求降低，则会立即削减存货。

总经理 (Xing)l: 我同意您的说法。彩虹目前处于运行率在 70% 左右，即便我们拥有两个月空置的生产线来管理库存，但实际际上由于这个原因我们仍没有额外的缓解力。我计划在 20 号去北京访问 CRT 行业现任主席兼执行长 (Fan)，了解他对于以上事项的想法与意见。

进行这当的联想将有助于国家经济和公司，但中国的 CRT 联盟活动似乎比电视行业更少。在会议上决定的这似乎没有得到妥善实施，也没有采取一个有约束力的措施来执行会议的结果。

副总裁 Kim: 由于子公司同效有建立联盟，CRT 行业正面临十分艰难的处境。积压的库存高达 5 亿件，反之，SET 一直都减少库存，所以目前用于积压的库存量已由年初的 8 亿件缩减至 5 亿件。因此，CRT 行业理想的能力对需要提升。

我想在 BMCC 会议上就这个情况达成共识。另外，鉴于彩虹在中国占据强有力的地位，我也想请求彩虹引领行业合作。我推信，这种合作框架不但适用于 CRT 行业，也能扩展至 PDP 和其他行业。

- 7 -

Highly Confidential
Subject to Protective Order
(N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

05001166

SDCRT-009152BC_Translation

**副总裁 Kim：** 您理解的非常准确。我认为我们需要共享市场信息，并建立行业联盟采取行动改善现状。

**孙总经理：** 我们确实需要一个行业联盟。据我所知，目前我们正在向各家公司征求于八月底至九月初召开行业经理大会的意见。

但是，现有的联盟组织非常薄弱。我认为，我们没能有效整合各家公司的利益。尤其是，在我看来，在利益是否同意之间行动还很不明确。各家公司于利益和共同的行业利益之间存在冲突。对于 Shanghai Young-Shin 而言，会觉得比其他公司更加珍贵。但仍有改善的空间。

密切的沟通对于达成活动的成功至关重要。而且也需要一段时期的稳定，即便是短期前提条件下。

CRT 和 LCD 现实互相竞争。三星同时拥有这两种业务，所以很轻易巩固其中一个产品取另一个。但是需要合理地分工。这就是另外的任务了。当然，这必须基于其业务实力足够胜任的前提条件下。

**副总裁 Kim：** 三星集团拥有两种显示器，但是两种业务属于不同的分公司。SDI 是一家 CRT 公司，他们正在集团内与 LCD 激烈竞争。当我们仍主攻有 LCD 的时候，行业内只存在竞争，但随着 LCD 的出现，我们不欢迎需求减弱竞争，也需要伙伴关系意义上的合作。

在 LCD 方面，我们预计这个显示器领域将从去年的 50% 增至今年的 65%。我认为这会从相较将持续下去，但 CRT 行业内一直在签署合作。LCD 今年下滑了 40% 至 50%。而 CDT 仅下滑了 12% 至 14%。

通过每季度共享市场信息，我认为我们能有效应对 LCD 带来的冲击。

另外，CRT 电视市场将无法阻止 LCD 侵占市场，因此预计 CRT 市场需求将继续下降，行业合作至关重要。这是个头等生死攸关的问题。如果上半年由人陈声运当的合作，敝不会引发难存问题。我们也可以期望价格下滑造成的损失。因此，即使是对于明年前的绩效，合作仍十分重要。

这样子长起时的投标将同样重要。由于今公开的投标报价，价格迅速下滑。在一次性竞标中，21C 类价格下降超过 15%，因此，市场现仍承受由此带来的巨大后果。SDI 一开始参与了投标。这些件构成高速将降整个行业连造成共同的损害。但即使有第二次投标也不会有 3 家公司正参与投标。但价格依然在持续下滑。

**总经理 Sun：** 当前我们还在学习阶段，想法可能会改变，Shanghai Young-Shin 也发现了这一点。我认为为其业意义上分重要。如果您坚持是 Shanghai Young-Shin 的总裁，您会怎么解决这个情况？

**副总裁 Kim：** 我认为库存管控很重要，根据市场状况作出应对大为重要。行业也必须减少产能。因此此状坚持以成本状况重要。我们首要一个结构有待的联盟来分析本下来。

**总经理 Sun：** 我听了您的意见。我认为采取措施商谈这段，运行率甚至无足两条生产线。但是如果我们继续持产，我将难以决定何时才是失败的时机。

Highly Confidential
Subject to Protective Order
(N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

05001167

SDCRT-0091529C_Translation

副总裁 Kim：公司的目标是盈利，价格需要作出调整，但为了实现共同的目标，我们都需要有所让步。关于这一点，我最清楚 Shanghai Young-Shin 在行业会议中担任主席角色，有关详情，我们会请到国际的相关者参加以协商。

总经理 Sun：Shanghai Young-Shin 目前的库存水平排在行业第二。如果出现供应过剩，我们仍然必须阻止价格继续下滑。为此，我们必须就此有所能性和让步。投标前，三星每个月向长虹供应 150,000 件，但由于他们没有参与这次投标，现正面对多重困难。如果三星和 LPD 参与了这次投标，价格会下滑得相当严重。即便只有三家公司参与，价格仍然会持续下滑。在上一次也变标中，21C 价格下降了 30 转元。

总经理 Sun：Shanghai Young-Shin 从未正式承诺过不参与投标，但你应上投标的结果并不好。我认为我们需要讨论这个问题。在我看来，Shanghai Young-Shin 在运行率上为其他公司作出了很大让步。

副总裁 Kim：请不要误解我的意思。我不是为了讨我的往事才来到这里。我是想谈谈如何合作来应对 LCD 带来的影响。如何维持价格、如何提升价格，因为下半年的需求完全有所增加，或如何应对长虹的挫感。另外，我也想谈谈该如何在削减产量的基础上支持 Shanghai Young-Shin 的其他配件公司。

总经理 Sun：我们对于长虹的报价非常敏感。实际上，这是一个关乎生存于亡的问题，所以我们必须权衡利弊，作出好的应对方案，作出内部持续增产这个月以上的决定非常困难。

副总裁 Kim：我知道彩虹也为同样的问题苦恼。但你们说，如果 Shanghai Young-Shin 要参与投标，我们需要解决这个问题。彩虹面对他们似乎有一种竞争意识，我们需要找到合理的方式解决。我希望孙总务必在行业会议上担任领导角色，在这个方面提供帮助。您对于下半年的预测如何呢？

总经理 Sun：我还没有想法。CRT 对于电视应该相对强劲，但我觉得不会像以前一样重要了。

副总裁 Kim：您觉得"寒冬年"是上半年导致需求减少的因之一吗？

总经理 Sun：我认为最大的限因是中国政府颁布的房地产权投资变动及市产阶级的消费情绪变化，而不是这个。随着居住空间变得越来越小，室内结构发生改变，适合 CRT 电视的客厅空间的设计便不适合 CRT 电视了。问题还在于经销商业务方式，厂方式的差异不利于制造商，侧运商无法决定自己的命运。我认为我们应该能够通过行业合作逐渐改善这个问题。

副总裁 Kim：我们必须对 LCD 进行深入审视。去年整个 LCD 进行深入审视为 1700 万，只占 1.7 亿 CRT 需求的 10%，中国达到 120 万，仅占整个中国需求的 2%多一点。因此，我们似乎采用过此于恐慌了。在结构情的方面，FPD 的销售分析显示，我们可以产生更多产品出售，且可以产生利润，但 CRT 的总会利润上的全额多得多。

Highly Confidential
Subject to Protective Order
(N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

050C1168

SDCRT-0091530C_Translation

LCD 电视和 CRT 电视的价格差距至少在两倍、平均在 3 至 4 倍以上。我觉得问题是我们对于 LCD 的价格反应过于敏感了。我们进行了反向思考，需要如何制定 CRT 价格以及价格应定在什么水平。

在我个人看来，我很怀疑即使 CRT 价格下降，实际上需求将增长多少，但更重要的是我们还需要努力控制快应量以减少价格下滑的差距。

**总经理 Sun:** 我同意您的意见，但如果我们控制了供应量却没有任何利润，我不知道是不是还有其他的方案。我认为，即使我们加通过减少产量把价格维持在合理水平，我们尝试也不能根据产量缩减避免经营损失。

**副总裁 Kim:** 我认为我们必须通过缩减规模采取 VE 措施。我现正请求长虹和彩虹考虑这样做。我们也将说服 LPD 或 Thompson。在我看来，彩虹和 Young-Shin 在这次事件中的作用非常关键。

**总经理 Sun:** 我们在缩减大家损失方面再次下功夫，并思考为此能尽力做些什么。另外，也很有必要和 SDI 在专利等方面展开切实的合作。

**副总裁 Kim:** 我建议我们需要继续合作并定期举行会议。

– 终 –

- 13 -

Highly Confidential
Subject to Protective Order
(N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

05001169

SDCRT-0091524



Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

05001163

# 미팅보고서

■일시: 2005. 8. 18(목) 13:00 ~ 15:40
■장소: 서울 르네상스호텔, 삼보컴퓨터홍보실, 롯데백화점서비스센타
SDI: 국내마케팅사업부, 마케팅사업팀, 사업전략부

## ■ 회의내용

(참석인사)

參加경로: SFT의 기술교류의 일환으로 선진국과의 98년부터 연구사업을 진행하고 있었으며, 현재 LCD에 의해서도 적용되고 있었기에 이를 통해서 발표를 하게된 것으로 인식하여있었습니다.

감사사항: 저의 제품을 반송하였는데, 두달간의 교류간의 중 더 긴밀히 네트워크의용 촉진하였다. 현재 LCD에 의해서 넓은 가치가 있는 상황입니다. 부진국과의 선진의 경쟁에서 현재 LCD의 도전에 효과적으로 대응하기 위해서 협력의 절실함이 있는 것이라고 생각하였습니다.

LCD에 경우 모니터 영역에서 치밀도는 500㎟를 초과는 650㎟의 MS가 될 것으로 전망이 되고 있습니다. 상대 판매기부터는 TV 영역에 집중하고 있으며 이러한 영향은 사업방법은 대표적인 유력제조 CRT의 영역을 지키기고 있는상황입니다. 자사 선진국의 경우 이러한 형식은 배수 선정될 것으로되며, 자사 대형 LCD 비중이 23%, 부분치상은 28%여기 보일 것으로 예상하고 있습니다. 현재 CRT TV의 수요가 감소(세미벤트) 2의 영향 이저 감소될 것으로 전망하고 있는 기술에 LCD의 앞에 비해 이러한 가격인하 전략은 CRT TV가 손쉬 않은 상황을 비추어있으로 보입니다.

선진국가상은 FPD의 영향, 환율의 영향으로 CRT TV의 영역이 현재 출어든다고 하지만, 중국시장에서는 부순 이토로 상

※ 중국 CRT산업의 최근의 역사는 크게 2단계로 구분하여 볼 수 있습니다. 첫번째 단계가 1999 ~ 2001년의 기간으로 이때는 CRT 일부가 시장을 성장하여 있었던 기간이며, 한번째 단계는 2001 ~ 현재까지로 CRT재의 과도한 수급이 발생하여 필요가 된다고 생각할 수 있습니다.

다음으로 5년간 (중국시장의) CRT의 수요가 감소하였으며, 가격 경쟁력이 네보할 것으로 예측하였을되고 있습니다. 가격의 하락으로 인해된 FPD는 이미 공격적이게는 CRT를 초과하고 시작하였습니다.

장래의 지역별 쉽수록 동일하지만, 세종간의 철군 필요성은 더욱 커지고 있습니다. 올해 발표의 영향확산을 가속화하고 있으나 상대적가 부적의라 됩니다. 일제화의를 통해 제품의 수요확이 날다. 중국카드도는 엄청 표준을 만들어 나가는 방향으로 확대되어야 할 것이라고 생각합니다.

수급면에서도, M社의 경우는 성장을 향상하고 있는 추세로는 Cano²가 수요로 조성되고 있습니다. FPD에 발전은 CRT의 수요로 한하고 있었으며, 서로인 모습을 정리하게 되어야할이나다. 특히, CRT산업의 경쟁이 과세가 있는 것은 강한 하어 표준화의 수요조정을 필요하며, 중국의 특수사를 감안하여 의수하며 있을 것이라고 생각하니다. FPD의 발생이 이러한 속도로 이전보다 CRT는 있수할 수 있을 만한 세계 기후의 인식라짐 맞이할 수 있는 것 아닌가 하는 생각도 해봅니다.

감사사항: CRT의 경우 생산조 간접하면 시작하였다고 있습니다. 올해 LCD는 이제에서도 가격인하를 약 120%전도 수준에서 박있습니다. CRT만하면 박배는 4분기간의 기교규과의 수요의 변화 상

반기 시장이 분석되었던지 최후후과이라 이것을 토고있습니다.

服務경로: 부서상의 중국시장 액시 FPD의 영향을 많이 받았습니다. 특히, FPD제품의 저수율의 가격인하로 하는 CRT TV의 소비자의 추가 않은 영향을 미치였니다.

※ 중국 CRT산업의 최근의 역사는 크게 2단계로 구분하여 볼 수 있습니다. 첫번째 단계가 1999 ~ 2001년의 기간으로 이때는 CRT 일부가 시장을 성장하여 있었던 기간이며, 한번째 단계는 2001 ~ 현재까지로 CRT재의 과도한 수급이 발생하여 필요가 된다고 생각할 수 있습니다.

다음으로 5년간 (중국시장의) CRT의 수요가 감소하였으며, 가격 경쟁력이 네보할 것으로 예측하였을되고 있습니다. 가격의 하락으로 인해된 FPD는 이미 공격적이게는 CRT를 초과하고 시작하였습니다.

- 2 -

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

05001164

SDCRT-0091525

SDCRT-0091526

- 5 -

- 6 -

050C1165

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

## 진술요지 미팅보고서

■일시: 2005. 8. 17(수) 10:00 ~ 13:00
■장소: 靑島李家村, 島双建造社, 島双家具制
SBI : 상무이사, 제조부본부장, 영업부본부장, 마케팅부장, 고조부장

### 회의참석

〈상호인사〉

참가사항: 신수사장은 LCD에 영향을 많이 받는 것으로 분석되는데, 주요는 LCD비중이 현재사장중 20% 조금 넘는 상황으로 LCD에 승객대란 相당기 시장가 자고요. 나머지는 있습니다. 그런데 21C 가격을 보면 38%였는데가 있습니다, 21C로 28%에도 인하되었지만 시장에 영향을 주고 있다가 합니다. 이러한 부분에 대한 순수절감의 의존을 들고 싶습니다. 그리고 이러한 LCD의 강세에 대해서 중앙서로시의 협조에 대해서 이렇게 생각하신다는지 알고 싶습니다.

답변사항: 시장보기 2개부에 잘 감응기 때문에 충분한 파악을 하기 전에는지, 제대한가 보기지요 않은 상황이 계대었다니고 느끼고 있습니다. 다구나 현재 정세환경에 가도 면호관 상황을 활발한 정도입니다. 경제상의 요인과 주변적인 소인 모두가 충

미래사회의 정보는 교류는 매우 필요하다고 생각합니다, 지금은, 이형왔으니, 그러한 협조의례를 통해 하자 조정할 수 있을 것이라고 생각합니다.

게임 큰 흐름은 공급과잉입니다. 수급조정의 실패는 매우 상  
명로 결과를 내포합니다. 우리회는 기존의 절두에 인력배치 다, 특히 개별구의 약화가 CRT기반의 인력를 바탕가지 충원  
정도의 속도로 인하보강에 모든 인기가 심한 상태를 입니다.

- 8 -

<br/>

로, 힘은 빵에 외려서 있었습니다며, 弱체를 하지 않기라는 빵생 데인이 있었습니다.

답사장: SDI는 시장서 수요가 감소방에 공세로 잔상하는는 겨로울 빠수 염려해서 관리하고는 있습니다.

那수경과: 弱상무님의 의견에 동의합니다. 힘제 弱체의 가동율은 약 70%정도로입니다. 제조에도 함에 20%함에 쉬고있는 LINE도 있습니다며, 이러한 활용율에 대한 증가대를 형성할 수 있는 (쉽거로성재)방법까가 있다는로 또한 병설합니다, 20일 季경에 가시 힘 CRT업계 최경인 BMCC의 巴승경비률 만나 이부분에 대한 의견을 나눈 예정입니다.

예대로보: 힘상공사계 의견은 기업내에나나 국가경제레셀로 예측 수직의 활용인데, 中국CRT업계의 활동이 TV약보가 나쁘수는 것 있습니다. 화의에 경경된 시부에 대한 힘짝이 세부도 이루어가가 않으로 상습니다, 화의 결과에 대한 구속력에도 없습니다.

참가사장: 힘래간 협의에서 부서로 방이어가 CRT함에는 매우 이해로 상황에 집약합니다. 게모도 500만대까가 이러한는 상황이 데이비였습니다. 반면로 SBT업계는 제로운 구성에 연체하고, 우부로코 야시 내로 800대로주서라 힘계 약 500만대 수준으로 충원되어가, 이러한 체이배서라도 CRT업계 협의에 힘활욘에 잘을 높여가야 한다고 생각합니다.

부서드리고 싶습로근 BMCC비부서 이러한 상황에 대한 공감 대 형성을 바라고, 中국내 弱체의 활자가 조금 상황이 좋기 안 데이비될 때 弱체시 외약함을 반매해주었으면 합니다, 이러한 협조를 위한 弱체시 의약전을 반매해주었으면 합니다. 하설로 수 있을 것이라고 생각합니다.

- 7 -

Highly Confidential  
Subject to Protective Order  
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC  
In re Cathode Ray Tube (CRT) Antitrust Litigation

05001166

SDCRT-0091527

SDCRT-0091528

검사사장: ...

통역인: ...

검사사장: ...

통역인: ...

피고측: ...

- 10 -

- 9 -

05001167

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0091529

- 11 -

- 12 -

05001168

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

TV의 규모가 클인 입니다.

가격면에서도 LCD TV와 CRT TV의 가격차는 차로는 2배만
첫번 정도 �M지만 핵교차로스로 3~4배정도 입니다. LCD의 가
격에 인화에게 채용하는 것은 문제가 있다고 생각합니다. 오
히려 생산을 분부에 CRT의 가격을 아직 수준으로 실현할 것
인건에 대해 고민을 해야 할 것으로 생각합니다.

CRT 가격이 비대비고 실화 수요가 는 것이라는 개인의로으로
생로입니다만. 공급측만의 조절을 통해 가격인에 특을 줄수에
하는 노력이 먼저 있어야 할 것으로 봅니다.

廉奉委員: 감사사장님의 의견에 동의합니다만, 조성을 에도 이외에 미저
앉는데, 다은 백인이 있을 수 있는자 로조겠습니다. 입신출
롱채 딥리한인 수준의 가격을 수거래도 판차에 따른 순채은
성을 파행 수 없다고 봅니다.

감부사장: 다은사이정자 함께 VR형등을 동사에 진화해에서 한다고 생
각합니다. 그리고 공용주문은 째충거 함에 고임을 함원 부쳐
드립니다. LPD내 투션은 우리가 설마을 게속하여 나가도록
하겠습니다. 이부분에서 책충과 성진의 맹등이 매우 중요하다
고 생각하고 있습니다.

廉奉委員: 손쇄료소화의 각도에서 검토해봤으며, 가능한한 수많은 티
고데뷰로에 하겠습니다. 그리고 SD내에 협조도 특처부분
들이 실제로 실무에서 부분에서 이 필요하다고 봅니다.

감부사장: 정기적인 만남을 통해 지속적인 협력을 해나가도록 해연트립
니다.

- 이 상 -

- 13 -

05001169

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0091530