1  MARIO N. ALIOTO, ESQ. (56433)
   LAUREN C. CAPURRO, ESQ. (241151)
2  TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
   2001 Union Street, Suite 482
3  San Francisco, CA 94123
   Telephone: (415) 563-7200
4  Facsimile:  (415) 346-0679
   E-mail:     malioto@tatp.com
5              laurenrussell@tatp.com

6  *Lead Counsel for the Indirect-Purchaser Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL NO. 1917 |
| | Case No. 07-cv-5944-JST |
| This Document Relates to: | **DECLARATION OF GERARD A. DEVER IN SUPPORT OF INDIRECT PURCHASER PLAINTIFFS' RESPONSE TO IRICO DEFENDANTS' MOTION *IN LIMINE* NO. 4** |
| Indirect Purchaser Class Action | |
| | Hearing Date: December 15, 2023 |
| | Time: 2:00 p.m. |
| | Courtroom: 6, 2nd Floor |
| | The Honorable Jon S. Tigar |

I, Gerard A. Dever, hereby declare and state as follows:

1. I am a member of the law firm Fine, Kaplan and Black, R.P.C., counsel for the Indirect Purchaser Plaintiffs ("Plaintiffs") in the above-captioned action currently pending in the U.S. District Court for the Northern District of California. I am a member in good standing of the bar of the Commonwealth of Pennsylvania and I am admitted *pro hac vice* to practice before this Court. I submit this Declaration in support of Plaintiffs' Response to Irico Defendants' Motion *in Limine* No. 4: to preclude the parties from conflating CNEIECC with any Irico entity.

2. Attached hereto as Exhibit 1 is a true and correct copy of a document produced in this litigation bearing Bates stamp IRI-CRT-00002041–2105 and its English translation. It was marked as deposition exhibit 8401.

3. Attached hereto as Exhibit 2 is a true and correct copy of a document produced in this litigation bearing Bates stamp IRI-CRT-00000956–1010 and its English translation. It was marked as deposition exhibit 8394.

4. Attached hereto as Exhibit 3 is a true and correct copy of Irico Defendants' Supplemental Objections and Responses to Indirect Purchaser Plaintiffs' Second Set of Interrogatories, No. 4, dated November 2, 2018.

5. Attached hereto as Exhibit 4 is a true and correct copy of a translation of a document produced in this litigation bearing Bates stamp IRI-CRT-00003498-99E. It was marked as deposition exhibit 8393.

6. Attached hereto as Exhibit 5 is a true and correct copy of a file produced in this litigation bearing Bates stamps IRI-CRT-00003546 and its English translation. It was marked as deposition exhibit 8413.

7. Attached hereto as Exhibit 6 is a true and correct copy of a document produced in this litigation bearing Bates stamp IRI-CRT-00003578-79E and its English translation. It was marked as deposition exhibit 8408.

8. Attached hereto as Exhibit 7 is a true and correct copy of a file produced in this litigation bearing Bates stamp IRI-CRT-00003576-77E and its English translation. It was marked as deposition exhibit 8407.

9. Attached hereto as Exhibit 8 is a true and correct copy of a document produced in this litigation bearing Bates stamp IRI-CRT-00003574 and its English translation.

10. Attached hereto as Exhibit 9 is a true and correct copy of IRICO Group Electronics' 2010 Annual Report.

11. Attached hereto as Exhibit 10 is a true and correct copy of a translation of a document produced in this litigation bearing Bates stamp IRI-CRT-00001154E.

12. Attached hereto as Exhibit 11 is a true and correct copy of a translation of a document produced in this litigation bearing Bates stamp and IRI-CRT-00001155E.

13. Attached hereto as Exhibit 12 is a true and correct copy of a document produced in this litigation bearing Bates stamp CHU00030303-04. It was marked as deposition exhibit 8584.

14. Attached hereto as Exhibit 13 is a true and correct copy of excerpts of the transcript of the deposition of Wang Zhaojie on September 21, 2022.

15. Attached hereto as Exhibit 14 is a true and correct copy of a translation of a document produced in this litigation bearing Bates stamp IRI-CRT-00023923-24E and its English translation. It was marked as deposition exhibit 8586.

16. Attached hereto as Exhibit 15 is a true and correct copy of a document produced in this litigation bearing Bates stamp CHU00016169-70. It was marked as deposition exhibit 8587.

17. Attached hereto as Exhibit 16 is a true and correct copy of a document produced in this litigation bearing Bates stamp IRI-CRT-00033206-09. It was marked as deposition exhibit 8589.

18. Attached hereto as Exhibit 17 is a true and correct copy of a *People's Daily* article dated November 20, 2000, and its English translation. It was marked as deposition exhibit 8396.

19. Attached hereto as Exhibit 18 is a true and correct copy of a document produced in this litigation bearing Bates stamp BMCC-CRT-000306758. It was marked as deposition exhibit 8590.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on September 1, 2023, in Philadelphia, Pennsylvania.

Dated:  September 1, 2023

By: */s/ Gerard A. Dever*

Gerard A. Dever
Fine, Kaplan and Black, R.P.C.
One South Broad Street, 23rd Floor
Philadelphia, PA 19107
Telephone:  (215) 567-6565
Facsimile:   (215) 568-5872
Email:        gdever@finekaplan.com

*Counsel for Indirect Purchaser Plaintiffs*