# EXHIBIT 11



**certified**translate
A LANGUAGE FISH LLC COMPANY

info@certifiedtranslate.com   2425 Olympic Blvd., Suite 4000W   usa  1-888-856-2228
www.certifiedtranslate.com   Santa Monica, CA 90404   int  +1-310-684-3153
fax  +1-310-564-1944

# CERTIFIED TRANSLATION

A member of the American
Translators Association
ATA Member Number: 248719

*Documents Translated For:*

| Name: | **David Y. Hwu** | Street Address: **706 Sansome Street** |
|---|---|---|
| Firm: | **Saveri & Saveri, Inc.** | City/State/Zip: **San Francisco / CA / 94111** |

*Description of Document(s):*

|  |
|---|
|  |
| **IRI-CRT-00001155E** |
|  |
|  |

| Source Language: | **SIMPLIFIED CHINESE** | Target Language: | **ENGLISH** |
|---|---|---|---|

WITH REFERENCE TO THE ABOVE MENTIONED MATERIALS/DOCUMENTS, we at Language Fish LLC (doing business as www.certifiedtranslate.com), a professional document translation company, attest that the language translation completed by Language Fish's certified professional translators, represents, to the best of our judgment, an accurate and correct interpretation of the terminology/content of the source document(s). **This is to certify the correctness of the translation only.** We do not guarantee that the original is a genuine document or that the statements contained in the original document(s) are true.

IN WITNESS WHEREOF, Language Fish LLC has caused the Certificate to be signed by its duly authorized officer(s).

By:    Sean Kirschenstein, Director        **Date:**    September 25, 2018

A copy of the translated version(s) is attached to this statement of certification.

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

On _Sep. 25, 2018_ before me, ___Kristin Gail Chamberlain___, Notary Public, appeared ___Sean Kirschenstein___, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____



KRISTIN GAIL CHAMBERLAIN
Commission # 2141980
Notary Public - California
Los Angeles County
My Comm. Expires Feb 7, 2020

# Purchase and Sales Contract for Industrial and Mineral Products

Supplier: IRICO Display Device Co., Ltd.

Purchaser: China National Electronics Import and Export Caihong Company

Contract Number: CHGF0208194

Place of signing: Xianyan, Shaanxi

Date of signing: July 26, 2002

I. Product name, trademark, model and quantity:

| Product Name | Trademark | Specification | Unit of Measure | Quantity | Price (yuan / unit) | Sum (yuan) | Delivery Date and Quantity |
|---|---|---|---|---|---|---|---|
| | | | | | | | August |
| Color tubes | Caihong | 21" | Unit | 560 | 377.91 | 211629.6 | |
| | | | | | | | |
| | | | | | | | |
| Total amount (in words): two hundred eleven thousand, six hundred twenty-nine yuan and six tenths. | | | | | | | |

II. Quality requirements, technical standards, quality responsibility conditions and deadline for the supplier: <u>implemented based on the technical specifications of the supplier.</u>

III. Delivery / pickup location and method: <u>warehouse of the supplier.</u>

IV. Method of transportation, arrival station port and cost sharing: <u>the buyer shall take care of transportation and freight.</u>

V. Packing standards and supply and recovery of wrapping materials: <u>use the original package of the supplier (plastic film packing), without recovering packing materials.</u>

VI. Method and deadline of settlement: <u>delivery upon payment.</u>

VII. Liability for violation of contract: <u>settlement negotiated by the two parties</u>

VIII. Method to resolve contract disputes: in case of disputes during the execution of the contract, the two parties involved shall seek a negotiated settlement. If no agreement is reached through negotiation, they can file a suit at the people's court in the place of signing.

IX. Other agreed terms:

<u>Conditions for magnetic field: complete magnetism</u>

X. This contract has four copies of the same format (the supplier retains two copies, and the purchaser retains two copies). The contract shall enter into effect upon being signed and stamped with the contract seal by both parties.

| Supplier | Purchaser |
|---|---|
| Company name (seal): IRICO Display Device Co., Ltd.<br>    IRICO Display Device Co., Ltd.<br>    Special seal for contract use (2) [seal]<br>Company address: West Zone of High Tech Development Zone, Xi'an City, Shaanxi Province<br>Legal representative: Wang Guojun [signature]<br>Entrusted agent:<br>Telephone:<br>Bank of deposit: Caihong Branch of Industrial and Commercial Bank of China in Xianyang City<br>Account number: 2604020909022108284<br>Postal code: 712021 | Company name (seal):<br>CHINA NATIONAL ELECTRONICS IMPORT & EXPORT CAIHONG COMPANY [seal]<br>Company address:<br><br>Legal representative:<br>Entrusted agent: Gao Rongguo [signature]<br>Telephone:<br>Bank of deposit:<br>Account number:<br>Postal code: |

Effective period: July 26, 2002 to August 25, 2002

# EXHIBIT 12



HAO XIAOJING

**CEIEC** CHINA NATIONAL ELECTRONICS IMP & EXP CAIHONG CO.
Sales & Marketing Department

No.1 Caihong Road, Xianyang,, ShaanXi, China
Tel:(0910)3334330    3325177
PC:712021    Fax:(0910)3313101 3310708
E-mail: xjhao@irico.com.cn
web: http://www.irico.com.cn

 **THAI CRT CO., LTD.**
www.thaicrt.com  

มนตรี  มหาพฤกษ์พงศ์
**MONTRI  MAHAPLERKPONG**
林 開 智
BUSINESS PLANNING MANAGER

87/9  Moo 2  Sukhapibarn 7 Rd.,
Laem Chabang Industrial Estate
Tungsukhla Sriracha
Chonburi 20230, THAILAND.

Tel  : 66 (38) 490220  Ext. 595
Fax  : 66 (38) 493698
Mobile : 66 (1) 8637826
E-mail : montri.m@thaicrt.com

GAO RONGGUO

GENERAL MANAGER

**IRICO GROUP**
**IRICO IMPORT AND EXPORT COMPANY**
No.1  Caihong Road,Xianyang,Shaanxi China
TEL:(0910) 3334318  3310808
FAX:(0910) 3313101
CALL: 13809109698    POSTCODE:712021
E-mail:rggao@irico.com.cn

HONG-DA YANG
Vice Director

**CEIEC** CHINA NATIONAL ELECTRONICS IMP & EXP CAIHONG CO.
Sales & Marketing Department

No.1 Caihong Road, Xianyang, ShaanXi China
Tel:(0910)3334329  3334330
P C:712021    Fax:(0910)3313101  3310708
E-mail: hdyang@irico.com.cn
web : http://www.irico.com.cn

 **LG Electronics Inc.**
兒錫 去
Wan - Seok  Oh
Senior Engineer
DND Production Engineering Department

642, Jinpyoung-dong, Gumi-city, Gyung Buk
730-727 Korea.
Phone : +82-54-470-4716  Fax : +82-54-470-4639
E-mail : ows0625@lge.com

**LG.PHILIPS** Displays

梁 永 旭
營業擔當 / 常務

150-721
Seoul市 永登浦區 汝矣島洞 20
LG Twin Towers 西館 16層

Tel  : +82-2-3777-3070
Fax  : +82-2-3777-1333
E-mail : yeongug.yang
      @lgphilips-displays.com

**Exhibit
Wang 8584**
9/20/2022
Wang Zhaojie - V2

CONFIDENTIAL - GRAND JURY MATERIAL

CHU00030303

郝小菁



CEIEC 中国电子进出口彩虹公司
出口营销部

中國陝西省咸陽彩虹路1號　郵編: 712021
電話: (0910)3334330　3325177
傳真: (0910)3313101　3310708
電子信箱:xjhao@irico.com.cn
公司網址: http://www.irico.com.cn



彩虹集团公司
彩虹進出口公司
總經理

高荣國

地址: 中國陝西咸陽彩虹路1号
电话: (0910)3334346-3310808
传真: (0910)3313101
手机: 13809109696　邮编: 712021
電子信箱: rggao@irico.com.cn

杨宏达



CEIEC 中国电子进出口彩虹公司
出口营销部　　副经理

中國陝西省咸陽彩虹路1號　郵編: 712021
電話: (0910)3334329　3334330
傳真: (0910)3313101　3310708
電子信箱: hyyang@irico.com.cn
公司網址: http://www.irico.com.cn



 LG전자

디지털 영상 사업부
DND 설계실
선임 연구원

오 완 석

730-727 경상북도 구미시 진평동 642번지
전화 : 054-470-4716 FAX : 054-470-4639
E-mail : ows0625@lge.com



Yeong-Ug(Albert)Yang
Vice President
Sales Director

LG.Philips Displays Korea Co., Ltd
LG Twin Towers(Western 16F)
20, Yeouido-dong, Yeongdeungpo-gu,
Seoul, 150-721 Korea

Tel　: 82-2-3777-3070
Fax　: 82-2-3777-1333
E-mail : yeongug.yang
　　　@lgphilips-displays.com

CONFIDENTIAL - GRAND JURY MATERIAL

CHU00030304

# EXHIBIT 14





info@certifiedtranslate.com
www.certifiedtranslate.com

2425 Olympic Blvd., Suite 4000W
Santa Monica, CA 90404

usa   1-888-856-2228
int   +1-310-684-3153
fax   +1-310-564-1944

**A member of the American
Translators Association
ATA Member Number: 248719**

## CERTIFIED TRANSLATION

*Description of Document(s):*

| |
|---|
| **NOTICE REGARDING THE APPOINTMENT AND DISMISSAL OF LI WEISHENG AND OTHERS** |
| **IRICO GROUP CORPORATION** |
| **IRI-CRT-00023923 through IRI-CRT-00023924** |
| |

| Source Language:   **CHINESE** | Target Language:   **ENGLISH** |
|---|---|

WITH REFERENCE TO THE ABOVE MENTIONED MATERIALS/DOCUMENTS, we at Language Fish LLC (doing business as www.certifiedtranslate.com), a professional document translation company, attest that the language translation completed by Language Fish's certified professional translators, represents, to the best of our judgment, an accurate and correct interpretation of the terminology/content of the source document(s). **This is to certify the correctness of the translation only.** We do not guarantee that the original is a genuine document or that the statements contained in the original document(s) are true.

IN WITNESS WHEREOF, Language Fish LLC has caused the Certificate to be signed by its duly authorized officer(s).

**By:**   Sean Kirschenstein, Director          **Date:**   June 7, 2022

A copy of the translated version(s) is attached to this statement of certification.

**Exhibit
Wang 8586**
9/21/2022
Wang Zhaojie - V2



# Document of IRICO Group Corporation

IRICO Group Ren Jiao (1998) Number 012

### Notice Regarding the Appointment and Dismissal of Li Weisheng and Others

To all directly affiliated enterprises (units) of the IRICO Group Corporation:

After review in accordance with the requirements of our work, the following individuals shall be hired:

Li Weisheng as first manager of the sales company of the IRICO Color Picture Tube General Plant;

Wei Jianshe as deputy manager of the sales company of the IRICO Color Picture Tube General Plant;

Fu Jiuquan as trainee assistant director of the financial department of the IRICO Color Picture Tube General Plant (deputy section level);

Zhang Shaowen as plant manager of CPT Plant Number 1 of the IRICO Color Picture Tube General Plant;

Jing Huiyong as trainee deputy plant manager of CPT Plant Number 1 of the IRICO Color Picture Tube General Plant;

Wei Xiaojun as plant manager of the Electronics Screen Printing Plant of the IRICO Color Picture Tube General Plant;

Sha Tao as general manager of IRICO Import and Export Co.;

Fang Liangjun as trainee assistant to the general manager of the IRICO Import and Export Co. (deputy section level).

The term of employment for all individuals mentioned above shall be synchronized with that of the president of IRICO Group Corporation.

certifiedtranslate

www.certifiedtranslate.com

023

The following individuals will be dismissed from the following positions:

Li Weisheng from the position of director of the financial department of the IRICO Color Picture Tube General Plant;

Zhang Shaowen from the position of plant manager of the Electronics Screen Printing Plant of the IRICO Color Picture Tube General Plant;

Deng Xiaoliang from the position of plant manager of the CPT Plant Number 1 of the IRICO Color Picture Tube General Plant;

Wei Xiaojun from the position of deputy general manager of the IRICO Tertiary Industry Development Corporation;

Su Mingxin from the position of general manager of IRICO Import and Export Co.;

Sha Tao from the position of deputy general manager of IRICO Import and Export Co..

Thus it has been notified.

President: Wu Weiren
February 19, 1998

Copy: Leader of Group Corporation                                              Archive (2)

Printed by: Wang Zhaoxi          Proofread by: Ma Yonghong          Copies: 65

022

# 彩虹集团公司文件

彩团人教（1998）012号

---

### 关于李卫生等人职务任免的通知

集团公司各直属企（事）业单位：

　　根据工作需要，经研究决定聘任：
　　李卫生为彩虹彩色显像管总厂销售公司第一经理；
　　魏建社为彩虹彩色显像管总厂销售公司副经理；
　　符九全为彩虹彩色显像管总厂财务处见习处长助理（
副科级）；
　　张少文为彩虹彩色显像管总厂彩管一厂厂长；
　　靖惠勇为彩虹彩色显像管总厂彩管一厂见习副厂长；
　　魏小军为彩虹彩色显像管总厂电子网版厂厂长；
　　沙涛为彩虹进出口公司总经理；
　　方良军为彩虹进出口公司见习总经理助理（副科级）。
　　以上人员聘期与集团公司总裁任期同步。

023

免去：

李卫生彩虹彩色显像管总厂财务处处长职务；
张少文彩虹彩色显像管总厂电子网版厂厂长职务；
邓小良彩虹彩色显像管总厂彩管一厂厂长职务；
魏小军彩虹三产总公司副总经理职务；
苏明新彩虹进出口公司总经理职务；
沙涛彩虹进出口公司副总经理职务。

此通知。

总裁：　　*吴维仁*

一九九八年二月十九日

---

抄送：集团公司领导　　　　　　　档（2）

打印：王昭希　　　　校对：马永鸿　　　份数：65

# EXHIBIT 15

**P.Y. KAO**
SENIOR VICE PRESIDENT



**Compal**
**Electronics (China) Co.,Ltd.**
988,TONG  FENG E. RD, KUNSHAN ECONOMIC &
TECHNICAL DEVELOPMENT ZONE,
KUNSHAN, JIANGSU, PROC
TEL:(86) 0 5 2 0  7 3 2 3 0 0 0
FAX:(86) 0 5 2 0  7 3 1 8 4 1 9    P.C.: 215335
4TH,FL.  37 TUNG HSING ST., TAIPEI, TAIWAN
TEL:(886) 0 2  8 7 8 7 5 6 8 8
FAX:(886) 0 2  8 7 8 7 0 4 3 3

**SHA TAO**
General Manager

CHINA NATIONAL ELECTRONICS IMP. & EXP. CAIHONG CO.

No. 1 CaiHong Road ,Xianyang, ShaanXi . China
Tel:(0910)3310808  3334318
P. C:712021        Fax:(0910)3313101  3310708
CALL:1399103709
E-mail: shatao@irico.com.cn

**AceR**

**Tony  Chao**

Display Factory
Material Management Dept.
Purchasing Sec.
Manager

**Acer Peripherals(Suzhou)**
**Co., Ltd.**
98 Shishan Road,New District,
Suzhou 215011, China
Tel: +86-512-825-1233  Ext: 103
Fax: +86-512-825-9121
E-mail: tonychao@api.com.tw



**G·LUXON**

General Manaer
**Johnson Tsay**
Cel:01392643945

Luxon Group
**LUXON ELECTRONICS**
**(DONG-GUAN)CORP.**
Korea Industrial Area.
Tang-Xia Town, Dong-Guan City,
Guang-Dong Province, China.
Telephone：+886·769·772·8846~7
                    +886·769·791·0546~7
Facsimile：+886·769·772·8845

**優普集團**
**EUROPTRONIC GROUP**


**董事長 黃石安**
*Danny S.A. Huang*
**CHAIRMAN**

HEAD OFFICE:
EUROPTRONIC (S) PTE. LTD.
NO. 80, MARINE PARADE ROAD, #09-06
PARKWAY PARADE, SINGAPORE 449269

TEL: 65-3485558, 4472037
FAX: 65-4471582
e-mail:europ@pacific.net.sg

CERT.NO. 00838·97
-AQ-LDN-UKAS

**PLANTRONICS**®
World Leader in Communications Headsets

**Roger Lin**
President

**PLANTRONICS B.V.Taiwan**
17F-3 No.400 Hwang-Pei Rd.
Chung-Li Taiwan R.O.C.
Tel: 886-3-4229249
Fax: 886-3-4273555
Mobile: 886-937802709
Roger.LIN@plantronics.com.tw
www.plantronics.com

**Exhibit**
**Wang 8587**
9/21/2022
Wang Zhaojie - V2

沙　濤
總經理

**CEIEC** 中国电子进出口彩虹公司

中國陝西咸陽彩虹路1號　　郵編:712021
電話:(0910)3310808 3334318
傳真:(0910)3313101 3310708
手機:1399103709
電子信箱:shatao@irico.com.cn



仁寶電腦 工業(中國)
有限公司

副總經理

高　鵬　遠

*大陸地區:
江蘇省昆山市經濟技術開發區同豐東路 988 號
TEL:(86)0520 7323000
FAX:(86)0520 7318419　郵編: 215335

*台灣地區:
台北市東興街 37 號 4 樓
TEL:(886)02 87875688 FAX:(886)02 87870433
桃園縣平鎮市南東路 8 號
TEL:(886)03 4391707 FAX:(886)03 4393254

**G·LUXON**

總經理
蔡續盛
Cel:01392643945

Luxon Group
世昕電子(東莞)有限公司

廣東省東莞市塘厦鎮高麗工業區
電話:+886-769-772-8846~7
　　　+886-769-791-0546~7
傳真:+886-769-772-8845

**Acer**

趙 知 恒
視　訊　廠
資材管理部
採　購　課
課　　長

蘇州明基電腦有限公司

蘇州市新區　　　　　　　　蘇州江路16号
郵編: 215011
電話: (512)825-1233 分機: 103
傳真: (512)825-9121
拉號: 320508608234876
電子郵件: tonychao@apt.com.tw

536212 ~ 1105卷號

**PLANTRONICS.**
World Leader in Communications Headsets

林 金 正
總經理

荷商普傳股份有限公司
中壢市環北路400號17-3室
電話:(03)4229249
傳真:(03)4273555
行動:0937802709
統一編號:16747665
Roger.LIN@plantronics.com.tw
www.plantronics.com

**EUROPTRONIC GROUP**

*億普電子(新加坡)有限公司　　　　　TEL: 65-3485558, 4472037
EUROPTRONIC (S'PORE) PTE LTD.　　　FAX: 65-4471582
*億普電子股份有限公司　　　　　　　TEL: 886-2-22991947, 22991948
EUROPTRONIC (TAIWAN) IND. CORP.　　FAX: 886-2-22991949
*億普電子(香港)有限公司　　　　　　TEL: 852-27564786, 27564309
EUROPTRONIC (HK) CO., LTD.　　　　　FAX: 852-27564876
*億普電子(深圳)有限公司　　　　　　TEL: 86-755-5353670-1, 5350479
EUROPTRONIC (SHEN-ZHEN) CO., LTD.　FAX: 86-755-5353672
*億普電子(泰國)有限公司　　　　　　TEL: 66-2-3612101, 3612102
EUROPTRONIC (THAILAND) CO., LTD.　FAX: 66-2-3612100
*億普科技(英國)有限公司　　　　　　TEL: 44-181-9828231, 9828232
EUROPTRONIC TECHNOLOGY (UK) CO., LTD. FAX: 44-181-9828233

CONFIDENTIAL - GRAND JURY MATERIAL

# EXHIBIT 16





A member of the American
Translators Association
ATA Member Number: 268719

info@certifiedtranslate.com | 2425 Olympic Blvd., Suite 4000W | usa 1-888-856-2228
www.certifiedtranslate.com | Santa Monica, CA 90404 | int +1-310-684-3153
| | fax +1-310-564-1944

**CERTIFIED TRANSLATION**

Description of Document(s):

| SUMMARY OF EVALUATION FOR VARIOUS AWARDS OF THE GENERAL PLANT IN 2000 |
| --- |
| IRI-CRT-00033206 through IRI-CRT-00033209 |
| |

| Source Language: | **CHINESE** | Target Language: | **ENGLISH** |
| --- | --- | --- | --- |

WITH REFERENCE TO THE ABOVE MENTIONED MATERIALS/DOCUMENTS, we at Language Fish LLC (doing business as www.certifiedtranslate.com), a professional document translation company, attest that the language translation completed by Language Fish's certified professional translators, represents, to the best of our judgment, an accurate and correct interpretation of the terminology/content of the source document(s). **This is to certify the correctness of the translation only.** We do not guarantee that the original is a genuine document or that the statements contained in the original document(s) are true.

IN WITNESS WHEREOF, Language Fish LLC has caused the Certificate to be signed by its duly authorized officer(s).

By:   Sean Kirschenstein, Director            Date:   June 7, 2022

A copy of the translated version(s) is attached to this statement of certification.

**Exhibit
Wang 8589**
9/21/2022
Wang Zhaojie - V2

certifiedtranslate                                          www.certifiedtranslate.com

004

**Summary of evaluation for various awards of the General Plant in 2000**

I.    **Management Award**

(1)    Application Status

Manufacturing units: 7

Hosting enterprises: 5

Business offices (companies): 5

Total: 17

(2)    Eligibility assessment

1.    Units with problems

Plant Number 1: One fire alarm (occurred in staff cafeteria on January 17, 2000, but no losses)

Glass Factory: minor injury, twice

Cai Qin Factory: minor injury, once

Joint Stock Company: one fire alarm, four minor injuries (December 18, 2000, air conditioning filter, timely response)

Quality Assurance Department: minor injury, once

Eligibility for assessment will not be affected by the above problems.

2. Units rejected

Joint Stock Company: Significantly decreased quality metrics and many user complaints.

Impure color of 54cm CRT, four companies submitted complaints (3 companies: UFO; 3 companies: 64cm edge processing)

Availability rate: 64cm 99.71%, decreased by 0.1%

First pass yield: 64cm 99.53%, decreased by 0.16%

Yield rate: 54cm 96.13%, decreased by 0.49%

            64cm 96.42%, decreased by 0.25%

(3)    Assessment ranking and scoring based on management award evaluation criteria (for leaderships' reference)

1. Large manufacturing units

Electron Gun Factory: 146.76 (the quality problem of CDT tubes is related to the quality variation of guns. The situation has been confirmed by electron gun factory employees. It shows the quality management of this factory is lacking).

        CPT Plant Number 1: 141.13

        Electric Power Plant: 121.72

CONFIDENTIAL                                          IRI-CRT-00033206E_TRANSLATION

certified translate                                                    www.certifiedtranslate.com

005

Glass Factory: 111.72

2. Small manufacturing units

Phosphorous Powder Plant: 147.28

Screen Printing Factory: 135.73

Parts Factory: 125.30

3. Hosting enterprises

Caitong Corporation: 201.09

Cai Qin Factory: 172.81

Accessory Factory: 107.12

Joint Stock Company: 105.19

Labor Service Corporation: 100.12

4. Business offices (operating companies)

Sales Company: 131.46

Quality Assurance Department: 129.83

Materials Company: 113.58

5. Offices

Security Office: 86.87

Engineering Company: 75.92

**II.   Special Contribution Award**

1.    Applications: 11 people total.

Plant Number 1: Yang Ming, Zhao Shuxian (female)

Joint Stock Company: Qi Weimin, Bian Hui

Screen Printing Factory: Hao Xianchang

Machinery Factory: He Wumin

Electron Gun Factory: Liu Wendi

Phosphorous Powder Plant: Cai Bujun, Wang Wubao

Department of Economic Law: Yao Xiangluan

Import and Export Company.: Liang Yuan

2.    Assessment by group. Divided into two categories.

(1)   6 people are in the technical category and will be initially assessed by the technical department:

Cai Bujin, Wang Wubao, Yang Ming,

CONFIDENTIAL                                          IRI-CRT-00033207E_TRANSLATION

certified translate                                              www.certifiedtranslate.com

006

Hao Xianchang, Zhao Shuxian, Bian Hui

(2)  5 people are in the technical transformation category and will be initially assessed by the General Management Department: Liang Yuan, Yao Xiangluan, Qi Weimin, Liu Wendi, He Wumin

3.  Results of preliminary evaluation

Technical category: Hao Xianchang, Yang Ming, Cai Buijun

Technical transformation category: Lian Yuan et al., three people including Yao Xiangluan., Qi Weimin

Those who passed preliminary evaluation underwent another round of assessment by the units with in-person interviews and submission of accomplishment materials.

**III.  Advanced Workers**

1.  Eligibility assessment

It has been ascertained that Lu Xiaoping from the technical center and Duan Cheng from the technical department are practitioners of Falun Gong. The Security Office and the Organization Department suggest disqualifying them.

2. A total of 89 people have gone through self-assessment by each unit in accordance with the standards of the General Plant.

3. Review ranking of relevant offices

Su Xiaohua: 93

Guo Wenpeng: 91.2            √                    *one more [illegible] again*

Xu Haihu: 90.8

Li Guiling: 90                      √

Xue Jian: 88.2                      √

Zhao Letei: 88

Liang Jinsong: 88                 √

Cao Zhixia: 84.4

Song Wenbin: 83.2

Ge Chao: 83.2                      √

Hao Jailu: 82.4

Wang Quanzhang: 81.2

Weng Renji: 81.2

Lu Xiaoping: cancel            *draft it again*

Duan Cheng: cancel

**IV.  Evaluators' suggestions (for reference only)**

1.  Management Award

**certified**translate                                                          www.certifiedtranslate.com

Suggest total number of awards: one gold, two silver, three bronze

Distribution: Large manufacturing units: one gold

    Small manufacturing units: two silver

    Hosting enterprises: one bronze

    Business operating companies: one bronze

    Administrative offices: one bronze

Specific recommendations:

**Management Award (gold):** CPT Plant Number 1

**Management Award (silver):** Phosphorous Powder Plant and Caitong Corporation

**Management Award (bronze):** Screen Printing Factor, Sales Company, and Security Office

2.    Special Contribution Awards

Considering that the performance of the special contribution award during this year was much better than last year and was evidenced by economic benefits, all 6 applicants who passed preliminary evaluation can be awarded the special contribution award.

Special consideration should be given to Liang Yuan et al., Yao Xiangluan et al.

3.    Advanced workers from offices

Except for the two who were disqualified, the remaining 13 people can be awarded as advanced workers.

4.    Award standard

(1)   People from units awarded Management Awards (gold), (silver), and (bronze) will be awarded 100 yuan, 80 yuan, and 60 yuan, respectively

Members of Leadership:

Gold: Principal 10000 yuan, deputy 6000 yuan

Silver: Principal 8000 yuan, deputy 5000 yuan

Bronze: Principal 5000 yuan, deputy 3000 yuan

(2)   Special Contribution Award

As with last year, 20000 yuan per person.

(3)   Advanced Worker

As with last year, 1000 yuan per person.

(4)   200 yuan per person for the model section and 100 yuan per person for the advanced section. (Same as last year)

                Office of the General Factory

                April 4, 2001

CONFIDENTIAL                                                          IRI-CRT-00033209E_TRANSLATION

004

# 2000年总厂各类奖项评比情况汇总

**一、管理奖**

（一）申报情况

生产单位：7个

代管企业：5个

处室、公司：5个

共　计：17个

（二）资格审核

1. 有问题单位

一厂：火警一起（2000年1月17日，食堂，没有损失）

玻璃厂：轻伤二起

彩泰厂：轻伤一起

股份公司：火警一起，轻伤四起（2000年12月18日，空调过滤网，扑救及时）

品质保证处：轻伤一起

以上问题不影响参评资格。

2. 否决单位

股份公司：质量指标明显下降，用户投诉多。

54cm彩管色纯不良，有四家投诉；UFO 3家；64cm边散不良3家。

上机率：64cm 99.71%，下降0.1%

直通率：64cm 99.53%，下降0.16%

良品率：54cm 96.13%，下降0.49%

64cm 96.42%，下降0.25%

（二）按照管理奖评价标准，考评排序及打分情况（供领导参考）

1. 大生产单位

电子枪厂：146.76（CDT管子的质量问题，与枪的品质波动有关系。从电子枪厂职工反映的情况中印证了这一点，从而也暴露出该厂质量管理上存在的不足）。

彩管一厂：141.13

动力厂：121.72

CONFIDENTIAL　　　　　　　　　　　　　　　　　　　IRI-CRT-00033206

005

玻璃厂：111.72

2．小生产单位

荧光粉厂：147.28

网版厂：135.73

零件厂：125.50

3．代管企业

彩通公司：201.09

彩泰厂：172.81

配件厂：107.12

股份公司：105.19

芳　司：100.12

4．业务处室（经营公司）

销售公司：131.46

品质保证处：129.83

物资公司：113.58

5．处室

公安处：86.87

工程公司：75.92

**二、特殊贡献奖**

1．申报情况。共申报11人。

一厂：杨铭　赵淑贤（女）

股份公司：齐卫民　边辉

网版厂：郝现伟

机械厂：贺武民

电子枪厂：刘文弟

荧光粉厂：蔡步军　王伍宝

绘法处：姚香淼

进出口公司：梁援

2．考核分组。分两类

（1）技术类6人，由技术处负责初评：蔡步军、王伍宝、杨铭、

006



郝现倡、赵淑贤、边辉

（2）技改类5人，由综合管理处负责初评：梁援、姚香滦、齐卫民、
刘文弟、贺武民

3.初评结果

（1）技术类：郝现倡 杨铭 蔡少军

（2）技改类：梁援等人 姚香滦等三人 齐卫民

对初评合格人又经与本人谈话，事迹资料提炼，单位再次审核步聚。

**三、先进工作者**

1.资格审查

查技术中心鲁小平、技术处段诚，二人系法轮功练习者，公安处、组
织部建议取消其资格。

2.总厂下达各单位自评名额共计89人。

3.有关处室评审排序

苏晓华： 93

郭文鹏： 91.2 ✓

徐海波： 90.8

李桂玲： 90 ✓

薛 健： 88.2 ✓

赵乐飞： 88

梁劲松： 88 ✓

曹志侠： 84.4

宋文斌： 83.2

葛 超： 83.2 ✓

郝甲录： 82.4

王全章： 81.2

翁仁杰： 81.2

鲁小平： 取消

段 诚： 取消

**四、评审建议意见（仅供参考）**

1.管理奖

IRI-CRT-00033208

007

建议设总名额：一金、二银、三铜
分配：大生产单位：一金、
　　　小生产单位：二银
　　　代管企业：一铜
　　　业务经营公司：一铜
　　　行政处室：一铜
具体建议：
**管理金奖**：彩管一厂
**管理银奖**：荧光粉厂、彩通公司
**管理铜奖**：网版厂、销售公司、公安处
2.特殊贡献奖
由于今年特殊贡献奖业绩较去年相比更加突出，而且体现在经济效益
上，因此通过初评的6位申报者可授与特殊贡献奖。
需特别考虑的是：梁援等人，姚香溁等人的奖励。
3.处室先进工作者
除两名取消资格者外，其余13人可授与先进工作者。
4.奖励标准
　（1）管理金、银、铜奖单位，人均100元、80元、60元
领导班子：
金奖：正职10000元，副职6000元
银奖：正职8000元，副职5000元
铜奖：正职5000元，副职3000元
　（2）特殊贡献奖
维持去年人均2万元的标准。
　（3）先进工作者
维持去年人均1000元的标准。
　（4）模范班组人均200元；先进班组人均100元。（与去年　致）

　　　　　　　　　　　　　　　总厂办公室
　　　　　　　　　　　　　　　2001年4月4日

CONFIDENTIAL

IRI-CRT-00033209

# EXHIBIT 18

梁　援

部　長　　2002.6.5



 中国电子进出口彩虹公司
出口营销部

中国陕西咸阳彩虹路1号　邮编：712021
電話：(0910)3334330 3325177
傳真：(0910)3313101 3310708
手機：13609109230
電子信箱：yliang@irico.com.cn
公司網址：http://www.irico.com.cn

LIANG YUAN
Director

 CHINA NATIONAL ELECTRONICS IMP. & EXP. CAIHONG CO.
Sales & Marketing Department

No.1 Caihong Road, Xianyang, ShaanXi, China
Tel. (0910)3334330  3325177
Mobil: (86)13609109230
PC: 712021      Fax:(0910)3313101  3310708
E-mail: yliang@irico.com.cn
web: http://www.irico.com.cn

**Exhibit
Wang 8590**
9/21/2022
Wang Zhaojie - V2

CONFIDENTIAL