# EXHIBIT 45

**PARK IP TRANSLATIONS**

June 20, 2012

**Certification**

**Park IP Translations**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of the document with bates numbers range: CHU00030661E – CHU00030663E.

_____

Abraham I. Holczer

Project Manager

134 W. 29th Street 5th Floor ▫ New York, N.Y. 10001
Phone: 212-581-8870 ▫ Fax: 212-581-5577

**[TRANSLATION]**
[Entire Document Handwritten]

Mainland China *CDT MAKER* Contact Meeting

→Tai Yu   *file*

| Meeting Attendees: | | |
|---|---|---|
| | *SSDD*: | *M.S.Lee*, Senior Manager Dong-Yu Xu, Zhen Yang |
| | *PHS*: | Chubei Cheng-Si Shao, *H.K* Si-Chuan Lee, Huafei Jian-Zhong Sheng, Yi Wang |
| | *BMCC*: | Wen-Chiang Fan, Hsin-Wen Huang |
| | *IRICO*: | Chao-Jie Wang |
| | *CPTF*: | Chung-Cheng (Alex) Yeh, Wei-Lie Yu |

I. Production capacity situation of each maker (*kpcs*)

| | | Production capacity From Jan. to July | 7/*E stock* | August | September | Max production capacity ||| 
| | | | | | | October | November | December |
|---|---|---|---|---|---|---|---|---|
| *CPTF* | 14" | 370 | 70 | 250 | 220 ~~330~~ [Crossed out] | 150 | 150 | 150 |
| | 15" | 25 | | | | | 30 | 60 |
| *BMCC* | 14" | 300 | 30 - 40 | 50 | 50 | 40 | 30 | 25 |
| | 15" | | | | | 10 | 20 | 25 |
| IRICO | 15" | 90 | 40 | 50 | 50 | 50 | 50 | 50 |
| Huafei | 14" | 640 | 40 | 120 | 120 | 120 | 120 | 120 |
| | 15" | 25 | | 5-10*k/m*--------------------------------------------------> ||||| 
| *SSDD* | 14" | 750 | 20 | 150 | 150 | 150 | 150 | 150 |
| *TTL* | 14" | 2060 | 160-170 | 570 | 620 | 470 | 450 | 445 |
| | 15" | 140 | | 60 | 60 | 70 | 110 | 145 |

1. Right now, *BMCC* has one line producing 14"*CPT* and 14"/15"*CDT* and the plan is to produce *CDT* (50*k/M*) using half a line. Among it, *SAMPLE*S of 15"*CDT* have already been produced. Because of material supply and staff training issues, the production of 15"*CDT* will start from Oct.

2. IRICO has given up 14", and is focusing on 15"; it has produced 20*k* of 15" in July. These were mainly sold to domestic customers and "Irico Royal".

3. For Huafei's 15"*CDT* line, after supplying *TWN* with *B+D* tubes *ITC*, it is mainly delivered to *ACER*. Going forward, it will maintain supply quantity at about 5-10 *k/M*.
   Later, they might transfer a production line from Chubei, *TWN* to Nanjing to produce 15"*CDT* or they may convert a current line to produce 15"*CDT*. These two options will be determined at the *Q*4 board of the director meeting.

4. *SSDD* still only has one 14"*CDT* right now and an additional 15"CDT line will be set up either in Tianjin or Shenzhen. However, half of the equipment

---
English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

for this line has already arrived at Tianjin. Because the orders from Tianjin's *MONITOR* factory are not good, it is, therefore, consideration was given to moving this *CDT* line to Shenzhen.

5. All makers said that the orders in August are okay and the amount of orders has not reduced due to the promotion in July.

---
English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL                    CHU00030661.02E
                                                                                    Translation

6. Looking at each maker's *STOCK* at the 7/*E*, Huafei claimed to have 40*k* *STOCK*. However, it is heard from other sources that it has only about 20*k*. And *SSDD* has only 20*k* in stock. It is probably due to large shipments at the end of July especially after Huafei sold to Irico Royal 20*k* at the price of 36.0 (Also, for July, there was only 20*k* in *TTL*).

II. At the meeting, analytical charts of *CDT* worldwide demand and supply from each maker's headquarters were *show*n to *BMCC* and IRICO; it is to indicate that there are sufficient reasons to increase prices, and to reiterate the bottom price for each size; and that *B* Grade tubes must not be sold and the payment terms.

1. *BMCC* stated that it did not attend the previous meeting and it was not aware of the determination of each maker to increase prices and they have already accepted a 5*K*-order from Irico Royal at the price of $42.0 on August 4. However, since everyone made their stance clear today, *BMCC* will definitely *flw* the bottom line pricing. It also said that the original agreement with *AOC* fell through due to slow process of *SAMPLE* validation and no prices were promised, therefore no deal was made.

2. Huafei *challenge*d *SSDD* and said that a *FAX* to a customer from its *SALES* staff named Tsao stated that if the price increase failed, their money would be refunded in full; it showed that SSDD lacked confidence on price increase, and it needs to improve. *SSDD* denied the allegation. All attendees agreed and asked that all makers' *SALES* personnel should watch out the terms they use.

3. Huafei requested that *CPT* to be steadfast in their decision against *AOC,* since *AOC* is the culprit for ruining the price, I clearly indicated that we would rather lose orders than to concede.

III. Domestic price review

1. *CPTF* questioned each maker's calculation method for domestic sales tax inclusive price by using *USD* x 10 which is of in turn a price cut in disguise. Huafei stated that first of all, they used <u>special techniques to buy materials like glass and others as internal purchase</u> [Underlined] to offset the value-added tax, and secondly, <u>local government has VAT waiver</u> [Underlined], so as a result, the profit of domestic sales is higher than export sales. So it insisted on calculating by 10.

2. *SSDD* said for domestic sales price they *flw* other makers "x10 method". But in fact, it is more beneficial to use 10.3 <u>because the tariff is only about 6%</u> [Underlined].

3. *CPT* said the tariff for *CDT* is 12% and *CPTF* used materials to calculate tariff which account for about 10% of the *cost* (*TUBE*). So, 10.68 should be used.

_____
English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL                    CHU00030662.01E
                                                                                      Translation

4. Other 2 makers expressed that they are worried that domestic customers would not accept, so they wanted to use 10 to calculate as well. Due to substantial disputes over this matter, it was tabled for discussion at the next *meeting*.

IV. All makers decided that Huafei will call the next meeting on 9/4 to be held in Nanjing. (In principle it would be held once a month). And it was proposed to invite Senior Manager Lu of *CPTM* to attend.

- End of report -

                                Submitted  by Employee Chung-Cheng (Alex)Yeh  8/5 '98

                                [Initialed:] Y.M. PengAug  11 '98

_____
English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL  – GRAND JURY MATERIAL         CHU00030662.02E
Translation

[Handwritten:]

00886-3-4858094

0591-3970507

_____
English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL                    CHU00030663E
                                                      Translation

## 习惯 侠隆 CDT MAKER 连系会议

年　月　日
第　页・共　页

与会人员：
SSDD：M.S. Lee, 徐東煌经理, 楊真
PHS：竹北 邵正鑫, HK 蔡思泉, 华飞 戚建忠, 王毅
BMCC：范文滨, 黃新文
彩虹：王昭杰
CPTF：裘俊正, 余偉列

一、各家產能概况 (Kpcs)　　　　　　　　　── 最大產能 ──

|  |  | 1~7月底 | %stock | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|
| CPTF | 14" | 370 | 70 | 250 | 300 | NO | NO | NO |
|  | 15" | 25 |  |  |  |  | 30 | 60 |
| BMCC | 14" | 300 | 30-40 | NO | NO | 40 | 30 | 25 |
|  | 15" |  |  |  |  | 10 | 20 | 25 |
| 彩虹 | 15" | 90 | 40 | NO | NO | NO | NO | NO |
| 华飞 | 14" | 640 | 40 | 120 | 120 | 120 | 120 | 120 |
|  | 15" | 25 |  | 5~10K/M → |  |  |  |  |
| SSDD | 14" | 250 | 20 | 150 | NO | NO | NO | NO |
| TTL | 14" | 2060 | 160~170 | 570 | 620 | 470 | 450 | 445 |
|  | 15" | 140 |  | 60 | 60 | 70 | 110 | 145 |

1. BMCC 現有一線于生產 14"CPT, 14/15"CDT, 規劃用半線做 CDT (30K)
   其中 15"CDT 之 sample 已產出, 由于材料供應及人員培訓問題,
   計劃 10月開始投產 15"CDT。
2. 彩虹放棄 14", 全改 15", 7月產出 20K, 主要銷售國內客戶及彩星
3. 华飞 15"CPT 除 TWN 供應 BenQ, 2TC 後, 主要交給 ACER, 後續仍
   將維持 5~10K/M 的供應量。
   後續可能自 TWN 画竹北 挤一條線 包到南京生產 15"CDT.
   或 自現有生產線改造一條生產 15"CDT. 4Q 董事會將兩案
   擇一辦理。
4. SSDD 現仍只有一線 14"CDT, 另有 1線 15" 的增設, 全在天津或
   深圳 擇一地設立, 但此線已有近一半的設備已運抵天津,
   因天津 Monitor 廠訂單不足, 才有後來深圳的考量。
5. 各家均表示, 8月訂單皆有, 至末因 7月後銷售而銳減。把CDT線

中华映管福州有限公司

CONFIDENTIAL - GRAND JURY MATERIAL                                                                CHU00030661



CONFIDENTIAL - GRAND JURY MATERIAL

CHU00030662

DU 886-3-48780 74 

OS P1-3P7O5O7

CONFIDENTIAL - GRAND JURY MATERIAL