# EXHIBIT 48



June 20, 2012

**Certification**

**Park IP Translations**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of the document with bates numbers range: CHU00102864E – CHU00102865E.

_____

Abraham I. Holczer

Project Manager

**Exhibit
Wang 8569**
9/20/2022
Wang Zhaojie - V2

[TRANSLATION]

To: Chief Wen-Qiang Fan, Chief Secretary Guo-Jun Yang

| | |
|---|---|
| Xianyang Irico: | Daoqin Xing, Xiaolin Shen |
| Samsung *SDI*: | Hoo-Mok Ha, Yin-Zhi Huang |
| SEG Hitachi: | Chenqun Li, Yufeng Wang |
| Changsha *LG*: | Zheng-Yuan Ha, Yaping Yang |
| Nanjin Huafei: | Yinhua Zhang, Jianzhong Sheng |
| Thomson: | Dade Han, Xiangjie yang |
| Novel: | Wei Sun, Zhiping Xu |
| BMCC: | Heng Zhen Guang Ze [Japanese name in Chinese phonetics] Dalin Lee |
| CPT: | Jing-Song (Jason) Lu, Xiao-Yan Liu |

<u>Color Tube Industry Association Presidents' Meeting Notice</u> (No.200701)

Based on the spirit of the Shanghai President's meeting held in December 2006, through discussion, with consent from Chief Wenqing Fan, the 8 major color tubes industry association will hold Presidents' meeting on January 23, 2007 (Tuesday) in Shann'xi Xi'an, detailed as follows:

I. Date: January 23, 2007

| | |
|---|---|
| 09:00 -- 10:30 | Current industry condition report |
| 10:30 -- 11:00 | Lead attendees' speech |
| 11:00 -- 11:50 | Lead attendees' workshop |
| 12:20 -- | Lunch |

II. Location: Shannxi Xi'an Datang Furong Garden Fanglin Hotel

III. Attendees:

Especially inviting CPTF (Fuzhou factory) to attend this meeting

Respective companies' president, company leader in charge of sales, sales department head and industry information collectors

IV. Meeting chair:

Chief Secretary Guojun Yang

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00102864.01E
Translation

V.  Agendas for the meeting:

1. Current condition of color television and color tubes and quarterly, 2007 market trend forecast report (30 minutes)

2. Solidified meeting spirit from the December Shanghai Presidents' meeting and looking back (20 minutes)

3. How to have an in-depth communication and cooperation in the color tube industry to welcome the 2007 market jointly (10 minutes to each speaking party from respective companies).

4. Leader attendees workshop in how to pursue long term development and relative topics on *CRT* color television (50 minutes)

VI. Requirements for the meeting

1. Each company shall send company leaders for timely attendance.

2. Please prepare advance materials for speech, no audio recording during meeting, meeting contents shall not be leaked to outside.

3. Meeting fee based on *AA* policy.

VII. Respective information collector for color tube industry shall provide attending leaders' list to Irico group sales company marketing department by January 16th, 2007, Irico shall arrange for airport transportation.  Thank you for your cooperation!

Contact: Irico Group Sales Company   Jun Yao

*TEL*: 029-33333333                13309106828
*FAX*: 029-33333399
*EMAIL:* yj-xs@ch.com.cn

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL                CHU00102864.02E
                                                  Translation

**Eight Major Color Tube Industry Association**
January 15, 2007

_____
English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00102865E
Translation

致：范文强会长、杨国钧秘书长

| | | |
|---|---|---|
| **咸阳彩虹** - 邢道钦、申小琳 | **三星 SDI** - 河候穆、黄银植 | |
| **赛格日立** - 李陈群、王宇峰 | **长沙 LG** - 河正源、杨亚平 | |
| **南京华飞** - 张银华、盛建忠 | **汤姆逊** - 韩达德、杨向杰 | |
| **上海永新** - 孙　伟、徐志平 | **北京松下** - 横枕光则、李大林 | |
| **中华映管** - 吕镜松、刘晓燕 | | |

## 彩管行业协会总经理会议通知(编号 200701)

根据 2006 年 12 月上海总经理会议精神，经商范文强会长同意，八大彩管行业协会拟定于 2007 年 1 月 23 日(星期二)在陕西西安召开总经理会议，具体如下：

一、　**时间**：2007 年 1 月 23 日

　　09：00～10:30　　　行业现状通报
　　10：30～11：00　　　与会领导发言
　　11：00～11：50　　　与会领导座谈
　　12：20～　　　　　　午宴

二、**地点**：陕西 西安大唐芙蓉园芳林苑酒店

三、**与会人员**：

　　本次会议特邀请中华映管（福州厂）参加会议
　　各公司总经理、主管销售的公司领导、营销部长及行业信息员

四、**会议主持**：

　　杨国钧秘书长

五、**会议议题**：

　　1、　当前彩电彩管行业现状及一季度、07 年市场形势预测汇报（30 分钟）；
　　2、12 月上海总经理会议精神的落实及其回顾（20 分钟）；
　　3、彩管行业如何深入沟通协作，共同迎接 07 年市场（各公司发言 10 分钟）；
　　4、与会领导座谈如何谋求 CRT 彩电的长远发展等相关议题（50 分钟）

六、　**会议要求**：

　　1、　请各公司领导准时出席；
　　2、请提前做好发言的资料准备，会议期间不得录音，会议内容不得外泄；
　　3、会务费用 AA 制；

七、请各位彩管行业信息员在 07 年 1 月 16 日前将参加会议领导名单反馈到彩虹集团销售公司市场部，彩虹将安排接送机服务。谢谢合作！
　　联系人：彩虹集团销售公司　　姚 军
　　　　TEL：　029-33333333　　　13309106828
　　　　FAX：　029-33333399
　　　　EMAIL:yj-xs@ch.com.cn

CONFIDENTIAL – GRAND JURY MATERIAL　　　　　　　　　　　　　　　　　　　　　　　　　CHU00102864

八大彩管行业协会

2007 年 1 月 15 日

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00102865