# EXHIBIT 49

| TO: | 北京松下 | 范文强 李大林 | 赛格日立 | 杨国钧 |
|---|---|---|---|---|
| | 陕西彩虹 | 魏建社 申小琳 | 广东福地 | 伍维宪 |
| | 南京华飞 | 李修华 | 长沙 LG | 杨亚平 |
| | 上海永新 | 徐志平 | 三星 SDI | 成圣国 |

cc: 各总经理

我对目前行业情况的几点看法：

1、目前市场已进入传统淡季，加上"非典"和"背投"彩电的降价影响。在这种严峻的形势下，请行业内各企业务必真实通报各自的产销存及出口数字，以便各位总经理正确决策；

2、国内彩电、彩管市场出现了较大的滑坡，近期彩管市场有价无市，希望积极调整销售策略，以销定产，严格控制库存量；

3、积极推进成本工程，以市场销售价格倒推成本，尤其在采购成本上要大幅度下降。

对"非典"的恐慌比"非典"本身更危险！

以上请各位考虑 

八大彩管行业协会秘书长：
2003-05-09



CONFIDENTIAL

BMCC-CRT000142063



STATE of NEW YORK   )
                    )   ss:
COUNTY of NEW YORK  )

### CERTIFICATE OF ACCURACY

This is to certify that the attached document, *"BMCC-CRT000142063"* originally written in *Chinese* is to the best of our knowledge and belief, a true, accurate and complete translation into *English*.

Dated: March 7, 2014

*Allison Carey*
Allison Carey
Consortra Translations

Sworn to and signed before ME this
7th day of March,
2014

Notary Public

JAMES G MAMERA
Notary Public, State of New York
No. 01MA6157195
Qualified in New York County
Commission Expires Dec. 4, 2014

Your
legal
translation
partner

New York, NY | Washington, DC | Houston, TX | San Francisco, CA
Hong Kong



| To: | BMCC | Wenqiang Fan   Dalin Li | SEG-Hitachi | Guojun Yang |
|---|---|---|---|---|
| | Shaanxi IRICO | Jianshe Wei, Xiaolin Shen | Guangdong Fortune | Weixian Wu |
| | Nanjing Huafei | Xiuhua Li | Changsha LG | Yaping Yang |
| | Shanghai Yongxin | Zhiping Xu | Samsung SDI | S.K. Sung |

cc:   All general managers

Some points about my views on the current status of the industry:

1. The market has currently entered the traditional off-season, and it is also affected by "SARS" and the price reduction of "rear-projection" color TVs. Under this severe situation, all companies in the industry must truly report their respective production, sales, inventory, and export data to help all of the general managers make correct decisions;

2. There was a larger slide in the domestic color TV and color tube market. Recently, the color tube market has quotations only but has no actual trading. We hope we can actively adjust our sales strategy, decide production with sales, and strictly control inventory volumes;

3. Actively push on cost projects, use market sales prices to push down costs; in particular, the purchasing costs need to be drastically reduced.

The fear of "SARS" is more dangerous than "SARS" itself!


Everyone please consider the above

[stamp: Yang, 03.5.09, Guojun]

Secretary-General of the Eight Major Color Tube Industry Association:
2003-05-09


05-09 2003 11:35 FAX 075583354124     SEG HITACHI MARKETING DP         001:001

CONFIDENTIAL                                                  BMCC-CRT000142063E_Translation