# EXHIBIT 56

**From:** DENIS.HUANG [huangzy@cptf.com.cn]
**Sent:** Tuesday, February 13, 2007 4:02 AM
**To:** SALES胡美芳
**Subject:** ??: file

**Attachments:** 西安??理????.doc; 西安??理???.ppt

自我了解即可！

　DENIS.HUANG 2007/2/13

─────

发件人: yliang6699 [mailto:yliang6699@163.com]
发送时间: 2007年2月8日 12:26
收件人: huangzy@cptf.com.cn
主题: file

Dear mr.Huang

(See attached file: 西安总经理会议记录.doc)(See attached file: 西安总经理会
汇报.ppt)
liang yuan

─────

HYPERLINK "http://www.126.com/" \n想加入吗？1.9亿用户正在使用网易邮箱 www.126.com



Exhibit
Wang 8570
9/20/2022
Wang Zhaojie - V2



STATE of NEW YORK  )
         )   ss:
COUNTY of NEW YORK )

### *CERTIFICATE OF ACCURACY*

This is to certify that the attached document, *"CHU00047658 - CHU00047662"*
originally written in *Chinese* is to the best of our knowledge and belief, a true, accurate
and complete translation into *English.*

Dated: December 17, 2014

*Allison Carey*
Allison Carey
Consortra Translations

Sworn to and signed before ME this
17th day of *December*
2014.

Notary Public

JAMES G. MAMERA
Notary Public- State of New York
No. 01MA6157195
Qualified In New York County
My Commission Expires December 4, 2018

Your
legal
translation
partner

New York, NY  |  Washington, DC  |  Houston, TX  |  San Francisco, CA
Hong Kong

**January 23, 2007 CPT Industry General Manager (Xi'an) Meeting Minutes**

**Meeting Time**: January 23, 2007

**Meeting Location**: Fanglin Fragrant Garden Hotel, Xi'an

**Attending units and personnel**:

      **Beijing  Matsushita**: Wenqiang Fan, Xinwen Huang, Hai Huang
      **Xianyang IRICO**: Daoqin Xing, Mengquan Guo, Ximin Wang, Xiaolin Shen, Jun Yao, Gaowen Xu
      **SEG Hitachi**: Guojun Yang, Peng Guo
      **LPD**: Chang Gi Kim, Jiangnan Yu
      **Changsha Shuguang**: Yaping Yang, Jing Feng
      **Nanjing Huafei:**  Jianzhong Sheng, Dezhu Zhang, Minghui Xu
      **Shanghai Novel:** Wei Sun, Zhiping Xu, Qing Ye
      **Samsung SDI**:  Yihuan Wu, Yun Xie
      **CPT:** Xiaoyan Liu

**Meeting Chair**: Secretary-General Guojun Yang

**Content**:
 Chairman Daoqin Xing delivered welcome speech:

2006 was a difficult year for the industry. In 2005, global market shrank, but Chinese market grew. However, in 2006, the Chinese market also shrank. Companies are facing transformation, and CRT will be concentrated in China, India and the surrounding areas in the future. As a community of interests, all should jointly explore how to develop the industry. (To effectively integrate resources).

Wenqiang Fan, President of the Association, read the letter that Thomson (Seligent) explained the reason of their absence from this meeting.

           

Information personnel representative reported the market conditions of 2006 and 2007 and elaborated the severe market trends (see attachment for details).

Moderator: 2006's inventory carried over to 2007; therefore, 2007 has 2-month extra production capacity (the Shanghai Meeting had suggested one month shutdown). Facing the significant increase of the current inventory and the decline of prices, all are very clear that we should discuss the next step. It is reported that, by the end of 2006, the inventory was 5 to 6 million in the industry, and it is estimated that the inventory will be over 10 million in January 2007. We hope to form a guideline document to make the CPT industry well survive. All companies must operate under the industry's decision. Recently, I heard that several LCD companies want to cooperate and I think the industry's joint action is the right direction. I hope that all attending executives work together to consume the inventory of 10 million in the industry as soon as possible.

President of the Association: From a global point of view, the display industry is in a stalemate, and the development of FPD is in a transition stage. LCD's global investment peak period has passed, and now LCD is entering its second phase (integration phase). The total production capacity of LCD should be able to fix in 2010. Our original pessimistic projection is that in 2010, LCD will be 170 million and CRT will be 70 million. Now we do not think so (LCD capacity is expected to be 80-90 million); it will not be more than 100 million. Global TV demand is 220 million sets, of which 110 million are FPD, and 110 million are CRT (mostly Chinese companies'). The production lines in Southeast Asia will be gradually reduced (in 2007, China CPT supply will possibly rise to 60% while Southeast Asia shares 30% and other areas share10%). Chinese enterprises should work together and keep harmony to a great extent and to eliminate minor differences. Cooperation is the gist. Currently, five large color TV makers work together, so they have very big strength. Our CPT industry analyzes more on our industry rather than color TV, LCD and globe market. 2007 is a new year and we should specify the industry rules.

Moderator: All (including SDI) are facing difficulties, but we did not analyze the reason causing the current difficulties. Color TV makers cooperated, and CPT inventory soared up high since July. Prices of all materials increase. All of the current inventory is the materials purchased at high prices; cost pressure is very high, so we should work together.

**Executives of respective companies spoke on the meeting topics as follows:**

Novel: We support the Industry Association's decision. We hope the industry can work jointly to cope with and to face the difficulties in survival, and may consider less about the legal aspects. We suggest that the Association set a unified price and control outputs. FPD production is also limited. With respect to Shanghai TFT, the original plan was to expand capacity by 70% to 80%, but now its capacity is also shrinking.

SEG: We plan to shut down the whole plant for 20 days; after that, we will shut down for 10 days depending on the circumstances. (Secretary-General Guojun Yang will not be responsible for SEG's CPT sales any more from January 1. He will be primarily responsible for sales of Hitachi LCD screens as an agent.)

Huafei: Our company has higher requirement on inventory. We have stopped production for one week before the New Year's Day, and will stop production for two weeks or longer around Spring Festival period based on types. We think that coordination by the industry still has some effects. Huafei will control production, sales and inventory based on own interests and the industry's interests.

LPD: LPD Korea will stop production of 4 lines in Q1 this year (in January stopped 3 lines; among four production lines, 2.5 lines are CPT lines). Part of the purchase orders and production plan will be transferred to Huafei and Changsha. The Chinese plants' status becomes more important than it was before. The industry must control inventory.

LG: In December, 21 "/ 25" were shut down for 10 days. Shutting down by the industry's members individually is not strong enough. We suggest the industry should arrange shutdowns uniformly.

CPT: Fuzhou plant plans to produce 4.5 to 6 million pieces in 2007 and the types will be 14" and 21". Currently, Fuzhou has a total of eight production lines; it has converted one line for producing 14 "CPT (capacity is 1.6 million/year) and two lines for producing 21"CPT (capacity is1.2 million/year) (it plans to use the technology of producing CDT short tubes to produce 21" short tubes after July 2007). We also plan to convert the 4th line, but it depends on the market condition after 2008. After Fuzhou plant starts to produce CPT, CPT Malaysia will reduce part of the outputs. It is anticipated that after a number of years, CPT can keep one plant only. However, when the plant was established in the early stage, its equipment, etc., was supervised by the customs. Now the supervision period has not yet expired, so it is expected to be a longer wait for the shutdown time. CPT's slogan is "fighting to the last single soldier." CPT originally had five CPT plants, but now it has plants in Fuzhou, China and Malaysia only (it closed its plants in Taoyuan, Taiwan, United Kingdom, and Yangmei, Taiwan one after another).

  CHU00047660E_Translation

CPT currently has six plants in China, including a LCD module. It also acquired XOCECO to do the whole machine business. Its next step does not preclude the possibility of establishing a new whole machine plant (currently it is also negotiating with BOE).

SDI: Samsung produces strictly based on its purchase orders and arranges shutdown gradually; SDI considers LCD as its competitor. It has the least inventory in the CPT industry.

IRICO: We paid much attention to the essence of the Shanghai Meeting and limit production for 10 to 20 days. We will arrange our production, sales and inventory according to the essence of this meeting. The Industry Association has made great contributions to the nation and the industry. However, it should make some constraints on the current industry situation and should foresightedly understand how to make the industry out of the plight.  We also suggest the Industry Association to change its name to "Display Devices Industry Association," etc., to recruit new members and to expand its field of vision.

Beijing Matsushita: We called for meeting with the upstream and the downstream together, preferably led by the color TV makers. We must make the color TV makers know that maintaining the development of CRT industry is an important proposition of TV makers. In 2003, BMCC originally planned to further build a plant in Beijing, and it finally canceled the plan, which now appears to be wise. We hope that CPT will also consider that when it transferred to the Fuzhou plant, it adjusts the production capacity of the Malaysia plant to keep the overall balance. We also suggested that Malaysia plant export more to Europe. (Malaysia has tariff advantages, China - Europe 14 / Malaysia - Europe 7.9). In 2006, BMCC made its efforts to increase export, and export accounted for 55% of the sales. BMCC stopped production during the New Year's Day for three days. Currently, BMCC has over130 models; therefore, it is more difficult to control inventory. This year it needs to clean up its models to raise the overall capability to respond to the market. We hope that in 2007 the industry can control the balance between production and sales; the industry needs to increase exports and enhance global competitiveness. Regarding the matter on request for the government's restoration of export tax refund, what the industry previously did has not aimed at the right target. Currently, we have already contacted a consulting firm under the Ministry of Finance to promote this. If it is successful, they will charge certain fee. If not, they will not charge at all.

Secretary-General Yang: The policy of this meeting: limit production, reduce inventory, and keep price.

President of the Association Fan: The meeting needs to form a press release so that all

speak with one voice. (Please pay attention to information security and information propaganda, and keep the meeting content from spreading outside.)

2007 shutdown schedule and expected inventory during the Spring Festival

|  | February | Estimated inventory volumes at the end of February |
|---|---|---|
| SEG Hitachi | 10th to 28th | 400,000 |
| Shanghai Novel | 16th to 28th | 400,000 |
| Nanjing Huafei | 16th to 28th | 300,000 |
| Changsha LG | 10th to 25th | 250,000 |
| Chunghwa Picture Tubes | 15th to 28th | 0 |
| Samsung SDI | 15th to 28th | 200,000 |
| IRICO | 15th to 28th | 500,000 |
| Beijing Matsushita | 16th to 25th | 500,000 |

The meeting decided to convene the Industry's Department Chief Meeting after the Spring Festival.

CONFIDENTIAL – GRAND JURY MATERIAL

## 2007 年 1 月 23 日彩管行业总经理（西安）会议记录

**会议时间**：2007 年 1 月 23 日

**会议地点**：西安　芳林苑宾馆

**与会单位及人员**：

北京松下　范文强　　黄新文　　黄海

咸阳彩虹　邢道钦　　郭盟权　　王西民　　申小琳　　姚军　　徐高文

赛格日立　杨国钧　　郭　鹏

LPD　　　金昌起　　于江南

长沙曙光　杨亚平　　冯靖

南京华飞　盛建忠　　张德柱　　许明晖

上海永新　孙　伟　　徐志平　　叶　青

三星 SDI　吴翊焕　　谢　云

中华映管　刘晓燕

**会议主持**：杨国钧秘书长

**内容**：

邢道钦董事长致欢迎词：

2006 年是行业艰难的一年，2005 年全球市场萎缩，但中国市场有所增长，而 2006 年中国市场同时也有萎缩。企业面临着转型，未来 CRT 集中在中国、印度及周边地区，大家作为利益共同体，应该联手探讨行业如何发展。（资源有效整合）

范文强会长致辞并宣读汤姆逊（新骏）对于本次未出席此次会议原因说明的函件。

CONFIDENTIAL – GRAND JURY MATERIAL
CHU00047658

信息员代表汇报 06 及 07 年市场情况，阐述严峻的市场趋势（详见附件）

主持人：06 年的库存带到了 07 年，07 年多了 2 个月的产能（上海会议时曾建议停产 1 个月）对于目前的库存大幅上升，价格下跌，大家都十分清楚，应该探讨下一步该如何走。根据报告，06 年底行业存在 500～600 万库存，07 年 1 月估计会超过 1000 万，希望能够形成一个纲领性的文件，让彩管行业好好生存。所有企业在行业的决定下工作，最近听说几家 LCD 企业要联手，我觉得行业联手行为是对的，希望在座各位老总群策群力，尽快消化行业 1000 万库存。

会长：从全球来看，显示行业正处于胶着状态，FPD 发展到了一个转型期，LCD 全球投入的高峰期已经过去，现在进入第二阶段（整合阶段）。2010 年 LCD 的总产能应该能定住了，原来我们悲观预计到 2010 年 LCD 有 1.7 亿，CRT7000 万，现在觉得未必如此（预计 LCD 产能在 8000～9000 万），不会达到 1 亿以上。全球 TV 需求为 2.2 亿台，其中 1.1 亿为 FPD，CRT 有 1.1 亿（以中国企业为主），东南亚生产线会逐步减少（07 年中国 CPT 供应可能会上升到 60%，东南亚 30%，其它 10%）。中国企业应坐在一起，存大同，去小异，联手是主题。目前五大彩电厂联手，力度很大，我们彩管行业分析自己的行业比较多，对彩电、LCD 及全球分析比较少。07 年是新的一年，大家应该指定行业规矩。

主持人：大家都面临困难（包括 SDI），但是没对造成目前困难的原因分析，彩电厂联手，彩管库存从 7 月猛涨，材料价格全面涨价，现在的库存都是高价下采购的材料，成本压力很大，因此应当联手。

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00047659

**以下各个公司老总就会议议题发言**

永新：支持行业协会的决定，希望行业能够联合应对，面对生存的窘境，在法律方面可以考虑少一些，建议协会可以统一价格，控制产量；FPD 也限产，上海 TFT 原来计划扩产 70%～80%，现在产能也萎缩。

赛格：全厂计划停产 20 天，其后根据情况停产 10 天。( 杨国钧秘书长从 1 月 1 日开始不再负责赛格的彩管销售，主要销售代理日立液晶屏。)

华飞：公司对库存的要求比较高，元旦前已经停产 1 周，春节前后会根据品种停产 2 周或者更久。认为行业协调还是有一定作用力，华飞会从自身及行业利益出发控制产销存。

LPD： LPD 韩国今年 1 季度将停产 4 条线 ( 1 月停 3 条，4 条生产线其中 2.5 条是 CPT 线 )，部分订单及生产计划将向华飞及长沙转移，中国工厂地位较之之前更为重要，行业一定要控制库存。

LG：12 月 21"/25"停产 10 天。行业成员各自分头停产的力度不够，建议行业统一安排停产；

中华： 07 年福州工厂计划生产 450~600 万只，品种是 14" 及 21".目前福州共有 8 条生产线，已经改造 1 条生产 14"CPT ( 产能 160 万/年 )，2 条生产 21"CPT ( 产能 120 万/条/年 )( 07 年 7 月份以后计划用生产 CDT 短管的技术生产 21"短管 )，另还

CHU00047660

计划改造第 4 条线，不过要看 08 年后市场情况来定.福州工厂投产 CPT 后，马来西亚中华将减少部分产量，预计若干年以后，中华映管只能保存一个工厂，但因为早期建厂时设备等受到海关监管，监管期还没有达到，所以关闭的时间将是一个较长的预期。中华的口号是"战到最后的一兵一卒"。华映原有五家 CPT 工厂，现在只剩中国福州、马来西亚（先后关闭台湾桃园、英国、台湾杨梅），华映目前在中国有 6 家工厂，其中包括有 LCD 模组，还收购厦华，做整机业务，下一步不排除建立新的整机厂（目前和京东方也在谈洽）。

SDI：三星是严格按照订单生产，逐步安排停产；SDI 认为竞争对手是 LCD，是彩管行业库存最少的。

彩虹：重视上海会议精神，限产维持 10～20 天，会根据此次会议精神安排产销存。行业协会为国家及行业做出了很大贡献，但就目前行业情况应做出一些约束，要前瞻性的了解如何使行业走出困境。并且建议行业协会更名，如"显示器件行业协会"等等，吸收新会员，扩大视野。

北京松下：呼吁上下游一起开会，最好有彩电厂牵头。要让彩电厂认识到维持 CRT 行业发展是 TV 厂的重要命题。03 年的时候，北松原计划在北京再盖工厂，最后取消了决议，现在看来是明智的。希望华映也能考虑，在向福州工厂转移的同事，马来西亚工厂调整产能，整体平衡。同时建议马来西亚工厂多往欧洲出口。（马来西亚有关税优势，中国——欧洲 14/马来西亚——欧洲 7.9），06 年北松加大出口力度，出口占销售 55%。北松元旦停 3 天，目前北松有 130 多个型号，库存比较

CHU00047661

难控制，今年要专门清理品种，提高整体对应市场的能力。希望 07 年行业能控制产销平衡，行业要增加出口，增强全球竞争力。关于申请国家恢复出口退税的事宜，以前行业所做的工作没有对准目标，目前已经联系了一个财政部下属的咨询公司进行推广，如果成功，将要收取一定费用，不成功分文不取。

杨秘书长：此次会议方针： 限产、压库、保价

范会长： 会议形成新闻稿，以便大家统一口径。( 注意信息安全和信息宣传，会议内容不要外传。)

07 年春节期间停产时间及预期库存

| | 2 月 | 预计 2 月底库存量 |
|---|---|---|
| 赛格日立 | 10 日~28 日 | 40 万 |
| 上海永新 | 16 日~28 日 | 40 万 |
| 南京华飞 | 16 日~28 日 | 30 万 |
| 长沙 LG | 10 日~25 日 | 25 万 |
| 中华映管 | 15 日~28 日 | 0 |
| 三星 SDI | 15 日~28 日 | 20 万 |
| 彩虹 | 15 日~28 日 | 50 万 |
| 北京松下 | 16 日~25 日 | 50 万 |

会议决定：春节后召开行业部长会议。

CONFIDENTIAL – GRAND JURY MATERIAL



STATE of NEW YORK          )
                           )          ss:
COUNTY of NEW YORK         )

### *CERTIFICATE OF ACCURACY*

This is to certify that the attached document, *"CHU00047663 - CHU00047674"* originally written in *Chinese* is to the best of our knowledge and belief, a true, accurate and complete translation into *English*.

Dated: December 17, 2014

*Allison Carey*
Allison Carey
Consortra Translations

Sworn to and signed before ME this
17TH day of December,
2014.

Notary Public

JAMES G. MAMERA
Notary Public- State of New York
No. 01MA6157195
Qualified In New York County
My Commission Expires December 4, 2018

Your
legal
translation
partner



# 2007 Q1 CRT Industry General Managers Conference

Xi'an
January 23, 2007

CONFIDENTIAL – GRAND JURY MATERIAL

# Conference Agenda

9:00-9:30 President Xing's Welcome Speech and Conference Chairman's Welcome Speech

9:30-10:00 Report on Industry's Current Status

10:00-11:00 Statements by Industry Leaders

12:20- Luncheon Reception Hosted by Irico

[auto date]

CONFIDENTIAL – GRAND JURY MATERIAL                                    CHU00047664E_Translation

# Conference Topics

- Review and analysis of market demand and supply for 2006

- Data for 2007 Q1 and market forecast for 2007

- Strengthening  communication and cooperation in CRT industry; together welcoming market challenges

- Collective planning of long-term development for CRT industry

[auto date]

CONFIDENTIAL – GRAND JURY MATERIAL

# 2006 Demand and Supply Analysis

- In 2006, our industry showed growth in a recovery mode.  Compared with 2005, there was an 11.5% increase in production; 6.7% increase in sales; 3.87% decrease in domestic sales; and a 128% increase in inventory.
- The restructuring and closing in overseas CRT makers caused a 27% increase in export (including same day import and export activities at the same port). However, due to the 2006 CRT import far exceeded the forecasted amount (net import 11.12M), which is a result of mostly  the CRT dumping effect from Malaysia and Thailand (factories in these two countries have been closed by the end of 2006; the effect will be limited for 2007.), the volume of imports has far exceeded expectation in 2006 .
- Because color TV makers made purchases in advance  in the second Quarter, and cleared the strategic inventory  in the fourth Quarter, this year has seen neither a weak off-season nor a strong  peak season.
- Because the changes in supply and demand have made the CRT inventory  to increase every month in the fourth season, reaching over 3,000,000 by the end of the year.

[auto date]

CONFIDENTIAL – GRAND JURY MATERIAL                    CHU00047666E_Translation

# 2006 Market  Supply and Demand Analysis

2006 Supply and Demand Trend of Color TV and CRT

Color TV Makers' Production Forecast

Unit of measure:10,000 pieces/10,000 sets

| Month | 06.01 | 06.02 | 06.03 | 06.04 | 06.05 | 06.06 | 06.07 | 06.08 | 06.09 | 06.10 | 06.11 | 06.12 | Estimate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CHONGHONG | 70 | 53 | 50 | 52 | 47 | 58 | 62 | 61 | 80 | 80 | 80 | 90 | 783 |
| SKYWORTH | 60 | 28 | 32 | 55 | 55 | 52 | 68 | 73 | 80 | 85 | 76 | 78 | 742 |
| KONKA | 75 | 40 | 35 | 60 | 50 | 67 | 70 | 74 | 90 | 100 | 105 | 105 | 871 |
| TTE | 95 | 60 | 107 | 111 | 90 | 95 | 92 | 113 | 119 | 120 | 110 | 95 | 1207 |
| HI SENSE | 55 | 13 | 20 | 50 | 45 | 59 | 50 | 65 | 75 | 75 | 72 | 80 | 659 |
| HAIER | 45 | 15 | 20 | 30 | 25 | 30 | 45 | 51 | 70 | 45 | 50 | 60 | 486 |
| Above Total | 400 | 209 | 264 | 358 | 312 | 361 | 387 | 437 | 514 | 505 | 493 | 508 | 4748 |
| Projected Total Color TV Production | 533 | 322 | 406 | 519 | 446 | 501 | 545 | 652 | 714 | 673 | 657 | 635 | 6604 |
| Net import of CRT | 80 | 70 | 76 | 87 | 75 | 77 | 405 | 125 | 132 | 110 | 90 | 85 | 1112 |
| Available domestic CRT quantity | 453 | 252 | 330 | 432 | 371 | 424 | 440 | 527 | 582 | 563 | 567 | 550 | 5492 |

CRT Production Forecast

| | 06.01 | 06.02 | 06.03 | 06.04 | 06.05 | 06.06 | 06.07 | 06.08 | 06.09 | 06.10 | 06.11 | 06.12 | Estimate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| THOMSON | 75 | 59 | 69 | 80 | 69 | 78 | 83 | 99 | 100 | 93 | 86 | 80 | 971 |
| LPD-HE | 60 | 61 | 64 | 66 | 57 | 71 | 78 | 80 | 79 | 81 | 80 | 75 | 852 |
| LPD-OG | 57 | 54 | 60 | 58 | 60 | 64 | 59 | 64 | 63 | 62 | 63 | 50 | 714 |
| NOVEL | 51 | 36 | 30 | 31 | 33 | 43 | 44 | 43 | 48 | 41 | 50 | 42 | 492 |
| LRLOO | 99 | 79 | 109 | 117 | 111 | 130 | 130 | 135 | 135 | 135 | 132 | 112 | 1424 |
| BMOC | 71 | 63 | 75 | 74 | 72 | 77 | 82 | 83 | 77 | 88 | 80 | 70 | 912 |
| SDI | 78 | 62 | 68 | 79 | 92 | 96 | 105 | 105 | 105 | 102 | 96 | 79 | 1067 |
| SEG | 46 | 37 | 48 | 50 | 46 | 51 | 53 | 50 | 59 | 57 | 59 | 55 | 611 |
| Projected Total CRT Production | 537 | 451 | 523 | 555 | 540 | 640 | 634 | 659 | 666 | 659 | 646 | 563 | 7043 |
| Net export | 64 | 78 | 95 | 87 | 82 | 81 | 97 | 97 | 98 | 89 | 70 | 56 | 994 |
| Current Month Difference between CRT Import and CRT Export | 16 | -8 | -19 | 0 | -7 | -4 | 8 | 28 | 34 | 21 | 20 | 29 | |
| Domestic Supply of CRT | 473 | 373 | 428 | 468 | 458 | 529 | 537 | 562 | 568 | 570 | 576 | 507 | 6049 |
| Monthly Difference between Supply and Demand | 20 | 121 | 98 | 36 | 87 | 105 | 97 | 35 | -14 | 7 | 9 | -43 | |
| CRT Inventory | 159 | 280 | 378 | 414 | 501 | 606 | 703 | 738 | 724 | 730 | 739 | 696 | |
| Inventory per Industry Exchanged Data | 154 | 196 | 244 | 263 | 238 | 231 | 225 | 198 | 169 | 170 | 221 | 317 | |
| Grey Inventory | 5 | 84 | 134 | 151 | 263 | 375 | 478 | 540 | 555 | 560 | 518 | 379 | |

[auto date]

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00047667E_Translation

# 2006 Market Supply and Demand Analysis Chart



Available domestic CRT quantity          CRT domestic supply quantity

CRT Inventory          Inventory per Industry Exchanged Data
[auto date]

CONFIDENTIAL – GRAND JURY MATERIAL

# 2006 CRT Supply and Demand Balancing Chart



[auto date]

CONFIDENTIAL – GRAND JURY MATERIAL

# 2007 Q1 Market Forecast

- Currently, most makers have not made definite production plans for the rest of Q1. If the CRT industry continues to operate at full load, the supply and demand situation will further deteriorate. In addition, the impact of price surge in raw materials will cause crisis for CRT sales in Q1 in 2007.

- With the 2007 Chinese Lunar New Year being in late February, the peak season for color TV sales will be later than previous years. At the same time, color TV makers are even more cautious about the purchase of CRT and color TV productions, in order to reach their goal of limiting production and control inventory.

- In 2007, there will be more companies entering the Chinese CRT industry.  The production capacity will  increase 12.7% more than 2006 (10,800,000 pieces).

[auto date]

# 2007 Market Supply and Demand Analysis

2007 Supply and Demand Trend for Color TV and CRT

Color TV Makers' Production Forecast

Unit of Measure: 10,000 pieces/10,000 sets

| Month | 07.01 | 07.02 | 07.03 | 07.04 | 07.05 | 07.06 | 07.07 | 07.08 | 07.09 | 07.10 | 07.11 | 07.12 | Estimate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CHONGHONG | 50 | 20 | 20 | 40 | 50 | 50 | 50 | 50 | 80 | 75 | 75 | 90 | 650 |
| SKYWORTH | 50 | 25 | 30 | 50 | 50 | 50 | 55 | 65 | 80 | 85 | 80 | 80 | 700 |
| KONKA | 70 | 50 | 50 | 60 | 50 | 70 | 70 | 80 | 100 | 120 | 120 | 110 | 950 |
| TTE | 95 | 60 | 100 | 110 | 90 | 95 | 90 | 100 | 110 | 120 | 120 | 110 | 1200 |
| H SENSE | 50 | 15 | 20 | 50 | 45 | 50 | 50 | 65 | 75 | 75 | 75 | 80 | 650 |
| HAI ER | 45 | 15 | 20 | 30 | 30 | 30 | 45 | 50 | 60 | 60 | 60 | 55 | 500 |
| Total Above | 360 | 185 | 240 | 340 | 315 | 345 | 360 | 410 | 505 | 535 | 530 | 525 | 4650 |
| Projected total Color TV Production | 486 | 285 | 369 | 493 | 450 | 486 | 514 | 621 | 711 | 733 | 716 | 665 | 6529 |
| CRT net import | 50 | 30 | 30 | 50 | 60 | 60 | 80 | 80 | 80 | 80 | 50 | 50 | 700 |
| Available domestic CRT | 436 | 255 | 339 | 443 | 390 | 426 | 434 | 541 | 631 | 653 | 666 | 615 | 5829 |

CRT Production Forecast

| | 07.01 | 07.02 | 07.03 | 07.04 | 07.05 | 07.06 | 07.07 | 07.08 | 07.09 | 07.10 | 07.11 | 07.12 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| THOMSON | 65 | 55 | 65 | 80 | 70 | 80 | 85 | 95 | 95 | 100 | 100 | 100 | 990 |
| LPD-HE | 65 | 50 | 60 | 65 | 55 | 70 | 75 | 80 | 80 | 80 | 80 | 78 | 838 |
| LPD-OG | 45 | 40 | 50 | 60 | 60 | 60 | 60 | 60 | 65 | 65 | 65 | 65 | 695 |
| NOVEL | 25 | 25 | 30 | 35 | 35 | 45 | 45 | 45 | 50 | 50 | 50 | 50 | 485 |
| LRLOO | 100 | 80 | 130 | 140 | 140 | 130 | 140 | 140 | 140 | 140 | 140 | 140 | 1560 |
| BMOC | 70 | 40 | 50 | 70 | 65 | 70 | 80 | 80 | 80 | 90 | 90 | 90 | 875 |
| SDI | 65 | 60 | 70 | 80 | 80 | 80 | 85 | 90 | 90 | 100 | 100 | 100 | 1000 |
| SEG | 50 | 35 | 50 | 50 | 50 | 50 | 50 | 50 | 60 | 60 | 60 | 55 | 620 |
| CPT | 10 | 20 | 20 | 30 | 40 | 45 | 45 | 50 | 50 | 50 | 50 | 50 | 460 |
| Projected Total CRT Production | 495 | 405 | 525 | 610 | 595 | 630 | 665 | 690 | 710 | 735 | 735 | 728 | 7523 |
| Net export | 60 | 70 | 90 | 90 | 85 | 90 | 100 | 100 | 100 | 100 | 70 | 60 | 1015 |
| Current Month Difference between CRT Import and CRT Export | -10 | -40 | -60 | -40 | -25 | -30 | -20 | -20 | -20 | -20 | -20 | -10 | |
| Domestic Supply of CRT | 435 | 335 | 435 | 520 | 510 | 540 | 565 | 590 | 610 | 635 | 665 | 668 | 6508 |
| Monthly Difference between Supply and Demand | -1 | 80 | 96 | 77 | 120 | 114 | 131 | 49 | -21 | -18 | -1 | 53 | |
| CRT Inventory | 695 | 775 | 871 | 948 | 1068 | 1182 | 1313 | 1362 | 1340 | 1322 | 1321 | 1375 | |
| Inventory per Industry Exchanged Data | 400 | 350 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | |
| Grey Inventory | 295 | 425 | 571 | 648 | 768 | 882 | 1013 | 1062 | 1040 | 1022 | 1021 | 1075 | |

[auto date]

# 2007 Industry Supply and Demand Analysis Chart



Available domestic CRT          Domestic CRT supply

CRT Inventory          Inventory per Industry Exchanged Data

[auto date]

# 2007 Summary of the Global Supply and Demand Relationship for CRT/Color TV

- With worldwide CRT industry reducing production and closing lines/plants , it is estimated that by 2006, the worldwide CRT supply will be approximately 160,000,000 pieces. Compared with the worldwide CRT demand of 150,000,000 sets of color TV, the CRT's supply and demand relationship maintains a state of equilibrium.
- The Chinese CRT industry's position in the worldwide market is becoming increasingly more prominent, accounted for nearly 50% of the worldwide supply.



| Color Picture Tube Supply | Color TV Production | Color TV Demand | Europe | America | Asia/Pacific Region | China |

[auto date]

CONFIDENTIAL – GRAND JURY MATERIAL

# Thank You, Everyone!

[auto date]

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00047674E_Translation

CONFIDENTIAL – GRAND JURY MATERIAL

CHU0047663



# 2007年Q1彩管行业总经理会议

西安
2007年1月23日

[auto date]

CONFIDENTIAL – GRAND JURY MATERIAL

# 会议议程

9:00 ~ 9:30  邢总致欢迎辞、会长讲话

9:30 ~ 10:00  行业现状通报

10:00 ~ 11:00  与会领导发言

12:20 ~          彩虹设午宴

[auto date]

CHU00047664

CONFIDENTIAL – GRAND JURY MATERIAL

# 会议议题

☞ 2006年市场供求分析回顾

☞ 2007年Q1及2007年市场预测

☞ 彩管行业加强沟通与协作,共同迎接市场挑战

☞ 共谋彩管行业长远发展

[auto date]

CHU00047665

CONFIDENTIAL – GRAND JURY MATERIAL

# 2006年供求关系分析

•2006年行业处于恢复性增长。产量比2005年同比增长11.5%，销量同比增长6.7%，内销同比减少３.８７%；库存同比增长128%。

•国外彩管重组和关闭，使得国内彩管出口（包括一日游）增长27%。但是2006年彩管进口量大于预期值(净进口1112万)，主要受马来西亚和泰国向国内倾销彩管的影响(由于此两地工厂已于'06年末关闭,对'07年影响有限)

•由于彩电厂在第二季度提前采购，在第四季度消化战略库存，使得本年度彩管销售呈现淡季不淡，旺季不旺的局面。

•由于供求变化使得彩管库存在第四季度逐月上升，截止年底超过300万。

CHU0047666

CONFIDENTIAL – GRAND JURY MATERIAL

# 2006年市场供求分析表

## 2006年彩电彩管供求趋势

彩电厂生产预测　　　　　　　　　　　　　　　　　　　万只/万台

| 月份 | 06.01 | 06.02 | 06.03 | 06.04 | 06.05 | 06.06 | 06.07 | 06.08 | 06.09 | 06.10 | 06.11 | 06.12 | 累计 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CHONGHONG | 70 | 53 | 50 | 52 | 47 | 58 | 62 | 61 | 80 | 80 | 80 | 90 | 783 |
| SKYWORTH | 60 | 28 | 32 | 55 | 55 | 52 | 68 | 73 | 80 | 85 | 76 | 78 | 742 |
| KONKA | 75 | 40 | 35 | 60 | 50 | 67 | 70 | 74 | 90 | 100 | 105 | 105 | 871 |
| TTF | 95 | 60 | 107 | 111 | 90 | 95 | 92 | 113 | 119 | 120 | 110 | 95 | 1207 |
| H.SENSE | 55 | 13 | 20 | 50 | 45 | 59 | 50 | 65 | 75 | 75 | 72 | 80 | 659 |
| HAIER | 45 | 15 | 20 | 30 | 25 | 30 | 45 | 51 | 70 | 45 | 50 | 60 | 486 |
| 以上 TOTAL | 400 | 209 | 264 | 358 | 312 | 361 | 387 | 437 | 514 | 505 | 493 | 508 | 4748 |
| 彩电生产推总 | 533 | 322 | 406 | 519 | 446 | 501 | 645 | 652 | 714 | 673 | 657 | 635 | 6604 |
| 其中净进口彩管量 | 80 | 70 | 76 | 87 | 75 | 77 | 105 | 125 | 132 | 110 | 90 | 85 | 1112 |
| 可使用国产彩管量 | 453 | 252 | 330 | 432 | 371 | 424 | 440 | 527 | 582 | 563 | 567 | 550 | 5492 |

彩管生产预测

| | 06.01 | 06.02 | 06.03 | 06.04 | 06.05 | 06.06 | 06.07 | 06.08 | 06.09 | 06.10 | 06.11 | 06.12 | 累计 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| THOMSON | 75 | 59 | 69 | 80 | 69 | 78 | 83 | 99 | 100 | 93 | 86 | 80 | 971 |
| LPD-HF | 60 | 61 | 64 | 66 | 57 | 71 | 78 | 80 | 79 | 81 | 80 | 75 | 852 |
| LPD-CG | 57 | 54 | 60 | 58 | 60 | 64 | 59 | 64 | 63 | 62 | 63 | 50 | 714 |
| NOVEL | 51 | 36 | 30 | 31 | 33 | 43 | 44 | 43 | 48 | 41 | 50 | 42 | 492 |
| LRLCO | 99 | 79 | 109 | 117 | 111 | 130 | 130 | 135 | 135 | 135 | 132 | 112 | 1424 |
| BMCC | 71 | 63 | 75 | 74 | 72 | 77 | 82 | 83 | 77 | 88 | 80 | 70 | 912 |
| SDI | 78 | 62 | 68 | 79 | 92 | 96 | 105 | 105 | 105 | 102 | 96 | 79 | 1067 |
| SEG | 46 | 37 | 48 | 50 | 46 | 51 | 53 | 50 | 59 | 57 | 59 | 55 | 611 |
| 彩管生产推总 | 537 | 451 | 523 | 555 | 540 | 640 | 634 | 659 | 666 | 659 | 646 | 563 | 7043 |
| 净出口 | 64 | 78 | 95 | 87 | 82 | 81 | 97 | 97 | 98 | 89 | 70 | 56 | 994 |
| 本月彩管进出口差 | 16 | -8 | -19 | 0 | -7 | -4 | 8 | 28 | 34 | 21 | 20 | 29 | |
| 彩管国内供应量 | 473 | 373 | 428 | 468 | 458 | 529 | 537 | 562 | 568 | 570 | 576 | 507 | **6049** |
| 每月供求差 | 20 | 121 | 98 | 36 | 87 | 105 | 97 | 35 | -14 | 7 | 9 | -43 | |
| CRT库存量 | 159 | 280 | 378 | 414 | 501 | 606 | 703 | 738 | 724 | 730 | 739 | 696 | |
| 行业变势需割库存 | 154 | 196 | 244 | 263 | 238 | 231 | 225 | 198 | 169 | 170 | 221 | 317 | |
| 所色库存 | 5 | 84 | 134 | 151 | 263 | 375 | 478 | 540 | 555 | 560 | 518 | 379 | |

[auto date]

CHU00047667

CONFIDENTIAL – GRAND JURY MATERIAL



# 2006年市场供求分析图

万只

CHU0047668

[auto date]

CONFIDENTIAL – GRAND JURY MATERIAL

# 2006年彩管供求关系平衡图



CHU0047669

CONFIDENTIAL – GRAND JURY MATERIAL

# 2007年Q1市场预测

• 目前各家尚未对后续1Q的生产作出明确的计划，如果CRT行业仍满负荷生产，供求关系将进一步恶化，并且受原材料涨价影响，2007年Q1彩管销售将出现危机。

• 2007年的春节在2月中下旬，彩电销售旺季比往年延迟，同时彩电厂的彩管采购和彩电生产将更加谨慎,以限产压库为宗旨。

• 2007年中国彩管行业会有新加入者，产能将比2006年增加12.7%（1080万只）。

[auto date]

CHU00047670

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00047671

# 2007年市场供求分析表

## 2007年CRT彩电彩管供求趋势

彩电厂生产预测　　　　　　　　　　　　　　　　　　　　万只/万台

| 月份 | 07.01 | 07.02 | 07.03 | 07.04 | 07.05 | 07.06 | 07.07 | 07.08 | 07.09 | 07.10 | 07.11 | 07.12 | 预计 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CHONGHONG | 50 | 20 | 20 | 40 | 50 | 50 | 50 | 50 | 80 | 75 | 75 | 90 | 650 |
| SKYWORTH | 50 | 25 | 30 | 50 | 50 | 50 | 55 | 65 | 80 | 85 | 80 | 80 | 700 |
| KONKA | 70 | 50 | 50 | 60 | 50 | 70 | 70 | 80 | 100 | 120 | 120 | 110 | 950 |
| TTE | 95 | 60 | 100 | 110 | 90 | 95 | 90 | 100 | 110 | 120 | 120 | 110 | 1200 |
| HISENSE | 50 | 15 | 20 | 50 | 45 | 50 | 50 | 65 | 75 | 75 | 75 | 80 | 650 |
| HAIER | 45 | 15 | 20 | 30 | 30 | 30 | 45 | 50 | 60 | 60 | 60 | 55 | 500 |
| 以上 TOTAL | 360 | 185 | 240 | 340 | 315 | 345 | 360 | 410 | 505 | 535 | 530 | 525 | 4650 |
| 彩电生产推总 | 486 | 285 | 369 | 493 | 450 | 486 | 514 | 621 | 711 | 733 | 716 | 665 | 6529 |
| 其中净进口彩管量 | 50 | 30 | 30 | 50 | 60 | 60 | 80 | 80 | 80 | 80 | 50 | 50 | 700 |
| 可使用国产彩管量 | 436 | 255 | 339 | 443 | 390 | 426 | 434 | 541 | 631 | 653 | 666 | 615 | 5829 |

彩管生产预测

| 月份 | 07.01 | 07.02 | 07.03 | 07.04 | 07.05 | 07.06 | 07.07 | 07.08 | 07.09 | 07.10 | 07.11 | 07.12 | 预计 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| THOMSON | 65 | 55 | 65 | 80 | 70 | 80 | 85 | 95 | 95 | 100 | 100 | 100 | 990 |
| LPD-HF | 65 | 50 | 60 | 65 | 55 | 70 | 75 | 80 | 80 | 80 | 80 | 78 | 838 |
| LPD-OG | 45 | 40 | 50 | 60 | 60 | 60 | 60 | 60 | 65 | 65 | 65 | 65 | 695 |
| NOVEL | 25 | 25 | 30 | 35 | 35 | 45 | 45 | 45 | 50 | 50 | 50 | 50 | 485 |
| LRLCO | 100 | 80 | 130 | 140 | 140 | 130 | 140 | 140 | 140 | 140 | 140 | 140 | 1560 |
| BMCC | 70 | 40 | 50 | 70 | 65 | 70 | 80 | 80 | 80 | 90 | 90 | 90 | 875 |
| SDI | 65 | 60 | 70 | 80 | 80 | 80 | 85 | 90 | 90 | 100 | 100 | 100 | 1000 |
| SEG | 50 | 35 | 50 | 50 | 50 | 50 | 50 | 50 | 60 | 60 | 60 | 55 | 620 |
| OPT | 10 | 20 | 20 | 30 | 40 | 45 | 45 | 50 | 50 | 50 | 50 | 50 | 460 |
| 彩管生产推总 | 495 | 405 | 525 | 610 | 595 | 630 | 665 | 690 | 710 | 735 | 735 | 728 | 7523 |
| 净出口 | 70 | 70 | 90 | 90 | 85 | 90 | 100 | 100 | 100 | 100 | 70 | 60 | 1015 |
| 本月彩管进出口差 | -10 | -40 | -60 | -40 | -25 | -30 | -20 | -20 | -20 | -20 | -20 | -10 | |
| 彩管国内供应量 | 435 | 335 | 435 | 520 | 510 | 540 | 565 | 590 | 610 | 635 | 665 | 668 | 6508 |
| 每月供求差 | -1 | 80 | 96 | 77 | 120 | 114 | 131 | 49 | -21 | -18 | -1 | 53 | |
| CRT库存量 | 695 | 775 | 871 | 948 | 1068 | 1182 | 1313 | 1362 | 1340 | 1322 | 1321 | 1375 | |
| 行业交换资料库存 | 400 | 350 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | |
| 预备库存 | 295 | 425 | 571 | 648 | 768 | 882 | 1013 | 1062 | 1040 | 1022 | 1021 | 1075 | |

[auto date]

# 2007年市场供求分析图



CONFIDENTIAL – GRAND JURY MATERIAL

CHU0004767

CONFIDENTIAL – GRAND JURY MATERIAL

# 2007年全球彩管/彩电供求关系总述

● 全球彩管线体的减产及关闭线体,预计到2006年,全球彩管可供应量约有1亿6千万只,相比CRT彩电全球1亿5千万台的总需求量,彩管供求关系保持基本平衡状态.

● 中国彩管在全球的市场地位越来越重要. 供应量接近50%.



CHU0004767

CONFIDENTIAL – GRAND JURY MATERIAL



CHU0004767 4