# EXHIBIT 64



April 18, 2022

**Certification**

                **Welocalize Translations**

**TRANSLATOR'S DECLARATION:**

I, Connie Wong, hereby declare:

That I possess advanced knowledge of the Chinese (Traditional Chinese) and English (United States). The attached Chinese (Traditional Chinese) into English (United States) translation has been translated by me and to the best of my knowledge and belief, it is a true and accurate translation of the document with bates number: [CHU00031044].

_____

[Connie Wong]

Project Number: Project #BOBA_2204_P10001

15 W. 37th Street 4th Floor
New York, NY 10018
212.581.8870

[TRANSLATION]

[Handwritten:] ~~Chung~~ [Crossed out by hand]/ Yu

*CPTF* Sales Department    Visitation Report

Meeting Topic:   Mainland China *CDT* Market Exchange

Time:   '00/09/14    Location: Changsha

Meeting Attendees:
*CPTF*: Director Jing-Song (Jason) Lu, Wei-Lie Yu
*IRICO*: Vice Department Manager Shao-Jie Wang
*SDD:* Section Chief Zhen Yang, Section Chief Jun Cui/*TSDI*,
*BMCC:* Manager Xin-Wen Huang
*LG*: Department Manager Ya-Ping Yang/*LG* Changsha, Section Chief Yi-Xiang Fang; Vice President Sung Yuol Shin/Shenzhen Office
*ORION*: Myong Doel Park/*korea*, Representative Jae Guil Kim /Shanghai office
*PHS*: Director Dong Liu

Content:

I.   00. *OCT - NOV* exchange on production, sales and inventory figures of Mainland China *CDT* (see attachment 1).

II.  Explanation:

  1. *SDI*:
  - Affected by the decrease of 17" *CDT* orders from its major customers *ACER/DELTA/TSEC/EMC*, there is still a small amount of inventory in this month. In accordance with the agreement, 15" will still stop production for a week. But indicated that since its 15"*CDT*x1*L* had converted to 17"*CDT* in Korea, it needed to communicate with the headquarters as to whether the production reduction should still be arranged at its plant in Mainland China. The market for domestic sales is booming.

  - Indicated that the Shenzhen plant will utilize 17"*RF*/17"*Normal*/19"*CDT*x1*L* starting '01.2, among which mass production will be arranged for 17"*RF* with 1/2*L* production capacities.

  - *SDI* is expected to utilize 17"*RF*x8*Lines* [Underlined by hand] starting next year. 15"*CDT*x3*Lines* will be utilized each in *Malaysia/Korea/CHN* respectively. Will stop production of *Mini* tubes in '00.9. Whether or not to use new types of tubes for delivery is not confirmed.
    [Handwritten above underlined text:] Should be the total of 17"/19"*RF* tube production lines

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL
FINAL TRANSLATION

Tab 55

CHU00031044.01E
Translation

- Indicated that the domestic sales ratio of Shenzhen plant and Tianjin plant is 40% and 30% respectively (calculated with the total volume of *CDT + CPT*).

2. *PHS*:
- The *CDT*×3*L* (14"×1*L*, 15×2*L*) shifted from Taiwan are currently in the process of utilizing mass production in succession (9/*E*, 10/*M*, 10/*E*). Among these, 14"×1*L* will be converted to 17"*CDT*×1*L* in October (to achieve the target for domestic sale demand), namely starting from '00.10, 14"*CDT*×1*L*; 15"*CDT*×3*L*; 17"*CDT*×1*L* will be utilized for production. [Handwritten above text:] The production lines that shifted from Chubei must be 100% for export sales.

- Additionally, the two lines currently in Taiwan will also be shifted to Mainland China starting October of this year. It is estimated that the mass production of (15"/17"*CDT*, each 1*L*) can be utilized starting '01.3 - 4.

- According to the investment application for this line-shifting project by Huafei, the products are required to be 100% for export sales. So starting October, the 14"*CDT* (converted from the 1*L* shifting line) will temporarily not be available for domestic sale (under the current environment of the campaign against smuggling, it is planned to temporarily sell the products of this shifting line ×3*L* overseas). According to Director Liu, presently Huafei actually does not have the right to sell domestically (including the first stage of 2*L*). However, <u>under the support of the local government and the customs, its domestic sales were achieved</u> [Underlined by hand] (based on the market exchange information, currently the ratio of its domestic sale is over 70%).

3. *IRICO* (IRICO):
- With the domestic market demand getting vigorous and with its inducing orders by low prices, the number of its mainland China customers with domestic transaction need has been increased. The total inventory of 15"*CDT*

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL            CHU00031044.02E

FINAL TRANSLATION                                     Translation

has somewhat decreased. However, it declined to comment when questioned by Samsung that its actual inventory number should be much higher than the current informed number. At present, it still sticks to its old way of doing things as far as the market price is concerned, and has not adjusted its price according to the common understanding of the market. [Handwritten above text:] According to *SDI*, *IRICO*'s inventory still reaches 300*K*.

- The 17"*CDT*×1*L* jointly invested with *TSB* is expected to utilize in '01 *Q*3 - *Q*4. The *CDT* joint venture project is estimated to have total of 3 - 4*L* production lines; all will be utilized by shifting the old lines from Japan.

4. *ORION*:
- With the weakening of the 14"*CM* market (*AOC*), indicated that will only deliver 25*k/m* to *AOC* in the future. 14" *bulb* from Mainland Anyang was not led in smoothly due to its overall quality issues and delivery time.

- Affected by the order increases of Mainland China Weihai and Daewoo, the follow up deliveries of 15"/17"*CDT* have gradually increased (15": 10-20*k/m*; 17": 5-8*k/m*). At present, Mainland China still considers *AOC* as its main delivery subject.

- The *B* tubes were sold through a Korean *agent* before. The situation got out of control and the B tubes flowed to Mainland China. This kind of transactions has been stopped since *Q*2. Quite sure that there is no Daewoo *B* tube at the current market.

- Also indicated that the trading price with *AOC/EMC*17"(*tco*) is @*usd*84. Its price gap of *tco/mpr*2 is *usd*2/*pc*.

- The joint venture project with Mainland China has not been proceeding well due to the financial issues of the Chinese party. Presently is trying to look for new partners.

5. *LG*:
- The *LG* Changsha (*LGESG*) was established in '94.8 with *LG* and the domestic capital *share*55% and 45% respectively. At present, the first phase (21"*CPT*×1*L*; 21"/25"*CPT*×1*L*; 25"*CPT*×1*L*) and the second phase (29"/33"*CPT*, Mass production in '00.7) of the project have been completed and production has been started. The designed production capacities are 3,500*k/Y* & 1,000*k/Y* respectively.

- For the third phase 15"/17"*CDT*×1*L*(*C'TY*: 2,000*k/Y*), it is expected to have mass production in Q2-Q3 of next year. The mass production target is 300*k*/'01. In addition, also planned to set up lines of mass production for 15"/17"*RF*(*C'TY*: 2,000*k/Y*×1*L* and 29"*LFT* (*C'TY*: 1,700*k/Y*) ×1*L*.

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

FINAL TRANSLATION

CHU00031045.01E

Translation

- Because of quality issues, hasn't had transaction with *ADI* since Q2 of the first half of this year. Delivered 1*m* [Handwritten: "Delivery to *CTX*"] in 1999. Up to now, only 180*K* in '00. Whether the future orders can be realized or increased depends on the order situation from *Kfc*.

  [Handwritten:] Yu claimed that with regard to Taiwan makers, it is retreating in defeat again and again, except *AOC*.

6. *BMCC:* Already confirmed that the 15"/17"*CDT*×1*L* equipment will be installed in '01/*E*. Formal mass production (*C"TY*: 2,000*K/Y*) will be in '02/*M*. Also, its top management has intended to again set up and utilize 17"*CDT* (*RF*) ×1*L* in '02/*E* (converted from 21"*CPT* production line).

III. The next *CDT* meeting is scheduled to be hosted by *CPTF* in Fuzhou on 10/12 *PM* 3:00.

- End of report –

[Handwritten: "Respectfully"] Submitted to:
   Senior Manager
   Director
   President

   [Handwritten:]
   Sales Department Director Cheng
   Vice president

[Initialed:] Peng *SEP* 20/2*K*

[Initialed:] Jing-Song (Jason) Lu 9/18'00

[Signed:] Wei-Lie Yu 9/18'00

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL                CHU00031045.02E

FINAL TRANSLATION                                 Translation

| | Type | Prod | '00.08.Sale | | | E/s | Prod | '00.09.Sale | | | E/s | Prod | '00.10.Sale | | | E/s | Prod | '00.11.Sale | | | E/s |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Ttl | Local | Export | | | Ttl | Local | Export | | | Ttl | Local | Export | | | Ttl | Local | Export | |
| Philips | 14"(Local) | 79 | 79 | 49 | 30 | 0 | 100 | 100 | 60 | 40 | 0 | 0 | 60 | 0 | 0 | 0 | 0 | 60 | 0 | 0 | 0 |
| | 15"(Local) | 81 | 81 | 81 | 0 | 0 | 100 | 100 | 100 | 0 | 0 | 0 | 100 | 63 | 37 | 0 | 0 | 120 | 63 | 57 | 0 |
| | 15"(Import) | | 86 | | 86 | | | 90 | | 90 | | | 50 | | 50 | | | 50 | | 0 | |
| | 17"(Import) | | 103 | 0 | 103 | | | 100 | | 100 | | | 80 | 20 | 60 | | | 80 | | 0 | |
| SDI | 14"(Local) | 86 | 86 | 41 | 45 | 0 | 80 | 80 | 40 | 40 | 0 | 80 | 80 | 40 | 40 | 0 | 75 | 75 | 35 | 40 | 0 |
| | 14"(Import) | | | | 0 | | | | | 0 | | | | | 0 | | | | | 0 | |
| | 15"(Local) | 165 | 165 | 75 | 90 | 0 | 165 | 165 | 70 | 95 | 0 | 200 | 200 | 80 | 120 | 0 | 210 | 210 | 70 | 40 | 0 |
| | 15"(Import) | | 215 | | 215 | | | 230 | | 230 | | | 230 | | 230 | | | 230 | | 230 | |
| | 17"(Local) | 122 | 110 | 46 | 64 | 12 | 120 | 130 | 60 | 70 | 2 | 110 | 110 | 40 | 70 | 0 | 130 | 130 | 50 | 80 | 0 |
| | 17"(Import) | | 247 | | 0 | | | 0 | | 0 | | | 0 | | 0 | | | 0 | 0 | 0 | |
| CPT | 14"(Local) | 144 | 141 | 0 | 141 | 12 | 100 | 100 | | 100 | 12 | 0 | 130 | | 130 | 0 | 0 | 130 | | 130 | 0 |
| | 14"(Import) | | 160 | | 160 | | | 140 | | 140 | | | 120 | | 120 | | | 100 | | 100 | |
| | 15"(Local) | 208 | 207 | 140 | 67 | 16 | 234 | 234 | 130 | 104 | 16 | 0 | 280 | | 280 | 0 | 0 | 300 | | 300 | 0 |
| | 15"(Import) | | 300 | | 300 | | | 330 | | 330 | | | 350 | | 350 | | | 350 | | 350 | |
| | 17"(Import) | | 350 | | 350 | | | 350 | | 350 | | | 320 | | 320 | | | 320 | | 320 | |
| Orion | 14"(Import) | | 23 | | 23 | | | 26 | | 26 | | | 25 | | 25 | | | 25 | | 25 | |
| | 15"(Import) | | 86 | | 86 | 0 | | 111 | | 111 | 0 | | 116 | | 116 | 0 | | 133 | | 133 | 0 |
| | 17"(Import) | | 55 | | 55 | 0 | | 66 | | 66 | 0 | | 60 | | 60 | 0 | | 67 | | 67 | 0 |
| BMCC | 14"(Local) | | | | | | | | | | | | | | | | | | | | |
| IRICO | 15"(Local) | 78 | 118 | 118 | 0 | 59 | 80 | 120 | 120 | 0 | 19 | 80 | 99 | 99 | 0 | 0 | 80 | 80 | 80 | 0 | |
| LG | 14"(Import) | | 0 | | 0 | | | 0 | | 0 | | | 0 | | 0 | | | 0 | | 0 | |
| | 15"(Import) | 0 | 130 | | 130 | | | 150 | | 150 | | | 150 | | 150 | | | 135 | | 135 | |
| | 17"(Import) | 0 | 225 | | 225 | | | 205 | | 205 | | | 220 | | 220 | | | 220 | | 220 | |
| Total | 14"(Local) | 309 | 306 | 90 | 216 | 12 | 280 | 280 | 100 | 180 | 12 | 80 | 270 | 40 | 170 | 0 | 75 | 265 | 35 | 170 | 0 |
| | 14"(Import) | | 183 | 0 | 183 | | | 166 | 0 | 166 | 0 | 0 | 145 | 0 | 145 | 0 | 0 | 125 | 0 | 125 | 0 |
| | 15"(Local) | 532 | 571 | 414 | 157 | 75 | 579 | 619 | 420 | 199 | 35 | 280 | 679 | 242 | 437 | 0 | 290 | 710 | 213 | 397 | 0 |
| | 15"(Import) | | 817 | 0 | 817 | | | 911 | 0 | 911 | 0 | 0 | 896 | 0 | 896 | 0 | 0 | 898 | 0 | 848 | 0 |
| | 17"(Local) | 122 | 110 | 46 | 64 | 12 | 120 | 130 | 60 | 70 | 2 | 110 | 110 | 40 | 70 | 0 | 130 | 130 | 50 | 80 | 0 |
| | 17"(Import) | | 980 | 0 | 733 | | | 721 | 0 | 721 | 0 | 0 | 680 | 20 | 660 | 0 | 0 | 687 | 0 | 607 | 0 |
| | Total | 963 | 2967 | 550 | 2170 | 99 | [Illegible] 79 | 2827 | 580 | 2247 | 49 | 470 | 2780 | 342 | 2378 | 0 | 495 | 2815 | 298 | 2227 | 0 |

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL          CHU00031046E
FINAL TRANSLATION                            Translation

# CPTF 业务部　　洽　访　报　告

**会议主题：大陆 CDT 市场交流**

时间：'00/09/14　　　　地点：长沙

与会人员：

CPTF：吕处长　镜松，余伟列　　　　IRICO：王昭杰副部长
SDD：杨真课长，崔军课长/TSDI,　　　BMCC：黄新闻经理
LG：杨亚平部长/LG 长沙，方一相课长；辛升烈副总经理/ 深圳办事处
ORION：朴明德/korea，金载喆　代表/上海办事处　　PHS：刘东处长

内容：

一、00. OCT-NOV 大陆 CDT 产销存数据交换（如附件一）

二、说明：

*1. SDI:*

- 受其主要客户 ACER/DELTA/TSEC/EMC 17"CDT 订单减少影响，致本月仍有小量库存；15"依约仍停产一周，惟表示在其韩国由 15"CDTx1L 转为 17"CDT 下，仍安排大陆工厂减产一事再与总部沟通；内销市场呈现旺销态势。
- 表示深圳工厂将从'01.2 月稼动 17"RF/17"Normal/19"CDTx1L，其中 17"RF 将以 1/2L 产能安排量产。
- 预计明年起 SDI 将有 **17"RFx8Lines** 稼动，而 15"CDTx3Lines 分别于 Malaysia/Korea/CHN 各 1 线稼动；'00.9 月将停止 Mini 管生产，是否改以新管型替代交货未予确认。
- 表示深圳厂、天津厂目前内销比例各约为 40%、30%（系以 CDT+CPT 总量核计）。

*2. PHS:*

- 台湾 CDTx3L（14"x1L，15x2L）迁移线目前陆续在稼动量产中（9/E、10/M、10/E）而现其中 14"x1L 将于 10 月改制为 17"CDTx1L（以达成内销需求目标）；即从'00.10 起 14"CDTx1L；15"CDTx3L；17"CDTx1L 稼动投产。
- 另台湾现 2 线亦将从今年 10 月开始迁线到大陆，预计从'01.3-4 月起可稼动量产（15"/17"CDT 各 1L）。
- 依华飞该迁移线投资案申请，产品系要求 100%外销，故将从 10 月起 14"CDT（由其中 1L 迁移线改制）暂无法内销（在目前打私环境下，暂规划该迁移线 x3L 产品以外销方式进行）。依刘东处长表示，现华飞 CDT 实质无内销权（含前期 2L），而在当地海关及政府支持下达成内销（依交换市场信息计，目前其内销比例达 70%以上）。

3.　IRICO（彩虹电子）：

- 在内销市场需求趋旺及其低价诱单下，大陆内需交易客户数有所拓展，15"CDT 整

CONFIDENTIAL - GRAND JURY MATERIAL

CHU00031044

体库存状况有所降低；惟三星仍质疑其实际库存量应远高于现交流数字，其不置可否。目前其在市场价格方面仍我行我素，未依市场共识调整价格。
- 与 TSB 合资 17"CDTx1L 预计于'01.Q3-Q4 稼动，CDT 合资案预计共 3—4L 生产线，均将从日本迁移旧线方式进行稼动。

4. ORION：
- 在 14"CM 市场（AOC）减弱下，表示后续仅预计 25k/m 予 AOC；大陆安阳 14"bulb 由于整体品质状况及交期缘故未能顺利导入。
- 受大陆威海大宇订单增加影响，后续 15"/17"CDT 交货渐有成长（15":10-20k/m；17":5-8k/m）；目前大陆仍以 AOC 为其主要交货对象。
- 前 B 管曾由韩国 agent 代理销售，致失控外流到大陆，从 Q2 已开始停止此类交易，确定现市场上应无大宇 B 管。
- 另表示目前与 AOC/EMC17"(tco) 交易价格均为 @usd84，其 tco/mpr2 价差为 usd2/pc。
- 与大陆合资案仍受中方财务问题未能顺利进行，目前试图另寻新的合作伙伴。

5. LG：
- 长沙 LG（LGESG）由 LG 及内资分别 share55%及 45%于'94.8 成立，目前已建成投产第一期（21"CPTx1L；21"/25"CPTx1L；25"CPTx1L）及第二期（29"/33"CPT, '00.7 量产）工程，设计产能分别为 3500k/Y & 1000k/Y。
- 第三期 15"/17"CDTx1L(C'TY:2000k/Y) 预计于明年第 2—3 季量产，量产目标为 300k/'01。另计划'02 年再设线量产 15"/17"RF(C'TY:2000k/Y)x1L 及 29"LFT(C'TY:1700k/Y)x1L。
- 由于品质问题从上半年第二季起即无与 ADI 交易往来（'99 交货 1m；'00.至今仅 180k），后续订单能否达成及或增加将视 Kfc 下单状况。

6. BMCC：已确定于'01/E 开始 15"/17"CDTx1L 设备安装，'02/M 正式量产（C'TY:2000K/Y）；另其高层亦已达成'02/E 再设线稼动 17"CDT(RF)x1L 之意向（从现 21"CPT 生产线改造）。

四、下次 CDT 会议预计于 10/12 PM3:00 由 CPTF 在福州主办。

-以上报告-

敬 呈

　　经理

　　处长

　　总经理

CONFIDENTIAL - GRAND JURY MATERIAL                                    CHU00031045

| | Type | Prod | '00.08.Sale Ttl | '00.08.Sale Local | '00.08.Sale Export | E/s | Prod | '00.09.Sale Ttl | '00.09.Sale Local | '00.09.Sale Export | E/s | Prod | '00.10.Sale Ttl | '00.10.Sale Local | '00.10.Sale Export | E/s | Prod | '00.11.Sale Ttl | '00.11.Sale Local | '00.11.Sale Export | E/s |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Philips | 14"(Local) | 79 | 79 | 49 | 30 | 0 | 100 | 100 | 60 | 40 | 0 | 0 | 60 | 0 | 0 | 0 | 0 | 60 | 0 | 0 | 0 |
| | 15"(Local) | 81 | 81 | 81 | 0 | 0 | 100 | 100 | 100 | 0 | 0 | 0 | 100 | 63 | 37 | 0 | 0 | 120 | 63 | 57 | 0 |
| | 15"(Import) | | 86 | | 86 | | | 90 | | 90 | | | 50 | 20 | 50 | | | 50 | | 0 | |
| | 17"(Import) | | 103 | 0 | 103 | | | 100 | | 100 | | | 80 | 20 | 60 | | | 80 | | 0 | |
| SDI | 14"(Local) | 86 | 86 | 41 | 45 | 0 | 80 | 80 | 40 | 40 | 0 | 80 | 80 | 40 | 40 | 0 | 75 | 75 | 35 | 40 | 0 |
| | 14"(Import) | | | | 0 | | | | | 0 | | | | | 0 | | | | | 0 | |
| | 15"(Local) | 165 | 165 | 75 | 90 | 0 | 165 | 165 | 70 | 95 | 0 | 200 | 200 | 80 | 120 | 0 | 210 | 210 | 70 | 40 | 0 |
| | 15"(Import) | | 215 | | 215 | | | 230 | | 230 | | | 230 | | 230 | | | 230 | | 230 | |
| | 17"(Local) | 122 | 110 | 46 | 64 | 12 | 120 | 130 | 60 | 70 | 2 | 110 | 110 | 40 | 70 | 0 | 130 | 130 | 50 | 80 | 0 |
| | 17"(Import) | | 247 | | 0 | | | 0 | | 0 | | | 0 | | 0 | | | 0 | | 0 | |
| CPT | 14"(Local) | 144 | 141 | 0 | 141 | 12 | 100 | 100 | | 100 | 12 | 130 | 130 | | 130 | 0 | 130 | 130 | | 130 | 0 |
| | 14"(Import) | | 160 | | 160 | | | 140 | | 140 | | | 120 | | 120 | | | 100 | | 100 | |
| | 15"(Local) | 208 | 207 | 140 | 67 | 16 | 234 | 234 | 130 | 104 | 16 | 280 | 280 | | 280 | 0 | 300 | 300 | | 300 | 0 |
| | 15"(Import) | | 300 | | 300 | | | 330 | | 330 | | | 350 | | 350 | | | 350 | | 350 | |
| | 17"(Import) | | 350 | | 350 | | | 350 | | 350 | | | 320 | | 320 | | | 320 | | 320 | |
| Orion | 14"(Import) | | 23 | | 23 | | | 26 | | 26 | | | 25 | | 25 | | | 25 | | 25 | |
| | 15"(Import) | | 86 | | 86 | 0 | | 111 | | 111 | 0 | | 116 | | 116 | 0 | | 133 | | 133 | 0 |
| | 17"(Import) | | 55 | | 55 | 0 | | 66 | | 66 | 0 | | 60 | | 60 | 0 | | 67 | | 67 | 0 |
| BMCC | 14"(Local) | | | | | | | | | | | | | | | | | | | | |
| IRICO | 15"(Local) | 78 | 118 | 118 | 0 | 59 | 80 | 120 | 120 | 0 | 19 | 80 | 99 | 99 | 0 | 0 | 80 | 80 | 80 | 0 | 0 |
| LG | 14"(Import) | | 0 | | 0 | | | 0 | | 0 | | | 0 | | 0 | | | 0 | | 0 | |
| | 15"(Import) | 0 | 130 | | 130 | | | 150 | | 150 | | | 150 | | 150 | 0 | | 135 | | 135 | 0 |
| | 17"(Import) | 0 | 225 | | 225 | | | 205 | | 205 | | | 220 | | 220 | 0 | | 220 | | 220 | 0 |

| | Type | Prod | Ttl | Local | Export | E/s | Prod | Ttl | Local | Export | E/s | Prod | Ttl | Local | Export | E/s | Prod | Ttl | Local | Export | E/s |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 14"(Local) | 309 | 306 | 90 | 216 | 12 | 280 | 280 | 100 | 180 | 12 | 80 | 270 | 40 | 170 | 0 | 75 | 265 | 35 | 170 | 0 |
| | 14"(Import) | | 183 | 0 | 183 | | | 166 | 0 | 166 | 0 | 0 | 145 | 0 | 145 | 0 | 0 | 125 | 0 | 125 | 0 |
| | 15"(Local) | 532 | 571 | 414 | 157 | 75 | 579 | 619 | 420 | 199 | 35 | 280 | 679 | 242 | 437 | 0 | 290 | 710 | 213 | 397 | 0 |
| | 15"(Import) | | 817 | 0 | 817 | | | 911 | 0 | 911 | 0 | 0 | 896 | 0 | 896 | 0 | 0 | 898 | 0 | 848 | 0 |
| | 17"(Local) | 122 | 110 | 46 | 64 | 12 | 120 | 130 | 60 | 70 | 2 | 110 | 110 | 40 | 70 | 0 | 130 | 130 | 50 | 80 | 0 |
| | 17"(Import) | | 980 | 0 | 733 | | | 721 | 0 | 721 | 0 | 0 | 680 | 20 | 660 | 0 | 0 | 687 | 0 | 607 | 0 |
| | Total | 963 | 2967 | 550 | 2170 | 99 | 779 | 2827 | 580 | 2247 | 49 | 470 | 2790 | 342 | 2378 | 0 | 495 | 2815 | 298 | 2227 | 0 |

CONFIDENTIAL - GRAND JURY MATERIAL

CHU00031046