1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-CV-5944-JST |
| | MDL No. 1917 |
| This Document Relates to: | **STIPULATION AND [PROPOSED] ORDER RE: CASE SCHEDULE** |
| *ALL DIRECT PURCHASER ACTIONS* | Judge:     Honorable Jon S. Tigar |

1   Direct Purchaser Plaintiffs ("DPPs") and Defendants Irico Group Corporation and Irico

2   Display Devices Co., Ltd. ("Irico" or the "Irico Defendants," collectively the "Parties"), by and

3   through the undersigned counsel, hereby stipulate as follows:

4   WHEREAS, on January 27, 2023, the Court's Order re Litigation Schedule established the

5   case schedule for the Direct Purchaser Actions (ECF No. 6145);

6   WHEREAS, on August 23, 2023, and pursuant to stipulation, the Court's Order re Case

7   Schedule modified the case schedule for the Direct Purchaser Actions (ECF No. 6265);

8   WHEREAS, the Parties were unable to schedule the deposition of DPPs' economic expert

9   witness, Dr. Phillip M. Johnson, until October 3, 2023;

10  WHEREAS, the Parties agree that modifying the current expert discovery cut-off would

11  accommodate the Parties' efforts to complete expert discovery;

12  WHEREAS, the Parties agree that a short adjustment to the schedule for expert discovery is

13  warranted, would ensure the most efficient use of the Court's time and resources, and would not

14  require changing any other deadlines, including the schedule for *Daubert* motions; and

15  WHEREAS, the Parties agree that good cause exists to set the case schedule and deadlines

16  in the Direct Purchaser Actions as outlined in the chart below, subject to Court approval.

17  THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between counsel for

18  DPPs and the Irico Defendants to set the case schedule as outlined in the chart below.

19  **PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO**

20  **ORDERED THAT THE CASE SCHEDULE AND DEADLINES ARE SET AS FOLLOWS:**

| Category | Event | Current Date | [Proposed] Date |
|---|---|---|---|
| Expert Discovery | Expert discovery cut-off | Friday, September 22, 2023 | Tuesday, October 3, 2023 |

Dated: _____        _____
                                    HONORABLE JON S. TIGAR
                                    UNITED STATES DISTRICT JUDGE

Dated: September 20, 2023

1

STIPULATION AND [PROPOSED] ORDER RE: CASE SCHEDULE; Master File No. 07-CV-5944-JST

| | |
|---|---|
| */s/ R. Alexander Saveri* | */s/ John M. Taladay* |
| R. Alexander Saveri (173102) | John M. Taladay (*pro hac vice*) |
| Geoffrey C. Rushing (126910) | Evan J. Werbel (*pro hac vice*) |
| Matthew D. Heaphy (227224) | Thomas E. Carter (*pro hac vice*) |
| SAVERI & SAVERI, INC. | Andrew L. Lucarelli (*pro hac vice*) |
| 706 Sansome Street | BAKER BOTTS L.L.P. |
| San Francisco, CA 94111 | 700 K Street, N.W. |
| Telephone: (415) 217-6810 | Washington, D.C. 20001 |
| Facsimile: (415) 217-6813 | (202) 639-7700 |
| Email: rick@saveri.com | (202) 639-7890 (fax) |
| grushing@saveri.com | Email: john.taladay@bakerbotts.com |
| mheaphy@saveri.com | evan.werbel@bakerbotts.com |
| | tom.carter@bakerbotts.com |
| *Lead Counsel for Direct Purchaser Plaintiffs* | drew.lucarelli@bakerbotts.com |

*Attorneys for Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.*

| | |
|---|---|
| 1 | **ATTESTATION** |
| 2 | I, John M. Taladay, hereby attest, pursuant to United States District Court, Northern |
| 3 | District of California Civil Local Rule 5-1(h)(3), that each of the other Signatories have |
| 4 | concurred in the filing of this document. |

By:   */s/ John M. Taladay*
     John M. Taladay