# **<u>EXHIBIT 76</u>**

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                      OAKLAND DIVISION
 4
 5   IN RE: CATHODE RAY TUBE (CRT)  ) MASTER FILE NO.
     ANTITRUST LITIGATION           ) CV-07-5944 JST
 6   _____ )
                                    )
 7   THIS DOCUMENT RELATES TO:      )
                                    )
 8   ALL INDIRECT PURCHASER ACTIONS )
     ALL DIRECT PURCHASER ACTIONS   )
 9                                  )
               DEFENDANTS.          )
10   _____ )
11
12
13
14
15          VIDEOTAPED DEPOSITION OF LI MIAO
16                      VOLUME III
17              THURSDAY, MARCH 9, 2023
18                      HONG KONG
19
20
21
22
23       FILE NO.  SF 5759557
24
         REPORTED BY  MARK McCLURE, CRR
25                CAL CSR 12203


                                            Page 234
```

| | | |
|---|---|---|
| 1 | Q.   Are you aware of any sales by Irico to any CRT | 21:58:07 |
| 2 | customer in the United States? | 21:58:14 |
| 3 |         MR. BIRKHAEUSER:  Object to form. | 21:58:30 |
| 4 |         THE WITNESS:  I don't know if products were | 21:58:56 |
| 5 | sold to CRT customers in the United States.  I'm not | 21:58:59 |
| 6 | quite sure about that.  But there have been discussions | 21:59:03 |
| 7 | as to whether we should sell to the customers in the | 21:59:06 |
| 8 | U.S. | 21:59:11 |
| 9 |         We wanted to make that effort, but it was | 21:59:12 |
| 10 | harder, difficult to develop the customers in the U.S., | 21:59:15 |
| 11 | but we have had such discussions. | 21:59:19 |
| 12 |         I was not in charge of the sales so I don't | 21:59:31 |
| 13 | know if, eventually, sales were made to the U.S. or how | 21:59:34 |
| 14 | much sale was generated for the U.S. | 21:59:40 |
| 15 | BY MR. WERBEL: | 21:59:40 |
| 16 |    Q.   But you personally never interacted with any | 21:59:44 |
| 17 | customers in the U.S., is that correct? | 21:59:46 |
| 18 |         MR. BIRKHAEUSER:  Objection to form. | 21:59:54 |
| 19 |         THE WITNESS:  That I'm certain about, that's | 21:59:58 |
| 20 | correct. | 22:00:02 |
| 21 | BY MR. WERBEL: | 22:00:02 |
| 22 |    Q.   You testified earlier today that some of your | 22:00:15 |
| 23 | interactions with customers dealt specifically with | 22:00:18 |
| 24 | various technical issues related to the CRT product. | 22:00:21 |
| 25 |         Do you remember testifying about that? | 22:00:26 |

Page 323