UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 22 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | No.    22-16534 |
| ------------------------------ | D.C. No. 4:07-cv-05944-JST Northern District of California, Oakland |
| INDIRECT PURCHASER PLAINTIFFS, | |
| Plaintiff-Appellee, | ORDER |
| v. | |
| COOPER & KIRKHAM, P.C., | |
| Appellant, | |
| v. | |
| TOSHIBA CORPORATION; TOSHIBA AMERICA, INC.; TOSHIBA AMERICA INFORMATION SYSTEMS, INC.; TOSHIBA AMERICA CONSUMER PRODUCTS, LLC; TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC.; SAMSUNG SDI CO., LTD.; SAMSUNG SDI AMERICA, INC.; SAMSUNG SDI (MALAYSIA) SDN BHD; SAMSUNG SDI MEXICO S.A. DE C.V.; SAMSUNG SDI BRASIL LTDA.; SHENZEN SAMSUNG SDI CO., LTD.; TIANJIN SAMSUNG SDI CO., LTD.; HITACHI, LTD.; HITACHI DISPLAYS, LTD., AKA Japan Display, Inc.; HITACHI AMERICA, LTD; HITACHI ASIA, LTD.; HITACHI ELECTRONIC DEVICES (USA), INC.; PANASONIC | |

CORPORATION, FKA Matsushita Electric
Industrial Co., Ltd. ("MEI"), is a Japanese
entity; PANASONIC CORPORATION OF
NORTH AMERICA; MT PICTURE
DISPLAY CO., LTD; PHILIPS
KONINKLIJKE N.V.; PHILIPS
ELECTRONICS NORTH AMERICA
CORPORATION; PHILIPS TAIWAN
LIMITED; PHILIPS DO BRASIL LTDA.;
THOMSON CONSUMER ELECTRONICS,
INC.; THOMSON SA; TECHNOLOGIES
DISPLAYS AMERICAS LLC,

                    Defendants.

---

In re:  CATHODE RAY TUBE (CRT)          No.    22-16678
ANTITRUST LITIGATION; CATHODE
RAY TUBE (CRT) ANTITRUST            D.C. No. 4:07-cv-05944-JST
LITIGATION,

_____

INDIRECT PURCHASER PLAINTIFFS,

                    Plaintiff-Appellant,

   v.

BONSIGNORE TRIAL LAWYERS, LLC;
GRAY ECHAVARRIA; GLORIA
COMEAUX; COOPER & KIRKHAM, P.C.;
LAW OFFICES OF FRANCIS O.
SCARPULLA,

                    Appellees,

 and

TOSHIBA CORPORATION; TOSHIBA
AMERICA, INC.; TOSHIBA AMERICA

2

INFORMATION SYSTEMS, INC.;
TOSHIBA AMERICA CONSUMER
PRODUCTS, LLC; TOSHIBA AMERICA
ELECTRONIC COMPONENTS, INC.;
SAMSUNG SDI CO., LTD.; SAMSUNG
SDI AMERICA, INC.; SAMSUNG SDI
(MALAYSIA) SDN BHD; SAMSUNG SDI
MEXICO S.A. DE C.V.; SAMSUNG SDI
BRASIL LTDA.; SHENZEN SAMSUNG
SDI CO., LTD.; TIANJIN SAMSUNG SDI
CO., LTD.; HITACHI, LTD.; HITACHI
DISPLAYS, LTD., AKA Japan Display,
Inc.; HITACHI AMERICA, LTD; HITACHI
ASIA, LTD.; HITACHI ELECTRONIC
DEVICES (USA), INC.; PANASONIC
CORPORATION, FKA Matsushita Electric
Industrial Co., Ltd. ("MEI"), is a Japanese
entity; PANASONIC CORPORATION OF
NORTH AMERICA; MT PICTURE
DISPLAY CO., LTD; PHILIPS
KONINKLIJKE N.V.; PHILIPS
ELECTRONICS NORTH AMERICA
CORPORATION; PHILIPS TAIWAN
LIMITED; PHILIPS DO BRASIL LTDA.;
THOMSON CONSUMER ELECTRONICS,
INC.; THOMSON SA; TECHNOLOGIES
DISPLAYS AMERICAS LLC; TOSHIBA
CORPORATION; TOSHIBA AMERICA,
INC.; TOSHIBA AMERICA
INFORMATION SYSTEMS, INC.;
TOSHIBA AMERICA CONSUMER
PRODUCTS, LLC; TOSHIBA AMERICA
ELECTRONIC COMPONENTS, INC.;
SAMSUNG SDI CO., LTD.; SAMSUNG
SDI AMERICA, INC.; SAMSUNG SDI
(MALAYSIA) SDN BHD; SAMSUNG SDI
MEXICO S.A. DE C.V.; SAMSUNG SDI
BRASIL LTDA.; SHENZEN SAMSUNG
SDI CO., LTD.; TIANJIN SAMSUNG SDI
CO., LTD.; HITACHI, LTD.; HITACHI

DISPLAYS, LTD., AKA Japan Display, Inc.; HITACHI AMERICA, LTD; HITACHI ASIA, LTD.; HITACHI ELECTRONIC DEVICES (USA), INC.; PANASONIC CORPORATION, FKA Matsushita Electric Industrial Co., Ltd. ("MEI"), is a Japanese entity; PANASONIC CORPORATION OF NORTH AMERICA; MT PICTURE DISPLAY CO., LTD; PHILIPS KONINKLIJKE N.V.; PHILIPS ELECTRONICS NORTH AMERICA CORPORATION; PHILIPS TAIWAN LIMITED; PHILIPS DO BRASIL LTDA.; THOMSON CONSUMER ELECTRONICS, INC.; THOMSON SA; TECHNOLOGIES DISPLAYS AMERICAS LLC; TOSHIBA CORPORATION; TOSHIBA AMERICA, INC.; TOSHIBA AMERICA INFORMATION SYSTEMS, INC.; TOSHIBA AMERICA CONSUMER PRODUCTS, LLC; TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC.; SAMSUNG SDI CO., LTD.; SAMSUNG SDI AMERICA, INC.; SAMSUNG SDI (MALAYSIA) SDN BHD; SAMSUNG SDI MEXICO S.A. DE C.V.; SAMSUNG SDI BRASIL LTDA.; SHENZEN SAMSUNG SDI CO., LTD.; TIANJIN SAMSUNG SDI CO., LTD.; HITACHI, LTD.; HITACHI DISPLAYS, LTD., AKA Japan Display, Inc.; HITACHI AMERICA, LTD; HITACHI ASIA, LTD.; HITACHI ELECTRONIC DEVICES (USA), INC.; PANASONIC CORPORATION, FKA Matsushita Electric Industrial Co., Ltd. ("MEI"), is a Japanese entity; PANASONIC CORPORATION OF NORTH AMERICA; MT PICTURE DISPLAY CO., LTD; PHILIPS KONINKLIJKE N.V.; PHILIPS ELECTRONICS NORTH AMERICA

CORPORATION; PHILIPS TAIWAN
LIMITED; PHILIPS DO BRASIL LTDA.;
THOMSON CONSUMER ELECTRONICS,
INC.; THOMSON SA; TECHNOLOGIES
DISPLAYS AMERICAS LLC,

          Defendants.

---

In re:  CATHODE RAY TUBE (CRT)
ANTITRUST LITIGATION,

------------------------------

 INDIRECT PURCHASER PLAINTIFFS,

          Plaintiff-Appellee,

  v.

LAW OFFICES OF FRANCIS O.
SCARPULLA,

          Appellant,

  v.

TOSHIBA CORPORATION; TOSHIBA
AMERICA, INC.; TOSHIBA AMERICA
INFORMATION SYSTEMS, INC.;
TOSHIBA AMERICA CONSUMER
PRODUCTS, LLC; TOSHIBA AMERICA
ELECTRONIC COMPONENTS, INC.;
SAMSUNG SDI CO., LTD.; SAMSUNG
SDI AMERICA, INC.; SAMSUNG SDI
(MALAYSIA) SDN BHD; SAMSUNG SDI
MEXICO S.A. DE C.V.; SAMSUNG SDI
BRASIL LTDA.; SHENZEN SAMSUNG
SDI CO., LTD.; TIANJIN SAMSUNG SDI

No.   22-16537

D.C. No. 4:07-cv-05944-JST

CO., LTD.; HITACHI, LTD.; HITACHI
DISPLAYS, LTD., AKA Japan Display,
Inc.; HITACHI AMERICA, LTD; HITACHI
ASIA, LTD.; HITACHI ELECTRONIC
DEVICES (USA), INC.; PANASONIC
CORPORATION, FKA Matsushita Electric
Industrial Co., Ltd. ("MEI"), is a Japanese
entity; PANASONIC CORPORATION OF
NORTH AMERICA; MT PICTURE
DISPLAY CO., LTD; PHILIPS
KONINKLIJKE N.V.; PHILIPS
ELECTRONICS NORTH AMERICA
CORPORATION; PHILIPS TAIWAN
LIMITED; PHILIPS DO BRASIL LTDA.;
THOMSON CONSUMER ELECTRONICS,
INC.; THOMSON SA; TECHNOLOGIES
DISPLAYS AMERICAS LLC,

　　　　　　　　Defendants.

Before:  W. FLETCHER and CLIFTON, Circuit Judges, and KATZMANN,[*]
Judge.

　　　　Appellee Indirect Purchaser Plaintiffs' motion to dismiss the appeal of the

Law Offices of Francis O. Scarpulla (Docket No. 24) is construed as a motion for

summary affirmance and is GRANTED.  *See United States v. Hooton*, 693 F.2d

857, 858 (9th Cir. 1982) (per curiam) ("Where the outcome of a case is beyond

dispute, a motion for summary disposition is of obvious benefit to all concerned.").

---

[*]　　　The Honorable Gary S. Katzmann, Judge for the United States Court
of International Trade, sitting by designation.