Vaughn R Walker
ADR/Law Office of Vaughn R Walker
Four Embarcadero Center, Suite 2200
San Francisco, CA  94111
Tel:  (415) 871-2888
vrw@judgewalker.com

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Relates to:<br><br>*ALL DIRECT PURCHASER ACTIONS*<br><br>*ALL INDIRECT PURCHASER ACTIONS* | Master Case No 07-cv-05944-JST<br><br>MDL No 1917<br><br>**ORDER APPROVING SPECIAL MASTER'S REPORT & RECOMMENDATION ON IRICO'S REQUEST TO EXTEND TIME** |

  Defendants Irico Group Corp and Irico Display Devices Co ltd ("Irico") submitted a September 13, 2023 letter request for a three-week extension to October 13, 2023, to produce responsive information and materials as specified in the Special Master's Second Interim Report & Recommendation on Plaintiffs' Motion for Discovery Sanctions (ECF No 6275). That request is GRANTED.

Date: September 18, 2023

_____
Vaughn R Walker
United States District Judge (Ret)

The Recommended Order of the Special Master is Accepted and Ordered / Denied / Modified.

Date:  October 3, 2023

_____
Honorable Jon S Tigar
United States District Judge