BAKER BOTTS L.L.P.
John M. Taladay (*pro hac vice*)
Evan J. Werbel (*pro hac vice*)
Thomas E. Carter (*pro hac vice*)
Andrew L. Lucarelli (*pro hac vice*)
700 K Street, N.W.
Washington, D.C. 20001
(202)-639-7700
(202)-639-7890 (fax)
Email: john.taladay@bakerbotts.com
     evan.werbel@bakerbotts.com
     tom.carter@bakerbotts.com
     drew.lucarelli@bakerbotts.com

*Attorneys for Defendants
Irico Group Corp. and
Irico Display Devices Co., Ltd.*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-CV-5944-JST |
| | MDL No. 1917 |
| This Document Relates to: | **NOTICE OF WITHDRAWAL OF IRICO DEFENDANTS' OBJECTIONS TO SPECIAL MASTER'S REPORT AND RECOMMENDATION OF SEPTEMBER 1, 2023** |
| *ALL DIRECT PURCHASER ACTIONS* | |
| *ALL INDIRECT PURCHASER ACTIONS* | |
| | Judge:    Honorable Jon S. Tigar |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

On September 15, 2023, defendants Irico Group Corp. and Irico Display Devices Co., Ltd., (collectively "Irico") filed a limited and conditional Objection to the Special Master's Report and Recommendation on Plaintiffs Motion for Sanctions, ECF No. 6275. In that Objection, Irico indicated that it would withdraw its objection should the Special Master grant Irico's pending request for an extension to comply with requirements of the Special Master's Second Interim Report.

On September 18, 2023, the Special Master issued a Report and Recommendation granting Irico's request for a three-week extension to October 13, 2023 to produce responsive information and materials as specified in the Special Master's Second Interim Report. ECF No. 6316. The Court adopted the Special Master's Report and Recommendation on October 3, 2023. ECF No. 6325. Irico therefore WITHDRAWS the Objections to the Special Master's Report and Recommendation pursuant to Local Rule 7-7(e).

Dated: October 3, 2023              Respectfully submitted,

                                    /s/ *John M. Taladay*
                                    BAKER BOTTS L.L.P.
                                    JOHN M. TALADAY
                                    EVAN J. WERBEL
                                    THOMAS E. CARTER
                                    ANDREW L. LUCARELLI
                                    700 K Street, N.W.
                                    Washington, D.C. 20001
                                    202.639.7700
                                    202.639.7890 (fax)
                                    Email: john.taladay@bakerbotts.com
                                           evan.werbel@bakerbotts.com
                                           tom.carter@bakerbotts.com
                                           drew.lucarelli@bakerbotts.com

                                    *Attorneys for Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.*