MARIO N. ALIOTO, ESQ. (56433)
LAUREN C. CAPURRO, ESQ. (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2001 Union Street, Suite 482
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile:  (415) 346-0679
E-mail:     malioto@tatp.com
            laurenrussell@tatp.com

*Lead Counsel for the Indirect-Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL NO. 1917 |
| | Case No. 07-cv-5944-JST |
| This Document Relates to: | [PROPOSED] ORDER GRANTING JOINT MOTION FOR LEAVE TO FILE CERTAIN "CONFIDENTIAL" OR "HIGHLY CONFIDENTIAL" DOCUMENTS IN THE PUBLIC RECORD |
| All Indirect Purchaser Class Actions | |
| All Direct Purchaser Class Actions | |
| | Re: ECF No. 6327 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Before the Court is the Joint Motion for Leave to File Certain "Confidential or "Highly Confidential" Documents in the Public Record (ECF No. 6327).

Having considered all papers filed by the parties, IT IS HEREBY ORDERED THAT the Joint Motion for Leave to File Certain "Confidential" or "Highly Confidential" Documents in the Public Record is GRANTED. Irico documents containing the Bates prefix "IRI-SU" that were created less than five years ago are excluded from this Order.

IT IS SO ORDERED this  13th  day of          October          , 2023.

_____
Hon. Jon S. Tigar
United States District Judge

1

~~PROPOSED~~ ORDER GRANTING MOTION FOR LEAVE TO FILE CERTAIN "CONFIDENTIAL" OR "HIGHLY CONFIDENTIAL" DOCUMENTS IN THE PUBLIC RECORD
MDL No. 1917; Case No. 07-cv-5944-JST