UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 16 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITigation, <br><br>-------------------------------<br><br>INDIRECT PURCHASER PLAINTIFFS,<br><br>        Plaintiff - Appellee,<br><br> v.<br><br>LAW OFFICES OF FRANCIS O. SCARPULLA,<br><br>        Appellant,<br><br> v.<br><br>TOSHIBA CORPORATION; et al.,<br><br>        Defendants. | No. 22-16537<br><br>D.C. No. 4:07-cv-05944-JST<br>U.S. District Court for Northern California, Oakland<br><br>**MANDATE** |

The judgment of this Court, entered September 22, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT