UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917<br><br>Case No. 07-cv-05944-JST |
| This order relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS | **ORDER TERMINATING DUPLICATIVE MOTION; ORDER CONTINUING HEARING DATES**<br><br>Re: ECF No. 6198, 6225, 6239–49, 6251–60, 6261 |

Defendants Irico Group Corporation and Irico Display Devices Co., Ltd. (collectively, "Irico") have moved for summary judgment. The redacted version of their motion appears at ECF No. 6225, and the unredacted version appears at ECF No. 6261. Because the Court will cite the unredacted version as necessary in any order ruling on the motion, the Clerk is directed to terminate ECF No. 6225 as duplicative.

The hearing on Irico's motion for summary judgment is continued to December 14, 2023.

The hearings on the parties' motions in limine, ECF Nos. 6239–49 & 6251–60, are continued to the pretrial conference on February 2, 2024.

**IT IS SO ORDERED.**

Dated: October 24, 2023



JON S. TIGAR
United States District Judge