CHRISTOPHER A. NEDEAU (CBN: 81297)
NEDEAU LAW PC
154 Baker Street
San Francisco, CA  94117
T: (415) 516-4010
E: cnedeau@nedeaulaw.net

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**<br><br>This Document Relates to:<br><br>*All Actions* | Master Case No. 4:07-cv-5944-JST<br><br>MDL No. 1917<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

1  PLEASE TAKE NOTICE that Christopher A. Nedeau of Nedeau Law PC submits this Notice of Withdrawal of Counsel for objectors Rockhurst University, Gary Talewsky, and Harry Garavanian. Mr. Nedeau also requests that his name be removed from all ECF service lists in this action. Rockhurst University, Gary Talewsky, and Harry Garavanian remain represented by counsel Theresa D. Moore, Robert J. Bonsignore, and Jill Tan Lin.

October 27, 2023                                      Respectfully submitted,

                                             */s/ Christopher A. Nedeau*
                                             Christopher A. Nedeau (CBN: 81297)
                                             NEDEAU LAW PC
                                             154 Baker Street
                                             San Francisco, CA  94117
                                             T: (415) 516-4010
                                             E: cnedeau@nedeaulaw.net