R. Alexander Saveri (173102)
    *rick@saveri.com*
Geoffrey C. Rushing (126910)
    *grushing@saveri.com*
Matthew D. Heaphy (227224)
    *mheaphy@saveri.com*
David Y. Hwu (281780)
    *dhwu@saveri.com*
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone:  (415) 217-6810
Facsimile:  (415) 217-6813

*Lead Counsel for Direct Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-CV-5944-JST |
| | MDL No. 1917 |
| This Document Relates to: | **DIRECT PURCHASER PLAINTIFFS' NOTICE OF POST-DISTRIBUTION ACCOUNTING** |
| *ALL DIRECT PURCHASER ACTIONS* | Judge:      Honorable Jon S. Tigar |

PLEASE TAKE NOTICE that in accordance with the United States District Court, Northern District of California's *Procedural Guidance for Class Action Settlements* (Nov. 1; modified Dec. 5, 2018 and Aug. 4, 2022), available at https://www.cand.uscourts.gov/forms/procedural-guidance-for-class-action-settlements/ ("*Guidance*"), and section J of the Standing Order for All Civil Cases Before District Judge Jon S. Tigar (July 7, 2023), Direct Purchaser Plaintiffs hereby submit the following Post-Distribution Accounting regarding the distribution of settlement funds authorized by the Court's Order Granting Direct Purchaser Plaintiffs' Motion for Order Authorizing Distribution of Settlement Funds, ECF No. 6018 (May 26, 2022). Checks were issued to eligible claimants on July 20, 2022. Declaration of Derek Smith re: Payments to Approved Claimants from the Net Settlement Funds ¶ 3 ("Smith Decl."), submitted herewith. Approximately 133 checks were subsequently reissued upon request. *Id.* ¶ 5. The last reissued check become stale on October 10, 2023. *Id.*

| Requested Information[1] | Response | Source |
|---|---|---|
| Total settlement fund | **$212,200,000.00** | ECF No. 5169 at 3 |
| Total number of class members | Unknown | n/a |
| Total number of class members to whom notice was sent and not returned as undeliverable | **16,307** potential class members via USPS and 791 via email on 6/7/2012 (Chunghwa and Philips notice) | ECF No. 1323-2 ¶¶ 4–5 |
| | **16,333** potential class members via USPS and 872 via email on 9/10/2012 (Panasonic notice) | ECF No. 1464-2 ¶¶ 4–5 |
| | **16,601** potential class members via USPS and 872 via email on 11/27/2012 (LG notice) | ECF No. 1573-2 ¶¶ 4–5 |
| | **16,618** potential class members via USPS and 872 via email on 4/1/2013 (Toshiba notice) | ECF No. 1757-2 ¶¶ 4–5 |
| | **16,895** potential class members via USPS and 873 via email on 4/28/2014 (Hitachi and Samsung notice) | ECF No. 2728-2 ¶¶ 4–5 |

[1] *See Guidance*, Post-Distribution Accounting ¶ 1(a).

DIRECT PURCHASER PLAINTIFFS' NOTICE OF POST-DISTRIBUTION ACCOUNTING;
Master File No. 07-CV-5944-JST

| Requested Information[1] | Response | Source |
|---|---|---|
| | **16,914** potential class members via USPS and 872 via email on 6/26/2015 (Thomson notice) | ECF No. 4091-2 ¶¶ 4–5 |
| | **16,941** potential class members via USPS and 873 via email on 9/11/2015 (first claims notice) | ECF No. 4114-2 ¶¶ 4–5 |
| | **18,038** potential class members via USPS and 873 via email on 11/23/2015 (litigated class notice) | ECF No. 4330 ¶¶ 4–5 |
| | **14,594** potential class members via USPS and 1,277 via email on 2/27/2017 (Mitsubishi and second claims notice) (19,609 notices sent less 5,185 returned as undeliverable plus 170 re-mailed; 1,343 emails sent less 66 bounce-backs) | ECF Nos. 5126 ¶¶ 5–6, 5163-2 ¶¶ 3–4 |
| Number and percentage of claim forms submitted | **4,080 (27.96%** of total number of 14,594 potential class members to whom notice was sent via USPS on 2/27/2017 and not returned as undeliverable) | ECF No. 6005-1 ¶ 7 |
| Number and percentage of opt-outs | **33** class members opted out of one or more settlements, including: | ECF No. 6005-1 ¶ 5 |
| | **23** from the Chunghwa and Philips settlements (**0.14%** of 16,307 potential class members sent notice via USPS on 6/7/2012) | ECF No. 1323-2 ¶ 9, Ex. C |
| | **20** from the Panasonic settlement (**0.12%** of 16,333 potential class members sent notice via USPS on 9/10/2012) | ECF No. 1464-2 ¶ 9, Ex. C |
| | **23** from the LG settlement (**0.14%** of 16,601 potential class members sent notice via USPS on 11/27/2012) | ECF No. 1573-2 ¶ 9, Ex. C |
| | **23** from the Toshiba settlement (**0.14%** of 16,618 potential class | ECF No. 1757-2 ¶ 9, Ex. C |

| Requested Information[1] | Response | Source |
|---|---|---|
| | members sent notice via USPS on 4/1/2013) | |
| | **21** from the Hitachi and Samsung settlements (**0.12%** of 16,895 potential class members sent notice via USPS on 4/28/2014) | ECF No. 2728-2 ¶ 9, Ex. C |
| | **16** from the Thomson settlement (**0.09%** of 16,914 potential class members sent notice via USPS on 6/26/2015) | ECF No. 4091-2 ¶ 9, Ex. C |
| | **19** from the litigated class and Mitsubishi settlement (**0.11%** of 18,038 potential class members sent notice via USPS on 11/23/2015) | ECF No. 4330 ¶ 10, Ex. D; *see also* ECF No. 5099 at 2–3 |
| Number and percentage of objections | **0** to Chunghwa and Philips settlements | ECF No. 1323-2 ¶ 10 |
| | **0** to Panasonic settlement | ECF No. 1464-2 ¶ 10 |
| | **0** to LG settlement | ECF No. 1573-2 ¶ 10 |
| | **0** to Toshiba settlement | ECF No. 1757-2 ¶ 10 |
| | **0** to Hitachi and Samsung settlements | ECF Nos. 2728-2 ¶ 10, 2728-3 ¶ 3 |
| | **0** to Thomson settlement | ECF No. 4091-2 ¶ 10 |
| | **0** to Mitsubishi settlement | ECF Nos. 5163-1 ¶ 2, 5163-2 ¶ 5 |
| Average recovery per claimant | **$77,600.05** | Smith Decl. ¶ 3 |
| Median recovery per claimant | **$28.00** | Smith Decl. ¶ 3 |
| Maximum recovery per claimant | **$16,840,421.47** | Smith Decl. ¶ 3 |
| Minimum recovery per claimant | **$10.00** | Smith Decl. ¶ 3 |
| Methods of notice to class members | USPS, email, *New York Times*, *Wall Street Journal*, settlement website | ECF No. 6005-1 ¶¶ 3–4 |
| Methods of payment to class members | Paper checks sent via UPS, USPS | Smith Decl. ¶ 3 |
| Number of checks not cashed | **369** | Smith Decl. ¶ 4 |
| Value of checks not cashed | **$88,408.06** | Smith Decl. ¶ 4 |

| Requested Information[1] | Response | Source |
|---|---|---|
| Amounts distributed to each cy pres recipient | n/a | n/a |
| Administrative costs | **$1,847,620.35** of which $485,513.73 were notice costs, $1,291,445.86 were claims costs, and $70,660.76 were estimated future administration costs | ECF No. 6005-1 ¶ 5, Ex. C |
| Attorneys' fees and costs | **$69,116,104.52** of which $63,660,000.00 were fees and $5,344,093.19 were non-administrative costs ($5,456,104.52 less notice costs of $112,011.33 accounted for above) | ECF Nos. 4311 at 6, 5169 at 8 |
| Attorneys' fees in terms of percentage of the settlement fund | **30%** | ECF Nos. 4311 at 4, 5169 at 5 |
| Plaintiffs' counsel's updated lodestar total | **$55,147,522.45** | ECF No. 5169 at 5 |
| Lodestar multiplier | **0.8823** for first fee application | ECF No. 4311 at 5 |
| | **2.152** for second fee application | ECF No. 5169 at 5 |
| | **1.154** combined | ECF No. 5169 at 5 |

The remainder of the funds previously authorized for distribution will be held in the Settlement Administrator's distribution account and may be claimed by authorized claimants who did not cash their settlement check payments, until such time that the Court authorizes a further distribution.

Following the filing of this Notice of Post-Distribution Accounting, it will be posted on the CRT settlement website (www.CRTDirectPurchaserAntitrustSettlement.com) maintained by the Settlement Administrator. *See Guidance*, Post-Distribution Accounting ¶ 1.

Dated: October 31, 2023

Respectfully submitted,

/s/ *R. Alexander Saveri*
R. Alexander Saveri (173102)
Geoffrey C. Rushing (126910)
Matthew D. Heaphy (227224)
David Y. Hwu (281780)
SAVERI & SAVERI, INC.

4

706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Lead Counsel for Direct Purchaser Plaintiffs*

DIRECT PURCHASER PLAINTIFFS' NOTICE OF POST-DISTRIBUTION ACCOUNTING;
Master File No. 07-CV-5944-JST