# EXHIBIT D

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | ) MDL NO. 1917 </br> ) </br> ) Case No. 07-cv-5944-JST |
| This Document Relates to: </br> Indirect Purchaser Class Action | ) </br> ) </br> ) **AUTHENTICITY DECLARATION** </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) The Honorable Jon S. Tigar </br> ) </br> ) |

I, Spencer Ramsey, declare as follows:

1. I am currently employed by Philips North America LLC ("Philips") as the Head of Brand Licensing, Intellectual Property & Standards. I have been employed by Philips for 30 years. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify thereto.

2. Attached hereto as Attachment A are true and correct copies of the following documents produced by Philips (collectively, the "Records"):

    a. PHLP-CRT-154896-98

    b. PHLP-CRT-155234-36

    c. PHLP-CRT-172663-67

    d. PHLP-CRT-010948 (Deposition Exhibit No. 2262)

    e. PHLP-CRT-010945-47 (Deposition Exhibit No. 2263)

3. Philips maintained the Records in the regular course of its business.

4. The Records were produced in this litigation by Philips in response to discovery requests propounded by Plaintiffs.

5. The Records are true and correct duplicate copies of original records maintained by Philips in Philips' files.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 17 day of October 2023, at Charlotte, NC.



AUTHENTICITY DECLARATION
MDL No. 1917; Case No. 07-cv-5944-JST

SGR/6338787.2