UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAGO, INC., et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>HITACHI AMERICA, LTD., et al.,<br><br>　　　　Defendants. | Case No.  07-cv-05944-JST<br><br>**CLERK'S JUDGEMENT**<br><br>Re: Dkt. No. 6335 |

　　Pursuant to the Order Granting Final Approval of Class Action Settlement with Defendant Mitsubishi Electric Corporation signed November 6, 2023, judgment is hereby entered.

　　**IT IS SO ORDERED AND ADJUDGED.**

Dated: Monday, November 6, 2023

　　　　　　　　　　　　　　　　　　　Mark B. Busby
　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　Mauriona Lee, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　Honorable JON S. TIGAR