**BAKER BOTTS** L.L.P.

| | 700 K STREET, N.W.<br>WASHINGTON, D.C.<br>20001<br><br>TEL +1 202.639.7700<br>FAX +1 202.639.7890<br>BakerBotts.com | AUSTIN<br>BRUSSELS<br>DALLAS<br>DUBAI<br>HOUSTON<br>LONDON | NEW YORK<br>PALO ALTO<br>RIYADH<br>SAN FRANCISCO<br>SINGAPORE<br>**WASHINGTON** |

November 13, 2023

John Taladay
TEL: 2026397909
FAX: 2026391165
john.taladay@bakerbotts.com

VIA CAND CM/ECF

Honorable Judge Tigar
Oakland Courthouse
Courtroom 6, 2nd Floor
1301 Clay Street
Oakland, CA 94612

Re:   MDL No. 1917 In Re: Cathode Ray Tube (CRT) Antitrust Litigation, No. 4:07-cv-05944-JST

Dear Honorable Tigar,

We are writing as counsel to Irico Group Corp. and Irico Display Devices Co., Ltd. ("Irico Defendants"), in reference to ECF No. 6334 (Indirect Purchaser Plaintiffs' ("IPPs") Motion for Leave to File Surreply in Opposition to Irico's Motion for Summary Judgment ("Motion")) and ECF No. 6341 (Order re Motion) issued by Your Honor earlier today.

IPPs filed their Motion on November 3, 2023, as a regular motion under Local Rule ("L.R.") 7-2, with a noticed hearing date and time (December 14, 2023 at 2:00 pm) and a memorandum of points and authorities. *See* ECF No. 6334. Under the procedures governing motions filed pursuant to L.R. 7-2, the Irico Defendants would have 14 days, i.e., until November 17, 2023, to file an Opposition pursuant to L.R. 7-3(a). The Irico Defendants have been intending and preparing to do so.

Neither IPPs' Motion nor the docket entry for the Motion gave any indication that the Motion was filed as an administrative motion under L.R. 7-11. Moreover, IPPs did not comply with the stipulation/declaration requirement for an administrative motion. *See* L.R. 7-11(a) (an administrative motion must be accompanied "by either a stipulation under Civil L.R. 7-12 or by a declaration that explains why a stipulation could not be obtained"). Further, IPPs noticed a hearing date consistent with a normal motion. Nonetheless, recognizing that IPP's Motion could have been (and, based on our research on motions for leave to file surreplies, should have been) filed as an administrative motion, on November 7, 2023, an assistant from our office called Ms. Mauriona Lee, Courtroom Deputy, requesting clarity on whether the Motion would be treated as a regular motion with a 14-day deadline, or an administrative motion with a four-day deadline, per L.R. 7-11(b)). Our assistant was informed by Ms. Lee that, because the IPPs had filed their Motion as a regular motion with a hearing date, it would be regarded as a regular motion with a normal opposition due within 14 days of the motion's filing.

**BAKER BOTTS** LLP

Honorable Judge Tigar - 2 - November 13, 2023

       The Order issued by the Court today referred to IPPs' Motion as unopposed and granted IPPs' request. However, based on the above, Irico respectfully requests that the Court permit Irico to file its Opposition to the Motion by November 17, 2023 in compliance with L.R. 7-3(a) and fully consider the Opposition before entertaining IPPs' proposed Surreply.

       Respectfully,

*/s/ John M. Taladay*
John M. Taladay

JT