UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This order relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS | MDL No. 1917<br><br>Case No. 07-cv-05944-JST<br><br>**ORDER VACATING ECF NO. 6341 AND SETTING BRIEFING DEADLINE REGARDING ECF NO. 6334**<br><br>Re: ECF Nos. 6334, 6341, 6342 |

Indirect Purchaser Plaintiffs ("IPPs") seek leave to file a sur-reply to respond to evidentiary objections raised by Defendants Irico Group Corporation and Irico Display Devices Co., Ltd. (collectively, "Irico") in their reply in support of their motion for summary judgment. ECF No. 6334. The Court considered IPPs' motion to be an administrative motion and granted the motion as unopposed. ECF No. 6341. Irico subsequently submitted a letter stating that they intended to oppose the motion by November 17, 2023, as if it were a regularly noticed motion. ECF No. 6342. The Court will allow Irico an opportunity to file an opposition, and the order entered at ECF No. 6341 is hereby vacated. Irico's opposition to IPPs' motion for leave to file a sur-reply is due by November 17, 2023. Unless otherwise ordered, the motion will then be taken under submission without further briefing or argument.

**IT IS SO ORDERED.**

Dated: November 14, 2023



JON S. TIGAR
United States District Judge