BAKER BOTTS L.L.P.
John M. Taladay (*pro hac vice*)
Evan J. Werbel (*pro hac vice*)
Thomas E. Carter (*pro hac vice*)
Andrew L. Lucarelli (*pro hac vice*)
700 K Street, N.W.
Washington, D.C. 20001
(202)-639-7700
(202)-639-7890 (fax)
Email: john.taladay@bakerbotts.com
       evan.werbel@bakerbotts.com
       tom.carter@bakerbotts.com
       drew.lucarelli@bakerbotts.com

*Attorneys for Defendants*
*Irico Group Corp. and*
*Irico Display Devices Co., Ltd..*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL INDIRECT PURCHASER ACTIONS | Master File No. 07-cv-05944-JST<br><br>MDL No. 1917<br><br>**DECLARATION OF EVAN J. WERBEL IN SUPPORT OF DEFENDANTS IRICO GROUP CORP. AND IRICO DISPLAY DEVICES CO., LTD.'S OPPOSITION TO INDIRECT PURCHASER PLAINTIFFS MOTION FOR LEAVE TO FILE SURREPLY IN OPPOSITION TO IRICO'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:         December 14, 2023<br>Time:        2:00 pm<br>Judge:      Hon. Jon S. Tigar<br>Courtroom: 6, 2nd Floor |

I, Evan J. Werbel, declare as follows:

1. I am a member of the bar of the District of Columbia and admitted to practice before this Court *pro hac vice*. I am an attorney with Baker Botts L.L.P., which represents Defendants Irico Group Corporation ("Irico Group") and Irico Display Devices Co., Ltd. ("Irico Display") (collectively, "Irico" or the "Irico Defendants") in this action. I make this Declaration in support of Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.'s Opposition to Indirect Purchaser Plaintiffs' ("IPPs') Motion for Leave to File Surreply in Opposition to Irico's Motion for Summary Judgment. If called as a witness, I could and would testify to the matters set forth in this declaration of my own personal knowledge.

2. Attached hereto as Exhibit 1 is a true and correct copy of a document created by counsel for Irico for the convenience of the Court and the parties. Attorneys working under my supervision filtered Irico's August 30, 2023 Objections to IPPs' Trial Exhibits to isolate Exhibits 4, 5, 8-14, 16, 17, 20, and 25 to IPPs' Opposition to Irico's Motion for Summary Judgment. Irico's Objections to those documents are identified in in the column titled "Objections." The number 401/402 in that column indicates that Irico objected to the document's relevance. The number 403 indicates that Irico objected to the document on the grounds that its' relevance was substantially outweighed by its prejudicial effect. The number 802 indicates that Irico objected to the document as hearsay. The number 805 indicates that Irico objected to the document as hearsay-within-hearsay. The number 901 indicates that Irico objected to the authenticity of the document.

3. Attached hereto as Exhibit 2 is a true and correct copy of a June 20, 2014 letter from Tiffany Gelott, counsel for Koninklijke, Philips N.V. and Philips Electronics North America Corporation (the "Philips Defendants") confirming the production of documents by the Philips Defendants to IPP counsel bearing Bates numbers PHLP-CRT-145616-177308, which includes Exhibits 4, 5, and 10 to IPPs' Opposition to Irico's Motion for Summary Judgment.

//

//

//

I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of November, 2023, in Washington, D.C.

*/s/ Evan J. Werbel*

Evan J. Werbel (*pro hac vice*)
BAKER BOTTS L.L.P.
700 K Street, N.W.
Washington, D.C. 20001
Phone: (202)-639-7700
Fax: (202)-639-7890
Email: evan.werbel@bakerbotts.com

*Attorney for Defendants*
*IRICO GROUP CORP. and*
*IRICO DISPLAY DEVICES CO., LTD.*