# EXHIBIT 1

| Temporary Trial Ex. No. | Deposition Ex. No. | Beg Bates | End Bates | Production Beg Bates | Objection(s) |
|---|---|---|---|---|---|
| | | PHLP-CRT-154896 | PHLP-CRT-154898 | | 802; 805; |
| | | PHLP-CRT-155234 | PHLP-CRT-155236 | | 802; 805; |
| | | PHLP-CRT-172663 | PHLP-CRT-172667 | | 802; 805; |
| | | BBYCRT053101 | BBYCRT053101 | | 802; No Foundational Testimony; 403; |
| | | CC0118601 | CC0118619 | | 802; No Foundational Testimony; |
| 2262 | 2262 | PHLP-CRT-010948 | PHLP-CRT-010948 | | 802; 805; |
| 1108 | 1108 | CHU00029191 | CHU00029194 | | 805; |
| | | MTPD-0573273 | MTPD-0573273 | | No Certified Translation; |
| | | MTPD-0523073 | MTPD-0523079 | | No Certified Translation; |
| | | CHU00572096 | CHU00572097 | | No Certified Translation; |
| | | CRT001238 | CRT001260 | | 901;802; No Foundational Testimony; |
| | | CRT001134 | CRT001175 | | 901;802; No Foundational Testimony; |
| | | CRT001176 | CRT001190 | | 901;802; No Foundational Testimony; |
| 8572 | 8572 | CHU00124400 | CHU00124402 | | 802; No Foundational Testimony; 401/402; 403; |
| | | CHU00689067; CHU00689069 | CHU00689068; CHU00689193 | | No Certified Translation |

*Irico Defendants reserve the right to modify or supplement these objections as circumstances warrant.*