# **EXHIBIT 2**

# BAKER BOTTS L.L.P.

THE WARNER
1299 PENNSYLVANIA AVE., N.W.
WASHINGTON, D.C. 20004

TEL +1 202.639.7700
FAX +1 202.639.7890
www.bakerbotts.com

ABU DHABI
AUSTIN
BEIJING
DALLAS
DUBAI
HONG KONG
HOUSTON
LONDON
MOSCOW
NEW YORK
PALO ALTO
RIYADH

**WASHINGTON, D.C.**

June 20, 2014

Tiffany Gelott
TEL: 202.639.7766
FAX: 202.508.9333
tiffany.gelott@bakerbotts.com

Michael P. Kenny, Esq.
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
*Counsel for Dell Inc. and Dell Products L.P.*

Paul McVoy
Milberg LLP
One Pennsylvania Plaza
49th Floor
New York, NY 10119
*Interim Lead Counsel for Indirect Purchaser Plaintiffs*

Rick Saveri, Esq.
Saveri & Saveri, Inc.
706 Sansome Street
San Francisco, CA 94111
*Interim Lead Counsel for Direct Purchaser Plaintiffs*

Philip Iovieno
Boies, Schiller & Flexner LLP
10 North Pearl Street
4th Floor
Albany, NY 12207
*Liaison Counsel for Direct Action Plaintiffs*

Paul Moore
Deputy Assistant Attorney General
Department of Justice / Antitrust Section
455 Golden Gate Ave.
Suite 11000
San Francisco, CA 94012-7004

Re:   *In Re: Cathode Ray Tubes (CRT) Antitrust Litigation,* MDL 1917

Dear Counsel:

On behalf of Koninklijke Philips N.V. and Philips Electronics North America Corporation (the "Philips Defendants"), please find a disc with additional production of documents by the Philips Defendants bearing Bates numbers PHLP-CRT-145616 -177308. These documents are marked "Highly Confidential" pursuant to the stipulated Protective Order governing this case.

Please contact me if you have any questions.

**BAKER BOTTS** LLP

- 2 -

June 20, 2014

Respectfully,

*[signature: Tiffany Gelott]*

Tiffany Gelott

*Counsel for Philips*

*Enclosure*