Vaughn R Walker
ADR/Law Office of Vaughn R Walker
Four Embarcadero Center, Suite 2200
San Francisco, CA  94111
Tel:  (415) 871-2888
vrw@judgewalker.com

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master Case No 07-cv-05944-JST |
| | MDL No 1917 |
| This Relates to: | |
| *ALL DIRECT PURCHASER ACTIONS* | **SPECIAL MASTER'S STATUS REPORT ON PLAINTIFFS' SANCTION MOTION** |
| *ALL INDIRECT PURCHASER ACTIONS* | |

   Plaintiffs' motion for discovery and related sanctions (Doc #6261) is presently before the undersigned.  The undersigned is aware that Irico has filed a motion for summary judgment and this motion is now scheduled for hearing on December 14.  One or both parties may object to whatever decision the undersigned makes on the sanctions motion.  For judicial economy, the court may wish to consider any such objection at the time that it considers Irico's motion for summary judgment.

   Because the sanctions motion raises serious issues, the undersigned has been generous in allowing the parties adequate briefing on the motion.  Presently, Irico has been permitted to make one further submission on November 28.  The undersigned had hoped to conduct argument on the motion on December 5, 6 or 7, but all counsel may not be able to

appear on those dates and an alternative hearing date of December 12 is under consideration. The court may wish to consider these facts and provide the undersigned such guidance as appropriate.

Date: November 21, 2023

_____
Vaughn R Walker
United States District Judge (Ret)

The Recommended Order of the Special Master is Accepted and Ordered / Denied / Modified.

Date: _____

_____
Honorable Jon S Tigar
United States District Judge