UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This order relates to:<br><br>ALL DIRECT PURCHASER ACTIONS<br>ALL INDIRECT PURCHASER ACTIONS | MDL No. 1917<br><br>Case No. 07-cv-05944-JST<br><br>**ORDER VACATING DATES AND SETTING CASE MANAGEMENT CONFERENCE IN INDIRECT PURCHASER ACTIONS**<br><br>Re: ECF Nos. 6236, 6331, 6345 |

The Court has reviewed the Special Master's status report regarding Plaintiffs' sanctions motion, which indicates that the motion "raises serious issues" and might not be heard until December 12, 2023. ECF No. 6345 at 1–2. The Special Master suggests, and the Court agrees, that judicial economy warrants continuing the December 14, 2023 hearing on the motion for summary judgment brought by Defendants Irico Group Corporation and Irico Display Devices, Co., Ltd. (collectively, "Irico") in the Indirect Purchaser Plaintiff ("IPP") actions. This, in turn, requires continuing the pretrial and trial dates in the IPP actions.

The next scheduled date in the Direct Purchaser Plaintiff ("DPP") actions is the February 9, 2024 deadline for Irico to serve a list of proposed dispositive motions. ECF No. 6145 at 3. The parties are also scheduled to appear before the Court for a further case management conference on February 27, 2024. *Id.* It is not yet clear whether the motion pending before the Special Master will impact these dates, and the Court therefore will not modify the schedule for the DPP actions at this time.

To ensure orderly consideration of the issues, the Court vacates the December 14, 2023 motion hearing in the IPP actions, as well as the remaining pretrial and trial dates. *See* ECF Nos. 6236, 6331. Given the uncertainty surrounding when the sanctions motion before the Special

Master will be finally resolved—for example, it is currently unknown whether one or more parties will object to the Special Master's ruling—the Court will not now reset those dates.  Instead, the IPP actions will also be set for a further case management conference on February 27, 2024, with a joint case management conference statement due on February 20, 2024.  If intervening events provide more clarity on a timeline for resolving Plaintiffs' sanctions motion, the parties may propose, or the Court may sua sponte issue, a further scheduling order prior to the scheduled case management conference date.

**IT IS SO ORDERED.**

Dated:  November 22, 2023



JON S. TIGAR
United States District Judge

2