BAKER BOTTS L.L.P.
John M. Taladay (*pro hac vice*)
Evan J. Werbel (*pro hac vice*)
Thomas E. Carter (*pro hac vice*)
Andrew L. Lucarelli (*pro hac vice*)
700 K Street, N.W.
Washington, D.C. 20001
(202)-639-7700
(202)-639-7890 (fax)
Email: john.taladay@bakerbotts.com
       evan.werbel@bakerbotts.com
       tom.carter@bakerbotts.com
       drew.lucarelli@bakerbotts.com

*Attorneys for Defendants
Irico Group Corp. and
Irico Display Devices Co., Ltd.*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL INDIRECT PURCHASER ACTIONS | Master File No. 07-cv-05944-JST<br><br>MDL No. 1917<br><br>**DECLARATION OF EVAN J. WERBEL IN SUPPORT OF DEFENDANTS IRICO GROUP CORP. AND IRICO DISPLAY DEVICES CO., LTD.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL EVIDENCE IN SUPPORT OF IRICO DEFENDANTS' OPPOSITION TO INDIRECT PURCHASER PLAINTIFFS MOTION FOR LEAVE TO FILE SURREPLY** |

Werbel Decl. ISO Irico's Administrative motion for leave

Master File No. 07-cv-05944-JST
MDL No. 1917

I, Evan J. Werbel, declare as follows:

1. I am a member of the bar of the District of Columbia and admitted to practice before this Court *pro hac vice.* I am an attorney with Baker Botts L.L.P., which represents Defendants Irico Group Corporation ("Irico Group") and Irico Display Devices Co., Ltd. ("Irico Display") (collectively, "Irico" or the "Irico Defendants") in this action. I make this Declaration in support of Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.'s Opposition to Indirect Purchaser Plaintiffs' ("IPPs') Motion for Leave to File Surreply in Opposition to Irico's Motion for Summary Judgment. If called as a witness, I could and would testify to the matters set forth in this declaration of my own personal knowledge.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts of a transcript of the deposition of Jan De Lombaerde, dated October 9, 2024.

3. On November 22, 2023, I emailed counsel for Indirect Purchaser Plaintiffs informing them of Irico Defendants' intent to file an administrative motion seeking leave to file new evidence in the form of an additional declaration from Jan De Lombaerde in support of Irico Defendants' opposition to IPPs' Motion for Leave to File Surreply in Opposition to Irico's Motion for Summary. I requested IPP counsel inform me whether they would be willing to stipulate to Irico Defendants' Motion for Leave. IPP counsel did not agree to stipulate to the Motion unless Irico provided a copy of all its relevant papers, which Irico did not believe appropriate.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 22th day of November, 2023, in Washington, D.C.

*/s/ Evan J. Werbel*

Evan J. Werbel (*pro hac vice*)
BAKER BOTTS L.L.P.
700 K Street, N.W.
Washington, D.C. 20001
Phone: (202)-639-7700
Fax: (202)-639-7890
Email: evan.werbel@bakerbotts.com

*Attorney for Defendants*
*IRICO GROUP CORP. and*
*IRICO DISPLAY DEVICES CO., LTD.*