# **EXHIBIT 1**

```
                                                          Page 1
 1          UNITED STATES DISTRICT COURT
 2          NORTHERN DISTRICT OF CALIFORNIA
 3              SAN FRANCISCO DIVISION
 4             Case No. CV-07-5944-SC
 5                 MDL No. 1917
 6   _____X
 7   IN RE CATHODE RAY TUBE (CRT)
 8   ANTITRUST LITIGATION
 9   This Document Relates to:
10   ALL ACTIONS
11   _____X
12        SUPERIOR COURT OF THE STATE OF CALIFORNIA
13             CITY AND COUNTY OF SAN FRANCISCO
14                      Case No.: CGC-11-515784
15   STATE OF CALIFORNIA, et al.
16                  Plaintiffs
17   v.
18   SAMSUNG SDI, INC., CO., LTD. et al.
19                  Defendants.
20   _____X
21                              Washington, D.C.
22                              October 9, 2014
                                9:07 a.m.
23
24         VIDEOTAPED DEPOSITION OF:
25             JAN DE LOMBAERDE
```

1
2
3      Videotaped Deposition of JAN DE LOMBAERDE,
4    taken by Plaintiffs at the Offices of
5    Baker Botts, LLP, 1299 Pennsylvania Avenue,
6    Northwest, Washington, D.C. before Randi J. Garcia,
7    Registered Professional Reporter, and Notary Public
8    in and for the District of Columbia, beginning at
9    approximately 9:07 a.m., when were present on
10   behalf of the respective parties:
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

```
 1
 2    A P P E A R A N C E S
 3    Counsel for the Dell Plaintiffs.
      Jason Rottner, Esquire
 4    Matthew Kent, Esquire
      ALSTON & BIRD
 5    1201 West Peachtree Street
      Atlanta, GA 30309-3424
 6    404-881-7000
 7
 8    Liaison Counsel for the Direct Action Plaintiffs.
      Paul Moore, ESQUIRE
 9    OFFICE OF THE ATTORNEY GENERAL,
      STATE OF CALIFORNIA
10    455 Golden Gate Avenue
      San Francisco, CA 94102
11    415-703-2372
      (via telephone)
12
13    Attorney for the Indirect Purchaser
      Plaintiffs.
14    Diane E. Pritchard, Esquire
      VOGL MEREDITH BURKE LLP
15    20th Floor
      456 Montgomery Street
16    San Francisco, California 94104
      415.398.0200
17
18    Attorney for Best Buy Plaintiffs.
      Laura Nelson, Esquire
19    ROBINS, KAPLAN, MILLER & CIRESI, LLP
      2049 Century Park East
20    Suite 3400
      Los Angeles, CA 90067-3208
21    (via telephone.)
22    Attorneys for Sharp.
      David Ferster, Esquire
23    PAUL WEISS
      2001 K Street, NW
24    Washington, DC 20006
      202.223.7436
25
```

```
 1
 2   (Continued)
 3   Attorneys for Hitachi.
     Michael Gawley, Esquire
 4   KIRKLAND & ELLIS, LLP
     555 California Street
 5   San Francisco, California 94104
     (via telephone)
 6
 7   Attorneys for Philips.
     Charles Malaise, Esquire
 8   and
     Erik T. Koons, Esquire
 9   BAKER BOTTS, LLP
     1299 Pennsylvania Ave., NW
10   Washington, D.C. 20004
     202.639.7973
11
12
13   ALSO PRESENT:
14   Jonathan Perry, Videographer
15   Kyle Smith, for Direct Action Plaintiffs.
16   (via telephone)
17
18                  I N D E X
19   Jan De Lombaerde
20   DIRECT    EXAMINATION                          PAGE
21   By Mr. Rottner                                    6
22
23
24
25
```

Page 5

E X H I B I T S

FOR IDENTIFICATION

| | Page |
|---|---|
| Exhibit 7190 - PHLPCRT159928 | 179 |
| Exhibit 7191 - PHLPCRT160267 | 191 |
| Exhibit 7192 - PHLPCRT048786 | 209 |
| Exhibit 7193- PHLPCRT159918 | 224 |
| Exhibit 7194 -PHLPCRT160819 | 231 |
| Exhibit 7195 - PHLPCRT161825 | 239 |
| Exhibit 7196 -PHLPCRT073314 | 245 |
| Exhibit 7197 - PHLPCRT163941 | 252 |
| Exhibit 7198 - PHLPCRT148795 | 269 |
| Exhibit 7199 - PHLPCRT154722 | 275 |
| Exhibit 7200 - PHLPCRT157366 | 283 |
| Exhibit 7201 - PHLPCRT156458 | 298 |
| Exhibit 7202 - PHLPCRT158085 | 309 |
| Exhibit 7203 - PHLPCRT163389 | 314 |
| Exhibit 7204 - (None) | |
| Exhibit 7205 - PHLPCRT159385 | 329 |

Page 6

1
2  THE VIDEOGRAPHER:  We are now on the
3  record.  Please note that the microphones are
4  sensitive and may pick up whispering and
5  private conversations.
6       Please turn off all cell phones or place
7  them away from the microphone.  They can
8  interfere with the deposition audio.
9       Recording will continue until all
10 parties agree to go off the record.
11      My name is Jonathan Perry.  I am the
12 videographer from Veritext Reporting.
13      Today's date is October 9, 2014.  The
14 time is approximately 9:07 a.m.
15      We're at the offices of Baker Botts
16 located at 1299 Pennsylvania Avenue,
17 Northwest, Washington, D.C.
18      The deposition is being taken in the
19 matter of Cathode Ray Tube Antitrust
20 Litigation.  The case filed in U.S. District
21 Court Northern District of California, San
22 Francisco Division, case number
23 3:07-CV-05944-SC.
24      The name of the witness is Jan De
25 Lombaerde.

Page 7

1
2           At this time would attorneys please
3      introduce themselves and state whom they
4      represent.
5           MR. ROTTNER:  Jason Rottner, Alston & Bird
6      for the Dell Plaintiffs.
7           MS. PRITCHARD:  Diane Pritchard for the
8      Indirect Purchasers Plaintiff.
9           MR. FERSTER:  David Ferster, Paul Weiss
10     for the Sharp Plaintiffs.
11          MR. MALAISE:  Charles Malaise, Baker Botts
12     on behalf of the Philips Defendants and the
13     witness.
14          THE COURT REPORTER:  Can you raise your
15     right hand.
16          MR. MALAISE:  Hang on.
17          MR. GAWLEY:  Michael Gawley from Kirkland
18     & Ellis on behalf of Hitachi Limited, Hitachi
19     America Limited, Hitachi Media Limited, Hitachi
20     Display Limited, and Hitachi Electronic Devices
21     USA.
22          MS. NELSON:  Also Laura Nelson for
23     Robins Kaplan on behalf of the Best Buy
24     Plaintiffs.
25          MR. SMITH:  Kyle Smith from Boies

Page 8

```
 1
 2        Schiller and Flexner for various direct
 3        action plaintiffs.
 4             MR. KENT:  Matthew Kent, Alston & Bird
 5        on behalf of Dell Plaintiffs as well.
 6             MR. MOORE:  Paul Moore from the state
 7        of California for the attorney general.
 8   Thereupon:
 9                              JAN DE LOMBAERDE,
10   after having been first duly sworn, was examined and
11   testified as follows:
12                    DIRECT EXAMINATION
13   BY MR. ROTTNER:
14        Q    Please state your full name for the
15     record.
16        A    De Lombaerde.  And you will see on the
17     official chart, but normally we would call me
18     Jan, which is easier English.
19        Q    Thank you.
20             My name is Jason Rottner.  I am from the
21     law firm of Alston and Bird in Atlanta.  I
22     represent the Dell plaintiffs in this case.
23             Have you ever been deposed before?
24        A    No, I haven't.
25        Q    Do you understand that you're under oath
```