BAKER BOTTS L.L.P.
John M. Taladay (*pro hac vice*)
Evan J. Werbel (*pro hac vice*)
Thomas E. Carter (*pro hac vice*)
Andrew L. Lucarelli (*pro hac vice*)
700 K Street, N.W.
Washington, D.C. 20001
(202)-639-7700
(202)-639-7890 (fax)
Email: john.taladay@bakerbotts.com
         evan.werbel@bakerbotts.com
         tom.carter@bakerbotts.com
         drew.lucarelli@bakerbotts.com

*Attorneys for Defendants*
*Irico Group Corp. and*
*Irico Display Devices Co., Ltd.*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-cv-05944-JST |
| | MDL No. 1917 |
| THIS DOCUMENT RELATES TO: | **DECLARATION OF JAN DE LOMBAERDE** |
| ALL INDIRECT PURCHASER ACTIONS | |

I, Jan De Lombaerde, declare as follows:

1. I am a former employee of various subsidiaries of Koninklijke Philips Electronics ("Philips"). I worked at Philips from 1973 until my retirement in 2009, a period of 36 years in total. If called as a witness, I could and would testify to the matters set forth in this declaration of my own personal knowledge.

2. In October 2023, a lawyer contacted me in connection with the U.S. litigation regarding Cathode Ray Tubes ("CRTs"). The lawyer indicated that they represented plaintiffs in the CRT litigation but it was my impression that they were working on behalf of Philips. The lawyer then asked me a number of questions regarding Irico, a Chinese supplier of CRTs and asked if I would be willing to sign a declaration in connection my views on certain issues and in relation to certain documents. Because I wanted to be helpful to Philips, I reviewed the draft declaration, made a few small revisions, and signed the declaration. I then forwarded a photograph of the signature page to the lawyer.

3. I recall that I was previously deposed in connection with the CRT litigation in October of 2014, roughly five years after my retirement from Philips. At that deposition, I was represented by lawyers for Philips. Those lawyers identified themselves on the record and stated that they represented me. I recall that attorneys for the opposing party also were present at the deposition and asked me many questions over the course of two days.

4. The lawyer who called recently, in October 2023, never asked me whether I was still represented by attorneys for Philips or if I wished to continue to be represented by attorneys for Philips. If they had asked, I would have stated that I did wish to continue to be represented by attorneys for Philips. If I had realized that the lawyer was not acting on behalf of Philips, I would have first contacted Philips lawyers before agreeing to cooperate.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 22nd day of November, 2023, in Tongeren, Belgium.

_____
Jan De Lombaerde

LOMBAERDE DECLARATION                               1                        MASTER FILE NO. 07-CV-05944-JST
                                                                             MDL No. 1917