UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-cv-5944-JST<br><br>MDL No. 1917 |
| This Document Relates to:<br><br>*ALL INDIRECT PURCHASER ACTIONS* | **[PROPOSED] ORDER GRANTING DEFENDANTS IRICO GROUP CORP. AND IRICO DISPLAY DEVICES CO., LTD.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE NEW MATERIAL EVIDENCE IN SUPPORT OF IRICO DEFENDANTS' OPPOSITION TO IPP MOTION FOR LEAVE TO FILE SURREPLY** |

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2      The Court, having reviewed Irico Defendants' Administrative Motion for Leave to File New

3  Material Information in support of Irico Defendants' Opposition to Indirect Purchaser Plaintiffs'

4  ("IPPs") Motion for Leave to File Surreply in Opposition to Irico's Motion for Summary Judgment,

5  ECF No. 6344, and supporting declaration, herby GRANTS the Motion for Leave and ORDERS that

6  the Declaration of Jan De Lombaerde is deemed filed in Irico Defendants' Opposition to IPPs'

7  Motion for Leave to File Surreply in Opposition to Irico Defendant's Motion for Summary Judgment

8  (ECF No. 6344) as of the date of the Motion for Leave. The Court will consider the Declaration of

9  Jan De Lombaerde along with all other papers filed in support of ECF No. 6344.

11      **IT IS SO ORDERED.**

15  Dated: _____

16                                                    JON S. TIGAR
                                      United States District Judge