# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL NO. 1917 |
| | Case No. 07-cv-5944-JST |
| This Document Relates To:<br><br>ALL INDIRECT PURCHASER ACTIONS | **[PROPOSED] ORDER DENYING ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL EVIDENCE IN SUPPORT OF DEFENDANTS IRICO GROUP CORP. AND IRICO DISPLAY DEVICES CO., LTD.'S OPPOSITION TO INDIRECT PURCHASER PLAINTIFFS' MOTION FOR LEAVE TO FILE SURREPLY IN OPPOSITION TO IRICO'S MOTION FOR SUMMARY JUDGMENT**<br><br>The Honorable Jon S. Tigar |

[PROPOSED] ORDER DENYING ADMINISTRATIVE MOTION FOR LEAVE
TO FILE SUPPLEMENTAL EVIDENCE; CASE NO. 07-CV-5944-JST, MDL NO. 1917

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

The Court, having reviewed the Administrative Motion for Leave to File Supplemental Evidence in support of Irico Defendants' Opposition to Indirect Purchaser Plaintiffs' ("IPPs") Motion for Leave to File Surreply in Opposition to Irico's Motion for Summary Judgment, ECF No. 6347, and IPPs' Response thereto, hereby DENIES the Motion, including the request to exclude the Declaration of Jan De Lombaerde filed with IPPs' Proposed Surreply, ECF No. 6334-3.

**IT IS SO ORDERED.**

Dated: _____        _____
                                                                                            Hon. Jon S. Tigar
                                                                                            United States District Judge

1

[PROPOSED] ORDER DENYING ADMINISTRATIVE MOTION FOR LEAVE
TO FILE SUPPLEMENTAL EVIDENCE; CASE NO. 07-cv-5944-JST, MDL NO. 1917