Robert J. Gralewski, Jr. (State Bar No. 196410)
**KIRBY McINERNEY LLP**
bgralewski@kmllp.com
1420 Kettner Boulevard, Suite 100
San Diego, CA 92101
Telephone: (858) 834-2044
Facsimile: (858) 255-7772

*Attorney for Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-CV-05944 JST<br>MDL No. 1917 |
|---|---|
| This Document Relates To:<br><br>ALL INDIRECT PURCHASER ACTIONS | **NOTICE OF CHANGE OF ADDRESS** |

TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that effective immediately, the San Diego office of Kirby McInerney LLP, one of the attorneys of record for Indirect Purchaser Plaintiffs in the above captioned action has relocated its office to 1420 Kettner Boulevard, Suite 100, San Diego, California 92101. The firm's telephone number has changed as follows: (858) 834-2044. Additionally, the firm's fax number has changed to (858) 255-7772. Robert J. Gralewski, Jr., who has appeared on the Court's docket has updated relevant information in the Court's CM/ECF system. Please amend your service list accordingly.

DATED: January 9, 2024

*/s/ Robert Gralewski*
**KIRBY McINERNEY LLP**
Robert J. Gralewski, Jr.
bgralewski@kmllp.com
1420 Kettner Boulevard, Suite 100
San Diego, CA 92101
Telephone: (858) 834-2044
Facsimile: (858) 255-7772

*Attorney for Indirect Purchase Plaintiffs*

1
NOTICE OF CHANGE OF ADDRESS

**PROOF OF SERVICE**

*In re: Cathode Ray Tube (CRT) Antitrust Litigation*
Master File No. 07-CV-05944 JST
MDL No. 1917

     I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action. I am employed in the County of San Diego, State of California. My business address is: 1420 Kettner Boulevard, Suite 100, San Diego, CA 92101.

     That on January 9, 2024 I served the following document(s):

**NOTICE OF CHANGE OF ADDRESS**

     on ALL INTERESTED PARTIES in this action.

     ✓    BY CM/ECF Electronic Service: I caused such document to be served via the Court's (NEF) electronic filing system on all registered parties.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on January 9, 2024, at San Diego, California.

                                         */s/ Robert Gralewski*
                                         Robert J. Gralewski, Jr.