MIRIAM KIM (State Bar No. 238230)
miriam.kim@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:     (415) 512-4000
Facsimile:      (415) 512-4077

Attorneys for Defendants LG Electronics, Inc., LG Electronics U.S.A., Inc., and LG Electronics Taiwan Taipei Co., Ltd.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 4:07-cv-05944-JST (N.D.Cal) |
| | MDL No. 1917 |
| This Document Relates to: | **NOTICE OF CHANGE IN COUNSEL** |
| ALL ACTIONS. | |
| | Judge:    The Honorable Jon S. Tigar |

51331360.1

4:07-cv-05944-JST; MDL No. 1917

NOTICE OF CHANGE IN COUNSEL

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

Please remove Kyle W. Mach (California State Bar Number 282090) as counsel in this matter. As of January 27, 2024, Mr. Mach is no longer associated with Munger, Tolles & Olson LLP. Please remove Mr. Mach's e-mail address, kyle.mach@mto.com, from the docket and distribution.

DATED: January 26, 2024

Respectfully submitted,

MUNGER, TOLLES & OLSON LLP

By: /s/ Miriam Kim
        Miriam Kim

Attorneys for Defendants LG Electronics, Inc.,
LG Electronics U.S.A., Inc., and
LG Electronics Taiwan Taipei Co., Ltd.