Vaughn R Walker
Jackie Nakamura
Walker Nakamura ADR LLP
Four Embarcadero Center, Suite 2200
San Francisco, CA  94111
Tel:  (415) 871-2888
vrw@judgewalker.com

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master Case No 4:07-cv-5944-JST |
| | MDL No 1917 |
| This Relates to: | |
| ALL DIRECT PURCHASER ACTIONS | **SPECIAL MASTER'S REPORT & RECOMMENDATION ON DISCOVERY SEARCH TERMS** |
| ALL INDIRECT PURCHASER ACTIONS | |

Pursuant to the Second Interim Report and Recommendation, plaintiffs were invited to provide search terms designed to identify responsive documents and information to counsel for Defendants Irico Display Devices Co, Ltd and Irico Group Corporation (collectively "Irico").[1]  That order stated:  "[i]f Irico's United States counsel deems any search terms improper, they can bring that matter to the undersigned's attention and withhold production of selected documents until the objection is resolved."[2]  Irico's counsel has requested the undersigned "approve a modified version of Plaintiffs' search terms to identify responsive documents, which Plaintiffs oppose."  October 9, 2023 Taladay Letter at 1.  Irico's counsel has

---

[1] ECF 6324 at 5 (October 3, 2023 Order Approving Second Interim Report).
[2] Id.

not asserted that any of plaintiffs' search terms are "improper." Instead, Irico's counsel informed the undersigned that plaintiffs' search terms resulted in over 40,000 documents and therefore, Irico's counsel applied additional terms, called "Su qualifiers," to narrow down the hits to 3,300 documents. October 9, 2023 Taladay Letter at 5.

The undersigned has reviewed the parties' briefs on the matter and based on the numbers of documents resulting from each of plaintiffs' search terms, recommends the following. Irico's use of its so-called "Su qualifiers"[3] to narrow plaintiffs' search terms is acceptable, except with respect to the following search terms, which should not be modified or narrowed in any way:

American courts

Antitrust

California

CRT

Declaration of personnel traveling abroad

Depart from Post

Deposition

Evidence

Federal court

GM Su

Hong Kong

Litigation

Macau

Postpone

Quit

Rehire

---

[3] The "Su qualifiers" are set forth in the October 9, 2023 Taladay Letter at 5 (including variations on Su's name, ID numbers and email addresses).

| | |
|---|---|
| 1 | Retire |
| 2 | Retirement |
| 3 | Su Xiaohua |
| 4 | Su Xiaohua's email ID |
| 5 | Su Xiaohua's work email |
| 6 | Su Xiaohua's ID number |
| 7 | Su Xiaohua's employee number |
| 8 | testify |
| 9 | Travel permit |
| 10 | Wang Zhaojie |
| 11 | Wang Zhaojie's email ID |
| 12 | Witness |
| 13 | Yan Yunlong |
| 14 | Zhang Wenkai |
| 15 | Zhang's email ID |
| 16 | Zhang Wenkai's WeChat alias |
| 17 | / |
| 18 | / |
| 19 | / |
| 20 | / |
| 21 | / |
| 22 | / |
| 23 | / |
| 24 | / |
| 25 | / |
| 26 | / |
| 27 | |
| 28 | |

The Second Interim Report and Recommendation ordered Irico's United States counsel, Baker Botts, "to conduct searches for ESI" using plaintiffs' designated search terms and to collect and produce responsive documents and information. Irico's United States counsel shall follow the guidance here on search terms and produce responsive documents and information to plaintiffs no later than February 23, 2024.

SO ORDERED.

Date:   January 31, 2024

_____
Vaughn R Walker
United States District Judge (Ret)

The Recommended Order of the Special Master is Accepted and Ordered / Denied / Modified.

Date:  _____

_____
Honorable Jon S Tigar
United States District Judge