*COMPLETE LIST OF PARTIES REPRESENTED LISTED ON SIGNATURE PAGE*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No.: 07-cv-05944 JST<br><br>MDL No. 1917 |
| This document relates to:<br><br>*ALL DIRECT PURCHASER ACTIONS* | **STIPULATION AND [PROPOSED] ORDER RE: UPCOMING DEADLINE**<br><br>Judge:   Hon. Jon S. Tigar |

Direct Purchaser Plaintiffs ("DPPs") and Defendants Irico Group Corporation and Irico Display Devices Co., Ltd. ("Irico" or the "Irico Defendants," collectively the "Parties"), by and through the undersigned counsel and pursuant to Federal Rule of Civil Procedure 16(b)(4) and Civil Local Rule 7-12, hereby stipulate as follows:

WHEREAS, on January 27, 2023, this Court entered an Order setting the case schedule and deadlines in the Direct Purchaser Actions (ECF No. 6145) (the "Scheduling Order");

WHEREAS, the Scheduling Order requires Irico to serve a list of proposed dispositive motions by February 9, 2024 (ECF No. 6145 at 3) (the "Deadline");

WHEREAS, the Parties met and conferred and agree that Plaintiffs' pending motion for sanctions may potentially impact certain summary judgment motions; and

WHEREAS, the Parties agree that good cause exists to vacate the current February 9, 2024 Deadline;

IT IS HEREBY STIPULATED AND AGREED by and between counsel for DPPs and the Irico Defendants that good cause exists to modify the Deadline as follows:

1. The February 9, 2024, deadline for Irico to serve a list of proposed dispositive motions is vacated.

2. All other deadlines remain in effect.

**PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED.**

Dated:

HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER
RE: UPCOMING DEADLINE

Master File No. 07-cv-05944-JST
MDL No. 1917

1  Dated: February 5, 2024

2  /s/ *R. Alexander Saveri*
   R. Alexander Saveri (173102)
3  Geoffrey C. Rushing (126910)
   Matthew D. Heaphy (227224)
4  SAVERI & SAVERI, INC.
   706 Sansome Street
5  San Francisco, CA 94111
   Telephone: (415) 217-6810
6  Facsimile: (415) 217-6813

7  *Lead Counsel for Direct Purchaser Plaintiffs*

8
   /s/ *John M. Taladay*
9  John M. Taladay (pro hac vice)
   Evan J. Werbel (pro hac vice)
10 Thomas E. Carter (pro hac vice)
   Andrew L. Lucarelli (pro hac vice)
11 BAKER BOTTS LLP
   700 K Street, N.W.
12 Washington, D.C. 20001
   (202) 639-7700
13 (202) 639-7890 (fax)
   Email: john.taladay@bakerbotts.com
14 evan.werbel@bakerbotts.com
   tom.carter@bakerbotts.com
15 drew.lucarelli@bakerbotts.com

16 Jeffrey Margulies (Bar No. 126002)
   Norton Rose Fulbright US LLP
17 555 California Street
   Suite 3300
18 San Francisco, California 94104
   Telephone: (213) 892-9200
19 Facsimile: (213) 892-9494
   Email: jeff.margulies@nortonrosefulbright.com
20
   Geraldine W. Young (pro hac vice)
21 Norton Rose Fulbright US LLP
   1301 McKinney, Suite 5100
22 Houston, Texas  77010
   Telephone: (713) 651-5437
23 Facsimile: (713) 651-5246
   geraldine.young@nortonrosefulbright.com
24
   *Attorneys for Defendants Irico Group Corp.*
25 *and Irico Display Devices Co., Ltd.*

26

27

28

STIPULATION AND [PROPOSED] ORDER                           MASTER FILE NO. 07-cv-05944-JST
RE: UPCOMING DEADLINE                                                       MDL NO. 1917

## **ATTESTATION**

I, Geraldine Young, hereby attest, pursuant to United States District Court, Northern District of California Civil Local Rule 5-1(i)(3), that each of the other Signatories have concurred in the filing of the document.

By: /s/ *Geraldine Young*
Geraldine Young