*COMPLETE LIST OF PARTIES REPRESENTED LISTED ON SIGNATURE PAGE*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No.: 07-cv-05944 JST<br><br>MDL No. 1917 |
| This document relates to:<br><br>*ALL DIRECT PURCHASER ACTIONS* | **STIPULATION AND [PROPOSED] ORDER RE: UPCOMING DEADLINE**<br><br>Judge:    Hon. Jon S. Tigar |

Direct Purchaser Plaintiffs ("DPPs") and Defendants Irico Group Corporation and Irico Display Devices Co., Ltd. ("Irico" or the "Irico Defendants," collectively the "Parties"), by and through the undersigned counsel and pursuant to Federal Rule of Civil Procedure 16(b)(4) and Civil Local Rule 7-12, hereby stipulate as follows:

WHEREAS, on January 27, 2023, this Court entered an Order setting the case schedule and deadlines in the Direct Purchaser Actions (ECF No. 6145) (the "Scheduling Order");

WHEREAS, the Scheduling Order requires Irico to serve a list of proposed dispositive motions by February 9, 2024 (ECF No. 6145 at 3) (the "Deadline");

WHEREAS, the Parties met and conferred and agree that Plaintiffs' pending motion for sanctions may potentially impact certain summary judgment motions; and

WHEREAS, the Parties agree that good cause exists to vacate the current February 9, 2024 Deadline;

IT IS HEREBY STIPULATED AND AGREED by and between counsel for DPPs and the Irico Defendants that good cause exists to modify the Deadline as follows:

1. The February 9, 2024, deadline for Irico to serve a list of proposed dispositive motions is vacated.

2. All other deadlines remain in effect.

**PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED.**

Dated: February 7, 2024

_____
HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE

Dated: February 5, 2024

/s/ *R. Alexander Saveri*
R. Alexander Saveri (173102)
Geoffrey C. Rushing (126910)
Matthew D. Heaphy (227224)
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Lead Counsel for Direct Purchaser Plaintiffs*


/s/ *John M. Taladay*
John M. Taladay (pro hac vice)
Evan J. Werbel (pro hac vice)
Thomas E. Carter (pro hac vice)
Andrew L. Lucarelli (pro hac vice)
BAKER BOTTS LLP
700 K Street, N.W.
Washington, D.C. 20001
(202) 639-7700
(202) 639-7890 (fax)
Email: john.taladay@bakerbotts.com
evan.werbel@bakerbotts.com
tom.carter@bakerbotts.com
drew.lucarelli@bakerbotts.com

Jeffrey Margulies (Bar No. 126002)
Norton Rose Fulbright US LLP
555 California Street
Suite 3300
San Francisco, California 94104
Telephone: (213) 892-9200
Facsimile: (213) 892-9494
Email: jeff.margulies@nortonrosefulbright.com

Geraldine W. Young (pro hac vice)
Norton Rose Fulbright US LLP
1301 McKinney, Suite 5100
Houston, Texas 77010
Telephone: (713) 651-5437
Facsimile: (713) 651-5246
geraldine.young@nortonrosefulbright.com

*Attorneys for Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.*

---

STIPULATION AND [PROPOSED] ORDER
RE: UPCOMING DEADLINE

MASTER FILE NO. 07-CV-05944-JST
MDL NO. 1917