John M. Taladay *(pro hac vice)*
Evan J. Werbel *(pro hac vice)*
Thomas E. Carter *(pro hac vice)*
Andrew L. Lucarelli *(pro hac vice)*
BAKER BOTTS L.L.P.
700 K Street, N.W.
Washington, D.C. 20001
202.639.7700
202.639.7890 (fax)
Email: john.taladay@bakerbotts.com
       evan.werbel@bakerbotts.com
       tom.carter@bakerbotts.com
       drew.lucarelli@bakerbotts.com

*Attorneys for Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-CV-5944-JST<br><br>MDL No. 1917 |
| This Document Relates to:<br><br>*ALL DIRECT PURCHASER ACTIONS*<br><br>*ALL INDIRECT PURCHASER ACTIONS* | **DECLARATION OF THOMAS E. CARTER IN SUPPORT OF IRICO DEFENDANTS' OBJECTIONS TO SPECIAL MASTER'S REPORT AND RECOMMENDATION OF JANUARY 31, 2024**<br><br>Judge:   Honorable Jon S. Tigar |

I, Thomas E. Carter, declare as follows:

1. I am a member of the bar of the District of Columbia and admitted to practice before this Court *pro hac vice*. I am an attorney with Baker Botts L.L.P., which represents Defendants Irico Group Corporation ("Irico Group") and Irico Display Devices Co., Ltd. ("Irico Display," collectively, "Irico" or the "Irico Defendants") in this action. I make this Declaration in support of Irico Defendants' Objections to Special Master's Report and Recommendation of January 31, 2024. If called as a witness, I could and would testify to the matters set forth in this declaration of my own personal knowledge.

2. Attached hereto as Exhibit A is a true and correct copy of the Special Master's January 31, 2024 Report & Recommendation on Discovery Search Terms, ECF No. 6351 (the "Search Terms R&R").

3. Attached hereto as Exhibit B is a true and correct copy of a letter from Mr. John M. Taladay addressed to the Honorable Judge Walker, copying Direct and Indirect Purchaser Plaintiffs' counsel, dated February 8, 2024, requesting an extension of time to comply with the Search Terms R&R.

4. Attached hereto as Exhibit C is a true and correct copy of a letter from Mr. R. Alexander Saveri and Ms. Lauren C. Capurro addressed to the Honorable Judge Walker, copying Irico Defendants' counsel, dated February 9, 2024, opposing Irico's request for an extension of time.

5. Attached hereto as Exhibit D is a true and correct copy of a letter from Mr. John M. Taladay addressed to the Honorable Judge Walker, copying Direct and Indirect Purchaser Plaintiffs' counsel, dated February 12, 2024, in reply to Plaintiffs' February 9 letter regarding Irico's extension request.

6. Attached hereto as Exhibit E is a true and correct copy of a letter from Mr. John M. Taladay addressed to the Honorable Judge Walker, copying Direct and Indirect Purchaser Plaintiffs' counsel, dated October 9, 2023, raising (among other issues) a dispute regarding search terms.

7. Attached hereto as Exhibit F is a true and correct copy of a letter from Mr. R. Alexander Saveri and Ms. Lauren C. Capurro addressed to the Honorable Judge Walker, copying Irico Defendants' counsel, dated October 12, 2023, responding to Irico's letter of October 9, 2023.

8. Attached hereto as Exhibit G is a true and correct copy of the Declaration of John M. Taladay Regarding Compliance with Interim Orders on Plaintiffs' Motion for Discovery Sanctions, dated October 23, 2023, without exhibits.

9. I worked under the direction of John M. Taladay to coordinate efforts by BDO, Irico's eDiscovery firm, and AnJie Broad, the Chinese law firm responsible for state secret review of collected documents responsive to search terms, as well as a team of U.S. attorneys working under Baker Botts' supervision, to comply with the Special Master's prior Interim Orders on Plaintiffs' Motion for Sanctions, ECF Nos. 6264 and 6324. Following collection of custodial documents, the full process of completing state secret review, transferring documents to a United States server, conducting responsiveness review, and producing responsive documents to Plaintiffs took approximately four weeks.

10. On the morning of February 1, 2024, I contacted Allen Liao, Senior Partner at BDO International, to inform him of the Special Master's Search Terms R&R, request that BDO run an updated search terms report using the terms listed in the Search Terms R&R, and to inquire regarding the time frame for BDO to bring the Relativity server holding the documents at issue back online, and the time frame for state secret review of any documents hitting on the search terms.

11. Following the discussions with Mr. Liao, BDO sent personnel to Beijing to meet with Irico personnel in person at the site of the Relativity server holding the documents at issue. These BDO personnel successfully rebooted and reconstituted the Relativity server and ran the requested search term hit reports. I received regular updates from Mr. Liao throughout this process, which took approximately four days in total, and I received the updated search term hit reports on February 6, 2024.

12. I was informed by Mr. Liao that most BDO personnel in China had already departed, or had made plans to soon depart, their offices for the Chinese Lunar New Year Holiday

as of February 2, 2024, and that it would not be possible to arrange for personnel from AnJie Broad, the Chinese law firm working in partnership with BDO, to begin state secret review of any documents hitting on search terms until February 19, 2024, after the conclusion of the Chinese Lunar New Year holiday.

    I declare under penalty of perjury that the foregoing is true and correct.  Executed this 14th day of February, 2024, in Washington, DC.

/s/ *Thomas E. Carter*

Thomas E. Carter (*pro hac vice*)
BAKER BOTTS L.L.P.
700 K Street, N.W.
Washington, D.C. 20001
202.639.7702
202.585.4085 (fax)
Email: tom.carter@bakerbotts.com

*Attorney for Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.*