1
2
3
4
5
6
7
8
9
10
11

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

12
13
14

IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION

Master File No. 4:07-cv-5944-JST

MDL No. 1917

15
16
17
18

This Document Relates to:

*ALL DIRECT PURCHASER ACTIONS*

*ALL INDIRECT PURCHASER ACTIONS*

**[PROPOSED] ORDER REGARDING SPECIAL MASTER'S REPORT AND RECOMMENDATION OF JANUARY 31, 2024**

19
20
21
22
23
24
25
26
27
28

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Having reviewed the Irico Defendants' Objections to Special Master's January 31, 2024, Report & Recommendation on Plaintiffs' Motion for Discovery Sanctions (ECF No. 6351) ("Report & Recommendation"),

IT IS HEREBY ORDERED THAT the Report & Recommendation is AMENDED AND ADOPTED as follows:

| Event | Amended Deadline |
|---|---|
| Irico Defendants to comply with the requirements set forth in the Report & Recommendation | March 25, 2024 |

**IT IS SO ORDERED.**

Dated: _____            _____
                                                    JON S. TIGAR
                                             United States District Judge