Vaughn R Walker
ADR/Law Office of Vaughn R Walker
Four Embarcadero Center, Suite 2200
San Francisco, CA  94111
Tel:  (415) 871-2888
vrw@judgewalker.com

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Relates to:<br><br>*ALL DIRECT PURCHASER ACTIONS*<br><br>*ALL INDIRECT PURCHASER ACTIONS* | Master Case No 07-cv-05944-JST<br><br>MDL No 1917<br><br>**SPECIAL MASTER'S REPORT & RECOMMENDATION GRANTING IRICO'S REQUEST FOR AN EXTENSION OF TIME** |

       Defendants Irico Display Devices Co, Ltd and Irico Group Corporation (collectively "Irico") submitted a request for a four-week extension of time to March 25, 2024 to comply with the Report and Recommendation on Discovery Search Terms (ECF No 6351).  February 8, 2024 Taladay Letter.  Plaintiffs objected.  On February 14, 2024, defendants filed with the court their conditional objection to ECF No 6351 only with respect to the deadline, seeking an extension of time to March 25, 2024.  ECF No 6354 at 2.

SPECIAL MASTER'S R&R GRANTING EXTENSION OF TIME                                                  1

The undersigned grants Irico's request for an extension of time for complying with ECF 6351 to March 25, 2024, thereby obviating defendants' objection (ECF No 6354).

Date:   February 16, 2024

_____
Vaughn R Walker
United States District Judge (Ret)

The Recommended Order of the Special Master is Accepted and Ordered / Denied / Modified.

Date:  _____

_____
Honorable Jon S Tigar
United States District Judge