BAKER BOTTS L.L.P.
John M. Taladay (*pro hac vice*)
Evan J. Werbel (*pro hac vice*)
Thomas E. Carter (*pro hac vice*)
Andrew L. Lucarelli (*pro hac vice*)
700 K Street, N.W.
Washington, D.C. 20001
(202)-639-7700
(202)-639-7890 (fax)
Email: john.taladay@bakerbotts.com
   evan.werbel@bakerbotts.com
   tom.carter@bakerbotts.com
   drew.lucarelli@bakerbotts.com

*Attorneys for Defendants
Irico Group Corp. and
Irico Display Devices Co., Ltd.*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-CV-5944-JST<br><br>MDL No. 1917 |
| This Document Relates to:<br><br>*ALL DIRECT PURCHASER ACTIONS*<br><br>*ALL INDIRECT PURCHASER ACTIONS* | **NOTICE OF WITHDRAWAL OF IRICO DEFENDANTS' OBJECTIONS TO SPECIAL MASTER'S REPORT AND RECOMMENDATION OF JANUARY 31, 2024**<br><br>Judge:   Honorable Jon S. Tigar |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

On February 14, 2024, defendants Irico Group Corp. and Irico Display Devices Co., Ltd., (collectively "Irico") filed a limited and conditional Objection to the Special Master's Report and Recommendation on Discovery Search Terms, ECF No. 6351 (the "Search Terms R&R"). In that Objection, Irico indicated that it would withdraw its objection should the Special Master grant Irico's pending request for an extension to comply with the requirements of the Search Terms R&R. ECF No. 6354 at 1.

On February 16, 2024, the Special Master issued a Report and Recommendation granting Irico's request for an extension to March 25, 2024, to produce responsive information and materials as specified in the Search Terms R&R. ECF No. 6355. Irico therefore WITHDRAWS the Objection to the Special Master's Search Terms R&R pursuant to Local Rule 7-7(e).

Dated: February 16, 2024                    Respectfully submitted,

/s/ *John M. Taladay*
BAKER BOTTS L.L.P.
JOHN M. TALADAY
EVAN J. WERBEL
THOMAS E. CARTER
ANDREW L. LUCARELLI
700 K Street, N.W.
Washington, D.C. 20001
202.639.7700
202.639.7890 (fax)
Email: john.taladay@bakerbotts.com
         evan.werbel@bakerbotts.com
         tom.carter@bakerbotts.com
         drew.lucarelli@bakerbotts.com

*Attorneys for Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.*