UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917<br>Case No. 07-cv-05944-JST |
| This order relates to:<br><br>ALL DIRECT PURCHASER ACTIONS<br>ALL INDIRECT PURCHASER ACTIONS | **ORDER ADOPTING SPECIAL MASTER'S REPORTS AND RECOMMENDATIONS ON DISCOVERY SEARCH TERMS AND EXTENSION OF TIME**<br><br>Re: ECF Nos. 6351, 6355 |

On January 31, 2024, the Special Master filed a report and recommendation on discovery search terms setting a February 23, 2024 compliance deadline for Defendants Irico Group Corporation and Irico Display Devices, Co., Ltd. (collectively, "Irico"). ECF No. 6351. On February 14, 2024, Irico objected, but only to the compliance deadline. ECF No. 6354. On February 16, 2024, the Special Master granted Irico's request to extend the deadline to March 25, 2024, ECF No. 6355, and Irico subsequently withdrew its objection, ECF No. 6356.

Accordingly, the Court now adopts the Special Master's unopposed report and recommendation on discovery search terms, ECF No. 6351, as modified by his report and recommendation granting Irico's request for an extension of time, ECF No. 6355.

**IT IS SO ORDERED.**

Dated: February 20, 2024



JON S. TIGAR
United States District Judge