**NORTON ROSE FULBRIGHT US LLP**
JEFFREY MARGULIES (BAR NO. 126002)
KAYLEE YANG (BAR NO. 303464)
555 California Street
Suite 3300
San Francisco, California 94104
Telephone:   (213) 892-9200
Facsimile:    (213) 892-9494
jeff.margulies@nortonrosefulbright.com
kaylee.yang@nortonrosefulbright.com

**NORTON ROSE FULBRIGHT US LLP**
GERALDINE YOUNG (admitted *pro hac vice*)
1301 McKinney, Suite 5100
Houston, Texas 77010
Telephone:   (713) 651-5151
Facsimile:    (213) 651-5246
Geraldine.young@nortonrosefulbright.com

Attorneys for Defendants
IRICO GROUP CORP. AND
IRICO DISPLAY DEVICES CO., LTD

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No.: 07-cv-05944 JST |
| | MDL No. 1917 |
| This document relates to: *ALL ACTIONS* | **NOTICE OF CHANGE OF LEAD COUNSEL FOR IRICO DEFENDANTS** |
| | Judge:   Hon. Jon S. Tigar |

Defendants Irico Group Corporation and Irico Display Devices Co., Ltd. (collectively, "Irico" or the "Irico Defendants") hereby give notice that Jeffrey Margulies of Norton Rose Fulbright US LLP (ECF 6118) will serve as lead counsel for the Irico Defendants from this date.

This Notice is not intended to serve as a notice of withdrawal of John Taladay of Baker Botts LLP (ECF 247, 254) or other counsel of record at his firm.

Respectfully submitted,

Dated: February 21, 2024

/s/ *Jeffrey Margulies*
Jeffrey Margulies (Bar No. 126002)
Norton Rose Fulbright US LLP
555 California Street, Suite 3300
San Francisco, California 94104
Telephone: (213) 892-9200
Facsimile: (213) 892-9494
Email:
jeff.margulies@nortonrosefulbright.com

/s/ *John M. Taladay*
John M. Taladay (pro hac vice)
Evan J. Werbel (pro hac vice)
Thomas E. Carter (pro hac vice)
Andrew L. Lucarelli (pro hac vice)
BAKER BOTTS LLP
700 K Street, N.W.
Washington, D.C. 20001
(202) 639-7700
(202) 639-7890 (fax)
Email: john.taladay@bakerbotts.com
evan.werbel@bakerbotts.com
tom.carter@bakerbotts.com
drew.lucarelli@bakerbotts.com
*Attorneys for Defendants Irico Group Corp. and Irico Display Devices Co., Ltd*

# CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing **NOTICE OF CHANGE OF LEAD COUNSEL FOR IRICO DEFENDANTS** was filed via CM/ECF on February 21, 2024, and as a result has been served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: *Jeffrey Margulies*
Jeffrey Margulies