MARIO N. ALIOTO, ESQ. (56433)
LAUREN C. CAPURRO, ESQ. (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2001 Union Street, Suite 482
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile:  (415) 346-0679
E-mail:     malioto@tatp.com
            laurenrussell@tatp.com

*Lead Counsel for the Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL NO. 1917 |
| | Case No. 07-cv-5944-JST |
| This Document Relates to: | **DECLARATION OF MARIO N. ALIOTO IN SUPPORT OF INDIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION FOR PERMISSION TO (1) DISTRIBUTE RESERVE FUND TO CLAIMANTS AND (2) PAY THE SETTLEMENT ADMINISTRATOR'S INVOICES** |
| Indirect Purchaser Class Action | |
| | The Honorable Jon S. Tigar |

I, Mario N. Alioto, declare as follows:

1. I am an attorney duly licensed by the State of California and am admitted to practice before this Court. I am a partner with the law firm Trump, Alioto, Trump & Prescott, LLP and my firm serves as the Court-appointed Lead Counsel for the Indirect Purchaser Plaintiffs ("IPPs") in the above-captioned action. I submit this Declaration in support of the Indirect Purchaser Plaintiffs' ("IPPs") Administrative Motion for Permission to (1) Distribute Reserve Fund to Claimants; and (2) Pay the Settlement Administrator's Invoices. I have personal knowledge of the matters stated herein and could and would testify thereto if called upon as a witness.

2. Pursuant to this Court's Order Granting Motion for Order Authorizing Distribution of Settlement Funds, filed July 29, 2022, ECF No. 6040 ("Distribution Order") ¶ 14, the $10,000,000 reserve account was established and managed by the Settlement Administrator, who disbursed funds when and as directed by me or members of my firm.

3. Since the establishment of the reserve account, the Settlement Administrator has provided regular accountings of the account to me.

4. I instructed the Settlement Administrator to disburse funds from the reserve account to pay 2022 taxes, 2023 estimated taxes, accounting fees, and escrow fees for the Qualified Settlement Fund ("QSF").

5. The total amount in the reserve account as of January 31, 2024, net of disbursements and including interest, was $9,461,749.11. Interest continues to accrue.

6. I have worked with a CPA to calculate the estimated future taxes and fees to be paid from the QSF for filing the 2023 and 2024 tax returns, paying any additional 2023 taxes, and paying the 2024 taxes. The CPA has advised that we continue to reserve $105,000 of the reserve account funds to pay additional 2023 taxes and the accounting fees associated with filing the 2023 tax returns for the QSF. The remaining amount in the reserve account will be available to be immediately distributed to the claimants from which it was withheld.

7. As for 2024 taxes and fees, the CPA has advised that we reserve the interest accrued or to be accrued in 2024 on the reserve account funds and other QSF monies (*e.g.,* the residual to

1

DECL. OF MARIO N. ALIOTO ISO INDIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION FOR PERMISSION TO (1) DISTRIBUTE RESERVE FUND TO CLAIMANTS, AND (2) PAY THE SETTLEMENT ADMINISTRATOR'S INVOICES; MDL NO. 1917; CASE NO. 07-CV-5944-JST

be distributed to late claimants pursuant to Distribution Order ¶ 8e.) to pay these 2024 taxes, the accounting fees associated therewith, and any other expenses incurred by the QSF.

8. I have reviewed the Settlement Administrator's invoices and believe that the fees and expenses incurred were necessary and reasonably incurred in administering the Settlements and distributing the settlement funds to claimants, especially considering the large number of claimants and the significant number of issues relating to address changes, returned checks, and reissuing of checks that the Settlement Administrator had to work through.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 26th day of February 2024 at San Francisco, California.

       /s/ Mario N. Alioto

**Lead Counsel for Indirect Purchaser Plaintiffs**