MARIO N. ALIOTO, ESQ. (56433)
LAUREN C. CAPURRO, ESQ. (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2001 Union Street, Suite 482
San Francisco, CA 94123
Telephone:   (415) 563-7200
Facsimile:   (415) 346-0679
E-mail:      malioto@tatp.com
             laurenrussell@tatp.com

*Lead Counsel for the Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL NO. 1917 |
| | Case No. 07-cv-5944-JST |
| This Document Relates to: | |
| Indirect Purchaser Class Action | **[PROPOSED] ORDER GRANTING INDIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION FOR PERMISSION TO (1) DISTRIBUTE RESERVE FUND TO CLAIMANTS, AND (2) PAY THE SETTLEMENT ADMINISTRATOR'S INVOICES** |
| | The Honorable Jon S. Tigar |

The Court, having considered the Indirect Purchaser Plaintiffs' ("IPPs") Administrative Motion for Permission to (1) Distribute Reserve Fund to Claimants, and (2) Pay the Settlement Administrator's Invoices, the supporting materials and other papers on file in this action, and the statements of counsel and the parties, and finding good cause appearing, hereby GRANTS the Motion as follows:

1.      The Court authorizes the Settlement Administrator to distribute the funds remaining in the $10,000,000 reserve fund, net of disbursements and including accrued interest, *pro rata* to the claimants from which it was withheld, except that the Settlement Administrator may hold back the interest accrued in 2024 plus $105,000 to pay taxes and accounting fees.

2.      Interest accrued or to be accrued in the future on the Qualified Settlement Fund may be applied to pay future taxes, accounting fees, and any other expenses.

3.      The Court finds the $509,822.06 in fees and expenses incurred by the Settlement Administrator for work performed from June 2022 through July 2023 to distribute the settlement funds to claimants are reasonable and hereby authorizes IPP Lead Counsel to pay that amount to the Settlement Administrator from the Administration Fund set aside for such fees and expenses.

**IT IS SO ORDERED.**

Dated: _____              _____
                                                                Hon. Jon S. Tigar
                                                                United States District Judge

[PROPOSED] ORDER GRANTING INDIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION FOR PERMISSION TO (1) DISTRIBUTE RESERVE FUND TO CLAIMANTS, AND (2) PAY THE SETTLEMENT ADMINISTRATOR'S INVOICES; MDL NO. 1917; CASE NO. 07-CV-5944-JST