UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

FEB 26 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, <br><br>------------------------------ <br><br> INDIRECT PURCHASER PLAINTIFFS, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> COOPER & KIRKHAM, P.C., <br><br> Appellant, <br><br> v. <br><br> TOSHIBA CORPORATION; et al., <br><br> Defendants. | No. 22-16534 <br><br> D.C. No. 4:07-cv-05944-JST <br> Northern District of California, Oakland <br><br> ORDER |

Before: W. FLETCHER and CLIFTON, Circuit Judges, and KATZMANN,[*] Judge.

Appellant Cooper & Kirkham, P.C.'s request for extension of time is GRANTED. In light of this extension, and in light of the court's earlier grant of Indirect Purchaser Plaintiffs' unopposed joint motion to voluntarily dismiss cross-

---

[*] The Honorable Gary S. Katzmann, Judge for the United States Court of International Trade, sitting by designation.

appeal No. 22-16678 (Docket No. 44), the court orders briefing to continue in appeal no. 22-16534 in accordance with the following revised schedule: Appellant's Reply Brief is due May 1, 2024. Counsel are advised that further requests for extensions will be disfavored.