**FILED**

FEB 26 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, <br><br> ------------------------------ <br><br> INDIRECT PURCHASER PLAINTIFFS, <br><br>         Plaintiff-Appellee, <br><br>  v. <br><br> COOPER & KIRKHAM, P.C., <br><br>         Appellant, <br><br>  v. <br><br> TOSHIBA CORPORATION; et al., <br><br>         Defendants. | No.  22-16534 <br><br> D.C. No. 4:07-cv-05944-JST <br> Northern District of California, Oakland <br><br> ORDER |
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, <br><br> _____ <br><br> INDIRECT PURCHASER PLAINTIFFS, <br><br>         Plaintiff-Appellant, <br><br>  v. | No.  22-16678 <br><br> D.C. No. 4:07-cv-05944-JST |

BONSIGNORE TRIAL LAWYERS, LLC; et al.,

        Appellees,

and

TOSHIBA CORPORATION; et al.,

        Defendants.

Before: W. FLETCHER and CLIFTON, Circuit Judges, and KATZMANN,[*] Judge.

The unopposed joint motion to voluntarily dismiss cross-appeal No. 22-16678 (Document No. 43) is GRANTED. This order shall serve as the mandate of this court as to 22-16678.

---

[*] The Honorable Gary S. Katzmann, Judge for the United States Court of International Trade, sitting by designation.