MARIO N. ALIOTO, ESQ. (56433)
LAUREN C. CAPURRO, ESQ. (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2001 Union Street, Suite 482
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile:  (415) 346-0679
E-mail:  malioto@tatp.com
         laurenrussell@tatp.com

*Lead Counsel for the Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-cv-5944-JST<br>Case No.: 4:17-cv-04067-JST<br><br>MDL No. 1917 |
| This Document Relates to:<br><br>*Luscher, et al. v. Mitsubishi Electric Corp.,* No. 4:17-cv-04067-JST | **[PROPOSED] ORDER GRANTING INDIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION FOR APPROVAL OF PROCEDURES AND COSTS FOR PROCESSING "BOT" CLAIMS**<br><br>The Honorable Jon S. Tigar |

The Court, having considered the Indirect Purchaser Plaintiffs' ("IPPs") Administrative Motion for Approval of Procedures and Costs for Processing "Bot" Claims (the "Motion"), the supporting materials and other papers on file in this action, and the statements of counsel and the parties, and finding good cause appearing, hereby GRANTS the Motion as follows:

1.   The Court approves IPPs' proposed claim verification process to identify and eliminate fraudulent, bot-generated claims, as set forth in the Declaration of Joseph M. Fisher Re: Mitsubishi Electric Claims Processing and Recommendation for Claim Verification filed in support of the Motion.

2.   The Court approves the Settlement Administrator's fees and costs of $36,640.98 to develop the claim verification program as reasonable and necessary to protect the Mitsubishi Electric Settlement funds from fraudulent bot claims and authorizes the payment of this amount to the Settlement Administrator from the Mitsubishi Electric Settlement funds.

3.   The Court approves the projected additional cost of the claim verification process as reasonable and necessary to protect the Mitsubishi Electric Settlement funds from fraudulent bot claims and approves the payment of up to $100,000 to the Settlement Administrator to implement that process.

4.   Claims received from email addresses identified as not sendable by the Settlement Administrator are deemed invalid without the need to send a verification notice.

**IT IS SO ORDERED.**

Dated: _____                    _____
                                           Hon. Jon S. Tigar
                                           United States District Judge