UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This order relates to:<br><br>ALL DIRECT PURCHASER ACTIONS<br>ALL INDIRECT PURCHASER ACTIONS | MDL No. 1917<br><br>Case No. 07-cv-05944-JST<br><br>**AMENDED SCHEDULING ORDER AND ORDER REQUIRING JOINT STATEMENT RE: OCTOBER 2024 TRIAL DATE** |

On November 22, 2023, the Court vacated the pretrial and trial dates in the Indirect Purchaser Plaintiff ("IPP") actions after concluding that judicial economy warranted postponing decision on the motion for summary judgment brought by Defendants Irico Group Corporation and Irico Display Devices, Co., Ltd. (collectively, "Irico") until after the Special Master had decided Plaintiffs' sanctions motion. ECF No. 6346. The Court did not modify the schedule for the Direct Purchaser Plaintiff ("DPP") actions at that time. *Id.* The Court set both the IPP and DPP actions for a case management conference on February 27, 2024, with a joint statement due seven days prior. *Id.*

In the parties' joint statement, IPPs requested a July 29, 2024 trial date. ECF No. 6358 at 6. DPPs requested that they keep their October 28, 2024 trial date. *Id.* at 7. Irico requested that the Court vacate the DPP trial date and not set any additional dates in either the IPP or DPP actions until after the sanctions motion is finally resolved. *Id.* at 10.

The Court agrees with Irico that a July 29, 2024 trial date is unworkable. The Special Master has yet to issue a decision on Plaintiffs' sanctions motion, and it remains unknown whether one or more parties will object to that decision once it has been issued.

However, the Court also finds it reasonable to keep the October 28, 2024 trial date in

place, but to move the dispositive motion hearing from June 20, 2024, to August 1, 2024.  The Court sets these dates without prejudice to further continuances should circumstances warrant.

The Court is indifferent as to whether the IPP or DPP action proceeds first and will decide that question after hearing from the parties, who shall meet and confer and file a joint statement setting forth their agreed or respective views within seven days of the date of this order.  Any party who proposes that the DPP actions proceed first shall include in the joint statement its proposal for filing and briefing deadlines for dispositive motions, if any.  The April 5, 2024 dispositive motion filing deadline in the DPP actions is vacated.

**IT IS SO ORDERED.**

Dated:  April 4, 2024

_____
JON S. TIGAR
United States District Judge