UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917<br>Case No. 07-cv-05944-JST |
| This order relates to:<br>ALL DIRECT PURCHASER ACTIONS<br>ALL INDIRECT PURCHASER ACTIONS | **AMENDED SCHEDULING ORDER RE: DISPOSITIVE MOTIONS AND TRIAL DATES** |

The Court has reviewed the parties' joint statement in response to the Court's April 4, 2024 order, ECF No. 6369, and finds good cause to set the following deadlines for the Direct Purchaser Plaintiff ("DPP") actions:

| **Event** | **Current Deadline** | **Amended Deadline** |
|---|---|---|
| Last day to file dispositive motions | Vacated | May 10, 2024 |
| Last day to file responses to dispositive motions | May 10, 2024 | June 14, 2024 |
| Last day to file replies to dispositive motions | May 24, 2024 | June 28, 2024 |
| Hearing on dispositive motions | August 1, 2024 | August 1, 2024 |

All other deadlines for the DPP actions, including the October 28, 2024 trial date, will remain as scheduled.

Counsel for the Indirect Purchaser Plaintiffs ("IPPs") and Defendants Irico Group Corporation and Irico Display Devices, Co., Ltd. (collectively, "Irico") shall meet and confer regarding a 2025 trial date and related pretrial deadlines. They shall file a stipulation and

proposed order within 28 days of the date of this order.

Following the parties' agreement, the Court will hear argument on Irico's motion for summary judgment in the IPP actions, ECF No. 6261, on August 1, 2024.[1]

It is not clear whether Irico intends to move for summary judgment in the DPP actions on any grounds not raised in their motion regarding the IPP actions.  *See* ECF No. 6358 at 7 ("[G]iven that the Irico Defendants have already filed their Motion for Summary Judgment in the IPP actions, ECF No. 6225, following a meet and confer process, DPPs respectfully submit that it is not necessary to repeat this process unless the Irico Defendants intend to move on additional grounds.").  The parties shall meet and confer to determine a streamlined process, if possible, for the Court to consider the dispositive motions for both sets of cases.  For example, the parties might agree that Irico can file a revised consolidated motion by the May 10 deadline set above, with DPPs and IPPs submitting separate or combined oppositions by June 14, and Irico submitting a consolidated reply by June 28.  The Court seeks to minimize inefficiencies in having the same issues briefed twice.  The parties shall file a joint statement on this question within 14 days of the date of this order.

Finally, the Court observes that the motion for sanctions pending before the Special Master might require further modifications to the above schedule, including the potential for supplemental briefing regarding the impact of the final sanctions ruling on any dispositive motions.

**IT IS SO ORDERED.**

Dated:  April 12, 2024



JON S. TIGAR
United States District Judge

---

[1] ECF No. 6261 is the publicly filed unredacted version of Irico's motion, which was originally filed at ECF No. 6225.