*COMPLETE LIST OF PARTIES REPRESENTED LISTED ON SIGNATURE PAGE*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No.: 07-cv-05944 JST<br><br>MDL No. 1917 |
| This document relates to:<br><br>*ALL INDIRECT PURCHASER ACTIONS*<br><br>*ALL DIRECT PURCHASER ACTIONS* | **STIPULATION AND [PROPOSED] ORDER RE: SUMMARY JUDGMENT BRIEFING**<br><br>Judge:     Hon. Jon S. Tigar |

Indirect Purchaser Plaintiffs ("IPPs"), Direct Purchaser Plaintiffs ("DPPs"), and Defendants Irico Group Corporation and Irico Display Devices Co., Ltd. ("Irico" or the "Irico Defendants") (collectively, the "Parties"), by and through the undersigned counsel and pursuant to Federal Rule of Civil Procedure 16(b)(4) and Civil Local Rule 7-12, hereby stipulate as follows:

WHEREAS, on April 12, 2024, the Court ordered that "[t]he parties shall meet and confer to determine a streamlined process, if possible, for the Court to consider the dispositive motions for both sets of cases," ECF No. 6370; and

WHEREAS, the parties conferred pursuant to that Order and hereby submit the following proposal aimed at streamlining the briefing that the Court will need to consider.

IT IS HEREBY STIPULATED AND AGREED by and between counsel for IPPs, DPPs, and the Irico Defendants in response to the Courts' Amended Scheduling Order Regarding Dispositive Motions and Trial Dates (ECF No. 6370), that the Parties will submit briefing on dispositive motions as follows:

1. The Irico Defendants will file a revised consolidated motion as to both the IPPs' and the DPPs' claims by the May 10, 2024 deadline, with a 35-page limit, with no modification of the arguments or evidence presented in Irico's previously filed summary judgment against the IPPs' claims (ECF Nos. 6261, 6262). This revised consolidated motion will supersede Irico's previously filed summary judgment motion as to the IPPs' claims, such that the Court will not need to consider the previously filed motion;

2. The IPPs can adopt and incorporate by reference their previously filed opposition briefing (ECF Nos. 6306, 6307, 6334[1]), and the DPPs will submit their opposition by June 14, 2024, with a 35-page limit; and

---

[1] This citation is to the IPPs' Motion for Leave to File Sur-reply in Opposition to Irico's Motion for Summary Judgement, which includes as an exhibit the Proposed Sur-reply in Opposition to Irico's Motion for Summary Judgment. Irico's opposition to the IPPs' Motion for Leave to File Sur-reply in Opposition to Irico's Motion for Summary Judgment is located at ECF No. 6344, which Irico can adopt and incorporate by reference.

3. The Irico Defendants will submit a consolidated reply as to both the IPPs' and the DPPs' arguments by June 28, 2024, with a 20-page limit. This consolidated reply will again make no modification of the reply arguments or evidence previously filed against the IPPs' claims (ECF No. 6321), and it will supersede Irico's previously filed reply as to the IPPs' claims, such that the Court will not need to review the previously filed reply.

4. The DPPs and the Irico Defendants shall endeavor to cite to previously filed declarations and exhibits, and file additional supporting materials only as necessary.

**PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED.**

Dated:

_____
HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE

Dated: April 26, 2024

/s/ *R. Alexander Saveri*
R. Alexander Saveri (173102)
Geoffrey C. Rushing (126910)
Matthew D. Heaphy (227224)
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Lead Counsel for Direct Purchaser Plaintiffs*

/s/ *Mario N. Alioto*
Mario N. Alioto (56433)
Lauren C. Capurro (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2001 Union Street, Suite 482
San Francisco, CA 94123
Telephone: 415-563-7200
Facsimile: 415- 346-0679
Email: malioto@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the Indirect Purchaser Plaintiffs*

/s/ *Jeffrey Margulies*
Jeffrey Margulies (Bar No. 126002)
Norton Rose Fulbright US LLP
555 California Street
Suite 3300
San Francisco, California 94104
Telephone: (213) 892-9200
Facsimile: (213) 892-9494
Email: jeff.margulies@nortonrosefulbright.com

Geraldine W. Young (pro hac vice)
Norton Rose Fulbright US LLP
1301 McKinney, Suite 5100
Houston, Texas  77010
Telephone: (713) 651-5437
Facsimile: (713) 651-5246
geraldine.young@nortonrosefulbright.com

John M. Taladay (pro hac vice)
Evan J. Werbel (pro hac vice)

STIPULATION AND [PROPOSED] ORDER
RE: SUMMARY JUDGMENT BRIEFING

MASTER FILE NO. 07-CV-05944-JST
MDL NO. 1917

1 | Thomas E. Carter (pro hac vice)
2 | Andrew L. Lucarelli (pro hac vice)
  | BAKER BOTTS LLP
3 | 700 K Street, N.W.
  | Washington, D.C. 20001
4 | (202) 639-7700
  | (202) 639-7890 (fax)
5 | Email: john.taladay@bakerbotts.com
6 | evan.werbel@bakerbotts.com
  | tom.carter@bakerbotts.com
7 | drew.lucarelli@bakerbotts.com

8 | *Attorneys for Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.*

## ATTESTATION

I, Jeffrey Margulies, hereby attest, pursuant to United States District Court, Northern District of California Civil Local Rule 5-1(i)(3), that each of the other Signatories have concurred in the filing of the document.

By: /s/ *Jeffrey Margulies*
Jeffrey Margulies