UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION <br><br> This order relates to: <br><br> ALL DIRECT PURCHASER ACTIONS <br> ALL INDIRECT PURCHASER ACTIONS | MDL No. 1917 <br><br> Case No. 07-cv-05944-JST <br><br> **ORDER RE: SUMMARY JUDGMENT BRIEFING; ORDER TERMINATING MOTIONS AS MOOT** <br><br> Re: ECF Nos. 6261, 6334, 6347, 6371 |

The Court ordered the parties to meet and confer regarding whether summary judgment briefing as to the Indirect Purchaser Plaintiffs ("IPPs") and Direct Purchaser Plaintiffs ("DPPs") could be consolidated. In response, IPPs, DPPs, and Defendants Irico Group Corporation and Irico Display Devices, Co., Ltd. (collectively, "Irico Defendants" or "Irico") filed a timely stipulation and proposed order. ECF No. 6371. The parties agreed to the following:

1. The Irico Defendants will file a revised consolidated motion as to both the IPPs' and the DPPs' claims by the May 10, 2024 deadline, with a 35-page limit, with no modification of the arguments or evidence presented in Irico's previously filed summary judgment against the IPPs' claims (ECF Nos. 6261, 6262). This revised consolidated motion will supersede Irico's previously filed summary judgment motion as to the IPPs' claims, such that the Court will not need to consider the previously filed motion;

2. The IPPs can adopt and incorporate by reference their previously filed opposition briefing (ECF Nos. 6306, 6307, 6334[FN1]), and the DPPs will submit their opposition by June 14, 2024, with a 35-page limit; and

> [FN1] This citation is to the IPPs' Motion for Leave to File Sur-reply in Opposition to Irico's Motion for Summary Judgement, which includes as an exhibit the Proposed Sur-reply in Opposition to Irico's Motion for Summary Judgment. Irico's opposition to the IPPs' Motion for Leave to File Sur-reply in Opposition to Irico's Motion for

Summary Judgment is located at ECF No. 6344, which Irico can adopt and incorporate by reference.

3. The Irico Defendants will submit a consolidated reply as to both the IPPs' and the DPPs' arguments by June 28, 2024, with a 20-page limit.  This consolidated reply will again make no modification of the reply arguments or evidence previously filed against the IPPs' claims (ECF No. 6321), and it will supersede Irico's previously filed reply as to the IPPs' claims, such that the Court will not need to review the previously filed reply.

4. The DPPs and the Irico Defendants shall endeavor to cite to previously filed declarations and exhibits, and file additional supporting materials only as necessary.

ECF No. 6371 at 2–3.

The Court adopts the parties' stipulations but clarifies that IPPs must do more than incorporate prior arguments by reference.  Although the parties are encouraged to cite to exhibits that have already been filed, the Court will not consider IPPs' previously filed opposition brief, ECF No. 6306; IPPs' proposed sur-reply, ECF No. 6334-1; Irico's opposition to IPPs' motion for leave to file a sur-reply, ECF No. 6344; Irico's motion for leave to file supplemental evidence in support of their opposition to IPPs' motion for leave to file a sur-reply, ECF No. 6347; or IPPs' opposition to Irico's motion for leave to file supplemental evidence, ECF No. 6348.  Any arguments that Irico or IPPs want the Court to consider must be contained in the consolidated briefs filed under the above schedule.

Also, the Court approves the extension in page limits for the opening and reply briefs.  For the opposition brief(s), the Court will accept one consolidated brief of up to 35 pages, or two separate briefs of up to 25 pages each.

The Clerk shall terminate the following motions as moot: Irico's previously filed motion for summary judgment, ECF No. 6261; IPPs' motion for leave to file a sur-reply to Irico's previously filed motion, ECF No. 6334; and Irico's motion for leave to file supplemental evidence in support of Irico's opposition to IPPs' motion for leave to file a sur-reply, ECF No. 6347.

**IT IS SO ORDERED.**

Dated:  April 30, 2024



_____
JON S. TIGAR
United States District Judge