*COMPLETE LIST OF PARTIES REPRESENTED LISTED ON SIGNATURE PAGE*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No.: 07-cv-05944 JST<br><br>MDL No. 1917<br><br>**STIPULATION AND [PROPOSED] ORDER RE: TRIAL DATE AND RELATED PRETRIAL DEADLINES FOR THE IPP ACTION**<br><br>Judge:   Hon. Jon S. Tigar |
| This document relates to:<br><br>*ALL INDIRECT PURCHASER ACTIONS* | |

Indirect Purchaser Plaintiffs ("IPPs") and Defendants Irico Group Corporation and Irico Display Devices Co., Ltd. ("Irico" or the "Irico Defendants") (collectively, the "Parties"), by and through the undersigned counsel and pursuant to Federal Rule of Civil Procedure 16(b)(4) and Civil Local Rule 7-12, hereby stipulate as follows:

WHEREAS, on April 12, 2024, the Court ordered that Counsel for the IPPs and Irico "shall meet and confer regarding a 2025 trial date and related pretrial deadlines" and "shall file a stipulation and proposed order within 28 days of the date of this order," ECF No. 6370 at 1-2; and

WHEREAS, the Parties conferred pursuant to that Order and hereby submit the following proposed 2025 trial date and related pretrial deadlines for the IPP action.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between counsel for the IPPs and the Irico Defendants in response to the Courts' Amended Scheduling Order Regarding Dispositive Motions and Trial Dates (ECF No. 6370), that the Parties propose the following trial date and related pretrial deadlines for the IPP action, as outlined in the chart below.

| Event | [Proposed] Deadline |
|---|---|
| Last day to file amended/supplemental MIL | December 6, 2024 |
| Last day to file responses to any amended/supplemental MIL | December 20, 2024 |
| Last day to confer on jury charge instructions | December 20, 2024 |
| Hearings on motions in limine | January 9, 2024 |
| Last day to file parties' joint and any alternatively proposed jury instructions | January 17, 2024 |
| Last day to meet and confer before pretrial conference | January 17, 2024 |
| Last day to file stipulation on pre-admission of trial exhibits | January 17, 2025 |
| Last day to file joint pretrial statement, proposed findings of fact, and proposed conclusions of law | January 24, 2025 |
| Exhibits marked and exchanged | January 31, 2025 |
| Pretrial conference | February 3, 2025 |
| Last day to deliver trial exhibits to the Court | February 17, 2025 |
| Trial | February 24, 2025 |

**PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED THAT THE TRIAL SCHEDULE AND RELATED PRETRIAL DEADLINES FOR THE IPP ACTION ARE REINSTATED AS SET FORTH ABOVE.**

Dated:

HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE

Dated: May 6, 2024

/s/ Mario N. Alioto
Mario N. Alioto (56433)
Lauren C. Capurro (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2001 Union Street, Suite 482
San Francisco, CA 94123
Telephone: 415-563-7200
Facsimile: 415- 346-0679
Email: malioto@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the Indirect Purchaser Plaintiffs*

/s/ Jeffrey Margulies
Jeffrey Margulies (Bar No. 126002)
Norton Rose Fulbright US LLP
555 California Street, Suite 3300
San Francisco, California 94104
Telephone: (213) 892-9200
Facsimile: (213) 892-9494
Email: jeff.margulies@nortonrosefulbright.com

Geraldine W. Young (pro hac vice)
Norton Rose Fulbright US LLP
1301 McKinney, Suite 5100
Houston, Texas  77010
Telephone: (713) 651-5437
Facsimile: (713) 651-5246
geraldine.young@nortonrosefulbright.com

John M. Taladay (pro hac vice)
Evan J. Werbel (pro hac vice)
Thomas E. Carter (pro hac vice)
Andrew L. Lucarelli (pro hac vice)
BAKER BOTTS LLP
700 K Street, N.W.
Washington, D.C. 20001
(202) 639-7700
(202) 639-7890 (fax)
Email: john.taladay@bakerbotts.com
evan.werbel@bakerbotts.com
tom.carter@bakerbotts.com
drew.lucarelli@bakerbotts.com

*Attorneys for Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.*

## **ATTESTATION**

I, Jeffrey Margulies, hereby attest, pursuant to United States District Court, Northern District of California Civil Local Rule 5-1(i)(3), that each of the other Signatories have concurred in the filing of the document.

By: /s/ *Jeffrey Margulies*
Jeffrey Margulies