United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This order relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS | MDL No. 1917<br><br>Case No. 07-cv-05944-JST<br><br>**AMENDED SCHEDULING ORDER RE: INDIRECT PURCHASER ACTIONS; ORDER TERMINATING MOTIONS IN LIMINE**<br><br>Re: ECF Nos. 6239–49, 6251–60, 6373 |

The Court has reviewed the parties' proposed scheduling order for the Indirect Purchaser Plaintiff ("IPP") actions, ECF No. 6373, and will largely adopt the parties' proposed deadlines. The order has been modified to reflect that (1) the Court conducts pretrial conferences on Fridays and not Mondays, and (2) February 17, 2025, is a federal holiday.

In addition, the Clerk shall terminate the motions in limine that have already been filed. ECF Nos. 6239–49, 6251–60. The parties shall file all motions in limine, and oppositions thereto, by the deadlines specified below, instead of filing only "amended/supplemental MIL" briefs and responses as proposed by the parties. ECF No. 6373 at 2.

The Court now sets the following deadlines:

| Event | Deadline |
|---|---|
| Last day to file motions in limine | December 6, 2024 |
| Last day to file responses to motions in limine | December 20, 2024 |
| Last day to confer on jury instructions | December 20, 2024 |

| Event | Deadline |
|---|---|
| Hearings on motions in limine | January 9, 2025, at 9:30 a.m. |
| Last day to file joint and any alternatively proposed jury instructions | January 17, 2025 |
| Last day to meet and confer before pretrial conference | January 17, 2025 |
| Last day to file stipulation on pre-admission of trial exhibits | January 17, 2025 |
| Last day to file joint pretrial statement and proposed findings of fact and conclusions of law | January 24, 2025 |
| Last day to mark and exchange exhibits | January 31, 2025 |
| Pretrial conference | February 7, 2025, at 2:00 p.m. |
| Last day to deliver trial exhibits to the Court | February 18, 2025 |
| Trial | February 24, 2025 |

**IT IS SO ORDERED.**

Dated:  May 7, 2024



_____
JON S. TIGAR
United States District Judge

2