MARIO N. ALIOTO, ESQ. (56433)
LAUREN C. CAPURRO, ESQ. (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2001 Union Street, Suite 482
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: malioto@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-cv-5944-JST<br>Case No.: 4:17-cv-04067-JST<br><br>MDL No. 1917 |
| This Document Relates to:<br><br>*Luscher, et al. v. Mitsubishi Electric Corp.,* No. 4:17-cv-04067-JST | **INDIRECT PURCHASER PLAINTIFFS' CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>The Honorable Jon S. Tigar |

1. In its November 6, 2023 Order granting in part the Indirect Purchaser Plaintiffs' ("IPPs") motion for attorneys' fees, expenses, and incentive awards, this Court set a further case management conference ("CMC") for May 14, 2024. ECF No. 6337 at 3. The Order provided that the parties may request that the CMC be continued if additional time is needed to complete the distribution of settlement funds to the class. *Id.*

2. Subsequent to the November 6, 2023 Order, this Court approved, on March 5, 2024, IPPs' proposed claim verification process to identify and eliminate fraudulent, bot-generated claims. *See* ECF No. 6367. Since this Court approved the claim verification process, IPPs' Settlement Administrator has worked diligently to identify and audit a substantial number of such claims.

3. Although the Settlement Administrator has substantially completed this claim verification process, some additional time is needed due to the nature of the process and the significant amount of additional work undertaken following the Court's March 5, 2024 Order.

4. Accordingly, IPPs request that the CMC scheduled for May 14, 2024 be continued to allow the Settlement Administrator to complete the claim verification process in accordance with the March 5, 2024 Order. At this time, IPPs believe all audit work will be completed and that they will file their motion to distribute the settlement funds to claimants no later than July 18, 2024.

Respectfully submitted,

Dated:  May 7, 2024

By:  */s/ Mario N. Alioto*

Mario N. Alioto (56433)
Lauren C. Capurro (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2001 Union Street, Suite 482
San Francisco, CA 94123
Telephone:  (415) 563-7200
Facsimile:   (415) 346-0679
Email:         malioto@tatp.com
                   laurenrussell@tatp.com

*Lead Counsel for Indirect Purchaser Plaintiffs*