# EXHIBIT 1

[TRANSLATION]

[Entire Document Handwritten]

Mainland China *CDT MAKER* Contact Meeting

→Tai Yu   *file*

| Meeting Attendees: | *SSDD*: | *M.S.Lee*, Senior Manager Dong-Yu Xu, Zhen Yang |
|---|---|---|
| | *PHS*: | Chubei Cheng-Si Shao, *H.K* Si-Chuan Lee, Huafei Jian-Zhong Sheng, Yi Wang |
| | *BMCC*: | Wen-Chiang Fan, Hsin-Wen Huang |
| | IRICO: | Chao-Jie Wang |
| | *CPTF*: | Chung-Cheng (Alex) Yeh, Wei-Lie Yu |

I.  Production capacity situation of each maker (*kpcs*)

| | | Production capacity From Jan. to July | 7/E *stock* | August | September | Max production capacity October | November | December |
|---|---|---|---|---|---|---|---|---|
| *CPTF* | 14" | 370 | 70 | 250 | 220 ~~330~~ [Crossed out] | 150 | 150 | 150 |
| | 15" | 25 | | | | | 30 | 60 |
| *BMCC* | 14" | 300 | 30 - 40 | 50 | 50 | 40 | 30 | 25 |
| | 15" | | | | | 10 | 20 | 25 |
| IRICO | 15" | 90 | 40 | 50 | 50 | 50 | 50 | 50 |
| Huafei | 14" | 640 | 40 | 120 | 120 | 120 | 120 | 120 |
| | 15" | 25 | | 5-10*k/m*------------------------------------------------> | | | | |
| *SSDD* | 14" | 750 | 20 | 150 | 150 | 150 | 150 | 150 |
| *TTL* | 14" | 2060 | 160-170 | 570 | 620 | 470 | 450 | 445 |
| | 15" | 140 | | 60 | 60 | 70 | 110 | 145 |

1.  Right now, *BMCC* has one line producing 14"*CPT* and 14"/15"*CDT* and the plan is to produce *CDT* (50*k/M*) using half a line.    Among it, *SAMPLE*s of 15"*CDT* have already been produced.    Because of material supply and staff training issues, the production of 15"*CDT* will start from Oct.

2.  IRICO has given up 14", and is focusing on 15"; it has produced 20*k* of 15" in July.    These were mainly sold to domestic customers and "Irico Royal".

3.  For Huafei's 15"*CDT* line, after supplying *TWN* with *B+D* tubes *ITC*, it is mainly delivered to *ACER*.    Going forward, it will maintain supply quantity at about 5-10 *k/M*.
    Later, they might transfer a production line from Chubei, *TWN* to Nanjing to produce 15"*CDT* or they may convert a current line to produce 15"*CDT*.
    These two options will be determined at the *Q*4 board of the director meeting.

4.  *SSDD* still only has one 14"*CDT* right now and an additional 15"CDT line will be set up either in Tianjin or Shenzhen.    However, half of the equipment

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

for this line has already arrived at Tianjin.    Because the orders from Tianjin's *MONITOR* factory are not good, it is, therefore, consideration was given to moving this *CDT* line to Shenzhen.

5. All makers said that the orders in August are okay and the amount of orders has not reduced due to the promotion in July.

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [  ].

6. Looking at each maker's *STOCK* at the 7/*E*, Huafei claimed to have 40*k* *STOCK*.   However, it is heard from other sources that it has only about 20*k*. And *SSDD* has only 20*k* in stock.   It is probably due to large shipments at the end of July especially after Huafei sold to Irico Royal 20*k* at the price of 36.0 (Also, for July, there was only 20*k* in *TTL*).

II. At the meeting, analytical charts of *CDT* worldwide demand and supply from each maker's headquarters were *show*n to *BMCC* and IRICO; it is to indicate that there are sufficient reasons to increase prices, and to reiterate the bottom price for each size; and that *B* Grade tubes must not be sold and the payment terms.

1. *BMCC* stated that it did not attend the previous meeting and it was not aware of the determination of each maker to increase prices and they have already accepted a 5*K*-order from Irico Royal at the price of $42.0 on August 4. However, since everyone made their stance clear today, *BMCC* will definitely *flw* the bottom line pricing.   It also said that the original agreement with *AOC* fell through due to slow process of *SAMPLE* validation and no prices were promised, therefore no deal was made.

2. Huafei *challenge*d *SSDD* and said that a *FAX* to a customer from its *SALES* staff named Tsao stated that if the price increase failed, their money would be refunded in full; it showed that SSDD lacked confidence on price increase, and it needs to improve.   *SSDD* denied the allegation.   All attendees agreed and asked that all makers' *SALES* personnel should watch out the terms they use.

3. Huafei requested that *CPT* to be steadfast in their decision against *AOC,* since *AOC* is the culprit for ruining the price, I clearly indicated that we would rather lose orders than to concede.

III. Domestic price review

1. *CPTF* questioned each maker's calculation method for domestic sales tax inclusive price by using *USD* x 10 which is of in turn a price cut in disguise. Huafei stated that first of all, they used <u>special techniques to buy materials like glass and others as internal purchase</u> [Underlined] to offset the value-added tax, and secondly, <u>local government has VAT waiver</u> [Underlined], so as a result, the profit of domestic sales is higher than export sales.   So it insisted on calculating by 10.

2. *SSDD* said for domestic sales price they *flw* other makers "x10 method". But in fact, it is more beneficial to use 10.3 <u>because the tariff is only about 6%</u> [Underlined].

3. *CPT* said the tariff for *CDT* is 12% and *CPTF* used materials to calculate tariff which account for about 10% of the *cost* (*TUBE*).   So, 10.68 should be used.

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL                     CHU00030662.01E

4.  Other 2 makers expressed that they are worried that domestic customers would not accept, so they wanted to used 10 to calculate as well.   Due to substantial disputes over this matter, it was tabled for discussion at the next *meeting*.

IV. All makers decided that Huafei will call the next meeting on 9/4 to be held in Nanjing.   (In principle it would be held once a month).   And it was proposed to invite Senior Manager Lu of *CPTM* to attend.

- End of report -

Submitted by Employee Chung-Cheng (Alex) Yeh 8/5 '98
[Initialed:] Y.M. Peng Aug 11 '98

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [  ].

CONFIDENTIAL – GRAND JURY MATERIAL                    CHU00030662.02E

[Handwritten:]

00886-3-4858094

0591-3970507

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [  ].

CONFIDENTIAL – GRAND JURY MATERIAL



与会人员：

SSDD：M.S. Lee，徐东煜经理，杨真
PHS：邵正垚，HK 蔡思泉，华飞 郜建忠，王毅
BMCC：范文滨，黄新文
彩虹：王昭杰
CPTF：章俊正，朱伟列

一、各家产能概况（K pcs）

|  |  | 1~7月产能 | 7/3 stock | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|
| CPTF | 14" | 370 | 70 | 250 | 300 | 150 | 150 | 150 |
|  | 15" | 25 |  |  |  |  | 30 | 60 |
| BMCC | 14" | 300 | 30-40 | 50 | 50 | 40 | 30 | 25 |
|  | 15" |  |  |  |  | 10 | 20 | 25 |
| 彩虹 | 15" | 90 | 40 | 50 | 50 | 50 | 50 | 50 |
| 华飞 | 14" | 640 | 40 | 120 | 120 | 120 | 120 | 120 |
|  | 15" | 25 |  |  |  |  |  |  |
| SSDD | 14" | 250 | 20 | 150 | 150 | 150 | 150 | 150 |
| TTL | 14" | 2060 | 160~170 | 570 | 620 | 490 | 450 | 445 |
|  | 15" | 140 |  | 60 | 60 | 70 | 110 | 145 |

1. BMCC 现有一条于产 14" CPT，14/15" CPT，规划用半线做 CDT（50K/月）
   其中 15" CDT 之 SAMPLE 已产出，由于材料供应，及人员培训问题，
   计划 10月开始投产 15" CDT。
2. 彩虹放弃 14"，要改 15"，9月产出 20K，主要销售国内客户及"彩虹"
   牌。
3. 华飞 15" CPT 停，TWN 供应 BHD 后，2TC 后，主要交给 ACER，后续仍
   将维持 5~10 K/月 的供应量。
   后续可能自 TWN 搬竹北，搬一条线包括南京生产 15" CDT。
   或目前现有生产线改造一条生产 15" CDT，4Q 董事会将两案
   择一办理。
4. SSDD 现仍只有一条 14" CDT，只有 1线 15" 的增设，会在天津或
   深圳择一地设立，但此线已有近一半的设备已运抵天津，
   因天津 MONITOR 厂订单不佳，才有考虑深圳的考虑。
   把 CDT 线
5. 各家均表示，8月订单旺，至未因 2月代销售的锐减



年 月 日
第 页·共 页

6. 依各家 为 stock 看来, 華飛 称 stock 40K 但從其他管道得知, 只有 20K 左右 而 SSDD 又剩 20K, 应是 7/2 大量出货, 尤其是華飛用 360. 的價格賣给彩皇 20K (且 1月 TTL 也只有 20K).

二、会議上向 BMCC 及彩虹 show 各家為部的全球 CDT 供需分析表, 表示有足够理由調涨價格, 並重申各尺寸的底限價, 不得賣 B货. B付款條件.

1. 但 BMCC 則表示, 先前未参与会議, 不知各家涨價的決心, 且 我在 8/4 已向彩皇用 42.03 價承訂 JK 的訂單, 但今日大家亮態度 明碼表示, BMCC 一定 flw 底限的價 另表示, 原每 ACC 的協議, 因 sample 承認延及進優. 且有 並未承諾價格, 故对 ACC 與交易没有談成.

2. 華飛 challenge SSDD 曾對 SALES 给某家客户的 FAX 談着没法成功, 將來一定会败退款. 显示 少缺乏 調涨的信心, 即欲更改善 SSDD 否認. 但全体同意 再要求 各 SALES 要注意善用 說詞.

3. 華飛要求 CPT 对 ACC 要堅定決心, 因為 ACC 是價格破坏者, 取則明確表示, 寧可没訂單也不会讓步.

三、内銷價格檢討

1. CPT所反映各家用 USD×10 算: 内銷含稅價 等於 变相降價, 華飛則表示, 一来反使用特殊手法 使 涨價, 气材料是為内購增值稅予互抵. 二来反意如改府有调涨稅减免 反内銷的利潤 是高於 外銷. 故仍持用 10 核算.

2. SSDD 則表示, 现反内销价, flw 其他家作法 ×10 但反實際, 应用 10.3 較划算, 因反用 退稅的為 6% 定.

3. CPT 則表示, CDT 因反涨 13% CPT所用材料核算因稅約估 cwt (TAX) 10% 故应用 10.68 来算.

4. 另两家 則表示, 踏入 国内都不懂, 故也赞成用 10 核算. 因争议顐大 留待下次 meeting 再議.

四、大家決議. 9/4 由華飛 任召集人 連所录, 召開 (原则上每月一次) 下次会議. 擬請 CPT所 吳總理, 也能支同参会.

中华映管福州有限公司

CONFIDENTIAL - GRAND JURY MATERIAL

CHU00030662

No 886-3-48-8874

05 P1-3870507

CONFIDENTIAL - GRAND JURY MATERIAL

CHU00030663

# EXHIBIT 2

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                   OAKLAND DIVISION
 4
 5   IN RE: CATHODE RAY TUBE (CRT)  ) MASTER FILE NO.
     ANTITRUST LITIGATION           ) CV-07-5944 JST
 6   _____)
                                     )
 7   THIS DOCUMENT RELATES TO:       )
                                     )
 8   ALL INDIRECT PURCHASER ACTIONS  )
     ALL DIRECT PURCHASER ACTIONS    )
 9                                   )
              DEFENDANTS.            )
10   _____)
11
12
13
14
15          VIDEOTAPED DEPOSITION OF YAN YUNLONG
16                      VOLUME I
17            TUESDAY, SEPTEMBER 27, 2022
18               MACAU S.A.R., CHINA
19
20
21
     FILE NO.  SF 5436473
22
     REPORTED BY  MARK McCLURE, CRR
23               CAL CSR 12203
24
25
                                          Page 1
```

```
 1       A.   I think it was Mr. Xing Daoqin of the Group      14:46

 2  company.                                                    14:46

 3       Q.   Were you involved in the decision to retain       14:46

 4  Pillsbury?                                                  14:46

 5       A.   I was involved.                                   14:46

 6       Q.   Did you meet with Pillsbury lawyers about the     14:46

 7  issue of retaining Pillsbury?                               14:46

 8       A.   We met.                                           14:47

 9       Q.   Did you meet with Pillsbury before they were      14:47

10  actually retained to represent Irico?                       14:47

11       A.   No.                                               14:47

12            MR. BIRKHAEUSER:  Okay.  We're about to run       14:47

13  out of videotape, so why don't we go off the record.        14:47

14            THE VIDEOGRAPHER:  We are now going off the       14:47

15  record.  The time is 2:48.                                  14:47

16            (Discussion off the record.)                      14:48

17            THE VIDEOGRAPHER:  We are now back on the          15:01

18  record.  The time is 3:01.                                  15:01

19  BY MR. BIRKHAEUSER:                                         15:01

20       Q.   All right, Mr. Yan, after Irico received a        15:01

21  copy of the complaint in this matter, did it conduct any    15:01

22  investigation into the facts that are alleged in the        15:01

23  complaint?                                                  15:01

24       A.   No.                                               15:01

25       Q.   Did Pillsbury ever tell Irico that it should      15:02
```

Page 110

| | | |
|---|---|---|
| 1 | investigate the facts that are alleged in the complaint? | 15:02 |
| 2 | MR. CARTER:  Objection.  Calls for | 15:02 |
| 3 | attorney-client privileged information.  Instruct the | 15:02 |
| 4 | witness not to answer to the extent it would reveal any | 15:02 |
| 5 | legal advice given or received by Pillsbury. | 15:02 |
| 6 | THE WITNESS:  I will take back my earlier | 15:03 |
| 7 | answer. | 15:03 |
| 8 | BY MR. BIRKHAEUSER: | |
| 9 | Q.   I don't know what you're saying. | 15:03 |
| 10 | When you said you'd take back your earlier | 15:03 |
| 11 | answer, are you -- strike that. | 15:03 |
| 12 | Did Irico conduct an investigation into the | 15:03 |
| 13 | facts alleged in plaintiffs' complaint? | 15:03 |
| 14 | MR. CARTER:  Objection.  Asked and answered. | 15:03 |
| 15 | BY MR. BIRKHAEUSER: | 15:04 |
| 16 | Q.   You can answer. | 15:04 |
| 17 | A.   Okay.  After we received this complaint from | 15:05 |
| 18 | the U.S., we consulted our attorneys and we also felt | 15:05 |
| 19 | that it was quite strange that the U.S. would conduct a | 15:05 |
| 20 | CRT antitrust investigation against us, but at that time | 15:05 |
| 21 | our focus was on whether or not Irico had any products | 15:05 |
| 22 | that were sold in the U.S., and we also later clarified | 15:05 |
| 23 | on that issue, and indeed, we did not have any | 15:05 |
| 24 | mass-produced products sold in the U.S., so the | 15:05 |
| 25 | complaint against us was entirely baseless. | 15:05 |

Page 111

```
 1         Q.   What kind of investigation did you conduct to      15:05

 2   reach the conclusion that the complaint against Irico        15:05

 3   was baseless?                                                15:06

 4         A.   We contracted a company to search the database    15:06

 5   of Chinese customs for the data of our products -- of        15:06

 6   our export products during the relevant period, and the      15:06

 7   investigation scope covered all of those products we         15:07

 8   exported in that time frame, and the data showed that we     15:07

 9   did not export any products to the U.S. market, so it        15:07

10   made no sense to file such a complaint against us.           15:07

11         Q.   When did you contract with a company to search    15:07

12   the database of Chinese customs?                             15:07

13         A.   It was around the beginning of 2008.              15:07

14         Q.   What was the name of the company?                 15:07

15         A.   I don't remember the name, but I think it's in    15:07

16   our document production.  That company also issued a         15:08

17   certificate to prove the search result.                      15:08

18         Q.   As best as you can recall, as you sit here        15:08

19   today, what was the name of that company?                    15:08

20         A.   I really cannot recall.  It has been a very       15:08

21   long time.                                                   15:08

22         Q.   What exactly did you tell that company to         15:08

23   search for?                                                  15:08

24         A.   I was not the person who approached that          15:08

25   company.  It was the staff of the Irico Group Sales          15:09
```

Page 112

| | | |
|---|---|---|
| 1 | the complaint other than this report by the person that | 15:21 |
| 2 | Irico contracted with? | 15:21 |
| 3 | MR. CARTER:  Object to form. | 15:21 |
| 4 | THE WITNESS:  No. | 15:22 |
| 5 | BY MR. BIRKHAEUSER: | 15:22 |
| 6 | Q.   At the time you were investigating the facts | 15:22 |
| 7 | of the complaint, did any Irico employee tell you that | 15:22 |
| 8 | they had attended meetings with Irico's competitors? | 15:22 |
| 9 | A.   They did. | 15:22 |
| 10 | Q.   And what kind of investigation did you do as | 15:23 |
| 11 | to the meetings that Irico had with its competitors? | 15:23 |
| 12 | A.   We did not conduct any special investigation. | 15:23 |
| 13 | We simply confirmed whether or not there was such a | 15:23 |
| 14 | fact. | 15:23 |
| 15 | Q.   Who told you that Irico employees attended | 15:23 |
| 16 | meetings with Irico's competitors? | 15:23 |
| 17 | A.   At that time, it was Liu Maihai, Shen Xiaolin, | 15:23 |
| 18 | and there was another person who used to work for CEIEC, | 15:24 |
| 19 | and that person's name was Liang Yuan.  That's it. | 15:24 |
| 20 | Q.   Did Shen Xiaolin tell you that Mr. Shen had | 15:25 |
| 21 | attended a meeting of CEOs and presidents of CRT | 15:25 |
| 22 | competitors in Shanghai in November of 2006? | 15:25 |
| 23 | MR. CARTER:  Object to form. | 15:25 |
| 24 | THE WITNESS:  It was not as detailed as to | 15:25 |
| 25 | exactly which meeting. | 15:25 |

Page 117

```
 1    BY MR. BIRKHAEUSER:

 2        Q.   Did anyone tell you how many meetings that        15:25

 3    Irico employees had had with Irico's competitors?         15:25

 4        A.   No.                                              15:26

 5        Q.   Were you preliminary responsible for gathering    15:26

 6    information to give to Pillsbury after you were served     15:26

 7    with the complaint?                                        15:26

 8             MR. CARTER:  Object to form.                      15:26

 9             THE WITNESS:  No.  Actually, after we were        15:27

10    served the complaint, we did several things.               15:27

11             The first one was -- we formed an internal        15:27

12    working group to lead the work of conducting the           15:28

13    investigation with respect to this litigation.  It was a   15:28

14    task force working group.                                  15:28

15             Secondly, we engaged Pillsbury as the counsel     15:28

16    to represent us, but at that time several law firms were   15:28

17    pitching us for the case, and we later talked with them    15:28

18    and engaged Pillsbury as our outside counsel.              15:28

19             The third one we did -- the third thing we did    15:28

20    was that we conducted an investigation to see if we        15:28

21    actually sold any products in the U.S. market, and the     15:28

22    information we got was no.  So we asked Pillsbury to try    15:28

23    to talk and reason with the plaintiffs that it was a       15:28

24    mistake to sue Irico, and we asked them to remove us       15:28

25    from the defendants.                                       15:28
```

Page 118

```
 1          The fourth thing that we did was to notify all        15:29

 2    the relevant people based on the request from Pillsbury,     15:29

 3    and those people were asked to preserve all the              15:29

 4    information and documents related to the case.               15:29

 5          During that process, Pillsbury related a very          15:30

 6    important piece of information to us.  It told us that        15:30

 7    it was actually a class action and the plaintiffs in the     15:30

 8    case were trying to form a group of plaintiffs to            15:30

 9    conduct the litigation, and the defendants were also         15:30

10    trying to form a group, and Pillsbury's advice to us was     15:30

11    that we join the defendants group.  So, internally, in       15:30

12    the company, we also held some discussions on that           15:30

13    advice.                                                      15:30

14          And the company held several rounds of                 15:31

15    discussions on that issue in order to understand the         15:31

16    situation, but the situation with Irico is different         15:31

17    from that with other companies in the defendants' group.     15:31

18    Those other companies were big multinational companies       15:31

19    and the U.S. market was their main market.  They not         15:31

20    only had CRT products in the U.S. market, they also had      15:31

21    the TV whole sets in the U.S. market, and Irico, at that     15:31

22    time, had neither, so it was to the disadvantage of          15:32

23    Irico to join and form the defendants group.                 15:32

24          And also, at that time, the U.S. government            15:32

25    was conducting, actually, criminal investigations in the     15:32
```

Page 119

```
 1              UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3                   OAKLAND DIVISION

 4

 5   IN RE: CATHODE RAY TUBE (CRT) ) MASTER FILE NO.

     ANTITRUST LITIGATION          ) CV-07-5944 JST

 6   _____)

                                    )

 7   THIS DOCUMENT RELATES TO:      )

                                    )

 8   ALL INDIRECT PURCHASER ACTIONS )

     ALL DIRECT PURCHASER ACTIONS   )

 9                                  )

                   DEFENDANTS.      )

10   _____)

11

12

13

14

15        VIDEOTAPED DEPOSITION OF YAN YUNLONG

16                   VOLUME III

17           THURSDAY, SEPTEMBER 29, 2022

18              MACAU S.A.R., CHINA

19

20

21

22   FILE NO.  SF 5436477

23

24   REPORTED BY  MARK McCLURE, CRR

25              CAL CSR 12203
```

Page 308

| | | |
|---|---|---|
| 1 | foundation.  Improper legal opinion. | 09:50:51 |
| 2 | THE WITNESS:  My understanding is that the | 09:51:25 |
| 3 | ex-factory prices of our Irico CRT products should not | 09:51:28 |
| 4 | be below the average production cost published by the | 09:51:34 |
| 5 | national government agencies, as referenced earlier; | 09:51:41 |
| 6 | which means that for each of the 20-inch color picture | 09:52:07 |
| 7 | tube that we manufacture, the price cannot go lower than | 09:52:10 |
| 8 | 440 RMB, and the price of the 25-inch color picture tube | 09:52:18 |
| 9 | should not go lower than 720 RMB. | 09:52:25 |
| 10 | BY MR. CARTER: | 09:52:25 |
| 11 | Q.   Mr. Yan, looking back at page 460, with the | 09:52:45 |
| 12 | newspaper clipping -- | 09:52:48 |
| 13 | A.   Okay. | 09:52:54 |
| 14 | Q.   -- the table at the bottom of that clipping is | 09:52:55 |
| 15 | titled "Industrial Average Production Cost," correct? | 09:52:58 |
| 16 | MR. RUSHING:  Objection to form. | 09:53:10 |
| 17 | THE WITNESS:  Yes. | 09:53:11 |
| 18 | BY MR. CARTER: | 09:53:11 |
| 19 | Q.   To your understanding, if Irico Group's | 09:53:17 |
| 20 | production costs were lower than the industry average, | 09:53:21 |
| 21 | could Irico Group lawfully price its CRTs below these | 09:53:27 |
| 22 | levels? | 09:53:32 |
| 23 | MR. RUSHING:  Objection to form.  Lack of | 09:53:33 |
| 24 | foundation.  Calls for an improper legal opinion. | 09:53:36 |
| 25 | THE WITNESS:  No. | 09:54:10 |

Page 350

```
 1              MR. BIRKHAEUSER:  Objection on the grounds        09:54:10

 2    that it mischaracterizes the document.                     09:54:12

 3              Objection.  Objection on the ground that it      09:54:15

 4    mischaracterizes the document.                             09:54:18

 5    BY MR. CARTER:                                             09:54:28

 6         Q.   What's your understanding of what would happen   09:54:28

 7    if Irico Group sold CRTs at prices below these published   09:54:30

 8    industrial average production costs?                       09:54:35

 9              MR. RUSHING:  Objection to form.  Lacks          09:54:38

10    foundation.  Calls for an improper legal opinion.         09:54:42

11              THE WITNESS:  According to my understanding,     09:55:23

12    our company would have to bear legal liabilities and it    09:55:25

13    will face punishments, and those people at the company     09:55:31

14    at the leadership level who have direct responsibility     09:55:37

15    regarding this would also face personal punishment.        09:55:40

16              MR. BIRKHAEUSER:  Objection on the ground that   09:55:47

17    it mischaracterizes the very language of the document      09:55:48

18    itself.                                                    09:55:51

19    BY MR. CARTER:                                             09:55:51

20         Q.   Mr. Yan, you can set that document aside, and    09:56:00

21    I have one other document that I'm going to introduce,     09:56:03

22    if you give me a moment.                                   09:56:06

23              Mr. Yan, I'm introducing what was previously     09:56:29

24    marked as Exhibit 8551.  Please refresh your page and      09:56:32

25    let me know when you see that.                             09:56:36
```

Page 351

| | | |
|---|---|---|
| 1 | A.   8551, right? | 09:56:51 |
| 2 | Q.   Correct. | 09:56:53 |
| 3 | A.   I see it. | 09:56:55 |
| 4 | Q.   Could you please take a moment to review | 09:56:58 |
| 5 | Exhibit 8551 and let me know when you're ready.  There's | 09:57:00 |
| 6 | an English translation on pages 1 through 5 of the | 09:57:09 |
| 7 | document, and then the Chinese original starts on page | 09:57:15 |
| 8 | 6. | 09:57:17 |
| 9 | A.   Okay, I see it. | 09:57:32 |
| 10 | Q.   Looking at the red stamp and handwriting in | 09:57:34 |
| 11 | the bottom left of the page, what does that say? | 09:57:41 |
| 12 | MR. RUSHING:  Objection to form.  Lacks | 09:57:57 |
| 13 | foundation. | 09:57:59 |
| 14 | THE WITNESS:  The first page, right? | 09:58:04 |
| 15 | BY MR. CARTER: | 09:58:04 |
| 16 | Q.   The first page in Chinese, yes. | 09:58:06 |
| 17 | A.   I do not see a red box -- I see it now.  My | 09:58:21 |
| 18 | bad.  I'm sorry. | 09:58:27 |
| 19 | The first line in the box says "Electronic | 09:58:28 |
| 20 | industry archive," and the second line says "Copy | 09:58:41 |
| 21 | 2017052 number." | 09:58:47 |
| 22 | Q.   Do you have an understanding of what the | 09:58:54 |
| 23 | presence of that stamp indicates about the document? | 09:58:56 |
| 24 | A.   This indicates that the source of this | 09:58:58 |
| 25 | document comes from the archive of the archive library | 09:59:27 |

Page 352

EXHIBIT 3

Page 1

1              IN THE UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF CALIFORNIA
2                     San Francisco Division

3      - - - - - - - - - - - - - - - - - -
       IN RE:                          )
4                                      )
       CATHODE RAY TUBE (CRT)          )Master File No.
5      ANTITRUST LITIGATION            )07-CV-5944-JST
                                       )
6                                      )MDL No. 1917
                                       )
7                                      )
                                       )
8      - - - - - - - - - - - - - - - - - -

9                  DEPOSITION OF WANG ZHAOJIE

10                    HIGHLY CONFIDENTIAL

11                         VOLUME I

12                Wednesday, March 6th, 2019

13                     AT:  9.08 am

14                      Taken at:

15                    Kobre & Kim
                     6/F ICBC Tower
16                   3 Garden Road
                        Central
17                    Hong Kong

18

19

20

21

22

23     Court Reporter:

24     Bron Williams
       Accredited Real-time Reporter
25

Page 6

```
 1              invoice
 2  Exhibit 8411 Bates number .........................103
               IRI-CRT-00003588 - Export
 3              invoice
 4  Exhibit 8412  Bates number .........................105
               IRI-CRT-00003594 - Export
 5              invoice
 6  Exhibit 8413 Bates number .........................109
               IRI-CRT-00003546 - Material
 7              from a database file
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 7

```
 1          VIDEOGRAPHER:  Good morning.  Here begins
 2  volume I, media number 1 in the deposition of Wang Zhaojie
 3  in the matter of In Re Cathode Ray Tube (CRT) Antitrust
 4  Litigation, in the United States District Court, Northern
 5  District of California, San Francisco division.  Master file
 6  number 07-CV-5944-JST.  MDL No. 1 917.
 7          Today's date is  March 6, 2019.  The time on the
 8  video monitor is 9.08 a.m.
 9          The certified video operator today is Inga Kornev,
10  contracted by US Legal Support.  This video deposition is
11  taking place at Kobre & Kim, ICBC Tower, 3 Garden Road,
12  Central, Hong Kong.  Counsel, please voice identify
13  yourselves and state whom you represent.
14          MR. BENZ:  Steven Benz from the law firm Kellogg,
15  Hansen PLLC, Washington DC, for the direct purchaser
16  Plaintiffs.
17          MR. HWU:  David Hwu from the law firm of
18  Saveri & Saveri in San Francisco on behalf of the direct
19  purchaser Plaintiffs.
20          MS. FU:  Qianwei Pu, Zelle LLP on behalf of the
21  indirect purchaser Plaintiffs.
22          MS. CAPURRO:  Lauren Capurro from Trump, Alioto,
23  Trump & Prescott for the indirect purchaser plaintiffs.
24          MR. MARGO:  Benjamin Margo, the Kellogg Hansen law
25  firm, for the direct purchaser plaintiffs.
```

Page 8

```
 1          MR MONTANO:  Michael Montano, Cotchett, Pitre &
 2  McCarthy on behalf of the direct purchaser plaintiffs.
 3          MR. PLUNKETT:  Stuart Plunkett from Baker Botts on
 4  before of the Irico defendants and the witness.
 5          MS. YANG:  Kaylee Yang from Baker Botts llP on
 6  behalf of the Irico defendants.
 7          MR. JACOBSMEYER:  Brian Jacobsmeyer from Baker
 8  Botts LLP on behalf of the Irico defendants and the witness.
 9          VIDEOGRAPHER:  Would all others please state your
10  name for the record.
11          MS. GUO:  Guo Xiao Yan.
12          MS. SHANG:  Ting Shang.
13          INTERPRETER:  Kuang-Shai Chao.  I am the
14  interpreter.
15          VIDEOGRAPHER:  The court reporter today is Bron
16  Williams on behalf of US Legal Support.  Would the reporter
17  swear in the interpreters and the witness.
18          INTERPRETER - Kuang-Shai Chao (affirmed)
19     QIANWEI FU - (affirmed) - acting as a check interpreter
20     DAVID HWU - (affirmed) - acting as a check interpreter
21                  WANG ZHAOJIE
22  having been duly affirmed testified as follows:
23     (All answers were given through the interpreter unless
24                       otherwise indicated)
25          MR. HWU:  I hate to interrupt, but the live screen
```

Page 9

```
 1  for our check interpreter is not working.  So could we go
 2  off the record to fix this really quick?
 3          VIDEOGRAPHER:  Going off -- this marks the end of
 4  media number 1 of the deposition of Wang Zhaojie.  Going off
 5  the record.  The time is 9.11.
 6                  (Break taken.)
 7          VIDEOGRAPHER:  We are back on the record.  Here
 8  begins media 2 in the deposition of Wang Zhaojie, the time
 9  is 9.12.
10   BY MR. BENZ:
11      Q.  Good morning, Mr. Wang.  My name is Steven
12  Benz and I represent the direct purchaser plaintiffs in this
13  litigation.
14          Can you please state your full name and spell it
15  for the record.
16      A.  (Chinese spoken).
17          INTERPRETER:  (Chinese spoken).
18      A.  My name is Wang Zhaojie, spelled as W-A-N-G,
19  Z-H-A-O-J-I-E.
20   BY MR. BENZ:
21      Q.  Have you ever gone by any other name?
22      A.  No.
23      Q.  Do you have a nickname?
24      A.  What do you mean by that nickname?
25      Q.  A name that your friends call that you is not
```

Page 78

1   representative, correct?
2         A.   The document said Liang Yuan.
3         Q.   Do you know who Liang Yuan is?
4         A.   Yes, I do know.
5         Q.   How do you know Liang Yuan?
6         A.   He is an employee of China National Electronic
7   Import and Export Caihong Company.
8         Q.   At this time, Liang Yuan was also a Group
9   employee, correct?
10        MR. PLUNKETT:   Object to the form.
11        A.   No, that's not correct.
12  BY MR. BENZ:
13        Q.   Do you know that around this time Irico Group
14  sent Liang Yuan to testify on behalf of Irico Group in
15  a European anti-dumping case?
16        MR. PLUNKETT:   Object to the form.
17        A.   I don't know.
18  BY MR. BENZ:
19        Q.   Just to be clear, Mr. Wang, is Liang Yuan
20  a man or a woman?
21        A.   Ms. Liang Yuan.  A female.
22        Q.   The next line of questions in the document are
23  topics 4 and 7.
24        Are you aware that in 1995 Irico Group had a sales
25  company in the United States called Irico USA?

Page 79

1         MR. PLUNKETT:   Objection, misstates the record.
2         A.   I don't know.
3   BY MR. BENZ:
4         Q.   While you worked in sales at Irico, were you
5   aware of an entity called Irico USA?
6         A.   I don't know.
7         Q.   Have you ever been aware of a company called
8   Irico USA?
9         A.   Yes, I heard of it.
10        Q.   When did you hear of Irico USA?
11        A.   I saw this name in the document.
12        Q.   You were at the sales department for over two
13  decades, correct, Mr. Wang?
14        A.   Let me think about it.  Yes, roughly.
15        Q.   And you are here on behalf of Irico Group and
16  Irico Display to testify in response to topics 4 and 7,
17  correct?
18        A.   Yes.
19        Q.   Can you tell me who in Irico Group sales
20  department was responsible for coordinating sales to Irico
21  USA?
22        MR. PLUNKETT:   Object to the form.
23        A.   I don't know.
24  BY MR. BENZ:
25        Q.   Did Group sell CRTs to Irico USA?

Page 80

1         A.   No.
2         Q.   Do you have any understanding as to, within
3   the time period at issue in this litigation, how many Irico
4   CRTs and CPTs ended up in the United States?
5         MR. PLUNKETT:   Object to the form.
6         Counsel, may I ask if the two people sitting next
7   to you are check translators in this deposition?  Because it
8   seems that they are passing substantive questions to you,
9   but they are also acting as check translators.
10        MR. BENZ:   I'm going to keep asking my questions.
11  If you have an objection you can state it for the record.
12        MR. PLUNKETT:   I'm asking for a clarification of
13  that issue.  If you disagree that that is what is taking
14  place in the room, I suggest you say so.
15        MR. BENZ:   I have one check translator, and I have
16  one person assisting me with questions.
17        MR. PLUNKETT:   And that's the same person.
18        MR. BENZ:   No, it has changed.  Right now --
19        MR. PLUNKETT:   Who is the check translator right
20  now in the deposition?
21        MR. BENZ:   The check translator right now is
22  Ms. Fu.
23        MR. PLUNKETT:   Okay.
24        MR. BENZ:   And Mr. David Hwu is assisting me with
25  questions.  As you can see, because he has been passing me

Page 81

1   notes.
2         MR. PLUNKETT:   Okay, but he also corrected
3   a translation recently, which is why I got confused, and
4   I believe that the other person is also passing questions to
5   you -- at least that's how it appears -- and is not just
6   acting as a check translator.  If that's not true, you can
7   correct that on the record.
8         MR. BENZ:   Okay.  We will continue.
9         I'm going to re-ask a question, because I don't
10  believe I got a response from you, due to counsel's
11  objection.
12        Q.   Do you have any understanding, Mr. Wang, as
13  to, within the time period at issue in this litigation, how
14  many Irico CRTs and CPTs ended up either directly or
15  indirectly in the United States?
16        MR. PLUNKETT:   Object to the form.
17        A.   Irico Display and Irico Group never sell
18  products to the States.
19  BY MR. BENZ:
20        Q.   I understand that, but my question for you is,
21  regardless of the distribution channel, whether you made any
22  attempt in your preparation for today's deposition, to
23  determine the amount of sales, attempted sales, or
24  contemplated sales, by Irico, either directly or indirectly
25  to the United States during the class period.  And I mean

Page 82

1  indirectly.  It could have had multiple intermediaries
2  involved.
3          So that's my question.
4          MR. PLUNKETT:  Object to the form.
5          A.  I don't know.
6  BY MR. BENZ:
7          Q.  Did Irico Electronics sell CRTs to Irico USA
8  during the class period?
9          A.  Based on my understanding, the answer is no.
10         Q.  I would like to show the witness what has
11  previously been marked as Exhibit 8392.
12         (Previously marked Exhibit 8392 shown to witness)
13         This is also topics 4 and 7.
14         I have handed Mr. Wang Exhibit 8392.  It is
15  a document dated 27th July 2001 from the auditing department
16  at Irico Group Corporation.  The Bates numbers are
17  IRI-CRT-0003400 through 3497.
18         Please take as much time as you need, Mr. Wang.
19         A.  Yes.
20         Q.  Do you have an understanding as to what this
21  document is?
22         A.  I reviewed this document.
23         Q.  Did you review this document in preparation
24  for your deposition?
25         A.  Yes.

Page 83

1          Q.  What is your understanding as to the purpose
2  of this document?
3          A.  I don't know.
4          Q.  Can you look at the header on the first page
5  of the document?
6          Do you see at the top where it says "IRICO Group
7  Corporation Auditing Department Document"?
8          A.  Yes.
9          Q.  And then below that it says:
10         "Irico auditing (2001) No. 1."
11         Do you see that?
12         A.  Yes.
13         Q.  And then below that it says:
14         "A Brief on Auditing Results for IRICO (USA) Inc."
15         Do you see that?
16         A.  Yes, I saw it.
17         Q.  Does this appear to you to be a document
18  created by the Irico Group Corporation auditing department
19  on or about 27th July 2001?
20         MR. PLUNKETT:  Object to the form.
21         A.  (Chinese spoken).
22         INTERPRETER:  The witness is asking me to repeat
23  the question.
24         (Chinese spoken).
25         A.  This is a document from the auditing

Page 84

1  department from Irico Group.
2  BY MR. BENZ:
3          Q.  And this document was kept in Irico Group's
4  files, correct?
5          A.  It should be.
6          Q.  Do you have any reason to believe this is not
7  an accurate, true and correct copy of this document?
8          A.  No.
9          Q.  If you could, court reporter, give the witness
10  Exhibit 8393, previously marked.
11         (Previously marked Exhibit 8393 handed to the witness)
12         Mr. Wang, I handed you Exhibit 8393.  It is
13  a two-page-exhibit with Bates numbers IRI-CRT00003498
14  through 3499.  Have you seen this exhibit before?
15         A.  Yes, I saw it before.
16         Q.  Do you have an understanding as to the purpose
17  of this document?
18         MR. PLUNKETT:  Object to form.
19         A.  I don't understand.
20  BY MR. BENZ:
21         Q.  What is this document?
22         A.  I don't know.
23         Q.  Have you had a chance to review this?
24         A.  Yes.
25         Q.  Is it fair to say this is Shaanxi province

Page 85

1  People's Government's approval of CNEICC's establishment of
2  Irico USA?
3          MR. PLUNKETT:  Objection to form.
4          A.  The document speaks for itself.
5  BY MR. BENZ:
6          Q.  Mr. Wang.  This exhibit was produced to us by
7  the lawyers in -- our lawyers, and it came from Irico
8  Group's files.  Do you understand that?
9          A.  Yes, I do.
10         Q.  And you believe that you have been prepared to
11  speak to topics 4 and 7 at your deposition here today,
12  correct?
13         A.  Yes.
14         Q.  So I'm asking you what is your understanding
15  as the corporate designee for Irico Group and Irico Display
16  as to the purpose of this exhibit as it relates to topics 4
17  and 7?
18         MR. PLUNKETT:  Objection, vague.
19         A.  (Chinese spoken).
20  BY MR. BENZ:
21         Q.  What was his answer?
22         A.  Please repeat the question.
23         INTERPRETER:  (Chinese spoken).
24         A.  Could you repeat your question one more time?
25

Page 114

1    and recontinuing tomorrow, at 9 a.m.

2         MR. PLUNKETT:  Agreed.

3         VIDEOGRAPHER:  This is the end of media number 9,

4    and volume I of the deposition of Wang Zhaojie.  Going off

5    the record.  The time is 5.55.

6         (Whereupon, the deposition adjourned at 5.55 pm)

Page 115

1              CERTIFICATE OF COURT REPORTER

2

3    I, Bron Williams, an Accredited Real-time Reporter, hereby

4    certify that the testimony of the witness Wang Zhaojie in

5    the foregoing transcript, numbered pages 1 through 115,

6    taken on this 6th day of March, 2019 was recorded by me in

7    machine shorthand and was thereafter transcribed by me; and

8    that the foregoing transcript is a true and accurate

9    verbatim record of the said testimony.

10

11

12   I further certify that I am not a relative, employee,

13   counsel or financially involved with any of the parties to

14   the within cause, nor am I an employee or relative of any

15   counsel for the parties, nor am I in any way interested in

16   the outcome of the within cause.

17

18

19   Signed:  *Bron Williams*

20   Name:   Bron Williams

21   Date:   ......................

Page 116

1

2              CERTIFICATE OF DEPONENT

3

4    I, Wang Zhaojie, hereby certify that I have read the

     foregoing pages, numbered 1through 115, of my deposition of

5    testimony taken in these proceedings on Wednesday, March

     6th, 2019 and, with the exception of the changes listed on

6    the next page and/or corrections, if any, find them to be a

     true and accurate transcription thereof.

7

8

9

10

11   Signed:  ......................

12   Name:    Wang Zhaojie

13   Date:    ......................

Page 117

1

2              ERRATA SHEET

3    Case Name:      In Re Cathode Ray Tube Antitrust
                     Litigation

4    Witness Name:      Wang Zhaojie
     Date:     03/06/2019

5    Page/Line          From                    To

6    ____/_____

7    ____/_____

8    ____/_____

9    ____/_____

10   ____/_____

11   ____/_____

12   ____/_____

13   ____/_____

14   ____/_____

15   ____/_____

16   ____/_____

17   ____/_____

18   Subscribed and sworn to before

19   me this 6th day of March, 2019.

20        _____

21        Wang Zhaojie

# EXHIBIT 4

```
1               UNITED STATES DISTRICT COURT
2               NORTHERN DISTRICT OF CALIFORNIA
3                      OAKLAND DIVISION
4
5   IN RE: CATHODE RAY TUBE (CRT)  ) MASTER FILE NO.
    ANTITRUST LITIGATION           ) CV-07-5944 JST
6   _____)
                                   )
7   THIS DOCUMENT RELATES TO:      )
                                   )
8   ALL INDIRECT PURCHASER ACTIONS )
    ALL DIRECT PURCHASER ACTIONS   )
9                                  )
           DEFENDANTS.             )
10  _____)
11
12
13
14
15          VIDEOTAPED DEPOSITION OF LI MIAO
16                     VOLUME III
17              THURSDAY, MARCH 9, 2023
18                     HONG KONG
19
20
21
22
23
    FILE NO.  SF 5759557
24
    REPORTED BY  MARK McCLURE, CRR
25               CAL CSR 12203
```

Page 234

| 1 | Q. Okay. In any event, the safety standard that | 16:43:01 |
| 2 | the tube was manufactured to would be reflected in the | 16:43:08 |
| 3 | model number? | 16:43:12 |
| 4 | A. Yes. | 16:43:29 |
| 5 | Q. I believe, yesterday, you referred to | 16:43:32 |
| 6 | something called the reinforcement band, is that right? | 16:43:36 |
| 7 | A. What did you say? | 16:43:58 |
| 8 | Q. Do you recall -- strike that. | 16:44:02 |
| 9 | Is there something called a reinforcement band | 16:44:05 |
| 10 | that's part of the manufacturing process of the tube? | 16:44:08 |
| 11 | A. It's called explosion-prevention band. | 16:44:28 |
| 12 | Q. Is that something that a customer would | 16:44:33 |
| 13 | specify, also? | 16:44:36 |
| 14 | A. The structure, the type and the manufacturing | 16:44:37 |
| 15 | processes regarding the explosion-prevention band are | 16:45:00 |
| 16 | very closely related to the safety standards. | 16:45:05 |
| 17 | Q. In your role as the plant chief, did you | 16:45:26 |
| 18 | communicate with Irico's customers? | 16:45:34 |
| 19 | A. We need to communicate with the users | 16:45:35 |
| 20 | regarding how to match the circuit with the tube when | 16:46:03 |
| 21 | they use our products. Also, we provide after-sales | 16:46:08 |
| 22 | services to our users after they purchase our products. | 16:46:35 |
| 23 | Q. What type of communications would you have | 16:46:45 |
| 24 | with customers before you manufactured a tube for them? | 16:46:49 |
| 25 | A. It's mainly the discussions regarding how to | 16:46:55 |

Page 253

| 1 | match the circuitry with a certain tube. | 16:47:13 |
|---|---|---|
| 2 | Q.   And then, was that part of your responsibility | 16:47:18 |
| 3 | as the plant chief, to speak with the customers? | 16:47:22 |
| 4 | A.   Generally speaking, I would not handle that | 16:47:27 |
| 5 | directly.  I have engineers who would communicate with | 16:47:48 |
| 6 | the customers regarding the design and providing | 16:48:08 |
| 7 | services. | 16:48:12 |
| 8 | Q.   Okay.  Would any other category of employee, | 16:48:14 |
| 9 | other than engineers, communicate with customers? | 16:48:21 |
| 10 | MR. CARTER:  Object to form. | 16:48:34 |
| 11 | THE WITNESS:  We would also send people to | 16:48:42 |
| 12 | provide guidance to the users as to the way to operate | 16:49:13 |
| 13 | our products after they started to use our products. | 16:49:16 |
| 14 | But that's only for the time when they just start to use | 16:49:32 |
| 15 | the products.  After they have used the product for a | 16:49:37 |
| 16 | while, we will not provide such guidance anymore. | 16:49:40 |
| 17 | BY MR. BIRKHAEUSER: | 16:49:40 |
| 18 | Q.   What customers do you remember purchasing | 16:49:47 |
| 19 | Irico tubes while you were in Plant No. 1? | 16:49:51 |
| 20 | A.   Almost all domestic TV makers have purchased | 16:49:55 |
| 21 | Irico tubes.  Regarding the overseas purchasers, based | 16:50:21 |
| 22 | on what I remember, they were from Thailand, Britain, | 16:51:05 |
| 23 | Turkey, and either Russia or Belarus.  I don't quite | 16:51:10 |
| 24 | remember. | 16:51:20 |
| 25 | Q.   Do you recall any other countries that | 16:51:21 |

Page 254

| | | |
|---|---|---|
| 1 | purchased tubes manufactured in Plant 1? | 16:51:25 |
| 2 | MR. CARTER:  Object to form. | 16:51:30 |
| 3 | THE WITNESS:  From the perspective of | 16:51:58 |
| 4 | providing technical communication and customer services, | 16:52:01 |
| 5 | I don't recall other countries. | 16:52:06 |
| 6 | BY MR. BIRKHAEUSER: | 16:52:06 |
| 7 | Q.   Do you know about customers that purchased | 16:52:09 |
| 8 | tubes from Irico manufacturing facilities other than | 16:52:16 |
| 9 | Plant 1? | 16:52:23 |
| 10 | A.   I don't understand the question. | 16:52:40 |
| 11 | Q.   Do you know about customers that bought tubes | 16:52:44 |
| 12 | manufactured by other Irico plants, other than Plant 1? | 16:52:50 |
| 13 | A.   Plant No. 1 manufactured the tubes, and Irico | 16:53:00 |
| 14 | also has Plant No. 2 and the factory of Irico Display | 16:53:41 |
| 15 | Devices.  They also manufacture the tubes.  So it's | 16:53:48 |
| 16 | quite normal for the customers to purchase the tubes | 16:53:51 |
| 17 | from Plant No. 1, as well as from Plant No. 2 and Irico | 16:53:54 |
| 18 | Display Devices. | 16:54:03 |
| 19 | It's also normal for the customers to purchase | 16:54:03 |
| 20 | the tubes from other manufacturers inside China, because | 16:54:05 |
| 21 | there are also other tube makers in China.  That's also | 16:54:09 |
| 22 | quite normal. | 16:54:13 |
| 23 | Am I misunderstanding your question? | 16:54:22 |
| 24 | Q.   Can you tell me the identity of customers | 16:54:29 |
| 25 | purchasing tubes from Plant 2? | 16:54:32 |

Page 255

# EXHIBIT 5

1   R. Alexander Saveri (173102)
        *rick@saveri.com*
2   Geoffrey C. Rushing (126910)
        *grushing@saveri.com*
3   Matthew D. Heaphy (227224)
        *mheaphy@saveri.com*
4   SAVERI & SAVERI, INC.
    706 Sansome Street
5   San Francisco, California 94111
    Telephone: (415) 217-6810
6   Facsimile: (415) 217-6813
7
8   *Lead Counsel for Direct Purchaser Plaintiffs*
9
                    **UNITED STATES DISTRICT COURT**
10
                  **NORTHERN DISTRICT OF CALIFORNIA**
11
                         **OAKLAND DIVISION**
12
13

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-CV-5944-JST |
| | MDL No. 1917 |
| This Document Relates To: | **DIRECT PURCHASER PLAINTIFFS' SUPPLEMENTAL OBJECTIONS AND RESPONSES TO DEFENDANTS IRICO GROUP CORP. AND IRICO DISPLAY DEVICES CO., LTD.'S SECOND SET OF INTERROGATORIES TO DIRECT PURCHASER PLAINTIFFS** |
| *ALL DIRECT PURCHASER ACTIONS* | |

PROPOUNDING PARTIES:  IRICO GROUP CORP.; IRICO DISPLAY DEVICES CO., LTD.

RESPONDING PARTIES:  ARCH ELECTRONICS, INC.; CRAGO, D/B/A DASH COMPUTERS, INC.; MEIJER, INC.; MEIJER DISTRIBUTION, INC.; NATHAN MUCHNICK, INC.; PRINCETON DISPLAY TECHNOLOGIES, INC.; RADIO & TV EQUIPMENT, INC.; STUDIO SPECTRUM, INC.; WETTSTEIN AND SONS, INC. D/B/A WETTSTEIN'S

SET NO.:  TWO

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Direct Purchaser Plaintiffs Arch Electronics, Inc.; Crago, d/b/a Dash Computers, Inc.; Meijer, Inc.; Meijer Distribution, Inc.; Nathan Muchnick, Inc.; Princeton Display Technologies, Inc.; Radio & TV Equipment, Inc.; Studio Spectrum, Inc.; and Wettstein and Sons, Inc. d/b/a Wettstein's (together, "Plaintiffs"), by their attorneys, hereby provide the following objections to Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.'s Second Set of Interrogatories to Direct Purchaser Plaintiffs (the "Interrogatories") as follows:

## **GENERAL OBJECTIONS**

Each of the following objections is incorporated by reference into each of the responses herein:

1. Plaintiffs and their counsel have not completed their (1) investigation of the facts relating to this case, (2) discovery in this action, or (3) preparation for trial. The following responses are therefore based upon information known at this time and are provided without prejudice to Plaintiffs' right to supplement these responses prior to trial or to produce evidence based on subsequently discovered information. Likewise, Plaintiffs' responses are based upon, and therefore limited by, Plaintiffs' present knowledge and recollection, and consequently, Plaintiffs reserve the right to make any changes to these responses if it appears at any time that inadvertent errors or omissions have been made.

2. Plaintiffs generally object to the Interrogatories, including the Instructions and Definitions, on the ground that they purport to enlarge, expand or alter in any way the plain meaning and scope of any interrogatory or to impose any obligations on Plaintiffs' responses in

excess of those required by the Federal Rules of Civil Procedure. Plaintiffs will respond to these Interrogatories in accordance with their understanding of the obligations imposed by the Federal Rules of Civil Procedure.

3.     Plaintiffs object to the Interrogatories, including the Instructions and Definitions, on the ground that the information sought is protected by the attorney-client privilege, the attorney work product doctrine, the settlement privilege, the mediation privilege or is otherwise privileged and/or immune from discovery. By responding to these Interrogatories, Plaintiffs do not waive, intentionally or otherwise, any attorney-client privilege, any settlement privilege, any mediation privilege, attorney work-product or any other privilege, immunity or other protection that may be asserted to protect any information from disclosure. Accordingly, any response or production of documents or disclosure of information inconsistent with the foregoing is wholly inadvertent and shall not constitute a waiver of any such privilege, immunity or other applicable protection.

4.     Plaintiffs object to these Interrogatories on the ground that they are compound, conjunctive or disjunctive.

5.     Plaintiffs object to the Interrogatories on the ground that they duplicate other requests, in whole or in part, made in MDL No. 1917 in violation of the Court's Order Re Discovery and Case Management Protocol (April 2, 2012) (ECF No. 1128). Plaintiffs will not reproduce any material that has been previously produced by another party to MDL No. 1917. *See* Case Management Order, 2 (Feb. 16, 2021) (ECF No. 5907).

6.     Plaintiffs object to the Interrogatories on the ground that they are overly broad and unduly burdensome.

7.     Plaintiffs object to the Interrogatories on the ground that they are vague, ambiguous, redundant, harassing or oppressive.

8.     Plaintiffs object to the Interrogatories on the ground that they require Plaintiffs to draw legal conclusions.

9.     Plaintiffs object to the Interrogatories on the ground that the information requested is neither relevant nor proportional to the needs of the case.

10.     Plaintiffs object to the Interrogatories on the ground that they, or any portion of

them, seek production of any information within the possession, custody, or control of any Defendant, or of publicly available information such that the information is obtainable from some other source that is more convenient, less burdensome or less expensive, or the production of the information will impose undue burden, inconvenience, or expense upon Plaintiffs.

11.     Plaintiffs reserve the right to modify their allegations based on additional discovery, additional analysis of existing discovery, discovery not yet completed and/or expert discovery, and Plaintiffs reserve the right to supplement and/or delete the responses given in light of further evidence and further analysis of present and subsequently acquired evidence.

12.     In addition, in accordance with the Federal Rules of Civil Procedure, Plaintiffs reserve the right to introduce evidence not yet identified herein supporting Plaintiffs' allegations, including evidence that Plaintiffs expect to further develop through the course of discovery and expert analysis.

13.     In providing responses to the Interrogatories, Plaintiffs reserve all objections as to competency, relevance, materiality, privilege, or admissibility as evidence in any subsequent proceeding in, or trial of, this or any other action for any purpose whatsoever.

14.     No incidental or implied admissions are intended in these responses. Plaintiffs' response to all or any part of any interrogatory should not be taken as an admission that: (a) Plaintiffs accept or admit the existence of any fact(s) set forth or assumed by the interrogatory; or (b) Plaintiffs have in their possession, custody or control documents or information responsive to that interrogatory; or (c) documents or information responsive to that interrogatory exist. Plaintiffs' response to all or any part of an interrogatory also is not intended to be, and shall not be, a waiver by Plaintiffs of all or any part of its objection(s) to that interrogatory.

15.     Plaintiffs object to the Interrogatories on the ground that the cumulative requests by Defendants and Co-Conspirators in this litigation exceed the permissible number set forth in the Federal Rules.

## OBJECTIONS TO CERTAIN DEFINITIONS AND INSTRUCTIONS

1.     Plaintiffs object to the definition of "Complaint" as vague and ambiguous. Plaintiffs understand this definition to refer to DPPs' Consolidated Amended Complaint at ECF No. 436 and

1   as modified by the Stipulation and Order at ECF No. 996.

2       2.      Plaintiffs object to the definition of "Co-Conspirator(s)" as vague and ambiguous.

3   Paragraphs 81–84 of the Complaint do not enumerate entities. Plaintiffs understand this definition

4   to refer to persons or entities described in Paragraphs 81–84 of the Complaint.

5       3.      Plaintiffs object to the definition of "CRT Product(s)" as vague and ambiguous.

6   Plaintiffs understand "CRT Product(s)" to have the same meaning as the definition contained in

7   Paragraph 1 of the Complaint.

8       4.      Plaintiffs object to the definition of "Defendant(s)" as vague and ambiguous.

9   Paragraphs 24–80 of the Complaint include entities other than Defendants. Plaintiffs further object

10  to the definition of "Defendant(s)" to the extent that it excludes the Mitsubishi and Thomson

11  Defendants in MDL No. 1917.

12      5.      Plaintiffs object to the definition of "Document(s)" on the grounds that it is

13  overbroad boilerplate that includes irrelevant documents, such as "package inserts or other

14  information accompanying medications." Plaintiffs further object to the extent that the definition

15  exceeds the scope of the Federal Rules of Civil Procedure.

16      6.      Plaintiffs object to the definitions of "Identity" and "Identify" (Definitions J and K)

17  as vague and ambiguous.

18      7.      Plaintiffs object to the definition of "Person" as vague and ambiguous as to the

19  distinction between "means" and "and includes."

20      8.      Plaintiffs object to the definition of "Testimony" as vague and ambiguous as to the

21  meaning of "any other percipient witness testimony."

22      9.      Plaintiffs object to the definition of "You" and "Your" as vague and ambiguous as it

23  relies on the undefined, capitalized term "Plaintiffs." If "Plaintiffs" is intended to mean the parties

24  identified as "Responding Parties" in the Requests, Plaintiffs object to the definition as overbroad

25  in seeking discovery of class members who are not currently serving as Named Plaintiffs and have

26  not served as Class Representatives. Plaintiffs object on the grounds that this definition seeks the

27  production of documents outside Plaintiffs' possession, custody, and control. Plaintiffs further

28  object on the ground that attorneys and agents are included in this definition, and any response or

production of documents that may subsequently occur pursuant to these Requests shall not include any documents protected by the attorney-client privilege, work product doctrine, the settlement privilege, or any other applicable privileges or doctrines. Plaintiffs further object to this definition to the extent that it refers to any entity other than Plaintiffs.

10.     Plaintiffs object to the Instructions to the extent they seek to expand the requirements of the Federal Rules of Civil Procedure. Plaintiffs will respond in accordance with the Federal Rules.

## RESPONSES

## INTERROGATORY NO. 1

If Your response to any Request for Admission was anything other than an unqualified admission, separately for each Request for Admission:

(a) state the number of the request for admission;

(b) state all facts upon which You base Your response;

(c) Identify all Evidence upon which You intend to rely to support Your response; and

(d) Identify each Person who has knowledge of the facts upon which You base Your response.

## RESPONSE TO INTERROGATORY NO. 1

Plaintiffs incorporate their General Objections as though fully set forth herein. Plaintiffs also incorporate their objections to this RFA. Plaintiffs object to this interrogatory on the grounds that it is compound in that it includes several separate interrogatories in one interrogatory. Plaintiffs further object to this interrogatory as well as Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.'s First Set of Requests for Admission to Direct Purchaser Plaintiffs ("RFAs") to which it refers on the grounds that it is a premature contention interrogatory in seeking "all facts" and "all Evidence." Discovery remains open for Plaintiffs until May 17, 2022. In addition, the Irico Defendants have failed to make complete discovery regarding the subject matter of the RFAs, including their sales during the class period, and their contacts with their alleged coconspirators. Plaintiffs further object to this interrogatory on the grounds that the Irico Defendants have destroyed or otherwise unlawfully failed to preserve substantial evidence in this

case, including without limitation evidence of their U.S. sales and their participation in conspiratorial meetings and agreements. Plaintiffs further object to this interrogatory on the grounds that it is overbroad in seeking "each Person" with knowledge of the facts. Plaintiffs further object on the grounds that this interrogatory requires Plaintiffs to consult multiple documents in order to understand the question. Plaintiffs further object to this interrogatory on the grounds that the definition of "Evidence From Other Parties" in the RFAs is vague, ambiguous, and misleading, including in that the Irico Defendants have produced documents it obtained or contends it obtained from other parties, including related parties it contends are separate entities; and that it depends on/requires the resolution of disputed issues. *See, e.g.*, Direct Purchaser Pls.' Opp. to the Irico Defs.' Am. Mots. to Dismiss Claims of Direct Purchaser Pls. for Lack of Subject Matter Jurisdiction at 12–14 (ECF No. 5640) (Apr. 1, 2019). Plaintiffs further object to this interrogatory on the grounds that the definition of "Evidence From Other Parties" in the RFAs exceeds the scope of Rule 36(a)(1) of the Federal Rules of Civil Procedure. Plaintiffs incorporate by this reference all objections made in their response to the RFAs served herewith.

Subject to and without waiving the foregoing objections, Plaintiffs respond as follows:

*REQUEST FOR ADMISSION NO. 1: Admit that You have no Evidence From Other Parties that Irico attended any Glass Meetings as defined in Paragraph 141 of the Complaint.*

Plaintiffs incorporate their General Objections as though fully set forth herein. Plaintiffs also incorporate their objections to this RFA. Plaintiffs further object to this Interrogatory on the ground that the term "Evidence From Other Parties" is vague, ambiguous, and misleading, including that the Irico Defendants have produced documents it obtained or contends it obtained from other parties, including related parties it contends are separate entities; and that it depends on/requires the resolution of disputed issues. Plaintiffs further object to this Interrogatory on the ground that the term "Glass Meetings as defined in Paragraph 141 of the Complaint" is vague, ambiguous and misleading because "Glass Meetings" are not "defined" in paragraph 141; rather the Complaint alleges that some group meetings "became known as Glass Meetings" and describes those meetings in various paragraphs in the Complaint, including paragraph 141 (*see, e.g.*, ¶¶ 140, 142–175). Plaintiffs further object to this Interrogatory on the ground that it duplicates other

requests, in whole or in part, made in MDL No. 1917, in violation of the Court's Order Re

Discovery and Case Management Protocol (April 2, 2012) (ECF No. 1128). Plaintiffs also object to

this Interrogatory as improperly seeking, in contravention of well-established legal principles, to

dismember the overall conspiracy in which Irico participated to focus on its separate parts, instead

of looking at it as a whole, Order Adopting Report and Recommendations on LG Defendants

Motion to Compel Responses to Interrogatories by Direct Action Plaintiffs at 7, *In re Cathode Ray

Tube (CRT) Antitrust Litig.*, MDL No. 1917 (Aug. 20, 2014) (ECF No. 2747) ("If

'compartmentalizing' an alleged conspiracy at trial or on summary judgment motion is not

appropriate, still less is it appropriate in discovery."), and improperly seeking "to carve the alleged

conspiracy into a number of mini-conspiracies." Order Denying Defendants' Motions for Partial

Summary Judgment Regarding Production and Capacity at 1–2, *In re TFT-LCD (Flat Panel)

Antitrust Litig.*, MDL No. 1827 (Nov. 4, 2011) (ECF No. 4097).

Without waiving the foregoing objections, Plaintiffs respond as follows:

Plaintiffs contend that the conspiracy involved, *inter alia*, hundreds of meetings between

the conspirators including group meetings of conspirators, some of which were referred to as

"Glass Meetings," bilateral meetings between two conspirators, as well as email, telephone and

other communications between conspirators. While discovery is continuing and Plaintiffs expect to

discover additional conspiratorial contacts, the Irico Defendants participated in over one hundred

conspiratorial contacts including glass, group and bilateral meetings, telephone and email

communications, and other contacts with its coconspirators.

Plaintiffs have identified and provided to the Irico Defendants (and the Court) voluminous

evidence of their participation in over 100 meetings with their co-conspirators and have provided

extensive information regarding these meetings. In particular, on May 27, 2021, Plaintiffs provided

the Irico Defendants with various documentation (including meeting notes produced by other

Defendants, deposition transcripts (including testimony by admitted conspirators), as well as

testimony given by the Irico Defendants corporate representative Wang Zhaojie admitting his own

attendance on the Irico Defendants' behalf at "many, many" competitor meetings, and admitting

that the Irico Defendants often contacted their competitors. The Binder Documents evidence both

bilateral contacts between the Irico Defendants and their co-conspirators, as well as group meetings, many of which were formal, pre-arranged and regular group meetings with its co-conspirators, including Chunghwa, Samsung SDI, LG, Philips, LPD, and Panasonic, at which the participants, among other things, exchanged competitively sensitive information including, e.g., information on inventories, production, sales and exports; agreed upon pricing guidelines, market shares, customer allocation, production levels and other matters; discussed co-conspirator's sales and compliance with previous agreements; discussed anticipated future market conditions; and discussed pretexts to be used to justify price increase and thus would have been considered "Glass Meetings."

Plaintiffs direct the Irico Defendants to the following documents: CHU00030661, CHU00030665, CHU00030679, CHU00030684, CHU00030688, CHU00016621, CHU00016622, CHU00030692, CHU00030695, CHU00030705, CHU00030734, CHU00030752, SDCRT-0086599, CHU00030777, CHU00029050, CHU00030797, SDCRT-0086672, CHU00030819, CHU00030823, CHU00030827, CHU00030843, SDCRT-0086698, CHU00029046, CHU00030881, CHU00030941, CHU00030946, CHU00030953, CHU00030973, CHU00030992, CHU00031002, CHU00031018, CHU00029110, CHU00031032, CHU00031040, CHU00031044, CHU00031070, CHU00031088, CHU00031092, CHU00031107, CHU00031113, SDCRT-0087340, SDCRT-0087694, SDCRT-0087700, SDCRT-0006674, BMCC-CRT000142063, SDCRT-0090225, SDCRT-0090233, BMCC-CRT000540532, SDCRT-0091409, SDCRT-0091569, SDCRT-0091573,  SDCRT-0091584, SDCRT-0091589, SDCRT-0091980, SDCRT-0091925, SDCRT-0091942, SDCRT-0091950, CHU00725770, SDCRT-0091957, CHU00102751, CHU00102752, CHU00102863, CHU00102864, CHU00447509, CHU00447510, BMCC-CRT000105586, SDCRT-0105131, CHU00029131, CHU00029138, IRI-CRT-00024212 to 15.

See also Plaintiffs' response to Interrogatory No. 3, *infra*.

Plaintiffs believe the following individuals have knowledge relating to the foregoing:

All attendees identified in any of the meetings identified in the Binder Documents or the other documents identified above; all Irico individuals previously identified in any discovery response relating to contacts with competitors and co-conspirators.

*REQUEST NO. 2: Admit that You have no Evidence From Other Parties that Irico attended any*
*Glass Meetings as defined in Paragraph 32 of the Johnson Report.*

Plaintiffs incorporate their General Objections as though fully set forth herein. Plaintiffs also incorporate their objections to this RFA. Plaintiffs further object to this Interrogatory on the ground that the term "Evidence From Other Parties" in the RFAs is vague, ambiguous, and misleading, including that the Irico Defendants have produced documents it obtained or contends it obtained from other parties, including related parties it contends are separate entities; and that it depends on/requires the resolution of disputed issues. Plaintiffs further object to this Interrogatory on the ground that the term "Glass Meeting as defined in Paragraph 32 of the Johnson Report" is vague, ambiguous and misleading because "Glass Meetings" are not "defined" there; rather the Johnson Report describes "Glass Meetings" in several other paragraphs, as well (*see, e.g.*, ¶¶ 33– 51, 74). Plaintiffs further object to this Interrogatory on the ground that it duplicates other requests, in whole or in part, made in MDL No. 1917, in violation of the Court's Order Re Discovery and Case Management Protocol (April 2, 2012) (ECF No. 1128). Plaintiffs also object to this Interrogatory as improperly seeking, in contravention of well-established legal principles, to dismember the overall conspiracy in which Irico participated to focus on its separate parts, instead of looking at it as a whole, Order Adopting Report and Recommendations on LG Defendants Motion to Compel Responses to Interrogatories by Direct Action Plaintiffs at 7, *In re Cathode Ray Tube (CRT) Antitrust Litig.*, MDL No. 1917 (Aug. 20, 2014) (ECF No. 2747) ("If 'compartmentalizing' an alleged conspiracy at trial or on summary judgment motion is not appropriate, still less is it appropriate in discovery."), and improperly seeking "to carve the alleged conspiracy into a number of mini-conspiracies." Order Denying Defendants' Motions for Partial Summary Judgment Regarding Production and Capacity at 1–2, *In re TFT-LCD (Flat Panel) Antitrust Litig.*, MDL No. 1827 (Nov. 4, 2011) (ECF No. 4097).

Without waiving the foregoing objections, Plaintiffs respond as follows:

Plaintiffs contend that the conspiracy involved, *inter alia*, hundreds of meetings between the conspirators including group meetings of conspirators, some of which were referred to as "Glass Meetings," bilateral meetings between two conspirators, as well as email, telephone and

other communications between conspirators. While discovery is continuing and Plaintiffs expect to discover additional conspiratorial contacts, the Irico Defendants participated in over one hundred conspiratorial contacts including glass, group and bilateral meetings, telephone and email communications, and other contacts with its coconspirators.

Plaintiffs have identified and provided to the Irico Defendants (and the Court) voluminous evidence of their participation in over 100 meetings with their co-conspirators and have provided extensive information regarding these meetings. In particular, on May 27, 2021, Plaintiffs provided the Irico Defendants with various documentation (including meeting notes produced by other Defendants, deposition transcripts (including testimony by admitted conspirators), as well as testimony given by the Irico Defendants corporate representative Wang Zhaojie admitting his own attendance on the Irico Defendants' behalf at "many, many" competitor meetings, and admitting that the Irico Defendants often contacted their competitors. The Binder Documents evidence both bilateral contacts between the Irico Defendants and their co-conspirators, as well as group meetings, many of which were formal, pre-arranged and regular group meetings with its co-conspirators, including Chunghwa, Samsung SDI, LG, Philips, LPD, and Panasonic, at which the participants, among other things, exchanged competitively sensitive information including, e.g., information on inventories, production, sales and exports; agreed upon pricing guidelines, market shares, customer allocation, production levels and other matters; discussed co-conspirator's sales and compliance with previous agreements; discussed anticipated future market conditions; and discussed pretexts to be used to justify price increase and thus would have been considered "Glass Meetings."

Plaintiffs direct the Irico Defendants to the following documents: CHU00030661, CHU00030665, CHU00030679, CHU00030684, CHU00030688, CHU00016621, CHU00016622, CHU00030692, CHU00030695, CHU00030705, CHU00030734, CHU00030752, SDCRT-0086599, CHU00030777, CHU00029050, CHU00030797, SDCRT-0086672, CHU00030819, CHU00030823, CHU00030827, CHU00030843, SDCRT-0086698, CHU00029046, CHU00030881, CHU00030941, CHU00030946, CHU00030953, CHU00030973, CHU00030992, CHU00031002, CHU00031018, CHU00029110, CHU00031032, CHU00031040, CHU00031044,

CHU00031070, CHU00031088, CHU00031092, CHU00031107, CHU00031113, SDCRT-0087340, SDCRT-0087694, SDCRT-0087700, SDCRT-0006674, BMCC-CRT000142063, SDCRT-0090225, SDCRT-0090233, BMCC-CRT000540532, SDCRT-0091409, SDCRT-0091569, SDCRT-0091573,  SDCRT-0091584, SDCRT-0091589, SDCRT-0091980, SDCRT-0091925, SDCRT-0091942, SDCRT-0091950, CHU00725770, SDCRT-0091957, CHU00102751, CHU00102752, CHU00102863, CHU00102864, CHU00447509, CHU00447510, BMCC-CRT000105586, SDCRT-0105131, CHU00029131, CHU00029138, IRI-CRT-00024212 to 15.

See also Plaintiffs' response to Interrogatory No. 3, *infra*.

Plaintiffs believe the following individuals have knowledge relating to the foregoing:

All attendees identified in any of the meetings identified in the Binder Documents or the other documents identified above; all Irico individuals previously identified in any discovery response relating to contacts with competitors and co-conspirators.


*REQUEST NO. 3: Admit that You have no Evidence From Other Parties that Irico attended any Green Meetings as defined in Paragraph 141 of the Complaint.*

Plaintiffs incorporate their General Objections as though fully set forth herein. Plaintiffs also incorporate their objections to this RFA. Plaintiffs further object to this Interrogatory on the ground that the term "Evidence From Other Parties" in the RFAs is vague, ambiguous, and misleading, including that the Irico Defendants have produced documents it obtained or contends it obtained from other parties, including related parties it contends are separate entities; and that it depends on/requires the resolution of disputed issues. Plaintiffs further object to this Interrogatory on the ground that the term "Green Meetings as defined in Paragraph 141 of the Complaint" is vague, ambiguous and misleading because "Green Meetings" are not "defined" in paragraph 141; rather the Complaint and describes those meetings in various paragraphs in the Complaint, including paragraph 141 (*see, e.g.*, ¶¶ 140, 142–175). Plaintiffs further object to this Interrogatory on the ground that it duplicates other requests, in whole or in part, made in MDL No. 1917, in violation of the Court's Order Re Discovery and Case Management Protocol (April 2, 2012) (ECF No. 1128). Plaintiffs also object to this Interrogatory as improperly seeking, in contravention of

1   well-established legal principles, to dismember the overall conspiracy in which Irico participated to

2   focus on its separate parts, instead of looking at it as a whole, Order Adopting Report and

3   Recommendations on LG Defendants Motion to Compel Responses to Interrogatories by Direct

4   Action Plaintiffs at 7, *In re Cathode Ray Tube (CRT) Antitrust Litig.*, MDL No. 1917 (Aug. 20,

5   2014) (ECF No. 2747) ("If 'compartmentalizing' an alleged conspiracy at trial or on summary

6   judgment motion is not appropriate, still less is it appropriate in discovery."), and improperly

7   seeking "to carve the alleged conspiracy into a number of mini-conspiracies." Order Denying

8   Defendants' Motions for Partial Summary Judgment Regarding Production and Capacity at 1–2, *In*

9   *re TFT-LCD (Flat Panel) Antitrust Litig.*, MDL No. 1827 (Nov. 4, 2011) (ECF No. 4097).

10        Without waiving the foregoing objections, Plaintiffs respond as follows:

11        See Plaintiffs' responses for RFAs Nos. 1 and 2, *supra*.

12        Plaintiffs direct the Irico Defendants to the following documents: TSA-CRT00156567,

13   TSA-CRT00156568.

14

15   *REQUEST NO. 4: Admit that You have no Evidence From Other Parties that Irico attended any*

16   *Green Meetings as defined in Paragraph 37 of the Johnson Report.*

17        Plaintiffs incorporate their General Objections as though fully set forth herein. Plaintiffs

18   also incorporate their objections to this RFA. Plaintiffs further object to this Interrogatory on the

19   ground that the term "Evidence From Other Parties" in the RFAs is vague, ambiguous, and

20   misleading, including that the Irico Defendants have produced documents it obtained or contends it

21   obtained from other parties, including related parties it contends are separate entities; and that it

22   depends on/requires the resolution of disputed issues. Plaintiffs further object to this Interrogatory

23   on the ground that the term "Green Meeting as defined in Paragraph 37 of the Johnson Report" is

24   vague, ambiguous and misleading because "Green Meetings" are not "defined" there. Plaintiffs

25   further object to this Interrogatory on the ground that it duplicates other requests, in whole or in

26   part, made in MDL No. 1917, in violation of the Court's Order Re Discovery and Case

27   Management Protocol (April 2, 2012) (ECF No. 1128). Plaintiffs also object to this Interrogatory

28   as improperly seeking, in contravention of well-established legal principles, to dismember the

overall conspiracy in which Irico participated to focus on its separate parts, instead of looking at it as a whole, Order Adopting Report and Recommendations on LG Defendants Motion to Compel Responses to Interrogatories by Direct Action Plaintiffs at 7, *In re Cathode Ray Tube (CRT) Antitrust Litig.*, MDL No. 1917 (Aug. 20, 2014) (ECF No. 2747) ("If 'compartmentalizing' an alleged conspiracy at trial or on summary judgment motion is not appropriate, still less is it appropriate in discovery."), and improperly seeking "to carve the alleged conspiracy into a number of mini-conspiracies." Order Denying Defendants' Motions for Partial Summary Judgment Regarding Production and Capacity at 1–2, *In re TFT-LCD (Flat Panel) Antitrust Litig.*, MDL No. 1827 (Nov. 4, 2011) (ECF No. 4097).

Without waiving the foregoing objections, Plaintiffs respond as follows:

See Plaintiffs' responses for RFAs Nos. 1 and 2, *supra*.

Plaintiffs direct the Irico Defendants to the following documents: TSA-CRT00156567, TSA-CRT00156568.


*REQUEST NO. 5: Admit that You have no Evidence From Other Parties that Irico attended any Top Meetings as defined in Paragraph 141 of the Complaint.*

Plaintiffs incorporate their General Objections as though fully set forth herein. Plaintiffs also incorporate their objections to this RFA. Plaintiffs further object to this Interrogatory on the ground that the term "Evidence From Other Parties" in the RFAs is vague, ambiguous, and misleading, including that the Irico Defendants have produced documents it obtained or contends it obtained from other parties, including related parties it contends are separate entities; and that it depends on/requires the resolution of disputed issues. Plaintiffs further object to this Interrogatory on the ground that the term "Top Meetings as defined in Paragraph 141 of the Complaint" is vague, ambiguous and misleading because "Top Meetings" are not "defined" in paragraph 141; rather the Complaint alleges that some group meetings "became known as Glass Meetings" and describes those meetings in various paragraphs in the Complaint, including paragraph 141 (*see, e.g.*, ¶¶ 140, 142–175). Plaintiffs further object to this Interrogatory on the ground that it duplicates other requests, in whole or in part, made in MDL No. 1917, in violation of the Court's Order Re

Discovery and Case Management Protocol (April 2, 2012) (ECF No. 1128). Plaintiffs also object to this Interrogatory as improperly seeking, in contravention of well-established legal principles, to dismember the overall conspiracy in which Irico participated to focus on its separate parts, instead of looking at it as a whole, Order Adopting Report and Recommendations on LG Defendants Motion to Compel Responses to Interrogatories by Direct Action Plaintiffs at 7, *In re Cathode Ray Tube (CRT) Antitrust Litig.*, MDL No. 1917 (Aug. 20, 2014) (ECF No. 2747) ("If 'compartmentalizing' an alleged conspiracy at trial or on summary judgment motion is not appropriate, still less is it appropriate in discovery."), and improperly seeking "to carve the alleged conspiracy into a number of mini-conspiracies." Order Denying Defendants' Motions for Partial Summary Judgment Regarding Production and Capacity at 1–2, *In re TFT-LCD (Flat Panel) Antitrust Litig.*, MDL No. 1827 (Nov. 4, 2011) (ECF No. 4097).

Without waiving the foregoing objections, Plaintiffs respond as follows:

Plaintiffs contend that the conspiracy involved, *inter alia*, hundreds of meetings between the conspirators including group meetings of conspirators, some of which were referred to as "Glass Meetings," including "Top Meetings," bilateral meetings between two conspirators, as well as email, telephone and other communications between conspirators. While discovery is continuing and Plaintiffs expect to discover additional conspiratorial contacts, the Irico Defendants participated in over one hundred conspiratorial contacts including glass, group and bilateral meetings, telephone and email communications, and other contacts with its coconspirators.

Plaintiffs have identified and provided to the Irico Defendants (and the Court) voluminous evidence of their participation in over 100 meetings with their co-conspirators and have provided extensive information regarding these meetings. In particular, on May 27, 2021, Plaintiffs provided the Irico Defendants with various documentation (including meeting notes produced by other Defendants, deposition transcripts (including testimony by admitted conspirators), as well as testimony given by the Irico Defendants corporate representative Wang Zhaojie admitting his own attendance on the Irico Defendants' behalf at "many, many" competitor meetings, and admitting that the Irico Defendants often contacted their competitors. The Binder Documents evidence both bilateral contacts between the Irico Defendants and their co-conspirators, as well as group

meetings, many of which were formal, pre-arranged and regular group meetings with its co-conspirators, including Chunghwa, Samsung SDI, LG, Philips, LPD, and Panasonic, at which the participants, among other things, exchanged competitively sensitive information including, e.g., information on inventories, production, sales and exports; agreed upon pricing guidelines, market shares, customer allocation, production levels and other matters; discussed co-conspirator's sales and compliance with previous agreements; discussed anticipated future market conditions; and discussed pretexts to be used to justify price increase and thus would have been considered "Glass Meetings."

Plaintiffs direct the Irico Defendants to the following documents: CHU00030688, CHU00016621, CHU00016622, SDCRT-0087340, SDCRT-0090225, BMCC-CRT000540532, SDCRT-0091569, SDCRT-0091589, SDCRT-0091980, SDCRT-0091925, SDCRT-0091950, CHU00102751, CHU00102752, CHU00102863, CHU00102864, CHU00447509, CHU00447510, IRI-CRT-00024212 to 15.

See also Plaintiffs' response to Interrogatory No. 3, *infra*.

Plaintiffs believe the following individuals have knowledge relating to the foregoing: All attendees identified in any of the meetings identified in the Binder Documents or the other documents identified above; all Irico individuals previously identified in any discovery response relating to contacts with competitors and co-conspirators.

*REQUEST NO. 6: Admit that You have no Evidence From Other Parties that Irico attended any Top Meetings as defined in Paragraph 32 of the Johnson Report.*

Plaintiffs incorporate their General Objections as though fully set forth herein. Plaintiffs also incorporate their objections to this RFA. Plaintiffs further object to this Interrogatory on the ground that the term "Evidence From Other Parties" in the RFAs is vague, ambiguous, and misleading, including that the Irico Defendants have produced documents it obtained or contends it obtained from other parties, including related parties it contends are separate entities; and that it depends on/requires the resolution of disputed issues. Plaintiffs further object to this Interrogatory on the ground that the term "Top Meetings as defined in Paragraph 32 of the Johnson Report" is

vague, ambiguous and misleading because "Glass Meetings" including "Top Meetings" are not "defined" there; rather the Johnson Report describes "Glass Meetings" including "Top Meetings" in several other paragraphs, as well (*see, e.g.*, ¶¶ 33–51, 74). Plaintiffs further object to this Interrogatory on the ground that it duplicates other requests, in whole or in part, made in MDL No. 1917, in violation of the Court's Order Re Discovery and Case Management Protocol (April 2, 2012) (ECF No. 1128). Plaintiffs also object to this Interrogatory as improperly seeking, in contravention of well-established legal principles, to dismember the overall conspiracy in which Irico participated to focus on its separate parts, instead of looking at it as a whole, Order Adopting Report and Recommendations on LG Defendants Motion to Compel Responses to Interrogatories by Direct Action Plaintiffs at 7, *In re Cathode Ray Tube (CRT) Antitrust Litig.*, MDL No. 1917 (Aug. 20, 2014) (ECF No. 2747) ("If 'compartmentalizing' an alleged conspiracy at trial or on summary judgment motion is not appropriate, still less is it appropriate in discovery."), and improperly seeking "to carve the alleged conspiracy into a number of mini-conspiracies." Order Denying Defendants' Motions for Partial Summary Judgment Regarding Production and Capacity at 1–2, *In re TFT-LCD (Flat Panel) Antitrust Litig.*, MDL No. 1827 (Nov. 4, 2011) (ECF No. 4097).

Without waiving the foregoing objections, Plaintiffs respond as follows:

Plaintiffs contend that the conspiracy involved, *inter alia*, hundreds of meetings between the conspirators including group meetings of conspirators, some of which were referred to as "Glass Meetings," including "Top Meetings," bilateral meetings between two conspirators, as well as email, telephone and other communications between conspirators. While discovery is continuing and Plaintiffs expect to discover additional conspiratorial contacts, the Irico Defendants participated in over one hundred conspiratorial contacts including glass, group and bilateral meetings, telephone and email communications, and other contacts with its coconspirators.

Plaintiffs have identified and provided to the Irico Defendants (and the Court) voluminous evidence of their participation in over 100 meetings with their co-conspirators and have provided extensive information regarding these meetings. In particular, on May 27, 2021, Plaintiffs provided the Irico Defendants with various documentation (including meeting notes produced by other

Defendants, deposition transcripts (including testimony by admitted conspirators), as well as testimony given by the Irico Defendants corporate representative Wang Zhaojie admitting his own attendance on the Irico Defendants' behalf at "many, many" competitor meetings, and admitting that the Irico Defendants often contacted their competitors. The Binder Documents evidence both bilateral contacts between the Irico Defendants and their co-conspirators, as well as group meetings, many of which were formal, pre-arranged and regular group meetings with its co-conspirators, including Chunghwa, Samsung SDI, LG, Philips, LPD, and Panasonic, at which the participants, among other things, exchanged competitively sensitive information including, e.g., information on inventories, production, sales and exports; agreed upon pricing guidelines, market shares, customer allocation, production levels and other matters; discussed co-conspirator's sales and compliance with previous agreements; discussed anticipated future market conditions; and discussed pretexts to be used to justify price increase and thus would have been considered "Glass Meetings."

Plaintiffs direct the Irico Defendants to the following documents: CHU00030688, CHU00016621, CHU00016622, SDCRT-0087340, SDCRT-0090225, BMCC-CRT000540532, SDCRT-0091569, SDCRT-0091589, SDCRT-0091980, SDCRT-0091925, SDCRT-0091950, CHU00102751, CHU00102752, CHU00102863, CHU00102864, CHU00447509, CHU00447510, IRI-CRT-00024212 to 15.

See also Plaintiffs' response to Interrogatory No. 3, *infra*.

Plaintiffs believe the following individuals have knowledge relating to the foregoing: All attendees identified in any of the meetings identified in the Binder Documents or the other documents identified above; all Irico individuals previously identified in any discovery response relating to contacts with competitors and co-conspirators.

*REQUEST NO. 7: Admit that You have no Evidence From Other Parties that Irico attended any Management Meetings as defined in Paragraph 141 of the Complaint.*

Plaintiffs incorporate their General Objections as though fully set forth herein. Plaintiffs also incorporate their objections to this RFA. Plaintiffs further object to this Interrogatory on the

ground that the term "Evidence From Other Parties" in the RFAs is vague, ambiguous, and

misleading, including that the Irico Defendants have produced documents it obtained or contends it

obtained from other parties, including related parties it contends are separate entities; and that it

depends on/requires the resolution of disputed issues. Plaintiffs further object to this Interrogatory

on the ground that the term "Management Meetings as defined in Paragraph 141 of the Complaint"

is vague, ambiguous and misleading because "Management Meetings" are not "defined" in

paragraph 141; rather the Complaint alleges that some group meetings "became known as Glass

Meetings" and describes those meetings in various paragraphs in the Complaint, including

paragraph 141 (*see, e.g.*, ¶¶ 140, 142–175). Plaintiffs further object to this Interrogatory on the

ground that it duplicates other requests, in whole or in part, made in MDL No. 1917, in violation of

the Court's Order Re Discovery and Case Management Protocol (April 2, 2012) (ECF No. 1128).

Plaintiffs also object to this Interrogatory as improperly seeking, in contravention of well-

established legal principles, to dismember the overall conspiracy in which Irico participated to

focus on its separate parts, instead of looking at it as a whole, Order Adopting Report and

Recommendations on LG Defendants Motion to Compel Responses to Interrogatories by Direct

Action Plaintiffs at 7, *In re Cathode Ray Tube (CRT) Antitrust Litig.*, MDL No. 1917 (Aug. 20,

2014) (ECF No. 2747) ("If 'compartmentalizing' an alleged conspiracy at trial or on summary

judgment motion is not appropriate, still less is it appropriate in discovery."), and improperly

seeking "to carve the alleged conspiracy into a number of mini-conspiracies." Order Denying

Defendants' Motions for Partial Summary Judgment Regarding Production and Capacity at 1–2, *In

re TFT-LCD (Flat Panel) Antitrust Litig.*, MDL No. 1827 (Nov. 4, 2011) (ECF No. 4097).

      Without waiving the foregoing objections, Plaintiffs respond as follows:

      Plaintiffs contend that the conspiracy involved, *inter alia*, hundreds of meetings between

the conspirators including group meetings of conspirators, some of which were referred to as

"Glass Meetings," including "Management Meetings," bilateral meetings between two

conspirators, as well as email, telephone and other communications between conspirators. While

discovery is continuing and Plaintiffs expect to discover additional conspiratorial contacts, the Irico

Defendants participated in over one hundred conspiratorial contacts including glass, group and

bilateral meetings, telephone and email communications, and other contacts with its coconspirators.

Plaintiffs have identified and provided to the Irico Defendants (and the Court) voluminous evidence of their participation in over 100 meetings with their co-conspirators and have provided extensive information regarding these meetings. In particular, on May 27, 2021, Plaintiffs provided the Irico Defendants with various documentation (including meeting notes produced by other Defendants, deposition transcripts (including testimony by admitted conspirators), as well as testimony given by the Irico Defendants corporate representative Wang Zhaojie admitting his own attendance on the Irico Defendants' behalf at "many, many" competitor meetings, and admitting that the Irico Defendants often contacted their competitors. The Binder Documents evidence both bilateral contacts between the Irico Defendants and their co-conspirators, as well as group meetings, many of which were formal, pre-arranged and regular group meetings with its co-conspirators, including Chunghwa, Samsung SDI, LG, Philips, LPD, and Panasonic, at which the participants, among other things, exchanged competitively sensitive information including, e.g., information on inventories, production, sales and exports; agreed upon pricing guidelines, market shares, customer allocation, production levels and other matters; discussed co-conspirator's sales and compliance with previous agreements; discussed anticipated future market conditions; and discussed pretexts to be used to justify price increase and thus would have been considered "Glass Meetings."

Plaintiffs direct the Irico Defendants to the following documents: CHU00030665, CHU00030679, CHU00030684, CHU00030692, CHU00030695, CHU00030705, CHU00030752, SDCRT-0086599, CHU00029050, CHU00030797, SDCRT-0086672, CHU00030819, CHU00030823, CHU00030827, CHU00030843, SDCRT-0086698, CHU00029046, CHU00030941, CHU00030946, CHU00030953, CHU00030973, CHU00031018, CHU00029110, CHU00031032, CHU00031070, CHU00031088, CHU00031092, CHU00031113, SDCRT-0087694M, SDCRT-0087700, SDCRT-0006674, BMCC-CRT000142063, SDCRT-0091409, SDCRT-0091573,  SDCRT-0091584, SDCRT-0091942, SDCRT-0091957, BMCC-CRT000105586, SDCRT-0105131, CHU00029131, CHU00029138, IRI-CRT-00024212 to 15.

See also Plaintiffs' response to Interrogatory No. 3, *infra*.

1    Plaintiffs believe the following individuals have knowledge relating to the foregoing:

2    All attendees identified in any of the meetings identified in the Binder Documents or the other

3    documents identified above; all Irico individuals previously identified in any discovery response

4    relating to contacts with competitors and co-conspirators.

5

6    *REQUEST NO. 8: Admit that You have no Evidence From Other Parties that Irico attended any*

7    *Management Meetings as defined in Paragraph 32 of the Johnson Report.*

8        Plaintiffs incorporate their General Objections as though fully set forth herein. Plaintiffs

9    also incorporate their objections to this RFA. Plaintiffs further object to this Interrogatory on the

10   ground that the term "Evidence From Other Parties" in the RFAs is vague, ambiguous, and

11   misleading, including that the Irico Defendants have produced documents it obtained or contends it

12   obtained from other parties, including related parties it contends are separate entities; and that it

13   depends on/requires the resolution of disputed issues. Plaintiffs further object to this Interrogatory

14   on the ground that the term "Management Meetings as defined in Paragraph 32 of the Johnson

15   Report" is vague, ambiguous and misleading because "Glass Meetings" including "Management

16   Meetings" are not "defined" there; rather the Johnson Report describes "Glass Meetings" including

17   "Management Meetings" in several other paragraphs, as well (*see, e.g.*, ¶¶ 33–51, 74). Plaintiffs

18   further object to this Interrogatory on the ground that it duplicates other requests, in whole or in

19   part, made in MDL No. 1917, in violation of the Court's Order Re Discovery and Case

20   Management Protocol (April 2, 2012) (ECF No. 1128). Plaintiffs also object to this Interrogatory

21   as improperly seeking, in contravention of well-established legal principles, to dismember the

22   overall conspiracy in which Irico participated to focus on its separate parts, instead of looking at it

23   as a whole, Order Adopting Report and Recommendations on LG Defendants Motion to Compel

24   Responses to Interrogatories by Direct Action Plaintiffs at 7, *In re Cathode Ray Tube (CRT)*

25   *Antitrust Litig.*, MDL No. 1917 (Aug. 20, 2014) (ECF No. 2747) ("If 'compartmentalizing' an

26   alleged conspiracy at trial or on summary judgment motion is not appropriate, still less is it

27   appropriate in discovery."), and improperly seeking "to carve the alleged conspiracy into a number

28   of mini-conspiracies." Order Denying Defendants' Motions for Partial Summary Judgment

1    Regarding Production and Capacity at 1–2, *In re TFT-LCD (Flat Panel) Antitrust Litig.*, MDL No.

2    1827 (Nov. 4, 2011) (ECF No. 4097).

3             Without waiving the foregoing objections, Plaintiffs respond as follows:

4             Plaintiffs contend that the conspiracy involved, *inter alia*, hundreds of meetings between

5    the conspirators including group meetings of conspirators, some of which were referred to as

6    "Glass Meetings," including "Management Meetings," bilateral meetings between two

7    conspirators, as well as email, telephone and other communications between conspirators. While

8    discovery is continuing and Plaintiffs expect to discover additional conspiratorial contacts, the Irico

9    Defendants participated in over one hundred conspiratorial contacts including glass, group and

10   bilateral meetings, telephone and email communications, and other contacts with its coconspirators.

11            Plaintiffs have identified and provided to the Irico Defendants (and the Court) voluminous

12   evidence of their participation in over 100 meetings with their co-conspirators and have provided

13   extensive information regarding these meetings. In particular, on May 27, 2021, Plaintiffs provided

14   the Irico Defendants with various documentation (including meeting notes produced by other

15   Defendants, deposition transcripts (including testimony by admitted conspirators), as well as

16   testimony given by the Irico Defendants corporate representative Wang Zhaojie admitting his own

17   attendance on the Irico Defendants' behalf at "many, many" competitor meetings, and admitting

18   that the Irico Defendants often contacted their competitors. The Binder Documents evidence both

19   bilateral contacts between the Irico Defendants and their co-conspirators, as well as group

20   meetings, many of which were formal, pre-arranged and regular group meetings with its co-

21   conspirators, including Chunghwa, Samsung SDI, LG, Philips, LPD, and Panasonic, at which the

22   participants, among other things, exchanged competitively sensitive information including, e.g.,

23   information on inventories, production, sales and exports; agreed upon pricing guidelines, market

24   shares, customer allocation, production levels and other matters; discussed co-conspirator's sales

25   and compliance with previous agreements; discussed anticipated future market conditions; and

26   discussed pretexts to be used to justify price increase and thus would have been considered "Glass

27   Meetings."

28            Plaintiffs direct the Irico Defendants to the following documents: CHU00030665,

CHU00030679, CHU00030684, CHU00030692, CHU00030695, CHU00030705, CHU00030752, SDCRT-0086599, CHU00029050, CHU00030797, SDCRT-0086672, CHU00030819, CHU00030823, CHU00030827, CHU00030843, SDCRT-0086698, CHU00029046, CHU00030941, CHU00030946, CHU00030953, CHU00030973, CHU00031018, CHU00029110, CHU00031032, CHU00031070, CHU00031088, CHU00031092, CHU00031113, SDCRT-0087694M, SDCRT-0087700, SDCRT-0006674, BMCC-CRT000142063, SDCRT-0091409, SDCRT-0091573,  SDCRT-0091584, SDCRT-0091942, SDCRT-0091957, BMCC-CRT000105586, SDCRT-0105131, CHU00029131, CHU00029138, IRI-CRT-00024212 to 15.

See also Plaintiffs' response to Interrogatory No. 3, *infra*.

Plaintiffs believe the following individuals have knowledge relating to the foregoing: All attendees identified in any of the meetings identified in the Binder Documents or the other documents identified above; all Irico individuals previously identified in any discovery response relating to contacts with competitors and co-conspirators.

*REQUEST NO. 9: Admit that You have no Evidence From Other Parties that Irico attended any Working Level Meetings as defined in Paragraph 141 of the Complaint.*

Plaintiffs incorporate their General Objections as though fully set forth herein. Plaintiffs also incorporate their objections to this RFA. Plaintiffs further object to this Interrogatory on the ground that the term "Evidence From Other Parties" in the RFAs is vague, ambiguous, and misleading, including that the Irico Defendants have produced documents it obtained or contends it obtained from other parties, including related parties it contends are separate entities; and that it depends on/requires the resolution of disputed issues. Plaintiffs further object to this Interrogatory on the ground that the term "Working Level Meetings as defined in Paragraph 141 of the Complaint" is vague, ambiguous and misleading because "Working Level Meetings" are not "defined" in paragraph 141; rather the Complaint alleges that some group meetings "became known as Glass Meetings" and describes those meetings in various paragraphs in the Complaint, including paragraph 141 (*see, e.g.*, ¶¶ 140, 142–175). Plaintiffs further object to this Interrogatory on the ground that it duplicates other requests, in whole or in part, made in MDL No. 1917, in

violation of the Court's Order Re Discovery and Case Management Protocol (April 2, 2012) (ECF No. 1128). Plaintiffs also object to this Interrogatory as improperly seeking, in contravention of well-established legal principles, to dismember the overall conspiracy in which Irico participated to focus on its separate parts, instead of looking at it as a whole, Order Adopting Report and Recommendations on LG Defendants Motion to Compel Responses to Interrogatories by Direct Action Plaintiffs at 7, *In re Cathode Ray Tube (CRT) Antitrust Litig.*, MDL No. 1917 (Aug. 20, 2014) (ECF No. 2747) ("If 'compartmentalizing' an alleged conspiracy at trial or on summary judgment motion is not appropriate, still less is it appropriate in discovery."), and improperly seeking "to carve the alleged conspiracy into a number of mini-conspiracies." Order Denying Defendants' Motions for Partial Summary Judgment Regarding Production and Capacity at 1–2, *In re TFT-LCD (Flat Panel) Antitrust Litig.*, MDL No. 1827 (Nov. 4, 2011) (ECF No. 4097).

Without waiving the foregoing objections, Plaintiffs respond as follows:

Plaintiffs contend that the conspiracy involved, *inter alia*, hundreds of meetings between the conspirators including group meetings of conspirators, some of which were referred to as "Glass Meetings," including "Working Level Meetings," bilateral meetings between two conspirators, as well as email, telephone and other communications between conspirators. While discovery is continuing and Plaintiffs expect to discover additional conspiratorial contacts, the Irico Defendants participated in over one hundred conspiratorial contacts including glass, group and bilateral meetings, telephone and email communications, and other contacts with its coconspirators.

Plaintiffs have identified and provided to the Irico Defendants (and the Court) voluminous evidence of their participation in over 100 meetings with their co-conspirators and have provided extensive information regarding these meetings. In particular, on May 27, 2021, Plaintiffs provided the Irico Defendants with various documentation (including meeting notes produced by other Defendants, deposition transcripts (including testimony by admitted conspirators), as well as testimony given by the Irico Defendants corporate representative Wang Zhaojie admitting his own attendance on the Irico Defendants' behalf at "many, many" competitor meetings, and admitting that the Irico Defendants often contacted their competitors. The Binder Documents evidence both bilateral contacts between the Irico Defendants and their co-conspirators, as well as group

meetings, many of which were formal, pre-arranged and regular group meetings with its co-conspirators, including Chunghwa, Samsung SDI, LG, Philips, LPD, and Panasonic, at which the participants, among other things, exchanged competitively sensitive information including, e.g., information on inventories, production, sales and exports; agreed upon pricing guidelines, market shares, customer allocation, production levels and other matters; discussed co-conspirator's sales and compliance with previous agreements; discussed anticipated future market conditions; and discussed pretexts to be used to justify price increase and thus would have been considered "Glass Meetings."

Plaintiffs direct the Irico Defendants to the following documents: CHU00030661, CHU00030734, CHU00030777, CHU00030881, CHU00030992, CHU00031002, CHU00031040, CHU00031044, CHU00031107, SDCRT-0090233, CHU00725770.

See also Plaintiffs' response to Interrogatory No. 3, *infra*.

Plaintiffs believe the following individuals have knowledge relating to the foregoing: All attendees identified in any of the meetings identified in the Binder Documents or the other documents identified above; all Irico individuals previously identified in any discovery response relating to contacts with competitors and co-conspirators.

*REQUEST NO. 10: Admit that You have no Evidence From Other Parties that Irico attended any Working Level Meetings as defined in Paragraph 32 of the Johnson Report.*

Plaintiffs incorporate their General Objections as though fully set forth herein. Plaintiffs also incorporate their objections to this RFA. Plaintiffs further object to this Interrogatory on the ground that the term "Evidence From Other Parties" in the RFAs is vague, ambiguous, and misleading, including that the Irico Defendants have produced documents it obtained or contends it obtained from other parties, including related parties it contends are separate entities; and that it depends on/requires the resolution of disputed issues. Plaintiffs further object to this Interrogatory on the ground that the term "Working Level Meetings as defined in Paragraph 32 of the Johnson Report" is vague, ambiguous and misleading because "Glass Meetings" including "Working Level Meetings" are not "defined" there; rather the Johnson Report describes "Glass Meetings" including

"Working Level Meetings" in several other paragraphs, as well (*see, e.g.*, ¶¶ 33–51, 74). Plaintiffs further object to this Interrogatory on the ground that it duplicates other requests, in whole or in part, made in MDL No. 1917, in violation of the Court's Order Re Discovery and Case Management Protocol (April 2, 2012) (ECF No. 1128). Plaintiffs also object to this Interrogatory as improperly seeking, in contravention of well-established legal principles, to dismember the overall conspiracy in which Irico participated to focus on its separate parts, instead of looking at it as a whole, Order Adopting Report and Recommendations on LG Defendants Motion to Compel Responses to Interrogatories by Direct Action Plaintiffs at 7, *In re Cathode Ray Tube (CRT) Antitrust Litig.*, MDL No. 1917 (Aug. 20, 2014) (ECF No. 2747) ("If 'compartmentalizing' an alleged conspiracy at trial or on summary judgment motion is not appropriate, still less is it appropriate in discovery."), and improperly seeking "to carve the alleged conspiracy into a number of mini-conspiracies." Order Denying Defendants' Motions for Partial Summary Judgment Regarding Production and Capacity at 1–2, *In re TFT-LCD (Flat Panel) Antitrust Litig.*, MDL No. 1827 (Nov. 4, 2011) (ECF No. 4097).

Without waiving the foregoing objections, Plaintiffs respond as follows:

Plaintiffs contend that the conspiracy involved, *inter alia*, hundreds of meetings between the conspirators including group meetings of conspirators, some of which were referred to as "Glass Meetings," including "Working Level Meetings," bilateral meetings between two conspirators, as well as email, telephone and other communications between conspirators. While discovery is continuing and Plaintiffs expect to discover additional conspiratorial contacts, the Irico Defendants participated in over one hundred conspiratorial contacts including glass, group and bilateral meetings, telephone and email communications, and other contacts with its coconspirators.

Plaintiffs have identified and provided to the Irico Defendants (and the Court) voluminous evidence of their participation in over 100 meetings with their co-conspirators and have provided extensive information regarding these meetings. In particular, on May 27, 2021, Plaintiffs provided the Irico Defendants with various documentation (including meeting notes produced by other Defendants, deposition transcripts (including testimony by admitted conspirators), as well as testimony given by the Irico Defendants corporate representative Wang Zhaojie admitting his own

attendance on the Irico Defendants' behalf at "many, many" competitor meetings, and admitting that the Irico Defendants often contacted their competitors. The Binder Documents evidence both bilateral contacts between the Irico Defendants and their co-conspirators, as well as group meetings, many of which were formal, pre-arranged and regular group meetings with its co-conspirators, including Chunghwa, Samsung SDI, LG, Philips, LPD, and Panasonic, at which the participants, among other things, exchanged competitively sensitive information including, e.g., information on inventories, production, sales and exports; agreed upon pricing guidelines, market shares, customer allocation, production levels and other matters; discussed co-conspirator's sales and compliance with previous agreements; discussed anticipated future market conditions; and discussed pretexts to be used to justify price increase and thus would have been considered "Glass Meetings."

Plaintiffs direct the Irico Defendants to the following documents: CHU00030661, CHU00030734, CHU00030777, CHU00030881, CHU00030992, CHU00031002, CHU00031040, CHU00031044, CHU00031107, SDCRT-0090233, CHU00725770.

See also Plaintiffs' response to Interrogatory No. 3, *infra*.

Plaintiffs believe the following individuals have knowledge relating to the foregoing: All attendees identified in any of the meetings identified in the Binder Documents or the other documents identified above; all Irico individuals previously identified in any discovery response relating to contacts with competitors and co-conspirators.

*REQUEST NO. 11: Admit that You have no Evidence From Other Parties of any meeting between Irico and a Defendant or Co-Conspirator prior to July 31, 1998.*

Plaintiffs incorporate their General Objections as though fully set forth herein. Plaintiffs also incorporate their objections to this RFA. Plaintiffs further object to the term "meeting" as vague and ambiguous to the extent it does not include telephone calls, emails or other contacts or means of communication. Plaintiffs further object to this Interrogatory on the ground that the term "Evidence From Other Parties" in the RFAs is vague, ambiguous, and misleading, including that the Irico Defendants have produced documents it obtained or contends it obtained from other

parties, including related parties it contends are separate entities; and that it depends on/requires the resolution of disputed issues. Plaintiffs further object to this Interrogatory on the ground that it duplicates other requests, in whole or in part, made in MDL No. 1917, in violation of the Court's Order Re Discovery and Case Management Protocol (April 2, 2012) (ECF No. 1128). Plaintiffs also object to this Interrogatory as improperly seeking, in contravention of well-established legal principles, to dismember the overall conspiracy in which Irico participated to focus on its separate parts, instead of looking at it as a whole, Order Adopting Report and Recommendations on LG Defendants Motion to Compel Responses to Interrogatories by Direct Action Plaintiffs at 7, *In re Cathode Ray Tube (CRT) Antitrust Litig.*, MDL No. 1917 (Aug. 20, 2014) (ECF No. 2747) ("If 'compartmentalizing' an alleged conspiracy at trial or on summary judgment motion is not appropriate, still less is it appropriate in discovery."), and improperly seeking "to carve the alleged conspiracy into a number of mini-conspiracies." Order Denying Defendants' Motions for Partial Summary Judgment Regarding Production and Capacity at 1–2, *In re TFT-LCD (Flat Panel) Antitrust Litig.*, MDL No. 1827 (Nov. 4, 2011) (ECF No. 4097).

Without waiving the foregoing objections, Plaintiffs respond as follows:

See Plaintiffs' responses to Interrogatories Nos. 2 and 3, *infra*, incorporated here by this reference.


*REQUEST NO. 12: Admit that You have no Evidence From Other Parties that Irico attended any meeting with any Defendant or alleged Co-Conspirator outside of China.*

Plaintiffs incorporate their General Objections as though fully set forth herein. Plaintiffs also incorporate their objections to this RFA. Plaintiffs further object to the term "meeting" as vague and ambiguous to the extent it does not include telephone calls, emails or other contacts or means of communication. Plaintiffs further object to this Interrogatory on the ground that the term "Evidence From Other Parties" in the RFAs is vague, ambiguous, and misleading, including that the Irico Defendants have produced documents it obtained or contends it obtained from other parties, including related parties it contends are separate entities; and that it depends on/requires the resolution of disputed issues. Plaintiffs further object to this Interrogatory on the ground that it

1    duplicates other requests, in whole or in part, made in MDL No. 1917, in violation of the Court's

2    Order Re Discovery and Case Management Protocol (April 2, 2012) (ECF No. 1128). Plaintiffs

3    also object to this Interrogatory as improperly seeking, in contravention of well-established legal

4    principles, to dismember the overall conspiracy in which Irico participated to focus on its separate

5    parts, instead of looking at it as a whole, Order Adopting Report and Recommendations on LG

6    Defendants Motion to Compel Responses to Interrogatories by Direct Action Plaintiffs at 7, *In re*

7    *Cathode Ray Tube (CRT) Antitrust Litig.*, MDL No. 1917 (Aug. 20, 2014) (ECF No. 2747) ("If

8    'compartmentalizing' an alleged conspiracy at trial or on summary judgment motion is not

9    appropriate, still less is it appropriate in discovery."), and improperly seeking "to carve the alleged

10   conspiracy into a number of mini-conspiracies." Order Denying Defendants' Motions for Partial

11   Summary Judgment Regarding Production and Capacity at 1–2, *In re TFT-LCD (Flat Panel)*

12   *Antitrust Litig.*, MDL No. 1827 (Nov. 4, 2011) (ECF No. 4097).

13         Without waiving their objections, Plaintiffs respond as follows:

14         While discovery is not yet complete, and Plaintiffs expect to discover additional

15   information regarding the contacts of the Irico Defendants with their competitors, the discovery

16   record demonstrates that employees of the Irico Defendants traveled abroad regularly for meetings

17   with others including competitors. There is also evidence of international contacts via email,

18   telephone, and facsimile transmission.

19         Plaintiffs direct the Irico Defendants to the following documents: IRI-CRT-00024166, IRI-

20   CRT-00008316, TCE-CRT 0021183, IRI-CRT-00004769 to 72, IRI-CRT-00008802-8803, IRI-

21   CRT-00024205, IRI-CRT-00024259 to 60, TCE-CRT 0022550, TSA-CRT00036206, TCE-CRT

22   0021189, TCE-CRT 0022550, TSA-CRT00036954, TCE-CRT 0021189, IRI-CRT-00024328 to

23   30, IRI-CRT-00024345 to 47, TSA-CRT00153053, TSA-CRT00187175, IRI-CRT-00024628 to

24   32, TSA-CRT00216188, TSA-CRT00216189, TSA-CRT00216190.

25

26   *REQUEST NO. 13: Admit that You have no Evidence From Other Parties of direct sales of CRTs*

27   *to purchasers in the United States by Irico Group Corp., Irico Group Electronics Co., Ltd, or Irico*

28   *Display Devices Co., Ltd.*

1   Plaintiffs incorporate their General Objections as though fully set forth herein. Plaintiffs

2   also incorporate their objections to this RFA. Plaintiffs further object to this Interrogatory on the

3   ground that the term "Evidence From Other Parties" in the RFAs is vague, ambiguous, and

4   misleading, including that the Irico Defendants have produced documents it obtained or contends it

5   obtained from other parties, including related parties it contends are separate entities; and that it

6   depends on/requires the resolution of disputed issues. Plaintiffs further object to the phrase "direct

7   sales of CRTs to purchasers in the United States by Irico Group Corp., Irico Group Electronics Co.,

8   Ltd, or Irico Display Devices Co., Ltd." as vague, ambiguous and confusing. Plaintiffs further

9   object to this Interrogatory on the ground that it is premature because discovery is not yet

10  complete. Plaintiffs further object to this Interrogatory on the ground that it duplicates other

11  requests, in whole or in part, made in MDL No. 1917, in violation of the Court's Order Re

12  Discovery and Case Management Protocol (April 2, 2012) (ECF No. 1128). Plaintiffs also object to

13  this Interrogatory as improperly seeking, in contravention of well-established legal principles, to

14  dismember the overall conspiracy in which Irico participated to focus on its separate parts, instead

15  of looking at it as a whole, Order Adopting Report and Recommendations on LG Defendants

16  Motion to Compel Responses to Interrogatories by Direct Action Plaintiffs at 7, *In re Cathode Ray*

17  *Tube (CRT) Antitrust Litig.*, MDL No. 1917 (Aug. 20, 2014) (ECF No. 2747) ("If

18  'compartmentalizing' an alleged conspiracy at trial or on summary judgment motion is not

19  appropriate, still less is it appropriate in discovery."), and improperly seeking "to carve the alleged

20  conspiracy into a number of mini-conspiracies." Order Denying Defendants' Motions for Partial

21  Summary Judgment Regarding Production and Capacity at 1–2, *In re TFT-LCD (Flat Panel)*

22  *Antitrust Litig.*, MDL No. 1827 (Nov. 4, 2011) (ECF No. 4097).

23

24  *REQUEST NO. 14: Admit that You have no Evidence From Other Parties of direct shipments of*

25  *CRTs from Irico Group Corp., Irico Group Electronics Co., Ltd, or Irico Display Devices Co., Ltd.*

26  *to the United States.*

27   Plaintiffs incorporate their General Objections as though fully set forth herein. Plaintiffs

28  also incorporate their objections to this RFA. Plaintiffs further object to this Interrogatory on the

ground that the term "Evidence From Other Parties" in the RFAs is vague, ambiguous, and

misleading, including that the Irico Defendants have produced documents it obtained or contends it

obtained from other parties, including related parties it contends are separate entities; and that it

depends on/requires the resolution of disputed issues. Plaintiffs further object to the phrase "direct

shipments of CRTs from Irico Group Corp., Irico Group Electronics Co., Ltd, or Irico Display

Devices Co., Ltd. to the United States" as vague, ambiguous and confusing. Plaintiffs further

object to this Interrogatory on the ground that it is premature because discovery is not yet

complete. Plaintiffs further object to this Interrogatory on the ground that it duplicates other

requests, in whole or in part, made in MDL No. 1917, in violation of the Court's Order Re

Discovery and Case Management Protocol (April 2, 2012) (ECF No. 1128). Plaintiffs also object to

this Interrogatory as improperly seeking, in contravention of well-established legal principles, to

dismember the overall conspiracy in which Irico participated to focus on its separate parts, instead

of looking at it as a whole, Order Adopting Report and Recommendations on LG Defendants

Motion to Compel Responses to Interrogatories by Direct Action Plaintiffs at 7, *In re Cathode Ray

Tube (CRT) Antitrust Litig.*, MDL No. 1917 (Aug. 20, 2014) (ECF No. 2747) ("If

'compartmentalizing' an alleged conspiracy at trial or on summary judgment motion is not

appropriate, still less is it appropriate in discovery."), and improperly seeking "to carve the alleged

conspiracy into a number of mini-conspiracies." Order Denying Defendants' Motions for Partial

Summary Judgment Regarding Production and Capacity at 1–2, *In re TFT-LCD (Flat Panel)

Antitrust Litig*., MDL No. 1827 (Nov. 4, 2011) (ECF No. 4097).

*REQUEST NO. 15: Admit that You have no Evidence From Other Parties of direct sales of CRT

Products to purchasers in the United States by Irico Group Corp., Irico Group Electronics Co.,

Ltd, or Irico Display Devices Co., Ltd.*

Plaintiffs incorporate their General Objections as though fully set forth herein. Plaintiffs

also incorporate their objections to this RFA. Plaintiffs further object to this Interrogatory on the

ground that the term "Evidence From Other Parties" in the RFAs is vague, ambiguous, and

misleading, including that the Irico Defendants have produced documents it obtained or contends it

obtained from other parties, including related parties it contends are separate entities; and that it

depends on/requires the resolution of disputed issues. Plaintiffs further object to the phrase "direct

sales of CRT Products to purchasers in the United States by Irico Group Corp., Irico Group

Electronics Co., Ltd, or Irico Display Devices Co., Ltd." as vague, ambiguous and confusing.

Plaintiffs also object to this Interrogatory on the ground that the term "CRT Products" is vague and

ambiguous. Plaintiffs understand this term to have the same meaning as the definition contained in

Paragraph 1 of the Complaint. Plaintiffs further object to this Interrogatory on the ground that it is

premature because discovery is not yet complete. Plaintiffs further object to this Interrogatory on

the ground that it duplicates other requests, in whole or in part, made in MDL No. 1917, in

violation of the Court's Order Re Discovery and Case Management Protocol (April 2, 2012) (ECF

No. 1128). Plaintiffs also object to this Interrogatory as improperly seeking, in contravention of

well-established legal principles, to dismember the overall conspiracy in which Irico participated to

focus on its separate parts, instead of looking at it as a whole, Order Adopting Report and

Recommendations on LG Defendants Motion to Compel Responses to Interrogatories by Direct

Action Plaintiffs at 7, *In re Cathode Ray Tube (CRT) Antitrust Litig.*, MDL No. 1917 (Aug. 20,

2014) (ECF No. 2747) ("If 'compartmentalizing' an alleged conspiracy at trial or on summary

judgment motion is not appropriate, still less is it appropriate in discovery."), and improperly

seeking "to carve the alleged conspiracy into a number of mini-conspiracies." Order Denying

Defendants' Motions for Partial Summary Judgment Regarding Production and Capacity at 1–2, *In

re TFT-LCD (Flat Panel) Antitrust Litig.*, MDL No. 1827 (Nov. 4, 2011) (ECF No. 4097).


*REQUEST NO. 16: Admit that You have no Evidence From Other Parties of direct shipments of*

*CRT Products from Irico Group Corp., Irico Group Electronics Co., Ltd, or Irico Display Devices*

*Co., Ltd. to the United States.*

Plaintiffs incorporate their General Objections as though fully set forth herein. Plaintiffs

also incorporate their objections to this RFA. Plaintiffs further object to this Interrogatory on the

ground that the term "Evidence From Other Parties" in the RFAs is vague, ambiguous, and

misleading, including that the Irico Defendants have produced documents it obtained or contends it

obtained from other parties, including related parties it contends are separate entities; and that it

depends on/requires the resolution of disputed issues. Plaintiffs further object to the phrase "direct

shipments of CRT Products from Irico Group Corp., Irico Group Electronics Co., Ltd, or Irico

Display Devices Co., Ltd. to the United States" as vague, ambiguous and confusing. Plaintiffs also

object to this Interrogatory on the ground that the term "CRT Products" is vague and ambiguous.

Plaintiffs understand this term to have the same meaning as the definition contained in Paragraph 1

of the Complaint. Plaintiffs further object to this Interrogatory on the ground that it is premature

because discovery is not yet complete. Plaintiffs further object to this Interrogatory on the ground

that it duplicates other requests, in whole or in part, made in MDL No. 1917, in violation of the

Court's Order Re Discovery and Case Management Protocol (April 2, 2012) (ECF No. 1128).

Plaintiffs also object to this Interrogatory as improperly seeking, in contravention of well-

established legal principles, to dismember the overall conspiracy in which Irico participated to

focus on its separate parts, instead of looking at it as a whole, Order Adopting Report and

Recommendations on LG Defendants Motion to Compel Responses to Interrogatories by Direct

Action Plaintiffs at 7, *In re Cathode Ray Tube (CRT) Antitrust Litig.*, MDL No. 1917 (Aug. 20,

2014) (ECF No. 2747) ("If 'compartmentalizing' an alleged conspiracy at trial or on summary

judgment motion is not appropriate, still less is it appropriate in discovery."), and improperly

seeking "to carve the alleged conspiracy into a number of mini-conspiracies." Order Denying

Defendants' Motions for Partial Summary Judgment Regarding Production and Capacity at 1–2, *In

re TFT-LCD (Flat Panel) Antitrust Litig.*, MDL No. 1827 (Nov. 4, 2011) (ECF No. 4097).


*REQUEST NO. 17: Admit that You have no Evidence From Other Parties that Irico sold CDTs

after 2003.*

Plaintiffs incorporate their General Objections as though fully set forth herein. Plaintiffs

also incorporate their objections to this RFA. Plaintiffs further object to this Interrogatory on the

ground that the term "Evidence From Other Parties" in the RFAs is vague, ambiguous, and

misleading, including that the Irico Defendants have produced documents it obtained or contends it

obtained from other parties, including related parties it contends are separate entities; and that it

depends on/requires the resolution of disputed issues. Plaintiffs further object to this Interrogatory on the ground that the term "CDTs" is undefined and thus is vague and ambiguous. Plaintiffs understand this term to have the same meaning as the definition contained in Paragraph 1 of the Complaint. Plaintiffs further object to this Interrogatory on the ground that it is premature because discovery is not yet complete. Plaintiffs further object to this Interrogatory on the ground that it duplicates other requests, in whole or in part, made in MDL No. 1917, in violation of the Court's Order Re Discovery and Case Management Protocol (April 2, 2012) (ECF No. 1128). Plaintiffs also object to this Interrogatory as improperly seeking, in contravention of well-established legal principles, to dismember the overall conspiracy in which Irico participated to focus on its separate parts, instead of looking at it as a whole, Order Adopting Report and Recommendations on LG Defendants Motion to Compel Responses to Interrogatories by Direct Action Plaintiffs at 7, *In re Cathode Ray Tube (CRT) Antitrust Litig.*, MDL No. 1917 (Aug. 20, 2014) (ECF No. 2747) ("If 'compartmentalizing' an alleged conspiracy at trial or on summary judgment motion is not appropriate, still less is it appropriate in discovery."), and improperly seeking "to carve the alleged conspiracy into a number of mini-conspiracies." Order Denying Defendants' Motions for Partial Summary Judgment Regarding Production and Capacity at 1–2, *In re TFT-LCD (Flat Panel) Antitrust Litig.*, MDL No. 1827 (Nov. 4, 2011) (ECF No. 4097).

Plaintiffs direct the Irico Defendants to the following documents: IRI-CRT-00031184 to 88.

Discovery is ongoing for Plaintiffs. Plaintiffs will supplement their responses as appropriate under the Federal Rules.

## SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 1

Plaintiffs hereby incorporate their previous objections and response to this Interrogatory, *supra*. Subject to, and without waiving the foregoing objections, Plaintiffs supplement their response as follows:

*REQUEST NO. 13: Admit that You have no Evidence From Other Parties of direct sales of CRTs to purchasers in the United States by Irico Group Corp., Irico Group Electronics Co., Ltd, or Irico Display Devices Co., Ltd.*

Plaintiffs incorporate their General Objections as well as their previous objections to this

Interrogatory as though fully set forth herein. Plaintiffs also incorporate their objections to this RFA.

Evidence shows Group and Display sold CRTs in the United States through China National Electronics Import & Export Caihong Company ("Import-Export"). See documents cited in Direct Purchaser Pls.' Opp. to the Irico Defs.' Am. Mots. to Dismiss Claims of Direct Purchaser Pls. for Lack of Subject Matter Jurisdiction at 12–14 (ECF No. 5640) (Apr. 1, 2019).

Evidence shows Import-Export was a part of Group and/or its agent. *See, e.g.,* IRI-CRT-00002041–105 at 084, 105 ("Master Plan" for restructuring Group's business, Import-Export's "actual assets, personnel, and business all belong[ed] to IRICO Group Corporation"); IRI-CRT-0000956–1010 at 999; IRI-CRT-00032556–690 at 682; Dep. Ex. 8402. Import-Export is also located within Group's premises and its name ("Caihong") indicates that it is part of Group. See documents cited in Direct Purchaser Pls.' Opp. to the Irico Defs.' Am. Mots. to Dismiss Claims of Direct Purchaser Pls. for Lack of Subject Matter Jurisdiction at 13 n.9.

Evidence shows that during the Class Period, Import-Export sold more than $8 million of CRTs and CRT products to companies based in the United States. *See* IRI-CRT-00003546 (showing total sales to "IRICO USA," and "G.P.X. Inc." of $8.02 million); ECF No. 5640-3 ¶¶ 5–7 (discussing IRI-CRT-00003546); IRI-CRT-00003574–75; IRI-CRT-00025648–97. Export invoices produced in discovery confirm that Import-Export exported Irico-brand tubes to the United States. *See, e.g.*, IRI-CRT-00003546; IRI-CRT-00003566–67; IRI-CRT-00003568–69; ECF No. 5640-2, Ex. 28, at 90:17–20, 91:21–24, 105:3–8; IRI-CRT-00003574–75; IRI-CRT-00003576–77. *See also* BMCC-CRT000117860–66; BMCC-CRT000121412–26; IRI-CRT-00000810–852; IRI-CRT-00003544–3645; IRI-CRT-00005654–70; IRI-CRT-00008626–43; IRI-CRT-00029853–69; Irico Sales Summary (CONFIDENTIAL 2022-06-03).xls (CNEIECC tab).

It is likely that additional sales records once existed. ECF No. 5220-10, attachment at 1 ("The Irico Companies have advised that complete historical customer data is not available.").

*REQUEST NO. 14: Admit that You have no Evidence From Other Parties of direct shipments of CRTs from Irico Group Corp., Irico Group Electronics Co., Ltd, or Irico Display Devices Co., Ltd.*

1    *to the United States.*

2         Plaintiffs incorporate their General Objections as well as their previous objections to this

3    Interrogatory as though fully set forth herein. Plaintiffs also incorporate their objections to this

4    RFA.

5         Evidence shows Group and Display sold CRTs in the United States through China National

6    Electronics Import & Export Caihong Company ("Import-Export"). See documents cited in Direct

7    Purchaser Pls.' Opp. to the Irico Defs.' Am. Mots. to Dismiss Claims of Direct Purchaser Pls. for

8    Lack of Subject Matter Jurisdiction at 12–14 (ECF No. 5640) (Apr. 1, 2019).

9         Evidence shows Import-Export was a part of Group and/or its agent. *See, e.g.,* IRI-CRT-

10   00002041–105 at 084, 105 ("Master Plan" for restructuring Group's business, Import-Export's

11   "actual assets, personnel, and business all belong[ed] to IRICO Group Corporation"); IRI-CRT-

12   0000956–1010 at 999; IRI-CRT-00032556–690 at 682; Dep. Ex. 8402. Import-Export is also

13   located within Group's premises and its name ("Caihong") indicates that it is part of Group. See

14   documents cited in Direct Purchaser Pls.' Opp. to the Irico Defs.' Am. Mots. to Dismiss Claims of

15   Direct Purchaser Pls. for Lack of Subject Matter Jurisdiction at 13 n.9.

16        Evidence shows that during the Class Period, Import-Export sold more than $8 million of

17   CRTs and CRT products to companies based in the United States. *See* IRI-CRT-00003546

18   (showing total sales to "IRICO USA," and "G.P.X. Inc." of $8.02 million); ECF No. 5640-3 ¶¶ 5–7

19   (discussing IRI-CRT-00003546); IRI-CRT-00003574–75; IRI-CRT-00025648–97. Export invoices

20   produced in discovery confirm that Import-Export exported Irico-brand tubes to the United States.

21   *See, e.g.*, IRI-CRT-00003546; IRI-CRT-00003566–67; IRI-CRT-00003568–69; ECF No. 5640-2,

22   Ex. 28, at 90:17–20, 91:21–24, 105:3–8; IRI-CRT-00003574–75; IRI-CRT-00003576–77. *See also*

23   BMCC-CRT000117860–66; BMCC-CRT000121412–26; IRI-CRT-00000810–852; IRI-CRT-

24   00003544–3645; IRI-CRT-00005654–70; IRI-CRT-00008626–43; IRI-CRT-00029853–69; Irico

25   Sales Summary (CONFIDENTIAL 2022-06-03).xls (CNEIECC tab).

26        It is likely that additional sales records once existed. ECF No. 5220-10, attachment at 1

27   ("The Irico Companies have advised that complete historical customer data is not available.").

28

1    *REQUEST NO. 15: Admit that You have no Evidence From Other Parties of direct sales of CRT*

2    *Products to purchasers in the United States by Irico Group Corp., Irico Group Electronics Co.,*

3    *Ltd, or Irico Display Devices Co., Ltd.*

4           Plaintiffs incorporate their General Objections as well as their previous objections to this

5    Interrogatory as though fully set forth herein. Plaintiffs also incorporate their objections to this

6    RFA.

7           Evidence shows Group and Display sold CRTs products in the United States through China

8    National Electronics Import & Export Caihong Company ("Import-Export"). See documents cited

9    in Direct Purchaser Pls.' Opp. to the Irico Defs.' Am. Mots. to Dismiss Claims of Direct Purchaser

10   Pls. for Lack of Subject Matter Jurisdiction at 12–14 (ECF No. 5640) (Apr. 1, 2019).

11          Evidence shows Import-Export was a part of Group and/or its agent. *See, e.g.,* IRI-CRT-

12   00002041–105 at 084, 105 ("Master Plan" for restructuring Group's business, Import-Export's

13   "actual assets, personnel, and business all belong[ed] to IRICO Group Corporation"); IRI-CRT-

14   0000956–1010 at 999; IRI-CRT-00032556–690 at 682; Dep. Ex. 8402. Import-Export is also

15   located within Group's premises and its name ("Caihong") indicates that it is part of Group. See

16   documents cited in Direct Purchaser Pls.' Opp. to the Irico Defs.' Am. Mots. to Dismiss Claims of

17   Direct Purchaser Pls. for Lack of Subject Matter Jurisdiction at 13 n.9.

18          Evidence shows that during the Class Period, Import-Export sold more than $8 million of

19   CRTs and CRT products to companies based in the United States. *See* IRI-CRT-00003546

20   (showing total sales to "IRICO USA," and "G.P.X. Inc." of $8.02 million); ECF No. 5640-3 ¶¶ 5–7

21   (discussing IRI-CRT-00003546); IRI-CRT-00003574–75; IRI-CRT-00025648–97. Export invoices

22   produced in discovery confirm that Import-Export exported Irico-brand tubes to the United States.

23   *See, e.g.*, IRI-CRT-00003546; IRI-CRT-00003566–67; IRI-CRT-00003568–69; ECF No. 5640-2,

24   Ex. 28, at 90:17–20, 91:21–24, 105:3–8; IRI-CRT-00003574–75; IRI-CRT-00003576–77. *See also*

25   BMCC-CRT000117860–66; BMCC-CRT000121412–26; IRI-CRT-00000810–852; IRI-CRT-

26   00003544–3645; IRI-CRT-00005654–70; IRI-CRT-00008626–43; IRI-CRT-00029853–69; Irico

27   Sales Summary (CONFIDENTIAL 2022-06-03).xls (CNEIECC tab).

28          It is likely that additional sales records once existed. ECF No. 5220-10, attachment at 1

1   ("The Irico Companies have advised that complete historical customer data is not available.").

2

3   *REQUEST NO. 16: Admit that You have no Evidence From Other Parties of direct shipments of*

4   *CRT Products from Irico Group Corp., Irico Group Electronics Co., Ltd, or Irico Display Devices*

5   *Co., Ltd. to the United States.*

6           Plaintiffs incorporate their General Objections as well as their previous objections to this

7   Interrogatory as though fully set forth herein. Plaintiffs also incorporate their objections to this

8   RFA.

9           Evidence shows Group and Display sold CRTs products in the United States through China

10  National Electronics Import & Export Caihong Company ("Import-Export"). See documents cited

11  in Direct Purchaser Pls.' Opp. to the Irico Defs.' Am. Mots. to Dismiss Claims of Direct Purchaser

12  Pls. for Lack of Subject Matter Jurisdiction at 12–14 (ECF No. 5640) (Apr. 1, 2019).

13          Evidence shows Import-Export was a part of Group and/or its agent. *See, e.g.,* IRI-CRT-

14  00002041–105 at 084, 105 ("Master Plan" for restructuring Group's business, Import-Export's

15  "actual assets, personnel, and business all belong[ed] to IRICO Group Corporation"); IRI-CRT-

16  0000956–1010 at 999; IRI-CRT-00032556–690 at 682; Dep. Ex. 8402. Import-Export is also

17  located within Group's premises and its name ("Caihong") indicates that it is part of Group. See

18  documents cited in Direct Purchaser Pls.' Opp. to the Irico Defs.' Am. Mots. to Dismiss Claims

19  Direct Purchaser Pls. for Lack of Subject Matter Jurisdiction at 13 n.9.

20          Evidence shows that during the Class Period, Import-Export sold more than $8 million of

21  CRTs and CRT products to companies based in the United States. *See* IRI-CRT-00003546

22  (showing total sales to "IRICO USA," and "G.P.X. Inc." of $8.02 million); ECF No. 5640-3 ¶¶ 5–7

23  (discussing IRI-CRT-00003546); IRI-CRT-00003574–75; IRI-CRT-00025648–97. Export invoices

24  produced in discovery confirm that Import-Export exported Irico-brand tubes to the United States.

25  *See, e.g.,* IRI-CRT-00003546; IRI-CRT-00003566–67; IRI-CRT-00003568–69; ECF No. 5640-2,

26  Ex. 28, at 90:17–20, 91:21–24, 105:3–8; IRI-CRT-00003574–75; IRI-CRT-00003576–77. *See also*

27  BMCC-CRT000117860–66; BMCC-CRT000121412–26; IRI-CRT-00000810–852; IRI-CRT-

28  00003544–3645; IRI-CRT-00005654–70; IRI-CRT-00008626–43; IRI-CRT-00029853–69; Irico

Sales Summary (CONFIDENTIAL 2022-06-03).xls (CNEIECC tab).

It is likely that additional sales records once existed. ECF No. 5220-10, attachment at 1 ("The Irico Companies have advised that complete historical customer data is not available.").

DATED: September 1, 2022          By: */s/ R. Alexander Saveri*
                                  R. Alexander Saveri
                                  Geoffrey C. Rushing
                                  Matthew D. Heaphy
                                  SAVERI & SAVERI, INC.
                                  706 Sansome Street
                                  San Francisco, California 94111
                                  Telephone: (415) 217-6810
                                  Facsimile: (415) 217-6813

# EXHIBIT 6
# Filed Under Seal

# EXHIBIT 7



June 20, 2012

**Certification**

### Park IP Translations

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of the document with bates numbers range: CHU00030679E – CHU00030683E.

Abraham I. Holczer

Project Manager

Park                    Case                    #                    29567



134 W. 29th Street 5th Floor • New York, N.Y. 10001
Phone: 212-581-8870 • Fax: 212-581-5577

EXHIBIT
1312E

**[TRANSLATION]**

Mainland China *CDT Maker* Contact Meeting

[Handwritten:]
Respectfully Submitted to President Peng
Submitted for review
Urgent Document
Please deliver to Mr. Chung-Cheng (Alex) Yeh in Room 2705
*Fm*: Guang-Hui Dai, Total 4 pages.

Date:        *Oct.* 09, 1998
Location:   Fuzhou
Meeting     *CPTF* - Senior Manager Jing-Song (Jason) Lu, Section Chief
Attendees:       Chung-Cheng (Alex) Yeh, Guang-Hui Dai, Wei-Lie Yu

            *PHS* - Zheng-Er Shao, (Huafei) President Jian-Zhong Sheng, (Huafei)
                 Manager Bing Ma

            *SSDD* – Department Manager Myoung-Sik Lee, Zhen Yang

            *ORION* - Section Chief TAE SIK KONG *(TAE SIK KONG)*

            *LG* - Section Chief J.B.PARK *(J.B.PARK)*

            IRICO *(IRICO)* - Vice President Jian-She Wei

I.   Summary of the Production and Sales Situation/Production Plan for *CDT MAKER*S

1)   In September 1998, the production and sales situation/production line plan was as
     follows:

(Chart 1)

Unit: K PCS

| Maker | Size | Production, Sales, Inventory of Sept. 98 | | | '98 Q4 Planned Production Volume (SUPPLY) | | | | Planned Production Volume of '99 |
|---|---|---|---|---|---|---|---|---|---|
| | | Production | Sales | Inventory | October | | Planned Production of Nov. | Planned Production of Dec. | |
| | | | | | Planned Production | Planned Sales | | | |
| CPTF | 14" | 210 | 215 | 105 | 150 | 170 | 150 | 150 | 1800 |
| | 15" | | | | | | 30 | 60 | 1710 |
| SSDD | 14" | 180 | 185 | 5 | 150 | 160 | 150 | 150 | 1800 |
| | 15" | | | | | | | | |
| PHS Huafei | 14" | 180 | 180 | 20 | 120 | 70-100 | 120 | 120 | 1600 |
| | 15" | | | | | | | | 100(SKD) |
| BMCC | 14" | 25 | 25 | 25 | 30 | | 30 | 30 | |
| ORION | 14" | | 75 | | 50 | 25-50 | 40 | 30 | 300 |
| | 15" | | 10 | | 30 | 30 | 30 | 15 | 300 |
| Irico | 15" | 20 | 40 | 0 | 20 | | 30 | 40 | 1000 |
| LG | 14" | | 6 | | 10 | | 10 | 10 | 0 |
| | 15" | | 3 | | 10 | | 10 | 20 | 360 |
| | | | | | | | | | |
| TTL | 14" | 595 | 686 | 155 | 510 | 455-510 | 500 | 490 | |
| TTL: | 15" | 20 | 53 | 0 | 60 | | 100 | 125 | |

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL            CHU00030679.01E

Explanation of major points:

A) *CPTF*: 9/E, the actual inventory of 14" finished product reached 189*K*.   The accumulated tube inventory reached 113*K*.   However, in order to avoid concerns by all makers about excess inventory, certain inventory figures had been withheld. It was also explained that because of expected changes to the 15" line, it should be possible to digest 14" inventory in *Q*4.   All makers did not question this matter. In 1999, depending on the 14" market situation, it can be expected that *ONE* production *LINE* each for 14" and 15" will be retained.

• *PHS CHALLENGE*S *CPTF* → *PHS*'s Mr. Shao claimed that *CPTM* was heard to have engaged in sales of inferior tubes in the market, and would like clarification of this situation from us.   We responded with clear indication that absolutely no such situation exists.

B) *SSDD* 14" production line's actual production capacity could reach 180 – 200*K/M*. Based on the production, sales and inventory data from September provided by its marketing department (deliveries to storage: 206.5*K*; sales: 216*K*; and inventory: 3.2*K*), it can clearly be seen that the September production and sales figures provided at the meeting were kept down.   With respect to the large size production of 15" and 17", it is expected that in April 1999 and September 1999, Mainland China *TSDD* (Tianjin Samsung)/*SSDD* (Shenzhen Samsung) each plans to construct an additional production line for using in production (due to capital considerations, whether or not *SSDD* will establish a new line or import an old line from Korea has not been confirmed).   A decision has not been made as to the sizes to be produced and as to which factory is to make such production. Additionally, *SSDD* has indicated that its domestic and export sales ratio is approximately 1/2 each.   Department Manager Lee has also suggested that all makers propose to their headquarters that the price for 15" should be increased a bit more (maintain at least a *US* $15 price difference).   In addition to profit considerations, this will also avoid hastening the decline of 14"

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [  ].

CONFIDENTIAL – GRAND JURY MATERIAL                    CHU00030679.02E

II. General Assessment of Demand by Mainland Customers for 14" *CDT* in *Q4* (*BY CUSTOMERS*)

(Chart 2)                                                    Unit: K PCS

| Customer | Estimated Demand | CDT Domestic Sales Volume | TTL Demand | Remark |
|---|---|---|---|---|
| ACER(SZ) | 10K(CPTF) 8K(PHS) | 2K(PHS) | 20K | |
| AOC | 40K(CPTF) 40K(ORION) | | 80K | Estimates there are 30-40k FOR domestic Sales |
| ADI | 20K(SSDD) | | 20K | |
| COMPAL | 12K(CPTF) | | 12K | |
| EMC | 30K(SSDD) | | 30K | |
| GVC | 10K(SSDD) 10K(ORION) | | 20K | |
| IRIC | 10K(BMCC) 10K(PHS) | | 20K | |
| KFC | 8K(SSDD) | | 8K | |
| LI-ON | 40K(CPTF) | | 40 | |
| PHS(DG/SZ) | 45K(CPTF) | 45K(PHS) | 90K | Main domestic customer for Huafei is PHS (SZ) |
| SHAMROCK | 10K(CPTF) 6K(SSDD) | | 16K | |
| FIC | 3K(PHS) | | 3K | |
| MAG | 2K(SSDD) | | 2K | |
| DTS | 3K(PHS) 3K(ORION) | | 6K | |
| CHINA OTHERS | | 40K(ORION) 80K(SSDD) 40K(PHS) 10K(BMCC) 6K(LG) | 176K | Main customer for SSDD are Beijing Founder Electronic Co and Xocceo |
| | | | | |
| Total | 320K | 223K | 543K | |

[Handwritten in left margin:] 20    120  15    20    60    60    20
[Handwritten below chart:] 543 x

Explanation:
According to Chart 1, the total sales volume of 14" in September is *686K*.
Compared to the September production volume of *595K*, there is an over sold phenomenon.    Additionally, the estimated sales volume in October was made on the understanding of information regarding current orders as provided by all *CDT MAKERS*.    According to the analysis of estimates of each maker on supply volume and sales volume (Chart 1) and demand according to customers (Chart 2), supply and demand still can basically remain even, which is favorable to a price increase. Additionally, with the exception of *SSDD*, who from the very beginning had doubts about an increase of their domestic sale price coefficient to 10.4, other makers have generally indicated unanimous determination to increase prices.    For this reason, each *CDT MAKER* should definitely *FLW* their headquarters, and have full confidence in a price increase.    However, *SSDD* Department Chief Lee has finally been persuaded by Huafei and *CPTF* to increase its domestic sales price quote coefficient to 10.4, and reached an agreement.

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [  ].

CONFIDENTIAL – GRAND JURY MATERIAL                CHU00030680E

- *CPTF CHALLENGES SSDD* → *OVER LOADING* its production capacity greatly, which resulted in a lack of confidence in the domestic sales price at the last meeting (export price multiplied by a coefficient of 10.4). All makers also agreed. In particular, *PHS* claims that its increase in the coefficient from 10 →10.4 has already been announced to customers. From the very beginning, *SSDD* was not confident in the increased 10.4 coefficient. However, after strong requests from all makers and President Sheng of Huafei saying that, even though *BMCC* did not attend the meeting, in previous communications it had already indicated that it would abide by the resolutions from the meeting, Department Manager Lee of *SSDD* reluctantly agreed after great concern.

- *ORION CHALLENGES SSDD* → Supports its increase of the coefficient for domestic sales price and questions the low domestic price given to *LOCAL* customers by *SSDD* in southern China.

C) Huafei: Although Huafei has 2 short *LINES*, because of the unique feature of *PHS*'s system of weekly division, the working weeks for the months of 3/6/9/12 each reach 5 weeks. In September, the production amount could reach 180K. The 15" production plan is to consider transferring 3 *LINES* from the Chubei factory to Mainland China. (Mr. Shao stated that because the production line design is consecutive, if the Chubei factory 15" production facilities are shifted, the 3 *LINES* must be transferred together). However, this plan has not been confirmed. With respect to domestic sales, it is mainly supplied by *PHS(SZ)*. Additionally, it is claimed that *PHS(TWN)* still has a 14" inventory of 10 ~20K *FOR* the small monthly demand of its European customers.

- *CPTF CHALLENGES PHS* → In October, the letter concerning the price increase to *ACER* was never issued following repeated delays. *PHS* claimed that this was because its price quote for *ACER* was not formally confirmed until the middle of the month. Also *MONITOR* customers (especially *IN USA*) are quite sensitive to "price monopolies." Unless customers definitely require a written statement, it should be handled with the utmost caution. However, the resolutions from headquarters will surely be followed. Verbally, all determined to announce the price increase to customers. On the other hand, *CPTF* indicated that *MONITOR* should be allowed to have some time to communicate with its customers regarding the price increases. When the market situation is weak, it is understandable not to confirm the price until the middle of a month. However, it is currently at peak season, and the time when all makers are confirming and stabilizing their prices. *PHS* was asked to improve its mid-month pricing practice.

D) *ORION*: The September sales figures listed above do not include sales of 50K to *AOC*. In 9/E, the 14" inventory was below 30K. MR. Kong stated that the 15" facilities will be improved in 10/M, and that in the future it will continue to maintain 14" *ONE LINE*, 15" *ONE LINE*, and another *ONE LINE* (75% *FOR* 15", and 25% *FOR* 17"). The production capacity of each line is approximately 160 – 170K/M.

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL        CHU00030681.01E

- *PHS CHALLENGES ORION → ORION's* China offices are grabbing customers to enhance their sales performance.   It has been said there was *US$56* appearing at market price for 15", so clarification regarding whether *A*-tube or *B*-tube has been sold was requested.   *ORION* claims that it has not made any sales to dealers, and ensures that there will be no customer overlap among its offices in Mainland China, and that all prices *FLW ORION H.Q.* prices.   It staunchly denied such market price exists.

- *CPTF CHALLENGES ORION→* An explanation was requested as to the disposal method for defective *AOC* tubes.   *ORION* replied: The defect rate of 14" in *AOC* averages at about 0.5%.   The cost of defective tubes is calculated at 75% of *A* tubes.   And using a production rate of 40*K/M* to calculate the amount of *B* tubes the volume should only be 200 *PCS*.   Volume should not be large. *ORION* insists that its defect rate is indeed this low; however, the other makers doubt its low defect rate.

- *SSDD CHALLENGES ORION→* Upon investigation, Shenzhen customer *KTC* (Kangte) and *SRC* each purchased barely-passing tubes from *AOC* (*ORION'S TUBE*) in September, and it was also heard that the *ORION* 's September price for 14" was *US$43*.   There were also claims that even in September *S/T GLARE B+D* tube prices should not be at this market price.   *ORION* has staunchly denied that it sold inferior tubes, and that it *OFFER*ed a price of *US$43* in September.

E) *BMCC*: Basically because it is losing money, although it has not given up on the *CDT* market, it also won't consider selling more (14" production ≦30*K*).   With respect to 15", due to an assessment that it lacks competitive capability, temporarily its production won't be started.

F) *LG*: Currently only has a half-line 14" production line, with a production capacity of approximately 70~80*K/M*.   Internal self-use is 50*K/M*.   The remaining 20 *K/M* are sold to Southeast Asia and Mainland China. No consideration is given to the production of 14" in 1999.

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL             CHU00030681.02E

3) 1999 CDI Maker Production Plan

(Chart 3)

Units: K PCS

|  | Q1 | Q2 | Q3 | Q4 | Remark |
|---|---|---|---|---|---|
| CPT | 300-375K/M | 300-375K/M | 300-375K/M | 300-375K/M | 2.5LINES |
| PHS | 130K/M | 130K/M | 130K/M | 130K/M | 2LINES |
| SSDD | 350K/M | 350K/M | 350K/M | 350K/M | 2LINES |
| ORION | 160K/M | 160K/M | 160K/M | 160K/M | 1LINE |
| LG | 40-80K/M | 40-80K/M | 40-80K/M | 40-80K/M | Might discontinue production of 14" |
| BMCC | 30K/M | 30K/M | 30K/M | 30K/M | |
| TTL | 1010-1125K/M | 1010-1125K/M | 1010-1125K/M | 1010-1125K/M | |

Explanation

If the supply of 14" in 1999 is estimated to be 1100*K/M*, the total annual supply volume will be approximately 13,200*K PCS*.   However, *SSDD* and *PHS* all believe that the *TTL DEMAND* in 1999 (for 14"/15" /17") will be approximately 90,000*K PCS*.   If the 15% estimate of *PHS/SSDD* for demand of 14" is used, the 1999 annual demand volume will be 13,500*K PCS*.   From the above analysis, it can be expected that in 1999, the supply and demand relationship for 14" *CDT* will tend to be balanced.

III. *Conclusion*

1. Competition between *ORION* and *SSDD* for *LOCAL* customers in southern China is strong, and both parties doubt each other's claims that "domestic sale prices are unreasonable," and the sales behavior regarding "*A* or *B* tube."   *ORION*, in addition to strongly denying the sale of *B* tubes and the behavior of quoting low prices, has also requested that *SSDD* provide accurate data for investigation and verification.   Although *SSDD* eventually agreed to use 10.4 as the coefficient for the domestic sale price, it still appears to lack confidence in the increase of the domestic sale price.

2. *SSDD* has requested that all makers propose to their headquarters that the scale of price increase of the 15" be a bit larger, and that a price differential of at least *US*$15 should be maintained from 14."

3. Although *BMCC* did not participate in the meeting, it previously communicated with Huafei that it would abide by the meeting resolution.   Huafei's President Sheng is responsible for relaying the agreement of using the coefficient of 10.4 for domestic sale price.

4. According to *Q*4 of 1998 and 1999's supply and demand situation analysis, generally the supply and demand for 14" will be balanced whether it's in the Mainland China region or the worldwide market.   Each *CDT MAKER* should strictly control production volume, and in particular, should not engage in *OVER*

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [  ].

*LOADING* the way *SSDD* did in September, in order to ensure the stability of prices.

5. The next meeting will be convened by Irico. The time and location will be discussed separately.

- End of Report - Submitted for Approval

Submitted by Employee Guang-Hui Dai
*OCT.* 11,1998

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL                    CHU00030682.02E

[Handwritten telephone number:]

0512-5191028

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00030683E

# EXHIBIT 8



June 20, 2012


**Certification**

                         **Park IP Translations**


This is to certify that the attached translation is, to the best of
my knowledge and belief, a true and accurate translation from Chinese
into English of the document with bates numbers range:
CHU00030684E – CHU00030687E.


_____

Abraham I. Holczer

Project Manager

134 W. 29th Street 5th Floor • New York, N.Y. 10001
Phone: 212-581-8870 • Fax: 212-581-5577

[TRANSLATION]

China *CDT MAKER* Contact Meeting

[Handwritten:]
Respectfully submitted
→ Each committee member
Yu,  Chen 11/12' 98, Chen 11/12' 98, Hua Wu 11/13' 98, Shue-Xing Jiang 11/23' 98

Date: *NOV*.06, 1998

Location: Xian

Meeting Attendees:
*CPTF*:     Section Chief Chung-Cheng (Alex) Yeh, Guang-Hui Tai
*PHS*:       Sales Manager Zhen-Xi Shao, (Huafei) President Jian-Zhong Sheng,
               (Huafei) Manager Bing Ma
*SSDD*:     Department Manager Myoung Sik Lee, Zhen Yang
*ORION*:   Section Chief Tae Sik Kong (*TAE.SIK.KONG*)
IRICO *IRICO*: Vice President Jian-She Wei, Sales Manager Wei-Sheng Lee, Assistant
               Sales Department Manager Jun Yao, Zhao-Jie Wang
*BMCC*:    Xing-Wen Wang
Host:        IRICO         Chairperson:   *PHS* Zhen-Xi Shao

Meeting Content:

I.   Sales Information Exchange by Each *CDT MAKER*
     The main points of the *CRT* makers' sales information exchange are indicated as
     follows: Each *CDT MAKER*'s sales in *4Q* of year '98 and its estimated production
     volume in year '99 are attached.    (Attachment 1)

1)   *CPTF*: Meeting attendees are concerned about the progress of *CPTF* 15" *CDT*.
     *CPTF* claimed that because the *DY* material supply is tight, the estimated
     production sales in November are 30*K*. The estimated production for December is
     70*K*.

2)   *SSDD*: estimates that 15" *CDT* of Samsung Factory, Tianjin will *M/P* in June
     of year '99, but *SSDD* (Samsung Shenzhen) will organize sales operations.
     *SSDD* will utilize a modified Fushan 14" *CDT* line to progress with 17" *CDT*
     production, estimated to *M/P* in September of year '99. In addition, because
     Tianjin Samsung monitor factory has restricted production capacity, the
     production capacity in year '98 will only be about 40*K/M*. The estimated year '99
     production capacity is 300*K*/year (mainly 15" *CDT*). Furthermore, *MR*. Lee
     claimed that *SSDD* profited from *CPT* last month, but still not from *CDT*.

3)   Huafei:

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL                    CHU00030684.01E
                                                                          Translation

A) The November 14" sales orders were not good. Currently there are 40*K* orders confirmed. November's target is 70*K*. The main source of orders is still internal demand (the two companies *PH* Brazil/Dongguan, mainly).

B) Because of problems with funding, ***PHS***(Zhubei factory) may still not consider moving its 15"*CDT* to China in year '99, but plans to alter parts of the equipment to progress with 15"*CDT* production at Huafei. Therefore, even though the 14" orders are not good in November/December, the whole line will go into utilization. The purpose is to build some inventory for supplying during the possible line-stoppage period in year '99. In year '99, the 14"/15" production plan may be 1600*K*/0*K* or 800*K*/400*K*. It all depends on the decision about whether to convert lines in the beginning of year '99.

C) In October, the 14" sales consisted mainly of the 60*K PHS*(Brazil/Suzhou) internal demand. It has been confirmed that the 40*K* November orders [Handwritten: "purchase"] also consist almost entirely of *PHS* (Brazil/Dongguan) internal demand, of which the Dongguan factory has 18*K*. According to news, there will be an increase of *PSH*'s(Brazil/Dongguan) orders. Therefore, given reason *B*) described above, the plans for December sales are higher than the November numbers. In addition, *Mr.* Shao claimed that *PHS* 15"*CDT* sales to Taiwan makers in China consist mainly of *AOC*/*EMC*, about 30*K* combined. Sales to *PHS*(*SZ*) should be above 40*K*.

4) *IRICO* (IRICO):

A) 15"***CDT ONE LINE*** will start to output in March of this year. This line's greatest production capacity is 60~70*K*/*M*. Because of main materials cannot be obtained easily from ***TSB***, has high prices, and other such factors, in September, it will stop operation for one month, and begin utilization again in October. The estimated production target for year '98 is up to 200*K*/year, of which 80% will be sold to Caihuang.

B) Since Japan *TSB CKD*'s costs are still higher than the selling price, the more it sold, the more it was in deficit. Only that under the policy of making purchasing autonomous, the IRICO deflecting factory can already supply 20*K*/*M* of *DY*, one of the main materials. In addition, *FUNNEL* can also be self-made beginning December.

1

5)

_____

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

*BMCC*:

A) Sales in October were not good. The main sales target was Matsushita Philippines. As far as *ACER(SZ)* goes, in the recent months, there has been no correspondence

B) The individual production estimates for 14"/15" are 80*K*/400*K* in year '99, of which the 14" *CDT* production is estimated to end in February. Estimates are that after the February spring festival, the 15" *CDT* equipment alteration can be completed, still with a production capacity of 40~50*K/M*.

6) *ORION*: In October, orders were not good mainly because China has recently strengthened its attack on smuggling. This greatly affects the import smuggling of monitor factories in the Huanan area that does primarily domestic sales. This is why according to its customer, there are still 14*K* that have not been picked from the containers that stopped at Hong Kong in September.

7) *PHS* provided the China area 14" *CDT* production forecast for year '98/99 (please refer to attachment 1). The estimated China area makers' production volume in year '98 is about 7.405*KPCS*. In year '99, the estimate is about 5,630*KPCS*.

Year '98 October ~December Sales Status/Year 99 Estimated Production Volume (Table 1)                                                                Unit: *K PCS*

| Maker | Size | '98 October Production/Sales Inventory | | | '98 November Production/Sales Inventory | | '98 December Production/Sales Inventory | | '99 Year planned volume | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Production | Sales | Invent-ory | Estimated Production | Estimat-ed Sales | Estimated Production | Estimated Sales | | |
| CPTF | 14" | 210 | 140 | 175 | 60~70 | 130 | 60~70 | 140 | 1300~1400 | |
| | 15" | | | | | | | | 1600~1800 | |
| SSDD | 14" | 180 | 165 | 20 | 150~180 | 160 | 150~180 | 160 | | |
| | 15" | | 200 | | 200 | | 200 | | | SDD Sales to Taiwan costumers in China |
| PHS Huafei | 14" | 140 | 120 | 40 | 120 | 40~70 | 120 | 100 | 1600 or 800 | |
| | 15" | | | | | | | | 0 or 400 | |
| BMOC | 14" | 30 | 14 | 25 | 40 | 30 | 40 | 30 | | |
| ORION | 14" | | 10 | | | 20 | | 20 | 300K Not including Taiwan costumers | |
| | 15" | | 80 | | | 100 | | 70 | 300K not including Taiwan costumers | Oct. 20k for domestic sales, 60k for Taiwan maker export |
| IRICO IRICO | 15" | 20 | 20 | 0 | 30 | 30 | 40 | 40 | 600~700 | |
| LG | 14" | | 4 | | | 4 | | ? | | |
| | 15" | | 40 | | | 40 | | ? | | |

II. Price Review

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00030685.01E

Translation

1) *ORION* reacted first. Because China recently strengthened its policy to attack smuggling, this greatly affects the customers of its monitor factories in the Huanan area that do primarily domestic sales. Currently, its outbound quote is 14" *S/S US*$50. Given the customer-related factors of freight costs, tariffs, and foreign exchange regulations, it cannot compare with China *LOCAL* supply to other *CRT* makers. Customers absolutely do not accept.

[Hand-drawn star] **ORION** indicated that they are in unison with **LG**. They hope to lower the USD quote or raise the RMB pricing coefficient (currently 10.4.) Otherwise, with no orders at all, they can only back out of the regular **CRT MEETING**. Each maker responded as follows:

A) Because makers attending the meeting believe that lowering the USD quote already surpasses each factory's local authority, and because during the second wave *CRT* increase in October, China *MONITOR* makers did not fully react to its *BUYER*, therefore, currently, in the China area, there are no external conditions to support increasing the RMB quote.

B) *SSDD MR*. Lee originally brought up the consideration to quote higher than *ORION* to give some of its import customers to *ORION* for continued sales. However, then, because *ORION*'s main customer are Xoceco, Beijing Founder Electric Co., and China Great Wall, *MR*. Lee finally negated his own suggestion because he cares about these customers.

Conclusion: Request that each factory reflect **ORION**'s problem to headquarters. **PSH Mr.** Shao will be responsible for notifing each factory of the headquarters' final decision.

[Handwritten with arrow from hand-drawn star:]

1. Currently, imports are quoted x 10.4. The integrated tax rate is about 25%, just the tax the *CRT* factory passes up. It also been completely reflected to customers. [Illegible and crossed out] It would be unreasonable to raise it any more. Customers would not accept it either.

2. Lowering the USD quote would even further cause market frenzy. It is even less doable.

2)

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CHU00030685.02E

                                                        Translation

*IRICO*: Meeting attendees designated the bottom line price for 15" internal/external transactions to *IRICO* as follows: (*BASED ON S/S ITC TYPE*)

A) *IRICO*'s internal transaction price for Caihuang is (*US*$60x10.4=RMB quote, tax included)

B) For its other customers, because *IRICO*'s quality and efficiency are poor and the volume is limited, it uses (*US* $62 or 63X10.4=RMB quote, tax included)

3) *BMCC*:

*BMCC*'s October orders were extremely bad (14*K*). Its main customers were Caihuang and Founder Electronics, with demands of about 10*K/M* each. BMCC, however, did not order in October either. With respect to its 2 main customers, *BMCC* honestly admitted the it uses *US*$48X10.0 as the RMB internal quote for the *S/S TYPE*. Nevertheless, the *CDT MAKER* at the meeting all oppose *BMCC*'s double allowance with USD and RMB auditing coefficients (The official domestic sales RMB quote should be *US*$50x10.4). After negotiations, makers finally agreed to *BMCC*'s lowering its quotes to its 2 main customer by *US*$1 (and to use *US*$47 as the *BASE* immediately), but it must *KEEP* its domestic sales coefficient of 10.4. Also, meeting attendees hope that everyone makes partial allowances. They hope that they can use *US*$48x10.4 as the internal quote with *AOC*.

Conclusion: **BMCC** will use *US*$47x10.4 as the quote to its main customers (Caihuang/Founder Electronics); however, **CPTF** opposes **AOC** using *US*$48x10.4 as its domestic sales quote. It believes that currently it should coordinate the supplying of 14"/15"/17" with **AOC**. Even if **BMCC** uses such pricing it would not have orders.

4) *SSDD*:

A) *CPTF/PHS* both claim that there is often noise on the market with regard to *SSDD* selling B tubes. *MR.* Lee replied with a slight tone of complaint that without verification and definite evidence, *PHS* conveyed to headquarters that *SSDD* is selling B tubes to a Beijing customer, causing the headquarter boss to question him. *PHS*'s *Mr.* Shao explained that he will strengthen usual contact and confirmations, and apologized to *MR.* Lee about *PHS*'s careless reaction process.

B) *CPTF/PHS* both claim that that they've heard about *SDD*'s having *F.O.C.* (*free of charge*) on the market. It seems to be a disguised price decrease. *MR.* Lee then claimed that because they did not recall the defective tubes, this is to discount the defective tubes.
Conclusion: **CPTF/PHS** suggested that *SSDD* recall the defective tubes or let its engineers cut off or destroy the **PIN** to avoid their being used for sale. In

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

addition, it requested that *SSDD* separately process its **_INVOICE_** for normal shipments and **_INVOICE_** for discounts [Underlined by hand]. *SSDD* agreed and asked **PHS** to supply related documents and procedures for reference. [Handwritten with arrow from underlined text:] It should be *replace*d. Because even if the *invoice* is handled separately, there is no way to distinguish whether it is a *rebate*.

## III. Others:

1. In consideration and evaluation of the rapid atrophy of the 14" *CDT* and for the healthy development of the *CDT* industry, *MS.* Lee promised to be responsible for contact, and to arrange an integration meeting with the makers of large size monitors in the China area.

2. Because each maker has heard a lot of noise on the 14" market, they believe that the price may loosen after *4Q*. Therefore, the meeting attendees achieved a unified approach and a common understanding, hastening each sales department to deliver the message as follows: "It is impossible for the prices to drop. If there are signs of oversupply, then it will be handled with reducing production."

3. *BMCC* will run the next meeting in Beijing. Time: 12/4

– End of report –          Submitted for approval

[Handwritten:]
1. *CPT/PHS/ORION* all challenged [Illegible] *SSDD* about what they have heard about *SSDD* selling *B* tubes and disguising the *FOC* price decrease; however, *SSDD* denied this and argued that it was compensating for defective tubes. There would be no rumors if there were not some truth to it, so they requested that *SSDD* manage itself.

2. In *4Q* of year '99, *SSDD* will still have 1 line each of 14"/15"/16" [Illegible] in China. In comparison, the competitive advantage has strengthened.

3. *ORION* threatened during the meeting that if the domestic sales coefficient were not increased, then it would lower the USD price. Meeting attendees think that it is natural for *ORION* not to be able to compete with the companies that have built factories in China. They cannot use this to unreasonably request that others increase their domestic sales price or independently lower USD quotes. Please have headquarters discuss this with *ORION* upper management.

Respectfully submitted by Employee Guang-Hui Tai *NOV*. 8, 1998

[Signed:] Chung-Cheng (Alex) Yeh 11/98

[Signed:] Afan Tseng 11/12'98

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

30-OCT-1998 21:52 FROM PHILIPS CHUPEI          TO HUAFEII   P.05/08

[Handwritten:] (Attachment 1)
Provided by *PHS*
[Handwritten on right side of chart:] *BMCC*

# 14" Color Monitor Production in China
## 1st half v.s. 2nd half in 1998

Kpcs

| | Maker | 1st half | 2nd half | Total | Domestic Sales | Major Suppliers & Ratio |
|---|---|---|---|---|---|---|
| Taiwanese | Acer | 140 | 110 | 250 | 60 | C/P:6/4 |
| | ADI | 400 | 260 | 660 | 170 | S |
| | Compal | 100 | 80 | 180 | 0 | C |
| | FIC | 30 | 20 | 50 | 0 | C/P: 7/3 |
| | GVC | 80 | 120 | 200 | 0 | C/O:5/5 |
| | IRICO | 185 | 165 | 350 | 0 | P/B:8/2 |
| | Lite-on | 210 | 240 | 450 | 100 | C |
| | MAG | 45 | 10 | 55 | 0 | S |
| | Philips | 560 | 520 | 1,080 | 300 | C/P:5/5 |
| | Proview | 450 | 250 | 700 | 250 | S |
| | Shamrock | 140 | 120 | 260 | 0 | C/S:7/3 |
| | Top Victory | 660 | 440 | 1,100 | 450 | C/O/P:5/4/1 |
| | Others | 100 | 80 | 180 | 170 | |
| | Total | 3,100 | 2,415 | 5,515 | 1,500 | |
| Chinese | Founder | 250 | 150 | 400 | 320 | S/P:7/3 |
| | Great Wall | 90 | 50 | 140 | 120 | S |
| | Qing Hong | 300 | 40 | 340 | 300 | Closed in Aug. |
| | West Lake | 30 | 20 | 50 | 30 | |
| | Xoceco | 150 | 100 | 250 | 220 | S |
| | Yuki | 50 | 20 | 70 | 70 | S/P:7/3 |
| | Others | 70 | 50 | 120 | 90 | |
| | Total | 940 | 430 | 1,370 | 1,150 | |
| Korean | Daewoo | 100 | 70 | 170 | 150 | O |
| | LG | 0 | 0 | 0 | 0 | |
| | Samsung | 120 | 80 | 200 | 200 | S |
| | Total | 220 | 150 | 370 | 350 | |
| Japanese | NPG | 90 | 60 | 150 | 100 | |
| | Grand Total | 4,350 | 3,055 | 7,405 | 3,100 | |

1st half vs 2nd half in 1998 is 59%:41%

Remark:    - Major CMT Suppliers, P:Philips, C:CPT, S:SDD, O:Orion, B:BMCC
           - Domestic Sales: including QEM sales which sell to China.          Attachment #2

_____
English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00030687E
Translation

大陸 CDT MAKER 聯繫會議

時間：NOV.06, 1998

地點：西安

與會人員：

CPTF：葉俊正課長、戴光輝

PHS：邵正璽業務經理、(華飛)盛建忠總經理、(華飛)馬冰經理

SSDD：李明植部長、楊真

ORION：孔泰植(TAE.SIK.KONG)課長

彩虹 IRICO：魏建社副總、李衛生銷售經理、姚軍營業部副部長、王昭杰

BMCC：黃新文

主辦：彩虹集團公司  主席：PHS 邵正璽

會議內容：

一、各 CDT MAKER 產銷訊息交流

兹將 CRT 廠商產銷訊息交流重點說明如下：各 CDT MAKER '98 年 4Q 產銷及 '99 年預計生產量狀況如後附(表一)

1) CPTF：與會各家關切 CPTF 15''CDT 進度。CPTF 稱因 DY 備料供應吃緊，11 月預計生產銷售 30K，12 月預計生產 70K。

2) SSDD：*天津三星廠 15''CDT 預計於 '99 年 6 月 M/P，但由 SSDD(深圳三星)統籌銷售工作，而 SSDD 則將利用釜山 14''CDT 線加以修改以進行 17''CDT 生產，預計 '99 年 9 月 M/P。*另，天津三星監視器廠因產能受限，'98 年產能約 40K/M，99 年產能則預計 300K/年(15''CDT 為主)。此外，MR.李稱 SSDD 上個月 CPT 有獲利，但 CDT 則仍無獲利。

3) 華飛：

A) 11 月 14''銷售訂單差，目前確認的訂單有 40K，11 月以 70K 為目標。主要訂單來源仍以內需(PH 巴西/東莞兩廠為主)。

B) 因資金問題 *PHS(竹北廠)'99 年 15''CDT 可能仍不會考慮遷移至大陸，但擬改部份設備在華飛進行 15''CDT 生產。因此，14''11/12 月訂單雖不住亦全線稼動，圖的在補些庫存以因應'99 年可能停線時之供應。*而'99 年 14''/15''生產規劃可能為 1600K/零 K 或 800K/400K，全俟'99 年初是否改線之決策而定。

C) 14''10 月份銷售上以內需 PHS(巴西/蘇州)60K 為主；11 月份已確定之訂單 40K 中亦幾乎為 PHS(巴西/東莞)內需，其中東莞廠達 18K；12 月份則據悉 PSH(巴西/東莞)之訂單應會增加，因此在上述 B)原因下，12 月產銷計畫高於 11 月份數量。另邵'R 稱 PHS15''CDT 銷售於台商大陸的部份主要為 AOC/EMC，合計約 30K 左右，銷售於 PHS(SZ) 則應在 40K 以上。

4) IRICO(彩虹集團)：

A) *15''CDT ONE LINE 於今年 3 月始產出，該線最大產能為 60~ 70K/M，但因主要材料自 TSB 取得不易且價高等因素，9 月停工一個月，於 10 又重新稼動。'98 年預計達 200K/年生產目標，其中 80%為銷售於彩盤。*

B) 自日本 TSB CKD 之成本仍比售價高，故賣越多虧越多。惟在採購自主化政策下，主要材料中 DY 已可由其彩虹偏轉廠供應 20K/M，另 FUNNEL 自 12 月始亦可以自製。

1

CHU00030684

5) BMCC：

   A) 10 月份銷售差，主要銷售對象為菲律賓松下公司，至於 ACER(SZ) 則近幾個月均無往來。

   ***B) '99 年 14''/15'' 分別預計生產 80K/400K。其中 14'' CDT 預計生產至 2 月份即結束，估計 2 月份春節過後即可完成 15'' CDT 之設備改造，產能上仍為 40~ 50K/M。***

6) ORION：10 月訂單差主要係因大陸近期加強打擊走私後，對杜絕華南一帶以內銷為主之顯示器廠商走私進口影響甚大。值此是故，據稱其客戶 9 月份停在香港的貨櫃仍近 14K 尚未提貨。

7) PHS 提供'98/99 年 14'' CDT 大陸地區生產之預測(請參閱附件 1)。'98 年大陸地廠商生產量估計約 7.405KPCS，'99 年則預計約 5,630KPCS。

'98 年 10~12 月產銷概況/99 年預計生產量 (表一)　　　　　單位：K PCS

| 廠商 | 尺寸 | '98 年 10月產銷 | | | '98 年 11 月產銷 | | '98 年 12 月產銷 | | '99 年計畫量 | 備 註 |
|------|------|------|------|------|------|------|------|------|------|------|
| | | 生產 | 銷售 | 庫存 | 預計生產 | 預計銷售 | 預計生產 | 預計銷售 | | |
| CPTF | 14'' | 210 | 140 | 175 | 60~70 | 130 | 60~70 | 140 | 1300~1400 | |
| | 15'' | | | | | | | | 1600~1800 | |
| SSDD | 14'' | 180 | 165 | 20 | 150~180 | 160 | 150~180 | 160 | | |
| | 15'' | | 200 | | | 200 | | 200 | | SDD 銷售大陸台商 |
| PHS 華飛 | 14'' | 140 | 120 | 40 | 120 | 40~70 | 120 | 100 | 1600 或 800 | |
| | 15'' | | | | | | | | 0 或 400 | |
| BMCC | 14'' | 30 | 14 | 25 | 40 | 30 | 40 | 30 | | |
| ORION | 14'' | | 10 | | | 20 | | 20 | 300K(未含台商) | |
| | 15'' | | 80 | | | 100 | | 70 | 300K(未含台商) | 10 月份 20K FOR 內銷，60K FOR 台商外銷 |
| IRICO 彩虹 | 15'' | 20 | 20 | 0 | 30 | 30 | 40 | 40 | 600~700K | |
| LG | 14'' | | 4 | | | 4 | | ? | | |
| | 15'' | | 40 | | | 40 | | ? | | |

二、價格檢討

1) ORION 首先反應，因大陸近期在加強打擊走私政策下，對其華南一帶以內銷為主之顯示器廠客戶影響至極。其現今對外報價 14''S/S US$50，在其客戶相關運輸費用、關稅、及外匯管理局管制等相關因素下，無法與大陸 LOCAL 供應之其他 CRT 廠商相比，客戶根本不接受。

***ORION 表示其與 LG 看法一致，盼降低美金報價或提高人民幣計價之係數(目前為 10.4)，否則訂單全無情形下，只好提出 CRT 定期 MEETING。各廠商回應如下：***

   A)因與會各家廠商認為調降美金報價已超過與會各廠之地方權限，而因 10 月份第二波 CRT 調漲，大陸 MONITOR 廠商並未充分反應於其 BUYER，因此調高人民幣報價在大陸地區目前亦沒有外在條件可支撐。

   B) SSDD MR.李本提出考慮報價較 ORION 為高，讓出部份內銷客戶於 ORION 繼續進行銷售，但後來因 ORION 主要客戶為廈華/北大方正/長城，MR.李最後又因在意該群客戶而予以否決自己之建議。

***結論：請各廠向總部反應 ORION 的問題，PSH 邵 R 並負責將總部最後之決議通知各廠。***



1、現內銷係 X10.4 計，綜合稅率約 12%，問題是 CRT 廠形上交的稅已算在每子客戶，再再提高不太合理客戶也不會接受。

2、降美金報價更失達對市場案孔，更不行。

CHU00030685

2) IRICO：與會各家向 IRICO 訂出 15''之內/外部交易價底線如下：(BASED ON S/S ITC TYPE)

   A) IRICO 對彩皇內部交易價為 (US$60X10.4=人民幣含稅報價)

   B) IRICO 對其他客戶報價則因其品質效率較差且數量有限，因此以 (US$62 或 63X10.4=人民幣含稅報價)

3) BMCC：

   BMCC 10 月份訂單極差(14K)，主要客戶為彩皇與方正，需求各為 10K/M 左右；但彩皇 10 月亦無下單。針對其主要之兩家客戶，BMCC 坦承 S/S TYPE 以 US$48X10.0 作為人民幣內銷報價。惟與會各 CDT MAKER 均反對 BMCC 在美金與人民幣核算係數做雙重讓與(公定人民幣內銷報價應為 US$50X10.4)。經協議，各家最終同意 BMCC 在其兩家主要客戶再降低美金報價 US$1(亦即以 US$47 為 BASE)，但須 KEEP 內銷係數 10.4；另與會各家希望大家稍作部份退讓，希望能在 AOC 以 US$48X10.4 作為內銷報價。

   *結論：BMCC 在其主要客戶(彩皇/方正)以 US$47X10.4 報價。但針對在 AOC 以 US$48X10.4 作為內銷報價，CPTF 則表反對，並認為目前與 AOC 係以 14'/15'/17' 搭配供應，即使 BMCC 用該價格應也不會有訂單。*

4) SSDD：

   A) CPTF/PHS 均稱市場上對 SSDD 銷售次管常有雜音。MR.李則略帶抱怨的回應，上個月因 PHS 未向其求證且無確切證據逕向總部反應 SSDD 對北京某客戶有次管銷售行為，因而被其總部老闆質詢。PHS 邵'R 則解釋爾後將多加強平時之聯繫與確認，並對 PHS 較粗率之反應過程向 MR.李致歉。

   B) CPTF/PHS 均稱市場上常反應 SDD 有 F.O.C.(free of charge)之聲音，似乎成為變相降價。MR.李則稱因其不良管沒有回收，此乃不良管折讓的作法。

   *結論：CPTF/PHS 建議 SSDD 對不良管要回收或與請其工程師將 PIN 剪掉破壞避免其再銷售利用，另請 SSDD 將正常出貨之數量 INVOICE 與折讓之 INVOICE 分開處理，SSDD 則表同意並請 PHS 提供相關文件作法供參考。*

   與產該用 replace 不同，用 credit invoice 不同處理，也無法區別是否為 Rebate。

三、其他

1. 考量 14''CDT 急速萎縮並為了 CDT 產業健康發展，MS.李承諾負責聯繫，整合大陸地區中大型監視器廠商召開整合會議。

2. 14''市場上因各家均聽到許多雜音，認為 4Q 以後可能價格會鬆動。因此，與會各家達成一致性口徑及共識，敦促各自業務說法如下：『價格不可能下跌，若有超額供給現象則以減產因應。』

3. 下次會議由 BMCC 主辦並在北京召開，時間：12/4

1. cpT/PHS/orien 均對 SSDD 的 challenge 其專用 SSDD 賣 B 貨及 FOC 事相消价，但 SSDD 否認，並辯稱仍保不良管補償折讓，但也無風不起浪，請 SSDD 自律。

2. 11年 4Q SSDD 在大陸將有 14/15/17 各一條，相對競爭狀勢增強。

3. orien 在各中要求，客內銷保叔不調高，則要調降美金价，各金人士認為，orien 指不往大陸設廠的公司是自然而然事，不能因此無理要求，我把人涨 內銷或自行調低美金做价，如即有請邹秘即向 B.Orien 高層反應。

--以上報告--　　　　呈核　　　　　　　　　　　　　職 戴光輝 敬呈

NOV. 8, 1998

CONFIDENTIAL - GRAND JURY MATERIAL

CHU00030686

CONFIDENTIAL - GRAND JURY MATERIAL

# 14"  Color Monitor Production in China
## 1st half v.s. 2nd half in 1998

|  | Maker | 1st half | 2nd half | Total | Domestic Sales | Major Suppliers & Ratio |
|---|---|---|---|---|---|---|
| Taiwanese | Acer | 140 | 110 | 250 | 60 | C/P: 6/4 |
|  | ADI | 400 | 260 | 660 | 170 | S |
|  | Compal | 100 | 80 | 180 | 0 | C |
|  | FIC | 30 | 20 | 50 | 0 | C/P:7/3 |
|  | GVC | 80 | 120 | 200 | 0 | C/O:5/5 |
|  | IRICO | 185 | 165 | 350 | 0 | P/B:8/2 |
|  | Lite-on | 210 | 240 | 450 | 100 | C |
|  | MAG | 45 | 10 | 55 | 0 | S |
|  | Philips | 560 | 520 | 1080 | 300 | C/P:5/5 |
|  | Proview | 450 | 250 | 700 | 250 | S |
|  | Sharmrock | 140 | 120 | 260 | 0 | C/S:7/3 |
|  | Top Victory | 660 | 440 | 1100 | 450 | C/O/P:5/4/1 |
|  | Others | 100 | 80 | 180 | 170 |  |
|  | Total | 3100 | 2415 | 5515 | 1500 |  |
| Chinese | Founder | 250 | 150 | 400 | 320 | S/P:7/3 |
|  | Great Wall | 90 | 50 | 140 | 120 | S |
|  | Qing Hong | 300 | 40 | 340 | 300 | closed in Aug. |
|  | West Lake | 30 | 20 | 50 | 30 |  |
|  | Xoceco | 150 | 100 | 250 | 220 | S |
|  | Yuki | 50 | 20 | 70 | 70 | S/P:7/3 |
|  | Others | 70 | 50 | 120 | 90 |  |
|  | Total | 940 | 430 | 1370 | 1150 |  |
| Korean | Daewoo | 100 | 70 | 170 | 150 | O |
|  | LG | 0 | 0 | 0 | 0 |  |
|  | Samsung | 120 | 80 | 200 | 200 | S |
|  | Total | 220 | 150 | 370 | 350 |  |
| Japanese | NPG | 90 | 60 | 150 | 100 |  |

Kpcs

# EXHIBIT 9



June 20, 2012

**Certification**

### Park IP Translations

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of the document with bates numbers range: CHU00030688E – CHU00030691E.

_Abraham I. Holcz_

Abraham I. Holczer

Project Manager

**EXHIBIT**

1303 E

134 W. 29th Street 5th Floor • New York, N.Y. 10001
Phone: 212-581-8870 • Fax: 212-581-5577

**[TRANSLATION]**

[Entire Document Handwritten]

<u>Business Trip Report</u>

Page 1 of 3

*To*: →Wei- Lie Yu [Hand-drawn star]

| | |
|---|---|
| Date: | *Dec.* 8-10, 1998 |
| Location: | Beijing |

[Initialed:] Lu 12/11'98

Meeting Attendees: *CPT*: Wen-Chun (Tony) Cheng, Jing-Song (Jason) Lu,
Ching-Yuan (Michael) Du, Chung-Cheng (Alex) Yeh
*PHS*: Shou-Li Lin, Cheng-Er Shao, Dong Liu
*SSDD*: *MR. D. Y. Kim, M.S. Lee,* etc.
*LG*: *MR.*
*ORION*: *MR. Moon, MR.* Kong… etc.
Irico: President Ma… etc.
*BMCC*: Wen-Chiang Fan, Hsin-Wen Huang

[In left margin:] *COPY x 1*

Content:

This is a routine China *CDT MAKER* contact meeting. Since many disputes rose from the past few meetings, it was decided at the top-level meeting held during 11/*E* in Seoul that the headquarters of each maker would send representatives to attend this meeting (12/9 *PM*). In addition, on 12/10 *AM*, five of the Taiwan and Korea makers will separately hold a coordination meeting.

Production Sales and Inventory statuses for respective makers:

| | | NOV | | | DEC | | | JAN | FEB |
|---|---|---|---|---|---|---|---|---|---|
| | | Prod'n | Sales | Stock | Prod'n | Sales | Stock (C+M) | Prod'n | Prod'n |
| *CPTF* | 14" | 112 | 117 | 173 | 0 | 60 | 110+70 | 0 | 0 |
| | 15" | 40 | 33 | 7 | 60 | 60 | | 100 | ~~100~~ [Crossed out by hand] 70-80 |
| *LG* | 14" | 0 | 4 | – | 0 | 0 | 0 | 0 | 0 |
| | 15" | 0 | 6 | – | 0 | 9 | 0 | 0 | 0 |
| *PHILIPS* | 14" | 120 | 80 ($^{50}/_{30}$) | 80 | 120 | 70 ($^{50}/_{20}$) | 100 | 60 | 40 |
| | 15" | | 20 | 0 | 0 | 20 | | 10 | 30 |
| *ORION* | 14" | | 30 | 140 | 70 | 25 | 70 | | |
| | 15" | | 40 | – | – | 50 | – | – | – |
| *IRICO* | 15" | 31 | 30 | 1 | 37 | 35 | | 40 | 45 |
| *BMCC* | 14" | 40 | 20 | 40 | 30 | 30 | 40 | 30 | 30 |
| *SSDD* | 14" | 180 | 120 | 80 | 150 | 120 | 100+40 | 100 | 100 |
| *TTL* | 14" | 452 | 371 | 373 | 300 | 305-325 | (530) | 190 | 170 |
| | 15" | 71 | 89-99 | 7 | 97 | 164-174 | | 150 | 145 |

---

English words found in the original text are *italicized.*
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00030688E
Translation

Explanation:

1.  Market demand for 14" is shrinking dramatically. The market situation of all makers is poor.

2.  *LG* will stop the production of 14" starting from January 1999.

3.  *PHS* originally planned to transfer the 15" production line from Chubei to Huafei, but it was *hold* because the *cost* was too high. However, currently, it has 2 existing lines of 14". In December, only one line was utilized, the other line's produce equipment was converted. <u>It is estimated that the production of 15" will begin in January, '99. Estimated that *JAN*/10*k*, *FEB*/30*k*</u> [Underlined].

4.  *BMCC* originally planned to begin the production of 15" in January. However, since neither of the facilities and materials all are presently *OK*, it is estimated that <u>the switch will not begin until May</u> [Underlined].

(2)  Market Price Review

1.  First, *PHS* pointed out that *SSDD*, *Orion*, *BMCC*, and *LG* gave quotes that were lower than the fixed current prices they have committed to for certain customers. An explanation was requested. After the makers explained the evidence to each other, *SSDD* admitted that their quote to *XOCECO* was lower than the set price, *RMB* 500- (should be 520-). *MR. D. Y. Kim* expressed regret and will adjust the price immediately.

2.  *ORION* still states that since the smuggling channels were blocked, its imported *CRT*s in China have no competitive edge at all facing the quotes of *local CDT MAKER* at *RMB* (10.4). Therefore, without alternatives, it had to compete using the prices of *USD* 45-46. After a joint discussion among the attendees and agreement from *SSDD*, China Great Wall, Beijing Founder and *XOCECO* three makers' consent *ORION* quoted at low *USD* 20, which is the equivalent of a *RMB* quote

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

Filed 05/10/24 — Page 101 of 538 — Case 4:07-cv-05944-JST Document 6378-1

of *RMB* 520-. This is limited to these 3 makers only.

3. At the meeting on the morning of 12/10, it was suggested to *follow* the Japan makers' price increase\beginning on *JAN*/16, to, 17" price will be at least 5.00/*pc*.

4. The market *demand by size* in '99

| October Projection | | | December Revision | |
|---|---|---|---|---|
| 14" | 141*M* | 149% | 7.5*M* | 8% |
| 15" | 37.4*M* | 39.6% | 37*M* | 39% |
| 17" | 35.4*M* | 37.5% | 41*M* | 43.4% |
| 19" | 4.8*M* | 5.1% | 6*M* | 6.4% |
| 20"/21" | 2.7*M* | 2.9% | 2.7*M* | 2.8% |
| *TTL* 94.4*M* | | | 94.4*M* | |

- End of report -

[Signed:] Submitted by Employee Chung-Cheng (Alex) Yeh 12/11 '98

[Signed:] Y. M. Peng, *DEC* 16 '98

[Handwritten in a different style:]

∗Yu, please *FAX* on my behalf to my younger sister (*Taipei*), and tell her to: "sell my car." I will make contact when I return. *TKS! FAX NO. AS FOLLOWS*:

*To*: 00886   2   28261648 Li-Hua Tai

[Signed:] Guang-Hui Tai
12/30'98

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00030690E
Translation

0591 3970507

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL                CHU00030691E

Translation

# EXHIBIT 10

 가장 친절한 LG

Display 해외영업담당
해외마케팅팀/課長
鄭 風 龍

150-721 서울특별시 영등포구 여의도동 20
LG트윈타워
전화:02-3777-7568 FAX:02-3777-5560
E-Mail:pyjeong@twin.lge.co.kr
불친절 신고센터 : 080-023-7777

 가장 친절한 LG

Display 사업본부
해외기획팀/課長
金 斗 基

150-721 Seoul特別市 永登浦區 汝矢島洞 20番地
LG Twin Tower
電話:02-3777-7595  FAX:02-3777-5560
E-Mail ID:doogie@lge.co.kr
불친절 신고센터 : 080-023-7777

 彩虹集团公司
副总裁
彩虹彩色显像管总厂
常务副厂长



马金泉
12/8'98

地址:中国陕西咸阳彩虹路1号
电话:(0910)3334118
传真:(0910)3313762  邮编:712021

華飛彩色顯示系統有限公司

PHILIPS

劉 東
商務部處長

12/8'98

飞利浦

電話:(86-25)5421166-2128/2120
傳真:(86-25)5422227/5417470
南京市玄武區
華飛路1號
郵政編碼:210028
郵政信箱:2808
Internet:CNF00116@CNCOMAIL.SNADS.PHILIPS.NL.

SAMSUNG 삼성전관

이재인
담당간부
마케팅전략
브자원)마케팅팀

삼성전관주식회사
서울 종구 태평로 2가120
대경빌딩 12층 100-102
TEL: 02-727-3469
FAX: 02-727-3409

BMCC/National·Panasonic
北京·松下彩色显象管有限公司

认证企业
ISO9002
ISO14001

永 井 武
董事  總經理

李/98

地址:北京市朝陽區大山子
酒仙橋北路9號
郵政編碼: 100015

電話:(直播)64376178 64363355-2001
電話: 2795 或 BMCC
傳真: 64376154

 Exhibit
Wang 8576
9/20/2022
Wang Zhaojie - V2

CONFIDENTIAL - GRAND JURY MATERIAL

CHU00016621

 **LG Electronics Inc.**

The Most Courteous LG

Doogie(K) Kim

Manager
OVERSEAS PLANNING TEAM
DISPLAY DIVISION

LG Twin Towers
20, Yoido-dong, Youngdungpo-gu, Seoul 150-721, Korea
Yoido P.O. Box 335, Seoul, Korea
Phone : +82-2-3777-7595    Fax : +82-2-3777-5560
E-Mail ID : doogie@lge.co.kr

*12/9 '98*

 **LG Electronics Inc.**

The Most Courteous LG

P. Y. JEONG

Manager
OVERSEAS MARKETING TEAM
DISPLAY DIVISION

LG Twin Towers
20, Yoido-dong, Youngdungpo-gu, Seoul 150-721, Korea
Yoido P.O. Box 335, Seoul, Korea
Phone : +82-2-3777-7568    Fax : +82-2-3777-5560
E-Mail : pyjeong@twin.lge.co.kr

*12/9 '98*

 **PHILIPS**

**Hua Fei Colour Display Systems Co., Ltd.**

**Liu Dong**

Dept. Manager
M&S Division

1# Hua Fei Road
NanJing P.R.C.
Post Code: 210028

Tel : (86－25) 5421166－2128/2120
Fax : (86－25) 5422227/5417470
Internet: QNR0116@QNCOMAIL.SNADS.PHILIPS.NL

**MA JINQUAN**

IRICO GROUP CORP.
DEPUTY PRESIDENT
IRICO COLOR PICTURE TUBE PLANT
DEPUTY EXECUTIVE GENERAL MANAGER
NO. 1 CAIHONG ROAD，XIANYANG，SHAANXI，CHINA
TEL：(0910) 3334118
FAX：(0910) 3313762    POST CODE: 712021



**BMCC/National·Panasonic**
**Beijing Matsushita Color CRT Co., Ltd.**

NAGAI   TAKESHI

*Director*   *President*

Add: No.9 Jiu Xian Qiao North
Road Da Shan Zi
Chao Yang District
Beijing 100015

Tel: 64376178 64363355-2001
Cable: BMCC or 2795
Fax: 64376154

**SAMSUNG**

DISPLAY DEVICES

**LEE JAE IN**

Manager
Marketing Part
SALES DIV)Marketing Team

SAMSUNG DISPLAY DEVICES CO.,LTD.
12th Fl.,Daekyung Bldg.
120,2ka,Taepyung-Ro,Chung-Ku,
Seoul,Korea 100-102
TEL: 02-727-3469
FAX: 02-727-3409

*12/9 '98*

CONFIDENTIAL - GRAND JURY MATERIAL

# EXHIBIT 11
# Filed Under Seal

# EXHIBIT 12
# Filed Under Seal

EXHIBIT 13

June 20, 2012

**Certification**

**Park IP Translations**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of the document with bates numbers range: CHU00030705E – CHU00030708E.

_____

Abraham I. Holczer

Project Manager

134 W. 29th Street 5th Floor • New York, N.Y. 10001
Phone: 212-581-8870 • Fax: 212-581-5577

[TRANSLATION]

04/02 '99        15:01  591 3970507        *CPTF*                                001

[Handwritten:] *Tony*  Dai   Du
*Fax TO CFC*
Respectfully submit to: Senior Manager Cheng/Director
Submitted for approval

Contact Report

Meeting Subject: Mainland China *CDT MAKER* Market Exchange

Time: *FEB*. 02, 1999

Location: Shenzhen

Attendees:
*CPTF*: Senior Manager Lu, Guang-Hui Dai
*PHS*: Zheng-Xi Shao, Sales Manager, Huafei: Yi-Wang, Song Lin
*SSDD*: Ming-Zhi Lee, Zhen Yang
*LG*: Zhong-Feng Park, Section Chief
*ORION*: Tae Sik Kong (*TAE.SIK.KONG*) Section Chief
Irico (*IRICO*): Chao-Jie Wang
*BMCC*: Xin-Wen Huang, Senior Manager

Agenda for this meeting:

I.   *JAN/FEB* '99 & '99 *YEAR* production and sales information exchange

II.  '98 *PC* & *C-MONITOR* Production and sales status (*IN CHINA*)

III. '98/'99 *C-MONITOR*-Market Demand Discussion by Customer (*IN CHINA*)

Content:

1.   *JAN/FEB* '99 & '99 *YEAR* Production & Sales Information Exchange

_____

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [  ].

CONFIDENTIAL – GRAND JURY MATERIAL                     CHU00030705.01E
                                                                            Translation

[Handwritten:] Referring to its true inventory on hand.

JAN/FEB. '99 & '99 YEAR                Unit: *K PCS*

| | | '99 JAN. | | | | '99 FEB. | | | | '99 Planned Production | '99 Planned Sales IN *CHINA* |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | PROD | SALES IN CHINA | | | STOCK | PROD | SALES TO CHINA | | | STOCK | | |
| | | | TTL | Export Sales | Domestic Sales | | | TTL | Export Sales | Domestic Sales | | | |
| Huafei 14" | | 72 | 88(68) | (58) | (10) | 85(210) | 60 | 60 | | | 86(210) | 750 | |
| 15" | | | | | | | 10 | | | | 10 | 680 | |
| PHS(BU) | | | 65 | | | | | 60 | | | | | |
| 15" | | | | | | | | | | | | | |
| 17" | | | 10 | | | | | 10 | | | | | |
| SSDD 14" | | 100 | 75 | 50 | 25 | 95(SSDD) 30(MSDD) | 60 | 50 | | | 105 | 1800 | |
| 15" | | | | | | | | | | | | 700 | |
| 17" | | | | | | | | | | | | 300 | |
| SDD 15" | | | 186 | | | | | | | | | | |
| 17" | | | 122 | | | | | | | | | | |
| BMCC 14" | | 35 | 20 | | 20 | 60 | 30 | 20 | | 20 | 70 | 120 | |
| 15" | | | | | | | | | | | | 320 | |
| ORION 14" | | | 20 | | | | | 10 | | | | | 200 |
| 15: | | | 50 | | | | | 50 | | | | | 900 |
| 17" | | | | | | | | 5 | | | | | 300 |
| IRICO 15" | | 54 | 50 | 10 | 40 | 9 | 40 | 41 | | | 8 | 600 | |
| CPTF 4" | | 61 | 73 | 73 | | 108(CPTF) 70(CPTM) | 30 | 70 | | | 68 | 900 | |
| 15" | | 114 | 103 | 103 | | 22 | 95 | 100 | | | 17 | 2400 | |
| LG 15" | | | 120 | | | | | 100 | | | | | 1500 |
| 17" | | | 205 | | | | | 200 | | | | | 2500 |
| | | | | | | | | | | | | | |
| TTL 14" | | | 256 | | | 573 | | 210 | | | 453 | 3770 | |
| TTL 15" | | | 574 | | | 31 | | 351 | | | 35 | 4700 | |
| TTL 17" | | | 337 | | | 0 | | 215 | | | 0 | 300 | |
| TTL | | | | | | | | | | | | 8770 | |

*CPT* and *ORION* did not include headquarters sales to Taiwan (export models).

_____

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL                CHU00030705.02E

Translation

04/02 '99     15:01  591 3970507     *CPTF*                    002

Explanation:

1. *SSDD*: After being reconfirmed, <u>its 15" *SKDL* will begin *M/P* in Tianjin factory (*TSED*) in June of this year</u> [Underlined by hand], in addition, <u>its Shenzhen factory(*SSDD*) was set to *M/P* 17" in October this year</u> [Underlined by hand] [Handwritten note with an arrow to text: "(Samsung Kangning) July"], but Department Manager Lee was unable to indicate certainly on its input timing during the meeting.

2. Huafei: In last meeting, *PHS* indicated that since it needed [Illegible handwriting above text] to report to China Electronic Data Department, therefore, the above-mentioned sales and inventory data contained in "(   )" for *JAN/FEB* should be considered true figures. Also, its' 15" utilization is planned to begin small volume output in February.

3. *ORION*: It was originally learned from the Taipei Regular Exchange Meeting held on 1/13 that 14" has ceased production in March. After reconfirmation, <u>*MR.* Kong claimed that it was the 14"*S/T*'s production which was stopped</u> [Underlined by hand]. The original 14" line will be converted to a 14"/15" mixed line in May; in addition, <u>15" *Mini* tubes are also expected to be launched in May</u> [Underlined by hand].

4. *BMCC*: 5/1 will begin mass production of 15"*CDT*. *PHS*/*SSDD* and other makers expressed strong protest regarding is *RMB*\$455 pricing for 14" (*IF KEEP BASED ON* 10.4 as coefficient used for domestic sale quotes, which is equivalent of *US*\$44), it was hoped that *BMCC* should go by the agreement and not to disrupt market pricing.

5. *PHS*: <u>Although 14" inventory is as high as 200*K*, but it would be break the agreement because of it by disrupting the market pricing with low prices</u> [Underlined by hand]. In addition, its 15" will begin loading for trial run as planned.

6. The volume of '99 planned production and *LG*/*ORION*'s plan to sell to Mainland China is as shown above (Chart 1); estimated demands by customers are shown in (Chart 4) after discussion by respective *CDT MAKER*.

II. '98 *PC & C-MONITOR* production and sales status (*IN CHINA*)

   *SDD* was the first to provide its color monitor market study on Mainland China by its marketing department of headquarters in Korea (Chart 1) - (Chart 3).

_____
English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL                    CHU00030706.01E
                                                                      Translation

(Chart 1) *CHINA C-MONITOR MARKET DEMAND*        *UNIT*: *M PCS*

|  | 1997 | | 1998 | | 1999 | |
|---|---|---|---|---|---|---|
| WORLD-WIDE | 76.3 | | 85.2 | | 94.4 | |
| IN CHINA | 11.3 | 15% | 18.2 | 21% | 23.5 | 25% |
|  | | | | | | |
| Taiwanese Markers | 8.8 | 78% | 14.6 | 80% | 18.2 | 77% |
| Korean Makers | 0.3 | 3% | 0.5 | 3% | 1.3 | 6% |
| CHINA LOCAL businesses | 2.2 | 19% | 3.1 | 17% | 4.0 | 17% |
| TTL | 11.3 | 100% | 18.2 | 100% | 23.5 | 100% |

*SOURCE: SDD MARKETING DEPT*

(Chart 2) *CHINA C-MONITOR MARKET DEMAND BY PRODUCT*  *UNIT: M PCS*

|  | '98 | | | '99 | | |
|---|---|---|---|---|---|---|
|  | W/W | CHINA | % | W/W | CHINA | % |
| 14" | 15.2 | 7.6 | 50% | 9.4 | 6.8 | 72% |
| 15" | 36.5 | 7.4 | 20.3% | 37 | 9.2 | 25% |
| 17" | 28.1 | 2.9 | 10.3% | 39 | 6.5 | 17% |
| 19" | 2.5 | 0.3 | 10.7% | 6 | 0.6 | 10% |
| 21" | 2.6 | 0 | 0 | 3 | 0 | 0 |
| TTL | 85.2 | 18.2 | 21% | 94.4 | 23.5 | 25% |

*SOURCE*: *SDD MARKETING DEPT*

2

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL                CHU00030706.02E
                                                                      Translation

04/02 '99     15:01  591 3970507     *CPTF*                003

(Chart 3) 1998 *C-MONITOR DOMESTIC SALES IN CHIAN* [sic]   *UNIT*: *M PCS*

|        | 1997  |       | 1998  |       | 1999  |       |
|--------|-------|-------|-------|-------|-------|-------|
| TTL    | 3.62M |       | 4.15M |       | 4.80M |       |
|        | QTY   | %     | QTY   | %     | QTY   | %     |
| 14"    | 251   | 69.2  | 185   | 44.5  | 170   | 35.5  |
| 15"    | 74    | 20.4% | 187   | 45%   | 245   | 51%   |
| 17"    | 8     | 2.3%  | 20    | 4.8%  | 41    | 8.5%  |
| 19"    | 4     | 1.1%  | 6     | 1.4%  | 7     | 1.5%  |
| MDT    | 25    | 7%    | 17    | 4.3%  | 17    | 3.5%  |

*SOURCE*: (China Information Industry Department—*SDD MARKETING DEPT. RENDER*)

III.     1998/1999 *C-MONITOR* – Market Demand Discussion by Customer (*IN CHINA*)

(Chart 4) 1998 *C-MONITOR DEMAND*/1999 *FORECAST DEMAND IN CHINA*

*UNIT*: *M PCS*

| CUSTOMER        | '98  | '99  | DATA RENDER |
|-----------------|------|------|-------------|
| EMC             | 3    | 5    | SSDD        |
| AOC             | 3.3  | 5    | CPTF        |
| PHS             | 2.2  | 3    | CPTF/PHS    |
| IRICO+ROYAL     | 3    | 3    | PHS         |
| LI-ON           | 1.4  | 3.5  | CPTF        |
| ADI             | 1.2  | 1.3  | CPTF        |
| ACER            | 0.9  | 1.5  | CPTF        |
| COMPAL          | 1.2  | 2    | CPTF        |
| FOUNDER         | 0.8  | 1    | SSDD        |
| XOCECO Xiahua   | 0.5  | 0.7  | SSDD        |
| CGC Changchang  | 0.3  | 0.5  | SSDD        |
| SEC Tiajin      | 0.4  | 0.6  | SSDD        |
| NPG             | 0.6  | 0.9  | SSDD        |
| LG Tonghuang    | 0.1  | 0.4  | LG          |
| FIC             | 0.3  | 0.5  | PHS         |
| DAEWOO Weihai   | 0.3  | 0.6  | IRICO       |
| RIVETEL         | 0    | 0.3  | CPTF        |
| HYUNDAI Tianjin | 0    | 0.6  | SSDD        |
| OTHERS          | 1    | 1    |             |
| TTL             | 19.5 | 31.4 |             |

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL          CHU00030707.01E

                                                                  Translation

Explanation:

1998 *C-MONITOR* actual production results in Mainland China region reached approximately 19.5*M PCS* after discussion among respective makers. (Our current information shows 16.7*M PCS*), the primary discrepancy is at "*CHINA OTHERS*"; we used 0.14*M PCS* for our estimate, and yet the attendees used 1*M PCS* to approximate. In 1999, production estimate for respective makers of *C-MONITOR* is 31.4*M PCS* (a larger discrepancy comparing to the 23.5*M PCS* shown in Chart 1 & 2). Above-mentioned information is provided for our *MARKETING DEPT.* for reference and reconfirmation purpose only.

[Handwritten:] 1998 Mainland China actual results of *CM* production should be around 20*M*, but 1999 estimated volume should be at least 30*M* to be reasonable!

3

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL            CHU00030707.02E
                                                         Translation

04/02 '99      15:01  591 3970507      CPTF                          004

IV. Conclusion

1.    Other than *SHARE* market information mutually, the more important issue for
      this discussion of global and regional color monitor markets' demand status is
      to hope that all makers may continue to maintain their efforts in control
      pricing by production volume of respective sizes.

2.    14"/15" almost have no profits under the current pricing, all makers should
      continue to persist pricing on 14"/15"; in particular, since *BMCC* has attended
      the meeting, while respective makers already made sacrifices in output sales
      volume, it should make specific contribution to the goal of this meeting by not
      disrupting the market pricing.

3.    <u>As far as how to extend 14"*CDT*'s product lifespan, *SSDD* is especially
      worried and called out to all makers to put their thoughts together for the
      benefits of all. If 15"/17" cannot price up again to differentiate price gap to
      14", it would be a great concern on the speedy decline on the demands for 14"</u>
      [Underlined by hand].

4.    *PHS* will be hosting the next meeting. Time: *MARCH* 11, 1999, Location: To
      be determined at either Shanghai or Nanjing.

--End of report--   Submitted for approval

                                        Respectfully submitted by Employee Guang-Hui Dai
                                        *FEB*. 04, 1999

[Handwritten:] Department Manger of Samsung Ming-Zhi Lee continue to stress that the
price differential for 14"/15" should be maintained at least @*USD*15↑, otherwise it will
speed up the decline of 14". Although I repeatedly explained to him that the decline for
14" demands is because of the market trend, and 15"'s gross profit is much higher than
14", but he still insists on his view (<u>since Shenzhen factory only produces 14"*CDT*</u>)
[Underlined]. *PHS* Senior Manager Shao reflected his recommendations to the *TOP
MANAGEMENT MEETING*, to either price up on 15"*CDT* selling price or reduce
14"*CDT* pricing.

                                        [Initialed:] Chih-Chun (C.C.) Liu 2/5

                                        [Initialed:] Jing-Song (Jason) Lu 2/4/1999

                                        [Initialed:] Chen-Cheng (Tony) Chien 2/5

                                         [Initialed:] Chieng-Yuan (C.Y.) Lin 2/5
                              4

_____
English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [  ].

CONFIDENTIAL – GRAND JURY MATERIAL                CHU00030708E
                                                                 Translation

04/02 '99 15:01 ☎591 3970507 CPTF ☑001

接洽報告

**會議主題：大陸 CDT MAKER 市場交流**
時間：FEB.02,1999
地點：深圳
與會人員：
CPTF：呂經理、戴光輝
PHS：邵正璽業務經理、華飛王毅、林嵩
SSDD：李明植部長、楊真
LG：朴鍾鳳課長
ORION：孔泰植(TAE.SIK.KONG)課長
彩虹 IRICO：王昭杰
BMCC：黃新文經理
本次議題：
**一、JAN./ FEB.'99 & '99 YEAR 產銷訊息交換**
**二、'98 PC & C-MONITOR 產銷狀況(IN CHINA)**
**三、'98/'99 C-MONITOR-客戶別市場需求探討(IN CHINA)**
內容：
**一、JAN./ FEB.'99 & '99 YEAR 產銷訊息交換**

UNIT: K PCS

| | '99 JAN. | | | | '99 FEB. | | | | | '99 計畫生產 | '99 計畫銷售 IN CHINA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PROD. | SALES IN CHINA | | | STOCK | PROD. | SALES TO CHINA | | | STOCK | | |
| | | TTL | 外銷 | 內銷 | | | TTL | 外銷 | 內銷 | | | |
| 華飛 14'' | 72 | 88(68) | (58) | (10) | 86(210) | 60 | 60 | | | 86(210) | 750 | |
| 15'' | | | | | | 10 | | | | 10 | 680 | |
| PHS(BU) 15'' | | 65 | | | | | 60 | | | | | |
| 17'' | | 10 | | | | | 10 | | | | | |
| SSDD 14'' | 100 | 75 | 50 | 25 | 95(SSDD) 30(MSDD) | 60 | 50 | | | 105 | 1800 | |
| 15'' | | | | | | | | | | | 700 | |
| 17'' | | | | | | | | | | | 300 | |
| SDD 15'' | | 186 | | | | | | | | | | |
| 17'' | | 122 | | | | | | | | | | |
| BMCC 14'' | 35 | 20 | | 20 | 60 | 30 | 20 | | 20 | 70 | 120 | |
| 15'' | | | | | | | | | | | 320 | |
| ORION14'' | | 20 | | | | | 10 | | | | | 200 |
| 15'' | | 50 | | | | | 50 | | | | | 900 |
| 17'' | | | | | | | 5 | | | | | 300 |
| IRICO15'' | 54 | 50 | 10 | 40 | 9 | 40 | 41 | | | 8 | 600 | |
| CPTF 14'' | 61 | 73 | 73 | | 108(CPTF) 70(CPTM) | 30 | 70 | | | 68 | 900 | |
| 15'' | 114 | 103 | 103 | | 22 | 95 | 100 | | | 17 | 2400 | |
| LG 15'' | | 120 | | | | | 100 | | | | | 1500 |
| 17'' | | 205 | | | | | 200 | | | | | 2500 |
| TTL 14'' | | 256 | | | 573 | | 210 | | | 453 | 3770 | |
| TTL 15'' | | 574 | | | 31 | | 351 | | | 35 | 4700 | |
| TTL 17'' | | 337 | | | 0 | | 215 | | | 0 | 300 | |
| TTL | | | | | | | | | | | 8770 | |

1

CONFIDENTIAL - GRAND JURY MATERIAL

CHU00030705

CPTF                                                                        ☑002

說明

1) SSDD：經再次確認，其天津廠(TSED) 15"SKDL 將於今年六月始 M/P，另其深圳廠(SSDD)原
   定 17" 今年 10 月可 M/P，但會中李部長未能對其動工時間表示確定。

2) 華飛：前次會議中 PHS 即表示因需報請中國電子訊息部，因此上述 JAN./FEB. 銷售及庫存
   數據仍應以"( )"內之數字為真實。另其 15"移動擬於 2 月份始少量產出。

3) ORION：1/13 台北定期交流會中原獲悉 3 月停產 14"。經再次確認，MR. 孔稱係 14"S/T 不
   生產，原 14"將於五月份改為 14"/15"兼容；另 15"Mini 管亦預計五月份推出。

4) BMCC：5/1 始量產 14"CDT。對於 14"以 RMB$455 (IF KEEP BASED ON 10.4 係數作為內銷報
   價則相當 US$44)遭 PHS/SSDD 等各家之強烈抗議，希望 BMCC 遵守協議不要擾亂市場行情。

5) PHS：14"庫存雖高達 200K 但不會因此而破壞協議以低價擾亂市場行情。另其 15"仍依計
   畫在 2 月份開始稼動試產。

6) '99 計畫生產及 LG/ORION 計畫銷售至大陸之數量如上(表一)；客戶別之需求預估經各 CDT
   MAKER 討論後如(表四)所示。

## 二、'98 PC & C-MONITOR 產銷狀況(IN CHINA)

SDD 首先提供其韓國本社市場部門有關中國大陸地區彩監市場之研究如下(表一)~(表三)

(表一) CHINA C-MONITOR MARKET DEMAND                          UNIT: M PCS

|  | '97 年 | | '98 年 | | '99 年 | |
|---|---|---|---|---|---|---|
| WORLD-WIDE | 76.3 | | 85.2 | | 94.4 | |
| IN CHINA | 11.3 | 15% | 18.2 | 21% | 23.5 | 25% |
| | | | | | | |
| 台商企業 | 8.8 | 78% | 14.6 | 80% | 18.2 | 77% |
| 韓商企業 | 0.3 | 3% | 0.5 | 3% | 1.3 | 6% |
| CHINA LOCAL 企業 | 2.2 | 19% | 3.1 | 17% | 4.0 | 17% |
| TTL | 11.3 | 100% | 18.2 | 100% | 23.5 | 100% |

SOURCE：SDD MARKETING DEPT.

(表二) CHINA C-MONITOR MARKET DEMAND BY PRODUCT        UNIT: M PCS

|  | '98 | | | '99 | | |
|---|---|---|---|---|---|---|
| | W/W | CHINA | % | W/W | CHINA | % |
| 14" | 15.2 | 7.6 | 50% | 9.4 | 6.8 | 72% |
| 15" | 36.5 | 7.4 | 20.3% | 37 | 9.2 | 25% |
| 17" | 28.1 | 2.9 | 10.3% | 39 | 6.5 | 17% |
| 19" | 2.8 | 0.3 | 10.7% | 6 | 0.6 | 10% |
| 21" | 2.6 | 0 | 0 | 3 | 0 | 0 |
| TTL | 85.2 | 18.2 | 21% | 94.4 | 23.5 | 25% |

SOURCE：SDD MARKETING DEPT.

2

CONFIDENTIAL - GRAND JURY MATERIAL

CHU00030706

(表三) '98 C-MONITOR DOMESTIC SALES IN CHIAN    UNIT: M PCS

| | '97 | | '98 | | '99 | |
|---|---|---|---|---|---|---|
| TTL | 362 萬 | | 415 萬 | | 480 萬 | |
| | Q'TY | % | Q'TY | % | Q'TY | % |
| 14" | 251 | 69.2 | 185 | 44.5 | 170 | 35.5 |
| 15" | 74 | 20.4% | 187 | 45% | 245 | 51% |
| 17" | 8 | 2.3% | 20 | 4.8% | 41 | 8.5% |
| 19" | 4 | 1.1% | 6 | 1.4% | 7 | 1.5% |
| MDT | 25 | 7% | 17 | 4.3% | 17 | 3.5% |

SOURCE：(中國訊息產業部--SDD MARKETING DEPT.RENDER)

### 三、'98/'99 C-MONITOR-客戶別市場需求探討(IN CHINA)

(表四) '98 C-MONITOR DEMAND / '99 FORCAST DEMAND IN CHINA    UNIT: M PCS

| CUSTOMER | '98 | '99 | DATA RENDER |
|---|---|---|---|
| EMC | 3 | 5 | SSDD |
| AOC | 3.3 | 5 | CPTF |
| PHS | 2.2 | 3 | CPTF/PHS |
| IRICO+ROYAL | 2 | 3 | PHS |
| LI-ON | 1.4 | 3.5 | CPTF |
| ADI | 1.2 | 1.3 | CPTF |
| ACER | 0.9 | 1.5 | CPTF |
| COMPAL | 1.2 | 2 | CPTF |
| FOUNDER | 0.8 | 1 | SSDD |
| XOCECO 廈華 | 0.5 | 0.7 | SSDD |
| CGC 長城 | 0.3 | 0.5 | SSDD |
| SEC(天津) | 0.4 | 0.6 | SSDD |
| NPG | 0.6 | 0.9 | SSDD |
| LG 同創 | 0.1 | 0.4 | LG |
| FIC | 0.3 | 0.5 | PHS |
| DAEWOO(威海) | 0.3 | 0.6 | IRICO |
| RIVETEL | 0 | 0.3 | CPTF |
| HYUNDAI(天津) | 0 | 0.6 | SSDD |
| OTHERS | 1 | 1 | |
| TTL | 19.5 | 31.4 | |

說明：
'98 年大陸地區 C-MONITOR 生產實績經各廠家討論後約達 19.5M PCS(我方現有資料為 16.7M
PCS)，差異部份主要在"CHINA OTHERS"；我方係以 0.14M PCS 估算，而與會各家則以 1M PCS
概算。另'99 各家 C-MONITOR 生產預估數為 31.4M PCS(與表一、二顯示之 23.5M PCS 差距較
大)。上述資料僅提供我 MARKETING DEPT.參考再確認。

'98年大陸 CM 生產實績應在 20M左右，入合'99年攷估產量應至少 30M 才合理！

3

CHU00030707

591 3970507                CPTF                                ☑004

四、結論

1. 本次探討全球及地區性彩監市場供需情形，除了相互 SHARE 市場訊息外更重要的是希望各家在各尺寸能繼續維持以量制價之行動。

2. 14''/15''在現有價格下幾無利潤，各家應繼續堅持 14''/15''價位。尤其 BMCC 既然與會，在各家已作出達銷量之犧牲後更應對本會議宗旨作出具體之貢獻，不要擾亂市場行情。

3. 對於應如何延長 14'' CDT 之產品生命，SSDD 特別憂心並呼籲各家集思廣益。倘若 15''/17''無法再調漲以擴大與 14''之差距，則 14''需求萎縮之速度堪慮。

4. 下次會議由 PHS 主辦。時間：MARCH 11,'99。地點：上海或南京另議

--以上報告--    呈核

職　戴光輝　敬呈
FEB. 04, 1999

希望明檢部長一主持調 14",15" 價差擴大至雖非可 @ 15 了,
即 14" 速差縮, 難職一再由見解釋 14" 需求萎縮是不吸趨
勢使起, 且 15" 遠較 14" 好利高, 但是仍望時 (因替換的較早生產
14" CDT). PHS 部代理明部要建議 (向 Top MANAGEMENT NEETING 反
映, 即擬為 15" CDT 提價或擱降 14" CDT 價格.

8/5 高
一同5    在 1.99

8 下5

CONFIDENTIAL - GRAND JURY MATERIAL                    CHU00030708

# EXHIBIT 14



June 20, 2012

**Certification**

**Park IP Translations**

This is to certify that the attached translation is, to the best of
my knowledge and belief, a true and accurate translation from Chinese
into English of the document with bates numbers range:
CHU00030734 – CHU00030737.

_____

Abraham I. Holczer

Project Manager

Park Case # 29567

D☐P☐ Exhibit 8421
Deponent Wang
Date 5/8/19 Rptr BW

[TRANSLATION]

05/04    '99    18:07        591 3970507        CPTF                                      001

[Handwritten:]
Tai → Yu
*FAX To CPTC*

Submitted respectfully to Manager Wen-Chun (Tony) Cheng, / Director
→*Tony*
Respective Officers →Du
Submitted for approval

Contact Report

| | |
|---|---|
| Meeting Topic: | China *CDT MAKER* Market Information Exchange |
| Date: | 99/04/02 |
| Location: | Nanjing |
| Attendees: | *CPTF:* Manager Jing -Song (Jason) Lu, Wei-Lie Yu |
| | *PHS:* Manager Zheng-Er Shao, Director Dong Liu |
| | Mr. He Xu, Mr. Bing Ma |
| | *SSDD:* Department Manager Ming-Zhi Li, Manager/Tianjin |
| | Samsung Market Department Yu-Huan Wu, |
| | Mr. Zhen Yang |
| | *ORION:* Mr. Rong-Ji Hong/Shanghai Representative Office |
| | *IRICO:* Mr. Zhao-Jie Wang |
| | *BMCC:* Ms. Ping Zhang |

Content:

I.   Production and Sales Information Exchange for March and April 1999

| | | '99 MAR | | | | | '99 APR [Corrected by hand] | | | | | Plan in '99 | 15" import quantity on March |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | PROD | Sales (IN CHINA) | | | Inven-tory | PROD | Sales (IN CHINA) | | | Inven-tory | | |
| | | | total | over-seas | dom-estic | | | total | over-seas | dom-estic | | | |
| CPT | 14" | 123 | 99 | 99 | 0 | 92 | 95 | 126 | 126 | | 61 | 900 | |
| | 15" | 178 | 151 | 151 | 0 | 53 | 162 | 158 | | | 57 | 2,300 | 280 |
| Huafei | 14" | 81 | 85 | 40 | 45 | 186 | 60 | 80 | | | 165 | 500 | |
| | 15" | 48 | 40 | 10 | 30 | 8 | 50 | 50 | | | 8 | 900 | 50 |
| Samsung | 14" | 140 | 120 | 60 | 60 | 95 | 160 | 140 | | | 115 | 1,000 | |
| | 15" | 0 | 0 | | | 0 | 20 | 15 | | | 5 | 700/May B | 170 |
| | 17" | | | | | | | | | | | 500/August B | |
| IRICO | 15" | 62 | 67 | 10 | 57 | 13 | 60 | 63 | | | 10 | 900 | |
| Kitamatsu | 14" | 30 | 32 | | | 50 | 30 | 20 | | | 60 | 35K/M to June B | |
| | 15" | | | | | | | | | | | August B | |

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL                    CHU00030734.01E
                                                                        Translation

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Daewoo | 14" | | 50 | | 50 | | 60 | 6 | | | | **230** | |
| | 15" | | | | 60 | 20 | 300 | 60 | | | | **3,800** | 60 |
| LG | 15" | | | | 70 | | | | | | | | 70 |
| TL | 14" | 386 | | | | | | | | | | **2,580** | |
| | 15" | 258 | | | | | | | | | | **4,950** | 630 |
| | 17" | | | | | | | | | | | **500** | |

*RE:* Cumulative 15" *CDT* sales volume in China for March 1999 was (258+630) = 888*K.*

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

Explanation:

1.  Samsung Electronics:

(1) Shenzhen Samsung originally planned to add one new 17" *CDT* line, but due to funding problems it converted the 14" *CDT* production line instead. It is expected that mass production will start in August of this year. The line conversion process will start in May. Department Manager Li indicated that this production line will be designed for a 14"/ 17" single-direction compatible production line.

(2) Starting in April, Tianjin Samsung will use *SKD* to import *ITC* for its 15" *CDT*s delivery. It's expected to officially start mass production in May.

(3) Department Manager Li also indicated that their single 15" *CDT* line in the Malaysian factory will be converted to production of *MINI-NECK* tubes (with mass production starting in April). The single 14" *TV* line will be converted to produce 17" *CDT* (mass production starts in May).

2.  Nanjing Huafei:
    (1) Looking at the delivery situation for 15" equipment, it is expected that the present 14" *CDT* line will be converted to a 15" *CDT* at 6/*E~7/B*. At such time, two lines will be utilized for the production of 15"*CDT*, and it is planned that these will be 14" and 15" *CDT* compatible lines. 14" *CDT* production will be determined on the basis of the inventory and market situation at that time.

    (2) Senior Manager Shao stated that since Huafei's 15" *CDT* mass production has increased, production in Taiwan will be reduced at the appropriate time. It is expected to move 2 of its 15" *CDT* production lines to Huafei in '99/*B*.

[Handwritten:] Chubei factory (currently has 15" *CDT Lines* x 5)

3.  IRICO:
(1) The cooperation plan with *TSB* for 17" *CDT* has been basically confirmed (capital and project set-up have been completed, and the technology contract was completed during the 15" *CDT* plan implementation). It will convert the current 14" *CPT* production line. The overall plan has not yet been confirmed.

(2) Compared with 1998, IRICO's 15" *CDT* import materials and parts costs have decreased, and its processing technology has been improved. At present, its electronic guns are manufactured by assembling imported spare parts. *DY*s are transferred from Xianyang, China, as well as provided by the Cai Dong Company. Mr. Wang indicated that the company will be striving to increase its production by about 800 ~ 900*K* in 1999 compared with the previous year, and also to reduce the level of losses by 1/2. [Handwritten:] It said that in 1998, from the 15" *CDT Line* alone, *loss*es exceeded 100,000,000 *RMB*].

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00030735.01E
Translation

(3) Mr. Wang indicated that handling of *ASC* and *A/G* tube surfaces of its 15" *CDT* products, are the same kind of product. [Handwritten:] That means there is only the *AS* tube model.

4.  Kitamatsu:

At present, their 14" *CDT* is still incompatible for mass production with *CPT* (1/2 line). At present, it has been decided that mass production of the 15" *CDT* will start in August. However, whether or not it will be a full line [illegible] utilization has not yet been determined. Since the 15" *CDT* equipment is already in place, there should be no plans for 17" *CDT* mass production this year.

5.  Daewoo:

Mr. Hong indicated that *CM* is their main purchaser in Shanghai. Originally, it used *SKD* as a transfer port, but 14" *CDT* trade will stop since Korea Daewoo will stop production in May. It is heard that *ORION*'s current 14" *CDT* inventory is around 100*K*. [Handwritten:] Mainly reserved for *AOC*.

6.  The mass production situations of the respective *CDT-MAKER*s in China, starting from August 1999, are as follows:

| VENDOR | Production Lines | Size | Production Capacity (K/M) |
|---|---|---|---|
| Huafei | 2 | 15" | 120 |
| CPT(F) | 0.5 | 14" | 80 |
| | 1.5 | 15" | 240 |
| Samsung | 1(TSDD) | 15" | 150 |
| | 1(SSDD) | 17" | 100 |
| IRICO | 1 | 15" | 80 |
| Kitamatsu | 0.5 (Temporary) | 15" | 30 |
| TOTAL (K/M) | 14"/80, 15"/630, 17"/100 | | |

[Handwritten:] But *PHS* and *SDD* can change back to producing 14" *CDT* at any time. Also, neither of them have low inventories of finished products.

[Illegible handwriting] 4/5/'99

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

[Illegible] 18:16        591 3970507        CPTF                    002

II.   Market Information Exchange

1.   Starting May 1st, the price of 17" *CDT* will officially be increased by *USD* 5 [Handwritten:"?"] (*BASE ON @ USD* 98/*MPR* 2).

2.   *CM W/W – CHN* Demand Situation and Estimated Volume of 15" *CDT* Domestic Sales in China.

Table 1:

|   |   | W/W | CHN |
|---|---|---|---|
|   | 98 | 85M | 21M (16.5M FOR EXPORT, 4.5M FOR DOMESTIC) |
|   | 99 | 94M | 33M (27M FOR EXPORT, 6M FOR DOMESTIC) |

Table 2:

|   |   | '98(4.5M) | '99(6M) | RE |
|---|---|---|---|---|
| 14" |   | 1.7M | 1M | '99.15" CDT Main Domestic Sale Volumes: CPTF/700K,HF/500K,SDD/500K,LG/500K, IRICO/800K, BMCC/100K, **T.L: 3,100K.** |
| 15" |   | 2.3M | 3.2M | |
| 17" |   | 0.5M | 0.8M | |

3.   Attendees complained that IRICO's 15" *CDT* sales price is already much lower than the current market price (which, calculated with 64*K/ASC.ITC*, should be *RMB* 665). Mr. Wang explained that their 15" (64*K/ASC.ITC*) price is currently *RMB* 630, and that this is the transaction price with Shenzhen IRICO and Weihai Daewoo. After a discussion, the following was decided: to prevent unreasonable prices affecting normal market prices, and since the transaction volume between these two makers is already about 90% of IRICO's production volume, the attendees agreed that this price is considered a price for internal transactions (Weihai had *DY* supply transactions with the other one). Both makers were asked to increase their external sales price to the current market price (which, calculated by using 64*K/MPR2.ITC*, should be *RMB* 675, and gradually decrease by *RMB* 10 for each level). [Handwritten:] That is the export price, @*USD* 65 as the price.

4.   Regarding Kitamatsu: at present the 14" *CDT* price is only *RMB* 420 – 430. This was calculated by using 48*K/STD.ITC,* though the current sales price of the 14" is lower than the current market price that was set previously (which is only about *RMB* 470 – 480, as calculated by *STD/K*). In order to ensure that the 14" *CDT* sale prices are orderly and to avoid malicious competition, Kitamatsu was asked to strive to *KEEP* the prices at *RMB* 450. [Handwritten:] *SDD* and *PHS*'s 14" domestic sales prices are probably also only *RMB* 470, or even lower!

---

English words found in the original text are *italicized.*
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL                    CHU00030736.01E

Translation

III. Conclusion:

1.  Except for the internal transaction prices given to Cai Huang and Weihai by IRICO, the 15" *CDT* sales price for the rest of the makers needs to *KEEP* at *RMB* 675 (calculated by using 64K/MPR2.*ITC*, it should be @*RMB* 675 and gradually decrease by *RMB* 10 for each level). Since 15" *CDT* and *CM* production and sales are roughly balanced in China, it is feared that overall the *W/W* supply is greater than demand which will affect the maintenance of the 15" price.

2.  In reality, the 14" *CDT* price has now collapsed. Calculated using tube *STD/K*, it is currently only *RMB* 470~480 (this is approximately *USD* 46, lower than the industry standard price by *USD* 3). In addition, starting in August, 1999, except for CPT, all makers will suspend production of 14" *CDT.* (Huafei and Kitamatsu will convert it to produce 15" and Samsung will convert it to produce 17").

3.  Because transactions in the China market are less standardized, especially with payment and tax issues, and we are currently in the *CM* slow season, the proposal originally submitted by *CPTF* for a review of the change of the USD and RMB exchange rate from 10.4 to 10.6, is now temporarily on *HOLD.* [Underlined by hand] and the price calculation coefficient of 10.4 shall be retained.

[Handwritten:] At this *meeting*, because we spoke up strongly, the unreasonable domestic sales prices was seriously reviewed. 15" is the main point in the future and everyone agreed to go back to the export base price of @*USD* 65 and a price calculation coefficient for domestic sales of 10.4. IRICO agreed to cooperate, which should be the key point.

[Submitted and Signed:] Wei-Lie Yu, 4/5'99
[Initialed:] Chen-Cheng (Tony) Chien, 4/6
[Initialed:] Chih-Chun (C.C.) Liu, 4/6
[Initialed:] Chieng-Yuan (C.Y.) Lin, 4/6
[Initialed:] Jing-Song (Jason) Lu, 4/5 '99

---

English words found in the original text are *italicized.*
Translator's remarks are indicated in brackets [  ].

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00030736.02E

Translation

[Page Intentionally Omitted]

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00030737E

Translation

05/04 '99  18:07  ☎591 3970507        CPTF                          ☒001

接 洽 报 告

会议主题：大陆 CDT MAKER 市场交流
时间：99/04/02
地点：南京
与会人员：
CPTF：吕经理，余伟列
PIIS：邵正奎经理，刘东处长，徐珂'R，马冰'R
SSDD：李明植部长，吴绍焕经理/天津三星市场部，杨真'R
ORION：洪荣基'R/上海代表处
彩虹：王昭杰'R
BMCC：张萍'S
内容：
一、'99.3/4 月产销讯息交换：

| | | '99.MAR | | | | | '99.APL | | | | | '99计划 | 3月15"进口量 |
| | | PROD | 销售(IN CHINA) | | | 库存 | PROD | 销售(IN CHINA) | | | 库存 | | |
| | | | 总计 | 外销 | 内销 | | | 总计 | 外销 | 内销 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 华映 | 14" | 123 | 99 | 99 | 0 | 92 | 95 | 126 | 126 | | 61 | 900 | |
| | 15" | 178 | 151 | 151 | 0 | 53 | 162 | 158 | | | 57 | 2300 | 280 |
| 华飞 | 14" | 81 | 85 | 40 | 45 | 186 | 60 | 80 | | | 165 | 500 | |
| | 15" | 48 | 40 | 10 | 30 | 8 | 50 | 50 | | | 8 | 900 | 50 |
| 三星 | 14" | 140 | 120 | 60 | 60 | 95 | 160 | 140 | | | 115 | 1000 | |
| | 15" | 0 | 0 | | | | 20 | 15 | | | 5 | 700/5 月始 | 170 |
| | 17" | | | | | | | | | | | 500/8 月始 | |
| 彩虹 | 15" | 62 | 67 | 10 | 57 | 13 | 60 | 63 | | | 10 | 900 | |
| 北松 | 14" | 30 | 32 | | | 50 | 30 | 20 | | | 60 | 35K/M 至 6 月 | |
| | 15" | | | | | | | | | | | 8 月开始 | |
| 大宇 | 14" | | 50 | | 50 | | 60 | 6 | | | | 230 | |
| | 15" | | | | 60 | 20 | 300 | 60 | | | | 3800 | 60 |
| 金星 | 15" | | 70 | | | | | | | | | | 70 |
| T.L | 14" | | 386 | | | | | | | | | 2580 | |
| | 15" | | 258 | | | | | | | | | 4950 | 630 |
| | | | | | | | | | | | | 500 | |

RE：'99.3 月 15"CDT 累计于大陆销售量为(258+630)=888K.

CONFIDENTIAL - GRAND JURY MATERIAL

CHU00030734

说明:

**1. 三星电子:**

(1) 深圳三星原计划增加一条 17"CDT 新线,因资金问题现由 14"CDT 生产线改制.预计今年 8 月量产.改线动作将于 5.月开始,李部长表示,该生产线将设计为 14"/17"单向兼容生产线.

(2) 天津三星于 4 月开始以 SKD 进口 ITC 进行 15"CDT 交货.预计 5 月正式量产.

(3) 另李部长表示,其马厂一条 15"CDT 将改产 MINI-NECK 管(4月量产);一条 14"TV 线改为 17"CDT(5月开始量产).

**2. 南京华飞:**

(1) 视 15"设备到货状况,预计现有一线 14"CDT 将于 6/E~7/B 改产为 15"CDT,届时将有二线稼动 15"CDT.生产线规划为 14"/15"CDT 兼容线,14"CDT 视库存及市况再决定生产.

(2) 邵经理称,由于华飞 15"CDT 量产增加,台湾部分将适时减产;预计 '99/B 将移转 2 条 15"CDT 生产线到华飞. *(新比较(尚只有15"CDT Lots×5)*

**3. 彩虹:**

(1) 与 TS317"CDT 合作案已基本定案(资金/立项已完成,技术合同已在 15"CDT 案进行时完成),将由现 14"CPT 生产线改制,整体计划仍未确定.

(2) 与'98 年比较,彩虹 15"CDT 进口料件成本及制程技术均有所降低与提高,现其电子枪以进口零件组装方式进行,DY 由大陆咸阳偏转及彩宏公司提供.王'R 表示其公司争取'99 较去年提高产量至约 800~900K,亏损减少 1/2 水平. *(将98年号数15"CDT Lots,即Loss超过 1億 RMB )*

(3) 另王'R 表示,其 15"CDT 产品管面除理 ASC 与 A/G 为同一种产品.

**4. 北松:** *即尺有 AS 等型*

现其 14"CDT 仍为与 CPT 兼容量产(1/2 线),现已定于 8 月开始量产 15"CDT,但是否满线稼动仍未确定;鉴于 15"CDT 设备亦已到位,17"CDT 今年应无量产计划.

**5. 大宇:**

洪'R 表示,其在上海主要系采购 CM,原以 SKD 方式转口 14"CDT 贸易亦因韩国大宇即将于 5月停产而停止,据悉现 ORION14"CDT 库存约 100K. *(主基本保密盒(50C )*

**6. '99.8 月起大陆各 CDT-MAKER 量产状况如下:**

| VENDOR | 生产线数 | 尺寸 | 产能(K/M) |
|---|---|---|---|
| 华飞 | 2 | 15" | 120 |
| 华映(F) | 0.5 | 14" | 80 |
|  | 1.5 | 15" | 240 |
| 三星 | 1(TSDD) | 15" | 150 |
|  | 1(SSDD) | 17" | 100 |
| 彩虹 | 1 | 15" | 80 |
| 北松 | 0.5(暂定) | 15" | 30 |
| TOTAL(K/M) | | 14"/80,15"/630,17"/100 | |

*(但 DND 吃 soo 上调每时彩同生产14"CDT,以成品库将吨不好.)*

CONFIDENTIAL - GRAND JURY MATERIAL

8:16   ☎591 3970507            CPTF                              002

二、市場訊息交換：

1. 自 5/1 起，17"CDT 正式調漲 USD5(BASE ON @USD98/MPR2)

2. CM W/W---CHN 需求狀況及大陸 15"CDT 內銷預計量

表一：

|  | W/W | CHN |
|---|---|---|
| 98 | 85M | 21M (16.5M FOR EXPORT,4.5M FOR DOMESTIC) |
| 99 | 94M | 33M (27M FOR EXPORT,6M FOR DOMESTIC) |

表二：

|  | '98(4.5M) | '99(6M) | RE |
|---|---|---|---|
| 14" | 1.7M | 1M | '99.15"CDT 主要內銷量為： |
| 15" | 2.3M | **3.2M** | CPTF:700K.HF/500K,SDD/500K.LG/500K |
| 17" | 0.5M | 0.8M | IRICO/800K,BMCC/100K.T.L:3100K. |

3. 與會者抱怨彩虹 15"CDT 售價已遠低于現市場行情(以 64K/ASC.ITC 計,應為 RMB665),王'R 解釋其 15"(64K/ASC.ITC)售價現為 RMB630.此價係与深圳彩虹、威海大宇交易價格，經商定,為避免該不合理價格波及正常市場價格、且這兩家交易量已占彩虹產量約 90%產量,與會者同意這兩家因屬國內部交易(威海与其有 DY 供貨交易)之價格，請其在此兩家以外售價調高到市場行情計。(以 64K/MPR2.ITC 計為@RMB675,逐級遞減 RMB10). 即外銷價@*65~*跟價.

4. 對北松 14"CDT 售價仍以 48K/STD.ITC 計現僅為 RMB420~430.尽管 14"現售價已底于順定行情(以 STD/K 計僅約 470~480),但為使 14"CDT 售價有序以逐免惡性競爭,請北松努力 KEEP 售價至 RMB450.  *5/PHS 1*均銷價**市*/*470~現至*低!

三、結論：

1. 15"CDT 售價除彩虹与彩皇及威海兩家內部交易價外，其余均當 KEEP 在@RMB675(以 64K/MPR2.ITC 計,規格逐級遞減量為 RMB10).另在大陸 15"CDT 与 CM 產銷基本平衡情況下,W/W 整體供過于求恐影響 15"售價之維持.

2. 14"CDT 售價 事實上現已崩盤,以 STD/K 管計,現僅約為 RMB470~480(約 USD46.較行規價低 USD3).另從'99.8 月起,除中華外,均暫停產 14"CDT.(華飛及北松改件 15".三星改件 17").

3. 鑒于大陸市場交易特點為較不規范,尤其是付款及稅負問題,再加上正處于 CM 淡季,愿 CPTF 提議檢討將美金与人民幣比率由 10.4 改為 10.6 之動議暫 HOLD,仍維持 10.4 之計價系數.

此次*會*純成為大*淡*呼,過程核*均為逼價*不*理解且,*著*味事實,大家同意仍歸外銷*價@*65~八均銷價(*再*10.4.*虫以*問意*公,*是*關鍵.

[handwritten signatures and dates]

CONFIDENTIAL - GRAND JURY MATERIAL

CHU00030736

CONFIDENTIAL - GRAND JURY MATERIAL

CHU00030737

EXHIBIT 15



June 20, 2012

**Certification**

**Park IP Translations**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of the document with bates numbers range: CHU00030752E – CHU00030755.

_____

Abraham I. Holczer

Project Manager

134 W. 29th Street 5th Floor • New York, N.Y. 10001
Phone: 212-581-8870 • Fax: 212-581-5577

D☐P☐ Exhibit _8422_
Deponent _Wang_
Date _3/8/19_  Rptr _bW_

[TRANSLATION]

Contact Report

| | |
|---|---|
| Meeting Topic: | China *CDT MAKER*s Market Information Exchange |
| Time: | May 6, 1999 |
| Location: | Xian |

Meeting Attendees:

*CPTF:* Manager Jing-Song (Jason) Lu, Wei-Lie Yu
*PHS:* Manager Zheng-Xi Shao/*TWN*, Si-Quan Li/*HK*, Yi Wang/*HF*.
*SSDD:* Manager Yi-Huan Wu/Tianjin Samsung Marketing Department, Section Chief Dong-Huang Xu/Shenzhen Samsung, Zhen Yang *'R*
*ORION:* Tae-Sik Kong
IRICO: Manager Wei-Sheng Li, Shao-Jie Wang *'R*

Content:

I. Monthly Production and Sales Information Exchange (*K/M*) for April and May 1999:

| | | '99 APL | | | | | '99 MAY | | | | | April 15" |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | PROD QTY | Sales (IN CHINA) | | | Inventory | PROD QTY | Sales (IN CHINA) | | | Inventory | Import Volume |
| | | | Total | Export | Domestic | | | Total | Export | Domestic | | |
| CPT | 14" | 88 | 16 | 16 | 0 | | 77 | 120 | 100 | 20 | 77 | |
| | 15" | 139 | 149 | 133 | 16 | 46 | 155 | 160 | 90 | 73 | 41 | 120 |
| Huafei | 14" | 60 | 140 | 50 | 90 | 106 | 60 | 100 | | | 66 | |
| | 15" | 55 | 55 | 0 | 55 | 8 | 55 | 55 | | | 8 | 70 |
| Samsung | 14" | 160 | 150 | 90 | 60 | 105 | 150 | 120 | | | 135 | |
| | 15" | 0 | | | 20 | 0 | 40 | 20 | | | 20 | 150 |
| IRICO | 15" | 70 | 73 | 5 | 68 | 10 | 63 | 65 | | | 8 | |
| Kitamatsu | 14" | 28 | 20 | | | 70 | 10 | 20-30 | | | 50-60 | |
| Daewood | 14" | | | 45 | 0 | | | | | | 60 | 45 |
| | 15" | | | 70 | 0 | | | | | | 30 | 70 |
| LG | 15" | | | 70 | | | | | | | | 70 |
| TL | 14" | 336 | 416 | | | | 340 | 360 | | | | 45 |
| | 15" | 264 | 277 | | | | 313 | 300 | | | | 480 |

*RE*: Total 15" *CDT* accumulated sales volume in China as of April '99 was (277+480) =757*K*.

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

II. *GLOBAL* 14" *SALES Q'TY IN APRIL & MAY* (*K/M*)

|  | CPT | PHS | SDD | LG | ORION | BMCC | TOTAL |
|---|---|---|---|---|---|---|---|
| '99 APRIL | 220 | 110 | 210 | 40 | 90 | 20 | 690 |
| '99 MAY | 190 | 110 | 220 | 0 | 70 | 20 | 610 |

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00030752.02E

Translation

[Stamped:] *FAX OUT*

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL            CHU00030753E

                                                        Translation

III. China Production and Sales Comparison (*K/M*) for March to April,1999

|  |  | '99 March | April | May |
|---|---|---|---|---|
| 14" | LOCAL Production | 374 | 336 | 340 |
| | LOCAL Sales | 336 | 416 | 360 |
| | Import → *CHN* Sales | 50/ Daewoo | 45/ Daewoo | 60/ Daewoo |
| | IN CHN Total Sales | 386 | 461 | 420 |
| 15" | LOCAL Production | 288 | 264 | 313 |
| | LOCAL Sales | 258 | 277 | 300 |
| | Import → *CHN* Sales | 630(CPT/280,PHS/50, SDD/170,DW/60,LG/70) | 480(CPT/120,PHS/70, SDD/150,DW/70,LG/70) | |
| | IN CHN Total Sales | 888 | 757 | |

IV. Explanation:

1. Samsung Electronics:

(1)     Shenzhen Samsung confirmed that the original 14" *CDT* production line will be converted into a 14" and 17" *CDT* single direction compatible production line, and that sales volume for April had increased (+30*K),* mainly as a result of increase in export orders.

(2)     It was planned that starting as May 1st; the *CU* will go from @ *RMB* 20 to @ *RMB* 480 (using a coefficient of 10.4 to calculate @*USD* 46). The planning price for June will be confirmed later.

(3)     Concerning the disposition of *AOC*'s demand about *CDT* prices, in order to maintain the stability of overall *CDT* prices strictly, *SSDD* was advised to refrain from making disturbances that might start another war (especially with respect to *SSDD ~ PHS*).

2. Nanjing Huafei:

(1)     Huafei indicated: (1) the current 14"*CDT* price is lower than the cost; (2) 14" *CDT* inventory has been reduced; and (3) the effect of *CM* has meant that the production lines for the overall market for 14" will be reduced. It had already made a public announcement of 14" *CDT* price increases in two phases: (1) starting May 1st, *CU* @ *RMB*15, and (2) starting June 1st, onward, a price increase of *CU* @ *RMB*25, in order to dispel the top management dissatisfaction of *PHS* that 14" sale prices are too low and to respond to the *CU* @ *USD*3 request.

---

English words found in the original text are *italicized.*
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL          CHU00030754.01E

                                                    Translation

(2)   Manager Shao indicated that this month 14" *CDT* sales were good because some customers had heard of an imminent price increase and had placed their orders early. These customers were primarily domestic customers. (From my point of view, the increase in *HF* 14" orders is mainly a result of the increasing effectiveness of Chinese anti-smuggling activities. This has caused requirements for *VAT* invoices to increase, which has caused many of *ORION*'s original customers, such as Guangzhou Guangli and Hangzhou Jin Li Pu and other *CM* domestic sales customers to switch their orders).

(3)   It was also indicated that plans will be postponed for the conversion of the other 14" *CDT* line to 15" *CDT* at 6/*E* ~ 7/*B*, and replaced with conversion to a 17" *CDT* production line at '99/*E*. Starting '20/*B*, 2 to 3 15" *CDT* production lines will be moved from Taiwan to Huafei. Currently, there is one 14" and one 15" production line are kept.

3. IRICO: Requested that IRICO earnestly maintain its 15" transaction prices at the market level of its' customers, with the exception of Weihai Daewoo and Shenzhen Cai Huang, which transaction prices are categorized as intra-group dealings. It also stated that, because the key component *MASK* supply was smooth, 15" *CDT* production volumes increased by about 10*K* this month.

4. Kitamatsu: At present, the 14" *CDT* inventory is as high as 70*K*. The actual 15" *CDT* production plan has not yet become clear. During production in May, they will only use up inventory materials for 10*K* 14".

5. Daewoo: Tae-Sik Kong '*R* indicated that production cessation of 14" *CDT* might be postponed to September. 14" *CDT* prices will be <u>*CU@USD*2</u> starting 4/*E*.

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL                    CHU00030754.02E

                                                                Translation

V. Market Information Exchange

1.  Overall sales of 15" *CDT* in China during April were lower than in March. Due to an increase in RMB transactions, the makers should conscientiously maintain their RMB transaction prices starting May 1st.

2.  *SSDD/HF/ORION* have increased the 14" *CDT* price in order to bring it closer to the bottom price that had originally been set in discussions. *HF*'s Manager Shao said that he will contact *SDD*'s Department Manager Li by phone to discuss and confirm synchronized action for adjusting the price.

VI. Conclusion

1.  Due to the initial effectiveness of anti- smuggling activities in China, many previous import channels have been blocked. The requirements of *VAT* receipts for display tubes sold within *CM* China have increased. Since worldwide overall supplies of 14" and 15" *CDT* are still not balanced, the makers should fully use their domestic sales rights to adjust the market supply and demand situation pro-actively and reasonably. Since *SSDD/ HF/IRICO* all operate in the *CDT/CPT* business, they have a competitive edge over *CPT* on the comprehensive tax levied on imported materials and parts and do not have any complaints about a RMB - USD exchange rate at a coefficient of 10.4.

2.  *HF/ORION* have both delayed their original 14" *CDT* production conversion plans. The worldwide 14" *CDT* production capacity can be basically maintained. Will continue to observe the effectiveness of the *SSDD/HF/ORION* price increase for 14" *CDT*. Now the makers all base on their sales price as standard 15" *CDT* sales price that started May 1st, so as to effectively develop and expand *CPTF* in China's share of the *LOCAL* sales market.

3.  Both *HF/SSDD* have proposed their 17" *CDT* development plans in China. With *TSDD/IRICO* 15" *CDT* production capacity further increasing, *LOCAL*ized supply and total domestic sales volume continue to increase day by day, it will gradually become the main size all for which makers compete in the China domestic sales market.

4.  The next meeting will be hosted by *SDD* on 6/3. The location will be confirmed later.

- End of Report -

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00030755.01E

Translation

[Handwritten:]
After *HQ* complaining and applying pressure to *PHS*' and *SDD*'s top level management, the 14"/15" *CDT* domestic sales price as now rebound. Further watch over *PHS/SDD* to implement the actual target selling price set by the meeting.

Respectfully submitted to the President

[Initialed:] Jing-Song (Jason) Lu, 5/10'99

[Submitted by Signed:] Wei-Lie Yu, 5/1'99

[Signed:] Fan (A.) Tseng, 5/10 '99

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00030755.02E

Translation

接　洽　报　告

会议主题：大陆 CDT MAKER 市场交流
时间：99/05/06
地点：西安
与会人员：
CPTF：吕经理，余伟列
PHS：邵正玺经理/TWN，黎思泉/HK，王毅/HF
SSDD：吴扎焕经理/天津三星市场部，徐东煜课长/深圳三星，杨真'R
ORION：孔泰植
彩虹：李卫生经理，王昭杰'R

内容：
一、'99.4/5 月产销讯息交换(K/M)：

| | | '99.APL | | | | | '99.MAY | | | | 4 月 15" |
| | | PROD | 销售(IN CHINA) | | | 库存 | PROD | 销售(IN CHINA) | | | 库存 | 进口量 |
| | | Q'TY | 总计 | 外销 | 内销 | | Q'TY | 总计 | 外销 | 内销 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 华映 | 14" | 88 | 106 | 106 | 0 | 77 | 120 | 120 | 100 | 20 | 77 | |
| | 15" | 139 | 149 | 133 | 16 | 46 | 155 | 160 | 90 | 73 | 41 | 120 |
| 华飞 | 14" | 60 | 140 | 50 | 90 | 106 | 60 | 100 | | | 66 | |
| | 15" | 55 | 55 | 0 | 55 | 8 | 55 | 55 | | | 8 | 70 |
| 三星 | 14" | 160 | 150 | 90 | 60 | 105 | 150 | 120 | | | 135 | |
| | 15" | 0 | | | 20 | 0 | 40 | 20 | | | 20 | 150 |
| 彩虹 | 15" | 70 | 73 | 5 | 68 | 10 | 63 | 65 | | | 8 | |
| 北松 | 14" | 28 | 20 | | | 70 | 10 | 20~30 | | | 50~60 | |
| 大宇 | 14" | | | 45 | 0 | | | 60 | | | 45 | |
| | 15" | | | 70 | 0 | | | 30 | | | 70 | |
| 金星 | 15" | | | 70 | | | | | | | 70 | |
| T.L | 14" | 336 | 416 | | | | 340 | 360 | | | 45 | |
| | 15" | 264 | 277 | | | | 313 | 300 | | | 480 | |

RE：'99.4 月 15"CDT 累计于大陆销售量为(277+480)=757 K.

二、GLOBAL 14" SALES Q'TY IN APRIL & MAY(K/M)

| | CPT | PHS | SDD | LG | ORION | BMCC | TOTAL |
|---|---|---|---|---|---|---|---|
| '99.APRIL | 220 | 110 | 210 | 40 | 90 | 20 | 690 |
| '99.MAY | 190 | 110 | 220 | 0 | 70 | 20 | 610 |

CONFIDENTIAL - GRAND JURY MATERIAL

CHU00030752

FAX OUT

CONFIDENTIAL - GRAND JURY MATERIAL

CHU00030753

三、'99.3~4 月大陆产、销比较：(K/M)

|  |  | '99.3 月 | 4 月 | 5 月 |
|---|---|---|---|---|
| 14" | LOCAL 产量 | 374 | 336 | 340 |
|  | LOCAL 销量 | 336 | 416 | 360 |
|  | 进口→CHN 销售量 | 50/大宇 | 45/大宇 | 60/大宇 |
|  | IN CHN 总销量 | 386 | 461 | 420 |
| 15" | LOCAL 产量 | 288 | 264 | 313 |
|  | LOCAL 销量 | 258 | 277 | 300 |
|  | 进口→CHN 销售量 | 630(CPT/280,PHS/50, SDD/170,DW/60,LG/70) | 480(CPT/120,PHS/70, SDD/150,DW/70,LG/70) |  |
|  | IN CHN 总销量 | 888 | 757 |  |

四、说明：

1. **三星电子：**

(1) 深圳三星确定原 14"CDT 将改为 14"&17"CDT 单向兼容生产线，4 月销量增加(+30K)主要是其外销订单增加所至。

(2) 已拟定从 5/1 日起CU@RMB20到@RMB480(以 10.4 系数计折@USD46)，6 月拟价待定。

(3) 鉴于 AOC 对 CDT 价格要求之秉性，为彻底维护 CDT 整体价格的有效稳定，奉劝 SSDD 切勿再搅混水以免再起战事(尤其是对 SSDD~PHS 而言)。

2. **南京华飞：**

(1) 华飞表示，鉴于(1)现 14"CDT 实际售价已属低于成本价格，(2)14"CDT 库存降低，(3)整体 14" 市况的生产线已为 CM 界所知将减少效应，已对外宜称分两阶段调涨 14"CDT 售价为：(1)自 5/1 起CU@RMB15，(2)自 6/1 起CU@RMB25，以此消除 PHS 上层对其 14"售价过低之不满及达成 CU@USD3要求。

(2) 邵经理表示，本月 14"CDT 销售较好系因部分客户闻即将调涨价格而事先订购所至，而该部分客户主要为内销客户。( 依职以为，HF14"订单增加主因系大陆打私活动日趋见效，对 VAT 发票要求增加，原 ORION 主要客户如广州广利&杭州金利浦等 CM 内销客户转单所至)

(3) 另表示原将另一线 14"CDT 于 6/E~7/B 改产为 15"CDT 之计划延后，取代为将于 99/E 改线为 17"CDT 生产线；而另将从'20/B 开始自台湾移转 2~3 条 15"CDT 生产线到华飞。即仍现维持 14"/15" 生产线各一条。

3. **彩虹：** 要求彩虹除与威海大宇&深圳彩尽交易价格属内部性质外，应切实维持与其它家客户的 15" 交易价格到市场要求水准。另表示由于关键零件 MASK 供应顺利，本月 15"CDT 产量较前增加约 10K。

4. **北松：** 现其 14"CDT 库存高达近 70K，15"CDT 实际生产计划仍未明确；5 月仅将库存的约 10K14"料件生产完成。

5. **大宇：** 孔泰植'R 表示14"CDT 停产将可能推迟到 9月份进行；及 14"CDT 价格从 4/E 开始CU@USD2。

CONFIDENTIAL - GRAND JURY MATERIAL

CHU00030754

五、市场讯息交换：
1. 4 月较 3 月 15"CDT 于大陆整体销量减少,但人民币交易量增加；各家切实从 5/1 起务必维护人民币交易价格。
2. SSDD/HF/ORION 各自调高 14"CDT 价格以接近原议定的底价水准；HF 邵经理表示将于 5/13 前与 SDD 李部长电洽,商订调整售价之同一步伐。

六、结论：
1. 由于大陆打私活动已初见效果,原进口渠道纷纷受阻,对内销 CM 所用的显示管之 VAT 发票要求增加；在 14"/15"CDT 全球整体供应仍未平衡状况下,各家应充分运用好手中的内销权,以起到主动、合理调整好市场供需局面。但由于 SSDD/HF/IRICO 系均为 CDT/CPT 兼营,在主要进口料件所征综合税负方面较 CPT 有竞争力,对以 10.4 为美金与人民币计价系数毫无怨言。
2. HF/ORION 均延后原 14"CDT 改线计划,全球 14"CDT 产能仍基本维持,续观察 SSDD/HF/ORION14"CDT 价格调涨效应；在目前各家自 5/1 起统一 15"CDT 售价基础上,有效拓展 CPTF 于大陆 LOCAL 内销市场份额 。
3. HF/SSDD 现均已提出在大陆发展 17"CDT 计划；在 TSDD/IRICO 的 15"CDT 产能进一步提高下,LOCAL 化供应及内销总量日渐加强,渐成为各家争夺大陆内销市场的主要尺寸。
4. 另下次会议预订于 6/3 由 SDD 主办。地点待定。

~以上报告~

CHU00030755

# EXHIBIT 16
# Filed Under Seal

# EXHIBIT 17
# Filed Under Seal

# EXHIBIT 18
# Filed Under Seal

EXHIBIT 19



June 20, 2012


**Certification**

**Park IP Translations**


This is to certify that the attached translation is, to the best of
my knowledge and belief, a true and accurate translation from Chinese
into English of the document with bates numbers range:
CHU00030797 – CHU00030798.




_____

Abraham I. Holczer

Project Manager


Park Case # 29567


134 W. 29th Street 5th Floor • New York, N.Y. 10001
Phone: 212-581-8870 • Fax: 212-581-5577

**[TRANSLATION]**

Contact Report

[Handwritten:] *Copy*: Submit to President to keep and read

[Handwritten:] *To*: Section Chief Du 1/2

Meeting Main Topic: Mainland China *CDT MAKER* Market Information Exchange

Date: *July*.09, 1999

Location: Fuzhou

Meeting Attendees: *CPTF*: Jing-Song (Jason) Lu, Guang-Hui Dai, Wei-Lie Yu, Zun Chen
*ORION*: *JUNG-SAENG PARK*
*SSDD*: Myoung Sik Lee, Zhen Yang
*PHS*: Zheng-Xi Shao, Huafei Dong Liu, Si-Quan Li
*IRICO*: Zhao-Jie Wang, Jun Yao

This Meeting's Topics:

**1. *JUNE/JULY* Production and Sales Information Exchange**

**2. Price Review**

[Handwritten:] 2,856,000,-

Content:

**I. *JUNE/july* Production and Sales Information Exchange**

*UNIT: K PCS*

| | '99 JUNE | | | | '99 JULY | | | | | |
| | PROD. | SALES IN CHINA | | STOCK | PROD. | SALES TO CHINA | | STOCK | | |
| | | TTL | Overseas | Domestic | | | TTL | Overseas | Domestic | | |
| PHS | | | | | | | | | | | |
| Huafei 14" | 83 | 107 | 65 | 42 | 19 | 65 | 70 | 34 | 36 | 14 | |
| 15" | 71 | 65 | | 65 | 9 | 57 | 57 | 4 | 53 | 9 | |
| Overseas Factories 15" | | 50 | | | | 76 | | | | | |
| 17" | | 50 | | | | 68 | | | | | |
| SDD | | | | | | | | | | | |
| SSDD 14" | 160 | 160 | 140 | 20 | 123 | 0 | 123 | 103 | 20 | 0 | |
| 17" | | | | | | | | | | | August B M/P |
| TSED 15" | 80 | 80 | 40 | 40 | 0 | 120 | 120 | 75 | 45 | 0 | |
| Overseas Factories 15" | | 233 | | | | | | | | | |
| 17" | | 99 | | | | | | | | | |
| BMCC 14" | 30 | 27 | | | 30 | 0 | 22 | | | 8 | |

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL          CHU00030797.01E

Translation

| | c1 | c2 | c3 | c4 | c5 | c6 | c7 | c8 | c9 | c10 | c11 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ORION 14" | | 30 | | | | | 30 | | | | |
| 15" | | 40 | | | | | 60 | | | | |
| 17" | | 40 | | | | | 20 | | | | |
| IRICO 15" CPT | 91 | 81 | | | 25 | 95 | 75 | | | 45 | |
| CPTF 14" | 136 | 153 | 152 | 1 | 90 | 145 | 170 | 170 | 0 | 65 | |
| 15" | 149 | 180 | 110 | 70 | 25 | 150 [Circled by hand] | 168 | 92 | 76 | 7 | |
| Overseas Factories 14" | | 12 | | | | | 38 | | | | |
| 15" | | 323 | | | | | 350 | | | | |
| 17" | | 349 | | | | | 350 | | | | |
| 14" STL | 409 | 489 | | | | 210 | 453 | | | | |
| 15" STL | 391 | 1052 | | | | | 906 | | | | |
| 17" STL | -- | 538 | | | | | 438 | | | | |
| 14"/15"17" TTL | 800 | 2079 | | [Handwritten: "238"] | | | 1797 | | | | |

Explanation:

1) *CPTF*:

   *A*) We explained that among the 90*K* of the 14" inventory, a considerable number are bare tubes that resulted from the late supply of *DY*.

   *B*) All meeting attendees are concerned about the *F* plant's third phase construction plan.   We responded that there will be 2 compatible *LINES*: 15"/17" and 17"/19" as planned.   Production lines are planned to be transferred from Taiwan.

2) *SDD*: The Shenzhen factory (*SSDD*) 14"*CDT* was converted into a 14"/17" August B M/P compatible line in accordance with plans during the last week of June~July. It is expected that in August,

1

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

**CONFIDENTIAL – GRAND JURY MATERIAL**

CHU00030797.02E

Translation

[Handwritten:]  *2/2*

*M/P* of 17" can be formally commenced (can supply *TCO TYPE*).    In addition, the Tianjin factory (*TSED*) produces 15" *NON TCO TYPE*.    Since there are still some quality problems, the estimated production target of June was 120*K*, the actual figure was only 80*K*.

3) *PHS*: Among the Huafei production lines, currently only one line is *FOR* 14", and one line is *FOR* 14"/15" compatible.    *It is estimated to convert the* 14"/17" *compatible line in Q*1 *next* year.    [Italicized in the original text].

4) *ORION*: Its 14" supply *FOR AOC* (*ONLY*) was 30*K/M*.    In addition, among the 60*K* 15" sales in July, *AOC/EMC* each occupied about 1/2.

5) *BMCC*: Because of the poor operational efficiency, production of 14" was stopped at 4/*E*.    The inventory is still being digested.    It is expected that after the inventory is consumed in July, it is planned in August to bring in some materials then immediately *STOP*.

6) *IRICO*: All 15" productions were 64*KHZ AS TYPE* (*ONLY*).    The 17" technology comes from *TSB* (it was claimed that a contract has already been confirmed).    It is estimated that in 2*Q* of 2000, *M/P* of 17" *CDT* will formally commence (in *Q*4 of '99, the 14" *TV LINE* will be used for alteration).

II. Price Review

A) The price of 14" *IN CHINA* has already been adjusted to *MPRII US*$50. However, in accordance with the 6/23 *TOP MANAGEMENT*'s resolution, on the basis of a price of *US*$50, the index for the 14" domestic sales price in *CHINA* will be increased on 8/1 from 10.4 → 10.8, and the price for sales outside of *CHINA* will be *MPRII US*$52.    However, all meeting attendees believed that customers could easily be confused by the $50/$52 domestic and overseas prices.    Thus, the following pricing plan was unanimously proposed:

| EFFECTIVE FROM 8/1 | | EFFECTIVE FROM 9/1 | |
|---|---|---|---|
| 14" MPRII US$50→US$52 | Domestic sales index 10.4 | 14" MPRII US$52 | Domestic sales index 10.8 |
| 15" 64KHZ MPRII Regular customers: US$65→70 KEY ACCOUNT: US$62→67 | Domestic sales index 10.4 | | Domestic sales index 10.8 |

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [  ].

CONFIDENTIAL – GRAND JURY MATERIAL          CHU00030798.01E
                                                                      Translation

B) In the 6/23 *TOP MANAGEMENT's* resolution concerning the *BOTTOM PRICE* for the 15'' 8/1 *KEY ACCOUNT*, the *PHS* meeting minutes says *US*$63 →*US*$68.   This is not consistent with *CPT*'s which is from *US*$62→*US*$67.   *PHS* has already confirmed with its headquarters' Manager Xiu-Li Lin that the quotations of each maker to their *KEY ACCOUNT*s are not consistent with, however, they are uniformly increased by *US*$5 from the current price.

III. The next meeting will be organized by Huafei. Time: *AUG* 5.   Address: Nanjing.

- End of report -           Submitted for approval

Respectfully submitted by Employee Guang-Hui Dai
*July* 9, 1999

[Initialed:] Jing-Song (Jason) Lu 7/12'99

[Signed:] Afan Tseng 7/12'99

2

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [  ].

CONFIDENTIAL – GRAND JURY MATERIAL          CHU00030798.02E
                                                           Translation

接 洽 報 告

會議主題：大陸 CDT MAKER 市場交流

時間：JULY.09,1999

地點：福州

TO:杜課長 台

與會人員：

| CPTF：呂鏡松、戴光輝、余偉列、陳邁 | ORION：JUNG-SAENG PARK |
|---|---|
| SSDD：李明植、楊真 | PHS：邵正鼙、華飛劉東、黎思泉 |
| IRICO：王昭杰、姚軍 | |

本次議題：

**一、JUNE/JULY 產銷訊息交換**

**二、價格檢討**

2,836,000,—

內容：

**一、JUNE/July 產銷訊息交換**　　　　　　　　　　　UNIT: K PCS

| | | '99 JUNE | | | | '99 JULY | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | PROD. | SALES IN CHINA | | STOCK | PROD. | SALES TO CHINA | | STOCK | |
| | | | TTL | 外銷 | 內銷 | | | TTL | 外銷 | 內銷 | |
| PHS | | | | | | | | | | | |
| 華飛 | 14" | 83 | 107 | 65 | 42 | 19 | 65 | 70 | 34 | 36 | 14 |
| | 15" | 71 | 65 | | 65 | 9 | 57 | 57 | 4 | 53 | 9 |
| 海外廠 | 15" | | 50 | | | | 76 | | | | |
| | 17" | | 50 | | | | 68 · | | | | |
| SDD | | | | | | | | | | | |
| SSDD | 14" | 160 | 160 | 140 | 20 | 123 | 0 | 123 | 103 | 20 | 0 |
| | 17" | | | | | | | | | | 8月始M/P |
| TSED | 15" | 80 | 80 | 40 | 40 | 0 | 120 | 120 | 75 | 45 | 0 |
| 海外廠 | 15" | | 233 | | | | | | | | |
| | 17" | | 99 | | | | | | | | |
| BMOC | 14" | 30 | 27 | | | 30 | 0 | 22 | | | 8 |
| ORION | 14" | | 30 | | | | | 30 | | | |
| | 15" | | 40 | | | | | 60 | | | |
| | 17" | | 40 | | | | | 20 | | | |
| IRICO | 15" | 91 | 81 | | | 25 | 95 | 75 | | | 45 |
| CPT | | | | | | | | | | | |
| CPTF | 14" | 136 | 153 | 152 | 1 | 90 | 145 | 170 | 170 | 0 | 65 |
| | 15" | 149 | 180 | 110 | 70 | 25 | 150 | 168 | 92 | 76 | 7 |
| 海外廠 | 14" | | 12 | | | | 38 | | | | |
| | 15" | | 323 | | | | 350 | | | | |
| | 17" | | 349 | | | | 350 | | | | |
| 14"STL | | 409 | 489 | | | 210 | 453 | | | | |
| 15"STL | | 391 | 1052 | | | | 906 | | | | |
| 17"STL | | -- | 538 | | | | 438 | | | | |
| 14"/15"/17" TTL | | 800 | 2079 | | 28. | | 1797 | | | | |

說明

1) CPTF：

　A)我方解釋 14"庫存 90K 中有不少係因 DY 供應不及產生之裸管。

　B)與會各家關心 F 廠第三期工程計畫。我方回覆以 15"/17"；17"/19"兼容之 2 LINES 規
　　劃。生產線則規劃由台灣移轉。

2) SDD：深圳廠(SSDD)14"CDT 依計畫於 6 月最後一週~7 月份改 14"/17"兼容線，預計 8 月

1



始可正式 M/P 17''（可供應 TCO TYPE）。另天津廠（TSED）—生產 15''NON TCO TYPE，因尚有些品質問題，6月份預計生產120K，實際僅80K。

3) PHS：華飛生產線目前為一線 FOR14''另一線 FOR 14''/15''兼容，*預計明年 Q1 改 14''/17'' 兼容線*。

4) ORION：其14''供應係 FOR AOC(ONLY)30K/M。，另7月份之15''銷售60K中 AOC/EMC 約各佔1/2。

5) BMCC：因經營效率差，4/E即停產14''，庫存仍在消化中，估計7月消化完後擬於8月份再進些料即 STOP。

6) IRICO：15''生產均屬 64KHZ AS TYPE(ONLY)。17''技術來自 TSB(據稱合同已確定)，預計2000年 2Q 始正式 M/P 17''CDT('99年 Q4 用 14''TV LINE 改)。

二、價格討論

　　A) 14''IN CHINA 之價位已調至 MPRII US$50。而依 6/23 TOP MANAGEMENT 決議，在 US$50基礎下，14''CHINA 內銷價格自8/1起係數由 10.4➔10.8，而 CHINA 以外之價格為 MPRII US$52。惟本次會議之與會各家均認為此易造成客戶對內外銷$50/$52兩個價位之混淆。因此一致建議如下價格方案：

| EFFECTIVE FROM 8/1 | | EFFECTIVE FROM 9/1 | |
|---|---|---|---|
| 14''MPRII US$50➔US$52 | 內銷係數 10.4 | 14''MPRII US$52 | 內銷係數 10.8 |
| 15''64KHZ MPRII<br>一般客戶：US$65➔70<br>KEY ACCOUNT：US$62➔67 | 內銷係數 10.4 | | 內銷係數 10.8 |

　　B) 6/23 TOP MANAGEMENT 決議中有關 15''8/1 KEY ACCOUNT 之 BOTTOM PRICE，PHS 之會議記錄為 US$63➔US$68，與 CPT 之 US$62➔US$67 不一致，PHS 已與其總部林秀立經理確認各家對 KEY ACCOUNT 報價不一之事實，但統一由現價漲 US$5。

三、下次會議由華飛主辦。時間：AUG 5。地點：南京。

--以上報告--　　呈核

職 戴光輝 敬呈
JULY.9, 1999

2

CHU00030798

# EXHIBIT 20



STATE of NEW YORK          )
                           )                    ss:
COUNTY of NEW YORK         )

### CERTIFICATE OF ACCURACY

This is to certify that the attached document, *"SDCRT-0086672 – SDCRT-0086674"*, originally written in *Korean*, is to the best of our knowledge and belief, a true, accurate and complete translation into *English*.

Dated: November 4, 2013

Seth Wargo
Consortra Translations

Sworn to and signed before ME this
_____ day of _November_,
2013.

Notary Public

JAMES G MAMERA
Notary Public, State of New York
No. 01MA6157195
Qualified in New York County
Commission Expires Dec. 4, 2014

Your
legal
translation
partner

## 해외출장 경비 정산서

### (일반)

| | 입안 | 심의 | 결정 |
|---|---|---|---|
| 보고서확인부서 | 이순곤 | 송인환 | 송인환 |

| 출장자 | 부서: CDT판매팀장 | | | | | |
|---|---|---|---|---|---|---|
| | 급호: B3B—01    직위: 주임    성명: 이순곤    사원번호: 9611542 | | | | | |
| 출장지 | 대 만 | | ◎ A지역 | ● B지역 | ◎ C지역 | |
| 출장기간 | 1998년07월14일 —1998년07월18일 | (4박5일) | | | | |
| 출장목적 | 7월 ORDER 협의 및 19" T/R 입회 | | | | | |

| | | | | | 출장여비발생내역 | | | |

| 구분 | 내역 | 화폐 | 현지화 | 환율 | 금액(원) |
|---|---|---|---|---|---|
| 교통비 | 해외출장시 시니 19980714 버스  본사  김포공항 | KRW | 0.00 | 0.00 | 5,000 |
| 교통비 | 해외출장시 시니 19980715 택시  대만사무소 필립스 | NTD | 1,200.00 | 39.50 | 47,400 |
| 교통비 | 해외출장시 시니 19980716 택시  대만사무소 필립스 | NTD | 1,200.00 | 39.50 | 47,400 |
| 교통비 | 해외출장시 시니 19980718 버스  대만사무소 CKS AIRPORT | NTD | 120.00 | 39.50 | 4,740 |
| 숙박비 | 숙박비 정산 | USD | 420.00 | 1,350.02 | 567,008 |
| 일당 | 일당 정산 | USD | 250.00 | 1,350.02 | 337,505 |
| 사용 | 공항사용료 | NTD | 300.00 | 39.50 | 11,850 |
| 항공료 | SEL-TPE | KRW | 0.00 | 0.00 | 384,000 |
| 합계 | | | | | 1,404,903 |

1998년 08월 01일

상기 금액을 정히 영수함.

성명: 이순곤    (인)

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0086256

---

### China Same Industry Meeting (August)

---

☐ Time: August 5, 1999
☐ Place: Hyunmu Restaurant in Nanjing, China
☐ Participants:
    - PHILIPS: Su Hwa Lee, FRANK, Young Ma, Dong Yoo, Sa Chun illegible
    - IRICO: Ui Seng Lee, Mr. Sa, So Kul Wang   Chinese: Zhaojie Wang
    - SSDD: Myung Sik Lee, Jin illeible
    - ORION: Jung Seng Park, Myung Hak Oh
    - CPT: C.C. LIU, Kyung Song, illegible , Ui Yul Seo
    - BMCC: Shin Moon Hwang

☐ Major contents
1. Special lecture by MR. C.C.LIU (CPT headquarters administrator)
    1) The industry meetings should remain confidential  considering the international regulation of antitrust laws
    2) F/UP on China regarding the top meeting decision
    3) Discussions focused on 14"/15" prices

July PSI for each company and August plan (Refer to Attachment 1 for details)
- PHILIPS: 14"   17" to take place next February, production expected in March (14/17 " dual)
- CPT: 2 17" lines expected in August and September of next year
    ☞ Current domestic customers: AOC, PHILIPS, EMC, AND ACER
- IRICO: 17" production to start the year after next year
      15" MAX CAPA = 120K/M (P + F + DY domestic production)
- BMCC: 14" expected to resume in September
- ORION: 14"/15" AOC sales decrease

2. Production of monitors in China in the 1st half of '99 (Refer to Attachment 2)

3. Price issues (based on MPR II): bottom price for key accounts

| SIZE | August | | September | |
|------|--------------|----------------|--------------|----------------|
|      | Export price | Domestic price | Export price | Domestic price |
| 14"  | $52          | RMB540         | $52          | RMB561         |
| 15"  | $68          | RMB707         | $68          | RMB illegible  |
| 17"  | $93          | RMB967         | $93          | RMB 1,004      |

1/3                          99000080

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation                          SDCRT-0086672E_Translation
FINAL TRANSLATION

☐ Attachment 1 PSI and August Plan for companies

| Customer | SIZE | July | | | | | August | | | | | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Production | Sales Total | Domestic | Export | Inventory | Production | Sales Total | Domestic | Export | Inventory | |
| PHS | 14" | 65 | 82 | 50 | 32 | 2 | 65 | 65 | 45 | 20 | 2 | |
| | 15" | 57 | 63 | 63 | | 3 | 61 | 62 | 62 | | 2 | |
| | 15" * | | 121 | | 121 | | | 90 | | 90 | | |
| | 17" * | | 72 | 40 | 32 | | | 80 | 30 | 50 | | |
| CPT | 14' | 148 | 181 | 10 | 171 | 57 | 160 | 176 | 10 | 166 | 41 | |
| | 14" * | | 50 | | 50 | | | 70 | | 70 | | |
| | 15" | 159 | 161 | 76 | 85 | 25 | 160 | 159 | 65 | 94 | 26 | |
| | 15" * | | 406 | | 406 | | | 348 | | 348 | | |
| | 17" * | | 416 | | 416 | | | 482 | | 482 | | |
| BMCC | 14" | 0 | 27 | 27 | | 8 | | | | 1 | 7 | |
| | 15' | | | 87 | | | | | | | | |
| IRICO | 15' | 80.5 | 87 | | | 18.5 | 85 | 80 | 80 | | 23.5 | |
| ORION | 14' * | | 10 | | 10 | | | 20 | | 20 | | |
| | 15" * | | 30 | | 30 | | | 70 | | 70 | | 14" reduced |
| | 17" * | | 25 | | 25 | | | 30 | | 30 | | |
| SDD | 14" | | 123 | 40 | 83 | | 165 | 165 | 55 | 110 | | |
| | 15" | 120 | 120 | 50 | 70 | | 150 | 150 | 70 | 80 | | |
| | 15" * | | 230 | | 230 | | | 230 | | 230 | | |
| | 17" * | | 230 | | 230 | | | 230 | | 230 | | |
| | 17' (SKD) | 10 | | | | 10 | | | | | | |
| LG | 14" * | | | | | | | | | | | |
| | 15" * | | | | | | | | | | | |
| TTL | 14" | 213 | 413 | 127 | 286 | 67 | 390 | 406 | 110 | 297 | 50 | |
| | 14" * | 0 | 60 | 0 | 60 | 0 | 0 | 90 | 0 | 90 | 0 | |
| | 15" | 416.5 | 431 | 276 | 155 | 46.5 | 456 | 451 | 277 | 174 | 51.5 | |
| | 15" * | 0 | 787 | 0 | 787 | 0 | 0 | 738 | 0 | 738 | 0 | |
| | 17" * | 10 | 743 | 40 | 703 | 10 | 0 | 822 | 30 | 792 | 0 | |

Asterisk: Non-originating monitors

99000181

2/3

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation
FINAL TRANSLATION

SDCRT-0086673E_Translation

☐ Attachment 2  Monitor production in China in the 1st half of '99

| NO | 品 名 | 14" | MAIN | 15" | MAIN | 17" | MAIN | 19" | MAIN | TTL |
|----|-------|-----|------|-----|------|-----|------|-----|------|-----|
| 1 | AOC | 650 | C/P/O | 880 | C/P/O | 467 | L/P/C | 28 | | 2,025 |
| 2 | EMC | 285 | S/C | 600 | S/C | 450 | S/C | 70 | | 1,405 |
| 3 | LITE-ON | 137 | C | 510 | C | 663 | C | 1 | | 1,311 |
| 4 | PHS(±学) | 238 | P | 557 | P/C | 394 | P/C | 1 | | 1,190 |
| 5 | ADI | 210 | S | 730 | S/T | 110 | H/T | 0 | | 1,050 |
| 6 | COMPAL | 11 | C | 396 | C/S | 345 | C/S | 0 | | 752 |
| 7 | NPG | 0 | | 387 | S | 166 | T/H | 7 | | 540 |
| 8 | TSED | 55 | S | 410 | S/T | 60 | S/T | 0 | | 525 |
| 9 | MAG | 20 | S | 230 | S/SY | 230 | T/SY/S | 0 | | 480 |
| 10 | ROTAL | 0 | | 0 | | 410 | L/TE | 13 | L | 423 |
| 11 | ACER | 91 | P/C | 237 | P/C/S | 79 | P | 0 | | 407 |
| 12 | PHS(多特) | 36 | C/P | 193 | C | 155 | C/M | 0 | | 384 |
| 13 | IRICO | 50 | P | 280 | I/P | 20 | P/C | 2 | | 352 |
| 14 | DELTA | 0 | | 60 | T | 250 | S/C/L | 10 | | 320 |
| 15 | CGC | 145 | S/P/B/O/L | 100 | L/P | 0 | | 0 | | 245 |
| 16 | DAEWOO(W) | 40 | S | 194 | I/S | 6 | S | 0 | | 240 |
| 17 | Q-RUN | 10 | S | 78 | C/S | 139 | C/S | 7 | | 234 |
| 18 | K-TRON | 170 | C | 29 | C | 3 | C | 0 | | 202 |
| 19 | FIC | 15 | S/C | 100 | L | 60 | L/P/C | 5 | | 180 |
| 20 | GVC | 20 | S | 55 | S/C/L | 17 | L/C | 0 | | 150 |
| 21 | SP-T | 45 | S | 79 | S/C | 0 | | 0 | | 145 |
| 22 | XOCECO | 60 | | 0 | S/L | 20 | C | 0 | | 145 |
| 23 | KFC | 8 | P | 40 | S/C | 41 | L | 0 | | 128 |
| 24 | WESTLAKE | 0 | L | 80 | | 110 | MIT | | | 110 |
| 25 | T-SOMA | 60 | P | 40 | P | 0 | | 0 | | 100 |
| 26 | LG(TONTRU) | 10 | L | 80 | L | 10 | L | | | 100 |
| 27 | FOUNDER | 50 | B/P | 40 | I/P | 0 | | | | 90 |
| 28 | JIANSONG | 0 | | 78 | C | 0 | | | | 78 |
| 29 | KTC | 60 | B/S | 10 | L | 0 | | | | 70 |
| 30 | KSAI | 47 | S | 18 | S/I | 2 | S | | | 67 |
| 31 | HEMC | 12 | S | 53 | S | 0 | | | | 65 |
| 32 | LIKON | 30 | S | 30 | L/S | 0 | | | | 60 |
| 33 | DTS | 40 | P | 20 | P | 0 | | | | 60 |
| 34 | LANGUANG | 40 | O/P | 15 | L | 0 | | | | 55 |
| 35 | YUAN ZIN | 10 | S | 22 | L | 17 | L | | | 49 |
| 36 | COVEFORD | 15 | | 15 | | 12 | | | | 42 |
| 37 | BIGTIDE | 0 | | 35 | P | 0 | | | | 35 |
| 38 | GUANLI | | | 24 | | 0 | | | | |
| 39 | OTHERS | 20 | | 10 | | 2 | | | | 32 |
| | TOTAL | 2,690 | | 6,798 | | 4,238 | | 144 | | 13,870 |
| | % | 19% | | 49% | | 30.56% | | 1.04% | | |

99000182

* S→SDD, C→CPT, P→PHILIPS, B→BMCC, O→ORION, T→TOSHIBA, L→LG,
MIT→MITSUBISHI, M→MASUSHITA, H→HITACHI, TE→TECO

3/3

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation
FINAL TRANSLATION

SDCRT-0086674E_Translation

## 중국 동업계 Meeting (8월)

□ 時　間: 1999/08/05
□ 場　所: 中國 南京, 玄武大酒店
□ 參席人員:
　　－PHILIPS　李修華, FRANK, 馬氷, ,劉東, 魏思泉
　　－IRICO　李衛生, MR.沙, 王昭杰
　　－SSDD　李明植,楊眞
　　－ORION　朴正生, 吳明學
　　－CPT　C.C.LIU, 呂鏡松, 余偉列
　　－BMCC　黃新文

□ 주요 내용
1. MR. C.C.LIU (CPT 본사 업무처장) 특강

　　1) 독과점 금지의 국제 법규를 고려, 동업계 Meeting 비밀 유지
　　2) Top Meeting 결정에 대해 중국대륙 F/UP
　　3) 14" / 15" 가격 중점 논의


. 7월 업체별 PSI 및 8월 계획 (상세 내용 첨부1 참조)
　　－ PHILIPS: 14" → 17" 내년 2월 개조, 3월 생산 예정(14/17" 겸용)
　　－ C P T　: 17" 2 Line 내년 8~9월 예정
　　　　　　　☞ 현재 내수판매처; AOC, PHILIPS, EMC, ACER
　　－ IRICO　: 17" 생산 내년이후로 연기
　　　　　　　15" MAX CAPA = 120K/M (P +F +DY 국산화)
　　－ BMCC　: 14" 9월 재개 예정
　　－ ORION : 14"/15" AOC 판매 감소


3. '99 상반기 중국 MONITOR 생산 실적 (첨부 2 참조)


4. 가격문제(MPRⅡ기준); Bottom Price For Key Account

| SIZE | 8월 | | 9월 | |
|------|------|------|------|------|
|      | 수출가 | 내수가 | 수출가 | 내수가 |
| 14" | $52 | RMB540 | $52 | RMB561 |
| 15" | $68 | RMB707 | $68 | RMB730 |
| 17" | $93 | RMB967 | $93 | RMB1,004 |

1/3

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0086672

## □ 첨부 1. 7월 업체별 PSI 및 8월 계획

| 거래선 | SIZE | 7월 생산 | 7월 판매 총계 | 7월 판매 내수 | 7월 판매 수출 | 7월 재고 | 8월 생산 | 8월 판매 총계 | 8월 판매 내수 | 8월 판매 수출 | 8월 재고 | 비고 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PHS | 14" | 65 | 82 | 50 | 32 | 2 | 65 | 65 | 45 | 20 | 2 | |
| | 15" | 57 | 63 | 63 | | 3 | 61 | 62 | 62 | | 2 | |
| | 15" * | | 121 | | 121 | | | 90 | | 90 | | |
| | 17" * | | 72 | 40 | 32 | | | 80 | 30 | 50 | | |
| CPT | 14" | 148 | 181 | 10 | 171 | 57 | 160 | 176 | 10 | 166 | 41 | |
| | 14" * | | 50 | | 50 | | | 70 | | 70 | | |
| | 15" | 159 | 161 | 76 | 85 | 25 | 160 | 159 | 65 | 94 | 26 | |
| | 15" * | | 406 | | 406 | | | 348 | | 348 | | |
| | 17" * | | 416 | | 416 | | | 482 | | 482 | | |
| BMCC | 14" | 0 | 27 | 27 | | 8 | | | | 1 | 7 | |
| | 15" | | 87 | | | | | | | | | |
| IRICO | 15" | 80.5 | 87 | | | 18.5 | 85 | 80 | 80 | | 23.5 | |
| ORION | 14" * | | 10 | | 10 | | | 20 | | 20 | | 14" 감소 |
| | 15" * | | 30 | | 30 | | | 70 | | 70 | | |
| | 17" * | | 25 | | 25 | | | 30 | | 30 | | |
| SDD | 14" | | 123 | 40 | 83 | | 165 | 165 | 55 | 110 | | |
| | 15" | 120 | 120 | 50 | 70 | | 150 | 150 | 70 | 80 | | |
| | 15" * | | 230 | | 230 | | | 230 | | 230 | | |
| | 17" * | | 230 | | 230 | | | 230 | | 230 | | |
| | 17" (SKD) | 10 | | | | 10 | | | | | | |
| LG | 14" * | | | | | | | | | | | |
| | 15" * | | | | | | | | | | | |
| TTL | 14" | 213 | 413 | 127 | 286 | 67 | 390 | 406 | 110 | 297 | 50 | |
| | 14" * | 0 | 60 | 0 | 60 | 0 | 0 | 90 | 0 | 90 | 0 | |
| | 15" | 416.5 | 431 | 276 | 155 | 46.5 | 456 | 451 | 277 | 174 | 51.5 | |
| | 15" * | 0 | 787 | 0 | 787 | 0 | 0 | 738 | 0 | 738 | 0 | |
| | 17" * | 10 | 743 | 40 | 703 | 10 | 0 | 822 | 30 | 792 | 0 | |

 표시는 역외산 의미함

99000181

2/3

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0086673

## □ 첨부 2. '99 상반기 중국 MONITOR 생산 현황

| NO | 고객 | 14" | MAIN | 15" | MAIN | 17" | MAIN | 19" | MAIN | TTL |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | AOC | 650 | C / P / O | 880 | C / P / O | 467 | L / P / C | 28 | | 2,025 |
| 2 | EMC | 285 | S / C | 600 | S / C | 450 | S / C | 70 | | 1,405 |
| 3 | LITE–ON | 137 | C | 510 | C | 663 | C | 1 | | 1,311 |
| 4 | PHS(소주) | 238 | P | 557 | P / C | 394 | P / C | 1 | | 1,190 |
| 5 | ADI | 210 | S | 730 | S / T | 110 | H / T | 0 | | 1,050 |
| 6 | COMPAL | 11 | C | 396 | C / S | 345 | C / S | 0 | | 752 |
| 7 | NPG | 0 | | 367 | S | 166 | T / H | 7 | | 540 |
| 8 | TSED | 55 | S | 410 | S / T | 60 | S / T | 0 | | 525 |
| 9 | MAG | 20 | S | 230 | S / SY | 230 | T / SY / S | 0 | | 480 |
| 10 | ROYAL | 0 | | 0 | | 410 | L / TE | 13 | L | 423 |
| 11 | ACER | 91 | P / C | 237 | P / C / S | 79 | P | 0 | | 407 |
| 12 | PHS(동관) | 36 | C / P | 193 | C | 155 | C / M | 0 | | 384 |
| 13 | IRICO | 50 | P | 280 | I / P | 20 | P / C | 2 | | 352 |
| 14 | DELTA | 0 | | 60 | T | 250 | S / C / L | 10 | | 320 |
| 15 | CGC | 145 | S/P/B/O/L | 100 | L / P | 0 | | 0 | | 245 |
| 16 | DAEWOO(W) | 40 | S | 194 | I / S | 6 | S | 0 | | 240 |
| 17 | Q–RUN | 10 | S | 78 | C / S | 139 | C / S | 7 | | 234 |
| 18 | K–TRON | 170 | C | 29 | C | 3 | C | 0 | | 202 |
| 19 | FIC | 15 | S / C | 100 | L | 60 | L / P / C | 5 | | 180 |
| 20 | GVC | 20 | S | 65 | S / C / L | 17 | L / C | 0 | | 150 |
| 21 | SP–T | 45 | S | 79 | S / C | 0 | | 0 | | 145 |
| 22 | XOCECO | 60 | | 0 | S / L | 20 | C | 0 | | 145 |
| 23 | KFC | 8 | P | 40 | S / C | 41 | L | 0 | | 128 |
| 24 | WESTLAKE | 0 | L | 80 | | 110 | MIT | | | 110 |
| 25 | T–SOMA | 60 | P | 40 | P | 0 | | 0 | | 100 |
| 26 | LG(TONTRU) | 10 | L | 80 | L | 10 | L | | | 100 |
| 27 | FOUNDER | 50 | B / P | 40 | I / P | 0 | | | | 90 |
| 28 | JIANSONG | 0 | | 78 | C | 0 | | | | 78 |
| 29 | KTC | 60 | B / S | 10 | I | 0 | | | | 70 |
| 30 | KSAI | 47 | S | 18 | S / I | 2 | S | | | 67 |
| 31 | HEMC | 12 | S | 53 | S | 0 | | | | 65 |
| 32 | LIKON | 30 | S | 30 | L / S | 0 | | | | 60 |
| 33 | DTS | 40 | P | 20 | P | 0 | | | | 60 |
| 34 | LANGUANG | 40 | O / P | 15 | L | 0 | | | | 55 |
| 35 | YUAN ZIN | 10 | S | 22 | L | 17 | L | | | 49 |
| 36 | COVEFORD | 15 | | 15 | | 12 | | | | 42 |
| 37 | BIGTIDE | 0 | | 35 | P | 0 | | | | 35 |
| 38 | GUANLI | | | 24 | | 0 | | | | |
| 39 | OTHERS | 20 | | 10 | | 2 | | | | 32 |
| | TOTAL | 2,690 | | 6,798 | | 4,238 | | 144 | | 13,870 |
| | % | 19% | | 49% | | 30.56% | | 1.04% | | |

99000182

* S→SDD, C→CPT, P→PHILIPS, B→BMCC, O→ORION, T→TOSHIBA, L→LG,
MIT→MITSUBISHI, M→MASUSHITA, H→HITACHI, TE→TECO

3/3

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0086674

EXHIBIT 21



June 20, 2012

**Certification**

**Park IP Translations**

This is to certify that the attached translation is, to the best of
my knowledge and belief, a true and accurate translation from Chinese
into English of the document with bates numbers range:
CHU00030819E - CHU00030822E.

*Abraham I. Holczer*

Abraham I. Holczer

Project Manager

EXHIBIT
1305E

Park                          Case                       #                    29567

134 W. 29th Street 5th Floor • New York, N.Y. 10001
Phone: 212-581-8870 • Fax: 212-581-5577

**[TRANSLATION]**

'99-08-10    10:02                                                    *T-556 P*01

Visitation Report

[Handwritten:]
1/4
To be received by Manager Lu
*Sales* circulate and read ↓
Submitted for approval
→Tony    Each officer
Yu    Chen 8/10/99
Jiang 8/10'99 Hua Wu 8/10-99 Ji 8/10'99

Meeting Topic: Mainland China *CDT* Market Exchange

Date: 99/08/05      Location: Nanijng

Meeting Participants:
*CPTF*:   Director Liu, Manager Lu, Wei-Lie Yu
*SDD*:    Myoung Sik Lee, Department Head; Zhen Yang
BMCC:   Manager Xin-Wen Huang
*ORION*:  Jung Saeng Park
IRICO:   Manager Wei-Sheng Li, Zhao-Jie Wang
*PHS*:    Manager Zheng-Xi Shao/*TWN*, Xiu-Hua Li/*HF*,
          Si-Quan Li/*HK*, Dong Liu/*HF*

Content:

I.    *JULY/AUG* Mainland China *CDT* Production and Sales Information Exchange
      (see Attachment 1)

Explanation:

1.  *SDD*:

A.  Shenzhen Samsung will perform adjustments to its 14" *CDT* production line
    in '99.7 to achieve 14" and 17" *CDT* compatible mass production. For this reason,
    it only mass produced 17" *CDT*x10*K* units in July. Sales were only of the 14"
    *CDT*x123*K* in existing inventory.

B.  Tianjin Samsung's 15" *CDT* mass production capacity increased relatively quickly,
    with 30*K* in May, 80*K* in June, 120*K* in July, and 150*K* units in August
    (forecasted). Additionally, it denies allegations in the market that inferior tubes
    were sold during the initial phase of mass production.

C.  Due to strong sales during the 14" *CDT* peak season, and the fact that 17" has
    been in a low-prices status, Shenzhen Samsung changed the original plan for mass
    production of 17" *CDT* to production of 14" *CDT*, and stated that because of

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL                    CHU00030819.01E
                                                              Translation

changes to production lines, the original level of production efficiency had been affected. For this reason, in August, it is estimated that only 14" *CDT*×150*K* will be mass produced, and that there will be no means of reaching around 200*K*.

D. SDD also indicated that it had provided 16" *CDT*×20*K* to *EMC* during the first half of the year. SEC was also responsible for part of the demand. *SDD* engages in compatible production of 15" *CDT* and 16" *CDT* in Korea, and at present, is expanding in the market (approximately 10*K/M*).

2. *IRICO* (IRICO):

A. Mass production volume of 15" *CDT*×95*K* was originally planned for July. Due to inadequate supply of imported materials, however, the current actual mass production volume is approximately 85*K*.

B. At present, 45% of Irico's material requirements for mass production of 15" *CDT* are supplied to *LOCAL* – including *BULB/DY/GUN/COATING*. The production capacity is designed for 120*K/M*.

C. It is confirmed that there are no plans for 17" *CDT* mass production in 1999, and that in the 1st *HALF* of '20, the conversion from 14" *CPT* production will be completed.

3. *ORION*:

A. At present, the main sales targets for 15" *CDT*'s are Mainland China's *AOC/EMC*, as well as certain small customers.

B. In spite of strong demand for 14" *CDT* in the market, only 10~20*K* 14" *CDT*'s were delivered to *AOC* in July and August. They could not provide any rational or satisfactory explanation for this.

C. It was also confirmed that 14" *CDT* production will be stopped in September. All production will be focused on mass production of 15" (*MINI*) *CDT*.

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL          CHU00030819.02E
                                                         Translation

'99-08-10     10:02                           *T-556 P02*

[Handwritten:] To be received by Manager Lu          [Illegible]4

4. *BMCC* (BMCC)

A. In May this year, production of 14" *CDT* was stopped. In July, only 27*K* units
from existing inventory were sold. 8*K* light tubes from inventory were sold to
Matsushita Philippines as part of internal transactions (1*K/M*).

B. It is expected that after September, further consideration will be given to
production of 14" *CDT*. The main reasons are that (1) The current 14" price is
increasing; (2) There are still parts of unmatched materials remain in inventory; (3)
Matsushita Japan will *CD* prices with material makers in order to increase
competitiveness.

II.    Price *ISSUE*:

14"/15"/17" Prices (*USD/RMB*) *Review* Below:

|        | 8/01 (Effective, Index: 10.4) | | 9/01 (Effective, Index: 10.8) | |
|--------|------|------|------|------|
|        | USD  | RMB  | USD  | RMB  |
| 14"    | 52   | 540  | 52   | 561  |
| 15"    | 68   | 707  | 68   | 730  |
| 17"    | 93   | 967  | 93   | 1004 |

*Remark*:

(1) Department Head Li of Shenzhen Samsung has frankly admitted that the price
quoted to *EMC* for 14" *CDT* is less than *USD*52 (*MPR*2) and additionally stated
that the price for Taiwanese makers is determined by *SDD*.

(2) Because of the current *CDT* supply and demand situation, meeting participants
decided to implement the *CDT* prices in the table above. If transactions are not
with *key* customers, consideration must be given to increase prices on the basis of
the prices listed above.

(3) The main *CM* manufacturers are *TWN/KOREA/MAINLAND*. If any unfair *CDT*
price changes occur (for example, Taiwan makers *CDT* ~ Taiwan makers *CM*;
Korean makers *CDT* ~ Korean makers *CM*), a shift in *CM* orders will be
inevitable. On the basis that further clarification is still required of the current
market situation, whether or not 14" and 15" *CDT* prices can again be *CU*
*USD2/PC* (*Index*: 10.8, *Effective* 10/01) [Underlined by hand] will be separately
re-determined.

(4) All the makers will finish sending notification of the above prices to customers
next week (8/09 ~13).

English words found in the original text are *italicized.*
Translator's remarks are indicated in brackets [  ].

CONFIDENTIAL – GRAND JURY MATERIAL          CHU00030820.01E

                                                 Translation

III.    Mainland China *CM* Production Demand and Production Volume for '99. (1~6)
(See Attachment 2)

IV.    The next *CDT* meeting is projected to be convened on 9/02 by IRICO

~ End of report ~

[Handwritten:]
The location has not yet been confirmed. Use the IRICO visit as an opportunity to
attend China *CRT Meeting.* In the beginning, representative *management*
[Illegible].

1.  Confidential nature of meeting: (On location were *CRT meeting* seating labels.
Reporters saw and asked to interview. Already ordered to [Illegible]

2.  Fully actualize headquarters' decision: The past half year and before China
area has not been able to carry out each maker's decision. Has to [Illegible].

3.  Price: 8/1 14" add $2; 15" add $5; domestic sales multiply by 10.4. 9/1
domestic sales multiply by 10.8. Absolutely cannot reduce price.

[Handwritten:] Submit to Manager

[Initialed:] Chieng-Yuan (C.Y.) Lin 8/9

[Initialed:] Chih-Chun (C.C.) Liu 8/9

[Initialed:] Chen-Cheng (Tony) Chien 8/9

[Signed:] Submitted by Wei-Lie Yu 8/9'99

---

English words found in the original text are *italicized.*
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL                CHU00030820.02E
Translation

'99-08-10   10:03   T-556   P04
[Handwritten:] 4/4

[Handwritten:] Attachment 2

### 99(Jan − Jun) Main CM output
Unit:Kpcs

| | 14" | | 15" | | 17" | | 19" | | Total |
|---|---|---|---|---|---|---|---|---|---|
| AOC | 650 | c | 880 | c | 467 | l | 28 | | 2025 |
| EMC | 285 | s | 600 | s/c | 450 | s | 70 | | 1405 |
| Lite-on | 137 | c | 510 | c | 663 | c | 1 | | 1311 |
| PH(sz) | 238 | p | 557 | p/c | 394 | p/c | 1 | | 1190 |
| ADI | 210 | s | 730 | s/t | 110 | h/t | 0 | | 1050 |
| Compal | 11 | c | 369 | c/s | 345 | c/s | 0 | | 752 |
| NPG | 0 | | 367 | s | 166 | t/h | 7 | | 540 |
| TSED | 55 | s | 410 | s/t | 60 | s/t | 0 | | 625 |
| MAG | 20 | s | 230 | s/sony | 230 | t/sony/s | 0 | | 480 |
| IRICO | 50 | p | 280 | i/p | 20 | p | 2 | | 352 |
| FIC | 15 | s/p | 100 | l | 60 | l | 5 | | 180 |
| Royal | 0 | | 0 | | 410 | l/tc | 13 | l | 423 |
| Acer | 91 | p/c | 237 | p/c/s | 79 | p | 0 | | 407 |
| PHS(dg) | 36 | c/p | 193 | c | 155 | c/mec | 0 | | 384 |
| Delta | 0 | | 60 | t | 250 | s/c/l | 10 | | 320 |
| DW | 40 | s | 194 | l/s | 6 | s | 0 | | 240 |
| Q-run | 10 | s | 78 | c/s | 139 | c/s | 7 | s | 234 |
| CGC | 145 | s/p/b/o/l | 100 | l/p | 0 | | 0 | | 245 |
| K-tron | 170 | c | 29 | c | 3 | c | 0 | | 202 |
| SP-T | 45 | s/c | 100 | s/c | 0 | | 0 | | 145 |
| T-Soma | 60 | p | 40 | p | 0 | | 0 | | 100 |
| GVC | 20 | s | 113 | s/c/l | 17 | l/c | 0 | | 150 |
| Xoo | 60 | s | 65 | s/l | 20 | c | 0 | | 145 |
| KFC | 8 | s | 79 | s/c | 41 | L | 0 | | 128 |
| West Lake | 0 | | 0 | | 110 | MIT | | | 110 |
| LG(Tontru) | 10 | l | 80 | l | 10 | l | | | 100 |
| Founder | 50 | b/p | 40 | I/p | 0 | | | | 90 |
| Jiansong | 0 | | 78 | c | | | | | 78 |
| KTC | 60 | b/s | 10 | I | | | | | 70 |
| KSAI | 47 | s | 18 | s/I | 2 | s | | | 67 |
| HEMC | 12 | s | 53 | s | | | | | 65 |
| LIKON | 30 | s | 30 | l/s | | | | | 60 |
| Languang | 40 | o/p | 15 | l | | | | | 55 |
| Yuanzin | 10 | s | 22 | l | 17 | l | | | 49 |
| DTS | 40 | p | 20 | p | | | | | 60 |
| Bigtide | | | 35 | p | | | | | 35 |
| Coverford | 15 | | 15 | | 12 | | | | 42 |
| Guanli | | | 24 | | | | | | 24 |
| Others | 20 | | 10 | | 2 | | | | 32 |
| | | | | | | | | | |
| total | 2690 | | 6798 | | 4238 | | 144 | | 13870 |
| percent | 19.39% | | 49.01% | | 30.56% | | 1.04% | | 100.00% |

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

**CONFIDENTIAL – GRAND JURY MATERIAL**

CHU00030821E

Translation

'99-08-10   10:03                                    *T-556*   P03
[Handwritten: ] To be received by Manager [Illegible]                                    [Illegible]4

| | | STORE | PROD | SALE | | | STORE [Handwritten: "7/ES"] | PROD | SALE | | | STORE [Handwritten: "8/E"] | REMARK |
| | Type | (July) | | TTL | Local Sales | Export Sales | | | TTL | Local supply | Export Sales | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |
| Philips | 14" (Local) | | 65 | 82 | 50 | 32 | 2 | 65 | 65 | 45 | 20 | 2 | |
| | 15" (Local) | | 57 | 63 | 63 | | 3 | 61 | 62 | 62 | | 2 | |
| | 15" (Import) | | | 121 | | 121 | | | 90 | | 90 | | |
| | 17" (Import) | | | 72 | 40 | 32 | | | 80 | 30 | 50 | | |
| CPT | 14" (Local) | | 148 | 181 | 10 | 171 | 57 | 160 | 176 | 10 | 166 | 41 | |
| | 14" (Import) | | | 50 | | 50 | | | 70 | | 70 | | |
| | 15" (Local) | | 159 | 161 | 76 | 85 | 25 | 160 | 159 | 65 | 94 | 26 | |
| | 15" (Import) | | | 406 | | 406 | | | 348 | | 348 | | |
| | 17" (Import) | | | 416 | | 416 | | | 482 | | 482 | | |
| BMCC | 14" (Local) | | 0 | 27 | 27 | | 8 | | | | 1 | 7 | |
| | 15" (Local) | | | | | | | | | | | | |
| IRICO | 15" (Local) | | 80.5 | 87 | 87 | | 18.5 | 85 | 80 | 80 | | 23.5 | |
| ORION | 14" (Import) | | | 10 | | 10 | | | 20 | | 20 | | |
| | 15" (Import) | | | 30 | | 30 | | | 70 | | 70 | | |
| | 17" (Import) | | | 25 | | 25 | | | 30 | | 30 | | |
| SDD | 14" (Local) | | | 123 | 40 | 83 | | 165 | 165 | 55 | 110 | | |
| | 15" (Local) | | 120 | 120 | 50 | 70 | | 150 | 150 | 70 | 80 | | |
| | 15" (Import) | | | 230 | | 230 | | | 230 | | 230 | | |
| | 17" (Import) | | | 230 | | 230 | | | 230 | | 230 | | |
| | 17" SKD | 10 | | | | | 10 | | | | | | |
| LG | 15" (Import) | | | | | | | | | | | | |
| | 14" (Import) | | | | | | | | | | | | |

| | | STORE | PROD | TTL | Local Sales | Export Sales | STORE | PROD | TTL | Local supply | Export Sales | STORE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 14" (Local) | 0 | 213 | 413 | 127 | 286 | 67 | 390 | 406 | 110 | 297 | 50 |
| | 14" (Import) | 0 | 0 | 60 | 0 | 60 | 0 | 0 | 90 | 0 | 90 | 0 |
| | 15" (Local) | 0 | 416.5 | 431 | 276 | 155 | 46.5 | 456 | 451 | 277 | 174 | 51.5 |
| | 15" (Import) | 0 | 0 | 757 | 0 | 757 | 0 | 0 | 668 | 0 | 668 | 0 |
| | 17" (Import) | 0 | 10 | 743 | 40 | 703 | 10 | 0 | 822 | 30 | 792 | 0 |

[Handwritten:] Attachment 1  99.   July   '99. August

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

**CONFIDENTIAL – GRAND JURY MATERIAL**

CHU00030822E

Translation

# EXHIBIT 22
# Filed Under Seal

# EXHIBIT 23
# Filed Under Seal

# EXHIBIT 24
# Filed Under Seal

# EXHIBIT 25
# Filed Under Seal

# EXHIBIT 26
# Filed Under Seal

# EXHIBIT 27
# Filed Under Seal

# EXHIBIT 28
# Filed Under Seal

# EXHIBIT 29
# Filed Under Seal

# EXHIBIT 30
# Filed Under Seal

# EXHIBIT 31
# Filed Under Seal

EXHIBIT 32



June 20, 2012


**Certification**

                    **Park IP Translations**


This is to certify that the attached translation is, to the best of
my knowledge and belief, a true and accurate translation from Chinese
into English of the document with bates numbers range:
CHU00030992E — CHU00030994E.


*Abraham I. Holczer*
_____

Abraham I. Holczer

Project Manager



134 W. 29th Street 5th Floor • New York, N.Y. 10001
Phone: 212-581-8870 • Fax: 212-581-5577

**[TRANSLATION]**

[Handwritten:] [Illegible], Yu

*CPTF* Sales Department Visitation Report

Meeting Main Topic: China *CDT* Market Exchange

Time: '00/04/06          Location: Xiamen

Meeting Attendees:
*CPTF*: Manager Jing-Song (Jason) Lu, Wei-Lie Yu *SDD*: Department Manager Myong Sik Lee, Team Leader Zhen Yang, Xiao-Mei Yu's/*SSDD*
*IRICO*: Zhao-Jie Wong *BMCC*: Manager Xin-Wen Huang *LG*: Zong-Wen Park President/Shenzhen Office
*PHS*: Manager Zheng-Fu Tian/*TWN*, Director Dong Liu/*HF ORION*: Myong Doek Pak,

Content:
I. '00.  [Handwritten: "*Mar-Apr*"] China *CDT* Production Sales and Inventory Data Exchange (as in attachment 1).

II. Explanation

1. *SDI*:

• Currently, the domestic and external sales of the 15" *CDT* produced in China are about 45% and 55% each.  BenQ is the main 17"*CDT* domestic sales customer.

• Originally, the Shenzhen SDI factory already verified and approved the 4*L* color tube production lines, with 2*L* already being utilized.  It will decide in the near term if it will increase 17"/19"*CDT*x1*L* in year '01.

• Tianjin SDI actually stopped production for 9 days in March.  This month, Shenzhen SDI also was listed into a plan to stop production for 5 days.  Department Manager Lee indicated that he needed to verify it with headquarters again.  According to his understanding, the plan only referred to the stopping of the 17" *CDT* mass production, to avoid affecting 14" *CDT*'s normal production.

2. *PHS*:

• Originally, Taiwan's 15"x3*L* would reach Nanjing bit by bit for installation starting 4/*M*.  Because part of the equipment has shared usage, these 3*L* will simultaneously start utilization for mass production in September (14"/15"x1*L*;15"x2*L*).  The existing 2*L* will be adjusted to 14"-17" shared lines.

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

- Manager Tian indicated that up to 3/*E*, the 15"/17"*CDT* inventory was each about 400-500*k*. He estimated that the heating of the entire market will start in June.

3. *IRICO* (IRICO):

- Under the circumstances of preserving existing customers, because customer quality is not good and there is still no new market, the entire inventory still remains high.

- The situation of the joint venture with *TSB*17"*CDT* is now temporarily lined up to be completed in *Q*4, but it still can be delayed until *Q*1 of next year. The ratio of the joint venture with *TSB* is 51:49. [Handwritten: "Production line is still being moved over from Japan."]

4. *ORION*:

- The current production line set up is 14"/15"*mini*x1L (*C'TY*:140-150*k*/*M*). Of which, 14"x40*k*, 15"x90-100*k*; 15"*Normal*x1L (*C'TY*:160*k*/*M*); 17"*CDT*x2.5L (*C'TY*:250*k*/*M*); 19"*CDT*x0.5L (*C'TY*:20*k*/*M*).

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

- Mainly delivered to *AOC* (around 40*k/M*), the *Mini* tube makes up more than 1/2 of the current 15"*CDT* monthly average delivery to China.

- Estimates are that the joint venture with <u>Xincheng</u> [Underlined by hand] [Handwritten above: "(Kunshan)"] China will be utilized for mass production in *Q1* of next year 15"/17"*CDT*x1*L* (*C'ty*:150*k/M*). [Handwritten: "but it was claimed that the Xincheng financial area is problematic. This plan is already temporarily *PENDING*."]

5. *LG*:

- About a monthly average of 50*k* 15"*CDT* are sold to Taiwan makers.  The main China local customers are XOCECO/China Great Wall Computer Co/Founder (Combined calculation is about 20*k/M*).  About 120*k/M* 17"*CDT* are now delivered to Taiwan makers, of which about 50-60*k/M* are delivered to *AOC*.

- The March average *LG* 15"/17" production volume was about 600*k* each.  The inventory in 3/*E* was about 310*k*/250*k*.  Estimates for the April production volume are 600*k*/560*k*.  The inventory for 4/*E* was each about 380*k*/250*k*.

6. BMCC (*BMCC*): After it had been verified that starting in April, the direction is for Matsushita Philippines to produce 14"*CDT*x10*k*, temporarily there is no following *CDT* mass production plan.  The original 17" *CDT* expansion situation is still *pending*.

III. Price Review:

1. Meeting attendees agreed still temporarily to maintain the U.S. dollar and RMB pricing coefficient as 10.8, ~~only actual current market coefficient already at about 10.4~~ [Crossed-out by hand].

2. In light of the pending global glass *shortage* situation, especially influenced by the large screen and flat tube's increasing demand, 14"*CDT* glass will be more lacking.  In anticipation of future price *CU*, Huafei Color Display Systems/SDI both suggested reviewing a price increase for the 14"*CDT*.  Simultaneously, this can create a price *CU* environment for later price adjustments.  They requested headquarters to consider it.

IV. The next *CDT* meeting will tentatively be on 05/09 *PM* 2:30, held by HuaFei Color Display Systems.

~End of report~

[Handwritten:]
*SDI* still questioned if *CPT* gave preferential pricing to *AOC*, to which employee already determinedly denied.  SDI also brought up that there should be a price increase for the 14" *CDT* because its demand exceeds its supply.  Employee replied that it must be

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00030993.01E
Translation

decided and passed through the headquarter *GLASS MEETING*.  There is optimism for success.

Submit Team Leader

Manager

Respectfully submit to *CPTF* President Y.M. Peng

Sales Department Manager/Director Cheng

[Initialed:] Y.M. Peng *APR* 11/2*K*

[Initialed:] Jason (Jing-Song) Lu 4/10 '00

[Signed:] Wei-Lie Yu 4/10'2*K*

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00030993.02E
Translation

| | Type | Prod | '00.03.Sale | | | E/stock | Prod | '00.04.Sale | | | E/stock | Remark |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Ttl | Local.sa | Export.sa | | | Ttl | Local.sa | Export.sa | | |
| Philips | 14"(Local) | 95 | 94 | 58 | 36 | 1 | 80 | 80 | 32 | 48 | 1 | |
| | 15"(Local) | 85 | 85 | 66 | 19 | 8 | 80 | 82 | 65 | 17 | 6 | |
| | 15"(Import) | | 56 | | 56 | | | 60 | | 60 | | |
| | 17"(Import) | | 89 | | 89 | | | 98 | | 98 | | |
| Sdd | 14"(Local) | 160 | 158 | 65 | 93 | 4 | 160 | 164 | 70 | 94 | 0 | |
| | 14"(Import) | | | | | | | | | | | |
| | 15"(Local) | 130 | 120 | 54 | 66 | 24 | 130 | 150 | 68 | 82 | 4 | |
| | 15"(Import) | | 160 | | 160 | | | 180 | | 180 | | |
| | 17"(Local) | 50 | 55 | 10 | 45 | 0 | 50 | 50 | 10 | 40 | 0 | |
| | 17"(Import) | | 170 | | 170 | | | 200 | | 200 | | |
| Cpt | 14"(Local) | 181 | 173 | 91 | 82 | 17 | 218 | 226 | 0 | 226 | 9 | |
| | 14"(Import) | | 102 | | 102 | | | 111 | | 111 | | |
| | 15"(Local) | 160 | 118 | 44 | 74 | 85 | 82 | 142 | 93 | 49 | 25 | |
| | 15"(Import) | | 160 | | 160 | | | 210 | | 210 | | |
| | 17"(Import) | | 350 | | 350 | | | 550 | | 550 | | |
| Orion | 14"(Import) | | 34 | | 34 | | | 40 | | 40 | | |
| | 15"(Import) | | 71 | | 71 | 0 | | 83 | | 83 | 0 | |
| | 17"(Import) | | 0 | | 0 | 0 | | 6.7 | | 6.7 | 0 | |
| Bmcc | 14"(Local) | | | | | | | | | | | |
| Irico | 15"(Local) | 83 | 80 | 80 | | 184 | 85 | 85 | 85 | | 184 | |
| Lg | 14"(Import) | | 0 | | | | | | | | | |
| | 15"(Import) | 0 | 80 | | 80 | | | 80 | | 80 | | |
| | 17"(Import) | 0 | 170 | | 170 | | | 170 | | 170 | | |
| Total | 14"(Local) | 436 | 425 | 214 | 211 | 22 | 458 | 470 | 102 | 368 | 10 | |
| | 14"(Import) | | 136 | 0 | 136 | | | 151 | 0 | 151 | | |
| | 15"(Local) | 458 | 403 | 244 | 159 | 301 | 377 | 459 | 311 | 148 | 219 | |
| | 15"(Import) | | 527 | 0 | 527 | | | 613 | 0 | 613 | | |
| | 17"(Local) | 50 | 55 | 10 | 45 | 0 | 50 | 50 | 10 | 40 | 0 | |
| | 17"(Import) | | 779 | 0 | 779 | | | 1024.7 | 0 | 1024.7 | | |

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00030994E

Translation

# EXHIBIT 33
# Filed Under Seal

# EXHIBIT 34
# Filed Under Seal

EXHIBIT 35



June 20, 2012

**Certification**

### Park IP Translations

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of the document with bates numbers range: CHU00029110E – CHU00029115E.

Abraham I. Holczer

Project Manager

EXHIBIT
2260

PENGAD 800-631-6989

Park                    Case                         #                    29567

134 W. 29th Street 5th Floor • New York, N.Y. 10001
Phone: 212-581-8870 • Fax: 212-581-5577

[TRANSLATION]

Visitation Report

Date: 2000/06/23(Fri.) 6-9*pm*    Company: *Philips Mr. Jim Smith, Mr. Leo Mink* (via phone)

Date: 2000/06/25(Sun.) 6-9*pm*    Company: IRICO Sales President SaTao

Contact: Wen-Chun (Tony) Cheng

Topic: *TV* Tube Market

I.    *PH TV* Tube:

1.  Regarding the issue which *PH* blamed CPT for not cooperating to raise the European 14" price to $39, an appointment was made with *Mr. Smith* to exchange views and *Jim* carried out the review with *Leo* over the phone.

2.  *Leo* stated that on 4/19 the price was proposed to be $38 for the 2nd half of the year but around 5/25 everyone proposed to have the market price raised to $39. CPT was only selling at $37~37.5 for some customers right now so the price difference would be too big. He doubted if CPT could raise the price. CPT explained that *Mr. Smith* in the last Asian meeting also expressed that the appropriate price should be $38 according to current European and Asian environment and 14/20" interactive environment. After contacting *David Ross* after the meeting, *David* said although *Leo* said to raise price to $39 on 5/25 *David already expressed that it was not easy to attain that because of the huge rise and the small price differential with 20/21"* [Underlined by hand].

3.  I doubted that *Leo* had achieved any agreement with customers and in the past he always lowered the target price with customers. Accordingly, I tried to confirm the accuracy of $39 but *Leo* expressed he was still trying and hoped to gain support from CPT [Underlined by hand]. I stated that CPT always acted as a pioneer, not a trouble maker, and previous contact matched the current achievement CPT made, so it was not proper to inform the customers at the last minute to raise the price again by $1. Besides, before current confusion regarding 20/21" is clearly improved, it is better to wait. In the meantime, CPT will also talk about the possibility of raising the price to $38.5 [Underlined by hand] with customers. (*PH* indicated that the customers and targeted market of 14" and 20/21" are different so it won't have any transfer problem even if the price differential is $5/10, respectively. I stated that current customers said 14" is sold for service only so they would abandon the production of 14" once their loss is too big after the price is raised to $39 by $3.)

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00029110.01E
Translation

4. *PH* questioned CPT again why its *PH TV* raised to $36.8 by $1.3 only in the internal transaction, which would cause bigger price differential with the market price. I countered by questioning why *PH CRT* didn't work together with *PH TV* to undergo price increase negotiations but waited for CPT to negotiate with *PH TV* first and <u>didn't have to make any efforts but just used $36.75 to *undercut* CPT</u> [Underlined by hand]. Then *PH* started to explain it was beyond their control because this was related to another department. Accordingly, I asked *PH* to hint at the price adjustment first if *PH CRT* hopes to raise the price in *Q*4 and CPT will definitely cooperate.

5. Regarding the *Vestel* price from IRICO, <u>it was not raised but still remained at *FOB* $29.3, ($35.5 after reaching the factories)</u> [Underlined by hand] *PH* hopes CPT can negotiate again with IRICO to maintain a moderate price differential. I stated that further contact will be made but IRICO already felt unhappy about *PH*'s constant request which hopes the price differential between IRICO and *PH* can be curbed to $0.5. (I stated that CPT sells 15" *cdt* at $66 but IRICO still cannot sell any at $58.) *Jim* encouraged me to ask IRICO to maintain the price differential around $1 and I expressed that I would try my best to negotiate with IRICO.

6. CPT stated that it was very ridiculous that the current set price for 14" was $38~39 but 20/21" in Europe was still *DM* 97~100/107~110, only *US*$45/50, which was even lower than the price in China. Under such a condition, it's not healthy to ask CPT and IRICO, which only have one product, 14", to take the risk of irritating customers. *Jim* agreed that with full utilization rate the price should not be so weak. *Leo* stated that currently the negotiations with other European picture tube companies, (such as SEC and *Thomson*), didn't go smoothly. *Jim* said *Leo* should notify him earlier but he would ask SEC to pay attention.

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00029110.02E
Translation

[Page Intentionally Omitted]

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00029111E
Translation

According to *Leo*, for the short time it will be very difficult to have a reasonable price for 20/21" in the European market and the price can only be raised by $0.5 at most each time. So there will still be a huge difference of $13 from the reasonable price differential of $18~20.

7.  After the meeting, *Jim* talked to me alone and expressed that the expectation for next year's market is not as good as for this year but the CPT production, on the contrary, will increase from 3*M* this year to 4 *M*, which will cause big impact on the market. Accordingly, he hoped CPT could have a second thought. *I said that CPT didn't intend to disturb the market and it is a sincere gesture to limit itself from taking orders from customers which have conflicting interests or to inform PH first before taking orders.* Besides, the growth in quantity this year is mostly from CPT's original own customers and CPT didn't fight for orders viciously against *PH*. Next year, CPT will introduce 15" flat tube but the impact should not be too big. *Jim* still hopes CPT can control the production quantity.

II.  IRICO picture tube:

1.  President Sa is responsible for all external purchase and external sales. <u>Regarding sales, he assigned 14" mainly to *Vestel* and *Thomson*</u> [Underlined by hand] and would start to promote 21" and 15" 0.28.

2.  IRICO's business plan:

| product | lines | production capacity | '99 sales | '00 target | | |
|---------|-------|---------------------|-----------|------------|--|--|
| 14"     | 2     | 3.6M                | 2.9       | 3.2        | | |
| 21"     | 2     | 3.6                 | 3.1       | 2.7        | | |
| 25"     | 1     | 1.15                | 1.1       | 1.15       | | |
| 15"0.28 | 1     | 1.5                 | 1.1       | 1.25       | | |
| total   | 6     | 9.85                | 8.2       | 8.3        | | |

   a.  <u>14" sold to *Vestel* 1.5M, *Thomson* 0.2*M* (initial quoted price, $29.5 *fob*, will be changed to $31*fob* = $32*cif*)</u> [Underlined by hand] internal sales 0.9*M*, Hong Kong 0.6*M*

   b.  <u>Current inventory for 21", 100k, is normal.  This year, the production line is changed to 25/29"so production is less than last year.  China's market is integrating but there are still many difficulties</u> [Underlined by hand].

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

3. Regarding *Vestel*'s sales, President Sa admitted that they are still selling at $29.3, the increased price since April. ($35.5 factory price) After meeting with *PH* and CPT in Xian, he had already tried to ask *Vestel* to raise the price again to $31(factory price $37.5) but immediately was accused by *PH* of anti-dumping tax. *Vestel* understands *PH* is also accusing *Vestel* of dumping. Currently, the price is raised by $3 with the European customers, who account for 80% of all customers, but things are still in negotiation. In order to avoid too much fluctuation in price, it is hoped that IRICO and *Vestel* will share the rising cost after the case of dumping is established. June and July are the traditional low season for colored TV in China Mainland so IRICO made an agreement with *Vestel* to keep the current price unchanged until the end of July [Underlined by hand].

4. I reported how the prices increased in Asia and Europe and hoped IRICO could also respond but President Sa expressed that its trading volume with *Vestel* is already lowered to 1.5 *M* from the targeted 2.0*M* at the beginning of this year and the delivery quantity in June dropped to 60*k* from the regular 120*k/m* (but it already rose to 80*k* again). [Underlined by hand] Since the supply quantity cannot be raised and the service to *Vestel* is poor, the higher the price, the better it is. But *it is hoped to maintain at least the price differential of $1.5* otherwise IRICO will suffer bigger impact when the market becomes better. IRICO hoped to have one more month to observe. When the market becomes better in August, it can carry out a review again regarding the opportunity to raise prices [Underlined by hand].

5. As for 21", recent market is really not good. The agreed price among makers is *rmb* 1050, but actually is only *rmb* 750. The price of Panda brand is the lowest and current market inventory should still be 2.0 *M*. Although makers intended to integrate and decrease production to 3,0*M* the biggest maker, Changhong, didn't want to cooperate and even increased its production to 3.0*M* [Underlined by hand]. In the integrating meeting held the other day, all of the picture tube makers were called to the meeting and asked to cut the price to *rmb* 430 or they would lose the orders but picture tube makers were united, intending to cut production but not the price [Underlined by hand].

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

CHU0002911Z.02E
Translation

[Page Intentionally Omitted]

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

6. Currently, IRICO's internal sale price for 21" picture tube is *rmb* 530 [Underlined by hand] and there are no direct customers for external sales. Customers are all domestic customers who want to save tax and sell at $48~48.5 *(itc)*. President Sa stated that that price is higher than those of Hitachi and Shanghai Novel CPT Co., etc. [Underlined by hand]  The price which *Asia* understands is too much higher than the actual prices. Companies in Turkey, such as *Vestel*, *Beko* and *Profilo*, have Hitachi as their core products and Novel CPT as supplementary core products. IRICO still doesn't have a chance. He also agreed to cooperate with Asian makers who hope to have a reasonable price at $54.5*(itc)*. But he also expressed that IRICO was not the key and IRICO could take the lead to raise the price when the market is still asking for reduction of production and promotion of sales.

7. 800*k* of 15" 0.28*mm* tube will be produced in the first half of the year [Underlined by hand]. Because of the melting problem of *DY*'s varnish hot there were many returned goods. Although the problem was resolved, sales didn't improve. Inventory has reached 600*k*. There was much pressure to sell and they hoped CPT can give them some advice. Samples had already been sent to *AOC*, *EMC* and *Vestel*, but there was no progress. CaiHuang used *PH*'s falling price to make IRICO decrease the price again from $60 to $58 [Underlined by hand]. Impression of Huangqi was not good, either. I also stated that *PH* didn't do business with Huangqi but raised price by $2 to $66~67 level. As for the trouble situation of IRICO, CPT hopes IRICO can contact CPT first after samples are approved and before negotiating price and quantity so as to avoid confusion.

8. Toshiba became share holder by investing equipment. Retired technical personnel from Toshiba were hired to as instructors. However, it was felt that Toshiba was not too enthusiastic in transferring technology. If there is any opportunity IRICO hopes to cooperate with CPT. I will send out invitation letters to invite them to visit CPT in November and December [Underlined by hand]. (The procedure will take about half a year.)

-End of report-    Respectfully submitted for approval

Sales Wen-Chun (Tony) Cheng

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00029114E
Translation

[Page Intentionally Omitted]

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00029115E
Translation

接洽報告

日期: 89年6月23日(五)6~9pm   廠商 Philips Mr. Jim Smith, Mr. Leo Mink(電話)
日期: 89年6月25日(日)6~9pm   廠商 彩虹 業務 沙濤總經理
接洽: 鄭文俊
主旨: TV管市場

一.PH TV管部份:

1. 針對PH指責華映在歐洲14"售價未配合調漲至$39一事，與Mr. Smith的見溝通，Jim遂與Leo接通進行檢討。

2. Leo說明雖在4/19所提議為下半年以$38進行，但在5/25前後均提議將市場價格調升至$39，質疑現華映在某些客戶處僅銷售$37~37.5，致差價過大，無法推展。華映說明在前次亞洲大會中，Mr. Smith亦表示以現有歐亞及14/20"間互動環境，認為較適合之價位應在$38。會後與David Ross連繫，David在5/25時，Leo雖提說要調升至$39，但David已表示可能在漲幅過大且與20/21"差距過小，並不易達成。

3. 職質疑Leo迄今並未與客戶達成任何協議且以往其與客戶總是再由目標價退縮，將確認其所謂$39之真確性，Leo表示現仍在撐，希望華映能支持。職表示華映以往一直在做先鋒，不是搗蛋的公司，之前的連繫與現華映之達成結果符合，現臨時再通知客戶即改再調高$1並不適當，且在現有20/21"亂象未有較明確的改善之前，最好能再觀察一下。華映也會在此同時，與客戶洽議將售價調高至$38.5。(PH表示14"與20/21"客戶及市場對象不同，即使差價僅各$5/10，也不會有移轉的問題，職表示現有客戶表示14"純屬服務機種，售價一次漲$3，至$39，虧損過大的情況下，將放棄14"之生產。)

4. PH再質疑華映為何在其PH TV部門之內部交易僅漲$1.3為$36.8，如此與市場之價差將更大。職反質疑這段時間何以對PH CRT全不與PH TV進行調漲協商，待華映與PH TV一番談判後，不費吹灰之力，遂以$36.75來undercut華映。PH才瞭解此為另一跨部門機能，不是他們所能控制的。職遂要求若PH CRT希在Q4調漲的話，請PH先去提示價位，華映絕對可以配合。

5. 對於大陸彩虹在Vestel的售價仍維持在FOB $29.3 (等於到廠$35.5)未調漲，PH希華映可再與彩虹協調不要將價差拉得太大。職表示將再與彩虹連繫，但PH一再希望彩虹與PH售價差$0.5以內，造成彩虹之不諒解(職表示15"cdt華映賣$66，彩虹賣$58都還賣不出去)。Jim表示應可請彩虹試著將價格維持約$1的差距，職表示將努力協商看看。

6. 華映說明現14"以$38~39定價，20/21"在歐洲卻仍在DM 97~100/107~110，僅及US$ 45/50，比中國大陸還低，實在是濟天下之大稽。如此結構硬要僅有14"單項產品的華映及彩虹去犯惱怒客戶之險，並不是很健康的作法。Jim亦認為現以全滿檔動，售價不應如此軟弱。Leo表示與現有歐洲其他映管(如三星與Thomson)之協商並不順利，Jim表示Leo應及早讓他知道，他會請三星注

CONFIDENTIAL - GRAND JURY MATERIAL

CHU00029110

第四章 各工程規劃進度

2000/6/13

TFT-II SIP工地事務所所製作

CONFIDENTIAL - GRAND JURY MATERIAL

CHU00029111

意。但依Leo之說法，短期內歐市之20/21"價位要合理化將極困難，頂多每次只能調漲$0.5，與應有之價差$18~20，仍有$13之大差距。

7. Jim在會後單獨向職表達明年之市場預期不如今年，但華映產出反而再從今年的3M提升至4M，對市場的影響會很大，請華映考慮。職說明並無惡意擾亂市場，在某些有衝突之客戶處的接單給予限制或先與PH照會都是誠意的表現，今年數量的成長大部份是由華映原有的專屬客戶來的，來惡性與PH搶單，明年還會導入15"全平管，影響應不致過大，Jim還是希望華映能控制產量。

二、彩虹映管部份：

1. 沙總負責所有外購外銷工作，銷售部份以14"給Vestel、Thomson為主，近期將開始推展21"及15"0.28。

2. 彩虹之事業計劃：

| 生產 | 線 | 產能 | '99銷 | '00目標 | |
|---|---|---|---|---|---|
| 14" | 2 | 3.6M | 2.9 | 3.2 | |
| 21" | 2 | 3.6 | 3.1 | 2.7 | |
| 25" | 1 | 1.15 | 1.1 | 1.15 | |
| 15"0.28 | 1 | 1.5 | 1.1 | 1.25 | |
| total | 6 | 9.85 | 8.2 | 8.3 | |

a. 14"售Vestel 1.5M, Thomson 0.2M (初報價$29.5fob、將改報$31fob=$32cif)，內銷0.9M，香港0.6M。

b. 21"現庫存100k尚正常，今年因改號為25/29"故產出較去年少，大陸市場正整合中，但仍有不少困難。

3. 就Vestel之銷售部份，沙總承認現仍以四月調漲的$29.3 (到廠$35.5)銷售，前次在西安與PH及華映開會後，即曾試圖向Vestel要求再調漲至$31 (到廠$37.5)，但隨即遭PH控訴的反傾銷稅，Vestel瞭解PH現亦向Vestel控告整機傾銷，現雖亦向銷售比例達80%之歐洲客戶調漲$3，但也還在洽談中，為避免售價過度波動，希彩虹與Vestel共同分攤傾銷成立後之成本上漲，由於六、七月為大陸地區彩色電視之傳統淡季，彩虹送與Vestel協議現價暫時不動至七月底。

4. 職表達在亞洲與歐洲價位上漲之進度，並希彩虹能共襄盛舉，沙總表示與Vestel之交易量從年初預定的2.0M調降至今1.5M，六月交貨量從以往120k/m大幅降低至60k (現再提升至80k)，下半年的供貨量無法上升，對Vestel的服務很差，售價當然愈高愈好，但希望至少保持$1.5的價差，否則日後市場反轉，在有傾銷態勢下，其他地區的客戶未及開拓，彩虹會受到較大之傷害，彩虹希望再觀察一個月，八月市場較佳時期再檢討掌握時機調漲。

5. 21"近期之市場的確不佳，整機廠的協議售價在rmb 1050，但實際只有rmb 750，以熊貓牌最低，現五場應存應仍有2.0M，整機廠雖意欲整合減產3.0M，但最大的彩虹卻不參加速增產3.0M，目前整合會議中同時把映管廠叫到一起要求誰不降價至rmb 430就不給單，映管廠倒是很固結的打算減產不降價。

CPTM PRODUCTION-SALES-STOCK FORECAST (MAY 2000)

Unit : PC

| TUBE TYPE | 13V MNN | | | TV | 19V | 20V | TV | 13V HR SS | | 14V HR SS | | | | 16V | | DSP | GRAND |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | PLT-A | PLT-B | TOTAL | TOTAL | | | TOTAL | PLT-A | PLT-D | TOTAL | PLT-C | PLT-D | TOTAL | HR SS | TOTAL | TOTAL | TOTAL |

CONFIDENTIAL - GRAND JURY MATERIAL

CHU00029113

6. 目前彩虹21"映管內銷價rmb 530，外銷沒有什麼直接客戶，都是一些內地客戶以保稅方式賣$48~48.5(itc)，沙總表示此價格較日立及永新等公司都還高，亞洲所瞭解的價位比實際情況高太多，目前土耳其的Vestel, Beko, Profilo等就是以日立為主，永新為輔，彩虹還沒機會。對於亞洲地區廠商希望價格能夠合理化至$54.5(itc)亦表贊同配合，但表示彩虹不是關鍵，在市場遇到讓減產或促銷的情況下，彩虹無法先行去源。

7. 15" 0.28mm管在上半年將生產800k，因DY之凡立膠熱熔化問題遭遇大量退貨，現難解決，銷售仍然不行，庫存達600k，最近有很大的銷售壓力，請華映指點迷津，現已送樣給AOC, EMC, Vestel, 但都沒什麼進展。彩皇以PH跌價來要脅，故不得不再從$60降為$58，對皇旗整體觀感也不是很好。職同時說明PH不但未與皇旗交易，近期還在市場上調漲$2，到$66~67的水準，對於彩虹的困境，希望在其樣品通過要洽談價位數量前，能跟華映連繫一下，免得造成混亂。

8. 現以設備投資的方式讓東芝入股，同時聘請東芝技術的退休人員指導，感覺東芝在彩管技術上沒有很積極，若有機會希望能和華映合作。職將發邀請函請其於11/12月來訪。(手續需時約半年)

以上報告   恭呈核示

業務   鄭文俊

Revised : (05-30)
Unit : PC

# CPTM PRODUCTION-SALES-STOCK FORECAST ANALYSIS
## (FOR MONTH OF MAY 2000)

％/o
Date : 26-May

| | | PRODUCTION | | | | SALES | | | | | | | STOCK | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Last Month | This Month | Diff (+/-) | %Age Changed | Last Month | This Month | Diff (+/-) | %Age Changed | May'99 | Diff (+/-) | %Age Changed | Last Month | This Month | Diff (+/-) | %Age Changed |
| 13V MDNN | | 401694 | 637487 | 229793 | 56.4% | 510324 | 512580 | 2256 | 0.4% | 227026 | 285554 | 125.8% | 73272 | 198441 | 125169 | 170.8% |
| 19V | | 146732 | 174905 | 28173 | 19.2% | 157857 | 164536 | 6679 | 4.2% | 105504 | 59032 | 56.0% | 23110 | 34120 | 11010 | 47.6% |
| | SS | | | -609 | -7.1% | 8282 | 9315 | 1033 | 12.5% | 6392 | 2923 | 45.7% | 5464 | 4207 | -1257 | -23.0% |
| 13V HR | SS | 316632 | 194642 | -121990 | -38.5% | 230718 | 271476 | 40758 | 17.7% | 124857 | 146619 | 117.4% | 108080 | 39701 | -68379 | -63.3% |
| | ST | 0 | 0 | | - | 0 | 0 | | | | | | 0 | 0 | 0 | - |
| 14V HR | SS | 180656 | 220404 | 39748 | 22.0% | 233694 | 244210 | 10516 | 4.5% | 361026 | -116816 | -32.4% | 47296 | 42340 | -4956 | -10.5% |
| 16V HR | SS | 310163 | 163530 | -146633 | -47.3% | 271208 | 197120 | -74088 | -27.3% | 203116 | -5996 | -3.0% | 134790 | 103122 | -31668 | -23.5% |
| 13V HR | ST | | | | | | | | | | | | | | | |

1. 生產比較：業務將售前需 CTV 多產推存，CDT 14V / 16V HRSS 生產簡化完工事多，實際減少繁型產出，唯繁型努力提大速作用功能強化 WH 退貨簽理問題處理，致使簡產比收前增加 28,482 pcs，簡額成長 2.1 %。

2. 銷售比較：(a) 與上個月銷售比較，除 16V HRSS 頂受客戶訂定專款呈現較前的零洞外，除 TYPPIS 銷售均維持水平求少幅成長，唯 16V 上集 RSS 表現因相見缺，致後搭銷售較前少賣 12,846 pcs，漸值滲漲 0.9 %。

   (b) 與去年同期別較銷售之比較，除 14V / 16V HRSS 頂外，除均搭改相增增多，今累 371,316 pcs，成長 36.1 %。

3. 庫存比較：5 月進作，生產 / 銷售簡最相當均簡 1400K，唯簡殺即加強 WH 退貨簽理簡單簡簡簡合成，買就運動簡積，致簡簡成品庫存較前上升 29,919 pcs，簡漲 7.6 %。

聯 級 報 呈 26/05/2000

CONFIDENTIAL - GRAND JURY MATERIA

CHU00029115

# EXHIBIT 36
# Filed Under Seal

# EXHIBIT 37
# Filed Under Seal

EXHIBIT 38

**[TRANSLATION]**

[Handwritten:] ~~Chung~~ [Crossed out by hand]/ Yu

*CPTF* Sales Department        Visitation Report

Meeting Topic:   Mainland China *CDT* Market Exchange

Time:            '00/09/14        Location: Changsha

Meeting          *CPTF*: Director Jing-Song (Jason) Lu, Wei-Lie Yu
Attendees:       *IRICO*: Vice Department Manager Shao-Jie Wang
                 *SDD:* Section Chief Zhen Yang, Section Chief Jun Cui/*TSDI*,
                 *BMCC:* Manager Xin-Wen Huang
                 *LG*: Department Manager Ya-Ping Yang/*LG* Changsha, Section
                 Chief Yi-Xiang Fang; Vice President Sung Yuol Shin/Shenzhen
                 Office
                 *ORION*: Myong Doel Park/*korea*, Representative Jae Guil Kim
                 /Shanghai office
                 *PHS*: Director Dong Liu

Content:

I.       00. *OCT - NOV* exchange on production, sales and inventory figures of
         Mainland China *CDT* (see attachment 1).

II.      Explanation:

   1. *SDI*:
   • Affected by the decrease of 17" *CDT* orders from its major customers
     *ACER/DELTA/TSEC/EMC*, there is still a small amount of inventory in this
     month.   In accordance with the agreement, 15" will still stop production
     for a week.   But indicated that since its 15"*CDT*x1*L* had converted to
     17"*CDT* in Korea, it needed to communicate with the headquarters as to
     whether the production reduction should still be arranged at its plant in
     Mainland China.   The market for domestic sales is booming.

   • Indicated that the Shenzhen plant will utilize
     17"*RF*/17"*Normal*/19"*CDT*x1*L* starting '01.2, among which mass
     production will be arranged for 17"*RF* with 1/2*L* production capacities.

   • *SDI* is expected to utilize <u>17"*RF*x8*Lines*</u> [Underlined by hand] starting next
     year.   15"*CDT*x3*Lines* will be utilized each in *Malaysia/Korea/CHN*
     respectively.   Will stop production of *Mini* tubes in '00.9.   Whether or not
     to use new types of tubes for delivery is not confirmed.
     [Handwritten above underlined text:] Should be the total of 17"/19"*RF* tube
     production lines

---

English words found in the original text are *italicized.*
Translator's remarks are indicated in brackets [  ].

CONFIDENTIAL – GRAND JURY MATERIAL              CHU00031044.01E

- Indicated that the domestic sales ratio of Shenzhen plant and Tianjin plant is 40% and 30% respectively (calculated with the total volume of *CDT* + *CPT*).

2. *PHS*:
- The *CDT*x3*L* (14"x1*L*, 15x2*L*) shifted from Taiwan are currently in the process of utilizing mass production in succession (9/*E*, 10/*M*, 10/*E*). Among these, 14"x1*L* will be converted to 17"*CDT*x1*L* in October (to achieve the target for domestic sale demand), namely starting from `00.10, 14"*CDT*x1*L*; 15"*CDT*x3*L*; 17"*CDT*x1*L* will be utilized for production. [Handwritten above text:] The production lines that shifted from Chubei must be 100% for export sales.

- Additionally, the two lines currently in Taiwan will also be shifted to Mainland China starting October of this year.   It is estimated that the mass production of (15"/17"*CDT*, each 1*L*) can be utilized starting `01.3 - 4.

- According to the investment application for this line-shifting project by Huafei, the products are required to be 100% for export sales.   So starting October, the 14"*CDT* (converted from the 1*L* shifting line) will temporarily not be available for domestic sale (under the current environment of the campaign against smuggling, it is planned to temporarily sell the products of this shifting line x3*L* overseas).   According to Director Liu, presently Huafei actually does not have the right to sell domestically (including the first stage of 2*L*).   However, <u>under the support of the local government and the customs, its domestic sales were achieved</u> [Underlined by hand] (based on the market exchange information, currently the ratio of its domestic sale is over 70%).

3. *IRICO* (IRICO):
- With the domestic market demand getting vigorous and with its inducing orders by low prices, the Mainland customers of internal demand transactions have been expanded.   The total inventory of 15"*CDT*

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

has somewhat decreased.    However, it declined to comment when questioned by Samsung that its actual inventory number should be much higher than the current informed number.    At present, it still sticks to its old way of doing things as far as the market price is concerned, and has not adjusted its price according to the common understanding of the market. [Handwritten above text:] According to *SDI*, *IRICO*'s inventory still reaches 300*K*.

- The 17"*CDT*x1*L* jointly invested with *TSB* is expected to utilize in '01 *Q*3 - *Q*4.    The *CDT* joint venture project is estimated to have total of 3 - 4*L* production lines; all will be utilized by shifting the old lines from Japan.

4.   *ORION*:
- With the weakening of the 14"*CM* market (*AOC*), indicated that will only deliver 25*k/m* to *AOC* in the future.    14" *bulb* from Mainland Anyang was not led in smoothly due to its overall quality issues and delivery time.

- Affected by the order increases of Mainland China Weihai and Daewoo, the follow up deliveries of 15"/17"*CDT* have gradually increased (15": 10-20*k/m*; 17": 5-8*k/m*).    At present, Mainland China still considers *AOC* as its main delivery subject.

- The *B* tubes were sold through a Korean *agent* before.    The situation got out of control and the B tubes flowed to Mainland China.    Has stopped this kind of transactions since *Q*2.    Quite sure that there is no Daewoo *B* tube at the current market.

- Also indicated that the trading price with *AOC/EMC*17"(*tco*) is @*usd*84. Its price gap of *tco/mpr*2 is *usd*2/*pc*.

- The joint venture project with Mainland China has not been proceeding well due to the financial issues of the Chinese party.    Presently is trying to look for new partners.

5.   *LG*:
- The *LG* Changsha (*LGESG*) was established in '94.8 with *LG* and the domestic capital *share*55% and 45% respectively.    At present, the first phase (21"*CPT*x1*L*; 21"/25"*CPT*x1*L*; 25"*CPT*x1*L*) and the second phase (29"/33"*CPT*, Mass production in '00.7) of the project have been completed and production has been started.    The designed production capacities are 3500*k/Y* & 1000*k/Y* respectively.

- For the third phase 15"/17"*CDT*x1*L*(*C*`*TY*:2000*k/Y*), it is expected to have mass production in Q2-Q3 of next year.    The mass production target is 300*k*/'01.    In addition, also planned to set up lines of mass production for 15"/17"*RF*(*C*`*TY*: 2000*k/Y*x1*L* and 29"*LFT* (*C*`*TY*: 1700*k/Y*) x1*L*.

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [  ].

CONFIDENTIAL – GRAND JURY MATERIAL                          CHU00031045.01E

- Because of quality issues, hasn't had transaction with *ADI* since Q2 of the first half of this year.   Delivered 1*m* [Handwritten: "Delivery to *CTX*"] in 1999.   Up to now, only 180*K* in '00.   Whether the future orders can be realized or increased depends on the order situation from *Kfc*.

  [Handwritten:] Yu claimed that with regard to Taiwan makers, it is retreating in defeat again and again, except *AOC*.

6.  *BMCC:* Already confirmed that the 15"/17"*CDT*x1*L* equipment will be installed in '01/*E*.   Formal mass production (*C'TY*: 2000*K/Y*) will be in '02/*M*.   Also, its top management has intended to again set up and utilize 17"*CDT* (*RF*) x1*L* in '02/*E* (converted from 21"*CPT* production line).

III.    The next *CDT* meeting is scheduled to be hosted by *CPTF* in Fuzhou on 10/12 *PM* 3:00.

- End of report –

[Handwritten: "Respectfully"] Submitted to:
    Senior Manager
    Director
    President

    [Handwritten:]
    Sales Department Director Cheng
    Vice president

[Initialed:] Peng *SEP* 20/2*K*

[Initialed:] Jing-Song (Jason) Lu 9/18'00

[Signed:] Wei-Lie Yu 9/18'00

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

**CONFIDENTIAL – GRAND JURY MATERIAL**        CHU00031045.02E

| | Type | Prod | '00.08.Sale | | | E/s | Prod | '00.09.Sale | | | E/s | Prod | '00.10.Sale | | | E/s | Prod | '00.11.Sale | | | E/s |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Ttl | Local | Export | | | Ttl | Local | Export | | | Ttl | Local | Export | | | Ttl | Local | Export | |
| Philips | 14"(Local) | 79 | 79 | 49 | 30 | 0 | 100 | 100 | 60 | 40 | 0 | 0 | 60 | 0 | 0 | 0 | 0 | 60 | 0 | 0 | 0 |
| | 15"(Local) | 81 | 81 | 81 | 0 | 0 | 100 | 100 | 100 | 0 | 0 | 0 | 100 | 63 | 37 | 0 | 0 | 120 | 63 | 57 | 0 |
| | 15"(Import) | | 86 | | 86 | | | 90 | | 90 | | | 50 | | 50 | | | 50 | | 0 | |
| | 17"(Import) | | 103 | 0 | 103 | | | 100 | | 100 | | | 80 | 20 | 60 | | | 80 | | 0 | |
| SDI | 14"(Local) | 86 | 86 | 41 | 45 | 0 | 80 | 80 | 40 | 40 | 0 | 80 | 80 | 40 | 40 | 0 | 75 | 75 | 35 | 40 | 0 |
| | 14"(Import) | | | | 0 | | | | | 0 | | | | | 0 | | | | | 0 | |
| | 15"(Local) | 165 | 165 | 75 | 90 | 0 | 165 | 165 | 70 | 95 | 0 | 200 | 200 | 80 | 120 | 0 | 210 | 210 | 70 | 40 | 0 |
| | 15"(Import) | | 215 | | 215 | | | 230 | | 230 | | | 230 | | 230 | | | 230 | | 230 | |
| | 17"(Local) | 122 | 110 | 46 | 64 | 12 | 120 | 130 | 60 | 70 | 2 | 110 | 110 | 40 | 70 | 0 | 130 | 130 | 50 | 80 | 0 |
| | | | 247 | | 0 | | | | | 0 | | | | | 0 | | | 0 | | 0 | |
| CPT | 14"(Local) | 144 | 141 | 0 | 141 | 12 | 100 | 100 | | 100 | 12 | 0 | 130 | | 130 | | 0 | 130 | | 130 | |
| | 14"(Import) | | 160 | | 160 | | | 140 | | 140 | | | 120 | | 120 | | | 100 | | 100 | |
| | 15"(Local) | 208 | 207 | 140 | 67 | 16 | 234 | 234 | 130 | 104 | 16 | 0 | 280 | | 280 | | 0 | 300 | | 300 | |
| | 15"(Import) | | 300 | | 300 | | | 330 | | 330 | | | 350 | | 350 | | | 350 | | 350 | |
| | 17"(Import) | | 350 | | 350 | | | 350 | | 350 | | | 320 | | 320 | | | 320 | | 320 | |
| Orion | 14"(Import) | | 23 | | 23 | | | 26 | | 26 | | | 25 | | 25 | | | 25 | | 25 | |
| | 15"(Import) | | 86 | | 86 | 0 | | 111 | | 111 | 0 | | 116 | | 116 | 0 | | 133 | | 133 | 0 |
| | 17"(Import) | | 55 | | 55 | 0 | | 66 | | 66 | 0 | | 60 | | 60 | 0 | | 67 | | 67 | 0 |
| BMCC | 14"(Local) | | | | | | | | | | | | | | | | | | | | |
| IRICO | 15"(Local) | 78 | 118 | 118 | 0 | 59 | 80 | 120 | 120 | 0 | 19 | 80 | 99 | 99 | 0 | 0 | 80 | 80 | 80 | 0 | 0 |
| LG | 14"(Import) | | 0 | | 0 | | | 0 | | 0 | | | 0 | | 0 | | | 0 | | 0 | |
| | 15"(Import) | 0 | 130 | | 130 | | | 150 | | 150 | | | 150 | | 150 | | | 135 | | 135 | |
| | 17"(Import) | 0 | 225 | | 225 | | | 205 | | 205 | | | 220 | | 220 | | | 220 | | 220 | |
| Total | 14"(Local) | 309 | 306 | 90 | 216 | 12 | 280 | 280 | 100 | 180 | 12 | 80 | 270 | 40 | 170 | 0 | 75 | 265 | 35 | 170 | 0 |
| | 14"(Import) | | 183 | 0 | 183 | | | 166 | 0 | 166 | 0 | | 145 | 0 | 145 | 0 | | 125 | 0 | 125 | 0 |
| | 15"(Local) | 532 | 571 | 414 | 157 | 75 | 579 | 619 | 420 | 199 | 35 | 280 | 679 | 242 | 437 | 0 | 290 | 710 | 213 | 397 | 0 |
| | 15"(Import) | | 817 | 0 | 817 | | | 911 | 0 | 911 | 0 | | 896 | 0 | 896 | 0 | | 898 | 0 | 848 | 0 |
| | 17"(Local) | 122 | 110 | 46 | 64 | 12 | 120 | 130 | 60 | 70 | 2 | 110 | 110 | 40 | 70 | 0 | 130 | 130 | 50 | 80 | 0 |
| | 17"(Import) | | 980 | 0 | 733 | | | 721 | 0 | 721 | 0 | | 680 | 20 | 660 | 0 | | 687 | 0 | 607 | 0 |
| | Total | 963 | 2967 | 550 | 2170 | 99 | [Illegible] 79 | 2827 | 580 | 2247 | 49 | 470 | 2780 | 342 | 2378 | 0 | 495 | 2815 | 298 | 2227 | 0 |

English words found in the original text are *italicized.*
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL                CHU00031046E

# CPTF 业务部　　　洽　访　报　告

**会议主题：大陆 CDT 市场交流**

时间：'00/09/14　　　　　地点：长沙

与会人员：

CPTF：　吕处长　镜松，余伟列　　　　　　IRICO：　王昭杰副部长

SDD：　杨真课长，崔军课长/TSDI，　　　　BMCC：黄新闻经理

LG：杨亚平部长/LG 长沙，方一相课长；　辛升烈副总经理/ 深圳办事处

ORION：朴明德/korea，金载喆　　代表/上海办事处　　　PHS：　刘东处长

内容：

一、00．OCT-NOV 大陆 CDT 产销存数据交换(如附件一)

● 二、说明：

*1. SDI：*

● 受其主要客户 ACER/DELTA/TSEC/EMC　17"CDT 订单减少影响，致本月仍有小量库存；15"依约仍停产一周，惟表示在其韩国由 15"CDTx1L 转为 17"CDT 下，仍安排大陆工厂减产一事再与总部沟通；内销市场呈现旺销态势。

● 表示深圳工厂将从'01.2 月稼动 17"RF/17"Normal/19"CDTx1L，其中 17"RF 将以 1/2L 产能安排量产。

● 预计明年起 SDI 将有 **17"RFx8Lines** 稼动，而 15"CDTx3Lines 分别于 Malaysia/Korea/CHN 各 1 线稼动；'00.9 月将停止 Mini 管生产，是否改以新管型替代交货未予确认。

● 表示深圳厂、天津厂目前内销比例各约为 40%、30%（系以 CDT+CPT 总量核计）。

● *2. PHS：*

● 台湾 CDTx3L（14"x1L，15x2L）迁移线目前陆续在稼动量产中（9/E、10/M、10/E）而现其中 14"x1L 将于 10 月改制为 17"CDTx1L（以达成内销需求目标）；即从'00.10 起 14"CDTx1L ；15"CDTx3L；17"CDTx1L 稼动投产。

● 另台湾现 2 线亦将从今年 10 月开始迁线到大陆，预计从'01.3-4 月起可稼动量产（15"/17"CDT 各 1L）。

● 依华飞该迁移线投资案申请，产品系要求 100%外销，故将从 10 月起 14"CDT（由其中 1L 迁移线改制）暂无法内销（在目前打私环境下，暂规划该迁移线 x3L 产品以外销方式进行）。依刘东处长表示，现华飞 CDT 实质无内销权（含前期 2L），而在当地海关及政府支持下达成内销（依交换市场信息计，目前其内销比例达 70％以上）。

*3.　IRICO(彩虹电子)：*

● 在内销市场需求趋旺及其低价诱单下，大陆内需交易客户数有所拓展，15"CDT 整

据SDI反映至上半年库存仍达300K

体库存状况有所降低；惟三星仍质疑其实际库存量应远高于现交流数字，其不置可否。目前其在市场价格方面仍我行我素，未依市场共识调整价格。

- 与 TSB 合资 17"CDTx1L 预计于'01.Q3-Q4 稼动，CDT 合资案预计共 3－4L 生产线，均将从日本迁移旧线方式进行稼动。

### 4.ORION：

- 在 14"CM 市场（AOC）减弱下，表示后续仅预计 25k/m 予 AOC；大陆安阳 14"bulb 由于整体品质状况及交期缘故未能顺利导入。
- 受大陆威海大宇订单增加影响，后续 15"/17"CDT 交货渐有成长（15"：10-20k/m；17"：5-8k/m）；目前大陆仍以 AOC 为其主要交货对象。
- 前 B 管曾由韩国 agent 代理销售，致失控外流到大陆，从 Q2 已开始停止此类交易，确定现市场上应无大宇 B 管。
- 另表示目前与 AOC/EMC17"(tco) 交易价格均为 @usd84，其 tco/mpr2 价差为 usd2/pc。
- 与大陆合资案仍受中方财务问题未能顺利进行，目前试图另寻新的合作伙伴。

### 5.　LG：

- 长沙 LG（LGESG）由 LG 及内资分别 share55% 及 45% 于'94.8 成立，目前已建成投产第一期（21"CPTx1L；21"/25"CPTx1L；25"CPTx1L）及第二期（29"/33"CPT,'00.7 量产）工程，设计产能分别为 3500k/Y　&　1000k/Y。
- 第三期 15"/17"CDTx1L（C'TY:2000k/Y）预计于明年第 2－3 季量产，量产目标为 300k/'01。另计划'02 年再设线量产 15"/17"RF（C'TY:2000k/Y）x1L 及 29"LFT（C'TY:1700k/Y）x1L。
- 由于品质问题从上半年第二季起即无与 ADI 交易往来（'99 交货 1m；'00 至今仅 180k），后续订单能否达成及或增加将视 Kfc 下单状况。

因稼反应除AOC外,其间部分反馈。

### 6. BMCC：已确定于'01/E 开始 15"/17"CDTx1L 设备安装，'02/M 正式量产（C'TY:2000K/Y）；另其高层亦已达成'02/E 再设线稼动 17"CDT(RF)x1L 之意向（从现 21"CPT 生产线改造）。

四、下次 CDT 会议预计于 10/12 PM3:00 由 CPTF 在福州主办。

-以上报告-

敬呈

　　　经理

　　　处长

　　　总经理

CONFIDENTIAL - GRAND JURY MATERIAL

CHU0031046

| | Type | Prod | '00.08.Sale | | | E/s | Prod | '00.09.Sale | | | E/s | Prod | '00.10.Sale | | | E/s | Prod | '00.11.Sale | | | E/s |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Ttl | Local | Export | | | Ttl | Local | Export | | | Ttl | Local | Export | | | Ttl | Local | Export | |
| Philips | 14"(Local) | 79 | 79 | 49 | 30 | 0 | 100 | 100 | 60 | 40 | 0 | 0 | 60 | 0 | 0 | 0 | 0 | 60 | 0 | 0 | 0 |
| | 15"(Local) | 81 | 81 | 81 | 0 | 0 | 100 | 100 | 100 | 0 | 0 | 0 | 100 | 63 | 37 | 0 | 0 | 120 | 63 | 57 | 0 |
| | 15"(Import) | | 86 | | 86 | | | 90 | | 90 | | | 50 | | 50 | | | 50 | | 0 | |
| | 17"(Import) | | 103 | 0 | 103 | | | 100 | | 100 | | | 80 | 20 | 60 | | | 80 | | 0 | |
| SDI | 14"(Local) | 86 | 86 | 41 | 45 | 0 | 80 | 80 | 40 | 40 | 0 | 80 | 80 | 40 | 40 | 0 | 75 | 75 | 35 | 40 | 0 |
| | 14"(Local) | | | | 0 | | | | | 0 | | | | | 0 | | | | | 0 | |
| | 15"(Local) | 165 | 165 | 75 | 90 | 0 | 165 | 165 | 70 | 95 | 0 | 200 | 200 | 80 | 120 | 0 | 210 | 210 | 70 | 40 | 0 |
| | 15"(Import) | | 215 | | 215 | | | 230 | | 230 | | | 230 | | 230 | | | 230 | | 230 | |
| | 17"(Local) | 122 | 110 | 46 | 64 | 12 | 120 | 130 | 60 | 70 | 2 | 110 | 110 | 40 | 70 | 0 | 130 | 130 | 50 | 80 | 0 |
| | 17"(Import) | | 247 | | | | | 0 | | 0 | | | 0 | | 0 | | | 0 | 0 | 0 | 0 |
| CPT | 14"(Local) | 144 | 141 | 0 | 141 | 12 | 100 | 100 | | 100 | 12 | 0 | 130 | | 130 | 0 | 0 | 130 | | 130 | |
| | 14"(Import) | | 160 | | 160 | | | 140 | | 140 | | | 120 | | 120 | | | 100 | | 100 | |
| | 15"(Local) | 208 | 207 | 140 | 67 | 16 | 234 | 234 | 130 | 104 | 16 | 0 | 280 | | 280 | 0 | 0 | 300 | | 300 | 0 |
| | 15"(Import) | | 300 | | 300 | | | 330 | | 330 | | | 350 | | 350 | | | 350 | | 350 | |
| | 17"(Import) | | 350 | | 350 | | | 350 | | 350 | | | 320 | | 320 | | | 320 | | 320 | |
| Orion | 14"(Import) | | 23 | | 23 | | | 26 | | 26 | | | 25 | | 25 | | | 25 | | 25 | |
| | 15"(Import) | | 86 | | 86 | 0 | | 111 | | 111 | 0 | | 116 | | 116 | 0 | | 133 | | 133 | 0 |
| | 17"(Import) | | 55 | | 55 | 0 | | 66 | | 66 | 0 | | 60 | | 60 | 0 | | 67 | | 67 | 0 |
| BMCC | 14"(Local) | | | | | | | | | | | | | | | | | | | | |
| IRICO | 15"(Local) | 78 | 118 | 118 | 0 | 59 | 80 | 120 | 120 | 0 | 19 | 80 | 99 | 99 | 0 | 0 | 80 | 80 | 80 | 0 | 0 |
| LG | 14"(Import) | | 0 | | 0 | | | 0 | | 0 | | | 0 | | 0 | | | 0 | | 0 | |
| | 15"(Import) | 0 | 130 | | 130 | | | 150 | | 150 | | | 150 | | 150 | | | 135 | | 135 | |
| | 17"(Import) | 0 | 225 | | 225 | | | 205 | | 205 | | | 220 | | 220 | | | 220 | | 220 | |
| Total | 14"(Local) | 309 | 306 | 90 | 216 | 12 | 280 | 280 | 100 | 180 | 12 | 80 | 270 | 40 | 170 | 0 | 75 | 265 | 35 | 170 | 0 |
| | 14"(Import) | | 183 | 0 | 183 | | | 166 | 0 | 166 | 0 | 0 | 145 | 0 | 145 | 0 | 0 | 125 | 0 | 125 | 0 |
| | 15"(Local) | 532 | 571 | 414 | 157 | 75 | 579 | 619 | 420 | 199 | 35 | 280 | 679 | 242 | 437 | 0 | 290 | 710 | 213 | 397 | 0 |
| | 15"(Import) | | 817 | 0 | 817 | | | 911 | 0 | 911 | 0 | 0 | 896 | 0 | 896 | 0 | 0 | 898 | 0 | 848 | 0 |
| | 17"(Local) | 122 | 110 | 46 | 64 | 12 | 120 | 130 | 60 | 70 | 2 | 110 | 110 | 40 | 70 | 0 | 130 | 130 | 50 | 80 | 0 |
| | 17"(Import) | | 980 | 0 | 733 | | | 721 | 0 | 721 | 0 | 0 | 680 | 20 | 660 | 0 | 0 | 687 | 0 | 607 | 0 |
| | Total | 963 | 2967 | 550 | 2170 | 99 | ?79 | 2827 | 580 | 2247 | 49 | 470 | 2790 | 342 | 2378 | 0 | 495 | 2815 | 298 | 2227 | 0 |

体库存状况有所降低；惟三星仍质疑其实际库存量应远高于现交流数字，其不置可否。目前其在市场价格方面仍我行我素，未依市场共识调整价格。

- 与 TSB 合资 17"CDTx1L 预计于 '01.Q3-Q4 稼动，CDT 合资案预计共 3—4L 生产线，均将从日本迁移旧线方式进行稼动。

### 4. ORION：

- 在 14"CM 市场（AOC）减弱下，表示后续仅预计 25k/m 予 AOC；大陆安阳 14"bulb 由于整体品质状况及交期缘故未能顺利导入。
- 受大陆威海大宇订单增加影响，后续 15"/17"CDT 交货渐有成长（15"：10-20k/m；17"：5-8k/m）；目前大陆仍以 AOC 为其主要交货对象。
- 前 B 管曾由韩国 agent 代理销售，或失控外流到大陆，从 Q2 已开始停止此类交易，确定现市场上应无大宇 B 管。
- 另表示目前与 AOC/EMC17"(tco) 交易价格均为 @usd84，其 tco/mpr2 价差为 usd2/pc。
- 与大陆合资案仍受中方财务问题未能顺利进行，目前试图另寻新的合作伙伴。

### 5.　LG：

- 长沙 LG（LGESG）由 LG 及内资分别 share55% 及 45% 于 '94.8 成立，目前已建成投产第一期（21"CPTx1L；21"/25"CPTx1L；25"CPTx1L）及第二期（29"/33"CPT，'00.7 量产）工程，设计产能分别为 3500k/Y  &  1000k/Y。
- 第三期 15"/17"CDTx1L(C'TY:2000k/Y) 预计于明年第 2—3 季量产，量产目标为 300k/'01 。另计划 '02 年再设线量产 15"/17"RF(C'TY:2000k/Y)x1L 及 29"LFT(C'TY:1700k/Y)x1L。
- 由于品质问题从上半年第二季起即无与 ADI 交易往来（'99 交货 1m；'00.至今仅 180k)，后续订单能否达成及或增加将视 Kfc 下单状况。

- 6. BMCC：已确定于 '01/E 开始 15"/17"CDTx1L 设备安装，'02/M 正式量产（C'TY:2000K/Y）；另其高层亦已达成 '02/E 再设线稼动 17"CDT(RF)x1L 之意向（从现 21"CPT 生产线改造）。

四、下次 CDT 会议预计于 10/12 PM3:00 由 CPTF 在福州主办。

-以上报告-

报呈

　　　　经理

　　　　处长

　　　　总经理

CONFIDENTIAL - GRAND JURY MATERIAL

CHU0031046

| | Type | Prod | '00.08.Sale | | | E/s | Prod | '00.09.Sale | | | E/s | Prod | '00.10.Sale | | | E/s | Prod | '00.11.Sale | | | E/s |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Ttl | Local | Export | | | Ttl | Local | Export | | | Ttl | Local | Export | | | Ttl | Local | Export | |
| Philips | 14"(Local) | 79 | 79 | 49 | 30 | 0 | 100 | 100 | 60 | 40 | 0 | 0 | 60 | 0 | 0 | 0 | 0 | 60 | 0 | 0 | 0 |
| | 15"(Local) | 81 | 81 | 81 | 0 | 0 | 100 | 100 | 100 | 0 | 0 | 0 | 100 | 63 | 37 | 0 | 0 | 120 | 63 | 57 | 0 |
| | 15"(Import) | | 86 | | 86 | | | 90 | | 90 | | | 50 | | 50 | | | 50 | | 0 | |
| | 17"(Import) | | 103 | 0 | 103 | | | 100 | | 100 | | | 80 | 20 | 60 | | | 80 | | 0 | |
| SDI | 14"(Local) | 86 | 86 | 41 | 45 | 0 | 80 | 80 | 40 | 40 | 0 | 80 | 80 | 40 | 40 | 0 | 75 | 75 | 35 | 40 | 0 |
| | 14"(Import) | | | | 0 | | | | | 0 | | | | | 0 | | | | | 0 | |
| | 15"(Local) | 165 | 165 | 75 | 90 | 0 | 165 | 165 | 70 | 95 | 0 | 200 | 200 | 80 | 120 | 0 | 210 | 210 | 70 | 40 | 0 |
| | 15"(Import) | | 215 | | 215 | | | 230 | | 230 | | | 230 | | 230 | | | 230 | | 230 | |
| | 17"(Local) | 122 | 110 | 46 | 64 | 12 | 120 | 130 | 60 | 70 | 2 | 110 | 110 | 40 | 70 | 0 | 130 | 130 | 50 | 80 | 0 |
| | 17"(Import) | | 247 | | 0 | | | 0 | | 0 | | | 0 | | 0 | | | 0 | 0 | 0 | 0 |
| CPT | 14"(Local) | 144 | 141 | 0 | 141 | 12 | 100 | 100 | | 100 | 12 | 0 | 130 | | 130 | 0 | 0 | 130 | | 130 | 0 |
| | 14"(Import) | | 160 | | 160 | | | 140 | | 140 | | | 120 | | 120 | | | 100 | | 100 | |
| | 15"(Local) | 208 | 207 | 140 | 67 | 16 | 234 | 234 | 130 | 104 | 16 | 0 | 280 | | 280 | 0 | 0 | 300 | | 300 | 0 |
| | 15"(Import) | | 300 | | 300 | | | 330 | | 330 | | | 350 | | 350 | | | 350 | | 350 | |
| | 17"(Import) | | 350 | | 350 | | | 350 | | 350 | | | 320 | | 320 | | | 320 | | 320 | |
| Orion | 14"(Import) | | 23 | | 23 | | | 26 | | 26 | | | 25 | | 25 | | | 25 | | 25 | |
| | 15"(Import) | | 86 | | 86 | 0 | | 111 | | 111 | 0 | | 116 | | 116 | 0 | | 133 | | 133 | 0 |
| | 17"(Import) | | 55 | | 55 | 0 | | 66 | | 66 | 0 | | 60 | | 60 | 0 | | 67 | | 67 | 0 |
| BMCC | 14"(Local) | | | | | | | | | | | | | | | | | | | | |
| IRICO | 15"(Local) | 78 | 118 | 118 | 0 | 59 | 80 | 120 | 120 | 0 | 19 | 80 | 99 | 99 | 0 | 0 | 80 | 80 | 80 | 0 | 0 |
| LG | 14"(Import) | | 0 | | 0 | | | 0 | | 0 | | | 0 | | 0 | | | 0 | | 0 | |
| | 15"(Import) | 0 | 130 | | 130 | | | 150 | | 150 | | | 150 | | 150 | | | 135 | | 135 | |
| | 17"(Import) | 0 | 225 | | 225 | | | 205 | | 205 | | | 220 | | 220 | | | 220 | | 220 | |
| Total | 14"(Local) | 309 | 306 | 90 | 216 | 12 | 280 | 280 | 100 | 180 | 12 | 80 | 270 | 40 | 170 | 0 | 75 | 265 | 35 | 170 | 0 |
| | 14"(Import) | | 183 | 0 | 183 | | | 166 | 0 | 166 | 0 | 0 | 145 | 0 | 145 | 0 | 0 | 125 | 0 | 125 | 0 |
| | 15"(Local) | 532 | 571 | 414 | 157 | 75 | 579 | 619 | 420 | 199 | 35 | 280 | 679 | 242 | 437 | 0 | 290 | 710 | 213 | 397 | 0 |
| | 15"(Import) | | 817 | 0 | 817 | | | 911 | 0 | 911 | 0 | 0 | 896 | 0 | 896 | 0 | 0 | 898 | 0 | 848 | 0 |
| | 17"(Local) | 122 | 110 | 46 | 64 | 12 | 120 | 130 | 60 | 70 | 2 | 110 | 110 | 40 | 70 | 0 | 130 | 130 | 50 | 80 | 0 |
| | 17"(Import) | | 980 | 0 | 733 | | | 721 | 0 | 721 | 0 | 0 | 680 | 20 | 660 | 0 | 0 | 687 | 0 | 607 | 0 |
| | Total | 963 | 2967 | 550 | 2170 | 99 | 279 | 2827 | 580 | 2247 | 49 | 470 | 2790 | 342 | 2378 | 0 | 495 | 2815 | 298 | 2227 | 0 |

# EXHIBIT 39
# Filed Under Seal

# EXHIBIT 40
# Filed Under Seal

# EXHIBIT 41
# Filed Under Seal

# EXHIBIT 42
# Filed Under Seal

# EXHIBIT 43
# Filed Under Seal

# EXHIBIT 44
# Filed Under Seal

EXHIBIT 45

consortra
translations

100 Park Ave.16th Fl.
NY, NY 10017

Toll-free: 877-GO-CONSORTRA
877-462-6676

Your legal translation partner.                                    www.consortra.com

STATE of NEW YORK        )
                         )            ss:
COUNTY of NEW YORK       )

### *CERTIFICATE OF ACCURACY*

This is to certify that the attached document, *"SDCRT-0087694 – SDCRT-0087698"*, originally written in *Korean* is, to the best of our knowledge and belief, a true, accurate, and complete translation into *English*.

Dated: January 9, 2013

Seth Wargo
Consortra Translations

Sworn to and signed before ME this
_____ day of _January_,
2013.

_____
Notary Public

JAMES G MAMERA
Notary Public, State of New York
No. 01MA6157195
Qualified in New York County
Commission Expires Dec. 4, 2014

## Color CRT Industry Meeting Results Report

■ Time / Place:  May 10~12, 2001/Shanghai Dingshanhu Taiyangdao Hotel meeting room
■ Attendees:

BMCC              - Shin Chung Yang (Vice president), Moon Kang Bum (General Manager) & 2 others
SEG               - Sung Jeon Sohn (President), Mr. Gook Gyoon Yang (General Manager) & others
LG Changsha       - Ah Pyung Yang (General Manager)
Guangdong CPT     - Choon Gyu Ha (Vice president), Wee Hun Oh (General Manager)
Irico             - Secretary Gyu. Doh, General Manager Gun Sul Wee
Philips           - Kang Kim (Consultant), Soo Hwa Lee (Sales Team Manager)
Shanghai Yongxin  - Ga Chon. Ju (President), Mr. Jang (Vice President), Moon Eui Bun (Manager)
                    and 5 others (HOST)
SDI               - Executive Director Gwan Tae Choi, Mr. Rim Bong Wang (Manager)

■ Main issues
   A)  CRT company inventories at the end of April

(Unit:  10K)

|        | BMCC | Philips | Irico | LG Changsha | Guangdong CPT | SEG | Shanghai Yongxin | SDI | Total |
|--------|------|---------|-------|-------------|---------------|-----|------------------|-----|-------|
| 14"    | 22.7 | -       | 37.3  | -           | -             | -   | -                | -   | 60    |
| 21"    | 5.9  | 1.6     | 3.5   | 2.7         | 0             | 2.2 | 1.2              | 0.3 | 17.4  |
| 21"DF  | 0    | -       | -     | -           | -             | -   | -                | 0.1 | 0.1   |
| 25"    | -    | 8.6     | 6.4   | 6           | 27.4          | -   | 12.3             | 0.4 | 61.1  |
| 25"DF  | -    | -       | 3     | -           | -             | -   | -                | 0   | 3     |
| 29"HF  | -    | -       | -     | -           | 8.1           | -   | -                | 0.6 | 8.7   |
| 29"SP  | 11.7 | 21.2    | -     | 2.9         | 15.4          | -   | 37.9             | 0   | 89.1  |
| 29"DF  | 3.5  | -       | -     | 10.1        | -             | -   | -                | 0.5 | 14.1  |
| 34"    | 1.2  | -       | -     | -           | -             | 7   | 10.1             | -   | 18.3  |
| Total  | 45   | 31.4    | 50.2  | 21.7        | 50.9          | 9.2 | 61.5             | 1.9 | 271.8 |

Note: Above inventories do not reflect substantial portion of the inventories at the storage being
      operated near the SET MAKERs (Changxing, Shenzhen, etc.) and also do not include
      Thomson's inventory. If the actual numbers are reflected, the industry representatives agree
      that the total would be over 3,500K.

   B)  Particulars Regarding Line operation status of each company

      Philips:
         Currently, the CRT sale is extremely difficult.  This is because of sharp decrease in
         production volume and tube purchases caused by excessive SET inventories of the Set
         Makers in the past few years. Recently, the sales volume of 29" reached 46% of the total
         sales, but it will take several months to empty the inventories based on the current
         production volume.

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation                    SDCRT-0087694E_Translation

Therefore, stopping production is an absolutely necessary direction. We only need to discuss for how long the production should be suspended.

IRICO:

Considering various circumstances, this company is the most burdened.
They have introduced new models (25"DF/29"DF) in the market, but has high defective product rate and high production costs in additional to low sales.
The market appears to have almost reached saturation and it seems difficult to expect significant demand. It seems proper action is needed to overcome the situation.

SEG-Hitachi:

The relevant department of the central government is not interested in the industry's current difficult situation and it will probably not get involved in the future either. The CRT market is completely open and competition is severe.
Though uniform CRT prices have been set many times, ultimately thorough enforcement is more important than the price.

Given the current circumstance with excessive inventory, a specific schedule or goals should be set (e.g., reduce 29" inventory down below 500K, etc.) and take action. The difficulty should be overcome wisely. The purchase price of GLASS should be lowered. The price for 29"DF was drastically decreased to RMB1,530 (cash/CIF) so 1,500 won could also appear soon. The market situation will absolutely not turn before August and all Set-Makers have plans to either decrease or completely stop production in May and June.

Therefore, the CRT companies should look at the current reality at it is and operate the LINEs (including stopping production) considering their respective situation .

BMCC:

Production on the 29" SF line has been stopped for the past consecutive 101 days and some other models as well have been stopped based on the circumstances.
While many industry meetings were held where many agreements were made, few were actually executed as promised.  Therefore we must see the error of our past ways.
If we use CRT resources effectively we can stabilize the price. The price can even be increased by about 50 won. It is also important to not only set the lowest sales price but also to manage inventory at a reasonable level. We must decisively suspend production considering the current inventory.

Shanghai Yongxin:

How should we determine price for the 29"? We should stabilize the price even if we have to pay the price by stopping production. If the decision is followed, the price could recover up to 1,050 won from the current 1,000 won level.  If that happens, it will also be helpful for the 21" & 25" sales. We should set a reasonable price with investment in consideration. We must refrain from sales below cost. At the time of pricing, the price of imported tubes should also be considered.

Guangdong CPT:

If we had carried out what was decided in the Hainan meeting, we would not be in such a difficult situation. We plan to stop all production once we use all the imported production material. We must have the GLASS prices lowered. We also need to lower the import duties by making a request to the government.

LG Changsha:

29" DF line hasn't been in regular operation since the line started production even operating only a few days of production in April. TUBE inventory with the Set Makers has been greatly reduced, but it seems the CRT industry has a greater inventory than last year. It seems inevitable that production must stop.

Samsung SDI:

We need to reflect on the past, prepare necessary countermeasures, and find a future direction.

Top 5 makers (Changhong, KONKA, TCL, Skyworth, VEL) retain 60% of the more than 8,Mil. SET inventory, CRT inventories of SET-Makers are 1.7 Mil, and CRT inventories of Tube-Makers are more than 2.7 Mil. which shows substantial changes in the inventory not only in volume but also in product type compared to the same time last year.

We need to stop production for 2 weeks every month during May, June and July and consume the inventory. A solution by the government appears unlikely so the industry needs to rely on itself to overcome the difficult situation.

We believe setting the price for the next three months will be helpful for purging the inventory as well as for stabilizing the market..

We do not need to worry about imported TUBE[S] shocking the China market as it is not like what it was in the past.

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation                    SDCRT-0087696E_Translation

Rather than Samsung or LG, Toshiba or Thomson may be greater variables.

- Meeting results
  - CRT sales price:
    29" SF: 1,000 won (till June12 based on a 6 month promissory note, 1,050 estimated after June 12)
    29" HF:  900 won (                 ″                          950          ″            )
    25" MS: 680                         ″                      , ?          ″            )
    21" MS:  475                       ″                      , ?          ″            )
    21" MS Export:  U$ 47.50 (FOB port)

  - Guidelines for reasonable inventory management (29"SF)
    Guangdong CPT   - 100K / each line
    Shanghai Yongxin - 100K / each line
    Philips Nanjing    -  60K / each line
    Samsung SDI      -  30K / each line
    BMCC              -  70K / each line
    LG Changsha      - 100K / each line

  - GLASS purchases should be made following the results reviewed at the meeting
    29"          RMB 300-330 P&F
    25"          RMB 200-220 P&F
    21"          RMB 140     P&F

We have reached a final agreement at this meeting based on the draft made during the April meeting hosted by SEG-HITACHI, and the translation of the details is as follows.

---

Subject:   Meeting bulletin

Details:   The CRT industry held a CRT company CEO meeting on May 11, 2001. The attendees analyzed in earnest the current CTV and Tube market they are currently facing and reached common understanding on various aspects such as oversupply being much greater than demand, drastic price plunge of CTV SET[S], while the price of main materials like GLASS, etc continues to remain high, and the unreasonably high import duty for large and x-large glass material. The entire industry is facing a deficit in 1Q of 2001.

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation                    SDCRT-0087697E_Translation

During the meeting, the attendees studied the 2000 <843> official announcement from the minister of industry again in earnest, and after a sufficient review, they decided at the meeting that the entire industry should cut production from the beginning of May 2001 to reduce inventories (except for export model production). GLASS purchasing price shall be implemented as per the agreement at the meeting.

Representative Signatures of the Meeting Participants:

| | |
|---|---|
| IRICO Group | : Gyu Doh (Secretary) |
| Nanjing Philips | : Soo Hwa Lee (General Manager) |
| BMCC | : Shin Chung Liang (Vice president) |
| Samsung SDI | : Kwan Tae Choi (Executive Director) |
| Guangdong CPT | : Choon Gyu Ha (Vice president) |
| LG Changsha | : Ah Pyung Yang (General Manager) |
| SEG-HITACHI | : Gook Gyun Yang (Executive Manager) |
| Shanghai Yongxin | : Hong Yuh Jang (Vice President) |

May 11, 2001

---

The background for writing the above meeting bulletin is taking the current circumstance with the burden of excessive inventory into consideration, to lower glass prices and to stop price decreases by officially notifying, and adding some impact by using the industry name, the SET Makers and the GLASS Makers of the LINE STOP being implemented by each company.

- End -

Highly Confidential
Subject to Protective Order

## 칼라브리운관 業界會議 結果報告

▣ 日時 및 場所 : '01.05.10~12   上海市 定山湖 太陽島hotel 회의실
▣ 參席者   : BMCC      - 양신청 부총경리 범문강 부장 등 2명
          SEG       - 손성전 총경리 양국균 부장외
          LG장사    - 양아평 부장
          광동CPT   - 하춘규 부총경리 오위헌 부장
          채흥      - 도규 당서기 위건설 경리
          PHILIPS   - 김강 고문 이수화 영업부 경리
          상해영신  - 주가촌 총경리 장부총경리
                    번문의 과장외 5명(HOST)
          SDI       - 최관태 상무 왕림봉 과장
▣ 主要 內容  :
  가) 브라운관 業體 4月 末在庫

단위:10k

| | BMCC | PHILIPS | 채홍 | 상해LG | 광동CPT | SEG | 상해영신 | SDI | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 14" | 22.7 | - | 37.3 | - | - | - | - | - | 60 |
| 21" | 5.9 | 1.6 | 3.5 | 2.7 | 0 | 2.2 | 1.2 | 0.3 | 17.4 |
| 21"DF | 0 | - | - | - | - | - | - | 0.1 | 0.1 |
| 25" | - | 8.6 | 6.4 | 6 | 27.4 | - | 12.3 | 0.4 | 61.1 |
| 25"DF | - | - | 3 | - | - | - | - | - | 3 |
| 29"HF | - | - | - | - | 8.1 | - | - | 0.6 | 8.7 |
| 29"SF | 11.7 | 21.2 | - | 2.9 | 15.4 | - | 37.9 | 0 | 89.1 |
| 29"DF | 3.5 | - | - | 10.1 | - | - | - | 0.5 | 14.1 |
| 34" | 1.2 | - | - | - | - | 7 | 10.1 | - | 18.3 |
| 合計 | 45 | 31.4 | 50.2 | 21.7 | 50.9 | 9.2 | 61.5 | 1.9 | 271.8 |

注 : 상기 재고는 SET MAKER주변(장흥, 심천 등)에 운영하고있는 창고 재고를 상당부분
     반영하지 않았으며 THOMSON재고 미포함. 현실치 대로 반영할 경우 350만개이상 된다고
     업계대표가 의견 모으고 있다.
  나) 業體別 LINE 운영관련 특기 사항
PHILIPS:
     현재 브라운관 판매가 너무나 어렵다. 그이유는 지난 몇년동안 SET
     업체 SET 재고과다로 인한 생산 수량격감,TUBE 구매 격감. 최근 29"
     판매수량이 전체 판매 수량중 46%수준까지 도달되기는 하나 현재 생산
     수량준할경우 몇개월가야 현재 재고를 소진할수 있음.

01000252

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

따라서 생산 중단은 필히 가야할 방향임. 단 얼마동안 생산중단해야
할지 협의필요.

채흥 :

여러 가지 상황감안 부담이 가장많은 업체이다.
신규기종(25"DF/29"DF)도입하기는 하였으나 양품율이 낮고 원가가
높으며 정상적인 판매가 되지 않고 있음.
시장을 지켜보면 거으 포화상태 이르는것같고 갑작스런 수요기대는
어려워 보인다 . 필요한 조치를 취해 역경을 극복하여야 할것 같다.

SEG-HITACHI :

중앙정부 관련부서도 현재 업계어려운 상황에 전혀 관심이 없으며
향후에도 관여를 하지않을 것으로판단됨 . 브라운관시장은 완전히
OPEN된상황에서 철전한 경쟁이 벌어지고 있는상황이다.
브라운관 일괄가격을 수차례 정하였지만, 긍극적으로 그 가격보다는
철저한 집행이 더욱 중요하다.

현재 재고 과다한 점을 감안하면 재고소진할 구체적인 일정 또는 목표
를설정하고 (례:29"재고를 50만개 이하까진 줄인다 등)추진해야 한다.
역경을 슬기롭게 이겨나가야 한다. GLASS구매 가격을 낮추어야 한다.
29"DF 가격이 RMB1530(현금/CIF)까지 급격히 하락돼 1500원도 바로
나올지 모른다.8월전까지 절대 시장이 역전되지 않을 것이며 5.6월
중 각 SET-MAKER들이 모두 감산 또는 전면 생산 중단계획이 있음.

따라서 브라운관 업체는 현실을 정시하고 업체 자체 현화을 감안
LINE운영(생산중단포함)을 해야한다.

BMCC:-29" SF LINE은 지금까지 101일간 줄곧 STOP해 왔으며 기타 기종도
경우에 따라 STOP해 왔음.
업계회의는 많이 개최되어 합의된 내용도 많았지만 실제 약속대로
집행된것은 많지 않다. 따라서 과거를 반성하여야한다.
브라운관 자원을 제대로 운영한다면 가격은 안정시킬수 있다. 50원
정도 가격인상할수도 있다.  최저 판매가격을 제정하는것도 중요하지
만 재고를 합리적인 수준에서 운영하여야 한다. 현재재고를 감안하여
생산중단을 단호히 하여야한다.

01000253

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

상해영신:

　　29" 가격을 어떻게 정하여야하는가 ? 생산중단의 대가를 치러서라도
　　가격을 안정시켜야한다. 결심이 따른다면 현재 1000원내외가격을 1050
　　까지도 회복시킬수 있다. 그렇게 될 경우 21"& 25" 판매에도 도움이
　　된다. 투자를 감안하여 합리적인 가격을 책정하여야 한다. 적자를
　　봐가면서 판매하는 것은 삼가여야 한다. 가격제정시 수입구가격도
　　감안하여야 한다.

광동CPT:

　　해남도 회의결론을 실천했으면 지금이렇게 궁지에 몰리지는
　　않았을것이다. 일단 수입된 생산자재 소진될때까지 생산하고
　　그 뒤로는 ALL STOP할 계획이다. GLASS가격을 떨어뜨려야한다.
　　수입관세도 정부에 요청하여 떨어뜨려야한다.

장사LG:

　　29"DF LINE은 생산개시후 지금까지 정상적인 생산을 거의 못하였으며
　　4월경우 몇일밖에 생산 못하였음. SET MAKER 보유한 TUBE재고는
　　많이 줄었으나 , 브라운관 업체 재고는 전년동기대비 많이 신장된
　　추정되고 있다. 생산 중단은 필히 가야할 방향이다.

삼성SDI:

　　과거를 반성하고, 필요한 대책을 마련하고, 향후 가야할 방향을
　　찾아야한다.
　　SET재고가 800만대이상중 5대 MAKER(장흥,KONKA,TCL,SKYWORTH,VEL)
　　가 60%이상 보유, SET-MAKER 브라운관 재고는 170만,TUBE-MAKER
　　브라운관 재고 270만개 이상등 각종재고는 작년동기대비 수량뿐만
　　아니라 기종적으로도 많은 변화가 있다.

　　5.6.7월 적어도 매월2주씩 생산중단하면서 재고를 소진해 나가야한다.
　　정부에 기대한 문제해결은 가망이 없으며 업계스스로 역경을 극복해
　　나가야 한다.

　　향후 3개월 가격을 책정하는것이 재고소진 및 시장안정시키는데
　　도움이 될수 있다고 사료된다.

　　수입TUBE 중국시장에 대한 충격은 예전같지 않기 때문에 너무 우려할

01000254

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

필요가 없다. SAMSUNG 또는 LG보다는 TOSHIBA나 THOMSON이 변수 될수 있다.

■ 회의결과:

- 브라운관 판매 가격:
  29" SF : 1000원(6개월어음기준, 6월12일까지,6월12일이후 1050 예정)
  29" HF : 900원(        "                                      950      )
  25" MS : 680         "                      "              ?         )
  21" MS : 475         "                      "              ?         )
  21" MS수출  U$ 47.5(FOB 항구)

- 합리적인 재고(29"SF)운영 기준
  광동 CPT    - 10만  / LINE 당
  상해영신    - 10만  /    "
  남경PHILIPS  - 6만  /    "
  삼성SDI     - 3만  /    "
  BMCC        - 7만  /    "
  장사LG      - 10만  /    "

- GLASS 구매는 회의서 검토된 결과 대로 구매
  29"  RMB 300~330 P&F
  25"  RMB 200~220 P&F
  21"  RMB 140     P&F


금번회의에서 4월말 SEG-HITACHI에서 개최한 회의때 작성한 초안을 바탕으로 최종 합의한을 도출하였습니다만, 그 내용을 아래와 같이 번역하여 보고합니다.
========================================================================
제목: 회의기요
내용: 브라운관 업계협회는 2001년 5월11일 브라운관기업 총경리 회의를 개최하였다. 참석자들은 현재 직면한 CTV, TUBE시장에 대하여 진지하게 분석한후 전업계가 공급이 수요를 많이 초과, CTV SET 가격폭락, 반면에 GLASS등 주요 자재 가격은 지속높으며 대형,초대형 유리자재 수입관세가 지나치게 높은 등 여러면 공감을 도출하였음. 2001년 1/4분기 전업계가 적자에 직면하게 되었음.

01000255

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0087697

회의기간에 참석자들은 신식산업부 第2000 <843>字 공문을 다시
진지하게 공부하였으며 충분한 검토를 거쳐 전업계가 오는 2001년
5월초부터 감산 초치를 취하여 재고 압축할 것을 회의에서 결정
하였다(수출기종생산 제외). GLASS 구매가격은 회의에서 합의된
가격으로 집행한다.

회의 참석자 대표 서명:

| | | |
|---|---|---|
| 채홍집단 | : | 도규 당서기 |
| 남경 PHILIPS | : | 이수화 경리 |
| BMCC | : | 량신청 부총경리 |
| 삼성SDI | : | 최관태 상무 |
| 광동CPT | : | 하춘규 부총경리 |
| 장사-LG | : | 양아평 부장 |
| SEG-HITACHI | : | 양국균 총경리 조리 |
| 상해영신 | : | 장흥예 부총경리 |

2001-5-11

------------------------------------------------------------

상기 회의기요 작성되는 배경은 기존 재고 과다 부담 과대의 현실을 감안,
각 업체별 기 진행되고 있는 LINE STOP을 공식적으로 업계의 명의를 빌어
SET MAKETR와 GLASS MAKER에 보다 강하게 통보함으로서 가격 하락을
저지하고 유리가격을 낮추고자 하는데 있음.

-이상-

01000256

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0087698

EXHIBIT 46

**consortra**
translations

Your legal translation partner.

100 Park Ave.16th Fl.
NY, NY 10017

Toll-free: 877-GO-CONSORTRA
877-462-6676

www.consortra.com

STATE of NEW YORK          )
                           )          ss:
COUNTY of NEW YORK         )

### *CERTIFICATE OF ACCURACY*

This is to certify that the attached document, *"SDCRT-0087694 – SDCRT-0087698"*,
originally written in *Korean* is, to the best of our knowledge and belief, a true, accurate,
and complete translation into *English*.

Dated: January 9, 2013

Seth Wargo
Consortra Translations

Sworn to and signed before ME this
_____ day of _January_,
2013.

Notary Public

JAMES G MAMERA
Notary Public, State of New York
No. 01MA6157195
Qualified in New York County
Commission Expires Dec. 4, 2014

## Color CRT Industry Meeting Results Report

■ Time / Place:   May 10~12, 2001/Shanghai Dingshanhu Taiyangdao Hotel meeting room
■ Attendees:

| | |
|---|---|
| BMCC | - Shin Chung Yang (Vice president), Moon Kang Bum (General Manager) & 2 others |
| SEG | - Sung Jeon Sohn (President), Mr. Gook Gyoon Yang (General Manager) & others |
| LG Changsha | - Ah Pyung Yang (General Manager) |
| Guangdong CPT | - Choon Gyu Ha (Vice president), Wee Hun Oh (General Manager) |
| Irico | - Secretary Gyu. Doh, General Manager Gun Sul Wee |
| Philips | - Kang Kim (Consultant), Soo Hwa Lee (Sales Team Manager) |
| Shanghai Yongxin | - Ga Chon. Ju (President), Mr. Jang (Vice President), Moon Eui Bun (Manager) and 5 others (HOST) |
| SDI | - Executive Director Gwan Tae Choi, Mr. Rim Bong Wang (Manager) |

■  Main issues
   A)   CRT company inventories at the end of April

(Unit:   10K)

| | BMCC | Philips | Irico | LG Changsha | Guangdong CPT | SEG | Shanghai Yongxin | SDI | Total |
|---|---|---|---|---|---|---|---|---|---|
| 14" | 22.7 | - | 37.3 | - | - | - | - | - | 60 |
| 21" | 5.9 | 1.6 | 3.5 | 2.7 | 0 | 2.2 | 1.2 | 0.3 | 17.4 |
| 21"DF | 0 | - | - | - | - | - | - | 0.1 | 0.1 |
| 25" | - | 8.6 | 6.4 | 6 | 27.4 | - | 12.3 | 0.4 | 61.1 |
| 25"DF | - | - | 3 | - | - | - | - | 0 | 3 |
| 29"HF | - | - | - | - | 8.1 | - | - | 0.6 | 8.7 |
| 29"SP | 11.7 | 21.2 | - | 2.9 | 15.4 | - | 37.9 | 0 | 89.1 |
| 29"DF | 3.5 | - | - | 10.1 | - | - | - | 0.5 | 14.1 |
| 34" | 1.2 | - | - | - | - | 7 | 10.1 | - | 18.3 |
| Total | 45 | 31.4 | 50.2 | 21.7 | 50.9 | 9.2 | 61.5 | 1.9 | 271.8 |

Note: Above inventories do not reflect substantial portion of the inventories at the storage being operated near the SET MAKERs (Changxing, Shenzhen, etc.) and also do not include Thomson's inventory. If the actual numbers are reflected, the industry representatives agree that the total would be over 3,500K.

   B)   Particulars Regarding Line operation status of each company

      Philips:
         Currently, the CRT sale is extremely difficult.  This is because of sharp decrease in production volume and tube purchases caused by excessive SET inventories of the Set Makers in the past few years. Recently, the sales volume of 29" reached 46% of the total sales, but it will take several months to empty the inventories based on the current production volume.

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

Therefore, stopping production is an absolutely necessary direction. We only need to discuss for how long the production should be suspended.

IRICO:

Considering various circumstances, this company is the most burdened.
They have introduced new models (25"DF/29"DF) in the market, but has high defective product rate and high production costs in additional to low sales.
The market appears to have almost reached saturation and it seems difficult to expect significant demand. It seems proper action is needed to overcome the situation.

SEG-Hitachi:

The relevant department of the central government is not interested in the industry's current difficult situation and it will probably not get involved in the future either. The CRT market is completely open and competition is severe.
Though uniform CRT prices have been set many times, ultimately thorough enforcement is more important than the price.

Given the current circumstance with excessive inventory, a specific schedule or goals should be set (e.g., reduce 29" inventory down below 500K, etc.) and take action. The difficulty should be overcome wisely. The purchase price of GLASS should be lowered. The price for 29"DF was drastically decreased to RMB1,530 (cash/CIF) so 1,500 won could also appear soon. The market situation will absolutely not turn before August and all Set-Makers have plans to either decrease or completely stop production in May and June.

Therefore, the CRT companies should look at the current reality at it is and operate the LINEs (including stopping production) considering their respective situation .

BMCC:

Production on the 29" SF line has been stopped for the past consecutive 101 days and some other models as well have been stopped based on the circumstances.
While many industry meetings were held where many agreements were made, few were actually executed as promised.  Therefore we must see the error of our past ways.
If we use CRT resources effectively we can stabilize the price. The price can even be increased by about 50 won. It is also important to not only set the lowest sales price but also to manage inventory at a reasonable level. We must decisively suspend production considering the current inventory.

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation                    **SDCRT-0087695E_Translation**

**Shanghai Yongxin:**

How should we determine price for the 29"? We should stabilize the price even if we have to pay the price by stopping production. If the decision is followed, the price could recover up to 1,050 won from the current 1,000 won level.  If that happens, it will also be helpful for the 21" & 25" sales. We should set a reasonable price with investment in consideration. We must refrain from sales below cost. At the time of pricing, the price of imported tubes should also be considered.

**Guangdong CPT:**

If we had carried out what was decided in the Hainan meeting, we would not be in such a difficult situation. We plan to stop all production once we use all the imported production material. We must have the GLASS prices lowered. We also need to lower the import duties by making a request to the government.

**LG Changsha:**

29" DF line hasn't been in regular operation since the line started production even operating only a few days of production in April. TUBE inventory with the Set Makers has been greatly reduced, but it seems the CRT industry has a greater inventory than last year. It seems inevitable that production must stop.

**Samsung SDI:**

We need to reflect on the past, prepare necessary countermeasures, and find a future direction.

Top 5 makers (Changhong, KONKA, TCL, Skyworth, VEL) retain 60% of the more than 8,Mil. SET inventory, CRT inventories of SET-Makers are 1.7 Mil, and CRT inventories of Tube-Makers are more than 2.7 Mil. which shows substantial changes in the inventory not only in volume but also in product type compared to the same time last year.

We need to stop production for 2 weeks every month during May, June and July and consume the inventory. A solution by the government appears unlikely so the industry needs to rely on itself to overcome the difficult situation.

We believe setting the price for the next three months will be helpful for purging the inventory as well as for stabilizing the market..

We do not need to worry about imported TUBE[S] shocking the China market as it is not like what it was in the past.

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

**SDCRT-0087696E_Translation**

Rather than Samsung or LG, Toshiba or Thomson may be greater variables.

■   Meeting results
- CRT sales price:
29" SF: 1,000 won (till June12 based on a 6 month promissory note, 1,050 estimated after June 12)
29" HF:  900 won (                    ″                    950          ″          )
25" MS: 680                    ″                    , ?          ″          )
21" MS:  475                    ″                    , ?          ″          )
21" MS Export:  U$ 47.50 (FOB port)

- Guidelines for reasonable inventory management (29"SF)
Guangdong CPT    - 100K / each line
Shanghai Yongxin - 100K / each line
Philips Nanjing     -  60K / each line
Samsung SDI      -  30K / each line
BMCC            -  70K / each line
LG Changsha     - 100K / each line

- GLASS purchases should be made following the results reviewed at the meeting
29"        RMB 300-330 P&F
25"        RMB 200-220 P&F
21"        RMB 140        P&F

We have reached a final agreement at this meeting based on the draft made during the April meeting hosted by SEG-HITACHI, and the translation of the details is as follows.

---

Subject:    Meeting bulletin
Details:    The CRT industry held a CRT company CEO meeting on May 11, 2001. The attendees analyzed in earnest the current CTV and Tube market they are currently facing and reached common understanding on various aspects such as oversupply being much greater than demand, drastic price plunge of CTV SET[S], while the price of main materials like GLASS, etc continues to remain high, and the unreasonably high import duty for large and x-large glass material. The entire industry is facing a deficit in 1Q of 2001.

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

During the meeting, the attendees studied the 2000 <843> official announcement from the minister of industry again in earnest, and after a sufficient review, they decided at the meeting that the entire industry should cut production from the beginning of May 2001 to reduce inventories (except for export model production). GLASS purchasing price shall be implemented as per the agreement at the meeting.

Representative Signatures of the Meeting Participants:

| | |
|---|---|
| IRICO Group | : Gyu Doh (Secretary) |
| Nanjing Philips | : Soo Hwa Lee (General Manager) |
| BMCC | : Shin Chung Liang (Vice president) |
| Samsung SDI | : Kwan Tae Choi (Executive Director) |
| Guangdong CPT | : Choon Gyu Ha (Vice president) |
| LG Changsha | : Ah Pyung Yang (General Manager) |
| SEG-HITACHI | : Gook Gyun Yang (Executive Manager) |
| Shanghai Yongxin | : Hong Yuh Jang (Vice President) |

May 11, 2001

---

The background for writing the above meeting bulletin is taking the current circumstance with the burden of excessive inventory into consideration, to lower glass prices and to stop price decreases by officially notifying, and adding some impact by using the industry name, the SET Makers and the GLASS Makers of the LINE STOP being implemented by each company.

- End -

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

# EXHIBIT 47
# Filed Under Seal

# EXHIBIT 48
# Filed Under Seal

# EXHIBIT 49
# Filed Under Seal

# EXHIBIT 50
# Filed Under Seal

# EXHIBIT 51
# Filed Under Seal

# EXHIBIT 52
# Filed Under Seal

# EXHIBIT 53
# Filed Under Seal

# EXHIBIT 54
# Filed Under Seal

# EXHIBIT 55
# Filed Under Seal

# EXHIBIT 56
# Filed Under Seal

# EXHIBIT 57
# Filed Under Seal

# EXHIBIT 58
# Filed Under Seal

# EXHIBIT 59
# Filed Under Seal

# EXHIBIT 60
# Filed Under Seal

# EXHIBIT 61
# Filed Under Seal

# EXHIBIT 62
# Filed Under Seal

# EXHIBIT 63
# Filed Under Seal

# EXHIBIT 64
# Filed Under Seal

# EXHIBIT 65

June 20, 2012

**Certification**

**Park IP Translations**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of the document with bates numbers range: CHU00102752E – CHU00102754.

_____

Abraham I. Holczer

Project Manager

134 W. 29th Street 5th Floor • New York, N.Y. 10001
Phone: 212-581-8870 • Fax: 212-581-5577

[TRANSLATION]

## Meeting Minutes of 2006 Color Tube Industry Presidents' Meeting

Meeting date: November 21, 2006

Meeting location: Shanghai, Huaxia Hotel

Attending companies and personnel:

| | |
|---|---|
| BMCC: | Wenchiang Fan, Heng Zheng Guang Ze [Japanese name in Chinese phonetics], Dalin Li, Yongchun Chi, Liman Lu, Hai Huang |
| Xianyang Irico: | Xiaolin Shen |
| SEG Hitachi: | Guojun Yang, Jianmin Huang, Peng Guo |
| Changsha Shuguang: | Yaping Yang, Jing Feng |
| *LPD*: | Zaiguan Han, Yingyuan Lu, Jiangnan Ding |
| Nanjing Huafei: | Jianzhong Sheng, Dezhu Zhang, Minghui Xu |
| Novel: | Wei Sun, Lei Lee, *Q*ing Ye |
| Samsung *SDI*: | Hoo Mok Ha, Chong Huan Lee, Yun Xie, Jing Wen [Korean names in Chinese phonetics]. |
| Thomson: | Dade Han, Peng Xin |
| Xin Jun: | Xiangjie Hang, Zhiwei Wang |

Main content:

Chief Secretary Yang chaired the meeting and begun with opening speech.
Chief Fan spoke: This Presidents' meeting is a key meeting; each of us here to discuss and study about next year's market trend, strive for stability of the environment and seeking a industry of healthy development.

**Agenda I: Information collector reported the current color TV and color tube industry condition and forecast of the future market (Details refer to *PPT*).**

Chief Secretary Yang: As for the market reports from the information collectors, the following comments were mentioned: In future reports, impact analysis on *CRT* to color television in flat color television market should be included: In 2007, the *CRT* capacity increase will create significant problems for the sale of *CRT*s, reason being the extremely shortage of materials, glass bulbs price increase due to capacity decrease.  Screen capacity decrease by 15.9%, cone capacity reduced by 19.3%.  Currently, the issue in which requires urgent resolution is how should *CRT* be developed from now on?  How to limit production and protect prices?  In order to keep profitability, the *CRT* market in 2007 should realize optimization of capacity and does not need to produce in large volume.  Based on understanding, there are a few *LCD* lines starting to expand capacity. 32*LCD* screen price reduced by 10%--comparing to the previous 34*FS*, the price is even lower.  Therefore, the suggestion is: while facing the

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [  ].

worsening market of *Q*1 in 2007 and the declined exports in Christmas 2006, and with next year's Chinese new year being later than usual, color tubes sales will have a longer slow season, the pressure on sales is significant, but, in *Q*2 this year, some color tube companies dumped their color tubes with low prices, currently, the color television makers are still digesting these inventories, the impact is very bad.  Therefore, it is recommended to the color tube makers to take more action on realistic issues for the sake of the customers and the market.

**Agenda II: How to go into in-depth communication among the Color Tube Industry and together face the challenge of *Q*4 2006 and *Q*1 2007?**

Chief Secretary Yang: As far as *Q*4 2006 and *Q*1 2007 market condition are concerned, how to have self-discipline in the industry?  How to respond to *Q*1 2007 while maintaining *Q*4 pricing,? Chief Secretary asked for comments from respective companies:

BMCC Heng Zhen: it is more difficult in *Q*4 2006, end of 2005 and beginning of 2006 around Chinese New Year. Production has been adjusted based on what was agreed upon.  As far as the added capacities are concerned, how will respective makers collectively resolve this issue? Most important issue is that respective makers should categorize production types.

Samsung Ha: *Q*4 2006 will be over soon, what is more important is to focus on *Q*1 2007 condition.  Samsung group's policy is to transfer business unit leaders each year at the beginning of each year, I hope I will not be responsible for the sales of color tubes of China next year.  Based on internal information of Samsung, it is shown that 2010 China domestic *LCD* demand exceeded 20M.  Currently, domestic *CTV* demand is less than 40M, domestic color tube capacity is over 70M.  As to the publicly announced information, Chunghwa Picture Tubes converted 3 production lines, Samsung has no plan currently, I would like to listen to all of your opinion.  As for the current supply and demand conditions, respective color tube makers should have mutual information exchanges for the profitability of the company and to jointly formulate a good plan.  There is room for reduction on *LCD* cost, but *CRT* material costs are not optimistic.  *CRT* industry should consider these elements: strengthen information communication for the overall industry chain.  Based on *SDI* internal analysis, *CDT* price was reduced 14%, but the cost only reduced 3%.  It is expected that *CPT* will face similar situation as *CDT*.  Therefore, it is hereby suggested that makers should seek cooperation in pricing, and jointly resolve the issue of pricing on materials.

Shuguang Yang: In 2007, the company's business plan indicated that corresponding to the decrease in 2006, *Q*1 2007 cost should increase, it was estimated that the price will not be maintained. As for 2007

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [  ].

CONFIDENTIAL – GRAND JURY MATERIAL

*Q*1, when talking about production limits, gray inventory is very large, the reliability and accuracy of said data is yet to be verified. Based on understanding, some of the domestic major color television factories have heavy inventories, normal production can be maintained even if they did not make any purchases for two months.

Chief Secretary Yang: In October 2006, *CPT* production volume was 6.55Mpcs, what should be the production volume in January 2007 in order to satisfy the market, maintain the price and maintaining inventory?

Shuguang Yang: Large screen *LCD* price dropped, under 32 and 34, *CRT* will all be impacted and be pressured.

Samsung Ha: *Q*1 condition is worrisome, we need to resolve this during our meeting, whether we can sustain our prices until the end of the year requires industry to take proper measures.

Huafei Sheng: Facing the impact by *LCD*, the industry should reconsider the production limits to protect pricing as suggested before.  At the same time of maintaining prices, whether it will provide more entry opportunities for the newly jointed makers, and under these circumstances, we should increase exports and resist imports.  *Q*3 2006 industry price increase has brought opportunities for imports, long term consideration should be given as to how to get them to back out.  Based on the experience from past years, production is usually greater than sales in the first half of the year, and the second half of the year would have sales greater than production.  Based on past experience, respective color tube makers would convert line to speed up production, how should that be controlled?

Irico Sheng: Production limits—if the production is stopped, it will bring opportunities for the new *CPT* factories, how should the industry resist imports?  Currently Irico is expanding exports, expecting to export 6M this year.  Based on understanding, Northern Europe and Central Europe regions do not have any concept on flat screen yet, the main stream is still *CRT*s.  *CRT* market allocation is 70%-80%, flat screen 20% or so.  Based on understanding, Northern Europe has 24M *CRT* color television demands.  Production limits and price limits are less probable in China.  Prices would be loosen just because entering into a slow season, *CTV* makers know the trend and implemented price squeeze strategy.  How can the industry have a healthy development?  I would like to clarify, currently Irico *K* line has no production plan for the time being due to cost considerations.  28/29 inches will be produced on the old lines.

Thomson Han: Color tube makers are being sandwiched between the suppliers and the customers: the upstream materials continues to increase, downstream *CTV* factories are continually squeezing prices.  If the production is limited to protect the price, it will provide opportunities for the newcomers and import tubes.  Currently, there is no better way than limit production to cure the condition of oversupply. Dongguan factory ceased production 7 days in November, it is not because of lack of sales, and it was because we did not want to produce too much, hoping to control prices.  *Q*1 2007 market is very tough, primary opportunity would be to export.  Currently China region capacity is increasing, but capacity in other regions

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

worldwide is decreasing.  Based on understanding, Western Europe will have demands of 12M-15M next year, part of them will be supplied from China, also agreeable to limit production to protect the price.

Novel Sun: I suggest respective makers study the issues in the market report generated by the information collectors: 1. Provide resolution to respond to the issues for *Q*4 2006 and *Q*1 2007 market, the reason for increased inventories, and why is capacity being added?  2.  How to resolve the issue on newly added capacity?

Chief Fan: Regarding EU's anti-dumping, the two makers being sued have already bankrupted. *CRT* production volume in Europe is 11M, among which Thomson has 6M, Samsung 5M, but the demands for Western Europe market is 15M, Russian market demand is 10M.

As for the anti-dumping suit for China's color tubes export to Europe has been dismissed (11/16), but the color television restriction has not been cancelled.  If the color televisions are using color tubes from China, whether it is under the restriction is yet to be studied.  Since *LCD*'s power consumption is three times as much as *CRT*, UK suggested to sell color television in different levels, and set *LCD* color television as level 3.  As to the newly added capacity for Chunghwa and Changzhou Baoma, a strategy can be discussed to categorize them into types.

Xinjun Yang: Regarding to communicate with the newcomers in the industry, should we use conversational format?

Chief Secretary Yang: Changzhou Baoma infringed intellectual property; it is not possible for them to create impact for the industry.  As for CPTF, the country was exporting all *CDT* made initially, now Fuzhou can do *CPT* business, and is a major shareholder of Huaxia, the industry hopes to be able to send representative to discuss with them and invite them into the industry to unify standards.  Whether CPTM will decrease production, and do they have in-depth understanding of the impact on worldwide market?  The reason for the trade differential came from Malaysia is that they shipped the tubes to China, and put them into a set for export, 12% tariff was applied.

Chief Fan, What changes are there for the capacity of CPTM?

Samsung Ha: According to my understanding, CPTM stopped one line, CPTF opened 3 lines, SDIM stopped 1 line in December.

Chief Secretary Yang: The purpose for this meeting is to hope that makers will not suffer a loss by the end of the year, I would suggest to use the strategy of production limitation to protect prices.  As far as what was mentioned in the information collectors' report regarding newly added capacity, we will not consider Irico and Changzhou Baoma for the time being, and we will invite CPTF into the industry.

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [  ].

CONFIDENTIAL – GRAND JURY MATERIAL

**Agenda III: What is the opinion from respective makers regarding inventory increases, what is your view on *Q*1 2007?**

Xinjun Yang: Limit production to protect prices in *Q*1 2007, and reconsider total input volume for *Q*1 market.

Chief Secretary Yang: Setup production based on sales and do not expand production blindly.

Irico Shen: I would suggest to stop production during Chinese New Year holiday period, with a win/win situation for the company and the employees.

Samsung Ha: Character of slow season: Oversupply, *CTV* factory gets large order (unit price for large order is dropped more than 5%), sign low price contract with *CPT* factory.

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

If these types of large orders are accepted, sacrificing industry price will bring significant impact for industry development.  When the industry operating environment is not favorable, *CTV* makers' will make harsher demands; for example, Changhong *VMI*'s payment method, such *VMI* methods may change payment due date which will severely impact the healthy development of the industry.

**Agenda IV: How to deal with the trend of *Q*4 materials procurement?**

Chief Secretary Yang:

| | |
|---|---|
| Screen capacity reduced by 23.7% | Cone capacity reduced by 19.3% |
| Anci stopped 11 lines and started 14 lines | Anci stopped 4 lines |
| Xu Electronics stopped 2 lines | Changsha stopped 1 line |
| Shijiazhuang stopped 1 line | Shijiazhuang stopped 1 line |
| Total lines stopped 14, started 45 | Total stopped 6 lines and started 19 |

Estimated total annual production of screens 96.44M, Cones production at 86.44M.

Copper price increased. *DY* price increased; especially for 21" it increased by US6. Although color tube price has increased, but in fact it was only converted into materials price ups, the tube itself did not have much profits.

Chief Secretary Yang: First of all, inventory has to be reduced to zero, and ultimately come to an appropriate reserved inventory.  Currently, there are 5-6M extra capacity, and the entire industry shall consume this capacity by limiting production.  It is recommended to cease production and limit production in order to ease the seriously oversupplied situation for color tubes in 2007, each maker shall consolidate its own condition and stop production for an accumulated 30 days for the whole year.

As to Chief Secretary Yang's recommendation, each has expressed comments as follow:

Novel Sun: Agreed.

Xinjun Yang: Voluntarily reduce capacity, follow the rules of the game, and agree with Chief Secretary's recommendation.

BMCC Heng Zhen: Support the healthy development of the industry as a priority, agree to Chief Secretary's proposal to invite CPTF into the industry.  In addition, it is hoped that each company would try to increase export volume, but would need to understand the composition of the current import data of 11M.

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

Samsung Ha: The decision to completely stop production is out of his authority, it is to be determined.

Shuguang Yang: Need to be confirmed.

Huafei Sheng: Based on market condition, respective companies shall initialize active and flexible strategy in stopping production; since by stopping production blindly brings significant impact on any company, it can be based on model types and consolidated golden week/summer vacation types of methods to confirm the condition of stopped production.

Irico Yao: Agreed to limit production, and agrees with Huafei's suggestion. Proposed to immediately implement limited production and stop production in *Q*4. As far as Fuzhou, he agreed to Chief Secretary Yang's recommendation, as far as CPTM exported to China close to 6M color tubes, he is considering whether there exists a anti-dumping issue.

Chief Secretary Yang: Material prices are increasing, especially the foreign materials factories, this is a disadvantage to CPTM.  Currently, the entire *CRT* industry focus is on China. Domestic cost has the most competitive edge, if the domestic factories suffer losses, the foreign factories for sure will lose money.  Therefore, it is proposed to each company accumulatively stop overall production for 1 month, and take up industry monitoring mechanism.

Chief Fan's proposal resolution draft: detailed in *WORD* document.

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00102754.02E
**Translation**

**2006 年彩管行业总经理会议会议纪要**

会议时间：2006 年 11 月 21 日
会议地点：上海　　华夏宾馆
与会单位及人员：

北京松下　　范文强　横枕光则　李大林　迟永纯　卢丽曼　黄海
咸阳彩虹　　申小琳
赛格日立　　杨国钧　贾建民　郭鹏
长沙曙光　　杨亚平　冯靖
LPD　　　　韩在琯　卢滢元　丁江南
南京华飞　　盛建忠　张德柱　许明晖
上海永新　　孙伟　　李雷　　叶青
三星 SDI　　河侯穆　李昌焕　谢云　　文静
汤姆逊　　　韩达德　辛鹏
新骏　　　　杨向杰　王志伟

主要内容：
杨秘书长主持，致开幕词。
范会长致辞：这次总经理会议是一次关键的会议，大家在此研讨明年的市场形势，力求稳定环境，寻求行业健康发展。

**议题一：信息员代表汇报当前彩电彩管行业现状及今后市场的预测（详见 PPT）。**
杨秘书长：针对信息员的市场汇报，提出如下意见：以后的市场汇报应增加平板彩电市场对 CRT 彩电的冲击分析；07 年 CRT 产能增加，会对 CRT 销售产生重大问题，原因在于材料奇缺，玻壳因产能下降而涨价。屏的产能下降 15。9%，锥的产能下降 19。3%。现在急需解决的问题，CRT 今后该如何发展？如何限产保价？为了保持利润，在 07 年的 CRT 市场应实现产能最优化而不需大量生产。据了解，目前有几条 LCD 线上马，产能扩大。32LCD 屏价格下降 10%，与以前 34FS 相比，价格还要便宜。因此，建议面对 07 年 Q1 市场恶化，06 年圣诞节出口萎缩的局面，明年春节比较晚，彩管销售淡季较长，销售压力很大。但是，今年 Q2 有些彩管企业低价抛售的彩管，现在彩电厂还在消化这些库存，影响很不好。所以，建议各彩管厂家为了客户和市场多做一点实事。

**议题二：彩管行业如何深入沟通协作，共同迎战 06 年 Q4 和 07 年 Q1**
杨秘书长：针对 06 年 Q4 和 07 年 Q1 的市场情况，行业如何自律？维持 Q4 的价格，如何应对 07 年 Q1？请各个公司发表意见。
北松 横枕：06 年 Q4 比较困难。05 年年底和 06 年年初春节前后，已按约定调整生产。对于新增生产能力，各家如何联合解决此问题。最重要的一点是，各家尽量区分生产品种。
三星 河：06 年 Q4 即将过去，更重要是关注 07 年 Q1 的情况。三星集团规定每年年初事业部门领导调任，我希望明年不再负责中国彩管销售任务。据三星内部资料显示，2010 年中国国内 LCD 需求超过 2000 万。目前国内 CTV 需求去 4000 万以下，国内彩管产能在 7000 万以上。针对刚发表市场资料，中华映管改造 3 条生产线，三星暂时没有方案，想听听各家的意见。针对目前供求关系情况，各彩管厂家应互相交流信息，为求公司利润，共同谋划好的方案，LCD 在成本上有下降的空间，而 CRT 资材价格不容乐观，CRT 行业应考虑此方面因素，加强整个产业链的信息沟通。据 SDI 内部分析，CDT 价格下降 14%，而成本只下降 3%，预计 CPT 将出现与 CDT 类似情况。因此，建议各家在价格方面寻求合作，共同解决材料价格问题。
曙光 杨：07 年公司事业计划相对 06 年有下降，07 年 Q1 成本上涨，预计不能保价，针对 07

年 Q1，谈限产问题，灰色库存很大，这个数据的可靠性和准确性需要再考究。据了解，国内一些大彩电厂库存大，即使两个月不采购，也可维持正常生产。

**杨秘书长：** 06 年 10 月份 CPT 产量 655 万只，07 年 1 月份产量应为多少才能满足市场，保价保库存？

**曙光 杨：** 大屏幕 LCD 价格下降，32 34 以下 CRT 都会受到冲击，受到积压。

**三星 河：** 担心 Q1 的情况，我们开会需要解决，我们是否可以把价格挺到年底，需要行业措施。

**华飞 盛：** 面对 LCD 的冲击，提议的限产保价措施，行业需要重新思考一下，保价的同时是否给新入行者更多机会增加了进口，在此情况下，我们应该限产。06 年 Q3 行业涨价给进口带来了机会，如何让其退出，应做长远的考虑。根据往年的经验，上半年是产大于销，下半年销大于产。按以往经验，各彩管厂会改造提速。如何控制？

**彩虹 申：** 限产——如果等产会给新增 CPT 厂带来机会，行业应如何抵制进口？彩虹目前扩大出口，预计今年出口 600 万。据了解，北欧、中欧北欧消费者对平板无概念，主流还是 CRT，CRT 市场分额 70%-80%。平板 20%左右。据了解，北欧市场有 2400 万 CRT 彩电需求。中国限产限价可能性小，因为刚进入淡季，价格就有所松动，CTV 厂家掌握了动向，实行了压价策略。行业应如何健康发展？澄清一下，目前彩虹 K 线因考虑成本原因，暂无生产计划。28/29 英寸在老线上生产。

**汤姆逊 韩：** 彩管厂正处于供应商与客户夹缝之间，上游材料在不断涨价，下游 CTV 厂在不断压价。如果限产保价，会给新加入者和进口管机会。目前供大于求的情况下，不采取限产，也没有更好的办法。东莞工厂 11 月停产 7 天，不是因为卖不出去，而是不想生产太多，希望控制价格。07 年 Q1 市场很因难，主要机会是出口。目前中国地区产能在增加，全球其它地区产能在减少。据了解，明年西欧的需求在 1200-1500 万，部分来自中国，对于限产保价表示赞同。

**永新 孙：** 建议各家对信息员的市场汇报提出的问题进行探讨：一 针对 06 年 Q4 07 年 Q1 市场提出解决问题的相应对策，库存增加原因，为什么新增产能？二 如何解决新增的产能？

**范会长：** 针对欧盟反倾销，起诉的两家已经倒闭，欧洲 CRT 产量有 1100 万，其中汤姆逊 600 万 三星 500 万，而西欧市场需求 1500 万，俄罗斯市场需求 1000 万。
有关中国彩管出口欧洲的反倾销已经撤消 (11/16)，但是对彩电的限制还没有取消。如果彩电用来自中国彩管，是不是还是受到限制，还需要研究。鉴于 LCD 能耗是 CRT 的三倍，英国建议彩电进行分级销售，将 LCD 彩电定于三级。针对新增产能中华映管和常州宝丽，实行分品种协商策略。

**新骏 杨：** 针对行业的新加入者，是否采用对话形式。

**杨秘书长：** 常州宝马因侵犯知识产权，对行业不可能造成影响。福州中华，当初国家全部外销，做 CDT。现在福州可以做 CPT 业务，又是厦华的大股东。行业希望能够派代表与他们协商，邀请其入行，统一规范。华映马来西亚是否会减产，对全球的影响应深入了解了吗？贸易逆差来自于马来西亚的原因，他们出口管子到中国，再作成整机再出口，要收取 12%的关税。

**范会长：** 华映马来西亚有什么产能上的变化？

**三星 河：** 据了解，华映马来西亚停 1 条线，中华福州开 3 条线。三星 马来西亚 12 月份停 1 条线。

**杨秘书长：** 本次会议的目的是希望各家在年底不亏损，建议采取限产保价的策略。
对于信息员报告中提到新增的产能，目前可不考虑彩虹和常州宝马。中华福州邀请其入行。

### 议题三：针对库存上升，07 年 Q1，请各家提看法？

**新骏 杨：** 07 年 Q1 限产保价，对于 Q1 市场整体投放量，需再整体考虑。

**杨秘书长：** 以销定产，不盲目扩大生产。

**彩虹 申：** 建议春节期间停产，来限产保价，给公司和员工带来双赢的局面。

**三星 河：** 淡季特点：供大于求，CTV 厂拿大单（大单价格下降 5%以上）与 CPT 厂低价签定合

CONFIDENTIAL – GRAND JURY MATERIAL

同。如果接受此类大单，牺牲行业价格，将会给行业发展带来很大影响。同行业经营环境不善，CTV 厂家要求越来越苛刻，例如长虹 VMI 结算方式，这些例如 VMI 方式或者变更付款期限，都严重影响了行业的健康发展。

**议题四：如何针对 Q4 材料采购形势？**

杨秘书长：

| | |
|---|---|
| 屏产能下降 23。7% | 锥 产能下降 19。3% |
| 安彩停 11 条 开 14 条 | 安彩停 4 条 |
| 旭电了 停 2 条 | 长沙停 1 条 |
| 石家庄 停 1 条 | 石家庄停 1 条 |
| 共计停 14 条 开 45 条 | 共计停 6 条开 19 条 |

预计全年屏生产 9644 万，锥生产 8644 万。

铜价格上涨。DY 价格上涨，尤其是 21 上涨 6 个美金。彩管虽然涨价，其实只是转移到材料涨价，本身没有赚多少钱。

杨秘书长：首先要作到无库存，然后作到适当的储备库存。目前多余的 500-600 万产能，整个行业采取限产方式把它消耗掉。建议为了缓和 2007 年彩管严重供大于求的局势，会议提议停产限产，每家结合自身情况全年整体停产累计 30 天。

对于杨秘书长的建议，各家表态：

永新 孙：表示赞同。

新骏 杨：主动将产能降低，遵守游戏规则，赞同秘书长的意见。

北松 横枕：首先支持行业的健康发展，对于秘书长提出的邀请中华福州入行表示赞同。另外，希望各公司尽量增加出口，针对目前的进口数据 1100 万，需要了解一下构成。

三星 河：完全停产超过他的决策范围，待定。

曙光 杨：需要再确定。

华飞 盛：根据市场情况，各公司采取主动灵活的停产策略，因为任何公司盲目的停产影响很大，可根据品种和结合黄金周/复假等方式来确定停产情况。

彩虹 姚：对于限产表示赞同，同意华飞的建议。提议 Q4 马上实施限产 停产。对于福州的事宜，赞同杨秘书长的建议，针对中华马来西亚出口到中国将近 600 万的彩管，是否考虑存在反倾销问题。

杨秘书长：现在材料涨价，尤其是国外的材料工厂，这个对中华马来西亚不利，目前整个 CRT 产业的重心在中国。国内成本最具有竞争力，如果国内亏损，国外厂家一定亏损。所以提议全年各个公司累计整体停产 1 个月。并采取行业监督机制。

范会长的提议的决议草案，详细 WORD 文件。

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00102754

# EXHIBIT 66
# Filed Under Seal

# EXHIBIT 67

June 20, 2012

**Certification**

**Park IP Translations**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of the document with bates numbers range: CHU00102864E – CHU00102865E.

_____

Abraham I. Holczer

Project Manager

134 W. 29th Street 5th Floor • New York, N.Y. 10001
Phone: 212-581-8870 • Fax: 212-581-5577

**[TRANSLATION]**

To: Chief Wen-Qiang Fan, Chief Secretary Guo-Jun Yang

| | |
|---|---|
| Xianyang Irico: | Daoqin Xing, Xiaolin Shen |
| Samsung *SDI*: | Hoo-Mok Ha, Yin-Zhi Huang |
| SEG Hitachi: | Chenqun Li, Yufeng Wang |
| Changsha *LG*: | Zheng-Yuan Ha, Yaping Yang |
| Nanjin Huafei: | Yinhua Zhang, Jianzhong Sheng |
| Thomson: | Dade Han, Xiangjie yang |
| Novel: | Wei Sun, Zhiping Xu |
| BMCC: | Heng Zhen Guang Ze [Japanese name in Chinese phonetics] Dalin Lee |
| CPT: | Jing-Song (Jason) Lu, Xiao-Yan Liu |

<u>Color Tube Industry Association Presidents' Meeting Notice</u> (No.200701)

Based on the spirit of the Shanghai President's meeting held in December 2006, through discussion, with consent from Chief Wenqing Fan, the 8 major color tubes industry association will hold Presidents' meeting on January 23, 2007 (Tuesday) in Shann'xi Xi'an, detailed as follows:

I.  Date: January 23, 2007

| | |
|---|---|
| 09:00 -- 10:30 | Current industry condition report |
| 10:30 -- 11:00 | Lead attendees' speech |
| 11:00 -- 11:50 | Lead attendees' workshop |
| 12:20 -- | Lunch |

II. Location: Shannxi Xi'an Datang Furong Garden Fanglin Hotel

III. Attendees:

Especially inviting CPTF (Fuzhou factory) to attend this meeting

Respective companies' president, company leader in charge of sales, sales department head and industry information collectors

IV. Meeting chair:

Chief Secretary Guojun Yang

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00102864.01E
Translation

V.  Agendas for the meeting:

1.  Current condition of color television and color tubes and quarterly, 2007 market trend forecast report (30 minutes)

2.  Solidified meeting spirit from the December Shanghai Presidents' meeting and looking back (20 minutes)

3.  How to have an in-depth communication and cooperation in the color tube industry to welcome the 2007 market jointly (10 minutes to each speaking party from respective companies).

4.  Leader attendees workshop in how to pursue long term development and relative topics on *CRT* color television (50 minutes)

VI. Requirements for the meeting

1.  Each company shall send company leaders for timely attendance.

2.  Please prepare advance materials for speech, no audio recording during meeting, meeting contents shall not be leaked to outside.

3.  Meeting fee based on *AA* policy.

VII.  Respective information collector for color tube industry shall provide attending leaders' list to Irico group sales company marketing department by January 16th, 2007, Irico shall arrange for airport transportation.  Thank you for your cooperation!

Contact: Irico Group Sales Company   Jun Yao

*TEL*: 029-33333333                     13309106828
*FAX*: 029-33333399
*EMAIL*: yj-xs@ch.com.cn

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

**Eight Major Color Tube Industry Association**
January 15, 2007

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL                    CHU00102865E
                                                                    Translation

致：范文强会长、杨国钧秘书长

**咸阳彩虹** - 邢道钦、申小琳　　　　**三星 SDI** - 河候穆、黄银植

**赛格日立** - 李陈群、王宇峰　　　　**长沙 LG** - 河正源、杨亚平

**南京华飞** - 张银华、盛建忠　　　　**汤姆逊** - 韩达德、杨向杰

**上海永新** - 孙　伟、徐志平　　　　**北京松下** - 横枕光则、李大林

**中华映管** - 吕镜松、刘晓燕

## 彩管行业协会总经理会议通知(编号 200701)

　　根据 2006 年 12 月上海总经理会议精神，经商范文强会长同意，八大彩管行业协会拟定于 2007 年 1 月 23 日(星期二)在陕西西安召开总经理会议，具体如下：

**一、　时间**：2007 年 1 月 23 日

　　09：00～10：30　　行业现状通报

　　10：30～11：00　　与会领导发言

　　11：00～11：50　　与会领导座谈

　　12：20～　　　　　午宴

**二、地点**：陕西 西安大唐芙蓉园芳林苑酒店

**三、与会人员**：

　　本次会议特邀请中华映管（福州厂）参加会议

　　各公司总经理、主管销售的公司领导、营销部长及行业信息员

**四、会议主持**：

　　杨国钧秘书长

**五、会议议题**：

　　1、　当前彩电彩管行业现状及一季度、07 年市场形势预测汇报（30 分钟）；

　　2、12 月上海总经理会议精神的落实及其回顾（20 分钟）；

　　3、彩管行业如何深入沟通协作，共同迎接 07 年市场（各公司发言 10 分钟）；

　　4、与会领导座谈如何谋求 CRT 彩电的长远发展等相关议题（50 分钟）

**六、　会议要求**：

　　1、　请各公司领导准时出席；

　　2、请提前做好发言的资料准备，会议期间不得录音，会议内容不得外泄；

　　3、会务费用 AA 制；

**七、请各位彩管行业信息员在 07 年 1 月 16 日前将参加会议领导名单反馈到彩虹集团销售公司市场部，彩虹将安排接送机服务。谢谢合作！**

　　联系人：彩虹集团销售公司　　姚　军

　　　　TEL：029-33333333　　　13309106828

　　　　FAX：029-33333399

　　　　EMAIL:yj-xs@ch.com.cn

CHU00102864

**八 大 彩 管 行 业 协 会**

2007 年 1 月 15 日

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00102865

# EXHIBIT 68
# Filed Under Seal

# EXHIBIT 69
# Filed Under Seal

# EXHIBIT 70
# Filed Under Seal

# EXHIBIT 71
# Filed Under Seal

# EXHIBIT 72
# Filed Under Seal

# EXHIBIT 73
# Filed Under Seal

# Exhibit 74

STATE OF NEW YORK
CITY OF NEW YORK
COUNTY OF NEW YORK

CERTIFICATION

I, Dan McCourt, as an employee of TransPerfect Translations, Inc., do hereby certify, to the best of my knowledge and belief, that the provided Chinese into English translation(s) of the source document(s) listed below are true and accurate:

- IRI-CRT-00024212-IRI-CRT-00024215

TransPerfect Translations, Inc., a translation organization with over 90 offices on six continents, is a leader in professional translations. TransPerfect Translations, Inc. has over twenty years experience translating into the above language pair, its work being accepted by business organizations, governmental authorities and courts throughout the United States and internationally.

TransPerfect Translations, Inc. affirms that the provided translation was produced in according to our ISO 9001:2015 and ISO 17100:2015 certified quality management system, and also that the agents responsible for said translation(s) are qualified to translate and review documents for the above language pair, and are not a relation to any of the parties named in the source document(s).

_____
Dan McCourt, Project Assistant

Sworn to before me this
Monday, August 28, 2023

_____
Signature, Notary Public

_____
Stamp, Notary Public

*[handwritten text is indicated in italics]*
*February 14, 2003 pm 2:30 (Friday) Third small meeting room*

Administrative office meeting

Attendees: Ma Jinquan, Tao Kui, Xing Daoqin, Guo Mengquan, Zhang Shaowen, Niu Xin'an

Non-voting attendees: Persons in charge of the Planning and Development Department, the Technology and Quality Department, Technical Center and Office

Chaired by: Ma Jinquan                          Recorded by: Wei Xiaojun

Topic: Discussion on the Relevant Work at the Beginning of the Year (February)

Agenda and Contents:

Ma: Start by discussing the super large screen tubes project

Zhang: 1. The sources of the technology for the oversize screen tubes are Hitachi, Mitsubishi and Thomson, all have different characteristics and cooperation advantages. Issues were stated; we will choose either Mitsubishi or Thomson for bringing in the large tubes technology.

2. 32", 34" resolution →pixel →pitch, it is planned to select the half piece of tight type shadow mask, pitch 0.75~0.60

3. Regarding the sizes of the tube types, consider 32" of 16:9 and 34", 36" of 4:3 at the same time.

Li Danghui: 1. I learned from relevant materials that the leading product for 37" after 5 years will be PDP, and the prospect of 36" CRT is unclear.

Ma: 1. Comparing 32" and 36" from cost and the national effective sizes, it is better to select 36".

2. The medium resolution is sufficient for household use, select the pure screen and engage in the technology for very fine tubes.

Discussion…

Xu: 1. Discuss from the perspective of feasibility.

Decided upon Discussion: (1) Conduct the argument and demonstration on bringing in the oversize screen tubes technology, dissect the tubes, and visit the companies.

(2) The Planning and Development Department shall bring up a feasibility report.

[handwritten text is indicated in italics]
*February 14, 2003 pm 2:30 (Friday) Third small meeting room*

Xu Quancheng: 1. Explain the situation of the argument and demonstration on the reported projects of 2003 technological modification and measures  (see the attachment)

2. CRT Plant One's 15" PF line transformation plan .

3. Electron gun 15" PF matching support transformation plan

Decided upon Discussion: the above three projects.

Tao: 1. Adjust the equity structure of Irico Fluorescence Company, and plan to adjust to give 10% of the 45% shares held by the Group to the Tertiary Co., and the Group will account for 35%, so as to facilitate the separation of the Tertiary in the logistics.

Xu Quancheng, 1. The project of the technological modification on the cold repair of the furnace of the Glass for treating tubes, with an investment of RMB 7.64 million.

Decided upon Discussion: We can prepare and keep it as long as possible.

Liang Tianxiang: Report on the evaluation of the Party Committee in 2002. The situation of the evaluation

Advanced Party Committee: the First Factory, the joint-stock company, the electron gun factory, the glass factory

Directly affiliated branch: The part factory, the shadow mask factory

Advanced branch: Outstanding Party members are evaluated and selected by the basic level, with 18 branches and 46 Party members.

Decided upon Discussion: Agree, the award standard is the same as last year.

Niu Xin'an: 1. The notice of Shaanxi Electronics Association: Irico recommends Chief Ma for "May 1" Labor Award, which will be reported to Shaanxi Province for balancing and election, and to further grab a shift.

Ma: 1. I am already a deputy to the National People's Congress, it is better to recommend other leaders and comrades.

2. We would rather abandon this quota than give it to me.

Decided upon Discussion: Agree with Chief Ma's proposal to recommend Comrade Tao Kui, and recommend a shift from a large branch factory.

Wei: 1. The initial situation of the evaluation of the industrial advancement

CONFIDENTIAL                                                          IRI-CRT-00024213E

[handwritten text is indicated in italics]
*February 14, 2003 pm 2:30 (Friday) Third small meeting room*

Decided upon Discussion: (1) Agree with the list of advanced individuals of all units, and the grades of the awards for the achievements in modernized management.

(2) Management award:

Gold Award: The glass factory

Silver Award: The Joint Stock Company and CRT Plant One

Bronze Award: The fluorescence company, the sales company, the group office.

2. The situation of preparing the matters related to the agenda of the workers' congress and summary commendation meeting.

Decided upon Discussion: (1) Agree to hold a meeting in the club at 8:30 AM on February 24, [illegible], participants, hold an evening party in the evening.

Guo Mengquan: The matter of the planned implementation of the planned price of parts for 2003 internal supporting materials.

Discussion…

Xing: (1) Explain the situation of undertaking contracts of production and operation by respective units in 2003, undertaking by using the indicators of completion in 2002 as the benchmark. Assess the undertaking by indicators of class A and class B.

(2) Some issues in negotiations with Thomson

• Share percentage: Irico controls the shares, Thomson's share is more than 25%

• Joint venture structure: Establish a joint venture company and set up factories in the southern and northern parts.

• Register the joint-venture company in Xianyang

• The inclusion of the old glass factory in the joint-venture company will wait to be discussed in the next step

(3) The situation of preparing the market simulation and parts and components export meeting (in the afternoon of the 24th)

Niu: (1) Report on the matters of the school management:

• Regarding student fees, the children of [illegible] Company and [illegible] factories do not pay→ General Factory undertakes to pay.

[handwritten text is indicated in italics]
*February 14, 2003 pm 2:30 (Friday) Third small meeting room*

- The other part of the single employee should be borne by the respective unit.

- It is planned that the school separates high school from middle school and elementary school. High school is independent and operates by simulating market.

- The school plans to recruit two foreign teachers.

- Request that volunteers provide sponsorship for the ceremony of coming to town in Shaanxi, otherwise no volunteers will be sent.

- It is planned to recruit two teachers for the elementary school

(2) Restructuring of the company, enterprises becoming legal entities, and organizing the units. First register the power plant and the electron gun factory. Retain an intermediary company to help operate the shareholding of the management level.

Decided upon Discussion: Agree with the above two proposals.

Chief Ma: 1 Chief Guo and I will go to Hainan on the 16th to attend the industry meeting. Urgently prepare and implement all work.

603

2003 年 2 月 14 日 PM2:30　星期五　三小会议室

<u>引投办公会</u>

参加人：马金泉　闫剑　邢道钦　记监良　张为文　牛训章

　　列席：技战略部、投拓部、技术部、办公室负责人

主持：马金泉　　　　　记录：魏小羊

议题：　年初（二月份）有关工作研讨

议纪内容：

马：首先讨论超大屏幕等项目

闫剑：1. 超大屏幕以LG为本利区有日立公司、三菱公司、汤姆逊公司各有特点，今仙以购资，内以是引作进，引进大型方面技术要详和原始公司中选择。

　　2. 就"34"分辨率→要求→节距，拟选择半张望或荫罩节距 0.75 ～ 0.60

　　3. 屏玻尺寸同步考虑 16:9 么就"、4:3 的 34"36"

李密令：1. 以有关生料以和 5年后 37"么告等是二是 POP 36"CRT 前景不明朗

马：1. 专就"才 36"比较从成本、国外有技术针对就 36"较好。

　　2. 中小辨率能应用足够，进得货资，真的旧屏型技术。

讨论 ……

经：1. 从引持方面进引作述

讨论达定（1）引进超大屏幕技术论证，解剖屏子方案公司（2）经剂有后了是出引持报告

第 1 页

CONFIDENTIAL

309

| 年 | 月 | 日 | 星期 |
|---|---|---|---|

徐金成 1. 2003年发生拉缸事故处理凌记讨论记录 (见附件)

　　2. 创新一丁 15″ PF线改扩建方案.

　　3. 电子枪 15″ PF顶瓦 … …

　　讨论决定 上述三项件.

陶：1. 调乳创业基本同股权转化结构. 拟投华园~45% 股份

　　调任三方可10% 华园即占收35% 仅于三方后协议书冬审

徐金成 1. 硬动扩产片年将行技改项. 投资 764万元.

　　讨论决定. 3必作方方 尽己体谅

张天福：02年党委讨论评定调报 评优秀评比.

　　先进先圣：一丁 电子办丁. 电化行丁. 玻璃丁

　　真中丁：芯中丁. 国际丁

　　先进丁 优秀党员 由基层评选. 13个丁 46位党员

　　讨论决定 1月号 劳动红州马专车一样.

牛利安 1. 陕西电子工会通知. 创业推荐参加 "五一" 劳动奖章 报

　　到陕西省专车的 选举 再创业一个班组.

号：1. 我该全国人大代表. 黄如意推荐 其它12号和1丁号.

　　2. 这个名额宁愿应该给我 也又仍作我.

　　讨论决定. 1万号考之一 化号 推荐列到1万号. 从又到丁机若一

　　个班组.

魏：1. 创业先进诸位 知多计之.

第 2 页

CONFIDENTIAL                                                                 IRI-CRT-00024213

| 年 | 月 | 日 | 星期 |
|---|---|---|---|

讨论决定：(1) 同意在机先进个人评，和机构以后机时生劳动问题。

　　(2) 引进：

　　　　金奖：抽动厂

　　　　银奖：胜份3司，创玉一丁

　　　　铜奖：英志3司，销公3司，各制办。

又：取此会及工作考虑今议机构之2直机有时忘心。

讨论决定：(1) 同意 2月24日上午8:30，在俊牢P召开，别机，参加人员，此上电列出分。

部监权：03年内瓦材料，部件拟定引件划同之直。

　　讨论 ……

郭：(1) 03年在机时儿营圣经划之论别，以02年完成情况各别机选它分A、B道段将圣引圣它考权。

　　(2) 与凤妹迎3司该判中一些问题

　　· 股比：利机搭股，凤妹迎3司大于25%

　　· 合资3司架构：成座主合资3司，各顶方，北为进厂

　　· 合资3司注册 圣咸州。

　　· 老观动厂进入合资3司，接下一专再谈

　　(3) 挖拟本间和各部件对新合议批划列化 (2411下年)

朱：(1) 江级圣权系划之直：

　　· 圣它收兑，圣旋3司，从而丁4圣增圣权 →订圣权圣达

第 3 页

011

年　　月　　日　　星期

- 军职工份另外一户头，由各单位承担。批复
- 拟学校扩高中，与初中小学分开，高中托加初招生引
- 学校拟聘两名外教老师。
- 承成伯屋省委陈入喊议或要求赞助，否则，只低伯正省。
- 拟从小学校聘两名教师

（四）公司限制，压机体人处，优化机构。先将冊动力丁，电影丁，另外赤坪股诗一个中行了可帮助运作。

讨论决定：同意上述两个忆议。

马总：我去讨论16日到海南开引些会，记到此临际水伯花去。

CONFIDENTIAL

# Exhibit 75



September 25, 2018

**Certification**

**Park IP Translations**

**TRANSLATOR'S DECLARATION:**

I, Jennifer Brooks, hereby declare:

That I possess advanced knowledge of the Chinese and English languages. The attached Chinese into English translation has been translated by me and to the best of my knowledge and belief, it is a true and accurate translation of the document with the bates number range of: IRI-CRT-00003490 - IRI-CRT-00003497

Jennifer Brooks

Project Number: BBLLP_1809_021

006

**Irico Group Corporation**
# Audit Department Document

Cai Shen [2001] No. 1

Report on the Audit Situation of Irico (USA) Inc.

Irico Group Corporation:

In accordance with the instructions of the Group Corporation's leaders, this department organized a three-person audit group lead by Department Chief Zhang Xingxi, and on 27 April 2001, this department issued an audit notice via fax to Irico (USA) Inc. On 27 May, the audit group arrived in Fremont, California, US and immediately launched audit work. First, the audit group required the company's general manager, Liu Feng, to provide materials required for conducting an audit, such as accounting documents, account books, and financial reports, going back to the time of the company's establishment. However, General Manager Liu Feng stated that prior to 1998, the company's financial affairs were controlled by American stockholder Huang Xueli, and the accounting materials were not handed over to Irico when the American party divested in 1998, so they could not be provided. The accounting materials from after 1998 were transferred to INB Co. on 10 April 2001 by the company, and all materials of the original company are owned by the assignee. Therefore, any request to provide these must be agreed to by the assignee. After multiple audit group negotiations, Liu Feng only provided the following materials:


Scanned and created by CamScanner

CONFIDENTIAL

IRI-CRT-00003490

007

1. Stubs of checks externally issued by the company from 1 January 1998 to 30 April 2001;

2. Bank statements from 1 January 2000 to 30 April 2001;

3. Irico (USA) Inc. transfer contract;

4. Resolution of the Irico (USA) Inc. second board of directors (copy);

Because Liu Feng made an unauthorized transfer of Irico (USA) Inc. to the United States' INB Co. on 10 April 2001, and because Liu Feng did not provide the accounting materials related to business activities, such as financial statements and accounting documents, required by the audit, it was not possible to meet the most basic conditions for an audit, and subject to the limitations of lawful duties, authority, and inspection methods, it was not possible to uncover the true situation reflected by the accounting report forms of the audited Irico (USA) Inc. or to issue complete, accurate audit findings, making it impossible to carry out normal audit work. The audit group could only conduct an investigation of some of the circumstances of Irico (USA) Inc. based on the materials provided by Liu Feng, such as check stubs and partial bank statements and the Irico (USA) Inc. transfer contract.

Over the course of the investigation, the audit group mainly conducted the following work with regard to the materials provided by Liu Feng:

1. One-by-one registration of the provided expenditure check stubs since 1998;

2. Categorization of the registered expenditures according to the economic details listed on the check stubs;

3. One-by-one verification of the bank statements from 1 January 2000 to 30 April 2001;

4. Verification of all company credit card expenditures exceeding US$1000 since 1998.

5. Examination of the company transfer contract he signed, and consultation with a local law firm on the contract details.

6. Investigation and consultation with the relevant United States governmental departments on the basic status of the assignee INB Co. and its stockholders and corporate credit standing.

2

 Scanned and created by CamScanner

CONFIDENTIAL                                                                                      IRI-CRT-00003491

008

I. Basic conditions of the company

Irico (USA) Inc. is a joint venture company established by the Group Corporation and an American party, located in Fremont, California, US. The company was established in July 1995, with registered capital of US$1.75 million, wherein: Import/Export Caihong Co. investment was US$600,000 cash, for 34.3% equity; Irico (Hong Kong) Co. investment was US$800,000 cash, for 45.7% equity; Huang Xueli invested US$125,000 cash and delivered US$50,000 in dry shares, for a total of US$175,000, for 10% equity; and Huang Maike invested US$175,000 cash, for 10% equity. In October 1995, Irico Group Corporation sent Liu Feng and Zhu Jian to the United States. Zhu Jian did not go the United States after March 1997 due to visa problems.

As reflected by Liu Feng, due to extraordinary difficulties in cooperation with the Huang siblings, foreign parties in the joint venture, an agreement was reached with the foreign parties on 26 February 1998, the American parties divested from the company, and US$1 million of Irico capital was returned in 1998. At this point, the company was independently run by Irico, with Liu Feng being solely responsible. During the audit investigation, it was learned that Liu Feng gained US permanent resident status (green card) on 20 July 2000. On 10 April 2001, General Manager Liu Feng made an unauthorized transfer of the company to the United States' INB Co.

II. Financial revenue and expenditures of the company

1. Situation prior to 1998

Because Liu Feng could not provide the company's accounting materials prior to 1998, it was not possible to check operations before 1998.

2. Situation since 1998

According to the check stub materials provided by Liu Feng, from January 1 1998

3

Scanned and created by CamScanner

CONFIDENTIAL                                                    IRI-CRT-00003492

009

to 30 April 2001, the company incurred costs totaling US$914,670.45.

(2) According to the company's deposit bank check stubs provided by Liu Feng, from 1 January 1998 to 30 April 2001, the company purchased fixed assets totaling US$40,417.48.

(3) Because the company did not provide bank statements for 1998 and 1999, it was not possible to check the company's operating revenue, fund investment income, and interest revenue for 1998 and 1999. According to the 2000 and 2001 bank statements of the company's deposit bank provided by Liu Feng, the company's cumulative main business revenue from 1 January 200 to 30 April 2001 was US$122,943.00, and its cumulative main business costs were US$112,896.00.

(4) According to the 2000 and 2001 bank statements of the company's deposit bank provided by Liu Feng, the company's interest revenue from 1 January 2000 to 30 April 2001 was US$12,105.59. This included:

2000: US$10,444.06

2001: US$1,661.53

(5) According to the company's deposit bank statements and fixed assets lists provided by Liu Feng, as of 30 April 2001, the company's net assets were US$119,581.42. This included:

Net value of fixed assets:       US$30,364.17

Bank deposits:                   US$89,217.25

III. Investigation of contract

On 10 April 2001, Irico (USA) Inc. was transferred to the United States' INB Co. by Liu Feng. Based on the transfer contract provided by Liu Feng, the audit group commissioned Mr. Shi Xiaodong, general manager of a San Francisco container services company established by China Ocean Shipping (Group) Company, to conduct a legal consultation with the United States' Morrison & Foerster Law Firm on this contract.

4

 Scanned and created by CamScanner

CONFIDENTIAL                                                      IRI-CRT-00003493

010

Zhao Qimin of this law firm believed that the contract signature procedures and basis of the contract itself complied with US law.

Given the overall opinions of the lawyers, the audit group believes the transfer contract signed by Liu Feng ran counter to the wishes of the Group Corporation and damaged the interests of the Group Corporation in the following ways:

1. It did not comply with the spirit and intentions of the 9 March 2000 Irico (USA) Inc. board meeting resolution. The Irico (USA) Inc. 9 March 2000 board meeting fully authorized Liu Feng to transfer Irico (USA) Inc. for a price of US$1 million, with recovery of the transfer funds by 31 December 2000 at the latest; it did not require the precondition of Irico Group Corporation providing US$700,000 profits in annual support, as written in the contract signed by Liu Feng. In reality, this was the covert transfer of the company free of charge, and it resulted in the loss of Irico (USA) Inc. assets.

2. Because the name "Irico (USA) Inc." was transferred at the same time that Irico (USA) Inc. was transferred, the assignee continued to use Irico (USA) Inc. to conduct business. In the event of improper or illegal operating activities, it would harm the reputation of Irico Group. For example, if Irico Group were to go to the United States to invest in a registered company, it would not be able to use the name "Irico (USA) Inc.".

Regarding the contract signed by Liu Feng to transfer Irico (USA) Inc., Zhao Qimin of a US law firm believed it is possible to sue Liu Feng and the buyer INB Co. for the reason that "Liu Feng did not follow the spirit and intentions of the Irico (USA) Inc. 9 March 2000 board meeting resolution in signing this transfer contract", to terminate the execution of the contract.

However, if legal action is taken in the United States to file a lawsuit to resolve the Irico (USA) Inc. transfer matter, Irico Group will need to pay a considerable amount of money (USD). As stated by US lawyer Zhao Qimin,

5

 Scanned and created by CamScanner

CONFIDENTIAL                                        IRI-CRT-00003494

it is very common in the United States for a lawsuit to cost US$100,000.

The audit group held a special consultation on this issue with Mr. Shi Xiaodong, general manager of a San Francisco container services company established by China Ocean Shipping (Group) Company, and Ms. Zhou Yuzhen, chief financial officer. They believed it is very easy to register a company in the United States. Given that Irico (USA) Inc. currently has no real estate investments or credit and debt disputes in the United States and is merely a shell company, paying a large amount in attorney fees to pursue a lawsuit in the United States would have little value, and the losses would outweigh the gains.

To gain an understanding of the assignee company, the audit group made inquiries into INB Co. with several departments of the California government. INB Co. was established on 24 October 1997, with a registered address of 3695 STEVENSON BLVD BLD STE 236 FREMONT, CA 94538. Company materials reported to the state government on 12 January 1998 indicated that the only stockholder was Liu Feng, with US$50,000 in capital stock. In materials reported on 18 March 1999, Liu Feng was the company's CEO, secretary, and chief financial officer. In materials reported on 7 May 2001, the general manager, secretary, and chief financial officer were changed to Sun Xiaolin.

According to Liu Feng: Sun Xiaolin of Hong Kong commissioned him to incorporate and hold INB Co., until 30 March 2001, when he transferred it to Sun Xiaolin's name. On April 10, he represented Irico in signing the transfer of Irico (USA) Inc. with Sun Xiaolin.

IV. Problems

1. Liu Feng's unauthorized transfer of Irico (USA) Inc. and refusal to provide the audit department with the required audit materials related to business activities, such as financial statements and accounting documents, made it impossible to conduct normal audit work. This is a serious violation of rules and discipline.

2. Looking at the expenditure check stubs since 1998 provided by Liu Feng, the audit group found

6

 Scanned and created by CamScanner

012

that the company made three payments of US$400,000 in April 1999, for expenditures such as short-term fund investments and operational electronic products and molds for the years 1998 and 1999. Because Liu Feng did not provide the relevant financial accounts, it was not possible to check this income.

3. Without the agreement of the Group Corporation, the company's general manager, Liu Feng, made an unauthorized transfer of Irico (USA) Inc. to the United States' INB Co. on 10 April 2001, resulting in the loss of state-owned assets and in violation of provisions regarding the supervision and administration of the property of state-owned enterprises.

4. The contract transferring the company damaged the interests of Irico Group Corporation. First, the resolution of the second board of directors commissioned him to transfer the company for US$1 million, but the contract included a condition stating that Irico Group must obtain profits of US$700,000 annually to support it. This not only violated the intention of the board of directors' resolution, it also resulted in the loss of company assets. Second, the name "Irico (USA) Inc." was transferred at the time of the transfer, and the assignee continued to use the name Irico (USA) Inc. for operations. In the event of improper or illegal operating activities, it would harm the reputation of Irico Group.

5. In materials reported to the California government on 18 March 1999, Liu Feng was the CEO, secretary, and chief financial officer of the assignee INB Co. It was only in the company's materials reported on 7 May 2001 that the general manager, secretary, and chief financial officer were changed to Sun Xiaolin.

V. Recommendations

Liu Feng is clearly suspected of violations of law and discipline. However, the current evidence is insufficient. The investigation and verification of the Liu Feng matter presents two major difficulties: First, Liu Feng is in the United States and has a green card; he will not return to China. Second, the obtaining of evidence is a US legal matter, with massive and numerous obstacles and considerable costs; it will be very difficult to manage. This being a civil case, a civil lawsuit could be brought. However, Irico Group would need to pay a considerable amount of money (USD). This would have little value, and the losses would outweigh the gains.

7

 Scanned and created by CamScanner

CONFIDENTIAL                                             IRI-CRT-00003496

013

      If the Group Corporation were to undertake an administrative resolution regarding Liu Feng based on the relevant management system, such as dismissal, this could be the best outcome for Liu Feng and could be what Liu Feng is hoping for. Therefore, an administrative resolution should not be immediately undertaken when there are other possible ways to resolve the problem.

      Given the aforementioned circumstances, recommendations for handling the Irico (USA) Inc. and Liu Feng issue are as follows:

      1. Liu Feng's unauthorized transfer of Irico (USA) Inc. without the approval of the Group Corporation violated the wishes of the Group Corporation and seriously damaged the Group Corporation's interests. Do not acknowledge the Irico (USA) Inc. transfer contract signed by him and the United States' INB Co., and wait for an opportunity to investigate Liu Feng's legal liability.

      2. Continue negotiations with Liu Feng, and call on him to immediately terminate the transfer contract signed with the United States' INB Co., execute the Irico (USA) Inc. board meeting resolution of 9 March 2000, and conduct the transfer at a price of US$1 million.

      3. The Group Corporation should undertake an administrative resolution regarding Liu Feng at the appropriate time according to the relevant management system.

      4. The handling of the Irico (USA) Inc. and Liu Feng issue involves foreign and transnational matters, with strong foreign case policy implications, there are massive and numerous obstacles, and the Group Corporation is subject to the limitations of lawful duties, authority, and inspection methods. Therefore, it will be very difficult to investigate this case. We recommend referring the matter to superiors, for handling by relevant departments.

            [Stamp: Irico Group Corporation, Audit Department]
                    27 July 2001

| | |
|---|---|
| CC: Supervision Department | Grade (2) |
| Audit Office | Printed and issued 27 July 2001 |
| Printed by: Qing Bei      Proofreader: Zhang Xingxi | No. of copies: 4 |

8

 Scanned and created by CamScanner

CONFIDENTIAL

# 彩虹集团公司
# 审计部文件

彩审[2001]1号

### 关于彩虹（美国）公司审计情况汇报

彩虹集团公司：

　　根据集团公司领导的指示，我部组成了以部长仉兴喜为组长的三人审计小组，2001年4月27日我部以传真的方式向彩虹（美国）公司下达了审计通知。审计小组于5月27日到达美国加利福尼亚州福利蒙特市，随即展开审计工作。首先审计小组要求公司总经理刘丰提供自公司成立以来历年的会计凭证、帐簿和财务报告等实施审计所必需的资料。但刘丰总经理称，1998年以前，公司的财务是由美方股东黄雪莉控制，98年美方撤股时，未将会计资料移交我方，因而无法提供；98年以后的会计资料因公司已在2001年4月10日转让给INB公司，原公司的一切物品归受让方所有，若要求提供须经受让方同意。经过审计小组多次交涉，刘丰仅提供了以下资料：

1

 由 扫描全能王 扫描创建

CONFIDENTIAL

IRI-CRT-00003490

1. 1998年1月1日至2001年4月30日公司对外开具的支票存根；

2. 2000年1月1日至2001年4月30日的银行对帐单；

3. 彩虹（美国）公司转让合同；

4. 彩虹（美国）公司第二届董事会决议（复印件）；

由于刘丰将彩虹（美国）公司已在2001年4月10日擅自转让给美国INB公司，刘丰对审计所需的与经营活动有关的财务决算报表、会计凭证等会计资料不予提供，无法满足审计最基本的条件，受法定职责、权限和检查手段的局限，无法揭示被审计的彩虹（美国）公司会计报表反映会计信息的真实情况，作出完整、正确的审计结果，使正常的审计工作无法进行。审计小组只能根据刘丰所提供的支票存根和部分银行对帐单、彩虹（美国）公司转让合同等资料对彩虹（美国）公司的一些情况进行调查了解。

在调查了解实施过程中审计小组主要对其提供的资料进行了以下工作：

1. 对其所提供1998年以来支出的支票存根进行了逐一登记；

2. 对登记的支出按支票存根所列的经济内容进行了分类；

3. 对2000年1月1日至2001年4月30日银行对帐单进行了逐一核查；

4. 对98年以来1000美元以上的公司信用卡支出进行了核查。

5. 对其所签定的公司转让合同进行了审查，并就合同内容咨询了当地的律师行。

6. 对受让方INB公司的基本情况以及股东、公司资信等情况

2

 由 扫描全能王 扫描创建

CONFIDENTIAL

IRI-CRT-00003491

008

向美国政府有关部门进行了调查咨询。

## 一、 公司基本情况

彩虹（美国）公司是集团公司与美方合资成立的合资公司，地址位于美国加利福尼亚州福利蒙特市。公司成立于1995年7月，注册资本175万美元，其中：彩虹进出口公司投资60万美元现金，占34.3%股权；彩虹（香港）公司投资80万美元现金，占45.7%股权；黄雪莉投资12.5万美元现金，送其干股5万美元，合计17.5万美元，占10%股权；黄麦克投资17.5万美元现金，占10%股权。1995年10月彩虹集团公司派刘丰、竺简赴美。1997年3月以后竺简因签证问题在没有去美国。

据刘丰反映由于与合资外方黄氏兄妹的合作极为困难，1998年2月26日与外方达成协议，美方从公司撤股，并在1998年一年内归还我方100万美元资本金。自此，该公司转由我方独自经营，由刘丰一人负责，审计调查时得知刘丰于2000年7月20日取得美国永久居住身份（绿卡）。2001年4月10日公司被总经理刘丰擅自转让给美国INB公司。

## 二、公司财务收支情况

1. 1998年以前的情况

由于刘丰未能提供 1998 年以前的公司会计资料，因此，无法对1998年以前的经营情况进行核实。

2. 1998年以来的情况

① 据刘丰提供的支票存根资料，公司自 1998 年 1 月 1 日

3


由 扫描全能王 扫描创建

CONFIDENTIAL

至 2001 年 4 月 30 日累计发生费用 914,670.45 美元。

② 根据刘丰提供的公司开户银行支票存根，公司自 1998 年 1 月 1 日至 2001 年 4 月 30 日累计购置固定资产 40,417.48 美元。

③ 由于公司未提供 98、99 年度的银行对账单，其 98、99 年度的经营收入、基金投资收益和利息收入等无法核实。依据刘丰提供的公司开户银行 2000 年和 2001 年银行对账单，公司 2000 年 1 月 1 日至 2001 年 4 月 30 日累计主营业务收入 122,943.00 美元，累计主营业务成本 112,896.00 美元。

④ 依据刘丰提供的公司开户银行 2000 年和 2001 年银行对账单，公司 2000 年 1 月 1 日至 2001 年 4 月 30 日利息收入 12,105.59 美元。其中：

2000 年　10,444.06 美元

2001 年　 1,661.53 美元

⑤ 依据刘丰提供的公司开户银行对账单和固定资产清单，截止 2001 年 4 月 30 日，公司净资产 119,581.42 美元。其中：

固定资产净值　　30,364.17 美元

银行存款　　　　89,217.25 美元

**三、 合同调查情况**

2001 年 4 月 10 日彩虹（美国）公司被刘丰转让给美国 INB 公司。根据刘丰所提供的转让合同书，审计小组委托中国远洋运输（集团）总公司在旧金山所设的集装箱服务有限公司总经理石小东先生，找到美国美富律师事务所对该合同进行了法律方面的

4

由 扫描全能王 扫描创建

CONFIDENTIAL

IRI-CRT-00003493

咨询。该律师事务所赵启民律师认为就合同本身来讲，合同签定的程序、依据均符合美国的法律。

综合律师的意见，审计小组认为刘丰所签订的转让合同有以下方面是违背了集团公司意愿并损害了集团公司利益的：

1、不符合彩虹（美国）公司2000年3月9日董事会决议精神和意愿。彩虹（美国）公司2000年3月9日董事会全权委托刘丰出让彩虹（美国）公司，是以100万美金的价格出让，且转让资金收回最迟应在2000年12月31日前，并没有象刘丰所签订的合同中所写的同时要彩虹集团公司每年支持其70万美金利润作为前提。这实际上是变相将公司无偿转让了，并造成彩虹（美国）公司资产的损失。

2、由于彩虹（美国）公司转让的同时"彩虹（美国）公司"的名称也被转让了，受让方继续使用彩虹（美国）公司来做生意，如有不正当或非法经营行为将会给彩虹集团的声誉造成一定的损害。例如彩虹集团再来美国投资注册公司将不能使用"彩虹（美国）公司"这个名称。

对于刘丰转让彩虹（美国）公司所签定的合同，美国律师事务所赵启民律师认为可按"刘丰没有按照彩虹（美国）公司2000年3月9日董事会决议精神和意愿签定了本转让合同"为理由起诉刘丰和买方INB公司，终止其合同的执行。

但如在美国通过法律诉讼打官司解决彩虹（美国）公司转让一事，彩虹集团将要支付一笔相当数额的美金，按美国律师赵启

5



IRI-CRT-00003494

民所说，在美国打一场官司花 10 万美金是一件很平常的事。

就此问题审计小组又专门与中国远洋运输（集团）总公司在旧金山所设的集装箱服务有限公司总经理石小东先生、财务总监周玉珍女士进行了交谈咨询。他们认为在美国注册公司是一件很容易的事情，如目前彩虹（美国）公司在美国没有不动产投资，没有债权债务纠纷，仅仅是一个空壳公司，在美国起诉打官司花上一大笔律师费，意义不大，得不偿失。

为了解受让方公司的情况，审计小组先后到加州政府多个部门查询 INB 公司的情况。IBN 公司成立于 1997 年 10 月 24 日，注册地点是 3695 STEVENSON BLVD BLD STE 236  FREMONT, CA 94538 。1998 年 1 月 12 日上报州政府的公司资料显示只有一名股东为刘丰，股本 50,000 美元。1999 年 3 月 18 日上报资料中公司 CEO、秘书、财务总监均为刘丰，2001 年 5 月 7 日公司上报的资料将总经理、秘书、财务总监变更为孙晓林。

据刘丰讲：INB 公司是香港人孙晓林委托他注册成立并持股，直到 2001 年 3 月 30 日才被其转到孙晓林名下的。4 月 10 日他又代表彩虹与孙晓林签定了转让彩虹（美国）公司的。

## 四、存在的问题

1、刘丰将彩虹（美国）公司擅自转让并拒绝向审计部门提供所需的与经营活动有关的财务决算报表、会计凭证等审计资料，使正常的审计工作无法进行，是严重的违规违纪行为。

2、从刘丰所提供的1998年以来支出的支票存根中审计小组发

6


由 扫描全能王 扫描创建

CONFIDENTIAL

现，公司99年4月分三次支付40万美元，用于短期基金投资和98、99年度经营电子产品、模具等业务的费用支出，因刘丰不提供有关财务帐目，所以无法对此收益情况进行核实。

3、公司总经理刘丰未经集团公司同意，于2001年4月10日擅自将彩虹（美国）公司转让给美国INB公司，造成国有资产流失，违反了国有企业财产监督管理的有关规定。

4、转让公司的合同中，损害了彩虹集团公司的利益。首先，第二届董事会决议委托其以100万美元转让，而合同中却以彩虹集团须每年支持其获得70万美元的利润为条件，不仅违背了董事会决议的原意，而且使公司资产造成损失；其次，在转让的同时"彩虹（美国）公司"的名称也被转让了，受让方继续以彩虹（美国）公司的名称经营，如有不正当或非法经营行为将会给彩虹集团的声誉造成一定的损害。

5、在1999年3月18日上报加州政府资料中受让方INB公司的CEO、秘书、财务总监均为刘丰，2001年5月7日公司上报的资料才将总经理、秘书、财务总监变更为孙晓林。

**五、建议**

刘丰涉嫌违法违纪问题明显，但目前证据不足。刘丰问题如要查证有两大难点：一是刘丰在美国，持有绿卡，不可能再回国；二是取证涉及到美国的法律问题，障碍太大太多，费用也不会少，很难做到。作为民事案子，可打民事官司，但彩虹集团将要支付一笔相当数额的美金，意义不大，得不偿失。

7


由 扫描全能王 扫描创建

CONFIDENTIAL

IRI-CRT-00003496

集团公司依据有关管理制度对刘丰其作出行政处理，如开除厂籍，这可能是刘丰最好的结局，也是刘丰所希望的。所以，在还有其他解决问题的可能情况下，不宜立即作出行政处理。

签于上述情况，对彩虹（美国）公司及刘丰问题的处理建议如下：

1、刘丰未经集团公司同意擅自转让彩虹（美国）公司，违背了集团公司意愿并严重损害了集团公司的利益，对其与美国 INB 公司所签定的彩虹（美国）公司的转让合同不予承认，等待机会，追究和保留追究对刘丰的法律责任。

2、继续和刘丰交涉，要求其立即终止与美国 INB 公司所签定的转让合同，执行彩虹（美国）公司 2000 年 3 月 9 日董事会决议，按 100 万美金的价格转让。

3、集团公司应依据有关管理制度在适当时候对其作出行政处理。

4、由于彩虹（美国）公司及刘丰问题的处理涉外跨国，而涉外案件政策性强，障碍太大太多，集团公司受法定职责、权限和检查手段的局限，很难查处此案，建议请示上级机关由有关部门处理。

二OO一年七月二十七日

| 抄送：监察处 | 档（2） |
|---|---|
| 审计办公室 | 2001 年 7 月 27 日印发 |
| 打印：庆蓓 校对：仇兴喜 | 份数：4 |

8

 由 扫描全能王 扫描创建

CONFIDENTIAL

# Exhibit 76

| MEETING DATE | LOCATION | CPT | LG | OEC /DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1995-1998 | Taiwan: Taipei | X | X | X | X | | | | | X | | | | | | | | | | PHS: David Chang<br>PHS: Jerry Lin<br>CPT: CC Liu<br>SDI: Mr. Ha<br>SDI: Mr. Lee<br>LG: Pil Jae Lee | n/a | Pil Jae Lee | 29<br>37<br>79-88 |
| 1995-1998 | Taiwan: Taipei | X | X | | | | | | | | | | | | | | | | | LG: PJ Lee<br>CPT: CC Liu | n/a | Pil Jae Lee | 105-107 |
| 2/14/1995 | | | X | X | X | | | | | | | | | | | | | | | SDI - Hoo Mok Ha, Sung Kook Sung, Rak Jin Kim<br>LG - Choong Bae Kim, Chang Gi Kim, Moon Bong Choi<br>Orion - Wol Sub Kim, Sang Chul Yoon, Yong Gyu Oh | SDCRT-0086208 | Dae Eui Lee | 141:2-144:21 |
| 3/13/1995 | Korea | | | X | X | | | | | | | | | | | | | | | SDI - Oh Sung Kwon, Dae Eui Lee<br>Orion - Young Jae Kim, Jin Sung Kim | SDCRT-0086211 | Dae Eui Lee | 146:3-150:18 |
| 3/22/1995 | | X | | | X | | | | | | | | | | | | | | | CPT: J.S. Lu<br>CPT: Chun-Mei Hsieh<br>CPT: Section Chief Dong | CHU00028877-878 | J.S. Lu | J.S. Lu, Dep. 2, 203-206 |
| 5/29/1995 | Malaysia | X | X | | X | | | | | | | | | | | | | | | CPT: J.S. Lu<br>CPT: Vincent Lee<br>LGI: Mr. B.K. Jeon<br>LGI: Mr. Kim<br>LGI: Mr. Tam | CHU00028933-945 | J.S. Lu | J.S. Lu, Dep. Vol. 1, 74-78<br>Dep. Vol. 2, 247-250<br>Dep. Vol. 2, 262-263 |
| 6/22/1995 | Amsterdam, Netherlands | | | | | | | | | X | | | | | | | | | X | THOM: Alain Clement<br>THOM: Wright<br>PHS: Pelzers<br>PHS: Jef J.H. Pos | HDP-CRT00055626 | | |
| 7/17/1995 | | X | | | X | | | | | | | | | | | | | | | CPT: C.C. Liu<br>CPT:Tony Chien<br>CPT: C.Y. Lin<br>CPT: Tony Cheng<br>SDD: Specialist Yin<br>SDD: Generalist Qingxing Yin<br>Taipei President Li<br>Department Manager Luo | CHU00028873 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 110-112 |
| 8/16/1995 | Malaysia | X | | | X | | | | | | | | | | | | | | | CPT: J.S. Lu<br>CPT: Christina Hsieh (Chun Mei)<br>CPT: Vincent Lee<br>SED: Mr. D.H. Lee<br>SED: Mr. Moon<br>SED: Mr. Goo<br>SED: Mr. Kun | CHU00028869-872 | J.S. Lu | J.S. Lu, Dep. Vol. 1, 78-85 |
| 9/7/1995 | | X | | | | | | | X | | | | | | | | | | | CPT: Michael Du<br>CPT: C.C. Liu<br>CPT: Tony Cheng<br>TSB: Section Chief Kon Chun Yeu<br>TSB: Director Yun-Peng Hong | CHU00028311-313 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 112-114 |
| 10/5/1995 | Taiwan | X | X | | X | | | | | | | | | | | | | | | CPT: Ching-Yuan Du<br>CPT: Mingjing Peng<br>LG: PJ Lee<br>SDI: Myoung Sik Lee | CHU00028851 CHU00028856 | Pil Jae Lee | 206 |
| 11/13/1995 | Madrid, Spain | | | | | | | | | X | | | | | | | | | X | THOM: John Neville<br>THOM: Alain Clement<br>PHS: Jacques Bouyer<br>PHS: Gerard<br>PHS: Kleisterlee<br>PHS: Jef J.H. Pos | HDP-CRT00055593 | | |

| MEETING DATE | LOCATION | CPT | LG | OEC/DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/4/1995 | | X | | | | | | X | | | | | | | | | | | | CPT: Michael Du<br>MIT: Assistant Vice President Chien-Jen Wang<br>MIT: Head of Division Wen-Hsian Tseng | CHU00028558 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 114-115 |
| 12/5/1995 | | X | X | | | | | | | | | | | | | | | | | CPT: Jason Lu<br>CPT: Tony Du<br>CPT: General Manager Export Dept. Mr. C.G. Kim<br>CPT: Rep. from Singapore B.K. Jeon<br>CPT: Rep. from K.L. Mr. Mark Tam | CHU00028930-931 | C.C. Liu<br>J.S. Lu | C.C. Liu, Dep. Vol. 1, 115-116<br>J.S. Lu, Dep. Vol. 2, 263-263 |
| 1/00/1996 | | | | | X | X | | | | | | | | | | | | | | HIT: Kobayashi<br>SDI: Kim | HDP-CRT0025646 | Nobuhiko Kobayashi | 205 (Nobuhiko Kobayashi) |
| 2/2/1996 | SEDM | X | | | | | X | | | | | | | | | | | | | CPT: J.S. Lu<br>CPT: Christina Hsieh<br>SED: Mr. Park | CHU00028841-843 | J.S. Lu | J.S. Lu, Dep. Vol. 1, 85-86<br>Dep. Vol. 2, 250-251 |
| 2/9/1996 | | X | | | | | | | X | | | | | | | | | | | CPT: President<br>TSB: Mr. Fujiwara<br>TSB: Mr. Sunaga<br>TSB: Mr. Yasukawa | CHU00028302-304 | C.C. Liu | C.C. Liu, Dep. Vol. 2, 334-336 |
| 4/23/1996 | Malaysia | X | | | X | | X | | | | | | X | | | | | | | CPT: Lu (Direcor)<br>CPT: Hsieh, Chun-Mei (Christina)<br>MEC: Tomori, (Mr.)<br>MEC: Vasu, (Mr.) | CHU00028524 | Jason Lu | at 86-89 |
| 4/29/1996 | | X | | | | | | | X | | | | | | | | | | | CPT: Michael Du<br>TSB: Mr. Fukunaga<br>TSB: Mr. Kon Chun Yeu | CHU00028300-301 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 117-118 |
| 5/6/1996 | Taiwan | X | | | X | | | | | | | | | | | | | | | MEC: Hsu<br>MEC: Chang<br>MEC: Huang<br>CPT: Liu<br>CPT: Cheng<br>CPT: Du<br>CPT: Liu (Director)<br>CPT: Cheng (Head of Division)<br>CPT: Du, Ching-Yuan (Michael)<br>MEC: Hsu, Chi-Yen (Section Chief)<br>MEC: Chang, Yu-Hau | CHU00028521 | Allen Chang (Zhang)<br>Michael Hsu | Chang at 78<br>Hsu at 102 |
| 5/17/1996 | | X | X | X | X | | | | | | | | | | | | | | | CPT: J.S. Lu<br>CPT: Christina Hsieh<br>SED: Mr. Park (Sales Senior Manager) | CHU00028809-810 | J.S. Lu | J.S. Lu, Dep. Vol. 2, 222-225 |
| 5/24/1996 | CPT Malaysia | X | | X | | | | | | | | | | | | | | | | CPT: J.S. Lu<br>Orion: Mr. H.C. Moon<br>Orion: Mr. M.J. Lee | CHU0028968-969 | J.S. Lu | J.S. Lu, Dep. Vol. 2, 225-230 |
| 6/12/1996 | CPT Malaysia | X | X | | | | | | | | | | | | | | | | | CPT: J.S. Lu<br>CPT: Christina Hsieh<br>LG: Mr. Bak et al | CHU00028912-914 | J.S. Lu | J.S. Lu, Dep. Vol. 1, 90-96<br>Dep. Vol. 2, 263-263 |
| 7/19/1996 | TDDT | X | | | | | | | X | | | | | | | | | | | CPT: J.S. Lu<br>CPT: Ms. Christina Hsieh<br>TSB: Mr. Sunaga | CHU00028295-296 | J.S. Lu | J.S. Lu, Dep. Vol. 1, 96-99<br>Dep. Vol. 2, 264-267 |

| MEETING DATE | LOCATION | CPT | LG | OEC/DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/21/1996 | | X | | | X | | | | | | | | | | | | | | | CPT: C.C. Liu<br>CPT: Michael Du<br>CPT: C.Y. Lin<br>CPT: Tony Chien<br>SDD: Mr. D.Y. Kim<br>SDD: Mr. Hoo Mok Ha | CHU00028803-804 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 120-122 |
| 9/23/1996 | Hitachi Asia Taipei office | X | | | | X | | | | | | | | | | | | | | HIT: Senior Manager Chang Chien Chang<br>CPT: Director Liu, Senior Manager Cheng, Ching-Yuan (Michael) Du | CHU00028400.01E | C.C. Liu: Kazuhiro Sakashita | 276:01 (Kazuhiro Sakashita) |
| 10/9/1996 | | X | | | | | | | X | | | | | | | | | | | CPT: Liu (Director): Du, Ching-Yuan (Michael)<br>TSB: Wakayama (Department Manager):<br>Yamamoto (Section Chief): Dasen (Assistant Vice President): Lu (Section Chief) | CHU00028291 | Yasuki Yamamoto | 152:2-161:25 |
| 10/17/1996 | | | X | X | X | | | | | | | | | | | | | | X | SDI- Dong Hun Lee, Dae Eui Lee, Hun Sul Chu<br>Orion - Bok Il Jung, Sang Chul Yoon, Dae Sik Lee<br>LG - Chang Ki Kim, Chul Ho Lee | SDCRT-0086221 | Dae Eui Lee | 151:8-155:13 |
| 10/24/1996 | (Taiwan) | X | X | | | | | | | | | | | | | | | | | CPT: Mr. Liu<br>CPT: Ching-Yuan Du<br>LG: KS Huh<br>LG: JM Park<br>LG: PJ Lee | CHU00028909<br>CHU00032068 | Pil Jae Lee | 111 |
| 10/30/1996 | Taiwan | X | | | | | X | | | | | | | | | | | | | MEC:  Hsu<br>MEC: Chang<br>CPT: Cheng (Edward)<br>CPT: Du                          CPT: Du, Ching-Yuan (Michael)<br>CPT: Cheng, Ling-Yun (Edward)<br>MEC: Hsu, Chih-Yen (Section Manager)<br>MEC: Chang, Yu-Hao (Head of Department) | CHU0002B51 4 | Michael Hsu | at 132 |
| 11/21/1996 | | X | | | X | | | | | | | | | | | | | | | CPT: Michael Du<br>CPT: Tony Cheng | CHU00028398-399 | S.J. Yang | S.J. Yang, Dep. Vol. 1, 69-71 |
| 11/21/1996 | | X | | | X | | | | | | | | | | | | | | | CPT: Michael Du<br>CPT: Tony Cheng<br>HIT: Taiwan Branch Senior Manager Chien-Lung Chang | CHU00028398-399 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 122-123 |
| 11/21/1996 | HAS Taiwan | X | | | X | | | | | | | | | | | | | | | HIT: Chang Chien Chang<br>CPT: Ching-Yuan (Michael) Du, Ling-Yun (Edward) Cheng | CHU00028398.01E | Kazuhiro Sakashita | 289:23 (Kazuhiro Sakashita) |
| 11/23/1996 | | X | | X | X | | | | | | | | | | | | | | | CPT: Chairman Lin<br>CPT: Director C.C. Liu<br>CPT: Jason Lu<br>CPT: President Fang<br>SDD: CEO Sun et al<br>Orion: CEO Yan et al | CHU00028791-793 | C.C. Liu | C.C. Liu, Dep. Vol. 2, 353-362 |
| 11/23/1996 | | X | X | X | X | X | | | | X | | | | | | | | | | CPT: J.S. Lu<br>CPT: President CPTM Fang<br>CPT: C.Y. Lin<br>CPT: C.C. Liu<br>SDD: Mr. Sun et al<br>Orion: Mr. Yan et al | CHU00028786-788 | J.S. Lu | J.S. Lu, Dep. Vol. 1, 99-105<br>Dep. Vol. 2, 252-260 |
| 11/25/1996 | | X | | | X | X | | | | | | | | | | | | | | HIT: Mr. Kimura, Kazuhiro Sakashita<br>SDI:  Mr. Na<br>CPT:  Director Chi-Chun (C.C.) Liu, Jason (King-Song) Lu | CHU00028784.01E | Kazuhiro Sakashita | 238:10 (Kazuhiro Sakashita) |
| 11/25/1996 | | | X | | X | | | | | X | | | | | | | | | | | SDCRT-0086224 | Hoon Choi | 98:13 |

| MEETING DATE | LOCATION | CPT | LG | OEC/DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/25/1996 | | X | | | X | X | | X | X | | | | | | | | | | | CPT: C.C. Liu<br>CPT: Jason Lu<br>HTC: Mr. Sakashita<br>HTC: Mr. Kimura<br>SDD: Mr. Na | CHU00028396-397 | C.C. Liu<br>J.S. Lu | C.C. Liu, Dep. Vol. 1, 83-86<br>J.S. Lu, Dep. Vol. 2, 252-260 |
| 11/26/1996 | | X | | | X | X | | | | | | | | | | | | | | CPT: Jason Lu: CPT: C.C. Liu: HIT: Kazuhiro Sakashita: HIT: Mr. Kimura: SDI: Mr. Na | CHU00028396.01, CHU0028784.01 | | |
| 11/26/1996 | | | | | X | | | X | | | | | | | | | | | | | SDCRT-0086224 | Hoon Choi | 98:13 |
| 1997 | | | X | X | X | | | | | | | | | | | | | | | SDI - Mungwoo Lee, Donghoon Lee, Changhee Jang, Dae Eui Lee<br>LG - Mr. Kim, Moonbong Choi, Youngik Jung, Hochul Lee<br>Orion - Bool Jung, Mr. Sangchul Yoon, Yongkyu Oh | SDCRT-0086238 | Dae Eui Lee | 156:1-158:7 |
| 35440 | HIT Asia Plant, Taipei | X | | | | X | | | | | | | | | | | | | | CPT: Michael Du: CPT: Edward Cheng: CPT: C.C. Liu: CPT: Tony Cheng: HIT: Chiang-Lung Chang | CHU00028394 | | |
| 1/15/1997 | | X | X | | | | | | | | | | | | | | | | | CPT: Mr. Lin<br>CPT: Wen-Chun Cheng<br>LG: Kyoung Soo Hue<br>LG: Zong Mei Lin<br>LG: Zhen-Zi Lin<br>LG: PJ Lee | CHU00028394 | Pil Jae Lee | 119 |
| 1/28/1997 | | X | | X | X | | | | | X | | | | | | | | | | CPT: C.C. Liu<br>CPT: Michael Du<br>CPT: C.Y. Lin<br>CPT: Tony Cheng<br>SDD: Mr. Na<br>SDD: Mr. Ha<br>SDD: Mr. Lee<br>PHS: President Yu<br>Orion: Mr. Moon<br>Orion: Mr. Hee Kil Moon | CHU00028768 | C.C. Liu | C.C. Liu, Dep. Vol. 3, 515-517 |
| 2/24/1997 | Taiwan: Taipei | X | X | | | | | | | | | | | | | | | | | CPT: Mr. Liu<br>CPT: Yu-Shuen Liu<br>CPT: Ching-Yuan Du<br>LG: PJ Lee | CHU00028907 | Pil Jae Lee | 210 |
| 2/24/1997 | | X | | | X | | | | | X | | | | | | | | | | CPT: C.C. Liu<br>CPT: Michael Du<br>SDD: Taipei President Da-Wan Ra<br>SDD: Manager Joon Yeul Yoon<br>SDD: AVP Lee | CHU00032057-058 | C.C. Liu | C.C. Liu, Dep. Vol. 2, 371-373 |

| MEETING DATE | LOCATION | CPT | LG | OEC /DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/25/1997 | | X | X | | X | | | | | X | | | | | | | | | | CPT: C.C. Liu<br>CPT: Michael Du<br>CPT: President Lin<br>CPT: Plant Manager Chen<br>CPT: Senior Manaager Cheng<br>SDD: Ming-Pei Song<br>SDD: Mr. Yoon<br>SDD: Mr. Na<br>SDD: all together 7 members<br>LG: Taipei President Lin<br>PHS: Market Sales Senior Manager Tseng | CHU00028760-762 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 123-125 |
| 3/4/1997 | | X | | | | | X | | | | | | | | | | | | | MEC: Hsu<br>MEC: Chang<br>CPT: Cheng (Edward)<br>CPT: Cheng (Tony)<br>CPT: Du<br>+V154CPT: Cheng (Senior Manager)<br>CPT: Du, Ching-Yuan (Michael)<br>CPT: Cheng, Ling-Yun (Edward)<br>MEC: Xu, Zhi-Yan (Section Chief)<br>MEC: Zhang, Yu-Hao (Director) | CHU0002850O7 | Allen Chang (Zhang)<br>Michael Hsu | Chang at 94<br>Hsu at 140 |
| 3/5/1997 | | | | | X | | | | | | X | | | | | | | | | PHS: Fred Hovey and Patrick Canavan.<br>SDI: L. J. Kim,<br>SDI: H. H. Hwang and<br>SDI: C. M. Son. | FOX00207286 | Patrick Canavan | Patrick Canavan Dep. Vol. 1, 91:25-102:17 |
| 3/12/1997 | Samsung's Taiwan office | X | X | X | X | X | X | | | X | | | | X | | | | | | MEC: Zhang (Chang)<br>LG: Lee<br>Daewoo: Moon<br>PHS: Zeng<br>HIT: Chang                    CPT: Cheng, Wen-Chun (Tony)          CPT: Ching-Yuan Du<br>HIT: Jian-Long Zhang<br>HIT: Zhang, Jian-Long<br>LG: Lee, Pil Jae<br>MEC: Zhang, Yur-Hao<br>OEC: Moon, Jong Hee<br>PHS: Zeng, Huan-Rong<br>SDI: Ha, Hoo Mok<br>SDI: Lee, Myoung Sik<br>SDI: Lee, Gae Min | CHU00028755 | Allen Chang (Zhang) | Allen Chang (Zhang)at 103; Pil Jae Lee at 211 |
| 3/19/1997 | | X | X | X | X | | | | | X | | | | | | | | | | CPT: C.C. Liu<br>CPT: Michael Du<br>CPT: President Lin<br>SDD: Mr. H.S. Lee<br>SDD: Mr. Otto Lee<br>PHS: Mr. Milan Bala<br>PHS: Mr. Tseng<br>Orion: Mr. Moon<br>LG: Mr. Ahn | CHU00028752-754 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 96-99 |
| 3/26/1997 | | X | | | X | | | | | X | | | | | | | | | | CPT: C.C. Liu<br>CPT: Director Yang<br>CPT: Michael Du<br>SDD: Mr. Na<br>SDD: Mr. Ha<br>SDD: Mr. Lee<br>PHS: Director Zeng | CHU00028746-748 | C.C. Liu<br>S.J. Yang | C.C. Liu, Dep. Vol. 1, 125-126<br>S.J. Yang, Dep. Vol. 1, 71-80 |

| MEETING DATE | LOCATION | CPT | LG | OEC /DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/7/1997 | | X | | | | | | | X | | | | | | | | | | | CPT: C.C. Liu<br>CPT: Michael Du<br>TSB: Mr. Fu-Yong<br>TSB: Mr. Hong<br>TSB: Mr. Song | CHU00028283-285 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 126-128 |
| 4/23/1997 | | X | X | | X | | X | | X | X | | | | | | | | | | CPT: Yang<br>CPT: Liu, Chih-Chun (C.C.) (Director)<br>CPT: Yang, Sheng-Jen (S.J.) (Director)<br>CPT: Du, Ching-Yuan (Michael)<br>MEC: Ya, Xu-Zhu (Section Head)<br>MEC: Koga, (Mr.) | CHU00028503 | Y.J. Yang | S.J. Yang, Dep. Vol. 1, 80-83<br>Vol. 3,<br>417-420 |
| 4/23/1997 | | X | X | X | X | X | X | | | X | | X | | | | | | | | CPT: C.C. Liu<br>CPT: Michael Du<br>SDD: Mr. Na<br>SDD: Mr. Ha<br>SDD: Mr. M.S. Lee<br>SDD: Mr. Otto Lee<br>PHS: Mr. Song<br>Orion: Mr. Moon | CHU00028740-743 | C.C. Liu<br>S.J. Yang | C.C. Liu, Dep. Vol. 1, 128-129<br>S.J. Yang, Vol. 3, 414-417 |
| 4/29/1997 | | X | | | X | | | | | | | | | | | | | | | CPT: C.C. Liu<br>CPT: C.Y. Lin<br>CPT:Edward Cheng<br>HTC: Chien-Lung Chang | CHU00028393 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 129-131 |
| 4/29/1997 | | X | | | | | X | | | | | | | | | | | | | MEC: Hsu<br>CPT: Cheng (Edward)<br>CPT: Du | CHU00028505 | Michael Hsu | at 147 |
| 4/29/1997 | | X | | | X | | | | | | | | | | | | | | | HIT: Chang Chien Chang<br>CPT: Ching-Yuan (Michael) Du, Ling-Yun (Edward) Cheng | CHU00028393.01E | Kazuhiro Sakashita | 279:12 (Kazuhiro Sakashita) |
| 5/2/1997 | | X | | | X | | | | | | | | | | | | | | | CPT: Senior Manager Cheng<br>CPT:Edward Cheng<br>CPT: Michael Du<br>SDI: Mingzhi Li<br>SDI: Jiemin Li | CHU00028734-735 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 131-132 |
| 5/9/1997 | | X | X | X | X | | | | | X | | | | | | | | | | CPT: C.C. Liu<br>CPT: Michael Du<br>SDD: D.Y. Kim<br>SDD: Mr. Ha<br>SDD: Mr. H.S. Lee<br>LG: Mr. Lim<br>Orion: Mr. Moon<br>PHS: Mr. Zeng | CHU00028730-733 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 100-102 |
| 5/20/1997 | | X | X | | X | | | | | X | | | | | | | | | | CPT: C.C. Liu<br>CPT: Michael Du<br>SDD: Mr. Na<br>SDD: Mr. Ha<br>SDD: Mr. Yeon<br>PHS: President Song<br>PHS: Director Tseng<br>LG: AVP Lu | CHU00028725-727 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 132-133 |
| 5/20/1997 | | X | | | X | | | | X | | | X | | | | | | | | CPT: Miss Hsieh<br>SED: Mr. Park<br>SED: Mr. Moon<br>SED: Mr. Joseph JQ<br>SED: Ms. Dran | CHU00028723-724 | J.S. Lu | J.S. Lu, Dep. Vol. 1, 109-113 |
| 5/23/1997 | | X | | | | | X | | X | | | | | | | | | | | CPT: J.S. Lu<br>CPT: Christina Hsieh<br>M-MEC: Mr. Tomori | CHU00028501-502 | J.S. Lu | J.S. Lu, Dep. Vol. 1, 113-117 |

| MEETING DATE | LOCATION | CPT | LG | OEC /DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/27/1997 | | | X | | | | | | X | | | | | | | | | | | Toshiba - Wakayama Kimura<br>SDI - Dae Eul Lee | SDCRT-0086245 | Dae Eul Lee | 158:21-162:16 |
| 7/8/1997 | | X | | | X | | | | | | | | | | | | | | | CPT: Director S.J. Yang<br>CPT: Michael Du<br>CPT: Ms. Hsieh<br>SDD: Mr. Ha<br>SDD: AVP Mr. Lee | CHU00028711-712 | S.J. Yang | S.J. Yang, Dep. Vol. 1, 83-87 |
| 7/9/1997 | Versailles, France | | | | | | | | | X | | | | | | | | | X | THOM: Alain Clement<br>PHS: Jef J.H. Pos<br>PHS: Palzers | HDP-CRT00055190 | | |
| 7/16/1997 | | X | | | X | | | | X | X | | | | | | | | | | CPT: C.C. Liu<br>CPT: S.J. Yang<br>CPT: Michael Du<br>TSB: Mr. Matsuda<br>TSB: Mr. Ohmori<br>TSB: Mr. Fukunaka | CHU00028277 | C.C. Liu | C.C. Liu, Dep. Vol. 3, 514-515 |
| 7/16/1997 | | X | | | X | | | | X | | | | | | | | | | | CPT: Director C.C. Liu<br>CPT: S.J. Yang<br>CPT: Michael Du<br>TSB: Mr. Matsuda<br>TSB: Mr. Ohmori<br>TSB: Mr. Fukunaka | CHU0028277-278 | S.J. Yang | S.J. Yang, Dep. Vol. 1, 87-90 |
| 7/18/1997 | | X | | | X | | | | | | | | | | | | | | | CPT: C.C. Liu<br>CPT: Michael Du<br>SDD: Taipei President Ha<br>SDD: AVP Lee<br>SDD: Ga Gie Lee | CHU00028707-710 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 134-135 |
| 8/18/1997 | | X | | | X | | | | | | | | | | | | | | | CPT: C.Y. Lin<br>CPT: C.C. Liu<br>CPT: S.J. Yang<br>SDD: Mr. Na<br>SDD: Mr. Ha<br>SDD: Mr. Lee<br>SDD: Mr. Kim | CHU00028701-703 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 135-137 |
| 8/19/1997 | | X | | | X | | | | | | | | | | | | | | | Sang Kyu Park (SDI): J. Lu: Chistina: Soungseop Moon | SDCRT-0086247 | SK Park | |
| 9/12/1997 | | X | | | | | X | | | | | | | | | | | | | MEC: Hsu<br>MEC: Chang<br>CPT: Cheng (Edward)<br>CPT: Du | CHU00026497 | Allen Chang (Zhang)<br>Michael Hsu | Chang at 119: Hsu at 150 |
| 9/29/1997 | | X | | | | | | | X | | | | | | | | | | | CPT: J.S. Lu<br>TSB: Mr. Sunaga<br>TSB: Mr. Nino<br>TSB: Mr. Sato | CHU00028273-274 | J.S. Lu | J.S. Lu, Dep. Vol. 1, 117-123 |
| 10/9/1997 | | X | | | X | | | | | X | | | | | | | | | | CPT: Director S.J. Yang<br>CPT: Director C.C. Liu<br>CPT: Michael Du<br>SDD: Mr. H.S. Lee<br>SDD: Mr. Na<br>SDD: Mr. Fang Ming Lee<br>PHS: Jerry Lin | CHU00028691-693 | S.J. Yang | S.J. Yang, Dep. Vol. 1, 90-98 |
| 10/20/1997 | | X | | | X | | | | | | | | | | | | | | | CPT: Director C.C. Liu<br>CPT: Michael Du<br>CPT: President C.Y. Lin<br>CPT: Factory Manager chen<br>CPT: Head of Division S.J. Yang<br>SDD: CEO Shon<br>SDD: Hong Kong Branch President Zheng<br>SDD: Mr. D.Y. Kim<br>SDD: Mr. Ha<br>SDD: Mr. Lee | CHU00028689-690 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 137-139 |

| MEETING DATE | LOCATION | CPT | LG | OEC /DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/30/1997 | SDD Taipei | X | | | X | | | | | X | | | | | | | | | | CPT: Director C.C. Liu<br>CPT: Michael Du<br>CPT: Director S.J. Yang<br>SDD: Taipei President Ha<br>SDD: AVP Lee<br>PHS: President Song | CHU00028687-688 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 139-141 |
| 10/31/1997 | | X | | | | | X | | | | | | | | | | | | | MEC: Chang, Hsu, Bo-Chang Lee (Matsushitaa Taiwan - LCD): CPT: Du, Cheng (Edward), Ms. Lin | CHU00028495 | Allen Chang (Zhang) Michael Hsu | Chang at 121, 129: Hsu at 153 |
| 11/7/1997 | [Matsushita's Taipei office] | X | | | | | X | | | | | | X | | | | | | | MEC: Chang, Hsu: CPT: Du, Liu, Yang<br>CPT: Liu (Director)<br>CPT: Yang (Director)<br>CPT: Du, Ching-Yuan (Michael)<br>MEC: Xu, Zhiyan (Assistant Manager)<br>MEC: Zhang, Yu-Hao (Director) | CHU00028490-492 | C.C. Liu: Allen Chang (Zhang): Hsu | Liu at 141-42: Chang at 129-30: Hsu at 156 |
| 11/21/1997 | | X | | | X | | | | | | | | | | | | | | | CPT: Director C.C. Liu<br>CPT: Director S.J. Yang<br>CPT: Michael Du<br>SDD: Taipei President Ha<br>PHS: Senior Manager Xiu-Li Lin<br>LG: Mr. J.M. Park<br>LG: VP Bi-Cal Li | CHU00028674-676 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 142-144 |
| 12/00/1997 | | | | | X | | | | X | | | | | | | | | | | | HDP-CRT00025612 | Nobuaki Ito Nobuhiko Kobayashi | 254:12 (Nobuaki Ito): 221 (Nobuhiko Kobayashi) |
| 12/3/1997 | | X | X | X | X | | X | | X | | | | X | | | | | | | CPT: J.S. Lu<br>CPT: Director C.C. Liu | CHU00020779-781 | J.S. Lu | J.S. Lu, Dep. Vol. 1, 123-131 |
| 12/9/1997 | | X | | X | X | | | | | | | | | | | | | | | CPT: C.C. Liu<br>CPT: Michael Du<br>CPT: S.J. Yang<br>SDD: Mr. Ha<br>SDD: Mr. H.S. Lee<br>Orion: Mr. Moon | CHU00028670 | C.C. Liu | C.C. Liu, Dep. Vol. 3, 517-518 |
| 12/9/1997 | | X | | X | X | | | | | | | | | | | | | | | CPT: Director S.J. Yang<br>CPT: Director C.C. Liu<br>CPT: Michael Du<br>SDD:Mr. Ha<br>SDD: Mr. Lee<br>SDD: Mr. H.S. Lee<br>Orion Taipei: Mr. Moon | CHU00028670-671 | S.J. Yang | S.J. Yang, Dep. Vol. 1, 98-103 |
| 12/16/1997 | Korea | | X | X | X | | | | | | | | | | | | | | | Orion - Bok Il Jung, Hong Kyu Oh, Dae Shik Lee Yong Il Jung, Seung Yeul Shin<br>SDI - Dong Hoon Lee, Change Hee Change, Dae Eui Lee | SDCRT-0086248: SDCRT-0086249 | Dae Eui Lee | 163:1-167:15: 167:25-169:17 |
| 12/24/1997 | | X | | | | | X | | | | | | | | | | | | | MEC: Chang, Hsu<br>CPT: Hsu, Chih-Yen (Assistant Manager)<br>CPT: Chang, Yu-Hao (Head of Division)<br>MEC: | CHU00028487 | Allen Chang (Zhang) Michael Hsu | Chang II at 150: Hsu at 158 |
| 12/29/1997 | | | X | X | X | | | | | | | | | | | | | | | SDI - Dae Eui Lee | SDCRT-0086253 | Dae Eui Lee | 170:5-175:9 |
| 1998-2001 | | X | X | X | X | | | | | X | | | | | | | | | | Kwang Ho Lee (SDI): Song, Michael (SDI): Dae Eui Lee (SDI): Jae In Lee (SDI) | N/A | J.I. Lee | Jae In Lee Vol 1 25:24-26:2, 28:10-29:1, 29:14-30:20, 37:12-37:13, 62:5-62:9: 65:11-66:3, 66:7-66:11 |
| 1998/1999 | Taiwan | X | | | X | | | | | | | | | | | | | | | | | J.Y. Youn | J.Y. Youn | 43:01:00 |
| 1998 | Cheju Island, South Korea | | | | X | | | | X | | | | | | | | | | | | Toshiba: Yamamoto, Yasuki: Yoshino<br>SDI: D.Y. Kim: another SDI employee | | Yasuki Yamamoto | 117:22-121:23: 137-21-141:14 |

| MEETING DATE | LOCATION | CPT | LG | OEC/DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1998 | Hakone, Japan | | | | X | | | | X | | | | | | | | | | | Toshiba: Yamamoto, Yasuki: Yoshino<br>SDI: D.Y. Kim: another SDI employee | | Yasuki Yamamoto | 117:22-121:23; 137-21-141:14 |
| 1998 | Taiwan | X | X | X | X | | | | | X | | | | | | | | | | J.Y. Youn | | J.Y. Youn | 50:10, 51:8 |
| 1998 | | | X | | | X | | | | | | | | | | | | | X | | HEDUS-CRT00159915 | Tom Heiser | 55:19 (Tom Heiser) |
| 1/19/1998-1/24/1998 | Taiwan | | | | | | | | | | | | | | | | | | | D.Y. Kim | SDCRT-0086373 | | |
| 1/15/1998 | | X | | | | | | | X | | | | | | | | | | | CPT: President C.Y. Lin<br>CPT: Michael Du<br>TSB: Mr. Hamano<br>TSB: Mr. Oshima<br>TSB: Mr. Yang-Chang Li | CHU00028263-264 | C.C. Liu | C.C. Liu, Dep. Vol. 3, 404-411 |
| 2/20/1998 | | X | | X | | | | | | | | | | | | | | | | CPT: Director C.C. Liu<br>CPT: Michael Du<br>OEC: Taipei VP Moon | CHU00028955-957 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 144-145 |
| 2/24/1998 | | X | | | X | | | | | | | | | | | | | | | CPT: S.J. Yang<br>CPT: C.C. Liu<br>CPT: Michael Du<br>SDD: Mr. C.W. Luo<br>SDD: Mr. Yoon<br>SDD: Mr. Lee | CHU00028656-657 | S.J. Yang | S.J. Yang, Dep. Vol. 2, 190-192 |
| 3/3/1998 | n/a | | | | X | | | | | | | | | | | | | | X | THOM: Kevin Trompack<br>HIT: Tom Heiser | HEDUS-CRT00126627 | | |
| 3/4/1998 | Taiwan | X | | X | X | | | | | X | | | | | | | | | | CPT: S.J. Yang<br>CPT: Michael Du<br>CPT: C.C. Liu<br>SDD: Mr. Na<br>SDD: Mr. Ha<br>SDD: Mr. Lee<br>SDD: Mr. H.S. Lee<br>PHS: Mr. Jeong Lin<br>Orion: Mr. Moon | CHU00028654-655 | S.J. Yang | S.J. Yang, Dep. Vol. 1, 103-106 |
| 3/11/1998 | Tokyo, Japan | | | | | | | | | X | | | | | | | | | X | THOM: Giles Taldu<br>THOM: Christian Lissorgues<br>PHS: Jacques Bouyer<br>PHS: Frans A. de Bruunr<br>PHS: Job Mensink | HDP-CRT00055091; HDP-CRT00055172 | | |
| 3/12/1998 | Hitachi Greenville, S.C. Factory | | | | | X | | | | | | | | | | | | | X | HIT: Tom Heiser, Thom Schmitt<br>THOM: P. Kevin Trompak | HEDUS-CRT00126627 | Tom Heiser | 169:06 (Tom Heiser) |
| 3/13/1998 | | | | | | X | | X | | | | | | | | | | | | MIT: Mr. Hasegawa: HIT: Mr. Oda: HIT: Mr. Komiri | HDP-CRT00025601 | | |
| 3/25/1998 | | X | X | | X | | | | X | | | | | | | | | | | CPT: S.J. Yang<br>CPT: C.C. Liu<br>CPT: Michael Du<br>SDD: Mr. Chi-Hsiao Ra<br>SDD: Mr. Gae Min Lee | CHU00028648-650 | S.J. Yang | S.J. Yang, Dep. Vol. 2, 274-278 |
| 3/30/1998 | Taipei office | X | X | X | X | | | | | | | | | | | | | | | CPT: S.J. Yang<br>CPT: Michael Du<br>SDD: Mr. Na<br>SDD: Mr. Ha<br>SDD: Mr. Lee<br>LG Taipei: Mr. Lim<br>LG Taipei: Mr. Park<br>Orion: Mr. Moon | CHU00028645-646 | S.J. Yang | S.J. Yang, Dep. Vol. 1, 107-110 |
| 4/9/1998 | Busan | X | | | X | | | | | | | | | | | | | | | CPT: Director C.C. Liu<br>CPT: Michael Du<br>SDD: President Qiwan Luo | CHU00028642-644 | S.J. Yang | S.J. Yang, Dep. Vol. 1, 110-115 |

| MEETING DATE | LOCATION | CPT | LG | OEC/DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/14/1998 | | X | X | X | X | | | | | | | | | | | | | | | CPT: Senior Manager S.J. Yang<br>CPT: President C.Y. Lin<br>CPT: Director C.C. Liu<br>CPT: Michael Du<br>SDD: Mr. Sun<br>SDD: Mr. Na<br>SDD: Mr. He<br>SDD: Mr. Jin<br>SDD: Mr. Li | CHU00028651-652 | S.J. Yang | S.J. Yang, Dep. Vol. 1, 115-122 |
| 4/27/1998 | | | | | | X | | X | | | | | | | | | | | X | | HEDUS-CRT00002105 | Tom Heiser | 174:06 (Tom Heiser) |
| 05/00/1998 | | | | | | X | | X | | | | | | | | | | | | | HDP-CRT00025584 | Kazumasa Hirai | 130:16 (Kazumasa Hirai) |
| 05/00/1998 | | | | | | X | | | X | | | | | | | | | | X | HIT: Tom Heiser Thom Schmitt | HEDUS-CRT00002107 | Tom Heiser | 184:12 (Tom Heiser) |
| 5/18/1998 | Taiwan | X | | | | | | | | X | | | | | | | | | | CPT: Director C.C. Liu<br>CPT: Manager Yang<br>CPT: Michael Du<br>TSB: Mr. Michihiro Yoshino<br>TSB: Taipei Mr. Yong Fu<br>TSB: Section Chief Yun-Peng Hong | CHU00028252-253 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 145-147 |
| 5/18/1998 | | X | | X | | | | | | | | | | | | | | | | CPT: Director C.C. Liu<br>CPT: Senior Manager Yang<br>CPT: Michael Du<br>OEC: Mr. Moon<br>OEC: Mr. Kang | CHU00028952-954 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 147-148 |
| 5/18/1998 | Taiwan | X | | | | | | | | X | | | | | | | | | | CPT: S.J. Yang<br>CPT: C.C. Liu<br>CPT: Michael Du<br>TSB: Mr. Michihiro Yoshino<br>TSB: Mr. Fukunaka<br>TSB: Mr. Yun-Peng Hong<br>TSB: Mr. Yong Fu | CHU00028252-253 | S.J. Yang | S.J. Yang, Dep. Vol. 3, 429-433 |
| 6/1/1998 | Future meeting planned for Taiwan | X | X | X | X | | | | | | | | | | | | | | | CPT: S.J. Yang<br>CPT: C.C. Liu<br>CPT: Michael Du<br>SDD: Na<br>SDD: Ha<br>SDD: Lee<br>Orion: Moon<br>Orion: Kang | CHU00026832-634 | S.J. Yang | S.J. Yang, Dep. Vol. 1, 122-130 |
| 6/3/1998 | EIAJ/EECA Meeting in Osaka | | | | | X | X | X | X | | | | | | | | | | | TSB: Wakiyama: MIT: Tsukamoto: HIT: Uchida: MEC: Shimoda | HDP-CRT00055114 | | |
| 6/4/1998 | Korea | X | X | X | X | | | | | | | | | | | | | | | CPT: S.J. Yang<br>CPT: C.C. Liu | CHU00028638 | S.J. Yang | S.J. Yang, Dep. Vol. 1, 130-134 |
| 7/8/1998 | White Columns Golf Club, Alpharetta, GA | | | | | X | | | | | | | | | | | | | X | HIT: Tom Heiser<br>THOM: Rick Love, Hans Braun | HEDUS-CRT00166576 | Tom Heiser | 92:03 (Tom Heiser) |
| 7/13/1998 | Third Serve Sports Grill, Norcross, GA | | | | | X | | | | X | | | | | | | | | | HIT Tom Heiser, Thom Schmitt, GL, JS<br>PHS: Jeff Johnson, Pat Canavan, | HEDUS-CRT00166576 | Tom Heiser | 92:03 (Tom Heiser) |
| 7/13/1998 | Hitachi Office, Norcross, GA | | | | | X | | | | X | | | | | | | | | | HIT:Tom Heiser Thom Schmitt<br>PHS: Geert Lievens, Pat Canavan, Jeff Johnson | PHLP-CRT-081748 | Tom Heiser | 100:18 (Tom Heiser) |
| 7/15/1998 | Hitachi, Norcross, GA | | | | | X | | | | X | | | | | | | | | | PH: Pat Canavan<br>PH: Jeff Johnson<br>HIT: Tom Heiser<br>HIT: Thom Schmitt<br>HIT: Geert Lievens | PHLP-CRT-081748 | Jim Smith | Jim Smith Dep. Vol. 1, 249-255 |
| 7/16/1998 | Matsushita | | | | | X | X | | | | | | | | | | | | | SDI: Lee (possibly) | SDCRT-0086416 | Jae In Lee | Lee I at 88-94 |

| MEETING DATE | LOCATION | CPT | LG | OEC/DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/18/1998 | | | | | X | | | | | | | X | | | | | | | | Jae In Lee (SDI) | SDCRT-0086416 | J.I. Lee | |
| 7/30/1998-8/1/1998 | Taiwan | | | | | | | | | | | | | | | | | | | D.Y. Kim | SDCRT-0086270 | | |
| 7/31/1998 | | X | X | X | X | | | | | X | | | | | | | | | | | SDCRT-0086419 | | |
| 8/00/1998 | | X | X | X | X | | | | | X | | | | | | | | | | Kwang Ho Lee (SDI); Song, Michael (SDI); Dae Eui Lee (SDI); Jae In Lee (SDI) | N/A | J.I. Lee | Jae In Lee Vol 1 25:24-26:2, 28:10-29:1, 29:14-30:20, 37:12-37:13, 62:5-62:9, 65:11-66:3, 66:7-66:11 |
| 8/21/1998 | | X | | | X | | | | | | | | | | | | | | | HIT: Jian-Lung Zhang; CPT: C.C. Liu; CPT: Michael Du | HDP-CRT00055114 | | |
| 8/25/1998 | [Matsushita's Taipei office] | X | | | | | X | | | | | X | | | | | | | | MEC: Chang, Hsu; CPT: Liu, Du<br>CPT: Liu (Director)<br>CPT: Du, Ching-Yuan (Michael)<br>MEC: Hsu (Assistant Manager)<br>MEC: Chang, Yu Tai (Senior Manager) | CHU00028463 | Allen Chang (Zhang); Michael Hsu; C.C. Liu | Chang at 157: Hsu at 160 |
| 8/25/1998 | | X | X | | X | | | | | | | | | | | | | | | CPT: J.S. Lu<br>SED: Mr. S.K. Park<br>SED: Mr. Y.S. Moon<br>SED: Mr. P.K. Jeon | CHU00028613-614 | J.S. Lu | J.S. Lu, Dep. Vol. 1, 131-132 |
| 8/27/1998 | | X | | | X | | | | | | | | | | | | | | | CPT: C.C. Liu<br>CPT: Michael Du<br>HTC: Manager Chien-Lung Chang | CHU00028385-387 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 151-153 |
| 9/00/1998 | EIAJ | | | | X | X | | | | | | | | | | | | | | | HDP-CRT00025568 | Nobuaki Ito; Nobuhiko Kobayashi | 314:19 (Nobuaki Ito); 230 (Nobuhiko Kobayashi) |
| 9/7/1998 | | X | X | X | X | | | | | | | | X | | | | | | | SDI - Michael Son, In Kim, K.H. Lee, D.H. Lee, D.E. Lee | CHU00029316 | Michael Son | 124:11-133:8 |
| 9/7/1998 | | X | X | X | X | | | | | | | | X | | | | | | | SDI - Dae Eui Lee | SDCRT-0086460 | Dae Eui Lee | 201:21-205:9 |
| 9/7/1998 to 9/8/1998 | | X | X | X | X | | | | | | | | X | | | | | | | CPT: C.C. Liu<br>CPT: Michael Du<br>SDD: Mr. Inn Kim<br>SDD: Mr. K.H. Lee<br>SDD: Mr. D.H. Lee<br>SDD: Mr. D.E. Lee<br>SDD: Mr. Son<br>LG: Mr. Choi<br>LG: Mr. C.G. Kim<br>LG: Mr. P.Y. Jeong<br>LG: Mr. Y.I. Jeong<br>LG: Mr. D.E. Lee<br>Orion: Mr. H.C. Moon<br>Orion: Mr. B.I. Jeong<br>Orion: Mr. Karl Min<br>Orion: Mr. H.S. Oh<br>TCRT: Mr. Thanasak Chaiyavech | CHU00029316-320 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 102-104 |

| MEETING DATE | LOCATION | CPT | LG | OEC/DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/9/1998 | | X | X | X | X | | | | | | | | X | | | | | | | SDI - Dae Eui Lee | SDCRT-0086480 | Dae Eui Lee | 205:20-209:9 |
| 9/26/1998 | | X | X | X | X | | | | | | | | X | | | | | | | CPT: J.S. Lu<br>CPT: Michael Du<br>SDD: Mr. K.H. Lee<br>SDD: Mr. S.K. Park<br>SDD: Mr. Moon<br>SDD: Mr. Son<br>LG: Mr. Cho<br>LG: Mr. C.S. Jeon<br>LG: Mr. Y.I. Jeong<br>LG: Mr. K.Y. Kuo<br>Orion: Mr. H.C. moon<br>Orion: Mr. B.C. Jeon<br>Orion: Mr. D.S. Lee<br>Orion: Mr. S.K. Oh<br>TCRT: Mr. Boonchoo | CHU00029262-264 | J.S. Lu | J.S. Lu, Dep. Vol. 1, 133-137 |
| 9/26/1998 | Taiwan | X | X | X | X | | | | X | | | | X | | | | | | | | SDCRT-0086481 | Dae Eui Lee | 209:21-214:22 |
| 9/26/1998 | | | | | | | | | | | | | | | | | | | | SDI - Michael Son | CHU00029281 | Michael Son | 144:12-145:2 |
| 10/9/1998 | Fuzhou | X | X | X | X | | | | | X | | | | | X | | | | | CPT: J.S. Lu<br>CPT: Dai Huang-Kuei<br>CPT: Alex Yeh<br>CPT: Guang-Hui Dai<br>CPT: Wei-Lie Yu<br>PHS: Zheng-Er Shao<br>PHS: President Jian-Zhong Sheng<br>PHS: Manager Bing Ma<br>SSDD: Manager Myoung-Sik Lee<br>SSDD: Zhen Yang<br>Orion: Tae Sik Kong<br>LG: J.B. Park<br>IRI: VP Jian-She Wei | CHU00030679-683 | J.S. Lu | J.S. Lu, Dep. Vol. 2, 170-176 |
| 10/9/1998 | | X | | | X | | | | | X | | | | | | | X | | | Jae In Lee (SDI) | SDCRT-008642 | J.I. Lee | |
| 10/13/1998 | Ruth's Chris Scottsdale, AZ | | | | X | | | | | | | | | | | | | | X | HIT: Tom Heiser<br>THOM: Mr. Sterling Owens | HEDUS-CRT00160563 | Tom Heiser | 191:05 (Tom Heiser) |
| 10/15/1998 | | X | | | | | X | | | | | | | | | | | | | MEC: Chang, Hsu, Kuo-Wei Kuo: CPT: Du, Ms. Lin<br>CPT: Du, Ching-Yuan (Michael)<br>CPT: Hsieh, Chun-Mei (Christina)<br>CPT: Lin., Fang-Yi<br>SDI: Assistant Vice President<br>SDI: Lee, Jie-Min<br>SDI: Lee, Jia Chih | CHU00028459 | Michael Hsu | Hsu II at 183 |
| 11/00/1998 | | | | | | X | X | | | | | | | | | | | | | HIT: Nobuaki Ito:<br>MEC: K. Shimoda | HDP-CRT00023360 | Nobuaki Ito | 343:08 (Nobuaki Ito) |
| 11/4/1998 | Taiwan | X | X | X | X | | | | | X | | | | | | | | | | Jae In Lee (SDI) | SDCRT-0086440 | J.I. Lee | |
| 11/16/1998 | Singapore | | X | X | X | X | | | | | | | | | | | | | | SDI - Sang Kyu Park, Executive Vice President Kim, Senior Vice President Kim | | Dae Eui Lee | 215:6-220:3 |

| MEETING DATE | LOCATION | CPT | LG | OEC /DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/16/1998 | Singapore | | X | X | X | X | | | | | | | | | | | | | | SDI - Sang Kyu Park, Executive Vice President Kim, Senior Vice President Kim | SDCRT-0086482 | | |
| 11/20/1998 | HIT Asia Plant, Taipei | X | | | | X | | | | | | | | | | | | | | HIT: Chiang-Lung Zhang; CPT: C.C. Liu; CPT: Michael Du | CHU00028383 | | |
| 11/24/1998 | Korea | | X | X | X | | | | | | | | | | | | | | | SDI - Michael Son, D.E. Lee | SDI rog responses: SDCRT-0086485 | Michael Son | 101:15-102:14; 151:15-163:11 |
| 11/27/1998 | | X | X | X | X | | | | | | | | | X | | | | | | | CPT: C.C.Liu<br>CPT: Tony Chien<br>CPT: Michael Du<br>SDD: Mr. K. H. Lee<br>SDD: Mr. D.E. Lee<br>SDD: Mr. Son<br>LG: Mr. Choi<br>LG: Mr. Y.I. Jeong<br>LG: Mr. K.Y. Ko<br>Orion: Mr. H.C. Moon<br>Orion: Mr. B.I. Jeong<br>Orion: Mr. Karil Min<br>Orion: Mr. H.S. Oh<br>TCRT: Mr. Boonchoo | CHU00029259-261 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 149-151 |
| 11/27/1998 | Korea | X | X | X | X | | | | | | | | | X | | | | | | | SDI - Michael Son, D.E. Lee, K.H. Lee: Orion - H.C. Moon, B.I. Chung, K.Y Ko; CPT - C.C. Ryu: TCRT - Boonchoo | SDI rog responses: SDCRT-0086487 | Michael Son | 36:25 - 37:3 : 39:17 - 42:9: 102:16-103:6: 163:21-176:23 |
| 11/27/1998 | Korea | X | X | X | X | | | | | | | | | X | | | | | | | SDI - Kwang Ho Lee, Dae Eui Lee, Michael Sohn<br>LG - Kyu In Choi, Yong Ik Chung, Kyu Young Ko<br>Orion - Hee Chul Moon, Bok Il Chung, Sang Ryun Byun, Sum Kwang Oh, Dae Sik Lee<br>Chunghwa - C.C. Ryu, Michael Du<br>Thai CRT - Mr. Boonchoo | SDCRT-0086487 (Ex. 665) | Dae Eui Lee | 221:1-227:19 |
| 12/8/1998 | Beijing, China | X | X | X | X | | | | | X | | | | | X | X | | | | | CPT: J.S. Lu<br>CPT: Tony Cheng<br>CPT: Michael Du<br>CPT: Alex Yeh<br>PHS: Shou-Li Li<br>PHS: Cheng-Er Shao<br>PHS: Dong Liu<br>SDD: Mr. D.Y. Kim<br>SDD: M.S. Lee et al<br>Orion: Mr. Moon<br>Orion: Mr. Kong et al<br>IRI: President Ma et al<br>BMCC: Wen-Chiang Fan<br>BMCC: Hsin-Wen Huang | CHU00030688-691 | J.S. Lu | J.S. Lu, Dep. Vol. 1, 139-140 |
| 12/11/1998 | | X | | | | | X | | | | | | | | | | | | | | MEC: Chang, Hsu: CPT: Du, Cheng (Tony)<br>CPT: Cheng, Wen-Chun (Tony) (Manager)<br>CPT: Du, Ching-Yuan (Michael)<br>MEC: Hsu, Chih- Yen (Assistant Manager)<br>MEC: Chang, Yu-Hao (Assistant Section Chief) | CHU00026457 | Allen Chang (Zhang) Michael Hsu | Chang II at 170: Hsu II at 177 |
| 12/17/1998 | | X | X | | | | | | | | | | | | | | | | | | CPT: S.J. Yang<br>LG: Mr. B.K. Jeon | CHU00028887-888 | S.J. Yang | S.J. Yang, Dep. Vol. 1, 139-143 |

| MEETING DATE | LOCATION | CPT | LG | OEC/DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/21/1998 | | | X | X | X | | | | | | | | | | | | | | | SDI - Dae Eui Lee | SDCRT-0086473 | Dae Eui Lee | 228:2-229:25 |
| 1999 | | X | | | | | | | | | | | | | | | | | | | HEDUS-CRT00152622 | Tom Heiser | 435:16 (Tom Heiser) |
| 1/00/1999 | | | | | X | X | | | | | | | | | | | | | | | HDP-CRT00051345 | Nobuhiko Kobayashi | 252 (Nobuhiko Kobayashi) |
| 1/6/1999 | Rosewood Grill, Las Vegas, NV | | | | | X | | | | X | | | | | | | | | | HIT: Tom Heiser, Thom Schmitt, BK<br>PHS: Joe Snyder, Emmanual Corney, | HEDUS-CRT00166472 | Tom Heiser | 107:23 (Tom Heiser) |
| 1/7/1999 | Terrace Point, Las Vegas, NV | | | | | X | | | | X | | | | | | | | | | HIT: Tom Heiser, Thom Schmitt<br>PHS: J. Johnson, P. Canavan | HEDUS-CRT00166472 | Tom Heiser | 107:23 (Tom Heiser) |
| 1/7/1999 | Terrace Point, Las Vegas, NV | | | | | X | | | | X | | | | | | | | | | HIT: Thom Schmitt, YN<br>PHS: Pat Canavan, Jeff Johnson, Hiyoshi Kashimura | HEDUS-CRT00098394 | Tom Heiser | 110:14 (Tom Heiser) |
| 1/8/1999 | Xiamen, China | X | | X | X | | | | | X | | | | | X | | | | | CPT: J.S. Lu<br>CPT: Guang-Hui Tai<br>CPT: Wei-Lie Yu<br>SDD: Ming-Zhi Li<br>SDD: Yang Zhen<br>PHS: Zheng-Xi Shao<br>PHS: Bing Ma (Hua Fei Manager)<br>Orion: Tae Sik Kong<br>IRI: Wei-Sheng Li<br>IRI: Jun Yao<br>IRI: Zhao-Jie Wang | CHU00030695-697 | J.S. Lu | J.S. Lu, Dep. Vol. 1, 137-138 |
| 1/12/1999 | U.S. | | | X | X | X | | X | | X | | | | | | | | | X | SDI: Chul Hong Im | SDCRT-0002526 | | |
| 1/13/1999 | (CPT) | X | X | X | X | | | | | X | | | | | | | | | | CPT: Senior Manager Cheng<br>CPT: Miss Hsieh<br>SDD: Mr. Ha<br>SDD: Ms. Betty<br>PHS: Mr. Frank Shao<br>Orion: Mr. Moon<br>LG: Mr. Park | CHU00030698-700 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 153-154 |
| 1/18/1999 | | X | X | X | X | X | | | | X | | | | | | | | | | CPT: C.C. Liu<br>CPT: Miss Hsieh<br>SDD: Mr. Inn Kim<br>SDD: Mr. D.Y. Kim<br>SDD: Mr. Na<br>SDD: Mr. Ha<br>SDD: Mr. J.I. Lee<br>LG: Mr. S.Y. Choi<br>LG: Mr. C.S. Jeon<br>LG: Mr. K.Y. Ko<br>LG: Mr. J.M. Park<br>Orion: Mr. H.C. Moon<br>Orion: Mr. K.H. Kang<br>Orion: Mr. J.H. Moon<br>PHS: Mr. David Chang<br>PHS: Mr. Jerry Lin<br>PHS: Ms. Rosa Hu | CHU00030701-704 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 154-157<br>Dep. Vol. 3, 411-417 |
| 1/18/1999 | | X | X | | X | | | | | X | | | | | | | | | | | SDCRT-0086557 | | |
| 1/19/1999 | | | | | | X | | | | X | | | | | | | | | | HIT: Thom Schmitt, Tom Heiser, KF, SI, YN,<br>PHS: Ben Matengee Joe Snyder | HEDUS-CRT00098394 | Tom Heiser | 110:14 (Tom Heiser) |

| MEETING DATE | LOCATION | CPT | LG | OEC /DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/22/1999 | | X | | | | | | | X | | | | | | | | | | | CPT: S.J. Yang<br>TSB: Mr. Yushino<br>TSB: Mr. Kawano<br>TSB: Mr. Jiye<br>TSB: Mr. Heye | CHU00028240 | S.J. Yang | S.J. Yang, Dep. Vol. 1, 163-166 Dep. Vol. 3, 420-423 |
| 1/22/1999 | | | X | | | X | | | | | | | | | | | | | | HIT: Thom Schmitt<br>LG: Bruce Lee, Ji Woo, | HEDUS-CRT00098394 | Tom Heiser | 110:14 (Tom Heiser) |
| 1/22/1999 | Philips Monitor Facility, Raleigh, N.C. | | | | | X | | | | X | | | | | | | | | | HIT: Dan Mead<br>PHS: Paul Toma | HEDUS-CRT00158744 | Tom Heiser | 426:05 (Tom Heiser) |
| 2/5/1999 | | X | | | | | | | | | | | | | | | | | | C.C. Liu<br>CPT: C.Y. Lin<br>CPT: Michael Du | CHU00021289 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 106-109 |
| 2/10/1999 | | X | X | X | X | | | | | X | | | | | | | | | | Jae In Lee (SDI) | SDCRT-0086561 | J.I. Lee | |
| 2/11/1999 | email | | | | X | | | | | X | X | | | | | | | | | | PIC-00007637 | Patrick Canavan | Patrick Canavan Dep. Vol. 1, 102:25-122:20 |
| 2/12/1999 | | | | | | | | | | X | | | | | | | | X | | Sony: Abbott<br>Sony: Rigby<br>Sony: Inuoe<br>Sony: Mckie<br>Sony: Yamano<br>PH: J. Smith<br>PH: S. Longley<br>PH: S. Akass | PTC-00009040 | Jim Smith | Jim Smith Dep. Vol. 1, 255-260 |
| 2/12/1999 | | X | X | X | X | | | | | X | | | | | | | | | | CPT: Senior Manager Tony Cheng<br>CPT: Miss Hsieh<br>SDD: Mr. Ha<br>SDD: Mr. J.I. Lee<br>SDD: Ms. Betty<br>PHS: Mr. Jerry Lin<br>PHS: Ms. Rosa Hu<br>Orion: Mr. Moon<br>Orion: Mr. Jimmy Kim<br>LG: Mr. Park<br>LG: Mr. I.H. Song | CHU00030713-716 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 157-158 |
| 3/1/1999 | | | X | | | X | | | | | | | | | | | | | | HIT: Thom Schmitt, RYN, TS<br>LG: Daniel Lee, Gary Michak, | HEDUS-CRT00098394 | Tom Heiser | 110:14 (Tom Heiser) |
| 3/3/1999 | | X | X | X | X | | | | | X | | | | | | | | | | CPT: C.C. Liu<br>CPT: Miss Hsieh<br>SDI: Mr. Youn<br>SDI: Mr. Otto<br>PHS: Mr. Jerry Lin<br>PHS: Mr. Limay<br>LG: Mr. Lu<br>LG: Mr. Song<br>Orion: Mr. Justin Park | CHU00030720-727 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 158-160 |

| MEETING DATE | LOCATION | CPT | LG | OEC/DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/7/1999 | | X | X | X | X | | | | | X | | | X | | | | | | | CPT: C.C. Liu<br>CPT: Michael Du<br>SDD: Mr. K.H. Lee<br>SDD: D.H. Lee<br>SDD: D.E. Lee<br>SDD: H.S. Chu<br>SDD: S.E. Lee<br>LG: Mr. Choi<br>LG: Mr. P.Y. Jeong<br>LG: Mr. K.Y. Ko<br>Orion: Mr. H.C. Moon<br>Orion: Mr. S.Y. Byun<br>Orion: Mr. Karl Min<br>Orion: Mr. H.S. Oh<br>TCRT: Mr. Boonchoo<br>TCRT: Mr. Wuttinun | CHU00029245-247 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 160-165 |
| 3/7/1999 | | X | X | X | X | | | | | X | | | X | | | | | | | CPT: C.C. Liu<br>CPT: Michael Du<br>SDD: Mr. K.H. Lee | CHU00029245-247 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 160-165 |
| 3/7/1999 | | X | X | X | X | | | | | X | | | X | | | | | | | CPT: C.C. Liu<br>CPT: Michael Du<br>SDD: Mr. K.H. Lee<br>SDD: D.H. Lee<br>SDD: D.E. Lee<br>SDD: H.S. Chu<br>SDD: S.E. Lee | CHU00029245-247 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 160-165 |
| 3/16/1999 | | X | X | X | X | | | | | X | | | | | | | | | | CPT: Michael Du<br>CPT: Senior Manager Cheng<br>SDD: Mr. Ha<br>SDD: Mr. J.I. Lee<br>LG: Mr. Lim<br>LG: Mr. Park<br>LG: Mr. Kon Chun Yeu | CHU00030731-733 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 165-167 |
| 3/16/1999 | | X | X | X | X | | | | | X | | | | | | | | | | CPT: Michael Du<br>CPT: Senior Manager Cheng<br>SDD: Mr. Ha<br>SDD: Mr. J.I. Lee<br>LG: Mr. Lim<br>LG: Mr. Park<br>LG: Mr. Kon Chun Yeu<br>LG: Mr. Ko<br>Orion: Mr. Moon | CHU00030731-733 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 165-167 |
| 3/16/1999 | | X | X | X | X | | | | | X | | | | | | | | | | CPT: Michael Du<br>CPT: Senior Manager Cheng<br>SDD: Mr. Ha<br>SDD: Mr. J.I. Lee<br>LG: Mr. Lim<br>LG: Mr. Park<br>LG: Mr. Kon Chun Yeu<br>LG: Mr. Ko<br>Orion: Mr. Moon<br>Orion: Mr. Jimmy Kim<br>PHS: Mr. Jerry Lin<br>PHS: Ms. Rosa Hu | CHU00030731-733 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 165-167 |

| MEETING DATE | LOCATION | CPT | LG | OEC/DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/16/1999 | | X | X | X | X | | | | | X | | | | | | | | | | CPT: C.C. Liu<br>CPT: Michael Du<br>SDD: Mr. Ha<br>SDD: Mr. J.I. Lee<br>LG: Mr. Lim<br>LG: Mr. Park<br>LG: Mr. Kon Chun Yeu<br>LG: Mr. Ko<br>Orion: Mr. Moon<br>Orion: Mr. Jimmy Kim<br>PHS: Mr. Jerry Lin<br>PHS: Ms. Rosa Hu | CHU00030731-733 | C.C. Liu | C.C. Liu, Dep. Vol. 2, 373-377 |
| 3/20/1999 | | X | X | X | X | | X | | X | | | | X | | | | | | X | | CHU00123746 | | |
| 3/24/1999 | Korea | | X | X | X | | | | | | | | | | | | | | | SDI - Michael Son, J.I. Lee, J.H. Lee: Orion - K.T. Min, J.M. Kim: LG - S.H. Cho, G.Y. Ko | SDI rog responses: SDCRT-0086537 | Michael Son | 103:20-104:9: 176:25-179:8 |
| 3/25/1999 | Paris, France | | | | X | | | | | | | | | | | | | | X | THOM: Christian Lissorgues<br>THOM: Giles Taldu<br>THOM: Bob Lorch<br>THOM: P. Combes<br>SDI: Yoon Yang<br>SDI: Lak Jin Kim | SDCRT-0086490 | | |
| 3/31/1999 | | X | X | X | X | | | | | X | | | | | | | | | | SDI - Dae Eui Lee<br>Chunghwa - C.C. Liu, Mr. Du<br>Philips - Jerry Lin | SDCRT-0086569 | | |
| 4/2/1999 | | | X | | | X | | | | | | | | | | | | | | HIT: Yoshi, Kou:<br>LG: Ro, Chon | HDP-CRT00025934 | Nobuhiko Kobayashi | 320 (Nobuhiko Kobayashi) |
| 4/2/1999 | LGE Gumi Plant | | X | | | X | | | | | | | | | | | | | | LG: Yeo: HIT: Nobuhiko Kobayashi | HDP-CRT00025934 | | |
| 4/8/1999 | LG Indonesia | X | X | X | X | | | | X | | | | X | | | | | | | CPT: S.J. Yang<br>SDDM: S.K. Park<br>LG: Mr. B.K. Jeon<br>LG: Mr. M.J. Kim | CHU00028606-608 | S.J. Yang | S.J. Yang, Dep. Vol. 1, 143-151 |
| 4/8/1999 | Huntsville, Alabama | | X | | | X | | | | | | | | | | | | | | HIT: CH SB Thom Schmitt<br>LG: Joseph Kim Joseph Woo, | HEDUS-CRT00098394 | Tom Heiser | 110:14 (Tom Heiser) |
| 4/10/1999 | | X | X | X | X | | | | | X | | | | | | | | | | Jae In Lee (SDI): D.Y. Kim (SDI): C.C. Liu (CPT): Jerry Lin (Philips) | SDCRT-0086584 | J.I. Lee | |
| 4/13/1999 | Seoul | X | | | X | | | | | | | | | | | | | | | C.Y. Lin (CPT): Jae In Lee | SDCRT-0086586 | J.I. Lee | |
| 4/15/1999 | | X | X | X | X | | | | | | | | | | | | | | | CPT: C.C. Liu<br>CPT: Michael Du<br>SDD: Mr. Inn Kim<br>SDD: Mr. K.H. Lee<br>SDD: Mr. D.H. Lee<br>SDD: Mr. Michael Son<br>LG: Mr. Choi<br>LG: Mr. G.I. Choi<br>LG: Mr. C.H. Lee<br>LG: Mr. S.H. Jo<br>Orion: Mr. H.C. Moon<br>Orion: Mr. S.Y. Byun<br>Orion: Mr. Karl Min<br>Orion: Mr. J.W. Moon | CHU00029235-237 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 167-168 |

| MEETING DATE | LOCATION | CPT | LG | OEC/DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/15/1999 | | X | X | X | X | | | | | X | | | | | | | | | | Jae In Lee (SDI) | SDCRT-0086593 | J.I. Lee | |
| 4/15/1999 | Korea | X | X | X | X | | | | | | | | X | | | | | | | SDI - Michael Son, In Kim, K.H. Lee, D.H. Lee, Mikial Sohn; Orion - H.C. Moon, I.B. Chung, J.O. Moon, S.K. Oh; LG - S.Y. Choi, I.K. Choi, S.H. Cho, C.H. Lee, CPT - C.Y. Lin, C.C. Ryu, Michael Du; TCRT - Tanasak, Boonchoo | SDI rog responses; SDCRT-0086541 | Michael Son | 104:11-17: 179:9-187:18 |
| 4/15/1999 | | X | X | X | X | | | | | | | | X | | | | | | | SDI - Dae Eui Lee | SDCRT-0086545 | Dae Eui Lee | 233:19-236:15 |
| 4/15/1999 | Brussels, Belgium | | | | X | | X | | | X | | | | | | | | X | X | THOM: Serafinski<br>SDI: Yoong Yang<br>SDI: Hak-Jin Kim<br>PHS: Jim Smith<br>PHS: Jef Pos<br>MEC: E. Nill<br>MEC: J. Krauss<br>DOSA: H.K. Kin<br>DOSA: G. Nam<br>SDI: T.S. Park<br>SDI: Y. Yang | SDCRT-0086500 | | |
| 4/21/1999 | Philips Monitors Juarez | | | | | X | | | | X | | | | | | | | | | HIT: Tom Heiser, Genichi Watanabe, Akira Ookubo | HEDUS-CRT00152273 | Kenichi Hazuku Tom Heiser | 122:8 (Kenichi Hazuku): 327, 429 (Tom Heiser) |
| 4/22/1999 | | | | | | | | | | X | | | | | | | | | | PH: Pat Canavan | PTC-00007239 | Jim Smith | Jim Smith Dep. Vol. 1, 269-286 |
| 4/22/1999 | Cafe Lousianne, Norcross, GA | | | | X | | | | | X | | | | | | | | | | HIT: Tom Heiser TN SI<br>PHS: Pat Canavan | HEDUS-CRT00160568 | Tom Heiser | 124:10 (Tom Heiser) |
| 4/27/1999 | Taiwan | X | X | X | X | | | | | X | | | | | | | | | | J.Y. Youn: Senior Lim; C.C. Liu: Deputy General Park | SDCRT-0086597 | | |
| 4/28/1999 | | X | X | X | X | | | | | X | | | | | | | | | | CPT: C.C. Liu<br>CPT: Michael Du<br>SDD: Mr. Ha<br>SDD: Mr. Youn<br>SDD: Ms. Betty Lee<br>LG: Mr. Lim<br>LG: Mr. Song<br>LG: Mr. Ko<br>Orion: Mr. Moon<br>Orion: Mr. Cho<br>PHS: Mr. Frank Shoo<br>PHS: Ms. Rosa Hu | CHU00030749-751 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 168-170 |
| 4/30/1999 | Taiwan | X | X | X | X | | | | | | | | X | | | | | | | J.Y. Youn | | J.Y. Youn | 112:25 |
| 5/11/1999 | | X | X | X | X | | | | | | | | | | | | | | | CPT: Senior Manager Yang<br>CPT: Michael Du | CHU00029228-230 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 170-171 |
| 5/12/1999 | Taiwan | X | X | X | X | | | | | | | | X | | | | | | | J.Y. Youn | | J.Y. Youn | 132:10 |
| 5/12/1999 | Taiwan | X | X | X | X | | | | | X | | | | | | | | | | J.Y. Youn | SDCRT-0086605 | J.I. Lee: J.Y. Youn | 360:14 : 453:18 |

| MEETING DATE | LOCATION | CPT | LG | OEC /DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/14/1999 | | X | X | X | X | | | | | X | | | | | | | | | | CPT: Section Chief Du<br>CPT: Section Chief Yu<br>CPT: Chun-Mei Hsieh<br>SDD: Mr. D.Y. Kim<br>SDD: Mr. Yoon<br>PHS: Mr. Jerry Lin<br>PHS: Ms. Rosa Hu<br>PHS: Mr. Frank Shao<br>Orion: Mr. Cho<br>LG: Mr. Lin<br>LG: Mr. Park<br>LG: Mr. Lu | CHU00030757-762 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 171-173 |
| 5/20/1999 | | X | X | X | X | | | | | | | | | X | X | | | | | CPT: C.C.Liu<br>CPT: Miss Chun-Mei Hsieh<br>SDD: Mr. I. Kim<br>SDD: Mr. Michael Son<br>SDD: Mr. Ha<br>OEC: Mr. H. C. Moon | CHU00029191-194 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 109-110 |
| 5/21/1999 | | X | X | X | X | | | | | X | | | | | | | | | | CPT: J.S. Lu | CHU00030766-767 | J.S. Lu | J.S. Lu, Dep. Vol. 2. |
| 6/2/1999 | | X | X | X | X | | | | | | | | X | | | | | | | CPT: President C.Y. Lin<br>CPT: Director C.C. Liu<br>CPT: Michael Du<br>OEC: Mr. Moon et al<br>SDD: Mr. Lee et al<br>LG: Mr. Choi et al<br>TCRT: Mr. Chaovalit et al | CHU00029189-190 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 173-174 |
| 6/4/1999 | mainland China (China Shenzhen) | X | | X | X | | X | | | X | X | | | X | X | | | | | CPT: Lu, Jing-Song (Jason) 9Senior Manager)<br>CPT: Dai, Guang-Hui<br>IRI: Wang, Zhao-jie<br>MEC: Huang, Xin-wen (Senior Manager)<br>OEC: Kong, Tae Sik (Section Chief)<br>PHS: Shao, Zheng-xi (Senior Manager of Operations)<br>PHS: Liu (Director)<br>PHS: Ma, Bing<br>SDI: Li, Ming-zhi (Department Manager)<br>SDI: Yang, Zhen | CHU00030777 | Jason lu | Lu II at 179-83 |
| 6/7/1999 | Philips Singapore | | | | | X | | | | X | | | | | | | | | | HIT: Thom Schmitt,<br>PHS: John Tan Arrisato-san Rickey Chian | HEDUS-CRT00098394 | Tom Heiser | 110:14 (Tom Heiser) |
| 6/8/1999 | Philips Suzhou | | | | | X | | | | X | | | | | | | | | | HIT: Thom Schmitt | HEDUS-CRT00098394 | Tom Heiser | 110:14 (Tom Heiser) |
| 6/15/1999 | email | | | | | | | | | | X | | | | | | | | X | | | PTC-00007204: PTC-00007205 | Patrick Canavan | Patrick Canavan Dep. Vol. 1, 159:16-161:8: 161:15-172:21 |
| 6/17/1999 | Brussels, Belgium | | | X | X | | X | | | X | | | | | | | | X | X | | THOM: Serafinski<br>SDI: Joe Colvin<br>PHS: Jef Pos<br>PHS: Leo Mink<br>MEC: Krauss<br>DW: Nam<br>SONY: Kurebayashi | SDCRT-0086496 | | |

| MEETING DATE | LOCATION | CPT | LG | OEC/DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/21/1999 | | X | X | X | X | | | | X | | | | X | | | | | | | CPT: S.J. Yang<br>CPT: Michael Du<br>SDI: S.K. Park<br>SDI: S.W. Lee<br>LG: G.I. Choi<br>LG: S.H. Jo<br>Orion: D.S. Lee<br>Orion: Karl Min<br>TCRT: Thanasakoo<br>TCRT: Boonchoo | CHU00029185-188 | S.J. Yang | S.J. Yang, Dep. Vol. 1, 152-163 |
| 6/21/1999 | | X | X | X | X | | | | | | | | X | | | | | | | SDI- Dae Eui Lee | SDCRT-0086546 | Dae Eui Lee | 237:3-239:1 |
| 6/22/1999 | Fuzhou | X | | X | | | | | | | | | | | X | | | | | CPT: J.S. Lu<br>CPT: Director C.C. liu<br>Orion: Director Moon<br>IRI: Manager Li<br>IRI: Manager Sha | CHU00029050-051 | J.S. Lu | J.S. Lu, Dep. Vol. 2, 183-190 |
| 6/23/1999 | Taiwan | X | X | X | X | | | | | X | | | | | | | | | | Jae In Lee (SDI) | SDCRT-0086641 | J.I. Lee | |
| 6/28/1999 | | | | X | X | | | | | X | X | X | | | | | | X | X | SDD: J. Colvin,<br>SDD: M. Son,<br>SDD: P. Peeters,<br>SDD: M. Schoonderwoert,<br>SDD: R. Tabaksblat. | PHLP-CRT-080623 | Bob O'Brien | Bob O'Brien Dep. Vol. 1.,: 113:24-121:1 |
| 6/28/1999 | | X | X | X | X | | | | | X | | | | | | | | | | CPT: President C.Y. Lin<br>CPT: Manager Tony Cheng<br>CPT: Michael Du<br>CPT: Mx. Chun-Mei Hsieh<br>SDD: Mr. Inn Kim<br>SDD: Mr. D.Y. Kim<br>SDD: Mr. J.I. Lee<br>SDD: Mr. Ha<br>PHS: Mr. David Chang<br>PHS: Mr. Jerry Lin<br>PHS: Ms. Rosa Hu<br>Orion: Mr. H.C. Moon<br>Orion:Mr. K.H. Kang<br>Orion:Mr. J.H. Moon<br>Orion:Mr. Jimmy Kim<br>LG: Mr. K.S. Cho<br>LG: Mr. C.S. Jeon<br>LG: Mr. J.M. Park<br>LG: Mr. K.Y. Ko | CHU00030787-794 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 174-176 |
| 6/28/1999 | Netherlands | | | | X | | | | | X | | | | | | | | | | SDI - Michael Son, Joe Colvin | PHLP-CRT080623 | Michael Son | 331:19-334 |
| 7/13/1999 | Tianjin | X | | | X | | | | | | | | | | | | | | | CPT: J.S. Lu<br>CPT: Wei-Lie Yu<br>TSDD: Yu-Huan Wu<br>TSDD: Jun Cui<br>TSDD: Gang Li | CHU00030799-800 | J.S. Lu | J.S. Lu, Dep. Vol. 1, 138-139 |
| 7/16/1999 | | | | X | X | | | | | | | | | | | | | | X | THOM: Christian Lissorgues | SDCRT-0086506 | | |
| 7/20/1999 | | X | | | | | X | | | | | | | | | | | | | MEC: Chang, Hsu, Kuo-Wei Kuo: CPT: Du, Ms. Lin | CHU00030803 | Allen Chang (Zhang)<br>Michael Hsu | Chang II at 179; Hsu II at 183 |

| MEETING DATE | LOCATION | CPT | LG | OEC /DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/23/1999 | | X | X | X | X | | | | | X | | | | | | | | | | CPT: President C.Y. Lin<br>CPT: Manager Tony Cheng<br>CPT: Michael Du<br>CPT: Mx. Chun-Mei Hsieh<br>SDD: Mr. Inn Kim<br>SDD: Mr. D.Y. Kim<br>SDD: Mr. J.I. Lee<br>SDD: Mr. Ha<br>PHS: Mr. David Chang<br>PHS: Mr. Jerry Lin<br>PHS: Ms. Rosa Hu<br>Orion: Mr. H.C. Moon<br>Orion:Mr. K.H. Kang<br>Orion:Mr. J.H. Moon<br>Orion:Mr. Jimmy Kim<br>LG: Mr. S.Y. Choi<br>LG: Mr. C.S. Jeon<br>LG: Mr. Johnny Song<br>LG: Mr. K.Y. Ko | CHU00030809-814 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 176-177 |
| 7/28/1999 | | X | X | | X | | | | | X | | | | | | | | | | CPT: C.C. Liu<br>CPT: Ms. Fang-Yi Lin<br>CPT: Michael Du<br>SDD: Mr. Youn<br>SDD: Mr. Otto Lee<br>LG: Mr. Lin<br>LG: Mr. Xong<br>PHS: Mr. Milan<br>PHS: Ms. Rosa Hu | CHU00030807-808 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 177-179 |
| 7/28/1999 | Taiwan | X | X | X | X | | | | | X | | | | | | | | | | C.C. Liu: Senior Lim: Deputy General Manager Moon: J.Y. Youn | SDCRT-0086662 | J.Y. Youn | 141:5: 458:7 |
| 8/00/1999 | | X | X | X | X | | | | | X | | | | | | | | | | CPT: C.C. Liu<br>CPT: C.Y. Lin<br>OEC: Young Nam Kim<br>OEC: Hee Chul Moon<br>SDI: In Kim<br>SDI: Duk Yun Kim<br>LG: Ki Song Cho<br>LG: Sang Ryong Choi<br>PH: President David<br>PH: Jerry Lin<br>PH: Kyung Ho Kang<br>PH: Jae Ho Bae<br>PH: Jung Sik Lim<br>PH: Seung Pyung Koo<br>PH: Yong Ro Song<br>PH: Han Ku Cho | SDCRT-0086675 | Jim Smith | Jim Smith Dep. Vol. 1, 192-198 |
| 8/3/1999 | Japan: Kanagawa | | | | | X | X | | | | | | | | | | | | | HIT: Junji Kaneko: MEC: Takadera | HDP-CRT00025918 | | |
| 8/4/1999 | Taiwan | X | X | X | X | | | | | X | | | | | | | | | | J.Y. Youn | | J.Y. Youn | 145:7 |

| MEETING DATE | LOCATION | CPT | LG | OEC /DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/5/1999 | Nanjing, China | X | | X | X | | | | | X | | | | X | X | | | | | CPT: J.S. Lu<br>CPT: Yu Wei-Lieh<br>CPT: C.C. Liu<br>SDD: Myoung Sik Lee<br>SDD: Zhen Yang<br>BMCC: Xin-Wen Huang<br>Orion: Jung Saeng Park<br>IRI: Wei-Sheng Li<br>IRI: Zhao-Jie Wang<br>PHS: Zheng-Xi Shao<br>PHS: Xiu-Hua Li<br>PHS: Si-Quan Li<br>PHS: Dong Liu | CHU00030819-822 | J.S. Lu | J.S. Lu, Dep. Vol. 2, 157-158 |
| 8/9/1999 | | X | | | X | | | | | | | | | | | | | | | PH: David Chang<br>SDI: D.Y. Kim | SDCRT-0086690 | Jim Smith | Jim Smith Dep. Vol. 1, 44-61 |
| 8/16/1999 | | | X | | X | | | | | | | | | | | | | | | Hwa Gyu Lee (LG): Chang Seon Choi (LG): Seung Hwa Baek (LG): Woon Gyu Lee (LG): Young Sup Moon (SDI): Jung Hoon Choi (SDI): Hun Sul Chu (SDI) | SDCRT-0086772 | HS Chu | |
| 8/20/1999 | | X | X | X | X | | | | | X | | | | | | | | | | CPT: Lin (President)<br>CPT: Liu (Director)<br>CPT: Du, Ching-Yuan (Michael)<br>LG: Cho, S.Y.<br>LG: Jeon, C.S.<br>LG: Ko, K.Y.<br>OEC: Moon, H.C.<br>OEC: Cho, Han-Koo<br>OEC: Kang, K.H.<br>OEC: Kim<br>PHS: Chang, David<br>PHS: Smith, J.M.<br>PHS: Lin, Jerry<br>PHS: Pei, J.H.<br>SDI: Kim, In<br>SDI: Kim, D.Y.<br>SDI: Ha<br>SDI: Lee, Jae In | CHU00030835 & CHU00030835.01E | Jim Smith | Jim Smith Dep. Vol. 1, 61-79 |
| 8/20/1999 | | X | | | | | | | | | | | | | | | | | | CPT: President Lin<br>CPT: C.C. Liu<br>CPT: Michael Du<br>SDD: Mr. In Kim<br>SDD: Mr. D.Y. Kim<br>SDD: Mr. Ha<br>SDD: Mr. Lee Jae In<br>LG: Mr. S.Y. Cho<br>LG: Mr. C.S. Jeon<br>LG: Mr. K.Y. Ko<br>Orion: Mr. H.C. Moon<br>Orion: Mr. Han-Koo cho<br>Orion: Mr. K.H. Kang<br>Orion: Mr. Kim<br>PHS: Mr. David Chang<br>PHS: Mr. J.M. Smith<br>PHS: Mr. Jerry Lin<br>PHS: Mr. J.H. Pei | CHU00030835-838 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 179-180 |

| MEETING DATE | LOCATION | CPT | LG | OEC /DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/23/1999 | Future meeting planned for Taiwan and Malaysia | X | X | X | X | | | | | X | | | X | X | X | X | | | | CPT: S.J. Yang<br>CPT: Michael Du<br>CPT: Tony Cheng<br>SDI: Mr. In Kim<br>SDI: D.E. Lee<br>SDI: Y.S. Moon<br>SDI: Michael Son<br>LG: S.Y. Choi<br>LG: G.I. Choi<br>LG: Hwa-Kyu Lee<br>LG: C.S. Choi<br>LG: K.J. Park<br>Orion: Mr. H.C. Moon<br>Orion: Mr. H.K. Cho<br>Orion: Mr. Karl Min<br>TCRT: Mr.Thanasakoo<br>TCRT: Mr. Boonchoo | CHU00029179-184 | S.J. Yang | S.J. Yang, Dep. Vol. 1, 166-172 |
| 8/23/1999 | Taiwan | | | | X | | | | | | | | | | | | | | | SDI - Michael Son, In Kim | CHU00029179 | Michael Son | 337:21-339:22 |
| 8/26/1999 | | X | X | X | X | | | | | | | | | | | | | | | CPT: Michael Du<br>CPT: Chu Xiangguo (TOK)<br>LG: Mr. Mok-Hyeon Seong<br>SDD: Mr. Kim Young Gon<br>Orion: Mr. Sung-Bae Kim | CHU00030839-840 | C.C. Liu | C.C. Liu, Dep. Vol. 3, 401-404 |
| 8/27/1999 | | X | X | X | X | | | | | | | | X | | | | | | | CPT: Michael Du<br>CPT: Senior Manager Cheng<br>CPT: Senior Manager Yang<br>SDD: Mr. Inn Kim<br>SDD: Mr. D.E. Lee<br>SDD: Mr. Y.S. Moon<br>SDD: Mr. Michael Son<br>LG: Mr. S.Y. Choi<br>LG: Mr. G.I. Choi<br>LG: Mr. Hwa-Kyu Lee<br>LG: Mr. C.S. Choi<br>LG: Mr. K.J. Park<br>Orion: Mr. H.C. Moon<br>Orion: Mr. H.K. Cho<br>Orion: Mr. Karl Min<br>TCRT: Mr. Thanasa<br>TCRT: Mr. Boonchoo | CHU00029179-184 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 180-182 |
| 09/00/1999 | | | | | X | X | | | | X | | | | | | | | | | | HDP-CRT00025915 | Kazumasa Hirai Nobuhiko Kobayashi | 283:23 (Kazumasa Hirai): 260, 471 (Nobuhiko Kobayashi) |
| 9/2/1999 | | X | X | X | X | | | | | X | | | | | | | | | | CPT: Director C.C. Liu<br>CPT: Ms. Hsieh<br>CPT: Senior Manager Cheng<br>SDD: Mr. Youn<br>PHS: Mr. Jerry Lin<br>Orion: Mr. Moon<br>LG: Mr. Lin<br>LG: Mr. Song | CHU00030846-850 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 182-183 |
| 9/2/1999 | | X | X | X | X | | | | | X | | | | | | | | | | J.Y. Youn | | J.Y. Youn | 152:8 |

| MEETING DATE | LOCATION | CPT | LG | OEC /DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/7/1999 | | X | | | | | X | | | | | | | | | | | | | CPT: Yang, Sheng-Jen (S.J.)<br>MEC: Tomori, (Mr.) (Sales Manager) | CHU00028438 | S.J. Yang; Y.J Yang | Yang at 172-73 |
| 9/13/1999 | | X | X | X | X | | | | | | | | X | | | | | | | CPT: C.C. Liu<br>CPT: S.J. Yang<br>SDD: Mr. Park et al<br>LG: Mr. Jeon et al<br>Orion: Mr. Kim et al<br>TCRT: Mr. Boonchoo | CHU00029065-067 | S.J. Yang | S.J. Yang, Dep. Vol. 2, 192-198 |
| 9/14/1999 | | X | | | | | X | | | | | | | | | | | | | MEC: Chang, Hsu, Kuo    CPT: Liu (Sales Director)<br>CPT: Yang, Sheng-Jen (S.J.)<br>MEC: Songben (Department Manager) | CHU00028439 | Allen Chang (Zhang); Y.J Yang | Chang II at 183: Yang at 192-203 |
| 9/14/1999 | M-MEC Malaysia factory | X | | | | | X | | | | | | | | | | | | | CPT: S.J. Yang<br>CPT: Director Liu<br>M-MEC: Mr. Matsumoto<br>M-MEC: Mr. Songben | CHU00028441-446 | S.J. Yang | S.J. Yang, Dep. Vol. 2, 198-203 |
| 9/20/1999 | | X | X | X | X | | | | | X | | | X | | | | | | | CPT: Liu, Chih-Chun (C.C.) (Director)<br>CPT: Cheng, Wen-Chun (Tony) (Senior Manager)<br>CPT: Yang, Sheng-Jen (S.J.) (Senior Manager)<br>CPT: Du, Ching-Yuan (Michael)<br>SDI: Kim, Inn (In)<br>SDI: Kim, D.Y.<br>SDI: Lee, Jae In<br>SDI: Ha<br>LG: Choi, S.Y.<br>LG: C.S. Jeon<br>LG: Lim<br>LG: Ko, K.Y.<br>OEC: Cho, H.K.<br>OEC: Moon<br>OEC: Kang, K.H.<br>OEC: Kim, Jimmy<br>PHS: Smith, Jim<br>PHS: Jerry Lin<br>PHS: Hu, Rosa | CHU00030855 & CHU00030855.01E | Jim Smith | Jim Smith Dep. Vol. 1, 79-98 |
| 9/20/1999 | | X | X | X | X | | | | | X | | | | | | | | | | CPT: Liu, Chih-Chun (C.C.) (Director)<br>CPT: Chen (Manager)<br>CPT: Yang, Sheng-Jen (S.J.) (Senior Manager)<br>CPT: Du, Ching-Yuan (Michael)<br>SDI: Kim, Inn (In)<br>SDI: Son, Michael<br>SDI: Ha<br>LG: Choi, S.Y.<br>LG: Choi, G.I.<br>LG: Lee, Hwa-Kyu<br>LG: Ko, K.Y.<br>LG: Park. K.J.<br>OEC: Cho, H.K.<br>OEC: Moon, J.H.<br>OEC: Min, Karl<br>PHS: Mink, Leo<br>PHS: Hu, Rosa | CHU00029175 & CHU00029175.01E | Jim Smith | Jim Smith Dep. Vol. 1, 98-106 |

| MEETING DATE | LOCATION | CPT | LG | OEC /DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/20/1999 | | X | X | X | X | | | | | X | | | | | | | | | | CPT: C.C. Liu<br>CPT: C.Y. Lin<br>CPT: Tony Cheng<br>CPT: S.J. Yang<br>CPT: Michael Du<br>SDD: Mr In Kim<br>SDD: Mr D.Y. Kim<br>SDD: Mr. Lee Jae In<br>SDD: Mr. Ha<br>LG: Mr. S.Y Choi<br>LG: Mr. C.S. Jeon<br>LG: Mr. K.Y. Ko<br>LG: Mr. Lim<br>Orion: Mr. Han-Koo Cho<br>Orion: Mr. K.B. Kang<br>Orion: Mr. Jimmy Kim<br>Orion: Mr. Moon<br>PHS: Mr. Jim Smith<br>PHS: Mr. Jerry Lin<br>PHS: Ms. Rosa Hu | CHU0003855-868 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 183-185 |
| 9/20/1999 | Taipei | | X | X | X | | | | | X | | | | | | | | | | | | | 109:6 |
| 9/20/1999 | Taiwan | X | X | X | X | | | | | X | | | | | | | | | | Jae In Lee (SDI) | SDCRT-0086700 | J.I. Lee | |
| 9/21/1999 | | X | | X | X | | | | | X | | | X | | | | | | | CPT: C.C. Liu<br>CPT: Michael Du<br>CPT: Senior Manager Tony Cheng<br>CPT: S.J. Yang<br>SDD: Mr Inn Kim<br>SDD: Mr. Michael Son<br>SDD: Mr. Ha<br>LG: S.Y Choi<br>LG: G.I. Choi<br>LG: Mr. Hwa-Kyu Lee,<br>LG: Mr. K.Y. Ko,<br>LG: Mr. K.J. Park<br>Orion: Mr H.K. Cho<br>Orion: Mr. J.H. Moon<br>Orion: Mr. Karl Min<br>PHS: Mr. Leo Mink<br>PHS: Ms. Rosa Hu | CHU00029175-178 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 185-187<br>Dep. Vol. 3, 421-424<br>Dep. Vol. 3, 539-541 |
| 9/23/1999 | | | | | X | | X | | | X | | | | | | | | X | X | PHS: Jef Pos<br>PHS: Leo Mink<br>SDI: Colvin<br>THOM: P. Serafinski<br>THOM: M. Kris<br>MEC: J. Krauss<br>SONY: M. Kurebayashi<br>OEC: Heechul Moon<br>OEC: Gil Nam | SDCRT-0086508 | | |
| 9/27/1999 | Taiwan | X | X | X | X | | | | | X | | | | | | | | | | Jae In Lee (SDI) | SDCRT-0086700 | J.I. Lee | |
| 9/28/1999 | Email | | | | X | X | | | | | | | | | | | | | | HIT: Koyabashi, Hirai, Ito | HDP-CRT00025915 | Nobuhiko Kobayashi | 260 (Nobuhiko Kobayashi) |

| MEETING DATE | LOCATION | CPT | LG | OEC/DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/29/1999 | Toshiba Thailand | X | | | | | | | X | | | X | | | | | | | | S.J. Yang, C.C. Liu; Toshiba-Mr. Kanno, Mr. Kawashima, Mr. Nishimura, Mr. Yuasa | CHU00028228 | S.J. Yang: Kazutaka Nishimura | |
| Late 1999 | | | | | X | | X | | | | | | | | | | | | | | SDCRT-0087291 | HS Chu | |
| 10/00/1999 | | | | | X | X | | | | | | | | | | | | | | | HDP-CRT00023305 | Nobuhiko Kobayashi | 285 (Nobuhiko Kobayashi) |
| 10/1/1999 | | X | | | | | X | | | | | | | | | | | | | MEC: Chang, Yi-Feng Huang | CHU00028432 | Allen Chang (Zhang) | Chang II at 185 |
| 10/4/1999 | Taiwan | X | | | X | | | | | | | | | | | | | | | J.Y. Youn | | J.Y. Youn | 260:25 |
| 10/11/1999 | | X | | | X | | | | | | | | | | | | | | | SDI- Dae Eui Lee<br>Chunghwa - S.J. Yang | SDCRT-0086553 | Dae Eui Lee | 239:12-241:17 |
| 10/13/1999 | | X | X | X | X | | | | | | | | | | | | | | | CPT: President Lin<br>CPT: Director C.C. Liu<br>CPT: Section Chief Du<br>CPT: Ms. Hsieh<br>SDD: Mr. Lee<br>PHS: Mr. Jerry Lin<br>PHS: Ms. Limay Liu<br>Orion: Mr. Moon<br>LG: Mr. Lin<br>LG: Mr. Charles Lu | CHU00030888-893 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 187-188 |
| 10/15/1999 | Fax | X | X | X | X | | | | | X | | | | | | | | | | CPT: Michael Du<br>CPT: C.Y. Lin<br>CPT: C.C. Liu<br>CPT: Tony Cheng<br>SDI: H. M. Ha<br>SDI: In Kim<br>SDI: D.Y. Kim<br>SDI: J. I. Lee<br>SDI: H.M. Ha<br>LG: J. S. Rim<br>LG: S.Y. Choi<br>LG:K.Y. Ko<br>LG: C.S. Jeon<br>OEC: J.H. Moon<br>OEC: H. K. Cho<br>OEC: H.S. Lee<br>OEC: K. H. Kang<br>OEC: Jimmy Kim<br>PH: Jim Smith<br>PH: Jerry Lin<br>PH: Limay Liu | CHU00021272 | Jim Smith | Jim Smith Dep. Vol. 1, 234-249 |
| 10/20/1999 | | X | X | | | | | | X | | | | | | | | | | | CPT: S.J. Yang<br>TSB: Mr. Yasukawa | CHU00028229-330 | S.J. Yang | S.J. Yang, Dep. Vol. 2, 208-216 |
| 10/26/1999 | Taiwan | X | X | X | X | | | | | X | | | | | | | | | | Jae In Lee (SDI) | SDCRT-0086703 | J.I. Lee | |

| MEETING DATE | LOCATION | CPT | LG | OEC /DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/27/1999 | | X | X | X | X | | | | | | | | X | | | | | | | CPT: C.C. Liu<br>CPT: Michael Du<br>CPT: Senior Manager Yang<br>SDD: Mr. Inn Kim,<br>SDD: Mr. S.K Park<br>SDD: Mr. Y.S. Moon<br>LG: Mr. S. Y Choi,<br>LG: Mr. G.I. Choi,<br>LG: Mr. Hwa-Kyu Lee,<br>LG: Mr. H.W. Jeon,<br>LG: Mr. E.J. Kim<br>Orion: Mr. H.K. Cho,<br>Orion: Mr. J.H. Moon,<br>Orion: Mr. Karl Min<br>TCRT: Mr. Chovali<br>TCRT: Mr.Thanasa<br>TCRT: Mr. Boonchoo | CHU00030899-903 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 188-189 Dep. Vol. 2, 362-370 |
| 10/29/1999 | Paris, France | | | | X | | | | | | | | | | | | | | X | THOM: Christian Lissorgues<br>SDI: Y. Yang<br>SDI: L.J. Kim | SDCRT-0086511 | | |
| 10/29/1999 | | | | X | X | | X | | | X | | | | | | | | X | X | PHL: J. Pos<br>PHL: L. Mink<br>PHL: G. Staal<br>SDI: Ma. Matthes<br>SDI: Lak Jin Kim<br>SDI: Colvin<br>MEC: J. Krauss<br>SONY: Kurebayashi<br>OEC: G. Nam<br>THOM: Serafinski<br>THOM: K. Mortier | SDCRT-0086514 | | |
| 11/3/1999 | | X | | | | | | | | | | | | | | | | | | CPT: C.C. Liu<br>CPT: Senior Manager Cheng<br>CPT: Michael Du<br>SDD: Mr. Youn<br>LG: Mr. Lim<br>LG: Mr. Lu<br>PHS: Mr. Jerry Lin<br>PHS: Mr. Milan Balan<br>PHS: Ms. Limay Liu | CHU00030904-909 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 189-191 |
| 11/3/1999 | | X | X | | X | | | | | X | | | | | | | | | | | | J.Y. Youn | 269:13 |
| 11/9/1999 | SDD Korea | X | X | X | X | | | | | X | | | | | | | | | | CPT: S.J. Yang<br>SDD: Mr. Y.S. Moon<br>SDD: Mr. Michael Son<br>SDD: Mr. T.R. Park<br>LG: Mr. Choi<br>Orion: Mr. Oh<br>Orion: Mr. Karl Min | CHU00029059-061 | S.J. Yang | S.J. Yang, Dep. Vol. 2, 216-223 |
| 11/9/1999 | | | | | | X | | | X | | | | | | | | | | | HIT: Saito: TSB: Amano | MTPD-0016566 | | |
| 11/9/1999 | Taiwan | X | X | X | X | | | | | X | | | | | | | | | | | J.Y. Youn: Mr. Ha | | J.Y. Youn | 158:3: 320:13 |
| 11/14/1999 | | X | X | | | X | X | | | | | | | | | | | | | CPT: C.C. Liu<br>CPT: S. J. Yang<br>M-MEC: Department Manager Songhen | CHU00028441 | C.C. Liu | C.C. Liu, Dep. Vol. 3, 518-519 |

| MEETING DATE | LOCATION | CPT | LG | OEC /DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/25/1999 | | X | X | X | X | | | | | X | | | X | | | | | | | CPT: Liu (Director)<br>CPT: Cheng (Manager)<br>CPT: Yang (Manager)<br>CPT: Du (Section Chief)<br>CPT: Hsieh, Chun-Mei (Christina)<br>LG: Choi, S.Y.<br>LG: Choi, G.I.<br>LG: Park, K.J.<br>LG: Ko, K.Y.<br>OEC: Cho, H.K.<br>OEC: Kang<br>OEC: Min, Karl<br>PHS: Smith, Jim<br>PHS: Hu, Rosa<br>SDI: Song, Michael<br>SDI: Park, J.Y.<br>T-CRT: Chaovalit<br>T-CRT: Boonchoo | CHU00029163 & CHU00029163.01E | Jim Smith | Jim Smith Dep. Vol. 1, 106-114 |
| 11/25/1999 | | X | X | X | X | | | | | X | | | | | X | X | | | | CPT: Director C.C. Liu<br>CPT: Manager Yang<br>CPT: Section Chief Du<br>CPT: Ms. Hsieh<br>SDD: Mr. Michael Song<br>SDD: Mr. J.Y. Park<br>PHS: Mr. Jim Smith<br>PHS: Ms. Rosa Hu<br>LG: Mr. S.Y. Choi<br>LG: Mr. G.I. Choi<br>LG: Mr. K.J. Park<br>LG: Mr. K.Y. Ko<br>Orion: Mr. H.K. Cho<br>Orion: Mr. Kang<br>Orion: Mr. Karl Min<br>TCRT: Mr. Chaovalit<br>TCRT: Mr. Boonchoo | CHU00029163-170 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 191-192<br>Dep. Vol. 2, 382-384<br>Dep. Vol. 3, 424-433 |
| 11/26/1999 | Brussels, Belgium | | | X | X | | X | | | X | | | | | | | | | X | Philips: Pos Mink, Staal;<br>Thomson:<br>  Mortier:<br>Samsung: Colvin,<br>Samsung: Matthes,<br>Samsung: Lak Jin Kim:<br>Europe Matsushita Electronics Co.<br>J. Krauss:<br>Orion: G. Nam | Samsung 2nd Supplemental Response p 35 | Kris Mortier | Kris Mortier Dep.Vol. 2, 537-550 |
| 11/26/1999 | | X | X | X | X | | X | | | | | | | | | | | | | Jae In Lee (SDI) | SDCRT-0086722 | J.I. Lee | |
| 11/26/1999 | Taiwan | | | | X | | | | | | | | | | | | | | | SDI - Michael Son | SDCRT-0086889 | | |
| 12/9/1999 | | | | X | X | | X | | | X | | | | | | | | X | X | OEC: Moon<br>MEC: Nill<br>MEC: Krauss<br>THOM: Lissorgues<br>SDI: Park<br>SDI: Yang<br>SONY: Sekiya<br>PHS: Smith<br>PHS: Pos | SDCRT-0086233 | | |
| 12/10/1999 | Malaysia | | | | X | | | | | | | | | | | | | | | SDI - Michael Son | SDCRT-0086893 | | |

| MEETING DATE | LOCATION | CPT | LG | OEC /DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/13/1999 | | X | | | | | X | | | | | | | | | | | | | MEC: Chang; CPT: Du, Ching-Yuan (Michael); CPT: Lin, Fang-Yi; MEC: Chang, Yu-Hao | CHU00028434 | Allen Chang (Zhang) | Chang II at 189 |
| 12/16/1999 | Hitachi's Greenville plant | | | | | X | | | | X | | | | | | | | | | HIT: Fukuzawa, Saito, Toyama, PHS: Schaffer, Gotje | JLJ-00001286 | Noboru Toyama | 115 (Noboru Toyama) |
| 12/17/1999 | | X | X | X | X | X | X | | | X | | | | | | | | | | Jae In Lee (SDI) | SDCRT-0086722 | J.I. Lee | |
| 12/22/1999 | | | | | | | X | | | X | | | | | | | | | | MEC: Nishiyama PHS: Canavan | MTPD-0212628 | Nishiyama | |
| 12/22/1999 | | X | X | X | X | | | | | X | | | | | | | | | | J.Y. Youn | | J.Y. Youn | 162:22 |
| 12/31/1999 | | X | | X | X | | | | X | X | | | | | | X | | | | CPT: C.C. Liu; CPT: S. J. Yang; TSB: Mr. Yasukawa | CHU00029039-041 | C.C. Liu | C.C. Liu, Dep. Vol. 2, 332-334 Dep. Vol. 3, 433-436 |
| 2000 | | | | | | X | | | | X | | | | | | | | | | | HEDUS-CRT00026591 | Kazumasa Hirai | 253:7 (Kazumasa Hirai) |
| 2000 | | | | | X | X | | | | X | | | | | | | | | | | HDP-CRT00044868 | Kenichi Hazuku | 149:1, 168 (Kenichi Hazuku) |
| 2000 | | | | | X | X | | | X | | | | | | | | | | | | HDP-CRT00052500 | Kenichi Hazuku | 138:1 (Kenichi Hazuku) |
| 2000/2001 | | X | X | | X | | | | | | | | | | | | | | | LG: Mr. Han; LG: Sang Jong Han; Other unnamed competitors | n/a | Duk Chul Ryu | 113 119 170-173 |
| 2000-2001 | n/a | | | X | X | | | | | | | | | | | | | | X | THOM: James Hanrahan | TDA00705 | | |
| 1/1/2000 | Philips' Ottowa plant | | | | | X | | | | X | | | | | | | | | | HIT: Toyama, Enomoto | JLJ-00002601 | Noboru Toyama | 155 (Noboru Toyama) |
| 1/3/2000 | | | | | | X | | | | | | | | | | | | | | HIT: Saito; TSB: Amano | MTPD-0016566 | | |
| 1/18/2000 | | X | X | X | X | | | | | X | | | X | | | | | | | CPT: S.J. Yang; SDD: Mr. Park; SDD: Mr. Yang; SDD: Mr. Michael Son; LG: Mr. Choi; LG: Mr. Ko et al; Orion: Mr. Won; Orion: Mr. Oh; Orion: Mr. Karl Min; TCRT: Mr. Boonchoo; TCRT: Mr. Naratip; PHS: Ms. Rosa Hu | CHU00029155-162 | S.J. Yang | S.J. Yang, Dep. Vol. 2, 223-228 |

| MEETING DATE | LOCATION | CPT | LG | OEC /DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/24/2000 | | X | X | X | X | | | | | X | | | | | | | | | | CPT: C.C. Liu<br>CPT: Michael Du<br>CPT: President Lin<br>CPT: Senior Manager Cheng<br>LG: Choi, S.Y.<br>LG: Lee, S.K.<br>LG: Ko, K.Y.<br>LG: Lim<br>OEC: Cho, Han-Koo<br>OEC: Lee, H.S.<br>OEC: Moon, J.H.<br>OEC: Oh, S.G.<br>PHS: Smith, Jim<br>PHS: Lin, Jerry<br>PHS: Liu, Limay<br>SDI: Kim, In<br>SDI: Kim, D.Y. | CHU00030960 & CHU00030960.01E | Jim Smith: Duk Chul Ryu: C.C. Liu | Jim Smith Dep. Vol. 1, 126-135: DC Ryu 200: C.C. Liu, Dep. Vol. 1, 194-195 |
| 1/24/2000 | | X | X | X | X | | | | | X | | | X | | | | | | | CPT: Liu (Director)<br>CPT: Yang (Senior Manager)<br>CPT: Michael Du<br>LG: Choi, S.Y.<br>LG: Choi, G.I.<br>LG: Lee,Hwa-Kyu<br>LG: Ko, K.Y.<br>LG: Son, Jonny<br>OEC: Cho, H.K.<br>OEC: Min, Karl<br>PHS: Smith Jim<br>PHS: Hu, Rosa<br>SDI: Kim, Inn<br>SDI: Son, Michael<br>SDI: Ha<br>T-CRT: Thanasa<br>T-CRT: Boonchoo | CHU00029152 & CHU00029152E | Jim Smith: C.C. Liu | Jim Smith Dep. Vol. 1, 114-125: C.C. Liu, Dep. Vol. 1, 192-193 |
| 1/24/2000 | | X | X | X | X | X | X | | | | | | | | | | | | | Jae In Lee (SDI) | SDCRT-0086733 | J.I. Lee | |
| 1/24/2000 | Taiwan | | | | X | | | | | | | | | | | | | | | SDI - Michael Son, In Kim, Mr. Ha | SDCRT-0087008; CHU00029152 | Michael Son | 321:4-323:10 |
| 1/25/2000-1/28/2000 | | | | | | | | | | | | | | | | | | | | | SDCRT-0087015 | Hoon Choi | 111:03:00 |
| 1/26/2000 | | X | X | X | X | | | | | X | | | | | | | | | | Jae In Lee (SDI) | SDCRT-0086733 | J.I. Lee | |
| 1/29/2000 | Mitsubishi Mexico | | | | | X | | X | | X | | | | | | | | | X | HIT: Ryuuichi Ueda, MIT: Sales Department General Manager | HDP-CRT00025965 | Kazumasa Hirai | 116:21 (Kazumasa Hirai) |
| 2/2/2000 | | | | X | X | | | | | X | | | | | | | | | X | PHS: Leo Mink<br>THOM: Christian Lissorgues<br>DOSA: Hee Chul Moon<br>DOSA: Gil Name<br>SDI: Lak Jin Kim | SDCRT-0087301 | | |
| 2/22/2000 | HIT Asia Plant, Taipei | X | | | X | | | | | | | | | | | | | | | CPT: Michael Du: CPT: C.C. Liu: HIT: Chiang-Lung Chang | CHU00028382 | | |
| 2/23/2000 | Japan: Fujisawa | | | | | X | X | | | | | | | | | | | | | HIT: Junki Kaneko | HDP-CRT00025970 | | |

| MEETING DATE | LOCATION | CPT | LG | OEC/DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/23/2000 | | | | | X | | | | | X | | | | | | | | | | | SDCRT-0087405 | J.I. Lee | |
| 2/25/2000 | N/A | X | | | X | | X | | | X | | | | | | | | | X | Philips: J. Pos, Philips: L. Mink, G. Staal: EMEC: J. Krauss: Dosa: G. Nam: Chunghwa: D. Ross: Thomson: A. Martin, Thomson: K. Mortier: Samsung: L.J. Kim | Samsung 2nd Supplemental Response p 37 | Kris Mortier | Kris Mortier Dep.Vol. 2, 537-550 |
| 3/00/2000 | | X | X | | X | X | | X | | | | | | | | | | | | HIT: Watanabe LG, CPT, SDI, MIT: Unspecified employees | HDP-CRT00025985 | Nobuhiko Kobayashi | 268 (Nobuhiko Kobayashi) |
| 3/00/2000 | | | | | X | X | | | | | | | | | | | | | | | HDP-CRT00051348 | Nobuhiko Kobayashi | 289 (Nobuhiko Kobayashi) |
| 3/2/2000 | | | | | | X | | | X | | | | | | | | | | | HIT: Saito; TSB: Amano | MTPD-0016566 | | |
| 3/3/2000 | | | | | X | | | | X | | | | | | | | | | | KC Oh (SDI): Wakiyama (Toshiba) | SDCRT-0005813 | KC Oh | |
| 3/6/2000 | Indonesia | X | | | | | | | X | | | | | | | | | | | CPT: S.J. Yang CPT: C.C. Liu CPT: Michael Du TSB: Mr. Kazuteru Yasukawa | CHU00028224-225 | S.J. Yang | S.J. Yang, Dep. Vol. 2, 228-231 |
| 3/6/2000 to 3/10/2000 | Indonesia, Thailand | X | | X | X | | | | X | | | | | | | | | | | CPT: Director C.C. Liu CPT: Manager Yang CPT: Michael Du TSB: Mr. Katzuteru Yasukawa | CHU00028215-216 | C.C. Liu | C.C. Liu, Dep. Vol. 2, 330-332 |
| 3/7/2000-3/8/2000 | | X | X | X | X | | | | | X | | | X | | | | | | | CPT: Liu (Director) CPT: Yang (Manager) CPT: Du, Ching-Yuan (Michael) LG: Choi, S.Y. LG: Choi, G.I. LG: Jeon, B.K. LG: Ko, K.Y. LG: Park, K.J. OEC: Cho, H.K. OEC: Lee, H.S. OEC: Jeon, B.C. OEC: Min, Karl PHS: Smith, Jim PHS: Knippenberg, Janvan SDI: Lee, D.E. SDI: Park, S.K. SDI: Song, Y.K. SDI: Lee, S.W. T-CRT: Chaovalit T-CRT: Boonchoo | CHU00030979 & CHU00030979E | Jim Smith: C.C. Liu | Jim Smith Dep. Vol. 1, 135-145; C.C. Liu, Dep. Vol. 1, 195-200 |
| 3/19/2000 | Philips | X | X | X | X | | | | | X | | | | | | | | | | | SDCRT-0087408 | J.I. Lee | |

| MEETING DATE | LOCATION | CPT | LG | OEC /DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/24/2000 | | | X | X | X | X | | | | X | | | X | | | | | | | CPT: Michael Du<br>CPT: S.J. Yang<br>SDD: Mr. Park<br>SDD: Mr. Ahn<br>SDD: Mr. Son<br>SDD: Mr. Lee<br>LG: Mr. Choi<br>LG: Mr. Park<br>Orion: Mr. Lee<br>Orion: Mr. Jeon<br>Orion: Mr. Min<br>TCRT: Mr. Boonchoo<br>PHS: Rosa Hu | CHU00029144-146 | S.J. Yang | S.J. Yang, Dep. Vol. 2, 231-238 |
| 3/28/2000 | | | | | X | | | | | | | X | | | | | | | | Matsushita - Shimizu Matsumoto<br>SDI - Dae Eui Lee, Sr. Vice President Kim., Dir. Lee, General Mgr. Park, G.M. Song, Manager Cho. | SDCRT-0087314 | Dae Eui Lee | 242:22-245:15 |
| 3/29/2000 | | X | | | X | | | | | | | | | | | | | | | SDI - Dae Eui Lee, President Kim<br>Chunghwa - President Hwang | SDCRT-0087316 | Dae Eui Lee | 246:1-249:3 |
| 3/30/2000 | Japan | | | | | X | | | | | | | | | | | | | | HIT: Genichi Watanabe (meets with competitor who he won't name in email) | HDP-CRT00025985 | | |
| 3/31/2000 | | X | X | X | X | | | | | X | | | | | | | | | | CPT: J.S. Lu<br>CPT: Hsieh Chun-Mei | CHU00030985-990 | J.S. Lu | J.S. Lu, Dep. Vol. 2, 190-196 |
| 4/00/2000 | | | | | X | X | | | | | | | | | | | | | | HIT: Yuuichi Kumazawa | HDP-CRT00049231 | Nobuaki Ito Yuuichi Kumazawa | 445:08 (Nobuaki Ito): 128 (Yuuichi Kumazawa) |
| 4/00/2000-6/00/2003 | Korea | | | | X | | | | X | | | | | | | | | | | TSB: Fujita, Norio<br>SDI: Lee, Justin | | Norio Fujita | |
| 4/00/2000-6/00/2003 | Korea | | | | X | | | | X | | | | | | | | | | | TSB: Fujita, Norio<br>SDI: Lee, Justin | | Norio Fujita | |
| 4/00/2000-6/00/2003 | Korea | | | | X | | | | X | | | | | | | | | | | TSB: Fujita, Norio<br>SDI: Lee, Justin | | Norio Fujita | |
| 4/00/2000-6/00/2003 | Korea | | | | X | | | | X | | | | | | | | | | | TSB: Fujita, Norio<br>SDI: Lee, Justin | | Norio Fujita | |
| 4/00/2000-6/00/2003 | Korea | | | | X | | | | X | | | | | | | | | | | TSB: Fujita, Norio<br>SDI: Lee, Justin | | Norio Fujita | |
| 4/00/2000-6/00/2003 | Korea | | | | X | | | | X | | | | | | | | | | | TSB: Fujita, Norio<br>SDI: Lee, Justin | | Norio Fujita | |
| 4/00/2000-6/00/2003 | Korea | | | | X | | | | X | | | | | | | | | | | TSB: Fujita, Norio<br>SDI: Lee, Justin | | Norio Fujita | |
| 4/00/2000-6/00/2003 | Korea | | | | X | | | | X | | | | | | | | | | | TSB: Fujita, Norio<br>SDI: Lee, Justin | | Norio Fujita | |
| 4/00/2000-6/00/2003 | Korea | | | | X | | | | X | | | | | | | | | | | TSB: Fujita, Norio<br>SDI: Lee, Justin | | Norio Fujita | |
| 4/00/2000-6/00/2003 | Korea | | | | X | | | | X | | | | | | | | | | | TSB: Fujita, Norio<br>SDI: Lee, Justin | | Norio Fujita | |
| 4/00/2000-6/00/2003 | Korea | | X | | | | | | X | | | | | | | | | | | TSB: Fujita, Norio<br>LG: Chung, A. H. | | Norio Fujita | |
| 4/00/2000-6/00/2003 | Korea | | X | | | | | | X | | | | | | | | | | | TSB: Fujita, Norio<br>LG: Chung, A. H. | | Norio Fujita | |
| 4/00/2000-6/00/2003 | Korea | | X | | | | | | X | | | | | | | | | | | TSB: Fujita, Norio<br>LG: Chung, A. H. | | Norio Fujita | |
| 4/00/2000-6/00/2003 | Korea | | X | | | | | | X | | | | | | | | | | | TSB: Fujita, Norio<br>LG: Chung, A. H. | | Norio Fujita | |
| 4/00/2000-6/00/2003 | Korea | | X | | | | | | X | | | | | | | | | | | TSB: Fujita, Norio<br>LG: Chung, A. H. | | Norio Fujita | |

| MEETING DATE | LOCATION | CPT | LG | OEC /DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/00/2000-6/00/2003 | Korea | | X | | | | | | X | | | | | | | | | | | TSB: Fujita, Norio<br>LG: Chung, A. H. | | Norio Fujita | |
| 4/00/2000-6/00/2003 | Korea | | | X | | | | | X | | | | | | | | | | | TSB: Fujita, Norio<br>Orion: Cho | | Norio Fujita | |
| 4/00/2000-6/00/2003 | Korea | | | X | | | | | X | | | | | | | | | | | TSB: Fujita, Norio<br>Orion: Cho | | Norio Fujita | |
| 4/00/2000-6/00/2003 | Korea | | | X | | | | | X | | | | | | | | | | | TSB: Fujita, Norio<br>Orion: Cho | | Norio Fujita | |
| 4/6/2000 | Xiamen, China | X | X | X | X | | | | | X | | | | X | X | | | | | CPT: J.S. Lu<br>CPT: Wei-Lie Yu<br>SDD: Myong Sik Lee<br>SDD: Zhen Yang<br>SDD: Xiao-Mei Yu<br>IRI: Zhao-Jie Wong<br>BMCC: Xin-Wen Huang<br>LG: Zong-Wen Park<br>PHS: Zheng-Fu Tian<br>PHS: Dong Liu<br>Orion: Myong Doek Pak | CHU00030992-994 | J.S. Lu | J.S. Lu, Dep. Vol. 2, 158-160 |
| 4/6/2000 | | | | | | X | X | | | | | | | | | | | | | HIT: Yuici Kuamazawa | HDP-CRT00049232 | | |
| 4/11/2000 | HIT Asia Plant, Taipei | X | | | | X | | | | | | | | | | | | | | CPT: Michael Du: CPT: C.C. Liu: HIT: Chiang-Lung Chang | CHU00028380 | | |
| 4/11/2000 | | | | | | X | X | | | | | | | | | | | | | HIT: Yuici Kuamazawa | HDP-CRT00049231 | | |
| 4/12/2000 | | X | | | X | | | | | | | | | | | | | | | CPT: J.S. Lu<br>CPT: Jiang Xuexing | CHU00030998 | J.S. Lu | J.S. Lu, Dep. Vol. 2, 197-203 |
| 4/14/2000 | | | | | | X | | | X | | | | | | | | | | | HIT: Saito: TSB: Amano | MTPD-0016566 | | |
| 4/14/2000 | | X | X | X | X | | | | | X | | | | | | | | | | CPT: C.C. Liu<br>CPT: Michael Du<br>CPT: Manager Yang<br>SDD: Mr. K.H. Lee<br>SDD: Mr. S.K. Park<br>SDD: Mr. Michael Son<br>SDD: Mr. S.W. Lee<br>LG: Mr. S.Y. Choi<br>LG: Mr. G.I. Choi<br>LG: Mr. D.Y. Ko<br>LG: Mr. K.J. Park<br>Orion: Mr. H.K. Choo<br>Orion: Mr. Y.J. Kim<br>Orion: Mr. Karl Min<br>PHS: Mr. Jim Smith<br>PHS: Mr. Jerry Lim<br>PHS: Mr. Ney<br>PHS: M. Corsino | CHU00030995-997 | C.C. Liu | C.C. Liu, Dep. Vol. 2, 218-219 |
| 4/13/2000 | | | X | | | | | | X | | | | | | | | | | | LG: A.H. Chung<br>Toshiba: Norio Fujita | TSB-CRT-00042493 | Kazuhiro Nishimaru:<br>Norio Fujita | Nishimaru: 255:24-265:2 |

| MEETING DATE | LOCATION | CPT | LG | OEC/DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/14/2000 | | X | X | X | X | | | | | X | | | | | | | | | | LG: Choi, S.Y.<br>LG: Choi, G.I.<br>LG: Ko, D.Y.<br>LG: Park, K.J.<br>OEC: Choa, H.K.<br>OEC: Kim, Y.J.<br>OEC: Min, Karl<br>PHS: Smith, Jim<br>PHS: Lim, Jerry<br>PHS: Ney<br>PHS: Corsino, M.<br>SDI: Lee, K.H.<br>SDI: Park, S.K.<br>SDI: Son, Michael<br>SDI: Lee, S.W. | CHU00030995 &<br>CHU0030995.01E | Jim Smith | Jim Smith Dep.<br>Vol. 1, 286-295; 335-340 |
| 4/19/2000 | LG Office | X | X | X | X | | | | | X | | | | | | | | | | | SDCRT-0087411 | J.I. Lee | |
| 4/21/2000 | | | | | | X | | | | | | | | | | | | | | HIT: Genichi Watanabe (meets with Korean CRT competitor who we won't name) | HDP-CRT00043292 | | |
| 5/2/2000 | | X | | | | | X | | | | | | | | | | | | | MEC: Chang | CHU00025427 | Allen Chang (Zhang) | Chang II at 194 |
| 5/15/2000 | | | X | | | | | | X | | | | | | | | | | | TSB: Yamamoto, Yasuki<br>LG: Hoshinori, Kane: Noh | TSB-CRT-00041620 | Shinichiro Tsuruta;<br>Norio Fujita | Tsuruta: 139:12-149:7 |
| 5/17/2000 | N/A - Fax | | X | X | X | | | | | | X | | | | | | | | | | FOX00207394 | Patrick Canavan | Patrick Canavan Dep.<br>Vol. 1,<br>213:16-221:22 |
| 5/25/2000 | China:<br>Shanghai | X | X | X | X | | | | | X | | | | | X | X | | | | CPT: Liu (Director)<br>CPT: Michael Du<br>LG: Choi, S.Y.<br>LG: Choi, G.I.<br>LG: Ko, D.Y.<br>LG: Park, K.J.<br>OEC: Cho, H.K.<br>OEC: Lee, H.S.<br>OEC: Min, Karl<br>PHS: Smith, Jim<br>PHS: Qiang, Jin<br>PHS: Lim, Jerry<br>SDI: Kim, Inn<br>SDI: Lee, K.H.<br>SDI: Park, S.K. | CHU00029131 &<br>CHU00029131.01E | Jim Smith; C.C. Liu | Jim Smith Dep.<br>Vol. 1, 145-148; 283-286; C.C. Liu, Dep.<br>Vol. 2,<br>219-220 |

| MEETING DATE | LOCATION | CPT | LG | OEC /DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/25/2000 | | X | X | X | X | | | | | X | | | X | | | | | | | CPT: S.J. Yang<br>CPT: C.C. Liu<br>CPT: Michael Du<br>SDD: Mr. Inn Kim<br>SDD: Mr. K.H. Lee<br>SDD: Mr. S.K. Park<br>SDD: Mr. Michael Son<br>LG: Mr. S.Y. Choi<br>LG: Mr. G.I. Choi<br>LG: Mr. D.Y. Ko<br>LG: Mr. K.J. Park<br>Orion: Mr. H.K. Cho<br>Orion: Mr. H.S. Lee<br>Orion: Mr. Karl Min<br>PHS: Mr. Jim Smith<br>PHS: Mr. Jin Qiang<br>PHS: Mr. Jerry Lim | CHU00029135-137 | S.J. Yang | S.J. Yang, Dep. Vol. 3, 392-409 |
| 5/26/2000 | | X | X | X | X | | | | | X | | | | | | | | | | CPT: Liu (Director)<br>CPT: Lu, Jing-Song (Jason) (Manager)<br>CPT: Yang (Manager)<br>CPT: Du, Ching-Yuan (Michael)<br>LG: Choi, S.Y.<br>LG: Lee, S.K.<br>LG: Ko, K.Y.<br>LG: Lim<br>OEC: Cho, Han-Koo<br>OEC: Moon, J.H.<br>PHS: Smith, Jim<br>PHS: Lin, Jerry<br>SDI: Kim, In<br>SDI: Kim, D.Y.<br>SDI: Lee, Jae In | CHU00031006 & CHU00031006.01E | Jim Smith: J.S. Lu | Jim Smith Dep. Vol. 1, 148-158: J.S. Lu, Dep. Vol. 2, 160-162 |
| 5/26/2000 | N/A | | | X | X | | X | | | | | | | | | | | | X | EMEC: J. Krauss:<br>Philips: J. Pos,<br>Philips: L. Mink,<br>Philips: G. Staal:<br>Thomson: K. Mortier:<br>SDI: L.J. Kim,<br>SDI: M.A. Matthes:<br>Orion: G. Nam r | Samsung 2nd Supplemental Response p 39 | Kris Mortier | Kris Mortier Dep.Vol. 2, 537-550 |
| 5/26/2000 | China | | | | X | | | | | | | | | | | | | | | SDI - Michael Son | SDCRT-0087069: CHU00029131 | Michael Son | 215:16-217:3 |
| 5/31/2000 | Nanjing | X | | | | | | | | X | | | | | | | | | | CPT: J.S. Lu<br>CPT: Director C.C. Liu<br>PHS: VP Yao Zong<br>PHS: VP Jin<br>PHS: Xiu-Hua Li<br>PHS: Dong Liu | CHU00031015-016 | J.S. Lu | J.S. Lu, Dep. Vol. 2, 162-163 |
| 6/8/2000 | Taiwan, Taipei | X | | | | | X | | | | | | | | | | | | | MEC: Hsu (Vice Manager)<br>MEC: Chang, Yu-Hao (Director)<br>CPT: Cheng (Sr. Manager)<br>CPT: Du, Ching-Yuan (Michael) | CHU00028425 | Allen Chang (Zhang) Michael Hsu | Chang II at 200: Hsu II 187 |
| 6/9/2000 | Taiwan | X | | | | | | | X | | | | | | | | | | | CPT: Liu, C.C.: Cheng, Tony: Du, Michael<br>Toshiba:  Suzuki, Satoshi: Fukunaga, Seeichi: Yun-Peng, Hong | TSB-CRT-00039414 | Yasuki Yamamoto: Norio Fujita | Yamamoto:  316:3-325:10: 338:2-354:2 |

| MEETING DATE | LOCATION | CPT | LG | OEC /DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/9/2000 | | X | | | | | | | X | | | | | | | | | | | CPT: C.C. Liu<br>CPT: Manager Cheng<br>CPT: Michael Du<br>TSB: Mr. Fukunaka<br>TSB: Mr. Suzuki<br>TSB: Mr. Yun-Peng Hong | CHU00028209-210 | C.C. Liu | C.C. Liu, Dep. Vol. 2, 220-222 |
| 6/16/2000 | | X | | | X | | | | | | | | | | | | | | | CPT: C.C. Liu<br>CPT: Michael Du<br>CPT: Manager Cheng<br>TSB: Manager Chien-Lung Chang | CHU00031028-030 | C.C. Liu | C.C. Liu, Dep. Vol. 2, 222-223 |
| 6/20/2000 | Malaysia: The Mines Resort & Golf Club | X | X | X | X | | | | | X | | | X | | | | | | X | CPT: Liu (Director)<br>CPT: Yang (Senior Manager)<br>CPT: Du, Ching-Yuan (Michael)<br>LG: Choi, S.Y.<br>LG: Park, K.J.<br>OEC: Cho, H.K.<br>OEC: Lee, H.S.<br>OEC: Min, Karl<br>PHS: Smith, Jim<br>PHS: Lim, Jerry<br>SDI: Kim, Inn<br>SDI: Lee, K.H.<br>SDI: Park, S.K.<br>SDI: Son, Michael<br>T-CRT: Thanasak<br>T-CRT: Sirichai | CHU00021262 & CHU00021262.01E: CHU00029116 & CHU00029116.01E | Jim Smith: C.C. Liu | Jim Smith Dep. Vol. 1, 158-181: C.C. Liu, Dep. Vol. 2, 223-227 |
| 6/20/2000 | Malaysia | X | X | X | X | | | | | X | | | | | | | | | | CPT: President Lin<br>CPT: C.C. Liu<br>CPT: Michael Du<br>CPT: Senior Manager Yang<br>SDI: Mr. S.T. Kim<br>SDI: Mr. Inn Kim<br>SDI: Mr. Lee Jae In<br>SDI: Mr. D.Y. Kim<br>LG: Mr. K.S. Cho<br>LG: Mr. S.Y. Choi<br>LG: Mr. S.K. Lee<br>LG: Mr. K.Y. Ko<br>LG: Mr. Lim<br>Orion: Mr. H.K. Cho<br>Orion: Mr. Y.N. Kim<br>Orion: Mr. J.H. Moon<br>Orion: Mr. Jimmy Kim<br>PHS: Mr. Jim Smith<br>PHS: Mr. Jerry Lin | CHU00031010-012 | C.C. Liu: Duk Chul Ryu | C.C. Liu, Dep. Vol. 2, 227-229: DC Ryu 209 |

| MEETING DATE | LOCATION | CPT | LG | OEC/DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/20/2000 | | X | X | X | X | | X | | | X | | X | | | | | | | | CPT: S.J. Yang<br>CPT: C.Y. Lin<br>CPT: C.C. Liu<br>CPT: Michael Du<br>SDI: Mr. S.T. Kim<br>SDI: Mr. In Kim<br>SDI: Mr. D.Y. Kim<br>SDI: Mr. Lee Jae In<br>LG: Mr. K.S. Cho<br>LG: Mr. S.Y. Choi<br>LG: Mr. S.K. Lee<br>LG: Mr. K.Y. Ko<br>LG: Mr. Lim<br>OEC: Mr. Y.N. Kim<br>OEC: Mr. Han-Koo Cho<br>OEC: Mr. J.H. Moon<br>OEC: Mr. Jimmy Kim<br>PHS: Mr. Jim Smith<br>PHS: Mr. Jerry Lin | CHU0003101-012 | S.J. Yang | S.J. Yang, Dep. Vol. 3, 423-429 |
| 6/20/2000 | Shenzhen | X | X | X | X | | | | | X | | | | | | | | | | CPT: J.S. Lu<br>CPT: Michael Du<br>SDI: Mr. S.T. kim<br>SDI: Mr. In Kim<br>SDI: Mr. D.Y. Kim<br>SDI: Mr. Lee Jae In<br>LG: Mr. K.S. Cho<br>LG: Mr. S.Y. Choi<br>LG: Mr. S.K. Lee<br>LG: Mr. K.Y. ko<br>LG: Mr. Lim<br>OEC: Mr. Y.N. Kim<br>OEC: Mr. Han-Koo Cho<br>OEC: Mr. J.H. Moon<br>OEC: Mr. Jimmy Kim<br>PHS: Mr. Jim Smith<br>PHS: Mr. Jerry Lin | CHU00031010-012 | J.S. Lu | J.S. Lu, Dep. Vol. 2, 163-165 |
| 6/20/2000 | Malaysia | | | | X | | | | | | | | | | | | | | | SDI - Michael Son, In Kim, S.K. Park, K.H. Lee | SDI rog responses:<br>SDCRT-0087103:<br>CHU00021262:<br>CHU00029116 | | |
| 6/21/2000 | M-MEC Malaysia | X | | | | X | X | | | | | | | | | | | | | CPT: Yang<br>CPT: Liu (Director)<br>CPT: Yang: (Manager)<br>CPT: Du, Ching-Yuan (Michael)<br>MEC: Shimizu (Managing Director)<br>MEC: Matsumoto, Mitsuhiro (Gen Mgr) | CHU00028424 | Y.J. Yang | S.J. Yang, Dep. Vol. 2, 238-244<br>Dep. Vol. 3, 368-379 |
| 6/21/2000 | Japan | | | | X | | | | | X | | | | | | | | | | HIT: Gonichi Watanabe; PHS: Nico Veenstra:<br>PHS:Jasper Staaden: PHS:Reinoud Selbeck:<br>PHS:Rober Lu | HDP-CRT00052474 | | |
| 6/23/2000-6/25/2000 | | X | | | | | | | | X | | | | | X | | | | | CPT: Cheng, Wen-Chun (Tony)<br>IRI: Tao, Sa (SaTao) (Sales President)<br>PHS: Smith, Jim<br>PHS: Mink, Leo | CHU00029110.01E | Jim Smith | Jim Smith Dep. Vol. 1, 290-295 |
| 6/27/2000 | | X | | X | X | | | | | | X | | | | | | | | | | SDCRT-0087417 | J.I. Lee | |

| MEETING DATE | LOCATION | CPT | LG | OEC /DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/28/2000 | | X | X | X | X | | | | | X | | | | | | | | | | CPT: Cheng (Director)<br>CPT: C. Y. (Michael) Du<br>SDI: Ha<br>SDI: Anita Tsai<br>LG: Lim<br>LG: Lu<br>OEC: Kang<br>PH: Jerry Lin<br>PH: Milan Baran<br>PH: Limay Liu | CHU00031013 & CHU00031013.01E | Jim Smith: C.C. Liu | Jim Smith Dep. Vol. 1, 181-184: C.C. Liu, Dep. Vol. 2, 229-230 |
| 7/3/2000 | | | | | X | X | | | | | | | | | | | | | | HIT: Nobuaki Ito<br>SDI: General Manager Lee | HDP-CRT00019426 | Nobuaki Ito | 123:04 (Nobuaki Ito) |
| 7/3/2000 | | | | | X | X | | | | | | | | | | | | | | HIT: Kobayashi,<br>SDI: Kim | HDP-CRT00051354 | Nobuhiko Kobayashi | 277 (Nobuhiko Kobayashi) |
| 7/4/2000 | | | | | | X | | | | X | | | | | | | | | | | HAS-CRT00066386 | Kawashima | 76-98, 82-84 (Kawashima) |
| 7/13/2000 | | X | X | X | X | | | | | X | | | | | | | | | | CPT: S.J. Yang<br>CPT: Michael Du<br>CPT: C.C. Liu<br>SDI: Mr. Kim<br>SDI: Mr. Lee<br>SDI: Mr. Park<br>SDI: Mr. Son<br>LG: Mr. Choi<br>LG: Mr. Park<br>Orion: Mr. Cho<br>Orion: Mr. Kim<br>Orion: Mr. Min<br>PHS: Mr. Lim<br>PHS: Mr. Park | CHU00029108-109 | S.J. Yang | S.J. Yang, Dep. Vol. 2, 244-249 |
| 7/18/2000 | | X | | | | X | | | | | | | | | | | | | | CPT: Fang-Yi Lin<br>CPT: Michael Du<br>HTC: Assistant Manager Chien-Lung Chang | CHU00028376 | C.C. Liu | C.C. Liu, Dep. Vol. 2, 230-232 |
| 7/18/2000 | HIT Asia Plant, Taipei | X | | | | X | | | | | | | | | | | | | | CPT: Michael Du: CPT: C.C. Liu: CPT: Tony Cheng:<br>CPT: Fang-Yi Ling: HIT: Chiang-Lung Chang | CHU00028376 | | |
| 7/26/2000 | Shanghai | X | | | X | | | | | | X | | | | | | | | | | SDCRT-90322 | J.I. Lee | |
| 7/28/2000 | U.S. | | | | X | | | | | X | | | | | | | | | X | SDI: C.H. Im<br>SDI: Yoon Yang<br>PHS: Cor Saris<br>PHS: Jeff Johnson | SDCRT-0002506 | | |
| 8/7/2000 | | | | | | X | X | | | | | | | | | | | | | | HDP-CRT00023416 | Nobuaki Ito Yuuichi Kumazawa | 58:5 (Nobuaki Ito): 132 (Yuuichi Kumazawa) |

| MEETING DATE | LOCATION | CPT | LG | OEC /DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/7/2000 | Email | | X | | | X | | | | | | | | | | | | | | HIT: Kaneko, Kawamu; LG: Choi | HDP-CRT00026001 | Noboru Toyama | 231 (Noboru Toyama) |
| 8/9/2000 | | | | | X | X | | | | | | | | | | | | | | HIT: Yuichi Kumazawa (codes for other competitors (Toshiba or Thomson; and Matsushita or Mitsubishi) | HDP-CRT00023414 | | |
| 8/10/2000 | | | | | | X | X | | X | X | | | | | | | | X | | HIT: Nobuaki Ito. SONY: Shogo Urata; MEC: K. Shimoda; PHS: Mr. POS; TSB: Keisuke Wakiyama | HDP-CRT00022897 | Nobuaki Ito | 405:05 (Nobuaki Ito) |
| 8/21-8/26/2000 | Taiwan | X | X | X | X | | | | | X | | | | | | | | | | Sang Kyu Park (SDI) | SDCRT-0087107 | SK Park | |
| 8/22/2000 | | X | X | X | X | | | | | X | | | | | | | | | | CPT: Liu (Vice President) CPT: Yang (Director) CPT: Ching-Yu. Michael Du LG: Choi, S.Y. LG: Choi, G.I. LG: Son, Johnny OEC: Cho, H.K. OEC: Lee OEC: Min, Karl OEC: Kang PHS: Smith, Jim PHS: Lim, Jerry PHS: Hu, Rosa (Ms.) SDI: Kim, Inn SDI: Park, S.K. SDI: Son, Michael SDI: Ha | CHU00029105 & CHU00029105.01E | Jim Smith: C.C. Liu | Jim Smith Dep. Vol. 1, 184-192: C.C. Liu, Dep. Vol 2, 232-233 |
| 8/24/2000 | Beijing, China | X | X | | X | X | | | | X | | | | X | | | | | X | BMCC: Shing Chung Yang BMCC: Moon Gang Beom SEG/HIT: Sung Jeon Son SEG/HIT: Kuk Kyun Yang LG: Ah Pyung Yang CPT: Chun Kyu Ha CPT: Wie Hun Oh Caihong: Geon Chung Ma Caihong: Geon Seol Wei PHS: Cheol Ahn Kye Sanghai Yongxing: Ok Mae Hu THOM: Geg Wang SDI: Kwan Tae Choi SDI: Lim Bong Wang | SDCRT-0087334 | | |
| 8/28/2000 | Japan | | | | X | X | | | | | | | | | | | | | | SDI - Michael Son | SDCRT-0087112 | | |
| 8/29/2000 | Nihon Building | | | | X | X | | | | | | | | | | | | | | SDI: Director Lee | HDP-CRT00023416 | Nobuaki Ito Yuuichi Kumazawa | 58:5 (Nobuaki Ito): 132 (Yuuichi Kumazawa) |
| 8/30/2000 | | | | | X | | X | | | | | | | | | | | | | Jae In Lee (SDI): Alex Kinoshita (MEC) | SDCRT-0087381 | J.I. Lee | |

| MEETING DATE | LOCATION | CPT | LG | OEC /DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/21/2000 | | X | X | X | X | | | | | X | | | | | | | | | | CPT: V.P. Liu<br>CPT: Director Cheng<br>CPT: Director Yang<br>CPT: Director Ching-Yuan Du<br>SDI: In Kim<br>SDI: D.Y. Kim<br>SDI: Lee, Jae In<br>SDI: Ha<br>LG: S.Y. Choi<br>LG: S.K. Lee<br>LG: Lim<br>LG: K.Y. Ko<br>OEC: Cho<br>OEC: J.H. Moon<br>OEC: Jimmy Kim<br>OEC: Kang<br>PH: Jerry Lin | CHU00031051 & CHU00031051.01E | Jim Smith: C.C. Liu | Jim Smith Dep. Vol. 1, 198-200: C.C. Liu, Dep. Vol. 2, 320-323 |
| 9/21/2000 | | X | X | X | X | | | | | X | | | | | | | | | | CPT: VP Liu<br>CPT: Director Cheng<br>CPT: Director Yang<br>CPT: Ching-Yuan (Michael) Du<br>SDI: In Kim<br>SDI: D.E. Lee<br>SDI: S. K. Park<br>SDI: Michael Son<br>LG: S.Y. Choi<br>LG:K.J. Park<br>LG: K.Y. Ko<br>OEC: Cho<br>OEC: Lee<br>OEC: Karl Min<br>OEC: Kang<br>PH: Jim Smith<br>PH: Jerry Lin<br>PH: Rosa Hu | CHU00031056.01E | Jim Smith | Jim Smith Dep. Vol. 1, 295-302 |
| 9/21/2000 | | X | | | | | | | | | | | | | | | | | | CPT: S.J. Yang<br>CPT: Tony Cheng<br>SDI: Mr. In Kim<br>SDI: Mr. D.Y. Kim<br>SDI: Mr. Lee Jae In<br>SDI: Mr. Ha<br>LG: Mr. S.Y. Choi<br>LG: Mr. J.H. Moon<br>LG: Mr. Lim<br>LG: Mr. K.Y. Ko<br>Orion: Mr. Cho<br>Orion: Mr. J.H. Moon<br>Orion: Mr. Kim<br>Orion: Mr. Kang<br>PHS: Mr. Jerry Lin | CHU00030151-155 | S.J. Yang | S.J. Yang, Dep. Vol. 2, 249-251 Dep. Vol. 3, 423-423 |
| 9/29/2000 | U.S. | | | | X | | | | | X | | | | | | | | | X | SDI: Chul Hong Im<br>SDI: Woongrae Kim<br>PHS: Cor Saris | SDCRT-0002488 | | |
| 10/00/2000 | CEA Convention | | | | | X | | | | | | | | | | | | | X | HIT: Tom Heiser Thom Schmitt, THOM: Alex Hepburn | HEDUS-CRT00161617 | Tom Heiser | 408:20 (Tom Heiser) |
| 10/3/2000 | | X | | | | | | | X | | | | | | | | | | | Toshiba: Seeiichi Fukunaga | TSB-CRT-00039829 | Norio Fujita | |

| MEETING DATE | LOCATION | CPT | LG | OEC/DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/6/2000 | | | | | X | X | | | | | | | | | | | | | | HIT: Kumazawa, Ito, Kubo | HTP-CRT00023427 | Yuuichi Kumazawa | 141:9-25,142:8-13 (Yuuichi Kumazawa) |
| 10/15/2000 | | X | | X | X | | | | | X | | | | | | | | | | | SDCRT-0087427 | J.I. Lee | |
| 10/18/2000 | | | | | | X | X | | | X | | | X | | X | | | X | | | | HDP-CRT00042019 | Kazumasa Hirai | 327:6 (Kazumasa Hirai) |
| 10/22/2000 | Irico Displays Group Corporation Cathode ray tube Plant | | | | X | | | | | | | | | | X | | | | | | HDP-CRT00042019 | Kazumasa Hirai | 327:6 (Kazumasa Hirai) |
| 10/24/2000 | | | | | X | | | | X | | | | | | | | | | | | TSB-CRT-00041721 | Yasuki Yamamoto | 203:13-209:12 |
| 10/25/2000 | | | X | | | | | | X | | | | | | | | | | | Toshiba: Norio Fujita<br>LG: Chun | TSB-CRT-00042610 | Norio Fujita | |
| 10/25/2000 | | X | X | X | X | | | | | X | | | X | | | | | | | CPT: Liu (Vice President)<br>CPT: Yang (Director)<br>CPT: Michael Du<br>LG: Choi, S.Y.<br>LG: Choi, G.I.<br>LG: Park, K.J.<br>OEC: Cho<br>OEC: Kim<br>OEC: Min, Karl<br>OEC: Lee<br>PHS: Smith, Jim<br>PHS: Hu, Rosa<br>SDI: Kim, In<br>SDI: Park, S.K.<br>SDI: Son, Michael<br>T-CRT: Thanasa<br>T-CRT: Sirichai | CHU00031075 & CHU00031075.01E; CHU00028975 & CHU00028975.01E | Jim Smith: C.C. Liu | Jim Smith Dep. Vol. 1, 200-203: Jim Smith Dep. Vol. 1, 203-205: C.C. Liu, Dep. Vol. 2, 233-236 |
| 11/00/2000 | | | | | X | X | X | X | | | | | | | | | | X | | | HDP-CRT00004416 | Nobuaki Ito | 346:14 (Nobuaki Ito) |
| 11/1/2000 | | | | | X | | | | | | | | | | | | | | X | HIT: Tom Heiser Thom Schmitt<br>THOM: Alex Hepburn | HEDUS-CRT00161617 | Tom Heiser | 408:20 (Tom Heiser) |
| 11/3/2000 | | X | | | X | | | | | | | | | | | | | | | CPT: VP C.C. Liu<br>CPT: Michael Du<br>HTC: AVP Chien-Lung Chang | CHU00028374-375 | C.C. Liu | C.C. Liu, Dep. Vol. 2, 236-237 |
| 3/19/2001 | | X | X | X | X | | | | | X | | | | | | | | | | CPT: VP C.C. Liu<br>CPT: Edward Cheng<br>CPT: Director Yang<br>CPT: Fang-Yi Lin<br>SDD: Mr. D.Y. Kim<br>SDD: Mr. Ha<br>SDD: Mr. J.I. Lee<br>LG: Mr. S.Y. Choi<br>LG: Mr. S.K. Lee<br>LG: Mr. J.K. Han<br>LG: Mr. K.Y. Ko<br>Orion: Mr.Cho<br>Orion: Mr. J.H. Moon<br>Orion: Mr. Jimmy Kim<br>Orion: Mr. Kang<br>PHS: Mr. Jim Smith<br>PHS: Mr. Jerry Lin<br>PHS: Mr. Milan Baran | CHU00031111-112 | C.C. Liu | C.C. Liu, Dep. Vol. 2, 237-239 |

| MEETING DATE | LOCATION | CPT | LG | OEC/DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/8/2000 | Philips offices conference room | | | | | X | | | | X | | | | | | | | | | HIT: Wata, Ooku, Chen, Chang, Kuma, Ooyama, Lee<br>PHS: Wente, Selbeck, Lu, Huang, Lee | HDP-CRT00007139 | Nobuhiko Kobayashi | 427 (Nobuhiko Kobayashi) |
| 11/8/2000 | | | | | | X | | | | | | | | | | | | | X | HIT: Tom Heiser, Thom Schmitt, Kazumasa Hirai, Ryoji Hirai,<br>THOM: Alex Hepburn | HEDUS-CRT00164814 | Tom Heiser | 193:23 (Tom Heiser) |
| 11/8/2000 | U.S. | | | | | X | | | | | | | | | | | | | X | HIT: Thom Schmitt<br>HIT: Tom Heiser<br>THOM: Alex Hepburn | HEDUS-CRT00164814; HEDUS-CRT00164816 | Lloyd Heiser | 193 |
| 11/27/2000 | | | | | | X | | | | X | X | | | | | | | | | HIT: Dan Mead<br>PHS: Luke Chiang | HEDUS-CRT00183630 | Tom Heiser | 126:22 (Tom Heiser) |
| 11/27/2000-12/01/2000 | Malaysia | X | X | X | X | | | | | X | | | | | | | | | | Sang Kyu Park (SDI) | SDCRT-0087178 | SK Park | |
| 11/29/2000 | | | | | X | | | | | | | X | | | | | | | | SDI - Jae In Lee, Mr. Park, Ki Young Chung, Dae Eui Lee<br>Matsushita - B. Tomori, K. Matsumoto | SDCRT-0087331 | Dae Eui Lee | 251:1-253:7 |
| 12/14/2000 | Japan | | | | | X | | | | X | | | | | | | | | | HIT: Taku Yamanaka<br>PHS: George Chou<br>PHS: Hardy Lin | HDP-CRT00052436 | | |
| 12/7/2000 | U.S. | | | | | X | | | | | | | | | | | | | X | HIT: Thom Schmitt<br>HIT: Tom Heiser<br>THOM: Alex Hepburn | HEDUS-CRT00168774 | Thomas Schmitt | 274:18 (Thom Schmitt) |
| 12/13/2000 | | | | | X | X | | | | | | | | | | | | | | HIT: Ooku, Ueda, Kumazawa<br>SDI: Seung Cheol Kim, Sun, Korasaki | HTP-CRT00023426-23427 | Yuuichi Kumazawa Nobuhiko Kobayashi | 146:17-25,147:6-25, 148:9-23 (Yuuichi Kumazawa) 474 (Nobuhiko Kobayashi) |
| 12/22/2000 | China | X | X | | X | | | | | X | | | | X | | | | | X | MII: Won Bang Lim<br>MII: Geon Chung Hwang<br>BMCC: Dae Lim Lee<br>SEC: Kuk Kyun Yang<br>LG Changsha: Ah Pyung Yang<br>Guangdong CPT: Chung Hae Ryu<br>Caihong: Hyo Rim Shin<br>PHS: Ho Joo<br>Sanghai Yongxing: Moon Eui Bun<br>THOM: Geg Wang<br>THOM: Ji Up Hwang<br>SDI: Kwan Tae Choi<br>SDI: Lim Bong Wang | SDCRT-0087336 | | |
| 2001 | Bangkok | | | | | | | | X | | X | | | | | | | | | Toshiba:  Nishimaru, Kazuhiro | | Kazuhiro Nishimaru | 115:23-121:21 |
| 2001 | | | | | | X | X | | | X | X | | | | | | | | | | HEDUS-CRT00005869 | Tom Heiser | 354:09 (Tom Heiser) |
| 2001 | | | | | X | X | | | | | | | | | | | | | | | HDP-CRT00005044 | Kenichi Hazuku | 165:2 (Kenichi Hazuku) |
| 2001 | | | | | X | X | | | X | X | | | | | | | | X | X | | HDP-CRT00027193 | Kazumasa Hirai Nobuhiko Kobayashi Noboru Toyama | 69 (Kazumasa Hirai); 332, 478 (Nobuhiko Kobayashi); Noboru Toyama (69) |
| 2001 | | X | | X | X | X | X | X | X | X | X | | | | | | | X | | | HDP-CRT00027174 | Kazumasa Hirai | 214:4 (Kazumasa Hirai) |
| Early 2001 | South Korea | | | | X | | | | | X | | X | | | | | | | | Toshiba:  Yamamoto, Yasuki: Kawano: Wakiyama<br>SDI:  Lee: Lee<br>LG:  Fairly high ranking employee | | Yasuki Yamamoto | 117:22-121:23: 122:12: 134:8 |
| Early 2001-1/2003 | South Korea | | | | X | | | | | X | | X | | | | | | | | Toshiba:  Yamamoto, Yasuki: Kawano: Wakiyama | | Yasuki Yamamoto | 117:22-121:23: 136:17: 137:3 |
| Early 2001-1/2004 | South Korea | | | | X | | | | | X | | X | | | | | | | | Toshiba:  Yamamoto, Yasuki: Kawano: Wakiyama | | Yasuki Yamamoto | 117:22-121:23: 136:17: 137:3 |

| MEETING DATE | LOCATION | CPT | LG | OEC/DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Early 2001-1/2005 | South Korea | | | | X | | | | X | | X | | | | | | | | | Toshiba: Yamamoto, Yasuki: Kawano: Wakiyama | | Yasuki Yamamoto | 117:22-121:23; 136:17-137:3 |
| Early 2001-1/2006 | South Korea | | | | X | | | | X | | X | | | | | | | | | Toshiba: Yamamoto, Yasuki: Kawano: Wakiyama | | Yasuki Yamamoto | 117:22-121:23; 136:17-137:3 |
| Early 2001-1/2007 | South Korea | | | | X | | | | X | | X | | | | | | | | | Toshiba: Yamamoto, Yasuki: Kawano: Wakiyama | | Yasuki Yamamoto | 117:22-121:23; 136:17-137:3 |
| 1/9/2001 | | | | | | X | | | | | | | | | | | | | X | HIT: Thom Schmitt, Tom Heiser, THOM: Alex Hepburn | HEDUS-CRT00187137 | Tom Heiser | 409:17 (Tom Heiser) |
| 1/10/2001 | Toshiba Booth | | | | | X | | | X | | | | | | | | | | | HIT: Thom Schmitt, BK, TSB: Scott Ramirez | HEDUS-CRT00187137 | Tom Heiser | 409:17 (Tom Heiser) |
| 1/11/2001 | | X | X | X | X | X | | | X | X | | | X | | | | | | | | HAS-CRT00065403 | Kenichi Hazuku | 210:18 (Kenichi Hazuku) |
| 1/15/2001 | | | | | X | | | | X | | | | | | | | | | | | TSB-CRT-00041746 | Yasuki Yamamoto | 209:15-221:10 |
| 1/26/2001 | England | | X | | X | | | | | X | | | | | | | | X | X | PHS: Leo Mlnk THOM: Christian Lissorgues SDI: Lockjin Kim DOSA: Kyounghoon Choi | SDCRT-0087662 | | |
| 1/30/2001 | Sony's Osaki Office | | | | X | | | | | | | | | | | | | X | | HIT: Junji Kaneko SONY: Ikeda SONY: Tsukii | HDP-CRT00026045 | | |
| 1/30/2001 | Taiwan | X | X | X | X | | | | | X | | | | | | | | | | Sang Kyu Park (SDI) | SDCRT-0087464 | SK Park | |
| 02/00/2001 | | | | | X | X | X | | | | | | | | | | | | | HIT: Nobuaki Ito | HDP-CRT00049280 | Nobuaki Ito Yuuichi Kumazawa | 83:24, 325 (Nobuaki Ito): 175 (Yuuichi Kumazawa) |
| 02/00/2001 | | | | | | X | | | | | | | | | | | | X | | | HDP-CRT00049270 | Nobuaki Ito Noboru Toyama | 277:5, 349 (Nobuaki Ito): 195 (Noboru Toyama) |
| 2/15/2001 | Nihon Building, Tokyo, Japan | | X | | | X | | | | | | | | | | | | | | HIT: Maruyama HIT: Watanabe HIT: Sakamoto LG: Kim Sung-Bun | HDP-CRT00026050, HDP-CRT00027948 | | |
| 2/15/2001 | | | X | | X | | | | | | | | | | | | | | | LG: In Kim LG: Pyung Goo Jeon LG: Mr. Ryu SDI: Mr. Lee | SDCRT0087679 | Duk Chul Ryu | 125 |
| 2/20/2001 | n/a | | | | | X | | | | | | | | | | | | | X | HIT: Kazumasa Hirai HIT: Thom Schmitt HIT: Tom Heiser HIT: Ryoji Hirai HIT: Yosuke Nakanishi HIT: Tetsuo Asano HIT: Keith Brown HIT: Ed Paige HIT: Patrick Watson HIT: Kawamura Katsuyuki HIT: Nobuhiko Kobayashi HIT: Kiyoshi Kubo | HEDUS-CRT00188826 | | |
| 2/21/2001 | | | | | | X | | | | X | | | | | | | | | | | HEDUS-CRT00004617 | Tom Heiser | 457:04 (Tom Heiser) |

| MEETING DATE | LOCATION | CPT | LG | OEC/DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/23/2001 | | | | | | X | X | | | | | | | | | | | | | HIT: Nobuaki Ito | HDP-CRT00049280 | | |
| 2/23/2001 | Matsushita in Fujisawa, Kanagawa, Japan | | | | | X | X | | | | | | | | | | | | | HIT: Kiyoshi Kubo MEC: Takadera | HDP-CRT00049226 | | |
| 2/26/2001 | | | | | X | X | | | | | | | | | | | | | | HIT: Yuuichi Kumazawa | HDP-CRT00056186 | Nobuaki Ito Yuuichi Kumazawa | 129,398 (Nobuaki Ito): 282, 424 (Yuuichi Kumazawa) |
| 03/00/2001 | | X | | X | X | X | X | X | X | X | X | | X | | | | | X | X | | HDP-CRT00023625 | Nobuaki Ito | 360:01 (Nobuaki Ito) |
| 3/00/2001 | | | | | X | | | | | X | X | | | | | | | X | X | | HEDUS-CRT00188863 | Tom Heiser Thom Schmitt Noboru Toyama | 219:7, 405 (Tom Heiser): 201 (Thom Schmitt): 222 (Noboru Toyama) |
| 3/3/2001 | SDI San Diego | | | | X | | X | | | | | | | | | | | | | Jae In Lee (SDI): Moon Il Bae (SDI): CH Lim (SDI): K.C. Oh (SDI): Woong Rae K Kim (SDI): Alex Kinoshita (MEC) | SDCRT-0002585 | J.I. Lee | |
| 3/7/2001 | | | | | X | | | | | X | | | | | | | | | | | HEDUS-CRT00004710 | Tom Heiser Kazumasa Hirai | 133:3 (Tom Heiser): 263, 423 (Kazumasa Hirai) |
| 3/8/2001 | email | | | | | | | | | X | | | | | | | | | | PDC: J. Killen, LPD: P. Canavan Okuda, Hongoh, Ino | PTC-00006569 | Patrick Canavan | Patrick Canavan Dep. Vol. 1, 205:10-213:4 |
| 3/10/2001 | SDI San Diego | | | | X | | | | | X | | | | | | | | | | Jae In Lee (SDI): Moon Il Bae (SDI): CH Lim (SDI): K.C. Oh (SDI): Kyu In Choi (LPD) | SDCRT-0002588 | J.I. Lee | |
| 3/13/2001 | Email | | | | X | | | | | X | | | | | | | | | | | PHLP-CRT-030092 | Kris Mortier | Kris Mortier Dep.Vol. 2, 402-410 |
| 3/14/2001 | Singapore | | | | | X | | | | | | | | | | | | | | HIT: Mike Chen Teco: Martni Hsei | HAS-CRT00078245 | | |
| 3/16/2001 | | | | X | X | X | | | X | | | | | | | | | | | HIT: Nobuaki Ito | HDP-CRT00049348 | Nobuaki Ito Yuuichi Kumazawa | 372:22 (Nobuaki Ito) |

| MEETING DATE | LOCATION | CPT | LG | OEC /DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/16/2001 | | | | | | X | X | X | X | | | | | | | | | X | | HIT: Nobuaki Ito, Sony: Mayumi Kuroyanagi, Takayoshi Kitawaki, Yoichi Tamamura, Masayuki Watanabe<br>MEC: K. Shimoda, Mitsubishi: Norikazu Nakanishi<br>TSB: Keisuke Wakiyama | HDP-CRT00022911 | Nobuaki Ito | 353:10 (Nobuaki Ito) |
| 3/19/2001 | | X | X | X | X | | | | | X | | | | | | | | | | CPT: Mr. Liu<br>CPT: Mr. Cheng<br>LG: S.Y. Choi<br>LG: S.K. Lee<br>LG: J.K. Han<br>LG: K.Y. Ko<br>OEC: Mr. Cho<br>OEC: JH Moon<br>OEC: Jimmy Kim<br>OEC: Mr. Kang<br>PHS: Jerry Lin<br>PHS: Jim Smith<br>PHS: Milan Baran<br>SDI: DY Kim<br>SDI: Mr. Ha<br>SDI: J.I. Lee | CHU00031111 | Duk Chul Ryu | 213 |
| 3/19/2001 | | X | X | X | X | | | | | X | | | X | | | | | | | CPT: Liu (Vice President)<br>CPT: Cheng (Director)<br>LG: Choi, S.Y.<br>LG: Lee, S.K.<br>LG: Han, J.K.<br>LG: Ko, K.Y.<br>OEC: Cho<br>OEC: Moon, J.H.<br>OEC: Kim, Jimmy<br>OEC: Kang<br>PHS: Lin, Jerry<br>PHS: Smith, Jim<br>PHS: Baran, Milan<br>SDI: Kim, D.Y.<br>SDI: Ha<br>SDI: Lee, J.I. | CHU00031111 & CHU00031111.01E | Jim Smith | Jim Smith Dep. Vol. 1,  205-208 |
| 3/20/2001 | | X | X | X | X | | | | X | | | | X | | X | | | | | CPT: VP C.C. Liu<br>CPT: Edward Cheng<br>CPT: Director S.J. Yang<br>SDI: Mr. S.K. Park<br>SDI: Mr. J.Y. Yuan<br>LG: Mr. S.Y. Choi<br>LG: Mr. G.I. Choi<br>LG: Mr. K.J. Park<br>Orion: Mr. S.H. Cho<br>Orion: Mr. Kung<br>Orion: Mr. Y.J. Kim<br>Orion: Mr. Choe<br>PHS: Mr. Jerry Lin<br>PHS: Ms. Rosa Hu | CHU00031113-114 | C.C. Liu | C.C. Liu, Dep. Vol. 2, 239-240 Dep. Vol. 3, 418-421 Dep. Vol. 3, 541-544 |
| 3/19/2001-3/20/2001 | Taiwan | X | X | X | X | | | | | X | | | | | | | | | | Sang Kyu Park (SDI) | SDCRT-0087467 | SK Park | |
| 3/20/2001 | Detroit, Michigan | | | | | X | | | | X | | | | | | | | | | HIT: Tom Heiser TS<br>PHS: Pat Canavan Jeff Johnson Daren Ivy | HEDUS-CRT00004705 | Thom Schmitt | 257:05 (Thom Schmitt) |

| MEETING DATE | LOCATION | CPT | LG | OEC/DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/22/2001 | | | X | | | | | | | | X | | | | | | | | | | PTC-00002381 | Patrick Canavan | Patrick Canavan Dep. Vol. 1, 34:7-49:13 |
| 3/22/2001 | email | | | | | | | | | | X | | | | | | | | X | | PHLP-CRT-089918 | Patrick Canavan | Patrick Canavan Dep. Vol. 1, 123:7-136:4 |
| 3/22/2001 | | | | | X | | | | | | | | | | | | | | | | HDP-CRT00005257 | Nobuaki Ito Nobuhiko Kobayashi | 425:12 (Nobuaki Ito): (Nobuhiko Kobayashi) 401 |
| 4/12/2001 | | | X | | | | | | | X | | | | | | | | | | | LG: PJ Lee<br>PHS: F. Albertazzi | PHLP-CRT-026830 | Pil Jae Lee | |
| 4/14/2001 | | | | | X | X | | | | | | | | | | | | | | | HIT: Nobuaki Ito | HDP-CRT00048694 | Nobuaki Ito Yuuichi Kumazawa | 134:2, 190 (Nobuaki Ito): 65 (Yuuichi Kumazawa) |
| 4/17/2001 | Philips-Chungli | | | | | X | | | | X | | | | | | | | | | | HIT: Watanabe<br>PHS: A. Wente<br>PHS: R. Selbeck<br>PHS: A. Lee<br>PHS: R. Lu | HDP-CRT0029634 | | |
| 4/19/2001 | | X | X | X | X | | | | | X | | | | | | | | | | | CPT: S.J. Yang<br>CPT: C.C. Liu<br>CPT: Edward Cheng<br>SDI: Mr. D.Y. Kim<br>SDI: Mr. Ha<br>SDI: Mr. J.I. Lee<br>LG: Mr. S.K. Lee<br>LG: Mr. J.K. Han<br>LG: Mr. K.Y. Ko<br>OEC: Mr. J.H. Moon<br>OEC: Mr. Jimmy Kim<br>PHS: Mr. Jerry Lin<br>PHS: Mr. J.K. Park | CHU00031123-125 | S.J. Yang | S.J. Yang, Dep. Vol. 2, 251-252 |
| 4/20/2001 | Shanghai | X | | | | | | | X | | | | | | | | | | | | CPT: VP Liu<br>CPT: Alex Yeh<br>TSB: Ekihiro Yoshino<br>TSB: AVP Suzuki<br>TSB: Manager Du | CHU00028203 | C.C. Liu | C.C. Liu, Dep. Vol. 2, 240-242 |
| 4/24/2001 | N/A - email | | | | X | | | | | | X | | | | | | | | X | | | PHLP-CRT-090140 | Bob O'Brien | Bob O'Brien Dep. Vol. 1,: 105:7-108:18 |
| 4/24/2001 | Shenzhen City, China | X | X | | X | X | | | | | | | | X | X | | | | X | | BMCC: Dae Lim Lee<br>SEG/HIT: Kook Kyun Yang<br>LG Changsha: Ah Pyung Yang<br>Gwangdong CPT: Ui Hun Oh<br>IRI: Hyo Rim Shin<br>PHS: Soo Hwa Lee<br>Shanghai Yunshin: Mr. Chang<br>Shanghai Yunshin: Moon Oi Bun<br>THOM: Hyang Gul Yang<br>THOM: Ji Up Hwang<br>SDI: Lim Bong Wang | SDCRT-0087340 | | |
| 4/26-4/27/2001 | China | X | X | X | X | | | | | X | | | | | | | | | | | Sang Kyu Park (SDI) | SDCRT-0089035 | SK Park | |

| MEETING DATE | LOCATION | CPT | LG | OEC/DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/00/2001 | Taipei, Taiwan | X | | | | | | | | | | | | | | | | | X | | CHU00121161 | | |
| 5/3/2001 | email | | | | X | | | | | | X | | | | | | | | X | | PHLP-CRT-090221 | Patrick Canavan | Patrick Canavan Dep. Vol. 1, 173:5-177:8 |
| 5/6/2001 | Sushi Taro, Washington D.C. | | | | | X | X | | X | | | | | | | | | | | | MEC: Nishiyama: HIT: Hirai: TSB: Kimura | MPDA_SEC-0896104 | Kazumasa Hirai: Nishiyama | 180:3 (Kazumasa Hirai): Nishiyama I at 162-66 |
| 5/7/2001 | Grand Hyatt - Washington D.C. | | | | | X | X | | X | X | | | | | | | | | X | | HIT: Kazumasa Hirai, Tom Heiser PHS: Jeff Johnson TSB: John Webster MEC: Harry Nishiyama THOM: Alex Hepburn, Tom Carson, Tom Hallowell | PHLP-CRT-077930 | Kazumasa Hirai, Tom Heiser | 146:17 (Kazumasa Hirai) 147:13 (Tom Heiser) |
| 5/7/2001 | | | | | X | | | | | X | | | | | | | | | X | | HIT: Heiser, K. Hirai | HEDUS-CRT00162777 | Tom Heiser Kazumasa Hirai Thom Schmitt Noboru Toyama | 140:3 (Tom Heiser) 347(Kazumasa Hirai) 224(Thom Schmitt) 213 (Noboru Toyama) |
| 5/8/2001 | email | X | X | X | X | | X | X | X | X | | | | | | | | X | | | | PHLP-CRT-026590 | Patrick Canavan | Patrick Canavan Dep. Vol. 1, 222:9-227:7 |
| 5/17/2001 | Berlin, Germany | | | | X | | | | | X | | | | | | | | | X | | THOM: Christian Lissorgues DOSA: Hee Cheol Moon DOSA: Kyung Hoon Choi SDI: Rak Jin Kim SDI: Jeong Sik Yoon PHS: Leo Mink | SDCRT-0087667 | | |
| 5/23/2001 - 5/24/2001 | Taiwan | X | | X | X | | | | | X | | | | | | | | | | | | SDCRT-0087414 | J.I. Lee | |
| 5/23/2001 | Email | | | | | | | | | X | | | | | | | | | X | | | PHLP-CRT-02656 | Kris Mortier | Kris Mortier Dep.Vol. 2, 492-499 |
| 5/24/2001 | | | | | X | X | | | | | | | | | | | | | | | HIT: Genichi Watanabe SDI: Arimoto | HDP-CRT00049291, HEDUS-CRT00027271 | | |
| 5/24/2001 | Hitachi | | | | X | X | | | | | | | | | | | | | | | HIT: Genichi Watanabe SDI: Tokyo President | HDP-CRT00049291 | Kazumasa Hirai Noboru Toyama Yuuichi Kumazawa | 294:3 (Kazumasa Hirai): 65 (Noboru Toyama) 400 (Yuuichi Kumazawa) |
| 5/30/2001 | email | | | | X | | | | X | | X | | | | | | | | | | | PHLP-CRT-01642 | Patrick Canavan | Patrick Canavan Dep. Vol. 2, 427:21-444:12 |
| 5/30/2001 | | | | | X | X | | | | | | | | | | | | | | | HIT: Nobuaki Ito: Oohashi, Kuma, Kubo | HDP-CRT00048797 | Nobuaki Ito Yuuichi Kumazawa | 167:16 (Nobuaki Ito): 193 (Yuuichi Kumazawa) |

| MEETING DATE | LOCATION | CPT | LG | OEC /DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/31/2001 | | X | | | | | | | | | | | | | | | | | X | CPT: Mr. Liu<br>CPT: Sheng-Jen Yang<br>CPT: Director Chen<br>CPT: Vice President Chen<br>CPT: C.C. Liu<br>CPT: Wen-Chun (Tony) Cheng<br>CPT: Mei-Que Wang<br>THOM: Mr. Fabac<br>THOM: Peter Ho<br>THOM: Anthony Lee<br>THOM: Tony Liu | CHU00031136;<br>CHU00031136E | C.C. Liu | C.C. Liu, Dep. Vol. 2, 242-244<br>Dep. Vol. 3, 545-548 |
| 6/4/2001 | Spain | | | X | X | | | | | X | X | | | | | | | | X | SDI - Sung Deok Park<br>Philips - L. Min, Kris Mortier<br>Thomson - A. Martin<br>Orion - Jae Suk Kim | SDCRT-0006510 | | |
| 6/6/2001 | U.S. | | | | X | | | | | X | | | | | | | | | X | SDI: Cheol Hong Lim<br>PHS: Joe Killen | SDCRT-0002582 | Joseph Killen | 148 |
| 6/6/2001 | | X | | | | | X | | | | | | | | | | | | | | CPT: Yvonne Yun<br>CPT: Edward Cheng<br>MEC: Sales Section Chief Youhao Zhang | CHU00031137 | C.C. Liu | C.C. Liu, Dep. Vol. 3, 531-536 |
| 6/7/2001 | | X | | | X | | | | | | | | | | | | | | | | CPT: J.S. Lu<br>CPT: C.C. Liu<br>SDI: President Huang<br>SDI: Mr. Xi | CHU00031138-139 | J.S. Lu | J.S. Lu, Dep. Vol. 2, 210-212 |
| 6/9/2001 | Thomson Mexico Color picture tube Factory | | | | X | | X | | | | | | | | | | | | | X | HIT: Ryoji Hashimoto | HEDUS-CRT00027270 | Tom Heiser | 201 (Tom Heiser) |
| 6/11/2001 | | | X | | X | X | | X | X | | | | | | | | | X | X | HIT: Tom Heiser<br>PHS: Pat Canavan | PHLP-CRT-090736 | Tom Heiser | 150:22, 397 (Tom Heiser) |
| 6/15/2001 | Greenville, S.C. | | | | X | | | | X | | | | | | | | | | | HIT: Kazumasa Hirai<br>PHS: Daniel den Engelsen, Hemant Betrabet | PHLP-CRT-090934 | Kazumasa Hirai | 271:12 (Kazumasa Hirai) |
| 6/22/2001 | | | | | X | X | | | | | | | | | | | | | | HIT: Kumazawa | HDP-CRT00026180 | Nobuaki Ito Yuuichi Kumazawa | 191:5 (Nobuaki Ito):<br>311 (Yuuichi Kumazawa) |
| 6/26/2001 | | X | X | X | X | | | | | | | | | | | | | | | CPT: VP C.C. Liu<br>CPT: Director S.J. Yang<br>CPT: Edward Cheng<br>SDI: Mr. Lee<br>SDI: Mr. Park<br>SDI: Mr. Michael Son<br>LG: Mr. S.Y. Choi<br>LG: Mr. K.J. Park<br>Orion: Mr. Cho<br>Orion: Mr. Kim | CHU00036414-415 | C.C. Liu | C.C. Liu, Dep. Vol. 2, 244-245 |
| 6/26/2001 | | | | | X | | | | | | | | | | | | | | | SDI - Michael Son | SDCRT-0005830;<br>CHU00036414 | Michael Son | |
| 6/26/2001 | China | | | | | | | | | | | | | | | | | | | | SDCRT-0007599 | | |
| 6/27/2001 | | | X | X | X | | | | | | | | | | | | | | | | | | 117:3-7 |

| MEETING DATE | LOCATION | CPT | LG | OEC/DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/27/2001 | | X | X | X | X | | | | | | | | | | | | | | | CPT: VP C.C. Liu<br>CPT: Director Yang<br>CPT: Edward Cheng<br>SDI: Mr. D.Y. Kim<br>SDI: Mr. J.I. Lee<br>SDI: Mr. Choi<br>LG: Mr. S.Y. Choi<br>LG: Mr. S.K. Lee<br>LG: Mr. J.K. Han<br>LG: Mr. K.Y. Ko<br>Orion: Mr. Lee<br>Orion: Mr. Kang<br>Orion: Mr. Jimmy Kim | CHU00031142-147 | C.C. Liu | C.C. Liu, Dep. Vol. 2, 245-248 Dep. Vol. 3, 454-455 |
| 07/00/2001 | Philips Atlanta | | | | X | X | | | | X | X | | | | | | | | | HIT: Thom Schmitt, Biff Kinney<br>PHS: Christian Haring, Sukrit Mitra, | HEDUS-CRT00147432 | Tom Heiser | 359:04 (Tom Heiser) |
| 7/0/2001 | | X | X | X | X | | | | | X | | | | | | | | | | | CHU00660395-407 | C.C. Liu | C.C. Liu, Dep. Vol. 3, 451-461 |
| 7/1/2001 | | X | X | X | X | | | | | | X | | | | | | | | | | CHU00660454 | Duk Chul Ryu | 219 |
| 7/4/2001 | | X | X | X | X | | | | X | X | | | | | | | | | | | TSB-CRT-00035348: TSB-CRT-00035350 | Yasuki Yamamoto: Kazuhiro Nishimaru: Norio Fujita | Yamamoto: 233:10-246:23 Nishimaru: 149:14-178:7 |
| 7/5/2001 | Luxembourg | | | | X | | | | | X | | | | | | | | | | X | PHS: Leo Mink<br>THOM: Christian Lissorgues<br>SDI: Lockjin Kim<br>SDI: Jungsik Yoon<br>DOSA: Heechul Moon<br>DOSA: Kyounghoon Choi | SDCRT-0087664 | | |
| 7/6/2001 | | | | | | X | | | | X | | | | | | | | | | | HIT: Taku Yamanaka<br>PHS: Reinoud Selbeck<br>PHS: Hardy Lin<br>PHS: AleX Lee<br>PHS: George Chou<br>PHS: Sala Liu | HDP-CRT00051624 | | |
| 7/9/2001 | Email | | | | X | | | | | | X | | | | | | | | | | | PHLP-CRT-028034 | Kris Mortier | Kris Mortier Dep.Vol. 2, 406-410 |
| 7/24/2001 | | X | X | X | X | | | | | | | | | | | | | | | | CPT: VP C.C. Liu<br>CPT: Edward Cheng<br>CPT: Director Yang<br>SDI: Mr. D.Y. Kim<br>SDI: Mr. J.I. Lee<br>SDI: Mr. Choi<br>SDI: Mr. Park<br>LG: Mr. S.Y. Choi<br>LG: Mr. S.K. Lee<br>LG: Mr. K.Y. Ko<br>Orion: Mr. Cho<br>Orion: Mr. Kang<br>Orion: Mr. Jimmy Kim | CHU00031150-152 | C.C. Liu | C.C. Liu, Dep. Vol. 2, 248-250 |

| MEETING DATE | LOCATION | CPT | LG | OEC/DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/24/2001 | | X | X | X | X | | | | | | | | X | | | | | | | CPT: VP C.C. Liu<br>CPT: Edward Cheng<br>CPT: Director Tony Cheng<br>CPT: Director S.J. Yang<br>SDI: Mr. Michael Son<br>SDI: Mr. J.I. Lee<br>SDI: Mr. Park<br>LG: Mr. S.Y. Choi<br>LG: Mr. H.K. Lee<br>LG: Mr. J.S. Kim<br>Orion: Mr. Cho<br>Orion: Mr. Adam<br>Orion: Mr. Kim<br>TCRT: Mr. Thanasak | CHU00036412-413 | C.C. Liu | C.C. Liu, Dep. Vol. 2, 250-251 |
| 7/24/2001 | | | | | X | X | | | | X | | | | | | | | | X | HIT: Yuji Mitsumoto | HEDUS-CRT00162931 | Tom Heiser Kazumasa Hirai (2387) Thom Schmitt (1838) | 211:16 (Tom Heiser): 298, 320 (Kazumasa Hirai) 249:16 (Thom Schmitt) |
| 7/24/2001 | Taiwan | | | | X | | | | | | | | | | | | | | | SDI - Michael Son | SDCRT-0087557 | | |
| 8/00/2001 | N/A: Admits to glass meeting participation | X | X | X | X | | | | | X | | | | | | | | | | Jae In Lee (SDI): S.K. Park (SDI) | N/A | J.I. Lee | 137:5 |
| 8/00/2001 | | X | | X | X | X | | | | | | X | | | | | | | | HIT: Watanabe | HDP-CRT00035179 | Nobuhiko Kobayashi | 309 (Nobuhiko Kobayashi) |
| 8/0/2001 | | X | X | X | X | | | | | X | | | | | | | | | | | CHU00660408 | C.C. Liu | C.C. Liu, Dep. Vol. 3, 471-473 |
| 8/2/2001 | email | | | | X | | | X | | | | X | | | | | | X | X | | PHLP-CRT-0938 13 | Patrick Canavan | Patrick Canavan Dep. Vol. 2, 382:25-387:10 |
| 8/2/2001 | N/A - email | | | X | | | | | | | X | | | | | | | X | | | JLI-00004273 | Bob O'Brien | Bob O'Brien Dep. Vol. 1,: 128:6-131:18 |
| 8/21/2001 | | X | X | X | X | | | | | | | | X | | | | | | | CPT: VP C.C. Liu<br>CPT: Edward Cheng<br>CPT: Director S.J. Yang<br>SDI: Mr. Michael Son<br>SDI: Mr. D.H. Lee<br>LG: Mr. Lim<br>LG: Mr. Edmond Park<br>LG: Mr. J.S. Kim<br>Orion: Mr. Adam<br>Orion: Mr. Kim<br>TCRT: Mr. Sirichai | CHU00036410-411 | C.C. Liu | C.C. Liu, Dep. Vol. 2, 251-253 |
| 8/24/2001 | Email & PPT | | | | | | | | | | X | | | | | | | | | | PHLP-CRT-091383 & Attachments (PHLP-CRT-091386; PHLP-CRT-091387; PHLP-CRT-091388) | Kris Mortier | Kris Mortier Dep.Vol. 1, 152-165 |
| 8/26/2001-8/31/2001 | Germany | | | | X | | | | | | | | | | | | | | X | SDI: Michael Son | SDCRT-0087609 | | |

| MEETING DATE | LOCATION | CPT | LG | OEC/DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/29/2001 | email | | | | | | | | | | X | X | | | | | | | | | PHLP-CRT-091401 | Bob O'Brien | Bob O'Brien Dep. Vol. 2.; 416:10-419:14 |
| 8/29/2001 | | X | | | X | X | X | X | X | X | X | | | | | | | | X | HIT: Nobuaki Ito | HDP-CRT00026189 | Nobuaki Ito Yuuichi Kumazawa | 204:8, 524 (Nobuaki Ito): 317,369 (Yuuichi Kumazawa) |
| 09/00/2001 | | | | | X | X | | | | | | | | | | | | | | | HDP-CRT00026193 | Nobuaki Ito | 221:25 (Nobuaki Ito) |
| 09/00/2001 | Email | | | | X | X | | | | | | | | | | | | | | HIT: Nobuaki Ito, Yuuichi Kumazawa, Kazuo Oohashi SDI: Chong Woo Lee | HDP-CRT00026197 | Nobuaki Ito Yuuichi Kumazawa | 213:14 (Nobuaki Ito): 259 (Yuuichi Kumazawa) |
| 09/00/2001 | | | | | X | X | | | X | | X | | | | | | | | X | | JLI-00003298 | Tom Heiser | 158:14 (Tom Heiser) |
| 9/1/2001 | email but references Brazil | | X | | X | | | | | | X | | | | | | | | | | PHLP-CRT-91465 | Patrick Canavan | Patrick Canavan Dep. Vol. 1, 234:6-239:8 |
| 9/4/2001 | | | | | X | X | | | | | | | | | | | | | | HIT: Nobuaki Itou SDI: Choong Woo Lee | HDP-CRT00026197 | | |
| 9/5/2001 | Hitachi's Greenville plant | | | | | X | | | | X | | | | | | | | | | HIT: Toyama.  PHS: Gotje | PHLP-CRT-091563 | Noboru Toyama | 134 (Noboru Toyama) |
| 9/13/2001 | Conference Room 856 | | | | X | X | | | | | | | | | | | | | | HIT: Kumazawa SDI:  Oyangi & Lee | HTO-CRT00051298 | Yuuichi Kumazawa | 251:9-17 (Yuuichi Kumazawa) |
| 9/20/2001 | Email | | | | X | | | | | | X | | | | | | | | | | PHLP-CRT-043139 & Attachment | Kris Mortier | Kris Mortier Dep.Vol. 2. 417-422 |
| 9/26/2001 | email | | | | X | X | | | | | X | | | | | | | | | | PHLP-CRT-091703 | Patrick Canavan | Patrick Canavan Dep. Vol. 2, 459:8-471:3: 504:4-508:25 |
| 10/4/2001 | | | | | X | X | | | | | | | | | | | | | | HIT: Yuuichi Kumazawa | HDP-CRT00049201 | Nobuaki Ito Yuuichi Kumazawa | 237:21 (Nobuaki Ito): 296 (Yuuichi Kumazawa) |
| 10/4/2001 | n/a | | | | | | X | | | | | | | | | | | | X | MEC: Yuji Mitsumoto | HDP-CRT00026209 | | |

| MEETING DATE | LOCATION | CPT | LG | OEC/DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/12/2001 | Mobara, Japan | | X | | | X | | | | X | | | | | | | | | | HIT: Watanabe<br>HIT: Yoshiwara<br>HIT: Yoshimi<br>HIT: Shirai<br>HIT: Sato | HDP-CRT00036262 | | |
| 10/15/2001 | | X | X | X | X | | | | | | | | | | | | | | | CPT: C.C. Liu<br>CPT: Edward Cheng<br>SDI: Mr. Ahn<br>SDI: Mr. Michael Son<br>LG: Mr. Lim<br>LG: Mr. Edmond Park<br>LG: Mr. J.S. Kim<br>Orion: Mr. Kim<br>Orion: Mr. Yang<br>Orion: Mr. Adam | CHU00660366-368 | C.C. Liu | C.C. Liu, Dep. Vol. 2, 253-254 |
| 10/16/2001 | La Quinta Resort, La Quinta, California | | | | X | | | | | X | | | | | | | | | X | HIT: Thom Schmitt, Kazumasa Hirai, Thomas Heiser<br>THOM: Alex Hepburn<br>PHS: Jeff Johnson<br>LPD: Bob O'Brien<br>MEC: Harry Nishiyama | HEDUS-CRT00186930 | Thom Schmitt | 265:13 (Thom Schmitt) |
| 10/18/2001 to 10/19/2001 | China | X | | | | | | | | | | | | | | X | | | | | CPT: S.J. Yang<br>IRI: VP Ximin Wang<br>IRI: Mr. Xiolin Shen<br>IRI: Mr. Zhiyuan Wei<br>IRI: Mr. Xiaohua Su<br>IRI: Mr. Linghai Liu<br>IRI: Ms. Yuan Liang | CHU00040992-993 | S.J. Yang | S.J. Yang, Dep. Vol. 2, 305-309 |
| 10/23/2001 | | X | | | X | | | | | | X | | | | | | | | | | CPT: Tony Cheng<br>CPT: C.Y. Lin<br>SDI: Director Kim In<br>SDI: Kim Doek-Yoen<br>SDI: Park Sang-Kyu<br>LPD: Director Joe<br>LPD: Lee Seung-Kyu | CHU00028589-590 | C.C. Liu | C.C. Liu, Dep. Vol. 2, 254-256 |
| 10/24/2001 | Email | | | | X | | | | | | X | | | | | | | | | | | PHLP-CRT-033435 | Kris Mortier | Kris Mortier Dep.Vol. 2, 410-413 |
| 10/25/2001 | Korea | | X | X | X | | | | | | | | | | | | | | | | SDI - Michael Son | SDCRT-0087243 | | |
| 10/26/2001 | Brussels, Belgium | X | | | X | | | | | | X | | | | | | | | X | X | THOM: Giles Taldu<br>THOM: Christian Lissorgues<br>PHS: Mr. Mint (Leo Mink)<br>PHS: Mr. Pos<br>SDI: Mr. Neinke<br>SDI: Lockjin Kim<br>CPT: Mr. D. Ross<br>SONY: Heechul Moon<br>Schott: Mr. Raster<br>BME: Mr. Zipfel<br>ZVEI: Mr. Stoppok<br>FEI: Mr. Faterhouse<br>Sitelese: Mr. Oliver<br>ANIE: Ms. Dr. Quattrocchi | SDCRT-0087670 | | |

| MEETING DATE | LOCATION | CPT | LG | OEC/DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/28/2001 | n/a | X | X | X | | X | X | | X | X | | | X | | X | X | | X | X | | PHLP-CRT-095826 | | |
| 11/00/2001 | | | | | | X | | | | X | | | | | | | | | | HIT: Biff Kinney<br>PHS: Sukrit Mitra<br>PHS: Helene Tacquet | HEDUS-CRT00006768 | | |
| 11/5/2001 | Hong Kong | | | | X | | | | | | | | | | | | | | | SDI - Michael Son | SDCRT-0087652 | | |
| 11/20/2001 | Taiwan | X | | | X | | | | | | | | | | | | | | | SDI - Michael Son | SDCRT-0087542 | | |
| 11/20/2001 | | X | | | X | | | | | | | | | | | | | | | | | | 120:21 |
| 11/26/2001 | Email | | | | | | | | | | X | | | | | | | | X | | PHLP-CRT-092571 | Kris Mortier | Kris Mortier Dep.Vol. 2, 499-502 |
| 11/26/2001 | N/A - email | | | | | | | | | | X | | | | | | | | X | | PHLP-CRT-092571 | Bob O'Brien | Bob O'Brien Dep. Vol.: 1: 226:18-229:21 |
| 11/27/2001 | | X | | X | X | | | | X | | X | | | | | | | | | Toshiba: Michael Du | TAEC-CRT-00087224 | Shinichiro Tsuruta; Dan Ryan | Tsuruta: 358:1-359:18<br>Ryan: 173:2-183:15 |
| 11/29/2001 | | | | | X | X | | | | | | | | | | | | | | HIT: Yuuichi Kumazawa | HTP-CRT00051340 | Yuuichi Kumazawa | 301:10-15 (Yuuichi Kumazawa) |
| 11/30/2001 - 11/30/2003 | North America | | | | X | | | | | | | | | | | | | | X | Market Allocation Agreement concerning 34" CPTs (HIT & THOM) | HDP-CRT00052643 | | |
| 12/4/2001 | Email | X | X | X | X | | X | | X | | X | | | | | | | X | | | PHLP-CRT-094627 | Kris Mortier; Bob O'Brien | Kris Mortier Dep.Vol. 1, 165-183: Bob O'Brien Dep. Vol. 1,: 159:9-181:18: Vol. 2,: 427:6-431:13 |
| 12/4/2001 | Email | | | | | | | | | | X | | | | | | | | | | PHLP-CRT-094627 | Kris Mortier | Kris Mortier Dep.Vol. 2, 581-589 |
| 12/10/2001 | email | | | | X | | | | | | X | | | | | | | | | | JIJ-00004606 | Patrick Canavan | Patrick Canavan Dep. Vol. 2,, 387:22-390:13 |

| MEETING DATE | LOCATION | CPT | LG | OEC /DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/11/2001 | email | | | | X | | | | | | X | | | | | | | | | | PHLP-CRT-094860 | Patrick Canavan | Patrick Canavan Dep. Vol. 1, 136:14-141:16 |
| 12/17/2001 | | X | | X | X | | | | | | X | | | | | | | | | CPT: VP C.C. Liu<br>CPT: Edward Cheng<br>SDI: Mr. D.Y. Kim<br>SDI: Mr. Park<br>SDI: Mr. J.I. Lee<br>LPD: Mr. S.Y. Choi<br>LPD: Mr. Milan<br>LPD: Mr. S.K. Lee<br>LPD: Mr. K.Y. Ko<br>Orion: Mr. Kang<br>Orion: Mr. Yang<br>Orion: Mr. Jimmy Kim | CHU00031172-173 | C.C. Liu | C.C. Liu, Dep. Vol. 2, 256-257 |
| 12/17/2001 | | X | | | X | | | | X | | X | | | | | | | | | | TAEC-CRT-00088054 | Yasuki Yamamoto; Shinichiro Tsuruta; Dan Ryan; Norio Fujita | Yamamoto: 284:21-294:22<br>Tsuruta: 352:20-357:14<br>Ryan: 168:6-172:17 |
| 12/21/2001 | | X | X | X | X | | | | | | | | X | | X | | | | | CPT: S.J. Yang<br>CPT: Maxim Chen<br>SDI: Mr. D.E. Lee<br>SDI: Mr. Park<br>SDI: Mr. Ahn<br>SDI: Mr. Son<br>LG: Mr. Lim<br>LG: Mr. Park<br>Orion: Mr. Choe | CHU00036390-391 | S.J. Yang | S.J. Yang, Dep. Vol. 2, 301-305 |
| 12/25/2001 | | X | | | X | | | | X | | X | | | | | | | | | Toshiba:  Michael Du | TAEC-CRT-00088432 | Shinichiro Tsuruta; Dan Ryan | Tsuruta: 359:20-363:1<br>Ryan: 156:16-168:5 |
| 12/26/2001 | Toshiba offices in Fukaya, Japana | | | | | X | | | X | | | | | | | | | | | HIT: Hideharu Sakamoto<br>TSB: Imai<br>TSB: Kuroki | HEDUS-CRT00185474 | | |
| After 2001 | Bangkok | | | | | | | | X | | | X | X | | | | | | | Toshiba or MTPD:  Nishimaru, Kazuhiro<br>Thai-CRT:  Montri Sirichai | | Kazuhiro Nishimaru | 122:10-129:9 |
| After 2001 | Bangkok | | | | | | | | X | | | | X | | | | | | | Toshiba or MTPD:  Nishimaru, Kazuhiro<br>Thai-CRT:  Montri | | Kazuhiro Nishimaru | 131:4-132:5 |
| 2002 | | | | | | | | | | | | | | | | | | | | | SDCRT-0087291 | KC Oh | |
| 2002 | | X | | X | X | | | | | | X | | | | | | | | | | SDCRT-0087963 | I.H. Song | 183:21-186:19 |
| 2002-2004 | Korea | | | | X | | | | | | X | X | | | | | | | | LPD: PJ Lee<br>LPD: Mr. Yang<br>LPD: HK Lee<br>SDI: Mr. Lee<br>MTPD: Mr. Kawano | n/a | Pil Jae Lee | 128-148 |
| 2002-2004 | Japan | | | | X | | | | | | X | X | | | | | | | | LPD: PJ Lee<br>LPD: Mr. Yang<br>LPD: HK Lee<br>SDI: Mr. Lee<br>MTPD: Mr. Kawano | n/a | Pil Jae Lee | 128-148 |

| MEETING DATE | LOCATION | CPT | LG | OEC /DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2002-2004 | Japan | | | | X | | | | | | X | X | | | | | | | | LPD: PJ Lee<br>LPD: Mr. Yang<br>LPD: HK Lee<br>SDI: Mr. Lee<br>MTPD: Mr. Kawano | n/a | PJI Jae Lee | 128-148 |
| 2002-2006 | U.S. (Ohio: Detroit; Washington, DC) | | | | | | X | | | | | | | | | | | | X | MEC: Shinichi Iwamoto<br>THOM: James Hanrahan | | Shinichi Iwamoto | 45-55, 81, 262-64, 359-62 |
| 1/4/2002 | | X | X | X | X | | | | | X | X | | | | | | | | | CPT: J.S. Lu<br>SDI: Park Sang Kyu<br>SDI: Anita<br>LPD: L.S. Kyu<br>OEC: Manager Han | CHU00031176 | J.S. Lu | J.S. Lu, Dep. Vol. 2, 155-157 |
| 1/7/2002 | | X | | | X | | | | X | | X | | | | | | | | | Toshiba: Michael Du | TAEC-CRT-00088715 | Yasuki Yamamoto; Shinichiro Tsuruta; Dan Ryan; Norio Fujita | Yamamoto: 295:17-306:17; Tsuruta: 363:4-367:23; Ryan: 187:19-191:21 |
| 1/9/2002 | | | | | | X | | | | | X | | | | | | | | | HIT: Thom Schmitt | HEDUS-CRT00187137 | Tom Heiser | 409:17 (Tom Heiser) |
| 1/9/2002 | | X | | | X | | | | | | X | | | | | | | | | SDI - Dae Eui Lee<br>Chunghwa - S.J. Yang | SDCRT-0006266 | Dae Eui Lee | 257:11-259:2 |
| 1/11/2002 | U.S. | | | | | | X | | | | X | | | | | | | | X | LPD: Ney Corsino<br>THOM: Tom Carson<br>MEC: Nakamoto | JIU-00004807 | Patrick Canavan | Patrick Canavan Dep. Vol. 1, 262:12-270:18 |
| 1/14/2002 | | | | | X | | | | | | X | | | | | | | | | | PHLP-CRT-084379 | Kris Mortier | Kris Mortier Dep.Vol. 1, 184-188 |
| 1/15/2002 | Email | | | | | X | | X | | | | | | | | | | | | HIT: Kumazawa, Ito<br>TSB: Wakiyama | HTP-CRT00026227 | Yuuichi Kumazawa | 199:9-25, 200:1-12 (Yuuichi Kumazawa) |
| 1/18/2002 | N/A - email | | | | X | | | | | | X | | | | | | | | | | PHLP-CRT-095739 | Bob O'Brien | Bob O'Brien Dep. Vol. 1,: 137:5-141:6 |
| 1/18/2002 | | X | | X | X | | | | | | X | | | | | | | | | CPT: VP C.C. Liu<br>CPT: Edward Cheng<br>SDI: Mr. D.Y. Kim<br>SDI: Mr. Park<br>SDI: Mr. Choi<br>LPD: Mr. S.Y. Choi<br>LPD: Mr. Milan<br>LPD: Mr. S.K. Lee<br>LPD: Mr. K.Y. Ko<br>Orion: Mr. Lee<br>Orion: Mr. Kang<br>Orion: Mr. Yang<br>Orion: Mr. Jimmy Kim | CHU00031178-179 | C.C. Liu | C.C. Liu, Dep. Vol. 2, 257-259 |
| 1/18/2002 | | X | | X | X | | | | | | X | | | | | | | | | CPT: C.C. Liu<br>CPT: Edward Cheng<br>SDI: Mr. Lee<br>SDI: Mr. Park<br>SDI: Mr. Ahn<br>LPD: Mr. Choi<br>LPD: Mr. Lim<br>LPD: Mr. Edmond Park<br>Orion: Mr. Lee<br>Orion: Mr. Kim<br>Orion: Mr. Adam Choe | CHU00036392-393 | C.C. Liu | C.C. Liu, Dep. Vol. 2, 259-260 |

| MEETING DATE | LOCATION | CPT | LG | OEC /DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/18/2002 | | | | | X | X | | | | | | | | | | | | | | HIT: Nobuaki Ito, SDI: Chong Woo Lee | HDP-CRT00049440 | Nobuaki Ito | 228:09 (Nobuaki Ito) |
| 1/21/2002 | | X | | X | X | | | | X | | X | | | | | | | | | Toshiba:  Michael Du | TAEC-CRT-00089342 | Shinichiro Tsuruta; Dan Ryan | Tsuruta:  368:1-370:16 Ryan: 192:2-195:24 |
| 1/23/2002 | | X | | X | X | | | | | X | X | | | | | | | | | CPT: C.C. Liu CPT: Edward Cheng CPT: Tony Cheng CPT: Edward Cheng SDI: Mr. Park LPD: Mr. S.K. Lee LPD: Mr. Han Orion: Mr. Park | CHU00031180-181 | C.C. Liu | C.C. Liu, Dep. Vol. 2, 317-319 |
| 1/29/2002 | | X | | | X | | | | X | | X | | | | | | | | | Toshiba:  Michael Du | TAEC-CRT-00089968 | Yasuki Yamamoto; Shinichiro Tsuruta; Dan Ryan; Norio Fujita | Yamamoto:  306:19-314:1; Tsuruta:  370:19-377:9 Ryan: 196:1-201:18 |
| 1/30/2002 | | X | X | | | | | | | X | X | | | | | | | | | CPT: VP C.C. Liu CPT: Edward Cheng CPT: Director Tony Cheng LPD: Xiang-Long Cui LPD: Seung Kyu Lee | CHU00031182 | C.C. Liu | C.C. Liu, Dep. Vol. 2, 260-262 |
| 2/4/2002 | | X | | | | | | | X | | | | | | | | | | | Toshiba:  Michael Du | TAEC-CRT-00090127 | Shinichiro Tsuruta; Dan Ryan | Tsuruta:  298:14-309:15 Ryan: 201:19-207:18 |
| 2/6/2002 | | | | | X | | | | | | | X | | | | | | | | Hun Sul Chu (SDI): Sanogawaya (MTPD) | SDCRT-0007277 | KC Oh | |
| 2/8/2002 | Nippon Building | X | | | X | X | X | | | | | | | | | | | | | HIT: Nobuaki Ito | HDP-CRT00026234 | Nobuaki Ito | 382:21 (Nobuaki Ito) |
| 2/12/2002 | Email | | | | | | | | | | X | | | | | | | | | | PHLP-CRT-096369 & Attachment (PHLP-CRT-096371) | Kris Mortier | Kris Mortier Dep.Vol. 1, 188-193 |
| 2/22/2002 | | X | | X | X | | | | | | X | | | | | | | | | SDI: Ahn, Park and SDI: Lee: LPD: Lim, E. Park: Orion: Kim and Orion: Nan: CPT: S. Jen, Y. Shih-Ming, CPT: C. Ling-Yun, CPT: C. Ling-Yuan and CPT: Yun | CHU00036394 | Patrick Canavan | Patrick Canavan Dep. Vol. 1, 310:4-320:18 |
| 2/25/2002 | | | | | X | | | | X | | | | | | | | | | | Toshiba: Yasuki Yamamoto SDI:  Jo, J. | TSB-CRT-00041862 | Yasuki Yamamoto | 247:1-250:19; 261:2-271:7 |
| 2/25/2002 | | X | | X | X | | | | X | | X | | | | | | | | | Toshiba:  Michael Du | TAEC-CRT-00056158; TAEC-CRT-00091751 | Dan Ryan | 219:25-22 |
| 3/1/2002 | email | | | | X | | | | | | X | | | | | | | | | | PHLP-CRT-097351 | Joseph Killen | Joseph Killen Dep. 167:4-186:1; 205:10-208:12; 269:19-270:4 |
| 3/4/2002 | N/A - email | | | | X | | | | | | X | | | | | | | | | | PHLP-CRT-097351 | Bob O'Brien | Bob O'Brien Dep. Vol. 1.; 141:11-143:16: Vol. 2.: 423:15-427:4 |
| 3/13/2002 | | | | | | X | X | X | X | X | | | | | | | | X | X | | HDP-CRT00004413 | | |
| 3/14/2002 | CSO Office | | X | | | | | | | X | X | | | | | | | | | | PHLP-CRT-014609 | Patrick Canavan | Patrick Canavan Dep. Vol. 1, 302:16-309:13 |

| MEETING DATE | LOCATION | CPT | LG | OEC/DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/18/2002 | | | | | X | | | | | | X | | | | | | | | | LPD: PJ Lee | PHLP-CRT 098241 | PIl Jae Lee | 190 |
| 3/19/2002 | Email | | | | X | | | | | | X | | | | | | | | | | PHLP-CRT098241 | Kris Mortier | Kris Mortier Dep.Vol. 1, 309-313 |
| 3/19/2002 | email | | | | X | | | | | | X | | | | | | | | | | JLJ-00005511 | Patrick Canavan | Patrick Canavan Dep. Vol. 1, 142:9-148:12 |
| 3/19/2002 | email attachment | X | X | X | X | X | | X | X | | X | X | | | | | | X | X | | JLJ-00005514 | Patrick Canavan | Patrick Canavan Dep. Vol. 1, 149:6-159:6 |
| 3/25/2002 | | X | | X | X | | | | X | | X | | | | | | | | | Toshiba:  Michael Du | TAEC-CRT-00093312 | Shinichiro Tsuruta; Dan Ryan | Tsuruta:  378:9-381:20 Ryan:  227:10-23 |
| 3/26/2002 | | | | | X | X | | | | | | | | | | | | | | HIT: Kumazawa SDI: Lee | HTP-CRT00049313 | Yuuichi Kumazawa | 266:22-25, 267:1 (Yuuichi Kumazawa) |
| 3/26/2002 | Changsa City, Hunan Province, China | X | X | | X | | | | | X | | | | | | | | | | | SDCRT-0087944 | Hoon Choi | 122:08 |
| 3/27/2002 | | | | | X | X | | | | | | | | | | | | | | HIT: Kumazawa SDI: Lee | HDP-CRT00026272 | Yuuichi Kumazawa | 270:6-25 (Yuuichi Kumazawa) |
| 3/28/2002 | Email | | | | X | X | | | | | | | | | | | | | | HIT: Kumazawa SDI: Lee | HTP-CRT00056188 | Yuuichi Kumazawa | 277:9-22, 279:14-18, 280:20-24 (Yuuichi Kumazawa) |
| Q4 2002 | | | | | X | | | | | | | X | | | | | | | | | SDCRT-0007279 | HS Chu | |
| 4/00/2002 | | | | | | X | | | X | | | | | | | | | | | HIT: Kumazawa TSB: Wakiyama | HDP-CRT00051407 | Yuuichi Kumazawa | 386:3-14 (Yuuichi Kumazawa) |
| 4/1/2002 | | | | | X | | X | | | | | | | | | | | | | MEC: Kinoshita; SDI: Kim | MTPD-0426017 | Kinoshita | Kinoshita II at 318-24 |

| MEETING DATE | LOCATION | CPT | LG | OEC /DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/17/2002 | | | | | | X | | | X | | | | | | | | | | | HIT: Yuuichi Kumazawa<br>TSB: Wakiyama | HDP-CRT00051358 | | |
| 4/18/2002 | | | | | | X | | | X | | | | | | | | | | | HIT: Yuuichi Kumazawa<br>TSB: Wakiyama | HDP-CRT00051407 | | |
| 4/18/2002 | | | | | X | | | | X | | | | | | | | | | | SDI: Jo (CDT Sales GM)<br>Toshiba: Yamamoto, Yasuki | TSB-CRT-00041870 | Yasuki Yamamoto; Kazuhiro Nishimaru | Yamamoto: 221:13-227:10 Nishimaru: 271:1-273:23 |
| 4/19/2002 | | | | | X | | | X | | | X | | | | | | | | | LPD: Phil Lee | PHLP-CRT-012646 | Pil Jae Lee | 291 |
| 4/22/2002 | | X | | X | X | | | | | | X | | X | | | | | | X | | CHU00660373 | C.C. Liu | C.C. Liu, Dep. Vol. 3, 474-478 |
| 4/24/2002 | | X | | X | X | | | | | | X | | | | | | | | | CPT: Edward Cheng<br>CPT: Yvonne Yun<br>SDI: Mr. Kevin Park<br>LPD: Mr. Edmond Park<br>Orion: Mr. Nam<br>Orion: Mr. Adam Choe | CHU00030406-407 | C.C. Liu | C.C. Liu, Dep. Vol. 2, 262-264 |
| 4/29/2002 | Email | | | | | | X | | X | | X | | | | | | | | X | LPD: Kris Mortier<br>LPD: Leo Mink<br>Toshiba: Keisuke Wakiyama<br>Toshiba: Kurosawa<br>Thomson: Martina<br>Panasonic: Norikazu Nakanishi<br>Sony: Takayoshi Kitawaki<br>Sony: Toshiya Shiga<br>Sony: Yoko Hayashi | MTPD-0331740 | Kris Mortier | Kris Mortier Dep.Vol. 2, 437-439 |
| 4/30/2002 | | X | | X | X | | | | X | | X | | | | | | | | | Toshiba: Michael Du | TAEC-CRT-00095236 | Dan Ryan | 234:8-238:6 |
| 5/13/2002 | | | | | X | X | | | | | | | | | | | | | | HIT: Watanabe<br>SDI: Pak, Kim, Rhee | HDP-CRT00049470 | Noboru Toyama | 204 (Noboru Toyama) |
| 5/16/2002 | Email | | | | X | | | | | | X | | | | | | | | X | | PHLP-CRT-14431 & Attachment (PHLP-CRT-134432) | Kris Mortier | Kris Mortier Dep.Vol. 1, 194-202 |
| 5/22/2002 | Indonesia | X | | | X | | | | X | | X | X | X | | | | | | | LPD - B. Jeon, B. Lee, Kyu Hwa, Yong Joon, K. Park<br>SDI - C. Ahn, C. Lee, S.K. Park, D. Bae, Dae Eui Lee, Chunghwa Yang, Chen<br>Thai CRT - Montri<br>Toshiba/MPTD - Yasukawa | | Dae Eui Lee | 268:10-274:1 |

| MEETING DATE | LOCATION | CPT | LG | OEC/DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/22/2002 | Indonesia | X | | | X | | | | X | | X | X | X | | | | | | | LPD - B. Jeon, B. Lee, Kyu Hwa, Yong Joon, K. Park<br>SDI - C. Ahn, C. Lee, S.K. Park, D. Bae, Dae Eui Lee, Chunghwa Yang, Chen<br>Thai CRT - Montri<br>Toshiba/MPTD - Yasukawa | SDCRT-0088715 | | |
| 5/27/2002 | | X | X | X | X | X | X | X | X | X | X | | X | | X | | | X | X | LPD: PJ Lee | PHLP-CRT-014816<br>PHLP-CRT-014272 | Pil Jae Lee | 203<br>287 |
| 5/27/2002 | | X | | | X | | | | X | | X | | | | | | | | | Toshiba: Michael Du | TAEC-CRT-00096166 | Shinichiro Tsuruta; Dan Ryan | Tsuruta: 382:22-384:22<br>Ryan: 243:11-24 |
| 5/28/2002 | Korea | X | | X | X | | | | | | X | | | | | | | | | SDI - Joon Seok Ahn, Sung Doek Park, Bo Kyung Lee<br>LPD - Sung Dae Lim, Joon Yong Park<br>Orion - Young Jae Kim, Gil Nam, Gyu Chul Choi, Jae Suk Kim<br>Chunghwa - S.J. Yang | SDCRT-0007585 (Ex. 675) | Dae Eui Lee | 260:15-264:1 |
| 5/30/2002 | Email | | | | X | | | | X | | X | | | | | | | | | | PHLP-CRT-014272 | Kris Mortier | Kris Mortier Dep.Vol. 1, 313-317 |
| 06/00/2002 | | | | | X | X | | | | | | | | | | | | | | | HDP-CRT00004468 | Nobuaki Ito | 211:03 (Nobuaki Ito) |
| 6/6/2002 | | X | | | X | | | | | | | | | | | | | | | SDI - Dae Eui Lee<br>Chunghwa - S.J. Yang | SDCRT-0007602 | Dae Eui Lee | 264:11-266:7 |
| 6/6/2002 | Thailand | X | | | | | | | | | | | | | | | | | X | Thompson - Peter Ho<br>Chunghwa - S.J. Yang | SDCRT-0007602 | | |
| 6/11/2002, 7/11/2002 | Tokyo, Osaka | | | | | | | | | | X | X | | | | | | | X | TSB: S. Trinker.<br>TSB: K. Mortier. | JLI-00001899 | Patrick Canavan | Patrick Canavan Dep. Vol. 2, 396:10-398:21 |
| 6/13/2002 | | X | | | X | | | | X | | X | | | | | | | | | Toshiba: Michael Du | TAEC-CRT-00096935 | Shinichiro Tsuruta; Dan Ryan: Norio Fujita | Tsuruta: 384:24-387:22<br>Ryan: 265:3-277:9 |
| 6/13/2002 | phone call | | | | | | X | | X | | | | | | | | | | | MEC: Sanogawaya | MTPD-0024384 | Sanogawaya | Sanagowaya III at 407-12 |
| 6/14/2002 | Samsung's Tijuana factory | | | | X | | | | | | | | | | | | | | | MEC: Kinoshita | MTPD-0042010 | Kinoshita | Kinoshita I at 67-77 |
| 6/27/2002 | Rome, Italy | | | | X | | | | | | X | | | | | | | | X | LPD: Leo Mink<br>THOM: Emeric Charamel<br>SDI: Rak Jin Kim<br>DOSA: Kyung Hoon | SDCRT-0087705 | | |
| 7/3/2002 | | | | | X | X | | | | | | | | | | | | | | HIT: Yuuichi Kumazawa<br>HIT: Nobuaki Itou | HDP-CRT00051412 | | |
| 7/7/2002 | n/a | X | | X | X | | X | | | | X | | | | | | | X | X | | LPD_00042916 | | |
| 7/18/2002 | Email | | | | X | | | | | | X | | | | | | | | | LPD: Kris Mortier<br>LPD: Jun Yong Park<br>SDI: Jae In Lee<br>SDI: Sung Deok Park | SDCRT-0006799-6800 | Kris Mortier | Kris Mortier Dep.Vol. 1, 318-323 |
| 7/19/2002 | | X | X | X | X | X | X | X | X | X | | | X | | X | X | | X | X | LPD: PJ Lee | PHLP-CRT-020282 | Pil Jae Lee | 158 |

| MEETING DATE | LOCATION | CPT | LG | OEC /DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/15/2002 | U.S. | | | | X | | | | | X | | X | | X | | | | | X | MTPD: Shigkazu Shibata<br>MTPD: Shinichi Iwamoto<br>MTPD: Ayumu Kinoshita<br>MTPD: Mike Nakamoto<br>MTPD: Takaki Kokado<br>THOM: J.P. Hanrahan | MTPD-0223790 | | |
| 8/16/2002 | | | | | | | X | | | | | | | | | | | | X | MEC: Iwamoto | MTPD-0223790 | Iwamoto | Iwamoto I at 190-97 |
| 8/28/2002 | Mobara, Japan | X | | | X | | | | | | | | | | | | | | | HIT: Yoshiichi Arita<br>CPT: S.C. Chen | HDP-CRT0037711 | | |
| 9/00/2002 | Paris, France | | | | X | | | | | | | | | | | | | | X | HIT: K. Hirai<br>HIT: Garry Gwaltney<br>PHS: Sukrit Mitra<br>PHS: Christian Haring | HEDUS-CRT00007566 | | |
| 9/00/2002 | | | | | X | | | | X | | | | | | | | | | X | HIT: K. Hirai<br>HIT: Garry Gwaltney<br>PHS: Sukrit Mitra<br>PHS: Christian Haring | HEDUS-CRT00007566 | | |
| 9/3/2002 | N/A - email | | | | | | | X | | X | | | | | | | | | | | PHLP-CRT-087780 | Bob O'Brien | Bob O'Brien Dep. Vol. 1.; 258:7-263:25 |
| 9/13/2002 | | X | | | | | | X | | | | | | | | | | | | CPT: Maxim Chen<br>CPT: Jeff Yue | CHU00030414-018 | S.J. Yang | S.J. Yang, Dep. Vol. 2, 252-255<br>Dep. Vol. 3, 362-365 |
| 9/27/2002 | Brussels, Belgium | X | | X | X | | X | | | | X | | | | | | | X | X | THOM: Didier Trutt<br>THOM: Christian Lissorgues<br>Ekranas: Alain Clement<br>Schott: Max Raster<br>Schott: Stefan Georgi<br>SDI: Helmut Meinke<br>LPD: Felice Albertazzi<br>LPD: Leo Mink<br>EECA EDIA: Anne-Marie Leclercq | PHLP-CRT-010790 | | |
| 10/4/2002 | Email | | | | X | X | | | | | | | | | | | | | | HIT: Kazumasa Hirai<br>SDI: unspecified | HDP-CRT00038398 | Noboru Toyama | 187 (Noboru Toyama) |
| 10/8/2002 | Parmesano Dayton Marriott Hotel | | | | X | X | | | | | | | | | | | | | | HIT: Kazumasa Hirai<br>MEC: Shinichi Iwamoto | MTPD-0036413 | Kazumasa Hirai | 152:4, 170, 435 (Kazumasa Hirai) |
| 10/16/2002 | | | | | X | | X | | | | | | | | | | | | | Hun Sul Chu (SDI): | SDCRT-0007266 | HS Chu | |
| 10/22/2002 | U.S. | | | | X | | | | X | | X | | X | | | | | X | THOM: Tom Carson<br>THOM: Alex Carson<br>LPD: Jeff Johnson<br>LPD: Bob O'Brien<br>HIT: Thom Schmitt<br>HIT: Jake Spengler<br>BMCC: Elaine Sears | PHLP-CRT-087372 | | |

| MEETING DATE | LOCATION | CPT | LG | OEC/DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/23/2002 | email | | | | X | | | | | | X | | | | | | | | | SDI: C. Bycon, SDI: B. Lee, SDI: S. Kim; LPD: N. Corsino, LPD: C. Kim, LPD: E. Park | PHLP-CRT-087304 | Patrick Canavan | Patrick Canavan Dep. Vol. 2., 390:22-395:22; 489:3-499:11 |
| 11/4/2002 | Email | | | | X | | | | | | X | | | | | | | | | | PHLP-CRT-010267 | Kris Mortier | Kris Mortier Dep.Vol. 2, 413-417 |
| 11/5/2002 | Email | X | | | | | | | | | X | | | | | | | | | | PHLP-CRT-012917 | Kris Mortier | Kris Mortier Dep.Vol. 1, 247-249 |
| 11/8/2002 | | | | X | | X | X | | X | | X | | X | | | | | | | | JLI-0001899 & Attachment JLI-00001901 | Kris Mortier | Kris Mortier Dep.Vol. 1, 323-326 |
| 11/12/2002 | Email | | | | | | X | | X | | X | X | | | | | | | | | PHLP-CRT-087420 | Kris Mortier | Kris Mortier Dep.Vol. 1, 326-330; Bob O'Brien Dep. Vol. 1,: 152:13-155:13 |
| 11/14/2002 - 11/15/2002 | Jungli, China | X | | | X | | | | | | | | | | | | | | | | HIT: Shouji Shirai CPT: K.C. Chen | HDP-CRT00038725, HDP-CRT00038733 | | |
| 11/14/2002 | Longwy, France | | | X | X | | | | | | | | | | | | | | | | Sung Won Ahn (OEC): Kyung Hoon Choi (OEC): Rak Jin Kim (SDI): Sung Deok Park (SDI) | SDCRT-0006632 | J.I. Lee: KC Oh | |
| 11/15/2002 | Paris | | | | X | | | | | | | | | | | | | | | X | Agnes (Thomson): Francoise (Thomson): SD Park (SDI) | SDCRT-0006632 | J.I. Lee: KC Oh | |
| 11/17/2002 - 11/18/2002 | China: Zhangjiajie | | X | | X | X | | | | X | | | | X | X | | | | | | BMCC: Chae-hong HIT: Yongxin BMCC: Fan PHS: Zhang, Dezhu | SDCRT-0006674, SDCRT-0006675 | | |
| 11/18/2002 | Japan | | | | | | | | X | | | | | | | | | | | X | THOM: Christian Lissorgues THOM: Emeric Charamel THOM: J.P. Hanrahan THOM: Jack Brunk THOM: A. Konuma TSB: T. Onda TSB: K. Ehara TSB: K. Nakana TSB: M. Mashinoto | TDA02994 | | |
| 11/20/2002 | | | | | X | | | | | X | | | | | | | | | | | | SDCRT-0006442 | KC Oh | |
| 11/20/2002 | Paris, France | | | | X | | | | | | | | | | | | | | | X | SDI: Sung Deok Park THOM: Ms. Agnes THOM: Ms. Francoise | SDCRT-0006632 | KC Oh: Jae In Lee | Oh 477: Lee 569 |

| MEETING DATE | LOCATION | CPT | LG | OEC /DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/25/2002 | Email | | | | X | | | | X | | | | | | | | | | | HIT: Yuuichi Kumazawa, Nobuaki Ito TSB: Keisuke Wakiyama | HDP-CRT00026077 | Nobuaki Ito Yuuichi Kumazawa | 262:4 (Nobuaki Ito): 207, 387 (Yuuichi Kumazawa) |
| 11/28/2002 | | X | | | X | | | | | | X | | | | | | | | | | SDCRT-0006043E | I.H. Song: Hoon Choi | Song: 195:19-198:24; Choi: 124:16 |
| 12/6/2002 | | | | | X | | | | X | | X | | | | | | | | | | SDCRT-0087934 | | |
| 12/10/2002 | Mexico | | | | X | | | | | | X | | | | | | | | | | SDCRT-0087934 | | |
| 12/15/2002 | | | | | X | | | | | | X | | | | | | | | | | PHLP-CRT-005637 | Pil Jae Lee | 311 |
| 12/16/2002 | | X | | | X | | | | | | X | | | | | | | | | | SDCRT-0088832 | I.H. Song | 238:19-241:1 |
| 12/17/2002 | | X | | X | | | | | | | X | | | | | | | | | CPT: S.J. Yang CPT: Maxim Chen | CHU00030559-562 | S.J. Yang | S.J. Yang, Dep. Vol. 2, 255-259 Dep. Vol. 3, 365-368 |
| 12/18/2002 | Email | | | | | | | | | | X | | | | | | | | | | PHLP-CRT-014413 & Attachment (PHLP-CRT-014414) | Kris Mortier | Kris Mortier Dep.Vol. 1, 202-212 |
| 12/22/2002 | | X | | | X | | | | | | X | | | | | | | | | Tony Cheng | SDCRT-0087953 | I.H. Song | 174:7-176:14, 178:14-23, 181:13-182:1, 183:4-19 |
| 12/27/2002 | | | | | X | | X | | | | | | | | | | | | | MEC: Nishiyama | SDCRT-0006670 | Nishiyama | Nishiyama III at 407-10 |
| 12/27/2002 | | | | | X | | X | | | | | | | | | | | | | MEC: Sanogawaya | MTPD-0222758 | Sanogawaya | Sanogawaya III at 472-77 |
| 2003 | n/a | | | | X | | | | | | | | | | | | | | X | | SDCRT-0088604 | | |
| 2003 | n/a | | | | X | | | | | | | | | | | | | | X | THOM: CL (Christian Lissorgues) | TDA01365 | | |
| 2003-2004 | | | | | X | | | | | | X | X | | | | | | | | MTPD: Yamamoto, Yasuki | | Yasuki Yamamoto | 83:22-86:9 |
| 2003-2004 | | | | | X | | | | | | X | X | | | | | | | | MTPD: Yamamoto, Yasuki | | Yasuki Yamamoto | 83:22-86:9 |
| 2003-2004 | | | | | X | | | | | | X | X | | | | | | | | MTPD: Yamamoto, Yasuki | | Yasuki Yamamoto | 83:22-86:9 |
| 1/00/2003-3/00/2003 | South Korea | | | | X | | | | X | | X | | | | | | | | | Toshiba: Yamamoto, Yasuki: Kawano; Wakiyama | | Yasuki Yamamoto | 117:22-121:23; 136:3-137:3 |
| 1/00/2003 | | | | | X | | | | | | | | | | | | | | | | SDCRT-0007280 | KC Oh | |
| 1/1/2003 | | X | | | X | | | | | | X | | | | | | | | | CPT: C.C. Liu CPT: Yvonne Yuan CPT: VP Chan CPT: Alex Yeh | CHU00031804 | C.C. Liu | C.C. Liu, Dep. Vol. 2, 264-267 |
| 1/8/2003 | N/A - email | X | | X | | | | | | | X | | | | | | | | | | PHLP-CRT-013964 | Bob O'Brien | Bob O'Brien Dep. Vol. 1.; 200:4-214:24 |
| 1/8/2003 | Garden Cafe, Harrah's Las Vegas | | | | | X | | | | X | | | | | | | | | | HIT: Tom Heiser, Thom Schmitt, JS, SB, PHS: C. Haring, S. Little | HEDUS-CRT00166481 | Tom Heiser | 244:06 (Tom Heiser) |
| 1/8/2003 | La Playa Lounge, Harrah's Las Vegas | | | | | X | | | | | | | | | | | | | | X | HIT: Tom Heiser, Thom Schmitt, AP SB THOM: G. O'Donnel, J.P. Colin | HEDUS-CRT00166481 | Tom Heiser | 244:06 (Tom Heiser) |

| MEETING DATE | LOCATION | CPT | LG | OEC /DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/9/2003 | email | | | | X | | | | | | | | | | | | | | | IDC: B. O'Donnell SDI: J. Lee and SDI: H. Choi SRI: S. Nebrich. | SDCRT-0005172_CT | Patrick Canavan | Patrick Canavan Dep. Vol. 1, 183:6-197:2 |
| 1/9/2003 | U.S. | | | | X | | | | | | X | | | | | | | | | LPD - Chang Hoo Kim | SDCRT-0087934 | | |
| 1/10/2003 | email | | | | X | | | | | | X | | | | | | | | | LPD: P. Canavan, LPD: R. O'Brien; SDI: J. Lee and SDI: H. Choi | SDCRT-0005170_CT | Patrick Canavan | Patrick Canavan Dep. Vol. 1, 183:6-197:2 |
| 1/13/2003 | N/A - email | | | | | | | | | | X | X | | | | | | | | | MTPD-0197518 | Bob O'Brien | Bob O'Brien Dep. Vol. 1,: 267:9-272:-24 |
| 1/29/2003 | Email | | | | X | | | | | | X | | | X | X | | | X | X | | PHLP-CRT-014465 & Attachments (PHLP-CRT-014469: 14470) | Kris Mortier | Kris Mortier Dep.Vol. 1, 212-224 |
| 2/00/2003 | | | | | X | | | X | | | X | | | | | | | | | | | SDCRT-0087934 | | |
| 2/3/2003 | Ann Arbor, MI | | | | X | | | | | | X | | | | | | | | | | | PTC-00004295 | Bob O'Brien | Bob O'Brien Dep. Vol. 1,: 251:20-258:2 |
| 2/10/2003 | email | X | | X | X | X | | X | X | X | X | X | | | | | | X | X | | | PHLP-CRT-015233 | Joseph Killen | Joseph Killen Dep. 208:17-219:6: 269:19-270:4 |
| 2/10/2003 | | | | | X | | | | | | X | X | | | | | | | | | | SDCRT-0088705 | J.I. Lee | |
| 2/19/2003 | | | | | X | | | | | | X | | | | | | | | | | Moon Jin Choi (LPD): Eui Seob Jo (SDI) | SDCRT-0005933 | KC Oh | |
| 2/21/2003 | | X | | | | | | X | | | X | | X | | | | | | | | CPT: S.J. Yang CPT: Maxim Chen | CHU00020660 | S.J. Yang | S.J. Yang, Dep. Vol. 2, 259-262 |
| 2/24/2003 | Marriott Hotel, Korea | X | | | X | | | | | | X | | | | | | | | | | | SDCRT-0091605 | | |
| 2/24/2003 | EIA meeting | | | | X | | X | | | | | | | | | | | | | | MEC: Nishiyama | PHLP-CRT-089887: SDCRT-0007282 | Nishiyama | Nishiyama I at 96-98 |
| 2/26/2003 | Taiwan | X | | | | | X | | | | | | | | | | | | | | CPT: Liu, Chih-Chun (C.C.) (Vice President): Yang, Sheng-Jen (S.J.)(Assistant Vice President): Chen, Shih-Ming (Maxim) MEC: Tomori (CPT Sales Manager, MDDM): Koga (Sales Manager, MDDM) | CHU00020661 CHU00030080 CHU00030553 | | |
| 2/27/2003 | Taiwan | X | | | | | | | | | | | | X | | | | | | | CPT: Liu, Chih-Chun (C.C.) (Vice President): Yang, Sheng-Jen (S.J.)(Assistant Vice President): Chen, Shih-Ming (Maxim) T-CRT: Kanet (Managing Director): Montri (Sales & Marketing Manager) | CHU00020661 CHU00030080 CHU00030553 | | |
| 2/28/2003 | Taiwan | X | | | | | | | X | | | | | | | | | | | | CPT: Liu, Chih-Chun (C.C.) (Vice President): Yang, Sheng-Jen (S.J.)(Assistant Vice President): Chen, Shih-Ming (Maxim) TSB: Ohmori (Sales & Marketing Senior Manager, TDDT): Nishimaru (Sales & Marketing Manager, TDDT) | CHU00020661 CHU00030080 CHU00030553 | Kazuhiro Nishimura | 274:22-278:9 |

| MEETING DATE | LOCATION | CPT | LG | OEC/DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/28/2003 | N/A - email | | X | | | | | | | | X | X | | | | | | | | | MTPD-0218782 | Bob O'Brien | Bob O'Brien Dep. Vol. 1.; 273:11-277:16 |
| 3/00/2003 | | | | | X | | | X | | | X | | | | | | | | | | SDCRT-0087934 | | |
| 3/3/2003 | SDI Conference Room | | | | X | | | X | | | | | | | | | | | | | Deok Yeon Kim (SDI): Eui-sub Cho (SDI): Jae-in Lee (SDI): Nakashima (Mitsubishi): Katou (Koshida-tech) | SDCRT-0006041 | I.H. Song | 221:22-223:11 |
| 3/3/2003-3/11/2003 | San Diego: Mexico | | | | X | | | | | | X | X | | | | | | | | X | KC Oh (SDI) | SDCRT-0076953: SDCRT-0076954 | KC Oh | 82:18-83:11 |
| 3/5/2003 | N/A - email | | | | | | | | X | | X | | | | | | | | | | | JLJ-00001928 | Bob O'Brien | Bob O'Brien Dep. Vol. 1.; 264:5-266:25 |
| 3/7/2003 | email | | | | | | | | | | X | X | | | | | | | | | | MTPD-0198889 | Bob O'Brien | Bob O'Brien Dep. Vol. 1.; 277:21-281:7 |
| 3/7/2003 | email | | | | | | | | | | X | X | | | | | | | | | | MTPD-0226478 | Bob O'Brien | Bob O'Brien Dep. Vol. 1.; 281:12-285:11 |
| 3/10/2003 | | | | | X | | | | | | | X | | | | | | | | | MTPD: Kinoshita | MTPD-0223553:MTPD-0025531 | Kinoshita | Kinoshita I at 150-51 |
| 3/12/2003 | | | | | | X | | | | | | X | | | | | | | | | HIT: Nobuaki Ito MTPD: Mr. Nishimura | HDP-CRT00026082 | Nobuaki Ito | 93:09 (Nobuaki Ito) |
| 3/12/2003 | | | | | X | | | | | | | | | | | | | | | | Sang Cheol Yoon (DOMEX): CH Im (SDI) | SDCRT-0002514 | KC Oh | |
| 3/23/2003 | | | | | X | | | | | | | | | | | | | | | X | | SDCRT-0002515 | KC Oh | |
| 3/24/2003 | Atlanta, GA | | | | | X | X | | | | | | | | | | | | | | HIT: Kazumasa Hirai, Nakanishi MEC: Shinichi, (Steve) Iwamoto, President Mike Nakamoto | MTPD-0025523 | Kazumasa Hirai | 183:06 (Kazumasa Hirai) |
| 3/24/2003 | Atlanta, GA | | | | | X | X | | | | | | | | | | | | | | HIT: Kazumasa Hirai Yosuke Nakanishi, Kumiko Wilson, MEC: Shinichi (Steve) Iwamoto, President Mike Nakamoto | MTPD-0042965 | Kazumasa Hirai | 194:13, 435 (Kazumasa Hirai) |
| 3/24/2003 | Atlanta, GA | | | | | X | X | | | | | | | | | | | | | | HIT: Kazumasa Hirai MEC: Shinichi (Steve) Iwamoto | MTPD-0041033 | Kazumasa Hirai | 202:3 (Kazumasa Hirai) |
| 3/27/2003 | Shenzhen | X | | | X | | | | | | X | | | | | | | | | | CPT: J.S. Lu SSDI: Zhen Yang LPD: Yu Tian LPD: VP Shenglie Xin LPD: Minghui Xu LPD: Jiangnan Yu | CHU00031822 | J.S. Lu | J.S. Lu, Dep. Vol. 2, 166-167 |
| After March 2003 | Bangkok | X | | | | | | | | | | X | | | | | | | | | MTPD: Nishimaru, Kazuhiro: Omori | | Kazuhiro Nishimura | 130:2-131:2: 132:16-132:23 |
| After March 2003 | Bangkok | | | | | | | | | | X | X | | | | | | | | | MTPD: Nishimaru, Kazuhiro | | Kazuhiro Nishimura | 131:20-132:15 |
| April 2003-March 2005 | | X | | | X | | | | | | X | X | X | | | | | | | | MTPD: Nishimura, Kazutaka | | Kazutaka Nishimura | |
| April 2003-March 2005 | | X | | | X | | | | | | X | X | X | | | | | | | | MTPD: Nishimura, Kazutaka | | Kazutaka Nishimura | |

| MEETING DATE | LOCATION | CPT | LG | OEC /DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| April 2003-March 2005 | | X | | | X | | | | | | X | X | X | | | | | | | MTPD: Nishimura, Kazutaka | | Kazutaka Nishimura | |
| 4/10/2003 | Email | | | | X | | | X | | | X | | | | | | | X | X | | PHLP-CRT-022244 [Attachments at -022245 and 022246] | Kris Mortier | Kris Mortier Dep.Vol. 1, 249-256 |
| 4/10/2003 | | | | | X | | | | | | X | | | | | | | | X | SDI: KC Oh<br>SDI: KH Kim<br>SDI: Gabriel LI Kim<br>Ekranas: Mr. Zvybas<br>Ekranas: Mr. Clement    LPD: Mun Bong Choi    Thomson: Charamel | SDCRT-0006903 | KC Oh | 206 |
| 4/14/2003 | Japan: Sony Osaki Office | | | | | X | X | X | | | | | | | | | | X | | SONY: Toshiya Shiga<br>HIT: Nobuaki Itou<br>HIT: Kawamura Katsuyuki<br>MIT: Norikazu Nakanishi | HDP-CRT00022991, HDP-CRT00022994, HDP-CRT00022995, HDP-CRT00022996 | | |
| 4/25/2003 | | | | | X | | | | | | X | X | | | | | | | | MTPD: Kawano: Sanogawaya: Tanaka: Nishimura<br>SDI:  Lee, Dong Hoon: Ahn, John S.: Jo, E.K.: Lee, Seungmin<br>LPD:  Yang, Yeong-Ug: Lee, Hwa-Kyu: Lim, Sung-Dai: Park, Edmond | MTPD-0423675 | Kazutaka Nishimura | |
| 4/25/2003 | | X | | | X | | | | | | | | | | | | | | X | | SDCRT-0088713 | | |
| 4/25/2003 | | | | | X | | | | | | X | X | | | | | | | | LPD: Yang, Yeong-Ug<br>LPD: Lee, Hwa-Kyu<br>LPD: Lim, Sung-Dai<br>LPD: Park, Edmond<br>MTPD: Kawano<br>MTPD: Sanogawaya<br>MTPD: Tanaka<br>MTPD: Nishimura<br>MTPD: Nakanishi<br>SDI: Lee, Dong Hoon<br>SDI: Ahn, John S.<br>SDI: Jo, E.K.<br>SDI: Lee, Seungmin | MTPD-0423675: MTPD-0573683 | Sanogawaya Nishimura | Sangowaya II at 210-13<br>Nishimura II at 172-84 |
| 4/29/2003 | | | | | X | | | | | | X | | | | | | | | | Joel Garbi (LPD): Joao Gordo (LPD): Sung Shik Kim (SDI): Francisco (SDI) | SDCRT-0093913 | KC Oh | |
| 4/30/2003 | | X | | | X | | | | | | X | | | | | | | | | CPT: S.J. Yang<br>SDI: VP Dong-Shun Lee<br>SDI: Jun-Zhe An<br>SDI: Zai-Ren Lee<br>LPD:  VP Yong-Shu Liang<br>LPD: Hua-Sheng Lee<br>LPD: Sheng-Da Lin | CHU00123742 | S.J. Yang | S.J. Yang, Dep. Vol. 3, 350-355 |
| 4/30/2003 | | | | | X | | | | | | X | | | | | | | | | Joel Garbi (LPD): Joao Gordo (LPD): Sung Shik Kim (SDI): Francisco (SDI) | SDCRT-0093913 | KC Oh | |

| MEETING DATE | LOCATION | CPT | LG | OEC/DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/1/2003 | email | | | | X | | | X | | | X | X | | | | | | | X | | MTPD-0011040 | Bob O'Brien | Bob O'Brien Dep. Vol. 1.; 286:6-294:13: Dep. Vol. 2.; 437:6-438:7 |
| 5/2/2003 | U.S. | | | | X | | | | | | | | | | | | | | X | SDI: Woongrae Kim SDI: Dong Suk Lee THOM: J.P. Hanrahan THOM: Jack Brunk | SDCRT-0007239 | KC Oh | 445 |
| 5/9/2003 | | | | | X | X | | | | | | | | X | X | | | | | Wenqiang Fan; Jianshe Wei; Xiaolin Shen; Xiuhua Li; Zhiping Xu; Guojun Yang; Weixian Wu; Yaping Yang; S.K. Sung | BMCC-CRT000142063 | | |
| 5/13/2003 | email | | | | X | | | | | | X | X | | | | | | | | | MTPD-0276153 | Bob O'Brien | Bob O'Brien Dep. Vol. 2.; 329:17-335:15; 438:11-18 |
| 5/20/2003 | | X | | | X | | | | | | X | | | | | | | | | | SDCRT-0088791 | I.H. Song | 209:3-210:25, 217:14-221:3 |
| 5/21/2003 | | | | | X | | | | | | | X | | | | | | | | Hun Sul Chu (SDI) | SDCR T-0070524 | HS Chu | |
| 6/2-4/2003 | | | | | | | | | | | X | X | | | | | | | X | MTPD: Nakamoto MTPD: Shibata | MTPD-0013872 | | |
| 6/4/2003 | Spain | | | | X | | | | | X | | | | | | | | | X | (SDI): S. D. Park: EECA: Anne-Marie Leclercq: Philips: Leo Mink, Philips: Kris Mortier: Thomson: A. Martin: EIAK: Hong Sik Kang, and EIAK: In Su Lee | Samsung 2nd Supplemental Response p 63 | Kris Mortier | Kris Mortier Dep.Vol. 2, 537-550 |
| 6/5/2003 - 6/9/2003 | | | | | X | | | | | | X | | | | | | | | | Woo Seok Huh (SDI) | SDCRT-0006927 | KC Oh | |
| 6/6/2003 | email | | | | X | | | | | | X | X | | | | | | | | | MTPD-0276234 | Bob O'Brien | Bob O'Brien Dep. Vol. 2.; 338:9-343:19: 439:24-440:6 |
| 6/9/2003 | email and attachment | | | | X | | | | | | X | | | | | | | | | | SDCRT0006927: SDCRT0006928 | Bob O'Brien | Bob O'Brien Dep. Vol. 2.; 358:14-360:16: 442:3-442:17: Vol. 2.; 360:18-362:2 |
| 6/9/2003 | | | | | | | | | | | | X | | | | | | | X | MTPD: Shigkazu Shibata | MTPD-0011066 | | |
| 6/10/2003 | n/a | | | | X | | | | | | | | | | | | | | X | THOM: James Hanrahan THOM: Jack Brunk THOM: Christian Lissorgues | TDA01360 | | |
| 6/12/2003 | | X | | | X | | | | | | X | | | | | | | | | | SDCRT-0088798 | I.H. Song | 224:21-226:24 |

| MEETING DATE | LOCATION | CPT | LG | OEC /DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/13/2003 | | | | | X | | | | | | X | | | | | | | | X | EECA: Anne-Marie Leclerq<br>LPD: Leo Mink<br>LPD: Kris Mortier<br>THOM: A. Martin<br>SDI: Kevin Park | SDCRT-0006510 & SDCRT-0006510E | Kris Mortier | Kris Mortier Dep.Vol. 2, 434-437 |
| 6/25/2003 | | | | | | | | | | | X | X | | | | | | | | LPD: B. O'Brien.<br>MTPD: S. Lammers,<br>MTPD: N. Bray,<br>MTPD: S. Iwamoto,<br>MTPD: M. Nakamoto,<br>MTPD: C. Read. | MTPD-0016475 | Bob O'Brien | Bob O'Brien Dep. Vol. 2.: 335:19-338:5; 438:21-439:23 |
| July 2003-June 2006 | U.S. (California) | | | | X | | | | | | | X | | | | | | | | MTPD: Fujita, Norio<br>SDI: Kim, Ray | | Norio Fujita | |
| July 2003-June 2006 | U.S. (California) | | | | X | | | | | | | X | | | | | | | | MTPD: Fujita, Norio<br>SDI: Kim, Ray | | Norio Fujita | |
| July 2003-June 2006 | U.S. (California) | | | | X | | | | | | | X | | | | | | | | MTPD: Fujita, Norio<br>SDI: Kim, Ray | | Norio Fujita | |
| July 2003-June 2006 | U.S. (California) | | | | X | | | | | | | X | | | | | | | | MTPD: Fujita, Norio<br>SDI: Kim, Ray | | Norio Fujita | |
| July 2003-June 2006 | U.S. (California) | | | | X | | | | | | | X | | | | | | | | MTPD: Fujita, Norio<br>SDI: Kim, Ray | | Norio Fujita | |
| July 2003-June 2006 | U.S. (California) | | | | X | | | | | | | X | | | | | | | | MTPD: Fujita, Norio<br>SDI: Kim, Ray | | Norio Fujita | |
| July 2003-June 2006 | U.S. (California) | | | | X | | | | | | | X | | | | | | | | MTPD: Fujita, Norio<br>SDI: Kim, Ray | | Norio Fujita | |
| July 2003-June 2006 | U.S. (California) | | | | X | | | | | | | X | | | | | | | | MTPD: Fujita, Norio<br>SDI: Kim, Ray | | Norio Fujita | |
| 7/2/2003 | Thomson Mexicali factory | | | | | | | | | | | X | | | | | | | X | MTPD: Alex Kinoshita<br>MTPD: Kazutaka Nishimura | MTPD-0035375 | Kazutaka Nishimura: Ayumu Kinoshita 30(b)(6): Shinichi Iwamoto 30(b)(6) | Kinoshita 30(b)(6) 121, 393: Iwamoto 30(b)(6) 332: Nishimura II at 185-89 |
| 7/14/2003 | | | | | | X | | | | | | X | | | | | | | | HIT: Nobuaki Ito<br>MTPD: Kazutaka Nishimura | HDP-CRT00026313 | Nobuaki Ito | 265:14 (Nobuaki Ito) |
| 7/17/2003 | | | | | | X | | | | | | X | | | | | | | | HIT: Nobuaki Ito<br>MTPD: Kazutaka Nishimura | HDP-CRT00026313 | Nobuaki Ito | 265:14 (Nobuaki Ito) |
| 7/18/2003 | U.S. | | | | X | | | | | | X | | | | | | | | X | LPD: Quin Choi<br>SDI: KC Oh<br>THOM: Jack Brunk | SDCRT-0007173 | KC Oh | 210 |
| 7/22/2003 | MIT's Mexico factory | | | | | X | | | X | | | | | | | | | | | HIT: Shibuya<br>MIT: Shinagawa | HEDUS-CRT00000531 | Noboru Toyama | 183 (Noboru Toyama) |
| 7/25/2003 | | | | | X | | | | | | X | X | | | | | | | | | SDCRT-0088720 | J.I. Lee | |
| 7/26/2003 | Santee, CA | | | | X | | | | | | X | | | | | | | | X | | SDCRT-0007173 | KC Oh | |
| 8/5/2003 | | | | | X | | | | | | X | X | | | | | | | | Eisaburo Himano (MTPD): Hisashi Matsuda (MTPD): Tomoyuki Kawano (MTPD): Chang Hu Kim (LPD) | SDCRT-0088726 | J.I. Lee | |

| MEETING DATE | LOCATION | CPT | LG | OEC /DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/6/2003 | | | | | | | | | | X | | X | | | | | | X | X | MTPD: Shigkazu Shibata | MTPD-0426070 | | |
| 8/19/2003 | U.S. | | | | | | | | | | | X | | | | | | | X | THOM: J.P. Hanrahan<br>THOM: J.R. Hirschler<br>MTPD: President Shibata<br>MTPD: Iwamoto<br>MTPD: Usuda | MTPD-0576483 | | |
| 8/28/2003 | | X | | | X | | | | | | | X | | | | | | | | | | CHU00660606 | C.C. Liu | C.C. Liu, Dep. Vol. 3, 478-485 |
| 9/5/2003 | Bangkok, Thailand | X | | | X | | | | | | | X | X | X | | | | | | | D.E. Lee (SDI): Jae In Lee (SDI): Byung Koo Jeong (LPD): Yong Ik Jeong (LPD): Joon Young Park (LPD): Yang (CPT): Chen (CPT): Montri (TCRT); Cirichai (TCRT): Yasukawa (MTPD) | SDCRT-0088732 | J.I. Lee | |
| 9/5/2003 | Thailand | X | | | X | | | | | | | X | X | X | | | | | | | SDI - Dae Eui Lee, Jae In Lee<br>LPD - Byung Koo Jeong, Yong Ik Jeong, Joon Young Park<br>Chunghwa - Mr. Yang, Mr. Chen<br>Thai CRT - Mr. Montri, Mr. Cirichai<br>MTPD - Yasukawa | SDCRT-0088732 | Dae Eui Lee | 276:12-279:24 |
| 9/5/2003 | | X | | | X | | | | | | | X | X | X | | | | | | | CPT: S.J. Yang<br>CPT: Maxim Chen | CHU00030060-063 | S.J. Yang | S.J. Yang, Dep. Vol. 2, 262-263 |
| 9/19/2003 | email | | | | X | | | | | | | X | X | | | | | | | | | MTPD-0183877 | Bob O'Brien | Bob O'Brien dep. 343:24-346:15; 440:7-11 |
| 10/00/2003 | Korea | | | X | X | | | | | X | X | | | | | | | | | X | | SDCRT-0006510 | | |
| 10/8/2003 | n/a | | X | | X | X | | | | | | X | | | | | | | | | MTPD: Muramatsu<br>MTPD: Nakamoto<br>MTPD: Iwamoto<br>MTPD: Nishiyama | MTPD-0314102 | | |
| 10/17/2003 | n/a | | | | | | | | | | | X | | | | | | | | X | MTPD: Tom Fote<br>MTPD: Iwamoto<br>THOM: Alex Hepburn | MTPD-0184084 | | |
| 10/28/2003 | TASHEE, Ming Garden Restaurant | X | | | X | | | | | | | X | | | | | | | | | | CHU00660626 | C.C. Liu | C.C. Liu, Dep. Vol. 3, 485-487 |
| 10/30/2003 | Pittsburgh, PA | | | | | X | | | | X | | | | | | | | | | X | MEC: S. Iwamoto, Tom Fote<br>THOM: Alex Hepburn<br>LPD: Bob O'Brien | HEDUS-CRT00164095 | Thom Schmitt | 272:21 (Thom Schmitt) |
| 10/31/2003 | U.S. | | | X | X | | | | | | | X | X | | | | | | X | X | MTPD: Alex Kinoshita | MTPD-0426066 | Ayumu Kinoshita 30(6)(b) | 397 |
| 10/31/2003 | USA, San Diego: Matsushita Offices | | | | | | | | | | | X | | | | | | | | | MTPD: Kinoshita | MTPD-0426066 | Kinoshita | Kinoshita II at 397-98 |
| 11/6/2003 - 11/9/2003 | Irico offices in Xianyang | | | | | X | | | | | | | | | | X | | | | | HIT: Satoshi Mutou<br>HIT: Watanabe Mitsuru<br>IRI: Takenaga | HDP-CRT00047354 | | |
| 11/7/2003 | Brussels, Belgium | | | | X | | | | | | | X | | | | | | | X | X | THOM: Emeric Charamel<br>SDI: Helmut Meinke<br>SDI: Gabriel Kim<br>Buckbee Mears Europe: Frank Sandtmann<br>Ekranas: Michael Leipold<br>SONY: Goro Sekiya<br>Tesla Ecimex: Michal Mlka<br>Tesla Ecimex: Zdenek Stuchlik<br>LPD: Leo Mink<br>ANIE: Marcella Quattrocchi<br>EECA EDIA: Anne-Marie Leclercq | SDCRT-0088629 | | |

| MEETING DATE | LOCATION | CPT | LG | OEC /DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/11/2003 | n/a | | | X | | X | | | | | X | X | | | | | | X | X | | SDCRT-0005709 | | |
| 11/12/2003 | | X | | | X | X | | | | | X | X | X | | | | | | | | CPT: S.J. Yang<br>CPT: Maxim Chen | CHU00030058-059 | S.J. Yang | S.J. Yang, Dep. Vol. 2, 263-267 |
| 11/18/2003 | | | | | X | | | | | | | X | | | | | | | | | MTPD: Kinoshita<br>MTPD: Kinoshita, Alex<br>SDI: Lee, Jaein<br>SDI: Kim: Woongrae<br>SDI: Hur, Woo Suk | MTPD-0141811; SDCRT-0005645 | Kinoshita | Kinoshita II at 218-28 |
| 11/21/2003 | Netherlands | | X | | X | | | | | | X | | | | | | | | | X | THOM: Emeric Charamel<br>SDI: Gabriel<br>LPD: MB | SDCRT-0088635 | | |
| 11/28/2003 | | | | | X | | | | | | X | X | | | | | | | | | MTPD: Kinoshita<br>SDI: Kim | MTPD-0038856 | Kinoshita Nishimura | Kinoshita I at 88-99<br>Nishimura II at 191-96 |
| 12/1/2003 | | | | | X | | | | | | | X | | | | | | | | | MTPD: Nishimura | MTPD-0426042 | | |
| 12/4/2003 | Paris, France | | X | | X | | | | | | X | X | | | | | | | X | X | | SDCRT-0088661 | | |
| 12/4/2003 | | | | | X | | | | | | X | X | | | | | | | | X | SDI: Dong Hoon Lee<br>SDI: Lak Jin Kim<br>LPD: Moon Bong Choi<br>THOM: Emeric Charamel | SDCRT-0088661 | | |
| 12/5/2003 | | X | | X | X | | | | | X | X | | | | | | | | | | CPT: C.C. Liu<br>CPT: Tony Cheng<br>CPT: Alex Yeh<br>CPT: Yvonne Yuan | CHU00031214-220 | C.C. Liu | C.C. Liu, Dep. Vol. 2, 275-276 |
| 12/6/2003 | U.S. | | | | | | | X | | | | X | | | | | | | | X | MTPD: Shigkazu Shibata<br>THOM: J. Hanrahan<br>THOM: Christian Lissorgues | MTPD-0026563 | | |
| 12/10/2003 | | | | | X | | | | | | | X | | | | | | | | | Hun Sul Chu (SDI): Nishiyama (MTPD); Sanogawaya (MTPD) | SDCRT-0088431 | HS Chu | |
| 12/17/2003 | email | | | | X | | | | | | X | X | | | | | | | | | | MTPD-00140013 | Bob O'Brien | Bob O'Brien Dep. Vol. 2.: 351:11-358:2: 440:19-441:24 |
| 12/17/2003 | U.S. | | | | | | | | | | | X | | | | | | | | X | MTPD: Shigkazu Shibata<br>THOM: J. Hanrahan<br>THOM: Christian Lissorgues<br>THOM: Didier Trutt | MTPD-0043577 | | |
| 12/18/2003 | Shangri-La Hotel, Singapore | X | | | X | | | | | | | | | | | | | | | | CPT: S.J. Yang<br>CPT: Maxim Chen<br>SDI: Mr. D.E. Lee | CHU00030064-065 | S.J. Yang | S.J. Yang, Dep. Vol. 2, 267-271 |
| Late 2003 | Korea | | | | X | | | | | | X | X | | | | | | | | | MTPD: Nishimura, Kazutaka: Tanaka: Kawano | | Kazutaka Nishimura | |
| 2004 | | X | | | X | | | | | | X | | | | | | | | | | LPD: IH Han | n/a | Jim Kang Jung | 70-71 |
| 2004 | | X | | | X | | | | | | | | | | | | | | | | I.H. Song: Yvonne Yun | | I.H. Song | 245:4-19 |
| 2004 | | X | | | X | | | | | | X | | | | | | | | | | I.H. Song | | I.H. Song | 305:1-307:22 |
| 2004 | LPD Taipei Office | X | | | X | | | | | | X | | | | | | | | | | Alex Yeh (CPT): Yvone Yun (CPT) | SDCRT-0090312 | I.H. Song | 315:12-317:11 |

| MEETING DATE | LOCATION | CPT | LG | OEC/DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2004 | | | | | X | | | | | | X | | | | | | | | | I.H. Song; Cesar Jung (LPD) | | I.H. Song | 349:11-15 |
| 2004 | | X | | | X | | | | | | | | | | | | | | | I.H. Song | SDCRT-0096624E | I.H. Song | 358:3-359:12 |
| 2004 | U.S. | | | | | | | | | | | | | | | | | | X | THOM: Christian Lissorgues | MTPD-0014992; MTPD-0573840 | | 254:04 (Tom Heiser) |
| 2004 | | | | | | | X | | | | | | | | | | | | X | | HEDUS-CRT00164378 | Tom Heiser | 254:04 (Tom Heiser) |
| 2004-2005 | Yangmei Factory, Taiwan | X | | | X | | | | | | | | | | | | | | | | | | 77:20-21 |
| 2004-2005 | | | | | X | | | | | | X | | | | | | | | | | | | 78:1-2 |
| 2004-2005 | LPD Office | X | | | X | | | | | | X | | | | | | | | | | | | 78:05:00 |
| 1Q 2004 | | | | | X | | | | | | X | | | | | | | | | | SDCRT-0066803 | KC Oh | |
| 1/0/2004 | | X | | | X | | | | | | X | | | | | | | | | | CHU00660671 | C.C Liu | C.C. Liu, Dep. Vol. 3, 487-491 |
| 1/7/2004 - 1/10/2004 | Various meetings and locations | | | | X | | | | | | X | X | | | | | | | | X | Thom: Trutt, Thom: Lissorgues, Thom: J. Dumas. LPD: A, White, LPD: P. Canavan, LPD: A. Leunis, LPD: D. Ivey, LPD: R. Stafford, LPD: B. O'Brien, LPD: Q. Choi, LPD: R. Silva, LPD: H. Kashimura, LPD: W. Kim, LPD: P. Lee, SDI: J. Kim, SDI: D. Lee, SDI: K. Oh, SDI: C. Bae, SDI: C. Lee, SDI: K. Park. Orion: Yano, Itakura. TSB: Y. Kimura. | LPD-0000280 | Bob O'Brien | Bob O'Brien Dep. Vol. 1,; 246:18-251:15 |
| 1/9/2004 | Europe | | | | X | | | | | | X | | | | | | | | | X | LPD: Munbong Choi THOM: Emeric Charamel SDI: Junghwan Seo SDI: Lockjin Kim | SDCRT-0090077 | | |
| 1/12/2004 | email | | | | X | | | | | | X | X | | | | | | | | | | MTPD-0027781 | Bob O'Brien | Bob O'Brien Dep. Vol. 2; 364:25-369:6; 442:19-443:2; 443:22-446:3 |
| 1/27/2004 to 1/30/2004 | Xiamen, China "Fuzhou" | X | | X | X | | X | | | | X | | | | | | | | | | CPT: C.C. Liu CPT: Alex Yeh CPT: Yvonne Yuan | CHU00031227-231 | C.C. Liu | C.C. Liu, Dep. Vol. 2, 276-277 |
| 2/7/2004 | | | | | X | | | | | | | X | | | | | | | | | MTPD: Kinoshita | MTPD-0042034 | Kinoshita | Kinoshita II at 302-08 |

| MEETING DATE | LOCATION | CPT | LG | OEC/DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/16/2004 | | X | | | X | | | | | | X | X | X | | | | | | | MTPD: Yasukawa<br>MTPD: Tomor<br>MTPD: Nishimura | MTPD-0423651 | Nishimura | Nishimura II at 203-15 [See also Nishimura III at 345-54] |
| 2/16/2004 | Singapore | X | | | X | | | | | | X | X | X | | | | | | | SDI: Lee, D.E.: Park, Kevin<br>LPD: Joon, B.K.: Park, Edmond<br>CPT: Liu, C.C.: Yang, S.J.: Ming, Chen Shih<br>Thai-CRT: Montri: Sirichai<br>MTPD: Yasukawa: Tomori: Nishimura | MTPD-0423641 | Kazutaka Nishimura | |
| 2/16/2004 | Singapore | X | | | X | | | | | | X | X | X | | | | | | | SDI - Dae Eui Lee, Sung Duk Park<br>LPD - Byung Goo Jeon, Joon Yong Park<br>MTPD - Yasukawa, Tomori, Nishimura<br>Chunghwa - C.C. Liu, Mr. Yang, Mr. Chen<br>Thai CRT - Mr. Montri, Mr. Sirichai | SDCRT-0090157 | Dae Eui Lee | 282:6-285:13 |
| 2/16/2004 to 2/17/2004 | | X | X | X | X | | | | | | X | X | X | | X | | | | | CPT: C.C. Liu<br>CPT: Tony Chen | CHU00030036-039 | C.C. Liu | C.C. Liu, Dep. Vol. 2, 277-279 |
| 2/19/2004 | email | | | | | | | | | X | | | | | | | | | | LPD: P. Canavan:<br>Pansonic: M. Kamoto | MTPD-0015858 | Patrick Canavan | Patrick Canavan Dep. Vol. 2., 380:6-381:6 |
| 2/23/2004 | LPD Taipei Office | X | | | X | | | | | | X | | | | | | | | | | SDCRT-0090253 | Hoon Choi | 137:10 |
| 2/26/2004 | Amsterdam, Netherlands | | | | X | | | | | | X | | | | | | | | X | LPD: Felice Albertazzi<br>LPD: Leo Mink<br>THOM: Emeric Charamel<br>SDI: Lockjin Kim | SDCRT-0090098 | | |
| 3/1/2004 | Novel, Shanghai | X | | | | | | | | | | | | | | | | | | CPT: S.J. Yang<br>CPT: Maxim Chen<br>CPT: Jeff Yue<br>CPT:Tony Cheng<br>CPT: C.C. Liu | CHU00030056 | S.J. Yang | S.J. Yang, Dep. Vol. 3, 410-414 |
| 3/2/2004 | | | | | | | | | | | | | | | | | | | | | SDCRT-0090253 | Hoon Choi | 137:10: 145:9 |
| 3/2/2004 | | X | | | X | | | | | | X | | | | | | | | | | SDCRT-0090275 | I.H. Song | 248:1-250:20 |
| 3/3/2004 | Shenzhen | X | | X | | | | | | | | | | | | | | | | CPT: S.J. Yang<br>CPT: Maxim Chen<br>Korea Orion: Mr. Kim | CHU00030051 | S.J. Yang | S.J. Yang, Dep. Vol. 2, 271-274 |
| 3/12/2004 | email | | | | X | | | | | | X | X | | | | | | | | | MTPD-0024653 | Bob O'Brien | Bob O'Brien Dep. Vol. 2.: 362:11-364:13 |
| 3/15/2004 | | X | | | X | | | | | | X | | | | | | | | | | SDCRT-0090280 | I.H. Song | 255:4-24, 256:21-258:19 |
| 3/16/2004 | Singapore | X | | | X | | | | | | X | X | X | | | | | | | | SDCRT-0090157 | | |
| 3/16/2004 | Singapore | X | | | X | | | | | | X | X | X | | | | | | | SDI - Dae Eui Lee, Sung Duk Park<br>LPD - Sung Dae Im, Joon Yong Park<br>MTPD - Yasukawa, Nishimura<br>Chunghwa - Mr. Yang, Mr. Chen<br>Thai CRT - Mr. Montri | SDCRT-0090163 | Dae Eui Lee | 286:9-289:9 |
| 3/17/2004 | Budapest NH Hotel Conference Room, Hungary | | | | X | | | | | | X | | | | | | | | X | SDI: Lak Jin Kim<br>SDI: Tae Ryong Park<br>SDI: Dr. Glowik<br>PH: Kris Mortier<br>PH: Leo Mink<br>THOM: Emeric Charamel | SDCRT-0090100 & SDCRT-0090100E: Samsung 2nd Supplemental Response p 69 | Kris Mortier | Kris Mortier Dep.Vol. 2, 353-356, 537-550 |

| MEETING DATE | LOCATION | CPT | LG | OEC /DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/21/2004 | Singapore | X | X | | | | | | | | | | | | | | | | X | CPT: S.J. Yang | CHU00030449-457 | S.J. Yang | S.J. Yang, Dep. Vol. 2, 299-301 |
| 3/21/2004 | Singapore | X | | | X | | | | | | X | X | | | | | | | X | CPT: S.J. Yang | CHU00123358.1 | | |
| 3/22/2004 | phone call | | | | | | | | | | X | X | | | | | | | | MTPD: Tanaka | MTPD-0419572 | Nishimura | Nishimura II at 217 on |
| 3/22/2004 | phone call | | | | X | | | | | | | X | | | | | | | | MTPD: Tanaka | MTPD-0419572 | Nishimura | Nishimura II at 217 on |
| 3/31/2004 | | | | | | X | | | | | | | | | | | | | X | HIT: Heiser, Wen, Guojun, Shibuya, Toyama, Komori, Schmitt, Sakamoto | HEDUS-CRT00184595 | Noboru Toyama | 108 (Noboru Toyama) |
| 3/31/2004 | Email | | | | | X | | | | X | | | | | | | | | | HIT: Heiser, Wen, Guojun, Shibuya, Toyama, Komori, Schmitt, Sakamoto | HEDUS-CRT00184595 | Tom Heiser Noboru Toyama | 273:24 (Tom Heiser): 230 (Noboru Toyama) |
| 3/31/2004 | Korea | X | X | X | | | X | | | X | X | | | | | | | | | | CPT: C.C. Liu<br>CPT: Tony Cheng<br>CPT: Alex Yeh<br>CPT: Yvonne Yun | CHU00031240-247 | C.C. Liu | C.C. Liu, Dep. Vol. 2, 279-280 |
| 4/1/2004 | San Diego | | | | X | | | | | | | X | | | | | | | | | MTPD: Fujita, Norio: Yoshikawa: Usuta SDI: Oh, Patrick: Kim, Ray | MTPD-0027035 | Fujita | Fujita II at 298 |
| 4/1/2004 | | X | | | X | | | | | | X | X | X | | | | | | | | MTPD: Ohmori<br>MTPD: Tomori<br>MTPD: Nishimura | MTPD-0576449 | Nishimura | Nishimura II 221-25 |
| 4/6/2004-4/7/2004 | Budapest | | | | X | | | | | | X | | | | | | | | | | LPD: Oterloo<br>LPD: Felice<br>LPD: Kris<br>SDI: D.S. Kim<br>SDI: Meinke<br>SDI: Rockow | SDCRT-00990102 & attachment | Kris Mortier | Kris Mortier Dep.Vol. 2, 374-391 |
| 4/20/2004 | Delafoil - Perrysburg, OH | | | | X | | | | | | X | | | | | | | | | X | HIT:  Tom Heiser, Tom Schmitt<br>LPD:  Pat Canavan, Bob O'Brien<br>MTPD:  Steve Lammers, Tom Fote, Steve Iwamoto<br>THOM:  Alex Hepburn | MTPD-0009514 | Tom Heiser | 222:21 (Tom Heiser) |
| 4/23/2004 | Thailand | X | | | X | | | | | | X | X | X | | | | | | | | CPT: Yan, S. J. (Assistant VP, Sales & Marketing, Taiwan): Ming, Chen Shih (Director, Malaysia)<br>LPD: Kang, II-Gyu (CPT Export Team, Korea): Park, Edmond (Marketing Asia Pacific, Korea)<br>MTPD: Ohmori (Thailand): Tomori (Malaysia): Nishimura, K. (Takatsuki)<br>SDI: Lee, D.E. (Sales, Malaysia): Park, Kevin (Marketing, Korea)<br>T-CRT: Montri (Senior Manager, Sales, Thailand): Sirichai (Manager, Sales) | MTPD-0576449 | Kazutaka Nishimura | |
| 4/23/2004 | Bangkok | X | | | X | | | | | | X | X | X | | | | | | | | | SDCRT-0090163 | | |

| MEETING DATE | LOCATION | CPT | LG | OEC /DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/23/2004 | Bangkok | X | | | X | | | | | | X | X | X | | | | | | | SDI - Dae Eui Lee, Sung Duk Park<br>LPD - Joon Yong Park, Il Gyu Kang<br>MTPD - Omori, Tomori, Nishimura<br>Chunghwa - Mr. Yang, Mr. Chen<br>Thai CRT - Mr. Montri | SDCRT-0090167 | Dae Eui Lee | 292:11-294:7 |
| 4/26/2004 | | X | | | X | | | | | | X | | | | | | | | | | | I.H. Song | 261:2-20 |
| 4/26/2004 | SDI's San Diego Office | | | | X | | | | | | | X | | | | | | | | MTPD: Kawano: Tobinaga | MTPD-0637815 | Tsuruta | Tsuruta II at 230-34 |
| 4/28/2004 | LGE's Offices | | X | | | | | | | | X | | | | | | | | | | LGE: Duk Chul Ryu<br>LPD: PKAM Group | LGE00092293 | | |
| 5/6/2004 | SDI's San Diego office | | | | X | | | | | | | X | | | | | | | | MTPD: Yoshikawa, Masakazu; Fujita, Norio<br>SDI: Kim, C.W.: Choi, H.W.: Lee, J.I.: Kim, R. | MTPD-0260906 | Norio Fujita | Fujita II at 303 |
| 5/6/2004 | LPD Taiwan Office | X | | | X | | | | | | X | | | | | | | | | | | SDCRT-0090299 | Hoon Choi | 147:11 |
| 5/6/2004 | | X | | | X | | | | | | X | | | | | | | | | | | | Hoon Choi | 369:9 |
| 5/12/2004 | | | | | X | | | | | | X | X | | | | | | | | | | MTPD-0260262 | Norio Fujita | |
| 5/13/2004 | Czech Republic | | | | X | | | | | | X | | | | | | | | X | X | SDI: Helmut Meinke:<br>LG Philips: Felice Albertazzi,<br>LG Philips: Kris Mortier:<br>Thomson: Emeric<br>Charamel:<br>Schott Glass: Stefan Georgi,<br>Schott Glass: Peter Schreiner:<br>Ekranas: Aydin Giz,<br>Ekranas: Michael Leipold:<br>Ecimex: Michael Minka:<br>Sony: Goro Sekiya:<br>BME: Frank<br>Sandtmann:<br>EECA EDIA: Leo Mink, and<br>EECA EDIA: Anne-Marie Leclercq | Samsung 2nd Supplemental Response p 71 | Kris Mortier | Kris Mortier Dep.Vol. 2, 537-550 |
| 5/18/2004 | Malaysia, Kuala Lumpur | X | | | X | | | | | | X | X | X | | | | | | | | SDI: Lee, D. E. (Sales, Malaysia), Park, Kevin (Marketing, Korea)<br>LPD: Kang, Il-Gyu (CPT Export Team, LPD Korea), Park, Edmond (Marketing Asia Pacific, Korea)<br>CPT: Yang, S. J. (Assistant VP, Sales & Marketing, Taiwan), Chen, Shih Ming (Director, Malaysia)<br>T-CRT: Montri (Senior Manager, Sales, Thailand), Sirichai (Manager, Sales)<br>MTPD: Yasukawa (Indonesia), Tomori (Malaysia), Nishimura K. (Takatsuki) | MTPD-0497049;CHU00030530 | Yasuki Yamamoto; Kazuhiro Nishimaru; Kazutaka Nishimura | Yamamoto: 423:2-431:20; 433:24-435:18 Nishimaru: 417:24-442:18; Nishiyama II at 317-20, 323-30 Nishimura III at 417-27 Nishimura II at 226-236 Nishimura II at 318-36 |
| 5/18/2004 | | X | | | X | | | | | | X | X | X | | | | | | | | CPT: S.J. Yang | CHU00030530 | S.J. Yang | S.J. Yang, Dep. Vol. 3, 355-357 |
| 5/18/2004 | | | X | | X | | | | | | X | X | X | | | | | | | | | SDCRT-0090167 | | |
| 5/18/2004 | Malaysia | X | | | X | | | | | | X | X | X | | | | | | | | MTPD- Yasukawa, Nishimura, Tomori<br>Chunghwa - Mr. Yang, Mr. Chen<br>Thai CRT - Montri, Sirichai<br>LPD - D. Park, D. Kang<br>SDI - Sung Duk Park, Seung Min Lee, Dae Eui Lee | SDCRT-0090174 | Dae Eui Lee | 294:13-298:21 |

| MEETING DATE | LOCATION | CPT | LG | OEC/DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/23-24/2004 | | X | | | X | | | | | | X | | | | | | | | | | | Hoon Choi | 147:11:00 |
| 5/23-24/2004 | | X | X | | X | | | | | X | | | | | | | | | | | SDCRT-0090312 | Hoon Choi | 168:13:00 |
| 5/23-24/2004 | | X | X | | X | | | | | X | | | | | | | | | | | | Hoon Choi | 168:13:00 |
| 5/23-24/2004 | | X | | | X | | | | | | X | | | | | | | | | | SDCRT-0090299 | Hoon Choi | 147:11:00 |
| 5/24-5/26/2004 | Taiwan | X | X | X | X | | | | | X | | | | | | | | | | Sang Kyu Park (SDI) | SDCRT-0089060 | SK Park | |
| 6/2/2004 | | | | | X | | | | | | | X | | | | | | | | MTPD: Nishimura, Kazutaka | MTPD-0236375 | Shinichiro Tsuruta | 244:13-248:2 |
| 6/14/2004 | email | | | | | | | | | X | X | | | | | | | | | LPD: J. Son, LPD: P. Van Bommel, LPD: W. Vaartjes. PHS: J. Lombaerde | PHLP-CRT-001000 | Wiebo Jan Vaartjes | Wiebo Jan Vaartjes Dep. 190:4-204:14 |
| 6/18/2004 | Thailand | X | | | X | | | | | | X | X | X | | | | | | | MTPD: Nishimura, Kazutaka: Yasukawa, Kazuteru | MTPD-0493549 | Yasuki Yamamoto | 404:6-422:20 |
| 6/18/2004 | Thailand | X | | | X | | | | | | X | X | X | | | | | | | | MTPD-0493549 | Kazutaka Nishimura | |
| 6/18/2004 | | X | | | X | | | | | | X | X | X | | | | | | | SDI - Dai Eui Lee, S.K. Park Chunghwa - Yang, Chen MTPD - Yasukawa, Nishimura Thai CRT - Montri LPD - Sung Dae Im, D. Park, Joon Yong | SDCRT-0090180 | Dae Eui Lee | 299:2-301:13 |
| 6/18/2004 | Thailand | X | | | X | | | | | | X | X | X | | | | | | | | MTPD-0493549: | Yamamoto Sanogawaya Nishimura | Yamamoto III at 404-12 Sanogawaya II at 303-05 Nishimura II at 238-45 |
| 6/24/2004 | Thailand | X | | | X | | | | | | X | X | X | | | | | | | | SDCRT-0090174 | | |
| 6/28/2004 | | | | | | X | | | | | | | | | | | | | X | | HEDUS-CRT00164492 | Tom Heiser | 297:23 (Tom Heiser) |
| After June 2004 | | X | | | X | | | | | | X | X | X | | | | | | | MTPD: Yamamoto: Yasuki | | Yasuki Yamamoto | 358:5-362:1; 420:1-421:1 |
| After June 2004 | | X | | | X | | | | | | X | X | X | | | | | | | MTPD: Yamamoto: Yasuki | | Yasuki Yamamoto | 358:5-362:1 |
| 7/2/2004 | | X | | | | | | | | | | | | | | | | | | CPT: Alex Yeh | CHU00031254 | C.C. Liu | C.C. Liu, Dep. Vol. 2, 377-379 |
| 7/5/2004 | | X | | X | X | X | | | | | X | | | | X | | | X | X | | MTPD-0580871 | | |

| MEETING DATE | LOCATION | CPT | LG | OEC/DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/7/2004 | Email | | | | X | | | | | | X | | | | | | | | | | PHLP-CRT-011458 | Kris Mortier | Kris Mortier Dep.Vol. 2, 422-424 |
| 7/14/2004 | email | | | | | | | | | | X | | | | | | | | X | | PHLP-CRT-012615 | Wiebo Jan Vaartjes | Wiebo Jan Vaartjes Dep. 215:6-218:5 |
| 7/16/2004 | | X | | | | | | | | | | | | | | | | | X | | CPT: C.C. Liu<br>CPT: Hsiang-Kwei Chung<br>CPT: Sheng-Jen Yang | CHU00030040 | | |
| 7/22/2004 | Singapore Conrad Hotel | X | X | | X | | | | | X | | X | X | | | | | | | | CPT: Chen, Shih-Ming (Maxim): Yang, S.J.<br>LPD: Lim, S.D.: Park, Edmond<br>MTPD: Yasukawa, K.<br>SDI: Jaya<br>T-CRT: Montri: Shirlachai | MTPD-0486918 | Kazuhiro Nishimaru | 484:1-491:21 |
| 7/22/2004 | Singapore: Hotel Conrad | X | | | X | | | | | | X | X | X | | | | | | | | MTPD: Tomori<br>MTPD: K. Yasukawa<br>SDI: Mr. Jaya<br>LPD:Mr. S.D. Lim, Mr. Edmond Park<br>CPT: Shih-Ming (Maxim) Chen, Mr. S.J. Yang<br>TCRT: Mr. Montori, Mr. Shiriachai | SDCRT-0090180: MTPD-0486917: MTPD-0485511 | Nishiyama | Nishiyama III at 419-26 |
| 7/26/2004 to 7/27/2004 | Renaissance Hotel | X | | | X | | | | | | X | | | | | | | | | | CHU00660709 | C.C. Liu | C.C. Liu, Dep. Vol. 3, 491-492 |
| 7/26-7/27/2004 | China | X | X | X | X | | | | | X | | | | | | | | | | | Sang Kyu Park (SDI) | SDCRT-0089076 | SK Park | |
| 7/26/2004 | | X | | | X | | | | | X | X | | | | | | | | | | CPT: VP C.C. Liu<br>CPT: VP Chung | CHU00031262-267 | C.C. Liu | C.C. Liu, Dep. Vol. 2, 280-281 Dep. Vol. 2, 379-382 |
| 7/28/2004 | | X | | | X | | | | | X | | | | | | | | | | | | SDCRT-0090319: SDCRT-0090233 | SK Park | |
| 8/4/2004 | email | | | | X | | | | | | X | | | | | | | | | | PHLT-CRT-014085 | Wiebo Jan Vaartjes | Wiebo Jan Vaartjes Dep. 218:10-225:11: 232:13-235:9 |
| 8/13/2004 | email | | | | X | | | | | | X | | | | | | | | | | | MTPD-0483335 & MTPD-0483335E_Translation | Patrick Canavan | Patrick Canavan Dep. Vol. 2, 407:23-411:15 |
| 8/13/2004 and 8/16/2004 | CPT | X | | | X | | | | | | X | | | | | | | | | | CPT: C.C. Liu<br>CPT: Yvonne Yun<br>CPT: Alex Yeh | CHU00031268-269 | C.C. Liu | C.C. Liu, Dep. Vol. 2, 281-283 |
| 8/17/2004 | Japan | X | | | X | | | | | | X | | | | | | | | | | CPT: C.C. Liu | CHU00660717-727 | C.C. Liu | C.C. Liu, Dep. Vol. 2, 285-288 |
| 8/17/2004 | | | X | | | | | | | | | X | | | | | | | | | LG: P.J. Lee<br>LG: Ian Song<br>MTPD: Kazuhiro Nishimaru | MTPD-0613379 | Pil Jae Lee | 217 |
| 8/17/2004 | MTPD Thailand | | | | | | | | | | X | X | | | | | | | | | LPD: Lee, Phil J.: Song, Ian<br>MTPD: Ohmori (SM): Nishimaru | MTPD-0490549 | Kazuhiro Nishimaru | 280:1-291:7 |
| 8/17/2004 to 8/18/2004 | | X | | | X | | | | | | X | | | | | | | | | | | CHU00660717 | C.C. Liu | C.C. Liu, Dep. Vol. 3, 492-496 |
| 8/17/2004 to 8/18/2004 | Japan | X | | | X | | | | | | X | | | | | | | | | | CPT: C.C. Liu<br>CPT: Alex Yeh | CHU00031272-273 | C.C. Liu | C.C. Liu, Dep. Vol. 2, 283-285 |

| MEETING DATE | LOCATION | CPT | LG | OEC/DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/17-8/18/2004 | Japan | X | | | X | | | | | X | | | | | | | | | | Sang Kyu Park (SDI) | SDCRT-0089091: SDCRT-0090328 | SK Park | |
| 8/17/2004 | MTPD Offices | | | | | | | | | | X | X | | | | | | | | LPD: Mr. Phil J. Lee: Mr. Ian Song  MTPD: Ohmori SM, Nishimaru | MTPD0490551 | Nishimaru | Nishimaru Ii at 288-91 |
| 8/18/2004 | | | | | | | | | | | | X | | | | | | | | | MTPD-0490549 | Nishimaru | Nishimaru II at 279-87 |
| 8/20/2004 | Belgium | | | | X | | | | | | X | | | | | | | X | X | SDI: Helmut Meinke; LG Philips: Felice Albertazzi, LG Philips: Kris Mortier: Thomson: Emeric Charamel: Schott Glass: Stefan Georgi, Schott Glass: Peter Schreiner: Ekranas: Aydin Giz, Ekranas: Michael Leipold: Tesla Ecimex: Michal Mika, Tesla Ecimex: Zdenek Stuchlich: Sony: Goro Sekiya: BME: Michael Sillmann: EECA EDIA: Leo Mink, and EECA EDIA: Anne-Marie Leclercq | Samsung 2nd Supplemental Response p 73 | Kris Mortier | Kris Mortier Dep.Vol. 2,  537-550 |
| 8/30/2004 | Email | | | | | | | | | | X | | | | | | | | | | PHLP-CRT-015346 | Kris Mortier | Kris Mortier Dep.Vol. 1,  259-265 |
| 8/30/2004 | email | | | | | | | X | | | X | | | | | | | | | MIT: R. Haarst (CRT Mkt Mgr) LPD: K. Lam | PHLP-CRT-015923 | Wiebo Jan Vaartjes: Kris Mortier | Wiebo Jan Vaartjes Dep. 225:20-232:10: Kris Mortier Dep.Vol. 2, 502-506 |
| 9/0/2004 | | X | | | X | | | | | | X | | | | | | | | | | CHU00660729 | C.C. Liu | C.C. Liu, Dep. Vol. 3, 496-497 |
| 9/3/2004 | | | | | | X | | | | | | X | | | | | | | | MTPD: Ohmori SM: Nishimaru | MTPD-0267083 | Fujita | Fujita II at 320 |
| 9/3/2004 | | | | | X | | | | | | | X | | | | | | | | MTPD:  Fujita, Norio SDI:  Kim, Ray | MTPD-0267083 | Shinichiro Tsuruta: Norio Fujita | Tsuruta:  415:8-420:2 |
| 9/4/2004 | email | X | X | X | X | X | | X | X | | | X | | | | | | X | X | | PHLP-CRT-091458 | Patrick Canavan | Patrick Canavan Dep. Vol. 1, 227:17-233:21 |
| 9/9/2004 | | | | | X | | | | | | X | X | | | | | | | X | | PHLP-CRT-017120 & attachment PHLP-CRT-017121 | Kris Mortier | Kris Mortier Dep.Vol. 2, 464-472 |
| 9/13/2004 | | | | | X | | | | | | X | X | | | | | | | | | MTPD-0483334 | Nishimura | Nishimura II at 247-51 |

| MEETING DATE | LOCATION | CPT | LG | OEC /DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/23/2004 | Korea | X | X | | X | | | | | | X | | | | | | | | | CPT: Yvonne Yun CPT: AVP Jin-Yao Yang CPT: Alex Yeh | CHU00031274-277 | C.C. Liu | C.C. Liu, Dep. Vol. 2, 288-290 |
| 9/24/2004 | | X | | | | | | | | | | X | | | | | | | | MTPD: Kazutaka Nishimura CPT: Maxim Chen | MTPD-0492286 | Yasuki Yamamoto; Kazuhiro Nishimaru; Kazutaka Nishimura | Yamamoto: 182:17-195:20 Nishimaru: 292:1-299:21 |
| 9/27/2004 | | X | | | | | | | | | | X | | | | | | | | MTPD: Nishimura | MTPD-0492286 | Kinoshita, Nishiyama, Nishimura | Kinoshita II at 389-91, Nishiyama II at 364-66; Nishimaru II at 252, 292-302 |
| 10/1/2004 | | | | | X | | | | | | | X | | | | | | | | MTPD: Fujita, Norio SDI: Kim, Ray | MTPD-0230970 | Shinichiro Tsuruta; Norio Fujita | Fujita II at 322-23; Tsuruta: 420:5-424:5 |
| 10/4/2004 | Email | X | | X | X | | | | | | X | X | | | | | | X | X | | PHLP-CRT-019008 | Kris Mortier | Kris Mortier Dep. Vol. 2, 449-458 |
| 10/18/2004 | Email | | | | X | | | | | | X | | | | | | | | | | PHLP-CRT-020159 & Attachment PHLP-CRT-02016 | Kris Mortier | Kris Mortier Dep.Vol. 2, 391-397 |
| 10/19/2004 | Email | | | | X | | | | | | X | | | | | | | | X | | PHLP-CRT-019930 & Attachments (PHLP-CRT-19933: -19934: -19935: -19936: -19937: -19938: -19939: -19940: -19941: -19942) | Kris Mortier | Kris Mortier Dep.Vol. 1, 224-247 |
| 10/27/2004 | email | | | | | | | | | | X | X | | | | | | | X | | PHLP-CRT-021673 | Wiebo Jan Vaartjes | Wiebo Jan Vaartjes Dep. 235:13-242:18 |
| 11/2/2004 | | X | X | | X | | | | | | | | | | | | | | | CPT: AVP J.S. Lu CPT: Mei Da-Peng SDI: Mr. Jae In Lee | CHU00033227-228 | J.S. Lu | J.S. Lu, Dep. Vol. 2, 167-170 |
| 11/3/2004 | Paris, France | | | | X | | | | | X | | | | | | | | | X | LPD: MB Choi LPD: PJ Lee THOM: Christian Lissorgues SDI: DH Lee | PHLP-CRT-022741 | | |
| 11/4/2004 | LPD Taipei Office | X | | | X | | | | | | X | | | | | | | | | | SDCRT-0090350 | Hoon Choi | 214:11 |
| 11/5/2004 | | | | | | | | | | | X | | | | | | | | | Joon Suk Kim CPT: Jim Kang Jung | CHU00646035 | Jim Kang Jung | 113 |

| MEETING DATE | LOCATION | CPT | LG | OEC /DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/5/2004 | Telephone / MTPD's Ohio factory | | | | | X | | | | | | X | | | | | | | | HIT: Kawamura MTPD: Totoku | HEDUS-CRT00028552 | Noboru Toyama | 178 (Noboru Toyama) |
| 11/9/2004 | Email | | | X | X | | | | | | X | | | | | | | | X | | PHLP-CRT-024274 & Attachments (PHLP-CRT0436734) | Kris Mortier | Kris Mortier Dep.Vol. 1, 265-268 |
| 11/11/2004 | | X | | | X | | | | | | | | | | | | | | | | SDI: Hoon Choi | CHU00645177 | Jim Kang Jung | 122 |
| 11/15/2004 | Taiwan: Taipei, LPD offices | X | | | X | | | | | | X | X | | X | | | | | | | CPT: Ling Yuan Yun CPT: Sheng Bo Yang LPD: Qingxie Han LPD: Zhenkang Zheng SDI: Yinhuan Song SDI: Xun Cui | CHU00578883 | Jim Kang Jung | 134 |
| 11/15/2004 | | X | | | X | | | | | | X | | | | | | | | | | | n/a | Jim Kang Jung | 133 |
| 11/15/2004 | | X | | | X | | | | | | X | | | | | | | | | | LPD: Gyeong Seop Han LPD: Jin Gan Jeong CPT: Yvone Yun SDI: Hwan Song SDI: Hoon Choi | SDCRT0090350 | Jim Kang Jung | 142 |
| 11/15/2004 | | X | | | X | | | | | | X | | | | | | | | | | | | Hoon Choi | 214:11 |
| 11/15/2004 | LPD Taipei Office | X | | | X | | | | | | X | | | | | | | | | | Gyeong Seop Han (LPD Branch Manager): Jin Gang Jeong (LPD Section Chief); Yvone Yun (CPT): Hwan Song (SDI Branch Manager): Hun Choi (SDI Section Chief) | SDCRT-0090350E | I.H. Song | 350:14-351:15 |
| 11/16/2004 | | X | | | X | | | | | | X | | | | | | | | | | SDI: Hoon Choi SDI: Sam Song LPD: Kenny Han CPT: Mr. Yang | CHU00645156 | Jim Kang Jung | 149 |
| 11/19/2004 | email | | | | X | | | | | | X | | | | | | | | | X | | PHLP-CRT-023513 | Wiebo Jan Vaartjes | Wiebo Jan Vaartjes Dep. Vol. 1, 286:8-293:2 |
| 11/19/2004 | Amsterdam, Netherlands | | | | X | | | | | | X | | | | | | | | | X | SDI: Lockjin Kim THOM: Emeric Charamel | SDCRT-0090144 | | |
| 11/24/2004 | | X | | | X | | | | | | X | | | | | | | | | | SDI: Hoon Choi SDI: Sam Song LPD: Kenny Han CPT: Mr. Yang | CHU00644987 CHU00644988 | Jim Kang Jung | 152 |
| 11/24/2004 | | X | | | X | | | | | | X | | | | | | | | | | | | Hoon Choi | 221:23 |
| 12/1/2004 | email | | | | | | | | | X | X | | | | | | | | | | | PHLP-CRT-024736 | Wiebo Jan Vaartjes | Wiebo Jan Vaartjes Dep. 113:11-121:6 |
| 12/2/2004 | | X | X | | | | | | | | | | | | | | | | | | LG: Jim Kang Jung CPT: Yang Sheng-po | CHU00638344 | Jim Kang Jung | 167 |

| MEETING DATE | LOCATION | CPT | LG | OEC /DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/2/2004 | | | | | X | | | | | | X | X | | | | | | | | | MTPD-0455847; MTPD-0521744 | Shinichiro Tsuruta | 109:12-115:6 |
| 12/6/2004 | Korea | X | | | X | | | | | X | X | | | | | | | | | CPT: Director Alex Yeh CPT: Yvonne Yun | CHU00031279-282 | C.C. Liu | C.C. Liu, Dep. Vol. 2, 290-291 |
| 12/6/2004 | | X | | | X | | | | | | X | | | | | | | | | | LG: Jim Kang Jung SDI: Hoon Choi | CHU00651590 | Jim Kang Jung | 94 |
| 12/6/2004 | Email | | | X | X | | | | | | X | | | | | | | X | X | | | PHLP-CRT-024999 | Kris Mortier | Kris Mortier Dep.Vol. 1, 256-259 |
| 12/6/2004 | Takatsuki | | | | | | | | | | X | | | | | | | | | | LPD: W. Vaartjes, LPD: K. Kortekaas, LPD: K. Mortier, LPD: N. Corsino, LPD: W. Brouwer, LPD: M. Smits, LPD: H. Kashimura. Unknown: D. Engelsen. | PHLP-CRT-027718 | Wiebo Jan Vaartjes | Wiebo Jan Vaartjes Dep. 242:22-249:24 |
| 12/21/2004 | email | | | | | | | | | | X | X | | | | | | | | | | PHLP-CRT-027715 | Wiebo Jan Vaartjes | Wiebo Jan Vaartjes Dep. Vol. 2, 449:5-457:1 |
| 12/28/2004 | | X | | | X | | | | | | X | | | | | | | | | | | CHU00649654 | Jim Kang Jung | Jung, 170 |
| 12/28/2004 | Singapore | X | | | X | | | | | | X | X | X | | | | | | | | MTPD: Nishimura CPT: Shih-Ming (Maxim) Chen: Sheng-Jen (S.J) | MTPD-0479660 - MTPD-0479661 | Kazutaka Nishimura | Nishimura II at 252-56 |
| 12/28/2004 | | | | | | | | | | | | | | | | | | | | | | | | |
| 12/29/2004 | | X | | | | | | | | | X | | | | | | | | | | SDI - SK Sung | SDCRT-0066803 | | |
| 2005 | | X | | | X | | | | | | X | | | | | | | | | | LPD: Jim Kang Jung CPT: KS Han | n/a | Jim Kang Jung | 70-71 |
| 2005 | Seoul, South Korea | | | | X | | | | | | X | X | | | | | | | | | MTPD: Tsuruta, Shinichiro: Nishimaru, Kazuhiro | | Shinichiro Tsuruta | 25:2-37:19; 43:3-52:14 |
| 2005 | Takatsuki, Japan | | | | X | | | | | | X | X | | | | | | | | | MTPD: Tsuruta, Shinichiro | | Shinichiro Tsuruta | 25:2-37:19; 42:1-12 |
| 2005 | | | | | X | | | | | | X | X | | | | | | | | | MTPD: Tsuruta, Shinichiro | | Shinichiro Tsuruta | 25:2-37:19 |
| 2005 | | | | | X | | | | | | X | X | | | | | | | | | MTPD: Tsuruta, Shinichiro | | Shinichiro Tsuruta | 25:2-37:19 |
| 2005 | Email | | | | X | | | | | | X | | | | | | | | | X | | PHLP-CRT-009416 | Kris Mortier | Kris Mortier Dep.Vol. 2, 506-510 |

| MEETING DATE | LOCATION | CPT | LG | OEC /DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/7/2005 | Los Angeles | | | | X | | | | | | X | | | | | | | | | LPD: W. Vaartjes, LPD: N. Corsino, LPD: K. Nam Je, LPD: C. Gyu. | SDCRT 0007539E | Wiebo Jan Vaartjes | Wiebo Jan Vaartjes Dep. Vol. 1, 263:12-283:18 |
| 1/7/2005 | | | | | X | | | | | X | | | | | | | | | | Wiebo Vaartjes (LPD): Ney Corsino (LPD): Nam Je Ko (LPD): Gyu In Choi (LPD): Jae Shik Kim (SDI): Yeo Chang Yoon (SDI) | SDCRT-0007547 | SK Park | |
| 1/10/2005 | | X | | | X | | | | | | X | | | | | | | | | LG: Jim Kang Jung CPT: Mr. Yang SDI: Hoon Choi | CHU00637563 CHU00637566 | Jim Kang Jung | 216 |
| 1/12/2005 | Email | | | | X | | | | | | X | | | | | | | | X | | PHLP-CRT-023189 | Kris Mortier | Kris Mortier Dep.Vol. 2,  439-442 |
| 1/19/2005 | Taiwan: Taipei | X | | | X | | | | | | X | | | | | | | | | CPT: Mr. Yang CPT: Alex Yeh CPT: Yvonne Yun CPT: Sam Yang LPD: Simon Lee LPD: Kenny Han LPD: J.S. Kim SDI: SK Park SDI: Sam Song SDI: JH Choi | CHU00648816 CHU00648817 CHU00648818 | Jim Kang Jung | 207 |
| 1/19/2005 | | X | | | X | | | | | | X | | | | | | | | | CPT: S.P. Yang CPT: JJ Yeh CPT: LY Yun LPD: JK Jung LPD: Kenny Han SDI: Hoon Choi SDI: Sam Song | CHU00648741 | Jim Kang Jung | 232 |
| 1/20/2005 | | | | X | X | | | | | | X | | | | | | | | X | SDI: L.J. (Gabriel) Kim Thom: E. Charamel LPD: M.B. Choi | PHLP-CRT-023135 | Kris Mortier | Kris Mortier Dep.Vol. 2,  442-449 |
| 1/20/2005 | email | | | | X | | | | | | X | | | | | | | | X | | PHLP-CRT-023137 | Wiebo Jan Vaartjes | Wiebo Jan Vaartjes Dep. Vol. 1, 254:23-257:7 |
| 1/27/2005 | | | | | | X | | | | | | X | | | | | | | | HIT: Ryouji Hirai, MTPD: Muramatsu | HDP-CRT00033831 | Noboru Toyama | 170 (Noboru Toyama) |
| 1/28/2005 | n/a | | | | | | | | | | X | | | | | | | | X | THOM: Christian Lissorgues PHS: Rik Dombrecht PHS: Jan De Lombaerde | PHLP-CRT069798: PHLP-CRT069800 | | |
| 2/2/2005 | | | | | X | | | | | | | X | | | | | | | | MTPD: Yoshikawa: Fujita SDI: Jin, Sean: Kim, Ray | MTPD-0235157 | Norio Fujita | |

| MEETING DATE | LOCATION | CPT | LG | OEC/DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/2/2005 | San Diego | | | | X | | | | | | | X | | | | | | | | MTPD: Yoshikawa, Masakazu | SDI 2nd Supp Interrogatory Responses | | |
| 2/2/2005 | San Diego | | | | X | | | | | | | X | | | | | | | | MTPD: Fujita<br>SDI: Kim, Ray | MTPD-0235157 | Fujita | Fujita II at 326-27 |
| 2/2/2005 | email | | | | | | | | | | X | | | | | | | | | | LPD-NL00249890 | Wiebo Jan Vaartjes | Wiebo Jan Vaartjes Dep. Vol. 1, 293:3-301:7 |
| 2/4/2005 | | | | | X | | | | | | X | X | | | | | | | | MTPD:  Nishimura, Kazutaka | MTPD-0258403 | Norlo Fujita | |
| 2/16/2005 | | X | | | X | | | | | | X | | | | | | | | | CPT: SP Yang<br>CPT: JJ Yeh<br>LPD: JK Jung<br>SDI: Hoon Choi | CHU00735251<br>CHU00735253 | Jim Kang Jung | 195 |
| 2/16/2005 | Belgium | | | | X | | | | | | X | | | | | | | | X | SDI: Helmut Meinke,<br>SDI: Gabriel Kim:<br>Thomson: Emeric Charamel:<br>Schott: Stefan Georgi:<br>Ekranas: Michael Leipold:<br>Tesla Ecimax: Michael Minka,<br>Tesla Ecimax: Zdenel Stuchlich:<br>BME: Michael Stillmann:<br>LG Philips: Kris Mortier:<br>Wickeder: Bruno Streb:<br>EECA EDIA: Leo Mink, and<br>EECA EDIA: Anne-Marie Leclercq | Samsung 2nd Supplemental Response p 77 | Kris Mortier | Kris Mortier Dep.Vol. 2,  537-550 |
| 2/18/2005 | Hong Kong | | | | | | | | | | X | | | | | | | | X | PHS: A. Huijser,<br>PHS: Y.S. Kwon,<br>PHS: Y.B. Na,<br>PHS: H. Bolhaar,<br>PHS: M. McHugh.<br>LPD: J.I. Son,<br>LPD: P. Van Bommel,<br>LPD: W. Vaartjes and<br>LPD: D.S. Moon. | LPD-NL00228337 | Wiebo Jan Vaartjes | Wiebo Jan Vaartjes Dep. 82:5-94:8 |
| 2/22/2005-2/25/2005 | Malaysia | X | | | X | | | | X | | | | | | | | | | | Sang Kyu Park (SDI) | SDCRT-0091742 | SK Park | |
| 2/24/2005 | Palm Garden Golf Club, Marriott Hotel, Goongjun | X | | | X | | | | | | X | | | | | | | | | | CHU00647932-940 | C.C. Liu | C.C. Liu, Dep. Vol. 3, 497-500 |
| 2/25/2005-2/26/2005 | | | | | X | | | | | | X | X | | | | | | | | | CHU00030499 &<br>CHU00030499.01E | Patrick Canavan | Patrick Canavan Dep. Vol. 1, 340:25-346:18 |

| MEETING DATE | LOCATION | CPT | LG | OEC/DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/25/2005 | | X | | | X | | | | | | X | X | X | | | | | | | MTPD - Yasukawa, Tmori, Ohmori Chunghwa - Yang, Chen Thai CRT - Montri, Sirichai LPD - K Lim SDI - Dae Eui Lee, S.K. Park | SDCRT-0091351 | Dae Eui Lee | 299:22-304:1 |
| 3/2/2005 | Malaysia | X | | | X | | | | | | X | | | | | | | | | CPT: VP C.C. Liu CPT: Yvonne Yuan | CHU00608095-105 | C.C. Liu | C.C. Liu, Dep. Vol. 2, 291-292 |
| 3/7/2005 | Email | | | | | | | | | | X | | | | | | | | | | PHLP-CRT-031189 | Kris Mortier | Kris Mortier Dep.Vol. 2, 589-598 |
| 3/15/2005 | | | | X | X | | | | | | X | X | | | | | | | X | | SDCRT-0002998 | | |
| 3/17/2005 | Email | | | | | | | | | | X | | | | | | | | X | | PHLP-CRT-031643 & Attachment PHLP-CRT-031644 | Kris Mortier | Kris Mortier Dep.Vol. 2, 472-477 |
| 3/22/2005 | Amsterdam, Netherlands | | | | X | | | | | | X | | | | | | | | X | | SDCRT-0002984 | | |
| 3/29/2005 | | X | | | X | | | | | | X | | | | | | | | | | SDCRT-0091616; ESDCRT-0091616 | I.H. Song: Choi | Song: 647, 647E: 359:14-18, 360:3-361:3; Choi: 369:20 |
| 3/29/2005 3/30/2005 | Taiwan: Taoyuan, Chinatrust Landmark Hotel | X | | | X | | | | | | X | | | | | | | | | CPT: Ling-Yuan Yun CPT: Ling-Yun Cheng CPT: Chih-Chun Liu CPT: Mr. Chiu LPD: Cesar Jung SDI: Hoon Choi | CHU00363404 | Jim Kang Jung | 221 |
| 3/29-30/2005 | | X | | | X | | | | | | X | | | | | | | | | | SDCRT-0091616 | Hoon Choi | 252:25:00 |
| 4/00/2005 | | | | | X | | | | | | X | | | | | | | | | Seong Shik Kim (SDI): | SDCRT-0006868 | KC Oh | |
| 4/5/2005 | Email | | | | X | | | | | | X | | | | | | | | X | | PHLP-CRT-027540 | Kris Mortier | Kris Mortier Dep.Vol. 2, 424-428 |
| 4/11/2005 | | | | | X | | | | | | | X | | | | | | | | Hun Sul Chu (SDI): Yamamoto (MTPD) | SDCRT-0007257 | HS Chu | |
| 4/12/2005 | | | | | | | | | | | | | | | | | | | | | SDCRT-0091628 | Hoon Choi | 259:19 |
| 4/21/2005 | | | | | X | | | | | | X | | | | | | | | | | PHLP-CRT-028048 | Kris Mortier | Kris Mortier Dep.Vol. 2, atpp. 477-484 |
| 4/29/2005 | Indonesia | X | | | X | | | | | | X | X | X | | | | | | | Sung Dae Im (LPD): Joon Yong Park (LPD): Yasukawa (MTPD): Nishimura (MTPD): Yang (CPT): Chen (CPT): Montri (Thai CRT): Shirichai (Thai CRT): Dae Oi Lee (SDI): Sung Duk Park (SDI) | SDCRT-0091364 | KC Oh | |

| MEETING DATE | LOCATION | CPT | LG | OEC/DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/29/2005 to 4/30/2005 | | X | | | | | | | | | X | X | X | | | | | | | CPT: S.J. Yang | CHU00030495 | S.J. Yang | S.J. Yang, Dep. Vol. 3, 357-359 |
| 5/00/2005 | Korea | | | | X | | | | | | X | X | | | | | | | | MTPD: Nishimaru, Kazuhiro SDI: Park, Kevin LPD: Park, Edmond | | Kazuhiro Nishimaru | 101:23-109:23 |
| 5/6/2005 | Email | | | | X | | | | | | X | | | | | | | | X | | PHLP-CRT-033503 & Attachment | Kris Mortier | Kris Mortier Dep.Vol. 1, 285-289 |
| 5/12/2005 | Email | | | | X | | | | | | X | X | | | | | | X | X | | PHLP-CRT-10067 | Kris Mortier | Kris Mortier Dep.Vol. 1, 276-285 |
| 5/25/2005 | | X | | | X | | | | | | X | | | | | | | | | | SDCRT-009 1643 | SK Park | |
| 5/26/2005 | | | | | | X | | | | | | X | | | | | | | | MTPD: Iwamota, Murumatsa | MTPD-0479804 | Murumatsa | Murumatsa at |
| 5/30/2005 | | X | | | X | | | | | | X | | | | | | | | | | CPT: J.S. Lu | CHU00607732-735 | J.S. Lu | J.S. Lu, Dep. Vol. 2, 219-221 |
| 5/31/2005 | U.S. (California) | | | | X | | | | | | | X | | | | | | | | | MTPD: Fujita, Norio SDI: Kim, Ray | MTPD-0479837 | Shinichiro Tsuruta; Norio Fujita | Tsuruta: 208:7-221:2; Fujita II at 336-38 |
| 6/3/2005 | | | | | | X | | | | | | | | | | | | | | HIT: Isao Yoshimi | HDP-CRT00034133 | | |
| 6/9/2005 | Malaysia | X | | | X | | | | | | X | X | X | | | | | | | MTPD: Yamamoto, Yasuki | MTPD-0517734 | Yamamoto | Yamamoto III at 367-77 |
| 6/9/2005 | Malaysia | X | | | X | | | | | | X | X | X | | | | | | | | MTPD-0517734 | Yasuki Yamamoto; Shinichiro Tsuruta | Yamamoto: 367:10-377:22 Tsuruta: 406:18-409:1 |
| 6/9/2005 | | X | | | X | | | | | | X | X | X | | | | | | | SDI - S.K. Park, Dae Eui Lee MTPD - Yasukawa, Tommori, Nishimura, Yamamoto Thai CRT - Montri LPD - Edmond Park Chunghwa - Yang Chen, Jimmy Chen | SDCRT-0091377 | Dae Eui Lee | 304:16-307:5 |
| 6/9/2005-6/10/2005 | Kuala Lumpur | | | | | | | | | | X | | | | | | | | | MTPD: Yasukawa: Tomori: Nishimura: Yamamoto SDI: Lee, D.E.: Park, Kevin LPD: Lim: Park, Edmond CPT: Yang, S.J.: Chen, S.M. Thai-CRT: Damri: Kanet: Montri: Sirichai: Pangsun | MTPD-0517540 | Yasuki Yamamoto | 362:9-367:8 |
| 6/13/2005 | | X | | | X | | | | | | X | | | | | | | | | CPT: S.P. Yang CPT: JJ Yeh CPT: LY Yun LPD: J.K. Jung LPD: Kenny Han SDI: Hoon Choi | CHU00646730 CHU00646732 | Jim Kang Jung | 224 |
| 6/13/2005 | Email | | | | | | | | | | X | | | | | | | | | | PNV0007136 & Attachment PNV0007138 | Kris Mortier | Kris Mortier Dep.Vol. 1, 300-306 |

| MEETING DATE | LOCATION | CPT | LG | OEC /DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/13/2005 | | | | | X | | | | | | X | | | | | | | X | X | EECA: Anne-Marie Leclerq            EDIA: Leo Mink  LPD: Felice Albertazzi  THOM: Emeric Charamel  Sony: Goro Sekiya  Sony: Tetsuro Shibasaki  SDI: Helmut Meinke | PHLP-CRT-037126 & Attachments | Kris Mortier | Kris Mortier Dep.Vol. 2, 428-433 |
| 6/17/2005 | Email | | | | | | | | | | X | | | | | | | | | | PHLP-CRT-029020 | Kris Mortier | Kris Mortier Dep.Vol. 1, 292-300 |
| 6/19/2005 | email | | | | | | | | | | | | | | | | | | | LPD: J. Son and  LPD: LPD Team  PHS: M. McHugh and  PHS: PCE team. | PHLP-CRT-064261 | Wiebo Jan Vaartjes | Wiebo Jan Vaartjes Dep. 183:1-189:24 |
| 6/20/2005 | China | | | | | X | | | | | | | | | | | | | X | HIT: Tom Heiser  HIT: Hirai Ryouji  HIT: Yang Ziming  Meachael Bougia | HEDUS-CRT00161054 | | |
| 6/21/2005 | Taiwan | X | X | X | X | | | | | X | | | | | | | | | | J.Y. Youn | | J.Y. Youn | 51:18 |
| 6/22/2005 | Email | | | | X | | | | | | X | | | | | | | | | | PHLP-CRT-06200 & attachment PHLP-CRT-036202 | Kris Mortier | Kris Mortier Dep.Vol. 2, 397- |
| 6/22/2005 | Taiwan | X | X | X | X | | | | | X | | | | | | | | | | J.Y. Youn | | J.Y. Youn | 51:22 |
| 6/23/2005 | email | | | | X | | | | | | X | | | | | | | | X | | PHLP-CRT-038073 | Wiebo Jan Vaartjes | Wiebo Jan Vaartjes Dep. Vol. 2, 448:20-492:11 |
| 6/23/2005 | | X | X | X | X | | | | | X | | | X | | | | | | | | CHU00660383 | C.C. Liu | C.C. Liu, Dep. Vol. 3, 461-465 |
| 6/27/2005 | | X | | X | | | | | | X | | | | | | | | | | | CHU00125895 | J.S. Lu | J.S. Lu, Dep. Vol. 2, 216-217 |
| 6/27/2005 | | X | | | | | | | | | | | | | | | | | | J.S. Lu | CHU00125849-858 | J.S. Lu | |
| 6/28/2005 | Taiwan | X | | | X | | | | | | X | | | | | | | | | I.H. Song: SK Park | | I.H. Song | 368:13-369:13 |
| 6/29/2005 | Email | | | | X | | | | | | X | X | | | | | | X | X | | PHLP-CRT-035894 & PPT Attachment | Kris Mortier | Kris Mortier Dep.Vol. 1, 306-318 |

| MEETING DATE | LOCATION | CPT | LG | OEC/DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/30/2005 | | | | | X | | | | | | X | X | | | | | | | | MTPD: Yamamoto | MTPD-0479738; MTPD-0479739 | Yamamoto | Yamamoto III at 377-91 |
| 7/1/2005 | | X | | X | X | X | X | X | | | X | | X | | | | | X | X | | CHU00125257 | | |
| 7/4/2005 | | X | | | X | | | | | | X | | | | | | | | | | SDCRT-0091656E | I.H. Song | 367:3-24 |
| 7/4/2005 | n/a | | | | | | | | X | | | | | | | | | X | X | PHS: Rik Dombrecht<br>PHS: Jan De Lombaerde | PHLP-CRT-062325; PHLP-CRT-062493 | | |
| 7/11/2005 | Amsterdam | | X | | | | | | | | X | | | | | | | | | PHS: A. Huijser,<br>PHS: Y.S. Kwon,<br>PHS: M. McHugh,<br>PHS: Y.B. Na and<br>PHS: H. Olde Bolhaar.<br>LPD: J.I. Son,<br>LPD: P. vanBommel,<br>LPD: W. Vaartjes,<br>LPD: S.D. Han and<br>LPD: D.S. Moon. | LPD-NL00263838 | Wiebo Jan Vaartjes | Wiebo Jan Vaartjes Dep. 94:14-100:14 |
| 7/12/2005 | | | | | X | | | | | | X | | | | | | | | | | LPD NL00214835 | Wiebo Jan Vaartjes | Wiebo Jan Vaartjes Dep. Vol. 1, 301:9-306:5 |
| 7/19/2005 | | | | | | | | | | | X | X | | | | | | | | MTPD: Tsuruta, Shinichiro<br>LPD: Kang | MTPD-0403729 | Shinichiro Tsuruta | 431:12-436:3 |
| 7/22/2005 | | X | | | X | | | | | | X | | | | | | | | | | SDCRT-0091668 | I.H. Song | 364:20-367:1 |
| 8/00/2005 | Thailand | | | | X | | | | | | X | X | | | | | | | | MTPD: Nishimaru, Kazuhiro; Yamamoto, Yasuki<br>SDI: Park, Kevin<br>LPD: Park, Edmond | | Kazuhiro Nishimaru | 101:23-102:3; 137:1-143:5 |
| 8/00/2005 | Bangkok, Thailand | X | | | X | | | | | | X | X | X | | | | | | | | MTPD: Nishimaru, Kazuhiro; Yamamoto, Yasuki; Tomori, Yasukawa<br>Thai-CRT: Montri<br>LPD: Park, Edmond<br>SDI: Park, Kevin | | Kazuhiro Nishimaru | 145:15-148:24; 213:6-215:20 |
| 8/1/2005 | Thailand | X | | | X | | | | | | X | X | X | | | | | | | | MTPD: Nishimaru | MTPD-0400553 | Nishimaru | Nishimaru II at 332-37 |

| MEETING DATE | LOCATION | CPT | LG | OEC/DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/3/2005 | n/a | | | | | | | | | | X | | | | | | | | X | LPD: Felice Albertazzi LPD: MB Choi THOM: Christian Lissorgues | PHLP-CRT-037654; PHLP-CRT-037940 | | |
| 8/5/2005 | | X | | | X | | | | | | X | X | X | | | | | | | | MTPD-0400553 | Kazuhiro Nishimaru | 332:9-341:4 |
| 8/18/2005 | U.S. (California) | | | | X | | | | | | | X | | | | | | | | MTPD: Fujita, Norio SDI: Kim, Ray | MTPD-0303225 | Shinichiro Tsuruta; Norio Fujita | Tsuruta: 235:15-244:9 |
| 8/18/2005 | phone call | | | | X | | | | | | | X | | | | | | | | MTPD: Fujita; SDI: Kim, Ray | MTPD-0303225 | Fujita, Tsuruta | Fujita III at 353-55, Tsuruta II at 235-39 |
| 8/19/2005 | | X | | | X | | | | | | X | X | X | | | | | | | | MTPD-0518803 | | |
| 8/31/2005 | email | | | | X | | | | | | X | | | | | | | | | | PHLP-CRT-007921 | Wiebo Jan Vaartjes | Wiebo Jan Vaartjes Dep. Vol. 1, 308:12-313:15 |
| 9/00/2005 | | X | | | X | | | | | X | | | | | | | | | | | SDCRT-0091687 | J.I. Lee | |
| 9/3/2005 | | | | | X | | | | | | X | | | | | | | | | | SDCRT-0007609 | KC Oh | |
| 9/3/2005 | China | | | | X | | | | | | X | | | | | | | | | | SDI - SK Sung; LPD - Yang | SDI rog responses | SK Sung | 148:4-149:15 |
| 9/5/2005 | | X | | | X | | | | | | X | X | X | | | | | | | | Thai-CRT: Mahaplerkpong, Montri: Rujirat, M., K. Pongsun, Sirichai, S. MTPD: Yamamoto, Yasuki: Nishimaru, Kazuhiro: Nishimura, Kazutaka; Omori, Masaru: Tomori, Yasuaki CPT: Yang, S.J. LPD: Lim S.D.: Edmond SDI: Lee, D.E.: Park, Kevin | MTPD-0622464 | Kazuhiro Nishimaru | 314:24-318:7 |
| 9/9/2005 | email | | | | X | | | | | | X | | | | | | | | | | PHLP-CRT-008353 | Wiebo Jan Vaartjes | Wiebo Jan Vaartjes Dep. Vol. 2, 405:1-410:15 |
| 9/20/2005 | U.S. | | | | X | | | | | | | | | | | | | | | X | SDI: K.C. Oh THOM: Alonso Pando THOM: Li Yuguo THOM: ES Shuy THOM: Michael Bourgerie | SDCRT-0016638 | | |
| 9/21/2005 | email | | | | X | | | | | | X | | | | | | | | | | PHLP-CRT-010256 | Wiebo Jan Vaartjes | Wiebo Jan Vaartjes Dep. 127:16-152:1; 284:25-291:2 |

| MEETING DATE | LOCATION | CPT | LG | OEC/DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/22/2005 | Jakarta | X | | | X | | | | | | X | X | X | | | | | | | MTPD: Yasakawa, Chen, Hwang-Yun (Henry)<br>TCRT: Chen, Mu-Lin (Jimmy) | MTPD-0479726 | | |
| 9/28/2005 - 9/29/2005 | | X | | | X | | | | | | X | | | | | | | | | CPT: LY Yun<br>CPT: JS Kim<br>LPD: Simon Lee<br>LPD: JK Jung<br>LPD: Kenny Han<br>SDI: John Ha | CHU00014223 | Jim Kang Jung | 241 |
| 9/29/2005 | | | | | X | | | | | | X | X | | | | | | | | MTPD: Tanaka | MTPD-0479721 | Nishiyama | Nishiyama II at 291-300 |
| 9/29/2005 | email | | | | X | | | | | | X | | | | | | | | | | PHLP-CRT-038897 | Wiebo Jan Vaartjes | Wiebo Jan Vaartjes Dep. Vol. 1, 313:16-316:10 |
| 10/21/2005 | Taiwan | X | | | X | | | | | | X | X | X | | | | | | | | MTPD-0479728 | Kazuhiro Nishimaru | 318:12-326:6 |
| 10/21/2005 | Taiwan | X | | | X | | | | | | X | X | X | | | | | | | MTPD: Nishiyama, Nishimaru<br>MTPD: Mr. Yasukawa<br>MTPD: Mr. Tomori<br>MTPD: Mr. Nishimura<br>MTPD: Mr. Yamamoto<br>MTPD: Mr. Omori<br>SDI: Mr. D.E. Lee<br>SDI: Mr. Kevin Park<br>LG: Mr. Lim<br>LG: Mr. Edmond Park<br>LG: Mr. Ian Song<br>CPT: Mr. S.J. Yang<br>CPT: Mr. Jimmy Chen<br>T-CRT: Mr. Montri<br>T-CRT: Mr. Sirichai<br>T-CRT: Mr. Pongsun | MTPD-0479728 | Nishiyama, Nishimaru | Nishiyama II at 367-69, Nishimaru II at 318-26 |
| 10/25/2005 | email | | | | X | | | | | | X | | | | | | | | | | PHLP-CRT-039666 | Wiebo Jan Vaartjes | Wiebo Jan Vaartjes Dep. Vol. 2, 501:9-505:2 |
| 11/00/2005 | | | | | X | | | | | | X | X | | | | | | | | MTPD: Nishiyama, Kazuhiro<br>SDI: Park, Kevin<br>LPD: Park, Edmond | | Kazuhiro Nishimaru | 101:23-102:3; 216:8-235:13 |
| 11/1/2005 | LPD | | | | X | | | | | | X | X | | | | | | | | MTPD: Nishimaru | | Nishimaru | Nishimaru II at 216-31 |
| 11/2/2005 | Taipei | X | | | X | | | | | | X | | | | | | | | | CPT: J.S. Lu<br>CPT: Lin<br>LPD-Taipei President Han<br>SDI-Taipei President Song | CHU00014218 | J.S. Lu | J.S. Lu, Dep. Vol. 2, 206-209 |
| 11/21/2005 | | X | X | | X | | | | | | X | X | | | | | | | | CPT: J.S. Lu<br>SDI: Mr. S.K. Park<br>SDI: Mr. Sam Song<br>LPD: Mr. S.K. Lee<br>LPD: Mr. Hang | CHU00014227-229 | J.S. Lu | J.S. Lu, Dep. Vol. 2, 242-247 |
| 11/30/2005 | U.S. (California) | | | | X | | | | | | | X | | | | | | | | MTPD: Fujita, Norio<br>SDI: Kim, Ray | MTPD-0291761 | Yasuki Yamamoto; Norio Fujita | Yamamoto: 478:6-481:19 |
| 12/1/2005 | | | | | X | | | | | | X | X | | | | | | | | MTPD: Tsuruta, Shinichiro | MTPD-0297131 | Norio Fujita | |
| 12/2/2005 | | | | | X | | | | | | | X | | | | | | | | MTPD: Fujita, Shibata<br>SDI: Kim, Ray | MTPD-0291761 | Yamamoto, Fujita | Yamamoto III at 478-81, Fujita III at 359-63 |

| MEETING DATE | LOCATION | CPT | LG | OEC/DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/12/2005 | Korea | | | | X | | | | | | X | X | | | | | | | X | MTPD: Yamamoto, Yasuki: Kawano, Tomoyuki: Tanaka, Yasuo | MTPD-0410018: MTPD-0410020 | Yasuki Yamamoto | 392:16-404:5, 392, 399 |
| 12/14/2005 | email | | | | X | | | | | | X | | | | | | | | | | PHLP-CRT-005669 | Wiebo Jan Vaartjes | Wiebo Jan Vaartjes Dep. Vol. 1, 316:12-312:20 |
| 12/15/2005 | Korea | | | | X | | | | | | X | X | | | | | | | | MTPD: Yamamoto, Tsuruta, Fujita | MTPD-0410018: MTPD-0410020: MTPD-0521744: TSB-CRT-00041620 | Yamamoto, Fujita | Yamamoto III at 392-404, Fujita III at 364-70 |
| 12/20/2005 | Taoyuan | X | | | X | | | | | | X | | | | | | | | | CPT: J.S. Lu | CHU00014232 | J.S. Lu | J.S. Lu, Dep. Vol. 2, 217-219 |
| 12/20/2005-12/23/2005 | Taiwan | X | X | X | X | | | | | X | | | | | | | | | | Sang Kyu Park (SDI) | SDCRT-0091852 | SK Park | |
| Late 2005 | | X | X | | X | | | | | | | | | | | | | | | Jae In Lee (SDI) | SDC RT-009 1692 | J.I. Lee | |
| 3/00/2006 | Singapore | | | | X | | | | | | X | X | | | | | | | | MTPD: Nishimaru, Kazuhiro<br>LPD: Park, Edmond | | Kazuhiro Nishimaru | 101:23-102:3: 243:9-247:7 |
| 3/00/2006 | Singapore | X | | | X | | | | | | X | X | X | | | | | | | MTPD: Nishimaru, Kazuhiro: Tomori: Yasukawa<br>Thai-CRT: Montri | | Kazuhiro Nishimaru | 238:11-243:8 |
| 3/1/2006 | | | | | X | | | | | | X | X | | | | | | | | MTPD: Nishimaru | | Nishimaru | Nishimaru II at 243-48 |
| 3/1/2006 | | | | | X | | | | | | | X | | | | | | | | | MTPD-0504767: MTPD-0504768 | Tobinaga, Kinoshita | Tobinaga I at 100-01, Kinoshita I at 169-81 |
| 3/9/2006 | Singapore Marriott | X | | | X | | | | | | X | X | X | | | | | | | CPT: Yang: Jimmy<br>LPD: Lim, S.D.<br>SDI: Jaya<br>Thai-CRT: Montri<br>MTPD: Yasukawa: Nishimaru: Tomori | MTPD-0479732: CHU00030458 | Shinichiro Tsuruta | 276:4-297:21 |
| 3/10/2006 | Singapore | X | | | X | | | | | | X | X | X | | | | | | | MTPD: Nishimaru,Yakazowa | MTPD-0400555 | Nishiyama, Nishimaru | Nishiyama III at 452-58, Nishimaru II at 239-43 |
| 3/13/2006 | | X | | | X | | | | | | X | | | | | | | | | | SDCRT-0091715E | I.H. Song | 362:19-364:9 |
| 3/14/2006 | | | | | X | | | | | | X | | | | | | | | | | CHU00014215E & CHU00014215 | Wiebo Jan Vaartjes | Wiebo Jan Vaartjes Dep. Vol. 1, 321:22-330:7 |

| MEETING DATE | LOCATION | CPT | LG | OEC/DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/22/2006 | n/a | | | | X | | | | | | | | | | | | | | X | SDI: Woongrae Kim<br>SDI: Mr. Seong<br>THOM: Jack Brunk | SDCRT-0007240 | | |
| 3/31/2006 | n/a | X | | | X | | | | | | X | X | | | X | X | | | X | MTPD: Tsuruta Shinichiro | MTPD-0479599 | | |
| 4/26/2006 | | | | | X | | | | | | | X | | | | | | | | Hun Sul Chu (SDI): Sanogawaya (MTPD) | SDCRT-0007261 | HS Chu | |
| 5/19/2006 | n/a | X | | X | X | | | | | | X | X | | | X | X | | | | MTPD: Tsuruta Shinichiro | MTPD-0468623 | Hirokazu Nishiyama 30(b)(6) 124: Nishiyama 125, Nishiyama: Tatsuo Tobinaga 30(b)(6) | Nishiyama 30(b)(6) 124: Nishiyama 125, 232, 243, 265: Tobinaga 30(b)(6) 125, 235 |
| 6/00/2006 | | | X | | X | | | | X | | X | | | | | | | | X | | SDCRT-0005949 | KC Oh | |
| 6/00/2006 | Osaka, Japan | | | | X | | | | | | X | X | | | | | | | | MTPD:  Nishimaru, Kazuhiro<br>LPD:  Park, Edmond<br>SDI:  Park, Kevin | | Kazuhiro Nishimaru | 101:23-102:3; 250:7-251:17 |
| 6/1/2006 | | | | | X | | | | | | X | X | | | | | | | | | | Nishimaru | Nishimaru II at 329-31 |
| 6/1/2006 | Osaka | | | | X | | | | | | X | X | | | | | | | | | MTPD-047968I | Nishimaru | Nishimaru II at 341-47 |
| 6/5/2006 | | | | | X | | | | | | X | X | | | | | | | X | MTPD: Tsuruta Shinichiro<br>MTPD: Komori<br>MTPD: Nishimura | MTPD-0479681 | Shinichiro Tsuruta:<br>Kazuhiro Nishimaru | Tsuruta 62, 80, 96:<br>Nishimaru 341 |
| 6/12/2006 | | | | | | | | | | | X | X | | | | | | | | MTPD: Tsuruta<br>LPD: Park, Edmond (SBI Manager, Strategy Business intelligence)<br>LPD: Qian, Philip (Assistant Manager)<br>SDI: Lee, Mokyung (Assistant Manager, Marketing Team)<br>MTPD: Ueda, TL<br>MTPD: Nishimaru, SA<br>MTPD: Kitamura, SJ<br>MTPD: Komori SJ, | MTPD-0094874 | Iwamoto, Shinichi | |
| 6/19/2006 | | | | | X | | | | | | X | X | | | | | | | | LPD: Edmund Park<br>LDP: Philip Qian<br>SDI: Mokyung Lee<br>MTPD: Ueda TL<br>MTPD: Nishimaru SA<br>MTPD: Kitamura SJ<br>MTPD: Komori SJ | MTPD-0479668, MTPD-0479669, MTPD-0479670 | | |
| 6/19/2006 | | | | | X | | | | | | X | X | | | | | | | | LPD: Park, Edmond: Qian, Philip<br>SDI:  Lee, Bokyung<br>MTPD: Ueda: Nishimaru: Kitamura: Kobayashi: Tsuruta | MTPD-0094874 | Kazuhiro Nishimaru:<br>Shinichiro Tsuruta | Nishimaru:  326:20-331:20<br>Tsuruta:  399:10-405:23 |
| 6/19/2006 | | X | | X | X | X | | | | | X | X | | | X | X | | | X | LPD: Edmond Park<br>LPD: Philip Qian<br>SDI: Bokyung Lee<br>MTPD: TL Ueda<br>MTPD: Sa Nishimaru<br>MTPD: SJ Kitamura<br>MTPD: SJ Komoro<br>MTPD: Tsuruta | MTPD-0479670 | | |

| MEETING DATE | LOCATION | CPT | LG | OEC/DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/6/2006 | China | | | | X | | | | | | X | | | | | | | | | SDI - SK Sung: LPD - Choi | SDI rog responses | SK Sung | 149:25-150:10 |
| 7/7/2006 | | | | | X | | | | | | | X | | | | | | | | Hun Sul Chu (SDI): Nishimura (MTPD) | SDCRT-0091901 | HS Chu | |
| 7/21/2006 | | | | | X | | | | | | X | X | | | | | | | X | SDI: Sa Woon K<br>SDI: Mi Kim S<br>SDI: Kyu Seok Park D.<br>THOM: Mr. Xin Feng | SDCRT-0091871 | | |
| 9/5/2006 | | X | | | X | | | | | | X | X | X | | | | | | | MTPD: Yasukawa, Kinoshita | MTPD-0479714: CHU00030449: PHLP-CRT-089887: MTPD-0533137 | Nishiyama, Sanogawaya | Nishiyama III at 397-403, Sanogawaya II at 297-301 |
| 9/5/2006 9/6/2006 | Hotel Equatorial, Kuala Lampur, Malaysia | X | | X | X | | | | | | X | X | X | | | | | | | CPT: S.J. Yang<br>CPT: Jimmy Chen | CHU00030449-457 | S.J. Yang | S.J. Yang, Dep. Vol. 2, 278-299 Dep. Vol. 3 359-362 |
| 10/11/2006 | Email | | | | X | X | | | | | | | | | | | | | | HIT: Kumazawa<br>SDI: C.W. Lee | HTP-CRT00056159 | Yuuichi Kumazawa | 244:1-11 (Yuuichi Kumazawa) |
| 10/24/2006 | Tenchi Shunsen Yakichi, Akihabara, Washington Hotel Restaurant | | | | X | X | | | | | | | | | | | | | | HIT: Kumazawa, Ito<br>SDI: C.W. Lee | HTP-CRT00056159 | Yuuichi Kumazawa Nobuhiko Kobayashi | 245:12-23 (Yuuichi Kumazawa) 451 (Nobuhiko Kobayashi) |
| 10/24/2006 | Tenchi Shunsen Yakichi, Akihabara, Washington Hotel Restaurant, Tokyo, Japan | | | | X | X | | | | | | | | | | | | | | HIT: Nobuaki Itou<br>SDI: CW Lee | HDP-CRT00056218 | | |
| 11/14/2006 | | | | | X | | | | | | | | | | | | | | X | THOM: Petriat<br>THOM: Emeric Charamel<br>SDI: Meinke<br>SDI: Jung Hwan Suh | SDCRT-0091875 | | |
| 11/21/2006 | Huaxia Hotel, Shanghai, China | | | | X | X | | | | | X | | | X | X | | | | X | BMCC: Wenchiang Fan, Heng Zheng Guang Ze, Dalin Li, Yongchun Chi, Liman Lu, Hai Huang<br>IRI: Xiaolin Shen<br>HIT: Guojun Yang, Jianmin Huang, Peng Guo | CHU00102752 | | |
| 11/21/2006 | | | | | X | X | | | | | X | | | X | | | | | X | LGP: Joel Garbi<br>SDI: Francisco Mario<br>SDI: Min Kyu Suh<br>second meeting: | SDCRT-0091855 | | |
| 1/23/2007 | China | X | | | X | X | | | | | X | | | X | | | | | X | | CHU00033243 | | |
| 1/23/2007 | Tang Paradise Hotel, Xi'an, China | | X | | | X | | | | | | | | X | | | | | X | | CHU00033243, CHU00047657, CHU00047658, CHU00047663. SDCRT- | | |
| 2/7/2007 | | X | | | X | | | | | | X | X | | | | | | | | | MTPD-0543148 | | |

| MEETING DATE | LOCATION | CPT | LG | OEC /DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/17/2007-2/18/2007 | | X | | | X | | | | | | X | X | | | | | | | | CPT: Sheng-Jen<br>CPT: Mr. Yang<br>CPT: Mu-Lin Chen | CHU00030437 | Pil Jae Lee | 254 |
| 3/00/2007 | Mexico | | | X | X | | | | | | | | | | | | | | | John Choi (OEC); KC Oh (SDI) | SDCRT-0031594 | KC Oh | |
| 3/6/2007 | | | | X | | | | | | | | | | | | | | | | KC Oh (SDI) | SDCRT-0031662 | KC Oh | |
| 3/8/2007 | | X | | | X | | | | | | | | | | | | | | | Tae Gyun Oh (SDI), Chen Lishan (SDI): Li Huabin (SDI): Bruce Liu (CPT): Mark Lin (CPT) | SDCRT-0139342 | J.I. Lee | |
| 3/14/2007 | | | X | | X | | | | | | | | | | | | | | | Jeong Yun Shin (SDI) | SDCRT-0031662 | KC Oh | |
| 3/14/2007 3/17/2007 | Fujian Intercontinental Hotel, Fuzhou, China | | X | | X | | | | | | X | | | X | X | | | | X | first meeting:<br>BMCC: Huang Hai<br>HIT: Guo Peng<br>CPT: Hu Mei-Fang<br>LPD: Yu Jiangnan<br>SDI: Park Kyu, Kim, Kim Jung Kil<br>THOM: Xin Peng, Wang Zhiwei<br><br>second meeting:<br>BMCC: Huang Hai<br>HIT: Guo Peng: CPT: Hu Mei-Fang<br>LPD: Yu Jiangnan<br>Samsung SDI:Park Kyu, Kim , Kim Jung Kil<br>THOM: Xin Peng,  Wang Zhiwei<br>SEG Samsung: Wang Dong,  Liang Zhehan | BMCC-CRT000002761, BMCC-CRT000002762, CHU00032940, CHU00032948, CHU00045142, CHU00045143, CHU00046291, CHU00046340, CHU00046354, CHU00046887, CHU00046888, CHU00665186, CHU00665187, CHU00734335, CHU00734336, CHU00734338, CHU00734342, CHU00734344, CHU00734345, CHU00734772 | | |
| 3/15/2007 -3/16/2007 | Fujian, China | X | X | | X | X | | | | | X | | | X | X | | | | X | THOM: Xin Peng<br>THOM: Wang Zhiwei | CHU00734336: CHU00032940 | | |
| 3/26/2007 | China | | | | X | | | | | | X | | | | | | | | | SDI - SK Sung: LPD - JM Park | SDI rog responses | SK Sung | 150:12-150:25 |
| 4/1/2007 | | | X | | | | | | | | | X | | | | | | | | Hun Sul Chu (SDI): | SDCRT-0189859 | HS Chu | |
| 4/6/2007 | | X | | X | X | X | | X | | | X | X | X | | X | X | | X | | LPD: DC Ryu | LGE00067201 LGE00067202 | Duk Chul Ryu | 247 |
| 4/19/2007 | | | | | X | | | | | | | | | | | X | | | | Mikami (Sharp): Takashima (Sharp): D.E. Lee (SDI) | SDCRT-0141398 | J.I. Lee | |
| 4/27/2007 | | | | | X | | | | | | | X | | | | | | | | MTPD: Sanogawaya | MTPD-0438871 | Sanogawaya | Sanogawaya III at 425-31 |
| 6/1/2007 | China: Qingdao, Aizunke Hotel | | | | X | X | | | | | X | | | X | | | | | X | BMCC: Huang, Hai: Chi, Qi-Chang<br>HIT: Guo, Peng<br>LPD: Yu, Jang-Nan<br>SDI: Park, Guixi: Kim, Mei<br>THOM: Xin, Peng | CHU00082287 | | |
| 7/5/2007 | Dongguan, China | | | | X | X | | | | | | | | X | X | | | | X | BMCC: Chen, Xi: Li, Dalin<br>IRI: Wang, Ximin<br>SDI: Sung, SK<br>HIT: Wang, Yufeng | BMCC-CRT000105586, CHU00734728, SDCRT-0105131 | | |

| MEETING DATE | LOCATION | CPT | LG | OEC /DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/5/2007 | China | | | | X | X | | | | | X | | | X | X | | | | X | SDI - SK Sung, ES Hwang, Yun Xie, Mei Jin: Thomson - Saurahb Dhoot, Kumar Neeraj, Prakash Rajeev, Xiangjie Yang, Xhiye Huang, Yongjie Zhu, Peng Xin, Zhiwei Wang, Shanshan Wu: BMCC - Xi Chen, Dalin Li, Hai Huang: Hitachi - Guojun Yang, Yufeng Wang, Ying Dai, Peng Guo: LPD - Jianzhong Sheng, Tao Jiang, Minghui Xu, Jiangnan Yu, Changqi Jin, Yaping Yang, Jing Fang: Irico - Ximin Wang, Zhengrong Yuan | SDCRT-0105131 | | |
| 7/7/2007 | San Diego | | | | X | | | | | | X | | | | | | | | | Woong Rae Kim: KC Oh (SDI): Quinn Choi (LPD): | SDCRT-0007615 | KC Oh | |
| 7/12/2007 | | | | | X | | | | | | X | | | | | | | | | Jae In Lee (SDI): Dong Hoon Lee (SDI): Kee Choi (SDI): | SDCRT-0170843 | KC Oh | |
| 7/12/2007 | | | | | X | | | | | | X | | | | | | | | | SDI - DH Lee, Kee Choi: LPD - JM Park, KY Ko, SK Lee | SDCRT-0170843 | | |
| 7/16/2007 | | | | | X | | | | | | X | X | | | | | | | | SDI - DE Lee | SDCRT-0081019 | | |
| 8/6/2007 | Korea | | | | X | | | | | | X | | | | | | | | | SDI - DH Lee: LPD - JU Park | SDCRT-0198856 | | |
| 8/6/2007 | China | X | | | | | | | | | X | | | | | | | | | SDI - SK Sung: LPD - Park, CK Kim | SDI rog responses: SDCRT-0198856 | SK Sung | 120:7-134:3 |
| 9/3/2007 | San Diego | | | | X | | | | | | X | | | | | | | | | Woong Rae Kim: KC Oh (SDI): Quinn Choi (LPD): | SDCRT-0199834 | KC Oh | |
| 9/11/2007 | | X | X | | X | | | | | | X | | | | | | | | | LPD: DC Ryu | LGE00086914 | Duk Chul Ryu | 275 |
| 9/11/2007 | China | | | | X | | | | | | X | | | | | | | | | SDI - SK Sung | SDCRT-0110475 | | |
| 9/12/2007 | Yeouido | | | | X | | | | | | X | | | | | | | | | | SDCRT-0160057 | Hoon Choi | 278:2 |
| 9/12/2007 | Yeouido | | | | X | | | | | | X | | | | | | | | | | | Hoon Choi | 278:2 |
| 10/12/2007 | | | | | X | | | | | | X | | | | | | | | | Hun Sul Chu (LPD): Lee (LPD) | SDCRT-0185053 | HS Chu | |
| 11/00/2007 | | | | | | | | | | | | | | | | | | | | | SDCRT-0180438 | H.S. Chu | |
| 11/2/2007 | China | X | | | X | | | | | | X | | | | | | | | | SDI - IH Oh, JH Jung, TG Oh, SM Nam, Chen Lishan | SDCRT-0139342 | | |
| 11/2/2007 | | X | | | X | | | | | | X | | | | | | | | | Tae Gyun Oh (SDI), Chen Lishan (SDI): Ik Hwan Oh (SDI): Jae Hwan Jung (SDI): Seong Meen Nam (SDI): Bruce Liu (CPT): Mark Lin (CPT): Jason Lu (CPT) | SDCRT-0139342 | J.I. Lee | |
| 11/13/2007 | | X | | | X | | | | | | X | | | | | | | | | | LGE00080007 | Duk Chul Ryu | 280 |
| 3/22/0000 | | | | | X | | | | | | X | X | | | | | | | | MTPD: Tanaka: Nishimura | MTPD-0419572 | Kazuhiro Nishimaru: Kazutaka Nishimura | Nishimaru: 443:7-456:8 |

| MEETING DATE | LOCATION | CPT | LG | OEC/DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/20/200 | | X | X | X | X | | | | | X | | | X | | | | | | | CPT: Liu (Director)<br>CPT: Yang (Senior Manager)<br>LG: Choi, S. Y.<br>LG: Park, K.J.<br>OEC: Cho, H. K.<br>OEC: Lee, H. S.<br>OEC: Min, Karl<br>OEC: Lim, Jerry<br>PHS: Smith, Jim<br>SDI: Kim, Inn<br>SDI: Lee, K.H.<br>SDI: Park, S.K.<br>SDI: Son, Michael<br>T-CRT: Thanasak<br>T-CRT: Sirichai | CHU00031010 &<br>CHU0003101O.01E | Jim Smith | Jim Smith Dep.<br>Vol. 1, 168-173 |
| 9/7/0000 to 9/8/0000 | | X | X | X | X | | | | | | | | X | | | | | | | CPT: C.C. Liu<br>CPT: Michael Du<br>SDD: Mr. Inn Kim<br>SDD: Mr. K.H. Lee<br>SDD: Mr. D.H. Lee<br>SDD: Mr. D.E. Lee<br>SDD: Mr. Son<br>LG: Mr. Choi<br>LG: Mr. C.G. Kim<br>LG: Mr. P.Y. Jeong<br>LG: Mr. Y.I. Jeong<br>LG: Mr. D.E. Lee<br>Orion: Mr. H.C. Moon<br>Orion: Mr. B.L. Jeong<br>Orion: Mr. Karl Min<br>Orion: Mr. H.S. Oh<br>TCRT: Mr. Thanasak Chaiyavech | CHU0002923-927 | C.C. Liu | C.C. Liu, Dep. Vol. 3,<br>436-446 |
| | | X | X | X | X | | | | | X | | | | | | | | | | | CHU00060408-418 | C.C. Liu | C.C. Liu, Dep. Vol. 2,<br>323-327 |
| | | X | X | X | X | | | | | | | | | | | | | | | CPT: S.J. Yang<br>CPT: C.C. Liu<br>CPT: Michael Du<br>LG: Mr. Park<br>LG: Mr. Yeu<br>LG: Mr. Kim | CHU00028889-892 | S.J. Yang | S.J. Yang, Dep. Vol. 1,<br>134-139 |
| Unknown | | X | X | X | X | | | | | X | X | | | | | | | | | CPT: C.C. Liu | CHU00031194-201 | C.C. Liu | C.C. Liu, Dep. Vol. 2,<br>267-274<br>Dep. Vol. 3,<br>399-401 |
| Unknown | | X | X | X | | | X | | | | X | | | | | | | | | CPT: C.C. Liu | CHU00031209-213 | C.C. Liu | C.C. Liu, Dep. Vol. 2,<br>274-275 |
| Unknown | | | | | X | | | | | | | X | | | | | | | | MTPD: Nishimura, Kazutaka<br>SDI: Osaka representative | MTPD-0426042 | Kazutaka Nishimura | |
| unknown | email | | | | X | | | | | X | X | | | | | | | | | | SD-CRT-0002562 & SD-CRT-00002562E | Joseph Killen | Joseph Killen Dep.<br>118:1-127:20 |
| unknown | email | | | | X | | | | | X | X | | | | | | | | | | SDCRT-002582 | Joseph Killen | Joseph Killen Dep.<br>148:20-159:6 |
| unknown | email | | | | | | | | | X | X | | | | | | | | | | PHLP-CRT-082771 | Joseph Killen | Joseph Killen Dep.<br>231:25-234:15 |
| unknown | Powerpoint | | | | X | | | | | | X | | | | | | | X | | | PHLP-CRT-009599 | Kris Mortier | Kris Mortier Dep.Vol.<br>1, 289-292 |

| MEETING DATE | LOCATION | CPT | LG | OEC /DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| unknown | | | | | X | | | | | X | | | | | | | | | X | | PHLP-CRT-015909 | Kris Mortier | Kris Mortier Dep.Vol. 2, 458-464 |
| unknown | | | | | X | | | | | X | | | | | | | | | X | | PHLP-CRT-035906 & attachment PHLP-CRT-035907 | Kris Mortier | Kris Mortier Dep.Vol. 2, 484-492 |
| Unknown | | X | | | X | | | | | X | | | | | | | | | | LPD: Mr. Lee | n/a | Jim Kang Jung | 88 |
| Unknown | | X | X | | X | | | | | | | | | | | | | | | | n/a | Duk Chul Ryu | 170-173 |
| Unknown | | X | X | | X | | | | | | | | | | | | | | | | n/a | Duk Chul Ryu | 184 |
| Unknown | | | | | | | X | | | | | | | | | | | | X | MEC: Hirokazu Nishiyama | | Hirokazu Nishiyama | 76, 98-100 |
| Unknown | U.S. | | | | | | | | | X | | | | | | | | | X | PHS: Joe Killen | | Pat Canavan | 112-130, 194 |
| Unknown | | | | | | | | | | | | | | | | | | | X | | TDA00355 | | |
| Unknown | | X | | X | X | | | | | X | | | | | | | | | X | | CHU00022689 | | |

# Exhibit 77

Guido Saveri (22349)
    *guido@saveri.com*
R. Alexander Saveri (173102)
    *rick@saveri.com*
Geoffrey C. Rushing (126910)
    *grushing@saveri.com*
Cadio Zirpoli (179108)
    *cadio@saveri.com*
Matthew D. Heaphy (227224)
    *mheaphy@saveri.com*
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, California 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Lead Counsel for Direct Purchaser Plaintiffs*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-CV-5944-JST |
| | MDL No. 1917 |
| This Document Relates To: | **DIRECT PURCHASER PLAINTIFFS' SUPPLEMENTAL OBJECTIONS AND RESPONSES TO DEFENDANTS IRICO GROUP CORP. AND IRICO DISPLAY DEVICES CO., LTD.'S FIRST SET OF INTERROGATORIES TO DIRECT PURCHASER PLAINTIFFS** |
| *ALL DIRECT PURCHASER ACTIONS* | |

| | |
|---|---|
| PROPOUNDING PARTIES: | IRICO GROUP CORP.; IRICO DISPLAY DEVICES CO., LTD. |
| RESPONDING PARTIES: | ARCH ELECTRONICS, INC.; CRAGO, D/B/A DASH COMPUTERS, INC.; MEIJER, INC.; MEIJER DISTRIBUTION, INC.; NATHAN MUCHNICK, INC.; PRINCETON DISPLAY TECHNOLOGIES, INC.; RADIO & TV EQUIPMENT, INC.; STUDIO SPECTRUM, INC.; WETTSTEIN AND SONS, INC. D/B/A WETTSTEIN'S |
| SET NO.: | ONE |

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Direct Purchaser Plaintiffs Arch Electronics, Inc.; Crago, d/b/a Dash Computers, Inc.; Meijer, Inc.; Meijer Distribution, Inc.; Nathan Muchnick, Inc.; Princeton Display Technologies, Inc.; Radio & TV Equipment, Inc.; Studio Spectrum, Inc.; and Wettstein and Sons, Inc. d/b/a Wettstein's (together, "Plaintiffs"), by their attorneys, hereby provide the following objections to Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.'s First Set of Interrogatories to Direct Purchaser Plaintiffs (the "Interrogatories") as follows:

## **GENERAL OBJECTIONS**

Each of the following objections is incorporated by reference into each of the responses herein:

1.      Plaintiffs and their counsel have not completed their (1) investigation of the facts relating to this case, (2) discovery in this action, or (3) preparation for trial. The following responses are therefore based upon information known at this time and are provided without prejudice to Plaintiffs' right to supplement these responses prior to trial or to produce evidence based on subsequently discovered information. Likewise, Plaintiffs' responses are based upon, and therefore limited by, Plaintiffs' present knowledge and recollection, and consequently, Plaintiffs reserve the right to make any changes to these responses if it appears at any time that inadvertent errors or omissions have been made.

2.      Plaintiffs generally object to the Interrogatories, including the Instructions and Definitions, on the ground that they purport to enlarge, expand or alter in any way the plain

meaning and scope of any interrogatory or to impose any obligations on Plaintiffs' responses in excess of those required by the Federal Rules of Civil Procedure. Plaintiffs will respond to these Interrogatories in accordance with their understanding of the obligations imposed by the Federal Rules of Civil Procedure.

3. Plaintiffs object to the Interrogatories, including the Instructions and Definitions, on the ground that the information sought is protected by the attorney-client privilege, the attorney work product doctrine, the settlement privilege, the mediation privilege or is otherwise privileged and/or immune from discovery. By responding to these Interrogatories, Plaintiffs do not waive, intentionally or otherwise, any attorney-client privilege, any settlement privilege, any mediation privilege, attorney work-product or any other privilege, immunity or other protection that may be asserted to protect any information from disclosure. Accordingly, any response or production of documents or disclosure of information inconsistent with the foregoing is wholly inadvertent and shall not constitute a waiver of any such privilege, immunity or other applicable protection.

4. Plaintiffs object to these Interrogatories on the ground that they are compound, conjunctive or disjunctive.

5. Plaintiffs object to the Interrogatories on the ground that they duplicate other requests, in whole or in part, made in MDL No. 1917 in violation of the Court's Order Re Discovery and Case Management Protocol (April 2, 2012) (Dkt. 1128). Plaintiffs will not reproduce any material that has been previously produced by another party to MDL No. 1917. *See* Case Management Order, 2 (Feb. 16, 2021) (Dkt. 5907).

6. Plaintiffs object to the Interrogatories on the ground that they are overly broad and unduly burdensome.

7. Plaintiffs object to the Interrogatories on the ground that they are vague, ambiguous, redundant, harassing or oppressive.

8. Plaintiffs object to the Interrogatories on the ground that they require Plaintiffs to draw legal conclusions.

9. Plaintiffs object to the Interrogatories on the ground that the information requested is neither relevant nor proportional to the needs of the case.

10.     Plaintiffs object to the Interrogatories on the ground that they, or any portion of them, seek production of any information within the possession, custody, or control of any Defendant, or of publicly available information such that the information is obtainable from some other source that is more convenient, less burdensome or less expensive, or the production of the information will impose undue burden, inconvenience, or expense upon Plaintiffs.

11.     Plaintiffs reserve the right to modify their allegations based on additional discovery, additional analysis of existing discovery, discovery not yet completed and/or expert discovery, and Plaintiffs reserve the right to supplement and/or delete the responses given in light of further evidence and further analysis of present and subsequently acquired evidence.

12.     In addition, in accordance with the Federal Rules of Civil Procedure, Plaintiffs reserve the right to introduce evidence not yet identified herein supporting Plaintiffs' allegations, including evidence that Plaintiffs expect to further develop through the course of discovery and expert analysis.

13.     In providing responses to the Interrogatories, Plaintiffs reserve all objections as to competency, relevance, materiality, privilege, or admissibility as evidence in any subsequent proceeding in, or trial of, this or any other action for any purpose whatsoever.

14.     No incidental or implied admissions are intended in these responses. Plaintiffs' response to all or any part of any interrogatory should not be taken as an admission that: (a) Plaintiffs accept or admit the existence of any fact(s) set forth or assumed by the interrogatory; or (b) Plaintiffs have in their possession, custody or control documents or information responsive to that interrogatory; or (c) documents or information responsive to that interrogatory exist. Plaintiffs' response to all or any part of an interrogatory also is not intended to be, and shall not be, a waiver by Plaintiffs of all or any part of its objection(s) to that interrogatory.

15.     Plaintiffs object to the Interrogatories on the ground that the cumulative requests by Defendants and Co-Conspirators in this litigation exceed the permissible number set forth in the Federal Rules.

**OBJECTIONS TO CERTAIN DEFINITIONS AND INSTRUCTIONS**

1.     Plaintiffs object to the definition of "Claim Form(s)" on the grounds that the term

"or similar forms approved by the Court and sent to or otherwise made available to potential Class Members" is vague and ambiguous and requires Plaintiffs to refer to multiple documents.

2.      Plaintiffs object to the definition of "Complaint" as vague and ambiguous. Plaintiffs understand this definition to refer to DPPs' Consolidated Amended Complaint at ECF No. 436 and as modified by the Stipulation and Order at ECF No. 996.

3.      Plaintiffs object to the definition of "Control" to the extent it requires Plaintiffs to draw legal conclusions.

4.      Plaintiffs object to the definition of "Co-Conspirators" on the grounds that it is vague, ambiguous, and unintelligible. Paragraphs 105-111 of DPP's Consolidated Amended Complaint (ECF No. 436) describe CRT technology and products and do not enumerate entities.

5.      Plaintiffs object to the definition of "Document(s)" on the ground that it is overbroad boilerplate that includes irrelevant examples, such as "package inserts or other information accompanying medications." Plaintiffs further object to the extent that the definition exceeds the scope of the Federal Rules of Civil Procedure.

6.      Plaintiffs object to the definition of "Irico CRTs" as vague, ambiguous, and unintelligible. Paragraphs 37-39 of the Complaint identify the Irico entities named as Defendants to this litigation and allege that those entities manufactured, sold, and distributed CRT Products either directly or through their subsidiaries or affiliates throughout the United States. The phrase "including without limitation any Claim Form(s) that reflects purchases from Irico in Sections A, B, or C of the form" is inconsistent with the preceding language in the definition and renders the definition unintelligible.

7.      Plaintiffs object to the definition of "Verified" as vague, ambiguous, and incomplete. The citation provided does not define the term "Verified."

8.      Plaintiffs object to the definition of "You" and "Your" as vague and ambiguous as it relies on the undefined, capitalized term "Plaintiffs." If "Plaintiffs" is intended to mean the parties identified as "Responding Parties" in the Interrogatories, Plaintiffs object to the definition as overbroad in seeking discovery of class members who are not current Named Plaintiffs and have not served as Class Representatives and further object on the grounds that this definition seeks the

1   production of documents outside Plaintiffs' possession, custody, and control. Plaintiffs further

2   object on the ground that attorneys and agents are included in this definition, and any response or

3   production of documents that may subsequently occur pursuant to these Interrogatories shall not

4   include any documents protected by the attorney-client privilege, work product doctrine, the

5   settlement privilege, or any other applicable privileges or doctrines. Plaintiffs further object to this

6   definition to the extent that it refers to any entity other than Plaintiffs.

7          9.    Plaintiffs object to the Instructions to the extent they seek to expand the

8   requirements of the Federal Rules of Civil Procedure. Plaintiffs will respond in accordance with the

9   Federal Rules.

10   **RESPONSES**

11   **INTERROGATORY NO. 1**

12        Identify any Document(s) that summarize, analyze, evaluate or otherwise compile any

13   information contained in Claim Forms.

14   **RESPONSE TO INTERROGATORY NO. 1**

15        In addition to Plaintiffs' General Objections and Objections to Certain Definitions and

16   Instructions, each of which is incorporated by this reference as though fully set forth herein,

17   Plaintiffs object to this Interrogatory on the grounds that it calls for materials that are protected by

18   the attorney-client privilege, the work product rule, and/or other evidentiary privilege. Plaintiffs

19   further object to this Interrogatory on the grounds that it is vague and ambiguous including in its

20   use of the terms "summarize," "analyze," "evaluate," and "otherwise compile." Plaintiffs further

21   object to this Interrogatory on the grounds that it is overbroad and duplicative, and harassing in that

22   it will interfere with the ongoing claims process as to which Defendants have no interest. Plaintiffs

23   further object to this Interrogatory on the ground that the burden on Plaintiffs to describe such an

24   overbroad group of documents outweighs any likely benefit and is not proportional to the needs of

25   the case. Plaintiffs further object to this Interrogatory on the grounds that it seeks discovery of

26   absent class members and serves as an inappropriate end-run around the prohibition on discovery

27   of absent class members. Plaintiffs further object to this Interrogatory on the grounds that it seeks

28   irrelevant information that is not necessary or proportional. Plaintiffs further object to this

Interrogatory on the grounds that it seeks confidential information of absent class members in violation of their privacy rights. Plaintiffs also object to this Interrogatory on the ground that it is compound.

### SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 1

Plaintiffs hereby incorporate their previous objections and response to this interrogatory, *supra*. Subject to, and without waiving the foregoing objections, Plaintiffs provide the following supplemental response pursuant to an agreement with the Irico Defendants whereby the Irico Defendants "will narrow the scope of the outstanding discovery requests to the information provided in Paragraphs 1(a), (b) and (c) in our proposed stipulation" provided that Plaintiffs provide this information and, subject to the Irico Defendants' reservation of rights, represent to Plaintiffs "that at this time Irico does not intend to serve further discovery regarding the claims process, the claims administrator or the absent class members." *See* Rushing July 7, 2021 Ltr.; Werbel July 9, 2021 Ltr. Subject to the foregoing agreement and without waiving the foregoing objections, Plaintiffs provide the following supplemental response:

    a.    To date, Direct Purchaser Plaintiffs have identified 1,816 valid claim forms submitted by settlement class members for the direct purchase of CRTs, Televisions or Monitors in the United States. Of the 1,816 valid claim forms, 334 identified purchases of CRTs, 1,549 identified purchases of Televisions, and 992 identified purchases of Monitors.

    b.    To date, Direct Purchaser Plaintiffs have identified no valid claims for purchases of a CRT, Television or Monitor by a settlement class member from any of the Irico Defendants.

    c.    Direct Purchaser Plaintiffs have no records from any third party documenting direct purchases of Irico CRTs or televisions or monitors containing Irico CRTs in the United States.

Plaintiffs will supplement this response in accordance with Rule 26(e) of the Federal Rules of Civil Procedure.

1   **INTERROGATORY NO. 2**

2       Separately, for each Defendant or Co-Conspirator listed on the Claim Form, Identify:

3       a.    The total number of submitted and Verified Claim Forms that include purchases

4             from that Defendant or Co-Conspirator in Section A of the Claim Forms;

5       b.    The total dollar amount of purchases from that Defendant or Co-Conspirator

6             detailed in Section A of the submitted and Verified Claim Forms;

7       c.    The total number of submitted and Verified Claim Forms from that Defendant or

8             Co-Conspirator that include purchases in Section B of the Claim Forms;

9       d.    The total dollar amount of purchases from that Defendant or Co-Conspirator

10            detailed in Section B of the submitted and Verified Claim Forms;

11      e.    The total number of submitted and Verified Claim Forms that include purchases

12            from that Defendant or Co-Conspirator in Section C of the Claim Forms; and,

13      f.    The total dollar amount of purchases from that Defendant or Co-Conspirator

14            detailed in Section C of the submitted and Verified Claim Forms.

15  **RESPONSE TO INTERROGATORY NO. 2**

16      In addition to Plaintiffs' General Objections and Objections to Certain Definitions and

17  Instructions, each of which is incorporated by this reference as though fully set forth herein,

18  Plaintiffs further object to this Interrogatory on the ground that it is vague and ambiguous as to the

19  meaning of "Identify," "Co-Conspirator," "Verified," and "submitted." Plaintiffs further object to

20  this Interrogatory on the ground that the burden on Plaintiffs to provide this analysis of the claims

21  process outweighs its likely benefit and is not proportional to the needs of the case. Plaintiffs object

22  to this Interrogatory on the ground that it is compound. Plaintiffs further object to this Interrogatory

23  on the grounds that it calls for (or could be construed to call for) materials that are protected by the

24  attorney-client privilege, the work product rule or other evidentiary privilege. Plaintiffs further

25  object to this Interrogatory on the grounds that Defendants' sales information is more easily

26  available to Defendants from their own records and from discovery already produced in this

27  litigation. Plaintiffs further object to this Interrogatory on the grounds that it seeks discovery of

28  absent class members and serves as an inappropriate end-run around the prohibition on discovery

of absent class members. Plaintiffs further object to this Interrogatory on the grounds that it seeks irrelevant information that is not necessary or proportional. Plaintiffs further object to this Interrogatory on the grounds that it seeks confidential information of absent class members in violation of their privacy rights. Plaintiffs further object to this Interrogatory on the grounds that it is overbroad and duplicative, and harassing in that it will interfere with the ongoing claims process as to which Defendants have no interest.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 2**

Plaintiffs hereby incorporate their previous objections and response to this interrogatory, *supra*. Subject to, and without waiving the foregoing objections, Plaintiffs supplement their response as follows:

*See* supplemental response to Interrogatory No. 1, *supra*.


**INTERROGATORY NO. 3**

Identify any claims submitted involving Irico CRTs not Identified in Your response to Interrogatory No. 2.

**RESPONSE TO INTERROGATORY NO. 3**

In addition to Plaintiffs' General Objections and Objections to Certain Definitions and Instructions, each of which is incorporated by this reference as though fully set forth herein, Plaintiffs further object to this Interrogatory on the ground that it is vague and ambiguous in its use of terms "claims submitted," "Irico CRTs," and "involving." Plaintiffs further object to this Interrogatory on the grounds that it calls for (or could be construed to call for) materials that are protected by the attorney-client privilege, the work product rule or other evidentiary privilege. Plaintiffs further object to this Interrogatory on the grounds that it seeks individualized discovery of absent class members and serves as an inappropriate end-run around the prohibition on discovery of absent class members. Plaintiffs further object to this Interrogatory on the grounds that it seeks information about individualized claims that are not necessary or proportional at this stage of the litigation. Plaintiffs further object to this Interrogatory on the grounds that it seeks confidential information of absent class members in violation of their privacy rights. Plaintiffs

further object to this Interrogatory on the grounds that it is overbroad and duplicative, and harassing in that it will interfere with the ongoing claims process as to which Defendants have no interest.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 3**

Plaintiffs hereby incorporate their previous objections and response to this interrogatory, *supra*. Subject to, and without waiving the foregoing objections, Plaintiffs supplement their response as follows:

*See* supplemental response to Interrogatory No. 1, *supra*.


DATED: July 14, 2021          By: */s/ R. Alexander Saveri*
                                Guido Saveri
                                R. Alexander Saveri
                                Geoffrey C. Rushing
                                Cadio Zirpoli
                                Matthew D. Heaphy
                                SAVERI & SAVERI, INC.
                                706 Sansome Street
                                San Francisco, California 94111
                                Telephone: (415) 217-6810
                                Facsimile: (415) 217-6813

# Exhibit 78

1  R. Alexander Saveri (173102)
       *rick@saveri.com*
2  Geoffrey C. Rushing (126910)
       *grushing@saveri.com*
3  Cadio Zirpoli (179108)
       *cadio@saveri.com*
4  Matthew D. Heaphy (227224)
       *mheaphy@saveri.com*
5  Sarah Van Culin (293181)
       *sarah@saveri.com*
6  SAVERI & SAVERI, INC.
7  706 Sansome Street
   San Francisco, California 94111
8  Telephone: (415) 217-6810
   Facsimile: (415) 217-6813
9

10  *Lead Counsel for Direct Purchaser Plaintiffs*

11

12              **UNITED STATES DISTRICT COURT**

13            **NORTHERN DISTRICT OF CALIFORNIA**

14                  **OAKLAND DIVISION**

15

16  IN RE: CATHODE RAY TUBE (CRT)          Master File No. 07-CV-5944-JST
    ANTITRUST LITIGATION
17                                         MDL No. 1917

18  ─────────────────────────────

19  This Document Relates To:              **DIRECT PURCHASER PLAINTIFFS'**
                                           **OBJECTIONS AND RESPONSES TO**
20  *ALL DIRECT PURCHASER ACTIONS*         **DEFENDANTS IRICO GROUP CORP.**
                                           **AND IRICO DISPLAY DEVICES CO.,**
21                                         **LTD.'S FIRST SET OF REQUESTS**
                                           **FOR ADMISSION TO DIRECT**
22                                         **PURCHASER PLAINTIFFS**

23

24

25

26

27

28

─────────────────────────────────────────────────────────

PROPOUNDING PARTIES:          IRICO GROUP CORP.; IRICO DISPLAY DEVICES CO., LTD.

RESPONDING PARTIES:           ARCH ELECTRONICS, INC.; CRAGO, D/B/A DASH COMPUTERS, INC.; MEIJER, INC.; MEIJER DISTRIBUTION, INC.; NATHAN MUCHNICK, INC.; PRINCETON DISPLAY TECHNOLOGIES, INC.; RADIO & TV EQUIPMENT, INC.; STUDIO SPECTRUM, INC.; WETTSTEIN AND SONS, INC. D/B/A WETTSTEIN'S

SET NO.:                      ONE

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, Direct Purchaser Plaintiff class representatives Arch Electronics, Inc.; Crago, d/b/a Dash Computers, Inc.; Meijer, Inc.; Meijer Distribution, Inc.; Nathan Muchnick, Inc.; Princeton Display Technologies, Inc.; Radio & TV Equipment, Inc.; Studio Spectrum, Inc.; and Wettstein and Sons, Inc. d/b/a Wettstein's (together, "Plaintiffs"), by their attorneys, hereby provide the following objections to Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.'s First Set of Requests for Admission to Direct Purchaser Plaintiffs (the "Requests") as follows:

## **GENERAL OBJECTIONS**

Each of the following objections is incorporated by reference into each of the responses herein:

1.      Plaintiffs and their counsel have not completed their (1) investigation of the facts relating to this case, (2) discovery in this action, or (3) preparation for trial. The following responses are therefore based upon information known at this time and are provided without prejudice to Plaintiffs' right to supplement these responses prior to trial or to produce evidence based on subsequently discovered information. Likewise, Plaintiffs' responses are based upon, and therefore limited by, Plaintiffs' present knowledge and recollection, and consequently, Plaintiffs reserve the right to make any changes to these responses if it appears at any time that inadvertent errors or omissions have been made.

2.      Plaintiffs generally object to the Requests, including the Instructions and Definitions, on the ground that they purport to enlarge, expand, or alter in any way the plain meaning and scope of any requests or to impose any obligations on Plaintiffs' responses in excess

1    of those required by the Federal Rules of Civil Procedure. Plaintiffs will respond to these Requests

2    in accordance with their understanding of the obligations imposed by the Federal Rules of Civil

3    Procedure.

4        3.     Plaintiffs object to the Requests, including the Instructions and Definitions, on the

5    ground that the information sought is protected by the attorney-client privilege, the attorney work

6    product doctrine, the settlement privilege, the mediation privilege or is otherwise privileged and/or

7    immune from discovery. By responding to these Requests, Plaintiffs do not waive, intentionally or

8    otherwise, any attorney-client privilege, any settlement privilege, any mediation privilege, attorney

9    work-product or any other privilege, immunity or other protection that may be asserted to protect

10   any information from disclosure. Accordingly, any response or production of documents or

11   disclosure of information inconsistent with the foregoing is wholly inadvertent and shall not

12   constitute a waiver of any such privilege, immunity, or other applicable protection.

13       4.     Plaintiffs object to these Requests on the ground that they are compound,

14   conjunctive, or disjunctive.

15       5.     Plaintiffs object to the Requests on the ground that they duplicate other requests, in

16   whole or in part, made in MDL No. 1917 in violation of the Court's Order Re Discovery and Case

17   Management Protocol (April 2, 2012) (ECF No. 1128). Plaintiffs will not reproduce any material

18   that has been previously produced by another party to MDL No. 1917. *See* Case Management

19   Order at 2 (Feb. 16, 2021) (ECF No. 5907).

20       6.     Plaintiffs object to the Requests on the ground that they request Plaintiffs to produce

21   documents outside its possession, custody, or control.

22       7.     Plaintiffs object to the Requests on the ground that they are overly broad and unduly

23   burdensome.

24       8.     Plaintiffs object to the Requests on the ground that they are vague, ambiguous,

25   redundant, harassing, or oppressive.

26       9.     Plaintiffs object to the Requests on the ground that they require Plaintiffs to draw

27   legal conclusions.

28       10.    Plaintiffs object to the Requests on the ground that the information requested is

1   neither relevant nor proportional to the needs of the litigation.

2        11.     Plaintiffs object to the Requests on the ground that they, or any portion of them,

3   seek production of any information within the possession, custody, or control of any Defendant, or

4   of publicly available information such that the information is obtainable from some other source

5   that is more convenient, less burdensome or less expensive, or the production of the information

6   will impose undue burden, inconvenience, or expense upon Plaintiffs.

7        12.     Plaintiffs reserve the right to modify their allegations based on additional discovery,

8   additional analysis of existing discovery, discovery not yet completed and/or expert discovery, and

9   Plaintiffs reserve the right to supplement and/or delete the responses given in light of further

10   evidence and further analysis of present and subsequently acquired evidence.

11        13.     In addition, in accordance with the Federal Rules of Civil Procedure, Plaintiffs

12   reserve the right to introduce evidence not yet identified herein supporting Plaintiffs' allegations,

13   including evidence that Plaintiffs expect to further develop through the course of discovery and

14   expert analysis.

15        14.     In providing responses to the Requests, Plaintiffs reserve all objections as to

16   competency, relevance, materiality, privilege, or admissibility as evidence in any subsequent

17   proceeding in, or trial of, this or any other action for any purpose whatsoever.

18        15.     No incidental or implied admissions are intended in these responses. Plaintiffs'

19   response to all or any part of any Requests should not be taken as an admission that: (a) Plaintiffs

20   accept or admit the existence of any fact(s) set forth or assumed by the request; or (b) Plaintiffs

21   have in their possession, custody or control documents or information responsive to that request; or

22   (c) documents or information responsive to that request exist. Plaintiffs' response to all or any part

23   of a request also is not intended to be, and shall not be, a waiver by Plaintiffs of all or any part of

24   its objection(s) to that request.

25              **OBJECTIONS TO CERTAIN DEFINITIONS AND INSTRUCTIONS**

26        1.     Plaintiffs object to the definition of "Complaint" as vague and ambiguous. Plaintiffs

27   understand this definition to refer to DPPs' Consolidated Amended Complaint at ECF No. 436 and

28   as modified by the Stipulation and Order at ECF No. 996.

2.      Plaintiffs object to the definition of "Communication(s)" to the extent that this definition exceeds the scope of the Federal Rules of Civil Procedure and seeks documents protected by the attorney-client privilege, the attorney work product doctrine, the settlement privilege, the mediation privilege or are otherwise privileged and/or immune from discovery.

3.      Plaintiffs object to the definition of "Co-Conspirator(s)" as vague and ambiguous. Paragraphs 81–84 of the Complaint do not enumerate entities. Plaintiffs understand this definition to refer to persons or entities described in Paragraphs 81–84 of the Complaint.

4.      Plaintiffs object to the definition of "CRT Product(s)" as vague and ambiguous. Plaintiffs understand "CRT Product(s)" to have the same meaning as the definition contained in Paragraph 1 of the Complaint.

5.      Plaintiffs object to the definition of "Defendant(s)" as vague and ambiguous. Paragraphs 24–80 of the Complaint include entities other than Defendants. Plaintiffs further object to the definition of "Defendant(s)" to the extent that it excludes the Mitsubishi and Thomson Defendants in MDL No. 1917.

6.      Plaintiffs object to the definition of "Document(s)" on the grounds that it is overbroad boilerplate that includes irrelevant documents, such as "package inserts or other information accompanying medications." Plaintiffs further object to the extent that the definition exceeds the scope of the Federal Rules of Civil Procedure.

7.      Plaintiffs object to the definition of "Evidence From Other Parties" as vague, ambiguous, and misleading, including in that the Irico Defendants have produced documents it obtained or contends it obtained from other parties, including related parties it contends are separate entities; and that it depends on/requires the resolution of disputed issues. Plaintiffs further object to the definition because it exceeds the scope of Rule 36(a)(1) of the Federal Rules of Civil Procedure.

8.      Plaintiffs object to the definition of "Person" as vague and ambiguous as to the distinction between "means" and "and includes."

9.      Plaintiffs object to the definition of "You" and "Your" as vague and ambiguous as it relies on the undefined, capitalized term "Plaintiffs." If "Plaintiffs" is intended to mean the parties

identified as "Responding Parties" in the Requests, Plaintiffs object to the definition as overbroad in seeking discovery of class members who are not currently serving as Named Plaintiffs and have not served as Class Representatives. Plaintiffs object on the grounds that this definition seeks documents or information outside Plaintiffs' possession, custody, and control. Plaintiffs further object on the ground that attorneys and agents are included in this definition, and any response or production of documents that may subsequently occur pursuant to these Requests shall not include any documents protected by the attorney-client privilege, work product doctrine, the settlement privilege, or any other applicable privileges or doctrines. Plaintiffs further object to this definition to the extent that it refers to any entity other than Plaintiffs.

10.     Plaintiffs object to the Instructions to the extent that they exceed what is required by Rule 36(a)(4) of the Federal Rules of Civil Procedure. Plaintiffs' responses will comport with the requirements of the Federal Rules.

## RESPONSES

## REQUEST NO. 1

Admit that You have no Evidence From Other Parties that Irico attended any Glass Meetings as defined in Paragraph 141 of the Complaint.

## RESPONSE TO REQUEST NO. 1

Plaintiffs incorporate their General Objections as though fully set forth herein. Plaintiffs further object to this Request on the ground that the term "Evidence From Other Parties" is vague, ambiguous, and misleading, including that the Irico Defendants have produced documents it obtained or contends it obtained from other parties, including related parties it contends are separate entities; and that it depends on/requires the resolution of disputed issues. Plaintiffs further object to this Request on the ground that the term "Glass Meetings as defined in Paragraph 141 of the Complaint" is vague, ambiguous and misleading because "Glass Meetings" are not "defined" in paragraph 141; rather the Complaint alleges that some group meetings "became known as Glass Meetings" and describes those meetings in various paragraphs in the Complaint, including paragraph 141 (*see, e.g.*, ¶¶ 140, 142–175). Plaintiffs further object to this Request on the ground that it duplicates other requests, in whole or in part, made in MDL No. 1917, in violation of the

1    Court's Order Re Discovery and Case Management Protocol (April 2, 2012) (ECF No. 1128).

2    Plaintiffs also object to this Request as improperly seeking, in contravention of well-established

3    legal principles, to dismember the overall conspiracy in which Irico participated to focus on its

4    separate parts, instead of looking at it as a whole, Order Adopting Report and Recommendations

5    on LG Defendants Motion to Compel Responses to Interrogatories by Direct Action Plaintiffs at 7,

6    *In re Cathode Ray Tube (CRT) Antitrust Litig.*, MDL No. 1917 (Aug. 20, 2014) (ECF No. 2747)

7    ("If 'compartmentalizing' an alleged conspiracy at trial or on summary judgment motion is not

8    appropriate, still less is it appropriate in discovery."), and improperly seeking "to carve the alleged

9    conspiracy into a number of mini-conspiracies." Order Denying Defendants' Motions for Partial

10   Summary Judgment Regarding Production and Capacity at 1–2, *In re TFT-LCD (Flat Panel)*

11   *Antitrust Litig.*, MDL No. 1827 (Nov. 4, 2011) (ECF No. 4097).

12        Subject to, and without waiving the foregoing objections, Plaintiffs respond as follows:

13        Deny. See Plaintiffs' Objections and Responses to Defendants Irico Group Corp. and Irico

14   Display Devices Co., Ltd.'s First Set of Requests for Admission to Direct Purchaser Plaintiffs,

15   Interrogatory No. 1, served herewith.

16   **REQUEST NO. 2**

17        Admit that You have no Evidence From Other Parties that Irico attended any Glass

18   Meetings as defined in Paragraph 32 of the Johnson Report.

19   **RESPONSE TO REQUEST NO. 2**

20        Plaintiffs incorporate their General Objections as though fully set forth herein. Plaintiffs

21   further object to this Request on the ground that the term "Evidence From Other Parties" is vague,

22   ambiguous, and misleading, including that the Irico Defendants have produced documents it

23   obtained or contends it obtained from other parties, including related parties it contends are

24   separate entities; and that it depends on/requires the resolution of disputed issues. Plaintiffs further

25   object to this Request on the ground that the term "Glass Meeting as defined in Paragraph 32 of the

26   Johnson Report" is vague, ambiguous and misleading because "Glass Meetings" are not "defined"

27   there; rather the Johnson Report describes "Glass Meetings" in several other paragraphs, as well

28   (*see, e.g.*, ¶¶ 33–51, 74). Plaintiffs further object to this Request on the ground that it duplicates

1   other requests, in whole or in part, made in MDL No. 1917, in violation of the Court's Order Re

2   Discovery and Case Management Protocol (April 2, 2012) (ECF No. 1128). Plaintiffs also object to

3   this Request as improperly seeking, in contravention of well-established legal principles, to

4   dismember the overall conspiracy in which Irico participated to focus on its separate parts, instead

5   of looking at it as a whole, Order Adopting Report and Recommendations on LG Defendants

6   Motion to Compel Responses to Interrogatories by Direct Action Plaintiffs at 7, *In re Cathode Ray*

7   *Tube (CRT) Antitrust Litig.*, MDL No. 1917 (Aug. 20, 2014) (ECF No. 2747) ("If

8   'compartmentalizing' an alleged conspiracy at trial or on summary judgment motion is not

9   appropriate, still less is it appropriate in discovery."), and improperly seeking "to carve the alleged

10  conspiracy into a number of mini-conspiracies." Order Denying Defendants' Motions for Partial

11  Summary Judgment Regarding Production and Capacity at 1–2, *In re TFT-LCD (Flat Panel)*

12  *Antitrust Litig.*, MDL No. 1827 (Nov. 4, 2011) (ECF No. 4097).

13       Subject to, and without waiving the foregoing objections, Plaintiffs respond as follows:

14       Deny. See Plaintiffs' Objections and Responses to Defendants Irico Group Corp. and Irico

15  Display Devices Co., Ltd.'s First Set of Requests for Admission to Direct Purchaser Plaintiffs,

16  Interrogatory No. 1, served herewith.

17  **REQUEST NO. 3**

18       Admit that You have no Evidence From Other Parties that Irico attended any Green

19  Meetings as defined in Paragraph 141 of the Complaint.

20  **RESPONSE TO REQUEST NO. 3**

21       Plaintiffs incorporate their General Objections as though fully set forth herein. Plaintiffs

22  further object to this Request on the ground that the term "Evidence From Other Parties" is vague,

23  ambiguous, and misleading, including that the Irico Defendants have produced documents it

24  obtained or contends it obtained from other parties, including related parties it contends are

25  separate entities; and that it depends on/requires the resolution of disputed issues. Plaintiffs further

26  object to this Request on the ground that the term "Green Meetings as defined in Paragraph 141 of

27  the Complaint" is vague, ambiguous and misleading because "Green Meetings" are not "defined"

28  in paragraph 141; rather the Complaint and describes those meetings in various paragraphs in the

Complaint, including paragraph 141 (*see, e.g.*, ¶¶ 140, 142–175). Plaintiffs further object to this Request on the ground that it duplicates other requests, in whole or in part, made in MDL No. 1917, in violation of the Court's Order Re Discovery and Case Management Protocol (April 2, 2012) (ECF No. 1128). Plaintiffs also object to this Request as improperly seeking, in contravention of well-established legal principles, to dismember the overall conspiracy in which Irico participated to focus on its separate parts, instead of looking at it as a whole, Order Adopting Report and Recommendations on LG Defendants Motion to Compel Responses to Interrogatories by Direct Action Plaintiffs at 7, *In re Cathode Ray Tube (CRT) Antitrust Litig.*, MDL No. 1917 (Aug. 20, 2014) (ECF No. 2747) ("If 'compartmentalizing' an alleged conspiracy at trial or on summary judgment motion is not appropriate, still less is it appropriate in discovery."), and improperly seeking "to carve the alleged conspiracy into a number of mini-conspiracies." Order Denying Defendants' Motions for Partial Summary Judgment Regarding Production and Capacity at 1–2, *In re TFT-LCD (Flat Panel) Antitrust Litig.*, MDL No. 1827 (Nov. 4, 2011) (ECF No. 4097).

Subject to, and without waiving the foregoing objections, Plaintiffs respond as follows:

Deny. See Plaintiffs' Objections and Responses to Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.'s First Set of Requests for Admission to Direct Purchaser Plaintiffs, Interrogatory No. 1, served herewith.

**REQUEST NO. 4**

Admit that You have no Evidence From Other Parties that Irico attended any Green Meetings as defined in Paragraph 37 of the Johnson Report.

**RESPONSE TO REQUEST NO. 4**

Plaintiffs incorporate their General Objections as though fully set forth herein. Plaintiffs further object to this Request on the ground that the term "Evidence From Other Parties" is vague, ambiguous, and misleading, including that the Irico Defendants have produced documents it obtained or contends it obtained from other parties, including related parties it contends are separate entities; and that it depends on/requires the resolution of disputed issues. Plaintiffs further object to this Request on the ground that the term "Green Meeting as defined in Paragraph 37 of

the Johnson Report" is vague, ambiguous and misleading because "Green Meetings" are not "defined" there. Plaintiffs further object to this Request on the ground that it duplicates other requests, in whole or in part, made in MDL No. 1917, in violation of the Court's Order Re Discovery and Case Management Protocol (April 2, 2012) (ECF No. 1128). Plaintiffs also object to this Request as improperly seeking, in contravention of well-established legal principles, to dismember the overall conspiracy in which Irico participated to focus on its separate parts, instead of looking at it as a whole, Order Adopting Report and Recommendations on LG Defendants Motion to Compel Responses to Interrogatories by Direct Action Plaintiffs at 7, *In re Cathode Ray Tube (CRT) Antitrust Litig.*, MDL No. 1917 (Aug. 20, 2014) (ECF No. 2747) ("If 'compartmentalizing' an alleged conspiracy at trial or on summary judgment motion is not appropriate, still less is it appropriate in discovery."), and improperly seeking "to carve the alleged conspiracy into a number of mini-conspiracies." Order Denying Defendants' Motions for Partial Summary Judgment Regarding Production and Capacity at 1–2, *In re TFT-LCD (Flat Panel) Antitrust Litig.*, MDL No. 1827 (Nov. 4, 2011) (ECF No. 4097).

Subject to, and without waiving the foregoing objections, Plaintiffs respond as follows:

Deny. See Plaintiffs' Objections and Responses to Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.'s First Set of Requests for Admission to Direct Purchaser Plaintiffs, Interrogatory No. 1, served herewith.

**REQUEST NO. 5**

Admit that You have no Evidence From Other Parties that Irico attended any Top Meetings as defined in Paragraph 141 of the Complaint.

**RESPONSE TO REQUEST NO. 5**

Plaintiffs incorporate their General Objections as though fully set forth herein. Plaintiffs further object to this Request on the ground that the term "Evidence From Other Parties" is vague, ambiguous, and misleading, including that the Irico Defendants have produced documents it obtained or contends it obtained from other parties, including related parties it contends are separate entities; and that it depends on/requires the resolution of disputed issues. Plaintiffs further object to this Request on the ground that the term "Top Meetings as defined in Paragraph 141 of

the Complaint" is vague, ambiguous and misleading because "Top Meetings" are not "defined" in paragraph 141; rather the Complaint alleges that some group meetings "became known as Glass Meetings" and describes those meetings in various paragraphs in the Complaint, including paragraph 141 (*see, e.g.*, ¶¶ 140, 142–175). Plaintiffs further object to this Request on the ground that it duplicates other requests, in whole or in part, made in MDL No. 1917, in violation of the Court's Order Re Discovery and Case Management Protocol (April 2, 2012) (ECF No. 1128). Plaintiffs also object to this Request as improperly seeking, in contravention of well-established legal principles, to dismember the overall conspiracy in which Irico participated to focus on its separate parts, instead of looking at it as a whole, Order Adopting Report and Recommendations on LG Defendants Motion to Compel Responses to Interrogatories by Direct Action Plaintiffs at 7, *In re Cathode Ray Tube (CRT) Antitrust Litig.*, MDL No. 1917 (Aug. 20, 2014) (ECF No. 2747) ("If 'compartmentalizing' an alleged conspiracy at trial or on summary judgment motion is not appropriate, still less is it appropriate in discovery."), and improperly seeking "to carve the alleged conspiracy into a number of mini-conspiracies." Order Denying Defendants' Motions for Partial Summary Judgment Regarding Production and Capacity at 1–2, *In re TFT-LCD (Flat Panel) Antitrust Litig.*, MDL No. 1827 (Nov. 4, 2011) (ECF No. 4097).

Subject to, and without waiving the foregoing objections, Plaintiffs respond as follows:

Deny. See Plaintiffs' Objections and Responses to Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.'s First Set of Requests for Admission to Direct Purchaser Plaintiffs, Interrogatory No. 1, served herewith.

## REQUEST NO. 6

Admit that You have no Evidence From Other Parties that Irico attended any Top Meetings as defined in Paragraph 32 of the Johnson Report.

## RESPONSE TO REQUEST NO. 6

Plaintiffs incorporate their General Objections as though fully set forth herein. Plaintiffs further object to this Request on the ground that the term "Evidence From Other Parties" is vague, ambiguous, and misleading, including that the Irico Defendants have produced documents it obtained or contends it obtained from other parties, including related parties it contends are

separate entities; and that it depends on/requires the resolution of disputed issues. Plaintiffs further object to this Request on the ground that the term "Top Meetings as defined in Paragraph 32 of the Johnson Report" is vague, ambiguous and misleading because "Glass Meetings" including "Top Meetings" are not "defined" there; rather the Johnson Report describes "Glass Meetings" including "Top Meetings" in several other paragraphs, as well (*see, e.g.*, ¶¶ 33–51, 74). Plaintiffs further object to this Request on the ground that it duplicates other requests, in whole or in part, made in MDL No. 1917, in violation of the Court's Order Re Discovery and Case Management Protocol (April 2, 2012) (ECF No. 1128). Plaintiffs also object to this Request as improperly seeking, in contravention of well-established legal principles, to dismember the overall conspiracy in which Irico participated to focus on its separate parts, instead of looking at it as a whole, Order Adopting Report and Recommendations on LG Defendants Motion to Compel Responses to Interrogatories by Direct Action Plaintiffs at 7, *In re Cathode Ray Tube (CRT) Antitrust Litig.*, MDL No. 1917 (Aug. 20, 2014) (ECF No. 2747) ("If 'compartmentalizing' an alleged conspiracy at trial or on summary judgment motion is not appropriate, still less is it appropriate in discovery."), and improperly seeking "to carve the alleged conspiracy into a number of mini-conspiracies." Order Denying Defendants' Motions for Partial Summary Judgment Regarding Production and Capacity at 1–2, *In re TFT-LCD (Flat Panel) Antitrust Litig.*, MDL No. 1827 (Nov. 4, 2011) (ECF No. 4097).

Subject to, and without waiving the foregoing objections, Plaintiffs respond as follows:

Deny. See Plaintiffs' Objections and Responses to Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.'s First Set of Requests for Admission to Direct Purchaser Plaintiffs, Interrogatory No. 1, served herewith.

**REQUEST NO. 7**

Admit that You have no Evidence From Other Parties that Irico attended any Management Meetings as defined in Paragraph 141 of the Complaint.

**RESPONSE TO REQUEST NO. 7**

Plaintiffs incorporate their General Objections as though fully set forth herein. Plaintiffs further object to this Request on the ground that the term "Evidence From Other Parties" is vague,

ambiguous, and misleading, including that the Irico Defendants have produced documents it obtained or contends it obtained from other parties, including related parties it contends are separate entities; and that it depends on/requires the resolution of disputed issues. Plaintiffs further object to this Request on the ground that the term "Management Meetings as defined in Paragraph 141 of the Complaint" is vague, ambiguous and misleading because "Management Meetings" are not "defined" in paragraph 141; rather the Complaint alleges that some group meetings "became known as Glass Meetings" and describes those meetings in various paragraphs in the Complaint, including paragraph 141 (*see, e.g.*, ¶¶ 140, 142–175). Plaintiffs further object to this Request on the ground that it duplicates other requests, in whole or in part, made in MDL No. 1917, in violation of the Court's Order Re Discovery and Case Management Protocol (April 2, 2012) (ECF No. 1128). Plaintiffs also object to this Request as improperly seeking, in contravention of well-established legal principles, to dismember the overall conspiracy in which Irico participated to focus on its separate parts, instead of looking at it as a whole, Order Adopting Report and Recommendations on LG Defendants Motion to Compel Responses to Interrogatories by Direct Action Plaintiffs at 7, *In re Cathode Ray Tube (CRT) Antitrust Litig.*, MDL No. 1917 (Aug. 20, 2014) (ECF No. 2747) ("If 'compartmentalizing' an alleged conspiracy at trial or on summary judgment motion is not appropriate, still less is it appropriate in discovery."), and improperly seeking "to carve the alleged conspiracy into a number of mini-conspiracies." Order Denying Defendants' Motions for Partial Summary Judgment Regarding Production and Capacity at 1–2, *In re TFT-LCD (Flat Panel) Antitrust Litig.*, MDL No. 1827 (Nov. 4, 2011) (ECF No. 4097).

Subject to, and without waiving the foregoing objections, Plaintiffs respond as follows:

Deny. See Plaintiffs' Objections and Responses to Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.'s First Set of Requests for Admission to Direct Purchaser Plaintiffs, Interrogatory No. 1, served herewith.

**REQUEST NO. 8**

Admit that You have no Evidence From Other Parties that Irico attended any Management Meetings as defined in Paragraph 32 of the Johnson Report.

1    **RESPONSE TO REQUEST NO. 8**

2           Plaintiffs incorporate their General Objections as though fully set forth herein. Plaintiffs

3    further object to this Request on the ground that the term "Evidence From Other Parties" is vague,

4    ambiguous, and misleading, including that the Irico Defendants have produced documents it

5    obtained or contends it obtained from other parties, including related parties it contends are

6    separate entities; and that it depends on/requires the resolution of disputed issues. Plaintiffs further

7    object to this Request on the ground that the term "Management Meetings as defined in Paragraph

8    32 of the Johnson Report" is vague, ambiguous and misleading because "Glass Meetings"

9    including "Management Meetings" are not "defined" there; rather the Johnson Report describes

10   "Glass Meetings" including "Management Meetings" in several other paragraphs, as well (*see, e.g.*,

11   ¶¶ 33–51, 74). Plaintiffs further object to this Request on the ground that it duplicates other

12   requests, in whole or in part, made in MDL No. 1917, in violation of the Court's Order Re

13   Discovery and Case Management Protocol (April 2, 2012) (ECF No. 1128). Plaintiffs also object to

14   this Request as improperly seeking, in contravention of well-established legal principles, to

15   dismember the overall conspiracy in which Irico participated to focus on its separate parts, instead

16   of looking at it as a whole, Order Adopting Report and Recommendations on LG Defendants

17   Motion to Compel Responses to Interrogatories by Direct Action Plaintiffs at 7, *In re Cathode Ray*

18   *Tube (CRT) Antitrust Litig.*, MDL No. 1917 (Aug. 20, 2014) (ECF No. 2747) ("If

19   'compartmentalizing' an alleged conspiracy at trial or on summary judgment motion is not

20   appropriate, still less is it appropriate in discovery."), and improperly seeking "to carve the alleged

21   conspiracy into a number of mini-conspiracies." Order Denying Defendants' Motions for Partial

22   Summary Judgment Regarding Production and Capacity at 1–2, *In re TFT-LCD (Flat Panel)*

23   *Antitrust Litig.*, MDL No. 1827 (Nov. 4, 2011) (ECF No. 4097).

24          Subject to, and without waiving the foregoing objections, Plaintiffs respond as follows:

25          Deny. See Plaintiffs' Objections and Responses to Defendants Irico Group Corp. and Irico

26   Display Devices Co., Ltd.'s First Set of Requests for Admission to Direct Purchaser Plaintiffs,

27   Interrogatory No. 1, served herewith.

28

1    **REQUEST NO. 9**

2         Admit that You have no Evidence From Other Parties that Irico attended any Working

3    Level Meetings as defined in Paragraph 141 of the Complaint.

4    **RESPONSE TO REQUEST NO. 9**

5         Plaintiffs incorporate their General Objections as though fully set forth herein. Plaintiffs

6    further object to this Request on the ground that the term "Evidence From Other Parties" is vague,

7    ambiguous, and misleading, including that the Irico Defendants have produced documents it

8    obtained or contends it obtained from other parties, including related parties it contends are

9    separate entities; and that it depends on/requires the resolution of disputed issues. Plaintiffs further

10   object to this Request on the ground that the term "Working Level Meetings as defined in

11   Paragraph 141 of the Complaint" is vague, ambiguous and misleading because "Working Level

12   Meetings" are not "defined" in paragraph 141; rather the Complaint alleges that some group

13   meetings "became known as Glass Meetings" and describes those meetings in various paragraphs

14   in the Complaint, including paragraph 141 (*see, e.g.*, ¶¶ 140, 142–175). Plaintiffs further object to

15   this Request on the ground that it duplicates other requests, in whole or in part, made in MDL No.

16   1917, in violation of the Court's Order Re Discovery and Case Management Protocol (April 2,

17   2012) (ECF No. 1128). Plaintiffs also object to this Request as improperly seeking, in

18   contravention of well-established legal principles, to dismember the overall conspiracy in which

19   Irico participated to focus on its separate parts, instead of looking at it as a whole, Order Adopting

20   Report and Recommendations on LG Defendants Motion to Compel Responses to Interrogatories

21   by Direct Action Plaintiffs at 7, *In re Cathode Ray Tube (CRT) Antitrust Litig.*, MDL No. 1917

22   (Aug. 20, 2014) (ECF No. 2747) ("If 'compartmentalizing' an alleged conspiracy at trial or on

23   summary judgment motion is not appropriate, still less is it appropriate in discovery."), and

24   improperly seeking "to carve the alleged conspiracy into a number of mini-conspiracies." Order

25   Denying Defendants' Motions for Partial Summary Judgment Regarding Production and Capacity

26   at 1–2, *In re TFT-LCD (Flat Panel) Antitrust Litig.*, MDL No. 1827 (Nov. 4, 2011) (ECF No.

27   4097).

28         Subject to, and without waiving the foregoing objections, Plaintiffs respond as follows:

1      Deny. See Plaintiffs' Objections and Responses to Defendants Irico Group Corp. and Irico

2  Display Devices Co., Ltd.'s First Set of Requests for Admission to Direct Purchaser Plaintiffs,

3  Interrogatory No. 1, served herewith.

4  **REQUEST NO. 10**

5      Admit that You have no Evidence From Other Parties that Irico attended any Working

6  Level Meetings as defined in Paragraph 32 of the Johnson Report.

7  **RESPONSE TO REQUEST NO. 10**

8      Plaintiffs incorporate their General Objections as though fully set forth herein. Plaintiffs

9  further object to this Request on the ground that the term "Evidence From Other Parties" is vague,

10  ambiguous, and misleading, including that the Irico Defendants have produced documents it

11  obtained or contends it obtained from other parties, including related parties it contends are

12  separate entities; and that it depends on/requires the resolution of disputed issues. Plaintiffs further

13  object to this Request on the ground that the term "Working Level Meetings as defined in

14  Paragraph 32 of the Johnson Report" is vague, ambiguous and misleading because "Glass

15  Meetings" including "Working Level Meetings" are not "defined" there; rather the Johnson Report

16  describes "Glass Meetings" including "Working Level Meetings" in several other paragraphs, as

17  well (*see, e.g.*, ¶¶ 33–51, 74). Plaintiffs further object to this Request on the ground that it

18  duplicates other requests, in whole or in part, made in MDL No. 1917, in violation of the Court's

19  Order Re Discovery and Case Management Protocol (April 2, 2012) (ECF No. 1128). Plaintiffs

20  also object to this Request as improperly seeking, in contravention of well-established legal

21  principles, to dismember the overall conspiracy in which Irico participated to focus on its separate

22  parts, instead of looking at it as a whole, Order Adopting Report and Recommendations on LG

23  Defendants Motion to Compel Responses to Interrogatories by Direct Action Plaintiffs at 7, *In re*

24  *Cathode Ray Tube (CRT) Antitrust Litig.*, MDL No. 1917 (Aug. 20, 2014) (ECF No. 2747) ("If

25  'compartmentalizing' an alleged conspiracy at trial or on summary judgment motion is not

26  appropriate, still less is it appropriate in discovery."), and improperly seeking "to carve the alleged

27  conspiracy into a number of mini-conspiracies." Order Denying Defendants' Motions for Partial

28  Summary Judgment Regarding Production and Capacity at 1–2, *In re TFT-LCD (Flat Panel)*

1    *Antitrust Litig.*, MDL No. 1827 (Nov. 4, 2011) (ECF No. 4097).

2            Subject to, and without waiving the foregoing objections, Plaintiffs respond as follows:

3            Deny. See Plaintiffs' Objections and Responses to Defendants Irico Group Corp. and Irico

4    Display Devices Co., Ltd.'s First Set of Requests for Admission to Direct Purchaser Plaintiffs,

5    Interrogatory No. 1, served herewith.

6    **REQUEST NO. 11**

7            Admit that You have no Evidence From Other Parties of any meeting between Irico and a

8    Defendant or Co-Conspirator prior to July 31, 1998.

9    **RESPONSE TO REQUEST NO. 11**

10           Plaintiffs incorporate their General Objections as though fully set forth herein. Plaintiffs

11   further object to this Request on the ground that the term "Evidence From Other Parties" is vague,

12   ambiguous, and misleading, including that the Irico Defendants have produced documents it

13   obtained or contends it obtained from other parties, including related parties it contends are

14   separate entities; and that it depends on/requires the resolution of disputed issues. Plaintiffs further

15   object to the term "meeting" as vague and ambiguous to the extent it does not include telephone

16   calls, emails or other contacts or means of communication. Plaintiffs further object to this Request

17   on the ground that it duplicates other requests, in whole or in part, made in MDL No. 1917, in

18   violation of the Court's Order Re Discovery and Case Management Protocol (April 2, 2012) (ECF

19   No. 1128). Plaintiffs also object to this Request as improperly seeking, in contravention of well-

20   established legal principles, to dismember the overall conspiracy in which Irico participated to

21   focus on its separate parts, instead of looking at it as a whole, Order Adopting Report and

22   Recommendations on LG Defendants Motion to Compel Responses to Interrogatories by Direct

23   Action Plaintiffs at 7, *In re Cathode Ray Tube (CRT) Antitrust Litig.*, MDL No. 1917 (Aug. 20,

24   2014) (ECF No. 2747) ("If 'compartmentalizing' an alleged conspiracy at trial or on summary

25   judgment motion is not appropriate, still less is it appropriate in discovery."), and improperly

26   seeking "to carve the alleged conspiracy into a number of mini-conspiracies." Order Denying

27   Defendants' Motions for Partial Summary Judgment Regarding Production and Capacity at 1–2, *In*

28   *re TFT-LCD (Flat Panel) Antitrust Litig.*, MDL No. 1827 (Nov. 4, 2011) (ECF No. 4097).

1   Subject to, and without waiving the foregoing objections, Plaintiffs respond as follows:

2   Deny. See Plaintiffs' Objections and Responses to Defendants Irico Group Corp. and Irico

3   Display Devices Co., Ltd.'s First Set of Requests for Admission to Direct Purchaser Plaintiffs,

4   Interrogatory No. 1, served herewith.

5   **REQUEST NO. 12**

6   Admit that You have no Evidence From Other Parties that Irico attended any meeting with

7   any Defendant or alleged Co-Conspirator outside of China.

8   **RESPONSE TO REQUEST NO. 12**

9   Plaintiffs incorporate their General Objections as though fully set forth herein. Plaintiffs

10  further object to this Request on the ground that the term "Evidence From Other Parties" is vague,

11  ambiguous, and misleading, including that the Irico Defendants have produced documents it

12  obtained or contends it obtained from other parties, including related parties it contends are

13  separate entities; and that it depends on/requires the resolution of disputed issues. Plaintiffs further

14  object to this Request on the ground that it duplicates other requests, in whole or in part, made in

15  MDL No. 1917, in violation of the Court's Order Re Discovery and Case Management Protocol

16  (April 2, 2012) (ECF No. 1128). Plaintiffs also object to this Request as improperly seeking, in

17  contravention of well-established legal principles, to dismember the overall conspiracy in which

18  Irico participated to focus on its separate parts, instead of looking at it as a whole, Order Adopting

19  Report and Recommendations on LG Defendants Motion to Compel Responses to Interrogatories

20  by Direct Action Plaintiffs at 7, *In re Cathode Ray Tube (CRT) Antitrust Litig.*, MDL No. 1917

21  (Aug. 20, 2014) (ECF No. 2747) ("If 'compartmentalizing' an alleged conspiracy at trial or on

22  summary judgment motion is not appropriate, still less is it appropriate in discovery."), and

23  improperly seeking "to carve the alleged conspiracy into a number of mini-conspiracies." Order

24  Denying Defendants' Motions for Partial Summary Judgment Regarding Production and Capacity

25  at 1–2, *In re TFT-LCD (Flat Panel) Antitrust Litig.*, MDL No. 1827 (Nov. 4, 2011) (ECF No.

26  4097).

27  Subject to, and without waiving the foregoing objections, Plaintiffs respond as follows:

28  Deny. See Plaintiffs' Objections and Responses to Defendants Irico Group Corp. and Irico

1  Display Devices Co., Ltd.'s First Set of Requests for Admission to Direct Purchaser Plaintiffs,

2  Interrogatory No. 1, served herewith.

3  **REQUEST NO. 13**

4  Admit that You have no Evidence From Other Parties of direct sales of CRTs to purchasers

5  in the United States by Irico Group Corp., Irico Group Electronics Co., Ltd, or Irico Display

6  Devices Co., Ltd.

7  **RESPONSE TO REQUEST NO. 13**

8  Plaintiffs incorporate their General Objections as though fully set forth herein. Plaintiffs

9  further object to this Request on the ground that the term "Evidence From Other Parties" is vague,

10  ambiguous, and misleading, including that the Irico Defendants have produced documents it

11  obtained or contends it obtained from other parties, including related parties it contends are

12  separate entities; and that it depends on/requires the resolution of disputed issues. Plaintiffs further

13  object to the phrase "direct sales of CRTs to purchasers in the United States by Irico Group Corp.,

14  Irico Group Electronics Co., Ltd, or Irico Display Devices Co., Ltd." as vague, ambiguous and

15  confusing. Plaintiffs further object to this Request on the ground that it is premature because

16  discovery is not yet complete. Plaintiffs further object to this Request on the ground that it

17  duplicates other requests, in whole or in part, made in MDL No. 1917, in violation of the Court's

18  Order Re Discovery and Case Management Protocol (April 2, 2012) (ECF No. 1128). Plaintiffs

19  also object to this Request as improperly seeking, in contravention of well-established legal

20  principles, to dismember the overall conspiracy in which Irico participated to focus on its separate

21  parts, instead of looking at it as a whole, Order Adopting Report and Recommendations on LG

22  Defendants Motion to Compel Responses to Interrogatories by Direct Action Plaintiffs at 7, *In re*

23  *Cathode Ray Tube (CRT) Antitrust Litig.*, MDL No. 1917 (Aug. 20, 2014) (ECF No. 2747) ("If

24  'compartmentalizing' an alleged conspiracy at trial or on summary judgment motion is not

25  appropriate, still less is it appropriate in discovery."), and improperly seeking "to carve the alleged

26  conspiracy into a number of mini-conspiracies." Order Denying Defendants' Motions for Partial

27  Summary Judgment Regarding Production and Capacity at 1–2, *In re TFT-LCD (Flat Panel)*

28  *Antitrust Litig.*, MDL No. 1827 (Nov. 4, 2011) (ECF No. 4097).

**REQUEST NO. 14**

Admit that You have no Evidence From Other Parties of direct shipments of CRTs from Irico Group Corp., Irico Group Electronics Co., Ltd, or Irico Display Devices Co., Ltd. to the United States.

**RESPONSE TO REQUEST NO. 14**

Plaintiffs incorporate their General Objections as though fully set forth herein. Plaintiffs further object to this Request on the ground that the term "Evidence From Other Parties" is vague, ambiguous, and misleading, including that the Irico Defendants have produced documents it obtained or contends it obtained from other parties, including related parties it contends are separate entities; and that it depends on/requires the resolution of disputed issues. Plaintiffs further object to the phrase "direct shipments of CRTs from Irico Group Corp., Irico Group Electronics Co., Ltd, or Irico Display Devices Co., Ltd. to the United States" as vague, ambiguous and confusing. Plaintiffs further object to this Request on the ground that it is premature because discovery is not yet complete. Plaintiffs further object to this Request on the ground that it duplicates other requests, in whole or in part, made in MDL No. 1917, in violation of the Court's Order Re Discovery and Case Management Protocol (April 2, 2012) (ECF No. 1128). Plaintiffs also object to this Request as improperly seeking, in contravention of well-established legal principles, to dismember the overall conspiracy in which Irico participated to focus on its separate parts, instead of looking at it as a whole, Order Adopting Report and Recommendations on LG Defendants Motion to Compel Responses to Interrogatories by Direct Action Plaintiffs at 7, *In re Cathode Ray Tube (CRT) Antitrust Litig.*, MDL No. 1917 (Aug. 20, 2014) (ECF No. 2747) ("If 'compartmentalizing' an alleged conspiracy at trial or on summary judgment motion is not appropriate, still less is it appropriate in discovery."), and improperly seeking "to carve the alleged conspiracy into a number of mini-conspiracies." Order Denying Defendants' Motions for Partial Summary Judgment Regarding Production and Capacity at 1–2, *In re TFT-LCD (Flat Panel) Antitrust Litig.*, MDL No. 1827 (Nov. 4, 2011) (ECF No. 4097).

**REQUEST NO. 15**

Admit that You have no Evidence From Other Parties of direct sales of CRT Products to

1  purchasers in the United States by Irico Group Corp., Irico Group Electronics Co., Ltd, or Irico

2  Display Devices Co., Ltd.

3  **RESPONSE TO REQUEST NO. 15**

4          Plaintiffs incorporate their General Objections as though fully set forth herein. Plaintiffs

5  further object to this Request on the ground that the term "Evidence From Other Parties" is vague,

6  ambiguous, and misleading, including that the Irico Defendants have produced documents it

7  obtained or contends it obtained from other parties, including related parties it contends are

8  separate entities; and that it depends on/requires the resolution of disputed issues. Plaintiffs further

9  object to the phrase "direct sales of CRT Products to purchasers in the United States by Irico Group

10  Corp., Irico Group Electronics Co., Ltd, or Irico Display Devices Co., Ltd." as vague, ambiguous

11  and confusing. Plaintiffs also object to this Request on the ground that the term "CRT Products" is

12  vague and ambiguous. Plaintiffs understand this term to have the same meaning as the definition

13  contained in Paragraph 1 of the Complaint. Plaintiffs further object to this Request on the ground

14  that it is premature because discovery is not yet complete. Plaintiffs further object to this Request

15  on the ground that it duplicates other requests, in whole or in part, made in MDL No. 1917, in

16  violation of the Court's Order Re Discovery and Case Management Protocol (April 2, 2012) (ECF

17  No. 1128). Plaintiffs also object to this Request as improperly seeking, in contravention of well-

18  established legal principles, to dismember the overall conspiracy in which Irico participated to

19  focus on its separate parts, instead of looking at it as a whole, Order Adopting Report and

20  Recommendations on LG Defendants Motion to Compel Responses to Interrogatories by Direct

21  Action Plaintiffs at 7, *In re Cathode Ray Tube (CRT) Antitrust Litig.*, MDL No. 1917 (Aug. 20,

22  2014) (ECF No. 2747) ("If 'compartmentalizing' an alleged conspiracy at trial or on summary

23  judgment motion is not appropriate, still less is it appropriate in discovery."), and improperly

24  seeking "to carve the alleged conspiracy into a number of mini-conspiracies." Order Denying

25  Defendants' Motions for Partial Summary Judgment Regarding Production and Capacity at 1–2, *In*

26  *re TFT-LCD (Flat Panel) Antitrust Litig.*, MDL No. 1827 (Nov. 4, 2011) (ECF No. 4097).

27  **REQUEST NO. 16**

28          Admit that You have no Evidence From Other Parties of direct shipments of CRT Products

1   from Irico Group Corp., Irico Group Electronics Co., Ltd, or Irico Display Devices Co., Ltd. to the

2   United States.

3   **RESPONSE TO REQUEST NO. 16**

4           Plaintiffs incorporate their General Objections as though fully set forth herein. Plaintiffs

5   further object to this Request on the ground that the term "Evidence From Other Parties" is vague,

6   ambiguous, and misleading, including that the Irico Defendants have produced documents it

7   obtained or contends it obtained from other parties, including related parties it contends are

8   separate entities; and that it depends on/requires the resolution of disputed issues. Plaintiffs further

9   object to the phrase "direct shipments of CRT Products from Irico Group Corp., Irico Group

10  Electronics Co., Ltd, or Irico Display Devices Co., Ltd. to the United States" as vague, ambiguous

11  and confusing. Plaintiffs also object to this Request on the ground that the term "CRT Products" is

12  vague and ambiguous. Plaintiffs understand this term to have the same meaning as the definition

13  contained in Paragraph 1 of the Complaint. Plaintiffs further object to this Request on the ground

14  that it is premature because discovery is not yet complete. Plaintiffs further object to this Request

15  on the ground that it duplicates other requests, in whole or in part, made in MDL No. 1917, in

16  violation of the Court's Order Re Discovery and Case Management Protocol (April 2, 2012) (ECF

17  No. 1128). Plaintiffs also object to this Request as improperly seeking, in contravention of well-

18  established legal principles, to dismember the overall conspiracy in which Irico participated to

19  focus on its separate parts, instead of looking at it as a whole, Order Adopting Report and

20  Recommendations on LG Defendants Motion to Compel Responses to Interrogatories by Direct

21  Action Plaintiffs at 7, *In re Cathode Ray Tube (CRT) Antitrust Litig.*, MDL No. 1917 (Aug. 20,

22  2014) (ECF No. 2747) ("If 'compartmentalizing' an alleged conspiracy at trial or on summary

23  judgment motion is not appropriate, still less is it appropriate in discovery."), and improperly

24  seeking "to carve the alleged conspiracy into a number of mini-conspiracies." Order Denying

25  Defendants' Motions for Partial Summary Judgment Regarding Production and Capacity at 1–2, *In

26  re TFT-LCD (Flat Panel) Antitrust Litig.*, MDL No. 1827 (Nov. 4, 2011) (ECF No. 4097).

27  **REQUEST NO. 17**

28          Admit that You have no Evidence From Other Parties that Irico sold CDTs after 2003.

---

**RESPONSE TO REQUEST NO. 17**

Plaintiffs incorporate their General Objections as though fully set forth herein. Plaintiffs further object to this Request on the ground that the term "Evidence From Other Parties" is vague, ambiguous, and misleading, including that the Irico Defendants have produced documents it obtained or contends it obtained from other parties, including related parties it contends are separate entities; and that it depends on/requires the resolution of disputed issues. Plaintiffs further object to this Request on the ground that the term "CDTs" is undefined and thus is vague and ambiguous. Plaintiffs understand this term to have the same meaning as the definition contained in Paragraph 1 of the Complaint. Plaintiffs further object to this Request on the ground that it is premature because discovery is not yet complete. Plaintiffs further object to this Request on the ground that it duplicates other requests, in whole or in part, made in MDL No. 1917, in violation of the Court's Order Re Discovery and Case Management Protocol (April 2, 2012) (ECF No. 1128). Plaintiffs also object to this Request as improperly seeking, in contravention of well-established legal principles, to dismember the overall conspiracy in which Irico participated to focus on its separate parts, instead of looking at it as a whole, Order Adopting Report and Recommendations on LG Defendants Motion to Compel Responses to Interrogatories by Direct Action Plaintiffs at 7, *In re Cathode Ray Tube (CRT) Antitrust Litig.*, MDL No. 1917 (Aug. 20, 2014) (ECF No. 2747) ("If 'compartmentalizing' an alleged conspiracy at trial or on summary judgment motion is not appropriate, still less is it appropriate in discovery."), and improperly seeking "to carve the alleged conspiracy into a number of mini-conspiracies." Order Denying Defendants' Motions for Partial Summary Judgment Regarding Production and Capacity at 1–2, *In re TFT-LCD (Flat Panel) Antitrust Litig.*, MDL No. 1827 (Nov. 4, 2011) (ECF No. 4097).

Subject to, and without waiving the foregoing objections, Plaintiffs respond as follows:

Deny. See Plaintiffs' Objections and Responses to Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.'s First Set of Requests for Admission to Direct Purchaser Plaintiffs, Interrogatory No. 1, served herewith.

1

DATED: February 23, 2022          By: */s/ R. Alexander Saveri*

2                                        R. Alexander Saveri
                                         Geoffrey C. Rushing
3                                        Cadio Zirpoli
                                         Matthew D. Heaphy
4                                        Sarah Van Culin
                                         SAVERI & SAVERI, INC.
5                                        706 Sansome Street
                                         San Francisco, California 94111
6                                        Telephone: (415) 217-6810
                                         Facsimile: (415) 217-6813
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Exhibit 79

[TRANSLATION]

[Illegible Fax Header]                                      88634956093  T-340  P.01
                                                                              001
[Entire Document Handwritten]

                                                                    → *CPTF* Yeh

<u>Submit</u>

Main Topic: China *CDT MAKER* Coordination Meeting

Details:

1. *M.S. Lee* of SDD Shenzhen is responsible for setting up a negotiation meeting in Shenzhen on 8/5 (Wednesday) *PM* 2200 with *BMCC*, Huafei, *CPTF*, and IRICO Xian.

2. Previously, *BMCC* and SDD expressed to *CPTF* that there should be a meeting, and that it would be best to have *CPTF* call the meeting. Employee agreed ~~deeply~~, but has not agreed to have *CPTF* call the meeting. For the selling price increase this time, there was phone contact especially made to *BMCC* to request that *BMCC* help us achieve this goal. There was also an expedited request for SDD to call the meeting. (This way, it would not be too obvious).

Plan of Action: Proposed this meeting

1. Exchange information on each maker's production/sales [Illegible and crossed out] and inventory; however, *CPTF*'s current inventory is too high. It was not appropriate to disclose it. Only claimed that under the July restriction to ship ahead of schedule, the inventory was 70~80*K*.

2. *CPTF* plans to make 15". Therefore, ~~will not~~ 14" will not be in excess of supply.

[Handwritten in left margin:] Instruction from President Fang: August 14" 350*K* must [Illegible] difference [Illegible]

3. *BMCC* is concerned that there is no room for price increase. Requested it not to sell 8/1-8/15 (not sell inventory either), but to *follow* after the price increase succeeds.

4. There was only 20% tax added in SDD and Huafei's internal sales quote. That is equivalent to lowering the price under cover. Please ask them to clarify.

5. Further [Illegible and crossed out] understand each maker's future plans for expansion or line conversion.

[Handwritten in left margin:] Also cannot use B tube again

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL                          CHU00030668.01E

6. There will be a regular *meeting* every 2-3 months to exchange information and customer sales/production status.

End of Report

[Initialed in left margin:] Chih-Chun (C.C.) Liu 8/3

[Signed and submitted by:] Employee Chung-Cheng (Alex) Yeh 7/31 '98

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL                     CHU00030668.02E

[Page Intentionally Omitted]

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [  ].

CHU00030669E



CONFIDENTIAL - GRAND JURY MATERIAL

CHU00030668

CONFIDENTIAL - GRAND JURY MATERIAL

CHU00030669

# Exhibit 80

1

2   MARIO N. ALIOTO, ESQ. (56433)
    LAUREN C. CAPURRO, ESQ. (241151)
3   TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
    2001 Union Street, Suite 482
4   San Francisco, CA 94123
    Telephone: (415) 563-7200
5   Facsimile: (415) 346-0679
    E-mail: malioto@tatp.com
6   laurenrussell@tatp.com

7   *Lead Counsel for Indirect Purchaser Plaintiffs*

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          OAKLAND DIVISION

11  IN RE: CATHODE RAY TUBE (CRT)      )   Master File No. 3:07-cv-5944-JST
    ANTITRUST LITIGATION               )
12                                     )   MDL No. 1917
    _____    )
13                                     )
    This Document Relates to:          )   **INDIRECT PURCHASER PLAINTIFFS'**
14                                     )   **OBJECTIONS AND RESPONSES TO**
    ALL INDIRECT PURCHASER ACTIONS     )   **THE IRICO DEFENDANTS' SECOND**
15                                     )   **SET OF INTERROGATORIES**
                                       )
16  _____    )

17

18  PROPOUNDING PARTY:  Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.

19
    RESPONDING PARTY:   Indirect Purchaser Plaintiffs: Brian Luscher, Jeffrey Figone,
20                      Carmen Gonzalez, Dana Ross, Steven Ganz, Law Suites, Sandra
                        Riebow, Travis Burau, Southern Office Supply, Inc., Kerry Lee
21                      Hall, Lisa Reynolds, David Norby, Barry Kushner, Ryan Rizzo,
                        Charles Jenkins, Misti Walker, Steven Fink, Gregory Painter,
22                      Marylou Hillberg, in her capacity as the Personal Representative
                        for the Estate of William Craig Stephenson, Conrad Carty, Janet
23                      Ackerman, Louise Wood, Patricia Andrews, Gary Hanson, Donna
                        Ellingson-Mack, Frank Warner, Albert Sidney Crigler , Margaret
24                      Slagle, John Larch, Brigid Terry, David Rooks
25
26  SET:                Two

27

28

    ─────────────────────────────────────────────────────────────────
    INDIRECT-PURCHASER PLAINTIFFS' OBJECTIONS AND RESPONSES TO THE IRICO DEFENDANTS'
    SECOND SET OF INTERROGATORIES – MASTER FILE NO. CV-07-5944-JST, MDL NO. 1917

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure and the June 18, 2008 Stipulated Protective Order, the Indirect Purchaser Plaintiffs Brian Luscher, Jeffrey Figone, Carmen Gonzalez, Dana Ross, Steven Ganz, Law Suites, Sandra Riebow, Travis Burau, Southern Office Supply, Inc., Kerry Lee Hall, Lisa Reynolds, David Norby, Barry Kushner, Ryan Rizzo, Charles Jenkins, Misti Walker, Steven Fink, Gregory Painter, Marylou Hillberg, in her capacity as the Personal Representative for the Estate of William Craig Stephenson, Conrad Carty, Janet Ackerman, Louise Wood, Patricia Andrews, Gary Hanson, Donna Ellingson-Mack, Frank Warner, Albert Sidney Crigler , Margaret Slagle, John Larch, Brigid Terry, David Rooks ("Plaintiffs") hereby respond to the Second Set of Interrogatories (the "Interrogatories") propounded by Defendants Irico Group Corp. and Irico Display Devices Co., Ltd. (collectively, "Irico" or the "Irico Defendants"), as follows:

## PRELIMINARY STATEMENT

Plaintiffs' responses to the Interrogatories are made solely for the purpose of, and in relation to, this action.  The responses set forth herein, while based on a diligent investigation and reasonable inquiry, reflect, and therefore are necessarily limited by, information now known and the records or information still in existence available to plaintiffs, presently recollected and thus far discovered in the course of preparing these responses.  Plaintiffs have not yet completed discovery or preparation for trial in this case.  Their investigation concerning this matter is still ongoing, and further discovery may be necessary from defendants as well as from third parties.  Plaintiffs reserve the right to amend, modify or supplement these responses to incorporate any evidence, facts, documents or other information not yet discovered, or the relevance of which has not yet been identified.

These responses are given without prejudice to plaintiffs' right to rely on or use at trial any or all evidence of any kind in this case, including without limitation documents or other evidence subsequently discovered or omitted from these responses as a result of mistake, error or inadvertence.  Plaintiffs do not waive and specifically reserve the right to produce additional documents or other evidence at trial, and to object on appropriate grounds to the introduction of all or any part of these responses.

1

By making the objections and responses herein, Plaintiffs do not concede that the information provided is relevant to the claims or defenses of any party or reasonably calculated to lead to the discovery of admissible evidence.  Nothing in their objections and responses to these Interrogatories shall be construed as an admission by Plaintiffs with respect to the competence, admissibility, relevance, or materiality of any fact or document, or as an admission of the truth or accuracy of any characterization of any information any kind sought by the Interrogatories.  Thus, each of the following responses is subject to all objections of and concerning relevance, materiality, and admissibility, as well as to all and any other objections on any ground requiring exclusion of any response if introduced in Court.  Plaintiffs reserve their right to object to use their objections and responses herein, or the subject matter thereof, including, without limitation, the right to object on any ground at any time to the use of such responses in any discovery procedures in this or any proceeding, and/or at trial.  All evidentiary objections and grounds accordingly are expressly reserved.

Plaintiffs further incorporate by reference any evidence identified by the Direct Purchaser Plaintiffs in response to any and all of the Interrogatories.

## **GENERAL OBJECTIONS**

Each of the following General Objections is considered applicable to, and is hereby incorporated into, each and every response by Plaintiffs to the Interrogatories, and each response is given without waiving any of the General Objections. The assertion of any General Objection in the Response to any Interrogatory should not be considered a waiver of the remaining General Objections. Plaintiffs' objections to the Interrogatories, whether general or specific, do not serve as an admission by Plaintiffs that responsive information exists and otherwise would have been provided by Plaintiffs absent such objections.

1.     Plaintiffs object to the Interrogatories, and each of them, to the extent that they are premature.  Plaintiffs' investigation is ongoing and Plaintiffs have not completed discovery of the facts relevant to this case.  These responses are made for the sole purpose of this action and are based on information and/or documents known and available and are limited by Plaintiffs' present

2

1 knowledge, information, and belief.  Plaintiffs reserve the right to supplement and/or modify any
2 and all of their responses and objections as they become aware of additional information and/or
3 documents which warrant such action.  Plaintiffs further reserve the right to complete their
4 investigation and discovery of the facts and to rely at trial or in other proceedings upon information
5 and documents in addition to that which is provided herein, regardless of whether such information
6 is newly discovered or newly in existence.

7 2.    Plaintiffs object to the Interrogatories, and each of them, as unduly burdensome and
8 unfair to the extent they seek to have counsel for Plaintiffs present evidentiary support for the
9 allegations in the Complaint without having completed discovery.

10 3.    The prematurity of the Interrogatories and the unfairness and undue burden of
11 responding to them is attributable in significant part to delays caused by the Irico Defendants'
12 themselves.  Although the fact discovery cutoff is imminent, the Irico Defendants have not
13 completed their production of documents responsive to Plaintiffs' requests for production.  Among
14 other things, they have produced neither sales invoices nor a spreadsheet summarizing relevant
15 information from them.  Moreover, many of the documents the Irico Defendants have produced were
16 only produced recently, and Plaintiffs are still reviewing, translating, and analyzing them.
17 Furthermore, as the Special Master has determined, the Irico Defendants have failed to provide
18 adequate responses to Plaintiffs' interrogatories requesting core information in this case regarding
19 their attendance at and participation in meetings with competitors and their involvement in the
20 operation of the conspiracy.  In addition, the Irico Defendants have yet to make two key witnesses
21 available for deposition, and has refused to produce three others, thereby requiring Plaintiffs to bring
22 a motion to compel their attendance.

23 4.    To compound the unfairness and undue burden of responding to the Interrogatories,
24 they seek information and the identification of documents that the Irico Defendants themselves
25 destroyed, lost or otherwise failed to preserve, notwithstanding their clear legal duty to do so.  The
26 Irico Defendants did not create, publicize to its executives or employees or implement an appropriate
27 litigation hold for at least nine years after this lawsuit was served on them.  Thus, the Irico

28

3

Defendants themselves are responsible for the fact that much of the evidence that would be responsive to the Interrogatories is no longer in existence, because they themselves destroyed it or allowed it to be destroyed or lost.

5. Plaintiffs object to the Interrogatories, and each of them, to the extent they seek documents or information (i) not relevant to the subject matter of this action; (ii) not relevant to any claim or defense in this action; (iii) not reasonably calculated to lead to the discovery of admissible evidence; (iv) different from, inconsistent with, or in addition to what is required to be produced under the Federal Rules of Civil Procedure, the Civil Local Rules of the United States District Court for the Northern District of California, any existing Court Order in this case, or any other applicable rule or law.

6. Plaintiffs object to the Interrogatories to the extent that they are vague, ambiguous and require speculation to determine their meanings. Plaintiffs respond to these Interrogatories as they interpret and understand them. If the Irico Defendants subsequently assert an interpretation of any Interrogatory or response that differs from Plaintiffs' understanding, Plaintiffs reserve the right to supplement or amend their objections and/or responses.

7. Plaintiffs object to the Interrogatories, and each of them, to the extent they call for the disclosure of information protected by the attorney-client privilege, the attorney work-product doctrine, or any other applicable law, privilege or protection. Any inadvertent production of privileged information shall not constitute a waiver of Plaintiffs' right to assert the applicability of any privilege or protection to any related information, and any such document and all copies or images thereof shall be promptly returned, sequestered or destroyed upon demand pursuant to Fed. R. Civ. P. 26(b)(5)(B).

8. Plaintiffs object to, and will not answer, the Interrogatories, and each of them, to the extent that (a) they seek the premature disclosure of expert material subject to Rule 26(a)(2)(C) of the Federal Rules of Civil Procedure, and/or (b) they seek disclosure of information concerning any person or entity whom Plaintiffs will not designate as an opinion or other witness at trial.

9.      Plaintiffs object to the Interrogatories, and each of them, to the extent they impose an undue burden on Plaintiffs by requiring Plaintiffs to search for documents that are equally available to the Irico Defendants and/or already in their possession, custody, control, or which are publicly available or otherwise readily accessible to them.

10.     Plaintiffs object to the Interrogatories to the extent they require Plaintiffs to compartmentalize evidence as proof of allegations in the Complaint instead of looking at it as a whole, which is in contravention of well-established legal principles. *See In re CRT Antitrust Litigation,* Master Docket No. 3:07-cv-05944 SC, Dkt. No. 2747, Order Adopting Recommended Order of the Special Master, dated August 15, 2014; *Continental Ore Co. v. Union Carbide & Carbon Corp.*, 370 U.S. 690, 699 (1962) ("The character and effect to a conspiracy are not to be judged by dismembering it and viewing its separate parts, but only by looking at it as a whole."). *See also Beltz Travel Service, Inc. v. Int'l Air Trans. Assoc.*, 620 F.2d 1360, 1366-67 (9th Cir. 1980) (citing *United States v. Patten*, 226 U.S. 525, 544 (1913)). All conspirators are jointly liable for the acts of their co-conspirators and the actions of any of the conspirators in furtherance of the conspiracy are, in law, the actions of all. *Id.*

11.     Plaintiffs object to the Interrogatories to the extent they seek information relating to any period beyond the period for which Defendants have provided discovery.

12.     Plaintiffs object to Defendant's definition of the term "Identify" as overbroad, unduly burdensome, and seeking information that is irrelevant and not reasonably calculated to lead to admissible evidence.

13.     Plaintiffs hereby incorporate each of the foregoing General Objections into each of the individual responses set forth below, whether or not stated separately therein.  No Specific Objection is a waiver of any of the General Objections.

14.     Plaintiffs reserve their right to try their case as Plaintiffs determine is best at trial. This includes by not using facts stated herein or using facts in addition to those stated herein.

15. Plaintiffs reserve the right to object to and/or challenge any information provided in response to the Interrogatories on the grounds of competency, relevance, materiality, privilege, or admissibility at trial or at any hearing or proceeding.

16. Plaintiffs object to, and expressly disclaim, any need or intent to prove any fact listed herein as a prerequisite to proving their claims at trial.

17. Plaintiffs object to these Interrogatories to the extent that the underlying Requests for Admission are propounded improperly or are not relevant to any claim or defense.

## RESPONSES AND SPECIFIC OBJECTIONS

## INTERROGATORY NO. 1

If Your response to any Request for Admission was anything other than an unqualified admission, separately for each Request for Admission:

(a) state the number of the request for admission;

(b) state all facts upon which You base Your response;

(c) Identify all Evidence upon which You intend to rely to support Your response; and

(d) Identify each Person who has knowledge of the facts upon which You base Your response.

## RESPONSE TO INTERROGATORY NO. 1:

Plaintiffs incorporate by reference the General Objections set forth in the preceding paragraphs. Plaintiffs object to the definition of "Evidence From Other Parties" contained in Irico's RFAs upon which this Interrogatory is based, and the Irico Defendants' attempt to limit Plaintiffs' response this Interrogatory to particular sources of evidence. It is improper to limit an RFA under Fed. R. Civ. P. 36(a)(1), which permits a party to seek an admission relating to "(A) facts, the application of law to fact, or opinions about either, or (B) the genuineness of any described document." Plaintiffs will not limit their responses to these RFA's to "Evidence From Other Parties," and will respond to the RFA's as to evidence from any source, including evidence produced by Irico or its wholly owned subsidiary China National Electronics Import & Export Caihong Company ("CNEIECC"). Irico has acknowledged that Irico "exported products exclusively through"

6

CNEIECC prior to the formation of Irico Electronics ("Electronics") in September 2004. *See* January 15, 2009 Response of Irico Group Corporation and Irico Display Devices Co., Ltd. to Plaintiffs' Information Requests (the "2009 Response"), ECF No. 5220-10 at 1. In addition, a "Master Plan" created by Irico Group near the end of 2022 describes CNEIECC as "actually serv[ing] as Irico Group Corporation's import and export business management department[,]" and "actual assets, personnel and business all belong to Irico Group Corporation." IRI-CRT-00002105E. Finally, a 2004 submission to China's Ministry of Finance that shows CNEIECC as a "wholly-owned" subsidiary of Irico Group. *See* Dep. Ex. 8394.

Plaintiffs further object to this Interrogatory on the grounds that it is premature, and that it seeks to impose an undue burden on Plaintiffs to state their case on an incomplete record and review and analyze all information obtained in discovery thus far at this stage of this litigation. Plaintiffs object that this Interrogatory improperly requires Plaintiffs to marshal all evidence in support of their case, including all testimony, in responses to written discovery, but particularly while discovery is ongoing and in advance of the applicable deadlines set by the Court for disclosure of pretrial information. The Irico Defendants have not completed their production of documents responsive to Plaintiffs' requests for production. Among other things, they have produced neither sales invoices nor a spreadsheet summarizing relevant information from them. Many of the documents the Irico Defendants have produced were only produced recently, and Plaintiffs are still reviewing, translating, and analyzing them. In addition, as the Special Master has determined, the Irico Defendants have failed to provide adequate responses to Plaintiffs' interrogatories requesting core information regarding their attendance at and participation in meetings with competitors and their involvement in the operation of the conspiracy. The Irico Defendants have yet to make two key witnesses available for deposition, and have refused to produce three others, thereby requiring Plaintiffs to bring a motion to compel their attendance.

Plaintiffs also object to this Interrogatory to the extent it requires Plaintiffs to compartmentalize evidence as proof of allegations in the Complaint instead of looking at it as a whole, which is in contravention of well-established legal principles. *See In re CRT Antitrust*

7

*Litigation,* Master Docket No. 3:07-cv-05944 SC, Dkt. No. 2747, Order Adopting Recommended Order of the Special Master, dated August 15, 2014; *Continental Ore Co. v. Union Carbide & Carbon Corp.*, 370 U.S. 690, 699 (1962) ("The character and effect to a conspiracy are not to be judged by dismembering it and viewing its separate parts, but only by looking at it as a whole."). *See also Beltz Travel Service, Inc. v. Int'l Air Trans. Assoc.*, 620 F.2d 1360, 1366-67 (9th Cir. 1980) (citing *United States v. Patten*, 226 U.S. 525, 544 (1913)). All conspirators are jointly liable for the acts of their co-conspirators and the action of any of the conspirators in furtherance of the conspiracy is, in law, the action of all. *Id.*

Plaintiffs further object that the individuals involved in the conspiracy did not always identify their affiliation to a specific corporate entity or their job title in a manner that allows Plaintiffs to sufficiently respond to this Interrogatory. Plaintiffs also object to this Interrogatory to the extent it seeks to attribute a particular action to a specific Irico entity when all the Irico entities named as defendants were owned and controlled and acted pursuant to the overall strategy and direction of Irico Group Corporation.

Finally, Plaintiffs object to this Interrogatory on the grounds that the distinction Irico attempts to draw in their Requests for Admissions and the subject Interrogatories between "Glass Meetings," "Green Meetings," "Top Meetings," "Management Meetings," "Working Level Meetings" and the like is artificial and is of no moment in determining Irico's liability in this case. Binder Documents 1-103, and the chart summarizing many of those documents which Plaintiffs filed with the Special Master on December 16, 2021 (the "Admissibility Chart"), summarize in great detail Irico's knowledge of, attendance at, and participation in meetings in furtherance of the conspiracy with its co-conspirators to discuss and fix CRT prices, control CRT production, and exchange material, non-public information over a lengthy period of time. They also show that even where Irico did not send a representative to a particular meeting, it was kept apprised of, and participated in, those meetings and the agreements reached through other co-conspirators, notably Chunghwa. Plaintiffs incorporate both Binder Documents 1-103 themselves and the Admissibility Chart by reference in response to each and every one of Irico's Interrogatories.

8

1        Subject to and without waiving the foregoing objections, Plaintiffs respond as follows:

2        **RFA No. 1:**  Evidence that Irico attended at least one Green Meeting includes, but is

3  limited to, the documents bearing Bates Numbers: TSA-CRT00156567; TSA-CRT00156568.

4        **RFA No. 2:** Evidence that Irico's high level executives attended meetings with Irico's

5  competitors, which meetings fall within the definition of "Top Meetings" in Plaintiffs' Complaint,

6  includes, but is not limited to, the documents bearing the following Bates Numbers: CHU00030688-

7  91; IRI-CRT-00024215; BMCC-CRT000540532; CHU00047658-62; CHU00734728; BMCC-

8  CRT000105586; SDCRT-0093977-91; SDCRT-0105131-34; CHU00016621; CHU00016622;

9  CHU00102751; CHU00102752; CHU00102864; CHU00447509; CHU00447510; SDCRT-

10  0087340; SDCRT-0090225; SDCRT-0091569; SDCRT-0091980; SDCRT-0091925; SDCRT-

11  0091950; CHU00102863; CHU00102864.

12        **RFA No. 3:** Evidence that Irico's high level sales managers attended meetings with Irico's

13  competitors, which meetings fall within the definition of "Management Meetings" in Plaintiff's

14  Complaint, includes, but is not limited to, the documents bearing the following Bates Numbers:

15  CHU00102752-54; CHU00030665-67; CHU00030679-83; CHU00030684-87; CHU00030692-94;

16  CHU00030695-97; CHU00030705-08; CHU00030752-55; SDCRT-0086599-600; CHU00029050-

17  51; CHU00030797-98; CHU00030819-22; CHU00030823-26; CHU00030827-30; CHU00030843-

18  45; SDCRT-0086698-99; SDCRT-0086672; CHU00029046; CHU00030941; CHU00030946;

19  CHU00030953; CHU00030973; CHU00031018; CHU00029110; CHU00031032; CHU00031070;

20  CHU00031088; CHU00031092; CHU00031113; SDCRT-0087694; SDCRT-0087700; SDCRT-

21  0006674; BMCC-CRT000142063; SDCRT-0091409; SDCRT-0091573; SDCRT-0091584;

22  SDCRT-0091942; SDCRT-0091957; BMCC-CRT000105586; SDCRT-0105131; CHU00029131;

23  CHU00029138; IRI-CRT-00024212-15.

24        **RFA No. 4:** Evidence that Irico attended Glass Meetings with its competitors prior to July

25  31, 1998 includes, but is not limited to, the documents bearing the following Bates Numbers:

26  BMCC-CRT000113384; BMCC-CRT000113389; IRI-CRT-00004817; IRI-CRT-00004821; IRI-

27  CRT-00008236; IRI-CRT-00008241-42.

28

9

INDIRECT-PURCHASER PLAINTIFFS' OBJECTIONS AND RESPONSES TO THE IRICO DEFENDANTS'
SECOND SET OF INTERROGATORIES – MASTER FILE NO. CV-07-5944-JST, MDL NO. 1917

**RFA No. 5:** Evidence that Irico attended Working Level Meetings with its competitors prior to July 31, 1998 includes, but is not limited to, the documents bearing the following Bates Numbers: BMCC-CRT000113384; BMCC-CRT000113389; BMCC-CRT000113394; IRI-CRT-00008236; IRI-CRT-00008242.

**RFA No. 6:** Plaintiffs incorporate their objections to this RFA and will not respond to this Interrogatory at this time. Plaintiffs will respond at the close of discovery.

**RFA No. 7:** Evidence of meetings between Irico and a Defendant or Co-Conspirator prior to July 31, 1998 includes, but is not limited to, the documents bearing the following Bates Numbers: BMCC-CRT000113367; BMCC-CRT000113368; BMCC-CRT000113372; BMCC-CRT000113374; BMCC-CRT000113378; BMCC-CRT000113379; BMCC-CRT000113380; BMCC-CRT000113381; BMCC-CRT000113382; BMCC-CRT000113384; BMCC-CRT000113389; BMCCCRT000113392; BMCC-CRT000113393; BMCC-CRT000113394; BMCC-CRT000113395-416; IRI-CRT-00008236; IRI-CRT-00008242; IRI-CRT-00004746 & 4751; IRI-CRT-00004761-64; IRI-CRT-00004769-4773; IRI-CRT-00008316-18; IRI-CRT-00008340; IRI-CRT-00008358-8360.

**RFA No. 8:** Evidence that Irico attended meetings with a Defendant or Co-Conspirator outside of China includes, but is not limited to, the documents bearing the following Bates Numbers: IRI-CRT-00024207-08; IRI-CRT-00024317-19; IRI-CRT-00024628; TSA-CRT00216188; TSA-CRT00216189; TSA-CRT00216190; IRI-CRT-00004757; IRI-CRT-00004761-64; IRI-CRT-00004769-4772; TCE-CRT 0021183; IRI-CRT-00018199; IRI-CRT-00008802-03; IRI-CRT-00024205-06; IRI-CRT-00024259-60; TCE-CRT 0022550; TSA-CRT00036206; TCE-CRT 0021189; TSA-CRT00036954; IRI-CRT-00024320-21; IRI-CRT-00024328-30; IRI-CRT-00024345-47; TSA-CRT00153053; TSA-CRT00187175; IRI-CRT-00024628-32; IRI-CRT-00024657-58; IRI-CRT-00024678-4680; IRI-CRT-00024166.

**RFA No. 9:** Evidence that Irico sold CDTs after 2003 includes, but is not limited to, the documents bearing the following Bates Numbers: IRI-CRT-00031184-88.

**RFA No. 10:** Plaintiffs incorporate their objections to this RFA and will not respond to this

10

1   Interrogatory at this time. Plaintiffs are willing to meet and confer regarding this response.

2   **RFA No. 11:** Plaintiffs incorporate their objections to this RFA and will not respond to this

3   Interrogatory at this time. Plaintiffs are willing to meet and confer regarding this response.

4   **RFA No. 12:** Plaintiffs incorporate their objections to this RFA and will not respond to this

5   Interrogatory at this time. Plaintiffs are willing to meet and confer regarding this response.

6   **RFA No. 13:** Plaintiffs incorporate their objections to this RFA and will not respond to this

7   Interrogatory at this time. Plaintiffs are willing to meet and confer regarding this response.

8   **RFA No. 14:** Plaintiffs incorporate their objections to this RFA and will not respond to this

9   Interrogatory at this time. Plaintiffs are willing to meet and confer regarding this response.

10   **RFA No. 15:** Plaintiffs incorporate their objections to this RFA and will not respond to this

11   Interrogatory at this time. Plaintiffs are willing to meet and confer regarding this response.

12   Plaintiffs have not completed their discovery and preparation in this matter and their

13   investigation of the case is ongoing. Plaintiffs reserve the right to change or supplement the

14   responses to this Interrogatory.

15   **INTERROGATORY NO. 2**

16   If You contend that Irico joined the alleged conspiracy prior to July 31, 1998, Identify the

17   date on which You contend that Irico joined the conspiracy, Describe the facts that You rely on to

18   support Your contention, Identify each Document and all Testimony or responses to discovery in

19   this action that You contend supports such a contention, and Identify each Person who has

20   knowledge concerning each contention.

21   **RESPONSE TO INTERROGATORY NO. 2:**

22   Plaintiffs object to this Interrogatory on the grounds that it is premature, and that it seeks to

23   impose an undue burden on Plaintiffs to state their case on an incomplete record and review and

24   analyze all information obtained in discovery thus far at this stage of this litigation.  Plaintiffs object

25   that this Interrogatory improperly requires Plaintiffs to marshal all evidence in support of their case,

26   including all testimony, in responses to written discovery, but particularly while discovery is

27   ongoing and in advance of the applicable deadlines set by the Court for disclosure of pretrial

28

information. The Irico Defendants have not completed their production of documents responsive to Plaintiffs' requests for production. Among other things, they have produced neither sales invoices nor a spreadsheet summarizing relevant information from them. Many of the documents the Irico Defendants have produced were only produced recently, and Plaintiffs are still reviewing, translating, and analyzing them. In addition, as the Special Master has determined, the Irico Defendants have failed to provide adequate responses to Plaintiffs' interrogatories requesting core information regarding their attendance at and participation in meetings with competitors and their involvement in the operation of the conspiracy. The Irico Defendants have yet to make two key witnesses available for deposition, and have refused to produce three others, thereby requiring Plaintiffs to bring a motion to compel their attendance.

Plaintiffs further object to this Interrogatory to the extent it requires Plaintiffs to compartmentalize evidence as proof of allegations in the Complaint instead of looking at it as a whole, which is in contravention of well-established legal principles. *See In re CRT Antitrust Litigation,* Master Docket No. 3:07-cv-05944 SC, Dkt. No. 2747, Order Adopting Recommended Order of the Special Master, dated August 15, 2014; *Continental Ore Co. v. Union Carbide & Carbon Corp.*, 370 U.S. 690, 699 (1962) ("The character and effect to a conspiracy are not to be judged by dismembering it and viewing its separate parts, but only by looking at it as a whole."). *See also Beltz Travel Service, Inc. v. Int'l Air Trans. Assoc.*, 620 F.2d 1360, 1366-67 (9th Cir. 1980) (citing *United States v. Patten*, 226 U.S. 525, 544 (1913)). All conspirators are jointly liable for the acts of their co-conspirators and the action of any of the conspirators in furtherance of the conspiracy is, in law, the action of all. *Id.*

Plaintiffs further object that the individuals involved in the conspiracy did not always identify their affiliation to a specific corporate entity or their job title in a manner that allows Plaintiffs to sufficiently respond to this Interrogatory.

Plaintiffs object to this Interrogatory on the grounds that it is compound in that it compiles several interrogatories into one. Plaintiffs object to this Interrogatory on the grounds that it is vague and ambiguous as to the meaning of the undefined capitalized term "Describe." Plaintiffs further

12

object to this interrogatory on the grounds that that it is vague and ambiguous as to the meaning of "joined," "each contention," and any intended difference between "alleged conspiracy" and "conspiracy." Plaintiffs further object to this interrogatory on the grounds that it is overbroad in requiring Plaintiffs to identify "each Person" with knowledge of each contention.

Subject to and without waiving the foregoing objections, Plaintiffs respond as follows: Plaintiffs contend that Irico joined the CRT conspiracy at its inception in March 1995. Documents produced by defendant Beijing Matsushita Color CRT Co., Ltd. contain tables dated February 1995 and March 14, 1995 detailing the CRT production data of various CRT manufacturers including Irico (referred to as "4400"), for the period from 1993-1998. *See* BMCC-CRT000134418-19, BMCC-CRT00011394. These documents indicate that Irico was exchanging non-public, future production data with its competitors as early as February 1995. These were acts in furtherance of the conspiracy because, as many other documents show, the conspirators often agreed to limit production in order to fix, raise, or maintain CRT prices.

Irico's minutes of an internal Irico Group Corporation administrative meeting on July 10, 1995 note that Wu Yingzhong referenced a "preparatory meeting" for the "CRT Industry Association" to be held on July 17th, and that the "founding meeting will be held in early August." IRI-CRT-00004821.

Other documents demonstrate that these CRT Industry Association meetings were part of the conspiracy. For example, a document dated November 30, 1995, produced by defendant Beijing Matsushita Color CRT Co., Ltd., is entitled "December CRT Industry Meeting exchange" and was authored by "Irico Group Sales Company." BMCC-CRT000113389. The document contains detailed figures showing Irico's CRT output, sales, and inventory from January-November 1995, as well as Irico's planned production of CRTs for 1996. The last paragraph states, "I hope that our CRT fellow makers should unite together and act in unison." *Id.*

Irico's internal minutes of a December 11, 1997 meeting of the plant's leaders, reflect that Secretary Tao stated: "An industry meeting was held last week. Each tube maker set the price of 21" at 620 yuan." IRI-CRT-00005040. According to Irico's minutes of a December 1, 1998

13

administrative meeting (IRI-CRT-00008425), Ma Jinquan reported the tube sales situation and referenced, "The industry meeting, once every month. The November meeting concluded to discuss with Changhong again about pricing issues." IRI-CRT-00008427. *See further* Response to RFA No. 4.

Plaintiffs believe the following individuals have knowledge relating to the foregoing: Wu Yingzhong; Zhang Wenyi, Wang Lichang, Wu Weiren, J.S. Lu, S.J. Yang, C.C. Liu, Sha Tao, Ma Jinquan, Tao Kui, Xing Daoqin, Mu Haoping, Ma Shitai, Niu Wenjun, Li Zhuotai, and anyone else listed in the documents referred to above, as well as the listed attendees or participants in any of the contacts in the Binder Documents.

Plaintiffs have not completed their discovery and preparation in this matter and their investigation of the case is ongoing. Plaintiffs reserve the right to change or supplement this response.

**INTERROGATORY NO. 3**

If You contend that Irico joined the alleged conspiracy with knowledge of the prior acts of the conspiracy, Describe the facts that You rely on to support Your contention, Identify each Document and all Testimony or responses to discovery in this action that You contend supports such a contention, and Identify each Person who has knowledge concerning each contention.

**RESPONSE TO INTERROGATORY NO. 3:**

Plaintiffs object to this Interrogatory on the grounds that it is premature, and that it seeks to impose an undue burden on Plaintiffs to state their case on an incomplete record and review and analyze all information obtained in discovery thus far at this stage of this litigation.  Plaintiffs object that this Interrogatory improperly requires Plaintiffs to marshal all evidence in support of their case, including all testimony, in responses to written discovery, but particularly while discovery is ongoing and in advance of the applicable deadlines set by the Court for disclosure of pretrial information. The Irico Defendants have not completed their production of documents responsive to Plaintiffs' requests for production. Among other things, they have produced neither sales invoices nor a spreadsheet summarizing relevant information from them. Many of the documents the Irico

14

1   Defendants have produced were only produced recently, and Plaintiffs are still reviewing,

2   translating, and analyzing them. In addition, as the Special Master has determined, the Irico

3   Defendants have failed to provide adequate responses to Plaintiffs' interrogatories requesting core

4   information regarding their attendance at and participation in meetings with competitors and their

5   involvement in the operation of the conspiracy. The Irico Defendants have yet to make two key

6   witnesses available for deposition, and have refused to produce three others, thereby requiring

7   Plaintiffs to bring a motion to compel their attendance.

8        Plaintiffs further object to this Interrogatory to the extent it requires Plaintiffs to

9   compartmentalize evidence as proof of allegations in the Complaint instead of looking at it as a

10  whole, which is in contravention of well-established legal principles. *See In re CRT Antitrust*

11  *Litigation,* Master Docket No. 3:07-cv-05944 SC, Dkt. No. 2747, Order Adopting Recommended

12  Order of the Special Master, dated August 15, 2014; *Continental Ore Co. v. Union Carbide &*

13  *Carbon Corp.*, 370 U.S. 690, 699 (1962) ("The character and effect to a conspiracy are not to be

14  judged by dismembering it and viewing its separate parts, but only by looking at it as a whole."). *See*

15  *also Beltz Travel Service, Inc. v. Int'l Air Trans. Assoc.*, 620 F.2d 1360, 1366-67 (9th Cir. 1980)

16  (citing *United States v. Patten*, 226 U.S. 525, 544 (1913)). All conspirators are jointly liable for the

17  acts of their co-conspirators and the action of any of the conspirators in furtherance of the conspiracy

18  is, in law, the action of all. *Id.*

19       Plaintiffs further object that the individuals involved in the conspiracy did not always identify

20  their affiliation to a specific corporate entity or their job title in a manner that allows Plaintiffs to

21  sufficiently respond to this Interrogatory.

22       Plaintiffs further object to this interrogatory on the grounds that it is vague and ambiguous

23  as to the meaning of the undefined capitalized term "Describe." Plaintiffs further object to this

24  interrogatory on the grounds that it is vague and ambiguous as to the meaning of "joined,"

25  "knowledge," "prior acts," "each contention," and any intended difference between "alleged

26  conspiracy" and "conspiracy." Plaintiffs further object to this interrogatory on the grounds that it is

27  overbroad in demanding Plaintiffs identify "each Person" with knowledge of "each contention."

28

15

Plaintiffs further object to this interrogatory on the grounds that it is duplicative where it overlaps with Interrogatory No. 2.

Subject to and without waiving the foregoing objections, Plaintiffs respond as follows: Plaintiffs contend that, based on the documents cited in Plaintiffs' response to Interrogatory No. 2, Irico joined the conspiracy at its inception in or around March 1995. These documents show that Irico was meeting with its competitors "once every month" (IRI-CRT-00008427) from at least August 1995—the date of the "founding meeting" of the "CRT Industry Association." IRI-CRT-00004821. These documents further show that the participants at these meetings discussed and agreed upon prices and exchanged sensitive future CRT production data. *See, e.g.*, IRI-CRT-00008236; IRI-CRT-00008427. Given the evidence showing that Irico participated in the conspiracy from its inception, Irico is jointly and severally liable for all acts of the conspiracy, Plaintiffs need not show that Irico was aware of all other acts of the conspiracy prior to July 31, 1998.

In addition, numerous documents show that Irico regularly met bilaterally with its competitors prior to July 31, 1998. *See* Response to RFA No. 7. These included meetings with admitted conspirator Chunghwa Picture Tubes, Ltd.'s Chinese subsidiary Chunghwa Picture Tubes Fuzhuo, Ltd., and show that Irico was considering joint ventures or other forms of technological cooperation with defendants Toshiba and Thomson. Thus, even aside from Irico's attendance at the monthly CRT Industry Meetings, Irico's regular contacts with members of the conspiracy ensured that it was well informed regarding the global CRT market, and would have had knowledge of the other CRT meetings that were occurring outside of China.

Plaintiffs believe the following individuals have knowledge relating to the foregoing: Wu Yingzhong, Zhang Wenyi, Wang Lichang, Wu Weiren, JS Lu, SJ Yang, CC Liu, Sha Tao, Ma Jinquan, Tao Kui, Xing Daoqin, Mu Haoping, Ma Shitai, Niu Wenjun, Li Zhuotai, and anyone else listed in the documents referred to above, as well as the listed attendees or participants in any of the contacts in the Binder Documents.

Plaintiffs have not completed their discovery and preparation in this matter and their investigation of the case is ongoing. Plaintiffs reserve the right to change or supplement this

16

1   response.

2

3   Dated: February 23, 2022                    By: /s/ Mario N. Alioto

4                                               Mario N. Alioto (56433)
                                                Lauren C. Capurro (241151)
5                                               TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
                                                2001 Union Street, Suite 482
6                                               San Francisco, CA 94123
                                                Telephone: (415) 563-7200
7                                               Facsimile: (415) 346-0679
                                                malioto@tatp.com
8                                               laurenrussell@tatp.com

9                                               Lead Counsel for Indirect Purchaser Plaintiff

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                              17
        INDIRECT-PURCHASER PLAINTIFFS' OBJECTIONS AND RESPONSES TO THE IRICO DEFENDANTS'
        SECOND SET OF INTERROGATORIES – MASTER FILE NO. CV-07-5944-JST, MDL NO. 1917

# Exhibit 81



July 21, 2023

**Certification**

**Welocalize Translations**

**TRANSLATOR'S DECLARATION:**

I, **Cindy Wang**, hereby declare:

That I possess advanced knowledge of the Chinese and English languages. The attached Chinese into English translation has been translated by me and to the best of my knowledge and belief, it is a true and accurate translation of the document with bates number: BMCC-CRT000113367.

*(Digital or printed signature here above the line)*

Cindy Wang

_____

**Cindy Wang**

Project Number: *BBLLP_2307_P0029*

15 W. 37th Street 4th Floor
New York, NY 10018
212.581.8870

### The 21" Color Picture Tubes Export Situation from January to May in 1998

(Domestic occupancy rate of 21")   (24.7%)   (20.3%)   (14.2%)   (11.7%)   (9.5%)   (9.6%)   (8.8%)   (1.2%)

Unit: piece

June 5, 1998

| | 4400 | BMCC | Shenzhen SEG | Shanghai Novel | Shenzhen Samsung | Changsha Shuguang | Nanjing Huafei | Guangdong Dongguan | Total |
|---|---|---|---|---|---|---|---|---|---|
| Internal sales volume | 1,366,572 | 1,122,226 | 785,254 | 644,649 | 525,709 | 531,038 | 484,736 | 66,244 | 5,526,428 |
| Export volume | 5,000 | 15,851 | 328,491 | 100,000 | 212,989 | 95,000 | 80,000 | 0 | 837,331 |
| Total sales volume | 1,371,572 | 1,138,077 | 1,113,745 | 744,649 | 738,698 | 626,038 | 564,736 | 66,244 | 6,363,759 |

([export] rate)   (0.4%)   (1.4%)   (29.5%)   (13.4%)   (28.8%)   (15.2%)   (14.2%)   0   (13.2%)



BMCC-CRT000113367_ E Translation

# Exhibit 82



July 21, 2023

**Certification**

**Welocalize Translations**

**TRANSLATOR'S DECLARATION:**

I, **Cindy Wang**, hereby declare:

That I possess advanced knowledge of the Chinese and English languages. The attached Chinese into English translation has been translated by me and to the best of my knowledge and belief, it is a true and accurate translation of the document with bates number: BMCC-CRT000113368.

*(Digital or printed signature here above the line)*

*Cindy Wang*

_____

**Cindy Wang**

Project Number: _BBLLP_2307_P0029_

15 W. 37th Street 4th Floor
New York, NY 10018
212.581.8870

Economic Indicators of Color Picture Tube Factories for First Quarter of 1998

Unit: 10,000                                                                                          June 5, 1998

| Manufacturer | Output | Sales volume | Sales revenue | Total profits | Profit rate |
|---|---|---|---|---|---|
| 4400 | 125.9 | 149.7 | 80,861 | 820 | 1.01% |
| BMCC | 102.8 | 109.9 | 61,000 | 3,137 | 5.14% |
| Shanghai Novel | 84.0 | 75.7 | 50,690 | 3,100 | 6.12% |
| Nanjing Huafei | 66.1 | 64.7 | 41,132 | 220 | 0.53% |
| Shenzhen SEG | 68.3 | 66.7 | 35,802 | 780 | 2.18% |
| Guangdong Dongguan | 51.6 | 40.8 | 35,000 | 540 | 1.54% |
| Changsha Shuguang | 55.3 | 50.7 | 32,523 | -10 | -0.03% |
| Shenzhen Samsung | 59.0 | 59.5 | 26,747 | 0 | 0.00% |

JGTY.XLS

# Exhibit 83



July 21, 2023

**Certification**

**Welocalize Translations**

**TRANSLATOR'S DECLARATION:**

I, **Cindy Wang**, hereby declare:

That I possess advanced knowledge of the Chinese and English languages. The attached Chinese into English translation has been translated by me and to the best of my knowledge and belief, it is a true and accurate translation of the document with bates number: BMCC-CRT000113372.

*(Digital or printed signature here above the line)*

*Cindy Wang*

_____

**Cindy Wang**

Project Number: _BBLLP_2307_P0029_

15 W. 37th Street 4th Floor
New York, NY 10018
212.581.8870

## Current Status and Development Plan of Domestic Model-21 Color Picture Tubes

Unit: 10,000 pieces                                   Market department August 15, 1997

| Enterprise name | | Production Line technology | Production Line type | Tube type | Annual production capacity | Production date | 1997 plan | 1998 plan | 1999 plan | 2000 plan | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4400 | Existing | Toshiba | Monomer | | 300 | | 300 | 300 | 300 | 300 | |
| | Add | | Monomer | | | | | | | | |
| BMCC | Existing | Panasonic | Monomer | | 220 | | 165 | 200 | 220 | 220 | |
| | Add | Panasonic | Monomer | | | | | | | | |
| Shanghai Novel | Existing | Toshiba | Compatible | 18"21" | 150 | | 150 | 150 | 150 | 150 | |
| | Add | Toshiba | Compatible | | | | | | | | |
| Nanjing Huafei | Existing | Philips | Monomer | | 200 | | 80 | 200 | 200 | 200 | |
| | Add | Philips | Monomer | | | | | | | | |
| Guangdong Dongguan | Existing | Hitachi | Monomer | | 150 | | 80 | 100 | 100 | 100 | |
| | Add | Hitachi | Monomer | | | | | | | | |
| Shenzhen SEG | Existing | Hitachi | Monomer | | 240 | | 230 | 230 | 230 | 240 | |
| | Add | Hitachi | Monomer | | | | | | | | |
| Changsha Shuguang | Existing | Jinxing | Compatible | 21"25" | 150 | | 150 | 150 | 150 | 150 | Mainly 21" |
| | Add | Jinxing | Compatible | 21"25" | 150 | 97.8 | | | | | Mainly 25" |
| Guangdong Foshan | Existing | Thomson | Monomer | | | | | | | | |
| | Add | | | | | | | | | | |
| Shenzhen Samsung | Existing | | | | | | | | | | |
| | Add | Samsung | Compatible | 21"25" | 180 | 97.9 | 50 | 150 | 170 | 180 | |
| Chengdu Hongguang | Existing | | | | | | | | | | |
| | Add | Hitachi | Monomer | | 90 | 98.12 | | | 85 | 90 | |
| SSGE | Existing | | | | | | | | | | |
| | Add | Sony | Monomer | | 60 | 97.6 | 20 | 50 | 60 | 60 | |
| Total | | | | | 1890 | | 1225 | 1530 | 1665 | 1690 | |

29SF.XLS

BMCC-CRT000113372_E Translation

# Exhibit 84



July 21, 2023

**Certification**

**Welocalize Translations**

**TRANSLATOR'S DECLARATION:**

I, **Cindy Wang**, hereby declare:

That I possess advanced knowledge of the Chinese and English languages. The attached Chinese into English translation has been translated by me and to the best of my knowledge and belief, it is a true and accurate translation of the document with bates number: BMCC-CRT000113374 to BMCC-CRT000113375.

*(Digital or printed signature here above the line)*

*Cindy Wang*

_____

**Cindy Wang**

Project Number: <u>BBLLP_2307_P0029</u>

15 W. 37th Street 4th Floor
New York, NY 10018
212.581.8870

## Current Status and Development Plan of Domestic CMT

Unit: 10,000 pieces                                              Market Department     August 15, 1997

| Enterprise name | | Production Line technology | Production Line type | Tube type | Annual production capacity | Production date | 1997 plan | 1998 plan | 1999 plan | 2000 plan | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4400 | Existing | Toshiba | Monomer | 14" | 100 | | 4 | 20 | 40 | 60 | |
| | Add | Toshiba | Compatible | 14"15" | 100 | 97.11 | 2 | 70 | 90 | 100 | |
| BMCC | Existing | Panasonic | Monomer | 14" | 150 | | 82 | 80 | 80 | 80 | |
| | Add | Panasonic | | To be determined | | | | | 70 | 120 | |
| Nanjing Huafei | Existing | | | | | | | | | | |
| | Add | Philips | Monomer | 14" | 120 | 97.8 | 10 | 100 | 110 | 120 | |
| Changsha Shuguang | Existing | | | | | | | | | | |
| | Add | Jinxing | Compatible | 14"15"17" | 150 | 99.1 | | | 120 | 150 | |
| | Add | Jinxing | Compatible | 14"15"17" | 150 | 99.12 | | | | 120 | |
| Shenzhen Samsung | Existing | | | | | | | | | | |
| | Add | Samsung | | 14" | 180 | 97.8 | 15 | 100 | 170 | 180 | NO1 |
| | Add | Samsung | Compatible | 14"15"17" | 300 | 98.9 | | 50 | 130 | 270 | NO2, NO3 |
| Tianjin Samsung | Existing | | | | | | | | | | |
| | Add | Samsung | Compatible | 14"15"17" | 180 | 98.5 | | 90 | 150 | 180 | |
| Fuzhou, Chunghwa | Existing | | | | | | | | | | |
| | Add | Taiwan | Compatible | 14"15"17" | 360 | 98.3 | | 240 | 300 | 360 | NO1, NO2 |
| | Add | Taiwan | Compatible | 14"15"17" | 360 | 99.3 | | | 240 | 300 | NO3, NO4 |
| SSGE | Existing | | | | | | | | | | |
| | Add | Sony | Monomer | 14" | 60 | 98.6 | | 25 | 40 | 60 | |
| Total | | | | | 2210 | | 113 | 775 | 1540 | 2100 | |

29SF.XLS

July        Day        RMB3,700,000
August      Day        RMB1,360,000
7/
9/10 propose (general manager said)
9/7 Sen [illegible]
9/8 AM

BMCC-CRT000113375_E Translation

# Exhibit 85



July 21, 2023

**Certification**

**Welocalize Translations**

**TRANSLATOR'S DECLARATION:**

I, **Cindy Wang**, hereby declare:

That I possess advanced knowledge of the Chinese and English languages. The attached Chinese into English translation has been translated by me and to the best of my knowledge and belief, it is a true and accurate translation of the document with bates number: BMCC-CRT000113378.

*(Digital or printed signature here above the line)*

*Cindy Wang*

_____

**Cindy Wang**

Project Number: <u>BBLLP_2307_P0029</u>

15 W. 37th Street 4th Floor
New York, NY 10018
212.581.8870

[Note: a Japanese name]

[Reference] China CRTMaker Production trend [Unit: 10,000 units/year]     January 9, 1996

| No | Company name | Production capacity in 1995 (1996 estimation) | | | Approved projects to increase production | | | Scheduled application project | | | Reference details |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Number of Lines | Type | Number of production | Number of Lines | Type | Number of production | Number of Lines | Type | Number of production | |
| 1 | B M C C | 4 | 21.14.19.29.14 CMT. | 3 1 8 (411) | --- | | --- | 3 | CMT(14.15.17).WD. | 3 8 0 | |
| 2 | Xianyang 4400 | 6 | 14.18.21.22.25. | 6 0 0 (700) | — | | — | 2 | CPT. CMT. | 2 2 0 | CPT:120. CMT:100. |
| 3 | Shanghai Novel | 2 | 18.21.25. | 2 3 3 | 1 | 14.21. | 1 2 0 | 1 | CMT. | 1 0 0 | 14"+12": approval by Shanghai independently |
| 4 | Nanjing Huafei | 2 | 17.21.25. | 1 5 0 | 4 | 29.25. CMT (14.15.17) | 2 1 5 | — | | — | CMT(14.15.17):120. 25":50. 29":45. |
| 5 | SEG Hitachi | 2 | 21. | 2 0 1 | — | | — | 1 | CMT. | 1 2 0 | |
| 6 | Dongguan | 2 | 21.25. | 2 0 0 | — | | — | 2 | CPT.CMT. | 2 1 0 | CPT:120.CMT:90. |
| 7 | Foshan | 1 | 20.29. | 1 2 0 | — | | — | 1 | CPT. | 1 2 0 | |
| 8 | Changsha | 1 | 21.25. | 1 2 0 | — | | — | 1 | 21.29. | 1 2 0 | |
| 9 | Fuxin | 1 | ? | ? | — | | — | — | | — | |
| 10 | Shanghai Dianziguan | 1 | ? | ? | — | | — | — | | — | |
| 11 | Chengdu Hongguang | — | | — | 2 | 20.21.25.29. | 2 2 8 | — | | — | 20":50.21":110. 25":23.29":45. |
| 12 | Shanghai Sony | — | | — | 6 | CMT(14.15) 21.25.29. WD(16.20.24) | 3 0 0 | — | | — | Purpose TVset CTV:180 CE:?-:120 |
| 13 | Dalian Toshiba | — | | — | 2 | 14.21.25.29. | 3 0 0 | — | | — | Purpose TVset CTV:300 CE:?-.WD |
| 14 | Shenzhen Samsung MAC | — | | — | — | | — | 4 | CPT. | 6 0 0 | |
| 15 | Tianjin Samsung | — | | — | — | | — | 2 | CPT. | 3 0 0 | |
| 16 | Fuzhou Chunghwa Picture Tubes (Sole Proprietorship) | — | | — | — | | — | ? | CMT. Monochrome. | 1,200 | CMT:900. Monochrome:300. |
| | Total | i. 9 4 2 (2, 2 0 0) | | | 1, 1 6 3 | | | 3, 3 7 0 | | | |

※・①     ※・②

※・①:2.200+1.163=33,630 units/year (×10% Index UP =36,990 units/year)
※・②:3.363+3.370=67,330 units/year (×10% Index UP =74,060 units/year)
※・In 2000, China Domestic CTV demands: 25 million units/year.

1／1

Confidential     BMCC-CRT000113378_E Translation

# Exhibit 86



July 21, 2023

**Certification**

**Welocalize Translations**

**TRANSLATOR'S DECLARATION:**

I, **Cindy Wang**, hereby declare:

That I possess advanced knowledge of the Chinese and English languages. The attached Chinese into English translation has been translated by me and to the best of my knowledge and belief, it is a true and accurate translation of the document with bates number: BMCC-CRT000113379.

*(Digital or printed signature here above the line)*

*Cindy Wang*

_____

**Cindy Wang**

Project Number: _BBLLP_2307_P0029_

15 W. 37th Street 4th Floor
New York, NY 10018
212.581.8870

CPT Trend

Table of Production and Inventory of Domestic Color Picture Tubes

Unit: 10,000

| | 01-95 | 02-95 | 03-95 | 04-95 | 05-95 | 06-95 | 07-95 | 08-95 | 09-95 | 10-95 | 11-95 | 12-95 | 1—12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total output | 122.88 | 117.47 | 140.67 | 140.84 | 139.35 | 154.35 | 155.06 | 155.02 | 161.01 | 159.56 | 177.03 | 176.48 | 1799.8824 |
| Total sales volume | 114.11 | 115.99 | 147.21 | 141.40 | 137.32 | 150.44 | 142.77 | 154.11 | 156.74 | 130.79 | 164.39 | 172.93 | 1731.2466 |
| Total inventory | 43.24 | 45.51 | 44.07 | 42.84 | 44.54 | 49.35 | 44.00 | 53.50 | 57.69 | 76.01 | 88.20 | 91.59 | 91.59 |
| 4400 | 38.57 | 44.21 | 46.96 | 50.71 | 40.31 | 53.54 | 54.04 | 57.15 | 53.70 | 44.41 | 59.67 | 56.76 | 600.0224 |
| BMCC | 23.74 | 20.09 | 26.59 | 26.67 | 27.15 | 27.29 | 26.59 | 25.48 | 26.92 | 27.45 | 29.97 | 31.00 | 318.6449 |
| Shanghai Novel | 16.29 | 14.84 | 17.79 | 11.77 | 15.30 | 21.20 | 22.50 | 24.20 | 23.37 | 24.50 | 21.11 | 20.03 | 232.8983 |
| Huafei | 10.37 | 10.17 | 15.06 | 12.33 | 13.27 | 12.84 | 14.36 | 10.26 | 10.27 | 15.61 | 16.49 | 15.30 | 156.33083 |
| SEG | 15.44 | 13.32 | 19.15 | 17.70 | 17.51 | 18.53 | 12.70 | 12.00 | 18.35 | 17.56 | 18.77 | 20.19 | 201.2216 |
| Dongguan | 11.87 | 9.37 | 10.07 | 13.45 | 18.50 | 14.02 | 17.46 | 19.50 | 20.50 | 20.35 | 21.62 | 23.57 | 200.279 |
| Foshan | 6.61 | 5.46 | 5.05 | 8.23 | 7.31 | 6.93 | 7.40 | 6.43 | 7.89 | -9.68 | 9.40 | 9.62 | 90.4854 |



BMCC-CRT000113379_E Translation

# Exhibit 87



July 21, 2023

**Certification**

**Welocalize Translations**

**TRANSLATOR'S DECLARATION:**

I, Bruce Lin, hereby declare:

That I possess advanced knowledge of the Chinese and English languages. The attached Chinese into English translation has been translated by me and to the best of my knowledge and belief, it is a true and accurate translation of the document with bates number: BMCC-CRT000113380.

*(Digital or printed signature here above the line)*

_____

Bruce Lin

Project Number: BBLLP_2307_P0029

15 W. 37th Street 4th Floor
New York, NY 10018
212.581.8870

Comparison of Production, Sales Volume, and Inventory of CPT of the Nation's Seven Large Color Picture Tube Factories in 1994 and 1995

Unit: 10,000 pieces

| | 01-94 | 02-94 | 03-94 | 04-94 | 05-94 | 06-94 | 07-94 | 08-94 | 09-94 | 10-94 | 11-94 | 12-94 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total output | 100 | 93 | 115 | 117 | 113 | 125 | 105 | 122 | 113 | 118 | 136 | 136 | 1,393 |
| Total sales volume | 99 | 89 | 114 | 112 | 112 | 106 | 105 | 123 | 120 | 118 | 133 | 145 | 1,376 |
| Total inventory | 15 | 20 | 19 | 21 | 13 | 42 | 43 | 43 | 36 | 38 | 40 | 35 | 35 |

| | 01-95 | 02-95 | 03-95 | 04-95 | 05-95 | 06-95 | 07-95 | 08-95 | 09-95 | 10-95 | 11-95 | 12-95 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total output | 117 | 117 | 141 | 141 | 139 | 154 | 155 | 155 | 161 | 160 | 177 | 176 | 1,793 |
| Total sales volume | 114 | 116 | 147 | 141 | 137 | 150 | 143 | 154 | 157 | 140 | 164 | 173 | 1,736 |
| Total inventory | 43 | 46 | 44 | 43 | 45 | 49 | 44 | 54 | 58 | 76 | 88 | 92 | 35 |





CONFIDENTIAL                    BMCC-CRT000113380_E Translation

# Exhibit 88



July 21, 2023

**Certification**

**Welocalize Translations**

**TRANSLATOR'S DECLARATION:**

I, **Bruce Lin**, hereby declare:

That I possess advanced knowledge of the Chinese and English languages. The attached Chinese into English translation has been translated by me and to the best of my knowledge and belief, it is a true and accurate translation of the document with bates number: BMCC-CRT000113381.

*(Digital or printed signature here above the line)*

*Bruce Lin*

_____

**Bruce Lin**

Project Number: <u>BBLLP_2307_P0029</u>

15 W. 37th Street 4th Floor
New York, NY 10018
212.581.8870

# Production, Sales, and Inventory for 21"

Unit: 10,000 pieces

| | 01-95 P | S | Inv | 02-95 P | S | Inv | 03-95 P | S | Inv | 04-95 P | S | Inv | 05-95 P | S | Inv | 06-95 P | S | Inv | 07-95 P | S | Inv | 08-95 P | S | Inv | 09-95 P | S | Inv | 10-95 P | S | Inv | 11-95 P | S | Inv | 12-95 P | S | Inv | 1-12 P | S | Inv |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4400 | 5.89 | 7.64 | 0.92 | 9.62 | 9.54 | 0.09 | 11.15 | 11.23 | 0.05 | 12.03 | 12.04 | 0.04 | 10.65 | 10.68 | 0.03 | 12.81 | 12.52 | 0.26 | 12.30 | 13.13 | 0.43 | 13.80 | 14.15 | 0.08 | 13.91 | 13.62 | 0.09 | 10.51 | 8.72 | 1.88 | 17.47 | 17.63 | 0.84 | 12.04 | 12.13 | 0.75 | 140.35 | 139.54 | 0.75 |
| BMCC | 8.17 | 8.14 | 0.22 | 7.06 | 6.98 | 0.36 | 10.12 | 10.23 | 0.19 | 10.20 | 10.35 | 0.24 | 10.37 | 10.09 | 0.52 | 13.49 | 10.55 | 0.46 | 10.00 | 10.14 | 0.32 | 10.80 | 10.18 | 0.54 | 10.46 | 10.40 | 0.07 | 10.44 | 10.08 | 0.13 | 10.84 | 10.15 | 0.82 | 10.79 | 10.41 | 0.84 | 119.44 | 118.42 | 0.84 |
| Shanghai Novel | 18.23 | 30.74 | 0.10 | 10.28 | 10.31 | 0.07 | 11.19 | 11.25 | 0.01 | 11.15 | 11.23 | 0.01 | 11.30 | 11.30 | 0.01 | 11.30 | 11.49 | 0.02 | 11.30 | 11.49 | 1.54 | 12.50 | 12.70 | 1.34 | 11.50 | 11.90 | 1.34 | 12.51 | 12.73 | 1.12 | 11.37 | 11.06 | 1.40 | 13.10 | 14.38 | 0.18 | 135.66 | 125.65 | 0.18 |
| Huafei | 7.03 | 7.56 | 0.09 | 4.57 | 4.56 | 0.02 | 7.33 | 7.29 | 0.05 | 7.40 | 7.04 | 0.42 | 13.72 | 12.69 | 0.45 | 8.17 | 9.37 | 0.25 | 5.43 | 5.41 | 0.77 | 5.02 | 5.17 | 0.17 | 8.72 | 8.81 | 0.05 | 5.36 | 5.47 | 0.01 | 14.54 | 14.62 | 0.13 | 15.19 | 14.82 | 0.53 | 103.49 | 101.59 | 0.51 |
| SEG | 35.44 | 15.18 | 0.62 | 17.70 | 13.40 | 0.55 | 19.15 | 19.01 | 0.48 | 17.20 | 17.57 | 0.81 | 17.51 | 16.73 | 1.37 | 18.13 | 14.04 | 6.04 | 17.30 | 14.06 | 4.98 | 12.00 | 14.90 | 1.80 | 18.35 | 18.47 | 1.49 | 17.56 | 18.05 | 1.00 | 28.73 | 18.00 | 1.77 | 20.19 | 21.07 | 0.89 | 201.22 | 200.69 | 0.89 |
| Dongguan | 9.41 | 9.19 | 0.42 | 8.86 | 8.56 | 0.33 | 10.02 | 10.39 | 0.06 | 13.36 | 12.93 | 0.45 | 17.35 | 12.53 | 0.82 | 33.18 | 13.17 | 1.37 | 17.46 | 18.07 | 0.55 | 10.50 | 10.48 | 1.37 | 20.50 | 21.62 | 0.45 | 20.35 | 20.46 | 0.34 | 21.62 | 21.42 | 0.35 | 23.57 | 20.62 | 3.49 | 191.03 | 187.73 | 3.49 |
| Total | 51.39 | 38.15 | 1.39 | 58.00 | 53.75 | 1.36 | 68.95 | 69.36 | 1.05 | 71.86 | 70.96 | 2.01 | 75.41 | 74.04 | 3.38 | 74.51 | 70.35 | 8.20 | 70.34 | 70.73 | 7.81 | 72.63 | 73.99 | 5.45 | 83.45 | 83.48 | 3.42 | 76.43 | 75.46 | 4.49 | 89.72 | 88.69 | 5.51 | 94.96 | 93.42 | 6.67 | 889.00 | 883.62 | 6.67 |



# Exhibit 89



July 21, 2023

**Certification**

**Welocalize Translations**

**TRANSLATOR'S DECLARATION:**

I, Bruce Lin, hereby declare:

That I possess advanced knowledge of the Chinese and English languages. The attached Chinese into English translation has been translated by me and to the best of my knowledge and belief, it is a true and accurate translation of the document with bates number: BMCC-CRT000113381.

*(Digital or printed signature here above the line)*

Bruce Lin

_____

Bruce Lin

Project Number: BBLLP_2307_P0029

15 W. 37th Street 4th Floor
New York, NY 10018
212.581.8870

Table of 25" Production and Inventory in 1995

Unit: 10,000 pieces

| | 01-95 | 02-95 | 03-95 | 04-95 | 05-95 | 06-95 | 07-95 | 08-95 | 09-95 | 10-95 | 11-95 | 12-95 | 1--12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4400, 25" production | 0.6520 | 2.0200 | 4.7456 | 4.8632 | 5.1329 | 4.8960 | 2.6144 | 4.065 | 1.7010 | 3.5465 | 4.0608 | 3.9265 | 42.2237 |
| Shanghai Novel, 25" production | 6.0608 | 4.5600 | 6.6000 | 6.0000 | 0.0000 | 0.0000 | 0.0000 | 0.000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 20.2774 |
| Huafei, 25" production | 3.3219 | 0.0803 | 0.0000 | 4.7085 | 0.5553 | 0.0000 | 0.3328 | 4.614 | 0.4708 | 1.3194 | 1.7847 | 0.0198 | 17.2078 |
| Dongguan, 25" production | 2.4528 | 0.5061 | 0.0512 | 0.0882 | 5.6432 | 0.5110 | 0.0001 | 0.000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 9.2526 |
| 25" total production | 12.4875 | 7.1664 | 11.3968 | 16.2599 | 11.3314 | 5.4070 | 2.9473 | 8.679 | 2.1718 | 4.8659 | 5.8455 | 3.9463 | 88.9615 |
| | | | | | | | | | | | | | |
| 4400, 25" inventory | 0.1316 | 0.1655 | 4.6586 | 4.1340 | 4.7799 | 5.1654 | 0.9728 | 5.923 | 5.3214 | 6.4717 | 6.5525 | 8.0252 | 8.0252 |
| Shanghai Novel, 25" inventory | 14.4378 | 15.9733 | 19.5643 | 19.5643 | 16.6049 | 14.5827 | 13.5011 | 12.978 | 12.3952 | 11.5108 | 10.2595 | 2.9506 | 2.9506 |
| Huafei, 25" inventory | 2.9058 | 1.2137 | 0.0311 | 2.6758 | 1.8662 | 0.4894 | 0.0068 | 2.386 | 2.1332 | 2.0423 | 1.6315 | 0.2898 | 0.2898 |
| Dongguan, 25" inventory | 11.2572 | 10.6841 | 8.7373 | 6.4062 | 10.6782 | 9.9478 | 8.8608 | 8.034 | 6.8155 | 5.4921 | 3.0184 | 1.4038 | 1.4038 |
| 25" total inventory | 28.7324 | 28.0366 | 32.9913 | 32.7803 | 33.9292 | 30.1853 | 23.3415 | 29.321 | 26.6653 | 25.5169 | 21.4619 | 12.6694 | 12.6694 |



CONFIDENTIAL                    BMCC-CRT000113382_E Translation

# Exhibit 90



July 21, 2023

**Certification**

**Welocalize Translations**

**TRANSLATOR'S DECLARATION:**

I, Bruce Lin, hereby declare:

That I possess advanced knowledge of the Chinese and English languages. The attached Chinese into English translation has been translated by me and to the best of my knowledge and belief, it is a true and accurate translation of the document with bates number: BMCC-CRT000113392 to BMCC-CRT000113393.

*(Digital or printed signature here above the line)*

_____

Bruce Lin

Project Number: BBLLP_2307_P0029

15 W. 37th Street 4th Floor
New York, NY 10018
212.581.8870

Production Plan Prediction of Chinese Color Picture Tube Enterprises in 1995 and 1996

Unit: thousand pieces

| | 1995 | | | | | | | | | | | 1996 | | | | | | | | | | | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 14" | 14" display | 17" | 18" | 19" | 20" | 21" | 22" | 25" | 29" | Total | 14" | 14" display | 17" | 18" | 19" | 20" | 21" | 22" | 25" | 29" | Total | |
| Shaanxi Factory 4400 | 2,400 | 60 | | 1,300 | | | 1,450 | 80 | 400 | | 5,790 | 3,200 | 250 | | 1,300 | | | 1,600 [hw] 250CK | 250 | 400 | | 7,000 | It is planned to launch a new production line in April of next year, with capacity to produce 1.5 million 14" and 14" CMTs. Also, production will be halted from September 1 to 20 of this year to renovate 25" production line. After renovation, 25", 22", 21" [hw: illegible] and other types can be produced. |
| BMCC | 670 | 200 | | 690 | | | 1,160 | | | 380 | 3,100 | 600 | 400 | | | | 600 | [hw] 2,800 / 900 / 3,800CK | | | 380 | 3,880 | |
| Shanghai Novel | | | | 800 | | | 1,300 | | 200 | | 2,300 | | | | 860 | | | 1,300 | | 320 | | 2,480 | A total of 61,000 21" will be exported to Europe (Turkey, Italy) this year.  [hw: r 87/FOB] |
| Nanjing Huafei | | | 350 | | | | 940 | | 170 | | 1,460 | | | 350 | | | | 1,100 | | 250 | | 1,700 | |
| Shenzhen SEG Hitachi Company | | | | | | | 1,950 | | | | 1,950 | | | | | | | 2,100 | | | | 2,100 | About 600,000 will be exported this year. In particular, 200,000 will be exported to Hitachi, about 200,000 Europe and the Middle East, and 200,000 indirectly through Furi. [hw: $ 85/FOB] |
| Dongguan Caiguan (Color Picture Tubes) Company, Guangdong | | | | | | | 1,950 | | 100 | | 2,050 | | | | | | | 2,700 / 2,500 | | 100 | | 2,600 | |
| Foshan Caiguan (Color Picture Tubes) Company | | | | | | 850 | | | | 15 | 865 | | | | 1,100 | | | | | | 100 | 1,200 | In particular, 30,000 20" will be exported. |
| Fuzhou Fuxin Caiguan (Color Picture Tubes) Company | | | | | | 100 | | | | | 100 | | | | | | 250 | | | | | 250 | |
| Shanghai Dianziguan (Vacuum Tubes) Factory | 120 | | | | | | | | | | 120 | 300 | | | | | | | | | | 300 | All of 14" will be exported. |
| Changsha, Hunan | | | | | | | | | | | 0 | | | | | | | 640 | | 10 | | 650 | Will be produced in April |
| Total | 3,190 | 260 | 350 | 2,100 | 690 | 950 | 8,750 | 180 | 870 | 595 | 17,735 | 4,100 | 650 | 350 | 2,160 | | 600 | 1,350 [hw +110] | 250 | 1,080 | 480 | 22,160 | |

[hw: 10,890 / 10,490] [hw: ( 5% )]

BMCC-CRT000113392_E Translation

## Production Plan Prediction of Chinese Color Picture Tubes Enterprises in 1995 and 1996

Unit: thousand pieces

| | 1995 | | | | | | | | | | | 1996 | | | | | | | | | | | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 14" | 14" display | 17" | 18" | 19" | 20" | 21" | 22" | 25" | 29" | Total | 14" | 14" display | 17" | 18" | 19" | 20" | 21" | 22" | 25" | 29" | Total | |
| Shaanxi 4400 Factory | 2,400 | 60 | | 1,300 | | | 1,450 | 180 | 400 | | 5,790 | 3,200 | 250 | | 1,300 | | | 1,600 | 250 | 400 | | 7,000 | It is planned to launch a new production line in April of next year, with capacity to produce 1.5 million 14" and 14" CMTs. Also, production will be halted from Septemle 1 to 20 of this year for the renovation of 25" production line, which will be able to produce 25", 22", 21" and other types of products. |
| BMCC | 670 | 200 | | | 690 | | 1,160 | | | 380 | 3,100 | 600 | 400 | | | 600 | | 1,900 | | | 380 | 3,880 | |
| Shanghai Novel | | | | 800 | | | 1,300 | | 200 | | 2,300 | | | | 860 | | | 1,300 | | 320 | | 2,480 | A total of 61,000 units of 21" products will be exported to Europe (Turkey, Italy) this year. |
| Nanjing Huafei | | | 350 | | | | 940 | | 170 | | 1,460 | | | 350 | | | | 1,100 | | 250 | | 1,700 | |
| Shenzhen SEG Hitachi Company | | | | | | | 1,950 | | | | 1,950 | | | | | | | 2,100 | | | | 2,100 | About 600,000 units will be exported this year. In particular, 200,000 units will be exported to Hitachi, about 200,000 units will be exported to Europe and the Middle East, and 200,000 units will be exported indirectly through Furi. |
| Dongguan Caiguan (Color Picture Tubes) Company, Guangdong | | | | | | | 1,950 | | 100 | | 2,050 | | | | | | | 2,500 | | 100 | | 2,600 | |
| Foshan Caiguan (Color Picture Tubes) Company | | | | | | 850 | | | | 15 | 865 | | | | | | 1,100 | | | | 100 | 1,200 | In particular, 30,000 units of 20" will be exported. |
| Fuzhou Fuxin Caiguan (Color Picture Tubes) Company | | | | | | 100 | | | | | 100 | | | | | | 250 | | | | | 250 | |
| Shanghai Dianziguan (Vacuum Tubes) Factory | 120 | | | | | | | | | | 120 | 300 | | | | | | | | | | 300 | All of 14" will be exported. |
| Changsha, Hunan | | | | | | | | | | | 0 | | | | | | | 640 | | 10 | | 650 | Production will start in April of next year |
| Total | 3,190 | 260 | 350 | 2,100 | 690 | 950 | 8,750 | 180 | 870 | 395 | 17,735 | 4,100 | 650 | 350 | 2,160 | 600 | 1,350 | 11,140 | 250 | 1,080 | 480 | 22,160 | |

Note: 1. In 1996, the output of color picture tubes is expected to increase by 25% compared with that in 1995, of which 21" increased by 27%, and the output of color TVs is expected to increase by 8%-10%. Therefore, we need to further study and discuss in details about the trend and change for domestic sales of 21" next year.

2. The production line renovation of several major color picture tube factories has been completed. 21", 25", and 18" compatible production conditions have been met. However, two 21" production lines of BMCC are special lines, so it is unable to change the status of positioning sales based on production and it is not easy to respond in case of market change. Due to the unique characteristics of BMCC, our company should strengthen the development of 21" export channels and stabilize the production of BMCC with both domestic and foreign markets.

BMCC-CRT000113393_E Translation

# Exhibit 91





**A member of the American
Translators Association
ATA Member Number: 248719**

# CERTIFIED TRANSLATION

*Description of Document(s):*

| |
|---|
| **CHART RE:** |
| **CHINA CRT PRODUCTION STATUS 1993-1998** |
| **BMCC-CRT000113394** |
| |

| | |
|---|---|
| Source Language: **CHINESE** | Target Language: **ENGLISH** |

WITH REFERENCE TO THE ABOVE MENTIONED MATERIALS/DOCUMENTS, we at Language Fish LLC (doing business as www.certifiedtranslate.com), a professional document translation company, attest that the language translation completed by Language Fish's certified professional translators, represents, to the best of our judgment, an accurate and correct interpretation of the terminology/content of the source document(s). **This is to certify the correctness of the translation only.** We do not guarantee that the original is a genuine document or that the statements contained in the original document(s) are true.

IN WITNESS WHEREOF, Language Fish LLC has caused the Certificate to be signed by its duly authorized officer(s).

**By:**    Sean Kirschenstein, Director          **Date:**    March 18, 2022

A copy of the translated version(s) is attached to this statement of certification.

info@certifiedtranslate.com
www.certifiedtranslate.com

2425 Olympic Blvd., Suite 4000W
Santa Monica, CA 90404

usa  1-888-856-2228
int  +1-310-684-3153
fax  +1-310-564-1944


certifiedtranslate                                                    www.certifiedtranslate.com

## China CRT Production Status Chart 1993 to 1998

Marketing Dept. 1999. 2. 14

Units: Thousands

| Units | 14" | 17" | 18" | 15" | 20" | 21" | 22" | 25" | 26" | 28" | TTL | 14" | CDT | 17" | 18" | 19" | 20" | 21" | 22" | 25" | 26" | 28" | TTL | 14" | CDT | 17" | 18" | 19" | 20" | 21" | 22" | 25" | 26" | 28" | TTL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BMCC | 700 | | 507 | 980 | | | | | | 75 | 2264 | 145 | 2v | | | 145 | | 1497 | | 257 | 2961 | 301 | | 577 | 1170 | | | 3266 |
| 4400 | 957 | | 911 | 30 | 1224 | 417 | 8 | | | | 3247 | 1750 | 0 | 0 | 1000 | 0 | | 3250 | 130 | 290 | 4400 | 2200 | 100 | 0 | 1290 | 200 | 500 | 5200 |
| SEG Hitachi | | | | 1280 | | | | | | | 1280 | | | | | | | 1780 | | | 1780 | | | | 1800 | | | 1800 |
| Michael Co. | | | 22 | 3 | | 13 | | | | 18 | | | | 0 | | | 900 | | | | | | 900 | | | | 900 | | | 900 |
| Huafei Co. | 34 | | | 781 | 299 | | | 137v | | | 990 | 230 | | | 1390 | 0 | 350 | | 890 | 250 | | 1400 |
| Novel Co. | | 200 | 726 | 13 | | | | | | 842 | 180 | | | 1030 | 0 | 460 | | 1260 | 300 | | 2000 |
| Fuxin Co. | | | 65 | | | | | | | 65 | | 100 | 0 | | | 100 | | | 0 | 100 | | 100 |
| Guangdong Dongguan | | | 63 | 11 | | | | 74 | | | 1060 | 200 | | 1260 | 0 | 1290 | 300 | | 1500 |
| Chengdu 773 Plant | | | 26 | 20 | | | | 46 | | 100 | | 100 | 0 | 100 | | 100 |
| Shanghai Electronic Tube | 2 | | 16 | 26 | | | | 8 | 150 | | 0 | 0 | 150 | 150 | 150 | | 150 |
| Changsha CRT Plant | | | 20 | | | | | | 20 | | | 80 | 0 | 80 | | 80 |
| Foshan CRT Plant | | | 277 | | | 29 | 306 | | 610 | 0 | 610 | 0 | 300 | | 300 |
| **Total** | 1691 | 34 | 815 | 931 | 3345 | 5292 | 417 | 258 | 12 | 99 | 8604 | 34 | 0 | 0 | 0 | 126 | 128 | 267 | 11261 | 3100 | 350 | 1450 | 372 | 7720 | 1358 | 400 | 16350 |

Units: Thousands

| Units | 14" | CDT | 17" | 18" | 19" | 20" | 21" | 22" | 25" | 26" | 28" | TTL | 14" | CDT | 17" | 18" | 19" | 20" | 21" | 22" | 25" | 26" | 28" | TTL | 14" | CDT | 17" | 18" | 19" | 22" | 25" | 26" | 28" | TTL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BMCC | 589 | 376 | | 535 | | 1600 | | | | | 359 | 3726 | 608 | 529 | | | 394 | | 2320 | | 360 | 3921 | 633 | 504 | | 710 | 2060 | | 396 | 6306 |
| 4400 | 2400 | 100 | 1000 | 0 | | 350 | 200 | 500 | | | 5420 | 2400 | 100 | 0 | 1300 | 0 | | 1200 | 200 | 500 | 5400 | 2500 | 500 | 1000 | | 1400 | 100 | 500 | 6000 |
| SEG Hitachi | | | | 1800 | | | | | | | 1800 | | | | 1800 | | | | | | 1800 | | | | 2000 | | | | 2000 |
| Michael Co. | | | | | | | 0 | | | | | 0 | | | | 0 | | | | | | 0 | | | | | | | | | | | 0 |
| Huafei Co. | 100 | | | 390 | 800 | 300 | | 900 | 250 | | 1500 | | | | 800 | 350 | | 1800 | 600 | | 250 | 800 | 350 | | 2200 |
| Novel Co. | | 450 | | 1100 | | 390 | 100 | 900 | | 450 | 1200 | 400 | | | 2450 | 500 | | 450 | | 800 | | 350 | 2750 |
| Fuxin Co. | | | 300 | | | | 300 | | | 300 | | | 300 | | | 300 | | | 300 |
| Guangdong Dongguan | | | | 1300 | | | | | | 1300 | | | | 250 | | 3655 | | | 400 | | 350 | 750 |
| Chengdu 773 Plant | 560 | | | | | | | | | 560 | | | 500 | | | 500 | | | 800 | | 100 | 560 |
| Shanghai Electronic Tube | | | | | | | | | 560 | | | 500 | 500 | | | 500 |
| Changsha CRT Plant | | | | 639 | 150 | | 750 | | | 950 | | 750 | | | 790 | | 150 | 950 |
| Foshan CRT Plant | | | 1000 | | | 0 | | 100 | 100 | | 1000 | 0 | | 165 | | 100 | | | 300 | 0 | 300 |
| **Total** | 3449 | 578 | 1450 | 535 | | 3000 | 350 | 6038 | 200 | 3400 | 18781 | 3520 | 1225 | 2100 | 750 | 1550 | 350 | 9039 | 300 | 250 | 13581 | 3620 | 250 | 1450 | 390 | 200 | 12960 | 1600 | 1850 | 21750 |

Note: Others = 22", 17", 28" combined

Other Sub

| | 14" | CDT | 18" | 19" | 20" | 21" | 25" | TTL | Total | 62" | 78" | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 93 年 | 1691 | 20 | 815 | 931 | 964 | 5292 | 258 | 99 | 443 | 9064 | 34 | 417 | 2 |
| 94 年 | 3645 | 26 | 1238 | 740 | 710 | 7240 | 1250 | 259 | 290 | 14071 | 1401 | 160 | 100 |
| 95 年 | 3100 | 950 | 1450 | 670 | 1200 | 7720 | 1260 | 460 | 560 | 16800 | 1800 | 350 | 300 |
| 96 年 | 3449 | 578 | 1450 | 535 | 3000 | 8038 | 1050 | 1608 | 585 | 18156 | 1676 | 350 | 200 |
| 97 年 | 3620 | 1225 | 1450 | 390 | 9050 | 1778 | 924 | 490 | 1941 | 19541 | 450 | |
| 98 年 | 3620 | 2504 | 1450 | 710 | 390 | 10000 | 1650 | 790 | 300 | 21400 | 21750 | 250 | 600 |

Oth

| Ratio | 14" | CDT | 18" | 19" | 21" | 25" | 28" | Oth | Total |
|---|---|---|---|---|---|---|---|---|---|
| 93 年 | 18% | 0% | 9% | 5% | 6% | 60% | 3% | 5% | 100% |
| 94 年 | 18% | 0% | 5% | 5% | 5% | 50% | 9% | 2% | 100% |
| 95 年 | 19% | 2% | 5% | 4% | 7% | 48% | 8% | 7% | 100% |
| 96 年 | 19% | 3% | 4% | 5% | 4% | 40% | 9% | 7% | 100% |
| 97 年 | 18% | 5% | 7% | 2% | 5% | 45% | 9% | 4% | 100% |
| 98 年 | 17% | 11% | 7% | 3% | 1% | 46% | 8% | 2% | 100% |

BMCC-CRT000113394E_TRANSLATION

# Exhibit 92



July 21, 2023

**Certification**

**Welocalize Translations**

**TRANSLATORS DECLARATION:**

I, **YangJunjun**, hereby declare:

That I possess advanced knowledge of the Chinese and English languages. The attached Chinese into English translation has been translated by me and to the best of my knowledge and belief, it is a true and accurate translation of the document with bates number: BMCC-CRT000113395.

*(Digital or printed signature here above the line)*

Yang Junjun

_____

**Yang Junjun**

Project Number: BBLLP_2307_P0029

15 W. 37th Street 4th Floor
New York, NY 10018
212.581.8870

CPT Trend

### Domestic CPT Production and Inventory Chart

Unit: ten thousands

| | 01-95 | 02-95 | 03-95 | 04-95 | 05-95 | 06-95 | 07-95 | 08-95 | 09-95 | 10-95 | 11-95 | 12-95 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total output | 122.88 | 117.47 | 140.67 | 140.84 | 139.35 | 154.35 | 155.06 | 155.02 | 161.01 | 0.00 | 0.00 | 0.00 |
| Total sales volume | 114.11 | 115.99 | 147.21 | 141.40 | 137.32 | 150.44 | 142.77 | 154.11 | 157.74 | 0.00 | 0.00 | 0.00 |
| Total inventory | 43.24 | 45.51 | 44.07 | 42.84 | 44.56 | 49.35 | 44.00 | 53.50 | 57.69 | 0.00 | 0.00 | 0.00 |
| 4400 | 38.57 | 44.21 | 46.96 | 50.71 | 40.31 | 53.54 | 54.04 | 57.15 | 53.70 | 0.00 | 0.00 | 0.00 |
| BMCC | 23.74 | 20.09 | 26.59 | 26.67 | 27.15 | 27.29 | 26.59 | 25.48 | 26.92 | 0.00 | 0.00 | 0.00 |
| Shanghai Novel | 16.29 | 14.84 | 17.79 | 11.77 | 15.30 | 21.20 | 22.50 | 24.20 | 23.37 | 0.00 | 0.00 | 0.00 |
| Huafei | 10.37 | 10.17 | 15.06 | 12.33 | 13.27 | 12.84 | 14.36 | 10.26 | 10.27 | 0.00 | 0.00 | 0.00 |
| SEG | 15.44 | 13.32 | 19.15 | 17.70 | 17.51 | 18.53 | 12.70 | 12.00 | 18.35 | 0.00 | 0.00 | 0.00 |
| Dongguan | 11.87 | 9.37 | 10.07 | 13.45 | 18.50 | 14.02 | 17.46 | 19.50 | 20.50 | 0.00 | 0.00 | 0.00 |
| Foshan | 6.61 | 5.46 | 5.05 | 8.23 | 7.31 | 6.93 | 7.40 | 6.43 | 7.89 | 0.00 | 0.00 | 0.00 |



BMCC-CRT000113395_E Translation

# EXHIBIT 23

# Exhibit 93



July 21, 2023

**Certification**

**Welocalize Translations**

**TRANSLATORS DECLARATION:**

I, **Yang Junjun**, hereby declare:

That I possess advanced knowledge of the Chinese and English languages. The attached Chinese into English translation has been translated by me and to the best of my knowledge and belief, it is a true and accurate translation of the document with bates number: BMCC-CRT000113396.

*(Digital or printed signature here above the line)*

_Yang Junjun_

_____

**Yang Junjun**

Project Number: _BBLLP_2307_P0029_

15 W. 37th Street 4th Floor
New York, NY 10018
212.581.8870

Comparison of CPT Output, Sales Volume, and Inventory among the Top 7
Color Tube Manufacturers in China in 1994 and 1995

Unit: ten thousand pieces

| | 01-94 | 02-94 | 03-94 | 04-94 | 05-94 | 06-94 | 07-94 | 08-94 | 09-94 | 10-94 | 11-94 | 12-94 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total output | 100 | 93 | 115 | 117 | 113 | 125 | 105 | 122 | 113 | 118 | 136 | 136 | 1393 |
| Total sales volume | 99 | 89 | 114 | 112 | 112 | 106 | 105 | 123 | 120 | 118 | 133 | 145 | 1376 |
| Total sales volume | 15 | 20 | 19 | 21 | 13 | 42 | 43 | 43 | 36 | 38 | 40 | 35 | 35 |

| | 01-95 | 02-95 | 03-95 | 04-95 | 05-95 | 06-95 | 07-95 | 08-95 | 09-95 | 10-95 | 11-95 | 12-95 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total output | 117 | 117 | 141 | 141 | 139 | 154 | 155 | 155 | 161 | 0 | 0 | 0 | 1280 |
| Total sales volume | 114 | 116 | 147 | 141 | 137 | 150 | 143 | 154 | 158 | 0 | 0 | 0 | 1260 |
| Total sales volume | 43 | 46 | 44 | 43 | 45 | 49 | 44 | 54 | 58 | 0 | 0 | 0 | 35 |





CONFIDENTIAL

BMCC-CRT000113396_E Translation

# Exhibit 94



July 21, 2023

**Certification**

**Welocalize Translations**

**TRANSLATORS DECLARATION:**

I, Yang Junjun, hereby declare:

That I possess advanced knowledge of the Chinese and English languages. The attached Chinese into English translation has been translated by me and to the best of my knowledge and belief, it is a true and accurate translation of the document with bates number: BMCC-CRT000113397.

*(Digital or printed signature here above the line)*

Yang Junjun

_____

**Yang Junjun**

Project Number: BBLLP_2307_P0029

15 W. 37th Street 4th Floor
New York, NY 10018
212.581.8870

Unit: ten thousand pieces

## Output, Sales Volume, and Inventory of 21-inch

固定万头

| | Output | Sales volume | Inventory | Output | Sales volume | Inventory | Output | Sales volume | Inventory | Output | Sales volume | Inventory | Output | Sales volume | Inventory | Output | Sales volume | Inventory | Output | Sales volume | Inventory | Output | Sales volume | Inventory | Output | Sales volume | Inventory | Output | Sales volume | Inventory |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Shanghai Novel | 7.89 | 7.88 | 0.02 | 9.62 | 9.54 | 0.09 | 11.15 | 11.20 | 0.05 | 12.03 | 12.04 | 0.04 | 10.65 | 10.68 | 0.00 | 12.81 | 12.52 | 0.26 | 13.30 | 13.13 | 0.43 | 13.8 | 14.2 | 0.1 | 13.9 | 13.5 | 0.1 | 05.19 | 05.03 | |
| Huafei | 8.17 | 8.14 | 0.22 | 7.06 | 6.98 | 0.30 | 10.12 | 10.23 | 0.19 | 10.20 | 10.15 | 0.24 | 10.17 | 10.09 | 0.52 | 10.49 | 10.55 | 0.46 | 10.00 | 10.14 | 0.72 | 10.8 | 10.6 | 0.5 | 10.4 | 11.6 | 0.0 | 17.66 | 17.84 | |
| SEG | 10.23 | 10.24 | 0.10 | 10.28 | 10.31 | 0.07 | 11.19 | 11.25 | 0.01 | 11.19 | 11.25 | 0.01 | 11.30 | 11.30 | 0.01 | 11.30 | 11.49 | 0.02 | 11.45 | 9.93 | 1.54 | 12.5 | 12.7 | 1.3 | 11.5 | 11.5 | 1.3 | 98.46 | 97.50 | |
| Dongguan Total 粤角 | 7.05 | 7.56 | 0.06 | 4.57 | 4.56 | 0.02 | 7.33 | 7.59 | 0.05 | 7.49 | 7.04 | 0.42 | 12.72 | 12.69 | 0.45 | 8.17 | 8.37 | 0.25 | 5.43 | 5.41 | 0.27 | 5.0 | 5.2 | 0.1 | 8.7 | 8.8 | 0.0 | 66.40 | 66.38 | |
| | 15.44 | 15.18 | 0.62 | 17.70 | 13.40 | 0.55 | 19.15 | 19.01 | 0.68 | 17.70 | 17.57 | 0.81 | 17.51 | 16.75 | 1.57 | 18.51 | 14.06 | 6.05 | 12.70 | 14.06 | 4.70 | 12.0 | 18.4 | 1.8 | 18.4 | 18.7 | 1.5 | 44.70 | 43.58 | |
| 东南 | 9.41 | 9.9 | 0.42 | 8.86 | 8.96 | 0.33 | 10.37 | 10.29 | 0.06 | 13.36 | 12.93 | 0.49 | 12.45 | 12.53 | 0.82 | 13.51 | 13.51 | 1.15 | 17.46 | 18.07 | 0.55 | 19.5 | 18.5 | 1.6 | 20.5 | 21.6 | 0.5 | 25.49 | 25.23 | |
| 合计 | 58.19 | 58.15 | 1.39 | 58.09 | 53.75 | 1.36 | 68.95 | 69.26 | 1.05 | 71.88 | 70.98 | 2.01 | 75.41 | 74.04 | 3.38 | 74.81 | 70.15 | 8.20 | 70.34 | 70.73 | 7.81 | 73.6 | 76.0 | 5.5 | 83.4 | 85.1 | 3.4 | 27.90 | 26.05 | |



# Exhibit 95



July 21, 2023

**Certification**

**Welocalize Translations**

**TRANSLATORS DECLARATION:**

I, Yang Junjun, hereby declare:

That I possess advanced knowledge of the Chinese and English languages. The attached Chinese into English translation has been translated by me and to the best of my knowledge and belief, it is a true and accurate translation of the document with bates number: BMCC-CRT000113398.

*(Digital or printed signature here above the line)*

*Yang Junjun*

_____

**Yang Junjun**

Project Number: BBLLP_2307_P0029

15 W. 37th Street 4th Floor
New York, NY 10018
212.581.8870

Output and Inventory of 25-inch in 1995

Unit: ten thousand pieces

| | 01-95 | 02-95 | 03-95 | 04-95 | 05-95 | 06-95 | 07-95 | 08-95 | 09-95 | 1--12 |
|---|---|---|---|---|---|---|---|---|---|---|
| 4400 Output of 25-inch | 0.6520 | 2.0200 | 4.7456 | 4.8632 | 5.1329 | 4.8960 | 2.6144 | 4.065 | 1.7010 | 30.6899 |
| Shanghai Novel Output of 25-inch | 6.0608 | 4.5600 | 6.6000 | 6.6000 | 0.0000 | 0.0000 | 0.0000 | 0.000 | 0.0000 | 20.2774 |
| Huafei Output of 25-inch | 3.3219 | 0.0803 | 0.0000 | 4.7085 | 0.5553 | 0.0000 | 0.3328 | 4.614 | 0.4708 | 14.0839 |
| Dongguan Output of 25-inch | 2.4528 | 0.5061 | 0.0512 | 0.0882 | 5.6432 | 0.5110 | 0.0001 | 0.000 | 0.0000 | 9.2526 |
| Total of 25-inch output | 12.4875 | 7.1664 | 11.3968 | 16.2599 | 11.3314 | 5.4070 | 2.9473 | 8.679 | 2.1718 | 74.3038 |
| | | | | | | | | | | |
| 4400 Inventory of 25-inch | 0.1316 | 0.1655 | 4.6586 | 4.1340 | 4.7799 | 5.1654 | 0.9728 | 5.923 | 5 | |
| Shangyong Inventory of 25-inch | 14.4378 | 15.9733 | 19.5643 | 19.5643 | 16.6049 | 14.5827 | 13.5011 | 12.978 | 12 | |
| Huafei Inventory of 25-inch | 2.9058 | 1.2137 | 0.0311 | 2.6758 | 1.8662 | 0.4894 | 0.0068 | 2.386 | 2 | |
| Dongguan Inventory of 25-inch | 11.2572 | 10.6841 | 8.7373 | 6.4062 | 10.6782 | 9.9478 | 8.8608 | 8.034 | 7 | |
| Total of 25-inch inventory | 28.7324 | 28.0366 | 32.9913 | 32.7803 | 33.9292 | 30.1853 | 23.3415 | 29.321 | 27 | |



# Exhibit 96



July 21, 2023

**Certification**

**Welocalize Translations**

**TRANSLATORS DECLARATION:**

I, Yang Junjun, hereby declare:

That I possess advanced knowledge of the Chinese and English languages. The attached Chinese into English translation has been translated by me and to the best of my knowledge and belief, it is a true and accurate translation of the document with bates number: BMCC-CRT000113399.

*(Digital or printed signature here above the line)*

*Yang Junjun*

_____

**Yang Junjun**

Project Number: BBLLP_2307_P0029

15 W. 37th Street 4th Floor
New York, NY 10018
212.581.8870

Output, Sales Volume, and Inventory of 29-inch
in 1995

Unit: ten thousand pieces

| | 01-95 | 02-95 | 03-95 | 04-95 | 05-95 | 06-95 | 07-95 | 08-95 | 09-95 | 1--12 |
|---|---|---|---|---|---|---|---|---|---|---|
| BMCC   Output of 29-inch | 3.0046 | 2.5807 | 3.4725 | 3.0717 | 3.2577 | 4.0627 | 3.3263 | 3.0101 | 3.4108 | 29.1971 |
| Foshan   Output of 29-inch | 0.0000 | 0.0647 | 0.0000 | 0.3440 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.4087 |
| Total of 29-inch output | 3.0046 | 2.6454 | 3.4725 | 3.4157 | 3.2577 | 4.0627 | 3.3263 | 3.010 | 3 | 29.6058 |

| | 01-95 | 02-95 | 03-95 | 04-95 | 05-95 | 06-95 | 07-95 | 08-95 | 09-95 | 1--12 |
|---|---|---|---|---|---|---|---|---|---|---|
| BMCC   Sales volume of 29-inch | 2.3824 | 2.0407 | 3.9013 | 3.3963 | 2.8113 | 3.4477 | 3.2991 | 3.1590 | 3.3571 | 27.7949 |
| Foshan   Sales volume of 29-inch | 0.0155 | 0.3173 | 0.0500 | 0.3001 | 0.0632 | 0.2150 | 0.0000 | 0.0000 | 1.0000 | 1.9611 |
| Total of 29-inch T sales volume | 2.3979 | 2.3580 | 3.9513 | 3.6964 | 2.8745 | 3.6627 | 3.2991 | 3.1590 | 4.3571 | 29.7560 |

| | 01-95 | 02-95 | 03-95 | 04-95 | 05-95 | 06-95 | 07-95 | 08-95 | 09-95 | 1--12 |
|---|---|---|---|---|---|---|---|---|---|---|
| BMCC   Inventory of 29-inch | 1.2296 | 1.7696 | 1.3408 | 1.0162 | 1.4626 | 2.0776 | 2.1464 | 1.9975 | 2.0512 | |
| Foshan   Inventory of 29-inch | 0.8132 | 0.5606 | 0.5102 | 0.5520 | 0.4909 | 0.2759 | 0.2759 | 0.2759 | 0.2707 | |
| Total of 29-inch inventory | 2.0428 | 2.3302 | 1.8510 | 1.5682 | 1.9535 | 2.3535 | 2.4223 | 2.2734 | 2.3219 | |



BMCC-CRT000113399_E Translation

# Exhibit 97



July 21, 2023

**Certification**

**Welocalize Translations**

**TRANSLATORS DECLARATION:**

I, Yang Junjun, hereby declare:

That I possess advanced knowledge of the Chinese and English languages. The attached Chinese into English translation has been translated by me and to the best of my knowledge and belief, it is a true and accurate translation of the document with bates number: BMCC-CRT000113400.

*(Digital or printed signature here above the line)*

*Yang Junjun*

_____

**Yang Junjun**

Project Number: BBLLP_2307_P0029

15 W. 37th Street 4th Floor
New York, NY 10018
212.581.8870

Analysis of Color Tube Inventory in August 1995

January to August 1995 saw a peak of the inventory of Top 7 Color Tube manufactureres in August, with a total of 535,000 pieces, including 290,000 pieces for 25-inch, 55,000 pieces for 21-inch, 15,000 pieces for 29-inch, and 17,500 for others sized below 21 inches

Inventory is featured by:

the inventory of 25-inch is still at a high level, while the inventory of those for small screens below 21-inch is rapidly growing..

Cause analysis:

1. At present, the sales market of color TV sets has started slowly, lagging behind last year.

2. The manufacturers for complete color TV sets has a large inventory of complete color TV sets and color tubes.

3. Difficulty obtaining loans and insufficient liquidity.

Trend forecast for Q4:

Color TV sales volumes steadily rebound, leading to a corresponding reduction in color tube inventories. End of this year through the beginning of 1996 is expected to mark a boom season of sales.

CONFIDENTIAL                                                    BMCC-CRT000113400_E Translation

# Exhibit 98



July 21, 2023

**Certification**

**Welocalize Translations**

**TRANSLATORS DECLARATION:**

I, **Yang Junjun**, hereby declare:

That I possess advanced knowledge of the Chinese and English languages. The attached Chinese into English translation has been translated by me and to the best of my knowledge and belief, it is a true and accurate translation of the document with bates number: BMCC-CRT000113401.

*(Digital or printed signature here above the line)*

*Yang Junjun*

_____

**Yang Junjun**

Project Number: *BBLLP_2307_P0029*

15 W. 37th Street 4th Floor
New York, NY 10018
212.581.8870

### CPT Trend

**Domestic CPT Production and Inventory Chart**

Unit:ten thousands

| | 01-95 | 02-95 | 03-95 | 04-95 | 05-95 | 06-95 | 07-95 | 08-95 | 09-95 | 10-95 | 11-95 | 12-95 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total output | 122.88 | 117.47 | 140.67 | 140.84 | 139.35 | 154.35 | 155.06 | 155.02 | 161.01 | 0.00 | 0.00 | 0.00 |
| Total sales volume | 114.11 | 115.99 | 147.21 | 141.40 | 137.32 | 150.44 | 142.77 | 154.11 | 157.74 | 0.00 | 0.00 | 0.00 |
| Total inventory | 43.24 | 45.51 | 44.07 | 42.84 | 44.56 | 49.35 | 44.00 | 53.50 | 57.69 | 0.00 | 0.00 | 0.00 |
| 4400 | 38.57 | 44.21 | 46.96 | 50.71 | 40.31 | 53.54 | 54.04 | 57.15 | 53.70 | 0.00 | 0.00 | 0.00 |
| BMCC | 23.74 | 20.09 | 26.59 | 26.67 | 27.15 | 27.29 | 26.59 | 25.48 | 26.92 | 0.00 | 0.00 | 0.00 |
| Shanghai Novel | 16.29 | 14.84 | 17.79 | 11.77 | 15.30 | 21.20 | 22.50 | 24.20 | 23.37 | 0.00 | 0.00 | 0.00 |
| Huafei | 10.37 | 10.17 | 15.06 | 12.33 | 13.27 | 12.84 | 14.36 | 10.26 | 10.27 | 0.00 | 0.00 | 0.00 |
| SEGSEG | 15.44 | 13.32 | 19.15 | 17.70 | 17.51 | 18.53 | 12.70 | 12.00 | 18.35 | 0.00 | 0.00 | 0.00 |
| Dongguan | 11.87 | 9.37 | 10.07 | 13.45 | 18.50 | 14.02 | 17.46 | 19.50 | 20.50 | 0.00 | 0.00 | 0.00 |
| Foshan | 6.61 | 5.46 | 5.05 | 8.23 | 7.31 | 6.93 | 7.40 | 6.43 | 7.89 | 0.00 | 0.00 | 0.00 |



BMCC-CRT000113401_E Translation

# Exhibit 99



July 21, 2023

**Certification**

**Welocalize Translations**

**TRANSLATORS DECLARATION:**

I, **Yang Junjun**, hereby declare:

That I possess advanced knowledge of the Chinese and English languages. The attached Chinese into English translation has been translated by me and to the best of my knowledge and belief, it is a true and accurate translation of the document with bates number: BMCC-CRT000113402.

*(Digital or printed signature here above the line)*

*Yang Junjun*

_____

**Yang Junjun**

Project Number: _BBLLP_2307_P0029_

15 W. 37th Street 4th Floor
New York, NY 10018
212.581.8870

Comparison of CPT Output, Sales Volume, and Inventory among the Top 7 Color
Tube Manufacturers in China in 1994 and 1995

Unit: ten thousand pieces

| | 01-94 | 02-94 | 03-94 | 04-94 | 05-94 | 06-94 | 07-94 | 08-94 | 09-94 | 10-94 | 11-94 | 12-94 | 合计 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total output | 100 | 93 | 115 | 117 | 113 | 125 | 105 | 122 | 113 | 118 | 136 | 136 | 1393 |
| Total sales volume | 99 | 89 | 114 | 112 | 112 | 106 | 105 | 123 | 120 | 118 | 133 | 145 | 1376 |
| Total inventory | 15 | 20 | 19 | 21 | 13 | 42 | 43 | 43 | 36 | 38 | 40 | 35 | 35 |

| | 01-95 | 02-95 | 03-95 | 04-95 | 05-95 | 06-95 | 07-95 | 08-95 | 09-95 | 10-95 | 11-95 | 12-95 | 合计 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total output | 117 | 117 | 141 | 141 | 139 | 154 | 155 | 155 | 0 | 0 | 0 | 0 | 1119 |
| Total sales volume | 114 | 116 | 147 | 141 | 137 | 150 | 143 | 154 | 0 | 0 | 0 | 0 | 1102 |
| Total inventory | 43 | 46 | 44 | 43 | 45 | 49 | 44 | 54 | 0 | 0 | 0 | 0 | 35 |





BMCC-CRT000113402_E Translation

# Exhibit 100



July 21, 2023

**Certification**

**Welocalize Translations**

**TRANSLATORS DECLARATION:**

I, Yang Junjun, hereby declare:

That I possess advanced knowledge of the Chinese and English languages. The attached Chinese into English translation has been translated by me and to the best of my knowledge and belief, it is a true and accurate translation of the document with bates number: BMCC-CRT000113403.

*(Digital or printed signature here above the line)*

Yang Junjun

_____

**Yang Junjun**

Project Number: BBLLP_2307_P0029

15 W. 37th Street 4th Floor
New York, NY 10018
212.581.8870

Comparison of Color Tube Output and Inventory among the Top 7 Color Tube
Manufacturers in China in 1995

Unit: ten thousand pieces



BMCC-CRT000113403_E Translation