**NORTON ROSE FULBRIGHT US LLP**
JEFFREY MARGULIES (BAR NO. 126002)
KAYLEE YANG (BAR NO. 303464)
555 California Street
Suite 3300
San Francisco, California 94104
Telephone:    (213) 892-9200
Facsimile:     (213) 892-9494
jeff.margulies@nortonrosefulbright.com
kaylee.yang@nortonrosefulbright.com

**NORTON ROSE FULBRIGHT US LLP**
GERALDINE YOUNG (admitted *pro hac vice*)
1301 McKinney, Suite 5100
Houston, Texas 77010
Telephone:    (713) 651-5151
Facsimile:     (213) 651-5246
geraldine.young@nortonrosefulbright.com

Attorneys for Defendants
IRICO GROUP CORP. AND
IRICO DISPLAY DEVICES CO., LTD

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No.: 07-cv-05944 JST<br><br>MDL No. 1917 |
| This document relates to:<br><br>*ALL INDIRECT PURCHASER ACTIONS*<br><br>*ALL DIRECT PURCHASER ACTIONS* | **IRICO DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER BEIJING MATSUSHITA COLOR CRT CO., LTD. MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(f)**<br><br>Date:        August 1, 2024<br>Time:       2:00 p.m.<br>Judge:      Hon. Jon S. Tigar<br>Courtroom: Videoconference |

Pursuant to Civil Local Rules 7-11 and 79-5(f), Defendants Irico Group Corporation and Irico Display Devices Co., Ltd. (collectively, "Irico") hereby move the Court to consider whether material designated as confidential by Beijing Matsushita Color CRT Co., Ltd. ("BMCC") should be sealed.

Irico has reviewed and complied with this Court's Standing Order Governing Administrative Motions to File Materials Under Seal Before District Judge Jon S. Tigar (Mar. 14, 2022) and Civil Local Rule 79-5, including the requirement to file separate motions if a party seeks to file under seal a document containing "portions that more than one party bears the burden of showing is sealable." Civil L.R. 79-5(f)(5). This motion relates solely to materials designated confidential by BMCC.

Irico proposes to seal the following documents or portions thereof:

| Document Proposed to Be Sealed or Redacted | Designating Entity |
|---|---|
| Exhibit 49 to the Declaration of Geraldine Young in Support of Irico Defendants' Administrative Motion to Consider Whether BMCC Material Should Be Sealed – A certified translation of a document produced by BMCC, Bates labeled BMCC-CRT000142063E. | BMCC |
| Exhibit 52 to the Declaration of Geraldine Young in Support of Irico Defendants' Administrative Motion to Consider Whether BMCC Material Should Be Sealed – A certified translation of a document produced by BMCC, Bates labeled BMCC-CRT000540532. | BMCC |
| Exhibit 70 to the Declaration of Geraldine Young in Support of Irico Defendants' Administrative Motion to Consider Whether BMCC Material Should Be Sealed – A certified translation of a document produced by BMCC, Bates labeled BMCC-CRT000105586. | BMCC |

Civil Local Rule 79-5 governs the filing under seal of documents in civil cases. In compliance with Civil Local Rule 79-5(f), Irico submits this Motion in order to file (a) material designated by BMCC pursuant to the Stipulated Protective Order, ECF No. 0306, as

"Confidential" or "Highly Confidential;" or (b) references to or quotations from material or data designated by BMCC pursuant to the Stipulated Protective Order as "Confidential" or "Highly Confidential."

Irico seeks to file the above material under seal in good faith in order to comply with the Protective Order in this action and the applicable Local Rules. Under Civil L.R. 79-5(c) and (f), the parties that contend the material they have designated is confidential in nature bear the burden to establish that the designated information meets the requirements for sealing. *See Kamakana v. City of Honolulu*, 447 F.3d 1172, 1178-80 (9th Cir. 2006). Irico understands that, given the Court's direction at the hearing on Direct Purchaser Plaintiffs' November 19, 2021 sealing motion (ECF No. 5966), the designated materials subject to this motion may not qualify for filing under seal. Irico has undertaken to reach out to all parties that have designated information or materials attached to the Declaration of Geraldine Young in Support of Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.'s Motion for Summary Judgment as "Confidential" or "Highly Confidential," in order to secure their permission to file the materials publicly. However, BMCC currently has no active counsel for the instant litigation and previous attempts to reach out to representatives of BMCC have been unsuccessful.

WHEREFORE, Irico respectfully submits this administrative motion pursuant to the Stipulated Protective Order and Civil Local Rule 79-5(f).

| | |
|---|---|
| Dated: May 10, 2024 | Respectfully submitted, |
| | /s/ *Jeffrey Margulies* |
| | JEFFREY B. MARGULIES (Bar No. 126002) |
| | KAYLEE YANG (BAR NO. 303464) |
| | Norton Rose Fulbright US LLP |
| | 555 California Street, Suite 3300 |
| | San Francisco, California 94104 |
| | Telephone: (213) 892-9200 |
| | Facsimile: (213) 892-9494 |
| | jeff.margulies@nortonrosefulbright.com |
| | kaylee.yang@nortonrosefulbright.com |
| | |
| | GERALDINE YOUNG (admitted *pro hac vice*) |
| | 1301 McKinney, Suite 5100 |
| | Houston, Texas 77010 |
| | Telephone: (713) 651-5151 |
| | Facsimile: (213) 651-5246 |
| | Geraldine.young@nortonrosefulbright.com |
| | |
| | *Attorneys for Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.* |

# CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing **Administrative Motion to Consider Whether BMCC Material Should be Sealed Pursuant to Civil Local Rules 7-11 and 79-5(f)** was filed via CM/ECF on May 10, 2024, and as a result has been served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: *Jeffrey Margulies*
Jeffrey Margulies