1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 4:07-cv-5944-JST<br><br>MDL No. 1917 |
|---|---|
| This Document Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS<br><br>ALL DIRECT PURCHASER ACTIONS | **[PROPOSED] ORDER GRANTING IRICO DEFENDANT'S MOTION TO CONSIDER WHETHER BEIJING MATSUSHITA COLOR CRT CO., LTD. MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(f)** |

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2  Before the Court is Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.'s
3  Motion to Consider Whether Beijing Matsushita Color CRT Co., Ltd.. Material Should Be Sealed
4  Pursuant to Civil Local Rules 7-11 and 79-5(f) (ECF No. _____). Having considered the arguments
5  made by Beijing Matsushita Color CRT Co. Ltd. ("BMCC") in favor of sealing under Civil Local
6  Rule 79-5(c)(1),

7  IT IS HEREBY ORDERED THAT the Defendants Irico Group Corp. and Irico Display
8  Devices Co., Ltd.'s Motion to Consider Whether BMCC Material Should Be Sealed Pursuant to
9  Civil Local Rules 7-11 and 79-5(f) is GRANTED.

10  IT IS FURTHER ORDERED THAT the following documents or portions thereof may be
11  filed under seal:

| Document Proposed to Be Sealed or Redacted | Designating Entity | Ruling |
|---|---|---|
| Exhibit 49 to the Declaration of Geraldine Young in Support of Irico Defendants' Administrative Motion to Consider Whether BMCC Material Should Be Sealed – A certified translation of a document produced by BMCC, Bates labeled BMCC-CRT000142063E. | BMCC | |
| Exhibit 52 to the Declaration of Geraldine Young in Support of Irico Defendants' Administrative Motion to Consider Whether BMCC Material Should Be Sealed – A certified translation of a document produced by BMCC, Bates labeled BMCC-CRT000540532. | BMCC | |
| Exhibit 70 to the Declaration of Geraldine Young in Support of Irico Defendants' Administrative Motion to Consider Whether BMCC Material Should Be Sealed – A certified translation of a document produced by BMCC, Bates labeled BMCC-CRT000105586. | BMCC | |

**IT IS SO ORDERED.**

Dated: _____            _____
                                    JON S. TIGAR
                                    United States District Judge