**NORTON ROSE FULBRIGHT US LLP**
JEFFREY MARGULIES (BAR NO. 126002)
KAYLEE YANG (BAR NO. 303464)
555 California Street
Suite 3300
San Francisco, California 94104
Telephone:    (213) 892-9200
Facsimile:    (213) 892-9494
jeff.margulies@nortonrosefulbright.com
kaylee.yang@nortonrosefulbright.com

**NORTON ROSE FULBRIGHT US LLP**
GERALDINE YOUNG (admitted *pro hac vice*)
1301 McKinney, Suite 5100
Houston, Texas 77010
Telephone:    (713) 651-5151
Facsimile:    (213) 651-5246
geraldine.young@nortonrosefulbright.com

Attorneys for Defendants
IRICO GROUP CORP. AND
IRICO DISPLAY DEVICES CO., LTD

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No.: 07-cv-05944 JST |
| | MDL No. 1917 |
| This document relates to: | **IRICO DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER SAMSUNG MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(f)** |
| *ALL INDIRECT PURCHASER ACTIONS* | |
| *ALL DIRECT PURCHASER ACTIONS* | |
| | Date:        August 1, 2024 |
| | Time:        2:00 p.m. |
| | Judge:        Hon. Jon S. Tigar |
| | Courtroom:  Videoconference |

Pursuant to Civil Local Rules 7-11 and 79-5(f), Defendants Irico Group Corporation and Irico Display Devices Co., Ltd. (collectively, "Irico") hereby move the Court to consider whether material designated as confidential by Samsung SDI Co., Ltd. ("Samsung") should be sealed.

Irico has reviewed and complied with this Court's Standing Order Governing Administrative Motions to File Materials Under Seal Before District Judge Jon S. Tigar (Mar. 14, 2022) and Civil Local Rule 79-5, including the requirement to file separate motions if a party seeks to file under seal a document containing "portions that more than one party bears the burden of showing is sealable." Civil L.R. 79-5(f)(5). This motion relates solely to materials designated confidential by Samsung.

Irico proposes to seal the following documents or portions thereof:

| Document Proposed to Be Sealed or Redacted | Designating Entity |
|---|---|
| Exhibit 16 to the Declaration of Geraldine Young in Support of Irico Defendants' Administrative Motion to Consider Whether Samsung Material Should Be Sealed – A certified translation of a document produced by Samsung, Bates labeled SDCRT-0086599E. | Samsung |
| Exhibit 25 to the Declaration of Geraldine Young in Support of Irico Defendants' Administrative Motion to Consider Whether Samsung Material Should Be Sealed – A certified translation of a document produced by Samsung, Bates labeled SDCRT-0086698E. | Samsung |
| Exhibit 44 to the Declaration of Geraldine Young in Support of Irico Defendants' Administrative Motion to Consider Whether Samsung Material Should Be Sealed – A certified translation of a document produced by Samsung, Bates labeled SDCRT-0087340E. | Samsung |
| Exhibit 47 to the Declaration of Geraldine Young in Support of Irico Defendants' Administrative Motion to Consider Whether Samsung Material Should Be Sealed – A certified translation of a document produced by Samsung, Bates labeled SDCRT-0087700E. | Samsung |

| | |
|---|---|
| Exhibit 48 to the Declaration of Geraldine Young in Support of Irico Defendants' Administrative Motion to Consider Whether Samsung Material Should Be Sealed – A certified translation of a document produced by Samsung, Bates labeled SDCRT-0006674E. | Samsung |
| Exhibit 50 to the Declaration of Geraldine Young in Support of Irico Defendants' Administrative Motion to Consider Whether Samsung Material Should Be Sealed – A certified translation of a document produced by Samsung, Bates labeled SDCRT-0090225E. | Samsung |
| Exhibit 51 to the Declaration of Geraldine Young in Support of Irico Defendants' Administrative Motion to Consider Whether Samsung Material Should Be Sealed – A certified translation of a document produced by Samsung, Bates labeled SDCRT-0090233. | Samsung |
| Exhibit 53 to the Declaration of Geraldine Young in Support of Irico Defendants' Administrative Motion to Consider Whether Samsung Material Should Be Sealed – A document produced by Samsung, Bates labeled SDCRT-0091409. | Samsung |
| Exhibit 54 to the Declaration of Geraldine Young in Support of Irico Defendants' Administrative Motion to Consider Whether Samsung Material Should Be Sealed – A certified translation of a document produced by Samsung, Bates labeled SDCRT-0091569E. | Samsung |
| Exhibit 55 to the Declaration of Geraldine Young in Support of Irico Defendants' Administrative Motion to Consider Whether Samsung Material Should Be Sealed – A certified translation of a document produced by Samsung, Bates labeled SDCRT-0091573E. | Samsung |

| | |
|---|---|
| Exhibit 56 to the Declaration of Geraldine Young in Support of Irico Defendants' Administrative Motion to Consider Whether Samsung Material Should Be Sealed – A certified translation of a document produced by Samsung, Bates labeled SDCRT-0091584E. | Samsung |
| Exhibit 57 to the Declaration of Geraldine Young in Support of Irico Defendants' Administrative Motion to Consider Whether Samsung Material Should Be Sealed – A  translation of a document produced by Samsung, Bates labeled SDCRT-0091589E. | Samsung |
| Exhibit 58 to the Declaration of Geraldine Young in Support of Irico Defendants' Administrative Motion to Consider Whether Samsung Material Should Be Sealed – A translation of a document produced by Samsung, Bates labeled SDCRT-0091980. | Samsung |
| Exhibit 59 to the Declaration of Geraldine Young in Support of Irico Defendants' Administrative Motion to Consider Whether Samsung Material Should Be Sealed – A translation of a document produced by Samsung, Bates labeled SDCRT-0091925. | Samsung |
| Exhibit 60 to the Declaration of Geraldine Young in Support of Irico Defendants' Administrative Motion to Consider Whether Samsung Material Should Be Sealed – A certified translation of a document produced by Samsung, Bates labeled SDCRT-0091942E. | Samsung |
| Exhibit 61 to the Declaration of Geraldine Young in Support of Irico Defendants' Administrative Motion to Consider Whether Samsung Material Should Be Sealed – A certified translation of a document produced by Samsung, Bates labeled SDCRT-0091950E. | Samsung |

| | |
|---|---|
| Exhibit 63 to the Declaration of Geraldine Young in Support of Irico Defendants' Administrative Motion to Consider Whether Samsung Material Should Be Sealed – A certified translation of a document produced by Samsung, Bates labeled SDCRT-0091957E. | Samsung |
| Exhibit 71 to the Declaration of Geraldine Young in Support of Irico Defendants' Administrative Motion to Consider Whether Samsung Material Should Be Sealed – A certified translation of a document produced by Samsung, Bates labeled SDCRT-0105131E. | Samsung |

Civil Local Rule 79-5 governs the filing under seal of documents in civil cases. In compliance with Civil Local Rule 79-5(f), Irico submits this Motion in order to file (a) material designated by Samsung pursuant to the Stipulated Protective Order, ECF No. 0306, as "Confidential" or "Highly Confidential;" or (b) references to or quotations from material or data designated by Samsung pursuant to the Stipulated Protective Order as "Confidential" or "Highly Confidential."

Irico seeks to file the above material under seal in good faith in order to comply with the Protective Order in this action and the applicable Local Rules. Under Civil L.R. 79-5(c) and (f), the parties that contend the material they have designated is confidential in nature bear the burden to establish that the designated information meets the requirements for sealing. *See Kamakana v. City of Honolulu*, 447 F.3d 1172, 1178-80 (9th Cir. 2006). Irico understands that, given the Court's direction at the hearing on Direct Purchaser Plaintiffs' November 19, 2021 sealing motion (ECF No. 5966), the designated materials subject to this motion may not qualify for filing under seal.  Irico has undertaken to reach out to all parties that have designated information or materials attached to the Declaration of Geraldine Young in Support of Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.'s Motion for Summary Judgment as "Confidential" or "Highly Confidential," in order to secure their permission to file the materials publicly.  Irico sought Samsung's permission to file the documents publicly, and did not receive permission.

1    WHEREFORE, Irico respectfully submits this administrative motion pursuant to the

2    Stipulated Protective Order and Civil Local Rule 79-5(f).

3    Dated: May 10, 2024                        Respectfully submitted,

4

5                                              /s/ *Jeffrey Margulies*
                                               JEFFREY B. MARGULIES (Bar No. 126002)
6                                              KAYLEE YANG (BAR NO. 303464)
                                               Norton Rose Fulbright US LLP
7                                              555 California Street, Suite 3300
                                               San Francisco, California 94104
8                                              Telephone: (213) 892-9200
                                               Facsimile: (213) 892-9494
9                                              jeff.margulies@nortonrosefulbright.com
                                               kaylee.yang@nortonrosefulbright.com
10
                                               GERALDINE YOUNG (admitted *pro hac vice*)
11                                             1301 McKinney, Suite 5100
                                               Houston, Texas 77010
12                                             Telephone: (713) 651-5151
                                               Facsimile: (213) 651-5246
13                                             Geraldine.young@nortonrosefulbright.com

14
                                               *Attorneys for Defendants Irico Group Corp. and*
15                                             *Irico Display Devices Co., Ltd.*

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true copy of the foregoing **Administrative Motion to Consider Whether Samsung Material Should be Sealed Pursuant to Civil Local Rules 7-11 and 79-5(f)** was filed via CM/ECF on May 10, 2024, and as a result has been served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: *Jeffrey Margulies*
Jeffrey Margulies