1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 4:07-cv-5944-JST<br><br>MDL No. 1917 |
|---|---|
| This Document Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS<br><br>ALL DIRECT PURCHASER ACTIONS | **[PROPOSED] ORDER GRANTING IRICO DEFENDANT'S MOTION TO CONSIDER WHETHER SAMSUNG MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(f)** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Before the Court is Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.'s Motion to Consider Whether Samsung SDI Co., Ltd. Material Should Be Sealed Pursuant to Civil Local Rules 7-11 and 79-5(f) (ECF No. _____). Having considered the arguments made by Samsung Picture Tubes, Ltd. ("Samsung") in favor of sealing under Civil Local Rule 79-5(c)(1),

IT IS HEREBY ORDERED THAT the Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.'s Motion to Consider Whether Samsung Material Should Be Sealed Pursuant to Civil Local Rules 7-11 and 79-5(f) is GRANTED.

IT IS FURTHER ORDERED THAT the following documents or portions thereof may be filed under seal:

| Document Proposed to Be Sealed or Redacted | Designating Entity | Ruling |
|---|---|---|
| Exhibit 16 to the Declaration of Geraldine Young in Support of Irico Defendants' Administrative Motion to Consider Whether Samsung Material Should Be Sealed – A certified translation of a document produced by Samsung, Bates labeled SDCRT-0086599E. | Samsung | |
| Exhibit 25 to the Declaration of Geraldine Young in Support of Irico Defendants' Administrative Motion to Consider Whether Samsung Material Should Be Sealed – A certified translation of a document produced by Samsung, Bates labeled SDCRT-0086698E. | Samsung | |
| Exhibit 44 to the Declaration of Geraldine Young in Support of Irico Defendants' Administrative Motion to Consider Whether Samsung Material Should Be Sealed – A certified translation of a document produced by Samsung, Bates labeled SDCRT-0087340E. | Samsung | |
| Exhibit 47 to the Declaration of Geraldine Young in Support of Irico Defendants' Administrative Motion to Consider Whether Samsung Material Should Be Sealed – A certified translation of a document produced by Samsung, Bates labeled SDCRT-0087700E. | Samsung | |

| | | |
|---|---|---|
| Exhibit 48 to the Declaration of Geraldine Young in Support of Irico Defendants' Administrative Motion to Consider Whether Samsung Material Should Be Sealed – A certified translation of a document produced by Samsung, Bates labeled SDCRT-0006674E. | Samsung | |
| Exhibit 50 to the Declaration of Geraldine Young in Support of Irico Defendants' Administrative Motion to Consider Whether Samsung Material Should Be Sealed – A certified translation of a document produced by Samsung, Bates labeled SDCRT-0090225E. | Samsung | |
| Exhibit 51 to the Declaration of Geraldine Young in Support of Irico Defendants' Administrative Motion to Consider Whether Samsung Material Should Be Sealed – A certified translation of a document produced by Samsung, Bates labeled SDCRT-0090233. | Samsung | |
| Exhibit 53 to the Declaration of Geraldine Young in Support of Irico Defendants' Administrative Motion to Consider Whether Samsung Material Should Be Sealed – A document produced by Samsung, Bates labeled SDCRT-0091409. | Samsung | |
| Exhibit 54 to the Declaration of Geraldine Young in Support of Irico Defendants' Administrative Motion to Consider Whether Samsung Material Should Be Sealed – A certified translation of a document produced by Samsung, Bates labeled SDCRT-0091569E. | Samsung | |
| Exhibit 55 to the Declaration of Geraldine Young in Support of Irico Defendants' Administrative Motion to Consider Whether Samsung Material Should Be Sealed – A certified translation of a document produced by Samsung, Bates labeled SDCRT-0091573E. | Samsung | |

| | | |
|---|---|---|
| Exhibit 56 to the Declaration of Geraldine Young in Support of Irico Defendants' Administrative Motion to Consider Whether Samsung Material Should Be Sealed – A certified translation of a document produced by Samsung, Bates labeled SDCRT-0091584E. | Samsung | |
| Exhibit 57 to the Declaration of Geraldine Young in Support of Irico Defendants' Administrative Motion to Consider Whether Samsung Material Should Be Sealed – A translation of a document produced by Samsung, Bates labeled SDCRT-0091589E. | Samsung | |
| Exhibit 58 to the Declaration of Geraldine Young in Support of Irico Defendants' Administrative Motion to Consider Whether Samsung Material Should Be Sealed – A translation of a document produced by Samsung, Bates labeled SDCRT-0091980. | Samsung | |
| Exhibit 59 to the Declaration of Geraldine Young in Support of Irico Defendants' Administrative Motion to Consider Whether Samsung Material Should Be Sealed – A translation of a document produced by Samsung, Bates labeled SDCRT-0091925. | Samsung | |
| Exhibit 60 to the Declaration of Geraldine Young in Support of Irico Defendants' Administrative Motion to Consider Whether Samsung Material Should Be Sealed – A certified translation of a document produced by Samsung, Bates labeled SDCRT-0091942E. | Samsung | |
| Exhibit 61 to the Declaration of Geraldine Young in Support of Irico Defendants' Administrative Motion to Consider Whether Samsung Material Should Be Sealed – A certified translation of a document produced by Samsung, Bates labeled SDCRT-0091950E. | Samsung | |

| | |
|---|---|
| Exhibit 63 to the Declaration of Geraldine Young in Support of Irico Defendants' Administrative Motion to Consider Whether Samsung Material Should Be Sealed – A certified translation of a document produced by Samsung, Bates labeled SDCRT-0091957E. | Samsung |
| Exhibit 71 to the Declaration of Geraldine Young in Support of Irico Defendants' Administrative Motion to Consider Whether Samsung Material Should Be Sealed – A certified translation of a document produced by Samsung, Bates labeled SDCRT-0105131E. | Samsung |

**IT IS SO ORDERED.**

Dated: _____                    _____
                                                                    JON S. TIGAR
                                                            United States District Judge