**NORTON ROSE FULBRIGHT US LLP**
JEFFREY MARGULIES (BAR NO. 126002)
KAYLEE YANG (BAR NO. 303464)
555 California Street
Suite 3300
San Francisco, California 94104
Telephone:     (213) 892-9200
Facsimile:     (213) 892-9494
jeff.margulies@nortonrosefulbright.com
kaylee.yang@nortonrosefulbright.com

**NORTON ROSE FULBRIGHT US LLP**
GERALDINE YOUNG (admitted *pro hac vice*)
1301 McKinney, Suite 5100
Houston, Texas 77010
Telephone:     (713) 651-5151
Facsimile:     (213) 651-5246
geraldine.young@nortonrosefulbright.com

Attorneys for Defendants
IRICO GROUP CORP. AND
IRICO DISPLAY DEVICES CO., LTD

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No.: 07-cv-05944 JST<br><br>MDL No. 1917 |
| This document relates to:<br><br>*ALL INDIRECT PURCHASER ACTIONS*<br><br>*ALL DIRECT PURCHASER ACTIONS* | **IRICO DEFENDANTS' ADMINISTRATIVE MOTION CONSIDER WHETHER CHUNGHWA MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(f)**<br><br>Date:       August 1, 2024<br>Time:       2:00 p.m.<br>Judge:      Hon. Jon S. Tigar<br>Courtroom:  Videoconference |

1      Pursuant to Civil Local Rules 7-11 and 79-5(f), Defendants Irico Group Corporation and

2  Irico Display Devices Co., Ltd. (collectively, "Irico") hereby move the Court to consider whether

3  material designated as confidential by Chunghwa Picture Tubes, Ltd. ("Chunghwa") should be

4  sealed.

5      Irico has reviewed and complied with this Court's Standing Order Governing

6  Administrative Motions to File Materials Under Seal Before District Judge Jon S. Tigar (Mar.

7  14, 2022) and Civil Local Rule 79-5, including the requirement to file separate motions if a

8  party seeks to file under seal a document containing "portions that more than one party bears

9  the burden of showing is sealable." Civil L.R. 79-5(f)(5).  This motion relates solely to

10  materials designated confidential by Chunghwa.

11      Irico proposes to seal the following documents or portions thereof:

| Document Proposed to Be Sealed or Redacted | Designating Entity |
|---|---|
| Exhibit 6 to the Declaration of Geraldine Young in Support of Irico Defendants' Administrative Motion to Consider Whether Chunghwa Material Should Be Sealed – A document produced by Chunghwa, Bates labeled CHU00030665E. | Chunghwa |
| Exhibit 11 to the Declaration of Geraldine Young in Support of Irico Defendants' Administrative Motion to Consider Whether Chunghwa Material Should Be Sealed – A document produced by Chunghwa, Bates labeled CHU00030692E. | Chunghwa |
| Exhibit 12 to the Declaration of Geraldine Young in Support of Irico Defendants' Administrative Motion to Consider Whether Chunghwa Material Should Be Sealed – A certified translation of a document produced by Chunghwa, Bates labeled CHU00030695E. | Chunghwa |

| Exhibit 17 to the Declaration of Geraldine Young in Support of Irico Defendants' Administrative Motion to Consider Whether Chunghwa Material Should Be Sealed – A certified translation of a document produced by Chunghwa, Bates labeled CHU00030777E. | Chunghwa |
|---|---|
| Exhibit 18 to the Declaration of Geraldine Young in Support of Irico Defendants' Administrative Motion to Consider Whether Chunghwa Material Should Be Sealed – A certified translation of a document produced by Chunghwa, Bates labeled CHU00029050E. | Chunghwa |
| Exhibit 22 to the Declaration of Geraldine Young in Support of Irico Defendants' Administrative Motion to Consider Whether Chunghwa Material Should Be Sealed – A certified translation of a document produced by Chunghwa, Bates labeled CHU00030823E. | Chunghwa |
| Exhibit 23 to the Declaration of Geraldine Young in Support of Irico Defendants' Administrative Motion to Consider Whether Chunghwa Material Should Be Sealed – A certified translation of a document produced by Chunghwa, Bates labeled CHU00030827E. | Chunghwa |
| Exhibit 24 to the Declaration of Geraldine Young in Support of Irico Defendants' Administrative Motion to Consider Whether Chunghwa Material Should Be Sealed – A translation of a document produced by Chunghwa, Bates labeled CHU00030843E. | Chunghwa |
| Exhibit 26 to the Declaration of Geraldine Young in Support of Irico Defendants' Administrative Motion to Consider Whether Chunghwa Material Should Be Sealed – A certified translation of a document produced by Chunghwa, Bates labeled CHU00029046E. | Chunghwa |

| | |
|---|---|
| Exhibit 27 to the Declaration of Geraldine Young in Support of Irico Defendants' Administrative Motion to Consider Whether Chunghwa Material Should Be Sealed – A certified translation of a document produced by Chunghwa, Bates labeled CHU00030881E. | Chunghwa |
| Exhibit 28 to the Declaration of Geraldine Young in Support of Irico Defendants' Administrative Motion to Consider Whether Chunghwa Material Should Be Sealed – A translation of a document produced by Chunghwa, Bates labeled CHU00030941E. | Chunghwa |
| Exhibit 29 to the Declaration of Geraldine Young in Support of Irico Defendants' Administrative Motion to Consider Whether Chunghwa Material Should Be Sealed – A certified translation of a document produced by Chunghwa, Bates labeled CHU00030946E. | Chunghwa |
| Exhibit 30 to the Declaration of Geraldine Young in Support of Irico Defendants' Administrative Motion to Consider Whether Chunghwa Material Should Be Sealed – A certified translation of a document produced by Chunghwa, Bates labeled CHU00030953E. | Chunghwa |
| Exhibit 31 to the Declaration of Geraldine Young in Support of Irico Defendants' Administrative Motion to Consider Whether Chunghwa Material Should Be Sealed – A certified translation of a document produced by Chunghwa, Bates labeled CHU00030973E. | Chunghwa |
| Exhibit 33 to the Declaration of Geraldine Young in Support of Irico Defendants' Administrative Motion to Consider Whether Chunghwa Material Should Be Sealed – A certified translation of a document produced by Chunghwa, Bates labeled CHU00031002E. | Chunghwa |

| | |
|---|---|
| Exhibit 34 to the Declaration of Geraldine Young in Support of Irico Defendants' Administrative Motion to Consider Whether Chunghwa Material Should Be Sealed – A certified translation of a document produced by Chunghwa, Bates labeled CHU00031018E. | Chunghwa |
| Exhibit 36 to the Declaration of Geraldine Young in Support of Irico Defendants' Administrative Motion to Consider Whether Chunghwa Material Should Be Sealed – A certified translation of a document produced by Chunghwa, Bates labeled CHU00031032E. | Chunghwa |
| Exhibit 37 to the Declaration of Geraldine Young in Support of Irico Defendants' Administrative Motion to Consider Whether Chunghwa Material Should Be Sealed – A certified translation of a document produced by Chunghwa, Bates labeled CHU00031040E. | Chunghwa |
| Exhibit 38 to the Declaration of Geraldine Young in Support of Irico Defendants' Administrative Motion to Consider Whether Chunghwa Material Should Be Sealed – A translation of a document produced by Chunghwa, Bates labeled CHU00031044E. | Chunghwa |
| Exhibit 39 to the Declaration of Geraldine Young in Support of Irico Defendants' Administrative Motion to Consider Whether Chunghwa Material Should Be Sealed – A certified translation of a document produced by Chunghwa, Bates labeled CHU00031070E. | Chunghwa |
| Exhibit 40 to the Declaration of Geraldine Young in Support of Irico Defendants' Administrative Motion to Consider Whether Chunghwa Material Should Be Sealed – A certified translation of a document produced by Chunghwa, Bates labeled CHU00031088E. | Chunghwa |

| | |
|---|---|
| Exhibit 41 to the Declaration of Geraldine Young in Support of Irico Defendants' Administrative Motion to Consider Whether Chunghwa Material Should Be Sealed – A translation of a document produced by Chunghwa, Bates labeled CHU00031092E. | Chunghwa |
| Exhibit 42 to the Declaration of Geraldine Young in Support of Irico Defendants' Administrative Motion to Consider Whether Chunghwa Material Should Be Sealed – A translation of a document produced by Chunghwa, Bates labeled CHU00031107E. | Chunghwa |
| Exhibit 43 to the Declaration of Geraldine Young in Support of Irico Defendants' Administrative Motion to Consider Whether Chunghwa Material Should Be Sealed – A translation of a document produced by Chunghwa, Bates labeled CHU00031113E | Chunghwa |
| Exhibit 62 to the Declaration of Geraldine Young in Support of Irico Defendants' Administrative Motion to Consider Whether Chunghwa Material Should Be Sealed – A translation of a document produced by Chunghwa, Bates labeled CHU00725770E. | Chunghwa |
| Exhibit 64 to the Declaration of Geraldine Young in Support of Irico Defendants' Administrative Motion to Consider Whether Chunghwa Material Should Be Sealed – A translation of a document produced by Chunghwa, Bates labeled CHU00102751. | Chunghwa |
| Exhibit 66 to the Declaration of Geraldine Young in Support of Irico Defendants' Administrative Motion to Consider Whether Chunghwa Material Should Be Sealed – A translation of a document produced by Chunghwa, Bates labeled CHU00102863. | Chunghwa |

| | |
|---|---|
| Exhibit 68 to the Declaration of Geraldine Young in Support of Irico Defendants' Administrative Motion to Consider Whether Chunghwa Material Should Be Sealed – A translation of a document produced by Chunghwa, Bates labeled CHU00447509 | Chunghwa |
| Exhibit 69 to the Declaration of Geraldine Young in Support of Irico Defendants' Administrative Motion to Consider Whether Chunghwa Material Should Be Sealed – A translation of a document produced by Chunghwa, Bates labeled CHU00447510. | Chunghwa |
| Exhibit 72 to the Declaration of Geraldine Young in Support of Irico Defendants' Administrative Motion to Consider Whether Chunghwa Material Should Be Sealed – A certified translation of a document produced by Chunghwa, Bates labeled CHU00029131E. | Chunghwa |
| Exhibit 73 to the Declaration of Geraldine Young in Support of Irico Defendants' Administrative Motion to Consider Whether Chunghwa Material Should Be Sealed – A certified translation of a document produced by Chunghwa, Bates labeled CHU00029138E. | Chunghwa |

Civil Local Rule 79-5 governs the filing under seal of documents in civil cases. In compliance with Civil Local Rule 79-5(f), Irico submits this Motion in order to file (a) material designated by Chunghwa pursuant to the Stipulated Protective Order, ECF No. 0306, as "Confidential" or "Highly Confidential;" or (b) references to or quotations from material or data designated by Chunghwa pursuant to the Stipulated Protective Order as "Confidential" or "Highly Confidential."

Irico seeks to file the above material under seal in good faith in order to comply with the Protective Order in this action and the applicable Local Rules. Under Civil L.R. 79-5(c) and (f), the parties that contend the material they have designated is confidential in nature bear the burden to establish that the designated information meets the requirements for sealing. *See Kamakana v.*

1    *City of Honolulu*, 447 F.3d 1172, 1178-80 (9th Cir. 2006). Irico understands that, given the

2    Court's direction at the hearing on Direct Purchaser Plaintiffs' November 19, 2021 sealing

3    motion (ECF No. 5966), the designated materials subject to this motion may not qualify for filing

4    under seal.  Irico has undertaken to reach out to all parties that have designated information or

5    materials attached to the Declaration of Geraldine Young in Support of Defendants Irico Group

6    Corp. and Irico Display Devices Co., Ltd.'s Motion for Summary Judgment as "Confidential" or

7    "Highly Confidential," in order to secure their permission to file the materials publicly.

8    Chunghwa's prior counsel in this action indicated that Chunghwa no longer exists, and therefore

9    takes no position on whether the designated materials subject to this motion should be filed under

10   seal.

11           WHEREFORE, Irico respectfully submits this administrative motion pursuant to the

12   Stipulated Protective Order and Civil Local Rule 79-5(f).

13

14    Dated: May 10, 2024                          Respectfully submitted,

15
                                                  /s/ *Jeffrey Margulies*
16                                                JEFFREY B. MARGULIES (Bar No. 126002)
                                                  KAYLEE YANG (BAR NO. 303464)
17                                                Norton Rose Fulbright US LLP
                                                  555 California Street, Suite 3300
18                                                San Francisco, California 94104
                                                  Telephone: (213) 892-9200
19                                                Facsimile: (213) 892-9494
                                                  jeff.margulies@nortonrosefulbright.com
20                                                kaylee.yang@nortonrosefulbright.com

21                                                GERALDINE YOUNG (admitted *pro hac vice*)
                                                  1301 McKinney, Suite 5100
22                                                Houston, Texas 77010
                                                  Telephone: (713) 651-5151
23                                                Facsimile: (213) 651-5246
                                                  Geraldine.young@nortonrosefulbright.com

24

25                                                *Attorneys for Defendants Irico Group Corp. and*
                                                  *Irico Display Devices Co., Ltd.*

26

27

28

IRICO'S ADMIN MOTION TO CONSIDER              7              Master File No. 07-cv-05944-JST
WHETHER CHUNGHWA MATERIAL                                    MDL No. 1917
SHOULD BE SEALED

1

2

3

4

5

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing **Administrative Motion to Consider Whether Chunghwa Material Should be Sealed Pursuant to Civil Local Rules 7-11 and 79-5(f)** was filed via CM/ECF on May 10, 2024, and as a result has been served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

6

7

By: *Jeffrey Margulies*
Jeffrey Margulies

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28