1   **NORTON ROSE FULBRIGHT US LLP**
    JEFFREY MARGULIES (BAR NO. 126002)
2   KAYLEE YANG (BAR NO. 303464)
    555 California Street
3   Suite 3300
    San Francisco, California 94104
4   Telephone:    (213) 892-9200
    Facsimile:    (213) 892-9494
5   jeff.margulies@nortonrosefulbright.com
    kaylee.yang@nortonrosefulbright.com
6
    **NORTON ROSE FULBRIGHT US LLP**
7   GERALDINE YOUNG (admitted *pro hac vice*)
    1301 McKinney, Suite 5100
8   Houston, Texas 77010
    Telephone:    (713) 651-5151
9   Facsimile:    (213) 651-5246
    geraldine.young@nortonrosefulbright.com
10
    Attorneys for Defendants
11  IRICO GROUP CORP. AND
    IRICO DISPLAY DEVICES CO., LTD
12

13

14

15                  **UNITED STATES DISTRICT COURT**

16               **NORTHERN DISTRICT OF CALIFORNIA**

17                        **OAKLAND DIVISION**

18
    IN RE: CATHODE RAY TUBE (CRT)          Master File No.: 07-cv-05944 JST
19  ANTITRUST LITIGATION
                                           MDL No. 1917
20

21  This document relates to:             **DECLARATION OF GERALDINE W.
                                           YOUNG IN SUPPORT OF IRICO**
22  *ALL INDIRECT PURCHASER ACTIONS*       **DEFENDANTS ADMINISTRATIVE
                                           MOTION TO CONSIDER WHETHER**
23  *ALL DIRECT PURCHASER ACTIONS*         **CHUNGHWA MATERIAL SHOULD BE
                                           SEALED PURSUANT TO CIVIL LOCAL**
24                                         **RULES 7-11 AND 79-5(f)**

25

26

27

28

YOUNG DECL. ISO IRICO DEFENDANT'S                    Master File No. 07-cv-05944-JST
ADMINISTRATIVE MOTION                                            MDL No. 1917

1    I, Geraldine W. Young, declare as follows:

2    1.    I am a member of the bar of the State of Texas and admitted to practice before this

3    Court *pro hac vice*. I am an attorney with Norton Rose Fulbright US LLP, which represents

4    Defendants Irico Group Corporation ("Irico Group") and Irico Display Devices Co., Ltd. ("Irico

5    Display," collectively, "Irico" or the "Irico Defendants") in this action. I make this Declaration in

6    support of Defendant Irico Group Corporation and Irico Display Devices Co., Ltd.'s Motion for

7    Summary Judgment (the "Motion"). If called as a witness, I could and would testify to the matters

8    set forth in this declaration of my own personal knowledge.

9    2.    Attached hereto as Exhibit 6 is a true and correct copy of a translation of a document

10   produced by Chunghwa in this litigation and bearing the Bates label CHU00030665E.

11   3.    Attached hereto as Exhibit 11 is a true and correct copy of a translation of a

12   document produced by Chunghwa in this litigation and bearing the Bates label CHU00030692E.

13   4.    Attached hereto as Exhibit 12 is a true and correct copy of a certified translation of

14   a document produced by Chunghwa in this litigation and bearing the Bates label CHU00030695E.

15   5.    Attached hereto as Exhibit 17 is a true and correct copy of a certified translation of

16   a document produced by Chunghwa in this litigation and bearing the Bates label CHU00030777E.

17   6.    Attached hereto as Exhibit 18 is a true and correct copy of a certified translation of

18   a document produced by Chunghwa in this litigation and bearing the Bates label CHU00029050E.

19   7.    Attached hereto as Exhibit 22 is a true and correct copy of a translation of a

20   document produced by Chunghwa in this litigation and bearing the Bates label CHU00030823E.

21   8.    Attached hereto as Exhibit 23 is a true and correct copy of a certified translation of

22   a document produced by Chunghwa in this litigation and bearing the Bates label CHU00030827E.

23   9.    Attached hereto as Exhibit 24 is a true and correct copy of a certified translation of

24   a document produced by Chunghwa in this litigation and bearing the Bates label CHU00030843E.

25   10.    Attached hereto as Exhibit 26 is a true and correct copy of a translation of a

26   document produced by Chunghwa in this litigation and bearing the Bates label CHU00029046E.

27   11.    Attached hereto as Exhibit 27 is a true and correct copy of a certified translation of

28   a document produced by Chunghwa in this litigation and bearing the Bates label CHU00030881E.

1    12.    Attached hereto as Exhibit 28 is a true and correct copy of a certified translation of

2    a document produced by Chunghwa in this litigation and bearing the Bates label CHU00030941E.

3    13.    Attached hereto as Exhibit 29 is a true and correct copy of a certified translation of

4    a document produced by Chunghwa in this litigation and bearing the Bates label CHU00030946E.

5    14.    Attached hereto as Exhibit 30 is a true and correct copy of a certified translation of

6    a document produced by Chunghwa in this litigation and bearing the Bates label CHU00030953E.

7    15.    Attached hereto as Exhibit 31 is a true and correct copy of a certified translation of

8    a document produced by Chunghwa in this litigation and bearing the Bates label CHU00030973E.

9    16.    Attached hereto as Exhibit 33 is a true and correct copy of a certified translation of

10   a document produced by Chunghwa in this litigation and bearing the Bates label CHU00031002E.

11   17.    Attached hereto as Exhibit 34 is a true and correct copy of a certified translation of

12   a document produced by Chunghwa in this litigation and bearing the Bates label CHU00031018E.

13   18.    Attached hereto as Exhibit 36 is a true and correct copy of a certified translation of

14   a document produced by Chunghwa in this litigation and bearing the Bates label CHU00031032E.

15   19.    Attached hereto as Exhibit 37 is a true and correct copy of a certified translation of

16   a document produced by Chunghwa in this litigation and bearing the Bates label CHU00031040E.

17   20.    Attached hereto as Exhibit 38 is a true and correct copy of a translation of a

18   document produced by Chunghwa in this litigation and bearing the Bates label CHU00031044E.

19   21.    Attached hereto as Exhibit 39 is a true and correct copy of a certified translation of

20   a document produced by Chunghwa in this litigation and bearing the Bates label CHU00031070E.

21   22.    Attached hereto as Exhibit 40 is a true and correct copy of a certified translation of

22   a document produced by Chunghwa in this litigation and bearing the Bates label CHU00031088E.

23   23.    Attached hereto as Exhibit 41 is a true and correct copy of a translation of a

24   document produced by Chunghwa in this litigation and bearing the Bates label CHU00031092E.

25   24.    Attached hereto as Exhibit 42 is a true and correct copy of a translation of a

26   document produced by Chunghwa in this litigation and bearing the Bates label CHU00031107E.

27   25.    Attached hereto as Exhibit 43 is a true and correct copy of a translation of a

28   document produced by Chunghwa in this litigation and bearing the Bates label CHU00031113E.

1       26.     Attached hereto as Exhibit 62 is a true and correct copy of a translation of a

2   document produced by Chunghwa in this litigation and bearing the Bates label CHU00725770E.

3       27.     Attached hereto as Exhibit 64 is a true and correct copy of a document produced by

4   Chunghwa in this litigation and bearing the Bates label CHU00102751.

5       28.     Attached hereto as Exhibit 66 is a true and correct copy of a document produced by

6   Chunghwa in this litigation and bearing the Bates label CHU00102863.

7       29.     Attached hereto as Exhibit 68 is a true and correct copy of a document produced by

8   Chunghwa in this litigation and bearing the Bates label CHU00447509.

9       30.     Attached hereto as Exhibit 69 is a true and correct copy of a document produced by

10  Chunghwa in this litigation and bearing the Bates label CHU00447510.

11      31.     Attached hereto as Exhibit 72 is a true and correct copy of a certified translation of

12  a document produced by Chunghwa in this litigation and bearing the Bates label CHU00029131E.

13      32.     Attached hereto as Exhibit 73 is a true and correct copy of a certified translation of

14  a document produced by Chunghwa in this litigation and bearing the Bates label CHU00029138E.

15      I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th

16  day of May, 2024 in Houston, Texas.

17  Dated: May 10, 2024

18                                        /s/ Geraldine Young
                                          GERALDINE YOUNG (admitted *pro hac vice*)
19                                        1301 McKinney, Suite 5100
                                          Houston, Texas 77010
20                                        Telephone:     (713) 651-5151
                                          Facsimile:     (213) 651-5246
21                                        Geraldine.young@nortonrosefulbright.com

22

23

24

25

26

27

28

1

**<u>CERTIFICATE OF SERVICE</u>**

2

I hereby certify that a true copy of the foregoing **Declaration of Geraldine W. Young**

3

was filed via CM/ECF on May 10, 2024, and as a result has been served on all counsel of record

4

via transmission of Notices of Electronic Filing generated by CM/ECF.

5

6

By: *Jeffrey Margulies*
Jeffrey Margulies

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

YOUNG DECL. ISO IRICO DEFENDANT'S          4          Master File No. 07-cv-05944-JST
ADMINISTRATIVE MOTION                                           MDL No. 1917