UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 4:07-cv-5944-JST <br><br> MDL No. 1917 |
| This Document Relates to: <br><br> ALL INDIRECT PURCHASER ACTIONS <br><br> ALL DIRECT PURCHASER ACTIONS | **[PROPOSED] ORDER GRANTING IRICO DEFENDANT'S MOTION TO CONSIDER WHETHER CHUNGHWA MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(f)** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Before the Court is Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.'s Motion to Consider Whether Chunghwa Picture Tubes, Ltd. Material Should Be Sealed Pursuant to Civil Local Rules 7-11 and 79-5(f) (ECF No. _____). Having considered the arguments made by Chunghwa Picture Tubes, Ltd. ("Chunghwa") in favor of sealing under Civil Local Rule 79-5(c)(1),

IT IS HEREBY ORDERED THAT the Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.'s Motion to Consider Whether Chunghwa Material Should Be Sealed Pursuant to Civil Local Rules 7-11 and 79-5(f) is GRANTED.

IT IS FURTHER ORDERED THAT the following documents or portions thereof may be filed under seal:

| Document Proposed to Be Sealed or Redacted | Designating Entity | Ruling |
|---|---|---|
| Exhibit 6 to the Declaration of Geraldine Young in Support of Irico Defendants' Administrative Motion to Consider Whether Chunghwa Material Should Be Sealed – A document produced by Chunghwa, Bates labeled CHU00030665E. | Chunghwa | |
| Exhibit 11 to the Declaration of Geraldine Young in Support of Irico Defendants' Administrative Motion to Consider Whether Chunghwa Material Should Be Sealed – A document produced by Chunghwa, Bates labeled CHU00030692E. | Chunghwa | |
| Exhibit 12 to the Declaration of Geraldine Young in Support of Irico Defendants' Administrative Motion to Consider Whether Chunghwa Material Should Be Sealed – A certified translation of a document produced by Chunghwa, Bates labeled CHU00030695E. | Chunghwa | |
| Exhibit 17 to the Declaration of Geraldine Young in Support of Irico Defendants' Administrative Motion to Consider Whether Chunghwa Material Should Be Sealed – A certified translation of a document produced by Chunghwa, Bates labeled CHU00030777E. | Chunghwa | |

| | | |
|---|---|---|
| Exhibit 18 to the Declaration of Geraldine Young in Support of Irico Defendants' Administrative Motion to Consider Whether Chunghwa Material Should Be Sealed – A certified translation of a document produced by Chunghwa, Bates labeled CHU00029050E. | Chunghwa | |
| Exhibit 22 to the Declaration of Geraldine Young in Support of Irico Defendants' Administrative Motion to Consider Whether Chunghwa Material Should Be Sealed – A certified translation of a document produced by Chunghwa, Bates labeled CHU00030823E. | Chunghwa | |
| Exhibit 23 to the Declaration of Geraldine Young in Support of Irico Defendants' Administrative Motion to Consider Whether Chunghwa Material Should Be Sealed – A certified translation of a document produced by Chunghwa, Bates labeled CHU00030827E. | Chunghwa | |
| Exhibit 24 to the Declaration of Geraldine Young in Support of Irico Defendants' Administrative Motion to Consider Whether Chunghwa Material Should Be Sealed – A translation of a document produced by Chunghwa, Bates labeled CHU00030843E. | Chunghwa | |
| Exhibit 26 to the Declaration of Geraldine Young in Support of Irico Defendants' Administrative Motion to Consider Whether Chunghwa Material Should Be Sealed – A certified translation of a document produced by Chunghwa, Bates labeled CHU00029046E. | Chunghwa | |
| Exhibit 27 to the Declaration of Geraldine Young in Support of Irico Defendants' Administrative Motion to Consider Whether Chunghwa Material Should Be Sealed – A certified translation of a document produced by Chunghwa, Bates labeled CHU00030881E. | Chunghwa | |

[PROPOSED] ORDER GRANTING IRICO'S MOTION TO CONSIDER WHETHER CHUNGHWA MATERIAL SHOULD BE SEALED

| | | |
|---|---|---|
| Exhibit 28 to the Declaration of Geraldine Young in Support of Irico Defendants' Administrative Motion to Consider Whether Chunghwa Material Should Be Sealed – A translation of a document produced by Chunghwa, Bates labeled CHU00030941E. | Chunghwa | |
| Exhibit 29 to the Declaration of Geraldine Young in Support of Irico Defendants' Administrative Motion to Consider Whether Chunghwa Material Should Be Sealed – A certified translation of a document produced by Chunghwa, Bates labeled CHU00030946E. | Chunghwa | |
| Exhibit 30 to the Declaration of Geraldine Young in Support of Irico Defendants' Administrative Motion to Consider Whether Chunghwa Material Should Be Sealed – A certified translation of a document produced by Chunghwa, Bates labeled CHU00030953E. | Chunghwa | |
| Exhibit 31 to the Declaration of Geraldine Young in Support of Irico Defendants' Administrative Motion to Consider Whether Chunghwa Material Should Be Sealed – A certified translation of a document produced by Chunghwa, Bates labeled CHU00030973E. | Chunghwa | |
| Exhibit 33 to the Declaration of Geraldine Young in Support of Irico Defendants' Administrative Motion to Consider Whether Chunghwa Material Should Be Sealed – A certified translation of a document produced by Chunghwa, Bates labeled CHU00031002E. | Chunghwa | |
| Exhibit 34 to the Declaration of Geraldine Young in Support of Irico Defendants' Administrative Motion to Consider Whether Chunghwa Material Should Be Sealed – A certified translation of a document produced by Chunghwa, Bates labeled CHU00031018E. | Chunghwa | |

| | | |
|---|---|---|
| Exhibit 36 to the Declaration of Geraldine Young in Support of Irico Defendants' Administrative Motion to Consider Whether Chunghwa Material Should Be Sealed – A certified translation of a document produced by Chunghwa, Bates labeled CHU00031032E. | Chunghwa | |
| Exhibit 37 to the Declaration of Geraldine Young in Support of Irico Defendants' Administrative Motion to Consider Whether Chunghwa Material Should Be Sealed – A certified translation of a document produced by Chunghwa, Bates labeled CHU00031040E. | Chunghwa | |
| Exhibit 38 to the Declaration of Geraldine Young in Support of Irico Defendants' Administrative Motion to Consider Whether Chunghwa Material Should Be Sealed – A translation of a document produced by Chunghwa, Bates labeled CHU00031044E. | Chunghwa | |
| Exhibit 39 to the Declaration of Geraldine Young in Support of Irico Defendants' Administrative Motion to Consider Whether Chunghwa Material Should Be Sealed – A certified translation of a document produced by Chunghwa, Bates labeled CHU00031070E. | Chunghwa | |
| Exhibit 40 to the Declaration of Geraldine Young in Support of Irico Defendants' Administrative Motion to Consider Whether Chunghwa Material Should Be Sealed – A certified translation of a document produced by Chunghwa, Bates labeled CHU00031088E. | Chunghwa | |
| Exhibit 41 to the Declaration of Geraldine Young in Support of Irico Defendants' Administrative Motion to Consider Whether Chunghwa Material Should Be Sealed – A translation of a document produced by Chunghwa, Bates labeled CHU00031092E. | Chunghwa | |

| | | |
|---|---|---|
| Exhibit 42 to the Declaration of Geraldine Young in Support of Irico Defendants' Administrative Motion to Consider Whether Chunghwa Material Should Be Sealed – A translation of a document produced by Chunghwa, Bates labeled CHU00031107E. | Chunghwa | |
| Exhibit 43 to the Declaration of Geraldine Young in Support of Irico Defendants' Administrative Motion to Consider Whether Chunghwa Material Should Be Sealed – A translation of a document produced by Chunghwa, Bates labeled CHU00031113E | Chunghwa | |
| Exhibit 62 to the Declaration of Geraldine Young in Support of Irico Defendants' Administrative Motion to Consider Whether Chunghwa Material Should Be Sealed – A translation of a document produced by Chunghwa, Bates labeled CHU00725770E. | Chunghwa | |
| Exhibit 64 to the Declaration of Geraldine Young in Support of Irico Defendants' Administrative Motion to Consider Whether Chunghwa Material Should Be Sealed – A translation of a document produced by Chunghwa, Bates labeled CHU00102751. | Chunghwa | |
| Exhibit 66 to the Declaration of Geraldine Young in Support of Irico Defendants' Administrative Motion to Consider Whether Chunghwa Material Should Be Sealed – A translation of a document produced by Chunghwa, Bates labeled CHU00102863. | Chunghwa | |
| Exhibit 68 to the Declaration of Geraldine Young in Support of Irico Defendants' Administrative Motion to Consider Whether Chunghwa Material Should Be Sealed – A translation of a document produced by Chunghwa, Bates labeled CHU00447509 | Chunghwa | |

| | | |
|---|---|---|
| Exhibit 69 to the Declaration of Geraldine Young in Support of Irico Defendants' Administrative Motion to Consider Whether Chunghwa Material Should Be Sealed – A translation of a document produced by Chunghwa, Bates labeled CHU00447510. | Chunghwa | |
| Exhibit 72 to the Declaration of Geraldine Young in Support of Irico Defendants' Administrative Motion to Consider Whether Chunghwa Material Should Be Sealed – A certified translation of a document produced by Chunghwa, Bates labeled CHU00029131E. | Chunghwa | |
| Exhibit 73 to the Declaration of Geraldine Young in Support of Irico Defendants' Administrative Motion to Consider Whether Chunghwa Material Should Be Sealed – A certified translation of a document produced by Chunghwa, Bates labeled CHU00029138E. | Chunghwa | |

**IT IS SO ORDERED.**

Dated: _____        _____
                                                        JON S. TIGAR
                                             United States District Judge