**NORTON ROSE FULBRIGHT US LLP**
JEFFREY MARGULIES (BAR NO. 126002)
KAYLEE YANG (BAR NO. 303464)
555 California Street
Suite 3300
San Francisco, California 94104
Telephone:    (213) 892-9200
Facsimile:     (213) 892-9494
jeff.margulies@nortonrosefulbright.com
kaylee.yang@nortonrosefulbright.com

**NORTON ROSE FULBRIGHT US LLP**
GERALDINE YOUNG (admitted *pro hac vice*)
1301 McKinney, Suite 5100
Houston, Texas 77010
Telephone:    (713) 651-5151
Facsimile:     (213) 651-5246
geraldine.young@nortonrosefulbright.com

Attorneys for Defendants
IRICO GROUP CORP. AND
IRICO DISPLAY DEVICES CO., LTD

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No.: 07-cv-05944 JST<br><br>MDL No. 1917<br><br>**IRICO DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE AND REQUEST FOR ADDITIONAL PAGES FOR ITS OBJECTIONS TO SPECIAL MASTER'S REPORT & RECOMMENDATION ON PLAINTIFFS' MOTION FOR TERMINATING SANCTIONS (ECF NO. 6382)**<br><br>Judge:      Hon. Jon S. Tigar |
| This document relates to:<br><br>*ALL ACTIONS* | |

Pursuant to Civil Local Rule 6-3, Defendants Irico Group Corp. and Irico Display Devices Co, Ltd. (collectively, "Irico Defendants") file this Unopposed Motion for Extension of Time to File and Request For Additional Pages to its Objections to Special Master's Report and Recommendation on Plaintiffs' Motion for Terminating Sanctions (ECF No. 6382) ("Motion") and would respectfully show the Court as follow:

## INTRODUCTION

Under this Court's Order Appointing Special Master for Discovery any party "wishing to file objections to the Special Master's orders, reports and/or recommendations must file such objection with the Court within fourteen days from the day the Special Master's order, report and/or recommendation is filed," ECF. No 2272 at ¶ 6(b). On May 14, 2024, Special Master Walker issued his 78 page Report and Recommendation on Plaintiffs' Motion for Terminating Sanctions (the "Sanctions R&R"), which recommended that the Court grant Plaintiffs' Motion for Terminating Sanctions Pursuant to Rules 37(b) and 37(e). ECF No. 6382. Because of the severity of the recommended relief, the complex factual and procedural history, and the sheer length of the Sanctions R&R, the Irico Defendants now move to request 30 days to file their objections as well as 35 pages for their objection brief. Plaintiffs do not oppose the relief requested herein. For the reasons outlined below, good cause exists and the Irico Defendants Motion should be granted.

## ARGUMENT

Good cause exists for granting the Irico Defendants requested relief. The 78 page Sanctions R&R recommends severe and dispositive relief against the Irico Defendants and involves complex issues of law and fact. The Sanctions R&R also addresses a long and complicated procedural and factual history going back to 2007. Thus, because of the complexity and severity of the issues and recommended relief at stake, the Irico Defendants request 35 pages to brief their objections to the Sanctions R&R, which seeks to impose default judgment, monetary damages, and payment of attorneys' fees against the Irico Defendants. Moreover, the Irico Defendants believe that a 35 page limit is necessary to ensure that the Court's consideration of the complex issues the Sanction R&R presents is completely and fully informed by the Irico Defendants position. *See Campion v. Credit Bureau Services, Inc.*, 206 F.R.D. 663 (E.D. Wash. 2001) (finding good cause to grant request for

page extension because of the complexity of the issues involved). Additionally, to address the Sanctions R&R in the allotted 14 day time period under this Court's Order Appointing Special Master for Discovery would be extremely difficult. Currently, the Irico Defendants objection brief is due on May 28, 2024, which is the day after the Memorial Day holiday weekend.[1] The Irico Defendants instead respectfully request 30 days to address the Special Master's 78 page Sanctions R&R, and believe this amount of time is necessary given the severe and dispositive relief recommended against the Irico Defendants. *See Batts v. Cnty. of Santa Clara,* No. C 08-00286 JW, 2010 WL 545847, at *1 n.3 (N.D. Cal. Feb. 11, 2010) (granting extension of time to file objections to Magistrate's discovery order because of counsel's scheduling conflicts). Because of this, good cause exists and the Irico Defendants Motion should be granted.

## CONCLUSION

For the reasons stated above, good causes exists for the this Court to provide the Irico Defendants 30 days and 35 pages to file their objections to the Sanctions R&R, and the Irico Defendants Motion should be granted. Plaintiffs do not oppose the relief sought herein.

Respectfully submitted,

Dated: May 17, 2024

/s/ *Jeffrey Margulies*
JEFFREY B. MARGULIES (Bar No. 126002)
KAYLEE YANG (BAR NO. 303464)
Norton Rose Fulbright US LLP
555 California Street, Suite 3300
San Francisco, California 94104
Telephone: (213) 892-9200
Facsimile: (213) 892-9494
jeff.margulies@nortonrosefulbright.com
kaylee.yang@nortonrosefulbright.com

GERALDINE YOUNG (admitted *pro hac vice*)
1301 McKinney, Suite 5100
Houston, Texas 77010
Telephone:   (713) 651-5151
Facsimile:    (213) 651-5246
geraldine.young@nortonrosefulbright.com

---

[1] Irico's lead counsel will also be returning that day from a funeral on the East Coast.

# CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE AND REQUEST FOR ADDITIONAL PAGES FOR ITS OBJECTIONS TO SPECIAL MASTER'S REPORT & RECOMMENDATION ON PLAINTIFFS' MOTION FOR TERMINATING SANCTIONS (ECF NO. 6382)** was filed via CM/ECF on May 17, 2024, and as a result has been served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: *Jeffrey Margulies*
Jeffrey Margulies