**NORTON ROSE FULBRIGHT US LLP**
JEFFREY MARGULIES (BAR NO. 126002)
KAYLEE YANG (BAR NO. 303464)
555 California Street
Suite 3300
San Francisco, California 94104
Telephone:   (213) 892-9200
Facsimile:    (213) 892-9494
jeff.margulies@nortonrosefulbright.com
kaylee.yang@nortonrosefulbright.com

**NORTON ROSE FULBRIGHT US LLP**
GERALDINE YOUNG (admitted *pro hac vice*)
1301 McKinney, Suite 5100
Houston, Texas 77010
Telephone:   (713) 651-5151
Facsimile:    (213) 651-5246
geraldine.young@nortonrosefulbright.com

Attorneys for Defendants
IRICO GROUP CORP. AND
IRICO DISPLAY DEVICES CO., LTD

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No.: 07-cv-05944 JST<br><br>MDL No. 1917 |
| This document relates to:<br><br>*ALL ACTIONS* | **DECLARATION OF GERALDINE W. YOUNG PURSUANT TO CIVIL LOCAL RULE 6-3 IN SUPPORT OF IRICO DEFENDANTS UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE AND REQUEST FOR ADDITIONAL PAGES FOR ITS OBJECTIONS TO SPECIAL MASTER'S REPORT & RECOMMENDATION ON PLAINTIFFS MOTIONS FOR TERMINATING SANCTIONS (ECF NO. 6382)** |

I, Geraldine W. Young, declare as follows:

1. I am a member of the bar of the State of Texas and admitted to practice before this Court *pro hac vice*. I am an attorney with Norton Rose Fulbright US LLP, which represents Defendants Irico Group Corporation ("Irico Group") and Irico Display Devices Co., Ltd. ("Irico Display," collectively, "Irico" or the "Irico Defendants") in this action. I make this Declaration Pursuant to Local Rule 6-3 and in support of Defendant Irico Group Corporation and Irico Display Devices Co., Ltd.'s Unopposed Motion to Extend the Deadline to File Opposition to Special Masters Order Report & Recommendation on Plaintiffs Motion for Terminating Sanctions (ECF No. 6382) (the "Motion"). If called as a witness, I could and would testify to the matters set forth in this declaration of my own personal knowledge.

2. On May 14, 2023, Special Master Walker issued his 78-page Report and Recommendation on Plaintiffs' Motion for Terminating Sanctions (the "Sanctions R&R"), which recommended that the Court grant Plaintiffs' Motion for Terminating Sanctions Pursuant to Rules 37(b) and 37(e). ECF No. 6382.

3. The Court's Order Appointing Special Master for Discovery provides that any party "wishing to file objections to the Special Master's orders, reports and/or recommendations must file such objection with the Court within fourteen (14) days from the day the Special Master's order, report and/or recommendation is filed," ECF. No 2272 at ¶ 6(b), or May 28, 2024, which is the day after the Memorial Day holiday weekend.[1]

4. The Irico Defendants believe that that good cause exists to provide additional time and pages to brief their objections to the Sanctions R&R given, among other reasons, the severity, complexity, and length of the 78 page Sanctions R&R, the severe and dispositive relief recommended against the Irico Defendants if the Sanctions R&R is endorsed by the Court and the lengthy, complex procedural history that must be addressed relevant to the Sanctions R&R.

5. I conferred with counsel for Plaintiffs via conference call on May 17 regarding the Sanctions R&R and the Irico Defendants requested extension of time to file their objections to the

---

[1] Irico's lead counsel will be returning that day from a funeral on the East Coast.

Sanctions R&R, as well as a request for 35 pages for their objection brief, and counsel for Plaintiffs stated they do not oppose the requested relief.

     I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of May, 2024 in Houston, Texas.

Dated: May 17, 2024

                                        */s/ Geraldine Young*
                                        GERALDINE YOUNG (admitted *pro hac vice*)
                                        1301 McKinney, Suite 5100
                                        Houston, Texas 77010
                                        Telephone:    (713) 651-5151
                                        Facsimile:     (213) 651-5246
                                        Geraldine.young@nortonrosefulbright.com

# CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing **Declaration of Geraldine W. Young** was filed via CM/ECF on May 17, 2024, and as a result has been served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: *Jeffrey Margulies*
Jeffrey Margulies