UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 4:07-cv-5944-JST<br><br>MDL No. 1917 |
| This Document Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS<br><br>ALL DIRECT PURCHASER ACTIONS | **[PROPOSED] ORDER GRANTING IRICO DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE AND REQUEST FOR ADDITIONAL PAGES FOR ITS OBJECTIONS TO SPECIAL MASTER'S REPORT & RECOMMENDATION ON PLAINTIFFS' MOTION FOR TERMINATING SANCTIONS (ECF NO. 6382)** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Before the Court is Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.'s (collectively "Irico Defendants") Unopposed Motion for Extension of Time to File and Request for Additional Pages for its Objections to Special Master's Report and Recommendation on Plaintiffs' Motion for terminating Sanctions (ECF No. 6382) (ECF No. _____). Having considered the arguments made by the Irico Defendants and noting that the Motion is unopposed, and for good cause shown,

IT IS HEREBY ORDERED THAT the Irico Defendants shall have 30 days to file their objections to the Special Master's Report and Recommendation on Plaintiffs' Motion for Terminating Sanctions to Consider from the date that the Special Master's Report and Recommendation on Plaintiffs' Motion for Terminating Sanctions was filed (ECF No. 6382).

IT IS FURTHER ORDERED THAT the Irico Defendants objections to the Special Master's Report and Recommendation on Plaintiffs' Motion for Terminating Sanctions shall not exceed 35 pages.

**IT IS SO ORDERED.**

Dated: _____           _____
                                                       JON S. TIGAR
                                              United States District Judge